**EXHIBIT F**

**Jay Weidner's YouTube Show Titled "Reality Check" Title Cards**

May 24, 2019 "Reality Check" YouTube Show hosted by Jay Weidner, with the Title Card "Corey Goode Falls Off The…" suggesting that Corey Goode "fall" off a cliff



June 1, 2019 "Reality Check" YouTube Show hosted by Jay Weidner, with the Title Card (again) suggesting that Corey Goode (and colleague and friendDavid Wilcock) be thrown off a cliff.

