**EXHIBIT J**

> **Meet Earth's Cosmic Neighbors (MECN)**
> Closed group
>
> About
> Discussion
> Announcements
> Members
> Events
> Videos
> Photos
> Files
>
> Regarding Ari Stone, I actually met her a couple of years ago at a Gaia party in Colorado. She spent most of her time at the party chatting it up with the owner of Gaia, Jirka Rysavy, trying to sell him on hiring her to produce a show on dream travel. She talked with me at the party too, but I thought she was missing a few screws even back then. Nothing ever came out of her pitch to Gaia. She's contacted me since then several times, wanting me to "collaborate" with her on her dream project, but I politely declined as I had a very off feeling about her from the beginning. To me, she seems like an attention grabber and someone who's always looking for her "15 minutes" of fame. These allegations she's making against Corey Goode are completely ludicrous...seems to me that she's doing this mainly to discredit CG and get her name out there; also, it could be a ploy to get into Gaia's good graces to promote her show idea again to them. Living in Colorado, I do meet some interesting characters in the spiritual community here from time to time...lol. 😬😅🤭
>
> Like · Reply · 10m · Edited       👍 3

Taken from a Facebook Group—"Ari Stone" is Alyssa Montalbano's alias.

Source: https://www.facebook.com/groups/1165103120314699/