# Fw: Motion For Permanent Injunctive Relief - Conferral Attempt

**CG**  **Corey Goode**
📎 Wed, 26 Feb 2020 5:06:55 PM -0600

To  "Yanaroslaw" <valerie@yanaroslaw.com>, "Liz Lorie" <lizlorie@gmail.com>

Tags
Security  🛡 TLS  Learn more

---

**Corey Goode**
**CEO: Goode Enterprise Solutions**
**LinkedIn:** https://www.linkedin.com/in/corey-goode-7024621/
**IMDB:** https://www.imdb.com/name/nm8982732/


----- Forwarded Message -----
**From:** Ari Stone <aristoneart@ymail.com>
**To:** Corey Goode <goodetech@yahoo.com>
**Sent:** Wednesday, December 26, 2018, 07:51:50 PM MST
**Subject:** Motion For Permanent Injunctive Relief - Conferral Attempt

Mr. Goode,

I would like to discuss a deal with you.

Here's some food for thought as to why you should discuss a deal with me.  Let's say you,  David Wilcock, and other associates made everything up (fake news and all) completely based off of my dreams during 2017 and into 2018 like the evidence is pointing to; except where you posted links to outside sourced news articles.  While you guys may make everything up,  I do not.

If this matter goes to trial, you will find I have an 'uncanny' ability to expose you and your friends and know exactly how you guys are all connected.

To give you an idea of who I will subpoena to testify:

Daniel Liszt - to discuss marketing-cults
Gigi Young - the value of psychics to deep state
Bill Ryan - data mining of his website and info
Joe 'from the Carolinas' - threatening those who speak out about you.

I will also have others testify to my dream abilities where I saw things about them, this may include Jay Weidner. It is irrelevant to the case, but for your knowledge and in consideration of your feelings towards the guy, I have not been in contact with Jay. He would be subpoenaed as an expert witness to testify to my shamanic abilities and is someone with the credentials to verify such abilities for the court record.

If at any time, you (or any of your associates... whom I will treat as being you having done so) threaten (further) any of my potential or subpoenaed witnesses (or me for that matter), I will pursue full criminal charges against you and any of your 'friends' that the evidence brings into the case.

==Everything I said I would do if you did something,  you have seen me do.==

When you are ready to negotiate a morally appropriate and proper deal with me based on the evidence,  you and/or your proper attorney may contact me.

I have attached a MOTION FOR PERMANENT INJUNCTIVE RELIEF and a (Proposed) ORDER FOR DECLARATORY INJUNCTIVE RELIEF to immediately protect my information (Trade Secrets sent as dream visions) sent by e-mail. I wrote the Motion with the assumption you will continue to avoid and evade responding. So, it will likely be filed as seen attached if I do not hear from you per your typical style.

Will you be opposed or unopposed?

Respectfully,  Alyssa Montalbano


This email conferral attempt sent pursuant to D.C.COLO.LCivR. 7.1(a).

Confidentiality Notice: The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient(s) is prohibited.  If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.


**3 Attachments**

068_MOTION FOR PERMANENT INJUNCTIVE RELIEF.pdf

068-1_Order Injunctive Relief.pdf

068-2_EXHIBIT VERIFIED COMPLAINT.pdf