## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC. <br>     Plaintiffs, <br><br> v <br><br> GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, and ALYSSA MONTALBANO <br>     Defendants. | § <br> § <br> § <br> § <br> § CIVIL ACTION NO. 1:20-cv-00742 <br> § <br> § <br> §  JURY TRIAL DEMANDED <br> § <br> § <br> § |

## SUMMONS REQUEST

**COMES NOW**, Mr. James Corey Goode ("Mr. Goode") and Goode Enterprise Solutions, Inc. ("GES", collectively "Goode") for their claims against defendants Gaia, Inc. ("Gaia"), Jay Weidner ("Weidner"), Clif High ("High"), Benjamin Zavodnick ("Zavodnick") and Alyssa Montalbano ("Montalbano") (each a "Defendant" and collectively, "Defendants"), and respectfully requests as follows:

This action was filed on March 17, 2020 against the above-named Defendants. Goode respectfully requests this Court approve, sign and issue the attached summonses for service of process on said Defendants.

Date: March 29, 2020                                    Respectfully submitted,

*[signature]*

Valerie Yanaros, Esq.
Texas Bar No. 24075628
Admitted to Practice in the District
Court of Colorado
Yanaros Law, P.C.
5057 Keller Springs Rd, Suite 300
Addison, TX, 75001
Telephone: (512) 826-7553
valerie@yanaroslaw.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The below signed certifies that a copy of this filing will be served on each Defendant in this case in accordance with Rule 4.

*[signature]*
Valerie Yanaros, Esq.