UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC.<br>    Plaintiffs,<br><br>v<br><br>GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, and ALYSSA MONTALBANO<br>    Defendants. | §<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 1:20-cv-00742<br>§<br>§<br>§   JURY TRIAL DEMANDED<br>§<br>§<br>§ |

### [PROPOSED] ORDER ON SUMMONS REQUEST

On this day the Court, having considered Plaintiffs' Request for Summons, finds in the interest of justice that said request should be GRANTED and accordingly will have its clerk certify and issue the attached summonses for service on Defendants.

_____

The Honorable Judge Starr