## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| James Corey Goode | § § § | CIVIL ACTION NO.: |
| Plaintiff | § | 1:20-cv-00742-KLM |
| v. | § § | |
| Alyssa Montalbano | § | JURY TRIAL DEMANDED |
| Defendant | § § § | |

## UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND PERSUANT D.C. COLO. LCivR 6.1 AND FRCP 6(b)(1)(A)

Comes now Pro Se Defendant, Alyssa Montalbano, and moves this honorable court to grant an unopposed extension of 21 days (after original June 2, 2020 due date, for a file due date of June 24, 2020) to file a legal response for the following:

1. Ms. Montalbano thought she was going to have legal representation and/or legal counsel and only found out at the last minute this was not going to happen and has to file Pro Se in the case.

2. The Plaintiff's complaint is fifty-three (53) pages long with two-hundred and thirty-three (233) statements to respond to, along with attached exhibits, and Ms. Montalbano needs time to review the claims in detail and prepare a response.

3. Ms. Montalbano is also evaluating a possible compulsory counter claim.

4. This is Ms. Montalbano's first request for an extension of time.

Wherefore, this unopposed request for an extension of time is not for the purpose of delay or burden, and is in according with D.C. COLO. LCivR 6.1 and FRCP Rule 6(b)(1)(A) where the court may extend the amount of time to file for good cause and per a request made by motion before the original time expires.

Respectfully Submitted and All Rights Reserved,

/s Alyssa Montalbano

Defendant, Alyssa Montalbano, American Citizen

Ms. Montalbano conferred with opposing party via email and they consented to an extension of time for an additional 21 days. D.C.COLO.LCivR 7.1(a), and (c)

## CERTIFICATE OF SERVICE

I certify that on this 1st day of June 2020 a copy of the foregoing was filed with the clerk of the court using the CM/ECF system and is lawfully served upon Plaintiff's counsel by service through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5(b)(2)(E))

/s Alyssa Montalbano

Alyssa Montalbano, American Citizen