IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-KLM

JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC.

　　　Plaintiffs,

vs.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, and ALYSSA MONTALBANO

　　　Defendants.

---

## ENTRY OF APPEARANCE

---

　　　J. Lee Gray hereby enters his appearance as counsel for Defendant Clif High and certifies that he is a member in good standing of the bar of this court pursuant to D.C.COLO.LAttyR 5(a)(3)(c).

Dated:  June 3, 2020

　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　*s/J. Lee Gray*
　　　　　　　　　　　　J. Lee Gray
　　　　　　　　　　　　Holland & Hart LLP
　　　　　　　　　　　　515 17th Street, Suite 3200
　　　　　　　　　　　　Denver, CO  80202-3921
　　　　　　　　　　　　303-290-1602
　　　　　　　　　　　　lgray@hollandhart.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2020, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Valerie Yanaros, Esq.
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600
valerie@yanaroslaw.com

**ATTORNEY FOR PLAINTIFFS**

*s/ Megan McMillen*
Megan McMillen
HOLLAND & HART LLP

14766178_1