IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-KLM

JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC.

Plaintiffs,

vs.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, and ALYSSA MONTALBANO

Defendants.

## ENTRY OF APPEARANCE

Melissa Y. Lou hereby enters her appearance as counsel for Defendant Clif High and certifies that she is a member in good standing of the bar of this court pursuant to D.C.COLO.LAttyR 5(a)(3)(c).

Dated:  June 4, 2020

Respectfully Submitted,

*s/Melissa Y. Lou*
Melissa Y. Lou
Holland & Hart LLP
515 17th Street, Suite 3200
Denver, CO  80202-3921
(303) 295-8236
mylou@hollandhart.com

-2-

### CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2020, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Valerie Yanaros, Esq.
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600
valerie@yanaroslaw.com

**ATTORNEY FOR PLAINTIFFS**

*s/ Melissa Y. Lou*
HOLLAND & HART LLP

14766283_1

-2-