**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-00742-KLM

JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC.

    Plaintiffs,

vs.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, and ALYSSA MONTALBANO

    Defendants.

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

    Plaintiffs and Defendant Clif High ("High"), through their respective counsel, respectfully submit this Stipulation for Extension of Time to Respond to the Complaint, pursuant to D.C.Colo.LCivR 6.1(a), through and including July 3, 2020.

    1.    High was served with Plaintiffs' Complaint on May 22, 2020. Pursuant to Fed. R. Civ. P. 12(a)(1), High's response is currently due on June 12, 2020.

    2.    Pursuant to D.C.Colo.LCivR 6.1(a), "The parties may stipulate in writing to one extension of not more than 21 days beyond the limits prescribed by the Federal Rules of Civil Procedure to respond to a pleading or amended pleading . . . . The stipulation must be filed before the expiration of time limits to respond prescribed by the Federal Rules of Civil Procedure, and shall be effective on filing, unless otherwise ordered."  Since High's response is not due until June 12, 2020, this Stipulation is timely filed.

3. The undersigned counsel have conferred and stipulate to a 21-day extension of time, up to and including July 3, 2020, for High to respond to Plaintiffs' Complaint.

4. The undersigned counsel will contemporaneously serve their respective clients with a copy of this Stipulation, as required by D.C.Colo.LCivR 6.1(c).

Dated:  June 4, 2020

Respectfully Submitted,

| | |
|---|---|
| *s/ Valerie Yanaros* | *s/ J. Lee Gray* |
| Valerie Yanaros, Esq. | J. Lee Gray, Esq. |
| Yanaros Law, P.C. | Melissa Y. Lou, Esq. |
| 5057 Keller Springs Road Suite 300 | Holland & Hart LLP |
| Addison, Texas 75001 | 515 17th Street, Suite 3200 |
| 512 826-7553 | Denver, CO  80202-3921 |
| valerie@yanaroslaw.com | 303-290-1602 |
| | 303 295-8236 |
| | lgray@hollandhart.com |
| | MYLou@hollandhart.com |
| ***Attorney for Plaintiffs*** | ***Attorneys for Defendant Clif High*** |

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2020, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Valerie Yanaros, Esq.
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600
valerie@yanaroslaw.com

**ATTORNEY FOR PLAINTIFFS**

Alyssa Montalbano, *Pro Se*
2536 Rimrock Avenue
Suite 400-117
Grand Junction, CO 81505
970-250-8365
Email: AriStoneArt@Ymail.com

*s/Megan McMillen*_____
HOLLAND & HART LLP

14780393_v1

-3-