UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JAMES COREY GOODE, Individually, and GOODE ENTERPRISE SOLUTIONS, INC.<br><br>Plaintiff(s),<br><br>VS.<br><br>GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, and ALYSSA MONTALBANO<br><br>Defendant(s). | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 1:20-CV-00742-KLM |

## AFFIDAVIT OF SERVICE

Came to my hand on **Friday, May 8, 2020 at 2:25 PM**,
Executed at:
within the county of **MESA** at **2:04 PM**, on **Tuesday, May 12, 2020**,
by individually and personally delivering to the within named:

**ALYSSA MONTALBANO**

a true copy of this

**SUMMONS IN A CIVIL ACTION with CIVIL COVER SHEET and ORIGINAL COMPLAINT together with EXHIBITS A thru K attached; ORDER SETTING SCHEDULING/PLANNING CONFERENCE; SCHEDULING ORDER; INSTRUCTIONS FOR PREPARATION OF SCHEDULING ORDER**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **SUZANNE JOHNSON** who after being duly sworn on oath states: "My name is **SUZANNE JOHNSON**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Colorado. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

_____
SUZANNE JOHNSON-PROCESS SERVER

Subscribed and Sworn to by SUZANNE JOHNSON, Before Me, the undersigned authority, on this _15th_ day of May, 2020.

BARBARA J. GORE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID #20184038040
My Commission Expires July 11, 2022

_Barbara J. Gore_
Notary Public in and for the State of Colorado