**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-742-KLM

JAMES COREY GOODE, and
GOODE ENTERPRISE SOLUTIONS INC.,

      Plaintiffs,

v.

GAIA, INC., a Colorado corporation,
JAY WEIDNER,
CLIF HIGH,
BENJAMIN ZAVODNICK, and
ALYSSA MONTALBANO,

      Defendants.

## GAIA, INC.'S MOTION TO DISMISS THE COMPLAINT

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law submitted herewith, all prior pleadings and proceedings had herein, and any subsequent reply papers submitted in support of this motion, Defendant Gaia, Inc. ("Gaia"), by and through its attorneys, Davis & Gilbert LLP, hereby moves this Court, pursuant to Fed. R. Civ. P. 8, 9(b), and 12(b)(6), to dismiss the Complaint with prejudice for, *inter alia*, failure to state a claim upon which relief may be granted.

As set forth in greater detail in the accompanying memorandum of law, Plaintiff has filed this action against Gaia and other Defendants, but its claims should be dismissed against Gaia for a variety of reasons, including because Plaintiffs have failed to adequately plead facts sufficient to meet the basic standards of notice pleading, much less the plausibility standards of *Bell Atl.*

*Corp. v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), and in any event the facts that have been pleaded in many instances establish that Plaintiffs' asserted claim is barred as a matter of law.  Plaintiffs' entire Complaint also fails to meet Rule 8 standards.  Leave to amend should be denied because Plaintiffs' claims cannot be remedied and any amendment would thus be futile.

**WHEREFORE**, Gaia respectfully requests that this Motion be granted, and that the Complaint be dismissed in its entirety, together with such other and further relief as the Court deems just and proper.

Dated: June 8, 2020                        **DAVIS & GILBERT LLP**

By:  /s/ *Ina B. Scher*
    Ina B. Scher
    Daniel A. Dingerson
    1740 Broadway
    New York, New York 10019
    Telephone: (212) 468-4800
    Facsimile: (212) 468-4888
    Email: ischer@dglaw.com

*Attorneys for Defendant Gaia, Inc.*