# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-742-KLM

JAMES COREY GOODE, and
GOODE ENTERPRISE SOLUTIONS INC.,

    Plaintiffs,

v.

GAIA, INC., a Colorado corporation,
JAY WEIDNER,
CLIF HIGH,
BENJAMIN ZAVODNICK, and
ALYSSA MONTALBANO,

    Defendants.

## GAIA, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Gaia, Inc., certifies that it has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Dated: June 8, 2020        **DAVIS & GILBERT LLP**

                          By:   /s/ *Ina B. Scher*
                               Ina B. Scher
                               Daniel A. Dingerson
                               1740 Broadway
                               New York, New York 10019
                               Telephone: (212) 468-4800
                               Facsimile: (212) 468-4888
                               Email: ischer@dglaw.com

                          *Attorneys for Defendant Gaia, Inc.*