**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-742-KLM

JAMES COREY GOODE, and
GOODE ENTERPRISE SOLUTIONS INC.,

      Plaintiffs,

v.

GAIA, INC., a Colorado corporation,
JAY WEIDNER,
CLIF HIGH,
BENJAMIN ZAVODNICK, and
ALYSSA MONTALBANO,

      Defendants.

**GAIA, INC.'S LOCAL RULE 3.2 NOTICE OF RELATED CASES**

Pursuant to District Court of Colorado Local Civil Rule 3.2, Defendant Gaia, Inc., states that the following proceedings are pending before the Trademark Trial and Appeal Board:

1. *Gaia, Inc. v. Goode Enterprise Solutions, Inc.*, Opposition No. 91245558;

2. *Gaia, Inc. v. Goode Enterprise Solutions, Inc.*, Opposition No. 91246954.

Dated: June 8, 2020

**DAVIS & GILBERT LLP**

By:  /s/ *Ina B. Scher*
    Ina B. Scher
    Daniel A. Dingerson
    1740 Broadway
    New York, New York 10019
    Telephone: (212) 468-4800
    Facsimile: (212) 468-4888
    Email: ischer@dglaw.com

*Attorneys for Defendant Gaia, Inc.*