# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-742-KLM

JAMES COREY GOODE, and
GOODE ENTERPRISE SOLUTIONS INC.,

    Plaintiffs,

v.

GAIA, INC., a Colorado corporation,
JAY WEIDNER,
CLIF HIGH,
BENJAMIN ZAVODNICK, and
ALYSSA MONTALBANO,

    Defendants.

### NOTICE OF APPEARANCE OF DANIEL A. DINGERSON ON BEHALF OF GAIA, INC.

To the Clerk of this Court and all parties of record:

**PLEASE ENTER** the appearance of Daniel A. Dingerson of Davis & Gilbert LLP as counsel in this case for defendant Gaia, Inc.

Dated: June 9, 2020        **DAVIS & GILBERT LLP**

        /s/ *Daniel A. Dingerson*
        Daniel A. Dingerson
        1740 Broadway
        New York, New York 10019
        Telephone: (212) 468-4800
        Facsimile: (212) 468-4888
        Email: ddingerson@dglaw.com

        *Attorneys for Defendant Gaia, Inc.*