IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS, INC.,

      Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
CLIF HIGH,
BENJAMIN ZAVODNICK, and
ALYSSA MONTALBANO,

      Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendant Alyssa Montalbano's **Unopposed First Motion for Extension of Time to File Answer or Otherwise Respond Pursuant [to] D.C.COLO.LCivR 6.1 and FRCP 6(b)(1)(A)** [#9] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#9] is **GRANTED**. The deadline for Defendant Alyssa Montalbano to answer or otherwise respond to the Complaint is extended to **June 24, 2020**.

      Dated: June 9, 2020