IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-KLM

JAMES COREY GOODE, individually,
And GOODE ENTERPRISE SOLUTIONS, INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH,
BENJAMIN ZAVODNICK and ALYSSA
MONTALBANO,

Defendants.

### AFFIDAVIT OF BENJAMIN ZAVODNICK

I, Benjamin Zavodnick, being first duly sworn, deposes and states as follows:

1. I am a resident of the state of New Jersey.

2. I am licensed to practice law in the State of New Jersey.

3. I do not practice law in Colorado and do not conduct business in Colorado

4. I was not served with a summons in Colorado.

5. I do not conduct any business in Colorado.

6. I have never had direct contact with Plaintiffs in Colorado.

7. I have never had direct contact with Plaintiffs in any state.

8. I have never sent an email to Plaintiffs.

9. I have never sent a private or direct message to Plaintiffs on any social media

platform.

10.     I have never attempted to call Plaintiffs on the telephone at their business or at Plaintiff Goode's place of residence.

11.     I have never attempted to initiate any in person contact with Plaintiffs at any location.

12.     The screen shots of me in Plaintiffs' Complaint are derived from one public skit I performed on YouTube illustrating my analogy between the practice of law and the practice of ritual magic.

13.     Nowhere in my skit do I imply or explicitly state that the skit involves me or that is in any way a depiction of Plaintiffs.

14.     None of the content of my YouTube skit or video directly references the state of Colorado or that Plaintiffs reside in the State of Colorado.

I understand that I am affirming the truth of the factual claims made in this affidavit.

Dated this 10th of June, 2020

_____
Benjamin Zavodnick

Subscribed and sworn to before me this 10th day of June, 2020, by Benjamin Zavodnick

[Seal]     My commission Expires: 2-15-2023

_____
Notary Public



OFFICIAL SEAL
DIANE JO BRADLEY
NOTARY PUBLIC – NEW JERSEY
My Comm. Expires 2-15-2018