**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-00742-KLM

JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC.

　　Plaintiffs,

vs.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, and ALYSSA MONTALBANO

　　Defendants.

## NOTICE OF RELATED CASE

　　Pursuant to D.C.Colo.L.CivR 3.2, Defendant Clif High, by and through the undersigned counsel, respectfully files this Notice of Related Case, to advise the Court that the above-captioned case is related to another action:

　　1.　*James Corey Goode v. Roger Richards Ramsaur, Leon Isaac Kennedy, and Adrienne Youngblood*, 20-cv-00947-STV, currently pending in the U.S. District Court, District of Colorado.

Dated:  June 18, 2020.

　　　　　　　　　　　　　　　　　　　　*s/ J. Lee Gray*
　　　　　　　　　　　　　　　　　　　　J. Lee Gray, Esq.
　　　　　　　　　　　　　　　　　　　　Melissa Y. Lou, Esq.
　　　　　　　　　　　　　　　　　　　　Holland & Hart LLP
　　　　　　　　　　　　　　　　　　　　515 17th Street, Suite 3200
　　　　　　　　　　　　　　　　　　　　Denver, CO  80202-3921
　　　　　　　　　　　　　　　　　　　　303-290-1602
　　　　　　　　　　　　　　　　　　　　303 295-8236
　　　　　　　　　　　　　　　　　　　　lgray@hollandhart.com
　　　　　　　　　　　　　　　　　　　　MYLou@hollandhart.com
　　　　　　　　　　　　　　　　　　　　**Attorneys for Defendant Clif High**

### CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2020, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Valerie Yanaros, Esq.
Yanaros Law, P.C.
5057 Keller Springs Road, Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600
Email: valerie@yanaroslaw.com

**Attorney for Plaintiffs**

Alyssa Montalbano, *Pro Se*
2536 Rimrock Avenue, Suite 400-117
Grand Junction, CO 81505
Telephone: 970-250-8365
Email: AriStoneArt@Ymail.com

Ina B. Scher
Daniel A. Dingerson
DAVIS & GILBERT LLP
1740 Broadway
New York, New York 10019
Telephone: (212) 468-4800
Fax: (212) 468-4888
Email: ischer@dglaw.com

**Attorneys for Defendant Gaia, Inc**.

Michael Jacob Laszlo
Laszlo & Associates, LLC-Boulder
2595 Canyon Boulevard, Suite 210
Boulder, CO 80302
Telephone: 303-926-0410
Fax: 303-443-0758
Email: mlaszlo@laszlolaw.com

**Attorney for Defendant Benjamin Zavodnick**

-3-

                *s/Megan McMillen* _____
                HOLLAND & HART LLP

14829334_1.docx

14829334_v1