EXHIBIT MOTION FOR PERMANENT INJUNCTIVE RELIEF
VERIFIED COMPLAINT (1 of 4)

**EXHIBIT L**

| ☐Municipal Court ☒County Court ☐District Court ☐Denver Juvenile ☐Denver Probate | |
|---|---|
| __Broomfield__ County, Colorado<br>Court Address:<br>17 Descombes Dr, Broomfield, CO 80020 | FILED IN BROOMFIELD COUNTY COMBINED COURT<br><br>JUL 17 2018<br><br>▲ COURT USE ONLY ▲ |
| Petitioner: __James Corey Goode__<br>Date of Birth: __2-22-1970__<br>v.<br>Respondent: __Alyssa Chrystie Montalbano__<br>Date of Birth: __?1971 (approx. 38 years old)__ | |
| Attorney or Party Without Attorney (Name and Address):<br>Pending pro hac vice: ~~Valerie Yanaros Wilde~~<br>~~5057 Keller Springs, Suite 300, Addison TX 75001~~<br><br>Phone Number: ~~512-826-7553~~   E-mail: ~~valerie@yanaroslaw.com~~<br>FAX Number:   Atty. Reg. #: ~~TX 24075628~~<br>The address of the Protected Person may be omitted from the written order of the Court, including the Register of actions. | Case Number:<br><br>**18C 103**<br><br>Division   Courtroom |

**VERIFIED ☐COMPLAINT ☒MOTION FOR CIVIL PROTECTION ORDER**

I, __James Corey Goode__ (name of person) request this Court to issue a Civil Protection Order, and in support of this request state the following:

1. I am seeking this Civil Protection Order as a victim of the following: (Mark the applicable circumstances.)
   ☐Domestic Abuse (§13-14-101(2), C.R.S.)
   ☒Stalking (§18-3-602, C.R.S.)
   ☐Sexual Assault (§18-3-402(1), C.R.S.)
   ☐Unlawful Sexual Contact (§18-3-404, C.R.S.)
   ☐Abuse of the Elderly or an At-Risk Adult (§26-3.1-101(1) and (7), C.R.S.)
   ☐Physical Assault, Threat or other situation.

2. I reside or am employed in the County of __Broomfield__, State of __Colorado__, and __Alyssa Chrystie Montalbano__ resides or is employed in the County of __Mesa__, State of __Colorado__. I know __Alyssa Chrystie Montalbano__ because: she is a fan of the shows, conferences and various media that I appear in that comprise my day-to-day work. She started attempting to contact me repeatedly after seeing the show I appear in on Gaia TV, "Cosmic Disclosure" and some of the work that I do with another Writer and TV and Radio personality, David Wilcock.

3. The other Protected Persons are (list full name, date of birth, sex, and race):

| Full Name of Protected Person | Date of Birth | Sex | Race | Full Name of Protected Person | Date of Birth | Sex | Race |
|---|---|---|---|---|---|---|---|
| ▬▬▬▬ | | | | ▬▬▬▬ | | | |

JDF 402   R3/18   VERIFIED COMPLAINT/MOTION FOR CIVIL PROTECTION ORDER
Page 1 of 4
(1) Court Copy        (2) Petitioner Copy        (3) Respondent Copy

EXHIBIT MOTION FOR PERMANENT INJUNCTIVE RELIEF
VERIFIED COMPLAINT (2 of 4)

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   |   |   |   |   |   |

☒ I have completed and attached the form titled "Affidavit Regarding Children" JDF 404 as children are identified as Protected Persons above.

4. a) The most recent incident that causes me to ask for a Civil Protection Order occurred on or about _____06/14/2018_____ (date), at about __08:14 am__ (time), in ___Broomfield_____ (County), when _____ (name of person) did the following to me and/or the above named Protected Persons: *Be specific: What was the threat or acts of violence? Where did this occur? Were the minor children or other Protected Persons present? Was a weapon involved?*

   I received three additional certified letters from Alyssa Montalbano sent to my P.O. Box. These letters are attached herewith. They threaten, among other bizarre accusations and claims, to sue me for alleged theft of intellectual property and request multiple inappropriate situations. Further letters have been sent to my place of business that further defame my character and work. See attached brief and evidence.

   b) The most serious incident that causes me to ask for a Civil Protection Order occurred on or about _____April 1, 2018_____(date), at about __1:23 a.m.____(time), in ___Broomfield_____ (County), when _____Alyssa Christie Montalbano_____ (name of person) did the following to me and/or the above named Protected Persons: *Be specific: What was the threat or acts of violence? Where did this occur? Were the minor children or other Protected Persons present? Was a weapon involved?*

   Sent an incredibly bizarre email communication after she agreed to cease contact with me on February 2, 2018 (see attached brief). In it she references the Conference we forbade her to attend that I was presenting at due to her 400 emails and repeated calls, letters, etc. In her email she says "did something occur in Hawaii? I ask because of a couple dreams. One, you may not be aware of anything... in the dream you were playing (yes in a disguise) and I scooped you up so the sniper on the hill wouldn't shoot you and eat you. I took you and placed you somewhere safe. You seemed oblivious the entire time. In the next dream (disguise again) you seemed to have caught a cold or had something occur that reminded me of my trip to Hawaii as a kid with my bff when she got sucked into the undertow by the shore and when she got back on shore she puked this clear mucally type bile vomit onto the sand. We promptly buried it and moved to the next cabana. :::grin::: Something similar to the bile - vomit was seen in the dream but with shuffles like a really bad cold and you were having a hard time breathing. I helped keep you breathing. Did you have any kind of ocean incident or catch a cold or have any kind of breathing issues?"

   c) Any other past incidents of violence or threats? *Be specific: What was the threat or acts of violence? Where did this occur? Were the minor children or other Protected Persons present? Was a weapon involved?*

   She has been making and continues to make threats of defamation or lawsuits. The attached communications show the most recent.

   d) Are you aware of any other Protection Orders currently in effect against you or the other person?
   ☐ Yes ☒ No   If Yes, list any relevant information, such as the issuing Court, State, and date of the order:

EXHIBIT MOTION FOR PERMANENT INJUNCTIVE RELIEF
VERIFIED COMPLAINT (3 of 4)

5. I believe that I and/or the other Protected Persons named in this action are in imminent danger from ____Alyssa Chrystie Montalbano_____ (name of person):

   [X] Harm to my/our life or health if he/she is not restrained as requested.
   [X] Physical or emotional harm to my/our emotional health or welfare if he/she is not excluded from the family home or the home of another.

6. [X] I request that I be permitted to omit my address from this Verified Complaint/Motion for Civil Protection Order, because I fear that including my address will endanger me and/or the other Protected Persons.

7. I request the following relief from the Court that ____Alyssa Chrystie Montalbano____ (name of person):

   a) [X] Be ordered to refrain from contacting, harassing, injuring, stalking, touching, sexually assaulting, molesting, intimidating, and threatening me or other protected persons.

   b) [X] Be ordered to have **no contact** at all with me or the other Protected Persons.
      or
      [ ] Be allowed only the following limited contact with me or the other Protected Persons: *Be specific.*

   c) [X] Be excluded from my home at (address): **If you checked section 6, do not provide your address.**

   d) [X] Be ordered to stay at least ___1000__ yards from the following places. (address or description) **If you checked section 6, do not provide your address.**
      [X] Home: _____
      [ ] Work: Name: _____ Address: _____
      [ ] School: Name: _____ Address: _____
      [ ] Other: _____

   e) [X] Be ordered to have **no contact** with the minor children and that I be awarded temporary care and control and Interim Decision-Making Responsibilities for the children.
      or
      [ ] Be awarded temporary care and control of the children and that the other person be given Parenting Time with the children and Interim Decision-Making Responsibilities as follows: *Be specific.*

   f) [X] Be ordered to refrain from molesting, injuring, taking, transferring, encumbering, concealing, or disposing of or threatening harm to an animal owned, possessed, leased, kept or held by me or my minor child(ren), or other protected persons. Arrangements for possession and care are as follows:

EXHIBIT MOTION FOR PERMANENT INJUNCTIVE RELIEF
VERIFIED COMPLAINT (4 of 4)

g) ☐ Be ordered, if this is a domestic abuse protection order, to not possess and/or purchase a firearm, ammunition, or other weapon AND to relinquish any firearm or ammunition within the time ordered by the Court.

h) ☒ Be ordered to refrain from interfering with me or other protected persons at our place of employment or place of education and from engaging in conduct that impairs my or other protected person's employment, educational relationships, or environment.

i) ☒ Other:
Be ordered that she does not attend any event, conference or meeting that myself and/or my family or colleagues are attending and/or speaking or presenting at

☒ I understand that once a Civil Protection Order is issued it cannot be modified or dismissed by me or the other person without permission of the Court.

☒ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.
☒ By checking this box, I am acknowledging that I have made a change to the original content of this form.

**VERIFICATION**

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the __17__ day of __July__, __2018__ at __Broomfield county__
              (date)        (month)         (year)    (city or other location and state OR country)

_____        _____
(Printed name of ☐ Petitioner ☐ Respondent)    (Signature of ☒ Petitioner ☐ Respondent)

_____
Attorney, if applicable

**Stop: If you checked box number 6, do not fill in your address and telephone number.**

_____
Address

_____
Telephone Number

**Notice:** Colorado Revised Statutes §13-14-105 identifies that a temporary injunction may be issued by the Court and that upon personal service or upon waiver and acceptance of service by the Restrained Person, is to be in effect against the Restrained Person for a period determined to be appropriate by the Court. This injunction restrains the Restrained Person from: