**EXHIBIT A**
Broomfield Court Register of
Actions and Dismissal Order



EXHIBIT M

Register of Actions
Broomfield 18C103

Back to Search  1 Matches  Current page 1 of 1  Goto Page 1  Go  Results per Page 25  Go

| Case Number | Name | Date of Birth | Party | Date Filed | Status | Description | Location | Source |
|---|---|---|---|---|---|---|---|---|
| 2018C103 (County) | Montalbano, Alyssa Chrystie | 01/01/1980 | Defendant | 07/17/2018 | Closed | Protection Order | Broomfield | State |

1 Matches  Current page 1 of 1  Goto Page 1  Go  Results per Page 25  Go

Copyright © 2018 LexisNexis Risk Solutions. All rights reserved.  Terms & Conditions  Privacy Policy  Site Map  (154) JB6

EXHIBIT A
Broomfield Court Register of
Actions and Dismissal Order

## Goode, James Corey Vs. Montalbano, Alyssa Chrystie

Case Number: 2018C103(County)     Date Filed: 2018-07-17

| Summary | | |
|---|---|---|
| Judge | Jacque Lyn Russell | |
| Court | Broomfield County | |
| Division | C | |
| EFiled | Y | |
| Appealed | | |
| Case Closed Date | 08/06/2018 | |

| Case Status | Closed |
|---|---|

| Judge or Magistrate | Name | BAR Number |
|---|---|---|
| | Jacque Lyn Russell | 22046 |

| Agency | Agency | Agency Case | Tkt/Summons Nbr | Arrest Nbr |
|---|---|---|---|---|

| Related Cases | Location | Case Number | Related Reason | Name |
|---|---|---|---|---|

| Participants | Litigant | Attorney |
|---|---|---|
| | Montalbano, Alyssa Chrystie | Wilson, Kelly B |
| | Defendant 1 | Role Private Attorney |
| | DOB 01/01/1980 | BAR 45856 |
| | Gender Female | Primary Attorney Y |
| | Race Other | |
| | Toney, Kelly B | |
| | Role Private Attorney | |
| | BAR 45856 | |
| | Primary Attorney Y | |
| | Goode, James Corey | |
| | Plaintiff 1 | |
| | DOB 02/22/1970 | |
| | Gender Male | |
| | Race Caucasian | |

| Charges | Count | Date | Details |
|---|---|---|---|

| Scheduled Events | Date | Time | Details |
|---|---|---|---|
| | 07/17/2018 | 130 PM | Status Hearing Held<br>Judge Jacque Lyn Russell<br>Room C<br>Temporary Restraining Ord Hrg<br>Status Held and Continued<br>Judge Jacque Lyn Russell |

**EXHIBIT A**
Broomfield Court Register of Actions and Dismissal Order

| Date | Time | Description |
|---|---|---|
| 07/24/2018 | 330 PM | Room C / Permanent Restraining Ord Hrg / Status Hearing Held / Judge Jacque Lyn Russell |
| 08/06/2018 | 1000 AM | Room C / Permanent Restraining Ord Hrg |

**Proceedings**

| Date | Code | Description |
|---|---|---|
| 07/17/2018 | TROG | Temp Protection Order-granted |
| 07/17/2018 | ORDR | Order |
| 07/17/2018 | FOTH | Filing Other |
| 07/17/2018 | EXHB | Exhibit-attach To Pleading/doc |
| 07/17/2018 | CTRO | Complaint-tro |
| 07/17/2018 | AFFI | Affidavit |
| 07/24/2018 | TROV | Temp Protection Order-vacated |
| 07/24/2018 | TROG | Temp Protection Order-granted |
| 07/24/2018 | PORD | Proposed Order |
| 07/24/2018 | ORDR | Order |
| 07/24/2018 | ORDR | Order |
| 07/24/2018 | ORDR | Order |
| 07/24/2018 | ORDR | Order |
| 07/24/2018 | ORDR | Order |
| 07/24/2018 | MOTN | Motion |
| 07/24/2018 | MOTN | Motion |
| 07/24/2018 | MOTN | Motion |
| 07/24/2018 | MINC | Minute Order (print) |
| 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| 07/25/2018 | ORDR | Order |
| 08/03/2018 | PORD | Proposed Order |
| 08/03/2018 | MOTN | Motion |
| 08/03/2018 | ENTR | Entry Of Appearance |
| 08/06/2018 | TROV | Temp Protection Order-vacated |

EXHIBIT A
Broomfield Court Register of
Actions and Dismissal Order

| | | | |
|---|---|---|---|
| | 08/06/2018 | ORDR | Order |
| | 08/06/2018 | MINC | Minute Order (print) |
| | 08/06/2018 | CLAD | Case Closed |

| Judgments | # | Date | Details |
|---|---|---|---|
| | | | |

| Bond Information | ID | Details |
|---|---|---|
| | | |

| Financial Summary | | |
|---|---|---|
| | Un-Assigned Rcp's | Received |
| | Civil Action Tax | $1.00 |
| | Civil Filing Fee | $30.00 |
| | Court Security Cash Fund | $5.00 |
| | Justice Center Cash Fund | $37.00 |
| | Stabilization Fund - USER Fee | $24.00 |
| | Total Un-Assigned | $97.00 |

EXHIBIT A
Broomfield Court Register of
Actions and Dismissal Order

| COUNTY COURT, BROOMFIELD COUNTY, COLORADO | |
|---|---|
| Court Address:<br>17 Descombes Dr., Broomfield, CO, 80020 | DATE FILED: August 6, 2018 5:43 PM<br>CASE NUMBER: 2018C103 |
| Plaintiff(s) JAMES COREY GOODE<br>v.<br>Defendant(s) ALYSSA CHRYSTIE MONTALBANO | |
| | ⚠ COURT USE ONLY ⚠<br>Case Number: 2018C103<br>Division: C     Courtroom: |
| ORDER DENYING SECOND MOTN FOR CONTINUANCE OF TEMPORARY RESTRAINING ORDER HEARING | |

The motion/proposed order attached hereto: DENIED.

Denied in open court on 8/7/2018. C.R.S. 13-14-106(1)(b) allows for only one continuance per party, upon a finding of good cause. This Court had previously granted a continuance to the Plaintiff on 7/24/2018.

Issue Date: 8/6/2018

*Jacque Lyn Russell* (signature)

JACQUE LYN RUSSELL
Magistrate

EXHIBIT B
Broomfield Motion Protection
Order by VYW/CG

UNITED STATES COUNTY COURT FOR THE
COUNTY OF BROOMFIELD COLORADO

JAMES COREY GOODE, §
 §
Petitioner, §   FILED IN BROOMFIELD COUNTY
 §   COMBINED COURT
 §
 §   JUL 24 2018
v. §
 §
 §
ALYSSA-CHRYSTIE §   CAUSE NO.: C0802018C 000103
MONTALBANO, §
 §
Defendant, §
 §
 §

## MOTION TO GRANT PERMANENT RESTRAINING ORDER AND IN THE ALTERNATIVE FOR CONTINUANCE/REISSUANCE OF PERMANENT RESTRAINING ORDER HEARING

COMES NOW Mr. James Corey Goode ("Mr. Goode") and submits to the Court his Motion to Grant Permanent Restraining Order against Alyssa Christie Montalbano ("Defendant") and in the Alternative for Continuance/Reissuance of Permanent Restraining Order Hearing. Mr. Goode incorporates by reference his Brief Accompanying Verified Complaint (Docket 1) and shows:

### RELEVANT PROCEDURAL POSTURE

Mr. Goode filed his Motion for Protective Order and Supporting Brief on July 17, 2018. That afternoon his motion and argument was heard by the Honorable Jacque Russell and after reviewing the evidence presented to her she

1807240044 2766 66-1015 2l

EXHIBIT B
Broomfield Motion Protection
Order by VYW/CG

Signed this July 24, 2018

Respectfully,
/s James Corey Goode
James Corey Goode

**C.R.C.P. 11(b) Statement:** In helping to draft the pleading or paper filed by the pro se party, the attorney certifies that, to the best of the attorney's knowledge, information and belief, this pleading or paper is (1) well-grounded in fact based upon a reasonable inquiry of the pro se party by the attorney, (2) is warranted by existing law or a good faith argument for the extension, modification or reversal of existing law, and (3) is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

Valerie Yanaros Wilde,
Attorney for Defendant (Per CRCP 11(b))
5057 Keller Springs, Suite 300
Addison, TX 75001
(512) 826-7553
TX State Bar No. 24075628