

**Sheila Reiner**
Mesa County
Clerk and Recorder
P.O Box 20000
Grand Junction, CO 81502
(970) 244-1679



Exhibit N

| CUSTOMER INFORMATION | TRANSACTION INFORMATION | | | |
|---|---|---|---|---|
| ALYISSA MONTALBANO | Transaction #: | 391995 | Source Code: | OVER THE COUNTER |
| OTC | Receipt #: | 20180012556 | Return Code: | OVER THE COUNTER |
| , | Cashier Date: | 06/07/2018 | Location: | Main |
|  | Print Date: | 06/07/2018 | | |
|  | Cashier By: | ARNA | | |

| CERT | CFN: 2843230 | Record Date: 6/7/18 4:01 pm |
|---|---|---|
| From: | To: | |

| | RECORDING2017 | | $393.00 | |
|---|---|---|---|---|
| PAYMENT: CHECK | 5043 | AMOUNT: | $393.00 | |
| Void / Revised Reason: | | | | |

| Total Payments: $ 393.00 | Total Fees: | $ 393.00 | Shortage: $ 0.00 |
|---|---|---|---|
| Overage: $ 0.00 | Total Change Returned: | $ 0.00 | |

6/7/2018   4:02:39PM

Page 1 of 1

RECEPTION#: 2643230
6/7/2018 4:01:00 PM, 1 of 77
Recording: $393.00,
Sheila Reiner, Mesa County, CO.
CLERK AND RECORDER

# CERTIFICATE OF SERVICE

It is hereby certified, that on April 18, 2018, the undersigned mailed to:

James Corey Goode
GOODE MEDIA PUBLISHING, LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US HIGHWAY 287
SUITE 400-266
BROOMFIELD, COLORADO 80020

Hereinafter, "Recipient," the documents and sundry papers pertaining to "Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate"

1. Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate dated April 18, 2018
2. Notice of Written Correspondence dated April 18, 2018
3. Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice) dated April 18, 2018
4. Courtesy Copy of this Certificate of Service

by Certified Mail No. 7016 2070 0000 9810 9985  Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Courtesy copies of 1, 2, and 4 sent by Certified Mail with Return Receipt to CEO, Jirka Rysavy GAIA INC Certified Mail No. 7016 2070 0000 9810 9954 and Senior Director of Content Production, Jay Weidner GAIA INC at the following address: 833 West South Boulder Road Building G, Louisville, CO 80027.

Signed this 18 day of April 2018

With Prejudice and All Rights Reserved,

Alyssa-Chrystie: Montalbano
Alyssa – Chrystie: Montalbano (UCC 1-308)
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Certificate of Service

Page 1 of 1

# NOTICE OF WRITTEN CORRESPONDENCE

April 18, 2018

Certified Mail#    7016 2070 0000 9810 9985

Petitioner: Alyssa-Chrystie: Montalbano
ARI STONE ART LLC
2536 Rimrock Ave
Suite 400-117
Grand Junction, Colorado 81505

Respondent:    James Corey Goode
GOODE MEDIA PUBLISHING, LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US HIGHWAY 287
SUITE 400-266
BROOMFIELD, COLORADO 80020

This is formal notification that effective April 18, 2018 any and all correspondence regarding "Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate" be directed in writing to Alyssa-Chrystie: Montalbano at the following address:

Alyssa-Chrystie: Montalbano
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

In order to proceed properly and in accordance with applicable laws regarding this matter, please send all lawful responses to the proceeding address.

RESPONSE: Only a response that meets the following criteria qualifies as a sufficient verified response:

1. Any response must be made via a sworn affidavit, verified and affirmed by a signature under the penalty of perjury, and;

2. Any attorney representing the matter must provide a certified copy of their Oath of Office, allowing them to operate in said capacity, along with a certified Power of Attorney, without such they are a 3rd party and of no use.

Any response without the required certifications and/or documentation shall be deemed a dunning notice, and is considered frivolous and is evidence of Dishonor.

Signed this 18 day of April, 2018
With Prejudice and All Rights Reserved,

*Alyssa-Chrystie: Montalbano*

Alyssa-Chrystie: Montalbano (UCC 1-308)

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Notice of Written Correspondence                                         Page 1 of 1

## CERTIFICATE OF SERVICE

It is hereby certified, that on May 16, 2018, the undersigned mailed to the following addresses:

James Corey Goode
GOODE MEDIA PUBLISHING, LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US Highway 287
Suite 400-266
Broomfield, Colorado 80020

James Corey Goode
C/O: GAIA INC
833 West South Boulder Road
Building G
Louisville, Colorado 80027

Hereinafter, "Recipient," the documents and sundry papers pertaining to "Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate"

1. **Notice of Fault in Dishonor** dated May 16, 2018
2. **Updated and Corrected Copy: Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate – AMENDED** dated May 16, 2018
3. AMENDMENT ONE dated May 16, 2018
4. ADDENDUM ONE dated May 16, 2018
5. FINES & FEES For Intellectual Property Use and Copyright Infringements dated May 16, 2018
6. Certified Billing Statement 001 dated May 16, 2018
7. OFFER FOR REMEDY – REVISED dated May 16, 2018
8. Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice) –REVISED dated May 16, 2018
9. CC: Notice of Written Correspondence dated April 18, 2018
10. **Courtesy Copy of this Certificate of Service**

by Certified Mail No. 7018 0680 0002 3149 0623 and 7018 0680 0002 3149 0777 Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Courtesy copies of 1, 3, 4, 5, 6, 10; sent by Certified Mail with Return Receipt to CEO, Jirka Rysavy GAIA INC Certified Mail No. 7018 0680 0002 3149 0661 and Senior Director of Content Production, Jay Weidner GAIA INC Certified Mail No. 7016 2070 0000 9810 9961 at the following address: 833 West South Boulder Road Building G, Louisville, CO 80027.

Signed this 16 day of May 2018
With Prejudice and All Rights Reserved,

*Alyssa-Chrystie: Montalbano*
Alyssa – Chrystie: Montalbano (UCC 1-308)
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of CO, County of Mesa
Signed before me on this 16 day
of May 2018 by Kimberly Blossom
Notary Public *Kimberly Blossom*

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Certificate of Service May 16, 2018

May 16, 2018

# FINES & FEES

## For Intellectual Property Use and Copyright Infringement – Due Immediately

For failure to respond the following fine and fees are hereby implemented and made due immediately as of the date of this notice;

For any and all uses of Petitioner's Intellectual Property and Copyrighted Materials by Respondent from December 1, 2016 through April 20, 2018; the Following Fines and Fees Outlined Below are due immediately:

- $150/hr for Petitioner's research, locating additional infringements, and legal services.
- Any and all Expenses Incurred for
  - 50% of any and all royalties as received by Respondent from GAIA INC for any and all Cosmic Disclosure episodes utilizing Petitioner's Intellectual Property and Copyrighted Materials and as sent in error since 2016.
  - 50% of any royalties received by Respondent in any capacity from any form of medium that utilizes Petitioner's intellectual property or copyrighted materials.
  - $200 Fine per episode of Cosmic Disclosure utilizing Petitioner's Intellectual Property in any capacity.
  - $100 Fine for each individual use of intellectual property and copyrighted materials contained within an episode.
  - $300 Fine for each use within any medium, to include but not limited to: print, television, radio, Internet, and any other medium as of yet to be developed or discovered.
  - $150 Fine for each Respondent Associate use.
  - $100 Fine for each "synchronistic" use.
  - $700 Fine for dissemination of Petitioner's dream information and intel at public events, teachings, or other similar workshops online or offline.
  - $1500 Fine per mutilation of intellectual property and Copyrighted Materials in any medium.
  - $50 fine per day for late payment

Additionally, the above outlined fines and fees are <u>doubled</u> for any and all uses <u>after April 20, 2018.</u> Fines and fees may be collected from Respondent's wages, social security, tax returns, businesses, and any other source of income for remedy due Petitioner.

Signed with Prejudice,

*Alyssa-Chrystee Montalbano*

Alyssa Montalbano (UCC 1-308)

State of CO, County of Mesa
Signed before me on this 16 day
of May 2018 by Kimberly D Blossom
Notary Public *Kimberly D Blossom*

FINES & FEES For Intellectual Property Use and Copyright Infringement - Due Immediately

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

# Certified Billing Statement 001

Fines and Fees Due Immediately

Certified Mail#   7018 0680 0002 3149 0623

Date:   May 16, 2018

Petitioner:   Alyssa-Chrystie: Montalbano
ARI STONE ART LLC
2536 Rimrock Ave
Suite 400-117
Grand Junction, Colorado 81505

Respondent:   James Corey Goode
GOODE MEDIA PUBLISHING LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US HIGHWAY 287
SUITE 400-266
BROOMFIELD, COLORADO 80020

Hourly Rate $150 for 32.75 hours  DUE  $4,912

## Abbreviations

| FEE | Abbreviations |
|---|---|
| $100 per dream cited | IU = Individual Use of Petitioner cited dreams |
| $200 per Episode | CD = Cosmic Disclosure |
| $300 per use | U = Use by Respondent |
| $700 per use | D = Dissemination of Information |
| $150 per use | RAU = Respondent Associate Use |
| $100 per use | S = "Synchronistic" Use |
| $300 per use | M = Medium Use – TV, Print, Internet, etc |
| $1,500 per MU | MU = Mutilation |
| $150 per day | LF = Late Fee, failure to fix or remove mutilated instances cited after date of this notice |
| 50% Royalties | R = Royalties Due where applicable and to be determined |

| No. | Instance | Uses | Due |
|---|---|---|---|
| 1 | 2-2 | 100 IU;  200 CD;  300 U;  700 D; 100 S; 300 M; 50% R | 1,700 |
| 2 | 2-3 | 300 IU (3x); 200 CD; 300 U; 700 D; 100 S; 300 M; 50% R | 1,900 |
| 3 | 2-4 to 2-5 | 500 IU (5x); 200 CD; 300 U; 700 D; 100 S; 300 M; 50% R 1,500 MU Cern electronic net used to kill rather than capture | 3,600 |
| 4 | 2-6 | 100 IU; 300U; 700 D; RAU; 100 S; 300 M; 50% R 1,500 MU Axe story leads to murder rather than love | 3,000 |
| 5 | 2-7 | 200 IU (2x); 300 U; 700 D; 100 S; 300 M; 50% R 1,500 MU – containment bubble used for murder rather than healing | 3,100 |
|  |  | Page Total | 18,212 |

Certified Billing Statement 001 Fines and Fees Due Immediately                                                                 Page 1 of 3

| No. | Instance | Uses | Due |
|---|---|---|---|
| 6 | 2-8 | 200 IU (2x); 300 U; 700 D; 100 S; 300 M; 50% R | 1,500 |
| 7 | 2-9 to 2-10 | 200 IU (2x); 300 U; 700 D; 100 S; 300 M; 50% R; 1,500 MU creating fear and disharmony with other species | 2,600 |
| 8 | 2-11 | 100 IU; 900 U (3x); 700 D; RAU; 500 S (5x); 300 M; 50% R; 1,500 MU off world marriage, crediting a male bird as emitting the love | 4,000 |
| 9 | 2-12 to 2-13 | 200 IU (2x); 300 U; 700 D; 200 S (2x); 300 M; 50% R; 1,500 MU of AI experiences code of love given and healing them | 3,200 |
| 10 | 2-14 to 2-15 | 400 IU (4x); 300 U; 700 D; 100 S; 300 M; 50% R | 1,800 |
| 11 | 2-16 | 100 IU; 300 U; 700 D; 100 S; 300 M; 50% R; 1,500 MU implying SSP community can't work together | 3,000 |
| 12 | 2-17 | 100 IU; 300 U; 700 D; 500 S (5x); 300 M; 50% R; 1,500 MU space object as useless, rather than to power and clean planet | 3,400 |
| 13 | 2-18 | 200 IU (2x); 300 U; 700 D; 200 S (2x); 300 M; 50% R; 1,500 MU Gruesome story dead animal skin chunks | 3,200 |
| 14 | 2-19 | 100 IU; 300 U; 700 D; 100 S; 300 M; 50% R; | 1,500 |
| 15 | 2-20 | 100 IU; 300 U; 700 D; 100 S; 300 M; 50% R; | 1,500 |
| 16 | 2-21 | 400 IU (4x); 200 CD; 1,200 U (4x); 2,800 D (4x); 400 S (4x); 300 M; 50% R; 1,500 MU emotion hand held device to be used for love & healing not just for fear or info sending about others | 6,800 |
| 17 | 3-1 | 100 S (2x); 150 RAU (2x) – Massive Dream 3 days ago DW | 500 |
| 18 | 3-2 to 3-3 | 100 S; 200 CD; 150 RAU; 700 D – Spaceship as Car | 1,150 |
| 19 | 3-4 | 100 S; 150 RAU; 700 D; 300 M – Space X Launch | 1,250 |
| 20 | 3-5 | 200 S (2x) – Robots; Spain Safe | 200 |
| 21 | 3-6 | 100 S; 150 RAU; 700 D; 300 M - Hugs | 1,250 |
| 22 | 3-7 | 100 S; 150 RAU; 700 D; 300 M – ET Exchange Program | 1,250 |
| 23 | 3-8 | 100 S; 150 RAU; 300 M – Square crafts | 550 |
| 24 | 3-9 | 100 S; 150 RAU – Pipe JS | 250 |
| 25 | 3-10 | 100 S – Blue Avian Link | 100 |
| 26 | 3-11 | 100 S – want you | 100 |
| 27 | 3-12 to 3-13 | 100 S – cheeks | 100 |
| 28 | 3-14 | 100 S – F2B shirt | 100 |
| 29 | 3-15 | 100 S; 150 RAU – Tarot Lovers 2x | 250 |
| 30 | 3-16 | 100 S - Pence | 100 |
| 31 | 3-17 | 100 S; 150 RAU – Skull DW | 250 |
| 32 | 3-18 | 100 S; 150 RAU – Bullet DW | 250 |
| 33 | 3-19 | 100 S; 150 RAU – Obelisk DW | 250 |
| 34 | 3-20 | 100 S - family nerves | 100 |
| 35 | 3-21 | 100 S – Putin Portals | 100 |
| 36 | 3-22 | 100 S – Game Changer | 100 |
| 37 | 3-23 | 200 S (2x); 150 RAU – "vivid" dream, RFID chip head Dr. MS | 350 |
| 38 | 3-24 | 100 S; 150 RAU – Triangle crafts lots Dr MS | 350 |
| 39 | 3-25 | 100 S – Rods of God | 100 |
|   |   | Page Total | $41,500 |

| No. | Instance | Uses | Due |
|---|---|---|---|
| 40 | 3-26 | 100 S - TOAST | 100 |
| 41 | 3-27 | 100 S; 200 CD; 150 RAU; 700 D; 300 M – Draco 1/3 good | 1,450 |
| 42 | 3-28 | 100 S - KA | 100 |
| 43 | 3-29 | 100 S – Eye Surgery re-mentioned | 100 |
| 44 | 3-30 | 100 S – Father Son Patch Up | 100 |
| 45 | 3-31 | 100 S; 150 RAU – Edgar Casey look-a-like DW | 100 |
| 46 | 3-32 | 100 S – Vegetarian | 100 |
| 47 | 3-33 | 200 S (2x); 150 RAU – MJ-12 False Flags, Beta | 350 |
| 48 | 3-34 | 100 S – Eric Raines | 100 |
| 49 | 3-35 | 100 S – Chevron shape | 100 |
| 50 | 3-36 | 100 S – Parallel Universe | 100 |
| 51 | 3-37 | 100 S; 150 RAU - GWAR | 250 |
| 52 | 3-38 | 100 S – Event Phili | 100 |
| 53 | 3-39 | 100 S; 150 RAU – Vampire Dr MS | 250 |
| 54 | 3-40 | 100 S – Black n White Mosaic Tiles | 100 |
| 55 | 3-41 | 100 S – Flu Vaccine Virus | 100 |
| 56 | 3-42 | 100 S – Why Me | 100 |
| 57 | 3-43 | 100 S – 1950's | 100 |
| 58 | 3-44 | 100 S; 150 RAU – Slander TY | 250 |
| | | Page Total | $3,950 |
| | | **GRAND TOTAL** | **$63,662** |

Payments are to be made to: Alyssa Montalbano, and mailed to the address above.

Signed with Prejudice,

*Alyssa-Chrystie Montalbano*

Alyssa Montalbano (UCC 1-308)

State of CO, County of Mesa
Signed before me on this 16 day of May 2018 by Kimberly D Blossom
Notary Public [signature]

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Certified Billing Statement 001 Fines and Fees Due Immediately                    Page 3 of 3


Case No. 1:20-cv-00742-DDD-KAS   Document 26-3   filed 06/24/20   USDC Colorado   pg 9 of 15

# Certified Billing Statement 002

Fines and Fees Due Immediately

Certified Mail#: 7018 0680 0002 3149 0784 and 7018 0680 0002 3149 0647

Date: May 28, 2018

Petitioner: Alyssa-Chrystie: Montalbano
ARI STONE ART LLC
2536 Rimrock Ave
Suite 400-117
Grand Junction, Colorado 81505

Respondent: James Corey Goode
GOODE MEDIA PUBLISHING LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US HIGHWAY 287
SUITE 400-266
BROOMFIELD, COLORADO 80020

**Hourly Legal Services Rate $150 for 6 hours DUE $900**

**Abbreviations**

| FEE | Abbreviations |
|---|---|
| $100 per dream cited | IU = Individual Use of Petitioner cited dreams |
| $200 per Episode | CD = Cosmic Disclosure |
| $300 per use | U = Use by Respondent |
| $700 per use | D = Dissemination of Information |
| $150 per use | RAU = Respondent Associate Use |
| $100 per use | S = "Synchronistic" Use |
| $300 per use | M = Medium Use – TV, Print, Internet, etc |
| $1,500 per MU | MU = Mutilation |
| $150 per day | LF = Late Fee, failure to fix or remove mutilated instances cited after date of this notice |
| 50% Royalties | R = Royalties Due where applicable and to be determined |

| No. | Instance | Uses | Due |
|---|---|---|---|
|  | Pg 42 | 300 IU (3x); 200 CD; 300 U; 700 D; 150 RAU; 300 S (3x); 300 M; | $3,450 |
|  |  | 50% R | TBD |
|  |  | Amount Due (minus royalties To Be Determined - TBD) | $4,350 |

Payments are to be made to: Alyssa Montalbano, and mailed to the address above.


Certified Billing Statement 002 Fines and Fees Due June 15, 2018                                        Page 1 of 4

# Courtesy Notice

## Stop and Desist Use of Intellectual Property and Copyrighted Materials
### with
### Intent to Litigate - AMENDED

Certified Mail#    7018 0680 0002 3149 0623

Date:    May 16, 2018

Petitioner:    Alyssa-Chrystie: Montalbano
ARI STONE ART LLC
2536 Rimrock Ave
Suite 400-117
Grand Junction, Colorado 81505

Respondent:    James Corey Goode
GOODE MEDIA PUBLISHING LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US HIGHWAY 287
SUITE 400-266
BROOMFIELD, COLORADO 80020

I, Alyssa-Chrystie: Montalbano, real flesh and blood human being and of the real land of the United States of America without the jurisdiction of the UNITED STATES and being of sound mind and body do solemnly declare the following to be true and correct to the best of my knowledge and understanding:

Per due process of law this is lawful and legal notification to James-Corey: Goode, Sphere Being Alliance, GOODE MEDIA PUBLISHING LLC, GOODE ENTERPRISE SOLUTIONS INC, any other known or unknown names or entities as thereby used, all affiliates, associates, subsidiaries, and by extension David Wilcock, GAIA INC, GAIA TV, Cosmic Disclosure, and Wisdom Teachings, hereafter "Respondent" of the following criminal activities and copyright infringements of the intellectual property and copyrighted materials of Alyssa-Chrystie: Montalbano, Owner ARI STONE ART LLC, writer-artist operating under the pseudonym of Ari Stone, hereafter "Petitioner," (US CODE Title 17) specifically but not limited to 17 USC 5; 17 USC §501 ; 17 USC §106 -122; and 17 USC 106A.

Since 2016 Petitioner has freely shared in error and mistake over 500 dreams, proprietary information, intellectual property, and copyrighted materials with Respondent predominantly via email to SphereBeingAlliance@gmail.com and from the following specified two email accounts of Petitioner: AriStoneArt@Ymail.com (business email) and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (private email).

Petitioner asserts Respondent conspired with a network of complicit associates (18 USC §241) in order to "synchronistically" encourage, manipulate, remote view, and remote influence Petitioner to continue to email dream experiences and free information and intel for Respondent to utilize, mutilate, and present as his own "secret insider" Secret Space Program "intel" or otherwise similar labels with intent to knowingly and willfully (18 USC §1001, CRM 910 Knowingly and Willfully) defraud (Black's Law Dictionary Abridged 8th Edition, p360)

## SECTION 1

Respondent is to immediately implement the following remedies:

I. Respondent is to stop and desist immediately from all acts of defamation of Petitioner's character and all uses of libel, and slander.

II. Respondent is to stop and desist immediately with the retailoring of dreams as their own information and that has previously been shared by Petitioner with Respondent since 2016.

III. Respondent is to stop and desist immediately from continued public infringement of retailored dream information of Petitioner's since 2016 in any and all monetized and public formats to include: Cosmic Disclosure, Wisdom Teachings, films, books, internet, and public events. (17 USC 503)

IV. All dreams and other information as sent to Respondent at SphereBeingAlliance@Gmail.com since 2016 or otherwise delivered to Respondent by Petitioner, are the sole intellectual and proprietary property of Petitioner.

V. All dreams and information as shared freely with Respondent since 2016 whereby permission was initially granted for sharing was made by **mistake** and in **error** (Black Law Dictionary 6th edition) under **colorable transfer** (Black's Law Dictionary Abridged 8th Edition, p221-222) and all rights granted in error are hereby rescinded. All dream experiences, personal experiences, observations, conclusions and/or suppositions of Petitioner as discovered from first hand observations and research are the sole intellectual property and/or copyrighted materials of Petitioner and the intellectual property thereof is NOT to be further utilized by Respondent in any for-profit or not-for-profit teachings, events, books, tweets, Facebook posts, or any other form of public media known or to be developed without the express written and certified consent of Petitioner. (17 USC §106).

VI. Respondent is to remedy Petitioner for the usage of all intellectual property as shared in error and subsequently used by Respondent since 2016 and in accordance with fair market values, rates, fines, and fees, and as based on the total amount of infringements including those not contained herein. Should litigation become necessary a complete and full list of infringements shall be provided and submitted for review and remedy in any court of law.

VII. Furthermore, as of the postmark date of this mailing Respondent is NOT to delete move, rename, relabel, or otherwise willfully obscure, obfuscate, or obliterate any of the evidence contained herein or evidence as to yet be cited in coming documents in the event litigation is necessary for remedy. Sources of evidence may not to be altered hereafter, including but not limited to Respondent: Tweets, Facebook posts, Facebook Messages, YouTube Vlogs, Emails, and any other methods heretofore utilized for infringement and as may be subpoenaed as evidence. (18 USC §1519) Any acts of further deception shall be deemed willful and criminal acts with intent to defraud and defame Petitioner and shall be Respondent's self-confession and admission of guilt and shall be upheld as such in any court of law.

VIII. Extra care is to be taken regarding Emails and as sent from Petitioner and as received by Respondent at SphereBeingAlliance@gmail.com account, along with Facebook posts, Facebook pass-through to Tweets, and Tweets as posted on @BlueAvians. All emails sent by Petitioner to Respondent or vice versa are not to be deleted, altered, or otherwise obscured, obfuscated, or obliterated by Respondent as they may be subpoenaed (duces tecum) as furtive evidence of allegations.

## SECTION 3

**Alleged "Synchronicities" utilizing Ruse De Guerre tactics** via Respondent, Affiliates, Associates, and/or Subsidiaries to manipulate the actions of Petitioner in conjunction with remote influencing to maintain the continued free sharing of information by Petitioner with Respondent for subsequent profiteering and public acclaim:

3-1.   **ON JUNE 15, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: "Dream Intel: Dimension Rescue, Cigar Ships, Help ETs, Portal Threads, Galactic Family, White Light Magik"
From: AriStoneArt@Ymail.com
With Attachment: **Dream Intel.pdf**
And in particular: (p11-12) Veil of Lies Removed, (p13-16) White Light Sparkles Stop Smucks

**Containing intellectual property:**

*(p11) I fly up in the air, raise my hands and stop people from useless banter (gossip), then speak my language and use magik to change the color of sky and thereby <u>remove the veil of lies so humanity can see truth</u>, some even for the first time.*



*(p15-16) A pervert guy keeps trying to touch me rudely; I use magik and make his hands go numb like dead hands for the next 24 hours, so he can't be rude to me or others. Two teams are on the field playing 'soccer'. One team is very abusive to the other team. <u>I raise my hand, speak another language, and white light emits</u> out of my hands and <u>prevents the abusive players from harming</u> the other team, they are white light tied/frozen. I then raise all the way up into the air and command them to no longer harm anyone ever again and <u>make their black hearts shiny and new</u>. <u>I call forth more white light and emit white light sparkles that encompass around the entire globe of Earth.</u> A version of me remained with arms raised and washing back and forth.*

**ON JUNE 18, 2017 RESPONDENT Associate, David Wilcock,**
**"synchronisitcally"** affirmed
IN  Facebook Post  - DivineCosmosConvergence

**In The Following Way:** *On June 18, 2017, in original post Respondent Associate, David Wilcock, states with the following misspellings and as seen in Screenshot (image to left).*

*"<u>AA very massive dream appeared hree mornings ago</u>, <u>portending a major leap forward</u> in the defeat of the Cabal and towards major disclosure . . .*

*. . . This dream was <u>utterly amazing</u> and more than enough to convince me that now is the time to put this prophesy out there."*

This original post by Respondent Associate Mr. Wilcock, "synchronistically" is exactly <u>3 days</u> after Petitioner emailed dream group in the <u>morning</u> to Respondent.

In the 126 page document of evidence submitted to GAIA INC, October to November of 2017, for syndicated Dream series, the image with misspellings, seen here, was contained within the document and special note was made of the misspellings.

This posting has since "synchronistically" had the errors fixed and now reads as follows

"*A very massive dream appeared three mornings* ago, portending a major leap forward in the defeat of the Cabal and towards disclosure.

To Petitioner's knowledge this correction did not occur until after submission of 126 page document Part 1 on October 4, 2017, which was also shared with Respondent on October 2, 2017, suggesting reading proprietary document for complicit information gathering and "synchronistically" correcting the mistake, while still alleging to "not" be reading Petitioner's emails.

Furthermore, It is important to note Respondent Associate David Wilcock is also writing his own book "Awakening in the Dream." Whereby Mr. Wilcock declares in alleged "MEGA UPDATE" (PART 2) posted JANUARY 12, 2018 how much Respondent's "Mega Update" changed how he's writing his book:

Section Titled: "MEGA GROWING OPPORTUNITIES"

"[DW: Some of what he received was personal for me. I found it incredibly interesting, and it has completely changed how I am writing *Awakening in the Dream.*]"

Considering, Mr. Goode's "Mega Update" is predominantly based on the retailoring and subsequent mutilation of Petitioner's dreams for retelling of Petitioner's intellectual property as though they are Respondent's own personal experiences and whereby Respondent has received over 500 dreams from Petitioner in error, where approximately 70 dreams include direct and personal information for Mr. Wilcock, it is evident Mr. Wilcock is also directly utilizing and benefiting from copyrighted materials and intellectual property of Petitioner's and is knowingly planning further utilization of Petitioner's dream information for future profiteering and/or public acclaim in his coming book "Awakening in the Dream" and to the continued detriment of Petitioner.

Legal remedy and attribution will also be pursued against Respondent Associates for any and all infringements and in particular as may be contained in Mr. Wilcock's forthcoming book.

Additional note is to be made that Mr. Wilcock declared at Conscious Life Expo, February 2017, he was having "dream recall issues." giving further sustenance to intent to conspire with Respondent to defraud Petitioner of mass amounts of dream intel during implementation 2017 to 2018 Ruse De Guerre tactics.

knowing, and criminal act with intent to defraud and otherwise swindle, manipulate, and take unfair advantage of Petitioner through the aforementioned Ruse De Guerre, tactics, and techniques so contained herein by Respondent, James Corey Goode against Petitioner, Alyssa-Chrystie: Montalbano.

Continued infringement after the date of this mailing will results in additional fines and back payment of reasonable usage fees due since 2016 for the consistent and continued use of materials by Respondent. Pricing to be determined per the current market rates for all intellectual property infringements and current fair market rates for writers (17 USC 504), along with all associated legal fees (17 USC 505) incurred by Petitioner to remedy this situation.

Should Respondent wish to rebut anything stated herein they may do so with their own sworn and notarized statement of declaration with supporting evidence and on a point-by-point basis to be mailed to the Petitioner's address as contained herein within 14 business days of the date of this mailing and allowing for reasonable mailing time. Failure to respond constitutes acquiescence with everything stated herein and may be upheld in any court of law as true and correct.

Any legal proceedings shall be held in the state and county where Petitioner resides.

A courtesy copy of this notice has also been served on GAIA INC, CEO Jirka Rysavy, via USPS Certified Mail No. 7016 2070 0000 9810 9954, and Senior Director of Content Production at GAIA INC, Jay Weidner, USPS Certified Mail No. 7016 2070 0000 9808 6477 at the following address: 833 West South Boulder Road, Building G, Louisville, CO 80027, to notify of pending litigation, stop and desist orders, copyrighted infringements, and Offer for Remedy and that the public airing of cited episodes in direct infringement dispute as contained herein (17 USC §106A; 17 USC 503) may be court ordered for removal of broadcast.

In an effort to resolve this matter without litigation SECTION 5 - OFFER FOR REMEDY is being extended without prejudice and as contained on pages 41, 42, 43, 44 and 45 and Addendum (AOFRA) Acceptance of Offer For Remedy as Apprentice.

Signed this 16 day of May, 2018
With Prejudice and All Rights Reserved,

*Alyssa-Chrystie: Montalbano*

Alyssa-Chrystie: Montalbano (UCC 1-308)
Owner ARI STONE ART LLC
Artist Ari Stone

State of CO, County of Mesa
Signed before me on this 16 day of May, 2018 by Kimberly D Blossom
Notary Public: *Kimberly D Blossom*

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

# CERTIFICATE OF SERVICE

It is hereby certified, that on May **29**, 2018, the undersigned mailed to the following addresses:

James Corey Goode
GOODE MEDIA PUBLISHING, LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US Highway 287
Suite 400-266
Broomfield, Colorado 80020

James Corey Goode
C/O: GAIA INC
833 West South Boulder Road
Building G
Louisville, Colorado 80027

Hereinafter, "Recipient," the documents and sundry papers pertaining to "**Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate**"

1. **Certified Billing Statement 002**
2. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7018 0680 0002 3149 0784** and **7018 0680 0002 3149 0647** Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Courtesy copies; sent by Certified Mail with Return Receipt to CEO, Jirka Rysavy GAIA INC Certified Mail No. **7018 0680 0002 3149 0654** and Senior Director of Content Production, Jay Weidner GAIA INC Certified Mail No. **7018 0680 0002 3149 0678** at the following address: 833 West South Boulder Road Building G, Louisville, CO 80027.

Signed this **29** day of May 2018
With Prejudice and All Rights Reserved,

*Alyssa-Chrystie Montalbano*
Alyssa – Chrystie: Montalbano (UCC 1-308)
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of **CO**, County of **Mesa**
Signed before me on this **29** day of **May 2018** by **Kimberly Blossom**
Notary Public *Kimberly Blossom*

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Certificate of Service May 29, 2018