EXHIBIT C
Darling International / Goode
Protection Order

439F_ 000315

EXHIBIT P

CAUSE NO 14-04807

| | | |
|---|---|---|
| DARLING INTERNATIONAL INC , | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| v | § | DALLAS COUNTY, TEXAS |
| | § | |
| JAMES "COREY" GOODE | § | |
| Defendant | § | 116th JUDICIAL DISTRICT |

## AGREED PERMANENT INJUNCTION

This Court, after due consideration of the request and agreement of the parties, Plaintiff Darling International Inc (now known as Darling Ingredients Inc.) ("Plaintiff" or "Darling") and Defendant James "Corey" Goode ("Defendant" or "Goode") in the above-captioned matter, hereby ORDERS, ADJUDGES, and DECREES this Agreed Permanent Injunction ("Permanent Injunction") of this Court

Defendant, a former employee of Darling, and Defendant's agents, servants, and those persons acting in concert or participation with him / them who receive actual notice of this Permanent Injunction by personal service or otherwise, shall be and hereby are enjoined and prohibited from the following

1. Committing or threatening any acts of violence or harassment against Darling, its officers, directors, board members, executives, investors, and/or employees (collectively, "Protected Parties");

2. Threatening or harassing Darling and/or the Protected Parties in person, by telephone, e-mail, social media and/or internet posting, including YouTube, or any other means of in person, written, or electronic communication,

3. Making a threat to Darling and/or the Protected Parties or engaging in harassment through another person against Darling and/or the Protected Parties,

4. Going within 200 yards of Darling's operations and facilities as set forth on EXHIBIT A to this Permanent Injunction, including Darling's corporate headquarters at 251 O'Connor Ridge Boulevard, Ste 300, Irving, Texas 75038, the physical location of any meeting of the Board of Directors (which meeting locations Mr Goode has actual knowledge of), Darling's facility at 1240 Sargent Road, Dallas, Texas 75203, and the personal residence of Mr Cooper Wilson located at 1005 W. Winding Creek, Grapevine, Texas 76051,

5. Stalking, following, or engaging in conduct directed specifically to Darling and/or the Protected Parties, which is reasonably likely to harass, annoy, alarm, abuse, torment, or embarrass Darling and/or the Protected Parties, or disrupt the business operations of Darling;

EXHIBIT C
Darling International / Goode
Protection Order

6.  Making or posting threatening, harassing, and/or defamatory comments or postings about Darling and/or the Protected Parties on social media websites or the internet generally; and/or

7   Disrupting the workplace or operations of Darling by telephone, fax, e-mail, or other forms of communication, directed or sent to the office(s) or facilities of Darling as set forth on **EXHIBIT A**, or by telephoning, faxing, emailing, or otherwise communicating with any employee or Protected Party at the office(s) of Darling set forth on **EXHIBIT A**, in a manner which is reasonably likely to disrupt Darling's workplace or operations or with the intent of doing so, or accessing the computer system(s) and/or computer network of Darling.

The parties have agreed, and the Court finds, that this Permanent Injunction, including **EXHIBIT A**, which is fully incorporated herein by reference, is specific in its terms and describes in reasonable detail, and not by reference to the complaint or other document, the act or acts sought to be restrained and that it gives fair notice to Defendant of what he is prohibited from doing and for what period of time he is prohibited from doing the prohibited acts   Defendant has agreed, and the Court finds that Defendant has agreed, not to challenge the clarity or the specificity of the language of this Permanent Injunction if he is cited for contempt for violating this order Defendant has further agreed and consented to, and the Court finds that Defendant has agreed and consented to, the release of the bond posted by Plaintiff in this matter.

The Court finds that both parties have decided to agree to the entry of this Permanent Injunction and have decided to and agree to forgo the opportunity to conduct a hearing before the Judge on Plaintiffs' request for a temporary injunction and to forgo a jury trial on Plaintiff's request for a permanent injunction for reasons that each party is informed and is satisfied are sufficient and because the parties have agreed to resolve this dispute without the necessity, time, and expense of proceeding to trial   Therefore, this Court finds that there is good and sufficient reason, backed by facts and legal arguments known to the parties and/or their counsel, for them to request that this Court enter this Permanent Injunction, and for this Court to find that there is good and sufficient reason for this Court to sign and order this Permanent Injunction   The Court further orders that the $250 00 bond posted by Plaintiff be released from the registry of the Court and returned to Plaintiff.

Each party shall pay its own attorneys' fees and court costs.

SIGNED this 31st day of October 2014, at 2:25 o'clock, a m / p.m.

THE HONORABLE JUDGE
TONYA PARKER PRESIDING

AGREED PERMANENT INJUNCTION                                                          2

EXHIBIT C
Darling International / Goode
Protection Order

JACKSON LEWIS P.C.

By

Dan Hartsfield
State Bar No. 09170800
dan.hartsfield@jacksonlewis.com
Justin H. Smith
State Bar No. 24041943
justin.smith@jacksonlewis.com
Cynthia Uduebor Washington
State Bar No. 24047012
cynthia.washington@jacksonlewis.com

500 N. Akard, Suite 2500
Dallas, Texas 75204
Phone: (214) 520-2400
Fax     (214) 520-2008

ATTORNEYS FOR PLAINTIFF,
DARLING INTERNATIONAL INC.

Date: October 30th, 2014

By.

James "Corey" Goode
2715 Forrest Grove Drive
Richardson, Texas, 75080
Phone: 469-377-0620
e-mail: GoodeTech@Yahoo.com

DEFENDANT, *PRO SE*

Date   October 30th, 2014

Transcription of YouTube Video

Recorded by James "Corey" Goode

May 4, 2014

Reported by:   Charlotte Haynsworth,  CSR No.  7359

ESQUIRE

PLAINTIFF'S
EXHIBIT
C

800.211.DEPO (3376)
EsquireSolutions.com

JAMES GOODE
TRANSCRIPTION OF YOUTUBE VIDEO

May 04, 2014

4

1  -- James Goode, Specialist C4R, Texas Army State Guard.

2  Texas (sic) Operations Technology.  That's C4ISR magazine.

3  Can't get that.  This is some kind of frickin' joke.  A

4  bunch of redneck idiots.  And I say that, listening to the

5  recordings and all that.  As soon as everybody's off to

6  church, I'm calling the police and -- this is all going

7  legal.  I'm sending this to FOX 4 News.  This is -- this --

8  this is unbelievable.  I ca- -- who the hell does this kind

9  of stuff?  Look at this.  I've got a 10-year-old daughter,

10 a 3-year-old son.  Those are their rooms right there.

11 Right there.  Oh, oh.  Ow.  That should be enough video.

12 Hopefully -- this light isn't very good.

13 Un-freakin-believable.  I know this isn't the crime of the

14 century to the police but -- I -- I have friends in the DHS

15 and -- oh, crap, I stepped on that.  If the documentary --

16 if making friends of politicians -- maybe they can get some

17 fingerprint dusting of all this.  Depending on -- I'm gonna

18 make sure the police know the seriousness and -- of all of

19 this.  This is all gonna be bagged with gloves and -- I'm

20 gonna scout the neighborhood for security cameras and talk

21 to neighbors and see if I can get some video if the police

22 do not.  They probably will just take a report.  I'm gonna

23 go write down all the names and numbers of all the people

24 involved.  Un-freakin-believable.  I -- I just boxed up and

25 sent all of their iPad, computer, iPhone and all that.  And


ESQUIRE

1   like a freakin' idiot, I sent my new address asking them to

2   please send all of my belongings that they've been holding

3   onto. Oh. Oh, shoo- -- my shoulder. Oh. And this is how

4   they deliver it. Minus my ham radio, minus my -- oh,

5   several things. I've got the list and the e-mails that I'm

6   gonna hand over -- I'm gonna go print it out now. Look at

7   this. The -- and this is after I've inform- -- I -- I was

8   discriminated against after I informed them that I had a

9   traumatic brain injury, that I have epilepsy, and complex

10  post-traumatic stress disorder. It's not combat-related

11  PTSD. It's a different type. There's many types but --

12  people, in their ignorance, talking -- people -- oh. Well,

13  the audio and -- recordings and stuff that I have for the

14  -- this -- this is the last straw. This is -- this is a

15  threat to my family. This is unbelievable.

16              Hi. Do y'all live there? Did y'all see

17  anything unusual last night?

18              UNKNOWN MALE: No.

19              MR. GOODE: Okay. I'm -- I'm gonna be

20  calling the police. I had a little vandalism incident. I

21  -- I'm recording it.

22              UNKNOWN FEMALE: Oh. What happened?

23              MR. GOODE: A -- a company I used to work for

24  had all of the possessions in my desk and -- they're a

25  bunch of redneck idiots.

