*Reply to Defendant's Response to Plaintiff's Motion to Set Hearing*
*Exhibit X - Copyrights (4 pages)*
**Exhibit S**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary H. Tayler*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-662-567**

Effective Date of Registration:
October 21, 2018

---

## Title

**Title of Work:** Dreams The Missing Text
What are they? Why do we have them? and How What we do in them Determines Waking 3D Life Experience

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** September 16, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-0996960830
**Preregistration:** PRE000010247

## Author

**Author:** Alyssa Montalbano
**Pseudonym:** Ari Stone
**Author Created:** text, photograph(s), artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Alyssa Montalbano
2536 Rimrock Ave, Suite 400-117, Grand Junction, CO, 81505, United States

## Rights and Permissions

**Name:** Alyssa Montalbano
**Email:** aristoneart@ymail.com
**Telephone:** (970)250-8365
**Address:** 2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505 United States

Page 1 of 2

## Certification

Name: Alyssa Chrystie Montalbano
Date: October 21, 2018

Copyright Office notes:  Basis for Registration: Collective work

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-662-562**

**Effective Date of Registration:**
October 21, 2018

---

## Title

**Title of Work:** DreamWalker Dream Diary Adventures of Enetka Tulina: & the Trizad of Peace

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** June 17, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-0996960816

## Author

**Author:** Ari Stone
**Pseudonym:** Ari Stone
**Author Created:** text, photograph(s), artwork
**Citizen of:** United States
**Domiciled in:** United States
**Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Alyssa Montalbano
2536 Rimrock Ave, Suite 400-117, Grand Junction, CO, 81505, United States

## Rights and Permissions

**Name:** Alyssa Montalbano
**Email:** aristoneart@ymail.com
**Telephone:** (970)250-8365
**Address:** 2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505 United States

## Certification

Name: Alyssa Chrystie Montalbano
Date: October 21, 2018