# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK and ALYSSA MONTALBANO

Defendants.

## NOTICE OF RELATED CASES

Pursuant to D.C.Colo.L.CivR 3.2, Defendant Alyssa Montalbano, respectfully files this Notice of Related Cases, to advise the Court that the above-captioned case is related to the following actions:

1. Alyssa Chrystie Montalbano v. James Corey Goode, 18CV50, Mesa District Civil Court, filed June 25, 2018, in post dismissal phases as of January 29, 2020 and no final judgment issued.

2. Alyssa Christie Montalbano v. James Corey Goode, 1:18-cv-02060-RM-GPG, Denver Federal Court. Mesa District Civil Case 18CV50 removed to Denver Federal Court August 13, 2018 and remanded back to Mesa State Court December 3, 2018.

Dated this 24th day of June 2020

Respectfully Submitted,

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: AriStoneArt@Ymail.com
Pro Se Defendant

**CERTIFICATE OF SERVICE**

I certify that on this 24th day of June 2020 a copy of the foregoing Notice was filed with the clerk of the court using the CM/ECF system and are lawfully served upon Plaintiffs' counsel through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5)

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen