## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. __1:20_ -cv- _0742__ ,

**JAMES COREY GOODE and GOODE ENTERPRISE SOLUTIONS, INC.**

    Plaintiff(s),

v**GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, and ALYSSA MONTALBANO** ,

    Defendant(s).

---

### ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION
_____

Under 28 U.S.C. § 636(c) and

(1)    D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2)    Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3)    D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

### CHECK ONE

☐    all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

### OR

**X**    at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| _[signature]_ | JAMES COREY GOODE and GOODE ENTERPRISE SOLUTIONS INC. | June 25, 2020 |

Print name_____ Valerie Ann Yanaros, Esq. - Attorney for Plaintiffs_____

_____    _____    _____

Print name_____

_____    _____    _____

**NOTE:** You are directed to confer with all parties in this action and execute and file with the Court this Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction, indicating either the unanimous consent of the parties or that at least one party has declined to consent, at the earlier of (1) no later than seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint. All parties must either consent to the exercise of magistrate judge jurisdiction, or any party may decline to consent. In either event, **filing of the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction is mandatory**, indicating either the unanimous consent of the parties or that at least one party has declined to consent.

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC. <br>     Plaintiffs, <br><br> v <br><br> GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, and ALYSSA MONTALBANO <br>     Defendants. | § § § § § § § § § § § § CIVIL ACTION NO. 1:20-cv-00742 <br><br> JURY TRIAL DEMANDED |

## **CERTIFICATE OF CONFERENCE AND SERVICE**

The below-signed counsel has conferred with all parties to the instant action and at least one does not consent to have a Magistrate Judge conduct all proceedings in the instant action. A copy of this form will be served on all parties and counsel to this action.

Date: June 25, 2020                                    Respectfully submitted,

 

Valerie Yanaros, Esq.
Texas Bar No. 24075628
Admitted to Practice in the
District Court of Colorado
Yanaros Law, P.C.
5057 Keller Springs Rd, Suite 300
Addison, TX, 75001
Telephone: (512) 826-7553
valerie@yanaroslaw.com

**ATTORNEY FOR PLAINTIFFS**

1