IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                                          Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, and ALYSSA MONTALBANO

                                          Defendants.

_____

### PARTIALLY OPPOSED MOTION FOR EXTENSION OF DEADLINES
_____

**COMES NOW,** Mr. James Corey Goode and Goode Enterprise Solutions, Inc. (collectively, "Goode"), and respectfully shows and requests as follows:

**D.C.COLO.LCivR 7.1(A) Certification**:  Counsel for the Parties and pro se Defendant Ms. Montalbano conferred regarding this motion and only one of the parties objects to the relief sought herein. All Parties, with the exception of Mr. Zavodnick, agree to the relief requested herein and as such Goode is filing the Motion as "Partially Opposed".

1. This Action was commenced by Goode on March 17, 2020. (Docket 1).
2. The Honorable Magistrate Judge Mix was assigned to this case on March 18, 2020. (Docket 3).

First Motion for Extension of Time – FAC, Response and Scheduling Conference

3. Each of defendants Gaia, Inc. ("Gaia"), Mr. Jay Weidner ("Weidner"), and Ms. Alyssa Montalbano ("Montalbano") (each a "Defendant" and collectively, "Defendants"; all of the aforementioned parties the "Agreeing Parties"), in addition to Defendants Mr. Clif High ("High") and Mr. Benjamin Zavodnick ("Zavodnick", also "Defendants"), have been served and/or executed a waiver of service. Various extensions were agreed to for some of the Defendants' response dates.

4. Counsel for Weidner and Goode have conferred and, due to scheduling demands placed upon counsel for Weidner at the end of August, have agreed that requests for additional extensions from Weidner may be necessary and counsel for Goode has agreed to extend such Proposed Response Date if requested.

5. Defendants Gaia, Zavodnick and Montalbano have all responded to the Complaint by filing a motion to dismiss (the "Responsive Motions") in accordance with their answer or extension deadlines.

6. Goode is preparing its First Amended Complaint ("FAC") in response to the pending Responsive Motions. Goode's current response date for the earliest-filed of the Responsive Motions is Monday, June 29, 2020.

7. Although under Fed. R. Civ. P. 15, leave is not yet required to file an amended complaint at this time, an extension is necessary in order to extend the deadlines to respond to the Responsive Motions.

8. The U.S. Supreme Court has held that leave to amend under Fed. R. Civ. P. 15(a) "shall be freely given when justice so requires" and has stated that "if the underlying facts or circumstances relied upon by plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits and in the absence of any apparent

improper motivation, such as undue delay, bad faith or dilatory tactics, the amendment should be 'freely given'." *Foman v. Davis*, 371 U.S. 178 (1962).

9. This motion is not made for purpose of delay, in bad faith or as a dilatory tactic, but to ensure a full hearing on all the facts and legal issues of this action, secure a just and speedy determination of this case, and ensure that the ends of justice are met

10. The Honorable Judge Mix entered a scheduling order setting July 20, 2020 as the date for the Scheduling Conference and the date for the Proposed Scheduling Order to be due as July 13, 2020. (Docket 6).

11. The Parties have conferred as to consent/non-consent to a Magistrate Judge and have filed the appropriate form (Docket 28) but as it is still early on in the proceedings, the Agreeing Parties believe it would be helpful for an extension of time for the Scheduling Conference and Order.

12. The Parties have all conferred and the Agreeing Parties in addition to High agree that Goode may have until July 20, 2020 to file its FAC and that the Defendants' response date to the FAC should be August 31, 2020 (the "Proposed Response Date").

13. Zavodnick has stated, per its Motion to Dismiss (Docket 23), that it has no position on any of the herein-described request for relief because it believes this Court lacks jurisdiction. Goode is planning to address in further detail why this Court has jurisdiction in its FAC.

14. Additionally, High is planning to challenge this Court's jurisdiction.

15. Goode has agreed that any agreement on this Motion does not constitute a waiver to any jurisdiction argument.

16. Goode further respectfully requests, and the Agreeing Parties and High concur, that this Court reset the Scheduling Conference for a date subsequent to the Proposed Response

Date for the Defendants in order to better conduct the Scheduling Conference after initial briefing and further narrowing of the issues that will result from amended and responsive pleadings.

17. This is the first request for extension on any of the aforementioned deadlines:

    a) to file the FAC in response to any Responsive Motions,

    b) for the Defendants' response to the FAC, and

    c) the Scheduling Conference and Proposed Schedule and Order.

18. This request will be served upon all of counsels' respective clients per Local Rule 6.

WHEREFORE, Plaintiffs, Agreeing Parties and Mr. High respectfully request the following deadlines be extended by this Honorable Court and that:

   a) Goode may have until July 20, 2020 to file its FAC;

   b) the Defendants' response date to the FAC should be August 31, 2020; and

   c) this Court reset the Scheduling Conference for a date subsequent to the Proposed Response Date of August 31, 2020 and a date for the submission of a Proposed Case Schedule and Order to be similarly reflected.

Date: June 26, 2020.                                    Respectfully submitted,

*[signature]*

Valerie Yanaros, Esq.
Texas Bar No. 24075628 Admitted
to Practice in the District Court of
Colorado
Yanaros Law, P.C.
5057 Keller Springs Rd, Suite 300
Addison, TX, 75001
Telephone: (512) 826-7553
valerie@yanaroslaw.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The below signed certifies that a copy of this filing will be served on each Defendant by ECF on June 26, 2020.

*[signature]*

Valerie Yanaros, Esq.