

1740 Broadway   T: 212.468.4800   www.dglaw.com
New York, NY 10019   F: 212.468.4888

Direct Dial: 212.468.4937
Email: ischer@dglaw.com

July 17, 2020

**Via CM/ECF**

Hon. R. Brooke Jackson, United States District Judge
U.S. District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street, A938
Denver, CO 80294-3589

   Re: *Goode et al v. Gaia, Inc. et al*, Case No. 20-cv-00742-RBJ

Dear Judge Jackson:

  This firm represents Gaia, Inc. ("Gaia") in the above-referenced action. Pursuant to Your Honor's June 29, 2020 Minute Order (Dkt. 33), concerning the potential appearance of bias or prejudice due to your daughter's employment at a firm representing another Defendant in this action, Gaia submits this letter to respectfully request that Your Honor recuse himself from further participation in this case.

  In light of the referenced Minute Order and—we believe—consistent with Your Honor's Practice Standards, this request is being submitted by letter rather than filing a motion seeking recusal. If Your Honor would prefer that Gaia submit a formal motion seeking such relief, we would be happy to do so.

  Thank you for your consideration. Please let me know if there is any additional information that this firm can provide to the Court related to this request.

            Respectfully Submitted,

            /s/ Ina B. Scher
            Ina B. Scher

cc: Counsel of record (by ECF)