**Exhibit B**

# Gaia

Gaia International, Inc.
833 W. South Boulder Rd., Building G
Louisville, CO 80027

October 8, 2018

BY EMAIL

Jason Rice
jasonwrice@aol.com

Re:    James Corey Goode / Gaia, Inc.

Dear Jason:

We refer to the letter dated October 3, 2018 you received from Mr. Goode's lawyer raising claims of intellectual property infringement related to Mr. Goode's testimony regarding the Secret Space Program and other programs. We much regret Mr. Goode's lawyer has tried to pull you into what Mr. Goode views as a dispute with Gaia. We believe that Mr. Goode's claims are without merit.

With respect to *Cosmic Disclosure* episodes or other Gaia programs relating to the Secret Space Program, Gaia will indemnify you and assume the defense of any intellectual property infringement claims made by Mr. Goode against you arising from Gaia's use, distribution, production or sale of the programs or any advertising or promotional use of the programs in accordance with the rights Gaia has in such programs. Please confirm your agreement with these arrangements by signing below and returning a copy of this letter to us, and upon receipt we will instruct our lawyers to contact Mr. Goode's lawyer and advise her that Gaia has assumed the defense of the claims she alleged in her October 3 letter and furthermore she should direct any further correspondence to our law firms and not to you.

Should you receive any further correspondence or documents with respect to Mr. Goode's allegations, please forward them to us as soon as possible.

Again, we apologize for the situation and look forward to continuing to work with you.

Very truly yours,

Brad Warkins
President

Agreed and Accepted:

*/s/ Jason Rice*   10/9/18
Jason Rice