# "No One Owns Disclosure"

I'm writing this open public letter asking for your positive prayers and thoughts for full disclosure and to help unite the Ufology community behind a common goal. That goal is complete and total disclosure. In my opinion, we are all spiritually one and the cosmic truth movement is no different. I believe that seeking the truth is a sovereign and inalienable individual right and journey.

I'm asking for your help to end the divisive actions, manipulative behaviors and the decidedly non-Co creative intentions.

Many people do not know who I am so let me take a moment to introduce myself. I'm Jason Rice...

When deciding upon going public with my experiences, I was fully aware of the potential attacks from various government and non-government agencies involved with the SSP. I anticipated the usual slander, ridicule and perhaps even perhaps threats from these agencies because of my coming forward. I did not, however, imagine that other alleged SSP veterans would fulfill the role of bullying, manipulation and ridicule. At 10:46 a.m. (PST) On October 3, 2018 I was served with a legal letter from the attorney of James Corey Goode hours before my interview with Jimmy Church on *Fade to Black*. A copy of the letter is included with this article. The main goal of coming forward with my experiences is about contributing to the goal of full disclosure. There are many voices out there who have spoken about the SSP and other classified programs dating back to the late 1980's. Many more are in a position to go public but are extremely cautious about the ridicule and aggressive behaviors by the community's own truthseekers, not including the government and non government agencies involved.

In my opinion, transparency of actions and intentions is included in the full disclosure equation. If we aren't transparent in our OWN activities, behaviors and intentions then how can we legitimately ask the "powers that be" to do so? "Do as I say, not as I do" is something I'm NOT comfortable with and refuse to support. I cannot and will not do that. This kind of duality is exactly the type of cabal tactics that we as a community must rise above.

Whistleblowers and Insiders have a tremendous amount of information to contribute. The SSP puzzle has many pieces and many compartmentalized parts. I do not pretend to know all the thousands of people that have been/are involved. To assume such knowledge would be folly, misleading and dishonest because of the highly restrictive need-to-know nature of each program. The secrecy within the SSP is deliberate in order to specifically restrict knowledge. There are many factions with assets, people, interests and agendas in the SSP. The best thing we can do to further the disclosure movement is to encourage those who are willing to come forward to do so. This disclosure effort is well beyond the voice of any one person or opinion.

The disclosure effort cannot afford to have a single source of/for information. It's time to knock off the attempts at cornering the market on information dissemination.

Years ago, In September 2017 I was invited by Gaia to be a guest on Cosmic Disclosure. I was told shortly after, that Corey Goode and David Wilcock refused to appear with me on the show. I offered to meet with them to discuss my experiences, but they declined. I am not alone in this arbitrary "blacklisting" experience either. There are other whistleblowers that were treated in a similar manner by Corey and David before I ever stepped foot on Gaia property. It is not my place to provide their names. Those who experienced the exclusion first hand will speak out if that is their wish. Gaia was hopeful that Corey and David would reconsider their position on my testimony, given Corey Goode originally refused to appear with Emery Smith on the series as well. Honoring Corey and David's request, Gaia then invited me to appear on a different series in Feb 2018.

In March 2018, Corey Goode filed for copyright protection with the USPTO for intellectual property protection of the terms "20 & back", "SSP", "Secret Space Program", and "countless other topics and areas of interest."

No one owns these terms or programs nor the efforts to bring this truth forward. To trademark and thus control or restrict use of the terms by Corey Goode goes against everything that the seeking truth community has been working on for decades.

...If you support keeping the terms "20 & back", "SSP", "Secret Space Program", "and "countless other topics and areas of interest" free, uncontrolled & in the free-use public domain, I ask for your support by reposting this article (with link and acknowledgement) and by proclaiming that No One Owns Disclosure.

The control of these terms should not rest in the hands of one person, group or corporation to decide what is and is not deemed accurate, true, or appropriate. We've all had plenty of time to digest and experience firsthand this kind of censorship. The placement of these terms should remain clearly and solidly, in the public domain.

Gaia is currently opposing some of Corey Goode's trademark applications in order to secure rights for use of terms by **ALL** without prejudice.

It is my opinion that Gaia has been wrongfully portrayed as a company whose sole interest is in the bottom line. This incorrect labeling of Gaia has been fueled by rumor and false statements by a few individuals publicly and the calculated and deliberate use of anonymous and/or assumed identities within a wide range of online social media platforms by those wishing to control the narrative. It is ultimately up to the individual to discern the origin and agenda of negative statements. I leave it up to you to decide what the information contained **herein** tells you about the motivations and intentions of those named.

The SSP whistleblower community is growing and there is a shared bond among the veterans of these programs. As a SSP veteran, I can tell you from personal experience how appreciative and thankful I am of all those who went public before I did. These include Mark Richards, Randy Cramer, Tony Gonzales, Michael Relfe, Aug Tellez and many, many others. Thousands have been and are currently participating in secret space programs

around the globe.  For them to express their personal experiences and testimonies **does not equate to plagiarism**.

We are each individually responsible for determining what resonates and what does not. Likewise, we are each individually responsible for deciding the kinds of behaviors and actions we support or enable.

To be clear, I do not harbor any ill feelings or intentions towards Corey Goode.  I consider negative feelings towards others to be unnecessary baggage that is not productive or helpful in my own journey.  There is a tremendous amount of healing and personal work that must be done if one is to balance and release past traumas.  A method that I have found to be extremely helpful for my own healing process is the simple act of appreciation.  It is my belief that giving thanks is a remarkable tool for spreading unconditional love and aiding in one's healing and growth.  I am sincerely grateful for the opportunity to publicly disclose my SSP experiences and genuinely encourage other whistleblowers to come forward and share their own.

It is my hope that bringing these topics into the light will generate meaningful, loving and respectful discourse about the strength of many voices and bring an end to attempts at securing intellectual property protection of common-use terms...by anyone.  We are the ones we've been waiting for and a co-creative effort is only possible when we work together.  I'm ready, are you?

Sincerely,
Jason Rice