**Fwd: C U**

**Corey Goode**
Tue, 12 Feb 2019 3:23:15 PM -0600

To  "IP Attorney" <valerie@yanaroslaw.com>

Tags
Security  TLS  Learn more

Begin forwarded message:

> **From:** Jay Weidner <jayweidner37@gmail.com>
> **Date:** February 12, 2019 at 2:11:32 PM MST
> **To:** Corey Goode <goodetech@yahoo.com>
> **Subject: C U**
>
> Soon …