## U.S. District Court - District of Colorado
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:18-cv-02060-RM-GPG

Montalbano v. Goode  
Assigned to: Judge Raymond P. Moore  
Referred to: Magistrate Judge Gordon P. Gallagher  
Case in other court:  Mesa County Court, 18-cv-50  
Cause: 17:101 Copyright Infringement  

Date Filed: 08/13/2018  
Date Terminated: 12/03/2018  
Jury Demand: Defendant  
Nature of Suit: 370 Other Fraud  
Jurisdiction: Federal Question  

**Plaintiff**

**Alyssa-Christie Montalbano**  
*[pro se e-filer, effective 10/19/2018]*

represented by **Alyssa-Christie Montalbano**  
2536 Rimrock Ave  
Suite 400-117  
Grand Junction, CO 81505  
970-250-8365  
Email: AriStoneArt@Ymail.com  
PRO SE  

V.

**Defendant**

**James Corey Goode**

represented by **Valerie Yanaros Wilde**  
Yanaros Law, P.C.  
5057 Keller Springs  
Suite 300  
Addison, TX 76001  
512-826-7553  
Email: valerie@yanaroslaw.com  
*ATTORNEY TO BE NOTICED*  

**Counter Claimant**

**James Corey Goode**

represented by **Valerie Yanaros Wilde**  
(See above for address)  
*ATTORNEY TO BE NOTICED*  

V.

**Counter Defendant**

**Alyssa-Christie Montalbano**  
*[pro se e-filer, effective 10/19/2018]*

represented by **Alyssa-Christie Montalbano**  
(See above for address)  
PRO SE  

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2018 | 1 | NOTICE OF REMOVAL by James Corey Goode from Mesa County, Case Number 18CV50. (Filing fee $ 400, Receipt Number 1082-6245008), filed by James Corey Goode. (Attachments: # 1 Exhibit Exhibit A-State Court Complaint, # 2 Exhibit Exhibit B-Defendant's Motion to Dismiss, # 3 Exhibit Exhibit C-Plaintiff's Response to Motion to Dismiss, # 4 Exhibit Exhibit D-Defendant's Reply to Response to Motion to Dismiss)(Wilde, Valerie) (Entered: 08/13/2018) |
| 08/13/2018 | 2 | Notice of Default in Dishonor against James Corey Goode, filed by Alyssa-Christie Montalbano. |

| 08/13/2018 | 3 | Report re Copyright: Report on the filing of an action emailed separately to the Director of the Copyright Office. (cmadr, ) (Entered: 08/14/2018) |
|---|---|---|
| 08/13/2018 | 4 | FIRST AND FINAL NOTICE TO ALL ATTORNEY(S) AND UNREPRESENTED PARTIES IN REMOVED, TRANSFERRED, OR OTHER CASES. To receive any further notice in a case removed or transferred to this court, or special matters including discovery disputes, bankruptcy appeals, or withdrawls of reference, Multi-district litigation (MDL), etc., all attorneys and unrepresented parties must enter an appearance under D.C.COLO.LAttyR 5(a). An attorney must be an active member of this court's bar and be in good standing in accordance with D.C.COLO.LAttyR 3. A waiver of the fee for bar admission may apply in limited situations. (cmadr, ) (Entered: 08/14/2018) |
| 08/13/2018 | 5 | Case assigned to Judge Wiley Y. Daniel and drawn to Magistrate Judge Scott T. Varholak. Text Only Entry. (cmadr, ) (Entered: 08/14/2018) |
| 08/13/2018 | 6 | Magistrate Judge consent form issued pursuant to 28 U.S.C. 636(c). (cmadr, ) (Entered: 08/14/2018) |
| 08/13/2018 | 26 | COMPLAINT filed from State Court against James Corey Goode filed by Alyssa-Christie Montalbano.(cthom, ) (Entered: 09/04/2018) |
| 08/15/2018 | 7 | MEMORANDUM RETURNING CASE by Judge Wiley Y. Daniel. (rkeec) (Entered: 08/15/2018) |
| 08/15/2018 | 8 | CASE REASSIGNED pursuant to 7 Memorandum Returning Case. This case is randomly reassigned to Magistrate Judge Scott T. Varholak. All future pleadings should be designated as 18-cv-02060-STV. (Text Only Entry) (rkeec) (Entered: 08/15/2018) |
| 08/15/2018 | 9 | Magistrate Judge consent form issued pursuant to D.C.COLO.LCivR 40.1, direct assignment of civil actions to full time magistrate judges. (rkeec) (Entered: 08/15/2018) |
| 08/15/2018 | 10 | CERTIFICATE of Service by Mail by Clerk of Court re 7 Memorandum Returning Case, 8 Case Reassigned, 9 Magistrate Judge sent to Alyssa-Christie Montalbano; 2536 Rimrock Avenue, Suite 400-117; Grand Junction, CO 81505. Text Only Entry. (rkeec) (Entered: 08/15/2018) |
| 08/15/2018 | 11 | ORDER Setting Scheduling Conference for 9/19/2018 10:00 AM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. Consent Form due by 9/5/2018, by Magistrate Judge Scott T. Varholak on 8/15/2018. (jgonz, ) (Entered: 08/16/2018) |
| 08/17/2018 | 12 | SUPPLEMENT/AMENDMENT to 1 Notice of Removal, by Defendant James Corey Goode. (Attachments: # 1 Exhibit Amended Exhibit A to Dkt. 1, # 2 Exhibit Supplemental Exhibit E to Dkt. 1)(Wilde, Valerie) (Entered: 08/17/2018) |
| 08/20/2018 | 13 | ANSWER to Complaint, COUNTERCLAIM against Alyssa-Christie Montalbano by James Corey Goode.(Wilde, Valerie) (Entered: 08/20/2018) |
| 08/27/2018 | 14 | NOTICE *Register of Actions* by Defendant James Corey Goode (Wilde, Valerie) (Entered: 08/27/2018) |
| 08/27/2018 | 15 | MOTION to Dismiss for Failure to State a Claim by Defendant James Corey Goode. (Wilde, Valerie) (Entered: 08/27/2018) |
| 08/27/2018 | 16 | RESPONSE to 15 MOTION to Dismiss for Failure to State a Claim *by Plaintiff Montalbano* filed by Defendant James Corey Goode. (Wilde, Valerie) (Entered: 08/27/2018) |
| 08/27/2018 | 17 | REPLY to Response to 15 MOTION to Dismiss for Failure to State a Claim *by Defendant Mr. Goode* filed by Defendant James Corey Goode. (Wilde, Valerie) (Entered: 08/27/2018) |
| 08/27/2018 | 18 | AFFIDAVIT *by Plaintiff Montalbano in Support of Service by Publication* by Defendant James Corey Goode. (Wilde, Valerie) (Entered: 08/27/2018) |
| 08/27/2018 | 22 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 18 Affidavit, 16 Response to Motion filed by attorney Valerie Wilde. The document was scanned and not converted directly to portable document format (PDF). **DO NOT REFILE THE DOCUMENT. Action to take -** future documents must be filed pursuant to D.C.COLO.LCivR 5.1(a) and 1.3(f) of the Electronic Case Filing Procedures (Civil cases). (Text Only Entry) (cthom, ) (Entered: 09/04/2018) |

| | | |
|---|---|---|
| 08/31/2018 | 19 | CONSENT/ NON-CONSENT to Jurisdiction of Magistrate Judge by Plaintiff Alyssa-Christie Montalbano. All parties do not consent. (Attachments: # 1 Envelope)(jgonz, ) (Entered: 09/04/2018) |
| 08/31/2018 | 20 | MOTION for Remand by Plaintiff Alyssa-Christie Montalbano. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Envelope)(jgonz, ) (Entered: 09/04/2018) |
| 09/04/2018 | 21 | CASE REASSIGNED pursuant to 19 Consent/Non-Consent to Jurisdiction of Magistrate Judge. All parties do not consent. This case is randomly reassigned to Judge Raymond P. Moore. All future pleadings should be designated as 18-cv-02060-RM. (Text Only Entry) (jgonz, ) (Entered: 09/04/2018) |
| 09/04/2018 | 23 | ORDER REFERRING CASE to Magistrate Judge Scott T. Varholak. Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this case is referred to the assigned United States Magistrate Judge to (1) convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2, (2) conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause, (3) hear and determine pretrial matters, including discovery and other non-dispositive motions, (4) conduct a pretrial conference and enter a pretrial order, and (5) conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions. Court sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. On the recommendation or informal request of the magistrate judge or on the request of the parties by motion, this court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding. Entered by Judge Raymond P. Moore on 9/4/2018. (Text Only Entry) (rmsec ) (Entered: 09/04/2018) |
| 09/04/2018 | 24 | MINUTE ORDER: With the assignment of this matter, the parties are advised that throughout this case they are expected to be familiar and comply with not only the Local Rules of this District, but also Judge Raymond P. Moore's Civil Practice Standards, which may be found at: http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRaymondPMoore.aspx. SO ORDERED by Judge Raymond P. Moore on 9/4/2018. (Text Only Entry) (rmsec ) (Entered: 09/04/2018) |
| 09/04/2018 | 25 | MEMORANDUM regarding 15 MOTION to Dismiss for Failure to State a Claim filed by James Corey Goode, 20 MOTION to Remand filed by Alyssa-Christie Montalbano. Motions referred to Magistrate Judge Scott T. Varholak. Entered by Judge Raymond P. Moore on 9/4/2018. (Text Only Entry) (rmsec) (Entered: 09/04/2018) |
| 09/05/2018 | 27 | ORDER REASSIGNING MAGISTRATE JUDGE The case is REASSIGNED to Magistrate Judge Gordon P. Gallagher and all future filings in this case shall reflect the case number of 18-cv-02060-RM-GPG. ORDERED by Judge Raymond P. Moore on 9/5/2018. (cthom, ) (Entered: 09/05/2018) |
| 09/05/2018 | 28 | OBJECTIONS to 1 Notice of Removal, by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/05/2018) |
| 09/05/2018 | 29 | NOTICE re 19 Consent to Jurisdiction of Magistrate Judge by Counter Claimant James Corey Goode (Wilde, Valerie) (Entered: 09/05/2018) |
| 09/06/2018 | 30 | MINUTE ORDER: This matter comes before the Court sua sponte. The reference in ECF No. 25 of the motion to remand (ECF No. 20) is withdrawn. On or before September 10, 2018, defendant is ORDERED to respond to the motion to remand. In doing so, among other things, defendant is instructed to state the specific date he received a copy of plaintiff's complaint as alleged in paragraph 3 of the notice of removal. (See ECF No. 1 at 2.) In addition, on or before September 7, 2018, defendant is ORDERED to file a copy of the motion to dismiss that was actually filed in State court. In other words, unlike the current version, the motion to dismiss should contain the stamp of the State court indicating when it was filed (i.e., like the document at ECF No. 1-3; none of the other exhibits attached to the notice of removal contain a stamp). At the same time, defendant shall also file a copy of the entire State court docket sheet as required by this District's Local Rule 81.1(b). To be clear, whatever it is that defendant's counsel concocted and filed at ECF No. 14 is NOT the register of actions for the state court case. SO ORDERED by Judge Raymond P. Moore on 9/6/2018. (Text Only Entry) (rmsec) (Entered: 09/06/2018) |
| | | |

| Date | No. | Description |
|---|---|---|
| 09/07/2018 | | ...ORDER Granting Defendants Consent Motion for... conference... Vaholak. Magistrate Judge may re-set this conference at an appropriate time. By Magistrate Judge Gordon P. Gallagher on September 7, 2018. Text Only Entry (gpgsec) (Entered: 09/07/2018) |
| 09/07/2018 | 32 | SUPPLEMENT/AMENDMENT *and Motion in Fulfillment of Court Order (Docket 30)* by Defendant James Corey Goode. (Attachments: # 1 Exhibit A--Goode MTD As Filed, # 2 Exhibit B--Order Service By Publication, # 3 Exhibit C--Record Search 08302018)(Wilde, Valerie) (Entered: 09/07/2018) |
| 09/07/2018 | 33 | First MOTION for Extension of Time to *File Case Register of State Court Action* by Defendant James Corey Goode. (Wilde, Valerie) (Entered: 09/07/2018) |
| 09/10/2018 | 34 | RESPONSE to 20 MOTION to Remand filed by Defendant James Corey Goode. (Attachments: # 1 Declaration Goode, # 2 Declaration Wilde, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit, # 6 Exhibit 1, # 7 Exhibit 2)(Wilde, Valerie) (Entered: 09/10/2018) |
| 09/11/2018 | 35 | ORDER: Scheduling Conference set for 10/30/2018 10:00 AM in Room 323 (Grand Junction) before Magistrate Judge Gordon P. Gallagher. A Scheduling Conference is set in GRAND JUNCTION, Colorado at the Wayne Aspinall Federal Building - United States Courthouse, 400 Rood Avenue, Grand Junction, CO 81501 before U.S. Magistrate Judge Gordon P. Gallagher. The parties shall comply with the Instructions to Scheduling Order for U.S. Magistrate Judge Gordon P. Gallagher which can be found at www.cod.uscourts.gov. Parties concerned regarding travel time and expense to Grand Junction for appearances before the Magistrate Judge are referred to this Magistrate Judge's policy in that regard which can be found at the above website. By Magistrate Judge Gordon P. Gallagher on September 11, 2018. Text Only Entry (gpgsec) (Entered: 09/11/2018) |
| 09/17/2018 | 36 | AMENDMENT to Objection to Notice of Removal by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 37 | AMENDMENT "Two-To Incorrectly Filed Objection to First Motion for Extension of Time to File Court Register of the State Court Action No. 18cv-50" by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 38 | OBJECTIONS to "Amendments to Document Filed from the State Court Action Pursuant to D.C.Colo.L.Civ.R 81.1" by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 39 | AMENDMENTS to "Incorrectly Filed Objection to First Motion for Extension of Time to File Court Register of the State Court Action No. 18cv-50" by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 40 | MOTION to "Reduce Sanctions Safe Harbor Time to 7 Days or Less" by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 41 | NOTICE of E-Service to Defendant Counsel by Plaintiff Alyssa-Christie Montalbano (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 42 | Second MOTION for Extension of Time to *File Case Register of State Court Action* by Defendant James Corey Goode. (Attachments: # 1 Wilde Declaration)(Wilde, Valerie) (Entered: 09/17/2018) |
| 09/18/2018 | 43 | ORDER denying 40 Motion for Order. SO ORDERED by Judge Raymond P. Moore on 9/18/2018. (Text Only Entry ) (rmsec ) (Entered: 09/18/2018) |
| 09/18/2018 | 44 | ORDER: This matter comes before the Court with the filing of defendant's first and second motions for extension of time to file the state register of actions (ECF Nos. 33, 42). The first motion for extension of time (ECF No. 33) is DENIED AS MOOT. As for the second motion for extension the time (ECF No. 42), although the Court doubts that it would ordinarily grant the motion in light of the inadequate reason given for needing more time, on this occasion, the Court will GRANT the second motion (ECF No. 42) to the extent that defendant may have until September 24, 2018 to file the state register of actions. NO FURTHER EXTENSION WILL BE ALLOWED UNDER ANY CIRCUMSTANCES. Simply put, defendant removed this case over a month ago, and, yet, still no register of actions has been filed. Thus, defendant's excuse that he has not received the register of actions from the state court is irrelevant given that the state court did not receive defendant's request for the same until September 11, 2018. This is especially so given that the pro se plaintiff has filed the |

| | | |
|---|---|---|
| | | tion may require review of the register of actions (*See* ECF No. 20) at n.1, the Court further notes that defendant's counsel's conferral with plaintiff was inadequate. Simply sending an email is not conferral. (*See* ECF No. 42 at 3 n.1.) SO ORDERED by Judge Raymond P. Moore on 9/18/2018. (Text Only Entry ) (rmsec ) (Entered: 09/18/2018) |
| 09/20/2018 | 45 | SUPPLEMENT/AMENDMENT to 14 Notice (Other) *and Certificate of Conference* by Defendant James Corey Goode. (Attachments: # 1 Exhibit A-Register of Actions, # 2 Exhibit B-Email Plaintiff 091920, # 3 Wilde Dec in Support Certificate of Conference)(Wilde, Valerie) (Entered: 09/20/2018) |
| 09/21/2018 | 46 | ANSWER/REPLY to 13 Answer to Complaint, Counterclaim by Alyssa-Christie Montalbano. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(cthom, ) (Entered: 09/21/2018) |
| 09/27/2018 | 47 | ORDER to Respond as to Plaintiff Alyssa Christie Montalbano. The Court ORDERS plaintiff to respond to this Order and clarify whether she still consents to the removal of this case from State court. Plaintiff shall respond to this Order on or before October 4, 2018. ORDERED by Judge Raymond P. Moore on 9/27/2018. (cthom, ) (Entered: 09/27/2018) |
| 10/01/2018 | 48 | ORDER Directing Plaintiff to the Pro Se Clinic. ORDERED by Judge Raymond P. Moore on 10/1/2018. (cthom, ) (Entered: 10/01/2018) |
| 10/03/2018 | 49 | REPLY to 47 Order to Respond by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 10/03/2018) |
| 10/10/2018 | 50 | REPLY to 48 Order by Counter Defendant Alyssa-Christie Montalbano, Plaintiff Alyssa-Christie Montalbano. (Attachments: # 1 Exhibit)(cthom, ) (Entered: 10/11/2018) |
| 10/10/2018 | 51 | AMENDMENT to 49 Reply by Counter Defendant Alyssa-Christie Montalbano, Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 10/11/2018) |
| 10/12/2018 | 52 | ORDER: In response to the Court's order (ECF No. 47), Plaintiff Alyssa Christie Montalbano has filed an "Amendment to Reply to Order" (ECF No. 51), indicating that she consents to removal of this case. Therefore, the pending motion for remand (ECF No. 20) is DENIED as MOOT. SO ORDERED by Judge Raymond P. Moore on 10/12/2018. (Text Only Entry ) (rmsec ) (Entered: 10/12/2018) |
| 10/17/2018 | 53 | Unopposed MOTION for Extension of Time by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 10/17/2018) |
| 10/17/2018 | 54 | MEMORANDUM regarding 53 MOTION for Extension of Time to filed by Alyssa-Christie Montalbano. Motion referred to Magistrate Judge Gordon P. Gallagher. Entered by Judge Raymond P. Moore on 10/17/2018. (Text Only Entry) (rmsec ) (Entered: 10/17/2018) |
| 10/18/2018 | 55 | ORDER granting in part and denying in part 53 Motion for Extension of Time to File: The motion is granted in that the Court hereby vacates the scheduling conference. The motion is denied in that the Court denies the motion to reschedule the scheduling conference. Rather, the Court sua sponte stays all discovery and the scheduling order process at this time and vacates any current requirement that the parties confer regarding or complete the scheduling order. To be clear, as at least one party in this matter proceeds pro se, DO NOT complete the scheduling order or meet to do so and the Court is NOT re-setting the scheduling conference at this time. The Court will let you know later if you need to do so. Keeping in mind the factors set forth in String Cheese Incident, LLC. v. Stylus Shows, Inc., 02CV01934LTBPAC, 2006 WL 894955, at *2 (D.Colo. Mar. 30, 2006), the Court finds that it is in the interest of justice to stay this matter until the resolution of the pending motion to dismiss (ECF #15). If appropriate, the Court will further address the stay at the conclusion of litigation regarding the motion to dismiss. by Magistrate Judge Gordon P. Gallagher on 10/18/2018. Text Only Entry (GPG) (Entered: 10/18/2018) |
| 10/19/2018 | 57 | RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE by Magistrate Judge Gordon P. Gallagher on 10/19/2018 re 15 MOTION to Dismiss for Failure to State a Claim filed by James Corey Goode. (tsher, ) (Entered: 10/22/2018) |
| 10/21/2018 | 56 | REPLY to 55 Order on Motion for Extension of Time to File,,,, by Plaintiff Alyssa-Christie Montalbano. (Montalbano, Alyssa-Christie) (Entered: 10/21/2018) |
| 10/22/2018 | 58 | First MOTION to Amend/Correct/Modify 26 Complaint *to File Complaint as Complaint* by Plaintiff Alyssa-Christie Montalbano. (Attachments: # 1 Exhibit General Complaint Form, # 2 Exhibit Public |

| | | |
|---|---|---|
| | | Christie) (Entered: 10/22/2018) |
| 10/22/2018 | [59](#) | REPLY to 55 Order by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 10/23/2018) |
| 10/23/2018 | 60 | MINUTE ORDER: Upon review of the Opposed Motion to File Complaint as the Complaint [58](#) , the Court finds Plaintiff fails to comply with D.C.COLO.LCivR 15.1(b). Specifically, Local Rule 15.1(b) requires a party who files an opposed motion for leave to amend to "attach as an exhibit a copy of the proposed amended or supplemental pleading which strikes through (e.g., ~~strikes through~~) the text to be deleted and underlines (e.g., underlines) the text to be added." Accordingly, on or before Monday, October 29, 2018, Plaintiff shall file a copy of the proposed Amended Complaint in compliance with Local Rule 15.1(b). SO ORDERED by Judge Raymond P. Moore on 10/23/2018. (Text Only Entry) (rmsec ) (Entered: 10/23/2018) |
| 10/23/2018 | [61](#) | NOTICE re [59](#) Reply *to Order 55 to Disregard* by Plaintiff Alyssa-Christie Montalbano (Montalbano, Alyssa-Christie) (Entered: 10/23/2018) |
| 10/26/2018 | [62](#) | First MOTION to Amend/Correct/Modify [20](#) MOTION to Remand by Plaintiff Alyssa-Christie Montalbano. (Attachments: # [1](#) Exhibit Amended Motion for Remand)(Montalbano, Alyssa-Christie) (Entered: 10/26/2018) |
| 10/28/2018 | [63](#) | OBJECTION to [57](#) Report and Recommendations *to Dismiss* filed by Plaintiff Alyssa-Christie Montalbano. (Attachments: # [1](#) Exhibit Sample State Court Complaint)(Montalbano, Alyssa-Christie) (Entered: 10/28/2018) |
| 10/29/2018 | 64 | MEMORANDUM regarding [62](#) First MOTION to Amend/Correct/Modify [20](#) MOTION to Remand filed by Alyssa-Christie Montalbano. Motion referred to Magistrate Judge Gordon P. Gallagher. Entered by Judge Raymond P. Moore on 10/29/2018. (Text Only Entry) (rmsec ) (Entered: 10/29/2018) |
| 11/06/2018 | [65](#) | MOTION to Dismiss *Due to Same Action Pending in Another Court* by Plaintiff Alyssa-Christie Montalbano. (Montalbano, Alyssa-Christie) (Entered: 11/06/2018) |
| 11/07/2018 | 66 | MEMORANDUM regarding [65](#) MOTION to Dismiss *Due to Same Action Pending in Another Court* filed by Alyssa-Christie Montalbano. Motion referred to Magistrate Judge Gordon P. Gallagher. Entered by Judge Raymond P. Moore on 11/7/2018. (Text Only Entry) (rmsec ) (Entered: 11/07/2018) |
| 11/12/2018 | [67](#) | OBJECTIONS to [63](#) Objection to Report and Recommendations by Defendant James Corey Goode. (Wilde, Valerie) (Entered: 11/12/2018) |
| 11/12/2018 | [68](#) | **STRICKEN**-RESPONSE to [62](#) First MOTION to Amend/Correct/Modify [20](#) MOTION to Remand filed by Defendant James Corey Goode. (Wilde, Valerie) Modified on 11/16/2018 to strike pursuant to 72 Order. (nmarb, ). (Entered: 11/12/2018) |
| 11/13/2018 | [69](#) | NOTICE *of Same Action Pending in Another Court* by Plaintiff Alyssa-Christie Montalbano (Montalbano, Alyssa-Christie) (Entered: 11/13/2018) |
| 11/14/2018 | [70](#) | Unopposed MOTION to Strike *Document Filed in Error* by Defendant James Corey Goode. (Attachments: # [1](#) Proposed Order (PDF Only))(Wilde, Valerie) (Entered: 11/14/2018) |
| 11/14/2018 | 71 | MEMORANDUM regarding [70](#) Unopposed MOTION to Strike *Document Filed in Error* filed by James Corey Goode. Motion referred to Magistrate Judge Gordon P. Gallagher. Entered by Judge Raymond P. Moore on 11/14/2018. (Text Only Entry) (rmsec ) (Entered: 11/14/2018) |
| 11/15/2018 | 72 | ORDER granting [70](#) Motion to Strike - ECF #68 is stricken. So Ordered. by Magistrate Judge Gordon P. Gallagher on 11/15/2018. Text Only Entry (GPG) (Entered: 11/15/2018) |
| 11/15/2018 | [73](#) | Second MOTION to Amend/Correct/Modify [26](#) Complaint *by Filing State Court Simplified Civil Procedure Complaint as Complaint* by Plaintiff Alyssa-Christie Montalbano. (Attachments: # [1](#) Exhibit Amended Complaint Under Simplified Civil Procedure, # [2](#) Exhibit Pre-Litigation Complaint, # [3](#) Exhibit State Court Filed Motion Complaint Exhibit)(Montalbano, Alyssa-Christie) (Entered: 11/15/2018) |
| 11/15/2018 | [74](#) | MOTION to Strike [58](#) First MOTION to Amend/Correct/Modify [26](#) Complaint *to File Complaint as* |

| | | Complaint by Plaintiff Alyssa-Christie Montalbano. (Montalbano, Alyssa-Christie) (Entered: 11/15/2018) |
|---|---|---|
| 11/16/2018 | | Motion(s) No Longer Referred: 62 First MOTION to Amend/Correct/Modify 20 MOTION to Remand by Judge Raymond P. Moore on 11/16/2018. (cthom, ) (Entered: 11/16/2018) |
| 11/16/2018 | 75 | ORDER TO SHOW CAUSE: Defendant is ORDERED to SHOW CAUSE by November 30, 2018 why this matter should not be remanded to the Mesa County District Court of the State of Colorado, where it originated, for lack of subject-matter jurisdiction. ORDERED by Judge Raymond P. Moore on 11/16/2018. (cthom, ) (Entered: 11/16/2018) |
| 11/27/2018 | 76 | RESPONSE to 65 MOTION to Dismiss *Due to Same Action Pending in Another Court* filed by Counter Claimant James Corey Goode. (Wilde, Valerie) (Entered: 11/27/2018) |
| 11/28/2018 | 77 | REPLY to Response to 65 MOTION to Dismiss *Due to Same Action Pending in Another Court* filed by Plaintiff Alyssa-Christie Montalbano. (Montalbano, Alyssa-Christie) (Entered: 11/28/2018) |
| 11/30/2018 | 78 | RESPONSE TO ORDER TO SHOW CAUSE re 75 by Defendant James Corey Goode. (Attachments: # 1 Proposed Order (PDF Only))(Wilde, Valerie) (Entered: 11/30/2018) |
| 12/03/2018 | 79 | ORDER granting 62 Plaintiff's "Opposed Motion for Leave of the Court to Amend the Motion for Remand at Document 20," and this case is remanded to the Mesa County District Court of the State of Colorado. Entered by Judge Raymond P. Moore on 12/3/2018. (cpear) (Entered: 12/03/2018) |
| 12/03/2018 | 80 | CERTIFICATE of Service by email by Clerk of Court to Mesa.court@judicial.state.co.us. (cpear) (Entered: 12/03/2018) |
| 12/03/2018 | | ***Set Deadline: Pro Se Survey to be mailed by 1/8/2019. (cpear) (Entered: 12/04/2018) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/07/2020 10:58:25 | | |
| **PACER Login:** | yanaroslaw:5008093:0 | **Client Code:** | ges |
| **Description:** | Docket Report | **Search Criteria:** | 1:18-cv-02060-RM-GPG |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |