IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                                                                                    Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH

                                                                                    Defendants.

---

**NOTICE OF AMENDED PLEADING**

---

**COMES NOW,** Mr. James Corey Goode and Goode Enterprise Solutions, Inc. (collectively, "Goode"), and respectfully shows as follows:

**D.C.COLO.LCivR 15.1 Notice**:  Pursuant to this Court's Local Rules, Plaintiffs file herewith their Notice of Amendment of its Complaint, filed per order of the Court and agreement by most of the Parties at Docket 36, and attach hereto the First Amended Complaint striking any deletions and underlining any additions thereto.

Date: July 25, 2020.                                  Respectfully submitted,

                                                                    Valerie Yanaros, Esq.
                                                                    Texas Bar No. 24075628 Admitted
                                                                    to Practice in the District Court of
                                                                    Colorado
                                                                    Yanaros Law, P.C.
                                                                    5057 Keller Springs Rd, Suite 300
                                                                    Addison, TX, 75001
                                                                    Telephone: (512) 826-7553
                                                                    valerie@yanaroslaw.com

                                                             **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The below signed certifies that a copy of this filing will be served on each Defendant by ECF on July 25, 2020.

                                                                                Valerie Yanaros, Esq.