**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-00742-KLM

JAMES COREY GOODE, *et al.*,

    Plaintiffs,

vs.

GAIA, INC., *et al.*,

    Defendants.

## DECLARATION OF CLIFF HIGH

STATE OF WASHINGTON    )
    )
COUNTY OF GRAYS HARBOR    )

**(This Declaration is made under the provisions of 28 U.S.C. § 1746)**

I, Cliff High, being over the age of 18, state as follows:

1.    I am, and at all relevant times have been, a resident of the state of Washington.

2.    I have never traveled to or spent any time in the state of Colorado, with the only exceptions of passing through the state as a child when moving cross-country with my parents and remaining on an airplane that stopped at Denver International Airport *en route* to another state in 2000.

3.    I have not conducted any business in the state of Colorado at any time.

4.    I have not at any time been affiliated with, employed by, or otherwise compensated by Gaia, Inc. or any other persons or businesses located in Colorado.

5.    I have not negotiated or entered into any contracts either in Colorado or with any persons or entities that I am aware that are located in Colorado.

6.    I have not intentionally or knowingly directed any other activities to any persons or entities located in the state of Colorado.

7.    I otherwise have no connection with the state of Colorado that I am aware of.

**EXHIBIT 1**

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is factual and correct.

Executed on August  1 , 2020.

_____
Cliff High

14832208_v1