IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-RBJ

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH

                Defendants.

## ENTRY OF APPEARANCES ON BEHALF OF DEFENDANT JAY WEIDNER

Aaron Belzer and Ashlee Hoffmann of Burnham Law hereby enter their appearances as counsel in this case for Defendant, Jay Weidner. Both attorneys certify that they are members in good standing of the bar of this Court pursuant to D.C.COLO.LAttyR 5(a)(3)(c).

Date: August 5, 2020

Respectfully submitted,

*/s/ Aaron Belzer, Esq.*
Aaron Belzer, Esq.
Colorado Bar Number 47826
Ashlee Hoffmann, Esq.
Colorado Bar Number 53818
Burnham Law
2760 29th Street, Suite 1E
Boulder, CO 80301
303-990-5308
aaron@burnhamlaw.com
ashlee@burnhamlaw.com

**Certificate of Service**

      I hereby certify that on August 5, 2020, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/EDF system which will send notification of such filing to the following e-mail addresses:

Daniel Andrew Dingerson
Ina B. Scher
Davis & Gilbert, LLP
1740 Broadway
New York, NY 10019
212-237-1488
212-468-4888 (fax)
ddingerson@dglaw.com
Attorneys for Gaia, Inc.

James Lee Gray
Melissa Y. Lou
Holland & Hart LLP-Denver
555 17th Street
Suite 3200
Denver, CO 80202
303-295-8000
303-295-8261 (fax)
lgray@hollandhart.com
Attorneys for Clif High

Michael Jacob Laszlo
Laszlo & Associates, LLC-Boulder
2595 Canyon Boulevard
Suite 210
Boulder, CO 80302
303-926-0410
303-443-0758 (fax)
mlaszlo@laszlolaw.com
Attorney for Benjamin Zavodnick

Valerie Ann Yanaros
Yanaros Law PC
5057 Keller Springs
Suite 300
Addison, TX 76001
512-826-7553
valerie@yanaroslaw.com
Attorney for Goode Enterprise Solutions, Inc.
Attorney for James Corey Goode

                                                                                   */s/ Brittany Breeden*
                                                                                   Brittany Breeden
                                                                                   Burnham Law