IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendants.

## NOTICE OF RELATED CASES

Pursuant to D.C.Colo.L.CivR 3.2, Defendant Alyssa Montalbano, respectfully files this Notice of Related Cases, to advise the Court that the above-captioned case is related to the following actions:

1. Elson Foster v. Brian Flynn et al, 1:20-cv-02296-SKC, United States District Court, filed August 4, 2020. Case against Mesa County Chief Judge Brian Flynn, for Civil Rights violations. Mr. Flynn is the Presiding Officer over case 18CV50 of Ms. Montalbano's against Mr. Goode.

Dated this 24th day of August 2020

Respectfully Submitted,

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: AriStoneArt@Ymail.com
Pro Se Defendant

**CERTIFICATE OF SERVICE**

I certify that on this 24th day of August 2020 a copy of the foregoing Notice was filed with the clerk of the court using the CM/ECF system and are lawfully served upon Plaintiffs' counsel through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5)

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen