**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-742-KLM

JAMES COREY GOODE, and
GOODE ENTERPRISE SOLUTIONS INC.,

      Plaintiffs,

v.

GAIA, INC., a Colorado corporation,
JAY WEIDNER,
CLIF HIGH,
BENJAMIN ZAVODNICK, and
ALYSSA MONTALBANO,

      Defendants.

---

**UNOPPOSED JOINT MOTION TO STRIKE OR CONTINUE
DEFENDANTS' RESPONSE DATE TO THE OPERATIVE COMPLAINT**

---

      **PLEASE TAKE NOTICE** that upon all prior pleadings and proceedings had herein, and any subsequent reply papers submitted in support of this motion, Defendants Gaia, Inc. ("Gaia"), and Jay Weidner, by and through their respective undersigned attorneys, and Ms. Montalbano on her own behalf, hereby move this Court, unopposed, to strike Defendants' current response date to the operative complaint in this action.  In support of this Motion, Gaia, Weidner, and Montalbano state as follows:[1]

---

[1] Pursuant to Local Civil Rule 7.1(a), Gaia conferred with all other parties concerning this joint motion and the relief being sought herein.  Plaintiffs and Defendant High, through their counsel, do not oppose the motion or the relief requested.  Defendant Zavodnick, through his counsel and without waiving his objection to lack of personal jurisdiction, takes no position on the motion.

On March 17, 2020, Plaintiffs James Corey Goode and Goode Enterprise Solutions, Inc. filed the initial Complaint asserting sixteen separate causes of action.  (Dkt. 1).  On June 8, 2020, Gaia filed a Motion to Dismiss and a Memorandum in Support, in which Gaia argued, *inter alia*, that Plaintiffs' claims should be dismissed for failure to state a claim upon which relief can be granted.  (Dkt. 16-17).

Rather than opposing Gaia's Motion to Dismiss (as well as motions filed by Defendants Montalbano and Zavodnick), Plaintiffs indicated an intent to file an amended complaint, and on June 26, 2020, filed a Motion for Extension of Deadlines, to which all Defendants other than Zavodnick consented.  (Dkt. 31).  The Motion for Extension of Deadlines proposed that Plaintiffs would have until July 20, 2020 to file an amended complaint, and Defendants would thereafter have until August 31, 2020 to file a response to such amended complaint.  (Dkt. 31). The same day that Plaintiffs filed their Motion for Extension of Deadlines, the case was assigned to the Honorable Judge Jackson, and on June 29, 2020, Judge Jackson granted Plaintiffs' Motion. (Dkt. 32).

Plaintiffs filed the First Amended Complaint on July 20, 2020.  (Dkt. 36).  Subsequently, the case was reassigned to the Honorable Judge Domenico, (Dkt. 38), who referred the case to the Honorable Magistrate Judge Mix for non-dispositive motions (Dkt. 39).  Plaintiffs filed a notice of their amended pleading and a redline version of the amended complaint on July 25, 2020.  (Dkt. 41).

Subsequently, pursuant to Judge Domenico's Practice Standards, counsel for Defendants Gaia and Weidner conferred with Plaintiffs' counsel regarding proposed motions to dismiss the First Amended Complaint and defects identified therein by Defendants.  *See* DDD Civ. P.S.

2

III(D).  At least partially in response to those conferrals, Plaintiffs indicated an intent to further amend their complaint, as Plaintiffs believed that at least some of the identified defects were correctable by amendment.  Accordingly, Plaintiffs proposed filing a motion for leave to file a second amended complaint, to which Gaia consented.  Plaintiffs filed their Motion for Extension of Time, which was substantively also a motion for leave to file such an amended complaint, on August 14, 2020, requesting that Plaintiffs have until August 31, 2020, to file a second amended complaint, and agreeing that Defendants would have until October 12, 2020, to file a response to such second amended complaint.  (Dkt. 46).  Plaintiffs' motion was opposed by Defendant High for, *inter alia*, failing to include a draft of the proposed second amended complaint.  (Dkt. 47). Judge Domenico denied Plaintiffs' motion without prejudice, noting that though "Plaintiffs request[ed] leave to file a second amended complaint[, they] did not attach as an exhibit to the motion a copy of the proposed amended pleading that strikes through the text to be deleted and underlines the text to be added, as required by Local Civ. R. 15.1(b)."  (Dkt. 49).  Despite the recent orders and filings, August 31, 2020 remains the operative date for Defendants' response to the still-current First Amended Complaint.

Given Plaintiffs' expressed intent to file a further amended complaint, and efforts taken to that effect, Defendants Gaia and Weidner ceased work on their respective planned responses to the First Amended Complaint after conferring with Plaintiffs.  Defendants' decision to put "pencils down" while Plaintiffs are working to amend the complaint has not been to delay the proceedings, but to conserve the resources of the parties and the Court.  Defendants' actions in conferring with Plaintiffs about deficiencies in the First Amended Complaint, followed by Plaintiffs' expressed intent to amend accordingly, appear to be exactly what is intended by Judge

Domenico's Practice Standards, and Defendants have endeavored to follow those rules in order to minimize issues and filings.  Indeed, if the current response date is not stricken and/or continued, Defendants would be forced to expend time and resources to prepare a response to a complaint that may be superseded shortly thereafter.  Such a result would prejudice Defendants and would potentially waste judicial resources.

As evidenced by the filings to date in this action, counsel for Defendants Gaia and Weidner have worked amicably with Plaintiffs' counsel on matters regarding amendments and scheduling, and have conferred with Plaintiffs' as required by this Court's rules and standards. In furtherance of that cooperation, and consistent with Plaintiffs' consent to this Joint Motion, Defendants Gaia and Weidner respectfully request that Defendants be relieved of an obligation to respond to the complaint until Plaintiffs have resolved with the Court whether there will be an amended version of the complaint forthcoming; and that Defendants and Plaintiffs be allowed to confer and agree on a schedule for Defendants' response to the operative complaint after such issues have been resolved, as they have done throughout the action, or that in the alternative Defendants' response date be continued to October 12, 2020, as proposed in Plaintiffs' recent motion.

Pursuant to Local Civil Rule 6.1, Defendants state that the reason for continuance is, as stated herein, that Plaintiffs intend to amend their complaint to address deficiencies identified in conferrals; that the length of the requested continuance is subject to further actions by Plaintiffs regarding the filing of a proposed second amended complaint or in the alternative to October 12, 2020; and, that there was previously an extension of time to respond to the original Complaint granted to Defendant Montalbano (Dkt. 9, granted Dkt. 22), that Plaintiffs and Defendant High

stipulated to an extension of time to respond to the original Complaint (Dkt. 12), and that the parties proposed a schedule for responding to the First Amended Complaint, which was granted (Dkt. 31, granted Dkt. 32).  *See* D.C.COLO.LCivR 6.1(b).

**WHEREFORE**, Gaia, Weidner, and Montalbano respectfully request that this Joint Motion be granted and that Defendants' current response date to the operative complaint be stricken and continued to a date to be agreed to by the parties and approved by the Court after Plaintiffs have resolved their expressed intent to file a second amended complaint, together with such other and further relief as the Court deems just and proper.

2060621.2 31312-0002-000

Dated: August 24, 2020

**DAVIS & GILBERT LLP**


By:   /s/ *Daniel A. Dingerson*
     Daniel A. Dingerson
     Ina B. Scher
     1740 Broadway
     New York, New York 10019
     Telephone: (212) 468-4800
     Facsimile: (212) 468-4888
     Email: ddingerson@dglaw.com

*Attorneys for Defendant Gaia, Inc.*

**BURNHAM LAW**


By:   /s/ *Aaron Belzer*
     Aaron Belzer
     Ashlee Hoffmann
     2760 29th Street
     Boulder, Colorado 80301
     Telephone: (303) 990-5308
     Fax: (303) 200-7330
     Email: aaron@burnhamlaw.com

*Attorneys for Defendant Jay Weidner*

**ALYSSA MONTALBANO**


/s/ Alyssa Montalbano
*Pro se* Defendant

6

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2020, I caused a copy of the foregoing Unopposed Joint Motion to Strike or Continue Defendants' Response Date to the Operative Complaint to be served on all other parties by filing it on the Court's ECF system, and that in compliance with D.C.COLO.LCivR 6.1(c), I have also served the foregoing on this firm's client, Gaia, Inc.

/s/ Daniel A. Dingerson
Daniel A. Dingerson