UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JAMES COREY GOODE, and GOODE ENTERPRISE SOLUTIONS, INC.<br><br>　　Plaintiff<br><br>v.<br><br>BENJAMIN ZAVODNICK, ET AL.<br><br>　　Defendant | §<br>§<br>§<br>§<br>§　No. 1:20-CV-00742-DDD-KLM<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**PLAINTIFF JAMES COREY GOODE AND GOODE ENTERPRISE SOLUTIONS, INC.'S RESPONSE TO MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(2)**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW, Plaintiff James Corey Goode and Goode Enterprise Solutions, Inc., and respectfully requests this Honorable Court deny the Defendant's Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) [Dkt. No. 43] filed August 3, 2020, because: (i) the Court has personal jurisdiction over the Defendant and (ii) the amended complaint has sufficient particularity to establish the veracity of the claim. A brief in support of this Motion is submitted herewith.

Dated: August 24, 2020

Respectfully Submitted,

**VALERIE YANAROS**
**TEXAS BAR NO. 24075628**
**YANAROS LAW, P.C.**
**5057 KELLER SPRINGS RD, SUITE 300**
**ADDISON, TX, 75001**
**TELEPHONE: (512) 826-7553**
**VALERIE@YANAROSLAW.COM**

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on August 24, 2020 with a copy of this document via the Court's ECF system.

Dated:    August 24, 2020                             /s/ *Valerie A. Yanaros*

                                                      Valerie A.  Yanaros