UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JAMES COREY GOODE, and GOODE ENTERPRISE SOLUTIONS, INC.　　Plaintiff　v.　BENJAMIN ZAVODNICK, ET AL.　　Defendant | §§§§§§§§§§§§　No. 1:20-CV-00742-DDD-KLM |

### [PROPOSED] ORDER DENYING MOTION TO DISMISS, RESPONSE TO DEFENDANTS' RULE 12(b)(2) MOTION

On this day the Court, having considered Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure Rule 12(b)(2), finds in the interest of justice that said request should be DENIED and accordingly:

o   Defendant's Motion to Dismiss [Dkt. No. 43] is hereby DENIED.

_____

The Honorable Judge Kristen L. Mix