**Re: FW: Activity in Case 1:20-cv-00742-RBJ Goode et al v. Gaia, Inc. et al**

 yanaroslaw <valerie@yanaroslaw.com>

Tue, 14 Jul 2020 3:15:11 PM -0500

To   "Mike Laszlo"   mlaszlo@laszlolaw.com

Tags 🏷

Hi Mike,

Thank you for your email.

At this point we haven't filed our amended complaint yet, so I'm not sure if a conference would be productive before we file next Monday--but I am happy to make myself available.

Regardless as to whether or not Mr. Zavodnick visited Colorado he has created hundreds of videos over a span of (more than a few) years targeted directly at my client in Colorado. Under *Calder*, and especially with Attorney Zavodnick's specialized knowledge of the law (as opposed to other lay defendants), he has availed himself of the privileges and duties of, and is subject to jurisdiction in, Colorado.

Also, I'm sure you are aware that RICO has special venue provisions that allow those tied in to be tried in the same Court connected to where the harm was felt and where the RICO claim has been filed.

I know his videos are a lot to sort through but--in the spirit of discussions anticipated by Judge Jackson and Rule 408--we are willing to send on some of the more concerning clips:

http://www.youtube.com/watch?v=b6V0eBRE0qY (Removed by Youtube)/ saved  n
h p //ava on b a y ne /The_Smo  ng_Gun_P oo_On_The_Doxx ng_B ue_Av ans_ ( CW  Chan e ) mp4
February 7, 2019

**Time on Track 2:05.**
Corey Goode  s a cu t  eader. And we re go ng to prove that (1) Corey Corey  s a cu t  eader, (2) Corey Goode  s a doxer, and (3) we re go ng to expose the team beh nd the doxx ng.

**Time on Track 2:13.**
Yo! You guys engaged  n cr m na  act v ty

**Time on Track 1:03:16**
CW Chanter has a funny way of show ng up every t me you try and make a move. Isn' t funny, Corey?

And:

h ps //www you ube com/wa ch?v_Uzaa PgXG 8  Da e May 24  2019

**Time on Track 1:08:50**
Excuse me. Ex-squeeze me. Ex-squeeeze me, Corey Goode, you dumb ass p ece of sh t. Th s  s how  gnorant you are. You know, you shou d fuck ng be scared of me!

**Time on Track 1:22:04**
Start pract c ng suck ng d ck! Because pr son  s the next p ace that you're go ng to be!

I can talk tomorrow afternoon if you would still like to discuss. Just let me know.

Thank you,
Val

Cheers,

**Valerie Yanaros, Esq.**
Yanaro  Law, P.C.
5057 Keller Spring  Road Suite 300
Addi on, Te a  75001

Telephone: (512) 826-7553
Fax: (469) 718-5600

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Tue, 14 Jul 2020 10:39:53 -0500 **Mike Laszlo <mlaszlo@laszlolaw.com>** wrote ----

...

Valerie,

I believe we have had a long conver ation about our po ition on the MTD for lack of PJ. Further to that call, I have again confirmed that my client ha not traveled to Colorado. Plea e let me know a time when we talk per the court' order and practice tandard . I am available all day. Mike

**From:** COD_ENotice@cod.uscourts.gov <COD_ENotice@cod.uscourts.gov>
**Sent:** Tuesday, July 14, 2020 8:39 AM
**To:** COD_ENotice@cod.uscourts.gov
**Subject:** Activity in Case 1:20-cv-00742-RBJ Goode et al v. Gaia, Inc. et al

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply**

### U S District Court District of Colorado

#### District of Colorado

### Notice of Electronic Filing

The following tran action wa entered on 7/14/2020 at 8:38 AM MDT and filed on 7/14/2020
**Case Name:** Goode et al v. Gaia, Inc. et al
**Case Number:** 1:20-cv-00742-RBJ
**Filer:**
**Document Number:** 34(No document attached)

**Docket Text:**
**MINUTE ORDER, Motions denied: [16] MOTION to Dismiss filed by Gaia, Inc., [23] MOTION to Dismiss for Lack of Jurisdiction filed by Benjamin Zavodnick, [24] MOTION for Leave to *Restrict Access Pursuant to Local Rule 7.2(c)* [18] Restricted Document - Level 2 filed by Gaia, Inc., and [26] MOTION to Dismiss for Failure to State a Claim *FRCP 8,9(b), and 12(b)(6)* filed by Alyssa Montalbano. The parties are directed to review and comply with this Court's practice standards regarding motions to dismiss and motions for protective orders. If, after compliant letters are submitted the Court agrees that a motion to dismiss is appropriate, the parties will comply with the Courts practice standards regarding length of briefs. Meanwhile, the Court directs the parties to contact Chambers at jackson_chambers@cod.uscourts.gov to set a Scheduling Conference within the next 30 days. The Court is aware of the Yanaros email but directs the parties to proceed as indicated in this minute order. By Judge R. Brooke Jackson on 7/14/2020. Text Only Entry (rbjsec.)**

**1:20-cv-00742-RBJ Notice has been electronically mailed to:**

James Lee Gray    lgray@hollandhart.com,  IntakeTeam3@HollandHart.com,  mamcmillen@hollandhart.com

Michael Jacob Laszlo    mlaszlo@laszlolaw.com,  mcarcaise@laszlolaw.com

Valerie Ann Yanaros    valerie@yanaroslaw.com,  melanie.finch.jd@gmail.com,  yanaroslaw@gmail.com

Melissa Y. Lou    MYLou@hollandhart.com,  intaketeam@hollandhart.com,  wlmccann@hollandhart.com

Ina B. Scher    ischer@dglaw.com

Daniel Andrew Dingerson    ddingerson@dglaw.com

Alyssa Montalbano    AriStoneArt@Ymail.com

**1:20-cv-00742-RBJ Notice has been mailed by the filer to:**