IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

        Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, and ALYSSA MONTALBANO

        Defendants.

---

### STIPULATION FOR EXTENSION OF DEADLINES

---

**COMES NOW,** Mr. James Corey Goode and Goode Enterprise Solutions, Inc. (collectively, "Goode"), and respectfully shows and requests as follows:

**D.C.COLO.LCivR 7.1(A) Certification**: Counsel for the Goode and Defendant Clif High conferred regarding this motion and both agree to stipulate to the relief requested herein.

1. This Action was commenced by Goode on March 17, 2020 (Docket 1) and motion practice ensued.

2. High responded to the Complaint by filing a motion to dismiss (the "Responsive Motion") on August 3, making Goode's response due today August 24, 2020.

3. Goode is preparing its response in opposition to High's Responsive Motion but counsel have stipulated to a 14-day extension on Goode's response.

Stipulation of Extension to Respond

4. This motion is not made for purpose of delay, in bad faith or as a dilatory tactic, but to ensure a full hearing on all the facts and legal issues of this action, secure a just and speedy determination of this case, and ensure that the ends of justice are met

   a) Per local rule 6.1, the parties have stipulated to a brief extension of the deadline.

5. This request will be served upon all of counsels' respective clients per Local Rule 6.

Date: August 24, 2020.                                    Respectfully submitted,

*/s/ Valerie Yanaros*

Valerie Yanaros, Esq.
Texas Bar No. 24075628 Admitted
to Practice in the District Court of
Colorado
Yanaros Law, P.C.
5057 Keller Springs Rd, Suite 300
Addison, TX, 75001
Telephone: (512) 826-7553
valerie@yanaroslaw.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The below signed certifies that a copy of this filing will be served on each Defendant by ECF on August 24, 2020.

*/s/ Valerie Yanaros*

Valerie Yanaros, Esq.