IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                                      Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH

                                      Defendants.

_____

**PARTIALLY OPPOSED MOTION TO FILE SECOND AMENDED COMPLAINT**
_____

**COMES NOW,** Mr. James Corey Goode and Goode Enterprise Solutions, Inc. (collectively, "Goode" or "Plaintiff"), and respectfully shows and requests as follows:

**D.C.COLO.LCivR 7.1(A) Certification**:  Counsel for the parties to the action (each a "Party", collectively the "Parties" and the instant case the "Action") and pro se Defendant Montalbano conferred regarding this motion, which was originally filed at Docket 46 and denied without prejudice to refile in accordance with Local Rule 15.1 (Docket 48).

1. This Action was commenced by Goode on March 17, 2020. (Docket 1).

2. This case was first assigned to the Honorable Magistrate Judge Mix, and—after the Parties filed their non-consent to Magistrate (Docket 28)—was thereafter assigned to the Honorable Judge Jackson.

3. Defendants Gaia, Zavodnick, and Montalbano filed motions to dismiss. (See Docket 16, 23 and 26).

4. Rather than opposing the various motions to dismiss, Plaintiffs elected to file an amended complaint.

5. Plaintiffs requested an extension of time to file the amended complaint, which most Defendants consented to along with the entry of a schedule to respond to the amended complaint. (Docket 31). Judge Jackson granted the Parties' request, thereby making Plaintiffs' amended complaint due to be filed by July 21 and making Defendants' response due by August 31. (Docket 32).

6. Plaintiffs filed the First Amended Complaint on July 20. (Docket 36).

7. Subsequent to a recusal request (Docket 35), the Action was reassigned to the Honorable Judge Domenico (Docket 38).

8. Defendants High and Zavodnick filed Motions to Dismiss prior to the August 31 deadline (Dockets 42 and 43 respectively), on August 3. This was Defendant High's first motion to dismiss.

9. Goode has subsequently engaged in conferences with some of the other Defendants in regards to the Parties' positions and in light of Judge Domenico's Practice Standard III(D). Pursuant to those conferrals, Goode has agreed to make certain amendments to its First Amended Complaint responsive to the Defendants' positions.

10. Plaintiff has now finalized its Second Amended Complaint in order to respond to arguments raised by Defendants with whom Goode has conferred and has limited substantially its claims and added factual content to those remaining.

11. Goode has not yet filed an Amendment under Rule 15 as to Defendants High or Weidner. Weidner has not yet filed a responsive pleading, and High has filed its first responsive pleading as stated above.

12. The U.S. Supreme Court has held that leave to amend under Fed. R. Civ. P. 15(a) "shall be freely given when justice so requires" and has stated that "if the underlying facts or circumstances relied upon by plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits and in the absence of any apparent improper motivation, such as undue delay, bad faith or dilatory tactics, the amendment should be 'freely given'." *Foman v. Davis*, 371 U.S. 178 (1962).

13. This motion is not made for purpose of delay, in bad faith or as a dilatory tactic, but to ensure a full hearing on all the facts and legal issues of this action, secure a just and speedy determination of this case, and ensure that the ends of justice are met

14. This is the second request for extension:

    a)  to file an amended pleading;

15. This request will be served upon all of counsels' respective clients per Local Rule 6.

WHEREFORE, Plaintiffs respectfully this Honorable Court grant this Motion to File Second Amended Complaint and enter it as the operative Complaint in this action.

Date: August 31, 2020.                                     Respectfully submitted,


                                                                      s/ Valerie A. Yanaros

Valerie Yanaros, Esq.
Texas Bar No. 24075628
Admitted to Practice in the District Court of Colorado
Yanaros Law, P.C.
5057 Keller Springs Rd, Suite 300
Addison, TX, 75001
Telephone: (512) 826-7553
valerie@yanaroslaw.com


**ATTORNEY FOR PLAINTIFFS**


## CERTIFICATE OF SERVICE

The below signed certifies that a copy of this filing will be served on each Defendant by ECF on August 31, 2020

                                                                      s/ Valerie A. Yanaros

                                                                      Valerie Yanaros, Esq.