**Fwd: David Icke**

<u>**EXHIBIT D**</u>

**CG** **Corey Goode**
Fri, 05 Apr 2019 11:23:17 AM -0500

To   "IP Attorney" <valerie@yanaroslaw.com>,                                            ,

Tags
Security   TLS   Learn more

Corey Goode
Sent from my iPhone

Begin forwarded message:

> **From:** Jay Weidner <jayweidner37@gmail.com>
> **Date:** April 5, 2019 at 6:21:45 AM HST
> **To:** Corey Goode <goodetech@yahoo.com>
> **Subject: David Icke**
>
> You think I would let a friend of mine get screwed and doxxed by you? Fuck you Corey.  This is just beginning.
>
>  Ha ha Ha haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa haHa ha