# EXHIBIT G

## RECORD SEARCH FOR MESA COUNTY COMBINED COURT
125 N Spruce, Grand Junction, CO 81501
PO Box 20,000-5030, Grand Junction, CO 81502
Telephone (970) 257-3640



FILED IN COMBINED COURT
SEP 11 2018
MESA COUNTY COMBINED COURT
MESA COUNTY, COLORADO

Requests for information can either be made in person or through the US Mail. The court does not accept phone call, faxed, or emailed requests. A non-refundable fee of **$5.00 per name** is required at time of the request. An additional $10.00 will be charged if the file has to be retrieved from offsite storage. Depending on the complexity of your request, an hourly rate of $30.00 per hour may be assessed and processing time could take up to 3 weeks.

Payment is required in advance of beginning work. Due to confidentiality policies, when you submit a request for research and/or copies for a case you are involved in, you must include a copy of a valid picture ID or a notarized statement. If at least one of these is not provided, full access to the case might not be possible and certain documents may be withheld.

| \*\*\*INFORMATION ABOUT THE PARTY(S) YOU WOULD LIKE RESEARCHED\*\*\* | | |
|---|---|---|
| Name of party(s): (list all names used) | James Corey Goode, Alyssa Christie Montalbano | |
| Date of Birth: Date of Death: | Filing Date or Year: 2018 | Case Number (if known): 18-cv-50 |
| Case type | ☐Misdemeanor ☐Traffic ☐ Felony ☐ Probate ☐ Domestic ☒Civil ☐ Other | |
| Your request: ☐Entire File ☒ Specific Documents | Do documents need to be **Certified?** ☐ Yes ☒No | Special Instructions: Please send the case file/case register/docket sheet, thank you! Please call with questions. |
| \*\*\*INFORMATION ABOUT YOU\*\*\* | | |
| Name/agency Requesting Information | Valerie Yanaros Wilde, attorney for James Corey Good | |
| Mailing Address | 5057 Keller Springs Suite 300, Dallas, Texas 75001 | |
| Daytime Contact Phone Number | 512-826-7553 | |

**PAYMENT INFORMATION**   DATE OF REQUEST: 9/7/2018

| Payment can be made with cash, money order, certified funds, or checks. **Make payable to Mesa County Combined Court.** | | Payment can also be made with a credit card. ☐ VISA ☒MasterCard ☐ Discover |
|---|---|---|
| Search Fee | $5.00 per case | Credit Card Number: |
| Copy Fee $1 | $.75 per page for filed papers $.25 per page for printed copies from CMS | 5348750004892709 Expiration date: |
| Certification | $20.00 per document | 05/22 |
| Offsite File Retrieval | $10.00 (in addition to search fee) | Name on card (please print): |
| Extensive Research POST | $30.00 per hour (no charge for 1st hour) .75 | Yanaros Law (Valerie A Yanaros) |

**GENERAL INFORMATION REGARDING RECORD SEARCH INFORMATION**
Cases older than 1977 could be stored at the Colorado State Archives. The Research Clerk will provide you with archives contact information along with details you will need for location of the file. You must then contact the Archives directly for information from these files. Unless a **SPECIFIC YEAR** is requested, our computer will provide records from 1989 to present. You must use one form for each search. **Only** Mesa County Court and District Court cases will be searched. If you need records for any other county or for Municipal Court, you will need to contact those agencies directly.

```
INTEGRATED  COLORADO  ONLINE  NETWORK  (ICON)

Status:                              District Court, Mesa County
Case #: 2018 CV 000050    Div/Room: 10     Type: Other
          MONTALBANO, ALYSSA-CHRYSTIE vs. GOODE, JAMES COREY

                                                    DV STATUS:
Case File Date:  6/25/2018    Case Close Date:       Appealed: N
                              Confidential Intermediary............:

                     Bar #    Name
   Judicial Off...:  022904   BRIAN JAMES FLYNN
   Alt Jud Officer: 000000
                     Description                 Stat Date       Time      Rm/D
   Trial..........:                                               0:00
   Next Schd Event: Review                            9/28/2018   6:00 P
   Last Schd Event:                                                0:00
   Last Event.....: Objection                   n/a  9/06/2018

   Attorney(s)....: N

   Judgements............:N
   Motions Filed.........:Y

   Amount Prayed for.....:           .00

   Jury Fee Paid.........:N

                         ----- PARTIES -----
PARTY  ROL STS   NAME                         ATTORNEY                      ROL
DEF    1         GOODE, JAMES COREY
           Business Address........: 1140 US HIGHWAY 287 SUITE 400-266
                                   : BROOMFIELD, CO   80020
PTF    1         MONTALBANO, ALYSSA-CHRYSTIE
           Business Phone..........: (970) 250-8365
           Business Address........: 2536 RIMROCK AVE SUITE 400-117
                                   : GRAND JUNCTION, CO  81505
FILE DATE    EVENT DESCRIPTION
 6/25/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000012   E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - B
 6/25/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000013   E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - C
 6/25/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000014   E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - D
 6/25/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000015   E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - E
 6/25/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000016   E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - F
 6/25/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000017   E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - G
```

```
FILE DATE     EVENT DESCRIPTION
6/25/2018     Exhibit-Attach to Pleading/Doc    Event ID: 000018    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - H
6/25/2018     Exhibit-Attach to Pleading/Doc    Event ID: 000019    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - I
6/25/2018     Exhibit-Attach to Pleading/Doc    Event ID: 000020    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - J
6/25/2018     Exhibit-Attach to Pleading/Doc    Event ID: 000021    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - K
6/25/2018     Certificate Filed                 Event ID: 000022    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Certificate of Service
6/25/2018     Complaint                         Event ID: 000001    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Complaint
6/25/2018     Summons                           Event ID: 000002    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Summons
6/25/2018     Civil Case Cover Sheet            Event ID: 000003    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Civil Case Cover Sheet
6/25/2018     Motion for Default Judgment       Event ID: 000004    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Motion for Default Judgment
6/25/2018     Filing Other                      Event ID: 000005    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Table of Contents
6/25/2018     Exhibit List                      Event ID: 000006    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit List
6/25/2018     Proposed Order                    Event ID: 000007    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Proposed Order Re: Cease and Desist
6/25/2018     Certificate Filed                 Event ID: 000008    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Certificate of Service
6/25/2018     Brief Filed                       Event ID: 000009    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Memorandum Brief
6/25/2018     Affidavit                         Event ID: 000010    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Affidavit of Truth
6/25/2018     Exhibit-Attach to Pleading/Doc    Event ID: 000011    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - A
7/03/2018     Affidavit                         Event ID: 000023    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Affidavit in Support of Order for Service by Publication
7/03/2018     Proposed Order                    Event ID: 000024    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
For Service by Publication
```

```
FILE DATE     EVENT DESCRIPTION
              Related Event  AFFI Affidavit                              7/03/2018
 7/17/2018  Motion to Dismiss                Event ID: 000026   E-Filed: J
     DEF/    GOODE, JAMES COREY
Motion to Dismiss
 7/18/2018  Order                            Event ID: 000025   E-Filed: J
Order for Service by Publication
 7/18/2018  Reply                            Event ID: 000027   E-Filed: J
     PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Reply to Defendant's Motion to Dismiss for Failure to State a Complaint
              Related Event  MODS Motion to Dismiss                      7/17/2018
 7/18/2018  Motion                           Event ID: 000028   E-Filed: J
     PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Motion to Claim and Exercize Constitutional Rights and Require the Presiding
Judge to Rule upon the Motion and All Public Officers of this Court to Uphold
Said Rights
 7/31/2018  Reply                            Event ID: 000029   E-Filed: J
     DEF/    GOODE, JAMES COREY
Reply to Plaintiff's Repsonse to Mr. Goode's Motion to Dismiss for Failure to
State a Complaint
              Related Event  REPL Reply                                  7/18/2018
 8/13/2018  Report                           Event ID: 000030   E-Filed: J
     PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Status Report
 8/13/2018  Exhibit-Attach to Pleading/Doc   Event ID: 000031   E-Filed: J
     PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit L - Attachment to Status Report
              Related Event  RPRT Report                                 8/13/2018
FILE DATE     SCHEDULED EVENT DESCRIPTION    SCHD DATE    TIME      ROOM   PRI
 8/24/2018  Review                           9/28/2018    06:00 PM  10
     Officer: BRIAN JAMES FLYNN                  Length:  1.00 Hour(s)
 8/28/2018  Letter                           Event ID: 000036   E-Filed: J
     DEF/    GOODE, JAMES COREY
Letter from Atty Valerie Yanaros
 8/28/2018  Notice Filed                     Event ID: 000037   E-Filed: J
     DEF/    GOODE, JAMES COREY
Notice of Removal
 8/28/2018  Exhibit-Attach to Pleading/Doc   Event ID: 000038   E-Filed: J
     DEF/    GOODE, JAMES COREY
Document 1-1 (7 pgs)
              Related Event  NOTC Notice Filed                           8/28/2018
 8/28/2018  Exhibit-Attach to Pleading/Doc   Event ID: 000041   E-Filed: J
     DEF/    GOODE, JAMES COREY
Document 1-4 (2 Pages)
 8/28/2018  Exhibit-Attach to Pleading/Doc   Event ID: 000040   E-Filed: J
     DEF/    GOODE, JAMES COREY
Document 1-3 (11 Pages)
              Related Event  NOTC Notice Filed                           8/28/2018
 8/28/2018  Exhibit-Attach to Pleading/Doc   Event ID: 000039   E-Filed: J
     DEF/    GOODE, JAMES COREY
Document 1-2 (8 Pages)
              Related Event  NOTC Notice Filed                           8/28/2018
 8/28/2018  Exhibit-Attach to Pleading/Doc   Event ID: 000042   E-Filed: J
     DEF/    GOODE, JAMES COREY
Document 12 (3 Pages)
```

```
FILE DATE    SCHEDULED EVENT DESCRIPTION        SCHD DATE    TIME    ROOM   PRI
             Related Event  NOTC Notice Filed                        8/28/2018
 8/28/2018   Exhibit-Attach to Pleading/Doc     Event ID: 000043     E-Filed: J
             DEF/    GOODE, JAMES COREY
Document 12-1 (60 Pages)
             Related Event  NOTC Notice Filed                        8/28/2018
 8/28/2018   Exhibit-Attach to Pleading/Doc     Event ID: 000044     E-Filed: J
             DEF/    GOODE, JAMES COREY
Document 12-2 (7 Pages)
             Related Event  NOTC Notice Filed                        8/28/2018
 8/30/2018   Motion                             Event ID: 000032     E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Motion to Set Hearing Date
 8/30/2018   Exhibit-Attach to Pleading/Doc     Event ID: 000033     E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit O  - Attach to Pleading/Doc
             Related Event  MOTN Motion                              8/30/2018
 8/30/2018   Objection                          Event ID: 000034     E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Objection to Reply to Plaintiff's Response to Mr. Goode's Motion to Dismiss
for Failure to State a Complaint
             Related Event  REPL Reply                                7/31/2018
 8/30/2018   Exhibit-Attach to Pleading/Doc     Event ID: 000035     E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit M - Attach to Pleading/Doc
             Related Event  OBJ  Objection                            8/30/2018
 9/06/2018   Objection                          Event ID: 000045     E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Objection to Notice of Removal
             Related Event  NOTC Notice Filed                         8/28/2018

                    End of Case: 2018 CV 000050
```

```
Transaction:
9/13/2018 11:12 AM JDL      TL213921
        District Court, Mesa County
              125 N Spruce St.
      Grand Junction, CO  81502-5030
              970-257-3640
Payor:
Case #: 2018CV-000050
MONTALBANO, ALYSSA-CHRYSTIE
vs.
GOODE, JAMES COREY
RCP #: 2018CV-000050-0004
===========================================
Description                          Amount
-------------------------------------------
Search of Records (On Sit             5.00
Copy Work                             1.00
Postage - Cost Recovery                .75

===========================================
Receipt Total...........:            $6.75
Amount Tendered.........:            $6.75
Change Due..............:            $ .00
Payment Type............:             CRCD
Account Receivable Due..:            $ .00
===========================================
```

Credit card receipt (printed upside down):

```
          MESA COUNTY DIST COURT
          125 NORTH SPRUCE STREET
          GRAND JUNCTIO, CO 81501
09/13/2018                         11:11:54
              CREDIT CARD
                MC SALE
Card #                   XXXXXXXXXXXX2709
SEQ #:                                  2
Batch #:                              599
INVOICE                                 2
Approval Code:                     121716
Entry Method:                      Manual
Mode:                              Online
Tax Amount:                         $0.00
Card Code:                              X

SALE AMOUNT                         $6.75

            CUSTOMER COPY
```