Exhibit L

I, Robert Allen Vannoy Jr state the following:

1. I have witnessed various in person, on social media platforms, live and recorded public video, and in personal digital communications; a consorted, tireless, ruthless attack and smear campaign against Corey Goode and many of his supporters.

2. I was advised of who Benjamin Zavodnick was by my housemate and friend Janet Shapan who is a close friend of Sid Goldberg, a producer at Gaia. Since the time of Corey Goode leaving Gaia Janet had been attempting to change my opinion of Corey and David because of the personal information she said she received from Sid about the character of Corey Goode, David Wilcock, and Emery Smith. She stated that Sid claimed Corey was trying to control his niche in the disclosure community and that I should just go to dinner with her and Sid and he could explain it all to me. I declined politely. Later I received an email from Janet with a link to Benjamin Zovadnick's youtube channel CW Chanter. Janet had stated that Sid told her about CW Chanter and that if I wanted to know what Corey Goode was really all about then in Sid's opinion CW had Corey nailed down.

3. I have witnessed in live video Benjamin Zovodnick in the heat of a tirade against a YouTuber UniRock. In that tirade Benjamin named his accomplices and how angry he was that UniRock ruined their plans of destroying Corey Goode. Benjamin stated that "they" almost had Corey. Then he listed the people he was working with to destroy Corey. These people included Jay Weidner, Cliff High, and many others.

4. I have witnessed many videos of Jay Weidner praising Corey Goode and claiming he vetted Corey's credibility only to then witness, after Corey left Gaia and filed a lawsuit, Jay spending years trashing Corey and making things up with no evidence.

5. I have witnessed Jay Wiedner personally attack myself, in the comments of a YouTube video I posted online defending Corey from other false accusations.

6. I have witnessed countless times Alyssa Montalbano on social media and YouTube videos outlandish claims of illegal actions purportedly done by Corey.

7. I have witnessed many occasions of these three individuals, and many more actively supporting the false claims and outlandish accusations against Corey. Each in turn has a select following that will show up on the others posts/tweets and YouTube videos to lend credibility to the dubious accusations. Many times they will add to the fictional narrative of the others' story.

8. These same three and their followers also actively stalk Corey and his supporters online to harass and discredit comments, posts, tweets, and YouTube video live chats. All in harassment and outlandish accusations and almost never in context with Corey's material or his supporters comments.

9. Benjamin Zavodnick and Jay Weidner have gained many many followers on their social media platforms and YouTube channels due to this stalking and harassment. Alyssa Montalbano attempted to make money and fame from Corey via an outlandish lawsuit claiming the theft of her dreams and that she was married to Corey. Jay and Benjamin's support of Alyssa and her many accusations against Corey have only aided in expanding their public notoriety and monetary value on YouTube as an example.

10. I verify under penalty under the laws of the United States of America that the factual statements in this Declaration concerning the activities and occurrences are based on personal knowledge and are true and correct.

Signed this day, August 31, 2020:

Robert Allen Vannoy, Jr.

Robert Allen Vannoy, Jr.

Signature: *Robert Allen Vannoy Jr*
Robert Allen Vannoy Jr (Aug 31, 2020 20:47 MDT)

Email: robvannoy@gmail.com