# SWORN AFFIDAVIT
# ROBERT VANNOY

State of Colorado

County of Denver

**BEFORE ME,** the undersigned Notary, James Martinez [Name of Notary before whom this Affidavit is sworn], on this 24th day of December, 2019, personally appeared **ROBERT VANNOY**, who is known to me to be a credible person of lawful age or has produced Driver's License as identification, who being by me first duly sworn on **his** oath, deposes and says:

**I, ROBERT VANNOY,** being first duly sworn, certify that the following statements are true:

1. My name is Robert Vannoy, and I reside in the State of Colorado.

2. Around the fall of 2017, I met Janet Shapan ("**Shapan**"), a resident of Colorado, through a local meetup group comprised of fans of a *Gaia.com* online show called "*Cosmic Disclosure*" featuring David Wilcock ("*Wilcock*") and Corey Goode ("*Goode*").

3. I was invited to help manage this meetup group, along with Shapan, in our local area of Boulder, Colorado.

4. We were all big fans of Cosmic Disclosure, Wilcock, and Goode, and were working together to share information from the show with the general public. Shapan was a strong supporter of Wilcock and Goode, and if anyone ever questioned the information they provided on the show or their credibility, Shapan would vehemently defend them.

5. After working with Shapan for about three months, she invited me to share a rental home with her and with the Lease to commence January 1st of 2018 but to move in on Dec 15 2017. I agreed to share said rental home with Shapan, and moved in around Dec 15 2017. A photo of Shapan and me in our rental home at one of the meetup gatherings is shown on **Exhibit A**.

6. During my time living in this home, I personally attended and hosted multiple social gatherings in our home involving the meetup group, along with Shapan and her close

friend, Sid Goldberg ("Goldberg"), an Executive Producer at Gaia.com (Gaia, Inc., a Colorado corporation; herein, "**Gaia**").

7. I am not sure if it is because of her close friendship with Goldberg, or because she may be a shareholder in Gaia, Inc., but Shapan is a long-time loyal ally of Gaia.

8. Around mid-July, 2018, Wilcock and Goode left Gaia after a falling out that was explained in a resignation letter from Wilcock to Gaia that was leaked online. A copy of this letter can be found here: https://onstellar.com/blogs/66577/NEWS-David-Wilcock-s-resignation-letter-from-GAIA

9. Immediately after Wilcock's departure from Gaia, my roommate, Janet Shapan, began telling me that Goldberg wanted me to start watching a YouTube channel named "C.W. Chanter," which I have now come to know is the YouTube channel of Benjamin Zavodnick ("**Zavodnick**"), a New Jersey attorney, who uses the alias "C.W. Chanter" on YouTube, Twitter, and elsewhere on social media, and who is a known cyberstalker and relentless harasser of Wilcock and Goode.

10. I distinctly remember the very first instance when Shapan started pushing me to watching Zavodnick's YouTube channel at the behest of Goldberg, because Shapan even sent me an email later that evening with a link to one of Zavodnick's videos. A copy of this email is shown on **Exhibit B** hereto.

11. During our conversation that evening on August 1, 2018, Shapan said to me, "Sid [Goldberg] told me you need to watch this guy [Zavodnick] because he [Zavodnick] really has Corey's [Goode's] motives pegged."

12. I was very disturbed by this because Zavodnick was a known and relentless cyberstalker of Goode and Wilcock since 2015, and it was apparent to me that now that Wilcock and Goode were no longer working at Gaia, and Wilcock's damming letter regarding Gaia's activities had become public, Gaia was suddenly aligning with Wilcock and Goode's worst cyberstalker, Benjamin Zavodnick.

13. Shapan had now done a complete "180" and changed her opinion of Wilcock and Goode to highly-credible individuals to liars, sham artists, and hoaxers deserving of vicious attacks by someone like Zavodnick.

14. Shapan was suddenly in alignment with Zavodnick's views, and was "encouraging" others to "fall in line" at the direction of Sid Goldberg.

15. Shapan even sent me at least two more emails pushing me to supporting Zavodnick. Copies of these emails are shown on **Exhibit B** hereto.

16. It is my personal opinion that Gaia, through Shapan, Goldberg, Jay Weidner (former producer of Cosmic Disclosure and superior of Wilcock and Goode before they left Gaia) or other Gaia proxies, may be working with and supporting Zavodnick so that he can continue his cyberstalking campaign (and recruit new members into this cyberstalking group), which seems to be growing by the day.

17. I have personally witnessed countless vicious, false, defamatory, and violent videos and social media posts directed at Wilcock and Goode, coming from this cyberstalking group which originated with Zavodnick – who has been publicly promoted by Jay Weidner (currently a contractor with Gaia, Inc.), since at least as far back as May, 2019.

**I understand that I am swearing or affirming under oath to the truthfulness of the statements and claims made in this affidavit and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

Dated: December 24th, 2019

ROBERT VANNOY

Subscribed and sworn to before me, this 24th day of December, 2019.

*[Notary Seal:]*

*[signature of Notary]*

James Martinez
*[typed name of Notary]*

JAMES MARTINEZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184034162
MY COMMISSION EXPIRES 08/27/2022

NOTARY PUBLIC

My commission expires: 08/27, 2022.

## **EXHIBIT A**

Photo of Robert Vannoy and Janet Shapan from April 30, 2018



# EXHIBIT B

## Emails Sent from Janet Shapan to Robert Vannoy

### First Email and Screenshot from Weblink in Email
### Pointing to Benjamin Zavodnick's YouTube Channel Titled "C.W. Chanter"

---------- Forwarded message ---------
From: **Janet Shapan** <jshapan@gmail.com>
Date: Thu, Aug 2, 2018 at 12:00 AM
Subject: Rob ... this is a WOWL ...Start at 47 - 48 minutes in ...
To: Rob Vannoy <robvannoy@gmail.com>


Why David and Corey went the direction they have gone in. This guy nailed it and why they have gone the Trump Alliance direction.

https://www.youtube.com/watch?time_continue=523&v=p7iFRFI6AF8



Second Email and Screenshot from Weblink in Email
Pointing to Benjamin Zavodnick's YouTube Channel Titled "C.W. Chanter"

---------- Forwarded message ----------
From: **Janet Shapan** <jshapan@gmail.com>
Date: Tue, Aug 28, 2018 at 5:30 PM
Subject: CW Chanter Gaia v Greer
To: Melissa McCormick <mm@swcp.com>, Rob Vannoy <robvannoy@gmail.com>

https://www.youtube.com/watch?v=vaSQvrUiE-0&t=4189s





Third Email and Screenshot from Weblink in Email
Pointing to Benjamin Zavodnick's YouTube Channel Titled "C.W. Chanter"

---------- Forwarded message ---------
From: **Janet Shapan** <jshapan@gmail.com>
Date: Thu, Feb 7, 2019 at 5:03 PM
Subject: CW ...You will so enjoy this! NOT!
To: Rob Vannoy <robvannoy@gmail.com>

https://www.youtube.com/watch?v=k1p1lwSSuRM

