Fwd: MEETING with Jay

  **SphereBeing Alliance**
Mon, 16 Mar 2020 10:35:57 PM -0500
To

Tags
Security  TLS  Learn more

Begin forwarded message:

**From:** Roger Richards
**Subject: Re: MEETING with Jay**
**Date:** September 12, 2017 at 9:33:49 AM MDT
**To:** SphereBeing Alliance

I'm pretty sure this is the woman I removed from slack. Ari Stone. We need to watch out for her.

Sent from my iPhone

On Sep 12, 2017, at 6:00 AM, SphereBeing Alliance wrote:

> Do you know who this is?
>
> **Corey Goode/GoodETxSG**
> **Skype: Blue.Avians**
> **www.SphereBeingAlliance.com**
> **www.facebook.com/BlueAvians**
> **https://twitter.com/blueavians**
> **SphereBeingAlliance@Gmail.com**
>
> ---------- Forwarded message ----------
> From: **purplemagus374** <purplemagus374@gmail.com>
> Date: Tue, Sep 12, 2017 at 12:58 AM
> Subject: MEETING with Jay
> To: SBA Email <spherebeingalliance@gmail.com>
>
>
> Corey,  Meeting with Jay went great.  Had a great time with him, much more to discuss in time. Will see him again at the shin dig coming up.  I confirmed dreams I had related to him and a very specific pair of boots he has that I saw in the dream, along with other info.
>
> I later today shared the dreams from this morning as I knew the "Magik Camera" was about him, that was confirmed during our tour and talks and that he had a "Magik Camera" (an aura camera), the second half was also confirmed about Jirka and lifestyle choices. Lol!  I know for sure now the prophesy dream is Jirka (monk/priest) and the hand has to do with whatever that text "hidden hand" thing is amidst other things. That one sorta tripped Jay out a bit.  Lol but Jirka is the one that needs to see these are real to get carried at Gaia.
>
> My intention since I began, has largely always been to find my Twin Flame on my happiest, most peaceful, joyful life path, for myself and humanity.  I truly can't imagine my TF being anyone other than you and it was important that I say this to Jay in order to help build the full picture for him.  As without you (and me),  there would be no

story. Though he had to work it out of me and I made him pinky promise its private. ;)

I explained to him my beliefs are about forgiveness and the blending of light and the dark. To hold spaces for those who need to be elevated and to bring down (in a positive way) those of the light to blend with the dark. To me, that is the ultimate that we all seek. . . to be made whole again by coming back together with our other 'selves' The light and the dark.

I know you're not perfect, neither am I. But, I have chosen to love and accept all and to continue to view all through the eyes of love... why? Because it feels SO Dang Good! Life is supposed to be pleasure. . . and pain . . . But, when viewed through the eyes of love, they become one and are truly glorious. Unified. I seek now to share this with my equal match on all levels. We all have our things we are learning and growing from.

I am going to tell you what I told Jay regarding my view of your 'seeming' less than perfect qualities. You should also know about me, my daughter's bio dad was married when I met him and we got involved, though he did begin getting a divorce and I was not intimate with him until he'd told me he'd told his wife about me. I share this so you know I am not without my own mischievousness and lessons.

 If I am correct (and I feel/know/ believe I am) and you are my TF, you have committed the greatest act of kindness and love you ever could for me already because you took the role of going into the pit of vipers and being the conscious aspect that went to hell and in so doing you gave me the greatest gift of love in allowing me to be the one to experience the light in being loved, protected, and safe. I got to be the magikal white wizard while you experienced powerlessness and pain and suffering. For this, I owe you the deepest of gratitude, respect, and honor. You showed me the greatest of love in protecting me from these things. And I give you the deepest of thank you and gratitude from every aspect of my heart, soul, and being that I am, in all time frames, realities, and existences. I see "you" the real you and I already see you as perfect, whole, and complete, thereby creating that space of wholeness for you to walk into.

Because of this wondrous gift of love and life that you gave me, it is now time to rebalance the scales, I ask to share in the carrying of the dark and the light.

Between us, I know you have felt me express to you, there is glory in the 'wanting' and there is glory in the desire. There is glory in the pain and glory in the freedom. I want it all... with you. It belongs to "us" and I am here now to help carry the load and to transmute and heal. I need you too. It is because of you, I am who I am today. Please forgive me for being selfish and hogging all the light. . . Let me give back to you what you have given to me. . . Life. I humbly and with the deepest respect thank you. I quite literally may owe you my life, Alyssa .I love you.

Sent from my Verizon, Sam ung Galaxy  martphone