# going pro se



**clif@halfpasthuman.com**
Tue, 01 Sep 2020 4:39:44 PM -0500

To  "aristoneart" <aristoneart@ymail.com>, "Jay Weidner" <jayweidner37@gmail.com>, "valerie" <valerie@yanaroslaw.com>

Cc  "C.W. Chanter" <c.w.chanter@gmail.com>

Tags

Security  TLS  Learn more

i will be informing the court i am going pro se on further responses to
the corey goode frivolous lawsuit , i will be seeking to recover costs,
& i am filing my own suits against Corey goode, david wilcock, Jay
weidner, Gaia TV & the whole cosmic cluckadoodle 'documentary' crew for
theft of copyrighted material. i will be claiming that the antarctica
stuff corey & david spewed was stolen from my copyrighted reports & did
not arise from any contact with anyone other than my reports. This will
force the issue of discovery of his claims that he lived it and had
contact with off world & inner earth beings.

This is to inform you that i will be representing myself in these
matters. Why shouldn't i get to have fun too?

ALL contacts relating to this suit requiring my response need to be
directed to me at this email address or by USPS to appropriate address.

cliff high

## Re: going pro se

**Jay Weidner** <jayweidner37@gmail.com>
Tue, 01 Sep 2020 6:26:48 PM -0500

To  "clif high" <clif@halfpasthuman.com>

Cc  "aristoneart" <aristoneart@ymail.com>, "valerie" <valerie@yanaroslaw.com>, "C.W. Chanter" <c.w.chanter@gmail.com>

Tags

Security  TLS  Learn more

Why are you suing me!

Sent from my iPhone

> On Sep 1, 2020, at 3:39 PM, clif high <clif@halfpasthuman.com> wrote:
>
> i will be informing the court i am going pro se on further responses to the corey goode frivolous lawsuit , i will be seeking to recover costs, & i am filing my own suits against Corey goode, david wilcock, Jay weidner, Gaia TV & the whole cosmic cluckadoodle 'documentary' crew for theft of copyrighted material. i will be claiming that the antarctica stuff corey & david spewed was stolen from my copyrighted reports & did not arise from any contact with anyone other than my reports. This will force the issue of discovery of his claims that he lived it and had contact with off world & inner earth beings.
>
> This is to inform you that i will be representing myself in these matters. Why shouldn't i get to have fun too?
>
> ALL contacts relating to this suit requiring my response need to be directed to me at this email address or by USPS to appropriate address.
>
> cliff high
>
>

## Re: going pro se



**Jay Weidner** <jayweidner37@gmail.com>
Tue, 01 Sep 2020 6:37:52 PM -0500

To  "clif high" <clif@halfpasthuman.com>

Cc  "aristoneart" <aristoneart@ymail.com>, "valerie" <valerie@yanaroslaw.com>, "C.W. Chanter" <c.w.chanter@gmail.com>

Tags

Security  TLS  Learn more

---

I have zero to do with the content of cosmic disclosure. Corey and David created all the content I merely produced it. I had no power to censor them.

Sent from my iPhone

> On Sep 1, 2020, at 3:39 PM, clif high <clif@halfpasthuman.com> wrote:
>
> i will be informing the court i am going pro se on further responses to the corey goode frivolous lawsuit , i will be seeking to recover costs, & i am filing my own suits against Corey goode, david wilcock, Jay weidner, Gaia TV & the whole cosmic cluckadoodle 'documentary' crew for theft of copyrighted material. i will be claiming that the antarctica stuff corey & david spewed was stolen from my copyrighted reports & did not arise from any contact with anyone other than my reports. This will force the issue of discovery of his claims that he lived it and had contact with off world & inner earth beings.
>
> This is to inform you that i will be representing myself in these matters. Why shouldn't i get to have fun too?
>
> ALL contacts relating to this suit requiring my response need to be directed to me at this email address or by USPS to appropriate address.
>
> cliff high
>
>