# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, *et al.*,

    Plaintiffs,

vs.

GAIA, INC., *et al.*,

    Defendants.

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to D.C.COLO.LAttyR 5(b), J. Lee Gray of Holland & Hart LLP hereby moves this Court for permission to withdraw as counsel of record for Defendant, Clif High. In support of this Motion, undersigned counsel states as follows:

### D.C.COLO.LCivR 7.1(a) Certification

Undersigned counsel conferred with counsel for all parties and pro se parties, all of whom indicated that they have no objection to the requested relief.

### Unopposed Motion

1.    Under D.C.COLO.LAttyR 5(b), undersigned counsel has good cause to withdraw pursuant to Rule 1.16(b) of the Rules of Professional Conduct.

2.    Defendant High has requested that the undersigned counsel and Holland & Hart LLP withdraw from as counsel of record in this matter and intends to proceed *pro se* in the defense of this matter.

-2-

3. This matter has not yet been set for trial. A scheduling conference is set for October 8, 2020 at 9:30am. There are currently two pending dispositive motions: separate Motions to Dismiss filed by Mr. High (ECR No. 42) and Defendant Zavodnick (ECF No. 43).

4. Plaintiff has sought leave to file a Second Amended Complaint (ECF No. 61) to which Defendant High objects based on futility, but has not yet filed a written response.

5. The undersigned counsel has provided written notice to Defendant High of the current deadlines to file his (a) response to Plaintiff's Motion for Leave to File Second Amended Complaint and (b) reply in support of his Motion to Dismiss, both of which are due on Monday, September 21, 2020, and that he is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules.

6. Service of process may be made upon Defendant High through his email address: clif@halfpasthuman.com or by mail to: P.O. Box 141, Moclips, WA 98562.

## Conclusion

For the foregoing reasons, J. Lee Gray respectfully requests that the Court grant this Unopposed Motion to Withdraw as Counsel of Record for Defendant Clif High.

-3-

Dated: September 9, 2020.

                        Respectfully submitted,

                        *s/ J. Lee Gray*
                        J. Lee Gray, Esq.
                        Melissa Y. Lou, Esq.
                        HOLLAND & HART, LLP
                        555 Seventeenth St., Suite 3200
                        Denver, CO 80202
                        Phone: (303) 290-1602
                        Fax: (303) 975-5303
                        lgray@hollandhart.com
                        mylou@hollandhart.com

                        **Attorneys For Defendant Clif High**

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2020, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Valerie Yanaros, Esq.
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600
valerie@yanaroslaw.com
**ATTORNEY FOR PLAINTIFFS**

Michael Jacob Laszlo
Laszlo & Associates, LLC-Boulder
2595 Canyon Boulevard, Suite 210
Boulder, CO 80302
Telephone: (303) 926-0410
Fax: (303) 443-0758
mlaszlo@laszlolaw.com
**ATTORNEY FOR BENJAMIN ZAVODNICK**

Daniel Andrew Dingerson
Ina B. Scher
Davis & Gilbert, LLP
1740 Broadway
New York NY 10019
Telephone: (212) 237-1488
Fax: (212) 468-4888
ddingerson@dglaw.com
ischer@dglaw.com
**ATTORNEYS FOR GAIA, INC.**

Alyssa Montalbano
2536 Rimrock Avenue, Suite 400-117
Grand Junction, CO 81505
Telephone: (970) 250-8365
AriStoneArt@Ymail.com
**PRO SE DEFENDANT**

*s/ Megan A. McMillen* _____
HOLLAND & HART LLP

15360179_v1