IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, et al.,

    Plaintiffs,

vs.

GAIA, INC., et al.,

    Defendants.

---

# ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

---

    The Court has considered counsel's Unopposed Motion to Withdraw as Counsel of Record. Good cause appearing for the Motion, the Court ORDERS that J. Lee Gray is withdrawn as counsel of record for Defendant Clif High.

    Dated: ____ day of September, 2020.

                                                        BY THE COURT:

                                                        US District Court Judge

15360198_v1