IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
CLIF HIGH,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Unopposed Motion to Withdraw as Counsel of Record** [#65] (the "Motion"), filed by counsel for Defendant Clif High ("High"), Attorney Melissa Y. Lou ("Lou"). The Court finds that the Motion complies with the requirements set forth in D.C.COLO.LAttyR 5(b). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#65] is **GRANTED**. Attorney Lou is relieved of any further representation of Defendant High in this case. The Clerk of the Court is instructed to terminate Attorney Lou as counsel of record, and to remove this name from the electronic certificate of mailing.

    As a one-time courtesy, the Court reminds Defendant Lou of the following upcoming conferences and case management deadlines:

    Deadline to file proposed scheduling order:[1]    **October 1, 2020**

---

[1] This document must be filed jointly with the other parties.

Scheduling Conference: **October 8, 2020, at 9:30 a.m.**

Because Defendant High will now be proceeding pro se, the Court hereby notifies him that he is under a legal obligation to comply with the Federal Rules of Civil Procedure, the Local Rules in this District, and all orders of this Court. *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992). In order to more fully explain the responsibilities Defendant High now bears as a pro se litigant, the Court has attached a letter as an exhibit to this Minute Order.

Defendant High is obligated to keep the Court informed of changes to his contact information pursuant to D.C.COLO.LCivR 5.1(c). Accordingly,

IT IS FURTHER **ORDERED** that Defendant High shall confirm his mailing address, e-mail address, and telephone number by filing a Notice of Contact Information **within seven days** of the date of this Minute Order. **Failure to comply with this Order may result in sanctions, up to and including ENTRY OF JUDGMENT AGAINST DEFENDANT for failure to comply with a Court order.** Pursuant to D.C.COLO.LCivR 5.1(c), if Defendant High's contact information changes in the future, he must file a Notice of Change of Contact Information **within five days** of the change.

Dated: September 14, 2020