IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**SEP 15 2020**

JEFFREY P. COLWELL
CLERK

Civil Action No. _1:20-cv-00742-RBJ_____

JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC

Plaintiff(s),

v.

**GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKARYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH**

Defendant(s).

---

### NOTICE OF CHANGE OF ADDRESS OR TELEPHONE NUMBER

---

I Cliff R High_____, the plaintiff in this case, hereby notify the Court that my contact information has changed as described below, effective immediately.

**My address has changed.**

Old Address:

Street:_4305 Biscay ST NW
City: Olympia State: WA Zip Code:98502

New Address:

Street:___PO BOX 141
City: ___Moclips_____State:WA_Zip Code:98562

**My telephone number has changed.**

Old telephone number:

2

(_____)_____

New telephone number:

(_360_)_276 -0049

Dated at Moclips (city),WA (state), this 15th day September 2020_.

          s/Cliff R High
          Signature
          Print Name: Cliff R High
          Address:P O Box 141
          Moclips WA 98562
          Telephone Number:(360) 276 0049
          Email Address:clif@halfpasthuman.com

2