IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*1:38 pm, Sep 15, 2020*
JEFFREY P. COLWELL, CLERK

Civil Action No. _1:20-cv-00742-RBJ_____

JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC

    Plaintiff(s),

v.

**GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKARYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH**

    Defendant(s).

---

### NOTICE OF CHANGE OF ADDRESS OR TELEPHONE NUMBER

---

    I Cliff R High_____, the Defendant  in this case, hereby notify the Court that my contact information has changed as described below, effective immediately.

**My address has changed.**

Old Address:

Street:_4305 Biscay ST NW
City: Olympia State: WA Zip Code:98502

New Address:

Street:___PO BOX 141
City: ___Moclips_____State:WA_Zip Code:98562

**My telephone number has changed.**

Old telephone number:

(_____)_____

New telephone number:

(\_360\_)\_276 -0049

Dated at  Moclips (city),WA (state), this 15th  day September 2020\_.

        s/Cliff R High
        Signature

        Print Name: Cliff R High

        Address:P O Box 141

        Moclips WA 98562

        Telephone Number:(360) 276 0049

        Email Address:clif@halfpasthuman.com

## CERTIFICATE OF SERVICE

      I hereby certify that on [**INSERT DATE**]_____,

I sent a copy of the **NOTICE OF CHANGE OF ADDRESS OR TELEPHONE NUMBER**

to the following parties in the way described below each party's name:

Party Name:_____
How Served:_____
Party Attorney's Name:_____
Address:_____
_____
Telephone Number:_____
Email Address:_____

Party Name:_____
How Served:_____
Party Attorney's Name:_____
Address:_____
_____
Telephone Number:_____
Email Address:_____

                                              _____
                                              (Signature of person completing service)
                                              Print Name:_____
                                              Address:_____
                                              _____
                                              Telephone Number:_____
                                              Email Address:_____