IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-RBJ

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH

                Defendants.

---

**ENTRY OF APPEARANCE AS CO-COUNSEL ON BEHALF OF DEFENDANT JAY WEIDNER**

---

Ashlee Hoffmann of Burnham Law hereby enters her appearance as co-counsel in this case for Defendant, Jay Weidner. Attorney Hoffmann certifies that she is a member in good standing of the bar of this Court pursuant to D.C.COLO.LAttyR 5(a)(3)(c).

Date: September 18, 2020        Respectfully submitted,

                                          */s/ Ashlee Hoffmann, Esq.*
                                          Ashlee Hoffmann, Esq.
                                          Colorado Bar Number 53818
                                          Burnham Law
                                          2760 29th Street, Suite 1E
                                          Boulder, CO 80301
                                          303-990-5308
                                          ashlee@burnhamlaw.com

**Certificate of Service**

I hereby certify that on September 18, 2020, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/EDF system which will send notification of such filing to the following e-mail addresses:

Daniel Andrew Dingerson
Ina B. Scher
Davis & Gilbert, LLP
1740 Broadway
New York, NY 10019
212-237-1488
212-468-4888 (fax)
ddingerson@dglaw.com
Attorneys for Gaia, Inc.

Clif High
4305 Biscay Street NW
Olympia, WA 98502
Pro Se

Michael Jacob Laszlo
Laszlo & Associates, LLC-Boulder
2595 Canyon Boulevard
Suite 210
Boulder, CO 80302
303-926-0410
303-443-0758 (fax)
mlaszlo@laszlolaw.com
Attorney for Benjamin Zavodnick

Valerie Ann Yanaros
Yanaros Law PC
5057 Keller Springs
Suite 300
Addison, TX 76001
512-826-7553
valerie@yanaroslaw.com
Attorney for Goode Enterprise Solutions, Inc.
Attorney for James Corey Goode

*/s/ Brittany Breeden*
Brittany Breeden
Burnham Law