**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-742-KLM

JAMES COREY GOODE, and
GOODE ENTERPRISE SOLUTIONS INC.,

    Plaintiffs,

v.

GAIA, INC., a Colorado corporation,
JAY WEIDNER,
CLIF HIGH,
BENJAMIN ZAVODNICK, and
ALYSSA MONTALBANO,

    Defendants.

---

**[PROPOSED] ORDER GRANTING MOTION TO EXCEED WORD LIMIT**

---

For good cause shown, Defendant Gaia, Inc.'s Unopposed Motion to Exceed the Word Limit Imposed by DDD Civ. P.S. III(A)(1), with respect to Gaia's forthcoming motion to dismiss the Second Amended Complaint, is hereby GRANTED.

IT IS SO ORDERED on this ____ day of _____, 2020.

                                                         _____
                                                         United States District Judge