# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendants.

## DEFENDANT ALYSSA MONTALBANO
## UNOPPOSED MOTION FOR TELEPHONIC APPEARANCE

Comes now, Defendant, Alyssa Montalbano, and respectfully requests to appear by Telephone at any coming Scheduling Conference or Status Conference. Physical travel to Denver would be an undue burden financially and personally on Ms. Montalbano, as it is a 10 hour round trip by car.

Having duly conferred, the Plaintiffs' and its Counsel, consent to Ms. Montalbano appearing by telephone. This motion is timely filed, as it is filed at least 5 days before the current scheduled date of appearance, October 8, 2020.

1

Dated this 28th day of September 2020.

> Respectfully Submitted and All Rights Reserved,
>
> /s/ Alyssa Montalbano
>
> Alyssa Montalbano, American Citizen
> 2536 Rimrock Ave
> Suite 400-117
> Grand Junction, CO 81505
> E-mail: AriStoneArt@Ymail.com
> Pro Se Defendant

I hereby certify that the foregoing motion comply with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1) with a total word count of 90.

## CERTIFICATE OF SERVICE

I certify that on this 28th day of September 2020 a copy of the foregoing Motion was filed with the clerk of the court using the CM/ECF system and are lawfully served upon Plaintiffs' counsel through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5)

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen