IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKARYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH

                Defendants.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*2:03 pm, Sep 29, 2020*
**JEFFREY P. COLWELL, CLERK**

_____

DEFENDANT CLIFF HIGH  MOTION FOR WRITTEN SCHEDULING COMMUNICATIONS

_____

Comes now, Cliff High files this Motion for Leave to Request Written Scheduling and Status Information.

The Defendant is acting *pro se* and begs the Court's indulgence with errors of form or format.

Defendant, Cliff High, respectfully requests to receive transcripts of Scheduling Conference or Status Conference meetings via timely text with email delivery. Physical travel to Denver would be an undue burden financially and personally on Defendant High as he resides in Washington State.

Defendant requests exclusion from such conferences for the following two reasons.

Defendant has first the technical reason of lack of adequate telephony support at Defendant's residence which is rural, with no cell service and poor quality land line. Additional problems arise for Defendant due to damage of auditory sense perception as a result of recent cancer surgery.

Second, Defendant High requests exclusion from such conferences for the reasons of personal animosity to Plaintiff's Counsel resulting from the duplicitous and unethical tactics demonstrated in this matter to this date, as well as Defendant's desire to not participate in raising the other defendants' costs by his appearance at these conferences which would inevitably lengthen the proceedings. Defendant High is convinced that Plaintiff and Plaintiff's Counsel are deliberately employing a tactic designed to impose a financial burden at the direct expense of the defendants in violation of Rule 11(b)(1).

Defendant High recognizes that some element of prejudice necessarily arises from such exclusion, and offers that his personal diligence and attendance to the matters before this Court will not be a source of delay as a result of granting this request.

Respectfully submitted this 29th day of September.

*S/Cliff High*
Cliff High
PO Box 141
Moclips, WA, 98562
Tel.: (360) 276-0049

Email:clif@halfpasthuman.com

**Defendant, pro se**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1) with 388 words in toto.

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2020, I electronically filed the foregoing with the Clerk of Court via email.