IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
CLIFF HIGH,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the following motions: (1) Defendant Alyssa Montalbano's **Unopposed Motion for Extension of Time to File Answer and Counterclaim to FAC or SAC and Motion for Clarification of Operative Pleading FAC or SAC** [#82]; (2) Defendant Alyssa Montalbano's **Unopposed Motion for Telephonic Appearance** [#84]; (3) Defendants Gaia, Inc., Jay Weidner, Cliff High, and Alyssa Montalbano's **Joint Motion to Adjourn or Continue the October 8, 2020, Scheduling/Planning Conference** [#91]; (4) Defendants Jay Weidner, Gaia, Inc., and Alyssa Montalbano's **Unopposed Joint Motion for Extension of Time to File a Responsive Pleading to Operative Complaint** [#93]; and (5) Plaintiffs and Defendant Gaia, Inc.'s **Proposed Scheduling Order** [#95]. Defendant Montalbano and Defendant High proceed as pro se litigants in this matter.

    Only one out of five Defendants appear to have participated in preparation of the Proposed Scheduling Order [#95]. All counsel and pro se parties in this case were **ordered** to hold a pre-scheduling conference meeting pursuant to Fed. R. Civ. P. 26(f)(1) at least twenty-one days before the proposed scheduling order was due to be tendered and to

prepare a proposed scheduling order in accordance with Fed. R. Civ. P. 26(f).  *Order Setting Scheduling/Planning Conference* [#45].  Thus, the failure of Defendants Jay Weidner, Cliff High, Benjamin Zavodnick, and Alyssa Montalbano to participate in the preparation of the Proposed Scheduling Order [#95] is a violation of a Court order. Nevertheless, in light of the pending Partially Opposed Motion to File Second Amended Complaint [#61], and in light of the failure of all parties to participate in preparation of a proposed scheduling order,

IT IS HEREBY **ORDERED** that the Scheduling Conference set for October 8, 2020, at 9:30 a.m. is **VACATED**.  **If and when the Scheduling Conference is reset, sanctions will be imposed on any party who fails and/or refuses to participate in preparation of a proposed scheduling order.**

IT IS FURTHER **ORDERED** that the Proposed Scheduling Order [#95] is **STRICKEN**.

Although not framed as such, Defendants Gaia, Weidner, High, and Montalbano's Joint Motion to Adjourn or Continue the October 8, 2020, Scheduling/Planning Conference [#91] is better construed as a motion to stay all discovery.  Accordingly,

IT IS FURTHER **ORDERED** that the Joint Motion to Adjourn or Continue the October 8, 2020, Scheduling/Planning Conference [#91] is **DENIED without prejudice**.  Any party may file a motion to stay addressing the factors enunciated in *String Cheese Incident, LLC v. Stylus Shows, Inc.*, No. 02-cv-01934-LTB-PAC, 20016 WL 894955, at *2 (D. Colo. Mar. 30, 2006) **no later than October 13, 2020**.

IT IS FURTHER **ORDERED** that Defendant Montalbano's Unopposed Motion for Telephonic Appearance [#84] is **DENIED as moot** in light of the Scheduling Conference being vacated.

IT IS FURTHER **ORDERED** that Defendants Weidner, Gaia, and Montalbano's Unopposed Joint Motion for Extension of Time to File a Responsive Pleading to Operative Complaint [#93] is **GRANTED**.  The deadline for these three Defendants to answer or otherwise respond to the Amended Complaint [#36] is **VACATED** and will be reset pending resolution of Plaintiffs' Partially Opposed Motion to File Second Amended Complaint [#61].

IT IS FURTHER **ORDERED** that Defendant Montalbano's Unopposed Motion for Extension of Time to File Answer and Counterclaim to FAC or SAC and Motion for Clarification of Operative Pleading FAC or SAC [#82] is **DENIED as moot** in light of the Court's ruling on Motion [#93] above.

Dated:  October 2, 2020