Re: Goode v. Gaia et al - 26(f) Conference

EXHIBIT 1 pg1

From: Mike Laszlo (mlaszlo@laszlolaw.com)

To: valerie@yanaroslaw.com

Cc: ashlee@burnhamlaw.com; aristoneart@ymail.com; clif@halfpasthuman.com; aaron@burnhamlaw.com; ddingerson@dglaw.com; ischer@dglaw.com; admin@yanaroslaw.com; yanaros-law-pc-ju2m6g8tc2@mycasemail.com; brittany@burnhamlaw.com

Date: Thursday, October 1, 2020, 06:28 PM PDT

Defendant Zavidnick, without waiving personal jurisdiction defenses and arguments, does not join in this proposal, and the representation that I joined in a Rule 26(f) conference is not accurate.  This is the first draft I have seen and do not recall being included in a discussion on the 26(f) conference.

Thanks.

Michael J. Laszlo
Attorney
LASZLOLAW®
2595 Canyon Blvd. Suite 210
Boulder, CO 80302
303.704.6927 (mobile)
303.926.0410 (firm)
303.443.0758 (fax)
mlaszlo@laszlolaw.com
http://www.laszlolaw.com/business-law-blog

***CONFIDENTIAL***The information contained in this e-mail message, both in the body of the message and in any attachment hereto, is intended only for the personal and confidential use of the recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify Mike Laszlo immediately by e-mail at mlaszlo@laszlolaw.com, and permanently delete the original message.

On Oct 1, 2020, at 7:22 PM, yanaroslaw <valerie@yanaroslaw.com> wrote:

All,

I plan on filing the attached (or something substantially similar) in the next four hours in order to comply with Judge Mix's order. If anyone has anything extra they wish to add, please add in redline/say so now and I can add brief defendant-specific parts similar to Gaia's (within reason, of course).

Otherwise, included are the general essence of our discussions below and those contained in the related filings as well as the additions received from specific parties.

Thank you all in advance.

Cheers,

Valerie Yanaros, Esq.
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600

Confidentiality Notice: The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Thu, 10 Sep 2020 09:42:02 -0500 aristoneart <aristoneart@ymail.com> wrote ----

My question then becomes, who will write the joint motion?

Alyssa

Sent from my Verizon, Samsung Galaxy smartphone

**EXHIBIT 1 pg 2**

Re: Goode v. Gaia et al - 26(f) Conference

From: Mike Laszlo (mlaszlo@laszlolaw.com)

To:   valerie@yanaroslaw.com

Cc:   clif@halfpasthuman.com; ashlee@burnhamlaw.com; aristoneart@ymail.com; aaron@burnhamlaw.com; ddingerson@dglaw.com; ischer@dglaw.com;
      admin@yanaroslaw.com; yanaros-law-pc-ju2m6g8tc2@mycasemail.com; brittany@burnhamlaw.com

Date: Thursday, October 1, 2020, 09:42 PM PDT


That addition does not cure the misrepresentation, which is now clearly intentional. My previous objection stands, and I request that you, as an officer of the court, include it in its entirety.

Michael J. Laszlo
Attorney
L‍ASZLOL‍AW®
2595 Canyon Blvd. Suite 210
Boulder, CO 80302
303.704.6927 (mobile)
303.926.0410 (firm)
303.443.0758 (fax)
mlaszlo@laszlolaw.com
http://www.laszlolaw.com/business-law-blog

***CONFIDENTIAL***The information contained in this e-mail message, both in the body of the message and in any attachment hereto, is intended only for the personal and confidential use of the recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify Mike Laszlo immediately by e-mail at mlaszlo@laszlolaw.com, and permanently delete the original message.

> On Oct 1, 2020, at 10:34 PM, yanaroslaw <valerie@yanaroslaw.com> wrote:


Just in case the ellipses wasn't clear, I have added "in part".

Cheers,

Valerie Yanaros, Esq.
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.


---- On Thu, 01 Oct 2020 23:06:37 -0500 **Mike Laszlo <mlaszlo@laszlolaw.com>** wrote ----

Ms. Yanaros. You have misrepresented my email in the proposal by not including the entirety of my statement. I belive your 11th hour filing is in violation of Rule 11 and the ethical rules of Colorado, in which you are not licensed to practice, and Texas, in which I believe you are.

Michael J. Laszlo
Attorney
L‍ASZLOL‍AW®
2595 Canyon Blvd. Suite 210
Boulder, CO 80302
303.704.6927 (mobile)
303.926.0410 (firm)
303.443.0758 (fax)
mlaszlo@laszlolaw.com
http://www.laszlolaw.com/business-law-blog

***CONFIDENTIAL***The information contained in this e-mail message, both in the body of the message and in any attachment hereto, is intended only for the personal and confidential use of the recipient(s) named above. If the reader of this message is not

EXHIBIT 1 pg 3

## Re: Goode v. Gaia et al - 26(f) Conference

From:  yanaroslaw (valerie@yanaroslaw.com)

To:    mlaszlo@laszlolaw.com

Cc:    clif@halfpasthuman.com; ashlee@burnhamlaw.com; aristoneart@ymail.com; aaron@burnhamlaw.com; ddingerson@dglaw.com; ischer@dglaw.com; admin@yanaroslaw.com; yanaros-law-pc-ju2m6g8tc2@mycasemail.com; brittany@burnhamlaw.com

Date:  Thursday, October 1, 2020, 09:59 PM PDT

Counsel:

Then I will be the one making a misrepresentation. You were clearly included in the 26(f) discussion and all ensuing emails, which I--as an officer of the court--will be forced to share with the Court if I need to clear up any such misrepresentation that you were not included. See attached initial email from myself, I have all of the others as well--all with you included as recipient.

Cheers,

Valerie Yanaros, Esq.
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Thu, 01 Oct 2020 23:42:16 -0500 **Mike Laszlo <mlaszlo@laszlolaw.com>** wrote ----

That addition does not cure the misrepresentation, which is now clearly intentional. My previous objection stands, and I request that you, as an officer of the court, include it in its entirety.

Michael J. Laszlo
Attorney
**LᴀꜱᴢʟᴏLᴀᴡ**®
2595 Canyon Blvd. Suite 210
Boulder, CO 80302
303.704.6927 (mobile)
303.926.0410 (firm)
303.443.0758 (fax)
mlaszlo@laszlolaw.com
http://www.laszlolaw.com/business-law-blog

***CONFIDENTIAL***The information contained in this e-mail message, both in the body of the message and in any attachment hereto, is intended only for the personal and confidential use of the recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify Mike Laszlo immediately by e-mail at mlaszlo@laszlolaw.com, and permanently delete the original message.

On Oct 1, 2020, at 10:34 PM, yanaroslaw <valerie@yanaroslaw.com> wrote:

Just in case the ellipses wasn't clear, I have added "in part".

Cheers,

Valerie Yanaros, Esq.
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is

EXHIBIT 1 pg 4

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: clif high <clif@halfpasthuman.com>
Date: 9/10/20 6:57 AM (GMT-07:00)
To: yanaroslaw <valerie@yanaroslaw.com>, Aaron Belzer <aaron@burnhamlaw.com>
Cc: ddingerson <ddingerson@dglaw.com>, IScher <ischer@dglaw.com>, Ashlee <ashlee@burnhamlaw.com>, mlaszlo
<mlaszlo@laszlolaw.com>, aristoneart <aristoneart@ymail.com>, admin <admin@yanaroslaw.com>, MyCase <yanaros-
law-pc-ju2m6g8tc2@mycasemail.com>, Brittany Breeden <brittany@burnhamlaw.com>
Subject: Re: Goode v. Gaia et al - 26(f) Conference

Then obviously, the plaintiff's attorney would be advised to object to said motions when they are inevitably filed.

On 9/9/2020 9:43 PM, yanaroslaw wrote:

Thank you, Aaron--I figured everyone's sentiments would be as much. I think we've heard from everyone but Zavodnick
and I'm sure it will be a consensus for the defendants, so we'll let you guys handle filing your joint motion with the
Court. We wanted to make sure we were in alignment with Judge Mix's order and deadline to confer, which I'm sure she
will appreciate when noted in your motion (i.e., that we all conferred prior to the deadline.) It is our experience that
some judges allow discovery to proceed in spite of pending dispositive motions, especially when it looks like some of the
Rule 12 motions are looking more like MSJ's. That being said, the Plaintiffs are not consenting to any motion for
continuance of the scheduling conference.

Thanks, everyone, for your input and have a great night.

Val

Cheers,

Valerie Yanaros, Esq.
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and
confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the
intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at
the email address above and destroy any and all copies of this message.

---- On Wed, 09 Sep 2020 23:23:42 -0500 **Aaron Belzer <aaron@burnhamlaw.com>** wrote ----

Val,

Thank you for the email.  I agree with Daniel that it feels like we are not in a position to proceed in this case.  Between the pending
motions and the potential for another revised complaint, I believe it would be inefficient to proceed with a scheduling conference at
this time.  I also agree with Daniel that it makes the most sense to advise the Court regarding the same.

Nevertheless, I am happy to participate in a call if you opt to set one.

As always, please let me know if you have any questions or would like to discuss further.

All the best,

*A

On Wed, Sep 9, 2020 at 2:48 PM yanaroslaw <valerie@yanaroslaw.com> wrote:

Good afternoon,

In anticipation of the upcoming 26(f) conference in October, we propose a joint meeting to discuss certain
scheduling issues. Please let us know your availability this Friday or early next week for a call. We are unavailable
between 2:30 and 4:00 pm Central this Friday. Also, if anyone objects to a joint meeting to go over global issues,
please advise.

Our proposal is to discuss general provisions of an ESI protocol and protective order in addition to items such as
phases for discovery and general deadlines. Any defendant-specific issues can be handled on a one-on-one basis
after we get the basic framework in place.

Thanks in advance.

RE: Goode v. Gaia et al - 26(f) Conference

EXHIBIT 1 pg 5

From:  Dingerson, Daniel A. (ddingerson@dglaw.com)

To:  valerie@yanaroslaw.com

Cc:  admin@yanaroslaw.com; yanaros-law-pc-ju2m6g8tc2@mycasemail.com; ischer@dglaw.com; aaron@burnhamlaw.com; ashlee@burnhamlaw.com; mlaszlo@laszlolaw.com; aristoneart@ymail.com; clif@halfpasthuman.com; lgray@hollandhart.com; mylou@hollandhart.com

Date:  Wednesday, September 9, 2020, 02:14 PM PDT

Val,

We will make ourselves available for a call if necessary, but before going down that road, I wanted to first propose that it may not make sense to proceed with a Rule 16/26 conference at this time, and that it will be virtually impossible for the parties to submit the type of proposed case management schedule contemplated by the form on the Court's website and Local Rule 16.2. Accordingly, on behalf of Gaia, we propose first reaching out to the Court to explain why the initial conference should be adjourned at this time, why it would be effectively impossible for the parties to comply with the Federal/Local rules regarding Rule 16/26, and to request that the obligations to confer and attend a scheduling conference be continued until after resolution of all filed or forthcoming motions to dismiss.

In particular, as the parties suggested to Judge Jackson in an email on July 13 prior to him recusing himself from the case, this case is not yet ripe to proceed to discovery as the pleadings have not even been set, much less responded to by all of the parties. Indeed, two motions to dismiss are currently pending and, if the Court grants leave for plaintiffs to file the proposed Second Amended Complaint, additional motions to dismiss will be forthcoming. With those motions pending, and there being uncertainty as to what claims—if any—will survive, it will be impossible for the parties to make informed initial disclosures, and it would be extremely prejudicial to Defendants to be forced to engage even in preliminary discovery. Moreover, until all motions to dismiss are resolved, Defendants will not have had the opportunity to file any counterclaims, which could necessitate that the parties provide additional disclosures and discovery, thus rendering any efforts now either moot or unnecessarily duplicative. In short, this case is not in a position to proceed, and we believe we should advise the Court as such.

I have not raised this position with any other Defendants yet, though I think it is entirely consistent with the position asserted previously that led to the July 13 email, with which I believe all parties other than Mr. Zavodnick were in agreement. We are amenable to discussing this position and recommendation on a call with all parties, if preferable/necessary.

Finally, as the Court has not yet ruled on the motion to withdraw, I have copied Mr. Gray and Ms. Lou on this email.

Please let us know how you would like to proceed.

Daniel

---

DANIEL A. DINGERSON

ddingerson@dglaw.com
T: 212.237.1488
F: 212.468.4888
vCard | Bio

DAVIS & GILBERT LLP
1740 Broadway, New York NY 10019
www.dglaw.com

---

From: yanaroslaw [mailto:valerie@yanaroslaw.com]
Sent: Wednesday, September 09, 2020 4:48 PM
To: Dingerson, Daniel A.; Scher, Ina B.; Aaron; Ashlee; mlaszlo; aristoneart; Clif
Cc: admin; MyCase
Subject: Goode v. Gaia et al - 26(f) Conference

Re: Goode v. Gaia et al - 26(f) Conference

**EXHIBIT 1 pg 6**

From:  aristoneart (aristoneart@ymail.com)

To:    valerie@yanaroslaw.com; ddingerson@dglaw.com; ischer@dglaw.com; aaron@burnhamlaw.com; ashlee@burnhamlaw.com; mlaszlo@laszlolaw.com;
       clif@halfpasthuman.com

Cc:    admin@yanaroslaw.com; yanaros-law-pc-ju2m6g8tc2@mycasemail.com

Date:  Wednesday, September 9, 2020, 03:33 PM PDT

Ms. Wilde,

I also object to the upcoming conference date for the legal and logical reasons Mr. Dingerson stated. I don't think a phone call will be needed, but will make myself available for one if necessary.

The conference needs to be adjourned till after it is decided if the case will even move forward or not. A meeting prior my filing due date (currently Oct 21, 2020) along with any court orders related to such filing, would be inappropriate and would prejudice the case.

What is an "ESI" protocol?

Respectfully, Alyssa Montalbano

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: yanaroslaw <valerie@yanaroslaw.com>
Date: 9/9/20 2:47 PM (GMT-07:00)
To: ddingerson <ddingerson@dglaw.com>, IScher <ischer@dglaw.com>, Aaron <aaron@burnhamlaw.com>, Ashlee <ashlee@burnhamlaw.com>, mlaszlo
<mlaszlo@laszlolaw.com>, aristoneart <aristoneart@ymail.com>, Clif <clif@halfpasthuman.com>
Cc: admin <admin@yanaroslaw.com>, MyCase <yanaros-law-pc-ju2m6g8tc2@mycasemail.com>
Subject: Goode v. Gaia et al - 26(f) Conference

Good afternoon,

In anticipation of the upcoming 26(f) conference in October, we propose a joint meeting to discuss certain scheduling issues. Please let us know your availability this Friday or early next week for a call. We are unavailable between 2:30 and 4:00 pm Central this Friday. Also, if anyone objects to a joint meeting to go over global issues, please advise.

Our proposal is to discuss general provisions of an ESI protocol and protective order in addition to items such as phases for discovery and general deadlines. Any defendant-specific issues can be handled on a one-on-one basis after we get the basic framework in place.

Thanks in advance.

Val

Cheers,

Valerie Yanaros, Esq.
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.