FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
9:17 am, Oct 13, 2020
JEFFREY P. COLWELL, CLERK



**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
9:17 am, Oct 13, 2020
**JEFFREY P. COLWELL, CLERK**



**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*9:17 am, Oct 13, 2020*
**JEFFREY P. COLWELL, CLERK**



**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*9:17 am, Oct 13, 2020*
**JEFFREY P. COLWELL, CLERK**



**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*9:17 am, Oct 13, 2020*
**JEFFREY P. COLWELL, CLERK**



**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*9:17 am, Oct 13, 2020*
**JEFFREY P. COLWELL, CLERK**



**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*9:17 am, Oct 13, 2020*
**JEFFREY P. COLWELL, CLERK**



Your donation constitutes a private "GIFT" and is not a tax-deductible donation. Corey's Legal Fund is not a 501(c)(3) or other charitable organization under the rules and regulations of the Internal Revenue Code.

Gifts of support will be used to pay for Corey's legal fees, court costs, and expenses related to legal disputes and litigation. At the conclusion of all legal disputes and litigation, any unused funds will be donated to reputable charities established to defend victims of human trafficking.

All Gifts of support will be deposited into a separate and private bank account owned by Light Warrior Legal Fund, LLC – a Corey Goode company. Corey has hired a reputable accounting firm to oversee this account, and to ensure that these funds are used solely in relation to legal fees and related expenses, and for no other purpose. This accounting firm will also have the responsibility of reviewing legal invoices and expenses, and making payment directly therefor.

Corey expresses he deepest gratitude to all who wish to show their support of Corey through their generous Gift.

## CONTACT

Light Warrior Legal Fund, LLC
7848 W SAHARA AVE,

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*9:17 am, Oct 13, 2020*
**JEFFREY P. COLWELL, CLERK**

Corey expresses he deepest gratitude to all who wish to show their support of Corey through their generous Gift.

## CONTACT

Light Warrior Legal Fund, LLC

7848 W SAHARA AVE,

LAS VEGAS, NV 89117

Phone Number: 702-623-2560

Mailbox Extension: 2560

Fax:  702-832-1710

This website was created by friends & supporters of Corey Goode, and was neither written nor created by Corey himself.

Copyright © 2020 Light Warrior Legal Fund, LLC