Colorado Court of Appeals
2 East 14th Avenue
Denver, CO 80203

Plaintiff | Petitioner: **Alyssa Chrystie Montalbano**,
☒ Appellant or ☐ Appellee

&

Defendant | Respondent: **James Corey Goode**
☐ Appellant or ☒ Appellee

My Name: **Alyssa Chrystie Montalbano**
Street Address: **2536 Rimrock Ave Ste. 400-117**
City: **Grand Junction**   State: **CO**   Zip: **81505**
Phone: **970.250.8365**
E-Mail: **AriStoneArt@ymail.com**

△ FOR COURT USE △

Court of Appeals Case Number: _____

District Court Case Number: **18CV50**
County: **Mesa**

# Notice of Appeal

1. ## Final Order on Appeal

   - I am appealing the final order issued on *(date)* **January 29, 2020 (dismissal order)**
     **August 5, 2020 (Judgement)**

   - This appeal is filed pursuant to Colorado Appellate Rule (C.A.R.) 3.

2. ## Magistrate Order?

   - ☐ Check here if your case was decided by a magistrate.

3. ## More Time to Appeal?

   - ☐ Check here if you asked for more time to start the appeal.

JDF 647 - Notice of Appeal *(Family Matter | District Civil)*
Last Revised: November 30, 2018

| 1

## 4. Post-Trial Motions?

Did any party file a timely post-trial motion? *(Check one)*

- ☐ No.

OR

- ☒ Yes. A post-trial motion was filed on: *(date)* August 19, 2020 Motion Vacate Void Judgment

  Feb 12, 2020 Motion Void (order)
  July 21, 2020 (Suppl. Brief Rule 59)
  Feb 12, 2020 Motion Recuse
  July 21, 2020 Motion Void order & Amend Complaint

  The order deciding this motion was issued on: *(date)* September 15, 2020.

## 5. Possible Issues on Appeal

What Issues are you considering discussing in your Opening Brief? *(list one or two)*

- VIOLATION OF CONSTITUTIONAL CIVIL RIGHTS (Perjury)
  - Flynn failed to perform Judicial Duties
  - Flynn outright denied Constitutional Rights (May 14, 2019 & Aug 5, 2020)
  - Flynn delayed the case over 2 yrs then imposed excessive fines ($116,600)
  - 'Orders' entered devoid of Due Process of Law
- BIAS/PREJUDICE TO CASE & FACTS
  - Flynn denied that Copyrighted materials are tangible
  - Flynn denied that stalking is a crime in Colorado
  - Flynn denied that YouTube, Facebook, Twitter & Reddit (internet) are published & broadcast medium
  - Flynn denied that Montalbano was defamed on these social media platforms by the defendant to hundreds of thousands of people & that it was malicious as he performed the defamation after losing 3 stalking claim filings in another Court even with fabricated evidence & perjury.

## 6. Transcript Needed?

Will you be purchasing a transcript for the appeal? *(Check one)*

- ☒ No.

OR

- ☐ Yes. A transcript is necessary to review the Issues on Appeal.
  - I will file a *Designation of Transcripts - C.A.R. Form 8.*
  - With the District Court clerk's office within 7 days.