| Trademark Snap Shot ITU Unit Action |||||
|---|---|---|---|---|
| (Table presents the data on ITU Unit Action) |||||
| **OVERVIEW** |||||
| SERIAL NUMBER | 88420556 || FILING DATE | 05/08/2019 |
| REG NUMBER | 0000000 || REG DATE | N/A |
| REGISTER | PRINCIPAL || MARK TYPE | TRADEMARK |
| INTL REG # | N/A || INTL REG DATE | N/A |
| TM ATTORNEY | YONTEF, DAVID ERIC || L.O. ASSIGNED | 118 |
| **PUB INFORMATION** |||||
| RUN DATE | 06/09/2020 ||||
| PUB DATE | 09/10/2019 ||||
| STATUS | 606-ABANDONED - NO STATEMENT OF USE FILED ||||
| STATUS DATE | 06/08/2020 ||||
| LITERAL MARK ELEMENT | BLUE CHICKEN CULT BLUE SPACE CHICKEN CULT BLUE 6 FOOT SPACE CHICKEN CULT ||||
| DATE ABANDONED | 06/08/2020 || DATE CANCELLED | N/A |
| SECTION 2F | NO || SECTION 2F IN PART | NO |
| SECTION 8 | NO || SECTION 8 IN PART | NO |
| SECTION 15 | NO || REPUB 12C | N/A |
| RENEWAL FILED | NO || RENEWAL DATE | N/A |
| DATE AMEND REG | N/A ||||
| **FILING BASIS** |||||
| FILED BASIS || CURRENT BASIS || AMENDED BASIS |
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

| **MARK DATA** ||
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | BLUE CHICKEN CULT BLUE SPACE CHICKEN CULT BLUE 6 FOOT SPACE CHICKEN CULT |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |
| **CURRENT OWNER INFORMATION** ||

| | |
|---|---|
| PARTY TYPE | 20-OWNER AT PUBLICATION |
| NAME | Cliff R. High |
| ADDRESS | PO Box 141<br>Moclips, WA 98562 |
| ENTITY | 01-INDIVIDUAL |
| CITIZENSHIP | United States of America |

## GOODS AND SERVICES

| | |
|---|---|
| INTERNATIONAL CLASS | 009 |
| DESCRIPTION TEXT | Mousepads |
| INTERNATIONAL CLASS | 011 |
| DESCRIPTION TEXT | Electrically-heated mugs |
| INTERNATIONAL CLASS | 016 |
| DESCRIPTION TEXT | Posters |
| INTERNATIONAL CLASS | 021 |
| DESCRIPTION TEXT | Mug trees; Mugs; Mugs of precious metal; Mugs, not of precious metal; Beer mugs; Coffee mugs; Coffee cups, tea cups and mugs; Cups and mugs; Earthenware mugs; Glass mugs; Insulated mugs; Porcelain mugs; Travel mugs; Vacuum mugs |
| INTERNATIONAL CLASS | 025 |
| DESCRIPTION TEXT | Hoodies; T-shirts; Gift packages sold as a unit consisting primarily of a sweatshirt and also including a photo frame, a coffee mug, and a tote bag; Graphic T-shirts; Paper hats for use as clothing items; Short-sleeved or long-sleeved t-shirts |
| INTERNATIONAL CLASS | 040 |
| DESCRIPTION TEXT | T-shirt embroidering services; Imprinting messages on wearing apparel and mugs; Imprinting of decorative designs on T-shirts |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 009 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 011 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 016 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 021 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 025 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 040 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

| MISCELLANEOUS INFORMATION/STATEMENTS ||
|---|---|
| CHANGE IN REGISTRATION | NO |
| PSEUDO MARK | BLUE CHICKEN CULT BLUE SPACE CHICKEN CULT BLUE SIX FOOT SPACE CHICKEN CULT |

| PROSECUTION HISTORY |||||
|---|---|---|---|---|
| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
| 06/08/2020 | MAB6 | E | ABANDONMENT NOTICE E-MAILED - NO USE STATEMENT FILED | 015 |
| 06/08/2020 | ABN6 | S | ABANDONMENT - NO USE STATEMENT FILED | 014 |
| 11/05/2019 | NOAM | E | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | 013 |
| 09/10/2019 | NPUB | E | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | 012 |
| 09/10/2019 | PUBO | A | PUBLISHED FOR OPPOSITION | 011 |
| 08/21/2019 | NONP | E | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | 010 |
| 08/02/2019 | ALIE | A | ASSIGNED TO LIE | 009 |
| 07/24/2019 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 008 |
| 07/24/2019 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 007 |
| 07/24/2019 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 006 |
| 07/24/2019 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 005 |
| 07/24/2019 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 004 |
| 07/23/2019 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 05/23/2019 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 05/11/2019 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

| CURRENT CORRESPONDENCE INFORMATION ||
|---|---|
| ATTORNEY | NONE |
| CORRESPONDENCE ADDRESS | HIGH, CLIFF, R.<br>HIGH, CLIFF, R.<br>PO BOX 141<br>MOCLIPS, WA 98562 |
| DOMESTIC REPRESENTATIVE | NONE |

| PRIOR OWNER INFORMATION ||
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Cliff R. High |
| ADDRESS | PO Box 141<br>Moclips, WA 98562 |
| ENTITY | 01-INDIVIDUAL |
| CITIZENSHIP | United States of America |

Blue Chicken Cult

Blue Space Chicken Cult

Blue 6 foot Space Chicken Cult