# Extension of time?



**aristoneart** &lt;aristoneart@ymail.com&gt;
Mon, 28 Sep 2020 7:54:57 AM -0500

To   "yanaroslaw" &lt;valerie@yanaroslaw.com&gt;

Tags

Security   TLS   Learn more

Ms. Wilde,

Please let me know as soon as possible your position on my Motion for Extension of Time to answers/counterclaim being Oct 21, 2020 (the court typo date), rather than the 12.

I plan to file that and the related motions today.

Thank you,  Alyssa Montalbano

970.250.8365


Sent from my Verizon, Samsung Galaxy smartphone