# Re: Goode v. Gaia et al - Petition for Injunctive Relief



**CL** clif@halfpasthuman.com
Mon, 12 Oct 2020 8:53:30 AM -0500

To "yanaroslaw" <valerie@yanaroslaw.com>, "Mike Laszlo" <mlaszlo@laszlolaw.com>

Cc "Ashlee" <ashlee@burnhamlaw.com>, "aristoneart" <aristoneart@ymail.com>,
"Aaron Belzer" <aaron@burnhamlaw.com>, "ddingerson" <ddingerson@dglaw.com>,
"IScher" <ischer@dglaw.com>, "admin" <admin@yanaroslaw.com>,
"MyCase" <yanaros-law-pc-ju2m6g8tc2@mycasemail.com>,
"Brittany Breeden" <brittany@burnhamlaw.com>

Tags

Security   TLS  Learn more

Salve Omnes.

Without waiving my contention of no personal nor subject matter jurisdiction, i will be filing an emergency Petition for Injunctive Relief with the court this morning.

i am petitioning for whatever form of injunctive relief may be appropriate to the cause which is that Plaintiff continues to defame all defendants by publicly stating their inclusion in gangs involved in assassination, child trafficking, and other capital crimes. Clearly this is defamatory.

Further, plaintiff is also using public media to solicit fabrications of 'evidence' in support of his fiction of an 'enterprise' worthy of RICO prosecution. As this is an effort by plaintiff to back fill his fiction with supposed fact, it is a clear attempt to prejudice these proceedings in an unlawful & prohibited manner.

As this is an unusual situation, i am asking the court for non-specified injunctive relief in the form of court ordered constraints on Plaintiff's public statements while this matter is under adjudication.

Unfortunately i am unable to wait until later in the day as the damage caused by plaintiff's actions continues to accrue & i must take immediate steps to curtail the impact on business relationships that have been developed over these last two years. To that effort i will file this with the court clerk under the 'emergency' conduit at about noon, Pacific time, this day.

As per rules for conferral, please indicate your position on this Petition as

joining, or non opposed, or opposed, or no comment.

Or respond with questions about particulars.

vale,

cliff high, pro se human.