**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-742-KLM

JAMES COREY GOODE, and
GOODE ENTERPRISE SOLUTIONS INC.,

    Plaintiffs,

v.

GAIA, INC., a Colorado corporation,
JAY WEIDNER,
CLIF HIGH,
BENJAMIN ZAVODNICK, and
ALYSSA MONTALBANO,

    Defendants.

---

**STIPULATION REGARDING TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT**

---

WHEREAS the Court entered an Order on December 8, 2020, granting Plaintiffs' Motion to File the Second Amended Complaint;

WHEREAS the December 8, 2020, Order held that the Second Amended Complaint was accepted for filing as of that day;

WHEREAS the Order further provided that Defendants shall answer or otherwise respond to the Second Amended Complaint in accordance with Federal Rule of Civil Procedure 15(a)(3);

WHEREAS, accordingly, pursuant to Rule 15(a)(3), Defendant Gaia, Inc.'s response to the Second Amended Complaint is currently due December 22, 2020 (*i.e.*, 14 days after service); and

WHEREAS, pursuant to District Court of Colorado Local Civil Rule 6.1 "[t]he parties may stipulate in writing to one extension of not more than 21 days beyond the time limits prescribed by the Federal Rules of Civil Procedure to respond to a pleading or amended pleading" and where such stipulation "shall be effective on filing, unless otherwise ordered";

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant Gaia, Inc., through their respective undersigned counsel, that the time for Defendant Gaia, Inc. to answer or otherwise respond to the Second Amended Complaint is extended by 21 days, to January 12, 2021.

Dated: December 14, 2020         **YANAROS LAW, P.C.**
       New York, New York

/s/ *Valerie Yanaros*
Valerie Yanaros, Esq.
5057 Keller Springs Road, Suite 300
Addison, TX 75001
Telephone: (512) 826-7553
Email: valerie@yanaroslaw.com

*Attorneys for Plaintiffs James Corey Goode and Goode Enterprise Solutions, Inc.*

Dated: December 14, 2020         **DAVIS & GILBERT LLP**
       New York, New York

 /s/ *Daniel A. Dingerson*
Daniel A. Dingerson
1675 Broadway
New York, New York 10019
Telephone: (212) 468-4800
Facsimile: (212) 468-4888
Email: ddingerson@dglaw.com

*Attorneys for Defendant Gaia, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2020, I caused a copy of the foregoing Stipulation Regarding Time to Respond to the Second Amended Complaint to be served on all other parties, other than Cliff High, by filing it on the Court's ECF system, and, by agreement with him, serving it on Cliff High via email. I further certify that in compliance with D.C.COLO.LCivR 6.1(c), I have also served the foregoing on this firm's client, Gaia, Inc.

    /s/ Daniel A. Dingerson
Daniel A. Dingerson