IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS, INC.

                Plaintiffs,

v.

GAIA, INC., a Colorado Corporation
JAY WEIDNER,
CLIF HIGH,
BENJAMIN ZAVODNICK, and
ALYSSA MONTALBANO,

                Defendants.

_____

**STIPULATION REGARDING TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT**
_____

WHEREAS the Court entered an Order on December 8, 2020, granting Plaintiffs' Motion to File the Second Amended Complaint;

WHEREAS the December 8, 2020, Order held that the Second Amended Complaint was accepted for filing as of that day;

WHEREAS the Order further provided that Defendants shall answer or otherwise respond to the Second Amended Complaint in accordance with Federal Rule of Civil Procedure 15(a)(3);

WHEREAS, accordingly, pursuant to Rule 15(a)(3), Defendant Jay Weidner's response to the Second Amended Complaint is currently due December 22, 2020 (i.e., 14 days after service); and

WHEREAS, pursuant to District Court of Colorado Local Civil Rule 6.1 "[t]he parties

may stipulate in writing to one extension of not more than 21 days beyond the time limits prescribed by the Federal Rules of Civil Procedure to respond to a pleading or amended pleading" and where such stipulation "shall be effective on filing, unless otherwise ordered";

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant Jay Weidner through their respective undersigned counsel, that the time for Defendant Jay Weidner to answer or otherwise respond to the Second Amended Complaint is extended by 21 days, to January 12, 2021.

    Date: December 17, 2020

| **BURNHAM LAW** | **YANAROS LAW, P.C.** |
|---|---|
| */s/ Ashlee Hoffmann, Esq.* | */s/ Valerie Yanaros* |
| Aaron Belzer, Esq., Atty. Reg. No. 47826 | Valerie Yanaros, Esq. |
| Ashlee Hoffmann, Esq., Atty. Reg. No. 53818 | 5057 Keller Springs Rd., Ste. 300 |
| 2760 29th Street, Suite 1E | Addison, TX 75001 |
| Boulder, CO 80301 | 512-826-7553 |
| 303-990-5308 | valerie@yanaroslaw.com |
| aaron@burnhamlaw.com | *Attorney for Plaintiffs* |
| ashlee@burnhamlaw.com | |
| *Attorneys for Defendant Jay Weidner* | |

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

# CERTIFICATE OF SERVICE

        I hereby certify that on December 17, 2020, I filed the foregoing Stipulation Regarding Time to Respond to the Second Amended Complaint via the CM/ECF and all parties as listed below were electronically served via same with the exception of Cliff High, who has been served via email.  I further certify that in compliance with D.C.COLO.LCivR 6.1(c), I have also served the foregoing on this firm's client, Jay Weidner.

**Attorney for Plaintiffs:**
Valerie Ann Yanaros
Yanaros Law PC
5057 Keller Springs
Suite 300
Addison, TX 76001
Phone: 512-826-7553
Email: valerie@yanaroslaw.com

**Attorneys for Defendant Gaia, Inc.**:
Daniel Andrew Dingerson
Ina B. Scher
Davis & Gilbert, LLP
1740 Broadway
New York, NY 10019
Phone: 212-237-1488
Email: ddingerson@dglaw.com
ischer@dglaw.com

**Defendant Clif High,** *Pro Se*
PO Box 141
Moclips, WA 98562
Phone: 360-276-0049
clif@halfpasthuman.com

**Attorney for Defendant Benjamin Zavodnick**:
Michael Jacob Laszlo
Laszlo & Associates, LLC
2595 Canyon Boulevard
Suite 210
Boulder, CO 80302
Phone: 303-926-0410
Email: mlaszlo@laszlolaw.com

**Defendant Alyssa Montalbano,** *Pro Se*
2536 Rimrock Avenue
Suite 400-117
Grand Junction, CO 81505
970-250-8365
Email: AriStoneArt@Ymail.com

    */s/ Elisa Taute*
    Elisa Taute
    Paralegal