IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-KLM

JAMES COREY GOODE, individually,
And GOODE ENTERPRISE SOLUTIONS, INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH,
BENJAMIN ZAVODNICK and ALYSSA
MONTALBANO,

Defendants.

## DECLARATION OF BENJAMIN ZAVODNICK

Pursuant to 28 U.S.C.§ 1746, I, Benjamin Zavodnick, declare as follows:

1. I am over the age of 18 years.

2. I have personal knowledge of the facts set forth herein.

3. I am a resident of the state of New Jersey.

4. I am licensed to practice law in the State of New Jersey.

5. I do not practice law in Colorado and do not conduct business in Colorado

6. I was not served with a summons in Colorado in this matter.

7. I do not conduct any business in Colorado.

8. I do not own any property in Colorado.

9. I have never had direct contact with Plaintiffs in Colorado.

1

10. I have never had direct contact with Plaintiffs in any state.

11. I have never sent an email to Plaintiffs.

12. I have never sent a private or direct message to Plaintiffs on any social media platform.

13. I have never attempted to call Plaintiffs on the telephone at their business or at Plaintiff Goode's place of residence.

14. I have never attempted to initiate any in-person contact with Plaintiffs at any location.

15. None of the content of my YouTube or social media accounts is directly targeted to Colorado.

16. I have never directly targeted any statements or content on YouTube or social media to Colorado.

17. I do not now, nor have I ever had, personal knowledge as to where Plaintiff Goode resides.

18. I do not now, nor have I ever had, personal knowledge as to where Plaintiff Goode Enterprise Solutions, Inc. is domiciled.

I declare under penalty of perjury, that the foregoing is true and correct.

Dated this 21st of December 2020

_____
Benjamin Zavodnick

Law offices of Benjamin I. Zavodnick, Esq.
85 Main St, suite 302
Hackensack NJ 07601

_____
Place

**BENJAMIN I. ZAVODNICK, Esq.**
Attorney at Law
Admitted to Practice in the State of New Jersey
Attorney I.D. No.: 011262006

2