IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                              Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH

                              Defendants.

---

**SUMMONS REQUEST**

---

**COMES NOW**, Mr. James Corey Goode ("Mr. Goode") and Goode Enterprise Solutions, Inc. ("GES", collectively "Goode") for their claims against defendants Gaia, Inc. ("Gaia"), Jay Weidner ("Weidner"), Clif High ("High"), Benjamin Zavodnick ("Zavodnick"), Alyssa Montalbano ("Montalbano"), Jirka Rysavy ("Rysavy"), Brad Warkins ("Warkins") and Kiersten Medvedich ("Medvedich") (each a "Defendant" and collectively, "Defendants"), and respectfully requests as follows:

This action was filed on March 17, 2020 against the above-named Defendants. This Court approved the Second Amended Complaint on December 8, 2020. (Dockets 110, 111), adding Defendants Rysavy, Warkins and Medvedich (the "New Defendants"). Goode respectfully requests this Court approve, sign and issue the attached summonses for service of process on said New Defendants.

Date: December 21, 2020                                   Respectfully Submitted,

/S **VALERIE A. YANAROS**
**VALERIE YANAROS**
**TEXAS BAR NO. 24075628**
**YANAROS LAW, P.C.**
**5057 KELLER SPRINGS RD, SUITE 300**
**ADDISON, TX, 75001**
**TELEPHONE: (512) 826-7553**
**VALERIE@YANAROSLAW.COM**

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The below signed certifies that a copy of this filing will be served on each Defendant in this case in accordance with Rule 4.

*/s/ Valerie A. Yanaros*
Valerie A. Yanaros