# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendants.

## DEFENDANT ALYSSA MONTALBANO

## NOTICE OF CHANGE OF EMAIL ADDRESS

Defendant Alyssa Montalbano, respectfully files this Notice of Change of Email address to advise the Court and all parties her new email address for all legal correspondence is:

### LEGALZENACM@Gmail.com

Dated this 22th day of December 2020

All Rights Reserved,
/s/ Alyssa Montalbano
Alyssa Montalbano, American Citizen

2536 Rimrock Ave<br>
Suite 400-117<br>
Grand Junction, CO 81505<br>
E-mail: LegalZenACM@Gmail.com<br>
Pro Se Litigant

**CERTIFICATE OF SERVICE**

I certify that on this 22th day of December 2020 a copy of the foregoing Notice was filed with the clerk of the court using the CM/ECF system and are lawfully served upon Plaintiffs' counsel and other parties through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5)

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen