# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually
And GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

GAIA, INC., Jay Weidner, Jirka Rysavy,
Brad Warkins, And Kiersten Medvedich

Cross-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock, THE WILCOCK SPIRITUAL HEALING
AND EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde, Elizabeth Lorie,
Brian James Flynn, William Campbell,
Matthew Grove, Diana Terry,
Christina Gomez

Third-Party Defendants.

## COUNTER CLAIMANT ALYSSA CHRYSTIE MONTALBANO
## EXHIBIT LIST FOR COUNTERCAIMS ORGINAL COMPLAINT

# EXHIBIT LIST

1. **Elizabeth Lorie Fake Law Firm Address** (7 pages)

2. **Donation Scams** - Light Warrior Legal Fund, Corey Goode wife dental work, Go Fund Me Pete Peterson (24 pages)

3. **Goode Claims** – Mega Update (5 pages)

4. **David Wilcock (DW) Resignation Letter** – Resigning from Gaia (11 pages)

5. **Dark Alliance** (5 pages)

6. **CG Psychic Wars and MiLab age 6** (2 pages)

7. **Ascension Plan $333 –** News article by MJ Banias (10 pages)

8. **CG Medvedich Stalker email** (2 pgs)

9. **CIA BLUEBIRD** (5 pages)

10. **RM** - Avian Group – DW programmer (4 page)

11. **CIA Telepathic Behavior Modification** (5 pages)

12. **CIA Anomalous Cognition in Lucid Dreams** (3 pages)

13. **CIA Psychic Warfare** (11 pages)

14. **CIA Memorandum for General Haig Psywar** (1page)

15. **Patent Samples – Nervous System Manipulations** (2pages)

16. **Microsoft Patent "Cryptocurrency System Using Body Activity Data"**

    **WO 2020 060606 A1** (pgs)

17. **S.A.T.A.N. and C.H.R.I.S.T.** Artificial Intelligences remote frequency assaults (9 pages)

18. **PLAC** (Pre-Litigation Affidavit Complaint) relevant pages only (45 pages)

19. **CG Trust Fund Threat Sleep and Waking State** (7 pages)

20. **Shaman** EPD art CG event (5 pages)

21. **Defamation** (15 pages)

22. **Occult Priestess - DW no more dream visions** (1 pg)

23. **ES Fake Lab Photo** (1pg)

24. **Flynn Orders January 29, 2020 and August 5, 2020 (6 pages)**

25. **Copyrights** – Montalbano (4 pages)

Dated this 22st day of December 2020

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Counter-Claimant, Counter Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of December 2020 a copy of the foregoing CounterClaim was filed with the clerk of the court using the CM/ECF system and are lawfully served upon Plaintiffs' counsel, and upon appeared Cross-Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5)

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen