# CERTIFICATE OF SERVICE

It is hereby certified, that on December 31, 2019, the undersigned mailed to:

Liz Lorie
Florida Bar No. 0804541
LL LEGAL, PLLC
HARBOURSIDE PLACE
110 FRONT STREET
SUITE 300
JUPITER, FLORIDA 33477

Hereinafter, "Recipient," the documents and sundry papers pertaining to **"Cease and Desist Harassment of Potential Witnesses"**

1. **Courtesy Notice "Cease and Desist Harassment of Potential Witnesses"** dated December 31, 2019
2. **Notice of Written Correspondence** dated December 31, 2019
3. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7017 2620 0000 7180 8087** Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the United States Postal Service within the State of Colorado.

Courtesy copies provided to Mr. Goode via his email on the court record.

Signed this 31 day of December 2019
All Rights Reserved (UCC 1-308),

Alyssa-Chrystie: Montalbano
Alyssa – Chrystie: Montalbano
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of Co, County of Mesa
Signed before me on this 31st day of December, 2019 by Alyssa Chrystie Montalbano
Notary Public Raini Wilson

RAINI WILSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20164021118
MY COMMISSION EXPIRES 06-03-2020

EXHIBIT 1
7pgs



GRAND JUNCTION
241 N 4TH ST
GRAND JUNCTION, CO 81501-9998
073834-0501
(800)275-8777
12/31/2019 11:48 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| PM 2-Day Flat Rate Env (Domestic) (JUPITER, FL 33477) (Flat Rate) (Expected Delivery Day) (Friday 01/03/2020) | 1 | $7.35 | $7.35 |
| Certified (USPS Certified Mail #) (70172620000071808087) | | | $3.50 |
| Return Receipt (USPS Return Receipt #) (9590940301435086232148) | | | $2.80 |
| Total: | | | $13.65 |

Credit Card Remitd $13.65
(Card Name:MasterCard)
(Account #:XXXXXXXXXXXX4672)
(Approval #:03136E)
(Transaction #:379)
(AID:A0000000041010 Chip)
(AL:MasterCard)
(PIN:Not Required WellsFargoMC)

Includes up to $50 insurance

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.



7017 2620 0000 7180 8087

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

JUPITER, FL 33477

OFFICIAL USE

Certified Mail Fee $3.50

Extra Services & Fees (check box, add fee as appropriate) $2.80
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $7.35

Total Postage and Fees $13.65

Postmark Here: 0501 POST OFFICE GRAND JUNCTION CO 81501 DEC 12/31

Sent To: LIZ LORIE LL LEGAL, PLLC
Street and Apt. No., or PO Box No.: HARBOURSIDE PL. 110 FRONT ST. STE 300
City, State, ZIP+4®: JUPITER, FL 33477

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LIZ LORIE
LL LEGAL, PLLC
HARBOURSIDE PLACE
100 FRONT ST. STE 300
JUPITER, FL 33477

3©

9590 9403 0143 5086 2321 48

2. Article Number (Transfer from service label)
7017 2620 0000 7180 8087

PS Form 3811, April 2015 PSN 7530-02-000-9053 Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name) [handwritten] C. Date of Delivery 1-6-20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery


FIRMLY TO SEAL
7017 2620 0000 7180 8087
LY TO SEAL
1006
33477
U.S. POSTAGE PAID
PM 2-Day
GRAND JUNCTION, CO
81501
DEC 31, 19
AMOUNT
$13.65
R2304M111792-22
RIORITY®
MAIL ★
DATE OF DELIVERY SPECIFIED*
USPS TRACKING™ INCLUDED*
INSURANCE INCLUDED*
PICKUP AVAILABLE
* Domestic only
FROM: Alyssa-Chrystie: Montalbano
2536 Rimrock Ave
STE 400-117
Grand Junction, CO 81505
(S) Refused
RETURN TO SENDER
SIGN
01/09/20
*RFS*
ORIE
L, PLLC
Not At This Address
33477-RFS-1N
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER
-R-T-S-
The UPS Store #5741
2536 Rimrock Ave. Suite 400
Grand Junction, CO 81505
(970) 241-4646
store5741@theupsstore.com
You received a package via USPS/Other from postal co
with tracking number 70172620000071808087 on
EP14F July 2013
OD: 12.5 x 9.5
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE
UNITED STATES POSTAL SERVICE®
This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

CC: Cease & Desist Harassment of Potential Witnesses

From: Ari Stone (aristoneart@ymail.com)

To: goodetech@yahoo.com

Date: Tuesday, December 31, 2019, 03:27 PM MST

Mr. Goode,

Please find attached a Courtesy Copy of:

1. Cease and Desist Harassment of Potential Witness
2. Notice of Written Correspondence
3. Certificate of Service

As served upon Ms. Lorie, Florida Bar Number 0804541, via USPS Certified Mail number 7017 2620 0000 7180 8087 and return receipt requested.

Please see any further harassment of members of the public speaking out publicly about you and Mr. Wilcock's fraud and schemes will be deemed as abuse of process and willful interference to coerce and silence potential witnesses in our pending case. Any lawyer wishing to represent you in this public matter will be required to respect and follow due process of law regardless to what state they reside in. It is your legal responsibility as a pro se Defendant to follow due process of law.

As a result of this, I intent to write another Motion to inform the courts of your harassment of myself along with the ongoing harassment of private individuals exercising their Constitutional right to the freedom of speech and their right to publicly discuss or disagree with your fraudulent public claims.

If you should wish to exercise our right to confer with me on this pending motion you may do so by email, unless you feel a phone call in necessary per due process. Please also take into consideration, if the case continues to be delayed I am inclined to withdraw my August 2, 2019 complaint and associated filings; only so that it may be replaced with one essentially the same BUT that includes David Wilcock as a direct Defendant in the claim. For now, I will urge the courts (again) to move the current legal filings forward and set an injunctive relief hearing and move the case into investigation and (of course) order you to respond to the claim.

I will update you later this week regarding the pending motion's general content, so you may again decide if you wish to exercise your right to confer or if you wish to state if you are opposed or not opposed.

Respectfully, Alyssa Montalbano

Confidentiality Notice* The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient(s) is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message



2019_12_31_DEC_CnD_Harassment of Potential Witnesses.pdf
4.2MB

# Fwd: SECOND AND FINAL CEASE AND DESIST ORDER - CHRISTINA FERRANTE

From: Stina Bo Bina (stinaferrante@gmail.com)

To: aristoneart@ymail.com

Date: Friday, December 20, 2019, 07:18 PM MST

Email fwd to Plaintiff from ms. Ferrante

EXHIBIT CB

LIZ LORIE FAKE LAW FIRM ADDRESS (15 pages)

---------- Forwarded message ---------
From: **Liz Lorie**<lizlorie@gmail.com>
Date: Tue, 17 Dec 2019 at 18:33
Subject: SECOND AND FINAL CEASE AND DESIST ORDER - CHRISTINA FERRANTE
To: <stinaferrante@gmail.com>, <stinamaria312@yahoo.com>

Mrs. Ferrante:

On behalf of my clients, David Wilcock, Beth Wilcock, and Corey Goode, please see attached.

To be clear: you are not to post a copy of this email, my information, the information of my clients, the letter, the content of the letter, or the existence of the letter. All such activities on your part will be deemed evidence of your malicious intent toward my clients.

Liz Lorie, Esq.
Florida Bar #0804541



SECOND AND FINAL Cease and Desist Letter - Christina Ferrante - 12-17-19.pdf
142.8kB

**LL LEGAL, PLLC**
**a Florida Professional Limited Liability Company**
Harbourside Place, 110 Front Street, Suite 300, Jupiter, Florida 33477

↑ incorrect
Address for legal contact provided

Christina Maria Rios Ferrante
913 Hooper Avenue
Lehigh Acres, FL 33974
Email: stinaferrante@gmail.com
stinamaria312@yahoo.com

**IMMEDAITELY CEASE AND DESIST YOUR UNLAWFUL ACTIVITIES DIRECTED AT DAVID WILCOCK, ELIZABETH WILCOCK, COREY GOODE, ET. AL.**

December 17, 2019

Dear Ms. Ferrante:

This letter serves as your **SECOND AND FINAL CEASE AND DESIST ORDER** regarding your relentless, violently aggressive and ongoing unlawful activities including **defamation, harassment, cyberstalking, doxing, gang stalking, soliciting financial support for continuing these activities, and other threatening and harmful activities** (the "***Unlawful Activities***") directed at my clients, David Wilcock and Elizabeth Wilcock (collectively, the "***Wilcocks***") and their business entities, **Divine Cosmos LLC**, a Nevada limited liability company ("***DC***") and **Wilcock Spiritual Healing and Empowerment Inc.**, a Nevada not-for-profit corporation ("***WSHE***") (collectively, the "***Wilcock Parties***").

**YOU ARE ALSO HEREBY ORDERED TO IMMEDIATELY CEASE AND DESIST your Unlawful Activities directed at my client, Corey Goode,** including, but not limited to his business associates, as well as in regards to him personally or any of his business activities (collectively the "***Goode Parties***").

As described in detail in my Cease and Desist letter to you dated November 29, 2019 (the "***November C&D***" which you clearly and immediately violated), your ongoing Unlawful Activities constitute cyberstalking, doxing, harassment, and inciting others to cyberstalk and harass (gang stalk) my clients. Your activities also demonstrate clear and undeniably malicious intent on your part. This is a key element of a claim for Intentional Infliction of Emotional Distress – which you have inflicted upon (and continue to inflict upon) my clients. Furthermore, you have continually escalated your bullying, threats, lies and defamation against my clients right in the middle of the Christmas season. This is further evidence of your malicious and violent intent toward my clients and your clear desire to inflict emotional distress upon them.

Notwithstanding that you were specifically directed to immediately Cease and Desist your harmful activities directed at my clients as described in the November C&D, you instead immediately posted a screen shot of my email to you with my personal information with the intent of inciting your followers to stalk and harass me (the crime of doxing). You then posted obscene, offensive, inflammatory, and harassing Twitter posts regarding me and my efforts to assist my clients, and have flagrantly and defiantly continued on your rampage to defame, harass, cyberstalk, and otherwise destroy my clients.

**LL LEGAL, PLLC**
**a Florida Professional Limited Liability Company**
Harbourside Place, 110 Front Street, Suite 300, Jupiter, Florida 33477

same fake address header

My clients have brought to my attention that you are now threatening to post a brand-new video on your YouTube page later today, which is very likely another attack against my clients and their legitimate business activities. Given your prior videos, this will likely contain defamatory, offensive, doxing and harassing content designed to provoke and incite your followers to further assist with your cyberstalking and harassing activities directed at my clients.

In accordance with the foregoing, **YOU ARE AGAIN HEREBY ORDERED TO IMMEDIATELY CEASE AND DESIST** all defamatory, harassing, stalking, doxing, cyber stalking, gang stalking and other threatening and harmful activities directed at the Wilcock Parties, the Goode Parties (and all of their respective associates and related business activities) **and immediately remove any and all such false, defamatory, doxing, and/or threatening statements or other publications made to any and all Media Platforms** (including, but not limited to, your Twitter account, Facebook account, YouTube channel, etc.). You are also hereby directed to preserve copies of all evidence (and not attempt to delete, modify, or destroy any evidence, including but not limited to emails, text messages, phone records, private messaging accounts on social media, calendared meetings, documents, records, videos, electronic files, etc. related to these matters and/or between you and any third parties related to the above potential claims.

Further, any attempt by you (directly or indirectly) to use or disclose this letter or any of the contents herein for the purpose of further harassing, stalking, cyberstalking, doxing, cyber-harassing, defaming, mocking, or otherwise interfering with or causing emotional distress or other harm to the Wilcock Parties, the Goode Parties, or any of their family, friends and/or business associates (whether on any social media platforms or otherwise) shall be used as further evidence of your malicious intent with respect to my clients and the matters set forth in this letter.

Finally, you are hereby ORDERED: DO NOT (directly or indirectly) contact any witnesses, potential witnesses, third parties who have participated in or supported your Unlawful Activities, or other individuals who may have testimony, evidence, or other information related to the matters herein in an effort to manipulate, bribe, threaten, or silence them or otherwise encourage any of them to modify, delete, or destroy evidence or engage in any Unlawful Activities directed at the Wilcock Parties or the Goode Parties. Any such activities will be used as evidence of further criminal activity on your part, such as tampering with or destroying evidence, witness tampering, obstruction of justice, and as evidence of your malicious intent with respect to Unlawful Activities described in this letter.

As I previously stated: *Govern yourself accordingly…*

Liz Lorie, Esq.
Florida Bar No. 0804541

Note, odd discolorization with signature. This could be someone else's signature copy & posted here. lack of indorsement CRS Title 4 UCC 4-3-501(b)(3)