Case No. 1:20-cv-00742-DDD-KAS  Document 121-2  filed 12/22/20  USDC Colorado  pg 1
of 24
Light Warrior Legal Fund – Legal Funding Support for Corey Goode

Page 1 of 4

EXHIBIT CI
9 pages

Light Warrior Legal Fund
Legal Funding Support for Corey Goode

Home    Legal Claims ∨    Contribute    Contact

# LIGHT WARRIOR LEGAL FUND

🎁 Donate Now

↓

# Warrior for Disclosure

When Corey Goode first came forward in 2015 as a Secret Space Program ("SSP") whistle blower, he had no idea of the vicious attacks he would soon face for daring to speak the truth.  Corey has exposed the brutal and greedy cabal that controls our planet and their crimes against humanity and our children.  He has also informed us of the incredible technologies and SSP infrastructure that already exists right here under our feet, and across our solar system – all of which belongs to us.

EXHIBIT 2
(24 pages)

Light Warrior Legal Fund – Legal Funding Support for Corey Goode

Corey has bravely come forward to tell us the truth – about these secret programs, classified technologies that could heal our bodies and planet Earth over night, and human trafficking (and sacrifice) through secret Luciferian cults – so that we can Demand Full Disclosure Now and begin working toward a better future for all!

## Fighting Dark Forces

Because of this, Corey (and anyone who works with him) has been relentlessly attacked, harassed, defamed, stalked, and threatened by those in power who desperately wish to silence him, as they slowly lose their choke-hold on humanity and our beloved planet.

These cowardly dark forces often fight their wars through malicious, vulnerable, or desperate individuals, and must be stopped once and for all.

But this is no easy task. These dark forces have cleverly designed their plan to destroy Corey and his efforts to Disclose the Truth

Light Warrior Legal Fund – Legal Funding Support for Corey Goode

by using proxies from all corners of our Country – and the globe – to do their dirty work.

Because of the way the law works, in many cases, this means that Corey must pursue and fight these entities in various court systems in the jurisdictions where these individuals reside – which makes this fight incredibly expensive and time consuming.

# Stand with Corey!

But Corey is a brave warrior of Truth, and he will not give up! He is willing to take on this fight – for all of us!

This fight will take many months; perhaps even years, and will undoubtedly be very expensive and exhausting. The wheels of justice move slowly – but they do move. And Corey understands that the right way to handle these attackers is to harness the power of the courts and law enforcement, to seek help through the proper legal channels.

Please join Corey in his fight for the Truth, for Full Disclosure Now, and for ALL OF HUMANITY!





## THANK YOU FOR YOUR GENEROUS GIFT OF SUPPORT!

Your donation constitutes a private "GIFT" and is not a tax-deductible donation. Corey's Legal Fund is not a 501(c)(3) or other charitable organization under the rules and regulations of the Internal Revenue Code.

Gifts of support will be used to pay for Corey's legal fees, court costs, and expenses related to legal disputes and litigation. At the conclusion of all legal disputes and litigation, any unused funds will be donated to reputable charities established to defend victims of human trafficking.

All Gifts of support will be deposited into a separate and private bank account owned by Light Warrior Legal Fund, LLC – a Corey Goode company. Corey has hired a reputable accounting firm to oversee this account, and to ensure that these funds are used solely in relation to legal fees and related expenses, and for no other purpose. This accounting firm will also have the responsibility of reviewing legal invoices and expenses, and making payment directly therefor.

Corey expresses he deepest gratitude to all who wish to show their support of Corey through their generous Gift.

### CONTACT

Light Warrior Legal Fund, LLC
7848 W SAHARA AVE.
LAS VEGAS, NV 89117

Phone Number: 702-623-2560
Mailbox Extension: 2560
Fax: 702-832-1710

Copyright © 2020 Light Warrior Legal Fund, LLC

# OFFICE OF THE SECRETARY OF STATE
## OF THE STATE OF COLORADO

# CERTIFICATE OF FACT OF GOOD STANDING

I, Jena Griswold, as the Secretary of State of the State of Colorado, hereby certify that, according to the records of this office,

Light Warrior Legal Fund, LLC

is a

Limited Liability Company

formed or registered on 03/05/2020 under the law of Colorado, has complied with all applicable requirements of this office, and is in good standing with this office. This entity has been assigned entity identification number 20201220250 .

This certificate reflects facts established or disclosed by documents delivered to this office on paper through 05/14/2020 that have been posted, and by documents delivered to this office electronically through 05/17/2020 @ 20:38:17 .

I have affixed hereto the Great Seal of the State of Colorado and duly generated, executed, and issued this official certificate at Denver, Colorado on 05/17/2020 @ 20:38:17 in accordance with applicable law. This certificate is assigned Confirmation Number 12344964



*Jena Griswold*

Secretary of State of the State of Colorado

**********************************************End of Certificate*********************************************
*Notice: A certificate issued electronically from the Colorado Secretary of State's Web site is fully and immediately valid and effective. However, as an option, the issuance and validity of a certificate obtained electronically may be established by visiting the Validate a Certificate page of the Secretary of State's Web site, http://www.sos.state.co.us/biz/CertificateSearchCriteria.do entering the certificate's confirmation number displayed on the certificate, and following the instructions displayed. Confirming the issuance of a certificate is merely optional and is not necessary to the valid and effective issuance of a certificate. For more information, visit our Web site, http://www.sos.state.co.us/ click "Businesses, trademarks, trade names" and select "Frequently Asked Questions."*

**≡E-Filed**

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

Colorado Secretary of State
Date and Time: 03/05/2020 11:19 AM
ID Number: 20201220250

Document number: 20201220250
Amount Paid: $50.00

ABOVE SPACE FOR OFFICE USE ONLY

## Articles of Organization
filed pursuant to § 7-90-301 and § 7-80-204 of the Colorado Revised Statutes (C.R.S.)

1. The domestic entity name of the limited liability company is

Light Warrior Legal Fund, LLC

*(The name of a limited liability company must contain the term or abbreviation "limited liability company", "ltd. liability company", "limited liability co.", "ltd. liability co.", "limited", "l.l.c.", "llc", or "ltd.". See §7-90-601, C.R.S.)*

*(Caution: The use of certain terms or abbreviations are restricted by law. Read instructions for more information.)*

2. The principal office address of the limited liability company's initial principal office is

Street address

1140 US Highway
*(Street number and name)*

Ste 400-266

| Broomfield | CO | 80020 |
|---|---|---|
| *(City)* | *(State)* | *(ZIP/Postal Code)* |
| | United States | |
| *(Province – if applicable)* | *(Country)* | |

Mailing address
(leave blank if same as street address)

*(Street number and name or Post Office Box information)*

| *(City)* | *(State)* | *(ZIP/Postal Code)* |
|---|---|---|
| *(Province – if applicable)* | *(Country)* | |

3. The registered agent name and registered agent address of the limited liability company's initial registered agent are

Name
(if an individual)

| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |
|---|---|---|---|

or

(if an entity)          Northwest Registered Agent, LLC.
*(Caution: Do not provide both an individual and an entity name.)*

Street address

1942 Broadway St.
*(Street number and name)*

STE 314C

| Boulder | CO | 80302 |
|---|---|---|
| *(City)* | *(State)* | *(ZIP Code)* |

Mailing address
(leave blank if same as street address)

*(Street number and name or Post Office Box information)*

ARTORG_LLC                    Page 1 of 3                    Rev. 12/01/2012

_____   CO   _____
                        *(City)*                                *(State)*    *(ZIP Code)* .

*(The following statement is adopted by marking the box.)*

[X] The person appointed as registered agent has consented to being so appointed.

4. The true name and mailing address of the person forming the limited liability company are

Name
(if an individual)        Goode                    Corey
                           *(Last)*                *(First)*           *(Middle)*      *(Suffix)*
or

(if an entity)        _____
*(Caution: Do not provide both an individual and an entity name.)*

Mailing address        1140 US Highway
                       *(Street number and name or Post Office Box information)*
                       Ste 400-266

                       Broomfield              CO      80020
                          *(City)*           *(State)*    *(ZIP/Postal Code)*
                                             United States .
                       *(Province – if applicable)*   *(Country)*

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

[ ] The limited liability company has one or more additional persons forming the limited liability company and the name and mailing address of each such person are stated in an attachment.

5. The management of the limited liability company is vested in
*(Mark the applicable box.)*

[X] one or more managers.

or

[ ] the members.

6. *(The following statement is adopted by marking the box.)*

[X] There is at least one member of the limited liability company.

7. *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

[ ] This document contains additional information as provided by law.

8. *(Caution: Leave blank if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)*

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*
The delayed effective date and, if applicable, time of this document is/are _____.
                                                                      *(mm/dd/yyyy hour:minute am/pm)*

Notice:

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

9. The true name and mailing address of the individual causing the document to be delivered for filing are

| Goode | Corey | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

1140 US Highway

*(Street number and name or Post Office Box information)*

Ste 400-266

| Broomfield | CO | 80020 |
|---|---|---|
| *(City)* | *(State)* | *(ZIP/Postal Code)* |
| | United States | . |
| *(Province – if applicable)* | *(Country)* | |

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

Disclaimer:

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).

← Corey Goode - I have started a Lig... 👍

**Corey Goode**
March 18 at 7:28 PM · ✓

···

I have started a Light Warrior Legal Fund so the community can assist in the legal effort to end the corruption that has infiltrated it in recent years. I have opened a Racketeer Influenced and Corrupt Organizations (RICO) Lawsuit in the Colorado 10th Circuit Federal Court. Case # 1:20-cv-742.
James Corey Goode (GES Inc) vs Gaia Inc, Jay Weidner, Benjamin I Zavodnick (CW Chanter), Clif High & Alyssa Montalbano (Ari Stone). Read the lawsuit here:
https://spherebeingalliance.com/documents/corey-goode-ges-vs-gaia-et-al.html Please donate at the following website: www.LightWarriorLegalFund.com

LIGHTWARRIORLEGALFUND.COM
**Light Warrior Legal Fund – Legal Funding Support for Corey Goode**
When Corey Goode first came forward in 201...

👍😮💛 **Staci Herrick and 535 others**

48 Shares

**Kevin James Louviere**
You people are unfortunate souls. You choose to believe anything that comes out of his mouth cause he recites a few valid arguments that were discovered elsewhere. Total Jim Jones shite

👍💬

9 mos   Like   Reply   More

**Vanessa M Wolf**
The audacity to post this at a time when we on Earth are suffering universally. What a hypocrite narcissistic evil you are doing. Dividing us all at a time like this, when we need to come together as one! Shame on you. Stop. Full stop. Get help. I am so sorry no one in your life can stop you from ruining everyone's lives over such petty personal drama

👍

9 mos   Like   Reply   More

💬 Vanessa M Wolf replied · 30 replies

**Vanessa M Wolf**
Confirmed Grifter-Conman now conning people into paying him cause pain & inject hate & venom & more stress into Innocent peoples' lives. People who like all of us are surviving & coping with the deadly Pandemic as best we all can. Someone Stop Corey Goode. Enough is enough.

👍💬

9 mos   Like   Reply   More

💬 Vanessa M Wolf replied · 15 replies

**Vanessa M Wolf**

👍

9 mos   Like   Reply   More

**Vanessa M Wolf**

Write a comment ...                                          Send

← David Wilcock                                                Q


EXHIBIT CJ
5 pages

**David Wilcock**
Nov 29, 2017 at 7:13 AM · ⊙

FINALLY! Intel is rolling in after issues occurred
that were so sensitive it was hard to get anything
nailed down at all.

There have been rumors about an alleged Alliance
"visit" to the CI@, as in the form of a raid. Fulford
posted 23 different things that an alleged insider
told him had come out of this.

We were spinning our wheels, wondering if this
was true. I always prefer to vet things out with my
own sources before moving forward in discussing
anything of this nature.

We STILL do not know for sure if this actually did
happen. It may have been used as a cover story
for some other batch of data that came in from
another source we just heard about. It is also
possible that some version of this did happen.

Anyway, thanks to Corey's help, we now have a
new tranche of data that is ready for publication
and seems authentic. There are actually four new
sets I now need to integrate.

Things are very definitely heating up. There has
been confusion around Q Anon and MegAnon, and
it is possible that both of the original posters are
not doing it anymore and may have had the slack
taken up by sophisticated Cabal-sponsored
LARPers. So that's one thing. Hence I have not
been meticulously analyzing every detail of Q
anymore.

I have also made huge strides toward the
streaming video option. Yesterday was another
groundbreaking leap forward. So hopefully the
talk will turn into action soon on that front.

With all that being said, if you feel like being a
"Secret Santa" for Corey, he needs help very
seriously right now. I have already helped but he
needs more.

The reason for this is primarily that he just moved
to Colorado in order to consolidate the team, in an
apparently safer location -- and it proved to be
very expensive.

Then they just got hit with a massive and totally
unanticipated expense.

It is very rare that I make this type of a public call
to action, but I can confirm he really needs it right
now.

Here is what he just asked me to post:

"Post Briefing Update on the way.  Please donate
to the Sphere Being Alliance if you are able. It
would be very helpful and appreciated. I am also
in the process of releasing an update. I am giving
DW another briefing today and plan to write up the
report once I hear back from one more key
insider/contact about the alleged Marine raid on
the C)_.

I was briefed on a C)_/I__S Command and Control
base that was raided in Afghanistan (in Aug I
believe). The intel from that raid could very well
have led to the reported incident at the C)_ HQ/
L__gley though I have been unable to verify that, I
hope to do so in the next few days.

I will also include new info about the SSP Alliance
rejoining the effort as well as reported "Blue Orb"
experiences that I'm told key Russian and Chinese
Alliance members have had in recent weeks. More
to come!

Thank you, for your continued support.
Corey Goode

paypal.me/CoreyGoode

PAYPAL.ME
**Pay Goode Enterprise
Solutions using PayPal.Me**
Go to paypal.me/CoreyGoode and
type in the amount. Since it's
PayPal, it's easy and secure. Doo...

👍 Like            💬 Comment           ↪ Share

😊❤👍 Aaron Daniel Kuhn and 476 others

Most Relevant ▾

**David Wilcock**
You will NOT be disappointed with this
new intel... things are heating up so fast
we may possibly see action even before
the holidays are over. Very intense times,
and heading in the right direction. Some
will continue to laugh, doubt, hate, et
cetera... but just remember what you
heard and read! There is no question
whatsoever that the Alliance is real and
now constitutes a majority of the US
mil... See More

← David Wilcock                              🔍

**David Wilcock**
Nov 29, 2017 at 7:13 AM · 🌐          FACEBOOK POST

FINALLY! Intel is rolling in after issues occurred
that were so sensitive it was hard to get anything
nailed down at all.

There have been rumors about an alleged Alliance
"visit" to the C!@, as in the form of a raid. Fulford
posted 23 different things that an alleged insider
told him had come out of this.

We were spinning our wheels, wondering if this
was true. I always prefer to vet things out with my
own sources before moving forward in discussing
anything of this nature.

We STILL do not know for sure if this actually did
happen. It may have been used as a cover story
for some other batch of data that came in from
another source we just heard about. It is also
possible that some version of this did happen.

Anyway, thanks to Corey's help, we now have a
new tranche of data that is ready for publication
and seems authentic. There are actually four new
sets I now need to integrate.

Things are very definitely heating up. There has
been confusion around Q Anon and MegAnon, and
it is possible that both of the original posters are
not doing it anymore and may have had the slack
taken up by sophisticated Cabal-sponsored
LARPers. So that's one thing. Hence I have not
been meticulously analyzing every detail of Q
anymore.

I have also made huge strides toward the
streaming video option. Yesterday was another
groundbreaking leap forward. So hopefully the
talk will turn into action soon on that front.

groundbreaking leap forward. So hopefully the talk will turn into action soon on that front.

With all that being said, if you feel like being a "Secret Santa" for Corey, he needs help very seriously right now. I have already helped but he needs more.

The reason for this is primarily that he just moved to Colorado in order to consolidate the team, in an apparently safer location -- and it proved to be very expensive.

Then they just got hit with a massive and totally unanticipated expense.

It is very rare that I make this type of a public call to action, but I can confirm he really needs it right now.

Here is what he just asked me to post:

"Post Briefing Update on the way! Please donate to the Sphere Being Alliance if you are able! It would be very helpful and appreciated. I am also in the process of releasing an update. I am giving DW another briefing today and plan to write up the report once I hear back from one more key insider/contact about the alleged Marine raid on the C)_.

I was briefed on a C)_/I__S Command and Control base that was raided in Afghanistan (In Aug I believe). The intel from that raid could very well have led to the reported incident at the C)_ HQ/ L__gley though I have been unable to verify that, I hope to do so in the next few days.

I will also include new info about the SSP Alliance rejoining the effort as well as reported "Blue Orb" experiences that I'm told key Russian and Chinese Alliance members have had in recent weeks. More to come!

Thank you, for your continued support.
Corey Goode

paypal.me/CoreyGoode



PAYPAL.ME

**Pay Goode Enterprise Solutions using PayPal.Me**

Go to paypal.me/CoreyGoode and type in the amount. Since it's PayPal, it's easy and secure. Don'...

👍 Like          💬 Comment          ↪ Share

👍😊😮 Aaron Daniel Kuhn and 478 others

Most Relevant ⌄

**David Wilcock**
You will NOT be disappointed with this new intel... things are heating up so fast we may possibly see action even before the holidays are over. Very intense times, and heading in the right direction. Some will continue to laugh, doubt, hate, et cetera... but just remember what you heard and read! There is no question whatsoever that the Alliance is real and now constitutes a majority of the US mil... See More



I will also include new info—
as reported "Blue Orb" exp—
David Wilcock

THE COSMIC SECRET

Alliance members have had in recent weeks. More to come!

Th~ ~r continued support.

Following    Share    Learn More

David Wilcock

IAL FAN PAGE

PAYPAL.ME
**Pay Goode Enterprise Solutions using PayPal.Me**
Go to paypal.me/CoreyGoode and type in the amount. Since it's PayPal, it's easy and secure. Don't have a PayPal account? No worries....

David Wilcock
@DivineCosmosConverge
nce

485

287 Comments 109 Shares

Home

Like          Comment          Share          🌐

About

Photos    Most Relevant

Vid       Write a comment...

Posts

Eve       David Wilcock You will NOT be disappointed with this new intel...
Groups    things are heating up so fast we may possibly see action even
          before the holidays are over. Very intense times, and heading in the
Community right direction. Some will continue to laugh, doubt, hate, et cetera.
          ... See More

Like · Reply · 1y                                              192
Create a Page
          28 Replies

          Tammy Blythe Lets all give what we can and help Corey out he has
          and is risking life and limb.....much love to all of you.

          Like · Reply · 1y                                      8

          Korenna Ayrennd Sent with love! 💜💜💜
          Like · Reply · 1y                                      2

          Sphere Being Alliance Thank everyone for the donations so far. It
          cost over 12K to get moved up here and now we have nearly 6K
          needed for emergency dental work for Stacy. This has put us, as
          many others, in a terrible crunch. The STO attitude of this
          community is very humbling and appreciated. Corey Goode

          Like · Reply · 1y                                      69

          19 Replies

          Alexa Elokin I am friends with Corey Goode's wife. It is true she
          was in horrible pain with a dental issue. And they are a wonderful
          family. No way they are scamming anyone. She and I were moving
          during the same time.. it is very expensive and stressful with
          childr... See More

          Like · Reply · 1y · Edited

          3 Replies

          Joyce Uitentuis Maybe? Just maybe ... it doesnt matter if the
          story's are true or fake in the end? Either way ... it will open peoples
          mind?
          It can wake people up.
          Thats what this is all about. Isn't it? Wake up, people! Lets not be
          divided (again!)! Keep an open mi... See More

          Like · Reply · 1y

          4 Replies

          Paladin Aurora David, have you seen this Archon enslavement
          tutorial 2015 light show from the Vatican?
          https://www.youtube.com/watch?v=2aK33R_pSrU&feature=youtu.be



You sent a payment

From: service@paypal.com (service@paypal.com)

To: aristoneart@ymail.com

Date: Wednesday, November 29, 2017, 10:59 AM MST

Hello, Ari Stone Art LLC



# You sent $50.00 USD to Goode Enterprise Solutions

YOUR NOTE TO Goode Enterprise Solutions

 

## Transaction Details

Transaction ID: 9C049681KW347430F

November 29, 2017

Money sent

**$50.00 USD**

2:00

◀ Safari

 **Sphere Being Alliance**
August 19, 2017 · 🌐


EXHIBIT CQ
10 pages

Pete Peterson, Go Fund Me fund raiser - For the record, I did not start this fund raising page for Pete. This donation page was created by a fan of Pete Peterson. As some of you know Pete was recently evicted from his home and all of his worldly possessions were taken from him and dropped off at the local dump. Regardless of how you feel about me, please make this viral in our community to assist Pete in his difficult time. We have over $10K raised so far. Please contribute as much as you can to assist Pete in setting up his life again the best he can. TY, Corey Goode

https://www.gofundme.com/help-support-pete-peterson


Interview with the Insider
Posted by Gaia
19,586 Views

Write a comment...  

     



David Wilcock

Liked    Following    Share                                      Learn More

**David Wilcock**
@DivineCosmosConverge
nce

Home

About

Photos

Videos

Posts

Events

Groups

Community

Create a Page

ABOUT DAVID WILCOCK

**David Wilcock**
August 19, 2017 ·

Discover Divine Cosmos

WOW... a supporter has started a GoFundMe page for Pete Peterson, who
has just had everything he owns stolen by armed police after coming forward
as a whistleblower.

Newest blog articles:
http://bit.ly/DivineCosmosBlog

Shop my online store:
http://bit.ly/DavidWilcock...

Pete also had his truck confiscated. The GoFundMe page has already hit
$11,856 in less than a day... and is skyrocketing!

See More

This is a magnificent way to show love for this decorated hero of the war for
Disclosure, and Alliance spokesperson.

GoFundPete!

https://www.gofundme.com/help-support-pete-peterson

Community                                    See All

Invite your friends to like this Page

and 198 other friends

See All

GOFUNDME.COM
Click here to support Whistleblower Pete Peterson organized
by Coco Luau.

Page Transparency                           See More

Facebook is showing information to help you better
understand the purpose of a Page. See actions taken by
the people who manage and post content.

745

105 Comments 67 Shares
Page created · September 26, 2009

Like            Comment          Share
Team Members

Most Relevant

David Wilcock

Write a comment...

Pages Liked by This Page

Mark Smyth I think it's great to see the love from the people giving
to this man that was only doing what's right. But it also once again
shows how evil the cabal is.

Divine Cosmos Produ...    Like

Like · Reply · 2y

Anke van Ziel ((( < )))
Like · Reply · 2y    3    5

English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch

Q Search     How it works ∨     Start a GoFundMe     gofundme         Sign in     **Share**

**DEACTIVATED**

# Whistleblower Pete Peterson

**$55,710** raised

This fundraiser is no longer accepting donations. If you are the organizer, beneficiary, team member, or donor, sign in to see additional information.

Created August 17, 2017     ◇ Other

## Organizer and beneficiary

 Coco Luau
Organizer
La Canada Flintridge, C
A

→      Gary Peterson
Beneficiary

**Contact**



**#1 FUNDRAISING PLATFORM**

People have raised more money on GoFundMe than anywhere else.
Learn more

**GOFUNDME GUARANTEE**

In the rare case that something isn't right, we will refund your donation. Learn more

**EXPERT ADVICE, 24/7**

Contact us with your questions and we'll answer, day or night.
Learn more

 gofundme

Choose your language

**FUNDRAISE FOR**

Medical

Emergency

Memorial

**LEARN MORE**

How GoFundMe works

Why GoFundMe

Common questions

**RESOURCES**

Help center

Blog

GoFundMe Stories

Thank you for your donation to "Whistleblower Pete Peterson"

From: GoFundMe (support@gofundme.com)

To: AriStoneArt@yahoo.com

Date: Sunday, August 20, 2017, 07:13 AM MDT



Thanks for your $50 donation to
Whistleblower Pete Peterson

Want to make your donation go even further? Share this
campaign on Facebook today and it could raise another $30.



# $50

Your statement will show this payment as:

WPY*WHISTLEBLOWER PETE PE

August 20, 2017

Dear Ari Stone,

Thank you for your generous donation to:

Whistleblower Pete Peterson

Your payment will be received by:

Coco Luau

The amount of your donation is:

$50.00

Manage in My Donations

## Our Commitment to You

The GoFundMe Team prides itself on delivering rapid responses
to all customer service emails we receive during the day.
Simply reply to this email to contact our team.

Don't want these emails?

Unsubscribe



## The Midnight Hour (0013) Pete Peterson & David Wilcock gofundme investigation

11,429 views · 1 year ago


98


22


Live chat


Share


Download


Sa

**Steven Cambian**
1.3K subscribers

SUBSCRIBED

Premiered Apr 25, 2019

Join Steven Cambian as he reveals the truth about
Pete Peterson, David Wilcock and the Gofundme
fundraising scandal. Were you donating money to a real
government whistle blower, or was it all a scam? Lets
find out!

Category        Entertainment

Up next                                          Autoplay 



SHOCKING New information about Pete Peterson. Peterson finally DEBUNKED?
IS DAVID WILCOCK THE WORLDS WORST RESEARCHER OR A CON MAN?
DOES DAVID WILCOCK NEVER EVEN BOTHER TO VET HIS 'WHISTLEBLOWERS'?
PETERSON & WILCOCK : PARTNERS IN DISCLOSURE OR PARTNERS IN A CON?

PETE PETERSON & DAVID WILCOCK

MIDNIGHT HOUR SHOW HOST
STEVEN CAMBIAN
BLOWS THE WHISTLE
ON ALL THE FAKE
WHISTLEBLOWERS
A MIDNIGHT HOUR SHOW
EXCLUSIVE
SHOCKING NEW INFORMATION!

'ATTACK OF THE COSMIC CON MEN!
'RENEGADE' MAGICIAN STEVEN CAMBIAN INVESTIGATES AND DEBUNKS THESE TWO COSMIC CONMEN!

# Live chat

Top chat   👤 43         

 Peterson"s resume points show a deliberate multi step disregard for truth in known history in order to lure investment ,

 11:16 PM **Steven Cambian** I agree Bruce. There may be consequences for this.

 11:16 PM **The Cosmic Garden** doesn't bob lazar have the same issues with background checks?

 11:16 PM **Bruce Ross Morgan** Did Paterson have many AKA names ?

 11:16 PM **Steven Cambian** Yes he does. I once believed Bob, after more digging I no longer do.

 11:17 PM **Steven Cambian** No but he did have some 10 registered LLC's for some reason Bruce.

 11:17 PM **Jeanette Korzenko** how many aliases ?

 

THE GROUNDBREAKING SHOW INVESTIGATING THE WORLD'S GREATEST MYSTERIES CONTINUES!

THE MIDNIGHT HOUR

A SPECIAL REPORT ON STEVEN CAMBIANS INVESTIGATION INTO PETE PETERSON
PETE PETERSON & DAVID WILCOCK GOFUNDME SCANDAL

DID YOU DONATE MONEY TO A WHISLEBLOWER OR A CON MAN?
SHOCKING New information about Pete Peterson finally DEBUNKED?
IS DAVID WILCOCK THE WORLDS WORST RESEARCHER OR A CON MAN?
DOES DAVID WILCOCK NEVER EVEN BOTHER TO VET HIS WHISTLEBLOWERS?
PETERSON & WILCOCK : PARTNERS IN DISCLOSURE OR PARTNERS IN A CON?

PETE PETERSON & DAVID WILCOCK

MIDNIGHT HOUR SHOW HOST
STEVEN CAMBIAN
OWS THE WHISTLE
N ALL THE FAKE
WHISTLEBLOWERS?

MIDNIGHT HOUR SHOW
EXCLUSIVE
SHOCKING NEW INFORMATION!

"RENEGADE" MAGICIAN STEVEN CAMBIAN INVESTIGATES AND DEBUNKS THESE TWO COSMIC CONMEN

## Live chat

Top chat    👤 44

 ~~Steven Cambian~~ ~~I am surprised no Wilcock~~
supporters here. but they may be here staying silent.

11:55 PM  **Diziblonde**  Thats the great thing about people
who do the actual footwork, they don't need statements,
they find the truth..

11:55 PM  **Jeanette Korzenko**  they probably feel awful
that they got taken.

11:56 PM  **Mark Torana**  he is the king of copy and paste.

11:56 PM  **Diziblonde**  No one can hae here Stven, you did
your job well.. seriously, I am not one to kiss up but I will
give credit when it is deserved.. lol    (David Wilcock)



11:56 PM  **Steven Cambian**  Yes all his books are 50-60%
copy and paste jobs Mark.

11:56 PM  **Mark Torana**  their lurking in the shadows.



11:56 PM  **Steven Cambian**  Go fund me largely was cut
and pasted from Wilcocks book ascension mysteries.

Chat publicly as AriStoneArt...



THE GROUNDBREAKING SHOW INVESTIGATING THE WORLD'S GREATEST MYSTERIES CONTINUES!

**THE MIDNIGHT HOUR**

A SPECIAL REPORT ON STEVEN CAMBIAN'S INVESTIGATION INTO PETE PETERSON
**PETE PETERSON & DAVID WILCOCK GOFUNDME SCANDAL**
DID YOU DONATE MONEY TO A WHISTLEBLOWER OR A CON MAN?
SHOCKING New information about Pete Peterson finally DEBUNKED?
IS DAVID WILCOCK THE WORLDS WORST RESEARCHER OR A CON MAN?
DOES DAVID WILCOCK NEVER EVEN BOTHER TO VET HIS WHISTLEBLOWERS?
PETERSON & WILCOCK : PARTNERS IN DISCLOSURE OR PARTNERS IN A CON?

PETE PETERSON & DAVID WILCOCK

MIDNIGHT HOUR SHOW HOST
STEVEN CAMBIAN
BLOWS THE WHISTLE
ON ALL THE FAKE
WHISTLEBLOWERS!
A MIDNIGHT HOUR SHOW
EXCLUSIVE.
SHOCKING NEW INFORMATION!

ATTACK OF THE COSMIC CON MEN
"RENEGADE" MAGICIAN STEVEN CAMBIAN INVESTIGATES AND DEBUNKS THESE TWO COSMIC CONMEN!

## Live chat

Top chat   👤 42

good cause. They lied to get people to donate. Not right.

 12:00 AM **Mark Torana** it's lies and fraud.

 12:00 AM **effluent4u** a nurse gave me clothes and i ran away..

 12:00 AM **AriStoneArt** I know. ;) I find the humor in everything, its what keeps me safe.

 12:00 AM **Diziblonde** didn't Wilcock do this with a book or movi deal as well, that he nevr produced?

 12:01 AM **Jeanette Korzenko** YES FRAUD

 12:01 AM **Colleen SDragon** absolutely fraud

 12:01 AM **Steven Cambian** Yes all the Peterson stories were in his book the ascension mysteries.

 12:01 AM **AriStoneArt** Diziblonde I didn't know about that about DW

 Chat publicly as AriStoneArt...



## Live chat

Top chat 👤 38                                            ⚟    ✕

 12:19 AM  Mark Torana  I know him well. It won't happen.

 12:19 AM  paul goodwin  what was this gofundme thing about?

 12:19 AM  Out Of Mind  can this be reported to the gofundme people?

 12:19 AM  Silly Mc Chilly  david: it's hard to do research while crying in a corner about my last failure 😂

 12:20 AM  effluent4u  donate to the weak and be scammed? not much is more horrible

 12:20 AM  Mark Torana  people who donated money need to ask questions.

 12:20 AM  Silly Mc Chilly  I wonder how a martial artist shaman yogi master divorce goes 😦

 12:21 AM  Steven Cambian  Thats funny Silvia.

 12:21 AM  Colleen SDragon  lol Silly

Chat publicly as AriStoneArt...