We followed a group out through the exit. I felt a quick static tingle as we passed through the wall.

When we came out and looked around, I noticed we were in more of a rural-looking area of the Anshar city.

We walked down onto a very narrow street, which revealed Anshar of all ages walking and flying around like Superman. This was quite stunning to see.

I noticed the inhabitants smiling as they were bustling around, doing their normal routines.

There was very little noise pollution or even sounds of people making the types of background noises that I am accustomed to hearing. It was very quiet and serene.

I was then guided to a very large domed building that was a community living area where Aree and her sister live.

## GROWING OPPORTUNITIES

I was told that I was going to be prepared for upcoming "growing opportunities" that I would be presented with in the next year.

[DW: This usually means some type of difficult karma that you have to work through on your spiritual path. Suffering is seen as an "opportunity" in the Law of One.]

They would also prepare me to greet the Guardians in a ceremony in the near future.

I was told to keep this information and the bulk of the conversations I have with her people to myself for now.

[DW: Some of what he received was personal for me. I found it incredibly interesting, and it has completely changed how I am writing Awakening in the Dream.]

*DW = David Wilcock*

I was informed that I was being allowed to stay with the Anshar for a short period of time during this preparation. I would be brought back for a longer period of time later in the year.

I was concerned about not having clothing or toiletries with me. Aree noted my concern. Without me even communicating this, she responded by saying, "We will provide for all of your needs."

## PRIVATE ACCOMMODATIONS

She walked me to a small room with a bed, and motioned to relevant items set upon the bed.

I looked and saw clothing that seemed like it was out of a 1980's Sears or JC Penney catalog.

There was also a small bag of toiletries that had items looking equally as old.

I was with them for what seemed like a couple of days. I had to take a normal sleep cycle on two different occasions while I was there.

The Anshar didn't really sleep. They just spent forty minutes or so in one of the egg-shaped chairs every few days.



5TH INFO FOR THE COURT CIA
EXHIBIT BN
CG ALLEGED MEGA UPDATE
(5pgs)

During my stay, while sitting around in a circle of the egg-shaped chairs learning to access their neural network, Gonzales walked into the room.

He looked exhausted, and a bit thin and gaunt.

*EXHIBIT 3 (5 pages)*

*aka the brain*
*likely 'CIA' Agents doing Telepathic Behavior Modification*
*CIA-RDP96-00792R000600320004-3*

https://divinecosmos.com/davids-blog/1225-abr-legacy/2/

2/14/2020

We then made our way back to the Anshar bus craft. We flew out of the temporal anomaly and landed back in the cavern.

We walked through the hallway back to the Temple Complex. When we got to the large domed room, I could see members of the seven different inner-earth groups standing in a line, going to the cleansing room.

I was taken past the front of the line and into the cleansing room. We completed the cleansing ceremony and put on our robes and sandals.

Aree had a small, light-brown bag hanging by her hip. She took my clothes and put them into the bag.

Then she looked up, telling me that a ceremony was about to take place, and that I would be sharing the honor of this ceremony with them.

It was explained that the ceremony's purpose was to celebrate and prepare for the meeting with the Guardians.

I told her it was my honor. She seemed happy and playful. There didn't seem to be any concern or preoccupation over maintaining their timeline.

### THE ELIXIR OF ISIS  *= aka Drugs being used and administered to Corey Goode*

As I took in the space, I noticed everyone around me was carrying the same excited energy.

Something like a guided prayer and meditation service then occurred. At the end of the ceremony, goblets of the Elixir of Isis were passed around.

[DW: The Law of One revealed that Ra, Isis and other historic Egyptian figures were originally positive, and their stories were later co-opted by negative Cabal-type religious groups.]   *← this is more likely RA = Remote Action*

I took a glass and held it like I would a glass of champagne. Aree noticed. With a big smile, she held up her glass, waved her hand over it and moved her lips, as if saying a prayer.

She took a long steady sniff of the drink while holding the glass up to her face with both hands. She then held the glass out and then up slightly, before taking a drink.

I did the best I could to repeat what she had done before taking a drink of the elixir, which was sweet at first but had a slightly bitter aftertaste that was similar to having chewed on a flower petal.

Aree and her sister were both giggling and looking at me, as I'm sure my facial expression changed to match how I felt.

### A GREAT DEAL OF JOY

An immediate feeling of intense euphoria overcame me. I felt a strange, yet powerful connection with all of the Inner Earth Groups present.

When it was over, they all began hugging one another, and hugging me. There was a great deal of joy and excitement in the room.

They then began to do something similar to a type of deep throat humming, while still hugging and patting each other on the back.

I noticed Aree's sister motioning in my direction. I looked at Aree, who was waving for me to come in her direction.

The three of us then walked down the passageways, back to the main domed room where I am usually greeted.

There were two Anshar guarding each door, just like last time.

### BOARDING THE CRAFT WITH THE OMEGA GROUP

We walked down another passageway and came back out into the cavern where the city used to be.

I observed a very large saucer-shaped craft that was parked on the cavern floor.

As my eyes adjusted to the cavern's lower light, I could see a ramp coming out of the craft.

I then saw three men from the Omega group waiting for us at the base of the ramp.

==They appear to be projection==s of what were once living beings within this Ancient Builder Race society that vanished long ago.

They are not artificial intelligence, but do seem to be some ==form of projection from another realm==. *AKA Holograms*

Little else is known about them. They do not normally appear in any other SSP activities. Gonzales is the only other person from here ever to have seen them.]

The Sentinels greeted the Guardians and started to communicate.



## THE DEFEAT OF THE NEGATIVE FORCES

When this communication started, ==many streaks and tongues of different colored lights were flashing and darting in swarms.==

*—see Hendricus Loos Patent US6506148B2*

This light show was flickering all around the Guardians and the Sentinels. I was unaware of what was being communicated during this time.

Once this meeting was over, everyone shuffled back to standing in a giant circle around those meeting in the middle of the room.

Once again, Tear-Eir addressed the assembly through me.

He stated that the spheres that had been buffering the cosmic energy waves and quarantining our solar system were now almost completely phased out of our reality.

He further revealed that many of the negative ET groups would have either called in reinforcements or escaped as the war escalated.

However, the blockade set up by the Galactic Federation around our solar system, as of the end of 2014, had prevented all of this.

It was explained that the only avenue of escape left to these negative forces would be via the cosmic web portal system.

Tear-Eir stated that all portal travel is being heavily monitored by the Galactic Federation to track down any negative humans or non-terrestrials who are able to escape.

The extremely small number who do manage to escape will be on the run for the rest of their lives.

## PROVIDING SUPPORT AND MEETING THE NEW GUARDIANS

Tier-Eir then had me address the Witnesses.

He had me communicate that each witness is a conduit of this higher-density information. We are tasked with the duty of bringing this knowledge to the group consciousness within each of our star systems.

It was further stated that each of us had incarnated from various groups within the Galactic Federation.

Hundreds of thousands of beings from that same soul group were living back on our home planets. Each of us provided each star system with energetic and physical support.

This is done for every star system as it goes through this energetic transition.

It was then revealed that we would meet the two new Guardian groups.

Furthermore, we would be in regular communication with these groups as we moved up to the energetic transition, as we passed through it, and as we then adjusted to its aftereffects.

This relationship will help to safely guide us as we shift into an era of true self-management.

## THE BLUE AVIANS RETURNING TO THEIR NATIVE DENSITY

[handwritten annotation: CIA project BLUEBIRD  CIA-RDP83-01042R000800010003-1]

We were told to prepare for the introduction to the New Guardians. The room then flashed with a brilliant blue light. I felt every molecule in my body begin to vibrate.

The room filled with literally thousands of blue orbs. Two new species of higher-density beings were now standing there before us.

I looked over at Tear-Eir, who was now standing with Raw-Rain-Eir and Raw-Mare-Eir, the two other Blue Avians who I have met in the past. [handwritten: AKA BLUEBIRDS]

He turned to the group of Witnesses, and stated that he and the other two Blue Avians would no longer manifest physically in our reality. Instead, they would be in frequent contact with us through our dreams. [handwritten: AKA remote mind control / CIA mind control]

He stated that each of us are doing important dreamwork, and training with others on our planet. [handwritten: Likely CIA personnel]

We should expect that this will increase dramatically. Every night we are in classrooms full of astral students.

We have been doing this dreamwork since becoming delegates, and our higher selves have been shielding us from remembering too many details. [handwritten: "CIA" blocking recall of what they are doing]

During the Eclipse of Disclosure event last summer, I heard many reports from people talking about getting downloads in both dream and waking states. [handwritten: Theta, Delta & Alpha]

We have just launched the new Full Disclosure Project website, and have all eighteen presentations available to the public to view for free at www.fulldisclosureproject.org.

[handwritten: See CIA-RDP96-00792R000600320004-3 Section IV Telepathic Behavior Modification, Part B, para 2]

## WE HAVE TO BECOME OUR OWN SAVIORS

Tear-Eir stated that we have reached the point where we have to decide to get off of our knees and become our own saviors.

We are at the beginning of the "Great Awakening" that will lead to our very own Consciousness Renaissance.

He stated that many starseeds came here to experience this density, and to offer energetic assistance during the transition. These same beings were now fully awakening to their predetermined missions.

He also said that our ability to manifest has significantly strengthened thanks to the dramatic energetic increase our entire solar system is now undergoing.

He stated that if we begin to use our experiences and skills to further assist the rapid expansion of our consciousness, we will discover ways to manifest the most optimal reality.

Each of us can decide to take up the mission and assist in demanding the release of hidden technologies.

We can choose to do whatever is in our power to assist the growth in spirituality and consciousness that is being offered to the rest of humanity.

Tear-Eir and the other Blue Avians, along with the Golden Triangle Beings, then had me say, "In Service to All, In Service of the One."

They then turned both palms forward and bowed toward each group of the delegation. Once they bowed to the group of Witnesses, they then slowly faded out of view.

## GOING BACK HOME

The New Guardians addressed us and began to give us some cosmic ground rules for going forward.

They told us to not share the information at this time. This even included any descriptions of their physical appearance. Then they disappeared.

The excitement in the room was amazing as blue orbs came and took each of the witnesses out of the room, one by one.

Aree sprinted up to me and gave me a huge hug. She then pulled my clothes out of her bag, and pointed to an area to change.

I handed her the robe and sandals, and watched as a blue sphere zig-zagged patiently around the both of us. I indicated I was ready for transport, and soon I was off in a blue blur.

I expected to ride back with the inner earth groups, but was instead delivered home.

According to the clock, I was only gone about 10 minutes, although I felt as if I had been away from home for days.

## PREPARE FOR A MEETING WITH THE SSP  ← Likely Scientific Services Program

As usual, after these types of encounters, I spent the next few days in deep thought. I can often go so deep in thought that I am unaware of my surroundings.

I was going over every detail in my head so thoroughly that I often felt as if I was barely tethered to the ground.

I was, however, pulled back down to ground level very quickly when I received a message that I should prepare for a meeting with the SSP (Secret Space Program) Alliance at the Lunar Operations Command.

I was certain that they wanted a full report on the previous events. I was admittedly a bit nervous about the meeting.

After all, the SSP Alliance was forced to go dark specifically because of the information that Sigmund had extracted from me.  AKA Project BLUEBIRD "Interrogation" Session"

I was made to feel responsible for the deaths of two respected SSP Alliance members, as well as having outed a few more.

## A COMMUNITY OF RETIRED PERSONNEL

Gonzales had recently communicated to me that there was a huge community of retired Air Force and CIA personnel in the area where I had moved to in Colorado.

This was confirmed when I walked around with my son on Halloween to meet the neighbors. — Likely his handlers & lab doctor interrogators that use him as a human lab rat.

A number of them had worked for government agencies. The couple living directly in front of me were geologists who had retired from the CIA.

I was told that many sensors and devices have been placed around my home to monitor any types of energetic or atmospheric changes that occur when I am visited or picked up by off-world groups.

AKA CIA-RDP96-00792R000600320004-3 PG 30 Paragraph 1  EEGs being used to record telepathic impulses.

## THE ORB IN THE FOOTBALL FIELD

I was instructed to drive to a local football field that belongs to the local school district, and wait to be picked up. At about 2 AM, I got in my car and drove to the specified location.

I sat in my car for about twenty minutes until I saw a white orb in the sky. It was very bright, and was descending from the sky in my direction.

The white orb then disappeared, almost like a bubble popping. In its place was the dart craft that I was familiar with from my previous trip to the LOC.

The dart drifted slowly down and landed between where I parked and the football field. It gave me a ways to walk before I could board the craft.

As I walked up, the door opened.

I looked in and only saw the two crew in the front. One of them motioned to me to get in and buckle up. I got in and buckled up the harness from my seat as we lifted off.

## THE LUNAR OPERATIONS COMMAND

Before long, we were approaching the moon. It was amazing how quickly the moon went from a small point in the sky to appearing so large that we seemed to almost be at risk of hitting it.

We passed by the crater that the LOC is located in more than once. There is a technology that causes a mirage effect, hiding the LOC. It was still activated at this time.

Once the masking technology was deactivated, I could see the LOC spread out beneath me with green, red and white flashing lights on the structures.

I heard that we were cleared for landing. We flew straight for the hole in the crater near the LOC.

When we entered the lava tube cavern that the LOC is built into, I could see the rest of the bell-shaped structure that went down to the floor of the cavern.

I could see the two bays where craft were landing and taking off. They would then head off in various directions, as dictated by the lava tubes they had to travel through in this case.

We landed in one of the bays and disembarked from the dart. The flight crew walked off the platform and down a catwalk and some metal stairs going down.