Golden Age of Gaia

HOME | CONTACT US | COMMENTARY | NEWS | LIBRARY/ARCHIVES | HOPE CHEST | FORUMS

/ Home / Uncategorized / David Wilcock Resigns from Gaia

# David Wilcock Resigns from Gaia

July 7, 2018 by Steve Beckow

*David Wilcock has resigned from Gaia network and gives his reasons here.*

*Because the email is long, I'll try to summarize.*

*He wishes it to be known that he is in no way associated with Gaia's present agenda, which he sees as dark.*

*He regrets that video footage is being shown that makes it look as if he does support their agenda.*

*He hopes that, by separating himself from Gaia, throwing himself into significant financial difficulty thereby, he'll have addressed any fears his readers and supporters may have about his integrity and position.*

*Although the email has been widely posted around the Internet, David has not yet confirmed its authenticity.*

*I suspect that he'll have an article up on his site,* Divine Cosmos, *in the next day or two about it.*

---

From: **David Wilcock** <*******@gmail.com>

Date: Sun, Jul 1, 2018 at 1:23 PM

Subject: Letter of Resignation

To: Kiersten Medvedich <*******@gaia.com>, Brad Warkins <*******@gaia.com>

Dear Brad and Kiersten,

This letter is to inform you that I will be resigning from Gaia as of the end of my Term, and am requesting that I be allowed to exit before then – the sooner the better – for reasons I will now explain.

As I state later in this letter, I do not wish to discuss this verbally, so please let me know in writing if my request will be honored.

We lightworkers are building Nova Earth, a world that works for everyone, by Jan. 1, 2023; we are bringing an end to child trafficking by Jan. 1, 2021

Connect with Us

Collective Meditation: 8 Minutes @ 8 AM and/or PM

Holding Love and Sending Love

Click on Graphic

Search this website

Archives

Select Month

Recent Posts

Full CBS Interview with President Trump
A Matter of the Will....
A Fact Check of Joe Biden's Debate Performance
Jeff Street: The Top 10 Characteristics of Highly Evolved Beings – Part 3/3
The 9D Arcturian Council: More Galactic Assistance Than Ever for Humanity
Matt Kahn: Claiming a Conscious Stand
Robert F. Kennedy, Jr.: International Message for Freedom and Hope
Two Party

EXHIBIT 4
(11 pages)

This will have been nearly six years of service, the equivalent of getting a Ph.D. had I been doing this work for college credits.

I appreciate all that you have done for me in terms of getting my work out there, and without censorship – at least up until the most recent Term.

I have become profoundly uncomfortable with almost every aspect of this work environment and management structure, particularly as of FY 2018. The company as a whole seems to be having a severe psycho-spiritual crisis.

My reasons for withdrawing are multifaceted. Out of a sense of respect, honesty and self-preservation, I will share a few of them, though it ultimately is not a requirement that I do so.

First of all, let me say that the so-called "Gaia Employee Movement" has nothing to do with Corey Goode, nor with me. I have no idea who these people are. I have no idea why they asserted that Corey and I were both going to be leaving. They made that up. Leaving this job was only a last-ditch resort until I saw the scope of damage that my reputation is now suffering. Corey was concerned that you would think this movement had something to do with him, or his legal actions. It does not.

The grievances that Corey has put in writing regarding how he was treated are absolutely legitimate, and mirror my own. They also bear similarities to the nature and spirit of the many complaints being made by the Gaia Employee Movement, which is a condensed version of what we also see in secure online forums such as Glassdoor.

The reason why everyone is yelling in your face is you. It is not a problem with them. I refuse to pretend otherwise any longer. These are people who have been so deeply abused and crushed, on the soul level, that they feel no other choice but to cry out in agony. Desperate people are willing to take great risks, which is a very sad thing in this case. This is why I hope Corey's problems can be resolved without any public legal filings.

There is a profoundly deep problem with the entire way in which Gaia is running. I do not believe it is fixable Nor do I wish to be involved in trying to fix it.

If I were to enumerate all of the things I have personally seen and witnessed, and how they have made me feel, this would be a very long letter. My goal is not to leave with any sense of bitterness. Nor can I afford to be dragged into any litigation whatsoever – regardless of whether this Company offers me the support of its attorneys or not. Ending my employment now is a much better alternative than continuing in this present environment.

Regarding Corey's legal actions, I do not have any need or desire to retain an attorney at this point. My goal is to have a peaceful,

Matt Taibbi: With the Hunter Biden Expose, Suppression is a Bigger Scandal than the Actual Story

Magenta Pixie: Golden Heart, New Earth Rising, into the Aquarian Age

The Mother's Clarion Call to All of Humanity!



*This is my clarion call to all of humanity to embrace love, to embrace truth, to embrace peace...*

Trust the Plan! St. Germain through James McConnell



Click on graphic

Archangel Michael: Do not Get Caught in the Drama of White Hats or Black Hats



Beloved ones, do not allow yourselves to be distracted, yes, by the chaos....

Do not get caught in the drama of white hats or black hats, or good guys or bad guys. All beings are birthed directly from the Heart of One.... ("Archangel Michael: Do not Get Caught in the Drama of White Hats or Black Hats," Nov. 12, 2019; see here.

Videos of the Day

private separation and get back to doing my own thing. It may be rough for a while but I need a clean break and a fresh start.

I have willfully ignored an enormous number of offensive, disrespectful and abusive situations in order to do this job the last six years – primarily out of a sense of financial dependency. That was my own weakness, as I needed time to grieve and take it easy after a devastating seven-year ordeal with my physically violent ex, which overlapped with my first three years on this job.

I am now being overwhelmed with emails and written comments from people who have heard about the Gaia Employee Movement and are very upset about what they are learning. They are demanding that I leave this platform immediately. I can provide many examples to prove this point upon request. The level of anger and disgust I am seeing in any one of these letters is deeply troubling.

This is already starting to cause me significant career damage and it will get far worse if I don't do something about it, fast. In the post- MeToo era, this issue has explosive, devastating and inevitable potential to do harm. Entertainment companies have never before been so vulnerable to public uprisings and whistleblowers. This is uncharted territory and is very dangerous.

Should any of these alleged employees or journalists actually attempt to contact me directly, I am guaranteeing you in writing, right now, that I will have nothing to say to them. Just as in the case of Corey's litigation, I want to remain completely uninvolved and neutral. This whole situation is terrifying to me in terms of what it could potentially do to the credibility and value of my entire life's work.

The YouTube videos about this are proliferating. They cannot be silenced thanks to people's First Amendment rights. If you were to try to stop them it would get much worse at a much faster speed. I am already seeing these videos getting tens of thousands of hits.

This situation is on the verge of "going viral" in a very big way. I can see it coming. I am being called out by name in many of these videos. People are wondering why I am still involved, and they are extremely angry. It is getting very, very ugly.

My recommendation is for the Company to accept my resignation, as it will draw the teeth out of this movement, give them a perceived "win," and allow you to more quickly return to business with offering your impressive collection of curated content and original programs. Otherwise, if I were to remain affiliated, the heat will grow exponentially. If I retain the job and refuse to comment, the damage to my career and reputation could be nearly total. I have to look out for my own future.

Your team had Tucker Collins send my wife a letter, which effectively amounts to a request for me to take your side in this



1969 Doctors and Health Professionals: End all CV19 Measures



The Cabal's Game Plan: The Covid Action Platform



Reassurance for Those Who Feel Disturbed by the Cabal's Plan



The Declaration of Human Freedom



Stop Demonizing President Obama Please

battle in the public eye, including video appearances. That is not something I wish to do, nor am capable of doing. Why? Because several of the things the Gaia Employee Movement (GEM) has been saying are absolutely correct, based on my firsthand eyewitness experience – which I do not ever want to share with the public.

The Company also attempted to upload a video to my YouTube channel that aggressively promotes Luciferianism – namely S1E1 of Ancient Civilizations – even while Gaia supposedly has a policy of "no religion," at least for my fellow colleagues and me. I was tricked into participating in a very religious program that I do not want to have any affiliation with. This show is literally saying that God is Evil and Lucifer is God – who (ahem) also happens to be a reptilian alien. Seriously?

How would this look if it all got dragged into the public eye, especially in light of the overwhelming online movement called Pizzagate? Millions of people are now working to identify Luciferian elements in our society, and they are murderously angry about it.

This is easily proven by the fact that Edgar Maddison Welch walked into Comet Ping-Pong Pizza in Washington, DC on December 4th, 2016, and fired his assault rifle. He was sentenced to four years in prison.

httpss://www.nytimes.com/2017/ 06/22/us/pizzagate-attack-sentence.html

Some have debated whether these Pizzagate claims are grounded in reality or not, but that does not change the enormous danger that political activists in this arena are now posing to the accused.

The potential damage to my career, reputation and physical safety from the existence of "Ancient Civilizations" on the Gaia network is massive, as I have been very outspoken in the public eye against Luciferianism, and will continue to do so.

Even worse, I had already written several investigative articles about Pizzagate on my website before Ancient Civilizations was released, making it clear that I believe these claims are largely based in provable facts.

The Ancient Civilizations show went forward on the Gaia network despite my public attestations of the evidence that pedophilia, human sacrifice, cannibalism and Luciferianism are being practiced in elite circles.

I thank God (the authentic Christian one) that this show did not get popular. My unwilling appearance in a show with this content could actually lead to someone attempting to murder me for religious reasons, just as almost happened at Comet Pizza.

If President Obama is guilty of any crimes, please allow an uncorrupted court of law, assessing credible evidence, to establish it.

Mission Statement of the Golden Age of Gaia

On a Personal Note

I'm neither qualified to be a spiritual teacher nor do I wish to be one.

I'm a writer who wishes to share his views with you on subjects of mutual interest and listen to yours as lightworker equals and spiritual adults.

I already discussed this very serious threat against my life with Melissa Tittl, the producer of Ancient Civ, immediately after the release of the first tranche of episodes – in a very heated one-hour phone conversation.

Therefore the Company was apprised at the very beginning that the Ancient Civilizations program was promoting Lucifer against my very strong verbal requests to the contrary, and in complete disregard for my personal safety. Nonetheless, the marketing and production of this Lucifer propaganda has continued unabated. The second season went lighter with it, but most will begin with Season 1.

This is why I am not willing or able to allow Gaia access to my YouTube channel ever again. All sense of trust and honor has been destroyed. That video was minutes from going live before I caught it and stopped it. The Company was well aware of how I felt about the show. Had I enough confidence in my ability to earn money through other means, I really should have quit right then. There have been a sizable number of egregious "dealbreakers" like this that I have overlooked.

In my opinion, "Ancient Civilizations" is Luciferian propaganda disguised as entertainment. Luciferianism is the religion of the elite globalist group I oppose. Luciferianism is commonly used as an excuse for pedophilia, human sacrifice, cannibalism and genocidal aspirations, among other very unsavory things.

Luciferianism is already being blatantly promoted in Hollywood films, music videos, television shows, video games and awards ceremonies. Millions of people are now identifying the symbols and themes associated with this propaganda, some of which are directly found in FBI databases for human trafficking. Yet, none of this Lucifer propaganda has ever been as direct as the religious perspective that was articulated in Ancient Civilizations.

I understand that some people have a more moderate or "polite" view of Luciferianism, where the sick and murderous implications of Pizzagate are not included. Either way, I want no connection to it whatsoever.

I was greatly disappointed to see Graham Hancock "come out of the closet" about his Luciferian beliefs in this show. The resulting heated emails I exchanged with him basically destroyed our personal and professional relationship and we have never spoken again.

The ongoing promotion of Lucifer on Gaia is also an enormous corporate liability in light of some of the claims GEM is attempting to make. We are potentially days away from armies of internet dorks finding Ancient Civ and using it as "evidence" against me and this company as a whole – particularly since I repeatedly appear in it, and therefore appear to be endorsing its contents.

Furthermore, I have witnessed multiple cases in which a commercial for Lucifer, I mean Ancient Civ, is burned into the end of my show Cosmic Disclosure. This is tantamount to a propaganda war against my own following, which is almost entirely Judeo-Christian. It also violates my own religious freedom, since publicly I have made it very clear that I do not think the God of the Abrahamic religions is a "demiurge" that is luring everyone into a soul trap, and that Lucifer is our misunderstood reptilian savior.

Ancient Civilizations is tantamount to a legal and intellectual argument in favor of Lucifer. This is easily proven, since every episode I watched of Season One inevitably steered the viewer back to the idea that God is Evil and Lucifer is Good. This conclusion is absolutely indisputable for anyone who watches the show. Multiple comments I read after its release indicated that viewers were deeply disturbed, if not horrified. Thus a "silent boycott" resulted where subscribers simply refused to continue watching it.

While you have the right to practice or promote any religion you choose, you have violated my own Constitutional rights to freedom of religion by using your power over me as my employer to make it appear that I support and endorse these bizarre conclusions.

Furthermore, the Company represented itself to me as a positive, spiritual organization that promotes health, wellness, transformation and Seeking Truth. I brought in my top insiders with the explicit understanding that we were all unified in our desire to oppose an elite globalist cabal that worships Lucifer. This was certainly the political and religious stance of our main producer at the time, Jay Weidner, and we worked with that principle as our defining creed.

To then edit Corey Goode and me both into a show that aggressively attacks God as Evil, and Lucifer as Good, constitutes a breach of the contract I signed as an employee. This could furthermore be legitimately considered as fraud, because the employer grossly misrepresented the political and spiritual beliefs of the Company to me at the outset and entrapped me into a potentially life-threatening situation.

Had I known that these religious beliefs would be so aggressively promoted, with commercials for Ancient Civ dropped in at the end of many Cosmic Disclosure episodes, I would have never agreed to work for Gaia in the first place. Nor can I feel comfortable involving any of my colleagues any further.

This puts me in a very difficult situation, both spiritually and with my public platform, and could force me to explain my side of the story if the career damage spreads. I must retain the right to defend myself and state my spiritual position in the event that this internet chatter becomes the predominant topic about me

that my larger audience focuses on. It is my hope that a quick, quiet and polite exit will make all of this unnecessary.

Out of all the many things that have greatly upset me, nothing has caused me more distress than seeing how badly my colleague Emery Smith has been deceived. Many distinct verbal promises with various witnesses were made to him, only to be completely broken.

In fact, the lack of integrity in Gaia's verbal agreements is so high that I no longer trust anything that anyone in this company says to me unless I get it in writing. That is why I do not wish to discuss this letter on the phone.

At one point Emery was told there were five different ways in which he could be offered a six-figure-a-year job in exchange for moving to Boulder. At other points I was told there would be "no problem" in giving him such things as a signing bonus, production fee advance, money against future events, et cetera.

I was also promised a "finders' fee" for bringing new insiders into the program. I have never seen a dime of this for any of them, despite being directly responsible for Pete Peterson, Emery Smith and other top insiders risking their lives to provide their testimony on Gaia. 

It is an absolute legal fact that each of these people only came forward because they trusted me, and they were severely mistreated by this company. This has caused incredible, ongoing damage to my existing relationships with my insiders, including David Adair. Had I gotten any of this promised finders' fee, I would have gladly shared it with Emery to help keep him and Olivia alive.

As another example, I captured Pete Peterson's entire life story in a series of episodes for Cosmic Disclosure in August 2016, only to be told by Gaia management that they will be buried indefinitely. Pete is now drugged and on his deathbed in a nursing home, after having had a stroke, and is no longer mentally or physically capable of performing an interview ever again.

At least 25 episodes, or half a year's worth of amazing and relevant programming, have been suppressed. I have had no say in the matter whatsoever.

As far as I am concerned, Pete's impressive legacy is gone forever due to the crass political manipulation of this company. If this footage were to be released to me for public distribution, it could be of key assistance in mitigating the awesome damage the Company is now suffering online.

I nurtured that relationship and trust with Pete for eight years to build up to those tapings. This included weeks of time where my wife and I fed and cared for Pete in Boulder, as otherwise it

would have been impossible to get him to appear and perform as needed.

It was shocking to have his life's work and legacy buried after this prodigious effort we made. The reasons for this suppression have never been given, other than that the content was not focused enough on the Secret Space Program.

This is a grievous assault against my hard work and good will, as well as the entire life story of a man who is arguably my number-one insider.  The noble thing for Gaia to do would be to allow me to access and properly edit and utilize that footage for public consumption.

I hereby promise and guarantee in writing that any and all of the verbal abuse Pete and I suffered during those tapings will be completely edited out and destroyed. Or, the Company could provide me with versions where the examples of these incidents were already redacted.

I do not want to say or produce anything negative about this Company, publicly or privately. The Pete Peterson tapings are a critical historical archive that cannot be replaced. 

Many, many episodes can be distilled from those tapings with proper editing, and this material is literally priceless as a testament to a man who in time will be one of our greatest American heroes.

Emery, another great hero, spent months living in a hotel with no support from this company, even as he nearly gave his life to resurrect its top show for another year.

He has endured multiple death threats, the theft of all his property and the murder of his dog as an immediate result of having resurrected Cosmic Disclosure. Pete also had multiple death threats and the loss of all of his property after coming forward on this same program, which has created sizable earnings for Gaia as its flagship show. 

I was forced to do multiple fundraisers to bring Emery critical emergency funding while Gaia counts her money, enjoying a surging stock price and skyrocketing subscriber count. This has caused widespread questions in my audience as to why your top talent is not being supported. I was forced to conduct at least three similar fundraisers for Corey and two for Pete Peterson due  to the total lack of support for whistleblowers at this company. As they say in Mexico, "No Mas."

Your legalese-rich personal letter to me from June 29th accuses Corey of attempting to "obstruct disclosure," while you effectively left my friends for dead. Emery IS disclosure, and that should be honored and protected – just as Pete's legacy must be.

There is an honorable way for the Company to conclude our professional relationship, and restoring the only footage of Pete's public testimony would be a huge leap forward for Disclosure. If Pete's footage is not released, then Gaia is directly obstructing disclosure from a very high-ranking, genuine insider who will soon be dead.

Emery could very easily have been killed for being on your show. He still could. You lied to him, brought him in, milked his talent and left him to be torn apart by wild dogs. And now you are very obviously attempting to stockpile more episodes by acting as if we urgently need to do all these tapings. We do not.

You directly aided and abetted my enemy, the Cabal, by being more than happy to gross some four million dollars a month (your latest quarterly subscriber total was announced as 430,000) while forcing Emery Smith to live in hotels and rental cars. He barely had enough money for food and you slammed the door in his face every time he asked.

Even Emery and Olivia's desperate, impoverished homeless life would have been impossible to afford had it not been financed almost exclusively by my emergency fundraisers – which have further degraded my public credibility and reputation.

Forcing me to raise money to properly pay your talents is not an acceptable business model.

"Oh, the Board.... Our policies... The contract... We could never... Everyone gets the same... He made a mistake in his accounting..."

Please.

The last viewership figure I heard on Cosmic Disclosure was a 43-percent share of the audience. With your latest publicly-announced total subscriber count of 430,000, that's 184,900 viewers paying 9.95 a month. I'll do the math for you: that's $1,839,755 dollars gross per month. Many of your viewers don't even watch anything else, as I have often heard from various staff members.

How do you think it looks to me, and to the audience, that so little of that money was allocated in our direction that I was forced to beg the good people in my audience to keep my insiders alive on multiple occasions?

"Oh, Gaia pays everyone the same. Grassroots company." That's about all I could say in your defense. 430,000 subscribers is not at all grassroots, and you are out there announcing this publicly. Do you realize what a political nightmare this is? Or do you just not even care at this point?

The reason why the numbers are dropping on my shows is because there is a growing and unstoppable movement where people are being urged to unsubscribe from Gaia – even if they

love me and my programs. As someone who has observed internet trends for many years, I do not believe there is any way to stop this from proliferating and becoming much, much bigger, short of my own resignation to give you a fresh start, and releasing the Peterson footage as a gift to the audience.

The problem is that I am very politically active, even if I have been legally forced not to discuss politics on my shows anymore. When people look at what I am doing in the greater public sense and combine it with what GEM is saying, they are going to get very agitated.

Both of us will fare far better if my involvement ends before this spreads into a full-blown wildfire.

Either way, this letter constitutes formal, legal notice that I will not be renewing my contract at the end of my Term. I do not wish to negotiate on this point, nor do I wish to discuss my decision on the phone or in person, since verbal agreements are routinely shattered in this Company. Please let me know in writing whether or not I will be allowed to step down now or if I have to wait until the end of the Term.

Let me be clear that I have not wanted to aid and abet GEM's efforts in any way, nor will I do so after I have left. Should I be asked about this, I will simply say that we parted for mutual creative differences and to pursue other opportunities.

I must also retain the right to defend my spiritual and religious stance and clear my reputation in the event of significant public damage, if need be. This may include a public statement that I disagree with the conclusions of Ancient Civilizations, should that issue become a firestorm.

I would let my audience know that I was not involved in the writing or production of that episode. I was only asked certain questions in a taping, without understanding how they would be used.

Gaia has protected itself in my contract if my reputation were to be significantly damaged in the public eye. By color of law, those same legal rights should extend to me in the event that the Company's own reputation becomes significantly damaged. This is precisely what is now happening.

As soon as people find Ancient Civilizations, Gaia will appear to be a company that promotes and endorses a Luciferian agenda, even while providing disclaimers at the beginning of each episode that the Company may or may not agree with what is being said. The masses will vote their own way and that disclaimer will not convince them.

I will need to get to work in establishing the next steps that I will be doing to make sure I still have a sustainable income after this. To that end, I have some very important business meetings I

need to take in the last two weeks of July, and will not be available to tape on July 16th and 17th

Contractually, Gaia is already covered through at least the end of October with Cosmic episodes I have shot with Emery and Corey, even if certain episodes are combined. The legal threat with Corey still hangs over my head.

Therefore, if you decide not to allow me to exit before the end of the Term, we can finish out my contract with eight or more episodes at the dates that were allocated in August... providing that the legal threat from Corey's team has been successfully ameliorated by then.

Again, my request is not to discuss this on the phone due to the enormous problems with integrity that I have suffered over the last five and a half years.

David Wilcock

Share / Save

Please support this site. Donate:



A 501(c)(3) tax-exempt non-profit

Building, anchoring, and restoring hope, trust and Love within the human community.

"The key to Love is sharing, ... [balancing] give and receive." - The Divine Mother.

Donate

Downloads Page



Introductory texts on Ascension, Disclosure, Abundance, and Accountability. Especially of interest to those new to these subjects.

Come Join Suzi on Patreon!