
EXHIBIT CR
5 pages

# DARK ALLIANCE IN PANIC MODE (/BLOG/DARK-ALLIANCE-IN-PANIC-MODE.HTML)

Dark Alliance in Panic Mode, Threatens My Family, David Wilcock's Life, and Legal Entrapments

admin (/user.php?id.1)  17 Aug 2017

DarkAlliance (/blog/tag/DarkAlliance.html), DavidWilcock (/blog/tag/DavidWilcock.html), Pete Peterson (/blog/tag/Pete%2520Peterson.html), Antarctica (/blog/tag/Antarctica.html), JackSmith (/blog/tag/JackSmith.html)

97,360



EXHIBIT 5
(5 pages)

Death threats... by phone and in writing. Blackmail efforts for over a million dollars. Possible attempted murder by sabotaging car brakes. Anonymous calls to Child Protective Services saying my children are in imminent danger. All worldly possessions of a fellow insider, Pete Peterson, being illegally seized and sent to the dump - causing losses in the millions. Armed policemen, protecting the crime, with the homeowner guaranteed 90 days in jail if he comes within a mile of the operation. Simultaneous seizure of his truck, leaving him with no transportation.

This might sound like the plot for an invigorating thriller film. I wish that's all it was - but this is my life as it stands today.

I am sharing information that, while hard to believe for many people, would utterly transform our society if it were true. Why would these increasingly severe, if not potentially lethal attacks be happening to me, to the people I love and to the people who support me if I were somehow making this all up - as the critics invariably suggest?

---

#210 **JackSmith** ⚑ 2017-08-07 17:31

Stopping "the hack" for now.

See you later.

Btw, we have a data dump on CG. This dump will ruin your both. Suggest you dump Corey Goode. If you do so before your next post, then we will stop.

[Moderator: This is real. We are posting it so you can see that we are being threatened. We know who this person is.]

Quote

---

I am currently in McCloud, California, with a portion of the Full Disclosure Project Team. The rest of us should arrive late tonight. I have been on a three-week trek from Dallas, Texas through the Boulder, CO area to look at rental houses. Then we drove to the gorgeous Mt. Shasta area for our upcoming Eclipse of Disclosure conference.

We have been driving through beautiful and desolate geography, and I have been mostly unplugged from the Internet. On August 5th, I received a newsletter notification that David Wilcock (http://divinecosmos.com) had published a new article on his website Divine Cosmos. I was unable to read the article at the time due to all the driving. I did not realize yet that David had taken steps to defend himself against severe attacks against him and me that

have been ongoing for all of 2017.

When I woke up the next morning, I noticed that David had sent me a few emails and Skype messages. He was describing the "hack attacks" that were occurring on his website after publishing his article. He stated that a person had left a comment on that article claiming responsibility for these aggressive and damaging hacks. The person threatened to release a "data dump" that would "ruin us both" if David did not make a grandiose, public "dumping" of me – cutting all personal and professional ties.

David had already privately informed me about being threatened in an extremely similar fashion through one of his once-trusted insiders on the phone, as of July 3rd. Some of the same phrases were used in both threats. This showed that the JackSmith message was related to the threat David had received by phone. This formerly-trusted insider told David that a major campaign was underway to "take Corey Goode to the slaughterhouse."

David was told that his career would be spared if he would reject me in a public way. He was also told that if he did this, he would be rewarded with rapid career and wealth growth. This incident shocked David very hard, as he had established a friendly rapport with this individual over a number of years.

This insider stated that the information I was releasing about the Military Industrial Complex Research and Development bases in Antarctica had to be discredited. The R&D that is being carried out in these locations is said to be of the highest security clearances and most sensitive domains in terrestrial matters.

It was clearly communicated that the Lost Antarctic Ancient Civilization narrative was not only acceptable to report on, it was highly encouraged.

On Tuesday, August 8th, just three days after David's article went live, I found a strange email in my personal inbox. In this email, the sender identified himself as "JackSmith." By this point, everyone knew this was the alleged hacker of David's website.

Now that things have escalated to such an extreme level, I have decided to release the first of a number of the "JackSmith" emails. This will give the Ufology Community the opportunity to step back and evaluate what has transpired. We all need to decide if we will allow ourselves to be manipulated any longer. We have researched the true identity of JackSmith.

This person was also responsible for filing a false complaint with a U.N. Non-Governmental Organization that classifies groups as "Cults". He wanted to have me publicly castigated as a "cult leader" thanks to the Blue Avians information. Now that Child Protective Services was called against me, it is obvious that this UN filing was intended to provide collateral to make it more likely that my children could actually be taken away.

We hope that as this new phase of attacks unfolds, we can begin to drop more and more of the information we received. This will make the source of the attacks even more obvious. We also hope that as more people see what has occurred, they will realize that they were subjected to a mass psychological operation. We all need to come back to the tent of unity for some shared forgiveness and understanding.

You can expect to see more articles and videos soon that will shed more information on this Rothschild attempt to foment a Civil War in Ufology. As we share more of this upsetting information, I hope we realize that some of those who attacked us are victims themselves.

Some of the people who jumped on the attack bandwagon were manipulated or triggered by convincing presentations that falsely called people on our team "Satanists" or "Nazis." They had very compromised individuals present false claims against us in a number of areas.

Let us also be very clear that the Cabal is well known for betraying people, even up to and including death. It is entirely possible that key players in the Dark Alliance could lose their lives once we successfully expose and destroy their plans. So let me be absolutely clear in stating that neither I, nor David Wilcock, nor anyone else who has been attacked by this group has authorized or endorsed the torture or murder of the people who are doing this to us. We simply want them to stand down and go back to living their own private lives in peace.

If something were to happen to these individuals, it would be yet another sign of the Cabal pulling its standard dirty tricks. We emphatically do not support any such violent actions taken against these individuals, and will be greatly saddened if anything along these lines were to happen.

We have speculated that some members of the Dark Alliance may be undergoing blackmail or other forms of extreme coercion to do what they are doing. They might be continuing only because they feel that it would be much worse if they attempted to stop. We already have some idea of the content of the information that is being used to blackmail them, and it is indeed very dark.

If we give each other understanding and forgiveness, we will then be able to unify and focus our energy on social activism projects. Our goal is to educate the public on the existence of suppressed technologies, and raise the interest level of the general public in these topics.

I also just passed along an important briefing about mass arrests being planned against Cabal pedophiles. The briefing indicated that they have infested all different levels of the EU and US governments, right down to local judiciaries, police and post offices. What we are seeing with Pete could be just one example that proves how this could actually be happening.

There may be no other way to stop this except for the Alliance to take military action. The Cabal-controlled mass media would undoubtedly try to portray such an operation as an evil, revolutionary act.

David was urged to publish this intel as soon as possible. The attack against his brakes occurred just two days after this briefing was passed to him for imminent publication.

Join us at www.FullDisclosureProject.org (http://www.FullDisclosureProject.org) in organizing a grassroots effort to demand a Full Disclosure of all suppressed technologies. We also intend to expose the crimes against humanity that have been perpetrated to keep these technologies secret.

It is time that we get up off of our knees and realize that we are the saviors we have been waiting for.

We are the Alliance. You are Disclosure.

Corey Goode