https://spherebeingalliance.com/blog/ancient-builder-race-recove

# SPHERE-BEING-ALLIANCE

*It is very interesting, therefore, to see this as a clear indication that the war is being won on both fronts, both on Earth as well as in space.*

About Me | Introduction | Disclosure ▸ | Events | Videos ▸ | FAQs | Store

## DREAM COMMUNICATIONS AND THE BLUE ORB

CG: I did my best to forget the frightening experience with Gonzales and the Mayans and get back into "work mode."

Several of our projects needed attention. Almost immediately, once again, I began to receive dream communications from Tear-Eir.

In one of these dream-state communications, I was told that I should prepare for a series of meetings with the Super Federation and the "Council at Saturn" in the next few days.

On Saturday, December 16, 2017, at a little after 3:30 AM, a blue orb appeared in my room. I got up and put on the nice clothes that I had laid out next to my bed the night before.

*DW: It is very interesting that this was the same day that the officially-sanctioned Tom DeLonge UFO disclosure occurred, as I discussed on Christmas.*

As I buttoned up my shirt, I mused for a moment on how much I looked like I was going in to Gaia Studios to shoot an episode of *Cosmic Disclosure*.

EXHIBIT 6
(2 pages)

5TH INFO FOR THE COURT CIA
EXHIBIT BO
CG SSP INTERROGATION
(2pgs)



## Secret Space Program Alien Psychic Wars with Corey Goode

The secret space program & alien connections with the shadow government, plus the psychic military experiments being used to interface with extraterrestrials are exposed by Corey Goode. Detailing his own experience as a child intuitive empath that was plucked out of school to join a covert military order, Goode explains how super soldiers, MKUltra, and other covert programs are operating under direction of the elite that are in contact with extraterrestrials. The truth about MILABS, REABS, alien presence on Earth, and misunderstandings about the Anunnaki are all illuminated on Buzzsaw, hosted by Sean Stone. GUEST BIO: Identified as an intuitive empath (IE) with precognitive abilities, Corey Goode was recruited through one of the MILAB programs at the young age of six. Goode trained and served in the MILAB program from 1976-1986/87. Towards the end of his time as a MILAB he was assigned to an IE support role for a rotating Earth Delegate Seat (shared by secret earth government groups) in a "human-type" ET Super Federation Council. Goode's IE abilities played an important role in communicating with non-terrestrial beings (termed "interfacing") as part of one of the Secret Space Programs (SSP). During his 20 year service he had a variety of experiences and assignments including the Intruder Intercept Interrogation Program, Assignment to the ASSR "ISRV"– Auxiliary Specialized Space Research, Interstellar Class Vessel, and much more. This all occurred in a "20 and Back" agreement from 1986/87-2007 with recall work until the present day. Goode now works in the information technology and communications industry with 20 years' experience in hardware and software virtualization, physical and IT security,