COMPLAINT AND JURY DEMAND
EXHIBIT AK-CIA PROJECT BLUEBIRD (29 pages)

STANDARD FORM NO. 64

**Office Memorandum** • UNITED STATES GOVERNMENT

Approved For Release 2004/01/29 : CIA-RDP83-01042R000800010003-1

TO : Director of Central Intelligence          DATE: APR 5 1950

FROM : Chief, Inspection and Security Staff

SUBJECT: Project Bluebird

There is submitted for your approval and authorization for allocation of funds Project Bluebird. In view of the extreme sensitivity of this project and its covert nature, it is deemed advisable to submit this project directly to you, rather than through the channel of the Projects Review Committee. Knowledge of this project should be restricted to the absolute minimum number of persons.

This project is now extremely important because of the expressions of interest in this type of a program developing in various areas of the Agency. It is most important that these varied interests be brought into a single project where appropriate controls can be exercised. This will avoid compromise of our techniques and interest in this field.

It is requested that this project be approved and authorization granted for the necessary funds as set forth in the attachment.

25X1

[signature]
Colonel, GSC
Chief, Inspection and Security Staff

25X1

Concurrences:

25X1

8/15/78

(See attached memorandum of concurrence)
AD/OPC

Approved for $65,515.

20 Apr 1950
R. H. HILLENKOETTER
REAR ADMIRAL, USN
DIRECTOR OF CENTRAL INTELLIGENCE

EXHIBIT 9
(5 pages)

Approved For Release 2004/01/29 : CIA-RDP83-01042R000800010003-1

Approved For Release 2004/01/20 : CIA-RDP83-01042R000800010003-1

**CONFIDENTIAL**

PROJECT BLUEBIRD

Type – Operational Support

1. <u>References.</u>

   Meeting of representatives of ADOSO, ADOPC, ADOSI, and Chief, I&SS, on 14 March, where agreement was reached on the following proposal.

2. The purpose of this project is to provide for the immediate establishment of interrogation teams for the operational support of OSO and OPC activities. The teams will utilize the polygraph, drugs, and hypnotism to attain the greatest results in interrogation techniques. It is important that this project be established inasmuch as a considerable public and government interest has recently developed in the use of hypnotism for interrogation and for personality control purposes. This interest stems from the recent spy trials in Hungary and other satellite countries. Within a number of areas of CIA there has developed considerable interest in the field of hypnotism and one of the basic purposes of this program is to bring all such interests within the purview and control of a single project. It is extremely important that any action by CIA in these fields be restricted to the knowledge of a minimum number of persons on a Top Secret basis to prevent compromise and unfavorable repercussions. Further, activities in this field are so highly specialized that untrained personnel should not experiment or attempt to apply the techniques of hypnotism under any circumstances. This project will provide highly qualified and technical personnel to perform all aspects of interrogation for all areas of the Agency.

   The immediate purpose of the program is to provide interrogation teams utilizing the cover of polygraph interrogation to determine the bona fides of high potential defectors and agents, and also for the collection of incidental intelligence from such projects. A team is to be composed of three persons consisting of a doctor — psychiatrist, a polygraph — hypnotist, and a technician.

   It is proposed that two teams be established to meet current anticipated requirements. As it will require approximately five months to adequately train two polygraph — hypnotists, I&SS will make available immediately its hypnotist — specialist for field assignments in order that a team will be immediately available for service. To complete the team a doctor and a technician will also be required for immediate service. In order to provide for two teams it is proposed that two doctors – psychiatrists, two polygraph — hypnotists and two technicians be authorized under this project. In this manner one team will be available for immediate service and within six months two full time teams will be established. It is further proposed that the doctors — psychiatrists be set up in an office in Washington which will serve as a cover for training, experimentation, and indoctrination purposes in the use of drugs and hypnotism. The doctors will be available for field assignments with the interrogation teams. All training of the team personnel will be conducted by I&SS. The team personnel, when not on

Approved For Release 2004/01/20 : CIA-RDP83-01042R000800010003-1
**CONFIDENTIAL**



Approved For Release 2004/01/29 : CIA-RDP83-01042R000800010003-1

**CONFIDENTIAL**

Copy 4 of 5.

MEMORANDUM FOR: AD/OSI
 AD/OSO
 OPC

25X1

MAR 17 1951

FROM : Assistant Deputy/Inspection and Security

SUBJECT : BLUEBIRD

1. Documents pertaining to the Project BLUEBIRD require special handling because of the extremely sensitive nature of the information pertaining to this project. For the control of documents pertaining to this project the following security requirements are set forth:

   a. All documents within CIA will be classified TOP SECRET and will be handcarried in transmission from one office to another on an "Eyes Only" basis.

   b. It will be possible to classify some documents as SECRET when the subject matter of a document does not specify the true purpose of this program nor does it make direct reference to the materials and means utilized in furtherance of this program.

   c. Arrangements should be made with key officers in Army, Navy, Air and FBI who will serve as contact points in their respective departments for exchange of information concerning this program.

   d. Documents sent from CIA to the above departments should be on a TOP SECRET "Eyes Only" basis to the contact officials in each department. The contact officials should be advised that further dissemination should be limited to only those persons who have "need to know."

   e. A control list will be established for all persons who have a need to know and are briefed on this project. The list will be maintained by I&S and each office (OSO, OPC, OSI) will keep I&S informed of those persons who have been briefed and should be added to the control list. For coordination and implementation purposes the control list will be available to the respective offices to determine those persons who have been appropriately briefed and cleared to participate in this project.

25X

SHEFFIELD EDWARDS
Colonel, GSC

**CONFIDENTIAL**

Approved For Release 2004/01/29 : CIA-RDP83-01042R000800010003-1



STANDARD FORM NO. 64

**Office Memorandum** • UNITED STATES GOVERNMENT

Approved For Release 2004/01/29 : CIA-RDP83-01042R000800010003-1
SECRET

TO : Deputy Chief, I & S Staff

DATE: 27 February 1950

FROM :

SUBJECT: ==Problems Involved in Obtaining a Psychiatrist==

Some of the problems involved in the procurement of a consultant or full time psychiatrist are as follows:

1. A reputable civilian psychiatrist could not afford to be available to us on short notice.

    a. Even the highest government salary would not begin to compare with his private income.

    b. He would be obligated to keep appointments with patients which have been scheduled weeks in advance.

2. He might not have the interest or motivation to be active in such a narrow scope of the over all psychiatric field.

3. ==His ethics might be such that he might not care to cooperate in certain more revolutionary phases of our project.==

4. Very few psychiatrists are now on active duty and are, therefore, difficult to procure through that channel.

5. Very few psychiatrists are really capable in the application of hypnosis and have no interest whatsoever in ESP. *Third Agency,*

It is believed that we are fortunate in having located a candidate to fill such a billet in CIA. This man is [redacted] now on active duty at [redacted] of his own in town and a two-day a week private practice. He has the following points in his favor as far as overcoming the above mentioned difficulties: *A Local*

1. He is on active duty working toward retirement (five years to go).

2. ==He is extremely interested in the use of hypnosis, drugs and ESP.==

3. ==His ethics are such that he would be completely cooperative in any phase of our program, regardless of how new or revolutionary it may be.==

4. He has an office in town which could be used as a remote location for some of our work.

5. He would be willing to go on trips whenever necessary.

The disadvantage in obtaining [redacted] on a part time basis is as follows:

1. He is the only medical officer at the [redacted] *local* during week days and, therefore, would have to have a set time each week during

SECRET
Approved For Release 2004/01/29 : CIA-RDP83-01042R000800010003-1

SECRET

- 2 -

Approved For Release 2004/01/29 : CIA-RDP83-01042R000800010003-1

25X1

Memo To: Deputy Chief, I & S Staff   From: [redacted]
Subject: Problems Involved in Obtaining a Psychiatrist   27 February 1950

which he could work with us. For this reason, he would not be available on short notice.

In view of the above, it is recommended that [redacted — "The Navy Employee / Third Agency"] be obtained for work with CIA on a full time basis and it is felt that his time will be well spent between the periods where he is being utilized for active drug injection work. Some of his projects would be as follows:

1. Detailed research into the use of various drugs for subconscious isolation purposes.

2. Liaison with other medical men with various agencies engaged in similar projects.

3. Instruction in medical aspects of the Polygraph.

4. Aiding in the instruction of persons being trained in operational subconscious isolation.

5. Helping in the ESP research program.

6. Giving a physical examination to certain individuals with respiratory or heart conditions, before they take the Polygraph test.

7. Rendering psychiatric opinion in conjunction with the perversion cases being tested on the Polygraph.

In view of the heightened activity and interest in subconscious isolation techniques, it is highly recommended that we obtain [redacted — "The Navy Employee / Third Agency"] as quickly as possible.

25X1
25X1

SECRET

Approved For Release 2004/01/29 : CIA-RDP83-01042R000800010003-1