

**Randy Maugans**



Why I know Corey is a plant by intelligence: his asshole attitude. His stories are bullshit, and he steals to guild the Lilly. He's handled by the Avian Group. No joke. Literally called the Avian Group. Corey himself is deceived and has very bad character, as does David Wilcock.

09/30/19 7:50 PM



EXHIBIT 10
(4 pages)







# Randy Maugans

11/03/19, 8:37 PM

I know a bit about DW's upline, but he has always been shielded on many levels because he was brought in as a media asset very young. I had a glimpse few years back where we saw him operating. I was in Boulder in 2013 before he recruited Corey for CD show. I know how that went down. David is a programmer, not just some middler. I have the history on Corey, I reached out to him before he got "famous", but his upline were never going to let that happen. David was raised from a child for his role. Corey is different story.



11/03/19, 8:43 PM



## Randy Maugans



underwater are part of a project we recall from as kids. It's a very powerful and recurrent image. Just fyi. Whatever you're talking into is pretty powerful.

11/07/19, 6:38 PM

Thank you.  Its really nice to hear the actual waking state connections.

11/07/19, 6:42 PM ✓



The moth in this case may be "monarch", another CIA project used for sexual programmming. The caves are underground bases.

11/07/19, 6:43 PM

Interesting

11/07/19, 6:43 PM ✓

"cave system travel it was

  Start a message 

  

← **Randy Maugans** ⓘ

11/07/19, 8:29 PM ✓

Yeah, astral rape is a too real. I experienced it, and yes, sexual predation is part of it. I'd like to think that "I" never was party to that, but astral operations are a big part of programs. In fact, much of it is in astral. Again, go back to Dream Warfare. Trained assets on the ground are programmed in dreamtime like Jarrod Laughner and James Holmes, the Columbine kids. The use of simulation projection was Looking Glass, using the temporal medium to project future events.



11/07/19, 8:44 PM

Space is water to the extent that access to space is via

  Start a message