

**CENTRAL INTELLIGENCE AGENCY**

HOME | ABOUT CIA | CAREERS & INTERNSHIPS | OFFICES OF CIA | NEWS & INFORMATION | LIBRARY

# Library

- Library
- Publications
- Center for the Study of Intelligence
- **Freedom of Information Act Electronic Reading Room**
  - How to File a FOIA Request
  - How to Check on the Status of Your FOIA Request
  - How to File a Privacy Act Request
  - Frequently Requested Records
  - Annual Reports
  - Historical Collections
  - CREST: 25-Year Program Archive
  - President's Daily Brief
  - Documents Related to the Former Detention and Interrogation Program
  - Your Rights
  - Other FOIA Programs
  - Frequently Asked Questions
- Kent Center Occasional Papers
- Intelligence Literature
- Reports
- Related Links

CIA Home   Library   Electronic Reading Room
FOIA Category Search | Advanced Search | Search Help

Search Query for FOIA ERR:

[            ]  Search

## SECTION IV - TELEPATHIC BEHAVIOR MODIFICATION DST-1810S-387-75

**Document Type:** CREST
**Collection:** STARGATE
**Document Number (FOIA) /ESDN (CREST):** CIA-RDP96-00792R000600320004-3
**Release Decision:** RIPPUB
**Original Classification:** U
**Document Page Count:** 4
**Document Creation Date:** November 4, 2016
**Document Release Date:** October 28, 1998
**Sequence Number:** 4
**Case Number:**
**Publication Date:** September 1, 1975
**Content Type:** RS
**File:** Attachment Size — CIA-RDP96-00792R000600320004-3.pdf   483.78 KB   **Body:** Approved For Release M?JPM

September 1975
SECTION IV - TELEPATHIC BEHAVIOR MODIFICATION
(U) Behavior modification through telepathic means is in itself applied research. The changes or alterations of human activity desired can be either beneficial or detrimental to the percipient. Soviet research in the field of behavior modification by telepathy dating from the early 1920s through the early 1970s has had one major objective -- application

Printer-friendly version

---

EXHIBIT 11
(5 pages)

5TH INFO FOR THE COURT CIA
EXHIBIT BE
TELEPATHIC BEHAVIOR
MODIFICATION (5pgs)

September 1975

SECTION IV - TELEPATHIC BEHAVIOR MODIFICATION

Part A - Basic Research

(U) Behavior modification through telepathic means is in itself applied research. The changes or alterations of human activity desired can be either beneficial or detrimental to the percipient. Soviet research in the field of behavior modification by telepathy dating from the early 1920s through the early 1970s has had one major objective -- application of techniques. In telepathy research, unlike research in most scientific disciplines, the applied phase preceded the basic phase. To put it simply this is why telepathy is still called a phenomenon, both in the USSR and the West. The phenomenon of telepathy has many applications, one of which is behavior modification. Basic research therefore applies to the phenomenon itself; this is covered in Part I Section II and Part II (Psychotronic Generator Research).

Part B - Applied Research

(U) Between 1920 and 1943, L.L. Vasilev conducted numerous experiments involving telepathic mental suggestion; his first work involved the mental suggestion of motor (muscle) movements. This early work was based in part on the published results of similar experiments conducted by Dr. Joire[34] of Lille, France. Vasilev's human test subjects were asked to perform various muscular movements through the medium of telepathy. For comparative purposes some tests were made with hypnotized percipients, while others were placed only in a relaxed state. During the same time frame (1920-1943), Vasilev also conducted experiments involving the mental suggestion of visual images and sensations with and without hypnosis. Vasilev's results indicated that it was altogether possible to telepathically suggest and produce voluntary, controllable motor acts as well as influence involuntary, uncontrollable movement. He noted that some of the best subjects for the suggestion of motor acts were unsuitable for mental suggestion of visual images and vice versa. Apparently there was no visible positive correlation between these two variants of telepathic susceptibility. Some of the subjects under hypnosis responded more readily to verbal suggestion of a sensory nature while others were more responsive to verbal suggestion of the motor type. This observed variance applied for both mental and verbal suggestive techniques. After a thorough series of experiments, Vasilev concluded that mental suggestion involving hypnosis would provide the most fruitful results.[35]

(U) According to Ostrander and Schroeder,[5] the ability to telepathically produce sleep-wake states (obliteration of one's consciousness) from a distance of a few meters to over a thousand kilometers became the most

29

UNCLASSIFIED

SG1A Approved For Release 2000/08/09 : CIA-RDP96-00792R000600320004-3

September 1975

*See Hendricus G. Loos Patent US6506149B2 — 2001 US —*

thoroughly tested and perfected Soviet contribution to international parapsychology. Parapsychologists in Leningrad and Moscow demonstrated the telepathic manipulation of consciousness and correlated it with systematic EEG recordings. The Naumov-Sergeyev-Pavlova team found that EEG recordings changed dramatically when the telepathic impulse contained a message affecting human emotions. Transmission of several successive emotions of a negative character elicited the appearance of cross-excitation of the brain. It changed the spontaneous EEG character to the tired state of the brain, dominated by slow, hypersynchronized waves of the delta and theta type. Percipients of unpleasant emotions followed by positive emotions (feelings of calmness or cheerfulness) regained normalized EEG's within one to three minutes. Other Soviet tests included sending to the percipient the anxiety associated with suffocation and the sensation of a dizzying blow to the head. Pavlova, Sergeyev and Naumov uncovered impressive data on the power of thought and concluded that a person doesn't have to conjure up his own "nasty" thoughts; someone else can do it and telepathically transmit them to him. S. Serov and A. Troskin of Sverdlovsk demonstrated that the number of white blood cells rose by fifteen hundred after they suggested positive emotion to patients. More important was the observation that after impressing negative emotion, the white cell count decreased by sixteen hundred. Since leucocytes are one of the body's main defense mechanisms against disease, such a telepathically imposed shift in cell count could be used in altering human health. In similar research the Czechs found that intense mental activity in the sender caused, at a distance, a slight change in blood volume in a resting percipient. Measurements were made with a plethysmograph. Experiments in the West have verified this phenomenon. Soviet and Czech research in manipulative telepathic techniques has also included experimental transmission of kinetic impulses, sound, and taste.

(U) Outside of the Soviet and Czech research on the manipulative possibilities of PK and psychotronic generators, the emphasis on manipulation by means of telepathy still involves the use of hypnotism. Many Soviet and Czech scientists are using this technique as a means to try to identify the "carrier" of telepathy but others may be conducting such research for more devious reasons.

— 2

(U) Dr. Stefan Manczarski of Poland predicted that the field of telepathy will open new avenues for spreading propaganda. He feels that the electromagnetic theory is valid and believes, therefore, that telepathy can be amplified like radio waves. Telepathy would then become a subtle new modus for the "influencers" of the world. Some Western followers of psychic phenomena research are concerned, for example, with the detrimental effects of subliminal perception techniques being targeted against US or allied personnel in nuclear missile silos. The subliminal message could be "carried" by television signals or by telepathic means.

— 3

30

UNCLASSIFIED

Approved For Release 2000/08/09 : CIA-RDP96-00792R000600320004-3

UNCLASSIFIED

September 1975

(U) The potential applications of focusing mental influences on an enemy through hypnotic telepathy have surely occurred to the Soviets. The bulk of recent telepathy research in the USSR has been concerned with the transmission of emotional or behavioral impulses and the study of physiological responses to PK exercises, etc. In their exploration of telepathy, they are seeking the evenual capability to reproduce and to amplify the phenomena so that control is feasible. Control and manipulation of the human consciousness must be considered a primary goal.

CPYRGHT
Approved For Release 2000/08/09 : CIA-RDP96-00792R000600320004-3

John Parker                                                                 Extrasensory Perception: Research

spouses (Brinkman and Van Hilten, 1972), and persons defined as having "sympathetic relationships" (Van't Hoff, 1972). Finally, Casler (1971) failed in an attempt to improve GESP scoring by creating rapport between agent and percipient through appropriate hypnotic suggestions given to one or the other.

*2.5.1e. Conclusion.* There is as yet no convincing experimental evidence of direct "mind-to-mind" communication, i.e., telepathy, that adequately controls for clairvoyance or precognition. Nonetheless, indirect support for the telepathy hypothesis comes from several experiments in which significant differences between GESP and clairvoyance scores were found when percipients were "blind" to the type of test. However, these results have not been entirely consistent and some of the positive experiments have weaknesses in design or reporting of results. Other evidence indicates that some of this inconsistency may be attributable to the fact that different agents often affect percipients' scores in different ways. Attempts to demonstrate that persons well known or well liked by percipients make the most successful agents have produced conflicting results, although the general trend is confirmatory.

Finally, the question of whether telepathy, assuming its existence, is primarily attributable to the agent, the percipient, or some interaction between them has yet to be directly addressed experimentally.

*2.5.2. The Experimenter Effect: Psychology or Psi?*

In the last section we saw that the agent can have an effect on scoring in ESP tests. In this section we will examine evidence that demonstrates that a person need not be involved in actually "sending" the targets to have such an effect. The person we will be focusing upon predominantly, but not exclusively, is the experimenter. We will consider not only whether or not he or she can influence experimental outcomes but also whether the vehicle of such influence is the method of interacting with subjects, or whether the experimenter's own psi (or potential for activating the subject's psi in the absence of sensory contact) may somehow be a contributing factor.

A number of experiments have been reported in which two experimenters conducting the same experiment with the same or similar subjects have obtained significantly different results. Although not an experimenter effect in the strict sense of the term, a finding of Sharp and Clark (1937) indicated that testing sessions conducted with a skeptical observer present produced significantly below-chance scoring, whereas subjects scored above chance when the observer was sympathetic to ESP. Subjects apparently did not know of the observers' beliefs, but one

subject complained that th[e] iment where five subjects handled by two different above chance on one set The effect occurred with (MacFarland, 1938). Osis voyance tests given to ei ESP. Partway through the take over the role of lectu gave essentially the same same way as Osis, the gr than those tested by Dean those subjects who indica have no assurance that the truly comparable, the exp terpretation. Still another e testing of British schoolbo

*2.5.2a. Experimenter* such experimenter differen create different moods, s mospheres," which in turn whether it will manifest as to test this hypothesis dir Price, who had a history o Price, 1938; Bates and Nev encouraging manner and o found that in both instances scores markedly increased her more natural way of r couraged spontaneity durin (see Sec. 2.3.2b).

A more systematic atte by Honorton, Ramsey, an signed to one of two group instructed to be friendly an by an experimenter given t trials on a Schmidt machine each group. As predicted, tested by a "friendly" exp group tested by an "unfrien

Parker (1975a) found th higher in a GESP card-gues

