Approved For Release 2000/08/08 : CIA-RDP96-00789R003100140001-2

Technical Report DRAFT 12/20/91

# Anomalous Cognition in Lucid Dreams

Prepared by:

Edwin C. May, Ph.D. and S. LaBerge

20 December 1991



Science Applications International Corporation

An Employee-Owned Company

Presented to:

The Scientific Oversight Committee

Submitted by:

Science Applications International Corporation
Cognitive Sciences Laboratory
1010 El Camino Real, Suite 330
Menlo Park, California 94025

other offices Colorado Springs

EXHIBIT 12 (3 pages)

5TH INFO FOR THE COURT CIA EXHIBIT BI ANOMALOUS COGNITION IN LUCID DREAMS (23pgs)

1010 El Camino Real, Suite 330, P.O. Box 1412, Menlo Park, CA 94025 • (415) 325-8292

Approved For Release 2000/08/08 : CIA-RDP96-00789R003100140001-2

UNEDITED DRAFT

Approved For Release 2000/08/08 : CIA-RDP96-00789R003100140001-2

lucid dreams observed in a gi[illegible] period by the corresponding total time in stage REM for the same REM period. A regression analysis clearly demonstrated that relative lucidity probability was a linear function of ordinal REM period number ($r = .98$, $p < .0001$). No measure of activation (EM, RR, HR, *SP*) even approached significance when entered into the regression equation, indicating that the increase in lucid dream probability is not explained by a general increase in CNS activation across the night. These results strongly support the conclusion that lucid dreams are more likely to occur in later REM periods than in earlier ones—provided, of course, that sleep is continued long enough.

Another factor influencing the temporal distribution of lucid dreams is initiation type. LaBerge's (1987) personal record of lucid dreams indicates that, for him, W-type lucid dreams are over 10 times more frequent during afternoon naps than they are during the first REM period of the night ($p < .0002$).

## EEG ALPHA ACTIVITY DURING REM LUCID DREAMS

The fact that lucid dreaming occurs during REM sleep partially defines the sort of EEG activity characteristic of lucid dreams. However, the standard criteria for determining REM sleep (Rechtschaffen & Kales, 1968) are quite general when referring to the EEG, being simply "relatively low voltage, mixed frequency," without specifying how much of which frequencies might be mixed. As noted previously, REM sleep is a labile and heterogeneous state. For example, during REM, the EEG sometimes shows predominant 2 to 3 Hz "sawtooth" waves, whereas at other times it may exhibit prominent 8 to 10 Hz alpha waves. Consequently, the question arises: Does the range of EEG activity characteristic of lucid dreams reliably differ in any way from that of nonlucid dreams?

In a series of studies, Ogilvie and colleagues have pursued the hypothesis that lucid dreams are associated with high levels of alpha activity. In the first of these investigations, they came to the initial "impression that alpha is the dominant EEG frequency during lucid dreams" on the rather shaky grounds of a comparison of "percent alpha in the EEG" of just two lucid dream REM periods with percentage alpha for six nonlucid dream REM periods for a *single* subject (Ogilvie, Hunt, Sawicki, & McGowan, 1978, p. 165).

Ogilvie, Hunt, Tyson, Lucescu, and Jeakins (1982) followed up their preliminary work with a larger study in which 10 subjects (all good dream recallers, with a wide range of lucid dreaming ability) were recorded 2 nights each in the sleep laboratory, during which they were awakened four times per night from REM sleep: half of the time during periods of relatively high alpha and half of the time during relatively low alpha. Dream reports were collected and rated on a lucidity scale by a judge blind to the awakening condition. Significantly higher lucidity ratings were obtained for high-alpha compared to low-alpha awakenings.

Several methodological problems of this study cast doubt on Ogilvie *et al.*'s (1982) conclusion that lucid dreams are associated with high alpha activity. One is that the differences found between low and high alpha reports were based primarily on the degrees of *pre*lucidity in the reports. Even more important, we have no assurance of whether, in either condition, the episode of prelucidity or lucidity occurred in association with the final 20 to 30 second period of either high or low alpha activity that determined the awakening condition. Moreover, because none of the dreams classified as lucid were marked by any signals, we have no proof that they were in fact lucid dreams, nor in any case do we have any way of determining what the degree of alpha activity was *during* the frequently brief episodes of lucidity.

Because of Ogilvie *et al.*'s (1982) design, we cannot exclude the possibility that what their study may actually have demonstrated is that the tendencies of subjects to retrospectively judge themselves to have been briefly or partially lucid vary with the amount of alpha activity either just before or during the process of awakening. Support for this interpretation comes from an earlier study, which concluded that mentation reports collected from REM periods showing EEGs with a high proportion of alpha waves were associated with "some feeling of control over the content" and were frequently labeled by subjects as "thoughts" rather than "dreams" (Goodenough, Shapiro, Holden, & Steinschriber, 1959).

There is another possible design problem with the Ogilvie *et al.* (1982) study that seems serious enough to merit mention: The judges' lucidity ratings were based not upon the spontaneous dream reports but on the subjects' answers to rather leading questions subsequently posed by the interviewer, such as "Was there any point when you wondered whether or not you might be dreaming?" and "Was there any point at which you knew you were dreaming while the dream was going on?" The demand characteristics should be obvious. Additionally, there is a problem that retrospective judgments about earlier states of mind are likely to be confounded by our current mental state. Cognitive capacities we currently possess are likely to be mistakenly remembered as having been present in an earlier state. A conservative approach should perhaps put more weight on the original dream reports; in the present context, one would like to know how many subjects spontaneously mentioned in their reports that they had been prelucid or lucid.

In a more recent study, Ogilvie *et al.* (1983) remedied several of these methodological problems and arrived at a conclusion regarding alpha activity and lucidity unsupportive of their earlier work. They studied eight lucid dreamers for 1 to 4 nights in a sleep lab. The subjects were awakened from REM following spontaneous or cued eye movement signals. The cue buzzer sounded after 15 minutes of REM during periods of either high or low alpha activity. The subjects were to signal at the cue and again 30 seconds later if in a lucid dream. Reports were elicited 30 to 60 seconds after cued or spontaneous signals and rated for lucidity. Contrary to their earlier findings, the low-alpha condition yielded

Approved For Release 2000/08/08 : CIA-RDP96-00789R003100140001-2

Approved For Release 2000/08/08 : CIA-RDP96-00789R003100140001-2

being asleep (i.e., the conventional sleep stages). Before finding our way out of this muddle, we will probably need to characterize a wider variety of states of consciousness than those few currently distinguished (e.g., dreaming, sleeping, waking, and so on).

Because many researchers have reported cognitive task dependency of lateralization of EEG alpha activity in the waking state, LaBerge undertook a pilot study to determine whether similar relationships would hold in the lucid dream state. The two tasks selected for comparison were dreamed singing and dreamed counting, activities expected to result in relatively greater engagement of the subjects' left and right cerebral hemispheres, respectively.

Integrated alpha band EEG activity was derived from electrodes placed over right and left temporal lobes while four subjects sang and counted in their lucid dreams (marking the beginning and end of each task by eye movement signals). The results supported the hypothesized lateralization of alpha activity: The right hemisphere was more active than the left during singing; during counting the reverse was true. These shifts were similar to those observed during actual singing and counting (LaBerge & Dement, 1982b).

Temporal Lobes

Sexual activity is a rather commonly reported theme of lucid dreams (Garfield, 1979; LaBerge, 1985a). However, at this point, only a single physiological investigation of lucid dream sex has been published. LaBerge, Greenleaf, and Kedzierski (1983) undertook a pilot study to determine the extent to which subjectively experienced sexual activity during REM lucid dreaming would be reflected in physiological responses. Their subject was a highly proficient lucid dreamer who spent the night sleeping in the laboratory. Sixteen channels of physiological data, including EEG, EOG, EMG, respiration, skin conductance level (SCL), heart rate, vaginal EMG (VEMG), and vaginal pulse amplitude (VPA), were recorded. The experimental protocol called for the subject to make specific eye movement signals at the following points: when she realized she was dreaming (i.e., the onset of the lucid dream); when she began sexual activity (in the dream); and when she experienced orgasm. The subject reported a lucid dream in which she carried out the experimental task exactly as agreed upon. Data analysis revealed a significant correspondence between her subjective report and all but one of the autonomic measures; during the 15-second orgasm epoch, mean levels for VEMG activity, VPA, SCL, and respiration rate reached their highest values and were significantly elevated compared to means for other REM epochs. Contrary to expectation, heart rate increased only slightly and nonsignificantly.

LaBerge (1985a) reports replicating this experiment using two male subjects. In both cases, respiration showed striking increases in rate. Again, there were no significant elevations of heart rate. Interestingly, although both subjects reported vividly realistic orgasms in their lucid dreams, neither actually ejaculated, in contrast to the "wet dreams" commonly experienced by adolescent males. The mechanism of nocturnal emissions is probably local reflex irritability because wet dreams do not necessarily involve dream content of a sexual nature, again in contrast to lucid dream orgasms, which are obviously sexual; it appears we have two extreme cases: "bottom-up" versus "top-down" orgasms.



All of these results support the conclusion that the events we experience while asleep and dreaming produce effects on our brains (and to a lesser extent, bodies) remarkably similar to those that would be produced if we were actually to experience the corresponding events while awake. The reason for this is probably that the multimodal imagery of the dream is produced by the same brain systems that produce the equivalent perceptions (cf. Finke, 1980). Perhaps this is why dreams seem so real: To our brains, dreaming of doing something is equivalent to actually doing it.

## REFERENCES


Anderson, J. R. (1983). *The architecture of cognition*. Cambridge: Harvard University Press.

Antrobus, J. S. (1986). Dreaming: Cortical activation and perceptual thresholds. *Journal of Mind and Behavior*, *7*, 193–212.

Antrobus, J. S., Antrobus, J. S., & Fisher, C. (1965). Discrimination of dreaming and nondreaming sleep. *Archives of General Psychiatry*, *12*, 395–401.

Aquinas, St. Thomas. (1947) *Summa theologica* (Vol. 1). New York: Benziger Brothers.

Armitage, R., Hoffmann, R., Moffitt, A., & Shearer, J. (1985). Ultradian rhythms in interhemispheric EEG during sleep: A disconfirmation of the GILD hypothesis. *Sleep Research*, *14*, 286.

Aserinsky, E. (1971). Rapid eye movement density and pattern in the sleep of young adults. *Psichophysiology*, *8*, 361–375.

Berger, R. (1977). *Psyclosis: The circularity of experience*. San Francisco: W. H. Freeman.

Brylowski, A., LaBerge, S., Levitan, L., Booth, F., & Nelson, W. (1986). *H-reflex suppression in lucid vs. non-lucid REM sleep*. Manuscript submitted for publication.

Cohen, D. B. (1979). *Sleep and dreaming: Origins, nature and functions*. Oxford: Pergamon.

Dane, J. (1984). *An empirical evaluation of two techniques for lucid dream induction*. Unpublished doctoral dissertation, Georgia State University.

Fenwick, P., Schatzmann, M., Worsley, A., Adams, J., Stone, S., & Backer, A. (1984). Lucid dreaming: Correspondence between dreamed and actual events in one subject during REM sleep. *Biological Psychology*, *18*, 243–252.

Finke, R. A. (1980). Levels of equivalence in imagery and perception. *Psychological Review*, *87*, 113–132.

Foulkes, D. (1974). Review of Schwartz and Lefebvre (1973). *Sleep Research*, *3*, 113.

Garfield, P. (1975). Psychological concomitants of the lucid dream state. *Sleep Reserach*, *4*, 183.

Garfield, P. (1979). *Pathway to ecstasy*. New York: Holt, Rhinehart, & Winston.

Goodenough, D. R., Shapiro, A., Holden, M., & Steinschriber, L. (1959) A comparison of "dreamers" and "nondreamers": Eye movements, electroencephalograms and the recall of dreams. *Journal of Abnormal Psychology*, *59*, 295–302.

Green, C. (1968). *Lucid dreams*. London: Hamish Hamilton.

Hall, J. A. (1977). *Clinical uses of dreams*. New York: Grune & Stratten.

Hartmann, E. (1975). Dreams and other hallucinations: An approach to the underlying mechanism. In R. K. Siegal & L. J. West (Eds.), *Hallucinations* (pp. 71–79). New York: Wiley.


Approved For Release 2000/08/08 : CIA-RDP96-00789R003100140001-2