Approved For Release 2001/04/02 : CIA-RDP96-00789R001001420001-3

*USAF Declassification & Release Instructions on File*

AIR WAR COLLEGE
AIR UNIVERSITY

PSYCHIC WARFARE:
EXPLORING THE MIND FRONTIER

by

Dolan M. McKelvy
Lieutenant Colonel, USAF

A RESEARCH REPORT SUBMITTED TO THE FACULTY

IN

FULFILLMENT OF THE RESEARCH

REQUIREMENT

Research Advisor: Colonel Donald N. Panzenhagen

MAXWELL AIR FORCE BASE, ALABAMA

May 1988

5TH INFO FOR THE COURT CIA
EXHIBIT BJ
PSYCHIC WARFARE
(16pgs)

EXHIBIT 13
(11 pages)

Approved For ... CIA-RDP96-00789R001001420001-3

Approved For Release 2001/04/02 : CIA-RDP96-00789R001001420001-3

## TABLE OF CONTENTS

| CHAPTER | | PAGE |
|---|---|---|
| | DISCLAIMER | ii |
| | ABSTRACT | iii |
| | BIOGRAPHICAL SKETCH | iv |
| I | INTRODUCTION | 1 |
| II | DEFINING PARAPSYCHOLOGY... PSI | 4 |
| III | DISCOVERING THE MINDS GREAT TREASURES | 6 |
| | SOVIET THREAT | 11 |
| | U.S. RESEARCH | 17 |
| IV | POTENTIAL MILITARY USES | 21 |
| | INTELLIGENCE | 22 |
| | PERSONNEL | 24 |
| | COMMUNICATIONS | 26 |
| | ELECTRONIC EQUIPMENT | 27 |
| | WEAPONS | 28 |
| V | FEASABILITY OF OPERATIONAL EMPLOYMENT | 30 |
| | CONTROLABLILITY | 30 |
| | LEARNABLILITY | 31 |
| | PRACTICE | 34 |
| | OPERATIONAL AVAILABILITY | 34 |
| VI | SELF IMPOSED OBSTACLES | 37 |
| | MIND SET | 37 |
| | EXTREME SECRECY | 42 |
| | NO FOCAL POINT | 44 |
| VII | RECOMMENDATIONS | 45 |
| VIII | CONCLUSIONS | 49 |
| | LIST OF REFERENCES | 51 |

Approved For Release 2001/04/02 : CIA-RDP96-00789R001001420001-3

Approved For Release 2001/04/02 : CIA-RDP96-00789R001001420001-3

research into parapsychological phenomena. He concluded:

> The impact that psychotronic weaponry and other paranormal applications will have in the future is difficult to determine at this time...whoever makes the first major breakthrough in this field will have a quantum lead over his opponent, an advantage similar to sole possession of nuclear weapons...The intent here is to emphasize the need for more coordinated research in the realm of the paranormal. Additionally, there is a need to provide leaders at all levels with a basic understanding of weapons systems they may encounter in the not too distant future (3:52).

A response came almost immediately. In January 1981, columnist Jack Anderson of The Washington Post was quick to demonstrate American skepticism of psychic research in an article entitled "Pentagon Invades Buck Rogers' Turf." Anderson's one-sided derogatory prose was filled with terms like "futuristic fantasies," "hogwash" and "voodoo warfare"(4:D16). A month later Anderson was back reinforcing psychic skepticism. This time he began, "The brass hats are, indeed, dabbling in the dark arts." Other carefully chosen phrases included "evil eye," "comic-strip," "Ouija board warriors" and "voodoo warriors arsenal"(5:DC11). Within weeks he returned to the subject by referring to "wacky projects" of the CIA, or studies "like a Haitian witch doctor might try"(6:B13).

Maclean's magazine reported in 1981 that President Reagan and Defense Secretary Weinberger had to decide:

> Whether to continue funding the top-secret project which, according to Jack Anderson of The

Approved For Release 2001/04/02 : CIA-RDP96-00789R001001420001-3

2

Approved For Release 2001/04/02 : CIA-RDP96-00789R001001420001-3

Affairs Committee chairman Dante Fascell came away impressed (22:5).

Was Lt. Col. Alexander's message taken seriously? Is the Defense Department conducting more coordinated parapsychology research? Do leaders at all levels have a basic understanding of these psychic weapons systems we may soon encounter? What is the potential threat to the electronic components which form the basic foundation of all our sophisticated weapons systems? In light of future Defense Department funding limitations, does parapsychology (the mind frontier) really offer a new battlefield dimension which warrants continued military exploration? This paper attempts to answer these questions by providing an unclassified status update on LT. COL. Alexander's 1980 concerns. It is not a research report to identify everything the government is doing. By researching events and literature in the 1980s, particularly those involving military personnel and government programs, this paper shows that too much is happening in the parapsychology field to ignore, and too little information is disseminated to know how to treat it properly.

## DEFINING PARAPSYCHOLOGY PSI

Paranormal phenomena are observable facts or events which are not scientifically explainable at this time. Psychic research includes such phenomena as telepathy (mind-to-mind communication), precognition (knowledge of future events), dowsing (clairvoyant ability to find water,

Approved For Release 2001/04/02 : CIA-RDP96-00789R001001420001-3

4

Approved For Release 2001/04/02 : CIA-RDP96-00789R001001420001-3

minerals, and so on, by means beyond known sensory or perceptual faculties), remote viewing or out-of-body experiences (seeing locations, objects or events shielded from ordinary perception in a spatial location separate from one's physical body) and psychokinesis (movement of matter by mental means without using any known physical force). These types of psychic functioning are also referred to as psi, which is frequently preferred by researchers to dispel the misconception that these capabilities are outside the realm of normal human experience. Researchers contend psychic functioning "occurs naturally in the everyday experiences of many people"(41:11). Psi is further subdivided into two categories. The term extrasensory perception (ESP) refers to telepathy, dowsing, precognition and remote viewing, while the term PK refers to psychokinesis (33:27). Psychotronics is the term used to describe "the amplification of psychic energies by electronic devices"(33:125).

The first recorded experiment of psi involved a military intelligence application of remote-viewing. Back in 550 B.C. King Croesus of Lydia felt threatened by the increasing power of the Persians. He needed to know what they were planning. Historians give us a detailed account of just what happened. Croesus sought an oracle who could somehow perceive his enemies plans; an oracle with proven psychic abilities. So he devised a simple test. He dispatched messengers throughout the ancient world to visit

Approved For Release 2001/04/02 : CIA-RDP96-00789R001001420001-3

Approved For Release 2001/04/02 : CIA-RDP96-00789R001001420001-3

One of the conclusions of our decade of research at SRI is that we found no bounds for psychic functioning. As physicists, we always try and look for the limits of phenomena, but what we found is that electro-magnetic shielding does not interfere with psychic functioning. We even went to the extent of having remote viewing experiments conducted with the viewer submerged in a submarine under 500 feet of sea-water. That greatly alters even the lowest frequency of electro-magnetic waves. But we found the viewers perfectly able to do remote viewing from the submarine, just as they had done on dry land. We also found that they were to look across distances up to thousands of miles. So from our experiments we found that neither distance nor electro-magnetic shielding interfered with psychic functioning (39:86).

Bearden goes even further. He postulates that through the use of psychotronic electromagnetic scalar weapons all forms of electronic communications are vulnerable. He supports an emerging theory of local general relativity (LGR), which does not assume that local spacetime is always flat, but rather allows the individual conservation laws to be violated locally. "The major implication of this startling new engineering physics is that one can engineer physical reality itself...communication faster than light speed is possible"(9:10).

ELECTRONIC EQUIPMENT

Many researchers are concentrating on tests of low-energy psychokinesis, called micro-PK. "Typically, the psychic subject tries to influence a simple mechanical or electrical system, such as a sensitive thermometer or computer microchip, which can be affected by a very low level of energy." Robert Jahn, Dean of the School of Engineering and Applied Science at Princeton University,

Approved For Release 2001/04/02 : CIA-RDP96-00789R001001420001-3

says such tests have shown consistently positive results (33:54). If a microchip and other electronic equipment can be mentally manipulated, the new high-tech information revolution has just been handed a deadly setback. Financial institutions, businesses, governments, and those dependent on computers are suddenly very vulnerable. This apparent capability has created a paranoia amongst talented psychics in the parapsychology field--perhaps with some justification. "Researcher Jeffrey Mishlove believes that anyone with the ability to jam computers 'would probably have to be destroyed'"(33:55).

How big of a step is it from being able to mentally stop an elevator at will, to manipulating the computer or electronics of a weapon system?

WEAPONS

Through psychotronics Bearden says "almost every weapon system we presently have -- or are developing -- is vulnerable to scalar EM weaponry." Once again we see existing weapons and technology possibly falling prey to a new weapons generation, called psychotronics. He developed this weapons list in 1980.

> The following list enumerates all the probable Soviet psychotronic weapons that I am aware of: (1) Electromagnetic Field Canceler; (2) Electron Current Canceler; (3) Death Radiator (De-inceptor); (4) Free Energy Generator; (5) Psychotronic Bomb; (6) Brain link; (7) Brain Probe; (8) Disease Radiator Ray; (9) Emotion Radiator Ray; (10) Antisubmarine Systems; (11) Teleporters (Prototype); (12) Force Generators; (13) Orthoframe Generators; (14) Quark/Antiquark Rays; (15) Distant Telepathy; (16) Nuclear

Radiation Inhibitors; (17) Mental Implantation; (18) ABM Systems, Midcourse and Terminal; (19) Materializer Shields; (20) Sweeps for Nuclear Debris; (21) AAA Systems; (22) Antisatellite Systems; (23) Tesla-effect Weapons; (24) Earthquake Generators; (25) Antivehicle Systems; (26) Weather Control Systems (10:220-221).

He and others have continued monitoring and documenting instances where they believe these weapons have been tested, theorizing the possible effects and matching them up with real world paranormal events. Typical incidents he describes include, a Tesla Weapon at Saryshagan (Scalar Potential Interferometer), "Nuclear" Flashes off the Coast of Africa, the 15 April, 1979 Yugoslavian Earthquake, a Tesla Shield sited in August 1980, a Continuous Tesla Fireball in Lithuania on 10 September, 1976, a Continuous Tesla EMP Globe in Iran, East Coast Aerial Blasts (High Burst Registration?) in 1977 and 1978, Booms in Delaware in 1982, and "Laser" Blinding of U.S. Satellites in 1975,(11:26). More recent incidents include abnormalities during Titan launches, shuttle launches, and even associated weather anomalies.

Think, the ability to manipulate the weather would allow you to literally control the fog of war. But Bearden's 1986 apocalyptic message foretells of an ultimate destructive power,

> There is a special time bomb ticking away for all of humanity. For the first time, the total destruction of our entire biosphere -- and perhaps our entire solar system -- is only moments away from the finger on the trigger (9:86).

Just how feasible are these potential military uses

There are three avenues that parapsychologist have long since recognized as possible routes to general acceptance of psi: 1. Through experiments which produce psi upon demand in laboratories so skeptics are convinced that all conditions are correctly controlled. 2. Through mainstream sciences acceptance of new theories which explain psi phenomena. 3. Through finding practical applications that "work" regardless of our limited understanding (33:xii-xiii).

Researchers have traditionally tried to use method one to convince the scientific community, but "prevailing concepts" reign supreme. Method two is also directly dependent on the scientific community and is very unlikely given the limited understanding of psi today. That is why psi practitioners and many researchers have gone to method three in the 1980s. Through practical application they can develop their skills, leaving "prevailing concepts" behind, along with the scientific community. Many researchers point to how the scientific community was the last to accept hypnotism--so too researchers feel psi will gain acceptance from society long before the scientific community comes to grips with it.

Operational use of psi is up to the user. King Croesus was content after one test to use the Delphi oracle. World famous psychic, Edgar I. Cayce, advised General John Pershing and accompanied him on European missions. Even General Patton used the psi talents of a

Approved For Release 2001/04/02 : CIA-RDP96-00789R001001420001-3

water dowser while in North Africa (33:42).

More recently, according to Barbara Honegger, who worked three years in the White House office of Policy Development for the Reagan administration,

> parapsychology played a major role in one of the administration's most controversial defense decisions--abandoning the Carter administration's 'shell-game' deployment for the MX missile...In other words, U.S. studies show Soviet psychics could beat the shell game and pinpoint the missiles (33:17).

These examples show how operational use depends equally on someone taking the risk to try unorthodox techniques. Congressman Charlie Rose (D-N.C.) is a respected long-term congressman and member of the House Select Committee on Intelligence. He takes psychic weapons seriously, but in 1984 didn't think we had the technology to build them.

> The congressman's personal experience has convinced him such breakthroughs are on the horizon. He has attended classified demonstrations of remote viewing arranged by the CIA. Says Rose, "I've seen some incredible examples of remote viewing--so much so that I think we ought to pay close attention to developments in this field, and especially to what the Soviets are doing. If they develop a capacity to have people mentally view secret centers within this country, we could come to the point where we didn't have any secrets"(33:47-48).

Bearden thinks those breakthroughs have occurred. He has documented evidence that the Soviets are beyond the speculation and research stages, and have deployed psi weapons systems ready to strike. With the threat so near, why are we so unprepared?

Approved For Release 2001/04/02 : CIA-RDP96-00789R001001420001-3

36

## SELF IMPOSED OBSTACLES

Despite extensive evidence of psi and its tremendous potential use as an instrument of power, we continue to impede our own progress. Our mind set, extreme secrecy, and disjoint research fuels skepticism and criticism rather than seeking truth.

## MIND SET

The history of psi in Western society is filled with distinguished scientist from diverse fields who became maligned and professionally ridiculed for their psychic research. People feared that science would undermine traditional religious beliefs. Even electricity was considered to be an occult and mystical force in the 1850s. Robert Hare, a major American chemist, Alfred Russel Wallace, the cofounder with Darwin of the theory of evolution by natural selection, and Sir William Crookes, the chemist and physicist who discovered thallium and invented the radiometer, were the first of a continual succession of eminent scientists who endorsed paranormal claims based on their own research (27:825). Even today, the 130 years of controversy over psychical research is impeding progress. Robert Jahn, Professor of Aerospace Sciences and Dean of the School of Engineering and Applied Sciences at Princeton related one experience.

> I confess that I [discuss parapsychology research] with some trepidation, borne of previous unpleasant experiences. For example, a lighthearted article in the Princeton alumni magazine, in which I attempted to share some of