No Objection to Declassification in Part 2013/07/31 : LOC-HAK-452-1-2-6

MEMORANDUM  [Absolutely Outside the System]

## THE WHITE HOUSE
WASHINGTON

~~TOP SECRET~~

ACTION

September 4, 1972

MEMORANDUM FOR:    GENERAL HAIG

FROM:    RICHARD T. KENNEDY

SUBJECT:    Psywar

As I mentioned briefly on the phone, Helms' people are still thinking ahead to new steps we can take to turn up the heat in our psywar campaign. Helms, however, does not want to formally submit proposals which are thought to be beyond the pale.

25X1

EXHIBIT 14
(1 page)

5TH INFO FOR THE COURT CIA
EXHIBIT BK
MEMORANDUM PSYWAR
(2pgs)

~~TOP SECRET~~       NSS Review Completed.

No Objection to Declassification in Part 2013/07/31 : LOC-HAK-452-1-2-6