Patents

# Nervous system manipulation by electromagnetic fields from monitors

## Abstract

Physiological effects have been observed in a human subject in response to stimulation of the skin with weak electromagnetic fields that are pulsed with certain frequencies near ½ Hz or 2.4 Hz, such as to excite a sensory resonance. Many computer monitors and TV tubes, when displaying pulsed images, emit pulsed electromagnetic fields of sufficient amplitudes to cause such excitation. It is therefore possible to manipulate the nervous system of a subject by pulsing images displayed on a nearby computer monitor or TV set. For the latter, the image pulsing may be imbedded in the program material, or it may be overlaid by modulating a video stream, either as an RF signal or as a video signal. The image displayed on a computer monitor may be pulsed effectively by a simple computer program. For certain monitors, pulsed electromagnetic fields capable of exciting sensory resonances in nearby subjects may be generated even as the displayed images are pulsed with subliminal intensity.

Images (9)



Classifications

■ A61N2/00  Magnetotherapy

**US6506148B2**
United States

Download PDF    Find Prior Art    Similar

Inventor: Hendricus G. Loos

Worldwide applications

2001  US

Application US09/872,528 events ⓘ

| | |
|---|---|
| 2001-06-01 | Application filed by Hendricus G. Loos |
| 2001-06-01 | Priority to US09/872,528 |
| 2002-12-12 | Publication of US20020188164A1 |
| 2003-01-14 | Application granted |
| 2003-01-14 | Publication of US6506148B2 |
| 2020-02-14 | Application status is Active |
| 2021-06-01 | Anticipated expiration |

Info: Patent citations (15), Non-patent citations (5), Cited by (2), Legal events, Similar documents, Priority and Related Applications

External links: USPTO, USPTO Assignment, Espacenet, Global Dossier, Discuss

## Description

### BACKGROUND OF THE INVENTION

The invention relates to the stimulation of the human nervous system by an electromagnetic field applied externally to the body. A neurological effect of external electric fields has been mentioned by Wiener (1958), in a discussion of the bunching of brain waves through nonlinear interactions. The electric field was arranged to provide "a direct electrical driving of the brain". Wiener describes the field as set up by a 10 Hz alternating voltage of 400 V applied in a room between ceiling and ground. Brennan (1992) describes in U.S. Pat. No. 5,169,380 an apparatus for alleviating disruptions in circadian rythms of a mammal, in which an alternating electric field is applied across the head of the subject by two electrodes placed a short distance from the skin.

A device involving a field electrode as well as a contact electrode is the "Graham Potentializer" mentioned by Hutchison (1991). This relaxation device uses motion, light and sound as well as an alternating electric field applied mainly to the head. The contact electrode is a metal bar in Ohmic contact with the bare feet of the subject, and the field electrode is a hemispherical metal headpiece placed several inches from the subject's head.

In these three electric stimulation methods the external electric field is applied predominantly to the head, so that electric currents are induced in the brain in the physical manner governed by electrodynamics. Such currents can be largely avoided by applying the field not to the head, but rather to skin areas away from the head. Certain cutaneous receptors may then be stimulated and they would provide a signal input into the brain along the natural pathways of afferent nerves. It has been found that, indeed, physiological effects can be induced in this manner by very weak electric fields, if they are pulsed with a frequency near ½ Hz. The observed effects include ptosis of the eyelids, relaxation, drowziness, the feeling of pressure at a centered spot on the lower edge of the brow, seeing moving patterns of dark purple and greenish yellow with the eyes closed, a tonic smile, a tense feeling in the stomach, sudden loose stool, and sexual excitement, depending on the precise frequency used, and the skin area to which the field is applied. The sharp frequency dependence suggests involvement of a resonance mechanism.

It has been found that the resonance can be excited not only by externally applied pulsed electric fields, as discussed in U.S. Pat. Nos. 5,782,874, 5,899,922, 6,081,744, and 6,167,304, but also by pulsed magnetic fields, as described in U.S. Pat. Nos. 5,935,054 and 6,238,333, by weak heat pulses applied to the skin, as discussed in U.S. Pat. Nos. 5,800,481 and 6,091,994, and by subliminal acoustic pulses, as described in U.S. Pat. No. 6,017,302. Since the resonance is excited through sensory pathways, it is called a sensory resonance. In addition to the resonance near ½ Hz, a sensory resonance has been found near 2.4 Hz. The latter is characterized by the slowing of certain cortical processes, as discussed in the '481, '922, '302, '744, '944, and '304 patents.

The excitation of sensory resonances through weak heat pulses applied to the skin provides a clue about what is going on neurologically. Cutaneous temperature-sensing receptors are known to fire spontaneously. These nerves spike somewhat randomly around an average rate that depends on skin temperature. Weak heat pulses delivered to the skin in periodic fashion will therefore cause a slight frequency modulation (fm) in the spike patterns generated by the nerves. Since stimulation through other sensory modalities results in similar physiological effects, it is believed that frequency modulation of spontaneous afferent neural spiking patterns occurs there as well.

It is instructive to apply this notion to the stimulation by weak electric field pulses administered to the skin. The externally generated fields induce electric current pulses in the underlying tissue, but the current density is much too small for firing an otherwise quiescent nerve. However, in experiments with adapting stretch receptors of the

5TH INFO FOR THE COURT CIA
EXHIBIT BF
PATENTS HENDRICUS LOOS
(6pgs)

EXHIBIT 15
(2 pgs)

https://patents.google.com/patent/US6506148B2/en    2/14/2020

Patents 

## Subliminal acoustic manipulation of nervous systems

*V2K or Voice to Skull technology* (handwritten annotation)

### Abstract

In human subjects, sensory resonances can be excited by subliminal atmospheric acoustic pulses that are tuned to the resonance frequency. The 1/2 Hz sensory resonance affects the autonomic nervous system and may cause relaxation, drowsiness, or sexual excitement, depending on the precise acoustic frequency near 1/2 Hz used. The effects of the 2.5 Hz resonance include slowing of certain cortical processes, sleepiness, and disorientation. For these effects to occur, the acoustic intensity must lie in a certain deeply subliminal range. Suitable apparatus consists of a portable battery-powered source of weak subaudio acoustic radiation. The method and apparatus can be used by the general public as an aid to relaxation, sleep, or sexual arousal, and clinically for the control and perhaps treatment of insomnia, tremors, epileptic seizures, and anxiety disorders. There is further application as a nonlethal weapon that can be used in law enforcement standoff situations, for causing drowsiness and disorientation in targeted subjects. It is then preferable to use venting acoustic monopoles in the form of a device that inhales and exhales air with subaudio frequency.

US6017302A
United States

Download PDF    Find Prior Art    Similar

Inventor: Hendricus G. Loos

Worldwide applications
1997 US

Application US08/961,907 events
- 1997-10-31  Application filed by Loos, Hendricus G.
- 1997-10-31  Priority to US08/961,907
- 2000-01-25  Application granted
- 2000-01-25  Publication of US6017302A
- 2017-10-31  Anticipated expiration
- 2020-02-15  Application status is Expired - Lifetime

Info: Patent citations (7), Cited by (19), Legal events, Similar documents, Priority and Related Applications

External links: USPTO, USPTO Assignment, Espacenet, Global Dossier, Discuss

### Images (6)



### Classifications

- G10K7/005 Ultrasonic sirens

View 5 more classifications

### Description

#### BACKGROUND OF THE INVENTION

The central nervous system can be manipulated via sensory pathways. Of interest here is a resonance method wherein periodic sensory stimulation evokes a physiological response that peaks at certain stimulus frequencies. This occurs for instance when rocking a baby, which typically provides relaxation at frequencies near 1/2 Hz. The peaking of the physiological response versus frequency suggests that one is dealing here with a resonance mechanism, wherein the periodic sensory signals evoke an excitation of oscillatory modes in certain neural circuits. The sensory pathway involved in the rocking example is the vestibular nerve. However, a similar relaxing response at much the same frequencies can be obtained by gently stroking a child's hair, or by administering weak heat pulses to the skin, as discussed in U.S. Pat. No. 5,800,481, Sep. 1, 1998. These three types of stimulation involve different sensory modalities, but the similarity in responses and effective frequencies suggests that the resonant neural circuitry is the same. Apparently, the resonance can be excited either via vestibular pathways or via cutaneous sensory pathways that carry tactile or temperature information.

Near 2.5 Hz another sensory resonance has been found that can be excited by weak heat pulses induced in the skin, as discussed in U.S. Pat. No. 5,800,481, Sep. 1, 1998. This sensory resonance brings on a slowing of certain cortical functions, as indicated by a pronounced increase in the time needed to silently count backward from 100 to 70 with the eyes closed. The effect is sharply dependent on frequency, as shown by a response peak a mere 0.13 Hz wide. The thermally excited 2.5 Hz resonance was found to also cause sleepiness, and after long exposure, dizziness and disorientation.

Other, more obscure types of stimulation in the form of weak magnetic fields or weak external electric fields can also cause the excitation of sensory resonances, as

#### SUMMARY OF THE INVENTION

Experiments have shown that atmospheric acoustic stimulation of deeply subliminal intensity can excite in a human subject the sensory resonances near 1/2 Hz and 2.5 Hz. The 1/2 Hz resonance is characterized by ptosis of the eyelids, relaxation, drowsiness, a tonic smile, tenseness, or sexual excitement, depending on the precise acoustic frequency near 1/2 Hz that is used. The observable effects of the 2.5 Hz resonance include a slowing of certain cortical functions, sleepiness, and, after long exposure, dizziness and disorientation. The finding that these sensory resonances can be excited by atmospheric acoustic signals of deeply subliminal intensity opens the way to an apparatus and method for acoustic manipulation of a subject's nervous system, wherein weak acoustic pulses are induced in the atmosphere at the subject's ears, and the pulse frequency is tuned to the resonance frequency of the selected sensory resonance. The method can be used by the general public for control of insomnia and anxiety, and for facilitation of relaxation and sexual arousal. Clinical use of the method includes the control and perhaps a treatment of anxiety disorders, tremors, and seizures. A suitable embodiment for these applications is a small portable battery-powered subaudio acoustic radiator which can be tuned to the resonance frequency of the selected sensory resonance.

There is an embodiment suitable for law enforcement operations in which a subject's nervous system is manipulated from a considerable distance, as in a standoff situation. Subliminal subaudio acoustic pulses at the subject's location may then be induced by acoustic waves radiating from a venting acoustic monopole, or by a pulsed air jet, especially when aimed at the subject or at another material surface, where the jet velocity fluctuations are wholly or partly converted into static pressure fluctuations.

The described physiological effects occur only if the intensity of the acoustic stimulation falls in a certain range, called the effective intensity window. This window has been measured in exploratory fashion for the 2.5 Hz resonance.