(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau





(43) International Publication Date
26 March 2020 (26.03.2020)  WIPO|PCT

(10) International Publication Number
**WO 2020/060606 A1**

(51) International Patent Classification:
G06Q 20/06 (2012.01)    G06Q 30/02 (2012.01)
G06Q 20/32 (2012.01)    G06N3/08 (2006.01)
H04L 9/32 (2006.01)

(21) International Application Number:
                    PCT/US20 19/038084

(22) International Filing Date:
                    20 June 2019 (20.06.2019)

(25) Filing Language:              English

(26) Publication Language:         English

(30) Priority Data:
16/138,5 18    21 September 2018 (21.09.2018)   US

(71) Applicant: MICROSOFT TECHNOLOGY LICENSING, LLC [US/US]; One Microsoft Way, Redmond, Washington 98052-6399 (US).

(72) Inventors: ABRAMSON, Dustin; Microsoft Technology Licensing, LLC, One Microsoft Way, Redmond, Washington 98052-6399 (US). FU, Derrick; Microsoft Technology Licensing, LLC, One Microsoft Way, Redmond, Washington 98052-6399 (US). JOHNSON, Joseph Edwin, JR.; Microsoft Technology Licensing, LLC, One Microsoft Way, Redmond, Washington 98052-6399 (US).

(74) Agent: MINHAS, Sandip S. et al.; Microsoft Technology Licensing, LLC, One Microsoft Way, Redmond, Washington 98052-6399 (US).

(81) Designated States *(unless otherwise indicated, for every kind of national protection available)*: AE, AG, AL, AM, AO, AT, AU, AZ, BA, BB, BG, BH, BN, BR, BW, BY, BZ, CA, CH, CL, CN, CO, CR, CU, CZ, DE, DJ, DK, DM, DO, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN, IR, IS, JO, JP, KE, KG, KH, KN, KP, KR, KW, KZ, LA, LC, LK, LR, LS, LU, LY, MA, MD, ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI, NO, NZ, OM, PA, PE, PG, PH, PL, PT, QA, RO, RS, RU, RW, SA,

(54) Title: CRYPTOCURRENCY SYSTEM USING BODY ACTIVITY DATA



FIG. 1

(57) Abstract: Human body activity associated with a task provided to a user may be used in a mining process of a cryptocurrency system. A server may provide a task to a device of a user which is communicatively coupled to the server. A sensor communicatively coupled to or comprised in the device of the user may sense body activity of the user. Body activity data may be generated based on the sensed body activity of the user. The cryptocurrency system communicatively coupled to the device of the user may verify if the body activity data satisfies one or more conditions set by the cryptocurrency system, and award cryptocurrency to the user whose body activity data is verified.



[Continued on next page]