EXHIBIT CS
9 pages

## Jubala, Jubalo, Jubalum[41] – Fee Fi Fo Fum

During the interrogation of the individuals' psychology, fill in the blank and rhyming games are often employed. It is a special, unique, intrusive kind of mind probing that relies upon *forced speech*, generated by TAMI or a live cloner, and evoked potentials of brain spikes of recognition of meaning, words, events, and people.

### Discussion Questions:

3.1 How does a militant dominant cultural virus spontaneously form in many countries and civilizations? How are ethical people eliminated from the construct and government? How are ethical people transformed once they acquire a position of authority?

_____

*Common Human Routines Inference Software Technology* –
**C.H.R.I.S.T.**

Conform or be destroyed. You are with us or against us.
– Subtext of those who are not independent thinkers

_____

This acronym stands for behavioral pattern prediction and classification software and a coveted database whose initial control was by the CIA/NSA located in Colorado according to Dr. B.F. Skinner at Harvard[42]. It started off as a profiling tool but expanded into total

---

[41] According to legend, these were three men who murdered the Grand Master Freemason, builder of Solomon's Temple. Their names derived from Juwes

[42] This is a primary resource reference by one of the authors of this book.

---

information awareness and a way to data mine for various groups, behavioral patterns, spies, and possible dissidents.

CHRIST, Common Human Routines Inference Software Technology, is a personality segmentation program which uses many factors. But in recent decades it has become feasible to add credit card purchases and other shopping patterns, interest groups, travel, lifestyle, web browsing patterns, phone and email speech prints, TV watching patterns, books and movies, etc. This develops a full picture of the individual and human networks.

Newer technology allows GPS tracking of individuals, their route awareness of individuals. With remote mind monitoring even sleeping patterns, speaking patterns and word choice. This is total information patterns can be tracked.

_____

*Silent Assassination Through Adapting Networks* ---- **S.A.T.A.N.**

"Ye shall know the truth and the truth shall make you mad."
– Aldus Huxley

"We have been trying to concentrate evil as humans understand it to create weaponry that attacks the information systems of the brain and body. I didn't know what we were fully doing at the time I served. I regret what I did."

– Former DARPA Scientist

_____

The basic concept behind the best silent assassination is not to stage a suicide but to cause one. The U.S. government calls them Self Manipulative Murder/Suicide. This is just one objective of the weapon system with the acronym SATAN. This is the equivalent in physical renditions of torture of a subject everyday while leaving a gun by his side in a contained room and then the torturer claiming, "I'm not responsible for their death. They killed themselves." It is equivalent to putting a knife in someone's hand, grabbing their hand and then force them to stab themselves.

One must understand their enemy in order to defend against and defeat them. This system is very aptly named SATAN. Only through severe leaks in the intelligence community was the precise and accurate

## Designing Demi-Gods, Active System     |227

The purpose of *S.A.T.A.N.* is behavior modification to death, useful in silent, plausible denial mass murders and eugenics. Training the targets for every known detrimental behavior to shorten life is the diabolical method it uses for silent kills and large scale eugenic social engineering. Even all survival instincts can be erased. The field of the study of death is called Thanatology. **Thanatologists** examine all aspects of death, including biological (the cessation of physiological processes), psychological (cognitive, emotional, and behavioral responses), and social (historical, cultural, and legal issues). In order to avoid a lawsuit, we won't name several Pentagon officials and CIA scientists that are Thanatologists with the exception of a Colonel that started a division of a satanic cult called the *Church of Satan* whose leader was Col. Aquino and who later worked for the NSA.[43] He is retired now. This was an experiment to create torturers and assassins with sociopathic behaviors. Death merchants and soldiers of fortune is not a new concept in warfare. A Yale professor, Dr. Milgram [44], conducted experiments on how normal morality of people can be subverted when authority figures command them to do the unthinkable. One can see this in operation by the common justification "I was just doing my job."

Accompanying this technology comes many layers of indirection. The jargon and language used in CIA/DoD satanic cults; both military based and mythological 'black magic' based, are coincidence by design to mimic the occult. By substitution of the language of mythology for the intelligence agency's language creates a barrier in case of a leak from those who perpetrate and those that develop the technology and scripts. Satanic cults as a means to indoctrinate and manipulate pride in evil deeds for government objectives was created by Col. Michael Aquino.

Here is a brief list and explanation for some of the verbiage used in Satanic cults and the intelligence agencies equivalent.

1) Cast a *spell* or *hex* – This means run the *S.A.T.A.N.* program on them. Like dark cloud tactics of perceived bad luck and the correlation matrix of detrimental behavioral modifications for human survival.

2) Possess with a *demon* – A.L.I.C.E. and T.A.M.I. chatter boxes with negative vocabulary or real time psychic warriors, as they are called, can do the trick. Demons that distract and destroy.

---

[43] "Monarch: The New Phoenix Program" – M. Thomas

[44] His book was called, "Obedience to Authority", Milgram experiments.

---

Torture is a strange topic to understand. Trauma based conditioning can break down the will of any human, like breaking a horse. Psychologists have stated that every traumatic event weakens the individual for similar future stress. That is not always the case. The military has a program called "SERE" which gives operatives some experience of what torture might be like. It is suppose to harden them against torture methods. Stress Conditioning techniques can both sensitize or desensitize the subject to stressful events such as lying or fight-or-flight biological responses so that they can be more logical and effective or to be forced to tell the truth and give up their will to avoid more stress.

War is Hell. The *Mind Cloning Army (i.e. Satanic Cult)* truly has done a deal with the Devil. The religious metaphor is exceptionally appropriate with this weapon system. The "psychic warrior" gives up their soul while heterodyning with a host mind as well as the typically unwilling host. This was the inspiration for the title of this book, *"Project Soul Catcher"*. Their information patterns that make them up are significantly altered with the combined collective hive mind configuration with one mind trying to overpower the will of the other. One must truly hate what they are to agree to alter their soul so significantly.

"Satan made me do it," has become popular folklore as an excuse for many horrific crimes. In many mind hacking cases, the words could not be truer given the acronym of the weapons system controlling their thought processing during the crime spree. Review the section on the new kinds of crimes that the justice systems around the world do not yet recognize that were spawned from the abuse of this technology.

## Death Doctors, Angels of Death, Psychic Assassins

"I have walked through the valley of the shadow of death." – Psalm 23

3) *Medusa* turned people to stone. Hypnosis and the Army's Zombie projects are the equivalent keeping their victims in internal mental turmoil so that they can't do or think anything for themselves. This is a subjectively perceived mental war that can never be won or extreme debilitating fear. (See MEDUSA crowd control device and the Voice of God Weapons)

4) *Sirens* lure listeners to their death. The need to know the truth is the lure. Trickery scripts like "Just take your medicine. We are here to help you," play a similar role by CIA scripts.

5) *Psychological vampires* suck the life-force out of a person. This is done by inducing long-term dread, loss of hope, and breakdown of the human spirit. It is the ultimate purpose of all brainwashing and 'enhanced interrogation' techniques.

Obviously the full list of superstitious metaphor which is commonly used is much more extensive, but the reader can get the gist of how the head games are played at several levels.

Side Note

Interview with a current CIA operative in China

Interviewer: "I am surprised, you being part of the company, have never heard of MKULTRA".

Interviewee: "I didn't know we had this technology. It makes sense to me now how we have acquired sensitive intelligence. I only try to recruit human intelligence, but I know you must write your book as fiction or it will be censored. I am your good friend but this scares me. I would hate to have you as my enemy. They will use you for any purpose they want."

Interviewer: "Don't you think that perhaps they have over turned every American value and disgraced our country by what they are doing?"

Interviewee: "This conversation is over."

Interviewer slightly irritated: "I suppose real virtue and courage are rare in this country these days. I pray for your soul. A country that continues without its values and character is nothing of value. And remember that all tyranny needs to get a foot-hold is for people of good conscience to do nothing."

This interviewer is part of the Mind Hacking Strategy Group.

## Voodoo Doll: No-touch torture subprograms

"The Phoenix is rising from the ashes of this empire to construct a more permanent and powerful control system of aristocracy."

- A friend and madman from Yale reintroduced in the Skull and Bones Club during a Harvard/Yale football game speaking of the downfall of the United States and new unobserved country borders.

The CIA recruits heavily from secret societies, final clubs, eating clubs, and fraternities because these kinds of psychologies are easily influenced by false pride and importance making them controllable by their handlers.

## Dawn of the Damned

"Not even your god can save you now." – CIA interrogator and

rough boy before he desecrated the bible as a break down tactic of the subject

1984 George Orwell, the scene where he tortures his friend Winston.

"The object of persecution is persecution. The object of torture is torture. The object of power is power."

"We are not content with negative obedience, nor even with the most abject submission. When finally you surrender to us, it must be of your own free will. We do not destroy the heretic because he resists us; so long as he resists us we never destroy him. We convert him, we capture his inner mind, we reshape him. We burn all evil and all illusion out of him; we bring him over to our side, not in appearance, but genuinely, heart and soul. We make him one of ourselves before we kill him. . . . we Even in the instance of death we cannot permit any deviation . . . . we make the brain perfect before we blow it out."

"We shall abolish the orgasm. Our neurologists are at work upon it now. There will be no loyalty, except loyalty towards the Party. There will be no love, except the love of Big Brother. There will be no laughter, except the laugh of triumph over a defeated enemy. There will be no art, no literature, no science. When we are omnipotent there will be no need of science. There will be no distinction between beauty and ugliness. There will be no curiosity, no enjoyment of the process of life. All competing pleasures will be destroyed. But always —do not forget this Winston—always there will be the intoxication of power, constantly increasing and constantly growing subtler. Always, at every moment, there will be the thrill of victory, the sensation of trampling on an enemy who is helpless. If you want a picture of the future, imagine a boot stamping on a human face—forever."

"Never again will you be capable of ordinary human feeling. Everything will be dead inside you. Never again will you be capable of love, or friendship, or joy of living, or laughter, or curiosity, or courage, or integrity. You will be hollow. We shall squeeze you empty and then we shall fill you with ourselves."

Torture is a strange topic to understand. Trauma based conditioning can break down the will of any human. Psychologists have

stated that every traumatic event weakens the individual for similar future stress. However, that is not always the case. The military has a program called "SERE" which gives operatives some experience of what torture might be like. It is suppose to harden them against torture methods. *Stress conditioning* techniques can both sensitize or desensitize the subject to stressful events such as lying or fight-or-flight biological responses so that they can be more logical and effective or be forced to tell the truth and give up their will to avoid more stress.

The integrated system of hardware, software, and techniques is complex. One program called *Voodoo Doll* of the communication weapon system can be classified as "worse-than-lethal" because it is a maximum pain and psychological torture weapon which can keep the body it is torturing alive longer than traditional torture methods. The United States and United Kingdom's have been working on perfecting maximum pain weapons for several decades.



Group Handlers

Cybernetic Hive Mind with Firewall

Firewall

Remote Control Soldier
Manchurian Candidate
Interrogation Target

The *S.A.T.A.N.* system includes interfaces to mind viruses, torture programs, and other mind hacking tools. The most unique part of the software system is a program called the "*Voodoo Doll*". It allows the user to select burn, prick, poke, and other sensations to be precisely

---

45 Other countries may also be developing maximum pain weapons but the authors of this book only have an expertise of United States and United Kingdom secret programs.

played into the cortices of the target which will be perceived at a particular spot on their body. The Army released documents showing how they mapped out all sensory pathways for development of these kinds of torture programs. The user interface for *S.A.T.A.N.* is rarely seen in the commercial world. It is an eye-gaze tracker plus voice recognition interface. It requires no keyboard typing, mouse movement, nor touching a screen. Some voice commands are used too but the voice recognition is not traditional either. The computer interfacing code listens to the audio-cortex inner voice commands using technology similar to that developed by the Stanford Research Institute (SRI) back in the 70's and NASA research of prevocal motor pathways in the throat then classifies those precognitive vocal intentions into phonemes, words, and sentences.

The cleverisms of these weapons systems are pervasive. The *black sciences* are so named because they are both considered by the general population to produce evil outcomes and it is a double-entendre for keeping them at top secret classification. Black ops are kept off the financial books of government and away from public scrutiny on the most part.

The "Shadow government" is a term used to refer to the dark department of defense and security agencies that utilize the technologies in their clandestine domestic operations as well as a replacement government if Washington D.C. gets nuked. Most of the communication infrastructures, with tens of acres of computers, are housed in the semi-secret underground bases in the US and ally territories but the antenna fields are difficult to hide since they are mostly above ground and occupy many miles for the distributed, phased arrays used in large baseline interferometry.

It is this system that helped earn the United States the title amongst Arab groups and other nations, "The Great Satan". Propaganda and disinformation tactics used within the mass information streams has helped squash this connection from being realized or understood by the common folks.

*Quran Volume 4, Book 54, Number 487:*

Narrated Abu Huraira:

Allah's Apostle said, "Your (ordinary) fire is one of 70 parts of the (Hell) Fire." Someone asked, "O Allah's Apostle This (ordinary) fire would have been sufficient (to torture the unbelievers)." Allah's Apostle said, "The (Hell) Fire has 69 parts more than the ordinary (worldly) fire, each part is as hot as this (worldly) fire."

Today "hell fire" comes in many forms from microwave energy used for burning type torture, lasers, rug burn (friction), ultrasound, oxidation, rashes from viruses or bacteria, frost bite, chemical burns, radio frequency hyferation, radiation, etc. But use of microwave (Active Denial of Service) torture can leave no blister marks if done correctly and keep the subject in eternal pain without death. The SATAN and Voodoo doll programs have tortures that have no analogy to physical sensory pain by directly inducing strange new, unpleasant sensations into the target. New kinds of misery and suffering are being developed often called maximum pain weapons.

This is used in silent warfare, interrogations, and eugenics programs. Refer to those chapters on directed evolution, eugenics, and menticide in volume one. It is difficult to call the current use silent 'warfare' since there is no way for the targets to surrender or even know that they are part of a war. 'Mass murder', 'silent holocaust', 'genocide' are better words to describe it. Several treaties forbid the use of automated weapons systems for this reason. Predator drones and unmanned airplanes have human controllers and are not fully autonomous. This weapon is or can be used without human operators making it illegal by the Geneva Conventions. Torture is illegal too but countries only abide by treaties when they are in their favor.

Automation and scalability of these torture programs has been the goal for the last few decades. Pain recorded from other humans misfortunes are recorded and catalogued and then can be played back to the target brain repeatedly. The torture programs will lock onto any technique that causes the most suffering and stress, and continue playing those entrainments from physical pain to the psychological demeaning and threatening silent sound audio.

Automation is another breach of international law and Geneva Conventions. The predator drone is allowed because it is not fully

Designing Demi-Gods: Active Systems    Page 235

autonomous and has a controller with a joystick. It is just unmanned. The reasoning in the Geneva Conventions for not allowing autonomous robotic systems in war is that there is no way for the robot to recognize when someone surrenders. Similarly, in the US psychic warfare and silent eugenics programs there is no way to surrender as it is practiced. Blinding weapons are also banned but it does not stop the development of them.

The researchers of this book did extensive interviews with over 650 people undergoing this kind of experimentation, brainwashing, and assassinations. The collection of torture techniques is impressive. One of the pain signals in the database was recorded from a woman who had severe PMS. Both the emotional discomfort and physical cramping was recorded. Ironically this turns out to be one of the better tortures on men. It could be used positively to help men be more sympathetic for women who endure this every month. All of human pain, fear, and agony have been recorded to be played onto targets. But obviously spreading good human qualities like empathy is not why this system was built. What was interesting to note during the research of this book, is to watch how a pain which was accidentally inflicted on themselves would spread as "no-touch torture" pains onto other people in the study. The people didn't know each other or their personal lives while we were observing the flows of new pains to others in the research group.

Later they bragged that they could transform me into an alcoholic, drug addict, smoker, psychopath, or even a church lady depending on how they felt about the success of their project."

Remember from the previous chapter and section on "Usurping the eye tracking interface controls", that the interface character set is based on one NASA created for Voyager I. The purpose is simply because if the operator is mind melded, the target can "see", remote view, in his mind's eye the interface and identify what country is attacking. The interface is a mix of many different language symbols and hieroglyphics.



Mock Up Screen Showing Alien Characters.

The point of using alien Character sets is so that these mind warfare cloning techniques don't allow the target to recognize the country of origin. It is important for misdirection in false flag interrogations using enhanced interrogation, creation of programmed assassins, and for silent murders.

Side Notes

Snippet of an Interview with a S.A.T.A.N. Weapons Project:

"They didn't seem to hide what they were doing. For a few months they would tell me what kind of pain I was going to feel. I would then feel it and they would measure the pain level. They said that some tortures hurt more when the person knows what is coming. They usually played three new ones every day. Then the experiments switched. They would play new pains and ask me what I would call it for their database.

Designing Demi-Gods: Active Systems          Page | 237

just to anal probe their abduction subjects. This is just a standard way to induce trauma for these behavior modification experiments.

On a happier note, review the applications chapter and the section on virtual sex in the first volume of this series.



Torture Database

PLACE MARKER ON DESIRED INFLICTION LOCATION

STAB
RIGHT ARM
MEDIUM

- POKE
- SLAP
- NUMB
- PINCH
- FREEZE
- CRUSH
- PUNCH
- CUT
- SHOOT
- STAB
- BURN
- SCRAPE
- IMPALE
- SQUEEZE
- BITE

- HEAD
- RIGHT ARM
- LEFT ARM
- RIGHT LEG
- LEFT LEG
- CHEST
- STOMACH

- MILD
- MEDIUM
- EXTREME

This is just a mock up screen. It is important to remember that the actual energy of the system is not targeting parts of the body but rather playing the pain sequences into the cerebrum to be experienced exactly the same as the real events.

You cannot reason with a machine nor submit nor surrender. It

---



236 | Page          Project: Soul Catcher          Vol. 2

Side Notes

Simulated rape and sexual humiliation techniques:

A sweet young woman of Asian descent described her ordeal in this way.

Interviewee: "I'll be lying in bed after a day of psychological abuse coupled with physical pains. The pulsing tinnitus like a phasor sound will become silent and then I can hear a man's voice speaking to me. I then can feel him on top of me like a ghost. He then violates me over and over while telling me that there is no way to stop him. I could actually feel him masturbate. It is difficult to describe."

One doesn't have to be too creative to figure out how this trick is done. It is fairly standard practice during brainwashing to create alter personalities through rape of mind and body or both. Welcome to the United States of America. We are not allowed to talk about this.

Most unfortunately, the psychology industry created a term for people like this woman, False Memory Syndrome. This is merely a play on words and a farce to understanding. The memories are real and created in real time. They are experiences of false physical reality since the sensory systems have been overridden. These of course are real mind crimes and intentional. Some subjects of the DoD/CIA experimentation actually believe the events were real, not just 'ghosts', as this woman did. In the past, the CIA used alien masks during physical renditions so as to misdirect the hatred as well as satanic cult rituals, obviously named appropriately. People have always wondered why aliens travelled across the galaxy to Earth

will continue to torture the person to suicide or death by other means.

> **Discussion Question:**
> 3.2 Does this weapon system break any international treaties? How many can you name?

"Human beings are the disease; we are the cure."
- Agent Smith from the movie, The Matrix

Let us summarize the various techniques that we learned so far about the SATAN system: personality overlays also called personality simulations by the DoD, collections of toxic pathological and sociopathic thoughts, mind virus selections, human algorithmic cloning scripts and assassinations, mind probing, database of over 1000's of pre-recorded pains from other people ranging from open heart surgery to a gunshot to the head to nausea and vertigo to broken limbs to headaches to eye pains, etc. Every pain can be recorded and played back. Even emotional pain like depression and suicidal thoughts can be induced with the system. More abstractly the system includes: pain leashes, personalized distributed wall-less internment camps, electronic fences, and mental disablement (mind prisons). The reverse is also true: forcing people to stay on the move through pain stimulus, driving a person insane through a changing pattern of correlations (short circuiting the brain), depatterning and random Pavlov reassociations. The overall SATAN system includes many sub programs like Elisa, ALICE, and TAMI. Remember that these are artificial speech responders and amplifier of negative messaging to demoralize, create despair, disable, and discredit. Remember the verbal tactics of these program are to talk them to their death. SATAN is a scalable and automated operating system. It can switch vocabulary sets based on reading the targets mood. This is the modern version of McGill's University's research on brainwashing by Dr. Ewen Cameron who used two track looped recordings on his unwilling subjects and who was funded by the CIA to erase their souls and minds.

These were just some of the basic techniques and do not include simulated rape, humiliation techniques, threats, desecration, suffocation, torture, sleep deprivation, privation, electroshocks, etc. The subliminal suggestion, neural linguistic programming, hypnosis, psychic driving, Star Wars Jedi mind trick weapons only work on the weak willed.

Furthermore, the programs incorporate every average human disturbing, fearful concept. It is similar to the movie "Clockwork Orange," except in reverse taking good people and turning them bad. Every visual, sexual, conceptual, audio, etc. experience that can be piped into someone's mind is used. Humans are controlled most directly by fear of death, lack of meaning and relevance of their lives.

The S.A.T.A.N. weapon program gives fresh meaning to the CIA phrase, "If we tell you, we have to kill you." The chatterboxes and the scripts aid in the disposal of the target. The torture helps to *depattern*[46] the good behaviors for survival so that detrimental ones can be programmed in their place.

This behavior modification to death along with remote control heart attacks effectively "wins the hearts and minds" of any population. Purity control, cultural warfare, has been expressed in many cultures in Rome, Germany, China, and even France. France protects its language using non violent methods for example but governments fear change and empires have collapse due to sudden cultural changes. This is the motive behind purity control.

The SATAN weapon system can be used for purity control from communism, dissidents, or to terrorism but obviously it is being used for much more than that.

[Thanatology is used in the CIA and DoD for two reasons. They are interested in how to kill better and to bring a detainee to the edge of death during interrogations. Thanatologists have help to create the correlation of matrices of death risk factors to improve SATAN's silent dial in lethality. They research modern medical studies which are meant to save lives then use the opposite to destroy lives. An interesting dichotomy of economies we the people endure.

---

[46] Depatterning is another term for brainwashing. It truly removes as much of culturally programmed behaviors. In the most severe cases done by CIA paid Dr. Ewen Cameron, middle aged people had to be potty trained and learn how to talk again after his experimentation on human beings.

While there are many matrices for fear factors we are most interested in the silent kill mode of the weapon which includes secondary and tertiary stress risk factors. Remember that not all mind control and behavior modification experiments involve early death.

Creating the full death matrices is a Herculean task and they have been worked on for decades. This truly gives a different meaning to the popular expression that "The Devil is in the Details." Let's look at some small example matrices to understand the statistical math of killing. Let's assume an average age of 35 and the risk factor represents mean time till death or a percentage of life lost. We also assume the average lifespan of 75 years.

**Example Matrix A: Matrix of Correlation Factors for Early Death**

| Behavior ($I_i$) | Risk ($R_i$) |
|---|---|
| Alcoholism | .10 |
| Smoking | .22 |
| Drug Abuse | .37 |
| Bi-polarism / schizophrenia | .05 |
| Depression / suicide | .16 |
| Isolation / paranoia | .03 |
| Stress / panic / runaway adrenal heart attack[47] / Stroke / etc. | .52 |
| Poverty | .32 |
| Violent tendencies | .09 |

---

[47] This was first hypothesized by Russian scientists as a way to kill someone using the runaway adrenal pathways of neurons in the brain that secrete this hormone. The US Air Force has validated the technique and calls it a remote heart attack weapon.

| Poor nutrition | .13 |
|---|---|
| Exacerbation of health issues | .4 |
| Sleep deprivation | .09 |
| Menticide and mental disablement techniques | .13 |
| Distraction while driving | .09 |

The risk factors above in matrix A are fabrications and merely examples to show how the human experimentation and statistical factors are discovered and correlated for maximum death probabilities of individuals or populations.

The following two matrices show different methods to induce the desired detrimental behavior, in this case alcoholism and isolation, each with a cost factor and success probability.