RECEPTION#: 2843230
5/7/2018 4:01:00 PM, 1 of 77
Recording:   $393.00,
Sheila Reiner, Mesa County, CO.
CLERK AND RECORDER

## CERTIFICATE OF SERVICE

It is hereby certified, that on April  |8 , 2018 , the undersigned mailed to:

James Corey Goode
GOODE MEDIA PUBLISHING, LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US HIGHWAY 287
SUITE 400-266
BROOMFIELD, COLORADO 80020

Hereinafter, "Recipient," the documents and sundry papers pertaining to **"Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate"**

1. **Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate** dated April 18, 2018

2. **Notice of Written Correspondence** dated April 18, 2018

3. **Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice)** dated April 18, 2018

4. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7016 2070 0000 9810 9985** Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Courtesy copies of 1, 2, and 4 sent by Certified Mail with Return Receipt to CEO, Jirka Rysavy GAIA INC Certified Mail No. 7016 2070 0000 9810 9954 and Senior Director of Content Production, Jay Weidner GAIA INC at the following address: 833 West South Boulder Road Building G, Louisville, CO 80027.

Signed this  |8  day of April 2018

With Prejudice and All Rights Reserved,

Alyssa – Chrystie: Montalbano (UCC 1-308)
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Certificate of Service

Page **1** of **1**



EXHIBIT 18
(45 pages)

# NOTICE OF WRITTEN CORRESPONDENCE

April 18, 2018

Certified Mail#    7016 2070 0000 9810 9985

Petitioner: Alyssa-Chrystie: Montalbano
ARI STONE ART LLC
2536 Rimrock Ave
Suite 400-117
Grand Junction, Colorado 81505

Respondent:    James Corey Goode
GOODE MEDIA PUBLISHING, LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US HIGHWAY 287
SUITE 400-266
BROOMFIELD, COLORADO 80020

This is formal notification that effective April 18, 2018 any and all correspondence regarding "Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate" be directed in writing to Alyssa-Chrystie: Montalbano at the following address:

Alyssa-Chrystie: Montalbano
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

In order to proceed properly and in accordance with applicable laws regarding this matter, please send all lawful responses to the proceeding address.

RESPONSE: Only a response that meets the following criteria qualifies as a sufficient verified response:

1. Any response must be made via a sworn affidavit, verified and affirmed by a signature under the penalty of perjury, and;

2. Any attorney representing the matter must provide a certified copy of their Oath of Office, allowing them to operate in said capacity, along with a certified Power of Attorney, without such they are a 3rd party and of no use.

Any response without the required certifications and/or documentation shall be deemed a dunning notice, and is considered frivolous and is evidence of Dishonor.

Signed this 18 day of April, 2018
With Prejudice and All Rights Reserved,

Alyssa-Chrystie: Montalbano

Alyssa-Chrystie: Montalbano (UCC 1-308)

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Notice of Written Correspondence

Page 1 of 1

**CERTIFICATE OF SERVICE**

It is hereby certified, that on May 16, 2018, the undersigned mailed to the following addresses:

James Corey Goode
GOODE MEDIA PUBLISHING, LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US Highway 287
Suite 400-266
Broomfield, Colorado 80020

James Corey Goode
C/O: GAIA INC
833 West South Boulder Road
Building G
Louisville, Colorado 80027

Hereinafter, "Recipient," the documents and sundry papers pertaining to **"Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate"**

1. **Notice of Fault in Dishonor** dated May 16, 2018

2. **Updated and Corrected Copy: Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate – AMENDED** dated May 16, 2018

3. AMENDMENT ONE dated May 16, 2018

4. ADDENDUM ONE dated May 16, 2018

5. FINES & FEES For Intellectual Property Use and Copyright Infringements dated May 16, 2018

6. Certified Billing Statement 001 dated May 16, 2018

7. OFFER FOR REMEDY – REVISED dated May 16, 2018

8. **Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice) –REVISED** dated May 16, 2018

9. **CC: Notice of Written Correspondence** dated April 18, 2018

10. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7018 0680 0002 3149 0623** and **7018 0680 0002 3149 0777** Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Courtesy copies of 1, 3, 4, 5, 6, 10; sent by Certified Mail with Return Receipt to CEO, Jirka Rysavy GAIA INC Certified Mail No. **7018 0680 0002 3149 0661** and Senior Director of Content Production, Jay Weidner GAIA INC Certified Mail No. **7016 2070 0000 9810 9961** at the following address: 833 West South Boulder Road Building G, Louisville, CO 80027.

Signed this 16 day of May 2018
With Prejudice and All Rights Reserved.

*Alyssa-Chrystie: Montalbano*

Alyssa – Chrystie: Montalbano (UCC 1-308)
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of CD, County of Mesa

Signed before me on this 16 day

of May 2018 by Kimberly Blossom

Notary Public

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064018248
MY COMMISSION EXPIRES APRIL 26, 2022

Certificate of Service May 16, 2018

May 16, 2018

# FINES & FEES

## For Intellectual Property Use and Copyright Infringement – Due Immediately

**For failure to respond the following fine and fees are hereby implemented and made due immediately as of the date of this notice;**

For any and all uses of Petitioner's Intellectual Property and Copyrighted Materials by Respondent from December 1, 2016 through April 20, 2018; the Following Fines and Fees Outlined Below are due immediately:

- $150/hr for Petitioner's research, locating additional infringements, and legal services.

- Any and all Expenses Incurred for

- 50% of any and all royalties as received by Respondent from GAIA INC for any and all Cosmic Disclosure episodes utilizing Petitioner's Intellectual Property and Copyrighted Materials and as sent in error since 2016.

- 50% of any royalties received by Respondent in any capacity from any form of medium that utilizes Petitioner's intellectual property or copyrighted materials.

- $200 Fine per episode of Cosmic Disclosure utilizing Petitioner's Intellectual Property in any capacity.

- $100 Fine for each individual use of intellectual property and copyrighted materials contained within an episode.

- $300 Fine for each use within any medium, to include but not limited to: print, television, radio, Internet, and any other medium as of yet to be developed or discovered.

- $150 Fine for each Respondent Associate use.

- $100 Fine for each "synchronistic" use.

- $700 Fine for dissemination of Petitioner's dream information and intel at public events, teachings, or other similar workshops online or offline.

- $1500 Fine per mutilation of intellectual property and Copyrighted Materials in any medium.

- $50 fine per day for late payment

Additionally, the above outlined fines and fees are <u>doubled</u> for any and all uses <u>after April 20, 2018.</u> Fines and fees may be collected from Respondent's wages, social security, tax returns, businesses, and any other source of income for remedy due Petitioner.

Signed with Prejudice,

Alyssa Montalbano (UCC 1-308)

State of CO, County of Mesa

Signed before me on this ___ day

of May 2018 by Kimberly D Blossom

Notary Public

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

# Certified Billing Statement 001

### Fines and Fees Due Immediately

Certified Mail#    **7018 0680 0002 3149 0623**

Date:    **May 16, 2018**

Petitioner:    Alyssa-Chrystie: Montalbano
ARI STONE ART LLC
2536 Rimrock Ave
Suite 400-117
Grand Junction, Colorado 81505

Respondent:    James Corey Goode
GOODE MEDIA PUBLISHING LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US HIGHWAY 287
SUITE 400-266
BROOMFIELD, COLORADO 80020

**Hourly Rate $150 for 32.75 hours  DUE $4,912**

## Abbreviations

| FEE | Abbreviations |
|---|---|
| $100 per dream cited | **IU** = Individual Use of Petitioner cited dreams |
| $200 per Episode | **CD** = Cosmic Disclosure |
| $300 per use | **U** = Use by Respondent |
| $700 per use | **D** = Dissemination of Information |
| $150 per use | **RAU** = Respondent Associate Use |
| $100 per use | **S** = "Synchronistic" Use |
| $300 per use | **M** = Medium Use – TV, Print, Internet, etc |
| $1,500 per MU | **MU** = Mutilation |
| $150 per day | **LF** = Late Fee, failure to fix or remove mutilated instances cited after date of this notice |
| 50% Royalties | **R** = Royalties Due where applicable and to be determined |

| No. | Instance | Uses | Due |
|---|---|---|---|
| 1 | 2-2 | 100 IU;  200 CD;  300 U;  700 D; 100 S; 300 M; 50% R | 1,700 |
| 2 | 2-3 | 300 IU (3x); 200 CD; 300 U; 700 D; 100 S; 300 M; 50% R | 1,900 |
| 3 | 2-4 to 2-5 | 500 IU (5x); 200 CD; 300 U; 700 D; 100 S; 300 M; 50% R 1,500 MU Cern electronic net used to kill rather than capture | 3,600 |
| 4 | 2-6 | 100 IU; 300U; 700 D; RAU; 100 S; 300 M; 50% R 1,500 MU Axe story leads to murder rather than love | 3,000 |
| 5 | 2-7 | 200 IU (2x); 300 U; 700 D; 100 S; 300 M; 50% R 1,500 MU – containment bubble used for murder rather than healing | 3,100 |
| | | **Page Total** | **18,212** |

| No. | Instance | Uses | Due |
|---|---|---|---|
| 6 | 2-8 | 200 IU (2x); 300 U; 700 D; 100 S; 300 M; 50% R | 1,500 |
| 7 | 2-9 to 2-10 | 200 IU (2x); 300 U;  700 D; 100 S; 300 M; 50% R; 1,500 MU creating fear and disharmony with other species | 2,600 |
| 8 | 2-11 | 100 IU; 900 U (3x); 700 D; RAU; 500 S (5x); 300 M; 50% R; 1,500 MU off world marriage, crediting a male bird as emitting the love | 4,000 |
| 9 | 2-12 to 2-13 | 200 IU (2x); 300 U; 700 D; 200 S (2x); 300 M; 50% R; 1,500 MU of AI experiences code of love given and healing them | 3,200 |
| 10 | 2-14 to 2-15 | 400 IU (4x); 300 U; 700 D; 100 S; 300 M; 50% R | 1,800 |
| 11 | 2-16 | 100 IU; 300 U; 700 D; 100 S; 300 M; 50% R; 1,500 MU implying SSP community can't work together | 3,000 |
| 12 | 2-17 | 100 IU;  300 U; 700 D; 500 S (5x); 300 M; 50% R; 1,500 MU space object as useless, rather than to power and clean planet | 3,400 |
| 13 | 2-18 | 200 IU (2x); 300 U; 700 D; 200 S (2x); 300 M; 50% R; 1,500 MU Gruesome story dead animal skin chunks | 3,200 |
| 14 | 2-19 | 100 IU; 300 U; 700 D; 100 S; 300 M; 50% R; | 1,500 |
| 15 | 2-20 | 100 IU; 300 U; 700 D; 100 S; 300 M; 50% R; | 1,500 |
| 16 | 2-21 | 400 IU (4x); 200 CD; 1,200 U (4x); 2,800 D (4x); 400 S (4x); 300 M; 50% R; 1,500 MU emotion hand held device to be used for love & healing not just for fear or info sending about others | 6,800 |
| | | | |
| 17 | 3-1 | 100 S (2x); 150 RAU (2x) – Massive Dream 3 days ago DW | 500 |
| 18 | 3-2 to 3-3 | 100 S; 200 CD; 150 RAU; 700 D –Spaceship as Car | 1,150 |
| 19 | 3-4 | 100 S; 150 RAU; 700 D; 300 M – Space X Launch | 1,250 |
| 20 | 3-5 | 200 S (2x) – Robots; Spain Safe | 200 |
| 21 | 3-6 | 100 S; 150 RAU; 700 D; 300 M - Hugs | 1,250 |
| 22 | 3-7 | 100 S; 150 RAU; 700 D; 300 M – ET Exchange Program | 1,250 |
| 23 | 3-8 | 100 S; 150 RAU; 300 M – Square crafts | 550 |
| 24 | 3-9 | 100 S; 150 RAU – Pipe JS | 250 |
| 25 | 3-10 | 100 S – Blue Avian Link | 100 |
| 26 | 3-11 | 100 S – want you | 100 |
| 27 | 3-12 to 3-13 | 100 S – cheeks | 100 |
| 28 | 3-14 | 100 S – F2B shirt | 100 |
| 29 | 3-15 | 100 S; 150 RAU – Tarot Lovers 2x | 250 |
| 30 | 3-16 | 100 S - Pence | 100 |
| 31 | 3-17 | 100 S; 150 RAU – Skull DW | 250 |
| 32 | 3-18 | 100 S; 150 RAU – Bullet DW | 250 |
| 33 | 3-19 | 100 S; 150 RAU – Obelisk DW | 250 |
| 34 | 3-20 | 100 S - family nerves | 100 |
| 35 | 3-21 | 100 S – Putin Portals | 100 |
| 36 | 3-22 | 100 S – Game Changer | 100 |
| 37 | 3-23 | 200 S (2x); 150 RAU – "vivid" dream, RFID chip head Dr. MS | 350 |
| 38 | 3-24 | 100 S; 150 RAU – Triangle crafts lots Dr MS | 350 |
| 39 | 3-25 | 100 S – Rods of God | 100 |
| | | **Page Total** | **$41,500** |

Certified Billing Statement 001 Fines and Fees Due Immediately

| No. | Instance | Uses | Due |
|---|---|---|---|
| 40 | 3-26 | 100 S - TOAST | 100 |
| 41 | 3-27 | 100 S; 200 CD; 150 RAU; 700 D; 300 M – Draco 1/3 good | 1,450 |
| 42 | 3-28 | 100 S - KA | 100 |
| 43 | 3-29 | 100 S – Eye Surgery re-mentioned | 100 |
| 44 | 3-30 | 100 S – Father Son Patch Up | 100 |
| 45 | 3-31 | 100 S; 150 RAU – Edgar Casey look-a-like DW | 100 |
| 46 | 3-32 | 100 S – Vegetarian | 100 |
| 47 | 3-33 | 200 S (2x); 150 RAU – MJ-12 False Flags , Beta | 350 |
| 48 | 3-34 | 100 S – Eric Raines | 100 |
| 49 | 3-35 | 100 S – Chevron shape | 100 |
| 50 | 3-36 | 100 S – Parallel Universe | 100 |
| 51 | 3-37 | 100 S; 150 RAU - GWAR | 250 |
| 52 | 3-38 | 100 S – Event Phili | 100 |
| 53 | 3-39 | 100 S; 150 RAU – Vampire Dr MS | 250 |
| 54 | 3-40 | 100 S – Black n White Mosaic Tiles | 100 |
| 55 | 3-41 | 100 S – Flu Vaccine Virus | 100 |
| 56 | 3-42 | 100 S – Why Me | 100 |
| 57 | 3-43 | 100 S – 1950's | 100 |
| 58 | 3-44 | 100 S; 150 RAU – Slander TY | 250 |
|  |  | **Page Total** | **$3,950** |
|  |  | **GRAND TOTAL** | **$63,662** |

Payments are to be made to: Alyssa Montalbano, and mailed to the address above.

Signed with Prejudice,

alyssa-Chrystie Montalbano

Alyssa Montalbano (UCC 1-308)

State of CO, County of Mesa
Signed before me on this ___ day
of May 2018 by Kimberly Blossom
Notary Public

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Certified Billing Statement 001 Fines and Fees Due Immediately

## NOTICE OF FAULT IN DISHONOR
### (Opportunity to Cure)

Certified Mail#    **7018 0680 0002 3149 0623**

Date:              **May 16, 2018**

Petitioner:        Alyssa-Chrystie: Montalbano
                   ARI STONE ART LLC
                   2536 Rimrock Ave
                   Suite 400-117
                   Grand Junction, Colorado 81505

Respondent:        James Corey Goode
                   GOODE MEDIA PUBLISHING LLC
                   GOODE ENTERPRISE SOLUTIONS INC
                   1140 US HIGHWAY 287
                   SUITE 400-266
                   BROOMFIELD, COLORADO 80020

Reference:         **Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate dated April 18, 2018**

This instrument is a **Notice of Fault in Dishonor** upon the instrument(s) delivered by the Petitioner dated April 18, 2018 with the U.S.P.S. Certified Mail No. **7016 2070 0000 9810 9985** and received by the Respondent on or about April 20, 2018 at the address referenced above.

**PRESENTMENT:** On **April 20, 2018**, Alyssa-Chrystie: Montalbano presented the following instrument(s) for response:

1. **Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate** dated April 18, 2018

2. **Notice of Written Correspondence** dated April 18, 2018

3. **Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice)** dated April 18, 2018

4. Courtesy Copy **Certificate of Service** dated April 18, 2018

**DISHONOR:** By the terms and conditions of the instrument, the Respondent is under the duty and obligation to timely and in good faith protest and/or honor the presentment within 14 (fourteen) business days. Allowing 14 (fourteen) business days plus reasonable mailing time for the acceptance have passed and Petitioner shows no record of protest or acceptance, legal, or lawful response. Petitioner deems the instrument(s) to have been dishonored on **May 16, 2018**, and therefore a confession of judgment on the merits is warranted.

Petitioners in good faith offers an extension of the time to the Respondent for making the required presentment by an additional ten (10) days. Respondent has ten (10) days, for responding at the address given above.

Should Respondent fail, refuse, or neglect to honor the presentment with a verified response to this **Notice of Fault in Dishonor**; as defined below and set forth in Notice of Written Correspondence dated April 18,2018; Respondent is consenting with Petitioner entry of a **Notice of Default in Dishonor** upon the Respondent, and the issuance of a certificate verifying Respondent non-performance, acceptance of liability, and Respondent's acquiescence and tacit agreement with all terms, conditions, and stipulations as set forth by Alyssa-Chrystie: Montalbano.

**RESPONSE:** Only a response that meets the following criteria qualifies as a sufficient verified response:

1. Any response must be made via a sworn affidavit, verified and affirmed by a signature under the penalty of perjury, and;

2. Any attorney representing the matter must provide a certified copy of their Oath of Office, allowing them to operate in said capacity, along with a certified Power of Attorney, without such they are a 3rd party and of no use.

NOTICE OF FAULT IN DISHONOR (Opportunity to Cure)                                          Page 1 of 2

Any response without the required certifications and/or documentation shall be deemed a dunning notice, is considered frivolous, and is further evidence of Dishonor and fraud.

**DEFAULT:** Default is with the Respondent and is a confession of judgment to the following:

1. Respondent agrees to pay all fines and fees due Petitioner and as set forth in "Fines and Fees For Intellectual Property Use and Copyright Infringements" dated May 16, 2018 and as cited for remedy in "Certified Billing Statement 001" dated May 16, 2018

2. The Respondent acknowledges silence is acquiescence and tacit agreement to all allegations by Petitioner and as cited in SECTIONS 1, 2, 3, and 4 in "Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate dated April 18, 2018" and as REVISED and dated May 16, 2018

3. Respondent agrees any and all infringement uses are to stop and desist immediately.

4. The Respondent waives any and all claims, rights, immunities and defenses.

Respondent confession of judgment is with these stipulations:

1. Respondent is granting a specific power-of-attorney for the acquisition, procurement and/or production of any and all records, documents, and/or communications necessary for the securing of any and all rights, titles, and interests in or pertaining to any and all infringements associated with or secured by the above-referenced activities to Petitioner.

2. Respondent is consenting with the filing of encumbrances, including but not limited to liens, writs of possession, writs of execution, and writs of attachment on any and all property, fixtures, and accounts, by the Petitioner against the Respondent up to the amount of Ten million and 00/100 dollars ($10,000,000.00) for any and all actions taken by the Respondent with the semblance of hindering, impeding, obstruction and/or delaying of the Petitioner's rights, remedy, and/or attribution due.

3. Respondent is consenting with the filing of encumbrances, including but not limited to liens, writs of possession, writs of execution, and writs of attachment, on any and all property, fixtures, accounts, and public hazard bonds by the Petitioner against the Respondent up to the amount of Ten million and 00/100 dollars ($10,000,000.00) for any and all actions taken by the Respondent with the semblance of harassment, coercion, defrauding, and/or defamation of Petitioner.

Signed this 16 day of May, 2018
With Prejudice and All Rights Reserved,

*alyssa-Chrystie: Montalbano*

**Alyssa-Chrystie: Montalbano (UCC 1-308)**
Owner ARI STONE ART LLC
Artist Ari Stone

State of CO ,County of Mesa
Signed before me on this 16
of May 2018 by Kimberly Blossom
Notary Public

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

# CERTIFICATE OF SERVICE

It is hereby certified, that on May _29_ , 2018 , the undersigned mailed to the following addresses:

James Corey Goode
GOODE MEDIA PUBLISHING, LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US Highway 287
Suite 400-266
Broomfield, Colorado 80020

James Corey Goode
C/O: GAIA INC
833 West South Boulder Road
Building G
Louisville, Colorado 80027

Hereinafter, "Recipient," the documents and sundry papers pertaining to **"Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate"**

1. **Certified Billing Statement 002**

2. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7018 0680 0002 3149 0784** and **7018 0680 0002 3149 0647** Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Courtesy copies; sent by Certified Mail with Return Receipt to CEO, Jirka Rysavy GAIA INC Certified Mail No. **7018 0680 0002 3149 0654** and Senior Director of Content Production, Jay Weidner GAIA INC Certified Mail No. **7018 0680 0002 3149 0678** at the following address: 833 West South Boulder Road Building G, Louisville, CO 80027.

Signed this _29_ day of May 2018
With Prejudice and All Rights Reserved,

Alyssa – Chrystie: Montalbano (UCC 1-308)
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of _CO_ ,County of _Mesa_
Signed before me on this _29_ day
of _May 2018_ by _Kimberly Blossom_
Notary Public _Kimberly Blossom_

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Certificate of Service May 29, 2018

# Certified Billing Statement 002

### Fines and Fees Due Immediately

| | |
|---|---|
| Certified Mail# | **7018 0680 0002 3149 0784 and 7018 0680 0002 3149 0647** |
| Date: | **May 28, 2018** |
| Petitioner: | Alyssa-Chrystie: Montalbano<br>ARI STONE ART LLC<br>2536 Rimrock Ave<br>Suite 400-117<br>Grand Junction, Colorado 81505 |
| Respondent: | James Corey Goode<br>GOODE MEDIA PUBLISHING LLC<br>GOODE ENTERPRISE SOLUTIONS INC<br>1140 US HIGHWAY 287<br>SUITE 400-266<br>BROOMFIELD, COLORADO 80020 |

## Hourly Legal Services Rate $150 for 6 hours DUE $900

### Abbreviations

| FEE | Abbreviations |
|---|---|
| $100 per dream cited | IU = Individual Use of Petitioner cited dreams |
| $200 per Episode | CD = Cosmic Disclosure |
| $300 per use | U = Use by Respondent |
| $700 per use | D = Dissemination of Information |
| $150 per use | RAU = Respondent Associate Use |
| $100 per use | S = "Synchronistic" Use |
| $300 per use | M = Medium Use – TV, Print, Internet, etc |
| $1,500 per MU | MU = Mutilation |
| $150 per day | LF = Late Fee, failure to fix or remove mutilated instances cited after date of this notice |
| 50% Royalties | R = Royalties Due where applicable and to be determined |

| No. | Instance | Uses | Due |
|---|---|---|---|
| | Pg 42 | 300 IU (3x); 200 CD; 300 U; 700 D; 150 RAU; 300 S (3x); 300 M; | $3,450 |
| | | 50% R | TBD |
| | | Amount Due (minus royalties To Be Determined - TBD) | $4, 350 |

**Payments are to be made to: Alyssa Montalbano, and mailed to the address above.**

Certified Billing Statement 002 Fines and Fees Due June 15, 2018          Page 1 of 4

# CERTIFICATE OF SERVICE

It is hereby certified, that on June $\underline{4}$ 2018 , the undersigned mailed to the following addresses:

James Corey Goode
GOODE MEDIA PUBLISHING, LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US Highway 287
Suite 400-266
Broomfield, Colorado 80020

James Corey Goode
C/O: GAIA INC
833 West South Boulder Road
Building G
Louisville, Colorado 80027

Hereinafter, "Recipient," the documents and sundry papers pertaining to **"Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate"**

1. **Notice of Default in Dishonor**

2. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7018 0680 0002 3149 0630** and **7018 0680 0002 3149 0685** Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Courtesy copies; sent by Certified Mail with Return Receipt to CEO, Jirka Rysavy GAIA INC Certified Mail No. **7018 0680 0002 3149 0708** and Senior Director of Content Production, Jay Weidner GAIA INC Certified Mail No **7018 0680 0002 3149 0739** at the following address: 833 West South Boulder Road Building G, Louisville, CO 80027.

Signed this $\underline{4}$ day of June 2018
With Prejudice and All Rights Reserved,

*Alyssa-Chrystie: Montalbano*

Alyssa – Chrystie: Montalbano (UCC 1-308)
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of $\underline{CO}$ ,County of $\underline{Mesa}$
Signed before me on this _____
_____ by _____
Notary Public _____

KIMBERLY D. BLOSSOM
KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016246
MY COMMISSION EXPIRES APRIL 26, 2022

Certificate of Service June 4, 2018

# NOTICE OF DEFAULT IN DISHONOR

Certified Mail#   **7018 0680 0002 3149 0630 and 7018 0680 0002 3149 0685**

Date:            **June 4, 2018**

Petitioner:      Alyssa-Chrystie: Montalbano
                 ARI STONE ART LLC
                 2536 Rimrock Ave
                 Suite 400-117
                 Grand Junction, Colorado 81505

Respondent:      James Corey Goode
                 GOODE MEDIA PUBLISHING LLC
                 GOODE ENTERPRISE SOLUTIONS INC
                 1140 US HIGHWAY 287
                 SUITE 400-266
                 BROOMFIELD, COLORADO 80020

Reference:       **Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate
                 dated April 18, 2018**

This instrument is a **Notice of Default in Dishonor** upon the instrument(s) delivered by the Petitioner dated April 18, 2018 with the U.S.P.S.
Certified Mail No. **7016 2070 0000 9810 9985** and received by the Respondent on or about April 20, 2018 at the address referenced above
and subsequent presentment with Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient
and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of
Colorado.

**PRESENTMENT**: On **April 20, 2018**, Alyssa-Chrystie: Montalbano presented the following instrument(s) for response:

1. **Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate**
   dated April 18, 2018

2. **Notice of Written Correspondence** dated April 18, 2018

3. **Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice)** dated April 18, 2018

4. Courtesy Copy **Certificate of Service** dated April 18, 2018

**PRESENTMENT**: On **May 16, 2018**, Alyssa-Chrystie: Montalbano presented the following instrument(s) for response with the U.S.P.S.
Certified Mail No. **7018 0680 0002 3149 0623** and **7018 0680 0002 3149 0777** and received by the Respondent on or about May 18, 2018 at
the address referenced above and the following address: C/O GAIA INC, 833 West South Boulder Road Building G, Louisville, CO 80027.

1. **Notice of Fault in Dishonor** dated May 16, 201

2. **Updated and Corrected Copy: Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted
   Materials with Intent to Litigate – AMENDED** dated May 16, 2018

3. AMENDMENT ONE dated May 16, 2018

4. ADDENDUM ONE dated May 16, 2018

5. FINES & FEES For Intellectual Property Use and Copyright Infringements dated May 16, 2018

Notice of Default in Dishonor                                                                    Page 1 of 2

6. Certified Billing Statement 001 dated May 16, 2018

7. OFFER FOR REMEDY – REVISED dated May 16, 2018

8. **Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice) –REVISED** dated May 16, 2018

9. **CC: Notice of Written Correspondence** dated April 18, 2018

10. Courtesy Copy of **Certificate of Service** dated May 16, 2018

**PRESENTMENT**: On **May 29, 2018**, Alyssa-Chrystie: Montalbano presented the following instrument(s) for response with the U.S.P.S. Certified Mail No. **7018 0680 0002 3149 0784** and **7018 0680 0002 3149 0647** and received by the Respondent on or about May 31, 2018 at the address referenced above and the following address: C/O GAIA INC, 833 West South Boulder Road Building G, Louisville, CO 80027.

1. **Certified Billing Statement 002** dated May 28, 2018

2. Courtesy Copy **Certificate of Service** dated May 29, 2018

**DISHONOR**: By the terms and conditions of the instrument, the Respondent is under the duty and obligation to timely and in good faith protest and/or honor the presentment within 14 (fourteen) business days. Allowing 14 (fourteen) business days plus reasonable mailing time for the acceptance have passed and Petitioner shows no record of protest and/or honor to the presentment with a legal, or lawful response. Petitioner deems the instrument(s) to have been dishonored on **May 16, 2018**, and therefore a confession of judgment on the merits is warranted.

Allowing 14 (fourteen) business days for the acceptance, and an additional ten (10) days on the opportunity to cure, **Notice of Fault in Dishonor,** and the time allowed having passed for acceptance, and the Petitioner showing no record of acceptance, Petitioner now deems the instrument(s) to have been dishonored on **May 16, 2018** and the **Notice of Fault in Dishonor** to have been dishonored on **June 3, 2018**, thereby comprising a confession of judgment on the merits.

**DEFAULT**: For the Respondent(s) failure to honor the offer, places the Respondent(s) at **fault**. For the Respondent(s) failure, refusal, or neglect in the presentment of a verified response to the Presentments and to the **Notice of Fault in Dishonor**, Respondent(s) thereby acquiesce and tacitly agree with all terms, conditions and stipulations set forth within the **Notice of Fault in Dishonor** and by Alyssa-Chrystie: Montalbano.

In a continued effort to settle outside of litigation the **Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice) –REVISED** dated May 16, 2018, though dishonored, shall remain an available option for Respondent to accept as remedy due Petitioner (Instructor) outside of litigation, unless otherwise certified in writing.

Signed this __4__ day of June, 2018
With Prejudice and All Rights Reserved,

alyssa-Chrystie: Montalbano

**Alyssa-Chrystie: Montalbano (UCC 1-308)**
Owner ARI STONE ART LLC
Artist Ari Stone

State of __CO__, County of __Mesa__

Signed before me, on this ____

of ____

Notary Public ____

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Notice of Default in Dishonor

Page 2 of 2

**SECTION 2 - EVIDENCE**

**Respondent has notably retailored, utilized, mutilated, and/or otherwise presented intellectual property and/or copyrighted materials of Petitioner's under the guise of terms such as: "insider," "Secret Space Program," "new intel," "secret insider source," "personal experience," or other similarly disguised terms in visual, audio, and/or written formats on the following dates and in the following ways:***

***Note – Section 2 is a 'short' list of supporting evidence, a complete list will be compiled should litigation be required for remedy.**

**Petitioner cites #2-1 as one as the first publically obvious occurrence where Respondent was knowledgeable to Petitioner's abilities and subsequently devised the Ruse De Guerre scheme to profiteer, defraud, and defame Petitioner.**

2-1. **ON APRIL 13, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: Advanced Tech? in my Dreams
From: AriStoneArt@Ymail.com
With attachment: Advanced Tech – Dreams.docx
And in particular: p3 - Attempt to illustrate Time Travel chair. p5-7 Internet images to show chair surface style.

**Containing Intellectual Property About:**
*Time travel chair, use of chair, unusual asymmetric design of surface of chair, and other details about the chair.*

**ON MAY 02, 2017 RESPONDENT** presented intellectual property
**ON** Cosmic Disclosure S7E18 at approx. time stamp 23:00

**In The Following Way:** *Respondent and Associate, David Wilcock, respond to illustrations of a Secret Space Vehicle as created by respected aerospace illustrator Mark McCandlish, where the surface exterior of this SSV was in exact accordance with descriptions and images attempted by Petitioner for time travel chair exterior, with special note of the most notable and matching feature, the asymmetric surface of the chair and the SSV.*

2-2. **ON APRIL 13, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: Advanced Tech? in my Dreams
From: AriStoneArt@Ymail.com
With attachment: Advanced Tech – Dreams.docx
And in particular: **Description of Time Travel Chair and Use**

**Containing Intellectual Property About:**
*Time travel chair use by bodied beings and how in particular the chair user "**shrinks**" to use the "**time travel portal**" on the face plate and some notes regarding the "**calibration**" of the chair, including DNA reading.*

**ON MAY 09, 2017 RESPONDENT** presented intellectual property
**ON** Cosmic Disclosure S7E19 at approx. time stamp 15:30

**In The Following Way:** *Respondent described "**portal travel**" as "**shrinking**" and "**calibrating**" matching Petitioner's description of how a soul/body travels when using the time travel chair and how it is calibrated with dial control on the face plate and backside of chair.*

2-3.  AT Conscious Life Expo **FEBRUARY 9-12, 2017 PETITIONER** gifted Respondent, and Respondent Associate, David Wilcock, in-person a home printed copy of:
Pre-published Book: DreamWalker Dream Diary Adventures of Enetka Tulina: & the Trizad of Peace" Edition 1 – Case# 1-6477994989
Date Digitally Published:  June 17, 2017 - Kindle Edition Only - ASIN B072TRB9GP
(ISBN 978-0-9969608-1-6, January 19, 2017)

**Containing Intellectual Property About:**

p63 - **"Magikal Silver Sparkles & Manifesting Gifts"** – original dream date November 16, 2016
*I manifest "**silver sparkles**" with my hands to make into gift for others.*

p58 - **"Inter-Dimensional Home"** *where my home "**shimmered**"(mirage) into view from the other dimension when I used my gold key to access it from this dimension (p 61, 62, 63)*

p58 – **"Inter-Dimensional Home"** *Where I fly in a tree (ship) and land "**in a sphere**" on the ground then proceed to access my inter-dimensional home using a gold key (p59)*

**ON JUNE 13, 2017 RESPONDENT** utilized and retailored a combination of copyrighted materials
**ON** Cosmic Disclosure S7E24 at approx. time stamps 10:00 – 20:00

**In The Following Way:** *to describe portal travel as "**sparkling light**"(10:00) and to further describe portals as "**shimmering**" like a **mirage**' (10:20) and that portals are "**3-dimensional spheres**"(19:30). Again utilizing a blend of Petitioner's copyrighted materials.*

2-4.  AT Conscious Life Expo **FEBRUARY 9-12, 2017 PETITIONER** gifted Respondents, David Wilcock and Corey Goode, in person, a home printed edition of:
Pre-published Book: DreamWalker Dream Diary Adventures of Enetka Tulina: & the Trizad of Peace" Edition 1 – Case# 1-6477994989
Date Digitally Published:  June 17, 2017 - Kindle Edition Only - ASIN B072TRB9GP
(ISBN 978-0-9969608-1-6, January 19, 2017)
And in particular: **Chapter 3: ALIENS & TECHNOLOGY** (p66-95)

Next in "Mega Update," Respondent's Associate, David Wilcock complicitly **implements Ruse De
Guerre tactic of "synchronicity"** in stating the following:

> Section Titled: "COMMENTARY BY DAVID WILCOCK"

>> "... *it is interesting to <u>look at this event</u> as being a <u>synchronistic mirror</u> of what we are
>> also seeing here on Earth.*"

Shifting focus from Respondent's utilizations of Petitioner's copyrighted materials as merely being
"synchronistic" or a "mirror" rather than infringement activities. This Ruse De Guerre tactic of
"synchronicity" is abundant throughout 2017 and especially during the 6 months Respondent alleges to
'not' be reading Petitioner's emails.

The following infringements, numbered **2-6 to 2-13** occurred in **Part 1** of **alleged "Mega Update"** and
subsequent infringements numbered **2-14 to 2-20** occurred in **Part 2** of **alleged "Mega Update,"** whereby
Respondent presented the following intellectual property of Petitioner's as his own and in the following
ways:

**ON** Divine Cosmos Website - PART 1 "Mega Update" (and later Cosmic Disclosure Episodes)
Web Link: https://divinecosmos.com/davids-blog/1225-abr-legacy/

2-6.  **ON AUGUST 9, 2017 PETITIONER** shared with Respondent via email:
      Email with subject line: DREAMS : 68+ synopsis DW dreams, some CG too. I know about the
      wedding. Frank Jacob.
      From: PurpleMagus374@gmail.com
      With attachment:  DREAMS DavidW NtK.pdf
      And in particular: (p33-36) **How to Navigate the Labyrinth and booby trap <u>AXE maze house</u> . . .
      with the "magik shirt"**

      **Containing intellectual property about:**
      *<u>Axe House - I have to navigate</u> to get to my twin flame and not get killed by <u>axes being rigged from
      the ceilings or floors</u> in just about every <u>room</u> that I was in, to navigate my way out with the magik
      shirt and subsequently was at an MC Escher-like labyrinth maze.*

      **ON JANUARY 12, 2018,  RESPONDENT** in **MEGA UPDATE (PART 1),** utilized, retailored,
      and/or mutilated:

      In Section Titled:  **"ENGAGED IN BATTLE"**

      *Respondent described, retailored, and subsequently mutilated the "<u>AXE</u>" house story, alleging he
      had an <u>experience inside a room</u> while off world with <u>axe heads hovering off the floor</u> and
      subsequently a being was killed.*

A direct mutilation of the axe house story where no one was injured and safety was attained. This is an obvious retailoring of axes from being on the ceilings and floors to being a hovering rendition, with the typical death of someone at the end.

2-7. **ON JUNE 28, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: Dream Intel: 100s of govt bullets stopped, vibration fix, Transformation we are One, shapeshifting, manifesting food, shrink bad robots, leading people to freedom, Alien plane saved, ghost girl hand into brain
From: AriStoneArt@Ymail.com
With attachments: **Dream Intel 717_23.pdf**
Containing intellectual property about: *(p9-11) Force Field Ball (Containment Sphere) used by 'the gods' to manipulate 'wow' the thousand or so people in a church. I sling their 'god' in the bubble across the room using telekinesis and smack their bubble against the wall so it pops and drop out their 'shyster' onto the people unharmed. I tell the people we have to work together, don't need money to do it, and that they are slaves. I then lead the people out of the church to freedom and organize them into groups.*

**ON JULY 11, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: Stopping bullets with liquid blue spheres
From: PurpleMagus374@gmail.com
With attachments: **Stopping Bullet with Liquid Blue Spheres (2 JPGS)**
Containing intellectual property about: *Someone shoots a bullet at me (weapon) I decided I've had enough and manifest a liquid blue/white sphere from my hands and stop the bullet coming at me (containment). The bullet enters the sphere and is transmuted into love and light, I return the energy to the sender for their healing.*

IN **MEGA UPDATE (PART 1), JANUARY 12, 2018, RESPONDENT** utilized, retailored, and/or mutilated:

In Section Titled: **"REPTILLIAN BEING IN A CONTAINMENT BUBBLE"**

*Respondent mutilates the use of containment spheres and describe a reptilian being "...floating inside a containment bubble..."that the Mayan's subsequently kill because he can't defend himself.*

2-8. **ON AUGUST 14, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: SMAERD Genes Strong
From: PurpleMagus374@gmail.com
With attachment: SMAERD Genes Strong.pdf
And in particular: (p46-47) **Dragon Morph**

**Containing Intellectual Property About**: *I look in the **mirror** and my face morphs into a more **"spring" green color**, I have **gold eyes**, my nose and face blends to a **more reptilian-human looking face.***

**ON JANUARY 12, 2018, RESPONDENT** in **MEGA UPDATE (PART 1)** utilized, retailored, and/or mutilated:

Section Titled: **"REPTILIAN BEING IN A CONTAINMENT BUBBLE"**

***Describes the reptilian being** to be killed as having "..."**olive" green snake skin stretched across the human looking bones....***"

A **"synchronistic"** choice to describe the color green as **"olive"** instead of **"spring."**

2-9. **ON AUGUST 26, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: CG only please : DREAMS Trump Labs
From: PurpleMagus374@gmail.com
With attachment: Trump Labs.pdf
And in particular: (p10-14) **Saving the World with _5_ Purple kush star fish kittens**

**Containing Intellectual Property About**: *I escape through the floors into the **waters** and have **FIVE** purple star fish kush kittens (they looked like all of those rolled into one) **(aquatic)** attach to my **water vest** because they want to **help me save the world from deception** even though they knew it may be dangerous.*

2-10. **ON AUGUST 14, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: SMAERD Genes Strong
From: PurpleMagus374@gmail.com
With attachment: SMAERD FREUDIAN SLIP.pdf
And in particular: (p25-26) **Druids and Orange Dolphins**

Containing intellectual property about: *I dove into **scary looking waters** and spoke with **scary looking orange-brown dolphin-like looking creatures** (aquatics) that **cause me to feel nervous and almost panic**, but I don't and they help me and my friends get away.*

**ON JANUARY 12, 2018, RESPONDENT** in **MEGA UPDATE (PART 1)** utilized, retailored, and/or mutilated:

Section Titled: **"GIVING YOU THE CREEPS"**

*Retailors and mutilates both stories to tell the following "There were **FIVE** completely different types of **Aquatics**, Three of which didn't have legs or feet, but instead had tails." and goes on to say some look like Walrus' and others like eels. Respondent makes the alleged experience much more mild "These beings were making me **feel very uncomfortable on an intuitive level.**"*

2-11.  **ON DECEMBER 16, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: DREAMS Dimensions (COBRA info)    AKA 'The Marriage Dream'
From: PurpleMagus374@gmail.com
With attachment:   DREAMS Dimensions.pdf
And in particular: (p1-18) **Off Dimension with Corey, Correct Dimension with Corey**

**Containing intellectual property about:**

*At first I am in the wrong dimension with my Twin Flame, then I am in the correct dimension with my Twin Flame. I am myself some of the time and also my Twin Flame. A highly decorated **military man** known to my Twin Flame enters our work car. This **meeting had been planned a long time.** The decorated military man with **chevrons on sleeve** claps my Twin Flame on the shoulder and says "Well, man, what's it gonna be?" meaning he had the approvals he needed and if he was going to marry me or not. My Twin Flame affirms that he is **ready to present me to his buddies**, relieved to have the approvals. He takes me to the **inner workings of a large and (possibly off world) military base in front of thousands** of people and **up onto center stage (speaker platform)**, we are **announced officially married** by his buddy alongside of a couple others. **Everyone stood and clapped and cheered yet it was still docile and calm.***

**ON JANUARY 12, 2018,  RESPONDENT** in **MEGA UPDATE (PART 1)** utilized, retailored, and/or mutilated:

Section Titled: **"YOUR TURN IN THE CHAIR "**

*Respondent has a military buddy, Gonzales, grin at him and tells him it is his turn on the **speaker platform** and, "Don't worry, how could a **meeting between the Super Federation and the Guardians** be a bad thing?"**(planned meeting)** and proceeds to tell him ". . . now **walk up onto that platform (center stage)** and think to yourself, "I am **ready to begin."***

Section Titled: **"I AM READY "**

*Respondent **walks up on stage thinks** "I am **ready.**" Tear-Eir directs him to **do and say exactly as** is communicated, he does. Respondent feels **a deliberate and yet very loving energy** coming from Tear Eir and stating "It seemed he was **opening more of himself up to me** than he had previously. I was **overcome with emotion"***

Section Titled: **"THE SUPER-FEDERATION BROKE COSMIC LAW "**

*Respondent continues story as him being on stage repeating statements from Tear-Eir that he didn't really fully understand along with some **legal statements** and addresses genetic programs.*

*Mr. Wilcock interjects the story at this point asking specifics. Mr. Goode says there are protocols in **place for amnesia** to allow for free will.*

Section Titled: **"DO YOU KNOW WHAT THIS MEANS "**

*After the aforementioned, Respondents military buddy "__stood up__ and did a __quiet clapping__ motion of his hands."*

This is very obvious retailoring and mutilation of the marriage to Twin Flame dream experience, taking special note Respondent's alleged off world journey occurred also on December 16, 2017 the same date of the emailing of Petitioners off world marriage ceremony. Respondent has stated on other occasion he is not allowed to recall (amnesia) things because it would go against his conscious values.

This is also an obvious display of Ruse De Guerre emotional manipulation by Respondent against Petitioner and willfully claiming "amnesia" as being a tool to allow for "free" will. Petitioner asserts free will cannot be attained where truth is willfully omitted or willfully refused to be known, refer to case ruling cited on page 2 where it is ruled a criminal act to willfully avoid ones duty to know the truth.

2-12.  **ON JANUARY 3, 2017  PETITIONER** shared with Respondent via email:
Email with subject line: DREAM: Soleil visited and spoke with me
From: AriStoneArt@Ymail.com
With Note of Connecting Email:  December 31, 2016 email "What is a Sandin"
With Note of Connecting Email:  December 29, 2016 email "Ever hear of a Sandin?"
And in particular: **Soleil Dream Sequence Email Typed up plus data**

**Containing intellectual property about:**
*I __banish dark energies__ through the __light of the sun emanating out__ from my form __for transmutation (non-violent),__ alongside a small group of others in a __row (series)__ like a group of football linebackers and a small snoggle of __dark energy may have slinked off to hide,__ just prior that I am taken by the sun. __Soleil (Sol),__ and have a conversation with him regarding __imbalances and locations of military installations I am to help find to eradicate the bad mafia-like guys__ with the information he gives me.*

The following AI dreams, is only one additional AI dream example with subsequent infringement

2-13.  ON **JULY 3, 2017  PETITIONER** shared with Respondent via email:
Email with subject line: "D Ream In TELL: I know what to do "NAZCA" being is only the tip of the iceberg!"
From: AriStoneArt@Ymail.com
With Attachment:  D Reams In Tell 123.pdf
And in particular: (p25-34) **A True Story Japanese letter circulating, AIs choose colors, Dark matter with light shine on it, Recalling dreams in reverse**

**Containing intellectual property about:** *AI's are to choose a color to exactly match another __AI__ (AI Twin Flame equivalent) and I discover a door and open it and __shine light on the dark__*

*matter/waters,* *thereby revealing it is not dark matter after all and is only appearing as such because there had been no light shining on it.*

**ON JULY 17, 2017 RESPONDENT** "synchronistically" **AFFIRMED**
Via: @BlueAvians Twitter Account https://twitter.com/blueavians/status/886937802323177473

**In The Following Way:** Respondent Tweeted Article about "**AI Could Spark Wars Unless Legislators Act Now, Warns Elon Musk**" with the following paragraph in the article "Musk has long warned of the dangers posed by **AI, signing a letter** published by the Future of Life Institute in January supporting the Asilomar AI Principles to ensure the development of artificial intelligence that is beneficial to humanity."

IN **MEGA UPDATE (PART 1), JANUARY 12, 2018,** **Respondent** utilized, retailored, and/or mutilated:

Section Titled: **"DO YOU KNOW WHAT THIS MEANS "**

*Respondent's buddy mentions **AI** threat and a **series of solar events** clearing them from the **Sol System.***

Section Titled: **"WE WILL BE RESPONSIBLE FOR ROOTING OUT THE DRACO"**

*Respondent asks military buddy how Sphere Being Alliance will confront the reptilians **non-violently**. His buddy replies . . . ."After the **series of solar events**, the Draco will be **energetically expelled** from this system." And continues to say "Many reptillians will **try to remain hidden** on Earth in temporal fields and within heavily **shielded bases deep in the Earth**..."*

Retailoring information contained in the Soleil dream experience, in combination with AI and shining light on dark matter/waters, and a number of other dreams regarding light and the magikal uses thereof and as not contained in this document.

The following infringements numbered **2-14 to 2-20** occurred in **Part 2** by Respondent in alleged "**Mega Update**" and were also **web published on JANUARY 12, 2018** whereby Respondent presented the following intellectual property as his own:

ON Divine Cosmos Website PART 2 "Mega Update"
https://divinecosmos.com/davids-blog/1225-abr-legacy/2/

**From the following intellectual properties and in the following ways:**

2-14.  **ON JANUARY 10, 2018 @4:29 PM  PETITIONER** shared the following in a Facebook Post
Facebook Page: https://www.facebook.com/ari.stone.750

**Containing Intellectual Property About and in Quotes**:
*"There is a good chance we will be hearing in the news that they (government or leaked news) have a **living giant (Not in stasis)** being **kept somewhere with very high security**. Quite possibly **underground** in the **Antarctic.**"*

2-15.  **ON SEPTEMBER 21, 2017  PETITIONER** shared with Respondent via email:
Email with subject line: DREAMS plus Connects Mnt Vinson
From: PurpleMagus374@gmail.com
With Attachments:   DREAMS JC craft Mtn Vinson-Antarctic Connect.pdf
                    CONNECT dreams sapphire and abominables2_2.pdf
And in particular: **all three included dreams "Jimmy C, Me, Jess, Red Triangle craft, Mt Vinson Antarctica," "Gold under the Candy Store and Abominable Beings," "Sapphire Crown Jewel"**

**Containing Intellectual Property and Visions:**
*Jimmy C, Me, Jess Red Triangle Craft, **Mt Vinson** (tallest mountain in Antarctic)– Flying with Jimmy C in triangle manta-ray like craft-creature. The bottom unzips and I fall out with my daughter. Jimmy catches us just in time with the craft. He is the same hot-dog jet pilot from "I dreamed I switched Timelines" dream and where jet goes briefly into a nose dive **as if to crash**, but is corrected. Mount Vinson **Antarctic** connects with the "**Abominable**" (cabal – **fallen angels** - Nephilim) beings **under (underground)** the candy store and I steal back the **sapphire crown jewel. Plus, Waking 3D Life connections** regarding the book of **Enoch** and Antarctica as also shared in connection with these dreams.*

**ON JANUARY 12, 2018,  RESPONDENT** in **MEGA UPDATE (PART 2)** utilized, retailored, and/or mutilated:

Section Titled: **"GONZALES AND THE GIANTS"**

*Respondent's military buddy alleges to have been **living with a group of red-haired giant refugees for the past year** that are "**heavily traumatized and very unpredictable**"*

Using Petitioner's dream info mention about living giants to write a giant based section to the story and inferring giants are unpredictable and thereby **inferring** them to likely be in a **"high security area"**

Continued in Section Titled: **"REFUSING TO RECEIVE HEALING"**

*Military buddy states he had been trying to make an agreement with this race that would allow the Mayans to come down and provide tech for them and states "twenty-six of the beings in these*

*Royal/Priest castes have been **retrieved from stasis chambers and returned to the surviving giants.***"

Section Titled: **"THEY ONCE HAD A VAST EMPIRE"**

Mr Wilcock interjects into Mr Goode's article in regard to the giants and "synchronistically" states:

> "[DW: When I asked Corey about this, he reconfirmed that these beings were genetically manufactured by a **race that crash-landed** here roughly 55,000 years ago in the area we now call **Antarctica**.
>
> These are the "**Fallen Angels" referred to in the Book of Enoch** and other scriptural texts."

And later talks about humans hunting them and how "This drove them deeper and deeper **underground**"

2-16. ON **OCTOBER 19, 2017  PETITIONER** shared with Respondent via email:
Email with subject line: DREAM my SSP involvement
From: PurpleMagus374@gmail.com
With Attachment:  DREAM my SSP involvement.pdf
And in particular: **Pre-Sleep Directive "2017_10_18_OCT Show me my involvement with SSP"**

**Containing intellectual property and visions**: *Leading argumentative team to work together*

**ON JANUARY 12, 2018,  RESPONDENT** in **MEGA UPDATE (PART 2)** utilized, retailored, and/or mutilated:

Section Titled: **"NO WAY TO PUT ASIDE UFO RELIGIONS"**
*Respondent wrote*

> "Sigmund once again seemed to ignore what was being said.
> He stated that these communities had been gamed so many times that **there was no way for them to ever put aside their "UFO Religions and Professional Egos,"** and actually come together.
>
> Yet, this type of organization would be exactly what we would need for us to properly demand disclosure."

**Directly mutilating dream experience of getting argumentative SSP team to work together.**

2-17.   ON **AUGUST 2, 2017** **PETITIONER** shared with Respondent via email:

Email with subject line: DREAMS 1111 Clouds: Interdimensional ray guns, alternate reality-dimension "Clay", walking worlds, silver ocean, large space object to power Earth, and more
From: PurpleMagus374@gmail.com
With Attachment:   Dreams_111_Clouds.pdf
And in particular: (p7-13) **Signing Kings contract for large space object to power Earth**

**Containing intellectual property**:

*I sign king's contract for the President of the United Sates, along with a native King. It's some type of agreement to allow a **large space object to enter our solar system.** I had **wanted to take a picture** of the contract, but the King left with the contract in his black limo with 1 or 2 secret service men in tow. I wonder if I did the right thing. The object looked **like a huge monstrosity to me** but, was supposed to somehow clean and power the entire Earth. It reminded of some sort of **odd bullet, like a city skyscraper (cigar-shaped) or space station**. I drew a **very dented and dinged up looking illustration** of the object in my dream journal and took special note it had some kind of **odd paneling.***

**ON JANUARY 12, 2018,  RESPONDENT** in **MEGA UPDATE (PART 2)** utilized, retailored, and/or mutilated:

Section Titled: **"I HAVE A TREAT . . ."**

*Respondent writes,*

> *"Sigmund stood up and said "I have a treat for the both of you." He walked up to the monitor and stared at it while talking.*
> *He said they had been **monitoring what appeared to be a derelict space craft that was headed towards our Sol System.**" and that it was **cigar-shaped."***

Section Titled: **"WAIT UNTIL YOU HEAR WHAT WE FOUND"**

> *"As the pilot matched the spin of **the object** they were approaching, you could see a long cigar-shaped structure that had shiny patches of what looked like **ice** (see #18) on the outside.*

> *It was obviously made of **stone** (see#18), and **looked as if it had been through many meteor showers and collisions.**" (see#18)*

Section Titled: **"ENTERING THE VESSEL"**

> *"It appeared to have been breached many times, and was **full of holes and dents from obvious impacts.**"*

> *"There were **many panels** removed from the walls, ceilings and floors, leaving empty compartments where technology was once located."*

Section Titled: **"I FOUND SOMETHING"**

*Respondent tells of two men **wanting to take** video and **photos.***

It is obvious Respondent describes and retailors in "Mega Update" a similar derelict looking space object, utilizing key terms like paneling, wanting to take photos, and just now entering our solar system and alleges this as his own experience.

2-18. **ON DECEMBER 10, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: DREAM River Walk n Stoneage Hologram Show
From: PurpleMagus374@gmail.com
With Attachment:  DREAMS River Walk n Stoneage Hologram.pdf
And Special Note Additional Email: December 10, 2017 "DREAM info add about Pterodactyl"
And in particular: **2017_12_10_DEC River Walk and Stone Age Dinosaur Hologram Show – Pterodactyl**

**Containing intellectual property:**
*I was on hologram **river walk, swim walking along**. There was going to be a projection show of **dinosaurs** like a **history lesson**. There were rowdy boys reminding me of the boys at the local **ice** (See #17)skating rink in Waking 3D Life. One rude boy was inappropriately hitting on me, I grab his chin with thumb and index finger and forcefully tell him "NO" and pulled on his **skin**(expecting it to just stretch a bit) and instead a face **chunk peeled off!** There was historic looking foliage around like from the **Stone** (See #17)Age. I fly **lift off into the air out of the water**. **A storm is about to begin, thunder, rain, and lightning (showers)**(See #17), I heard the call of what I thought was a **Pterodactyl, that sounded like a hawk** and knew their1/4 to 1/5 semi-solid matter and holographic state Pterodactyl would be coming out soon, I flew back down to my seat Noting in my dream journal that a hawk is a **raptor!***

**ON JANUARY 1, 2018 RESPONDENT** "synchronistically" affirmed with tweet "**Raptor** body found? Happy New Year! CG" with article link title "Jurassic Legions Addition Dino-Like Corpse Featuring Flesh…"

Then . . .

IN **MEGA UPDATE (PART 2), JANUARY 12, 2018, Respondent** utilized, retailored, and/or mutilated:

Section Titled: **"AQUATIC BEINGS IN STASIS"**

*Respondent writes about the original creatures of the space object being **pterodactyl** like and yet having likely been a **water based** being.*

Section Titled: **"WHOSE TECHNOLOGY IS THIS"**

*Respondent writes about guys bagging up bodies of the **pterodactyl like creatures** and "As they did this, **the bodies started coming apart** and **floating around** the cabin they were in".*

Utilizing and retailoring the river water walk and the pterodactyl, along with obviously retailoring the skin face chunk that came off the guy.

2-19.   **ON JULY 8, 2017  PETITIONER** shared with Respondent via email:
Email with subject line: Corey Only Please: D Reams In Tell: Anomaly (timelines) and Flower?
Memory Activation to try
From: PurpleMagus374@gmail.com
With Attachment:  D Reams In Tell_US_2.pdf
And in particular: (p39-43) **Forrest and Glyph Kisses Portal**

**Containing Intellectual Property About:** *I go into the forest and kiss a man with delightful groomed goatee facial hair and simultaneously am inside his mouth looking at the **'walls'** viewing 3 **glyphs inside his mouth that were like portals** with one set being on the left side, **larger** glyphs, of his mouth and the other set, smaller glyphs, on the right side **(two sides/sets)** that **lead to other places.** Upon waking I **attempted illustrations** in dream journal of glyphs using **lines, dots, and dashes.** Glyphs seemed to be activated by touch and the soul essence would pass through them.*

**ON JANUARY 12, 2018,  RESPONDENT** in **MEGA UPDATE (PART 2)** utilized, retailored, and/or mutilated:

Section Titled: **"WRITING AND GLYPHS"**
*Respondent writes there are **two types of glyphs** found the first type are intricate **hieroglyph-looking characters** with a lot of glyphs **on the wall** made of **long lines, dashes, and dots.***

**Obvious "synchronistic" retailoring of the Glyph Kiss dream.**

2-20.   ON **AUGUST 7, 2017  PETITIONER** shared with Respondent via email:
Email with subject line: DREAMS WATCHED with missing of 5
From: PurpleMAgus374@gmail.com
With Attachment:  DREAM Watched_15.pdf
And in particular: (p7-10) **watermelon advanced mathematics of the universe tech**
**Containing Intellectual Property About:** *I perform advanced mathematical calculations of the universe, beyond anything that my brain can keep up with or consciously understand, and am using half of a watermelon with a calculator type device and mini casino style pull handle. I try to*

*talk with my guy friend about it to see if he can **understand it too(language)**, he does not. I continue to rapidly calculate.*

This is only one example of this type of universal mathematics being performed in my dreams and was also contained in 126 page proprietary document.

**ON JANUARY 12, 2018, RESPONDENT** in **MEGA UPDATE (PART 2)** utilized, retailored, and/or mutilated:

Section Titled: **"A MULTI-DIMENSIONAL LANGUAGE"**
*Respondent writes, "They later determined that the hieroglyphs were **a mixture of a language and a hyper-dimensional form of mathematics."***

Here Respondent obviously uses Petitioner's dream experience performing the advanced mathematics of the universe to retell a similar story in alleged "Mega Update."

As can be seen in just this singular alleged "Mega Update," the amount of "synchronistically" similar, retailored, and/or mutilated information is quite extensive. This is a pattern all throughout Respondent's alleged "updates" during much of 2017 and into 2018.

These types of infringements have been occurring regularly and with consequential increase in the frequency of "synchronistic" posts, Tweets, Facebook posts, Cosmic Disclosure Episodes, or other alleged "updates," with shorter time gaps between each mailing. Some "synchronistic" occurrences happened within minutes or hours of mailing in error. Petitioner asserts this is due to Respondent seeing Petitioner's level of accuracy and thereby "synchronistically" using more and more intel and information publically and to the benefit of Respondent and without remedy or attribution to Petitioner.

Should litigation be necessary for remedy and attribution a much more comprehensive list will be provided.

2-21. **ON JUNE 15, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: "Dream Intel: Dimension Rescue, Cigar Ships, Help ETs, Portal Threads, Galactic Family, White Light Magik"
From: AriStoneArt@Ymail.com
With attachment: **Dream Intel.pdf**
And in particular: p7-10 Cigar Ships Beamed up, p17-19 Spaceship Abductee ETs need my help,

**Containing Intellectual Property About:**

1. *(p7-8) I am **on a ET spaceship** in what appears to be a technology center island. A little boy and girl are with a teacher at a table with a **3D LIGHT PUZZLE** that is assembled by focusing the mind.*

2. See separate **Emails shared 8/2/2017 & 8/9/2017**

   *Regarding **pirates and pirate ships**.*

3. *p17-19 An ET (I only see the skinny arm and 3 fingers – **different looking being**) gives me an object like a picture about 6"x9" **(hand held device). The ET empathed (feeling message only) that it displayed emotions and changes according to the being that holds it**. It was smiling and happy in my hand. The ET took it back and returned it to me with a **sad-mad face on it**. I didn't know **if the emotions were the ET's** or being pulled from somewhere else such as the ET group. I permanently infused it with love so it's happy.*

4. See separate **Email shared 7/1/2017** attachment **Dream Intel 1218_34.pdf**

   *(p22-23) 3rd eye bad guy spy tech – scientist experimenters put headgear piece like sunglasses on our heads and that is screwed into our 3rd eye like a garden hose. We are all **on beds**. **With the tech they can see, hear, and view thoughts on a computer screen (like a USB type download)** I say, "How about 'No' and we do something else." I then zipline out. The doctor-scientists are not happy about this and pursue us on foot and in a helicopter.*

**ON DECEMBER 5, 2017  RESPONDENT** utilized, retailored, and/or mutilated:
**ON** Cosmic Disclosure S9E1

**In The Following Ways:**

1. *(1:53) Respondent alleges being **on an ET ship** as a little boy and assembling a **3D light puzzle**.*

2. *(3:19) Second Cosmic Disclosure utilization of **Spaceships being Pirate ships**.*

3. *(11:00) When used as Intuitive Empath during meetings - interrogations - completely **different looking being**, same type of **emotional signatures, Hand held devices to relay info if ET beings are feeling fear or etc***

4. *(11:50) Debriefings, **empaths used like a USB drive**, they do holographic **USB type downloads using chairs**.*

Due to the vast and broad scope of uses and misuses of Petitioner's Intellectual Property and Copyrighted Materials since 2017 by Respondent and the significant amounts of time required for Petitioner to assemble evidential data for Remedy and Attribution due; a certified addendum will be legally and lawfully served as a billing statement on or by the 1st of each month listing additional infringements and shall be made due on or by the 15th of the same month.

Certified billing statements shall be sent in monthly intervals until all infringements have been cited for remedy and attribution due Petitioner. Subsequent Billing Statements may be enforced per court order and as attained for original Petition and shall be ongoing until all infringements and uses by Respondent desist.

Attributions in all media and platforms shall be updated to cite Petitioner, Alyssa Montalbano (aka artist Ari Stone), as the source of the information disseminated by Respondent and Respondent Associates with a link to www.AriStoneArt.com website.

Cosmic Disclosure episodes containing mutilated intellectual property or copyrighted materials shall be corrected and certified by Petitioner as correct and acceptable for continued public consumption and viewing via GAIA INC or any other known or unknown subsidiaries, associates, affiliates, and any other means of public use for-profit or not-for-profit. Episodes failing to meet Petitioner's certification as being corrected are to be immediately removed from public airing.

Any and all other mutilations of Petitioner's intellectual property or copyrighted materials shall be corrected by Respondent and certified by Petitioner as correct for continued use. Uses that fail to meet Petitioner's certification as being correct, are to be immediately removed from any and all formats whereby used. Willful failure to remove or correct mutilated intellectual property shall be fined at a rate of $150 per day and per infringement, until removed.

Respondent is to clear Petitioner's good name of all defamation of character, libel, and slander that has occurred since 2017 by Respondent and Respondent Associates, and in particular to Ms Joan Ocean and associates, and GAIA INC employees, affiliates, and associates.

**SECTION 3**

<u>Alleged "Synchronicities" utilizing Ruse De Guerre tactics</u> via Respondent, Affiliates, Associates, and/or Subsidiaries to manipulate the actions of Petitioner in conjunction with remote influencing to maintain the continued free sharing of information by Petitioner with Respondent for subsequent profiteering and public acclaim:

3-1.  **ON JUNE 15, 2017  PETITIONER** shared with Respondent via email:
Email with subject line: "Dream Intel: Dimension Rescue, Cigar Ships, Help ETs, Portal Threads, Galactic Family, White Light Magik"
From: AriStoneArt@Ymail.com
With Attachment:  **Dream Intel.pdf**
And in particular: (p11-12) Veil of Lies Removed, (p13-16) White Light Sparkles Stop Smucks

**Containing intellectual property:**

*(p11) I fly up in the air, raise my hands and stop people from useless banter (gossip), then speak my language and use magik to change the color of sky and thereby **remove the veil of lies so humanity can see truth**, some even for the first time.*



*(p15-16) A pervert guy keeps trying to touch me rudely; I use magik and make his hands go numb like dead hands for the next 24 hours, so he can't be rude to me or others.  Two teams are on the field playing 'soccer'. One team is very abusive to the other team.  **I raise my hand, speak another language, and white light emits** out of my hands and **prevents the abusive players from harming** the other team, they are white light tied/frozen. I then raise all the way up into the air and command them to no longer harm anyone ever again and **make their black hearts shiny and new.  I call forth more white light and emit white light sparkles that encompass around the entire globe of Earth.** A version of me remained with arms raised and washing back and forth.*

**ON JUNE 18, 2017 RESPONDENT Associate, David Wilcock, "synchronisitcally" affirmed**
IN  Facebook Post  - DivineCosmosConvergence

**In The Following Way:**  *On June 18, 2017, in original post Respondent Associate, David Wilcock, states with the following misspellings and as seen in Screenshot (image to left).*

*"AA very massive dream appeared hree mornings ago, portending a major leap forward in the defeat of the Cabal and towards major disclosure . . .*

*. . . This dream was utterly amazing and more than enough to convince me that now is the time to put this prophesy out there."*

This original post by Respondent Associate Mr. Wilcock, "synchronistically" is exactly 3 days after Petitioner emailed dream group in the morning to Respondent.

In the 126 page document of evidence submitted to GAIA INC, October to November of 2017, for syndicated Dream series, the image with misspellings, seen here, was contained within the document and special note was made of the misspellings.

This posting has since "synchronistically" had the errors fixed and now reads as follows

> *"A very massive dream appeared three mornings ago, portending a major leap forward in the defeat of the Cabal and towards disclosure.*

To Petitioner's knowledge this correction did not occur until after submission of 126 page document Part 1 on October 4, 2017, which was also shared with Respondent on October 2, 2017, suggesting reading proprietary document for complicit information gathering and "synchronistically" correcting the mistake, while still alleging to "not" be reading Petitioner's emails.

Furthermore, It is important to note Respondent Associate David Wilcock is also writing his own book "Awakening in the Dream." Whereby Mr. Wilcock declares in alleged **"MEGA UPDATE" (PART 2) posted JANUARY 12, 2018** how much Respondent's **"Mega Update" changed how he's writing his book:**

### Section Titled: **"MEGA GROWING OPPORTUNITIES"**

"[DW: Some of <u>what he received</u> was personal for me. <u>I found it incredibly interesting, and it has completely changed how I am writing *Awakening in the Dream.*</u>]"

**Considering, Mr. Goode's "Mega Update" is predominantly based on the retailoring and subsequent mutilation of Petitioner's dreams for retelling of Petitioner's intellectual property as though they are Respondent's own personal experiences and whereby Respondent has received over 500 dreams from Petitioner in error, where approximately 70 dreams include direct and personal information for Mr. Wilcock, it is evident Mr. Wilcock is also directly utilizing and benefiting from copyrighted materials and intellectual property of Petitioner's and is knowingly planning further utilization of Petitioner's dream information for future profiteering and/or public acclaim in his coming book "Awakening in the Dream" and to the continued detriment of Petitioner.**

**Legal remedy and attribution will also be pursued against Respondent Associates for any and all infringements and in particular as may be contained in Mr. Wilcock's forthcoming book.**

**Additional note is to be made that Mr. Wilcock declared at Conscious Life Expo, February 2017, he was having "dream recall issues." giving further sustenance to intent to conspire with Respondent to defraud Petitioner of mass amounts of dream intel during implementation 2017 to 2018 Ruse De Guerre tactics.**

3-5.   **ON JUNE 28, 2017 PETITIONER** shared with Respondent via email:

Email with subject line: "Dream intel: 100's of govt bullets stopped, vibration fix, Transformation we are One, shapeshifting, manifesting food, shrink bad robots, leading the people to freedom, Alien plane saved, ghost girl hand into brain"

From: PurpleMagus374@gmail.com

With Attachment:  Dream Intel 717_23.pdf

And in particular: (p 13-14) **2015_12_03_DEC Class Trip to Spain**

**Containing Intellectual Vision Property:**

*I was in a room with **fellow classmates, we'd planned a class trip to Spain**. I didn't fully know where, but thought maybe **Barcelona**. I told them I'd be there in about 3 seconds. They all looked at me in disbelief, I planned to teleport. I proceeded to teach them how to pass through walls. Then I fly though the glass windowpane and fly down to the ground by the pool and have to **first shrink bad robots and hammer clappers (square time ships).***

**ON AUGUST 22, 2017 RESPONDENT "synchronisitcally" affirmed**

IN @BlueAvians Tweet

In the following way: *retweet David Icke tweet, article title, "**Killer Robots** Will Leave Humans Defenseless Says Professor"*

Link*:* https://twitter.com/davidicke/status/899935691962015744

**ON SEPTEMBER 24, 2017 RESPONDENT "synchronistically"** affirmed being safe from "bad robots"

IN Facebook post

In the following way: *"I made it home from Spain safe and sound. Thank you to my new friends who helped me stay safe while there. I am exhausted! I have much more to report after I catch up on some rest. This was an extremely productive trip! :)*
*Corey Goode"*

Link*:* https://www.facebook.com/BlueAvians/posts/1808906959407092

To Petitioner's knowledge the Spain UFO event was "synchronistically" announced to have Respondent's presence after emailing "class trip to Spain"and thereby alerting Respondent he'd be ok at event, though some trouble to be expected.  Subsequently Respondent "synchronistically" affirmed his safety.

3-6.   **ON SEPTEMBER 1, 2017 PETITIONER** shared with Respondent via email:

Email with subject line: DREAM Preventing 3 (world?) Wars (3rd Armageddon?)

With Attachment:  DREAM Preventing 3 Wars.pdf

And in particular: (p1-13) **Preventing 3 (world?) Wars (3rd Armageddon?)**

**Containing Intellectual Vision Property:**

*Three waves of military groups are sent to 'get me.' The first wave is hundreds, the second wave thousands, the third all of the military of the world. With each wave I do the following: I speak my sacred language command them to listen using the violet-purple ray, the galactic family of love and light assist. The military men obey.* **I order them** *to put down their weapons and* **to hug. They do and all the energies change**.

**ON OCTOBER 10, 2017 RESPONDENT "synchronisitcally" affirmed**
IN @BlueAvians Tweet
In the following way: *Respondent tweeted link to, Associate Justin Deschamps', article about* the power of hugs.
Link: https://twitter.com/blueavians/status/917822563497267200

**"Synchronistically" affirming dream visions and again without attribution to Petitioner.**

## Below is a less detailed list of a 'few' more "synchronistic" affirmations.

3-7. **ON JULY 10, 2017 PETITIONER** emailed to Respondent dream information about coming **ET Exchange program.**

**ON NOVEMBER 4, 2017 PETITIONER** shared with Respondent rough draft of Part 3 of Proprietary 126 page document of evidence containing full details and dream connections with coming **ET Exchange program**. Yet Petitioner was still in need of a link to support coming ET Exchange program. Subsequently the following was shared by Respondent Associate.

**ON NOVEMBER 19, 2017 RESPONDENT** Associate, **Teresa Yanaros,** "synchronsistically" shared information publically regarding "**ET Exchange Program**" and alleged the information was from another source.

3-8. **ON JUNE 25, 2017 PETITIONER** shared with Respondent information regarding **square ships**.

**ON OCTOBER 20, 2017 RESPONDENT** Asssociate, **Dr. Michael Salla**, shared photos of square-ish shape flying crafts from a "trusted source." *Salla, Michael. "Covert Disclosure of Antigravity Craft near MacDill AFB." Exopolitics.org. 20 Oct. 2017. Web. 21. Oct. 2017. Retrieved from* http://exopolitics.org/disclosure-of-antigravity-craft-near-macdill-afb/



Covert Disclosure of
Antigravity Craft near
MacDill AFB
WRITTEN BY DR MICHAEL SALLA ON
OCTOBER 20, 2017. POSTED IN FEATURED,
SPACE PROGRAMS

"Synchronistically" affirming dream vision information of Petitioner's and as outlined in 126 page proprietary document of evidence without attribution to Petitioner.

Revealing again Respondent's emotional manipulation tactic of Ruse De Guerre to the detriment of Petitioner.

3-12. **ON AUGUST 9, 2017 at 1:35 PM PETITONER** emailed Respondent a song link <u>and jokes about</u> <u>"Dancing Cheek to Cheek"</u> taking on a <u>whole new meaning due to all the bathroom dreams.</u>

During Eclipse of Disclosure **AUGUST 18-21 2017 RESPONDENT** <u>also "synchronistically"</u> <u>cracked a "cheeks" joke</u> when on stage with Niara Isley regarding bad behaved people and you can always just walk away and respectively <u>"you always have two other cheeks to show them."</u>

3-13. **ON SEPTEMBER 15, 2017 PETITIONER** emailed dream group with a piece of furniture <u>described</u> <u>as a brown-diarrhea poop looking color.</u>

**ON SEPTEMBER 15, 2017 RESPONDENT** tweeted article "Mystery Fanged Sea Creature Washes Up on Texas Beach after Hurricane Harvey…" <u>with image of a brown-diarrhea poop looking</u> <u>creature.</u>

3-14. **ON SEPTEMBER 14, 2017 PETITIONER** emailed Respondent a dream about her connection with <u>Jimmy Church</u> and to not worry about the <u>husband wife stuff.</u>

**ON SEPTEMBER 17, 2017 RESPONDENT** wore <u>Jimmy Church Fade to Black T-shirt</u> as he was <u>kissing his Waking 3D Life wife goodbye</u> and heading for Spain UFO World congress.

Again "synchronistically" utilizing emotional manipulation in Ruse De Guerre to Petitioner's detriment.

3-15. **ON JULY 10, 2017 PETITIONER** shared by email with Respondent 'D Ream In Tell 555 (pt1).pdf' with dream titled "Legend of the Bear Love" containing an Extra Terrestrial marriage ceremony.

**ON SEPTEMBER 4, 2017 PETITIONER** shared dream titled "Angel and Christian Cards, Energy imbued for C by me" where <u>tarot and oracle cards in dream were given to Respondent</u> to energetically assist him.

*— ms. Wilde's Sister*

**ON SEPTEMBER 4, 2017 RESPONDENT** tweeted Associate **Teresa Yanaro's** <u>Tarot card pull</u> YouTube Vlog "Be in LOVE With Your Life" during which time she pulled the "Lovers" card . . . twice. . .

To this point a lot of dreams had been shared with Respondent regarding Petitioner's Twin Flame journey. This was "synchronistic" awareness of such, with additional note of the **AUGUST 11, 2017** mailing where Respondent had a talk with 'counselor Troy' regarding his 3D wife and Petitioner.

3-16.   **ON SEPTEMBER 25, 2017 PETITIONER** shared via email with Respondent dream "DC Legends and Screw Plate" with drawing of a <u>metal plate</u> <u>with holes in it</u> and later connected with another post by Respondent regarding the ancients underground 'vent' system (per connecting image to right of screw plate drawing).

**ON OCTOBER 6, 2017 RESPONDENT** tweeted Mike Pence article with Mr. Pence's hand <u>on</u> NASA's metal plate with "Do Not Touch" sign on it, with <u>matching holes style to plate in dream.</u>



3-17.   **ON AUGUST 3, 2017 PETITIONER** emailed Respondent dream titled "Argon Warning" containing a <u>skull</u> in the warning message and as drawn by Petitioner in dream journal.

**ON DECEMBER 25, 2017 RESPONDENT** tweeted a link to article posted on Associate David Wilcock's DivineCosmos.com containing a "synchronistic" image of a "<u>Skull</u>" asteroid to make pass near Earth.



3-18.   **ON OCTOBER 10, 2017 PETITIONER** emailed Respondent dream titled "Bates Motel Looking Guy Loses Bullet Bet" with dream date of January 28, 2017;  containing information about a specialized <u>golden colored bullet that is like a stealth-like missile and around 2 to 3 inches long.</u> Petitioner wonders if it is a new kind of weapon with pathetic drawing of the bullet. In dream <u>'shooter' lost the bullet bet to shoot and kill a friend.</u>

<u>ON NOVEMBER 13, 2017</u> Respondent Associate, David Wilcock, posted article containing image with golden colored and around 2 to 3 inches "specialize bullet" that failed to kill a top 'insider' friend.



**Below is yet another example of complicit "synchronistic" agreement between Respondent and Associate, David Wilcock.**

3-19.   On AUGUST 11, 2017 Petitioner shared dream experience with Respondent titled "CG Preach and Teach and Secret Book Message." In dream Respondent shows Petitioner a very important message in a book. He is very <u>furtive and extremely intense in ensuring Petitioner GETS THE MESSAGE.</u> Respondent was intent that Petitioner get the message she was not crazy and just imagining him visiting her in dreams. He opened the book to a page with something about the unknown things, asteroids (see #3-17) Skull asteroid. The cover seemed to be an <u>obelisks with a longer worded title and rows.</u>

On AUGUST 14, 2017 Respondent tweeted link to Associate David Wilcock's article about his breaks going out, <u>but he was ok, along with an image of an obelisks and having a longer worded title and rows.</u>



3-20.   <u>**ON AUGUST 11, 2017 at 7:00 AM PETITIONER**</u> emailed dream she just woke from, where she comforted Respondent who was having <u>issues with his wife in the dream</u> and where he was also having conversation with 'counselor Troy' regarding his marriage to his 3D wife and his feelings about Petitioner.

ON August 11, 2017 at 8:24 PM RESPONDENT Facebook-tweeted "we arrived in Mammoth Lake, California! We are exhausted and more than a bit on each other's nerves after a full day in the car together. . . "

**"Synchronistically" affirming Petitioner dream shared.**

**Note, this dream group also included dream info foreknowledge of Mr. Wilcock's, then, coming and "secret" wedding.**

3-21. **ON AUGUST 2, 2017 PETITIONER** sent dreams regarding working with **President** Putin and portals.

ON AUGUST 12, 2017 RESPONDENT found an article regarding President Putin and tweeted it with all bold caps "RUSSIA'S PUTIN & MEDVEDEV BOTH MENTION "THE MEN IN BLACK" WHO ARE THESE PEOPLE . . ."

**"Synchronistically" affirming dream group.**

3-22. **ON JULY 3, 2017 PETITIONER** shared dream "Game changes but the destination remains the same" where in dream Petitioner speaks with a man regarding how people change, and positions, but the destination stays the same. There was a globe shaped cage on the table.

**ON AUGUST 9, 2017 RESPONDENT** "synchronistically" tweeted, "I will be on Fade to Black in 15 minutes or so . . ." which is the "Game Changer Network" and also happened to have a cage style globe looking logo/image.

**Petitioner had little to no knowledge of who Jimmy Church was or Fade to Black prior this post.**

3-23. **ON MAY 28, 2017 PETITIONER** via then known legitimate Facebook Messenger account, sent inquiry to Respondent about intimate astral encounter with Respondent and the subsequent counsel meeting dream; whereby Petitioner was inducted into the Galactic Earth Counsel group (It was a 'very vivid' dream) experience. Petitioner asked Respondent if she'd been dream hacked via Facebook Messenger. It's very "synchronistic" to note, Respondent just 'happened' to check this Facebook messages at this time and 'happened' to be see Petitioner's message, and briefly responded, though "synchronistically" short on time and did not respond to the inquiry. Subsequently this account has "synchronistically" been 'deleted.'

**ON AUGUST 4, 2017 PETITIONER** shared by email with Respondent of pre and post dream experiences regarding the Galactic Counsel meeting, still feeling uncomfortable to share the full details.

**ON AUGUST 5, 2017 RESPONDENT** subsequently posted a link to Ms. Goode's interview on YouTube, "Wife of a Secret Space Program Whistleblower…". In interview Ms. Goode states she once walked in on a Galactic visit of Mr. Goode's and 'did not want to see that,' subsequently her memory was altered to recall it as a 'very vivid dream.'

It is important to note during Ms. Goode's interview at no time does anyone try to tell her, her experience was just a bunch of avatars made up by her subconscious higher-self-mind for her to learn some convoluted message from. Ms. Goode's dream experiences were treated with respect and as real events with real galactic beings.

In Petitioner's very vivid 'dream' experience Ms. Goode was present and children along with Galactics. Ms. Goode told Petitioner personal things about Mr. Goode. Everyone discussed the matter to ensure this was the correct course of action for all of humanity and all timelines as the effects would ripple out. It was agreed upon.

**ON AUGUST 8, 2017 PETIONER** due to "synchronistic" behest finally shared the full Galactic Counsel meeting with Respondent and containing information regarding military contact via *RFID chip in the head.*

**ON SEPTEMBER 8, 2017 RESPONDENT** Associate, Dr Michael Salla, "synchronistically" posted a YouTube video title "Marine after 17 years on Mars authorized to reveal truth for US National Security" including a marine confessing to *contact by military via a chip in his head.* (approx. time stamp 1:00)

3-24.  **ON AUGUST 21, 2017 PETITIONER** During Eclipse of Disclosure, sent dream visions regarding triangle craft ships, with a ratio of 900 triangle (invaders-some good infiltrator) to 100 round (good) and that the "raccoon" knew just what to do to fix it.

**ON SEPTEMBER 7, 2017 RESPONDENT** tweeted Associate Dr. Michael Salla's article about "Hurricane Irma Approaching MacDill AFB" with images of triangle crafts and statement that multiple triangle crafts were being seen.

3-25.  **ON JULY 1, 2017 PETITIONER** sent dream about Lighting God Bolt, where Petitioner uses telekinesis to return the bolt back to the angry god cloud.

**ON SEPTEMBER 8, 2017 RESPONDENT** posted to Facebook article titled "The Air Force's 'rods from god' could hit with the force of a nuclear weapon – but with no fallout-"

**Petitioner asserts for someone "not" reading her emails and as so-claimed by Respondent, and subsequently using the vision guidance for the alleged 6 Months; there is an inordinate amount of "synchronicities" especially considering the lists contained herein barely begins to scratch the surface of all the alleged "Synchronicities" Petitioner has record of.**

3-26. **ON DECEMBER 24, 2017 PETITIONER** replied to emails with Respondent and shared dream about secret time travel military briefing at 2:32pm attached document titled "DREAM Handling the SSP bully" containing the experience of putting a fresh young red head guy into a half Nelson type hold and inform him (and any of his buddies) that HE IS TOAST if he tries anything murderous again.

**ON DECMBER 25, 2017 RESPONDENT** "synchronistically" posted to Facebook and pass through tweeted at 10:50am the following link http://www.rumormillnews.com/cgi-bin/forum.cgi?read=90267 to an article regarding President Trump's swamp draining Executive Order with the "synchronistic" line stating "THEY ARE TOAST"

3-27. AT Conscious Life Expo **FEBRUARY 9-12, 2017 PETITIONER** gifted Respondents, David Wilcock and Corey Goode, in person, a home printed edition of: Pre-published Book: DreamWalker Dream Diary Adventures of Enetka Tulina: & the Trizad of Peace" Edition 1 Containing intellectual Property about on *(p47-54)* Dream Titled *"***Vampire Relations a Day in a Draco's Shoes** regarding 1/3 of Draco race being good.

**ON AUGUST 1, 2017 RESPONDENT** on Cosmic Disclosure S7E31 approximate time stamp 25:50 Associate, Pete Peterson **"synchronistically"** states to Respondent Associate, David Wilcock, that approximately 1/3 Draco race are good and like priests and minsters, without attribution to Petitioner.

3-28. **ON JULY 8, 2017 PETITIONER** shared with Respondent dream group containing information regarding **"KA"** being the nature spirit.

**ON JULY 30, 2017 RESPONDENT** "synchronistically" re-shared with Respondent Associate, Teresa Yanaros during YouTube interview titled "Corey Goode QnA & Response to Dark Journalist & Bill Ryan . . ." for a second time publically that **"Ka"** was the group name for "Ka Aree" and her name was 'just' "Aree" also strikingly similar to Petitioner's artist name and as used for years of "Ari" Stone and with the same "synchronistic" pronunciation. This separation of the name was shared originally on Cosmic Disclosure (Episode to be cited in later statement for remedy).

3-29. **ON JULY 17, 2017 PETITIONER** Inquired if Respondent had initial eye surgery around March 21, 2013 due to dream where a 'black girl' had something shot in her eye from across the room and subsequently comforted her with a galaxy stone.

**ON JULY 30, 2017 RESPONDENT** "synchronistically" re-mentions 'eye surgery" (approx. 1:20:00) with Respondent Associate, Teresa Yanaros during YouTube interview titled "Corey Goode QnA & Response to Dark Journalist & Bill Ryan . . ."

3-30. **ON JULY 23, 2017 PETITIONER** shared email regarding dimension hopping and super speed running. On p38-39, Petitioner sees a <u>father and son that have patched up their differences</u>.

**ON JULY 30, 2017 RESPONDENT "synchronistically"** alleges <u>patching up differences with his father</u> around 1:39:30 time stamp and respectively that he'd not spoken with his dad in 6 years and something happened and healing came along and they were speaking again.

3-31. **ON JULY 31, 2017 PETITIONER** shared via email with Respondent dream from 2010 regarding Edgar Casey's wife and internet images of Edgar Casey's and <u>Gertrude Evans (his wife) with huge poofy hair similar to Petitioner's hair style.</u>

**ON AUGUST 5, 2017  RESPONDENT** Associate, David Wilcock, **"synchronistically"** posted his <u>matching photos of himself with Edgar Casey</u>.

3-32. **ON JULY 1, 2017 PETITIONER** shared via email with Respondent dream story regarding a boy she partly healed of a generational heart condition. The issue was his <u>eating habits</u>, whereby he was told it wasn't "WHAT" he ate . . . but "HOW" he ate and he must heal himself the rest of the way by changing this behavior or he'd just develop the heart problem again. <u>The boy ate meat.</u>

**ON JULY 9, 2017  RESPONDENT "synchronistically"** posted an article in all capital letters and titled "WERE THOSE WHO ROAMED THE EARTH BEFORE US NEARLY ALL VEGETARIAN?" <u>regarding eating habits.</u>
Tweet https://twitter.com/blueavians/status/884096933731733504
Article http://www.collective-evolution.com/2017/07/05/were-those-who-roamed-the-earth-before-us-nearly-all-vegetarian/

3-33. **ON JUNE 15, 2017 PETITIONER** shared via email dream group containing personal dream vision experience of Petitioner's using magik light up crystals, where they are used to dispel lying and cheating players by removal <u>of their team flag</u> on the ceiling. There are <u>12 teams (MJ12)</u> and names roll off the tongue like old familiar names, like "<u>Beta</u> Mu Upsilon" and other similar (Greek?) sounding team names.

**ON JUNE 16, 2017  RESPONDENT "synchronistically"** posting an article link to Respondent Associate, Dr. Michael Salla, article "New Majestic Document Reveals US Diplomatic Relations with Extraterrestrials" <u>MJ-12</u>
Tweet https://twitter.com/blueavians/status/875731662813896705
Article http://www.exopolitics.org/majestic-document-reveals-us-diplomatic-relations-with-extraterrestrials/

**ON JULY 9, 2017  RESPONDENT "synchronistically" further affirmed by** posting an article link to Associate, Robert Steele's Phi <u>Beta</u> Iota Public Intelligence www.PhiBetaIota.net and mentioning <u>'false flags'</u> and as Petitioner recalls the June 16, 2017 post 'further reading links below' contained links to Mr Steele's information.
Tweet https://twitter.com/blueavians/status/881587872146509825
Article https://phibetaiota.net/2017/07/michael-salla-expolitics-including-mars-colony/

3-34. **ON SEPTEMBER 15, 2017 PETITIONER** shared via email with Respondent a dream with Respondent Associate; Eric Raines in it and where he was having stomach issues. Stomach issues later affirmed as true and correct with Mr. Raine's fiancé.

**ON OCTOBER 24, 2017 PETITIONER** shared via email dream group another dream experience with Respondent Associate, Eric Raines.

**ON NOVEMBER 9, 2017 RESPONDENT "synchronistically"** tweeted a link to Eric Raine's YouTube Eclipse of Disclosure video.

3-35. **ON DECEMBER 16, 2017 at 5:07 PM PETITIONER** shared via email with Respondent the second marriage dream experience with note of not knowing who the military guy was with the "chevrons" on his arm sleeve.

**ON DECMBER 16, 2017 at 6:38 PM RESPONDENT "synchronistically"** tweeted a link to an older, Season 6 Cosmic Disclosure Episode 1, title "Earth Alliance Strikes Back" revealing the chevron ships as being the new and formerly unknown good guys.

In the episode Mr. Goode mentions again that info is first received in dreams, he also recalls those experiences, and they are to prepare him for in-person meetings with the beings he meets. Respondent also mentioned he was told he would soon be useful again by Ka Aree. (approx. time stamp 19:00)

3-36. **ON AUGUST 2, 2017 PETITIONER** shared via email intellectual property regarding President Putin being a Parallel Universe military peace guy and subsequently pulled into this universe by Petitioner.

**ON NOVEMBER 8, 2017 RESPONDENT "synchronistically"** tweeted a link to an article about "Parallel Universes Do Exist" as posted on MessagesToEagle.com which also coincided with another dream message where an eagle was mentioned. Along with the article image inclusion of an eye that looked similar to the eyes drawn and also contained in another dream.

3-37. **ON NOVEMBER 11, 2017 PETITIONER** shared via email intellectual dream vision property information that mentioned "GWAR" and the writing in the dirt, PDF file titled: "DREAMS – Appearances – Writing on the Ground GWAR.pdf."

**ON DECEMBER 4, 2017 RESPONDENT** Associate, Chuck Raymond, Facebook posted about receiving his new "GWAR" album.

3-38. **ON OCTOBER 22, 2017 PETITIONER** shared via email intellectual dream vision property regarding Respondents coming event and he would be safe.

**ON OCTOBER 23, 2017 RESPONDENT "synchronistically"** Facebook-pass-through tweeted link to his coming Philadelphia event.

3-39. **ON SEPTEMBER 21, 2017 PETITIONER** shared via email intellectual dream vision property information regarding vampire history. With special mention to email shared on JUNE 28, 2017 where Petitioner shape-shifted a dozen times for her prison sanctuary love and again shape-shifted in email shared on JULY 31, 2018 into a bumble bee.

**ON SEPTEMBER 27, 2017 RESPONDENT** Associate, Dr. Micahel Salla, **"synchronistically"** posted an article containing vampire history with image containing Vlad the Impaler (aka Dracula). Article Titled, " A DESCRIPTION OF THE SHAPE-SHIFTING REPTILIAN BEINGS WRITTEN ABOUT IN ANCIENT INDIA – "THE NAGA""

3-40. **ON MAY 10, 2017 PETITIONER** shared via email with Respondent the Vatican dream. Containing intellectual dream vision property regarding the **Vatican Break Away group** as denoted by the Vatican guy with "no pointy hat" watched as demonstrations were being made on the **black and white mosaic checkered wall** teaching another man how to pass through walls by rearranging atoms, and some of the time using a **sea shell** (water connection) to demonstrate.

**ON MAY 29, 2017 PETITIONER "synchronistically"** found an image of Respondent with Respondent Associate, Jordan Sather, with black and white mosaic floor tiling, but not in the exact squares format seen in dream vision.



**ON JUNE 20, 2017 RESPONDENT "synchronistically"** tweeted a link to his YouTube Vlog showing his Solstice Pool Party ('synchronistic' water connection with 'sea shell') and "synchronistically" affirmed he was the married man being taught in the dream, as the **pool walls were the matching style of black and white mosaic tile checkers seen in dream vision**.

**ON JUNE 22, 2017 RESPONDENT "synchronistically"** tweeted twice and to two links of Respondent Associate Dr Michael Salla's article regarding the **Vatican Break Away** group choosing to reveal the truth to humanity.
http://exopolitics.org/world-religions-unite-as-prelude-to-extraterrestrial-disclosure/ (Written version)

**ON JUNE 27, 2017 RESPONDENT "synchronistically"** tweeted an additional link with further information about **Vatican Break Away** group, due to inquiries by Petitioner and others on June 22, 2017 Vatican tweet comment section, asking for clarification if these are the proverbial good guys.

In 3-40 Respondent has again posted a personal YouTube video directly "synchronistically" affirming very specific information contained in a dream group from Petitioner and subsequently has Respondent Associate, Dr Michael Salla "synchronistically" post an articles built around the key information contained in Petitioner's dream vision and without remedy or attribution to Petitioner.

3-41. **ON JANUARY 3, 2018 PETITIONER** shared via email a message mentioning a dream regarding the flu vaccine virus. Where Petitioner saw Respondent in dream in another form having gotten the flu and was told to get her daughter out of the school.

**ON JANUARY 4, 2018 RESPONDENT** Associate David Wilcock and Petitioner mutual friend, Mr Wayne Worden, shared a link via Facebook Messenger titled "EVERYTHING YOU NEED TO KNOW ABOUT BILL GATES, VACCINE SAFETY & HIS RELATIONSHIP WITH BIG PHARMA" posted to Galacticconnection.com containing information regarding the flu virus vaccines.

Subsequently Respondent got the flu virus.

**ON JANUARY 11, 2018 PETITIONER** due to Respondent getting the flu, shared the dream vision experience.

3-42. **ON JANUARY 8, 2018 PETITIONER** shared via email a message, subject title: "a LIVING MUMMY discovered?" and email message responding to dream vision where in dream Respondent was troubled and asking **"Why him?"**

**ON JANUARY 11, 2018 RESPONDENT** "synchronistically" tweeted a link to an article he alleged "not" having read containing key phrasing in section titled "Anger, Bargaining & Depression" in paragraph one; **"Why me and Why now?"**
Tweet https://twitter.com/blueavians/status/951469525312114688

3-43. **ON NOVEMBER 7, 2017 PETITIONER** shared via email one of many dream vision containing time travel and where Petitioner typically references being back in time in an era such as the 1950's. (see also 3-3)

**ON MAY 6, 2018 RESPONDENT** "synchronistically" tweeted a link to an article stating the Alliance has been working on the plan to break down satanic forces since the 1950's.
Tweet https://twitter.com/blueavians/status/993302881942949888

3-44. **ON APRIL 20, 2018 PETITIONER** legally served Respondent with Ruse De Guerre allegations to defraud petitioner of dreams, along with the use of libel and slander.

**ON May 11, 2018 RESPONDENT** Associate, Teresa Yanaros, **"synchronistically"** alleges via a Facebook posting to also being 'slandered' and the comment is in regard to a *single* dream shared that coincides with Respondent Associate, COBRA, information.

**knowing, and criminal act with intent to defraud and otherwise swindle, manipulate, and take unfair
advantage of Petitioner through the aforementioned Ruse De Guerre, tactics, and techniques so contained
herein by Respondent, James Corey Goode against Petitioner, Alyssa-Chrystie: Montalbano.**

Continued infringement after the date of this mailing will results in additional fines and back payment of reasonable
usage fees due since 2016 for the consistent and continued use of materials by Respondent. Pricing to be determined
per the current market rates for all intellectual property infringements and current fair market rates for writers (17
USC 504), along with all associated legal fees (17 USC 505) incurred by Petitioner to remedy this situation.

Should Respondent wish to rebut anything stated herein they may do so with their own sworn and notarized
statement of declaration with supporting evidence and on a point-by-point basis to be mailed to the Petitioner's
address as contained herein within 14 business days of the date of this mailing and allowing for reasonable mailing
time. Failure to respond constitutes acquiescence with everything stated herein and may be upheld in any court of
law as true and correct.

Any legal proceedings shall be held in the state and county where Petitioner resides.

A courtesy copy of this notice has also been served on GAIA INC, CEO Jirka Rysavy, via USPS Certified Mail No.
7016 2070 0000 9810 9954, and Senior Director of Content Production at GAIA INC, Jay Weidner, USPS Certified
Mail No. 7016 2070 0000 9808 6477 at the following address: 833 West South Boulder Road, Building G,
Louisville, CO 80027, to notify of pending litigation, stop and desist orders, copyrighted infringements, and Offer
for Remedy and that the public airing of cited episodes in direct infringement dispute as contained herein (17 USC
§106A; 17 USC 503) may be court ordered for removal of broadcast.

In an effort to resolve this matter without litigation SECTION 5 - OFFER FOR REMEDY is being extended without
prejudice and as contained on pages 41, 42, 43, 44 and 45 and Addendum (AOFRA) Acceptance of Offer For
Remedy as Apprentice.

Signed this **16** day of May, 2018
With Prejudice and All Rights Reserved,

*Alyssa-Chrystie: Montaltano*

**Alyssa-Chrystie: Montalbano (UCC 1-308)**
Owner ARI STONE ART LLC
Artist Ari Stone

State of CO ,County of Mesa
Signed before me on this 16 day
of May 2018 by Kimberly Blossom
Notary Public Kimberly Blossom

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022