← Comments

Comments on "0001 DAVID WILCOCK & CG Admit they are Cabal, Untuned Psychic ... 

Remember to keep comments respectful and to follow our Community Guidelines

*screenshot taken November 20, 2019*

Highlighted comment

 SphereBeing Alliance • 3 hours ago
Video backed up for the courts. 'Ari Stone', this is perfect for the Colorado courts that this wacko opened a case in and destroys recent complaints about me making public statements. Slandering me in public just gives me a reason to sue you. If malice is shown when attacking a public figure it is much easier to levy a slander suit. That is not difficult to prove in this instance. We are hitting JW with a 7 figure suit shortly as well as G. A witness contacted us stating they saw you a few times with G executives discussing these things. Bringing lawsuit for Stealing her dreams and being married to her in another dimension after trying to blackmail me to put her on my team after being kicked off of my team for sexually harassing me (I have the proof from emails/Txt's from the team group to prove it). When I rejected your 'other dimensional marriage' and sexual advances you exploded into your current and ongoing psychotic state. According to our investigations, It appears you have a history of mental illness which will also be a part of the lawsuit and public statements. We are going to release some emails and a recording of her to expose her for what she really is (Good luck spinning that). We have evidence/testimony now of her coordinating with JW and other Executives from G. G and JW have been reported to Police and FBI regarding cases of cyber-stalking and interfering with business contracts. She just sunk her own case. Everyone will see you as the stalker and now cyber-stalker (Class 5 Felony in Co). I was going to leave you alone lawsuit wise because you're wacko... You are now guaranteed that once your suit is dismissed you (& your trust fund, better warn Daddy) will then be the target of civil and the ongoing criminal investigations into these matters. Added your name to the police report to the Broomfield Detective and am now asking the detective to write a letter for the judge of your current frivolous case asking him to dismiss with prejudice and provide a restraining order against you and JW (& others you have coordinated with). Keep it up, you're just helping my case as JW is and digging yourself into more trouble. Hard to stop harassing me when you cannot control your delusions or own behavior though huh? Being obsessed is going to be your own downfall. But wait, no police arrests yet... no one sued. The wheels of justice move too slowly for my taste, but they are finally about to roll over my opponents who have coordinated in criminal ways. The success of my second documentary ensures I have the war chest to pursue all of my enemies legally.

👍   👎   💬   ❤   **EXHIBIT 19 (7 pages)**

 Staci Herrick • 23 hours ago
I lost a mouth full of hot tea when you added "Dooooom" over the audio Auri! Well done.

👍 3

 Out Of Mind • 1 day ago
awesome! thank and shared lol

MOTION TO VOID JUDGEMENT
PERSUANT RULE 60(B)(3),(4)
EXHIBIT BB
DV SAMPLE 17a (2 PGS)



Comments 5



Add a public comment...



**The Deprogrammer** • 1 second ago   *Post By Plaintiff*
*Nov 21, 2019*

This is my reply to SBA (aka Corey Goode) comment, didn't want it buried in the click comment reply section.

SBA (aka Corey Goode) All I have to say is "Paramour" read this Dream Vision - you Corey Goode are the Shapeshifting creature then bear. I've been expecting you...

*Dream Vision*
*—Blog Posted*
*Oct 28, 2019*

https://aristoneart.com/2019/10/28/2019_10_27_oct-magik-fiberoptic-plant-growing-snakes-and-shapeshfting-bear/

pswd:
themostreiduclouspasswordever_37rnj04u84ejfw30woerjg88&HJGIN*(90_^#$@!!)++KNOLNMPsoldfrgpi....."""""

Also this one (still in a rough draft format in blog, but emailed to you on 10.28.17) Spark Plan Foiled, you are the thief trying to steal my Corvette.

https://aristoneart.com/2019/11/14/2017_01_01_jan-spark-plan-foiled/

pswd:
roughdraftinprogress

I have not slandered you or David. You described cabal people and then the both of you have lived the definition. I simply pointed it out publicly, the same thing I've done on the court record. I do this to wake you guys up.



BASHAR PLOT

March 18, 2019 @ 11:07pm

Need to know next step(s) on &
to my most fulfilling life &
financially successful destiny path.

THEY WANT 'CLAY' INFO & LIKE 'THEY'
DIDN'T STEAL IT

They were trying to get stuff info from me again ~~~~ & to rather see ~~ what info I was being given & if accurate & even to try to say otherwise. There was a person/teacher I was going to speak w/ &/or who was trying to give me info or say something about clay & about info from them about the clay, like they didn't steal it.

3:11am

MOTION TO VOID JUDGEMENT
PERSUANT RULE 60(B)(3),(4)
EXHIBIT BB
DV SAMPLE 18 (5 PGS)

show me something fun, passionate
enjoyable & magical, on my destiny
path where my real TF & I are together

**OFF - ENERGY CG & NEGOTIATIONS**
**CG ESTIMATING MY WORTH**

9:12am

I was taken to some place Indoors, which
was sorta like some off-energy type place
to see Corey, to negotiate. I was taken
downstairs into some private like room w/
a few others inside it. Corey was in it & he
was sitting near a wall & he'd been writing
on a paper like how much $ he could maybe
get out of me. He'd handed it to me or I'd
been given it at the way down possibly by an
off type Roger R. The paper had one
pencil mark slash across some writing on
the page, then in blue G2 pen ink he'd made
notations, like ⬤ Trust ⬤k and like
my trust or assets like ⬤k & as if he was

car insurance
good rent $/mo
$4/yr? thru Dec 2019



BASHAR PLOT

estimating how much I was worth. He was talking some about stuff & I looked up at him. He looked extremely unattractive to me w/ very sparce balding scalp & a few random hairs sticking up & 2 or 3 misc patches of sorta baby hair fuzz sticking up and like he was losing all the top of his head hairs like the friar Tuck style & his right eye looked all droopy wonderer style & like it was a light shade of brown or just lit by a light (like when I did my home photo shoot) & he was talkin' numbers like he was gonna sue me or ~~at~~ at least to know how much I was worth. He'd written "▆▆" on the paper in pencil & I said, "So what are you going to do? Just keep on going along to see how much I'm worth? or how much you think you can get out of me?"

His security person seemed to then leave the room & the other 2 or 3 people as well. One felt like a guy who'd sorta was attracted to me, And he'd left sorta



like "he's all yours now." Corey looked at me w/ that super droopy eye (both his eyes looked a ld wonky like both going different directions like a cookoo bird parrot eyes or something)(snake in coocoo clock dream & other snakes) & I seemed to be trying (& asking) questions like a dozen or so & one after the next but I'd sorta limited it near the end to ones I said after he'd handed me his notes numbers & he looked at me w/ a sorta twinkle glint of love in his main crazy Lt brown eye & he looked so unattractive to me that I looked away & down to conceal some my thoughts in my eyes, of "why did he wait till we were both this old & to where he'd lost his hair" And It was sorta like he'd briefly thought & I, that ▓▓▓▓▓▓▓▓▓ But, I knew instantly that wasn't the plan & had basically no chemistry attraction for ▓▓ whatsoever even though he was semi better looking, but even w/ Corey looking like this (counsellor Troy) I still had ▓▓▓▓▓ & he knew it. So I sorta

(margin note: @ like an Iguana)
(margin note: creepy)

**BASHAR PLOT**

sighed internally w/out any visible or audible sigh.

There was more going on & like we were sorta finally entering negotiations & like he just wanted all my money. But, he also sorta saw me as being the same way toward him & both sorta thought like, 'oh well' like that's so TF of us but also at the same time like both of us... i.e. neither of us... wanted each others money really. But, like that was typically thought of both of us by whatever partner we were w/ that we were all about $, cause we always seemed to talk & care about it, because it was such an issue of struggle for us both, so always an issue at the forefront. But, we both knew that wasn't really what we were about.

> 4 WHEELS TIRE INSURANCE CAR SALESMAN

Then I was w/ someone else like an car insurance salesman at the dealership that was selling me (4 wheel) tire insurance (for my 4 tires/wheels)