Case No. 1:20-cv-00742-DDD-KAS Document 121-20 filed 12/22/20 USDC Colorado pg 1 of 5

(2) Ari Stone - 'Allegedly' Corey Goode didn't read and follow my...

Page 1 of 5

AFFIDAVIT ALYSSA CHRYSTIE MONTALBANO
EXHIBIT AL - DEFENDANT USE OF PLAINTIFF'S ART (8 pages)



**Ari Stone**
March 15 at 8:00 PM

'Allegedly' Corey Goode didn't read and follow my approx 500 Dream Visions shared with him during 2017... and yet....his close assistant presents my unique Energetic Portal Design artwork on her slide titled "Modern Day Shaman's" at CG's event 'Eclipse of Disclosure' August 20, 2017.

No attribution was given to me at any time.

Here are also photos with Jordan Sather on the same stage and then of Corey Goode and Niara Isley photo'd around the time CG told his similar version of a joke I'd shared about a week prior in an email to CG with Dream Visions. After 100+ uses like this it became unreasonable to label it 'synchronicity'

Tom Nieman, Debbie Emerson and 7 others — 17 Comments

Like · Comment · Share

**Nano Nate** What resolution would you be satisfied with, comming from this situation?
Like · Reply · 4d · Edited

**Ari Stone** Nano Nate I have stated what I want for the court record. A resolution will have to be negotiated. The root thing I want, is honesty. From there, the rest can be determined.
Like · Reply · 4d

Write a reply...

**Jilly Mac** So you're friends with these guys? That's really cool! But not cool they are stealing your work 😟 this paints them in a different light for me. Please keep us updated on what happens. I look up to some people who look up to them and I think they would feel the same way I do if I shared this info with them.
Like · Reply · 4d

EXHIBIT 20
(5 pages)

https://www.facebook.com/ari.stone.750/posts/2292543694136496

3/20/2019

EXHIBIT AL pg 5 of 8



EXHIBIT AL b6 of 8

Associate slide titled MODERN DAY SHAMANS →



ExHIBIT pg 7 of 8



EXHIBIT pg 8 of 8

