
Liked ▾  Following ▾  Share



**Sphere Being Alliance**

Home
About
YouTube
Events
Photos
Videos
Posts
Reviews
Groups
Community
Info and Ads

**Sphere Being Alliance** shared a post
July 17, 2018

Update and Public Statement on recent events...

 Corey Goode ← JULY 17, 2018
date 18C103 Broomfield
Stalking case opened

Update and Public Statement on recent events:

We are looking forward to settling back in at home after a little over a month of travels.

We enjoyed a week in LA at Disclosure Fest where we also had meeting with a number of people and groups discussing working together in big ways.

This includes the plans for a Mass Meditation event in Washington DC on 11/11/2018 during the military parade.

These meetings should also lead to some very exciting announcements that will benefit our entire community and help us come together for our common goal of Full Disclosure.

These announcements will completely displace the volume of upsetting and stressful evets that have popped up over the last week or so.

After the week in LA we then flew out to Maui for 17 days.

Thanks to our close friends Amy and Jamie who live there, we were able to stay with them and have an epic adventure on a shoe string budget.

Maui ended up being the perfect place for an unplanned sabbatical.

I was able to have time to slow down and reflect on the incredible amount of stress, abuse, personal 'dark alliance' attacks, 3 deaths in the family in the last 19 months, my Father in Hospice and not doing well and the incredible weight of the responsibilities laid on my shoulders over the last 3 years were all crushing in on me.

Those are just the things we can make public... So MUCH has gone on that we cannot talk about.

Thankfully I had an opportunity to address most of these traumas to some degree and am feeling much better as a result.

Now, it is time to get back to work! These distractions can no longer


EXHIBIT 21
(15 pages)


MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AS - DEFAMATION
FACEBOOK JULY 17, 2018
1 OF 2



👍 Liked ▾   🔊 Following ▾   ➤ Share   ...

**Sphere Being Alliance**
@BlueAvians

Home
About
YouTube
Events
Photos
Videos
Posts
Reviews
Groups
Community
Info and Ads

Those are just the things we can make public... So MUCH has gone on that we cannot talk about.

Thankfully I had an opportunity to address most of these traumas to some degree and am feeling much better as a result.

Now, it is time to get back to work! These distractions can no longer delay this important mission.

Over the last 3 years, I have also had to deal with a number of individuals that have taken a very unhealthy personal interest in me to a point of having to obtain protective orders for my protection and the protection of my family.

The feeling of having someone strongly pursuing you based on fantasies or delusions is a creepy and sickening feeling that I wouldn't wish on anyone.

As all of you are aware... While Stacy and I were in Maui, another public controversy arose with the unauthorized release of some alleged personal information and correspondence that has since gone viral.

Since then I have received a constant and steady stream of emails and messages on Facebook asking me to make a public statement.

The only statement I can make right now is that "Legally, I am unable to publicly comment at this time".

What I can say is that I am responding very strongly, privately and in an ethical and legal manner.

I hope to be able to make more of a public statement in the near future.

I understand and appreciate how upset and confused many in the community are right now, rightly so.

It would be wonderful if we could focus on Unity and working together for Full Disclosure until more clarity can be given on these issues.

This will be our main focus at our upcoming Dimensions of Disclosure event here in Colorado this August.

We appreciate the huge amount of support that those in the community have shown over the last week.

The letters of support and donations have assisted us greatly both energetically and financially.

Screenshot_20190320-070421

Taken: March 20, 2019 at 7:04am



r/CosmicDisclosure

CG being sued for Fraud/Infringement, poster on Project Avalon Forum claims to be plaintiff



Baphomet        Blue Avian

projectavalon.net

← UNKNOWN TO PLAINTIFF

What the hell. No matter what your feelings about Corey Goode this is crazy.

At the top she states CG must have read all her emails since he made a folder for them. Er, that's not how emails work.

Then she goes on and on about the legalities of her case then she gets to the bizarre point.

It seems to me she is claiming she can see the future in her dreams. But not clearly, she 'interprets' her dreams (see below). So she is suing CG for using her mad dream predictions in his work

I think she is crazy.

"In current time, I always know what Corey and his attorney are up to or thinking to try, cause I already see it first in dreams, where they first have to tell me, show me, and/or ask my permission to do...

and his attorney are up to or thinking to try, cause I already see it first in dreams, where they first have to tell me, show me, and/or ask my permission to do... whatever... in 3D. I sent them a handful of dreams showing them how I already knew I'd win the Broomfield case before I even knew about the Broomfield case in 3D. I saw in a dream a baseball team of like 2 or 3 women in the baseball "Field" and one got up and basically bunted a homerun with an industrial "Broom!" I also saw Corey was extremely angry when they tried and failed to open the 1st stalking case June 2018. In that dream CG appeared as a large octopus squid thing and I was in space with a handful of friends. I then saw a girl by the water that I felt very connected with and the squid came up and basically ripped off her leg, like it was supposed to be me, but it wasn't. This was symbolic of the 1st failed attempt and how they tried to harm me. I then saw the attorney would fail to serve me repeatedly, because I had a dream with a young girl (she was disguised) who had a PO box, but I didn't seen to have one, but was thinking to get one. I also saw that my in-house-state-court review on August 24th would essentially be cancelled because a guy took my gas pump number 24 and cancelled my using it. This was symbolic also of the Broomfield case being cancelled (closed) because it too was on the 24th (July) and the hearing was short and essentially 'cancelled.'"

Edit: typos

So, essentially, OP posted this even though it 100% appears to be a huge, massive, nothing-burger rant made by a crazy woman.

So then why was it posted? I mean...does OP think it somehow gives more weight to the flak that Goode has been getting lately? If nothing else, this post almost does the opposite because it shows that at least some of the people trying to go after Goode are just straight up crazy

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AU
DEFAMATION REDDIT
2 OF 2



**SBAGoode** 120d

This is, of course, more FAKE NEWS about CG!

This case is being dismissed and the Magistrate referred to the plaintiff as being "Delusional". You can see this for yourself in the public record if a small amount of research was done.

She has openly claimed that she and I were married in 'another dimension' and was trying to bring that fantasy into reality in this dimension. When she was asked to stay away from CG and stop emailing him she then filed this baseless lawsuit.

The Magistrate states the plaintiff is "delusional" in their latest court filing when the case was referred to the Federal Judge to be dismissed with prejudice. Maybe one day these emails and the recorded call with her will be made public to let everyone make up their own minds? The whole thing is very unsettling and creepy IMHO.

I guarantee you will NOT see anyone publish this info on Avalon. Only derogatory info about CG is allowed to be published on that forum no matter how fake it is.

Someone in Avalon should post this response and ask her about how she believes she and CG were married in another dimension... or would that be too fair and balanced?

The Plaintiff has stepped over the line here (legally) and all of this has now been sent into the courts to verify their stalking type of behavior and their mental state.

I think a number of people became carried away during recent attack campaign against CG and will find themselves being reported to professional organizations that they are a part of as well as experience civil suits being filed against them. In a few instances, this activity rose to a criminal level of Cyber-Stalking that is being referred to the appropriate law enforcement agencies.

It would be nice if people took the time to research the claims of those speaking against CG as much as they are researching and doxxing CG and his team.

Now, let the trolling begin, lol

SBA

Screenshot_20190318-003408

Taken: March 18, 2019 at 12:34am

**bashar_speaks** 119d

> She has openly claimed that she and I were married in 'another dimension' and was trying to bring that fantasy into reality in this dimension.

And you are? In any case, thank you, it's nice to get another perspective on the situation.

>> Someone in Avalon should post this response and ask her about how she believes she and CG were married in another dimension... or would that be too fair and balanced?

I wish someone would, that would be interesting. To join the

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AU
DEFAMATION REDDIT
1 OF 2

EXHIBIT AO  no1113  120d
(pg 3 of 3)

If it's "b)", then that's *very* disingenuous. Not cool.

Very good points.

This is, of course, more FAKE NEWS!

This case is being dismissed and the Magistrate referred to the plaintiff as being "Delusional".

She has openly claimed that she and I were married in 'another dimension' and was trying to bring that fantasy into reality in this dimension.

Close up Defendant knowingly making false statements.

The Magistrate states the plaintiff is delusional in their latest court filing when it was referred to the Federal Judge to be dismissed with prejudice.

**Affidavit Alyssa Chrystie Montalbano Exhibit AP –** Defendant and Associate Facebook Defamatory Posts (2 pgs)

Screenshot March 17, 2019 at 10:40pm – my artist Facebook account.

All knowingly false statements

**Timeline Review**

**Chuck Raymond** · 2 hrs

Hey guys an gals, please take a min and scope this out. Did you know ..haha, there is this...woman, **Ari Stone** who is trying to sue Corey Goode. I would like to bring a couple things to your attention because some things are not right here. PEOPLE, are not acting right.

This woman claims to have sex with Corey in his dreams if I'm not mistaken... she says she know the future ect. You have to get all the details here, because this isn't JUST, oh look some one crazy is trying to pull something.

This gal is in cahoots with Dark Journalist, and Project Avalon which CALLED CPS ON Corey and tried to cause all sorts of problems. Yeah! Corey, one of the most normal, polite, down to earth cats I ever met. Ok.

As well, this woman had approached me at Eclipse of Disclosure. For no other reason than because I was doing some art for the SBA, I was offered a job. Even though I had no experience in that position.

What I'm saying is a few years ago, she was here, trying to mess with us! I think she is some sort of asset. How else are you going to have time and shit to try to mess with Corey like this?

I don't think it's right, I don't think people are acting RIGHT. As in NOT what they claim to be. As in fishey fish stink!!

Go ahead and look into this ...crap man, and what they are trying to pull on this guy. I'm sorry, I just don't think it's an isolated deal. I'm not a fkn dummy....

What's your take on this?

REDDIT.COM
CG being sued for Fraud/Infringement, poster on Project Avalon Forum claims t...

2    1 Comment · 4 Shares

Like   Comment   Share

HIDE

ADD TO TIMELINE

EXHIBIT AP
(pg 2 of 2)



—creepy clown

**Chuck Raymond**
You should be ashamed of your self Ari. And you don't fool me for a second. I'm not the only one that can see the truth.... you k ow there's a lot heavier shit going on than this little game your playing right now.... you might want to really think about who you want to be.. And what you want to spend your life on. Because we're making our choices every day here... And it ends up very sad when peo...

Amber Jean Wheeler like i understand if y...

**James Corey Goode**
It is unfortunate that the other party decided to post details of their frivolous litigation against me and make them public through forums (Known to attack me), Facebook, YouTube and blog posts. It should have remained confidential especially since the other party is requesting the case files be sealed for what will become obvious reasons. It is also suspect that they have joined the Dark Alliance group (& other interests) that has slandered and attempted to character assassinate the 'SBA brand' and myself in particular. They have also contacted many in the community spreading slanderous rumors about me (As have others). If anyone really wants to know the BIZARRE nature of the numerous and irrational court filings this party has made against me they can request the publicly available court files from the Broomfield, Colorado State Court (Montalbano vs Goode). People will have to investigate for themselves and make up their own minds as I will not discuss the details of an ongoing lawsuit, frivolous as it may be. TY, Chuck for the post of support. You raise some of the very questions I am sure my attorneys will ask. It also gives people an idea of what I and other 'public figures' in this community deal with on a regular basis. I commented on this in more detail recently on my live interview on Edge of Wonder. No worries, this is what attorneys are for. If I focused on all of the coordinated attacks, blacklisting and the variety of stalkers I deal with I would never get any work done. I now have a team of attorneys that manage these things so that they only enter my consciousness when necessary. They are looking over what is or should be acted on in Civil Court regarding the online attacks, slander, and blacklisting that have occurred over the last two years. Like I said on EOW, I typically have a handful of people at one time that has unhealthy infatuations with me. CG

EOW = Edge of Wonder YouTube Channel

(217) Corey Goode - Litigation Agreement Signed - Jay Weidner - Gaia TV - Law Suits i... Page 1 of 5

**EXHIBIT CC**
**DOXXING and Defamation**



/* Most common used flex styles*/ /* Basic flexbox reverse styles */ /* Flexbox alignment */ /* Non-flexbox positioning helper styles */

#2018CV50 #RingOfFire #DarkAlliance

Corey Goode - Litigation Agreement Signed - Jay Weidner - Gaia TV - Law Suits incoming

2,348 views • Mar 2, 2020          👍 184   👎 31   ➤ SHARE   ≡+ SAVE  ...

 COREY GOODE
3.79K subscribers                                                    SUBSCRIBE

To contribute evidence or testimony on the activities of current/former employees/executives/contractors of Gaia TV, Jirka Rysavy, Jay Weidner, Jimmy Church (Rita), Dark Journalist, Clif High, CW Chanter, Steve Cambrian, Ari Stone, Stina Bobina, Conscious Life Expo, Contact in the Desert, Richard Dolan, Linda M Howe, Project Avalon Forum aka Bill Ryan or others (Related to our case) please email me with 'ATTN Legal Team' at SphereBeingAlliance@gmail.com.

If you are under NDA contracts we are happy to subpoena you so you can speak on the record.

I will be posting all court documents publicly on SphereBeingAlliance.com and published below.

ALYSSA CHRYSTIE MONTALBANO aka @AriStone vs. JAMES COREY GOODE - Mesa, Co District Court Case #2018CV50 - https://spherebeingalliance.com/docum...

GOODE VS Gaia Inc./Jay Weidner - Link coming soon

NJ Bar Association Complaint - CW Chanter aka Ben Zavodnick - Link coming soon

#RingOfFire #DarkAlliance #20andback #BlueChickenCult #GaiaTV #F2B #JChurchRadio #FaderNauts #RICO #Cyberstalking

Video unlisted link leaked. Making public now instead of the planned date. Nothing they can do about what is coming now anyway...

Category    People & Blogs

SHOW LESS

177 Comments   ≡ SORT BY

Add a public comment...

[Handwritten annotations:]
- "I have never worked at or for Gaia TV & all people listed here are potential or actual witnesses in the case"
- "This is more harassment as he's publicly releasing my private contact info to his cult following."

Up next                    AUTOPLAY


Jesse Ventura | Talks at Google
Talks at G... ✓
Recommended for you


CORONA HOAX AND 5G LED ...
ANTHONY STE...
Recommended for you
New


CORONA AND THE GREEN ...
ANTHONY STE...
3.4K views •
4 days ago
New


CORONA HOAX - PUBLIC ...
ANTHONY STE...
Recommended for you
New


Kerry Cassidy and Mark ...
C.W. Chanter
382 views •
Streamed 1 hour
New


LIVE: Top stories & ...
FOX 10 Ph... ✓
776 watching
LIVE NOW


Best Carol Burnett Show ...
FrownsUpside...
Recommended for you


CIA's secret brainwashing ...
The Fifth E... ✓
Recommended for you


All the Pieces are moving int...
RichieFromBos...
36K views •
2 days ago
New


5G LED KILLS INSECTS - ...
ANTHONY STE...
Recommended for you
New


"The truth about mobile ...
The University ...
Recommended for you

https://www.youtube.com/watch?v=tx3jCEZHB9I                    3/5/2020

**EXHIBIT CL**
**2 pages**

Screenshot
Feb 18, 2020
@ 8:31 AM



**Corey Goode**
Feb 12 at 5:32 AM

Ari Stone's (AKA Alyssa Montalbano) frivolous lawsuit against me was dismissed for failure to state a cognizable claim as "dream visions are neither tangible or intangible property" and I did not defame her. The Court has ordered Ari Stone to pay my legal fees for improperly instigating and prolonging this litigation. I am very grateful to all of our friends and supporters who have kept me and my family in your thoughts through all of this. Keep an eye out for further actions against these Jay Weidner/Gaia TV/Dark Alliance proxies in the coming weeks. We will PROVE who is behind all of this. DISCLOSURE starts here! The SWAMP in Ufology will be exposed and drained in 2020.



Like    Comment    Share

J Briana Palasek and 1.7K others

Most Relevant ∨

Write a comment...

← Thread

**Corey Goode (Official)**
@CoreyGoode

Evidence Received. Attorney Benjamin I Zavodnick aka CW Chanter & #Cyberstalking cult. To provide evidence/testimony on Jay Weidner & CW - SphereBeingAlliance@Gmail.com. #DarkAlliance #RingOfFire #F2b
@c_chanter
@jayweidner1
@YourMotherGaia
@jayweidner
@cliif_high
@NJStateBar

screenshot
Feb 28, 2020
@ 7:05pm

6:04 PM · 26 Feb 20 · Twitter Web App

67 Retweets   264 Likes

**Corey Goode (Official)** @CoreyG... · 1d
Replying to @CoreyGoode @c_chanter and 5 others
The hacking, the harassment online, Tort interfearance & this email show clearly that actual 'CyberStalking' is occurring. This behavior is the legal definition of the act. We are directly targeting each of the bad actors. #RingOfFire #DarkAlliance #cyberstalking

♡ 7   ⟲ 15   ♡ 109

mR Goode publicly declares he is in fact targeting Ms. Montalbano

**Corey Goode (Official)** @CoreyG... · 1d
With civil suits, Police/FBI Reports & Civil Suits...

♡ 4   ⟲ 8   ♡ 74

**Corey Goode (Official)** @CoreyG... · 1d
Did I mention Civil Suits? lol.

♡ 6   ⟲ 8   ♡ 76

**David Mc** @DavidM50 · 1d
Replying to @CoreyGoode @c_chanter and 5 others
Stay strong Brother! Battles will be won and lost but TRUTH will always win in the end

Tweet your reply

*Twitter*

EXHIBIT CM
3 pages

Screenshot Feb 25, 2020
@ 3:29pm



**Corey Goode (Official)** @CoreyGoode · 1h

ALYSSA CHRYSTIE MONTALBANO aka Ari Stone vs. COREY GOODE - youtube.com/watch?v=sLbMRM...
@AriStone @jayweidner1 @c_chanter @YourMotherGaia #RingOfFire #DarkAlliance #cyberstalking



ALYSSA CHRYSTIE MONTALBANO aka Ari Stone vs. COREY GOODE
🔗 youtube.com

💬 15    🔁 12    ♡ 60    ↗



#DarkAlliance #2018CV50

ALYSSA CHRYSTIE MONTALBANO aka Ari Stone vs. COREY GOODE

2,872 views · 2 months ago

 231    22    Share    Download    Save

COREY GOODE
4.32K subscribers                                    SUBSCRIBE

Published on Feb 25, 2020

Alleged cyber-stalker ALYSSA CHRYSTIE MONTALBANO aka @AriStone has worked with the #DarkAlliance Jay Weidner and other current/former Gaia TV executives/employees/contractors to cyber harass and Tort interference against Corey Goode.
https://spherebeingalliance.com/docum...
ALYSSA CHRYSTIE MONTALBANO aka @AriStone vs. JAMES COREY GOODE - Mesa, Co District Court Case #2018CV50

Motions against Judge Flynn.pdf

Evidence - Montalbano Tangible Dream vision Trade Secret 02-19-2020.pdf

Exhibits, part 1 02-19-2020.pdf

Exhibits, part 2 02-19-2020.pdf

https://youtu.be/sLbMRMcUKjY

Category           People & Blogs



EXHIBIT CN
1 page



#2018CV50 #RingOfFire #DarkAlliance

Corey Goode - Litigation Agreement Signed - Jay Weidner - Gaia TV - Law Suits incoming

→ 4,270 views · 2 months ago

209   49   Share   Download   Save

→ COREY GOODE
4.32K subscribers   SUBSCRIBE

→ Published on Mar 2, 2020

To contribute evidence or testimony on the activities of current/former employees/executives/contractors of Gaia TV, Jirka Rysavy, Jay Weidner, Jimmy Church (Rita), Dark Journalist, Clif High, CW Chanter, Steve Cambrian, Ari Stone, Stina Bobina, Conscious Life Expo, Contact in the Desert, Richard Dolan, Linda M Howe, Project Avalon Forum aka Bill Ryan or others (Related to our case) please email me with 'ATTN Legal Team' at SphereBeingAlliance@gmail.com.
If you are under NDA contracts we are happy to subpoena you so you can speak on the record.

— All potential witnesses for this case

I will be posting all court documents publicly on SphereBeingAlliance.com and published below.

ALYSSA CHRYSTIE MONTALBANO aka @AriStone vs. JAMES COREY GOODE - Mesa, Co District Court Case #2018CV50 - https://spherebeingalliance.com/docum...

GOODE VS Gaia Inc./Jay Weidner - Link coming soon

NJ Bar Association Complaint - CW Chanter aka Ben Zavodnick - Link coming soon

#RingOfFire  #20andback
#BlueChickenCult #GaiaTV #F2B #JChurchRadio
#FaderNauts #RICO 

Video unlisted link leaked. Making public now instead of the planned date. Nothing they can do about what is coming now anyway...

Category   People & Blogs

Up next    Autoplay





**Cave Briefing - Alliance, State of Ufology, Lawsuits, GN & ECETI Updates - Corey Goode**

Screenshot July 11, 2020

32,129 views · 1 day ago

At 11:15 he asks people to Donate to his lawsuit funds claiming he's draining the "swamp".

 3.3K    73    Share    Download    Save

 SphereBeing Alliance
141K subscribers

**SUBSCRIBE**

Published on Jul 9, 2020

A quick update recorded 7/9/2020 at Eldorado Springs, Colorado. I give a quick update on my legal cases (Civil/Criminal), Graphic Novel, DOD Events beginning in 2021, Briefings from the Alliance and the upcoming trip to ECETI.

www.AcceleratingAscension.com
www.LightWarriorLegalFund.com (Law Suit Info)