

Live chat replay  Screenshot April 7, 2020
Top chat replay

prove a lot more, than exposing those guys- it could prove psychic ability?

4:33  **Deprogrammer**  For sure

5:00  Occult Priestess  On new years, at a party 2017, I asked David Wilcock about his recent visions- He said he no longer has visions, he leaves that to Corey Goode-

5:11  Occult Priestess  that is when I knew he was 100 % fake

5:57  **Deprogrammer**  Oh my! That's when I was sending my info to CG... the plot thickens...

6:46  Occult Priestess  And you re-filed stuff, the day after my birthday- my bd Feb 11th. I was on a mission to get Wilcock honest- My mission was over when he Called Gaia satanists lol

7:24  **Deprogrammer**  I was just trying to live my life . . . when these guys kept showing up non stop in my dreams.



EXHIBIT 22
(1 pg)

8:27  Occult Prie[stess] ... of this is Past Life drama, coming to be d[one] now 😊 Always the same jerks we deal with, life a[fter] life.