projectavalon.net/forum4/s

Shadowsell (27th July 2018), Tintin (26th August 2018)

11th August 2018 19:24 — Link to Post #162

Bill Ryan
Avalon Founder



Join Date: 7th February 2010
Location: Ecuador
Posts: 25,094
Thanks: 103,175
Thanked 318,370 times in 23,567 posts

**Re: 'Cosmic Disclosure's EMERY SMITH is a hoaxer.**

This may raise a smile. 🙂

I came across this image, which is widely showcased on a number of Emery Smith fan blogs, including Corey Goode's own http://spherebeingalliance.com.



It seemed just a little too clean-cut and good to be true.

Sure enough, it was. Google image search is a wonderful thing. Here's the stock photo, which had been purchased to use.

- https://123rf.com/photo_16955245_med...ZjdHM2RDJuZz09

*Stock Photo - medical and health bright lab laboratory indoor with instruments*



Last edited by Bill Ryan; 11th August 2018 at

EXHIBIT 23
(1 pg)