JAN 29, 2020

Mesa County Court
Mesa County Justice Center
125 North Spruce Street
Grand Junction CO 81501 United States

ALYSSA-CHRYSTIE MONTALBANO
2536 RIMROCK AVE SUITE 400-117
GRAND JUNCTION CO 81505

To:       Alyssa-Chrystie Montalbano

Subject:  Service of documents in 2018CV50.

You are being served with documents filed electronically through the
Colorado Courts E-Filing system. Please review the following details
concerning this service.

- Court Location: Mesa County
- Case Number: 2018CV50

- Filing ID: N/A

EXHIBIT 24
(6 pages)

- Filed Document Title(s):

  - Order: Renewed Motion to Dismiss for Failure to State a Complaint
  - Order: Motion for Leave of the Court to Amend the Complaint- Denied
  - Order: Plaintiff's Motion for Preliminary Injunction - Denied
  - Order: Motion to Set Hearing for Motion to Amend Complaint and Preliminary Injunction - Denied
  - Order: Second Motion to Set Hearing for Motion to Amend Complaint and Preliminary Injunction - Denied
  - Order: Third Motion to Set Hearing for Motion to Amend Complaint and Preliminary Injunction - Denied

- Submitted on Date/Time: Wed Jan 29 18:30:06 MST 2020
- Submitted by Authorizing Organization:
- Submitted by Authorizing Attorney: Mesa County Court

If you have a question about the above listed case, please contact the court. Information for all Colorado court locations is listed on the Colorado Judicial Branch website http://www.courts.state.co.us/Index.cfm.

| | |
|---|---|
| DISTRICT COURT, MESA COUNTY, COLORADO<br>Court Address:<br>Mesa County Justice Center, 125 North Spruce Street, Grand Junction, CO, 81501 | DATE FILED: January 29, 2020 |
| Plaintiff(s) ALYSSA-CHRYSTIE MONTALBANO<br>v.<br>Defendant(s) JAMES COREY GOODE | ⚠ COURT USE ONLY ⚠<br>Case Number: 2018CV50<br>Division: 10   Courtroom: |
| Order: Renewed Motion to Dismiss for Failure to State a Complaint | |

The motion/proposed order attached hereto: GRANTED.

This matter comes before the court on Defendant's Renewed Motion to Dismiss that was filed pursuant to C.R.C.P. 12(b)(5). After reviewing the motion and response, as well as relevant portions of the rest of the case file and other relevant legal authority, the court enters this order.

In ruling on a motion to dismiss for failure to state a claim, the court must accept all factual allegations of the complaint as true and view them in the light most favorable to the plaintiff. *Denver Post Corp. v. Ritter*, 255 P.3d 1083, 1088 (Colo. 2011). The court may only consider the facts alleged in the pleadings, documents attached as exhibits or incorporated by reference, and matters proper for judicial notice. *Id.* If the court considers matters outside the pleadings, it must convert the motion to one for summary judgment and give all parties a chance to submit relevant evidence. C.R.C.P. 12(b).

Here, applying the standards articulated above, and for the reasons that were articulated by Defendant in his motion, I find that Plaintiff has failed to state a cognizable claim as dream visions are neither tangible nor intangible property and Plaintiff has failed to show that Defendant broadcasted any defamatory statement published or uttered in or as a part of a visual or sound radio broadcast.

In any tort action in which claims are dismissed before trial pursuant to C.R.C.P. 12(b), the defendant is entitled to an award of reasonable attorney fees. C.R.S. § 13-17-201. Similarly, Colorado law authorizes the recovery of attorney fees where a party or its attorney brings or defends an action that lacks substantial justification. C.R.S. § 13-17-102(4). According to the statute, an action lacks substantial justification if it is substantially frivolous. *Id.* A claim is substantially frivolous if the proponent can present no rational argument based on the evidence or law in support of that claim or defense. *W. United Realty. Inc. v. Isaacs*, 679 P.2d 1063, 1069 (Colo. 1984). An award of attorney fees is an important sanction against an attorney or party who improperly instigates or prolongs litigation. *In re Marriage of Aldrich*, 945 P.2d 1370, 1378 (Colo. 1997). The attorney fee statute is designed to prevent burdensome litigation that interferes with the effective administration of justice. C.R.S. § 13-17-101. However, the statute is not designed to discourage counsel from zealously representing a client, but rather to balance that duty against the important policy of discouraging unnecessary litigation. *W. United Realty. Inc.*, *supra*.

Here, the Court finds that Defendant is entitled to an award of attorney's fees given that his renewed motion to dismiss was granted. Furthermore, I find that Plaintiff's claim is substantially frivolous.

For these reasons, Defendant's motion is granted and the case is ordered dismissed. Defendant shall, however, have 14 days to file an affidavit in support of his request for attorney's fees, Plaintiff shall have 21 days to respond after the affidavit is filed, and Defendant shall then have 7 days to file a reply to Plaintiff's response.

Issue Date: 1/29/2020

*[signature]*

BRIAN JAMES FLYNN
District Court Judge

Mesa County Court
Mesa County Justice Center
125 North Spruce Street
Grand Junction CO 81501 United States

ALYSSA-CHRYSTIE MONTALBANO
2536 RIMROCK AVE SUITE 400-117    1-3-1020
GRAND JUNCTION CO 81505

To: Alyssa-Chrystie Montalbano

Subject: Service of documents in 2018CV50.

You are being served with documents filed electronically through the Colorado Courts E-Filing system. Please review the following details concerning this service.

- **Court Location: Mesa County**
- **Case Number: 2018CV50**
- Filing ID: N/A
- Filed Document Title(s):
  - Order:Motion for Extension of Time
  - Order: Motion for Judicial Notice- Denied
  - Order:Second Motion to Claim and Exercise Constituional Rights and Require the Presiding Judge to Rule Upon this Motion
  - **Order:Motion to Recuse Persuant CRCP 97**
  - Order:Motion to Void Judgement Persuant Rule 60(b)(3),(4) and 9(d)(3)
  - **Order:Motion Demand Court Read all Pleadings Plaintiff Files with this Court and Adhere to Constitutionally Compliant Case Law, and More Particularly the Bill of Rights in its Ruling**
  - Order:Motion to Deny Attorney Fees Due to Defendant Failure to File Within 14 days
  - Order:Motion for Attorneys' Fees and Request for Hearing
  - Order:Motion for Judicial Notice
  - Order: Motion to Void Judgement Persuant Rule 60(b)(3),(4) and 9(d)(3)- Denied
  - **Order: Motion for Citizen's Demand for Trial by Jury- Denied**
  - Order: Motion for Preliminary Injunction- Denied
  - Order: Amended and Supplemental Complaint Under Simplified Civil Procedure- Denied
  - Order:Motion to Void Order of Dismissal for Mistake, Misconduct, and New Evidence and Motion for Leave to File Amended Complaint
  - **Order: Second Motion to Claim and Exercise Constituional Rights and Require the Presiding Judge to Rule Upon this Motion- Denied**
  - Order:Motion for Preliminary Injunction
  - Order:Amended and Supplemental Complaint Under Simplified Civil Procedure
  - Order:Motion for Citizen's Demand for Trial by Jury
- Submitted on Date/Time: Wed Aug 05 18:30:05 MDT 2020
- Submitted by Authorizing Organization:
- Submitted by Authorizing Attorney: Mesa County Court

If you have a question about the above listed case, please contact the court. Information for all Colorado court locations is listed on the Colorado Judical Branch website http://www.courts.state.co.us/Index.cfm.

2008050048
Total Sheets in FLTE: 126

| | |
|---|---|
| DISTRICT COURT, MESA COUNTY, COLORADO<br>Court Address:<br>MESA COUNTY JUSTICE CENTER, 125 NORTH SPRUCE STREET, GRAND JUNCTION, CO, 81501 | DATE FILED: August 5, 2020 |
| Plaintiff(s) ALYSSA-CHRYSTIE MONTALBANO<br>v.<br>Defendant(s) JAMES COREY GOODE | |
| | ⚠ COURT USE ONLY ⚠<br>Case Number: 2018CV50<br>Division: 10    Courtroom: |
| Order:Second Motion to Claim and Exercise Constituional Rights and Require the Presiding Judge to Rule Upon this Motion | |

Issue Date: 8/5/2020

*[signature]*

BRIAN JAMES FLYNN
District Court Judge

| | |
|---|---|
| DISTRICT COURT, MESA COUNTY, COLORADO<br>Court Address:<br>MESA COUNTY JUSTICE CENTER, 125 NORTH SPRUCE STREET, GRAND JUNCTION, CO, 81501<br>Plaintiff(s) ALYSSA-CHRYSTIE MONTALBANO<br>v.<br>Defendant(s) JAMES COREY GOODE | DATE FILED: August 5, 2020<br><br>⚠ COURT USE ONLY ⚠<br>Case Number: 2018CV50<br>Division: 10   Courtroom: |
| Order:Motion to Recuse Persuant CRCP 97 | |

"Rulings of a judge, although erroneous, numerous and continuous, are not sufficient in themselves to show bias or prejudice." *Saucerman v. Saucerman,* 170 Colo. 318, 326, 461 P.2d 18, 22 (1969); *accord Schupper,* 157 P.3d at 521 n. 5; *Goebel v. Benton,* 830 P.2d 995, 1000 (Colo.1992) ("A ruling by a judge on a legal issue does not require disqualification absent facts in the motion or affidavits from which it may reasonably be inferred that the judge is biased or prejudiced or has a bent of mind."). See *Liteky v. United States,* 510 U.S. 540, 555, 114 S.Ct. 1147, 127 L.Ed.2d 474 (1994) ("[J]udicial rulings alone almost never constitute a valid basis for a bias or partiality motion.").

Accordingly, the motion is denied.

Issue Date: 8/5/2020

*[signature]*

BRIAN JAMES FLYNN
District Court Judge