# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-742-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
CLIF HIGH,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

Defendants.

-----------------

ALYSSA CHRYSTIE MONTALBANO, individually,

Counter-Claimant,

v.

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Counter-Defendants,

GAIA, INC.,
JAY WEIDNER,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

Cross-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION
VALERIE YANAROS WILDE,
ELIZABETH LORIE,
BRIAN JAMES FLYNN,
WILLIAM CAMPBELL,
MATTHEW GROVE,
DIANA TERRY, and
CHRISTINA GOMEZ,

Third-Party Defendants.

**S**TIPULATION **R**EGARDING **T**IME TO **R**ESPOND TO **D**EFENDANT **M**ONTALBANO'S **C**ROSSCLAIMS

WHEREAS, on December 22, 2020, Defendant and Cross-claimant Alyssa Montalbano filed a pleading that contained her answer to the Second Amended Complaint, as well as counterclaims and crossclaims against various parties, including against Defendant Gaia, Inc., service of which was completed as to Gaia, Inc., via ECF;

WHEREAS pursuant to Federal Rule of Civil Procedure 12(a)(1)(B), Gaia's response to the crossclaims is currently due January 12, 2021 (*i.e.*, 21 days after service); and

WHEREAS, pursuant to District Court of Colorado Local Civil Rule 6.1 "[t]he parties may stipulate in writing to one extension of not more than 21 days beyond the time limits prescribed by the Federal Rules of Civil Procedure to respond to a pleading or amended pleading" and where such stipulation "shall be effective on filing, unless otherwise ordered";

IT IS HEREBY STIPULATED AND AGREED by and between Defendant/Cross-claimant Alyssa Montalbano, on behalf of herself, and Defendant Gaia, Inc., through its undersigned counsel, that the time for Gaia, Inc., to answer or otherwise respond to the

2

crossclaims included in Montalbano's December 22, 2020, pleading is extended by 21 days, to

February 2, 2021.

Dated:   January 7, 2020                           **ALYSSA MONTALBANO**
         Grand Junction, Colorado

        /s/ *Alyssa Montalbano*
        *Pro se* Defendant/Cross-claimant


Dated:   January 7, 2020                           **DAVIS & GILBERT LLP**
         New York, New York

  /s/ *Daniel A. Dingerson*
   Daniel A. Dingerson
   1675 Broadway
   New York, New York 10019
   Telephone: (212) 468-4800
   Facsimile: (212) 468-4888
   Email: ddingerson@dglaw.com

*Attorneys for Defendant Gaia, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2021, I caused a copy of the foregoing Stipulation Regarding Time to Respond to Defendant Montalbano's Crossclaims to be served on all other parties who have appeared in this matter, other than Cliff High, by filing it on the Court's ECF system, and, by agreement with Cliff High, serving it on him via email. I further certify that in compliance with D.C.COLO.LCivR 6.1(c), I have also served the foregoing on this firm's client, Gaia, Inc.

    /s/ Daniel A. Dingerson
    Daniel A. Dingerson