IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS, INC.

                                                Plaintiffs,

v.

GAIA, INC., a Colorado Corporation
JAY WEIDNER,
CLIF HIGH,
BENJAMIN ZAVODNICK, and
ALYSSA MONTALBANO,

                                                Defendants.

_____

**NOTICE OF STIPULATION OF DISMISSAL OF ALYSSA MONTALBANO'S CROSSCLAIMS AGAINST JAY WEIDNER**
_____

Defendant and Crossclaim Plaintiff, Alyssa Chrystie Montalbano, and Defendant Jay Weidner, by and through his undersigned counsel, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and 41(c) that the actions brought against Mr. Weidner by Ms. Montalbano and as filed in her December 22, 2020 pleading (ECF No. 120) be dismissed without prejudice as to all claims and causes of action against Mr. Weidner, with each party bearing that party's own attorney fees and costs.

Date: January 11, 2021.

| | |
|---|---|
| **BURNHAM LAW** | **ALYSSA MONTALBANO** |
| */s/ Ashlee Hoffmann, Esq.* | */s/ Alyssa Montalbano* |
| Aaron Belzer, Esq., Atty. Reg. No. 47826 | *Pro Se Defendant and Cross-claimant* |
| Ashlee Hoffmann, Esq., Atty. Reg. No. 53818 | |
| 2760 29th Street, Suite 1E | |
| Boulder, CO 80301 | |
| 303-990-5308 | |
| aaron@burnhamlaw.com | |
| ashlee@burnhamlaw.com | |
| *Attorneys for Defendant Jay Weidner* | |

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in

Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

I hereby certify that on January, I filed the foregoing Stipulation of Dismissal of Alyssa Montalbano's Crossclaims Against Jay Weidner via the CM/ECF and all parties as listed below were electronically served via same with the exception of Cliff High, who has been served via email.

**Attorney for Plaintiffs:**
Valerie Ann Yanaros
Yanaros Law PC
5057 Keller Springs
Suite 300
Addison, TX 76001
Phone: 512-826-7553
Email: valerie@yanaroslaw.com

**Attorney for Defendant Benjamin Zavodnick**:
Michael Jacob Laszlo
Laszlo & Associates, LLC
2595 Canyon Boulevard
Suite 210
Boulder, CO 80302
Phone: 303-926-0410
Email: mlaszlo@laszlolaw.com

**Attorneys for Defendant Gaia, Inc.**:
Daniel Andrew Dingerson
Ina B. Scher
Davis & Gilbert, LLP
1740 Broadway
New York, NY 10019
Phone: 212-237-1488
Email: ddingerson@dglaw.com
ischer@dglaw.com

**Defendant Alyssa Montalbano,** *Pro Se*
2536 Rimrock Avenue
Suite 400-117
Grand Junction, CO 81505
970-250-8365
Email: AriStoneArt@Ymail.com
Email: LegalZenACM@gmail.com

**Defendant Clif High,** *Pro Se*
PO Box 141
Moclips, WA 98562
Phone: 360-276-0049
clif@halfpasthuman.com

                                      */s/ Elisa Taute*
                                      Elisa Taute
                                      Paralegal