IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS, INC.

                Plaintiffs,

v.

GAIA, INC., a Colorado Corporation
JAY WEIDNER,
CLIF HIGH,
BENJAMIN ZAVODNICK, and
ALYSSA MONTALBANO,

                Defendants.

_____

**PROPOSED ORDER RE: NOTICE OF STIPULATION OF DISMISSAL OF ALYSSA MONTALBANO'S CROSSCLAIMS AGAINST JAY WEIDNER**
_____

      This matter, having come before the Court on Defendant and Crossclaim Plaintiff, Alyssa Chrystie Montalbano and Defendant Jay Weidner's Notice of Stipulation of Dismissal of Alyssa Montalbano's Crossclaims Against Jay Weidner, and the Court being fully advised

      Does hereby GRANT the Stipulation. The actions brought against Mr. Weidner by Ms. Montalbano and as filed in her December 22, 2020 pleading are dismissed without prejudice, with each party bearing that party's own attorney fees and costs.

      Dated this _____ day of _____, 2021.

                                                                   _____