IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH

Defendants.

---

**PLAINTIFF JAMES COREY GOODE'S DECLARATION IN
SUPPORT OF PLAINTIFFS' RESPONSE TO ZAVODNICK'S
MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)**

---

I, James Corey Goode, declare as follows:

1. I am over 21 years old and am competent to make this declaration. I have personal knowledge of the truth of the matters stated herein unless stated on information and belief, in which case I am informed or believe that the matter stated is true. If called as a witness I could and would testify as stated herein.

2.  Defendant Benjamin Zavodnick has attempted to contact me directly on more than one occasion since 2016.

3.  My former colleague, Roger Richards, received several calls and messages from Zavodnick on or around 2017. Through these calls and messages Zavodnick was attempting to contact me directly.

4.  I chose not to engage with Zavodnick, either through his direct calls or messages or through my then colleague, out of fear for my family's safety.

5.  After I chose not to engage with Zavodnick, he appeared on my livestreams and commented on my videos that I posted on my YouTube channel.

6.  Some of the videos wherein I discussed how I loved living in Colorado were the ones on which Zavodnick commented.

7.  It is impossible for Zavodnick to be unaware that my family and I have been living in Colorado since 2018.

8. Zavodnick's YouTube Channel is under the name "C.W. Chanter" and is accessible at https://www.youtube.com/results?search_query=cw+chanter .

9. Defendant Jay Weidner's YouTube Channel is under the name "REALiTY CHeCK" and is accessible at https://www.youtube.com/channel/UCN7Hdc3Rb3YBMHwd_qi-DpQ .

10. Defendant Clif High's YouTube Channel is under the name "clif high" and is accessible at https://www.youtube.com/channel/UCqXZf0F4GLSX1QXBUgPXhqg .

11. Zavodnick attempted several times to reach out to me through my former colleague, Roger Richards, and became very upset when I chose not to engage with him out of fear for my safety. In anticipation of litigation, Mr. Richards wrote a declaration (attached hereto as Exhibit "A") outlining his experience and contact with Zavodnick.

12. On August 15, 2019, a colleague of mine reviewed and transcribed a video that Zavodnick posted on his YouTube Channel on August 2, 2019. This video has since been taken down. The video was accessible at

https://www.youtube.com/watch?v=HUBUqCIAq8E . Below are cites from that transcript (expletives removed, emphasis added):

48:59:   "And why isn't this [] on legal letterhead?  You couldn't find an attorney in the State of New Jersey, or in Georgia, **or in Colorado where you live** to take your case?

To put this on letterhead?"

49:15:   "Get the [] outta my face; don't waste my time.  I've said it before and I'll say it again, **you want me to stop, sue me**."

13. I have been harmed in Colorado due to Zavodnick's violent attacks on myself and my family through emails, messages, and social media postings.

14. Zavodnick has wrongfully accused me of criminal activities and has harmed my business and reputation in Colorado. He did this with knowledge that I live in Colorado and do business in Colorado and intended for the harm stemming from his actions to be felt in Colorado.

15. He has used my registered trademarks to gain profit from them without my authorization, namely "SBA®", and other marks that he intended to be confusingly similar to other claimed marks.

16. Zavodnick has directed many YouTube videos explicitly at me and directly at Colorado, one example below uploaded on September 1, 2019, which has also

been made private by Zavodnick and is no longer publicly accessible, but formerly was publicly accessible at https://www.youtube.com/watch?v=UrQGb1TV_oo :



17. In that video Zavodnick directs at me "you wanna sue me? Sue me. I've said it from day one" (at 4:01), "I wanna say hello to Corey Goode's legal team" (at 16:08), "You support 'Q', Corey, and I'm anti-'Q'…but you go ahead and you sue me" (at 24:04). This is representative of much of his videos, spanning dozens of hours, that he directs at me and at Colorado. At 1:20:31 Defendant Clif High engages with him in the group chat saying he offered to assault me. He engages with High at 1:24:03. He also engages with Defendant Jay Weidner in this video.

18. In another video, also made private, formerly publicly accessible at https://www.youtube.com/watch?v=ykDCraGusdM&feature=share uploaded to his YouTube channel on August 23, 2020, Zavodnick wrongfully and without authorization uses my registered trademark "SBA":



19. Zavodnick's wrongful use of my federally-protected intellectual property has tarnished my reputation and caused me financial harm in Colorado. Zavodnick knew I lived in Colorado, directed his activities at me and at Colorado and myself, my business and my family all felt the harmful effects of his tortious acts in Colorado.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 11th day of January, 2020 in Broomfield, Colorado.

James Corey Goode

## EXHIBIT "A" to PLAINTIFF JAMES COREY GOODE'S DECLARATION IN SUPPORT OF PLAINTIFFS' RESPONSE TO ZAVODNICK'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)

**Re: Roger Richards - SWORN STATEMENT**

 CG

Mon, 29 Jul 2019 11:49:08 AM -0500

To    "Roger Richards"

Tags 🏷

Security  🛡 TLS  <u>Learn more</u>

**Corey Goode**
CEO: Goode Enterprise Solutions, Inc & SBA Media Enterprises, LLC
http://www.SphereBeingAlliance.com
www.SecretSpaceProgram.com
http://www.ComicDisclosure.com
www.FullDisclosureProject.org
LinkedIn  https //www linkedin com/in/corey_goode_7024621/

On Monday, July 29, 2019, 09:47:21 AM MDT, Roger Richards                    wrote:

Jul 29, 2019 at 5:40 AM Corey Goode                          wrote

I nave copied Roger in this email so you can contact him with any questions

Roger Richards

SWORN STATEMENT

My name is Roger Richards Ramsaur, my DOB is 3/17/1980, I currently reside at
.

I have been a close personal friend and business partner of James Corey Goode and the Goode family going back to late fall of 2016  I declare the following statement of facts to be the truth as to what I personally witnessed and experienced.

Regarding Benjamin Zavodnick aka " C.W. Chanter" and known cyber stalker of Corey Goode. I first spoke with Mr  Zavodnick in the fall of 2016  In this first conversation Mr  Zavodnick displayed what felt to me to be an unhealthy obsession with Corey Goode. He exclaimed to me how he had reached out several times to Corey in the past and was noticeably (somewhat threatening and aggressive tone) frustrated with his lack of response. He was very determined to get me to reach out to Corey for him with the plea to contact him ASAP He explained more or less that if Corey would just make contact with him it would go a long way in their relationship, I took this to mean he would stop going after him in his YouTube videos so aggressively.

In the late fall of 2016 I first approached Corey about my call with Mr. Zavodnick, he expressed great caution regarding any further contacts with him  Corey claimed that Mr  Zavodnick had been stalking him and his family online for several months and both Corey and his family felt incredibly threatened by his behavior and the videos he had posted online  Corey stated he would never make direct contact with Mr Zavodnick in anyway for fear of his families safety.

Between the end of 2016 and the fall of 2018 Mr. Zavodnick made several attempts to contact me through Skype messenger  During this time he also recorded over 2 dozen live YouTube broadcasts (over 36 hours of content) from his channel "C.W. Chanter", falsely accusing Corey Goode, myself and other business associates of ours of being "cult leaders running a very dangerous cult", and "snake oil salesmen" looking to profit from conning anyone we could.

Mr. Zavodnick using his background and degree in Law launched an incredibly detrimental and meticulous smear campaign regarding the legitimate filing of Trademarks associated with with the creative projects of Mr. Goode. Ultimately this campaign was responsible for incalculable damages to Mr. Goode's public character, reputation and brand estimated to be conservatively in the hundreds of thousands of dollars  In one case the TM smear campaign invoked so much rage from people online, Corey's film premiere of "Above Majestic" had to be canceled for reasons of public safety, costing tens of thousands of dollars, bankrupting the LLC and forcing Mr. Goode to abandon his legitimate TM mark filing in an attempt to repair the damage done to his reputation by Mr  Zavodnick

After the trademark smear campaign was unsuccessful at destroying Corey completely, in a final attempt to "get the mouse out of the house" Mr. Zavodnick launched a second even more damaging and slanderous smear campaign accusing Mr  Goode, myself and several others in our professional circle of illegally Doxxing Mr. Zavodnick and his elderly father. This smear campaign was spear headed by Mr. Zavodnicks love interest Kelly Farmer and included false statements and possibly doctored screen shots that accused myself and Corey Goode in leading an illegal Doxxing campaign of Mr. Zavodnick and his father. I would

also like to note that Welly Farmer had replied and ran for a FA position at SBA just months prior to the deployment of the 2nd smear campaign. This clearly shows that Mr. Zavodnick and Ms. Farmer were engaged in actively trying to infiltrate our company for the purposes of doing harm.

It has come to our attention in the last months through the investigative work of the YouTube channel "Unirock" (a former associate of CW Chanter), that there is evidence to suggest that Ms. Farmer and Mr. Zavodnick had indeed colluded with each other along with other well known personalities in the Ufology field to specifically target Corey Goode, his associates and his organization for public and professional ruin. This is well documented by screenshots, emails and testimony of many of our associates.

It is my opinion that Mr. Zavodnick is a mentally disturbed individual with substance abuse issues, who has an unhealthy obsession with Mr. Goode. I believe Mr. Zavodnick has leveraged his law degree to obtain personal/private information to strategically deploy multiples false and slanderous smear campaigns against Mr. Goode, his organizations and his associates. I believe without any doubt that the sole purpose of these campaigns have been to cause as much monetary damages and mental suffering as possible.

Regarding the Producer of Gaia's "Cosmic Disclosure" Show (hosted by Corey Goode) Jay Weidner. I witnessed in early 2017 the distress Corey was under before each shoot. He was visibly on edge before each shoot and explained to me that he felt bullied and disrespected continually by Jay Weidner on the set of Cosmic Disclosure. Corey had asked me to accompany him to the shoots in an effort to help defend him and witness these behaviors. Corey's wife Stacy Goode had also made comments to me regarding the abusive behavior she had witnessed from Jay Weidner while on set. Stacy was visibly concerned every time Corey would shoot episodes for fear that his PTSD would be triggered by the abuse he experienced from Jay.

While on the set of Cosmic Disclosure I witnessed multiple outbursts and tirades from Jay Weidner directed toward the crew and talent. These tirades included cursing, demeaning comments and lack of regard for Corey's preexisting PTSD condition.

Over the next year and as a Gaia contracted Associate Producer of Cosmic Disclosure, I supported Corey in building a case of complaints he brought to Gaia management Kiersten Medivich regarding the behavior of Jay Weidner. Kiersten had more than one conversation with Corey and I exclaiming that we were not alone in our complaints against Jay. From what I witnessed these complaints eventually lead to the forced retirement of Jay Weidner and his temporary replacement as Producer of Cosmic Disclosure.

This forced retirement I believe is what set Jay Weidner on a one way way path of vengeance to destroy Corey Goode in what ever way he could. Almost Immediately after Jays retirement in late 2018, SBA and Corey began to receive a series of threatening and psychotic emails from Jay Weidner. These emails made threats to our films, events and professional contacts. In one case we received an email from Jay threatening "the failure of our film" Above Majestic. I don't believe it was a coincidence that shortly after this email a bootleg campaign to upload pirated copies of Above Majestic to torrent sites on the night of its premiere was deployed. This cost damages estimated into the hundreds of thousands in sales of the film.

I also believe at this time Jay made contact with Mr. Zavodnick and supported the 2 smear campaigns regarding the TM and False allegations of Doxxing. My reasons for this suspicion are supported by the fact that shortly after the smear campaigns began, Jay Weidner posted a series of slanderous attack videos on his YouTube channel "The Jay Weidner show". In these videos Jay has invited not only Mr. Zavodnick as a guest but also Ms. Farmer. Together the 3 of them have made dozens of false and slanderous statements regarding Corey Goode, his organizations and business associates. Jay Weidner has stated publicly in these videos that he is hell bent on sharing these smear campaigns in an effort to stop Corey Goode.

It should also be noted that Jay Weidner contacted "A list" talent David Icke with false and disparaging information about Corey and his associates for the purpose of getting Mr. Icke to pull out of an event appearance where Corey was billed also. After receiving information that Mr. Icke was indeed pulling out of the event, SBA received another email from Jay joyfully claiming responsibility and maniacally taunting Corey. The damages Jay has caused to Corey financially is into the hundreds of thousands of dollars. He has also caused an irreparable amount of stress and hardship on his family. Jay is very aware of Corey's

preexisting PTSD condition and has done everything he can to exploit it. I have been on more than one occasion Jay disparagingly make fun of Corey's nervousness and stuttering associated with his PTSD.

Lastly I would like to say also that during my time on the set of Cosmic Disclosure I also heard Jay make several comments on his belief that Corey Goode was telling the truth of his experiences, he said things like "this is why I trust Corey, he is impossible to crack" and " we wanted to get all of his information recorded as quickly as possible because we thought Corey was going to be killed". These statements are in stark contrast to the narrative Jay is pushing in his smear campaigns that have made Corey out to be nothing but a liar, con artist and cult leader.

It's my opinion that Jay Weidner driven by his unquenchable thirsts for vengeance has exploited Corey's preexisting PTSD and continues to pose a serious threat to Corey's livelihood and mental stability.

I believe also that Jay has leveraged the false smear campaigns of Mr. Zavodnick in an attempt to further damage the career and reputation of Corey Goode.

Both Mr. Zavodnick and Mr. Weidner have been flagged by our security teams as extreme threats and persons of danger. They are not allowed at any events or public appearances Corey is a part of.

**Corey Goode**
CEO: Goode Enterprise Solutions, Inc & SBA Media Enterprises, LLC
www.SphereBeingAlliance.com
www.SecretSpaceProgram.com
www.ComicDisclosure.com
www.FullDisclosureProject.org
LinkedIn: https://www.linkedin.com/in/corey-goode-7024621/

--
Roger R. Richards
**Producer**
*Corey Goode & The Sphere Being Alliance*
SphereBeingAlliance.com
ComicDi_clo_ure com
**(323) 741-1SBA**
sba.producer@gmail.com