# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-742-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
CLIF HIGH,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

Defendants.

-----------------

ALYSSA CHRYSTIE MONTALBANO, individually,

Counter-Claimant,

v.

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Counter-Defendants,

GAIA, INC.,
JAY WEIDNER,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

Cross-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION
VALERIE YANAROS WILDE,
ELIZABETH LORIE,
BRIAN JAMES FLYNN,
WILLIAM CAMPBELL,
MATTHEW GROVE,
DIANA TERRY, and
CHRISTINA GOMEZ,

Third-Party Defendants.

**JOINT MOTION TO EXTEND TIME FOR GAIA TO RESPOND TO MONTALBANO'S CROSSCLAIMS**

**PLEASE TAKE NOTICE** that upon all prior pleadings and proceedings had herein, and any subsequent reply papers submitted in support of this motion, Gaia, Inc. ("Gaia"), through its undersigned counsel, and Alyssa Montalbano, on her own behalf, hereby move this Court, to extend the time for Gaia to respond to Montalbano's crossclaims by 30 additional days, to March 4, 2021.  In support of this Motion, Gaia and Montalbano state as follows:

On December 22, 2020, Defendant and Cross-claimant Alyssa Montalbano filed a pleading that contained her answer to the Second Amended Complaint, as well as counterclaims and crossclaims against various parties, including against Defendant Gaia, Inc.  (Dkt. 120). Pursuant to Federal Rule of Civil Procedure 12(a)(1)(B), Gaia's response to the crossclaims was due January 12, 2021 (*i.e.*, 21 days after service).  However, pursuant to District Court of Colorado Local Civil Rule 6.1, Gaia and Montalbano agreed to a 21-day extension to that original deadline thereby making Gaia's response due February 2, 2021.  (*See* Dkt. 124).

2

Both prior to and in the time since filing the stipulation, Gaia and Montalbano have been engaged in discussions and meetings regarding Montalbano's crossclaims, and wish to continue those discussions without requiring Gaia to file a motion to dismiss or otherwise respond. Both parties agree that the discussions to date have been productive, and that there remains the possibility of resolving some or all of Montalbano's crossclaims as against Gaia. Accordingly, the parties believe it would not be in their best interests or that of the Court to require Gaia to respond to the crossclaims at this time.

Pursuant to Local Civil Rule 6.1, Montalbano and Gaia state that the reasons for the requested extension of time for Gaia to respond to Montalbano's crossclaims are, as stated herein, that: the parties have been engaged in discussions about potentially resolving some or all of Montalbano's crossclaims as to Gaia; that even if all claims are not resolved by those discussions the remaining claims may be amended as a result of further discussions; and, that additional time for continued discussions would save the time and expense of briefing a motion to dismiss, including judicial time and resources. *See* D.C.COLO.LCivR 6.1(b). Montalbano and Gaia further state that they request an extension of 30 additional days for Gaia to respond to the crossclaims. Montalbano and Gaia further state that they previously filed a stipulation pursuant to Local Civil Rule 6.1 extending by 21 days the time for Gaia to respond to Montalbano's crossclaims. (*See* Dkt. 124).

**WHEREFORE**, Gaia and Montalbano respectfully request that this Motion be granted and that the time for Gaia, Inc., to answer or otherwise respond to the crossclaims included in Montalbano's December 22, 2020, pleading is extended by an additional 30 days, to March 4, 2021, together with such other and further relief as the Court deems just and proper.

Dated:  January 22, 2021                **ALYSSA MONTALBANO**
        Grand Junction, Colorado

                                                    /s/ *Alyssa Montalbano*
                                      *Pro se* Defendant/Cross-claimant


Dated:  January 22, 2021                **DAVIS & GILBERT LLP**
        New York, New York

                                        /s/ *Daniel A. Dingerson*
                                        Daniel A. Dingerson
                                        1675 Broadway
                                        New York, New York 10019
                                        Telephone: (212) 468-4800
                                        Facsimile: (212) 468-4888
                                        Email: ddingerson@dglaw.com

                                  *Attorneys for Defendant Gaia, Inc.*

     I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

4

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2021, I caused a copy of the foregoing Joint Motion to Extend Time to Respond to Defendant Montalbano's Crossclaims to be served on all other parties who have appeared in this matter, other than Cliff High, by filing it on the Court's ECF system, and, by agreement with Cliff High, serving it on him via email.  I further certify that in compliance with D.C.COLO.LCivR 6.1(c), I have also served the foregoing on this firm's client, Gaia, Inc.

    /s/ Daniel A. Dingerson
    Daniel A. Dingerson