*PLAC Contract Privacy Agreement*

## SECTION 1

**Respondent is to immediately implement the following remedies:**

I. Respondent is to stop and desist immediately from all acts of defamation of Petitioner's character and all uses of libel, and slander.

II. Respondent is to stop and desist immediately with the retailoring of dreams as their own information and that has previously been shared by Petitioner with Respondent since 2016.

III. Respondent is to stop and desist immediately from continued public infringement of retailored dream information of Petitioner's since 2016 in any and all monetized and public formats to include: Cosmic Disclosure, Wisdom Teachings, films, books, internet, and public events. **(17 USC 503)**

IV. All dreams and other information as sent to Respondent at SphereBeingAlliance@Gmail.com since 2016 or otherwise delivered to Respondent by Petitioner, are the sole intellectual and proprietary property of Petitioner.

V. All dreams and information as shared freely with Respondent since 2016 whereby permission was initially granted for sharing was made by **mistake** and in **error** (Black Law Dictionary 6th edition) under **colorable transfer** (Black's Law Dictionary Abridged 8th Edition, p221-222) and all rights granted in error are hereby rescinded. All dream experiences, personal experiences, observations, conclusions and/or suppositions of Petitioner as discovered from first hand observations and research are the sole intellectual property and/or copyrighted materials of Petitioner and the intellectual property thereof is NOT to be further utilized by Respondent in any for-profit or not-for-profit teachings, events, books, tweets, Facebook posts, or any other form of public media known or to be developed without the express written and certified consent of Petitioner. **(17 USC §106)**.

VI. Respondent is to remedy Petitioner for the usage of all intellectual property as shared in error and subsequently used by Respondent since 2016 and in accordance with fair market values, rates, fines, and fees, and as based on the total amount of infringements including those not contained herein. Should litigation become necessary a complete and full list of infringements shall be provided and submitted for review and remedy in any court of law.

VII. Furthermore, as of the postmark date of this mailing Respondent is NOT to delete move, rename, relabel, or otherwise willfully obscure, obfuscate, or obliterate any of the evidence contained herein or evidence as to yet be cited in coming documents in the event litigation is necessary for remedy. Sources of evidence may not to be altered hereafter, including but not limited to Respondent: Tweets, Facebook posts, Facebook Messages, YouTube Vlogs, Emails, and any other methods heretofore utilized for infringement and as may be subpoenaed as evidence. **(18 USC §1519)** Any acts of further deception shall be deemed willful and criminal acts with intent to defraud and defame Petitioner and shall be Respondent's self-confession and admission of guilt and shall be upheld as such in any court of law.

VIII. Extra care is to be taken regarding Emails and as sent from Petitioner and as received by Respondent at SphereBeingAlliance@gmail.com account, along with Facebook posts, Facebook pass-through to Tweets, and Tweets as posted on @BlueAvians. All emails sent by Petitioner to Respondent or vice versa are not to be deleted, altered, or otherwise obscured, obfuscated, or obliterated by Respondent as they may be subpoenaed (duces tecum) as furtive evidence of allegations.