EXHIBIT P





EXHIBIT P

**Return Receipt 1:**

1. Article Addressed to:
Jirka Rysavy, CEO
GAIA INC
833 West South Boulder Rd.
Building G
Louisville, CO 80027

USPS Tracking: 9590 9402 1988 6123 8865 32
Article Number: 7016 2070 0000 9810 9954

Service Type: Certified Mail®

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**Return Receipt 2 (highlighted):**

A. Signature: X [signed]
B. Received by (Printed Name): Shree

1. Article Addressed to:
James Corey Goode
Goode Media Publishing LLC
Goode Enterprise Solutions Inc
1140 US Highway 287, Suite 400-266
Broomfield, CO 80020

USPS Tracking: 9590 9402 1988 6123 8865 63
Article Number: 7016 2070 0000 9810 9985

Service Type: Certified Mail®

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**Return Receipt 3:**

1. Article Addressed to:
Jay Weidner
SR Director Content Prod
833 West South Boulder Rd
Building G
Louisville, CO 80027

USPS Tracking: 9590 9402 1988 6123 8865 49
Article Number: 7016 2070 0000 9808 6477

Service Type: Certified Mail®

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

EXHIBIT P

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

*James Corey Goode*

Tracking Number: 70162070000098109985

Remove ✕

*original complaint*
*PLAC*

Expected Delivery by

**FRIDAY**
**20** APRIL 2018 ⓘ  by **8:00pm** ⓘ

✓ **Delivered**

April 20, 2018 at 12:15 pm
Delivered, Left with Individual
BROOMFIELD, CO 80020

## Tracking History

April 20, 2018, 12:15 pm
Delivered, Left with Individual
BROOMFIELD, CO 80020
Your item was delivered to an individual at the address at 12:15 pm on April 20, 2018 in BROOMFIELD, CO 80020.

April 20, 2018, 10:36 am
Out for Delivery
BROOMFIELD, CO 80020

April 20, 2018, 10:26 am
Sorting Complete
BROOMFIELD, CO 80020

April 20, 2018, 7:21 am
Arrived at Unit
BROOMFIELD, CO 80020

April 20, 2018, 4:45 am
Arrived at USPS Facility
BROOMFIELD, CO 80020