IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH

                Defendants.

---

### STIPULATION FOR EXTENSION OF DEADLINE TO RESPOND TO GAIA'S MOTION TO DISMISS

---

**COMES NOW,** Mr. James Corey Goode and Goode Enterprise Solutions, Inc. (collectively, "Goode"), and respectfully shows and requests as follows:

**D.C.COLO.LCivR 7.1(A) Certification**:  Counsel for Goode and Defendant Gaia, Inc. conferred regarding this motion and both agree to stipulate to the relief requested herein.

1. This Action was commenced by Goode on March 17, 2020 (Docket 1) and motion practice ensued.

2. The Second Amended Complaint was entered as the operative complaint on December 8, 2020 (Docket 111).

3. Gaia requested, and Goode agreed to, a stipulation for extension of time to respond (Docket 113).

4. Gaia responded to the Second Amended Complaint by filing a motion to dismiss (the "Responsive Motion", Docket 128) on January 12, 2021, making Goode's response due February 2, 2021.

5. Goode is preparing its response in opposition to Gaia's Responsive Motion but counsel have stipulated to a 21-day extension on Goode's response.

6. This motion is not made for purpose of delay, in bad faith or as a dilatory tactic, but to ensure a full hearing on all the facts and legal issues of this action, secure a just and speedy determination of this case, and ensure that the ends of justice are met

    a) Per local rule 6.1, the parties have stipulated to a 21-day extension of the deadline for Goode to respond to Gaia's motion to dismiss..

7. This request will be served upon all of counsels' respective clients per Local Rule 6.

Date: February 1, 2021                     Respectfully submitted,

/s Valerie Yanaros, Esq.
Valerie Yanaros, Esq.
Texas Bar No. 24075628
Admitted to Practice in the District
Court of Colorado
Yanaros Law, P.C.
5057 Keller Springs Rd, Suite 300
Addison, TX, 75001
Telephone: (512) 826-7553
valerie@yanaroslaw.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The below signed certifies that a copy of this filing will be served on each Defendant by ECF on February 1, 2021.

/s Valerie Yanaros, Esq.
Valerie Yanaros, Esq.