# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-742-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
CLIF HIGH,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

Defendants.

-----------------

ALYSSA CHRYSTIE MONTALBANO, individually,

Counter-Claimant,

v.

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Counter-Defendants,

GAIA, INC.,
JAY WEIDNER,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

Cross-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION
VALERIE YANAROS WILDE,
ELIZABETH LORIE,
BRIAN JAMES FLYNN,
WILLIAM CAMPBELL,
MATTHEW GROVE,
DIANA TERRY, and
CHRISTINA GOMEZ,

Third-Party Defendants.

### NOTICE OF APPEARANCE OF DANIEL A. DINGERSON ON BEHALF OF DEFENDANTS JIRKA RYSAVY, BRAD WARKINS, AND KIERSTEN MEDVEDICH

To the Clerk of this Court and all parties of record:

I, Daniel A. Dingerson of Davis & Gilbert LLP, hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Defendants Jirka Rysavy, Brad Warkins, and Kiersten Medvedich.

Dated: February 2, 2021          **DAVIS & GILBERT LLP**

/s/ *Daniel A. Dingerson*
Daniel A. Dingerson
1675 Broadway
New York, New York 10019
Telephone: (212) 468-4800
Facsimile: (212) 468-4888
Email: ddingerson@dglaw.com

*Attorneys for Defendants Jirka Rysavy, Brad Warkins, and Kiersten Medvedich*

2