# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-742-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
CLIF HIGH,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

Defendants.

-----------------

ALYSSA CHRYSTIE MONTALBANO, individually,

Counter-Claimant,

v.

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Counter-Defendants,

GAIA, INC.,
JAY WEIDNER,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

Cross-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION
VALERIE YANAROS WILDE,
ELIZABETH LORIE,
BRIAN JAMES FLYNN,
WILLIAM CAMPBELL,
MATTHEW GROVE,
DIANA TERRY, and
CHRISTINA GOMEZ,

Third-Party Defendants.

## NOTICE OF STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AND 41(c)(1)

Defendant/Cross-claimant Alyssa Montalbano and Defendants/Third-Party Defendants Gaia, Inc., Jirka Rysavy, Brad Warkins, and Kiersten Medvedich (collectively, the "Gaia Defendants"), through their undersigned counsel, hereby stipulate and provide notice to the Court that all crossclaims and causes of action brought by Ms. Montalbano against the Gaia Defendants in her December 22, 2020, pleading (Dkt. 120), are hereby voluntarily dismissed in their entirety without prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and 41(c)(1).

Dated: February 4, 2021        **ALYSSA MONTALBANO**
       Grand Junction, Colorado

                               <u>  /s/ *Alyssa Montalbano*</u>
                               *Pro se* Defendant/Cross-claimant


Dated: February 4, 2021        **DAVIS & GILBERT LLP**
       New York, New York


                               <u>  /s/ *Daniel A. Dingerson*        </u>
                                  Daniel A. Dingerson
                                  1675 Broadway
                                  New York, New York 10019
                                  Telephone: (212) 468-4800
                                  Facsimile: (212) 468-4888
                                  Email: ddingerson@dglaw.com

                               *Attorneys for Defendants Gaia, Inc., Jirka*
                               *Rysavy, Brad Warkins, and Kiersten*
                               *Medvedich*

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2021, I caused a copy of the foregoing Notice of Stipulation of Voluntary Dismissal Without Prejudice to be served on all other parties who have appeared in this matter, other than Cliff High, by filing it on the Court's ECF system, and, by agreement with Cliff High, serving it on him via email.

    /s/ Daniel A. Dingerson
    Daniel A. Dingerson