# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-742-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
CLIF HIGH,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

Defendants.

-----------------

ALYSSA CHRYSTIE MONTALBANO, individually,

Counter-Claimant,

v.

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION
VALERIE YANAROS WILDE,
ELIZABETH LORIE,
BRIAN JAMES FLYNN,
WILLIAM CAMPBELL,
MATTHEW GROVE,

DIANA TERRY, and
CHRISTINA GOMEZ,

Third-Party Defendants.

**STIPULATION REGARDING TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT**

WHEREAS the Court entered an Order on December 8, 2020, granting Plaintiffs' Motion to File the Second Amended Complaint;

WHEREAS the December 8, 2020, Order held that the Second Amended Complaint was accepted for filing as of that day;

WHEREAS Defendants Jirka Rysavy, Brad Warkins, and Kiersten Medvedich (the "Gaia Employees"), were sent waivers of service of the Second Amended Complaint on December 23, 2020, after a Summons had issued to each of them on December 22, 2020;

WHEREAS, accordingly, pursuant to Federal Rule of Civil Procedure 4(d)(3), the Gaia Employees' responses to the Second Amended Complaint are currently due February 22, 2021 (*i.e.*, 60 days after the waivers of service were sent);

WHEREAS, counsel for the Gaia Employees and Plaintiffs have conferred pursuant to Judge Domenico's Practice Standards regarding the Gaia Employees' proposed motion to dismiss the Second Amended Complaint, and the parties are in the process of determining whether any of Plaintiffs' claims against the Gaia Employees may be resolved without need for a motion; and

WHEREAS, pursuant to District Court of Colorado Local Civil Rule 6.1 "[t]he parties may stipulate in writing to one extension of not more than 21 days beyond the time limits

2

prescribed by the Federal Rules of Civil Procedure to respond to a pleading or amended pleading" and where such stipulation "shall be effective on filing, unless otherwise ordered";

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Jirka Rysavy, Brad Warkins, and Kiersten Medvedich, through their respective undersigned counsel, that the time for the Gaia Employees to answer or otherwise respond to the Second Amended Complaint is extended by 21 days, to March 15, 2021.

Dated:  February 10, 2021  **YANAROS LAW, P.C.**
        New York, New York

        /s/ *Valerie Yanaros*
        Valerie Yanaros, Esq.
        5057 Keller Springs Road, Suite 300
        Addison, TX 75001
        Telephone: (512) 826-7553
        Email: valerie@yanaroslaw.com

*Attorneys for Plaintiffs James Corey Goode and Goode Enterprise Solutions, Inc.*

Dated:  February 10, 2021  **DAVIS & GILBERT LLP**
        New York, New York

        /s/ *Daniel A. Dingerson*
        Daniel A. Dingerson
        1675 Broadway
        New York, New York 10019
        Telephone: (212) 468-4800
        Facsimile: (212) 468-4888
        Email: ddingerson@dglaw.com

*Attorneys for Defendants Jirka Rysavy, Brad Warkins, and Kiersten Medvedich*

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2021, I caused a copy of the foregoing Stipulation Regarding Time to Respond to the Second Amended Complaint to be served on all other parties, other than Cliff High, by filing it on the Court's ECF system, and, by agreement with him, serving it on Cliff High via email. I further certify that in compliance with D.C.COLO.LCivR 6.1(c), I have also served the foregoing on this firm's client, Gaia, Inc.

    /s/ Daniel A. Dingerson
    Daniel A. Dingerson