

1675 Broadway     T: 212.468.4800     www.dglaw.com
New York, NY 10019    F: 212.468.4888

Direct Dial: 212.237.1488
Email: ddingerson@dglaw.com

February 10, 2021

**Via CM/ECF**

Hon. Daniel D. Domenico, United States District Judge
U.S. District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street, A738
Denver, CO 80294-3589

      Re:     *Goode et al v. Gaia, Inc. et al*, Case No. 20-cv-00742-DDD-KLM

Dear Judge Domenico:

This firm represents Gaia, Inc., Jirka Rysavy, Brad Warkins, and Kiersten Medvedich in the above-referenced action. Earlier today, a document from an unrelated matter was inadvertently filed in this case. (Dkt. 146). This document was ostensibly filed on behalf of Mr. Warkins, and in the text of the docket entry referenced a stipulation pertaining to Mr. Rysavy, Mr. Warkins, and Ms. Medvedich. The actual stipulation that was being referred to in the docket entry was filed minutes later. (Dkt. 147). I write now to respectfully request that the inadvertent filing at Docket 146 be stricken from the docket as it is entirely irrelevant to this case.

Thank you for your consideration. I apologize to the Court and the Clerk for the error in filing. Please let me know if there is any additional information that this firm can provide to the Court related to this request.

Respectfully Submitted,

 /s/ Daniel A. Dingerson
Daniel A. Dingerson

cc: Counsel of record (by ECF)
    Clif High (by email)