**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-742-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
CLIF HIGH,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

Defendants.

-----------------

ALYSSA CHRYSTIE MONTALBANO, individually,

Counter-Claimant,

v.

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION
VALERIE YANAROS WILDE,
ELIZABETH LORIE,
BRIAN JAMES FLYNN,
WILLIAM CAMPBELL,
MATTHEW GROVE,

DIANA TERRY, and
CHRISTINA GOMEZ,

Third-Party Defendants.

**JOINT MOTION TO EXTEND TIME FOR DEFENDANTS RYSAVY, WARKINS, AND MEDVEDICH TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that upon all prior pleadings and proceedings had herein, and any subsequent reply papers submitted in support of this motion, Plaintiffs James Corey Goode and Goode Enterprise Solutions, Inc., and Defendants Jirka Rysavy, Brad Warkins, and Kiersten Medvedich (the "Gaia Employees"), by and through their respective undersigned counsel, hereby move this Court to extend the time for the Gaia Employees to respond to Plaintiffs' Second Amended Complaint by 21 additional days, to April 5, 2021.  In support of this Motion, Plaintiffs and the Gaia Employees state as follows:

On December 8, 2020, the Court entered an Order granting Plaintiffs' Motion to File the Second Amended Complaint, and it was accepted for filing that day.  (Dkt. 110, 111).  The Gaia Employees were sent waivers of service of the Second Amended Complaint on December 23, 2020, after a Summons had issued to each of them on December 22, 2020.  Pursuant to Federal Rule of Civil Procedure 4(d)(3), the Gaia Employees' response to the Second Amended Complaint was therefore due February 22, 2021 (*i.e.*, 60 days after the waivers of service were sent).  However, pursuant to District Court of Colorado Local Civil Rule 6.1, the Gaia Employees and Plaintiffs agreed to a 21-day extension to that original deadline thereby making the Gaia Employees' response due March 15, 2021.  (*See* Dkt. 147).

2

Prior to filing the stipulation, counsel for the Gaia Employees and Plaintiffs conferred pursuant to Judge Domenico's Practice Standards regarding the Gaia Employees' proposed motion to dismiss the Second Amended Complaint.  Further to the conferral process, Plaintiffs' counsel intended to discuss with Plaintiffs whether any of the claims against the Gaia Employees could be resolved without need for a motion.  However, since conferring with Gaia Employees' counsel, Plaintiffs' counsel has been severely impacted by the recent weather emergencies and crises in Texas and, as a result, has not had the ability to confer with Plaintiffs.  Although Plaintiffs' counsel is in the process of recovering, it is still uncertain when Plaintiffs' counsel and Plaintiffs will be able to discuss the issues raised in the motion to dismiss conferral.

The parties believe that continuing the conferral process regarding the claims against the Gaia Employees in the Second Amended Complaint could save the Court and the parties the time and expense of a motion to dismiss, at least as to certain claims.  Accordingly, the parties wish to extend the time for the Gaia Employees to respond to the Second Amended Complaint, thereby allowing Plaintiffs' counsel additional time to recover from the current weather crises and to discuss with Plaintiffs the Gaia Employees' proposed motion to dismiss.

Pursuant to Local Civil Rule 6.1, the Gaia Employees and Plaintiffs state that the reasons for the requested extension of time for the Gaia Employees to respond to the Second Amended Complaint are, as stated herein, that: the parties have engaged in required conferrals about a proposed motion to dismiss and potentially resolving certain claims as to the Gaia Employees; that some or all of the claims may be resolved without need for a motion once Plaintiffs' counsel can speak with Plaintiffs about the proposed motion to dismiss; and, that additional time to allow for that process to occur may save the time and expense of briefing a motion to dismiss, in whole

or in part, including judicial time and resources. *See* D.C.COLO.LCivR 6.1(b). Plaintiffs and the Gaia Employees further state that they request an extension of 21 additional days for Gaia to respond to the crossclaims. Plaintiffs and the Gaia Employees further state that they previously filed a stipulation pursuant to Local Civil Rule 6.1 extending by 21 days the time for the Gaia Employees to respond to the Second Amended Complaint. (*See* Dkt. 147).

**WHEREFORE**, Plaintiffs and the Gaia Employees respectfully request that this Motion be granted and that the time for the Gaia Employees to answer or otherwise respond to the Second Amended Complaint be extended by an additional 21 days, to April 5, 2021, together with such other and further relief as the Court deems just and proper.

Dated: February 23, 2021
       Addison, Texas

**YANAROS LAW, P.C.**

/s/ *Valerie Yanaros*
Valerie Yanaros, Esq.
5057 Keller Springs Road, Suite 300
Addison, TX 75001
Telephone: (512) 826-7553
Email: valerie@yanaroslaw.com

*Attorneys for Plaintiffs James Corey Goode and Goode Enterprise Solutions, Inc.*

Dated: February 23, 2021
       New York, New York

**DAVIS & GILBERT LLP**

/s/ *Daniel A. Dingerson*
Daniel A. Dingerson
1675 Broadway
New York, New York 10019
Telephone: (212) 468-4800
Facsimile: (212) 468-4888
Email: ddingerson@dglaw.com

*Attorneys for Defendants Jirka Rysavy, Brad Warkins, and Kiersten Medvedich*

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2021, I caused a copy of the foregoing Joint Motion to Extend Time for Defendants Rysavy, Warkins, and Medvedich to Respond to Plaintiffs' Second Amended Complaint to be served on all other parties who have appeared in this matter, other than Cliff High, by filing it on the Court's ECF system, and, by agreement with Cliff High, serving it on him via email.  I further certify that in compliance with D.C.COLO.LCivR 6.1(c), I have also served the foregoing on this firm's clients, Jirka Rysavy, Brad Warkins, and Kiersten Medvedich.

    /s/ Daniel A. Dingerson
    Daniel A. Dingerson