IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH

Defendants.

_____

**PLAINTIFF JAMES COREY GOODE'S DECLARATION IN
SUPPORT OF PLAINTIFFS' RESPONSE TO
MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)**
_____

I, James Corey Goode, declare as follows:

1. I am over 21 years old and am competent to make this declaration. I have
   personal knowledge of the truth of the matters stated herein unless stated on
   information and belief, in which case I am informed or believe that the matter
   stated is true. If called as a witness I could and would testify as stated herein.

2.  The screenshots attached in the Exhibit to this declaration have been taken either by myself or my counsel at my direction, are a part of my files kept in the regular course of business and in preparation for filings in this lawsuit.

3.  All of the screenshots are representative of the types of postings defendant Jay Weidner has been posting since before the instant lawsuit was filed and continues to post up until about a week ago when his Facebook page became inaccessible.

4.  All of these postings were publicly available because neither myself nor my law firm had public access to Weidner's Facebook account. These postings were recently (within the last week or so) made unavailable.

5.  As shown in the screenshots, Weidner's Facebook account had over four thousand "friends" who were able to see his private posts, but the ones included in the Exhibit to this Declaration were accessible to anyone on Facebook that Weidner had not blocked (or vice versa).

6.  Page 001 of the Exhibit to this Declaration is a screenshot of a post Weidner created and publicly displayed on his Facebook page after his attorneys filed a Motion for Extension to file a SLAPP Motion in this case.

7.  Page 002 of the Exhibit to this Declaration is a screenshot of a post Weidner created and publicly displayed on his Facebook page using my claimed mark "20 and Back" with the phrase "while smoking crack".

8.  Page 003 of the Exhibit to this Declaration is a screenshot of a post Weidner created and publicly displayed on his Facebook page describing alleged "nefarious activities" by myself and stating that he is "on this ride until the end".

9.  Page 004 of the Exhibit to this Declaration is a screenshot of a post Weidner created and publicly displayed on his Facebook page referring to an account that posts updates on this case. Based on research and information related to this case we believe it is one of the other named defendants.

10. Page 005 of the Exhibit to this Declaration is a screenshot of a post Weidner created and publicly displayed on his Facebook page insinuating that I am guilty of consumer fraud, to which one of his followers agrees publicly in a responsive post.

11. Page 006 of the Exhibit to this Declaration is a screenshot of a post Weidner created and publicly displayed on his Facebook page in which he states that I "hate[] the Constitution".

12. Page 007 of the Exhibit to this Declaration is a screenshot of a post Weidner created and publicly displayed on his Facebook page thanking a named defendant in this action and alleged co-conspirator, Alyssa Montalbano, for her help.

13. Pages 008, 009 and 011 of the Exhibit to this Declaration are screenshots of posts Weidner created and publicly displayed on his Facebook page in which he refers to the instant action in a derisive fashion, indicative of his attempts to [1] make a mockery of the litigation, [2] further profit from my name and [3] tarnish and discredit my goodwill. Page 010 shows comments from his followers and Weidner replying "Millions of $ be coming my way".

14. Pages 012 and 014-016 of the Exhibit to this Declaration are screenshots of posts Weidner created and publicly displayed on his Facebook page from November 2020 in which he stated a call to action to interfere with a business relationship between myself and prominent media figures in the industry. Pages 018-019 show comments on a livestream of Leon Isaac Kennedy stating to the public and Weidner that they followed his call to action.

15. Page 013 of the Exhibit to this Declaration is a screenshot of a post Weidner created and publicly displayed on his Facebook page claiming that Amazon

Prime removed one of the movies in which I appeared and that I produced due to it being of inferior quality.

16. Page 017 of the Exhibit to this Declaration is a screenshot of a post Weidner created and publicly displayed on his Facebook page claiming that I illegally DOXXED individuals, that I caused them to be fired from their jobs and that I am a psychopath.

17. Page 020 of the Exhibit to this Declaration is a screenshot of a post Weidner created and publicly displayed on his Facebook page accusing me of further illegal activities and falsities regarding protected conversations related to this action. To be clear, the allegations allegedly made to Mr. Kennedy's lawyer never took place.

18. Page 021 of the Exhibit to this Declaration is a screenshot of a post Weidner created and publicly displayed on his Facebook page claiming to have a degree in law.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 23rd day of February, 2020 in Broomfield, Colorado.

James Corey Goode



**Jay Weidner**
6h · 🌐                                                    • • •

My lawyers have been granted permission to file an anti-SLAPP dismissal against Corey Goode.  SLAPP stands for Strategic Lawsuit Against Public Participation.  Essentially a SLAPP is a way to weaponize the court system to shut up and shut down your critics.

I am told that Judges do not like SLAPPs.  I have also heard that the Judge granting this dismissal is super important because it re-characterizes the lawsuit from its phoney RICO status to that of a violation of the First Amendment.

Which is what I have been saying since the lawsuit first happened.

Here is a Reality Check from March 2020 a week, or so, after Corey Goode filed.



YOUTUBE.COM
**Corey Goode Attacks Freedom of Speech**
Jay Weidner received a letter from Corey Goode's attorneys on S...

 AT&T  8:06 AM  96%

👍 Like     💬 Comment     ↗ Share

 **Jay Weidner**

42m · 🌐     •••

https://www.youtube.com/watch?
v=6Scw8fvt-
Kw&feature=youtu.be&fbclid=IwAR0gTxsK5
G2T0ZxbghXm84Syf7cRGdirOmNzk03Psgx
z0aQBxIzGzmAO-90



YOUTUBE.COM
**COMIC DISCLOSURE, Episode 1 : 20 and
back while smoking crack. (David Wilcock...**

👍 Like     💬 Comment     ↗ Share

 **Jay Weidner**

20h · 🌐

      

CG Dec ISO Opposition to MTD 002

 **Jay Weidner**
3h · 🌐

Corey Goode thinks that suing me for $5 million is going to shut me up about his nefarious activities.

No way Jose.

I am on this ride until the end.



👍❤️ 20                                                    5 Comments

👍 Like              💬 Comment              ➢ Share

View 2 more comments

CG Dec ISO Opposition to MTD 003



**Jay Weidner**
3h · 🌐

· · ·

Judge Jolly does a good job keeping up with Corey Goode and his many lawsuits.  Lately he has been posting about the inconsistencies that are in the lawsuits.



ⓘ

TWITTER.COM
**Judge Jolly (@JudgeJolly_) | Twitter**
The latest Tweets from Judge Jolly (@JudgeJolly_). Justice is Expensive! ALL court documents being shared are available to the...

👍 1



👍 Like          💬 Comment          ↪ Share



**Jay Weidner**
39m · 🌐

Liz Lorie says that she wrote Corey Goode's spiritual ascension course.

The course is sold as all coming from Corey Goode but really it came from his lawyer.

Isn't that consumer fraud?

👍 7                                          2 Comments

👍 Like          💬 Comment          ↪ Share

View 1 more comment

**John Murillo**
I think that does constitute fraud

Like · Reply · 4m



**Jay Weidner**
9m · 🌐

· · ·

It is very clear from my Dismissal Plea that Corey Goode hates freedom of speech. My lawyers did a great job of calling him out on this. Most people would never try to stop someone's free speech. Not Corey. He hates the Constitution.



👍 1

👍 Like          💬 Comment          ↪ Share





















CG Dec ISO Opposition to MTD 016

 **Jay Weidner**
6m · 🌐

Every single witness that I had who was ready to testify about their experiences working for SSP has gone silent because they are afraid of The Secret AstroNot! and his goons.  They think that he will DOX them and try to get them fired.

I am telling you we are dealing with a very serious psychopath.

👍 1                                                    1 Comment

---

👍 Like            💬 Comment            ↪ Share

---

 **Russell Brinegar**
Agree ❤️
The silence of their testimonies is a great loss

Like · **Reply** · 2m

CG Dec ISO Opposition to MTD 017



**5:37** 

◀ Messages

Leon Isaac Kennedy

## Live chat
Top chat 👤 67

   ✕

 5:31 PM **REALiTY CHeCK**   Here we go!

 5:31 PM **Groovie Bean**   hmmmm

 5:31 PM **Jenna Hamilton**   Ari Stone should be helped by the evil bully

 5:31 PM **jonicide**   the mustache would take away from the teeth um fivehead not so much

 5:31 PM **Jenna Hamilton**   with

 5:31 PM **REALiTY CHeCK**   I will donate to this fund

 5:31 PM **Erik**   Finally a solution 👍🏼

 5:31 PM **Ellen Fox**   She blocked me when I tried to warn her (Jenny) over CG.

 5:31 PM **Chris Michael**   Excellent news

 5:32 PM **Erik**   I'll donate

 5:32 PM **Erik**   My fist to his face

 5:32 PM **Jenna Hamilton**   YES!

➤

CG Dec ISO Opposition to MTD 018



**5:37** ◢

◀ Messages

Leon Isaac Kennedy

## Live chat
Top chat   👤 68                                          ⌗   ✕

 5:30 PM  **REALiTY CHeCK**   Bad week for Corey

 5:31 PM  **Erik**   I sent many tweets to Jenny warning here what she was getting herself into

 5:31 PM  **Spooky**   Goode Riddance.

 5:31 PM  **Out Of Mind**   Bingo @Tom Corbett - so I guess it is ok to be a fraud as long as you play nice. lol feels kind of culty

 5:31 PM  **REALiTY CHeCK**   I did too

 5:31 PM  **Chris Michael**   It's amazing the timing

 5:31 PM  **Jenna Hamilton**   No more!

 5:31 PM  **LeeBot Veltman**   Lol. Ok You don't think Trump is gonna still be Prez after Jan 20 or that JFK Jr is alive do you?

 5:31 PM  **Erik**   Her*

 5:31 PM  **Chris Michael**   Amen

 5:31 PM  **REALiTY CHeCK**    re we go!

➤

CG Dec ISO Opposition to MTD 019

3:55 ◄

Over the last glorious week we learned that you have no problem screwing all of your friends out of the money that they worked for. You even tried to screw the guy that put you where you are: David Wilcock.

You have back-stabbed everyone who helped you in your disgusting climb to the top. Gaia, me, David, Roger, Vivian, Lorie, Joy, and so many others. Your drug addled mind has turned you into a power hungry, money grabbing, people using, monster.

That's what you have become Corey Goode. You are an evil, ugly monster who chews up the countryside in your quest for power.

When Leon Kennedy's lawyer went to your lawyer and asked what you wanted in the lawsuit, his lawyer said that you don't want to negotiate. He said that you wanted every dime that Leon had. He said that you wanted to completely destroy Leon so he would suffer in retirement and take all of the money he was leaving to his children.

You wrote me two emails in August of 2019 stating the same thing to me. You said you wanted all of my assets and properties, you said that you wanted my wife's inheritance. Since you made those threats I decided that I had nothing to lose then. I would now devote my life to exposing you to the world.

I have watched you as you have lied, cheated and stole your way to the top. There is no one on this planet least qualified to teach spirituality than you. You are the epitome of evil.

In fact the most surprising thing that I discovered over the last week is that you are 500% more evil than I ever imagined. You may be the most evil person on the earth.

   

3:50



**Jay Weidner**
3d · 🌐

···

2d   Like   Reply

 Write a reply...

 **Michael Sherrer**
For those that don't know, Jay has his law degree and has practiced Law. He can make sense out of all these CG legal shenanigans with stellar insight.  Thank the stars above!

2d   Like   **Reply**

 **Jay Weidner**
Michael Sherrer How did you know that I have a degree in law?  I never told anyone?

2d   Like   Reply

 **Michael Sherrer**
Jay Weidner You mentioned it in one of your REALITY CHeCK YouTube videos and that immediately caught my attention. Academic, analytical, highly intelligent- yes, that makes sense.

2d   Like   **Reply**

 **Eric Jihnson**
Jorge NoGoode will be a Dateline episode some day I predict.

2d   Like   Reply

 Write a comment...     

