# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-742-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
CLIF HIGH,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

Defendants.

-----------------

ALYSSA CHRYSTIE MONTALBANO, individually,

Counter-Claimant,

v.

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Counter-Defendants,

GAIA, INC.,
JAY WEIDNER,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

Cross-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION
VALERIE YANAROS WILDE,
ELIZABETH LORIE,
BRIAN JAMES FLYNN,
WILLIAM CAMPBELL,
MATTHEW GROVE,
DIANA TERRY, and
CHRISTINA GOMEZ,

Third-Party Defendants.

### NOTICE OF APPEARANCE OF INA B. SCHER ON BEHALF OF DEFENDANTS JIRKA RYSAVY, BRAD WARKINS, AND KIERSTEN MEDVEDICH

To the Clerk of this Court and all parties of record:

**PLEASE ENTER** the appearance of Ina B. Scher of Davis & Gilbert LLP as counsel in this case for Defendants Jirka Rysavy, Brad Warkins, and Kiersten Medvedich.

Dated: February 2, 2021         **DAVIS & GILBERT LLP**

　　　　　　　　　　　　　　　　　　 /s/ *Ina B. Scher*
　　　　　　　　　　　　　　　　　Ina B. Scher
　　　　　　　　　　　　　　　　　1675 Broadway
　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　Telephone: (212) 468-4800
　　　　　　　　　　　　　　　　　Facsimile: (212) 468-4888
　　　　　　　　　　　　　　　　　Email: ischer@dglaw.com

　　　　　　　　　　　　　　　　　*Attorneys for Defendants Jirka Rysavy, Brad Warkins, and Kiersten Medvedich*