# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant, Third-Party Plaintiff

v.

James Corey Goode, individually
And GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock, THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde, Elizabeth Lorie,
Brian James Flynn, William Campbell,
Matthew Grove, Diana Terry,
Christina Gomez

Third-Party Defendants.

# COUNTER CLAIMANT THIRD-PARTY PLAINTIFF ALYSSA MONTALBANO FIRST MOTION TO AMEND THE COUNTERCLAIMS COMPLAINT PURSUANT FRCP 15(a)(2)

COMES NOW, Alyssa Chrystie Montalbano, Counter-Claimant, and Third-Party Plaintiff, and moves the Court to Grant the amending of the Counterclaims Complaint at ECF #120 as a matter of course pursuant FRCP 15(a)(2) for the following:

1. On December 22, 2020 Montalbano was required to file her Answer to the Plaintiffs' Goode and GES Second Amended Complaint [#61] and did so, along with filing compulsory counterclaims. [#120 and Exhibits at #121]

2. On January 11, 2021, Montalbano and cross-defendant, Mr. Jay Weidner, by and through his counsels, Ms. Ashlee Hoffman and Mr. Aaron Belzer, stipulated dismissal of all cross-claims against Mr. Weidner without prejudice. [#126]

3. On January 12, 2021 honorable Judge Domenico Granted the stipulation of dismissal of cross-defendant Mr. Weidner and all cross-claims against him. [#130]

4. On January 12, 2021, Plaintiffs/Counter Defendants' Goode and GES filed a Motion to Dismiss [#131] the Counterclaims [#120]

5. On February 4, 2021, Montalbano and the GAIA Cross-defendants: GAIA INC, Warkins, Rysavy, and Medvedich (the GAIA cross-defendants) by and through their counsel, Mr. Dingerson, stipulated dismissal of all cross-claims against the GAIA cross-defendants without prejudice. [#144]

6. On February 4, 2021 Judge Domenico Granted the stipulation of dismissal of the GAIA cross-defendants and all related cross-claims without prejudice and dismissed cross-claimant Montalbano. [#145]

7. Montalbano has amended the counterclaim complaint to reflect the removal of the aforementioned GAIA cross-defendants and cross-defendant Mr. Weidner, while leaving in or amending certain statements relevant to the case and claims.

8. Montalbano has made multiple efforts by email and phone text to confer with Plaintiffs/counter-defendants Goode and GES's counsel, Ms. Wilde, for a phone call or email conferral regarding the amendments, and has been unable to reach them for conferral since February 16, 2021.

9. Montalbano has amended the counterclaims complaint to address the following arguments seen in Plaintiffs/Counter Defendants' Goode and GES's Motion to Dismiss filed January 12, 2021 [#131]:

    a. Montalbano has clarified claim damages and the remedy sought in response to MTD, p 5-6, section VI.

    b. Montalbano has clarified what claims fulfill the pattern of racketeering requirements and meet the fraud requirements in response to MTD, p 6-7, section VI., a.

    c. Montalbano has added in EEG Heterodyning Cloning to the Human Trafficking claim (claim 6) to focus on the remote frequency assaults, mind control, and remote neural trafficking in response to the objections seen in the MTD at p18-19, VIII and to focus

      on what Montalbano is personally believed to be a victim of via Goode's MKULTRA programs. EEG Heterodyning Cloning is the medical term for what Montalbano has been trying to describe through the CIA MKULTRA mind control program records [ECF #120 at ¶¶157-227] and EEG Clones can be traced via the users' computer IP records and related digital footprints.

    d. EEG Heterodyning Cloning was also added to Harassment – remote neural harassment, Claim 12.

    e. Montalbano added two dream-sleep studies to the Trade Secret claim to show further validity of her dream journal records as Trade Secret IP; The first study proved that dreams are literal neurological experiences occurring and are not 'confabulations' created upon waking.  The second very recently published study showed scientists proved two-way communication between a sleeping person and the awake experimenter.

    f. Montalbano removed The Enterprise from Negligent Infliction of Emotion Distress. (Claim 21) and removed Goode from Claim 15, Civil Act for Deprivation of Rights.

10. The counter-defendants and third-party defendants will not be prejudiced by amending of the counterclaims as no new claims are being added, the RICO claim is clarified by citing which other claims fulfil the RICO requirements, irrelevant defendants and/or statements have been removed, and remedies sought from damages incurred are more clearly specified, along with cleaning up exhibit and claim citations.

11. None of the defendants having made an appearance in this instant case have answered the counterclaims complaint.

12. No trial date has been set and the amendments clarify the claims for the purpose of negotiations and moving forward into discovery phases.

13. Pursuant Federal Rule of Civil Procedure 15(a)(2) the Court is to freely give leave to amend the complaint when justice so requires it.

Wherefore, Montalbano moves the Court to Grant this Motion to amend the Counterclaims Complaint [#120] for all the aforementioned reasons as justice so requires it to: amend the claims pursuant conferrals, stipulations, MTD objections, and defendant removals. (FRCP 15(a)(2))

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Counter-Claimant, Third-Party Plaintiff

**Certificate of Compliance**

I certify the foregoing Motion complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

**CERTIFICATE OF SERVICE**

I certify that on this 27th day of February 2021 a copy of the foregoing Motion was filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5).

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen