# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant, <u>Third-Party Plaintiff</u>

v.

James Corey Goode, individually
And GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

~~GAIA, INC., Jay Weidner, Jirka Rysavy, Brad Warkins, And Kiersten Medvedich~~

~~Cross-Defendants,~~

LIGHT WARRIOR LEGAL FUND, LLC;
David    Wilcock,    THE    WILCOCK    SPIRITUAL
HEALING AND EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,  Elizabeth Lorie,
Brian James Flynn, William Campbell,
Matthew Grove,  Diana Terry,
Christina Gomez

Third-Party Defendants.

# DEFENDANT ALYSSA MONTALBANO ANSWER
# SECOND AMENDED COMPLAINT

COMES NOW, Alyssa Chrystie Montalbano, Defendant, and filed her answer as follows to the

Second Amended Complaint at Docket 111:

1. Lack Enough Information to respond to plaintiffs allegations. ¶1

2. Admitted in part, upon information and belief Goode's address and public influence is
   correct, but his level of respect in the consciousness community is debatable

3. Upon information and belief ¶3 is correct.

4. Upon information and belief ¶4 is correct.

5. Upon information and belief ¶5 is correct.

6. Upon information and belief ¶6 is correct.

7.  Upon information and belief ¶7 is correct.

8.  Upon information and belief Mr. Weidner has been employed by GAIA and lack enough information to respond to the rest. ¶8

9.  Lack Enough Information to respond to plaintiffs allegations. ¶9

10. Lack Enough Information to respond to plaintiffs allegations. ¶10

11. Admitted. ¶11

12. Lack Enough Information to respond to plaintiffs allegations. ¶12

13. Lack Enough Information to respond to plaintiffs allegations. ¶13

14. Admitted in part, Montalbano does not argue jurisdiction, and does not have enough information to address the rest of the statements.  ¶14

15. Lack Enough Information to respond to plaintiffs allegations. ¶15

16. Admitted in part, Montalbano does not argue venue with the information she currently has. ¶16

17. Upon information and belief, Goode is a motivational speaker, influencer, author, producer and public figure sharing his stories across the globe and has garnered the attention of media personalities, but lack enough information to respond to the rest. ¶17

18. Denied. Upon information and belief Goode attracts his following by defaming innocent individuals like Montalbano and due to CIA remote frequency mind control broadcasts.

Montalbano has not defamed, slandered, or disparaged Goode or GES at any time and has not done anything to deprive him of his career, or livelihood, it is the other way around. ¶18. (See Counterclaim filing)

19. Admitted in Part. Upon information and belief Goode formed and owns GES and does produce comic books, movies, classes, and other goods and services tied to his branding, but does not hold all rights to the products or content produced and created by GES. To include certain Intellectual Property belonging to Montalbano and argued in the Counterclaims. ¶19.

20. Admitted in part. Upon in information and belief Goode's Blue Avian and SSP (Secret Space Program) claims are in fact "narratives" that have garnered the attention of the Consciousness Community. However, upon information and belief, Goode is a CIA asset/agent spreading propaganda via his 'narratives' for black operation mind control programs (MKULTRA and MiLab) that invade dream states utilizing frequency broadcasts, carried via the FCC (Federal Communication Commission) radio wave spectrums, directed at the brain, notably from 1/2Hz to 10Hz, and that work with highly advance Artificial Intelligences and programs within the military sectors to notably include the CIA, DARPA, and DOD. Goode does claim he is an advocate for love, inclusion, and acceptance, however his actions and speech are directly contrary to such in reality and in particular with Montalbano. ¶20.  See Counterclaims.

21. Admitted in part. Upon information and belief Goode and Wilcock are close friends and joined up to spread Goode's "narratives" (¶20) to a wider audience and via GAIA, and do not have enough information to respond to the rest ¶21.

22. Admitted in part. Upon information and belief Cosmic Disclosure was a 'hit' broadcast show carried at GAIA when Goode and Wilcock cohosted it and it generated hundreds of thousands of new subscribers and financial revenue for the company. Montalbano lacks enough information to respond to the rest. ¶22.

23. Admitted in part.  Upon information and belief, Goode produced the amount of episodes he claims (52) for the three (3) year period. However, Goode's personal stories and subject matter for Cosmic Disclosure (CD) do not appear to be his own; Goode and Wilcock appear to have used vast amounts of Montalbano's Intellectual Property as derivative works, and for which Montalbano was never compensated or acknowledged as the source. ¶23. See Copyright Infringement in counterclaims.
Montalbano lacks enough information to respond to the rest.

24. Denied. Montalbano has never knowingly made false remarks, misrepresentations, or broken any promises to Goode, and has never attacked, tarnished, or disparaged Goode at any time. Montalbano has no ties to GAIA INC other than seeking employment during 2017 for a competing series to CD or as a regular day to day employee, and neither was obtained by Montalbano. Montalbano has never 'retaliated' against Goode at any time and is not 'jealous' of Goode's success.  Montalbano implemented due process of law to the best of her ability April 2018 seeking remedy and relief outside of litigation, due to seeing so much of her Intellectual Property being used as derivative works by Goode,

Wilcock, and their network of associates. In reality, Goode is the one who retaliated against Montalbano. Montalbano lacks enough information to respond to the rest. ¶24 See Counterclaims.

25. Lack Enough Information to respond to plaintiffs allegations. ¶25

26. Lack Enough Information to respond to plaintiffs allegations. ¶26

27. Lack Enough Information to respond to plaintiffs allegations. ¶27

28. Lack Enough Information to respond to plaintiffs allegations. ¶28

29. Lack Enough Information to respond to plaintiffs allegations. ¶29

30. Lack Enough Information to respond to plaintiffs allegations. ¶30

31. Lack Enough Information to respond to plaintiffs allegations. ¶31

32. Lack Enough Information to respond to plaintiffs allegations. ¶32

33. Lack Enough Information to respond to plaintiffs allegations. ¶33

34. Lack Enough Information to respond to plaintiffs allegations. ¶34

35. Lack Enough Information to respond to plaintiffs allegations. ¶35

36. Lack Enough Information to respond to plaintiffs allegations. ¶36

37. Lack Enough Information to respond to plaintiffs allegations. ¶37

38. Denied. To the extent this applies, Montalbano has never used Goode's marks on any of her art or Ari Stone Art LLC products. Lack enough information to respond to the rest. ¶38

39. Admitted. Upon information and belief Goode filed for the Trademarks he claims. ¶39

40. Admitted. Upon information and belief Exhibit A is authentic. ¶40

41. Lack Enough Information to respond to plaintiffs allegations. ¶41

42. Lack Enough Information to respond to plaintiffs allegations. ¶42

43. Lack Enough Information to respond to plaintiffs allegations. ¶43

44. Lack Enough Information to respond to plaintiffs allegations. ¶44

45. Lack Enough Information to respond to plaintiffs allegations. ¶45

46. Lack Enough Information to respond to plaintiffs allegations. ¶46

47. Lack Enough Information to respond to plaintiffs allegations. ¶47

48. Admitted in part. Montalbano has seen Emery Smith on the Cosmic Disclosure show and upon information and belief Jason Rice has also been on CD.  Montalbano lack enough information to respond to the rest.¶48

49. Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶49

50. Admitted in part.  Montalbano received a cease and desist letter from Goode's counsel Ms. Wilde, **after** Montalbano served Goode notarized cease and desist presumptive affidavits (first dated April 18, 2020) and citing Goode, Wilcock, and their associate's specific and ongoing use of Montalbano's Intellectual Property, along with accusations of fraud, theft, stalking, and defamation for response or rebuttal by Goode, to settle outside of litigation. (Mesa CLERK AND RECORDER reception #2843230 dated June 7, 2018). Montalbano saw others were also served cease and desist letters, due to them being publicly shown by the individual(s) via means such as YouTube or private email when related to case 18CV50. However, the C&D notices delivered to Montalbano and others appear to be an extortion tactic. This matter is argued in the Counterclaim of Extortion.

Montalbano has never worked with GAIA to 'launch' any 'attack' against Goode, or otherwise, and has never intentionally done anything to tarnish or dilute Goode's company or brand. Montalbano lacks information to respond to the rest. ¶50

51. Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶51

52. Admitted in part. Montalbano is aware Mr. Rice received a C&D due to it being shown publicly via the internet. Montalbano lacks information to respond to the rest and does not appear to apply to Montalbano. ¶52

53. Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶53

54. Lack Enough Information to respond to plaintiffs allegations, it is unknown if Exhibit B is authentic and does not appear to apply to Montalbano. ¶54

55. Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶55

56. Lack Enough Information to respond to plaintiffs allegations, it is unknown if Exhibit C is authentic and does not appear to apply to Montalbano. ¶56

57. Denied.  Montalbano has never targeted Goode and is aware of Mr. Rice from a public perspective and has no private connection with Mr. Rice. ¶57

58. Denied. Montalbano does not work with Weidner, Zavodnick, or GAIA generally, or specifically for 'tagging' purposes.  Montalbano publicly shares matters of public issue and tags appropriately for the relevant audience. Montalbano has never defamed or harassed Goode or his associates. All statements Montalbano makes publicly or privately about Goode are believed to be true, and are corrected if mistakes are made. Goode has however harassed and defamed Montalbano and has substantially increased his audiences by thousands and tens of thousands on multiple platforms from his defamation acts against Montalbano while maliciously destroying Montalbano's personal and professional reputation in the Consciousness Community as a criminal (stalker) with a mental disease (crazy) when Montalbano has never retaliated. These matters are addressed in the Counterclaims. ¶58

59. Admitted in part, Montalbano has seen some of Mr. Weidner's social media and otherwise internet posts regarding Mr. Goode, but Montalbano lacks information to respond to the rest of the allegations.  ¶59

60. Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶60

61. Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶61

62. Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶62

63. Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶63

64. Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶ 64

65. Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶65

66. Admitted in part, Upon information and belief Mr. Weidner is the owner of the YouTube account "REALiTY CHeCK" and Montalbano lacks information to respond to the rest. ¶66

67. Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶67

68. Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶68

69. Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶69

70. Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶70

71. Admitted in part, Montalbano case 18CV50 has been dismissed for alleged 'frivolous' claims and 'fees' assessed. However, these rulings were made with prejudice by bias

judges completely devoid of due process of law and the attorney fees assessed are extortion fees issued under color of official right, as they were issued completely contrary to all facts, laws, and evidence in case 18CV50, and in direct violation of Montalbano's civil rights. These matters are fully addressed in the Counterclaims ¶71

72. Denied.  Montalbano has never threatened or stalked Goode at any time, and has no knowledge of information related to Goode's private information in waking states. Goode's TRO was baseless, a malicious prosecution, and a knowing abuse of process. This matter is addressed in the Counterclaims. ¶72

73. Admitted in part, and Denied in part. Montalbano has not stalked Goode at any time, but has attempted contact with Goode semi-regular during the court of litigation as it is required by law for parties to confer with opposing parties for motions and papers filed and try to settle matters at issue outside of litigation. Goode was pro se in case 18CV50. Montalbano has not contacted Goode for the purpose of coercing him into a fictional or fanciful relationship at any time, but has sought answers and resolution that make sense with the evidence.  These matters are addressed in the counterclaims.

74.  Denied. Montalbano did not retaliate to the first TRO Goode and Wilde attempted to file around June 15, 2018 or the second TRO they successfully filed July 17, 2018 with perjury. Goode and Wilde's first TRO effort was in retaliation (extortion) to Montalbano's presumptive Pre-Litigation Affidavit Complaint (PLAC) mailings (Mesa CLERK AND RECORDER office Reception #2843230 recorded June 7, 2018) first certified mail served upon Goode for response on or about April 20, 2018 and their second TRO effort (July 17, 2018) was in retaliation to Montalbano opening the lawsuit

against Goode, June 25, 2018, that Goode was well aware would be opened against him should he fail to respond or rebut the presumptions. Goode knowingly failed to rebut or respond and thereby agreed with all allegations therein. This is addressed in the Counterclaims. ¶74

75. Admitted in part. It is true Montalbano has filed many papers in case 18CV50. It is not true they were based on some fictional relationship of marrying Goode. Goode and Wilde, are the ones obsessively focused on that singular feature. Many papers filed by Montalbano repeatedly asked Flynn to do his job and issue sanctions against the opposing party for their ongoing deceptions, malicious prosecution cases, fake document filings, lying on multiple court records, and showing Flynn the ongoing harassment, defamation, and cyberstalking being performed against Montalbano.  Because Flynn consistently did nothing and the opposing party consistently violated court rules, many papers were indeed filed by Montalbano. These matters are addressed in the Counterclaims. ¶75

76. Admitted in part.  Some of Montalbano presumptive claims are/were copyright issues. However, Goode and Wilde removed the case, August 13, 2018 (not September), and in retaliation to losing their second stalking claim on August 6, 2018, and they performed the removal without any conferral with Montalbano and filed papers in the Federal Court that Montalbano never filed on any Court or Clerk record for remedy and relief and performed more abuse of process.  This matter is addressed in the counterclaims. ¶76

77. Admitted in part. Montalbano amended the complaint because a fake complaint had been filed by opposing party (Goode and Wilde) so it was necessary to 'amend it' (duh) and Montalbano also was trying to write a proper Court formatted complaint based on the

knowledge Montalbano had at that time. These matter are addressed in the counterclaim.
¶77

78. Admitted.

79. Admitted in part. Without doing the actual math for percentages (which is likely less than 95%) . . . Yes, Montalbano filed a lot of the records in the cases. Again, this was due to the ongoing unethical abuse of process, avoidance, evasion and extortion tactics Wilde and Goode repeatedly performed against Montalbano, which resulted in multiple unnecessary filings that burdened Montalbano and the Courts.  In addition to Wilde's ongoing abuse of process and lack of ethics, Flynn refused to perform his judicial duties in case 18CV50 and failed to uphold due process of law. Montalbano's case and claims have never been frivolous at any time, highly unusual, yes; frivolous no.

80. Admitted in part.  Again, the mounted filings were a result of 'Judge' Flynn failing to perform his judicial duties in case 18CV50 and because Goode kept on cyberstalking, defaming, and harassing Montalbano publicly and Wilde kept filing baseless cases and knowingly false papers on multiple Court records. Montalbano repeatedly asked Flynn to do his job, but he would not. These matters are addressed in the counterclaims. ¶80

81. Admitted in part. Montalbano served Goode copies of everything filed on the Mesa District Civil State Court record because Goode proceeded Pro Se in case 18CV50 at all times. Goode never entered either of his alleged out of state attorneys Pro Hac Vice (Wilde in Texas, or Lorie in Florida); so Goode was indeed served all papers filed and by paper mail pursuant court rules because he refused to agree to email only service when

asked by Montalbano. Goode and Wilde severely burdened Montalbano financially by Goode refusing to accept digital files. Not all records required filing in a box. But, a few key ones did necessitate packing in boxes due to the unusual nature of the Trade Secret claim and the unfortunate problem of many people not 'believing' in Montalbano's Trade Secret claims when belief has never been a requirement to prove the validity of the claims, along with the particular problem and disbelief in the CIA mind control programs that are virtually 'invisible' assaults because they use radio wave frequencies and the assailants operating them (like Goode) are in another location running the neural frequency broadcasts. These matters are addressed in the counterclaims. ¶81

82. Denied. Montalbano has never defamed or harassed Mr. Goode and Montalbano has never knowingly given Goode any 'unwanted' affections. ¶82

83. Denied. Montalbano has never stalked Goode. The contact and communication since the emails during 2017, were in efforts to resolve the legal problems in and out of litigation and as required by law and in efforts to determine what technologies and CIA MKULTRA programs Goode is working in and (still) using on Montalbano, as his dream state visits are ongoing. They are provable; because Goode tells Montalbano things in dreams (which Montalbano documents in great detail in her dream journals) then Goode does or says the same or similar thing(s) in waking states. Also, Montalbano is a non-violent person and would not cause harm to Goode or his family for a lack of romantic interest by Goode in Montalbano. Montalbano is not desperate and is considered to be reasonably attractive and has remained single by choice for almost 14 years in every way. These matters are addressed in the counterclaims. ¶83

84. Admitted in part. The recommendation did call Montalbano 'delusional' but it was written based on the fake complaint Goode and Wilde filed on the Federal Court Record. Montalbano is unaware of anyone she met that thinks that poorly of Montalbano, aside from those that Montalbano now knows work with Goode and cyberstalked her for Goode and then overtly defamed Montalbano as a stalker among other things. These matters are addressed in the counterclaims.  ¶84

85. Admitted in part, case 18CV50 was dismissed January 29, 2020, but it was done so unlawfully, so yes, Montalbano argued it with fact, law, and evidence, and will continue to do so until Montalbano's case and claims are actually heard in accordance with due process of law, at which time Montalbano will accept any honorable Court orders and honorable rulings (in accordance with due process of law and Constitutional civil rights) and any resultant responsibilities that may or may not be required of Montalbano.  Case 18CV50 was in post-trial phases until September 15, 2020 and papers were filed by Montalbano during that time seeking to have 'Judge' Flynn get back into honor with his Oath of Office. The included excerpt (again) appears to be from the one from the Federal Magistrate Gallagher, (again) based on the fake complaint filed by the opposing party. These matters are addressed in the counterclaims.  ¶85

86. Admitted. Montalbano has (unfortunately) had to file multiple papers against Judge Flynn for violating his Oath of Office. It is not a judicial function of a presiding officer to deny Constitutional civil rights to a litigant on the court record. That is perjury. Upon information and belief Flynn was/is unlawfully working with Wilde and Goode as he repeatedly issued nonsensical orders completely devoid of due process of law, ignoring

all fact, law, court rules, and evidence, and then he refused to recuse himself when it was obvious he was super prejudice and/or severely incompetent. These matters are addressed in the counterclaims ¶86

87. Admitted in part. Montalbano did create a YouTube channel that does predominantly focus on 'Goode.' However, Goode is a public figure and Montalbano is addressing his public claims in comparison with CIA records and her own personal experiences in dream states with him. Montalbano has never defamed, threated, harassed, or threatened Goode at any time in any videos, as that would not be appropriate and Montalbano is not that type of person. Montalbano has never knowingly discredited Goode in any way.

88. Admitted in part.  It is true Montalbano reads on her YouTube channel and has read some court filings, with the main one being the one where Montalbano filed CIA records on the Mesa District Civil Court record and sought to explain visually the problem to 'Judge' Flynn with the records and science involved and filed the video exhibit on the State Court record in hopes Flynn would comprehend the situation and do his job and let go of his prejudices and false beliefs, unfortunately he did not and could not. Montalbano has not publicly discussed that Goode is the one who shows up as her 'Twin Flame' in dreams states. Goode and his associates publicly announced that to disparage Montalbano with it, as that was private information, and part of the claims that need to be investigated to determine the truth of the matter. Montalbano has accused Goode of criminal acts (via court and affidavits) and has sought to investigate the truth of the matter legally since April 2018. At this time Goode has legally agreed he has committed criminal acts against Montalbano and that he visits her in dream states, as alleged in the still unrebutted PLAC

affidavits. Goode's silence remains his acquiescence and denial does not constitute a response. These matters are addressed in the counterclaims. Montalbano is not knowingly linked with Weidner or Zavodnick's YouTube channels, but will properly cite and credit other YouTube channels pursuant fair use and will share on social media videos or posts Montalbano finds interesting.

89. Lack Enough Information to respond to plaintiffs allegations, but it is doubtful that any of Montalbano's videos caused any blacklisting of Goode from any of his events. ¶89

90. Admitted in part. Montalbano is only first-hand aware Goode attended Conscious Life Expo February 2017 as Montalbano attended that event, and lacks information to respond to the rest.

91. Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶91

92. Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶92

93. Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶93

94. Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶94

95. Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶95

96. Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶96

97. Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶97

98. Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶98

99. Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶99

100.     Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶100

101.     Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶101

102.     Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶102

103.     Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶103

104.     Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶104

105.     Denied. Montalbano has never sought to take away Goode's 'livelihood' and has not worked with Weinder, High, or Zavodnick to harm Goode. Montalbano has never knowingly presented any false evidence of any kind on or off court records. Montalbano is not part of any 'enterprise' or 'association' per the RICO claims. ¶105

106.     Admitted in part, Denied in part.  Montalbano is not part of any association to harm Goode; and as already established, Montalbano has accused Goode of criminal acts and has done so on court records and in unrebutted affidavits (that Goode has acquiesced too) and Montalbano has been seeking to investigate the truth of the matter since April 2018 and justice has been obstructed by Brian James Flynn in case 18CV50 since June 25, 2018. These matters are addressed in the counterclaims. ¶106

107.     Denied.   Montalbano is not trying to hide anything, as can be seen in the 'voluminous' court filings on multiple court records and Montalbano has been just as forthright on her social media accounts about her situation and facts involved. Montalbano has never "live streamed" with any of the defendants in this instant case.

108.     Denied. For all the reasons stated prior.

109.     Denied. For all the reasons stated prior.

110.     Denied. For all the reasons stated prior.

111.     Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶111

112.     Admitted in part. Montalbano does use the artist pseudonym of Ari Stone. Montalbano does use social media share videos and posts of interest to Montalbano to include the one seen in the screenshot. Montalbano is not exactly 'connected' with Mr. Weidner. Montalbano did seek employment with GAIA during 2017 and met with

Mr. Weidner privately on September 11, 2017 to discuss a potential Dream Vision based series being carried at GAIA. Montalbano had no communication with Mr. Weidner once the business opportunity fell through and then only had a tiny bit of communication with Mr. Weidner after Goode threatened Montalbano and the other defendants with this five (5) million dollar lawsuit. This matter is address in the counterclaims.  ¶112

113.     Admitted in part. In general, Montalbano does encourage people to like, subscribe, and share YouTube channels and videos of interest and does hashtag things for the appropriate audience(s). Again Goode is a public figure and Montalbano has the right to freedom of speech and sharing videos she finds of public interest. ¶113

114.     Lack Enough Information to respond to plaintiffs allegations, however, Montalbano is aware of Mr. Robert Vannoy cyberstalking, harassing, and defaming others on behalf of Goode and not the other way around. Vannoy was also tagged by Goode and/or his associates in some of the defamation posts against Montalbano that Goode participated in.  ¶114

115.     Admitted in part. Upon information and belief GAIA did remove Goode's CD shows from broadcast on or about March 2020. Montalbano lacks enough information to respond to the rest. ¶ 115

116.     Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶116

117.     Lack Enough Information to respond to plaintiffs allegations and does not appear to apply to Montalbano. ¶117

118.     Denied.  Montalbano has never knowingly lied at any time about Goode on or off the court record. Montalbano does not have enough information to know what effect she has actually had on any of Goode's 'followers' Montalbano does not work with any 'association' and does not have enough information to respond to the rest. ¶118

119.     Admitted in part. Montalbano is aware of Goode being on the Jenny McCarthy show. However, this is believed to be due her being a participant of a real racketeering and corrupt organization with Goode and Wilcock to promote CIA mind control narratives and human trafficking. This matter is addressed in the counterclaims. ¶119

120.     Denied. Goode has made zero effort to settle anything with Montalbano since December 2017 and has only ever offered criminal charges to Montalbano for crimes not committed as 'solutions' and has abused Montalbano repeatedly via the court systems with multiple baseless cases and fraudulent filings.  This matter is addressed in the counterclaims. ¶120

121.     Denied. Montalbano has never harassed Goode or used his Trademarks at any time, and lacks enough information to respond to the rest. ¶121

**CLAIM I:**

**Racketeer Influenced and Corrupt Organizations Act, 18 USC 1964 – Defendants Rysavy, Warkins, Medvedich, the "Gaia Defendants"**

122.     Montalbano realleges and incorporates the allegation of paragraphs 1 through 121. ¶122

123.     Claim 1 RICO Act 18 USC 1964 appears to apply only to the Gaia Defendants, listed as Rysavy, Warkins, and Medvedich. However, to the extent that anything in ¶123-¶140 apply to Montalbano the allegations are generally Denied. ¶¶122-140

## CLAIM II:

## Civil RICO Conspiracy Persuant to 18 USC 1962(d) – RICO Defendants

141.     Montalbano realleges and incorporates the allegation of paragraphs 1 through 140. ¶141

142.     Denied. This allegation is countered in the compulsory counterclaims. ¶142

143.     Denied. This allegation is countered in the compulsory counterclaims. ¶143

## CLAIM III:

## FEDERAL TRADEMARK INFRINGEMENT (under 15 USC 1114 and 1125(a))

144.     Montalbano realleges and incorporates the allegation of paragraphs 1 through 143. ¶143

145.     Admitted. Upon information and belief GES is the owner of SPHERE BEING ALLIANCE and SBA Trademarks and Exhibit A is believed to be authentic. ¶145

146.     Lack Enough Information to respond to plaintiffs allegations. ¶146

147.     Lack Enough Information to respond to plaintiffs allegations, but this claim is believed to be true. ¶147

148.     Lack Enough Information to respond to plaintiffs allegations. ¶148

149.     Lack Enough Information to respond to plaintiffs allegations. ¶149

150.     Admitted in part, Upon information and belief Goode holds the Trademarks he claims, there distinctiveness is unknown, but where a legitimate mark exists it is agreed they are protectable by law. Montalbano lacks enough information to respond to the rest. ¶150

151.     Denied for all the reasons stated prior. ¶151

152.     Denied for all the reasons stated prior.  ¶152

153.     Denied for all the reasons stated prior.  ¶153

154.     Denied for all the reasons stated prior.  ¶154

155.     Denied for all the reasons stated prior.  ¶155

156.     Denied for all the reasons stated prior.  ¶156

157.     Denied for all the reasons stated prior.  ¶157

## CLAIM IV:

## False Designation of Origin and Federal Unfair Competition under 15 USC 1125

158.     Montalbano realleges and incorporates the allegation of paragraphs 1 through 157. ¶158

159.     Denied. Montalbano has never sold anything using Goode's marks or similar products that might be construed as coming from GES. Montalbano creates and sells her own original products and art creations. ¶159

160.     Denied for all the reasons stated prior. ¶160

161.     Denied for all the reasons stated prior. ¶161

## CLAIM V:

## Colorado Common Law Trademark and trade Name Infringement (All Defendants)

162.     Montalbano realleges and incorporates the allegation of paragraphs 1 through 161. ¶162

163.     Lack Enough Information to respond to plaintiffs allegations. ¶163

164.     Denied for all the reasons stated prior. ¶164

165.     Denied for all the reasons stated prior. ¶165

## CLAIM VI:

## Colorado Common Law Unfair Competition

166.     Montalbano realleges and incorporates the allegation of paragraphs 1 through 165. ¶166

167.     Denied for all the reasons stated prior. ¶167

168.     Denied for all the reasons stated prior. ¶168

169.     Denied for all the reasons stated prior. ¶169

170.     Denied for all the reasons stated prior. ¶170

171.     Denied for all the reasons stated prior. ¶171

172.     Denied for all the reasons stated prior. ¶172

## CLAIM VII:

## Colorado Consumer Protection Act

173.     Montalbano realleges and incorporates the allegation of paragraphs 1 through 172. ¶166

174.     Denied for all the reasons stated prior and this matter is countered in the compulsory counterclaims.¶174

175.     Denied for all the reasons stated prior. ¶175

176.     Denied for all the reasons stated prior. ¶176

177.     Denied for all the reasons stated prior. ¶177

178.     Denied for all the reasons stated prior. ¶178

179.     Denied for all the reasons stated prior. ¶179

180.     Denied for all the reasons stated prior. ¶180

181.     Denied for all the reasons stated prior. ¶181

## CLAIM VIII:

## Breach of Contract (Gaia, Rysavy, Warkins, Medvedich, and Weidner)

182.     Montalbano realleges and incorporates the allegation of paragraphs 1 through 181. ¶182

183.     (183 – 188) Claim VII appears to apply only to the Gaia Defendants, listed as Gaia, Rysavy, Warkins, and Medvedich. However, to the extent that anything in ¶182-¶188 apply to Montalbano the allegations are generally Denied. ¶¶182-188

**CLAIM IX:**

**Fraudulent Misrepresentation (Gaia, and the Gaia Defendants)**

189.      Montalbano realleges and incorporates the allegation of paragraphs 1 through 188. ¶189

190.      (189 – 194) Claim IX appears to apply only to Gaia and the Gaia Defendants, However, to the extent that anything in ¶191-¶194 apply to Montalbano the allegations are generally Denied. This matter is countered in the compulsory counterclaims. ¶¶191-194

**CLAIM X:**

**Slander Per Se**

195.      Montalbano realleges and incorporates the allegation of paragraphs 1 through 194. ¶195

196.      Denied for all the reasons stated prior. This matter is countered in the compulsory counterclaims.¶196

197.      Denied for all the reasons stated prior. ¶197

198.      Denied for all the reasons stated prior. ¶198

199.      Denied for all the reasons stated prior. ¶199

## CLAIM XI:

### Tortious Interference with a Business Expectancy (All Defendants)

200.     Montalbano realleges and incorporates the allegation of paragraphs 1 through 199. ¶200

201.     Admitted in part. As stated prior Montalbano has accused Goode of criminal acts within the construct of Court filings and presumptive affidavits for Court, and Goode has legally agreed he's committed these acts through his silence. ¶201

202.     Admitted in part. As stated prior Montalbano did read a court filing on her YouTube channel (regarding CIA mind control programs and her own personal experiences). However, until Goode rebuts or meets the presumptive PLAC claims he has acquiesced to the criminal allegations. Unrebutted affidavits stand as truth in a court of law and whereby denial does not constitute a response.  ¶202

203.     Denied for all the reasons stated prior. ¶203

204.     Denied for all the reasons stated prior. ¶204

## CLAIM XII:

### Tortious Interference with a Business Expectancy (All Defendants)

205.     Montalbano realleges and incorporates the allegation of paragraphs 1 through 204. ¶205

206.     Lack Enough Information to respond to plaintiffs allegations. ¶206

207.     Denied for all the reasons stated prior. ¶207

208.     Denied for all the reasons stated prior. ¶208

**CLAIM XIII:**

**Declaratory Judgments of Validity of GES Trademarks (Gaia)**

209.     Montalbano realleges and incorporates the allegation of paragraphs 1 through 208. ¶209

210.     (209 – 213) Claim XIII appears to apply only to Gaia, However, to the extent that anything in ¶209-¶213 apply to Montalbano the allegations are generally Denied. ¶¶209-213

Wherefore Defendant, Montalbano, respectfully seeks dismissal of all Plaintiffs' claims against Montalbano and that Plaintiffs' recover nothing from Montalbano and that Montalbano's counterclaims be heard in accordance with due process of law and Montalbano be awarded attorney fees, time spent in self-representation, and any other remedy the Court deems just and proper.

---

**COUNTER CLAIMANT, <u>THIRD-PARTY PLAINTIFF</u>
ALYSSA CHRYSTIE MONTALBANO
~~ORIGINAL~~ <u>FIRST AMENDED</u> COUNTERCLAIMS COMPLAINT**

---

COMES NOW, Counter-Plaintiff, Counter-Claimant, Alyssa Chrystie Montalbano, complaining of James Corey Goode, GOODE ENTERPRISE SOLUTIONS INC, LIGHT WARRIOR LEGAL FUND, LLC;  David Wilcock, THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION (hereafter "WILCOCK FOUNDATION"), ~~GAIA INC (hereafter "GAIA"), Jirka Rysavy, Brad Warkins, Jay Weidner, Kiersten Medvedich,~~ Valerie Yanaros Wilde, Elizabeth Lorie, Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, and Christina Gomez, and for causes of action will respectfully show unto the court as follows:

## I.    PARTIES

1. **Counter-Plaintiff, Counter-Claimant, Alyssa Chrystie Montalbano**, is a resident of Mesa County, Colorado, and is the owner of Ari Stone Art LLC.

2. **Counter-Defendant, James Corey Goode** is an individual believed to have a place of residence in Broomfield, Colorado, and is the owner of Goode Enterprise Solutions (GES) and may be served via the CM/ECF system and via his Counsel Ms. Wilde with an address of: 5057 Keller Springs Road, Suite 300, Addison, Texas, 75001-6916 and via USPS Certified Mail at 1140 US HWY 287, Suite 400-266, Broomfield, Colorado, 80020. Mr. Goode is being sued in his individual capacity.

3.  **Counter-Defendant, GOODE ENTERPRISE SOLUTIONS (GES)** is a corporation in Colorado owned by James Corey Goode and his wife Stacy Goode with a mailing address of 1140 US HWY 287, Suite 400-266, Broomfield, Colorado, 80020, and may be served via the CM/ECF system via its Counsel Ms. Wilde. GES is being sued in its corporate capacity.

4.  **Third Party Defendant, LIGHT WARRIOR LEGAL FUND, LLC,** is a corporation in Colorado owned by James Corey Goode and may be served via its registered agent, Northwest Registered Agent, LLC, address of 1942 Broadway ST. STE 314C, Boulder, CO 80302. Light Warrior Legal Fund, LLC, is being sued in its corporate capacity.

5.  **Third Party Defendant, David Wilcock,** is an individual believed to have two places of residence, one in California and one in Colorado. Upon information and belief Mr. Wilcock's primary place of residence is: 1455 Ridge Road, Nederland, Colorado, 80466 and he may served at this address or wherever he may be found, or by way of publication in a newspaper in Nederland or the Boulder, Colorado areas if he may not be found. Mr. Wilcock is being sued in his individual capacity.

6.  **Third Party Defendant, WILCOCK FOUNDATION**, is a 501C3 Tax exempt Nonprofit Organization in the care of David Wilcock, and may be served via its registered agent, CORPORATE CAPITAL INC at 7848 W SAHARA AVE, Las Vegas, NV, 89117.

7.  ~~**Cross-Defendant, GAIA INC,** is a corporation in Colorado and the entity may be served via the CM/ECF system and via its Counsel, Mr. Daniel Dingerson, or at its primary place of business: 833 West South Boulder Road, Louisville, Colorado, 80027. GAIA INC is being sued in its corporate capacity.~~

8. ~~**Cross-Defendant, Jirka Rysavy,** Founder and Chairman, of GAIA may be served at his place of business at GAIA headquarters located at 833 West South Boulder Road, Louisville, Colorado, 80027. Mr. Rysavy is being sued in his individual capacity.~~

9. ~~**Cross-Defendant, Brad Warkins,** President of GAIA, may be served at his place of business at GAIA headquarters located at 833 West South Boulder Road, Louisville, Colorado, 80027. Mr. Warkins is being sued in his individual capacity.~~

10. ~~**Cross-Defendant, Kiersten Medvedich,** Executive Vice President of Production at GAIA, may be served at her place of business at GAIA headquarters located at 833 West South Boulder Road, Louisville, Colorado, 80027. Ms. Medvedich is being sued in her individual capacity.~~

11. ~~**Cross-Defendant, Jay Weidner,** former Senior Director of Content at GAIA, may be served via the CM/ECF filing system and via his counsels, Aaron Bardin Belzer and/or Ashlee Nicole Hoffman, Mr. Weidner is being sued in his individual capacity.~~

12. **Third-Party Defendant, Valerie Yanaros Wilde,** attorney at Yanaros Law, P.C., may be served at her place of business located at: 5057 Keller Springs Road, Suite 300, Addison, Texas, 75001-6916. Ms. Wilde is being sued in her individual capacity.

13. **Third-Party Defendant, Elizabeth (Liz) Lorie,** attorney at LL LEGAL, PLLC, is believed to reside in the state of Florida.  Ms. Lorie's true law firm address is unknown as she provided a fake address for legal communication while extorting a witness.  Ms. Lorie provided the following fake law firm address: Harbourside Place, 110 Front Street, Suite 300,

Jupiter, Florida 33477 (USPS mail was returned as 'refused' and 'not at this address'). **(Exhibit 1** - Lorie Fake Law Firm Address [1]) Ms. Lorie then provided the Mesa District Civil Court record with the following post office address: P.O. Box 7656, Jupiter, Florida, 33468. Ms. Lorie, may be served by publication in the Newspaper in Jupiter, Florida, area or wherever she may be found. Ms. Lorie is being sued in her individual capacity.

14. **Third-Party Defendant, Brian James Flynn** is an individual residing in Grand Junction, Mesa County, Colorado, and is the Chief Judge for the 21st Judicial District. Chief Judge Flynn may be served at his place of employment at the Mesa County Justice Center located at 125 N Spruce St., Grand Junction, CO 81501, or wherever he may be found. Chief Judge Flynn is being sued in his individual capacity.

15. **Third-Party Defendant, William Campbell,** is an individual employed at the Colorado Commission on Judicial Discipline and may be served at his place of employment located at 1300 Broadway, Denver, Colorado, 80203, or by publication if he may not be found. Mr. Campbell is being sued in his individual capacity.

16. **Third-Party Defendant, Matthew Grove,** is an individual employed at the Colorado Court of Appeals. Judge Grove may be served at his place of employment at the Colorado Court of Appeals located at 2 East 14th Avenue, Denver, CO 80202, or by publication if he may not be found.  Judge Grove is being sued in his individual capacity.

17. **Third-Party Defendant, Christina Gomez,** is an individual employed at the Colorado Court of Appeals. Judge Gomez may be served at her place of employment at the Colorado

---

[1] Filed as exhibit CB Mesa Court Record March 19, 2020 – Lorie fake law firm address

Court of Appeals located at 2 East 14th Avenue, Denver, CO 80202, or by publication if she may not be found. Judge Gomez is being sued in her individual capacity.

18. **Third-Party Defendant, Diana Terry,** is an individual employed at the Colorado Court of Appeals. Judge Terry may be served at her place of employment at the Colorado Court of Appeals located at 2 East 14th Avenue, Denver, CO 80202, or by publication if she may not be found. Judge Terry is being sued in her individual capacity.

19. **John and Jane Does,** are individuals believed to be involved in the following claims and will be determined through the discovery process, and may be sued in their individual capacity.

20. **Unknown Corporate Entities**, unknown subsidiaries and/or corporations are believed to be involved in the following claims and will be determined through the discovery process.

## II.   JURISDICTION AND VENUE

21. The Court has jurisdiction over this action pursuant to; 28 USC §1331 (Federal questions – Constitutional Law federal jurisdiction) and §1343 (Civil rights and elective franchise); and since Ms. Montalbano is suing for relief under 42 USC §1983 (Civil action for deprivation of rights) and 42 USC §1988 (Attorney Fees in vindication of civil rights).

22. The Court has jurisdiction over this action pursuant 18 USC §1961, RICO, and the following prohibited acts: §1341 (relating to mail fraud); §1343 (relating to wire fraud); §1589(a)(3), (c), (Forced Labor – threatened abuse of law of legal process and psychological, financial, and reputational harm); §1590 (Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor); §1831 (Economic Espionage) and §1832 (Theft of trade secrets); §1951 and §1952 (interference with commerce by threats or violence /

extortion); and §1956 (Laundering of monetary instruments); and since Montalbano is suing for relief under 18 USC §1964(c).

23.     The Court has jurisdiction over this action pursuant Title 17 Copyrights, and since Ms. Montalbano is suing for relief under 28 USC §1338.

24.     The Court has jurisdiction over this action pursuant DEFEND TRADE SECRETS ACT OF 2016 (18 USC §1832 Theft of trade secrets), and since Montalbano is suing for relief under 18 USC §1836(b) (Civil Proceedings – Private Civil Actions).

25.     The Court has supplemental jurisdiction over the related claims.

26.     **VENUE** is proper in the District of Colorado pursuant to 28 USC §1391(b) (venue in general); 18 USC §1965 (RICO – Venue and process), because some of the Defendants, cross-defendants, or third party defendants are domiciled and/or reside in the District of Colorado and all or a substantial part of the causes of action and impact of those actions accrued in the District of Colorado against a Colorado resident.

## III.   <u>SUMMARY OF CASE AND CLAIMS</u>

This counterclaim complaint is extensively long due to the severe problems of prejudice and/or disbelief about Montalbano's Trade Secret claims (seeing and documenting things in dream states prior them occurring in waking states). In addition to that problem, the number of people who have jumped onto the proverbial harassment-of-Montalbano-bandwagon in and out of multiple Courts has also significantly increased the length of allegations along with the severe and growing number of causes of action because the simple matters were never lawfully

addressed by Brian James Flynn ('Judge') in case 18CV50, Mesa District Civil Court, since June 25, 2018 and he and other 'judges' have knowingly assisted Goode and Wilde in their obstruction of justice and violation of Montalbano's civil rights.

Montalbano has stated the claims very simply prior, i.e. Intellectual Property and Trade Secret Intellectual Property stolen via public figures' dream teaching frauds and donation schemes, that adversely impact the lives of millions of people including Montalbano; and Montalbano is stalked in dream states by Goode via his CIA MKULTRA and MiLab (mind control) programs and training, and Montalbano is also cyberstalked and defamed by Goode and his associates in waking states along with them employing repeat abuse of process and malicious prosecutions to extort and coerce Montalbano into dropping charges. Montalbano (still) requires legal investigation to find out what Artificial Intelligence technologies and CIA/military programs are being used by Goode and Wilcock to neurologically and remotely stalk her and how many people and corporations are involved. Montalbano needs Injunctive Relief to stop the ongoing defamation, harassment, malicious lawsuits, and extortion practices of Goode and Wilde, and for her Intellectual Property to be legally declared hers and to order Goode and his associates to stop using it and/or selling it as their own.

In addition to that, there are many others in the public who have spoken up about all the same problems as Montalbano and who are also victims of the same sleep and waking state stalking, harassment, and defamation, by Goode, Wilcock, and their associates and are also complaining about the ongoing deceptive trade practices by Goode, Wilcock, Wilde, and Lorie, and ~~GAIA~~ that have also caused them damages. Lastly, the likelihood of human trafficking by Goode, Wilcock, and The Enterprise utilizing remote mind control technologies also needs to be legally investigated.

That is the simple summary of the problem.

However, due to the faulty (and literally programmed) belief systems of many people, the following will explain in fuller details some of the science that created the problem(s), show how it is possible via frequencies to knowingly invade dream states for the purpose of mind control via the CIA MKULTRA programs coupled with neuroscience, and will also explain why and how Montalbano's Trade Secret research is in fact science in her field of 'predictive dream research' and show that her claims are based on data and records (science) and as such are protectable by law. Montalbano is in the same field of research as Goode, Wilcock, and the CIA, and whereby the 'CIA' has likely invested quadrillions of the American people's tax dollars into their black operation projects in effort to illicitly discover what Montalbano has researched, documented, and discovered organically. The CIA would refer to Montalbano's research as "Subconscious Isolation."

Finally, it would be highly illogical to think the 'CIA' programs, having invested likely quadrillions of dollars into development, neuroscience research, and related A.I. technology production (including microscopic microchips called smart dust) would not in fact have obtained a degree of success and equally illogical to think their programs would not in fact operate and be readily observable in the very states of mind and consciousness they intentionally target and invade for remote neurological electric (frequency) driving of the brain for mind control; aka dreaming and lucid dreaming states; that occur in the Delta, Theta, and Alpha brain wave frequency states, that are also referred to as 'sleep-wake' states in multiple U.S. patents and the CIA's MKULTRA 'consciousness obliteration' research records.

The following gives factual and technical background of the CIA MKULTRA problem(s) along with the accompanying causes of actions against multiple individuals, public servants, and corporations participating in this public problem and performing ongoing harassment and obstruction of justice against Montalbano with her case and claims and that Montalbano has been seeking to legally address and correct the problems since April 2018 in accordance with due process of law and her inalienable Constitutional civil rights.

## IV.   GENERAL ALLEGATIONS

### RELEVANT BACKGROUND OF PARTIES

27.   The Counter-Plaintiff, Counter Claimant, **Alyssa Chrystie Montalbano,** is a private individual residing in Mesa County Colorado and is the owner of **Ari Stone Art LLC (ASA)** with a primary place of business and mailing address in Grand Junction, Colorado, ASA is incorporated in the state of Wyoming, but is domiciled in the State of Colorado for the purpose of determining jurisdiction.

   a.   Montalbano is a multi-award winning Author, Artist, and Poet that uses the pseudonym of Ari Stone.

   b.   Montalbano is a dream researcher and writes about and documents dreams.

   c.   Montalbano has been documenting dreams since 2004.

   d.   Montalbano's dream research and dream journal records (referred to as 'Dream Visions') are not religious or faith based, they are an empirical data collection of first hand observations coupled with theories based on the empirical evidence. (science in the field of dream research)

e.  Montalbano's dream journal records are created and fixed literary works and all hold common law copyrights and some federal copyrights.

f.  Montalbano is a Living Now Book Award winning author (2019) for some of her dream research, observations, and theories, contained in her Copyrighted book, "Dreams the Missing Text, What Are They? Why do we Have Them? And how What we do in Them Determines Waking 3D Life Experience". (ISBN 9780996960830)

g.  Montalbano's unique designs, art, and fine craft products have been seen in many local art galleries on Main Street in Grand Junction, Colorado, along with her self-published dream books, tarot journals, and coloring books.

h.  Montalbano's art, fine art crafted products, and books are seen and sold online via the internet and delivered by both post mail and broadcast (internet). (www.aristoneart.com)

i.  Montalbano has never been in the military or knowingly a part of any CIA MKULTRA, MiLab, black operation, or otherwise related programs or experiments.

j.  Montalbano has a clean record.

28.  Upon information and belief, the Counter-Defendant, **GOODE ENTERPRISE SOLUTIONS (GES),** is a Colorado corporation based out of Broomfield, Colorado, and is owned by James Corey Goode and his wife, Stacy Goode.

a.  GES products are available online via the internet.

b.  GES products are delivered by postal mail

c.  GES products are delivered by broadcast, to include internet, radio, and television.

29.  Upon information and belief the Counter-Defendant, **James Corey Goode,** is a public figure and individual residing in, Broomfield, Colorado.

a. Goode is a public speaker and public figure.

b. Goode host's broadcasted shows on television and the internet.

c. Goode works with multiple associates to create products for sale and notably sells them via GES, to include: videos that are wire broadcast, radio broadcasts, and merchandise products delivered through various postal mail services.

d. Goode regularly seeks free labor (volunteers) from the public to help with the production of his GES products and/or work for free at his public for profit speaking events, under the premise that the volunteer(s) will receive the 'good will of the people' as the medium of exchange.

e. Goode solicits for donations based on his public claims, notably to include his alien experiences with 8 foot plus tall Blue Birds he calls 'Blue Avians' and that he is fighting the 'Dark Alliance.' (~~Exhibit 2~~ [#121-2] Donation Scams [2] and; ~~Exhibit 3~~ [#121-3] Goode Claims) [3]

f. Goode was a co-host of the Cosmic Disclosure show (June 2015- June 2018), carried at GAIA and broadcast to the public both nationally and internationally.

g. Goode told his Alien, SSP, CIA MKULTRA and MiLab, and "Dark Alliance" narratives on his broadcast show, Cosmic Disclosure.

h. Goode wrote the Cosmic Disclosure scripts with co-host David Wilcock. (June 2015 – June 2018)

---

[2] Filed as exhibits CI, CJ and CQ Mesa Court Record July 20, 2020 – Donation scams
[3] Filed as exhibit BN Mesa Court Record February 21, 2020 – "Mega Update"

**i.** Goode was formerly employed or privately contracted with GAIA (June 2015 – June 2018)

**j.** Cosmic Disclosure was broadcast globally via GAIA about June 2015–March 2020, with the episodes containing Goode in them.

**k.** Cosmic Disclosure episodes with Goode in them were removed from public access by GAIA around March 2020.

**l.** Goode was no longer employed or contracted by GAIA at the time Montalbano attempted service of Process for case 18CV50 on June 27, 2018 by Boulder County Sheriff's Office. (Number: C-18001458) [4]

**m.** Goode has told his 'Alien', SSP, MKULTRA, MiLab, and "Dark Alliance" narratives on major broadcast shows such as The Jenny McCarthy Show. (2019 – current)

**n.** Goode claims contact with his Blue Avian aliens and other alien friends of his begin in dreams and that they use neural interfacing. (~~Exhibit 3 at 3 of 24~~) [#121-3 at p1]

**o.** Goode claims he is in regular communication with alien races via his dreams. (~~Exhibit 3 at 11 of 24~~) [#121-3 at p4; 121-4 at p1]

**p.** Goode publicly claims having the following (neural) health disorders. [26-5 at p5]

      (i.)    (Temporal) Dementia  (Cosmic Disclosure S7 E28) [5]

      (ii.)    Aphasia (Cosmic Disclosure S7 E28)

---

[4] Poof of failed service of Goode at GAIA filed Mesa Court Record July 3, 2018
[5] Filed as video exhibit BQ Mesa Court Record February 21, 2020 – Cosmic Disclosure  S7E28

      (iii.)   C-PTSD (Complex - Post Traumatic Stress Disorder) (District Court Dallas County, Texas, Cause No. DC-14-04807 at 5, lines 9-11) [6]

      (iv.)   Brain Trauma (Traumatic Brain Injury)  (Id. at 5, line 9)

      (v.)   Epilepsy (Seizure Disorders)  (Id. at 5, line 9)

      (vi.)   Eye Retinal Detachment (surgery) (Id. at 8, line 6)

**30.** Upon information and belief, Goode has the following skills, training, and military background he claims in his LinkedIn profile

(Retrieved https://www.linkedin.com/in/corey-goode-7024621)

a. Worked in the **Physical/Electronic Surveillance field** and has worked as a **Network/VM/CITRIX Support/Security**. (Virtual Machines and **computer hacking** 'prevention')

b. Has advanced knowledge and skills of working with **HyperVisor/VDI Virtualization as a Senior Specialist** (programs that work remotely with networking, computing, storing and processing services via the internet, similar to Google Cloud)

c. Has advanced **knowledge of working with satellites, radios (HAM), and remote frequency broadcasts** and performed these services for the **U.S. Department of Defense (DOD) focusing on Civilian Network Connectivity**. (frequency broadcast specialist)

d. Claims working in "C41 – Command, Control, **Communications, Computers and Intelligence.**" and with FEMA/MEMS.

---

[6] Filed as exhibit Z Mesa Court Record February 4, 2019, and exhibit BP February 21, 2020  - Darling v Goode

e. Claims working in the Texas Army State Guard.  **[#26-5 at p5]**

(District Court Dallas County, Texas, Cause No. DC-14-04807 at 4, lines 1-2)

31. Goode's LinkedIn page, on or about May 13, 2017 claimed the following skills and background training (retrieved http://projectavalon.net/forum4/showthread.php?97313-The-Truth-about-Corey-Goode/page14&s=917e6d09bd1a4601d1d50ec285efd9dc post #280)

**a.** Goode has **actively practiced** Remote Viewing (RV) since 1998 to current.



("REMOTE VIEWING - Definitions retrieved from CIA document CIA-RDP96-00789R003300210001-2 at p9 (sic) "The Acquisition and Description, by Mental Means, of Information Blocked from Ordinary Perception by Distance, Shield, or Time." and "REMOTE VIEWER – A Person who Perceives, Communicates with, and/or Perturbs Characteristics of a Designated Target, Person, or Event."

**b.** Claims working for **Microsof**t, XO Communications, and **ABSG/US Bio** (a pharma company that produces flu vaccines and etc.)

**c.** Claims working for "Beal Bank," **Federal Reserve Bank** of Dallas, Citigroup Bank and Santander (Bank of Spain).

    **d.**  Claims witnessing a lot of corruption while working in the IT field.

32.    **Third Party Defendant, Light Warrior Legal Fund, LLC, (LWLF)**  is a corporation registered with the Colorado Department of State (CDOS) for doing business in Colorado, with a start date of March 5, 2020. **(~~Exhibit 2~~—[#121-2 at p1-p9]** LWLF public records and Goode tweet)

    **a.**  LWLF is owned by Mr. Goode.

    **b.**  LWLF was started by Goode, to receive public financial donations to fund his lawsuit(s) against Montalbano.

33.    **Third Party Defendant, David Wilcock**, is a public figure and individual believed to have places of residence in the states of Colorado and California.

    **a.**  Wilcock is the former co-host (with Goode) of GAIA's broadcast show, Cosmic Disclosure. (2015-2018)

    **b.**  Cosmic Disclosure episodes with Wilcock in them with co-host Goode were broadcast globally via GAIA's network, about June 2015 – March 2020.

    **c.**  Wilcock wrote the scripts with Goode for the show Cosmic Disclosure. (June 2015 – June 2018)

    **d.**  Part of Wilcock's job as co-host of Cosmic Disclosure was to find and 'vet' 'secret insiders' that were then presented to the public as legitimate 'whistleblowers' of government programs on the Cosmic Disclosure show, including (but not limited to):

James      Corey      Goode,      Pete      Peterson,      and      Emery      Smith. (**Exhibit 4**   ([#121-4 at p7-8]  David Wilcock (DW) Resignation Letter), p7/15)

**e.**   David Wilcock 'found' the following individuals that he claims are his number one 'secret insiders:' James Corey Goode, Pete Peterson, and Emery Smith. (**Exhibit 4** at p8/15) [#121-4 at p7-8]

**f.**   Part of Wilcock's job as co-host of Cosmic Disclosure was to interview Goode about his 'experiences' in the covert and illicit government programs,  MKULTRA, MiLab, Secret Space Program (SSP), Alien Experiences, dream experiences, and more.

**g.**   Part of Wilcock's job as co-host of Cosmic Disclosure was to also interview other 'whistleblowers' about their experiences in covert and/or illicit government programs.

**h.**   Wilcock was formerly employed or privately contracted with GAIA (about 2012 to July 2018) (**Exhibit 4** at p2/15) [#121-4 at p2]

**i.**   Wilcock is a New York Times bestselling author.

**j.**   Wilcock writes about dreams.

**k.**   Wilcock publicly claims being a dream researcher since 1992. (Cosmic Disclosure, Season 7, Episode 4) [7]

**l.**   Wilcock publicly claims practicing Remote Viewing and Telepathic Communications since 1996. [8]

---

[7] Filed as video exhibit BR Mesa Court Record February 21, 2020 – Cosmic Disclosure S7E4

**34.** Third Party Defendant, **WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION,** is founded by David Wilcock and his wife Elizabeth Wilcock.

    **a.** The WILCOCK FOUNDATION is a 501(c)(3) non-profit organization, ruled tax exempt by the IRS in 2019.

    **b.** The WILCOCK FOUNDATION classification code is X99, Religion Related, Spiritual Development N.E.C. within the Religion-Related Spiritual Development category.

**35.** Third Party Defendant, **Brian James Flynn**, is the Chief Judge of the 21st Judicial District of Colorado.

    **a.** Mr. Flynn was assigned as the presiding Officer (Judge) of Montalbano's case, 18CV50, filed against Goode, June 25, 2018. Montalbano sought Declaratory and Injunctive Relief against Goode for Constitutional violations in the form of fraud and theft of Trade Secret Intellectual Property along with seeking relief from defamation and organized stalking.

    **b.** Flynn was not a party in case 18CV50.

    **c.** Flynn took an Oath of Office to both the Constitution of the United States of America and the Colorado State Constitution on January 19, 1995 and again January 14, 1997. [9]

    **d.** Flynn is required by his Oath to honor and uphold the National and State Constitutions and Due Process of Law.

---

[8] Id at 7. Mesa video exhibit BR.
[9] Certified copies of Flynn's Oath of Office were filed as exhibit BA on the Mesa Court Record February 12, 2020

e.  A Judge's duties entail reviewing facts, law, and evidence filed in a case and then impartially making decisions, orders, and rulings based on such.

f.  Flynn's job in case 18CV50 was to honor his Oath of Office, uphold Constitutional Civil Rights and Laws, read filed papers and issue orders based on fact, law, and evidence and to oversee Due Process of Law in case 18CV50.

g.  Flynn is required by law to follow the Colorado Code of Judicial Conduct in the State of Colorado when performing his judicial duties and presiding over legal cases in the Mesa District Civil Court.

36.  Third Party Defendant, **William Campbell,** works for the Colorado Commission on Judicial Discipline.

a.  The Judicial Commission's primary function is to perform discipline of Judges not performing their judicial duties.

b.  Upon information and belief Campbell took an Oath of Office to the both the Constitution of the United States of America and the Colorado State Constitution.

c.  Campbell is required by his Oath to honor and uphold the National and State Constitutions and protect Constitutional civil rights of American citizens, through overseeing and ensuring honorable performance of judges in select courts, to include the Mesa District Civil Court.

d.  Mr. Campbell's job is to discipline and/or remove a judge for failure to faithfully perform their duties or for incompetently performing their duties.

    **e.** Montalbano contacted the Colorado Commission on Judicial Discipline, three times during the course of case 18CV50 in the Mesa District Civil Court, seeking to have Flynn's ongoing failures to perform his judicial duties and civil rights violations reviewed and corrected and/or to replace Flynn for such failures.

**37.** Third Party Defendant, **Matthew Grove**, is a Judge in the Colorado Court of Appeals.

    **a.** Mr. Grove was assigned as the presiding Officer (Judge) of Montalbano's appealed case 18CV50, with assigned appeal case number, 2020CA1775, in the Colorado Court of Appeals.

    **b.** Montalbano appealed case 18CV50 seeking to have Flynn's civil Rights violation reviewed and corrected.

    **c.** Grove was not a party in case 18CV50 or 2020CA1775.

    **d.** Upon information and belief Grove took an Oath of Office to both the Constitution of the United States of America and the Colorado State Constitution.

    **e.** Grove is required by his Oath to honor and uphold the National and State Constitutions and Due Process of Law.

    **f.** Grove's duties as a Judge, entail reviewing facts, law, and evidence filed in a case and then impartially making decisions, orders, and rulings based on such.

**g.** Grove's job in case 2020CA1775 was to honor his Oath of Office, uphold Constitutional Civil Rights and Laws, follow Court Rules, read filed papers and issue orders based on facts, law, and evidence and to oversee Due Process of Law.

**h.** Grove is required by law to follow the Colorado Code of Judicial Conduct in the State of Colorado when performing his judicial duties and presiding over legal cases.

38. Third Party Defendant, **Christina F. Gomez**, is a Judge in the Colorado Court of Appeals.

**a.** Ms. Gomez was assigned as the presiding Officer (Judge) of Montalbano's appealed case 18CV50 with assigned appeal case number, 2020CA1775, in the Colorado Court of Appeals.

**b.** Montalbano appealed case 18CV50 seeking to have Flynn's civil Rights violation reviewed and corrected.

**c.** Gomez was not a party in case 18CV50 or 2020CA1775.

**d.** Upon information and belief Gomez took an Oath of Office to the both the Constitution of the United States of America and the Colorado State Constitution.

**e.** Gomez is required by her Oath to honor and uphold the National and State Constitutions and Due Process of Law.

**f.** Gomez's duties as a Judge, entail reviewing facts, law, and evidence filed in a case and then impartially making decisions, orders, and rulings based on such.

    **g.**  Gomez's job in case 2020CA1775 was to honor her Oath of Office, uphold Constitutional Civil Rights and Laws, follow Court Rules, read filed papers and issue orders based on facts, law, and evidence and to oversee Due Process of Law.

    **h.**  Gomez is required by law to follow the Colorado Code of Judicial Conduct in the State of Colorado when performing her judicial duties and presiding over legal cases.

**39.** Third Party Defendant, **Diana Terry**, is a Judge in the Colorado Court of Appeals.

    **a.**  Ms. Terry was assigned as the presiding Officer (Judge) of Montalbano's appealed case of 18CV50 with assigned appeal case number, 2020CA1775, in the Colorado Court of Appeals, seeking to have Flynn's civil Rights violations reviewed and corrected.

    **b.**  Montalbano appealed case 18CV50 seeking to have Flynn's civil Rights violation reviewed and corrected.

    **c.**  Terry was not a party in case 18CV50 or 2020CA1775.

    **d.**  Upon information and belief Terry took an Oath of Office to the both the Constitution of the United States of America and the Colorado State Constitution.

    **e.**  Terry is required by her Oath to honor and uphold the National and State Constitutions and Due Process of Law.

    **f.**  Terry's duties as a Judge, entail reviewing facts, law, and evidence filed in a case and then impartially making decisions, orders, and rulings based on such.

**g.**   Terry's job in case 2020CA1775 was to honor her Oath of Office, uphold Constitutional Civil Rights and Laws, follow Court Rules, read filed papers and issue orders based on facts, law, and evidence and to oversee Due Process of Law.

**h.**   Terry is required by law to follow the Colorado Code of Judicial Conduct in the State of Colorado when performing her judicial duties and presiding over legal cases.

**40.**   Third-Party Defendant, **Valerie Yanaros Wilde**, holds herself up as Mr. Goode's legal Counsel.

**a.**   Ms. Wilde is an attorney located in the state of Texas and is not a resident of Colorado.

**b.**   Upon information and belief Wilde took an Oath of Office to the Constitution of the United States of America and the Constitution of the State of Texas to practice law in Court.

**c.**   Upon information and belief, Wilde is an attorney licensed to practice law in the state of Texas.

**d.**   Wilde is not licensed to practice law in the local Colorado State Courts, to include Mesa District Civil State Court and the Broomfield Combined Courts, without first lawfully entering Pro Hac Vice.

**e.**   Wilde is required by her Oath to honor and uphold the National and State Constitutions and Due Process of Law.

    f.   Wilde is required by law to follow the Colorado Rules of Professional Conduct when practicing law in the State of Colorado.

**41.** **Third Party Defendant, Elizabeth Lorie,** holds herself up as both Mr. Goode and Mr. Wilcock's legal Counsel. ~~**(Exhibit 1)**~~ [#121-1 at p6-7]

    a.   Ms. Lorie is located in the state of Florida.

    b.   Upon information and belief Lorie took an Oath of Office to the Constitution of the United States of America and the Constitution of the State of Florida to practice law in the Court.

    c.   Upon information and belief, Ms. Lorie is an attorney practicing law in the state of Florida.

    d.   Lorie is not licensed to practice law in the local Colorado State Courts, to include Mesa District Civil State Court and the Broomfield Combined Courts, without first lawfully entering Pro Hac Vice.

    e.   Lorie is required by her Oath to honor and uphold the National and State Constitutions.

    f.   Lorie is required to follow the Colorado Rules of Professional Conduct when practicing law in the State of Colorado.

**42.** ~~**Cross-Defendant**~~ **GAIA INC** is a "global conscious media and community company that operates a global digital subscription service that caters to a unique subscriber base."

(Docket 17, p15 of 65) GAIA is a Colorado based corporation and their subscription services are notably broadcast via the internet and television.

    **a.**  GAIA broadcasts many shows along the lines of metaphysical topics, fringe science, conspiracy theories, historical research, and holistic teachings.

    **b.**  GAIA notably only produces 'non-fiction' based shows.

    **c.**  Cosmic Disclosure episodes containing Goode and Wilcock, were carried and broadcast via GAIA to hundreds of thousands and even potentially millions of people around the world, 2015 – current.

    **d.**  Cosmic Disclosure was broadcast to Montalbano's home in Mesa County, Grand Junction, Colorado, via GAIA and their subscription service, about 2015 to 2019

43. ~~**Cross Defendant, Jay Weidner,** was the Senior Director for Content Production at GAIA when Cosmic Disclosure episodes containing Goode and Wilcock were filmed and broadcast to the public. (exact dates of Weidner's employment at GAIA is unknown)~~

    ~~**a.**  Upon information and belief, Weidner originally founded GAIA with Mr. Jirka Rysavy.~~

    ~~**b.**  Upon information and belief, Weidner is responsible for Goode and Wilcock being selected as talent for the 'hit' GAIA broadcast series, Cosmic Disclosure.~~

    ~~**c.**  Upon information and belief, the Senior Director for Content Production is responsible for approving scripts written by talent for GAIA's broadcast shows.~~

d.  ~~Goode and Wilcock submitted to Mr. Weidner the Cosmic Disclosure (CD) scripts for approval prior to filming and public broadcast by GAIA. (2015 – 2018)~~

e.  ~~Upon information and belief, the Senior Director for Content Production is also responsible for approving scripts written by other talent prior to filming, editing, production and subsequent broadcast of shows to the public.~~

f.  ~~Upon information and belief, Weidner approved scripts for Cosmic Disclosure that included (but not limited to) the following talent: Pete Peterson, Mark McCandlish, Emery Smith, and Jason Rice.~~

g.  ~~Upon information and belief Weidner approved and contracted Mark McCandlish for GAIA. Mr. McCandlish is a public speaker and aerospace illustrator who provided an image of an illustration of a Secret Space Vehicle (SSV) he'd seen along with his testimony that was seen in Cosmic Disclosure, Season 7, Episode 18, and first broadcast May 2, 2017.~~

h.  ~~Upon information and belief Mr. Weidner approved and contracted Patty Greer (an award winning crop circle filmmaker and researcher) as talent for GAIA around March 2011, and signed her to a 10 year contract for her crop circle research and films for broadcast via GAIA's public broadcast network.~~

i.  ~~Weidner assisted in the general production of Cosmic Disclosure and worked closely with Goode and Wilcock and other talent seen on the show.~~

j.   Upon information and belief, Weidner 'groomed' Goode to be more acceptable and believable to the general public in his presentations on Cosmic Disclosure.[10]

k.   Weidner is known for being extremely knowledgeable regarding dreams and dream states and has in depth knowledgeable on shamanic traditions (i.e. the study of dreams and dream magick) and other forms of occult magick.

l.   Weidner alleges being called by Wired Magazine an "authority on the hermetic and alchemical traditions." (Wired Magazine source article unknown)

m.   Weidner worked at GAIA, when Montalbano sought employment (as talent/private contractor) for a 'Dream Vision' based series; a series about dreams based on Montalbano's dream journal records; to be carried at GAIA during 2017. Cosmic Disclosure was still being recorded, produced, and aired with Goode and Wilcock at that time.

44.   Upon information and belief **Cross Defendant, Jirka Rysavy,** is the Founder and Chairman of GAIA INC.

a.   A Chairman in general is responsible for leading The Board and overseeing strategic matters and business standards inside and outside the 'Board room.'

b.   Upon information and belief, Mr. Rysavy is overall responsible for the general direction of the GAIA Corporation and orchestration of others (employees) within the Company.

---

[10] Statement made in YouTube video on channel, The Jay Weidner Show, video titled "Reality Check; Episode One Jay Weidner & Groovie Bean",  published May 8, 2019; times stamp approx 14:30.

c. Upon information and belief Mr. Rysavy's orchestration of others, included: Goode, Wilcock, Warkins, Medvedich, and Weidner. (2015-2020)

d. Upon information and belief Mr. Rysavy has extensively studied occult magik to include being privately trained by 'monk like' people in another country, along with Remote Viewing and Remote Influencing training.

e. Mr. Rysavy worked at GAIA, when Montalbano sought employment (as talent) for a Dream Vision based series to be carried at GAIA during 2017 or alternatively for Montalbano simply be hired as a regular day to day employee.

45. Upon Information and belief, **Cross Defendant, Brad Warkins,** is the President of GAIA (since July 2016) and Chief Operating Officer of GAIA (since December 2013)

a. Presidents of companies are generally responsible for strategy, planning, long term company goals and the overall direction of a company.

b. Upon information and belief Mr. Warkins, as Chief Operating Officer, was responsible for building GAIA's subscription business.

c. Montalbano and her family, residing in Mesa County, Colorado, city of Grand Junction, subscribed to GAIA's subscription services and watched Cosmic Disclosure about 2015-2019.

d. Mr. Warkins is generally responsible, as the President of GAIA, to ensure overall quality of subscriptions and the content being subscribed to by the general public, to include the content Montalbano and her family subscribed to and watched in Mesa County, to

~~notably include the Cosmic Disclosure shows and David Wilcock's Wisdom Teachings shows.~~

~~**c.** Upon information and belief Warkins is responsible for the 'strategic' direction Cosmic Disclosure took within GAIA.~~

~~**46.** Upon information and belief~~ **Cross-Defendant, Kiersten Medvedich,** ~~is the Executive Vice President of Production at GAIA (believed to be since 2016 to current)~~

~~**a.** Upon information and belief, Ms. Medvedich is responsible for selecting talent (such as Goode and Wilcock) for shows carried and broadcast to the public by GAIA to include Cosmic Disclosure.~~

~~**b.** Upon information and belief, Medvedich worked at GAIA during the time Wilcock and Goode's show Cosmic Disclosure was being recorded, produced, (2015 — 2018) and broadcast. (2015-2020)~~

~~**c.** Upon information and belief, Medvedich approved and contracted Goode as talent for GAIA and selected the Cosmic Disclosure series for consumer content to be subscribed to and publicly broadcast.~~

~~**d.** Upon information and belief, Medvedich approved and contracted Mark McCandlish (aerospace illustrator who provided an image of a Secret Space Vehicle he'd seen (2017; Cosmic Disclosure S7E18)) for GAIA for the Cosmic Disclosure series for consumer content to be publicly broadcast.~~

e. ~~Upon information and belief, Medvedich approved and contracted Jason Rice, Emery Smith, and Pete Peterson, for GAIA, for the Cosmic Disclosure series for consumer content to be publicly broadcast.~~

f. ~~Medvedich worked at GAIA in search of talent for content production, when Montalbano sought employment (as talent) for a 'Dream Vision' based series to be carried at GAIA during 2017 or conversely be hired as a regular day to day employee.~~

## V.   FACTS AND ALLEGATIONS RELVANT TO ALL CLAIMS GAIA INC COSMIC DISCLOSURE BROADCAST SERIES

47. **The Enterprise is as follows:**  James Corey Goode, GES, LIGHT WARRIOR LEGAL FUND LLC, David Wilcock, WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION, ~~GAIA INC, Jirka Rysavy, Brad Warkins, Kiersten Medvedich,~~ Valerie Yanaros Wilde, Elizabeth Lorie, Brian James Flynn, John and Jane Does, and Unknown Corporate Entities.

48. The **"Public Servants"** helping The Enterprise are as follows: Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, Christina Gomez, Valerie Yanaros Wilde, and Elizabeth Lorie. Hereafter "Public Servants"

49. Cosmic Disclosure is a filmed, audio visual, series produced by GAIA.

50. Cosmic Disclosure was and is publicly broadcast <u>and/or streamed</u> by GAIA to computers, electronic devices, and televisions both nationally and globally.

51. Cosmic Disclosure is still being broadcast by GAIA. (2015 to Current)

**52.**  Goode and Wilcock were the co-hosts of Cosmic Disclosure, about June 2015 – June 2018.

**53.**  Goode and Wilcock claimed they presented the public with secret insider intel, whistleblowers, dream prophesies, ascension teachings, alien experiences, and news, on their Cosmic Disclosure shows.

**54.**  Montalbano saw Corey Goode, David Wilcock, Pete Peterson, Mark McCandlish, and Emery Smith, on the Cosmic Disclosure (CD) show, and is aware of Jason Rice being in more recent CD episodes without Goode or Wilcock in them. (2015 – current)

**55.**  Montalbano watched the broadcast Cosmic Disclosure episodes with Goode and Wilcock, from Mesa County, Grand Junction, Colorado, in her place of residence.

**56.**  ~~Upon information and belief GAIA broadcasts their shows, to include Cosmic Disclosure via the Federal Communication Commission (FCC) Radio Frequency (RF) carrier waves.~~

**57.**  Goode and Wilcock were notably using Montalbano's Dream Vision Intellectual Property (IP) materials as content (derivative works) and topics of conversation, on their Cosmic Disclosure show during 2017 and into 2018. (See Claim 9 Copyright Infringement)

## COREY GOODE PUBLIC CLAIMS BROADCAST AND PUBLISHED

Goode's mental and otherwise health claims are matters of serious public issue. (¶~~29~~24, p)

**58.**  Upon information and belief, Goode's mental and otherwise health claims are a result of his Military, CIA, MKULTRA, MiLab, and SSP, mind Control program experiences.

59.     Upon information and belief Goode's temporal dementia is hereditary on his father's side, who was diagnosed with it, and recently passed.

60.     Goode publicly claims regularly being under 'attack' by the "Dark Alliance" or "cabal." **(Exhibit 5** — ([#121-5] Dark Alliance) [11]

61.     Goode regularly seeks donations of the general public to fight this "Dark Alliance" or "cabal." **(Exhibit 2** — ([#121-2] Donation Scams – Light Warrior Legal Fund)

62.     Goode and Wilcock's publicly well-known definition of "Dark Alliance" are people who threaten to murder them; and in general are horrifying criminals such as: murders, rapists, pedophiles, Cabal, Satanists, and human traffickers (who perform sacrifices) through secret Luciferian Rituals and Cult practices. **(Exhibits: 2 and 5)** [#121-2, #121-4 and #121-5]

63.     Goode publicly claims he is a **Secret Space Program (SSP)** whistleblower and that he was part of the government's covert '20 and back' (military) program, where he goes 20 years into the future and is then age and time regressed to look like he never left. He claims he did this three times and that he began this program around the age of 17. (Statement made by Goode via YouTube channel, Ninety Degree Turns, video titled "#10: Exclusive Never Before Revealed info About the Moon W/ Corey Goode (1/2)" posted July 25, 2019.) [12]

64.     The US ARMY has an SSP program, where SSP is the acronym for Scientific Services Program, where neuro science is heavily researched and developed. (¶¶226198)

---

[11] Filed as exhibit CR Mesa Court Record July 20, 2020 – Dark Alliance
[12] Filed as video exhibit BS Mesa Court Record February 21, 2020 – YT video

65.     Goode publicly claims being in the **CIA MKULTRA** mind control program since about the age of 17.[13]

66.     CIA MKULTRA is a personality splitting program for mind control that uses drugs (notably LSD), abuse (including sexual), hypnosis, microchipping, and invasion of neurological and dream states (Subconscious Isolation) through the use of frequencies directed at the brain and body for total consciousness obliteration. (CIA Project Bluebird ¶~~160~~130, and Telepathic Behavior Modification ¶16~~7~~37)

67.     Goode publicly claims being in the **MiLab (MiLitary Abduction)** program since about the age of six (6). ~~(Exhibit 6~~ —([#121-6 at p2] CG MiLab age 6) [14]

68.     MiLab is an illicit MKULTRA personality splitting program for mind control, with the added feature that the perpetrators ("military") cause the victim to think they are being abducted by aliens (for illicit experiments, cult rituals, microchipping, or otherwise) rather than being kidnapped by humans working for illicit factions of the 'government' or black operations.

69.     Goode publicly claims these deep state **(black operation) programs** (CIA MKULTRA, MiLab, SSP) were/are very dark, involved torture, and that he was required to do remote killings (aka frequency based/Directed Energy Weapon (DEW) assassinations).[15]

70.     Goode claims being hand selected by the military since childhood for these illicit programs (MKULTRA, MiLab, SSP) due to his rare and strong **Intuitive Empath (IE)**

---

[13] Id at ~~12~~11. Mesa video exhibit BS.
[14] Filed as exhibit BO Mesa Court Record February 21, 2020 – Psychic Wars with Corey Goode
[15] Id at ~~12~~11. Mesa video exhibit BS.

abilities, such as being able to **astral project** at will from his body. (travel in a soul type form, without the physical body, similar to dream states of consciousness and remote viewing) **16**

71.  Goode claims being in communication with Alien races in his dream states. ~~(Exhibits 3 and 6)~~ **[#121-3 at p4,  #121-6 at p1]**

72.  Goode claims contact with his alien friends begins in dream states. ~~(Exhibit 3 at 11 of 24)~~ **[#121-3 at p1, p4]**

73.  Goode notably claims he is regularly in contact with the "Blue Avian" alien race. An alleged alien race of 8 foot plus tall Blue Birds. ~~(Exhibit 3 at 11 of 24)~~ **[#121-3 at p4]**

74.  Goode notably claims dream and physical contact with an 8 foot plus tall Blue Avian named, Ra Tier Eir, whom he claims is the religious deity from the Law of One, Ra texts.

75.  Upon information and belief, "Ra Tier Eir", is a human John or Jane Doe CIA agent or similar government/military employee.

76.  Upon information and belief "Ra Tier Eir" (John or Jane Doe) is one of Goode's mind control program handlers. **[#121-3 at p5]**

77.  Upon information and belief "Ra Tier Eir" (John or Jane Doe) frequency and otherwise assaults Goode neurologically in and out of his home and after the assaults Goode is neurological altered and hypnotized to falsely think he's having 'loving' experiences with 'aliens.' ~~(Exhibit 3 at 12 of 24)~~ **[#121-3 at p4-5]**

---

16 Id at ~~12~~11. Mesa video exhibit BS.

78.     Goode claims being in contact with a female 'alien' named Aree. ~~(**Exhibit 3** at 7 of 24)~~ [#121-3 at p2]

79.      Aree gives Goode drugs (The Elixir of Isis) and has him strip naked for ritual (ceremony) purposes with her and her 'alien' friends. ~~(**Exhibit 3** at 7 of 24)~~ [#121-3 at p2]

80.     Upon information and belief, "Aree" is a human John or Jane Doe CIA agent or similar government/military employee. [#121-3 at p5]

81.     Upon information and belief "Aree" (John or Jane Doe) is one of Goode's mind control program handlers. [#121-3 at p5]

82.     Upon information and belief, "Aree" (John or Jane Doe) assaults Goode (including sexually), neurologically and otherwise; and after the assaults Goode is neurological altered and hypnotized to falsely think he's having 'loving' experiences. ~~(**Exhibit 3** at 7 of 24)~~ [#121-3 at p2]

83.     Goode claims he is Enoch (from the Christian Bible) reincarnated and that his 'alien' friends told him this and that he is a voice piece for these 'alien gods' races to humanity.

84.     Upon information and belief Goode's 'alien god friends' are John and Jane Doe CIA agents or similar government/military/black operation employees and are his mind control program handlers that assaults him (including sexually), neurologically, and otherwise; and after the assaults Goode is neurological altered and hypnotized to falsely think he's having 'loving' experiences.

85.    Goode claims he and his "aliens'" messages and teachings are of 'Love and Light' and that people who follow his alien teachings will have their vibration (frequencies) raised for 'ascension.' **(Exhibit 7** ([#121-7] Ascension Plan $333 - at 6 of 20) [17]

86.    Upon information and belief, Goode's 'raised vibrations' are remote neural frequency assault broadcasts on higher frequency spectrums, with lower frequency data packed into them.

87.    Goode and Wilcock's publicly proclaimed 'Ascension plan' is a belief system similar to the Christian Rapture. Only instead of Jesus coming and thousands of people disappearing, the aliens will come and take people away via 'ascending' through 'raised vibrations' where people will just 'vibrate' so 'high' they'll just 'disappear'.  **(Exhibit 7** of 20, 4 of 20, and 6 of 20) [#121-7 at p3-5]

88.    Upon information and belief anyone in the public who 'ascends' with Goode, Wilcock, or their 'alien friends' will in fact be MiLitary Abducted (kidnapped) and used for illicit purposes to include (but not limited to) amoral human experimentation, frequency and neurological torture, body part organ harvesting, human trafficking, sexual assaults, pedophilia, drug and microchip injections, ritual abuse and/or use within black operation programs as mind controlled assets (like Goode and Wilcock) for spreading propaganda/dis-info.

89.    Goode notably first publicly told his SSP, CIA MKULTRA, MiLab, alien, and otherwise narratives publicly via Cosmic Disclosure. (June 2015 – June 2018)

---

[17] Filed as exhibit CH Mesa Court Record July 20, 2020 – Ascension Plan $333

90.     Goode's narratives and claims are wire broadcast, radio broadcast, published, and tangible goods or services are created by Goode, Wilcock, and The Enterprise, that are then sold to the general public based on Goode and Wilcock's public narratives and alien claims.

### DAVID WILCOCK PUBLIC CLAIMS BROADCAST AND PUBLISHED



91.     David Wilcock is famous for his public claims of being the famous (deceased) dream psychic Edgar Cayce reincarnated.

92.     Wilcock is famous for his public claims that he is a highly skilled and developed dream psychic. **[#121 at p6]**

93.     Wilcock regularly publicly claims being under attack by the "Dark Alliance" (cabal). ~~(Exhibits 2  Exhibits: 4, 5 and 7)~~ **[#121-2]** Pete Peterson Go Fund Me scam, and **[#121-4,  #121-5,  and #121-7]**

94.     Wilcock regularly asks the public for donations to fight the "Dark Alliance." ~~(Exhibits 2, 4, 5 and 7)~~   **[#121-2,  #121-4, #121-5, and #121-7]**

95.     Wilcock regularly profiteers and launder's money off of national crisis's (to include the COVID pandemic) by instilling fear and telling people he has the solution(s) and he'll help them if they pay for his courses. ~~(Exhibit 7~~ **([#121-7]** Ascension Plan $333)

96.     Wilcock regularly asks the public for donations to support him financially so he can keep presenting the public with his 'secret insider intel', 'whistleblowers', and 'news,' to include Goode's alien narratives. ~~(Exhibits 2, 4, 5 and 7)~~ **[#121-2,  #121-4, #121-5, and #121-7]**

97.     Wilcock claims he's been doing dream recall and dream research since 1992. (Cosmic Disclosure S7 E4) [18]

98.     Wilcock claims doing Remote Viewing and Telepathic communications since about 1996. [19]

99.     Wilcock claims he is a dream prophet and that he foresees the future in his dreams.

100.    Wilcock claims he has given psychic dream readings to people, for profit, in the past.

101.    Millions of people both nationally and globally, believe Wilcock is telling the truth about being a dream profit, dream psychic, and that he is the dream psychic Edgar Casey reincarnated.

102.    Wilcock claims he is in dream contact with Goode's Blue Avian aliens.[20]

103.    Wilcock regularly publicly claims he is a psychic channel receiving Telepathic Communications and messages, include from the 'Blue Avians'.

104.    Upon information and belief Wilcock is in radio frequency broadcast (telepathic) communication with the 'CIA' or similar covert faction and is being radio broadcast messages directly to his brain by John and Janes Does sitting at computers in remote locations. (CIA Telepathic Behavior Modification, ¶16737)

105.    Upon information and belief Wilcock's is mind control handled by John and Jane Does associated with Goode.

---

[18] Filed as video exhibit BR Mesa Court Record February 21, 2020 – Cosmic Disclosure S7E4
[19] Id at 1817. Mesa video exhibit BR.
[20] Id at 1817. Mesa exhibit BR.

106.    Wilcock stated in 2011 he was worried about being Narcohypnotized and cried live on the Kerry Cassidy radio show and he was extremely scared about having been 'death' threatened. In 2019 Wilcock 'changed' to saying he was never threatened like that. [21]

107.    The CIA 'sleep-wake' state mind control programs targeting dream states can be observed and documented in dream states. (Delta, Theta, Alpha: ½ Hz - 10Hz) (¶¶157 30 - 217201)

108.    Montalbano has thousands of pages of handwritten dream journal records of what has turned out to be observations of these illicit CIA mind control programs.

109.    Approximately 500 of Montalbano's dream journal records, comprising thousands of pages, were mistakenly delivered/donated to Goode and Wilcock during 2017 and are referred to as "Dream Visions." (Intellectual Property / fixed literary works)

## BROADCAST AND PUBLISHED PUBLIC NARRATIVES BELIEVED BY MILLIONS

110.    The Enterprise spreads Goode and Wilcock's alien, ascension, and dream narratives to millions of people all over the world. **(Exhibit 7** at 2 of 20) [#121-7 at p2]

111.     The Enterprise targets the Consciousness, fringe, conspiracy, and dream research Communities.

112.     The Enterprise and its network of associates heavily promote Goode and Wilcock's dream, ascension, and alien narratives to millions of people as being true and 'secret insider intel' and 'news' via both published and broadcast mediums.

---

[21] Video exhibit BU filed on Mesa Court Record February 21, 2020 - Documented in YouTube video titled: "Threats, Intimidation & New Age   MADNESS - Warped Podcast #3" and posted to Warped Podcast YouTube channel, December 13, 2019 – DW narcohypnotized

113.     Goode, Wilcock, and their network of associates regularly solicit for donations and free labor from the public based on their claims. **(Exhibits: 2, 5, and 7)** [#121-2, #121-5, #121-7]

114.     Donations and monies received by The Enterprise from sales based on Goode and Wilcock's public claims and alien narratives are notably received via: GES, WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION, LIGHT WARRIOR LEGAL FUND, GAIA INC, and other known or unknown corporate fiction entities or individuals.

115.     Millions of people in the general public and around the world believe Goode and Wilcock's alien stories, Blue Avian claims, dream teachings, (dream) psychic claims, ascension claims, conspiracy theories, religious teachings, 'news' and "secret insider intel" as being true.

116.      Montalbano also believed the stories and public claims of Goode and Wilcock as being true and relied on it.

## INTERNET – BROADCAST – PUBLICATIONS

117.     Goode and Wilcock's claims are publicly wire broadcast, radio broadcast, published in books and articles, and tangible and intangible goods or services that are created and sold to the general public by The Enterprise, and that are also received in Mesa County, Colorado.

118.     Goode and Wilcock's alien narratives and dream claims are told via the internet, to include but not limited to: Facebook, Twitter, YouTube, Instagram, and Reddit; and are broadcast to televisions and personal electronic devices and the broadcasts are also received in Mesa County, Colorado.

119.    Through The Enterprise's network of associates, Goode and Wilcock's claims are broadcast and heard by millions of people around the world.

120.    Through The Enterprise's network of associates, Goode and Wilcock's claims are published and read by millions of people around the world via major platforms like Amazon.com and book publishing company, Penguin Random House LLC (Wilcock's book publisher).

121.    Montalbano has watched and/or read a lot of Goode and Wilcock's broadcasted and published materials in Mesa County, Colorado. (2015 to current)

## PUBLIC SPEAKING EVENTS

122.    Goode and Wilcock's alien and dream narratives have been told at for profit public speaking events to include but not limited to: Conscious Life Expo, MUFON, ESETI, One Love Festival, Ufology Congress Conference (Spain), and Contact in the Desert, where thousands of people travel from all over the world to listen to them speak and pay to attend their events or volunteer work at the event(s) to attend for 'free.'

## DEFRAUDED  - PUBLIC EVENTS

123.    Montalbano a resident of Mesa County, Colorado, paid and travelled to attend Goode's public events: Conscious Life Expo, CA (February 19-21, 2017), MUFON, Las Vegas, NV (July 21-24, 2017); and Eclipse of Disclosure, CA (August 2017).

124.    Montalbano a resident of Mesa County, Colorado, paid and travelled to attend Wilcock's public events: One Love Festival, CA  (October 2016); GAIA, Special Meet Up event with David Wilcock, CO (January 27, 2017);  and Conscious Life Expo, CA  (Feb 19-21, 2017).

125.     Montalbano gifted in person; to both Goode and Wilcock at Conscious Life Expo, February 2017; a pre-published computer paper printed copy of her Dream Vision book short titled "DreamWalker" (a small collection of Montalbano's magikal dreams). (ASIN : B072TRB9GP; published digitally June 17, 2017)

## DEFRAUDED DREAM JOURNAL RECORDS

126.     **Due to belief** in Goode and Wilcock's public claims and that they regularly needed donations of all kinds and were legitimate dream researchers, dream prophets, and dream teachers helping humanity; Montalbano sent Goode and by extension David Wilcock approximately 400 emails at SphereBeingAlliance@gmail.com, with approximately 500 Dream Visions (Intellectual Property/dream journals) attached as JPGs in PDF files along with custom dream analyses, private information, and associated dream research.

127.     Montalbano sent these records due to Goode's extensive and non-stop dream visits and Wilcock's fairly regular dream visits as well.

128.     Montalbano sent her dream journal records and dream research due to seeing her IP 'synchronistically' used by Goode and Wilcock on a regular and ongoing basis.

## DEFRAUDED  FINANCIALLY

129.     Montalbano, a resident of Colorado, believed Goode and Wilcock's public claims that they were poor and needed regular financial donations to fight the "Dark Alliance" and "Cabal" and to support their secret insiders. (~~Exhibit 2; Exhibit 4~~ [#121-2; and  #121-4 at p3, p5, p8, p9 ~~and; Exhibit 5 and 7~~); and #121-5,  #125-7]

130.     Montalbano believed Goode and Wilcock's ongoing claims that they were paid very little by GAIA. ~~(Exhibit 4 – p3, 8, 9)~~ [#121-4 at p3, p8, p9]

131.     Due to belief in Goode and Wilcock's claims of being poor and their ongoing requests for donations, Montalbano made financial donations to Goode, Wilcock, and/or their associates.

a.    Montalbano donated to Goode and Wilcock's, Mr. Pete Peterson Go Fund Me campaign, promoted heavily by David Wilcock. Montalbano believed Wilcock's stories that Peterson (since deceased) was a whistleblower having his home taken away by the "Dark Alliance" (cabal). ~~(Exhibit 2~~ ([#121-2 at p18-19] Donation Scam–Pete Peterson) [22]

b.    Montalbano donated money to Mr. Goode/GES for Mrs. Stacy Goode (his wife) to have dental surgery under the belief the Goode's were poor and could not afford regular dental care without financial help. ~~(Exhibit 2~~ ([#121-2 at p12-14] Donation Scams – PayPal CG) [23]

### **FAILED EMPLOYMENT EFFORTS BY MONTALBANO WITH GAIA (2017)**

132.     ~~Montalbano sought 'employment' at GAIA during 2017, for a series based on her Dream Visions and alternatively other suitable position of employment.~~

133.     ~~Montalbano met with Mr. Jay Weidner, September 11, 2017, at GAIA headquarters in Boulder, Colorado, to discuss having a Dream Vision based series carried at GAIA.~~

134.     ~~Montalbano originally planned to just have a kids focused fictional Dream Vision series.~~

---

[22] Filed as exhibit CQ Mesa Court Record July 20, 2020 – Pete Peterson donation scam
[23] Filed as exhibit CJ Mesa Court Record July 20,2020 –Corey Goode donation scam

135.   ~~Montalbano showed Weidner various dreams of hers, in her physical journals, that included him and showed knowing things about him, Rysavy, and 'GAIA' that no one had told Montalbano about in waking states prior the Dream Visions, and Weidner affirmed other information seen in multiple dreams of Montalbano's simply through their conversations.~~

136.   ~~Weidner stated to Montalbano he would be working with Montalbano and that she was 'shamanic'.~~

137.   ~~Weidner informed Montalbano that GAIA was NOT looking for 'fiction' based productions and dealt only in non-fiction and that they also were looking to develop a non-fiction dream based series for consumers.~~

138.   ~~Montalbano attended GAIA's subscriber event at GAIA headquarters on September 18, 2017, Weidner told Montalbano again he would be working with Montalbano.~~

139.   ~~Montalbano spoke with Mr. Jirka Rysavy (Founder and Chairman GAIA) at the GAIA event. Rysavy told Montalbano (respectively) 'everyone always likes you' and 'you should work here' and arranged for Montalbano to talk with Ms. Medvedich about employment. (Sept 18, 2017)~~

140.   ~~Ms. Medvedich was the Senior Director of Content (or similar job title) at the time of the GAIA Subscriber event. (Sept 18, 2017)~~

141.   ~~Montalbano spoke with Medvedich, September 18, 2017, and was to submit a proposal for a Dream Vision based series.~~

142. ~~Montalbano had three (3) people (also dream researchers) she privately contracted to help her develop the non-fiction dream based television series for GAIA.~~

143. ~~Montalbano wrote a 126 page document for GAIA showing how she sees things first in dreams, then how similar things occur in waking states; to show Montalbano's dream research and work was non-fiction, non-religious, and 'non-belief' based (empirical data and empirical evidence).~~

144. ~~Montalbano delivered the 126 page document in 3 parts to Kiersten Medvedich by email. (September 2017 – November 2017)~~

145. ~~Medvedich responded, November 21, 2017, she couldn't see how it could work and GAIA was going to take a pass.~~

146. ~~Montalbano informed Medvedich that was just to show that Montalbano's Dream Vision abilities were 'non-fiction' and based on fact and evidence and Montalbano and her associates would write a proper proposal for consideration.~~

147. ~~No reply was received from GAIA or Medvedich.~~

148. ~~Montalbano was not hired by GAIA.~~

149. ~~Montalbano no longer heard from Weidner, until Goode threatened and then opened this instant RICO case 1:20-cv-00742-DDD-KLM.~~

150. Montalbano lost tens of thousands of dollars in investments due to Goode and Wilcock's public frauds and schemes and as promoted by The Enterprise.

151.     Montalbano has lost thousands of pages of Intellectual Property due to belief in Goode and Wilcock's public frauds.

152.     Montalbano has lost the goodwill of the public due to The Enterprises' subsequent organized destruction of Montalbano's professional relationships and reputation both publicly and privately.

153.     Local artist in Mesa County, Colorado, also did not want to work with, or stopped working with Montalbano for fear of being defamed, harassed, or extorted by The Enterprise for being associated with Montalbano.

154.     ~~Upon information and belief Goode and Wilcock prevented Montalbano's Employment at GAIA by defaming Montalbano as a criminal stalker or similar derogatory term to mutual associates, to include Ms. Medvedich. (2017) **(Exhibit 8 - CG to Medvedich Stalker email)** [24]~~

155.     ~~Upon information and belief, Goode and Wilcock prevented Montalbano's employment at GAIA because they were regularly using Montalbano's dream research and Intellectual Property materials as content and topics of discussion on Cosmic Disclosure.~~

~~(See Claims: 7 (Trade Secrets) and 9 (Copyrights))~~

## CIA, DREAM, REMOTE VIEWING, TELEPATHIC BEHAVIOR MODIFICATION PROGRAMS

156.     Goode uses his Remote Viewing, Remote Influencing, Astral Projection, and other CIA MKULTRA neural interfacing abilities and/or neural interfacing technologies to regularly Target and interact (interface) with Montalbano in her sleep-wake states (dreams)

---

[24] ~~Filed by Goode on Denver Federal Court Record case 1:18-cv-02060-RM-GPG-Dkt. 34-5 on 09/10/18 - CG called Montalbano a stalker to Medvedich via email~~

157.    Goode possesses all the needed skills for remote neural interfacing, neural targeting, remote neural monitoring, and remote neural stalking of Montalbano. (¶¶30-31) (¶¶25-26)

158.    The CIA and other sectors of the military (DOD/DARPA, DIA, NSA, USAF, ARMY, and etc.) and prestigious Universities (Stanford and Princeton) and science institutions are involved in dream research, Remote Viewing, Remote Influencing, Psychic warfare, neuroscience, and research related to 'sleep-wake' states (dream or hallucination gazes), notably for total (remote) consciousness obliteration, mind control, and militaristic psychic (Radio Frequency) warfare purposes [25] and can be seen in the following key CIA MKULTRA documents available via the CIA's website Reading Room and that are related to this case and claims. (www.cia.gov/library/readingroom)

159.    **Project BLUEBIRD**

   **CIA-RDP83-01042R000800010003-1**

The CIA's Project BLUEBIRD (from the 1950's) notably cited a strong and growing interest in the development of ESP (Extra-Sensory Perception) for militaristic use and mind control. BLUEBIRD researched "Subconscious Isolation" (SI) of "Interrogation Subjects" via "Interrogation Teams" that included a hypnotist, for total mind control of the subject in the experiment room and sought total mind control of the subject after they left the room. (Retrieved from https://www.cia.gov/library/readingroom/docs/CIA-RDP83-01042R000800010003-1.pdf) (**Exhibit 9** ([#121-9] BLUEBIRD - SI) [26]

---

[25] Senate Hearings of 1977 regarding MKULTRA filed as exhibit BC Mesa Court Record February 21, 2020 showing university and science centers all studying mind control and neuroscience, and that many Targeted Individuals for the mind control programs don't know that they are being non-consensually experimented on.
[26] Full 29 page record filed as exhibit AK Mesa Court Record February 27, 2019 – CIA Project BLUEBIRD

160.     Goode's main 'alien friends' alleged to be Blue Avians, are a modern day version of CIA Project BLUEBIRD and are a remote neural experiment on the general public with Artificial Intelligences and haptic-feedback (feeling physical) holograms.

161.     Goode claims being part of interrogation programs. **(Exhibit 6)** [#121-6 at p6]

162.     Mr. Randy Maugans, an MKULTRA program experiencer, told Montalbano by Twitter private message September 30, 2019, that Goode is handled by an Intelligence group called "The Avians."  **(Exhibit 10** ([#121-10] Avian Group)

163.     Upon information and belief Goode, Wilcock, and The Enterprise are part of "The Avian" group **(Exhibit 10)** [#121-10]

164.     **DoD Psychoenergetic Program Replication Studies** [27]

        **CIA-RDP96-00792R000600310001-7**

RA (Remote Action) studies of influencing physical and biological systems without physical mechanisms. (aka frequency broadcasts)

165.     Upon information and belief Goode's Blue Avian (BLUEBIRD) alien friend that he calls "RA" (Tier Eir), is CIA code for 'Remote Action' (RA) for frequency based mind control broadcasts directed at the Targeted Individuals' auditory networks of the brain, which are the hallucination centers associated with dementia.

166.     **Section IV – Telepathic Behavior Modification DST-1810S-387-75**

        **CIA–RDP96-00792R000600320004-3**

        **(Exhibit 11** ([#121-11] Telepathic Behavior Modification) [28]

---

[27] Filed as exhibit BD Mesa Court Record February 21, 2020 - DoD Psychoenergetics
[28] Filed as exhibit BE Mesa Court Record February 21, 2020 - Telepathic Behavior Modification

CIA Stargate Collection – research showing "consciousness obliteration" has already been thoroughly tested and successful developed, through placing Targeted Individuals (TI) into "Sleep-Wake" states for full remote behavior modification (telepathy) via radio frequency broadcasts directed at the brain and body. The broadcast of nasty-thoughts (hypnotism) to the TI reduced their physical white blood cell count and thereby damaged their physical heath. This remote 'telepathy' is also recommended for use in spreading of Propaganda via "well-liked influencers" of the world through remotely mind controlling them and feeding them the propaganda broadcast data directly to their brains. (aka 'telepathy')

https://www.cia.gov/library/readingroom/search/site/CIA-RDP96-00792R000600320004-3

167. Goode and Wilcock are Telepathically Behavior Modified, and are 'well-liked' assets, for the spreading of 'CIA' mind control propaganda.

168. The Enterprise, deceptively promotes CIA Telepathic Behavior Modification radio frequency broadcasts as alien contact, alien dream contact, contact with gods, or telepathically channeled information from alleged benevolent beings, angels, ghosts, or similar apparitions.

169. **Neurophysiological Correlates To Remote Viewing (U)** [29]

**CIA-RDP96-00789R002200320001-2**

SRI International (Stanford Research Institute) research related to manipulations of the nervous system via the 10hz frequency, associated with the Alpha brain states (awake but drowsy) that are also active during lucid dreaming.

---

[29] Filed as exhibit BG Mesa Court Record February 21, 2020 - Neurophysiological Correlates to RV

170. Upon information and belief The Enterprise, is broadcasting the 1/2hz to 10hz frequency with hypnotic messages, piggy backed onto a more notable frequency (like 5G) for mind control of Goode and Wilcock's followers.

171. **Anomalous Cognition In Lucid Dreams**

   **CIA-RDP96-00789R003100140001-2**

   (Exhibit 12 ([#121-12] Anomalous Cognition in Lucid Dreams) [30]

   SAIC (Science Applications International Corporation) – mentions having an office in Colorado Springs - Research dealing with the connections between the brain states and REM (Rapid Eye Movement) and shows the importance of the 2hz to 4hz, and 8hz to 10hz frequencies that are active during dream states and lucid dream states. The Alpha wave frequencies are shown to be equated more with the subjects "Thoughts" and thereby the more "Lucid Dream" states rather than "Dreams."

172. Upon information and belief The Enterprise, is broadcasting 'lucid' state and 'dream' state frequencies with hypnotic messages encoded to falsely cause Goode and Wilcock's followers to think they are hearing from their Blue Avians.

173. **Psychic Warfare Exploring The Mind Frontier**
   **CIA-RDP96-00788R001001420001-3**
   (Exhibit 13 ([#121-13] Psychic warfare – brain link and electronic chip alterations) [31]
   United States Air Force Air War College Air University – discusses PSI (Psychic) type abilities and their value for (remote and touchless) warfare (and occurs in dream states, 1/2hz

---

[30] Fuller records filed as exhibit BI Mesa Court Record February 21, 2020 - AC Lucid Dreams
[31] Fuller records filed as exhibit BJ Mesa Court Record February 21, 2020 - Psychic Warfare

to 10hz). It discusses psychotronic weapons (frequencies) and the **Brain Link** (like Google Neuralink - high bandwidth A.I. machine brain and human brain interfaces via frequencies), distant **telepathy**, **mental thought implantation**, CIA **remote viewing**, along with **emotion teleporters**, and addresses the ability of **mental thoughts being able to impact electronics and manipulate microchips**.  It also mentions the world famous psychic, **Edgar I. Cayce** (who David Wilcock claims being, ¶982), on page 35 at paragraph 3. It also states Soviet psychics could accurately pin point missiles despite the 'shell games', on page 36.

174.   Upon information and belief, The Enterprise, is working with corporations and neural interfacing programs like Microsoft and Google Neuralink and/or similar programs like the DOD's Sentient World Simulation to brain/neural interface with their audience(s) via radio frequency broadcasts (via the FCC) for remote mind control. ~~(Exhibit 3 at p3 of 24)~~ [**#121-3 at p1]**

175.   **The White House Washington Memorandum For General Haig**

   **LOC-HAL0452-1-2-6** ~~(Exhibit 14~~([**#121-14]** Psywar) [32]

Memorandum Psywar – seeking to develop psychic warfare. (aka frequency broadcast warfare)

176.   Goode, Wilcock, and The Enterprise, are developing psychic warfare and experimenting on Montalbano. ~~(Exhibit 6)~~ [**#121-6 at p2]**

177.   **Development of a Remote PK Switch** [33]

   **CIA-RDP96-00788R002000230002-4**

---

[32] Filed as exhibit BK Mesa Court Record February 21, 2020 - Memorandum Psywar
[33] Filed as exhibit BL Mesa Court Record February 21, 2020 - PK Switch

US ARMY - research focused on PK (PsychoKinesis) switches. The movement of physical objects due to mental concentration upon them without physical stimuli (aka using frequencies) and shows some of the math involved with remote viewing, microcomputers, and multidimensional space.

178.    The Enterprise is exploring the development of PK research via Goode and Wilcock's alien narrative followers and 'mass meditations'.

179.    The CIA MKULTRA and MiLab programs also directly microchip their Targeted Individual in order to make them better frequency receivers for their broadcasts.

180.    Upon information and belief Goode has been neurologically microchipped (implanted) by John and Jane Does.

181.    EEG (Electroencephalogram) Heterodyning Cloning is the medical term for making a 'digital snapshot' of a person's "brain signature." A brain signature is unique like a snowflake and no two are alike). The brain signature can then be used to remotely neural interface, via a person's regular home computer, with the individual whose brain signature they have. Illicit or ordinary use of EEG clones can be traced via computer Internet Protocol (IP) addresses.

182.    Upon information and belief, Mr. Goode and Mr. Wilcock have obtained Montalbano's EEG Heterodyning Clone remotely via Goode's MKULTRA programs, like S.A.T.A.N., and have access to Montalbano's EEG Heterodyning Clone and use it to remotely (dream and waking state) neural interface with Montalbano, and Montalbano documents many of these neural interfacing experiments in her dream journals.

183.  Remote Artificial Intelligence neural (frequency) stalking (brain interfacing) and organized cyberstalking are tactics employed by the CIA. (See ¶210181,  S.A.T.A.N.)

184.  Someone stalked physically or remotely by the CIA or similar intelligence, is known as a Targeted Individual or TI.

185.  Montalbano is a Targeted Individual organized stalked by Goode, The Enterprise, and their network of associates. (Exhibit 21 ([#121-21 at p11-15] Defamation - CG Targeting Montalbano Tweet screenshot February 28, 2020 at 7:05pm)

## ORGANIZED STALKING AND SENSITIZATION

186.  Organized Stalking and Sensitization are defined as followed on
https://jeezcanada.com/sensitization-and-gangstalking/

**"Sensitization and gangstalking**
**An essential part of organized gang stalking is the intensive sensitization techniques and methods aimed at making targeted individuals aware that they are under surveillance.** To call this type of surveillance covert, as is sometimes the case, is not accurate, however.

In order to be **sensitized to the various types of harassment used to stress and disorient their victims, it is necessary that TIs become aware of whatever stimulus is being directed at them.** The **monitoring process** in this context is by definition overt, then – at least to the target – because it is **employed for the psychological purpose of emotional manipulation**. In other words, one of the chief goals is to produce fear.

**The casual observer, however, will rarely have the opportunity to witness the multiple cases of repetitive behaviour involved. TIs who tell others** about their experiences, then, **risk being labelled as crazy** or diagnosed with paranoid schizophrenia.

One tactic regularly a part of an **intensive sensitization component is directed conversation.** This is a term which describes a kind of **stalking where groups of people – complete strangers** or sometimes neighbours who are known only by sight – congregate in a public or commercial space. **The stalkers carry on a conversation** somewhere where they won't be observed, for example like a fast-food restaurant, **and make the personal life of the target the topic of their conversation.** The only reason that the target can hear what they are saying is because their hearing **has been sensitized to a number of verbal NLP anchors.** Normally when someone sits in a crowded space

all they can hear is a high-pitched hum. Most people would usually only catch the odd word or two – assuming they were even eavesdropping.

**However, when different groups of stalkers use variant versions of the same conversational topic, all they need to do to ensure that a target will become aware that they are being talked about is to use a common set of anchors."** (Emphasis added)

187.    Montalbano has been organized stalked and 'sensitized' as a Targeted Individual (TI) by Goode, Wilcock, and their network of associates.

188.    Goode, Wilcock, and their network of associates regularly used key words, terms, and similar stories that only Montalbano and they would know they were similar, because they were contained in the hundreds of dream journal records delivered to Goode by email.

189.    In Goode and his associates organized stalking and sensitization practices against Montalbano, they have repeatedly defamed Montalbano as 'crazy.'

190. Stalking is a crime and criminal claim in the state of Colorado, with no known civil tort.

191. It is defamation per se to knowingly, falsely, and maliciously accuse someone of committing crimes, such as stalking, to a third party.

192. Goode and his associates have knowingly and maliciously defamed Montalbano in both print and broadcast formats to third parties, as a criminal stalker. (See Claim 10 Defamation)

### NEUROLOCIAL BRAIN WAVES AND DREAM STATES

193.    The **Alpha, Delta, and Theta states are of significant importance** to this case and claims. In a slide image from an article called "Brain fingerprinting" published

April 16, 2016 the following Hertz brain wave states are shown to be associated with different states of consciousness as follows:

(retrieved from https://www.slideshare.net/komminenipullarao/brain-fingerprinting-60981945)

**a.** Beta 14hz – 30hz Awake, Normal Alert Consciousness

**b. Alpha 9hz-13hz** Physically and mentally relaxed, awake but drowsy

**c. Delta below 4hz** Deep (dreamless) sleep, loss of body awareness

**d. Theta 4-8hz** Reduced consciousness, deep mediation, dreams, light sleep, REM sleep

**e.** Gamma 30hz and above Heightened perception



194.   According to extensive frequency research performed by Wilhelm Reich (Australian doctor of medicine and psychoanalyst, 1897 - 1957) and seen simply in article titled "Increasing medical concerns over "Electro-Smog" it shows the brain and all organs in the human body vibrate at various frequencies and thereby can be altered by external frequency broadcasts and also shows the brain has magnetite crystal receptors inside that act as antenna receivers and transmitters. (retrieved http://www.emfmeasuring.n.nu/)



### RELEVANT PATENTS AND FREQUENCIES (Alpha, Delta, Theta)

195.   Hertz frequencies associated with the CIA Mind Control program records, dream states of neural consciousness, telepathic broadcasts, and frequency uploads and downloads of personal human body bio data and thoughts via Radio Frequency (RF) broadcasts via the FCC (Federal Communication Commission) carrier waves using satellites, antennas, and regular everyday devices like cell phones, TVs, and Computers, to direct frequencies at the

Targeted Individual's brain and  body for intentional consciousness obliteration and physical health alterations, can be seen in the following relevant United States Patents:

196. **Apparatuses and methods for remotely monitoring and altering brain waves**

**UNITED STATES PATENT US3951134A (1974)**
https://patents.google.com/patent/US3951134A/en

Obtained by Dome and Margolin Inc. – for remote (broadcast) brain (neural) and computer interfaces through frequencies as early as the 1970's.  Discusses how frequencies are remotely broadcast (contactless) directly to a Targeted Individual's (TI) brain using Radio Frequencies (RF) that also **deliver the signals to and from computers via satellites and antennas** that are being monitored with the data and reviewed by people.  **With this patent, what a person is thinking can be viewed on a computer screen through the electrical signals received**. **The frequencies delivered to the TI's brain bypass the skull casing and directly interact with the neural tissue.** This causes physical neurological changes in the TI along with physical body chemical alterations.

These broadcasts notably use the RF (Radio Frequency) signals on the VHF (Very High Frequency, 30MHz to 300 MHz), UHF (Ultra High Frequency, 300 MHz to 3GHz), or SHF (Super High Frequency, 3GHz to 30 GHz") (Frequency Hertz spectrum ranges obtain from: https://www.rfcafe.com/references/electrical/freq-bands.htm).  These higher frequency Hertz spectrums are associated with 5G.

197. Upon information and belief, The Enterprise, is using 5G bandwidths and other FCC bandwidths and satellites and antennas, to nonconsensual explore the development of this

type of consciousness altering frequency broadcast research upon Goode and Wilcock's followers generally and Montalbano specifically.

198.    **Nervous System Manipulation By Electromagnetic Fields From Monitors**

**UNITED STATES PATENT US6506148B2 (July 2001)**

**(Exhibit 15)** [#121-15 at p1] [34]  https://patents.google.com/patent/US6506148B2/en

US Patent obtained by Hendricus Loos – Discusses how Televisions, Computer Monitors, and VCRs, are used to broadcast 1/2hz, 2.4hz, and 10hz frequencies (drowsy, dreaming and lucid dreaming frequencies; i.e. Alpha, Delta, Theta) on Radio Frequency (RF) waves at Targeted Individuals (TI) **for electrical driving of the brain**, **by stimulating the human nervous system through electromagnetic fields applied remotely and externally to the human body.**  Depending on the frequency used, effects include: ptosis of the eyelids, relaxation, **drowsiness,** pressure on the brow, **seeing moving patterns** with closed eyes, **tense feelings in the stomach**, tonic smile, sudden loose stools, and **sexual excitement**. In short: everyday use items like personal cell phones, televisions, dvd players, radios, computers, ipods and etc, are used for nervous system manipulation broadcasts.

199. Goode, Wilcock, and The Enterprise, are exploring the development of this consciousness altering frequency research on Goode and Wilcock's followers and on Montalbano specifically.

200.    **Subliminal Acoustic Manipulation Of Nervous Systems**

**UNITED STATES PATENT 6017302A** (January 25, 2000)

---

[34] Filed as exhibit BF Mesa Court Record February 21, 2020 - Patents Hendricus Loos

https://patents.google.com/patent/US6017302A/en

~~(Exhibit 15~~ ([#121-15 at p2] Patent Samples) [35]

US Patent obtained by Hendricus Loos – Commonly referred to as **Voice to Skull Technology (V2K) or Voice of God** – frequencies are delivered by "subliminal atmospheric pulses that are tuned to the resonant frequencies." The **1/2hz** frequency (Delta – deep sleep) affects the nervous system and may cause relaxation, **drowsiness,** and **sexual excitement**. The **2.5Hz** frequency (Delta - deep sleep) **slows certain cortical (brain) processes** and also may cause **sleepiness,** dizziness, and disorientation. It is **recommended for use in Law Enforcement** standoffs **to remotely impact a 'perpetrator' by broadcasting frequencies** at them to disorient them. This patent also discusses broadcasts to the **vestibular nerve and cutaneous sensory pathways** (the ear / auditory network) sections of the brain. These neural centers are **associated with Dementia and Aphasia** (hallucinations and memory alterations). It also mentions these frequencies can be used clinically to perhaps treat **epileptic seizure**s. (all medical conditions Goode claims having) (¶~~29~~24, p)

201. The Enterprise, is exploring the development of this consciousness altering frequency research (V2K) on Goode and Wilcock's followers by broadcasting messages to their followers' auditory networks that cause symptoms of dementia (hallucinations) and the followers are deceptively told they are in contact with Goode and Wilcock's aliens.

202.    Methods and Systems for Altering Consciousness

       **US Patent 5,289,438 (February 22, 1994)**

---

[35] Fuller filing filed as exhibit BF Mesa Court Record February 21, 2020 - Patents Hendricus Loos

Shows the various states of the brain commonly known as Alpha, Beta, Delta, Theta, and Gamma and explains how **specific frequencies can be broadcast directly to the brain to alter the Targeted Individual's personality (consciousness)**.  It states, in science circles, there are correlations between the electroencephalographic (EEG) wave rhythms exhibited by the brain and various states of human consciousness.

203.    The Enterprise, is exploring the development of this type of consciousness altering frequency research on Goode and Wilcock's followers and are specifically targeting the dream and lucid dreaming (sleep-wake) states of neural consciousness known as Alpha, Delta, and Theta to alter and control peoples' personalities and 'beliefs' remotely.

204.    **Methods and Apparatus for Associative Memory**

**US Patent 5,995,954**  (Nov 30, 1999)

Sponsored by the Government with support from the Defense Advanced Research Projects Agency (DARPA) – it explains about **Artificial Intelligence neural networks and human neural networks** as they relate to memory formation and brain states of consciousness with mathematical explanations.

205.    The Enterprise, is exploring the development of neural memory alterations on Goode and Wilcock's followers in sleep-wake states and upon Montalbano specifically.

206.    **Cryptocurrency System Using Body Activity Data**

**WO 2020/060606 A1 (also published as US16138518) (March 26, 2020)**

https://patents.google.com/patent/WO2020060606A1/en   ~~(Exhibit   16~~   ([#121-16]       WO 2020/060606 A1)

Patent recently obtained by Microsoft. This patent alleges being for a cryptocurrency app for standard cell phones. The app uploads and downloads a person's bio data to and from the (Google) Cloud and can tell things like: how many steps a person has taken or if they are performing 'required tasks', and if the person is 'performing' correctly they will be awarded cryptocurrency.

207.     Upon information and belief, The Enterprise, is working with Microsoft, Google, Neuralink, and similar companies and projects, and is non-consensually exploring the development of this neural networking and biological data collection and processing research on Goode and Wilcock's followers and on Montalbano specifically.

208.     ~~Upon information and belief some of these remote neural broadcast technologies are located at GAIA headquarters in, Boulder, Colorado, that are being used on Montalbano.~~

209.     Upon information and belief some of these remote frequency broadcast technologies are located in Goode's home in Broomfield, Colorado, that are being used on Montalbano.

210.     Upon information and belief some of these remote frequency broadcast technologies are located in various government or related military installations, and are being used on Montalbano.

## CIA ARTIFICIAL INTELLIGENCE FREQUENCY PROGRAMS - EXPERT ~~WITNESSES~~

211.**Expert, ~~Witness~~ Robert Duncan,** former CIA and brilliant Artificial Intelligence (A.I.) technology developer and programmer, exposed the following (related to this case) CIA MKULTRA Artificial Intelligence programs called C.H.R.I.S.T.**;** and  S.A.T.A.N. with a

subprogram called VooDoo Doll; in his book titled "Project: Soul Catcher Volume Two Secrets of Cyber and Cybernetic Warfare Revealed" by Robert Duncan and the Mind Hacking Strategy Group. On p224-p239 Duncan shows the A.I. S.A.T.A.N. program and how it is used on Targeted Individuals. **(Exhibit 15** ([#121-17 ]S.A.T.A.N.) [36]

### a. S.A.T.A.N. (Silent Assassination Through Adaptive Networks) and Voodoo Doll

S.A.T.A.N. is a remote neural monitoring technology used for: **remote torture, psychic assassinations, and/or sexual encounters.** (aka frequency broadcasts)

S.A.T.A.N. remotely (neural) **interfaces with the mind** and has a subprogram called VooDoo Doll that remotely **stimulates the Targeted Individual's brain cortices to cause them to feel physical pain (prick, burn, etc) or pleasure (sexual)** in whatever area of the body chosen, **as if physically occurring,** through remote frequency neural stimulation. (aka frequency broadcasts)

The goal of S.A.T.A.N. is typically to cause a suicide or create sociopathic mind controlled assassins.

S.A.T.A.N. works wirelessly and utilizes Radio Frequency (RF) waves and is also known as Touchless Torture. (aka frequency broadcasts)

212. Goode has publicly claimed working with technology that sounds like S.A.T.A.N when in the CIA MKULTRA and MiLab programs and that he was required to remotely assassinate others.[37]

---

[36] Filed as exhibit CS Mesa Court Record July 20, 2020 – CIA  A.I. programs S.A.T.A.N. and C.H.R.I.S.T.
[37] Id at 12. Mesa video exhibit BS.

213.    Goode has regularly used S.A.T.A.N. to attempt to assassinate Montalbano in sleep (dream) states or conversely visits for sex.

214.    Upon information and belief, The Enterprise, is exploring the development of S.A.T.A.N. technology on Goode and Wilcock's followers and are deceptively presenting the neural stimulation broadcasts as 'spiritual' experiences, 'love' (Twin Flames, Soulmates), and/or 'alien' experiences.

215.    Upon information and belief 'CIA' John and Jane Does are using this technology on and against Goode and his family in their home and remotely to keep them 'controlled' and 'handled.'   ~~**Exhibit 3**~~ ([#121-3 at p5] Good Claims)

216.    Upon information and belief 'CIA' John and Jane Does are using this technology on and against Wilcock and his family in their own home and/or remotely to keep them 'controlled' and 'handled.'

217.    Upon information and belief Mrs. Goode participates in the S.A.T.A.N. program with Goode and she publicly uses the codename of Phoenix as her internet user handle which is associated with S.A.T.A.N. ~~**Exhibit 17** at p229~~ [#121-17 at p3] and is the same username she used when she and Goode were threatening Ms. Palermo with kidnapping. (¶210, ~~¶343~~ ¶323, ¶404)

218.    **C.H.R.I.S.T. (Common Human Routines Inference Software Technology)**

CIA artificial Intelligence program C.H.R.I.S.T. (Common Human Routines Inference Software Technology) has a main message of (sic):

"Conform or be destroyed. You are with us or against us."

**This program** is a behavior pattern prediction and classification software that **originally had its coveted data base and original control by the CIA/NSA located in Colorado.** The program is a personality segmentation program that monitors and tracks things like a person's: shopping patterns, interest groups, travel, lifestyle, web browsing patterns, phone and email speech prints, TV watching patterns, books and movie patterns, and more.  ~~(Exhibit 17 at p224 - p225)~~ [#121-17 at p1]

219.    Upon information and belief, The Enterprise is using this program with public hate speech (such as "Dark Alliance," stalkers, etc.) against Montalbano and others who refuses to conform to Goode and Wilcock's alien narratives in order to destroy their lives.

220.    Upon information and belief, The Enterprise, is using C.H.R.I.S.T. technology broadcasts on Goode and Wilcock's followers to promote their successfully mind controlled assets (groupies/cult followers) who help spread their dream and alien propaganda (illicit mind control programs).

221. Upon information and belief, The Enterprise, is using C.H.R.I.S.T. technology to generate product sales globally through tracking and monitoring cult followers and general patterns of public interest to nonconsensual manipulating unsuspecting people into purchasing The Enterprises' 'alien' narratives and knowingly false 'spiritual' 'ascension' products.

## OTHER EXPERT<u>S</u> ~~WITNESSES~~ <u>& TESTIMONY</u> ON FREQUENCY TECHNOLOGY

222.    The Following **YouTube Videos have Expert** ~~Witnesses~~ <u>Testimony</u> **exposing** the Artificial Intelligence interconnection with the human Organic Brain via frequencies:

    **a.** DARPA 2045 Initiative creates Virtual Avatar Overlords by linking humans to A.I. Control Grid - A SIMULATED REALITY
      https://youtu.be/s7rF2fsDGGg

    **b.** DNA Frequency Bioweapon Links Targeted Individuals to Artificial Intelligence Hive Mind Control Grid -  A SIMULATED REALITY
      https://youtu.be/iEgZQgP9SMs

    **c.** AI: THE PLAN TO INVADE HUMANITY - The AI Organization
      https://youtu.be/Hzg7Rw-mX4k


**MKULTRA EXPERT TESTIMONY ~~WITNESS~~**


223.  **CIA MKULTRA program experiencer and able to provide expert testimony, ~~witness~~, Randy Maugans,** has stated  the CIA MKULTRA programs use dream states of consciousness for sexual relations or conversely to attempt to assault/kill the Targeted Individual and/or in efforts to 'see the future' (Project Looking Glass). **~~(Exhibit 10)~~ [#121-10]**

224.  Upon information and belief Goode, Wilcock, and The Enterprise, participate in an intelligence program similar to CIA Project Looking Glass, with a focus on finding and locating people like Montalbano, who can accurately foresee future events via dream states.


**REMOTE FREQUENCY ASSAULTS BECOMING MORE COMMON IN THE NEWS AND LEGAL COALITIONS FORMED**

225.  Remote frequency assaults directed at the Targeted Individual's brain (and body) have become an increasing problem not only in America but in other countries as well, with the advances in modern day technologies and Artificial Intelligences:

a. American and Canadian diplomats in Cuba and China were likely hit with microwave weapons (DEW) during 2018.

Stieber, Z. (2018, September 3). Microwave Weapons' Eyed as Possible Source of Mystery Ailments for US Diplomats in Cuba. THE EPOCH TIMES. https://www.theepochtimes.com/microwave-weapons-eyed-as-possible-source-of-mystery-ailments-for-us-diplomats-in-cuba_2639950.html/amp

b. **Task Force EU Coalition** – seek to expose covert Neuro Weapons used against innocent people all over the planet and stop the associated gangstalking. Nils Melzer, The UN Special Rapporteur on Torture presented his findings on Mind Control to the 75th UN General Assembly on October 15, 2020. www.Cyber-Torture.com (United Nations Human Rights Office of the High Commission, Resolution 1985/33)

c. http://www.TargetTruth.org  is a **Colorado based organization** working to bring awareness about remote electronic assaults, gangstalking, and harassment performed in Colorado along with providing a support network for Targeted Individuals and seeking to educate lawyers and others in similar professions about the seriousness of the electronic weapons and remote electronic assaults and organized stalking.

d. ~~Patty Greer award winning crop circle researcher (believed to be a Colorado resident) and Directed Energy Weapon (DEW) victim and formerly privately contracted with GAIA, is believed  to have been DEW attack/assaulted during a live presentation of hers at a speaking event GAIA, where she was hit (remotely) with the weapon and fell to the ground and was unable to walk for at least a month.~~

e. http://www.getlambs.com is a company producing everyday clothing such as headwear and underwear to block neural and sexual organ remote electronic frequency assaults.

## UNITED STATES DEPARTMENT OF DEFENSE (DOD) – SENTIENT WORLD SIMULATION

226.　　The **US Department of Defense**; whom Mr. Goode worked for in the particular area of 'Civilian Network Connectiv~~ity~~ely' with radios, satellites, and antennas (remote frequency broadcast specialist) (¶ ~~30(e)~~ 25c); has a program called the "**Sentient World Simulation**." A program where every person (in the world) is equal to being a node in a **digital super computer Artificial Intelligence brain** and all people in the world can have their thoughts monitored and watched in real time on PC screens, via speeds of light (frequency) data  (bio and neural) uploads and downloads.

227.　　Montalbano believes Goode is still working with the DOD and currently with the Sentient World Simulation program to remotely collect and monitor Montalbano's neural and body data activity while awake and sleeping.

## SSP SCIENTIFIC SERVICES PROGRAM US ARMY

228.　　**The US Army has an SSP division, where SSP stands for Scientific Services Program**. The Scientific Services Program networks researchers and experimenters with funding for vast amounts of neuroscience (brain) research.

https://www.arl.army.mil/business/scientific-services-program/

229.　　Upon information and belief, Goode's SSP does not in fact stand for Secret Space Program, but is actually the US ARMY's Scientific Services Program (SSP).

## REMOTE NEURAL (DREAM STATE) VISITS AND WAKING STATE SIMILAR ACTS AND ACTIONS (2017 – current)

## MR AND MRS GOODE DREAM STATE VISITS

230.   In article published in 2017 it was scientifically proven by researchers from the Wisconsin Institute of Sleep and Consciousness that dreams are actual neural experiences and not confabulations created upon waking. (¶462)

231.   In article published February 21, 2021 it was scientifically proven that two-way communication between a sleeping person and an awake-experimenter occurred. (¶464)

232. Many examples of Goode visiting Montalbano in dream states (remote neural stalking) before he communicates directly with Montalbano in waking states in similar speech and keywords (organized stalking) are cited in the unrebutted Pre-Litigation Affidavit Complaint (PLAC) [38] first dated April 18, 2018.  The following are some examples:

   a. **On May 22, 2017** Goode used his astral projection, remote influencing, CIA MKULTRA training and abilities, and/or frequency based technologies to intimately visit Montalbano. Shortly thereafter, in waking states, Goode directly communicated with Montalbano via Facebook messenger to reinforce the sexual remote neural dream stalking stimulus with physical stimulus. (Empirical data collection) ~~**Exhibit 18**~~—([#121-18 at p38] PLAC at No. 3-23)

   b. Goode again romantically visited Montalbano December 15, 2017 in a Dream Vision where he married Montalbano. (aka 'The Marriage Dream') Highly decorated

---

[38] PLAC (77 pages) filed as exhibit with November 13, 2018 Amended Complaint by way of right and is filed with the Mesa CLERK AND RECORDER office with Reception #2843230 as of June 7, 2018.  The entire PLAC records will be filed this court record upon request.

military personnel were also present. Montalbano emailed this dream to Goode upon waking, **December 16, 2017,** and asked about it. Goode again communicated with Montalbano directly by email to reinforce the remote neural dream interactions with physical stimulus. (Empirical data collection) ~~**(Exhibit 18**~~ ([**#121-18 at p20, p42]** at No. 2-11 and No. 3-35)

233.    A few other examples of Goode's repeat dream visits to Montalbano during 2017 with the subsequent physical stalking stimulus are seen in the unrebutted Pre-Litigation Affidavit Complaint Amended, in the following examples:

a.   **3-15 PLAC** Angel and Christian Cards; ~~**(Exhibit 18**~~ ([**#121-18 at p35]** at No. 3-15)

On September 4, 2017 **Montalbano** shared with Goode by email a dream titled "Angel and Christian Cards, Energy imbued for C by me" (originally documented June 23, 2017). In the dream, **tarot and oracle cards** were given to Goode by Montalbano to energetically assist him and it was also semi-romantic and Mrs. Goode was also present. (i.e. two 'love interests')

On **September 4, 2017 Goode** tweeted his associate **Teresa Yanaro's** (Goode's attorney, Ms. Valerie Yanaros Wilde's sister and former marketing promoter of Goode's alien and dream narratives) did a **Tarot card deck pull** in her YouTube Vlog titled "Be in LOVE With Your Life" during the YouTube video she 'pulled' the **"Lovers" card** . . . **twice. . .**

b.   **3-20 PLAC** Comforting Goode ~~**(Exhibit 18)**~~ [**#121-18  at p37-38]**

**On August 11, 2017 at 7:00AM Montalbano** emailed a dream she just woke from, where she comforted **Goode**. He was **arguing with his wife** in the dream and he was also having conversation with 'counselor Troy' regarding his marriage.

**On August 11, 2017 at 8:24PM Goode** Facebook-tweeted "we arrived in Mammoth Lake, California! We are exhausted **and more than a bit on each other's nerves** after a full day in the car together. . "

c.   **3-30 PLAC**     Father and Son patch up differences (son); ~~(Exhibit 18)~~ [#121-18 at p41]
**On July 23, 2017 Montalbano** shared with Goode an email with a Dream Vision where Montalbano saw **a father and son patch up their differences.**

**On July 30, 2017 Goode** "synchronistically" alleged **patching up differences with his father** in a Teresa Yanaros YouTube video and stated respectively that he'd not spoken with his dad in 6 years and something happened and healing came along and they were speaking again.

d.   **3-40 PLAC**     'The Vatican Dream' Showing Married Man How I Pass Through Walls ~~(Exhibit 18)~~ [#121-18 at p43]

**On May 10, 2017 Montalbano** shared via email with Goode "the Vatican dream."  Montalbano demonstrated **to the married man (Goode)** how she passes through walls by rearranging her atoms, and demonstrated on a **black and white**



**mosaic square checkered wall**. In the dream Montalbano also demonstrated with a **sea shell** (water connection).

**ON JUNE 20, 2017 Goode,** being married to Mrs. Goode, tweeted a link to his YouTube Vlog showing his Solstice Pool Party (stimulus water connection with 'sea shell') and showed his **square black and white checkered pool lining** at his then Texas home. Goode was again with Teresa Yanaros, his lawyer's sister.

e.   **3-41 PLAC**    Living Mummy and Why Him ~~(Exhibit 18)~~ [#121-18 at p44]

On January 8, 2018 **Montalbano** shared via email a message, subject title: "a LIVING MUMMY discovered?" and email messaged Goode in response to his dream visit where he was troubled and asking Montalbano **"Why him?"** (remote neural stalking and empirical data collection)

On January 11,  2018 Goode **"synchronistically"** tweeted a link to an article he alleged "not" having read and that contained the key stimulus phrasing in section titled "Anger, Bargaining & Depression" and in paragraph one; **"Why me and Why now?"**
Tweet https://twitter.com/blueavians/status/951469525312114688

f.   **2-11 PLAC**    The Marriage Dream ~~(Exhibit 18)~~ [#121-18 at p20]

On December 16, 2017 **Montalbano** shared with Goode via email **"The Marriage Dream"** titled, "Off Dimension with Corey, Correct Dimension with Corey" and in it Montalbano **didn't know for sure if the dream took place off world or not.**

On January 12, 2018 Goode published his alleged "Mega Update" and **claimed his grand alien off world adventure** occurred on **December 16, 2017**.

234.    The above are only a few examples of Goode's ongoing romantic organized stimulus stalking of Montalbano notably seen during 2017, while he, Wilcock, their complicit associates and The Enterprise, were obtaining Montalbano's Intellectual Property for free.

235.    Current documented examples  of Goode's ongoing (dream/neural) visits to Montalbano during the course of litigation (2018 to current), are seen in the Affidavit & Tangible Dream Vision Trade Secret Evidence filed February 12, 2020 on the Mesa District Civil State Court Record showing 22 Dream Visions occurring during the course of litigation (June 2018 to Current) that included eight (8) from Goode's email box that he received during 2017 from Montalbano;

   a.    A notable Dream Vision (DV) was documented on March 18, 2019. In it Mr. Goode is calculating Montalbano's trust funds to determine how much he can sue Montalbano for in waking states. Eight (8) months later in waking states on November 20, 2019, Goode threatened to go after Montalbano's trust funds in his hate speech reply to a YouTube video Montalbano posted. **(Exhibit 19** —([#121-19] CG Trust Fund calculating) [39]

## MR AND MRS WILCOCK DREAM STATE VISITS

236.    David Wilcock used his dream and Remote Viewing abilities to visit Montalbano notably **on June 7, 2017** where he and his (then to be) wife, Elizabeth Wilcock, **visually showed Montalbano of their then coming 'secret wedding' and the colors of pink and reds and white sequins were seen in the dream.**  Montalbano was not told about

---

[39] Filed as exhibit BB - DV sample 17a and 18 Mesa Court Record February 12, 2020 – Dream Vision sample occurring during the course of litigation

this wedding in waking states by Wilcock, Goode, or others, prior the dream. This 'secret wedding' was later publicly revealed by Goode and Wilcock to be an actual event and that they generally kept the wedding secret from the public.

**There were pink and red-pinks as colors in their publicly shared wedding photos and sequins on Mrs. Wilcock's gown. (Wedding on October 14, 2017** https://divinecosmos.com/davids-blog/8094-david-wilcock-marriage-announcement-a-happy-life/ ). (mentioned in PLAC at 2-6) ~~(Exhibit 18)~~ [#121-18 at p17]

## GOODE, WILCOCK, THE ENTERPRISE, AND ASSOCIATES AWARE OF MONTLABANO'S ABILITIES

237.    Goode, Wilcock, The Enterprise, and their associates were aware of Montalbano's abilities to see thing in dreams (Dream Visions) before they occurred.  This knowledge was evidenced during Goode's August 2017 Eclipse of Disclosure public for profit speaking event. Goode's close associate (believed to be name Vivian Davis and his personal assistant at the time) used Montalbano's original Energetic Portal Design artwork on a slide titled "Modern Day Shamans." No remedy or attribution was given to Montalbano as the artist at any time. (~~Exhibit 20~~ ([#121-20] Shaman) [40]

238.    Goode and Wilcock have had training by CIA Remote Viewing and Remote Influencing professionals, to include Mr. Gerald O'Donnell. (in the 1980's O'Donnell was recruited by a Western European Intelligence Agency to join and counter remote view (sense) the fully-functional extrasensory perception unit of the Soviet KGB and GRU (Soviet Military Intelligence).  Retrieved https://probablefuture.com/about-gerald-odonnell/

---

[40] Filed as Exhibit AL Mesa Court Record March 25, 2019 – Montalbano's art on Shaman slide at CG event

239.   Goode claims working with Mr. O'Donnell since 1993.

240.   Montalbano had/has no special training in 'shamanic dream' matters, remote viewing, remote influencing, is not religious, and has never (knowingly) been in the military or CIA programs related to dreams or dream research (MKULTRA/MiLab/SSP/neural interfacing).

## MONTALBANO AWARE OF BEING DEFRAUDED

241.   Montalbano began to become aware of being defrauded by Goode and Wilcock of her valuable dream research around December 2017.

242.   Goode, Wilcock, The Enterprise, and/or their associates never complained about the content of Montalbano's emails (marriage, sexual, or otherwise), or printed dream journals while receiving the information for free and did not complain of 'stalking.' (2017)

243.   After December 2017, Goode and his associates began to hate cyberstalk and publicly and privately defame Montalbano as a criminal stalker and 'Dark Alliance' to third parties.

244.   Goode and his associates used Montalbano's private dream journal information, as a way to disparage Montalbano to other researchers in the same or similar trades and professions and destroy Montalbano's reputation as someone sexually amoral, stalking Goode.

## DUE PROCESS APRIL 2018 Pre Litigation Affidavit Complaint (PLAC)

245.   April 18, 2018 – June 7, 2018, Montalbano began Due Process of Law against Goode for remedy and protection of her Intellectual Property records and began serving what is referred to as the PLAC or Pre-Litigation Affidavit Complaint mailings, notarized affidavits with

certificates of service. ([#121-18] PLAC – April 18, 2018 – June 7, 2018 filed with Mesa CLERK AND RECORDER with reception  #2843230 dated June 7, 2018) (Exhibit 18)

246.     Montalbano USPS Certified Mail return receipt requested mail served Goode the first presumptive affidavit mailings on or about April 20, 2018 at both Goode's Broomfield business address (GES) and Gaia Inc, Headquarters.

247.     Weidner and Rysavy were USPS Certified Mail served [41]  Courtesy Copies of the PLAC noticing them of copyright infringement and the allegation against Goode and Wilcock for fraud, defamation, and organized stalking (Ruse De Guerre) in both sleep and waking states.

248.     The PLAC mailings were presumptive affidavits for Goode, or any lawful party on his behalf, to rebut or meet the allegations and shifted the burden of proof to being on Goode, should he fail to respond. (FRE 301 presumptions, and FRE 902 (4), (8), (10) self-authenticating documents / presumptions)

249.     Goode, or any lawful party on his behalf, failed to respond, rebut, or meet the PLAC presumptions. (April 18, 2018 – June 7, 2018)

250.     The unrebutted Pre-Litigation Affidavit Complaint (PLAC) mailings contained a compiled list of presumptive derivative works and/or fake news created by Goode, Wilcock, The Enterprise, and their associates during 2017 into early 2018 from Montalbano's emailed dream journal records.

251.     The unrebutted PLAC contained specific instances of presumptive romantic organized stalking by Goode, Wilcock, and their complicit Associates in both dream and waking states.

---

[41] Filed as exhibit P Mesa Court Record September 11, 2018 – USPS Certified Mail records

252.   The unrebutted PLAC cited instances of dream journal records Montalbano sent to Goode by email and the subsequent news article or event that Goode, Wilcock, or The Enterprise, broadcast, published, or internet posted with the same or similar content of Montalbano's emailed dream journal records.

253.   In the unrebutted PLAC Montalbano presumptively accused Goode, Wilcock, and their associates of Fraud, Theft, Defamation, IP theft, and Interference with a Prospective Business Relationship with GAIA.

254.   Montalbano presumptively claimed approximately $70,000 due in damages.(Exhibit 18) [#121-18 at p4-7, p11]

255.   Goode enlisted the counsel of Ms. Valerie Yanaros Wilde, Yanaros Law, P.C., around June 2018.

256.   Ms. Wilde, began to extort Montalbano by email, post mail, and phone, with threats of criminal lawsuits for alleged criminal stalking, a crime not committed by Montalbano.

257.   Montalbano filed the unrebutted presumptive and self-authenticating affidavit claims with the Mesa County Clerk and Recorder Office for use in litigation as evidence of unrebutted presumptive claims due for a default judgment in the Mesa Court. (Mesa CLERK AND RECORDER reception  #2843230 filed June 7, 2018)

258.   Flynn (Chief Judge, Mesa District Civil Court) ignored the self-authenticating PLAC records and Court Rules for Evidence in case 18CV50.

## FIVE (5) RETAILITORY LAWSUIT FILINGS BY GOODE AND WILDE

259.    Goode and Wilde retaliated against Montalbano with stalking charges for the PLAC mailings. (June 2018)

260.    Goode and Wilde avoided and evaded addressing the PLAC claims and only offered Montalbano criminal charges, for crimes not committed, as solutions; and for Montalbano to pay more money to Goode via extortion. (April 2018 to current)

### First Retaliatory Lawsuit Filing by Goode and Wilde

261. Wilde and Goode attempted a first stalking claim against Montalbano, about June 15, 2018, in the Broomfield Combined Courts, Broomfield, Colorado. This first effort was rejected by the Court, as they failed to meet the requirements.

### CASE 18CV50, Montalbano's First and Only Case Filing Against Goode

262.    Montalbano opened case 18CV50, June 25, 2018, in Mesa District Civil Court, seeking Declaratory and Injunctive relief.

263.    Chief Judge of Mesa County, Mr. Brian James Flynn, was assigned to case 18CV50.

264.    Brian James Flynn did not engage with case 18CV50 for over 5 months. (June 25, 2018 – November 27, 2018)

265.    Flynn did not address the Complaint(s) until over 9 months after filing. (May 14, 2019, case 18CV50 Mesa District Civil Court)

266. Montalbano endured ongoing extortion, defamation, and harassment both on and off multiple court records publicly and privately by Goode, Wilde, and their network of associates. (June 2018 – May 2019)

267. Flynn's second time to address the Complaint(s) was January 29, 2020 to dismiss the case. (Over 19 months after case filing of 18CV50 in Mesa District Civil Court)

268. Montalbano endured escalated extortion, hate campaigns, public defamation, and cyber harassment and smear campaigns both on and off court records by Goode, Wilde, and their network of complicit associates. (May 2019 – January 2020)

269. Goode proceeded pro se in case 18CV50 the entire case. (June 25, 2018 – September 15, 2020)

270. Goode did not enter Ms. Wilde (Texas base attorney) Pro Hac Vice into case 18CV50.

271. Goode did not enter Ms. Elizabeth Lorie (Florida based attorney) Pro Hac Vice into case 18CV50.

272. Flynn never ordered Goode to enter Ms. Wilde or Ms. Lorie Pro Hac Vice in case 18CV50.

273. Goode was served copies of all papers filed in case 18CV50 by Montalbano, and Montalbano attempted conferral with him Goode on motions and related matters. (June 2018 to September 2020)

274. Flynn never ordered the opposing party to confer on any motions or papers filed by Montalbano in case 18CV50. (June 2018 – September 2020)

### Second Retaliatory Filing by Goode and Wilde

275.    Wilde and Goode attempted and succeeded in filing a second (baseless) 'stalking' claim in the Broomfield Combined Courts, July 17, 2018 – August 6, 2018, case 18C103, alleging 'stalking' against Montalbano for the approximate 400 emails sent to Goode during 2017 containing Montalbano's copyrighted materials (IP) and for the presumptive PLAC mailings.

276.    Goode notably perjured himself on the Broomfield Combined Court Record, July 17, 2018, in his verified complaint, by stating he was not aware of his own life long stalking protection order from October 31, 2014. (Dkt. 26, Exhibit P) [#26-5]

277.    Case 18C103 was dismissed in Montalbano's favor, August 6, 2020.

278.    Montalbano informed Flynn in case 18CV50 of the baseless Broomfield Combined Court stalking case and of Goode perjuring himself.  Flynn did nothing.

### Third Retaliatory Filing by Goode and Wilde

279. August 13, 2018 Goode and Wilde 'removed' case 18CV50 to the Denver Federal Court. (1:18-cv-02060-RM-GPG)

280. Goode and Wilde did not tell Montalbano about the removal.

281. Wilde filed a fake complaint [42] on the Denver Federal Court Record. (1:18-cv-02060-RM-GPG, Dkt. 26) [#26-6]

282. Magistrate Gallagher issued dismissal recommendation orders calling Montalbano 'delusional' based on the fake complaint filed by Wilde. [#36-9]

283. Thereafter, Goode, Wilde, and their complicit associates used Magistrate Gallagher's "delusional" statement to further publicly defame Montalbano as someone with a mental disease in her trade and profession.

284. Montalbano informed Flynn in case 18CV50 of the fake complaint, defamation, and improper removal. Flynn did nothing.

285. Montalbano asked Flynn to sanction the opposing party. Flynn did nothing.

**Fourth Retaliatory Filing by Goode and Wilde**

286. Goode, and Wilde filed for a third baseless stalking protection order against Montalbano in the Broomfield Combined Courts March 11, 2020 case 20C32.

287. Goode again perjured himself on the Broomfield Combined Court Record (20C32), stating he was not aware of his own life long stalking protection order from October 31, 2014. (District Court Dallas County, Texas, Cause No. DC-14-04807)

288. Case 20C32 was administratively closed in Montalbano's favor, June 22, 2020.

---

[42] Fake complaint exhibit filed Mesa Court Record December 11, 2018 and again as Exhibit AT on August 2, 2019

289. Flynn was notified, March 19, 2020 in Objection to Goode's Attorney Fees in case 18CV50, of the third baseless criminal stalking case filing effort (Broomfield case 20C32). Flynn did nothing to stop the civil rights violations.

**Fifth Retaliatory (extortion) Filing by Goode and Wilde**

290. Goode, and Wilde, filed for a criminal <u>stalking and civil</u> RICO claim against Montalbano and other Defendants in the Denver Federal Court, March 17, 2020. (this instant case)

291. Montalbano informed Flynn of this new malicious case via the Mesa District Civil Court Record in case 18CV50, March 19, 2020 in Objections to Goode's Attorney Fees, and asked Flynn again to amend his erroneous January 29, 2020 dismissal orders and do his job. Flynn did nothing.

292. Flynn maintained his prejudiced and issued his second set of 'orders' on August 5, 2020 to deny Montalbano's her Constitutional Civil Rights a second time on the Court Record.

**<u>BRIAN JAMES FLYNN, CHIEF JUDGE MESA COUNTY,</u>**
**<u>CONSTITUTIONAL CIVIL RIGHTS VIOLATIONS DURING CASE 18CV50</u>**

293. Flynn overtly further denied Montalbano her Constitutional Civil Rights through denial of the following (unopposed) motions: ~~(Exhibit 24)~~ [#121-24]

    a. In May 14, 2019 'orders'   Flynn  - denied – "Motion to Claim and Exercize Constitutional Rights and Require the Presiding Judge to Rule upon the Motion and All Public Officers of the Court to Uphold Said Rights" (July 18, 2018)

b.  In August 5, 2020 'judgment orders' Flynn – denied – "Second Motion to Claim and Exercize Constitutional Rights and Require the Presiding Judge to Rule upon the Motion and All Public Officers of the Court to Uphold Said Rights" (Feb 12, 2020)

c.  In August 5, 2020 'judgment orders' Flynn – denied – "Motion Demand Court Read all Pleadings Plaintiff Files with this Court and Adhere to Constitutionally Compliant Case Law, and More Particularly the Bill of Rights in its Rulings" (Feb 12, 2020)

d.  In August 5, 2020 'judgment orders' Flynn maintained his opposition against the Constitutions and showed additional willful failure to follow the Judicial canons (RJD 2.11) that require him to recuse himself if he is prejudice with a clear 'bent of mind.' See - denied – "Motion to Recuse persuant CRCP 97" (Feb 12, 2020)

294.  Flynn denied Montalbano's her Constitutional Civil Rights for well over 2 years to have a Trial by Jury in case 18CV50 for matters involving Defamation and as is specifically preserved for Trial by Jury (not trial by Judge) in the Colorado State Constitution, Article II, Section 10.

295.  Flynn denied Montalbano's Civil Right to have a Trial by Jury for Civil matters in controversy exceeding twenty dollars. Montalbano's case had approximately $70,000 presumptively due. (Constitution of the United States of America, Bill of Rights, Article VII)

## FLYNN IGNORED WITNESSES /EXPERT TESTIMONY

296.  Flynn ignored multiple witnesses for case 18CV50 to include: Mr. Randy Maugans (expert MKULTRA witness), Christina Ferrante, and Steven Cambian.

297.    Flynn was notified in case 18CV50 of members in the general public, expected to be subpoenaed by Montalbano to testify, and that were also being defamed and harassed by Goode, Wilcock, and The Enterprise, to include defendants in this instant case Mr. Zavodnick, Mr. Weidner, Mr. High; and other parties not in this case. Flynn did nothing.

## FLYNN IGNORED ABUSE OF PROCESS AND EXTORTION

298.    Ms. Elizabeth Lorie (Goode and Wilcock's alleged Florida based attorney) harassed Montalbano's witness, Ms. Christina Ferrante (an individual publicly exposing Goode and Wilcock's public frauds with public records) on behalf of Goode and Wilcock. While  Ms. Lorie was extorting Ms. Ferrante by email, Lorie provided Ferrante with a fake law firm address for legal communication. (December 2019) (Exhibit 1) [121-1]

299.    Flynn was informed of Lorie providing a fake law firm address while harassing Ms. Ferrante.  Flynn did nothing.

300.    Flynn delayed and obstructed Montalbano's case, 18CV50 for over 2 years, and then imposed excessive fines against Montalbano in direct violation of Constitutional Law. (Colorado Constitution, Bill of Rights, sections 25 (Due Process); Constitution of the United States of America, Bill of Rights, Article V (due process) and Article VIII (excessive fines))

301.Flynn did not follow due process of law in case 18CV50 and did not require the opposing party to follow due process of law at any time. (June 2018 to September 2020)

## Alternative Remedy for Relief Sought by Montalbano 2018, 2019, 2020 Due to Flynn Failures in case 18CV50 – Police – TRO – Judicial Commission – Texas State Bar

302.     During case 18CV50, Montalbano spoke with the **Grand Junction police Department**, June 2019, seeking protection of her Constitutional Rights and to stop the ongoing cyber harassment, defamation, and cyberbullying by Goode and his associates. (Incident # 19-15191 and Incident #19-37060)  Montalbano was told she had to go through the Court to get injunctive relief.  The same Court Montalbano was already seeking relief in, via case 18CV50, and that Flynn was presiding over.

303.     During case 18CV50, Montalbano spoke with the Broomfield, **Colorado Police Department** Officers Pena and Pihlak by phone, June 2019, and the cyberstalking and cyberbullying division to have them stop Goode and his associates from harassing and defaming Montalbano and was told she had to go through the Court to get injunctive relief. (Incident# 19-351513) The same Court Montalbano was already seeking relief in, via case 18CV50, and that Flynn was presiding over.

304.     Montalbano **tried for a separate TRO protection order in the Mesa District Civil State Court**, for stalking against Goode, July 3, 2019, and was told by Judge Grattan it was more a harassment and defamation situation (not criminal level stalking). (Case 19C807) The very same issues Montalbano had been trying for months to get Flynn to issue Injunctive Relief for in case 18CV50.

305.     Montalbano again spoke with either the Grand Junction or Broomfield Police department, July 4, 2019. (Incident # 201938318) and was told she had to go through the Court to get

injunctive relief for harassment. The same Court Montalbano was already seeking relief in, via case 18CV50 for harassment, and that Flynn was presiding over.

306.     Montalbano contacted the **Colorado Commission on Judicial Discipline** on the following 3 occasions:  1) January 13, 2019   2) September 30, 2019  3) August 31, 2020; requesting Flynn be replaced for lack of interaction with case 18CV50 and Constitutional Civil Rights Violations.

307.     The Judicial Commission**, Mr. William Campbell,** did nothing about Flynn's ongoing failures to perform his judicial duties, incompetence, and prejudice against Montalbano.

308.     Montalbano filed complaints against Ms. Wilde (Goode's Texas based attorney) twice with the **Texas State Bar,** in efforts to get Wilde and Goode to follow due process of law in case 18CV50, the same case Flynn was expected to order (sanction) them to uphold Due Process of law. Flynn did nothing. (2019)

309.     **Montalbano wrote the Chief Executive of the Mesa District Civil Court,** Mr. William Slighter, informing him of Flynn's Constitutional Civil Rights Violations and asked him to remove Flynn as he was disqualified pursuant due process of law; and CRCP Rule 97 states it is the Chief Administrators job to replace disqualified judges. Slighter did nothing.

310.     Montalbano's case (18CV50) and claims have never been heard in Court in accordance with Due Process of Law because Brian James Flynn knowingly obstructed justice by violated his Oath of Office, and intentionally warring against the Constitutions.

311.    After June 25, 2018 case filing (18CV50), and after First Amended Complaint filing November 13, 2018 in the Mesa District Civil Court, many people in the public began to speak up about Goode, Wilcock, ~~GAIA,~~ and The Enterprise's frauds.

312.    Flynn did not permit Montalbano to amend the Complaint at any time after November 13, 2018 to conform the pleading with the vast amounts of evidence filed on the Mesa Court record and pursuant due process of law that requires a Judge to freely permit the amending of a complaint when justice so requires it.

313.    Flynn denied the following complaint amending efforts by Montalbano: February 2019, August 2019, and July 2020.

## COLORADO COURT OF APPEALS VIOLATIONS

314. Montalbano appealed case 18CV50 to the Colorado Court of Appeals pursuant Court of Appeal Rules, October 14, 2020. (2020CA1775)

315. Three Judges, Mr. Matthew Grove, Ms. Christina F. Gomez, and Ms. Diana Terry, denied a timely filed appeal 'with prejudice' and supported Flynn in his civil rights violations against Montalbano, sought to conceal them, and violated their Oath of Office. (perjury)

## TWO TROJAN NETWORK HACKS TO MONTALBANO'S HOME NETWORK

316.    Montalbano's home internet network was Trojan hacked on two separate occasions and both coincided with after Goode was emailed for conferral regarding Amending of the State Court Complaint in case 18CV50.

A. **August 9, 2019** – Montalbano's Home WiFi Network was Trojan hacked the first time and Montalbano's mother's cell phone was completely destroyed along with all information and photos and Montalbano's mother had to purchase a new cell phone.

B. Montalbano foresaw the first Trojan Hack in a dream about a week prior.

C. **About July 2020** – Montalbano's home network was Trojan hacked a second time. The network security company informed the Montalbano's that over 1,000 efforts were being made to hack into the home network, 'normal' hacks are maybe around 100 tries at one time. The attacker typed "Fuck You" when they were being stopped from entering the system.

D. The Montalbano's home WiFi network has never been hacked at any time, up until Montalbano dealing with Goode and Wilcock's public frauds.

317.    Montalbano now states the following causes of action against the following people:

# VI.    CAUSES OF ACTION CLAIM COUNTS

## CLAIM 1

### (1)  RICO 18 USC 1961

### (The Enterprise, Public Servants)

318.    In a RICO claim it has been established that the following four elements must be shown

>    (1) Conduct

>    (2) Of an Enterprise

>    (3) Through a Pattern

(4) Of Racketeering Activity

319.    **The Enterprise is as follows:**  James Corey Goode, GES, LIGHT WARRIOR LEGAL FUND, David Wilcock, WILCOCK FOUNDATION, ~~GAIA, Jirka Rysavy, Brad Warkins, Kiersten Medvedich,~~ Valerie Yanaros Wilde, Elizabeth Lorie, Brian James Flynn, unknown John and Jane Does, and unknown Corporate Entities.

320.    The **"Public Servants"** helping The Enterprise are as follows: Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, Christina Gomez, Valerie Yanaros Wilde, and Elizabeth Lorie. Hereafter "Public Servants"

321.    Goode, Wilcock, their associates, and The Enterprise have a pattern of racketeering through using their public: alien, dream psychic claims, stalking, and 'dark alliance' narratives (that are fake news (fraud)) and false public claims of being poor, to launder money via receiving donations and making for profit sales of products based on their knowingly false pretenses. Montalbano believed their fake news, alien, dream psychic claims and related narratives notably 2016-2017 and was defrauded of vast amounts of Intellectual Property and rare Trade Secret dream research records via donation. Montalbano also donated money to The Enterprises various donation schemes and paid to attend their public for profit speaking events while believing their fake news narratives as true, because they publicly claim they are true. (Claims: 2, 3, 4, 5, 7, 8, 9, and 11; and see [#121-2, #121-4, #121-5, #121-7])

322.    Goode, Wilcock, their associates, and The Enterprise have a pattern of soliciting the general public for involuntary servitude via remote neural mind control (MKULTRA) broadcasts that targets the sleep states of consciousness and they falsely present these dream

state neural interfacings as 'alien' or 'spiritual' experiences. (Claims: 6 and 12; and [#121-3, #121-6, #121-19])

323.   After Goode, Wilcock and their associates, obtained Montalbano's money, time, and private (Intellectual) property for free, they then used their same public narrative frauds and schemes as a way to defame, harass, and destroy Montalbano's personal life, business, and reputation by now saying Montalbano was a stalker and part of their fantasy 'dark alliance' in order to maintain their public fraud, theft, laundered money, and unlawful use of Montalbano's Intellectual Property as their own and as part of their unlawful Racketeering activities. (Claims: 7, 8, 9, 10 and 13; and [#121-2, #121-18, #121-20, #121-21,  #121-22])

324.   The Enterprise has a pattern of stealing and/or using legitimate researchers' work in the same or similar trades and professions as Goode and Wilcock and then destroying the real researchers' public reputations, like Montalbano's. (Claims 2, 3, 10, 13, and 14; and ¶325)

325.   Goode, Wilcock, their associates, and The Enterprise used their public frauds to destroy Montalbano's reputation as a legitimate dream researcher in the same trade and profession as Goode and Wilcock to hundreds of thousands of people in the general public, who still believe their fake news and alien dream claims are true. (Claims 2, 3, 4, 5, 7, 10, 11, 13, 14 and 19; and [#121-21])

326.   Goode and Wilde abused the legal system, June 2018 to current, to repeatedly threaten and extort Montalbano to be silent and drop charges. The other Public Servants participated in this extortion through their willful failure to stop the ongoing racketeering acts, defamation, fraud, theft, harassment, abuse of process, and malicious prosecutions, since

June 2018 to current, in direct violation of their Oath of Office and sworn duties, and even overtly denied Montalbano her Constitutional Rights and Due Process of Law on multiple Court records.(Claims: 10, 11, 13, 14, 15, 16, 17, 18, 20 and 21; and [#121-21, #121-24])

327.    Montalbano incorporates the General Allegations in ¶¶1- ~~313~~ 287 by reference as evidence of (1) Conduct (2) Of an Enterprise (3) Through a Pattern (4) Of Racketeering Activity.

328.    Montalbano incorporates all 22 Claims by reference as evidence of (1) Conduct (2) Of an Enterprise (3) Through a Pattern (4) Of Racketeering Activity.

## DAMAGES AND INJUNCTIVE RELIEF

329.    Based upon the facts of all ~~Twnety~~ Twenty-Two (22) Claims and upon the foregoing act of  RICO and Racketeering of Corrupt Organizations; Montalbano believes she is entitled to recover:

   a.  Actual damages: from Goode and Wilcock for Event fees, travel expenses, donations, subscription to program fees (Cosmic Disclosure), and unrebutted PLAC agreement damages of $68,012, for unlawful and illicit use of Montalbano's Intellectual Property and Trade Secret IP within their Racketeering activities.

   b.  Consequential damages: compensation for loss of business investments, loss of business growth, loss of reputation, loss of investments to private contractors that fell through due to The Enterprises' ongoing racketeering acts, and loss of time since April 2018 due to having to litigating the claims and dealing with multiple malicious prosecution cases.

   c.  Non-economic damages (for mental suffering),

    **d.**   Attorney/legal fees: <u>to include all costs of this and related malicious lawsuits since June</u> <u>2018, actual fees, court fees, false judgment fees $116,600, self-help fees, and all legal</u> <u>mailing expenses since April 2018, and compensation from Goode/GES as acquiescenced</u> <u>to by them specifically for Montalbano's time spent in self-representation since</u> <u>April 18, 2018 and as cited in the unrebutted PLAC agreements at a rate of $150/hr</u> <u>should Montalbano have to litigate the claims.</u> **[#121-18 at p4]**

   **e.**  ~~and~~ Punitive damages for malicious intent

   **f.**  <u>Treble damages for fraud by The Enterprise</u> and any other relief the Court deems just.

==**COUNT 2**==

(2)  ==**FRAUDULENT MISREPRESENATION (FRAUD) Common Law**==

**(The Enterprise)**

**330.**   Montalbano incorporates the General Allegations in ¶¶1 ~~313~~ 287  by reference.

Montalbano, a resident of Mesa County, Colorado, relied on Goode and Wilcock's public claims as being true like millions of other people in the general public, and as first seen on the Cosmic Disclosure show broadcast by GAIA and also via other print and broadcast mediums notably to include the internet and books. The Enterprise made false representations of facts that were material and they knew they were false. Montalbano's reliance on these facts were justified and this reliance caused injuries, damages, and losses to Montalbano.

**331.**   Montalbano incorporates by reference all 22 Claims as evidence of fraudulent misrepresentations that caused injuries, damages, and loss to Montalbano.

**Montalbano learned the claims by Goode and Wilcock were not true when:**

332.    Goode, Wilcock, The Enterprise, and their associates (mis)used Montalbano's Intellectual Property and associated dream research as their own experiences and/or information in their print and broadcast materials to include use on Cosmic Disclosure (broadcast) and the internet and books (print and broadcast). (¶¶113-126; ¶¶200-228;and Claims 4, 5, 7, 8, and 9)

333.    When: Goode and Wilde began to extort Montalbano with stalking charges mid-June 2018 and provided fabricated evidence for the Broomfield Combined Court Record to obtain a fraudulent Temporary Protection Order (TRO) July 17, 2018 and refused to negotiate any moral solutions in any way that fit with the facts and evidence. (2018 to current)

(¶¶229-285; Claims 16, 17, 18, and 20)

334.    When: After Goode and Wilde repeatedly lost their baseless stalking claims on three separate occasion, Goode and his complicit associates publicly and maliciously continued to defame Montalbano as a stalker and someone sexually amoral to hundreds of thousands of people in the general public and refused to stop defaming Montalbano as a criminal stalker when asked (2018 to current). (¶¶229-285; Claims 10, 16, 17, 18, and 20)

335.    When: Goode began to publicly defame Montalbano as "Dark Alliance" after obtaining vast amounts of Montalbano's Intellectual Property for free, and after Montalbano wanted remedy and attribution for her work. (2018-current) (~~Exhibit 21~~ [#121-21] Defamation) [43]

(Claims 7, 8, 9, 10, 14, 16, 17, 18, and 20)

---

[43] Many defamation exhibits were filed on the Mesa Court Record all during case 18CV50 seeking injunctive relief to include Exhibits:   AM, AO, AP, March 25, 2019;   AS, AU, AW, AY August 2, 2019;  AZ September 9, 2019; CC March 19, 2020;  and  CL, CM, CN, CO, CP filed July 20, 2020.

336.    Flynn was aware of the defamation and fraudulent misrepresentations occurring against Montalbano all during case 18CV50. Flynn did nothing and thereby participated in it.[44]

(Claims 14, 15, 16, 17, 18, 20, and 21)

337.    Montalbano knew Goode was not love and light based or trying to bring unity to the consciousness community (as he publicly claims), after enduring over 2.5 years of his ongoing organized cyberstalking, defamation, cyberbullying, harassment and extortion activities and Goode refusing to stop and instead escalated hate speech against Montalbano, when Montalbano has never retaliated publicly or privately. ~~(Exhibit 21)~~ [#121-21]

(Claims 10, 12, 13, 14, 15, 16, 17, 18, 19 and 20)

338.    Montalbano knew Goode and Wilcock were not legitimate dream researchers or dream teachers after Montalbano had delivered vast amounts of her Trade Secret IP dream journal records with thousands of pages of evidence of Montalbano's accurate dream foreseeing abilities, and Goode and his associates chose to publicly defame and extort Montalbano ~~(Exhibit 21 (~~ [#121-21 at p3] Reddit screenshot taken March 20, 2019) for stating she foresees the future in dreams, when all the records in Goode's email box attest to this as fact.

(Claims 7 and 8)

339.    When: Goode and/or Wilcock failed to provided evidence publicly that either of them are legitimate dream psychics, dream teachers, and/or alien contactees as claimed.

340.    Montalbano knew Goode and Wilcock's alien and dream teachings were false, when Montalbano learned about the related declassified CIA MKULTRA records and compared

---

[44] Id. at ~~43~~41. Mesa exhibits of defamation.

those records with her dream journal (Dream Vision) records and with Goode and Wilcock's massive amounts of dream visits and found these records and imagery matched how the programs operate.

341.     Montalbano further learned Goode was a fake CIA MKULTRA whistleblower when Montalbano began communication with Mr. Randy Maugans (Expert MKULTRA program experiencer and witness) who explained to Montalbano that her Dream Visions had a lot of MKULTRA symbology and codec in them and that the CIA MKULTRA programs use dream states for sexual encounters as well as murder efforts. **(Exhibit 10)** [#121-10]

### **Knowingly False Public Statements by Corey Goode about Alyssa Montalbano**

342.     Goode and The Enterprise knew their public statements about Montalbano being a 'stalker' were false when Goode and Wilde repeatedly lost their Bromfield Combined Court stalking cases even with fabricated evidence and perjury on 3 separate occasions.

(¶¶229-285; Claims 16, 17 and 18)

343.     Goode knew his "Dark Alliance" defamation of Montalbano was false as Montalbano has never threatened him, his family, or any of his associates at any time (publicly or privately).

344.     Goode knew his defamation of Montalbano as being 'crazy,' 'delusional,' or otherwise 'insane' for dream foreseeing were false because Montalbano sent vast amounts of Dream Vision records (dream journal) evidence to him (Dec 2016 to current) showing her abilities are based on tangible records, facts, and evidence and Goode and his associates were well aware of Montalbano's abilities since at least August 2017. **(Exhibit 20)** [#121-20] (Claims 7, 8 and 9)

**<u>False Dream Prophet and False Dream Teacher - David Wilcock -</u>**

**345.**     Montalbano learned David Wilcock was a fraud dream prophet, fraud psychic, fraud dream teacher, and regularly unlawfully used other researchers' work as his own when:

**A. March 7, 2019** YouTube channel, unSpirituality, posted video "Linda Moulton Howe EXPOSES David Wilcock" with a clip from public figure Linda Moulton Howe's YouTube channel Earthfiles, where Ms. Howe exposed that David Wilcock stole her legitimate secret insider information and research, and presented it as thought his own on his own YouTube channel. Ms. Howe reported Wilcock to YouTube and Wilcock's video was struck for copyright infringement.[45]

**B.** When: **April 19, 2019** YouTube channel, unSpirituality, posted video "David Wilcock EXPOSED – The Smoking Gun" and played an audio recording believed to be Wilcock calling in to the Art Bell Radio show, fraudulently claiming he was from the year 2072 (time traveler) saying he worked for the President at Area 51, is the reincarnation of Edgar Cayce, and 'predicted' a bunch of disasters for around 1999 and 2000 that never occurred.

On September 25, 2019, Steven Cambian, did a voice analysis (similar to what is used by police) to determine the voice was David Wilcock and posted it in YouTube video titled "SHOCKING PROOF of David Wilcock on Art Bell Show – VOICE ANALYSIS."

**C.** When: news reporter Mr. Daniel James posted to YouTube, **December 13, 2019**, video titled, "Threats, Intimidation & New Age MADNESS" and played

---

[45] Exhibit CT was filed on the Mesa Court Record July 20, 2020 showing this public problem with Wilcock

Mr. Wilcock crying on a radio show in 2011 worried he'd be narcohypnotized then played Wilcock in 2019 on Edge of Wonder YouTube channel stating he was never threatened.[46]

**D.** On **April 7, 2020,** 'Occult Priestess,' stated that David Wilcock told her at a 2017 New Year's Eve party he no longer had visions (dream visions) and that he leaves that to Corey Goode.  ~~**(Exhibit 22**~~ — (**[#121-22]** DW no more dream visions) [47]

**E.** When many other people in the consciousness community also began exposing Wilcock's many and ongoing failed dream predictions. To include news reporter Dark Journalist Tweet posting on **April 22, 2020** pointing out another Wilcock failed prediction of "3 days of Darkness" [48]

**F.** When Mr. Steven Cambian on his YouTube channel, Truthseekers, posted "Truthseekers Episode 0006 : "David Wilcock and a box of dildos." **June 26, 2020** and exposed: [49]

(i.) David Wilcock had been fraudulently claiming he's the famous dream psychic Edgar Cayce reincarnated. Mr. Cambian contacted the Edgar Cayce Foundation and found out that they have a test (as many people claim to be Mr. Cayce) and that Mr. Wilcock took the test and failed, and that Cayce's family has told Wilcock to stop publicly claiming he's Mr. Cayce reincarnated and Wilcock has not stopped. (Time Stamps 4:00 – 7:00)

---

[46] Id at ~~21~~-20. Mesa exhibit BU
[47] Id at ~~45~~-43. Mesa exhibit CT
[48] Id at ~~45~~-43. Mesa exhibit CT
[49] Id at ~~45~~-43. Mesa exhibit CT

(ii.)     That David Wilcock has thousands of failed predictions documented online and that one of Mr. Wilcock's SSP 'whistleblowers' is said to be a convicted child molester.  (Time Stamps 7:00 – 12:00)

(iii.)     That David Wilcock's books are about 50% to 60% copy and pasted works when checked with plagiarism checkers.(Time Stamps 16:30 – 17:30)

G. When Ms. Christina Ferrante started a YouTube channel, Stina Maria, exposing Goode, Wilcock, The Enterprise, and their associates ongoing false statements with public records, and exposed that Wilcock is not poor (as he publicly claims) and ~~in fact~~ own two million dollar homes, one in Colorado and one in California and that he started a 501c3 to receive 'money' without paying taxes. ~~(Exhibit 7   at p7 of 20)~~ **[#121-7 at p6]**

H. When MJ Banias wrote an article exposing that Wilcock claims he is not a religious teacher, yet he opened a 501c3 corporation and checked the box that it was for his religious organization and that he profiteers on national disasters. ~~(Exhibit 7 at 3 of 20)~~ **[#121-7 at p3]**

I. Montalbano learned, April 25, 2019, that Wilcock's alleged number one whistleblower, Pete Peterson, was a complete fraud; and that Montalbano donated money to a Go Fund Me fund raiser scam promoted by Goode and Wilcock during 2017; when Steven Cambian posted to his YouTube channel, "The Midnight Hour (0013) Pete Peterson & David Wilcock gofundme investigation" Mr. Cambian investigated David Wilcock's then number one 'whistleblower' (before Goode came

along) Pete Peterson (since deceased), who was also seen on the Cosmic Disclosure show. Mr. Cambian discovered Mr. Peterson's entire resume background was completely fabricated and Wilcock's donation fund raiser for Peterson was based on completely false statements and made up stories by Wilcock when what actually happened was a standard home foreclosure. Wilcock and The Enterprise raked in about $55,000 in illicit donations.  It is unknown where the donations actually went. (~~Exhibit  2~~ ([#121-2 at p15-24] Pete Peterson GoFundMe scam) (Mr. Cambian is willing to testify)

346.    Mr. Peterson was further exposed as a fraud by his former employer, Mr. Jay Weidner, on his REALiTY CHeCK YouTube channel.

347.    Mr. Peterson was also cited as one of Mr. Goode's associates 'synchronistically' disseminating bits of Ms. Montalbano's Dream Vision information as his own on Cosmic Disclosure, during 2017. (Cosmic Disclosure S7E31) (~~Exhibit 18~~ [#121-18 at p40] PLAC at 3-27)

348.    Upon information and belief, David Wilcock and Elizabeth Wilcock, started their non-profit WILCOCK FOUNDATION to launder money obtained from their ongoing illicit donation schemes to avoid paying taxes. (Claim 11)

349.    More of these instances of donation frauds and schemes by the Wilcock's are likely to be seen in the discovery phases.

**False Whistleblower Claims (Goode)**

350.     Montalbano learned Goode, was a fraud whistleblower when his former employer at Gaia Inc, Mr. Jay Weidner, began to publicly speak up starting May 8, 2019 on his YouTube channel, REALiTY CHeCK, and stated Goode also used his film stories as part of his alien narratives in the Comic Disclosure show.

351.     Montalbano further learned Goode's claims of being in the Secret Space Program 20 and Back was more plagiarized work when she learned of Michael and Stephanie Relfe who were the actual whistleblowers and made the information available for free to the public in their published internet books around 2000, via the website http://TheMarsRecords.com/ and have publicly stated that Goode plagiarized their work and experiences.[50]

352.     Montalbano learned via watching Bill Ryan's YouTube Channel, AlphaZebra, that Goode extensively data mined the ProjectAvalon.net internet community of spiritual seekers, experiencers, and legitimate whistleblower members for their stories, insider experiences, and testimonies, just prior Goode contracting with GAIA and co-hosting Cosmic Disclosure with David Wilcock.[51]

353.     Montalbano learned that Goode regularly extorts others to prevent witnesses from talking, when Ms. Yvonne Palermo spoke up on REALiTY CHeCK YouTube channels showing that Mr. Corey Goode and Mrs. Stacy Goode threatened her by email with kidnapping and murder for exposing them.

---

[50] Filed as exhibit V Mesa Court Record January 30, 2019 – Bill Ryan YT and Relfe's say CG plagiarized their 20 and back experience as his own.
[51] Id. at 50 48. Mesa exhibit V

354.   Montalbano learned that Goode regularly extorts others, <u>like Montalbano</u> who question his public narratives with lawsuits when Montalbano saw Dark Journalist's (Daniel Liszt) Facebook post dated August 17, 2017.

https://www.facebook.com/DarkJournalist/posts/breaking-news-corey-goode-has-recently-made-paranoid-claims-about-being-threaten/1498682610178701/

355.   Montalbano learned that Goode, Wilcock, Wilde, and Lorie regularly extort legitimate researchers, like Montalbano, in the same or similar professions as Goode and Wilcock, or those publicly exposing their racketeering activities, when others publicly showed (via the internet) that they also received threats or legal extortion letters from Ms. Wilde and/or Ms. Lorie ordering them to cease and desist exposing Goode and Wilcock's deceptive trade practices or else lawsuits would be opened against them to include (but not limited to):

[121-7 at p3, p6-8]

    A.  Mr. Weidner (former employer)

    B.  Jason Rice (alleged SSP whistleblower)

    C.  Jimmy Church (radio show host) and his wife

    D.  Richard Dolan (public speaker)  and his wife

    E.  Joe from the Carolinas (YouTube show host)

    F.  CW Chanter (aka Benjamin Zavodnick) (YouTube show host)

    G.  Christina Ferrante (YouTube show host)

    H.  Cliff High (Public speaker)

    I.  Dark Journalist (Daniel Liszt) (news reporter)

    J.  MJ Banias (news reporter) **(Exhibit 7** at 8 of 20)

    K.  Patty Greer (Crop circle researcher and public speaker)

356.     More of these instances of fraud and extortion by The Enterprise and complicit associates are likely to be seen in the discovery phases.

### ~~GAIA INC Jirka Rysavy, Brad Warkins, Kiersten Medvedich; Providing~~ Multiple Fraud Whistleblowers via Cosmic Disclosure show

357.     Montalbano learned GAIA has a pattern of ~~providing the public with~~ streaming fraud 'secret insiders', and fraud whistleblowers, via Cosmic Disclosure ~~and shunning legitimate researchers and work~~ when:

   **A.** David Wilcock was publicly exposed as a fraud (¶~~335~~ 315)

   **B.** Corey Goode alleged whistleblower found by Wilcock, was publicly exposed as a fraud. (¶¶~~340-346~~ 320-326)

   **C.** Pete Peterson, alleged whistleblower found by Wilcock, was publicly exposed as a fraud. (¶~~335~~ 315 I; ¶~~336~~ 316; ¶518C)

   **D.** Jason Rice was publicly exposed as a fraud (also seen on Cosmic Disclosure) by:

      **a.** YouTuber 'Joe from the Carolinas' on channel, Beyond Theory, posted "Jason Rice-Polygraph PROBLEMS!? LATEST Secret Space Program Insider Evaluation", published October 5, 2018, and exposed that Rice's polygraph examiner, Brian Hall, was lying about being accredited by the APA (American Polygraph Association) as Joe contacted the APA and requested records and was informed Hall was not certified or listed with them. (around 6min to 8min time stamps) Hall administered the 'polygraph test' on Rice to 'supposedly' validate Rice was a legitimate Secret Space Program experiencer and Intuitive Empath telling the truth. This was

performed for GAIA for the Cosmic Disclosure series and GAIA promoted the fraudulent polygraph test as legitimate.

**E.**   Emery Smith, <u>alleged whistleblower found by Wilcock,</u> was publicly exposed as a fraud. Upon information and belief, Emery Smith is currently the main 'secret insider' for the Cosmic Disclosure shows that are still being produced and broadcast via GAIA. Montalbano knew Smith was a fraud when:

(i.)   When YouTuber channel, The Pursuit of Happiness, showed Smith's lawsuit for other deceptive trade practices within his own companies. (video since removed) (Filing # 28894585 IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA)

(ii.)   When Smith's main 'secret insider' photo of him working in the alleged 'labs' was revealed to be a stock lab photo available online and his image was copy and pasted over the top of the stock photo, to look like he was a lab technician. http://projectavalon.net/forum4/showthread.php?101752-Cosmic-Disclosure-s-EMERY-SMITH-is-a-hoaxer./page9(~~Exhibit 23~~([#121-23]- ES Fake Lab Photo)

(iii.)   When Smith's girlfriend's father, John, began a YouTube channel, Points on the Curve, talking about Smith's financial and otherwise scams with David Wilcock and arrest records. (2020)

**358.**   <u>David Wilcock and </u>GAIA, ~~Mr. Rysavy, Mr. Warkins, Ms. Medvedich, and Mr. Weidner,~~ had a moral responsibility and ethical obligation to the general public to ensure they are/were

finding/providing and contracting honorable and legitimate researchers and whistleblowers and not ~~knowingly providing~~ frauds. ~~(FCC regulations Section 201(b) Communication Act)~~

359.    GAIA and its corporate officers (Rysavy, Warkins, Medvedich, Weidner) failed to properly vet or look into the backgrounds of Goode, Wilcock, Peterson, Smith, and Rice, and/or knowingly failed to verify that any of these individuals were actual legitimate researchers, 'insiders,' or 'whistleblowers' and negligently contributed to ~~have made themselves a party to massive public fraud and~~ the resultant damages to Montalbano.

360.    ~~GAIA and its corporate officers (Rysavy, Warkins, Medvedich, Weidner)~~ Goode and Wilcock knowingly broadcast fake news via Cosmic Disclosure and presented it as if true and did not state it was fiction.~~, in direct violation of FCC rules, against knowingly broadcasting false information that causes substantial harm to the public.~~

361.    ~~GAIA also has a pattern of shunning or misusing legitimate researchers work. Montalbano learned about this problem when:~~

   **A.**    ~~GAIA did not work with Montalbano even after they knew Montalbano's dream research was legitimate, via the 126 page document emailed to Ms. Medvedich (2017) and after Mr. Weidner (2017) told Montalbano she was legitimate and that they would be working with her on two separate occasions, then no employment of any kind occurred with GAIA and The Enterprise continued to promote Goode and Wilcock's dream and alien narrative frauds.~~

   **B.**    ~~When Patty Greer spoke up publicly about her award winning and legitimate crop circle research being hidden by GAIA and about problems with receiving her GAIA contracted~~

~~monies, and other contract problems, along with stating she believed GAIA was a CIA front involved in many illicit activities.~~

~~C.   When Mark McCandlish (aerospace illustrator), told Montalbano GAIA misused his testimony about a Secret Space Vehicle to promote Goode's public alien fraud and other fraud narratives on Cosmic Disclosure (Season7,Episode18) and that this (mis)use was not made clear to Mr. McCandlish while contracting his testimony with GAIA.~~

362.    'Judge' Flynn was notified in case 18CV50 of these ongoing public frauds and schemes and Flynn did nothing. (June 2018 – September 2020)

363.    Flynn made himself a knowing and willing part of The Enterprise and their fraudulent misrepresentations through his willful and repeated failures to faithfully perform his judicial duties in case 18CV50 and knowing failure to stop civil-criminal acts.

~~364.    More of these instances of fraud whistleblowers or abuse of legitimate researchers' work in the Cosmic Disclosure shows and via GAIA are likely to be seen in the discovery phases.~~

## LAWSUITS AND DEFAMATION FOR DONATIONS (Goode, Wilcock, Wilde, Lorie)

365.    Goode, Wilcock, Wilde, and Lorie, participate in legal extortion (color of official right) to gain Goode and Wilcock public fame, notoriety, new followers, and to promote their knowingly fraudulent "Dark Alliance" and 'stalker' misrepresentations to obtain illicit donations (money laundering) from the public. (~~Exhibit 2~~ ([#121-2] Light Warrior Legal Fund LLC)

366.    Goode started the for-profit, Light Warrior Legal Fund LLC, to launder money people donate under the false pretext of donating to fight the 'dark alliance'. ~~(Exhibit 2)~~ [#121-2]

367.    Goode knowingly fraudulently states people like Montalbano are "Dark Forces" and "Dark Alliance" in order to garner illicit donations from potentially hundreds and even thousands of people in the general public to pay for Goode, Wilcock, Wilde, and Lorie's ongoing Civil Rights Violations and extortion of Montalbano, witnesses, and other valid researchers. ~~(Exhibits 1, 2, and 21)~~ [#121-1,  #121-2,  #121-21]

368.    Wilcock promotes Goode's deceptions and extortion practices as true and also asks for donations of the general public to support The Enterprise's money laundering schemes.

369.    Goode and The Enterprise, have used these fraudulent misrepresentations to destroy the reputation, business, and life of Ms. Montalbano. (2018 to current)

370.    Goode has regularly used lawsuits as a way to garner donations off of the public since as early as 2012.[52]

## DAMAGES AND REMEDIES

371.    As a result of Goode and Wilcock's fraudulent misrepresentations and the promotion of the fraudulent misrepresentations by The Enterprise and Montalbano's reliance on these fraudulent misrepresentations as being true; Montalbano was damaged; initially through delivering vast amounts of her original Intellectual Property and legitimate Trade Secret IP

---

[52] Exhibit of Goode's Facebook post from 2012 requesting donations for a lawsuit, filed as Exhibit CI Mesa Court Record July 20, 2020

dream research and materials to Goode and then via dealing with enormous amounts of harassment both in and out of the Court systems. (2017 to current)

372.    Montalbano has lost professional and personal relationships, financial investments, private contractors, business opportunities, mutual friends and associates, and has suffered ongoing embarrassment, anxiety, and severe emotional distress from these fraudulent misrepresentations and extortion tactics.

373.    Based upon the facts of ~~in~~ all 22 claims, Montalbano believes she is entitled to recover compensatory damages based upon the foregoing act of Fraudulent Misrepresentation to recover loss of business investments and growth since 2017 due to the fraudulent misrepresentations, recovery of all event fees and related services paid for by Montalbano while believing in The Enterprise's frauds, recovery of donated money, compensation for donated Intellectual Property, recovery of all costs involved with investigating The Enterprise's fraud to include compensatory damages for time researching it (April 2018 to current), and legal expenses to include compensation for time spent litigating and actual damages incurred from defending against multiple vexatious and fraudulent cases; ~~to include actual damages, consequential damages, non-economic damages (for mental suffering), and punitive damages for malicious intent~~ and any other relief the Court deems just.

## COUNT 3
### (3)   Violation of the Colorado Consumer Protection Act (CCPA)
### C.R.S. §6-1-101, et seq.
#### C.R.C.P. Rule 9(b)
#### (The Enterprise)

374.    Montalbano incorporates the General Allegations in ¶¶1 ~~313~~ 287 by reference.

375.     The Enterprise has engaged in unfair and deceptive trade practices. These deceptions occurred during the course of their regular business practices and significantly impacts the public, even into the millions of both actual and potential consumers. **[#121-7]** Montalbano has suffered injury in fact to legally protected interests (Intellectual Property) along with other damages. (Claims 1, 2, 4, 5, 7, 8, 9, 10, 11, 14 and 22) (in particular & not limited to C.R.S. 6-1-105(1)(h) – Disparages the goods and services of another)

376.     Goode, Wilcock, their ~~and his~~ associates ~~(believed to work for~~ and The Enterprise~~)~~ have disparaged the goods, services, property, and business of Montalbano by making false and misleading representation of facts and knowingly misleading statements of fact concerning Montalbano and have disparaged her character, legitimate dream research, and work. (2017 – ~~2020~~ to Current) (Claims: 1, 2, 4, 5, 10, 14, 16, 17, 18, 19 and 20)

377.     Montalbano incorporates by reference all 22 Claims as evidence of violation of the Colorado Consumer Protection Act.

## **FRAUDULENT MISREPRESENTATIONS IMPACT MILLIONS OF PEOPLE'S LIVES**

378.     The fraudulent misrepresentations by the Goode, Wilcock, The Enterprise, and their network of associates significantly impact millions of people's lives in the general public who are regularly and repeatedly divested of their time, talents, and money in support of The Enterprise's false 'Dark Alliance' narratives, fake whistleblowers, and fake news, often presented as 'secret insider' intel or 'ascension', including Montalbano a resident of Mesa County, Colorado. (Claims: 1, 2, 4, 5, 7, 9, 11 and 14; **ECF #121, Exhibits 2, 3, 5, 7, 18)**

379.     Goode and Wilcock have around half a million followers across their social media platforms. **(Exhibit 7** ~~at 2 of 20)~~ [#121-7 at p2, p11]

380.     Millions of people watch and listen to Goode and Wilcock on YouTube. **(Exhibit 7** ~~at p1)~~ [#121-7 at p11]

381.     Goode is heavily promoted by Wilcock and The Enterprise to millions of people.

382.     Wilcock is heavily promoted by Goode and The Enterprise to millions of people.

## FRAUDULENT MISREPRESENTATION TO DESTROY LEGITIMATE RESEARCHERS

383.     Goode and Wilcock uses their public frauds and fake news stories to destroy the reputations of other professionals in the same or similar fields or trade of research as themselves to unfairly prevent competition with their own products, to include Montalbano. (Claims: 1, 2, 4, 5, 10, 13, 14, 16, 17, 18, and 19; and see ¶325)

384.     Goode and Wilcock use their public frauds and deceptions to destroy the lives of those publicly exposing their public frauds to include, but not limited to: Jay Weidner, Jimmy Church, Dark Journalist (aka Daniel Liszt), Clif High, CW Chanter (aka Benjamin Zavodnick), Richard Dolan, Linda M Howe, Bill Ryan, MJ Banias, Christina Ferrante, and Montalbano. [#121-7  at p6-9]

385.     Goode and Wilcock use their public frauds and donations schemes to steal Intellectual Property and Trade Secret research from valid researchers like Montalbano and then fraudulently call all their use of other people's ~~donated~~ work and research, 'synchronicity.' (Claims: 7, 8, and 9)

## CULT TEACHINGS AND PRACTICES

**386.**    Goode and Wilcock use their false public 'alien god' teachings and destruction of the world claims to instill fear in the masses and garner illicit donations and enrollment of students into their false 'ascension' courses as the alleged solution that will save the public from destruction by 'ascension.' ~~(Exhibit 7)~~ [#121-7] (Claim 11)

**387.**    Goode and Wilcock use their false 'alien god' and related teachings to obtain free labor from the general public (volunteers).

**388.**    Goode and Wilcock use their false 'alien god' and related teachings to obtain financial donations from hundreds of thousands in the general public. (Claim 11)

**389.** Goode and Wilcock operate their deceptive trade practices like a cult. [121-7 at p5]


## DAMAGES

**390.**    Based upon the facts of all 22 claims Montalbano believes she is entitled to recover damages and injunctive relief based upon the foregoing act of Violation of the Colorado Consumer Protection Act; and prejudgment and post judgment interest on actual damages pursuant HB 19-1289, section 4, 6-1-113; or at the rate provided in 13-21-101, whichever is greater; from the date the action accrued June 25, 2018 and to include actual damages as alleged in the unrebutted PLAC agreements of $68,012 [#121-18 at p7, p11], punitive damages, ~~and~~ self-representation compensation, attorney/legal fees and any other relief the Court deems just.

## RICO
## CLAIM 4
## (4)   FRAUDS AND SWINDLES (MAIL) 18 USC 1341
**(The Enterprise, Public Servants)**

**391.**   Montalbano incorporates the General Allegations in ¶¶1 313 287 by reference.

**392.**   The Enterprise devised a scheme and artifice to defraud the general public of their time, money, and precious resources. This scheme was also used to defraud Montalbano of her highly rare and extremely valuable dream research, talents, time, and vast amounts of Intellectual Property, through The Enterprise making false promises to the general public that Goode and Wilcock were legitimate dream teachers, dream psychics, alien contactees, government program whistleblowers, spiritual people, and people of 'love and light' helping humanity. The Enterprise devised the 'Blue Avian' alien narratives, false ascension (spiritual) teachings, and related fake news stories to accomplish their unlawful goals and used the mail delivery services to take and receive therefrom.

**393.**   Montalbano incorporates by reference all 22 Claims as evidence of a scheme.

**394.**   The Enterprise published books, articles, and other related materials or products, such as T-shirts, hats, comic books, and mugs, based on their fraudulent alien narratives and fake news stories, that were delivered by mail, along with The Enterprise receiving money by mail based on their public narratives, and Montalbano purchased some of their books.

**395.**   Goode and the Public Servants used paper mail to deliver knowingly fraudulent extortion papers and alleged legal documents or alleged 'court' orders to Montalbano under color of official right and delivered them by paper mail to Montalbano. (Claims 15, 16, 17, and 18)

## DAMAGES

396.   Based upon the facts of all 22 claims Montalbano believes she is entitled to recover damages based upon the foregoing act of Frauds and Swindles (mail); to include: actual damages such as book purchases, punitive damages, and attorney/legal fees and any other remedy and relief the Court deems just and proper. See Claim Damages: 1 RICO, and 10, 11, 14, 15, 16, 17, and 18 for further mail specific damages.

## RICO
## CLAIM 5
### (5)   FRAUDS BY WIRE, RADIO, OR TELEVISION   18 USC 1343
**(The Enterprise)**

397.   Montalbano incorporates the General Allegations in ¶¶1 313 287 by reference.

398.   The Enterprise devised a scheme and artifice to defraud the general public of their time, money, and precious resources. This scheme was also used to defraud Montalbano of her highly rare and extremely valuable dream research, talents, time, and vast amounts of Intellectual Property, through The Enterprise making false promises to the general public that Goode and Wilcock were legitimate dream teachers, dream psychics, alien contactess, government program whistleblowers, spiritual people and people of 'love and light' helping humanity. The Enterprise devised the 'Blue Avian' alien narratives, false ascension (spiritual) teachings, false "Dark Alliance" narratives, and related fake news stories to accomplish their unlawful goals and created media for wire, televisions, and radio that is delivered to electronic devices used by millions of people around the world who see and hear these stories and believe them to be true. (Claims: 1, 2, 3, 6, 7, 8, 9, 10, 11, 12, 13, 14, 16, 17, 18, 19, 20, and 22)

399.    Montalbano incorporates by reference all 22 Claims as evidence of fraudulent misrepresentations.

400.    These fraudulent misrepresentations were notably first produced and broadcast <u>and/or streamed</u> by GAIA with David Wilcock and Corey Goode in their show, "Cosmic Disclosure."

401.    The Enterprise and network of associates aggressively marketed and promoted these broadcast narratives to the general public. **[#121-7]**

402.    The Enterprise's fraudulent wire, radio, and television broadcasts have notably been seen via the internet in the following known (and not limited to) platforms:

   **a.**  Facebook
   **b.**  YouTube
   **c.**  Reddit
   **d.**  Twitter
   **e.**  Instagram
   **f.**  Podcasts
   **g.**  GoFundMe
   **h.**  Radio Shows
   **i.**  Netflix
   **j.**  Amazon
   **k.**  PayPal
   **l.**  Zazzle Store

## <u>DAMAGES</u>

403.    Based upon the facts of all 22 claims Montalbano believes she is entitled to recover damages based upon the foregoing act of Frauds by Wire, Radio, or Television; to include actual damages, punitive damages, and attorney/legal fees and any other relief the Court deems just. <u>See Claim Damages: 1 RICO, and 2, 3, 6, 7, 8, 9, 10, 11, 12, 13, 14, 19, 20, 21, and 22 for further broadcast related damages.</u>

## RICO
## CLAIM 6
### (6)   ENTICEMENT INTO SLAVERY HUMAN TRAFFICKING 18 USC 1590
#### (Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor)
#### (The Enterprise, Public Servants)

**404.**   Montalbano incorporates the General Allegations in ¶¶1 ~~313~~ 287  by reference.

**405.**   Upon  information and belief, Goode, Wilcock, The Enterprise, and John and Jane Does, use Goode's fraudulent 'Blue Avian' and 'alien' narratives to entice children, young adults and mature adults all over the world, into being MiLab (MiLitary Abduction) kidnapped and placed into involuntary servitude (volunteers) and/or human trafficked <u>via remote neural interfacing</u>.

**406.**   Montalbano incorporates the allegations in COUNT 12 Harassment – Remote Neural Electronic Stalking by reference. ~~as evidence of use of advanced frequency based technologies for involuntary servitude or conversely to electronically irradiated disliked Targeted Individuals with Directed Energy Weapons (DEW) causing physical harm.~~

**407.**   Montalbano incorporates the allegations in COUNT 14 Civil Conspiracy; COUNT 15 Civil Act for Deprivation of Rights; COUNT 16 Abuse of Process; COUNT 17 Malicious Prosecutions; and COUNT 18 Extortion by reference as evidence of obstruction of justice by The Enterprise and Public Servants.

**408.**   The Enterprise and Public Servants have shown a pattern of racketeering to obstruct and prevent  the  investigation  and/or  enforcement  of  stopping  these  acts;  via  obstructing Montalbano's original case 18CV50.

**409.**   The Enterprise and Public Servants have shown a pattern of racketeering via extorting Montalbano and her witnesses via repeat abuse of the legal system.

410.   These acts of obstruction of justice and Civil Rights violations were knowingly performed by the following Public Servants:

a.  **Mr. Brian James Flynn** - Mesa District Civil Court, Chief Judge – promoted a state of anarchy by outright denying Montalbano her Constitutional Civil Rights on the Mesa court record on two separate occasions and refused to stop civil rights violations by Goode, Wilde, Lorie, and refused to enter legal investigation of civil-criminal acts involving CIA mind control programs and remote neural interfacing.

b.  **Mr. William Campbell** - Colorado Judicial Commission – refused to remove or investigate Flynn for failing to perform his judicial duties in case 18CV50, and did not report Flynn's Civil Rights violations and instead wrote papers to justify and conceal them.

c.  **Mr. William Sightler** - Mesa District Civil Court, Court Executive - did not remove or report Flynn for Civil Rights Violations and also justified and concealed them.

d.  **Mr. Matthew D. Grove** – Colorado Court of Appeals, Judge – denied a timely filed appeal, obstructed justice, and supported Flynn's unconstitutional orders and sought to conceal Flynn's perjury and ongoing Civil Rights Violations against Montalbano and to 'permanently' take away Montalbano's Constitutional Civil Rights by participating in fraudulently writing unlawful dismissal 'with prejudice' orders.

e.  **Ms. Christina F. Gomez** – Colorado Court of Appeals, Judge – denied a timely filed appeal, obstructed justice, and supported Flynn's unconstitutional orders and sought to conceal Flynn's perjury and ongoing Civil Rights Violations against Montalbano and to

'permanently' take away Montalbano's Constitutional Civil Rights by participating in fraudulently writing unlawful dismissal 'with prejudice' orders.

    **f.** **Ms. Diana Terry** – Colorado Court of Appeals, Judge – denied a timely filed appeal, obstructed justice, and supported Flynn's unconstitutional orders and sought to conceal Flynn's perjury and ongoing Civil Rights Violations against Montalbano and to 'permanently' take away Montalbano's Constitutional Civil Rights by participating in fraudulently writing unlawful dismissal 'with prejudice' orders.

    **g.** **Ms. Valerie Yanaros Wilde** - Goode's Texas based attorney – did not report Flynn's Civil Right violations all during case 18CV50 and did not report the other public servants' similar oath violations to include: Ms. Lorie, Mr. Grove, Ms. Terry, and Ms. Gomez. (18 USC §2382 – misprision of treason) Ms. Wilde also personally placed multiple frauds upon multiple courts (Mesa, Broomfield, and Denver Federal) against Montalbano. **(Claims 16 and 17)**

    **h.** **Ms. Elizabeth Lorie** - Goode and Wilcock's Florida based attorney – did not report Flynn or Wilde for their Civil Rights violations and extorted witnesses  (Ms. Ferrante) in Montalbano's case

## TRAFFICKING AND INVOLUNTARY SERVITUDE

**411.**   Upon information and belief the manipulation into involuntary servitude predominantly involves remotely neural scanning the Targeted Individual's (TI) brain to non-consensually obtaining their digital brain signature, medically termed 'EEG Heterodyning Cloning'. Once the EEG clones are obtained (related to CIA MKULTRA A.I. S.A.TA.N. technology and DOD

Sentient World Simulation), it is believed they are used to remote neural interface with Goode and Wilcock's alien cult followers to mind control them via dream states. These remote neural interfaces are observable by the Targeted Individual/victim (such as Montalbano) as dream state (neural) interactions and/or felt as physical sensations of the body during waking states to include euphoria, sexual, depression, and anxiety. Good and Wilcock fraudulently tell their cult followers these illicit neural interfacing interactions are 'spiritual experiences' with their 'loving aliens'.  **[ECF #121, Exhibits  3, 6, 7, 17, 19]**

412.    Scientists have proven in a recent dream study that two-way communication (dialogue) in real-time occurred between a sleeping-person and the awake-person experimenting on them. (See ¶464 for article details)

413.    Scientists have also proven that dreams are actual tangible electrical neural experiences occurring and not just 'confabulations' created upon waking. (See ¶462 for article details)

414.    Montalbano has personally experienced and documented these repeat, non-stop, and ongoing sleep and waking state neural interfacing communications in her dream journals as directly related to Goode, Wilcock, their associates, and John and Jane Does participating in their public mind control 'Blue Avian' frauds. There are essentially no aliens but there are a lot of military people, lab doctors, MIBs, corporate people, A.I. technologies, underground tunnels, drugs, injections, hypnosis, sexual assaults, and similarly situated (much worse) problems and all are associated with the MKULTRA mind control programs (Subconscious Isolation) that intentionally target the dream states for psychic warfare via neural interfacing and that Goode publicly claims participating in. **[#121-3,  #121-6,  #121-9]**

415.   These types of remote frequency based neural and body interfacing assaults are referred to as "rape mind" by Cyrus A. Parsa, CEO of The AI Organization, who has extensively worked with these types of technologies and has technical knowledge of how these remote interfacings work and he will be sought as an expert.

416.   EEG Heterodyning Clones and their use via computers to remote Virtual Reality (VR) interface with the Targeted Individual (TI) may be traced by computer Internet Protocol (IP) addresses. Goode possesses the skills required to VR interface with Montalbano. (¶¶25-26)

417.   EEG Heterodyning Cloning (as related to CIA MKULTRA S.A.T.A.N. [#121-17]) is notably illicitly used for remote VR sex or conversely remote electronic assaults; and by Doctors in the medical field for tasks such as remote removal of brain tumors using frequencies and light only. Montalbano's believes Goode and Wilcock have and are using her EEG Heterodyning Clone.

418.   Montalbano has extensive records of 'dream state' (neural) interfacing communications with Goode and Wilcock and can prove their visits via her extensive dream journal records, because like organized stalking there is a similar trail of evidence, notably Goode and Wilcock tell Montalbano in 'dreams' (neural broadcasts) what they are planning to do to or with her in waking states; then they and/or their associates do the similar or same acts in waking states. ([#121-19] and see ¶¶205)

419.   It is believed that Goode obtained Montalbano's EEG Clone remotely via his CIA MKULTRA program connections and/or purchased it via the dark web.

420.     Non-consensually using someone's EEG Heterodyning Clone is considered a unique form of human trafficking and Montalbano believes she is a victim of this type of trafficking compliments of Wilcock and Goode's public dream frauds and CIA MKULTRA and MiLab mind control programs Goode publicly claims being in since childhood and states he actively participated in their remote assault assassinations via TI neural interfacing technologies.

421.     It is believed the main form of human trafficking The Enterprise is currently involved in is done via using illicitly obtained EEG Heterodyning Clones (CIA S.A.T.A.N.) and that they are sold via black markets and/or illicitly used by themselves for 'dream' (neural) state experiments, illicit research, involuntary servitude (mind control), sexual encounters, or assaults with Goode and Wilcock's followers, such as having been directly experienced by Montalbano. **[#121-3, #121-6, #121-18]**

422.     The brain cannot distinguish the difference between a physical experience and an electronically induced (remote neural) experience. The feelings and sensations will be the same to the TI due to the stimulation of the brain's neurological centers being the same. In short, use of an EEG Heterodyning Clone brain signature for remote sex between two people will feel like physical sex to the parties involved, especially in dream states.

423.     It is believed these 'dream state' (neural interface) interactions fraudulently promoted by Goode and Wilcock as 'alien' or 'dream' experiences are intentionally designed to lead to physical encounters and/or physical assaults with the MKULTRA MiLab programs after the TI victims is remotely hypnotized to falsely think they are going to have 'loving' physical experiences with Goode, Wilcock, or their 'alien friends' rather than being further illicitly neurologically assaulted and experimented upon. **[#121-3 and  #121-6]**

424. The CIA MKULTRA mind control programs extensively use hypnosis to make people falsely think they are having alien encounters. This deception shields the actual human assailants, like Goode and Wilcock, from repercussions for assaults (it is not viable to sue an E.T. alien for remote frequency assaults, physical assaults, or illicit lab experiments). **[ECF #121, Exhibits: 9, 10, 11, 12, 13, 14, 15, 16, and 17 at p7]**

425. Goode, Wilcock, their associates, and John and Jane Does have tried repeatedly to remotely hypnotize Montalbano in neural dream states. Montalbano has extensively documented these remote neural assault efforts in her dream journals. Science has determined dreams are literal neurological experiences and two-way communication-able. (¶462 and ¶464)

426. Montalbano believes the frequency broadcast to her brain and body may be traced via the FCC carrier waves, 5G, and IP addresses, via Goode, Wilcock, and their associates' personal computers, laptops, cell phones, and similarly situated electronic devices in or at their homes and/or at locations they travel to for participation and research in the MKULTRA mind control programs directly targeting dream neural states.

427. Upon information and belief, Goode, Wilcock and The Enterprise, are working with public figures and famous actors for the purpose of human trafficking and/or involuntary servitude via mass remote neural interfacing (mind control) and EEG Heterodyning Cloning. ~~(Dkt. 121, Exhibits 3 and 6)~~ **[#121-3 and  #121-6]**

428. Goode and Wilcock have been on the Jenny McCarthy internet broadcast show.

429.    Upon information and belief, Goode and Wilcock have been on Jenny McCarthy's internet broadcast radio show for the purpose of spreading Goode's fraudulent 'Blue Avian' narratives and "Dark Alliance" claims to millions of people globally with the intent of involuntary servitude and/or human trafficking via mind control and the spreading of propaganda.

430.    The Playboy Mansion is ~~known~~ said to be physically connected with the 'underground tunnel systems' ~~known to be associated with pedophilia, human trafficking, cult ritual abuse; and more. PlayBoy is said to be a huge CIA honeypot~~ and PlayBoy (Hugh Hefner) is said to be inextricably linked with the CIA and MKULTRA.

431.    ~~Ms. McCarthy is inextricably linked with the Playboy people and is believed to be working with Goode and Wilcock to human traffick.~~

432.    Goode claims having gone to the 'inner earth tunnels' with his alleged 'alien' friends. ~~(Dkt. 121, Exhibits 3)~~ ([#121-3 at p2] "inner-earth")

433.    Upon information and belief, Goode is working with humans in black operation programs for illicit human trafficking via remote neural broadcasts that operate and/or have a base of operation in the underground tunnel systems. (DUMB) Deep Underground Military Bases. [#121-3 and #121-6] ~~(Dkt. 121, Exhibits 3 and 6)~~ ~~connected with pedophilia and pedophiles in the Hollywood (actor) circles that Goode and Wilcock hang out with.~~

434.    Wilcock claims being close friends with actor/musician, Mr. Steven Tyler.

435.    Mr. Tyler's name is stated to be on the Jeffrey Epstein "Lolita Express" Jet's passenger list.  This particular plane's passengers were known to be associated with Epstein's massive

child pedophilia and ritual (child) abuse, believed to be performed on 'Jeffrey Epstein Island.' (Retrieved November 21, 2020 from https://joekennedy.biz/politics/conspiracy-theories/jeffrey-epsteins-lolita-express-to-pedo-island-flight-list-who-is-who-on-it/2020/07/16)

436.     Upon information and belief Goode and Wilcock are working with Mr. Tyler for the purpose of involuntary servitude and/or human trafficking via mind control.

437.     ~~Upon information and belief, Mr. Corey Goode and Mrs. Stacy Goode, and Mr. David Wilcock and Mrs. Elizabeth Wilcock, are part of providing 'volunteer' people for human trafficking (involuntary servitude) for celebrity circles, that include Mr. Tyler and Ms. McCarthy.~~

438.     ~~Upon information and belief the Wilcock's illicitly trick people in the general public into involuntary servitude through promoting and spreading belief in Goode and Wilcock's public 'alien' narratives and false spiritual 'ascension' teachings (propaganda), for the purpose of MiLab kidnapping followers for involuntary servitude.~~

439.     ~~Upon information and belief, Goode and Wilcock's mind controlled cult followers, who are 'abducted' by their 'Blue Avian aliens' or other 'aliens' are physically trafficked within and without the United States for involuntary servitude.~~

440.     ~~Upon information and belief the money's obtained from involuntary servitude and/or human trafficking are laundered through The Enterprise's various foundations and corporations, to include Mr. and Mrs. Wilcock's tax exempt religious foundation WILCOCK FOUNDATION and Goode's for profit corporations to include GES and LIGHT WARRIOR LEGAL FUND, LLC; and GAIA, and other known or unknown subsidiaries and/or entities.~~

441.    Mr. Corey Goode and Mrs. Stacy Goode, threatened former co-worker, Yvonne Palermo via email, with kidnapping; as Ms. Palermo was publicly exposing their threats and deceptive trade practices.

442.    Wilcock and Goode work with the Edge of Wonder YouTube hosts Benjamin Chasteen and Rob Counts to broadcast their propaganda narratives to hundreds of thousands of people.

443.    Upon information and belief, Goode, Wilcock and The Enterprise, are working with Benjamin Chasteen and Rob Counts, for the purpose of involuntary servitude and/or human trafficking via mind control.

444.    Benjamin Chasteen and Rob Counts (The Edge of Wonder YouTube channel cohosts) are associated with the Falun Gong/Falun Dafa religion.

445.    ~~Upon information and belief~~ Mr. Chasteen and Mr. Counts are, or have been, employed by THE EPOCH TIMES. **[#121 at p9]**

446.    THE EPOCH TIMES is a far-right international multi-language newspaper and media company affiliated with the Falun Gong new religious movement, based in the United States. The newspaper is part of the Epoch Media Group, which also operates New Tang Dynasty Television.

447.    According to the CEO of The A.I. Organization, Cyrus A. Parsa, (who has consulted on Human-Organ Trafficking) practitioners of the Falun Gong/Falun Dafa religion are harvested extensively (hundreds of thousands) for body part organs. This particular religious group is selected for extensive harvesting due to them being brainwashed (involuntary servitude) and

having healthier lifestyles, which makes for healthier human organs for illegal organ trafficking, notably hundreds of thousands of organs are illicitly harvested and used in China and these processes are associated with <u>overt</u> remote neural A.I. mind control programs (Google, NeuraLink, Alphabet, DeepMind, Facebook, and more) and biochemical alterations. (see USDC case 3:2019cv02407, Docket 1 at 5)   Mr. Parsa will be required as an expert ~~witness~~.

448.    Based upon information and belief, Wilcock's wife, Elizabeth Wilcock, is a Falun Gong/Falun Dafa practitioner and actively participates in locating people for human tracking via this 'religious belief' system <u>for mind control</u>.

449.    ~~Upon information and belief, these are the same reasons why Goode, Wilcock, The Enterprise and John and Jane Does, have targeted the consciousness and spiritual community in America and abroad, for human trafficking. (healthy lifestyles, equal healthy organs)~~

450.    ~~Upon information and belief, Goode, Wilcock and The Enterprise, are promoting Goode's alien narratives in order to harvest people and ideally have 'willing' victims for body part harvests, physical abuse, sexual abuse, rape, torture, neural experimentation, drug experimentation, other lab based experiments, and ritual based assaults.~~

451.    Goode, Wilcock, The Enterprise, and John and Jane Does, are targeting the younger generation, such as teenagers and young adults via comic books, for human trafficking, via Goode's 'Blue Avian' alien narratives, and related Blue Avian alien propaganda that is both published and broadcast locally and abroad <u>and that Montalbano also fell prey to believing.</u>

452.   David Wilcock claimed leaving GAIA due to 'Luciferian' practices and abuse being performed there. <u>This is believed to be fake news and a projection onto others of what Wilcock is involved in.</u> (~~Exhibit 4~~ (**[#121-4]** Wilcock Resignation Letter from GAIA)

453.   ~~Ms. Patty Greer; an award winning crop circle researcher, public speaker, filmmaker, Directed Energy Weapon (DEW) victim, and formerly privately contracted with GAIA; stated pedophilia was performed at (or via) GAIA and by Rysavy, and that GAIA is a CIA front.~~

454.   ~~Upon information and belief, The Enterprise participate in human trafficking activities; and GAIA's broadcast program business is a front for black operations that traffick humans and run related money laundering schemes for illicit profiteering.~~

455.   ~~Others have also stated these assaults or ritual acts are performed at GAIA and/or at the public events they put on, such as Contact in the Desert, and claim seeing Jordan Sather (Goode's former 'news' promoter associate, popular YouTube 'news' host, and former boyfriend of Teresa Yanaros, Ms. Yanaros Wilde's sister) participate in what appeared to be an illicit cult ritual.~~

456.   <u>Based on Montalbano's personal experiences it is believed</u> ~~Upon information and belief~~ these illicit <u>neural trafficking</u> ~~harvesting~~ programs first seek to mind control <u>(hypnotize)</u> the Targeted Individual (TI) in sleep-wake states.

457.   The Enterprise, Goode, and John and Jane Does, have approached Montalbano in dream (sleep-wake) states threatening to body organ part harvest Montalbano, who told them no, then they tried to take Montalbano by force, which didn't work out so well for them. (Dream Vision dated and titled "2018_07_12_JUL BORG SHIP LASER SCAN DEATH THREATS and

blogged July 13, 2018 at:http://aristoneart.blogspot.com/2018/07/20180712jul-borg-ship-laser-scan-death.html?m=1

458.   ~~Upon information and belief,~~ Goode and Wilcock in particular, and The Enterprise generally, have been trying to entice Montalbano into involuntary servitude for years <u>via remote neural (dream) states and mind control</u>.

459.   Alleged 'Alien Abductions' became a more regular occurrence in the general public, with the 'advent' of MiLab (MiLitary Abductions) program.  The expert testimony of Dr. Helmut Lammer and Marion Lammer authors of "MILABS: MILITARY MIND CONTROL & ALIEN ABDUCTION" will be sought.

## <u>DAMAGES</u>

460.   Based upon the facts of all Twenty-Two (22) Claims stated herein, Montalbano believes she is entitled to injunctive relief and to recover damages based upon the foregoing act of Enticement into Slavery Human Trafficking <u>via mind control</u>; to include:

   a.   **<u>Injunctive Relief</u>** <u>to stop all non-consensual remote neural broadcasts and any illicit use of Montalbano's EEG Heterodyning clone; and</u> ~~actual damages, punitive damages,~~

   b.   <u>Economic and non-economic damages to include damages for pain and suffering, psychological trauma, and loss of enjoyment of activities</u> ~~and~~

   c.   Attorney/legal fees and any other remedy and ~~any other~~ relief the Court deems just.

   d.   <u>See Claim 1, 5, and 7 for more RICO damage specifics; and Claim 12 Remote Neural Electronic Harassment.</u>

**RICO**
**COUNT 7**
(7)   Theft of Trade Secrets 18 USC 1832
**Public Law 114 – 153 (Defend Trade Secrets Act of 2016)**
**TRADE SECRET MISAPPROPRIATION C.R.S. § 7-74-101 et seq. (CUTSA)**
**(The Enterprise, Public Servants)**

**461.**   Montalbano incorporates the General Allegations in ¶¶1-313 287 by reference.

**462.**   In a Trade Secret Misappropriation claim the following must be shown:

1. A Trade Secret exists

2. Reasonable care was taken to keep it secret

3. It was misappropriated through improper means such as misrepresentation and fraud

**463.**   Goode, Wilcock, The Enterprise, and their network of associates used improper means and misrepresentation [#121-2, #121-7] to defraud Montalbano of her highly rare and valuable Trade Secret dream journal records and custom analyses, with intent to acquire and use them as their own or for that of use by another and deprived Montalbano of them since December 2016. (Claims 1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 14, and 22)

**464.**   Montalbano incorporates by reference all 22 Claims as evidence of improper means and misrepresentations to defraud Montalbano of her trade secrets and maintain unlawful use.

**465.**   Goode, Wilcock, the CIA, and Montalbano all work in the trade and profession of predictive dream research and the collection of data via dream journaling.

**466.**   Montalbano has been documenting her dreams (Dream Visions) in writing, in journals and artist sketch books, since 2004. (tangible personal property, Intellectual Property)

467.   Montalbano's Trade Secret dream research is NOT faith based or religious based. (i.e. something that is not tangible or intangible)

468.   Montalbano's dream research is based on firsthand observations, documenting the empirical data, analyzing the data, experimenting with and testing the information observed and documented, and formulating theories based on the empirical evidence and then revising based on new data. (scientific process, in the field of dream research)

469.   Montalbano's dream research, observations, data collection, and custom analyses of the tangible records and data has proven to be extremely successful regarding the prediction of future waking state occurrences, which are in fact first handwritten into a dream journal record and act much like a predictive computer code, but customized to Montalbano particular neural centers and the codes are organically generated, days, weeks, months, or even years prior the physical waking state occurrence(s) or event(s).  (Trade Secret IP)

470.   Montalbano's will repeatedly prove her Trade Secret claim of seeing and documenting events in dream states prior their waking state occurrences through the discovery process and providing additional records.

471.   Title 17, US Copyright Code,  defines Intellectual Property as:

"A work is "fixed" in a tangible medium of expression when its embodiment in a copy or phonorecord, by or under the authority of the author, is sufficiently permanent or stable to permit it to be perceived, reproduced, or otherwise communicated for a period of more than transitory duration. A work consisting of sounds, images, or both, that are

being transmitted, is "fixed" for purposes of this title if a fixation of the work is being made simultaneously with its transmission."

472.     Montalbano's dream journals and records; referred to as Dream Visions; are tangible and intangible personal property and Intellectual Property that Montalbano is the sole owner of.

473.     Mr. Brian James Flynn was severely incompetent in case 18CV50 and could not comprehend that Intellectual Property is tangible and intangible personal property and he wrote and issued orders January 29, 2020 based on his incompetence.[53]  **(Exhibit 24)** [#121-24]

474.     A Trade Secret is defined by statute as 'a scientific process' (sic) **"or other information relating to any business or profession which is secret and of value."** (CUTSA CRS 7-74-102(4)) and can essentially be anything that confers value to a business.

475.     Flynn was incompetent and could not comprehend that in the field of predictive dream research, having already documented dreams that are extremely accurate at predicting future coming waking state events (and even literal events) is something secret and of great value in the trade of predictive dream research.

    **a.**   and whereby Montalbano documented Flynn writing fraudulent court orders and being supported by 3 others in the background (Court of Appeals public servants) in a dream vision dated October 9, 2017 and emailed to Goode October 10, 2017.[54]

---

[53] Flynn entered his January 29, 2020 orders into case 18CV50 in the Mesa District Civil Court, stating "Dream Visions" were not tangible or intangible when they are in fact Intellectual Property and some with federal Copyrights and Flynn's orders were in direct opposition to Montalbano's Copyright records filed on the Mesa Court Record one year prior (January 30, 2019).

[54] Montalbano showed Flynn this Dream Vision as Mesa Court filed record Exhibit BB Sample 7, February 12, 2020.  Montalbano also filed this record with the Colorado Court of Appeals, along with another dream foreseeing the three Judges' legal abuses.

476.    In the field of predictive dream research, having dream journal records (Dream Visions) that actually show in some capacity (literal) coming future waking state events and people, these records are something of great value in the profession of predictive dream research.

477.    According to Psychology Today in internet article titled **"How Do Scientists Study Dreams?"** posted May 15, 2015 by Michael J. Breus Ph.D, it states:

(retrieved November 9, 2020 from https://www.psychologytoday.com/us/blog/sleep-newzzz/2-1505/how-do-scientists-study-dreams

"We can think about **the scientific study of dreams** in different ways.  One approach to dream investigation **involves the study of dream content – the themes, emotions, images, and events that occur and unfold within dreams themselves.** *Another aspect of dream research looks at the activity of the brain and body while dreaming occurs.*  These two broad avenues often **intersect overlap, with scientific inquiries that examine both dream content** *and dream mechanic.* Some of the latest and most illuminating advances in dream research do just that.  Both ways of investigating dreams can shed light on the nature and purpose behind our very complicated and compelling ability to dream."

"Among other things, this **method of studying dreams has allowed scientists to make associations** *between characteristics of dreams and certain phases of sleep – both REM sleep and non-REM sleep – and to link dreaming experiences with specific neurological activity.*  **Scientists also use dream reports that have been created by people sleeping at home, in their natural sleep settings.**"
(emphasis added)

478.    Montalbano's dream journal records (Dream Visions) and associated discoveries, observations, and theories, are considered scientific research in the field of dream research.

479.    A "Dream Vision" is a handwritten record (dream journal) of what Montalbano observes and experiences in dream (sleep) states and upon waking documents the experience in a physical journal in great detail. One night of records may contain one (1) to seven (7) dream sequences and range from 10 to 30 pages in a 9"x 12" artist's sketchbook with 125 sheets (250pgs) per book. On average, Montalbano fills up one sketchbook with observations every four (4) to six (6) weeks.

480.    The predictive factor of Montalbano's dream journals can be explained via neuroscience and the frequency interconnections with the Artificial Intelligence neural network interfaces.

481.    Montalbano's dream journal records, as mistakenly delivered to Goode by email due to belief in his public frauds, are in a "fixed" format and are Trade Secret Intellectual Property.

482.    All the emails written (over 400) and sent by Montalbano to Goode (2016 to current) are Montalbano's sole Intellectual Property and Montalbano is the sole Copyright holder of all images, writings, and graphics contained therein. (Personal Property)

**THEFT OF TRADE SECRETS**

483.    Flynn knowingly participated in the theft of Montalbano's Trade Secret IP materials when he entered his erroneous January 29, 2020 'dismissal Orders' stating Montalbano's Dream Vision records were not tangible or intangible or personal property. **(Exhibit 24)** **[#121-24]**

484.    Largely during 2017, Goode and Wilcock knowingly misappropriated for themselves, through their public frauds and donation schemes, Montalbano's Trade Secret IP dream journal

records and associated research, comprising thousands of pages, notably via Goode's business email address, SphereBeingAlliance@gmail.com.

485.   The dream journal records Goode and his associates received by email largely during 2017; referred to as Dream Visions; were predominantly photographed (JPGs) of handwritten dream journal records of Montalbano's placed into PDF files. (fixed format)

486.   Goode, Wilcock, and The Enterprise knew Montalbano was/is a legitimate dream researcher (2017 forward) with rare abilities to see many things in dreams first and physically document the records, prior the similar waking state event occurrence(s). **(Exhibit 20) [#121-20]**

487.   Goode and Wilcock knowingly misappropriated Montalbano's predictive Trade Secret dream research for Wilcock to use them as his own, because Wilcock was no longer having Dream Visions of his own and was leaving that to Corey Goode. **(Exhibit 22) [#121-22]**

488.   Goode and Wilcock knowingly misappropriated Montalbano's valuable predictive dream research to themselves, because they knew Wilcock is a fraud dream psychic.

489.   Goode, Wilcock, and their associates intentionally organize romantic cyberstalked Montalbano during 2017 and called their organized romantic 'love' based cyberstalking communications and use of Montalbano's materials "synchronicity." (See Claim 9; [#121-18])

490.   Montalbano donated her dream journal records and extensive research for free to Goode and Wilcock due to belief in their publicly broadcast narratives, dream teaching claims, dream psychic claims, ongoing dream visits, and regular requests of the public for donations.

491.    Upon information and belief, Goode delivered Montalbano's dream journal records and emails to Wilcock.

492.    Upon information and belief Wilcock is using Montalbano's legitimate dream research to further his own alleged dream research and take credit for Montalbano's work and research, and/or conversely to intentionally twist it into disinformation in his most recently published book "Awakening in the Dream."

## CONTRACT THROUGH MISAPPROPRIATION

493.    The misappropriated Trade Secret Intellectual Property dream journal records are secret and of great value. With exception of Goode and Wilcock; reasonable care was taken by Montalbano to keep her Trade Secrets, secret.

494.    Montalbano's dream journal records, research, and custom analyses, are secret and of great value and are not generally known to the public.

495.    Other people that Ms. Montalbano has worked with (private contractors) or currently works with, regarding her dream journal records and research, have signed Non-Disclosure Agreements (NDA).

496.    A contract was formed between the parties (Goode, GES, Wilcock, ~~GAIA~~, and Montalbano) with a theory of recovery, when Montalbano donated her (Trade Secret) dream journal records and research to Goode and Wilcock under false pretenses.

497.    It was understood by Montalbano that her donated proprietary dream journal records and customized analysis information would be use by Goode, Wilcock, and The Enterprise; for the

purpose of helping humanity understand the truth about dreams and that the goodwill of the public would be received as the mutual exchange of consideration.

498.     Goode, Wilcock, and The Enterprise, are the parties whom breached the 'contract' through operating deceptive trade practices that include: racketeering, extortion, and money laundering.

499.     Goode and Wilcock, breached the contract when they and their complicit associates made knowingly fraudulent and public misrepresentations about Montalbano being a criminal stalker; released private information from Montalbano's dream journal records to making her look sexually amoral; defamed Montalbano as a pedophile ("Dark Alliance"); denigrated Montalbano's legitimate predictive dream research; and systematically and overtly publicly destroyed Montalbano's business and public reputation to other artists, mutual consumers, potential employers, and peers in the same or similar trades and professions since early 2018 to current.

500.     Goode and Wilcock further breached the contract when they extorted Montalbano, via Texas based attorney Valerie Yanaros Wilde, and witnesses via Florida based attorney Elizabeth Lorie.

501.     Montalbano's dream journal records were never intended to be published by Goode, Wilcock, or their associates as though their own stories or experiences, be used to create fake news, or be used in violation of copyright laws, notably as derivative works, for illicit profiteering and money laundering by The Enterprise.

502.     Flynn made himself a part of The Enterprise by knowingly and willingly participated in Goode and Wilcock's theft of Montalbano's Trade Secret Intellectual Property, by knowingly and willingly failing to faithfully perform his judicial duties for well over 2 years in case 18CV50, or 'performing' his duties with severe incompetence and prejudice.

## **TRADE SECRET DETERMINATION**

503.     The CIA and similar government Intelligence interests, scientific researchers, and prestigious universities, have invested millions, billions, and even likely trillions and quadrillions of dollars to obtain information and research like what Montalbano has researched and documented in her dream journals.

504.     According to a study performed by a team of researchers from the Wisconsin Institute of Sleep and Consciousness, and results published in Nature Neuroscience, April 10, 2017, their **EEG research showed the brain is electrically active during dreaming states similar to waking states and their study thereby proved that dream experiences are actual experiences occurring in the brain and not some 'confabulation' or 'invention' being made up upon waking.** They believe this research to be a valuable gateway into the study of consciousness. (emphasis added) (retrieved February 20, 2021 https://www.inverse.com/article/30174-dreaming-consciousness-brain-scan-neuroscience-rem-sleep ; and see  Siclari, F., Baird, B., Perogamvros, L. *et al.* The neural correlates of dreaming. *Nat Neurosci* **20,** 872–878 (2017). https://doi.org/10.1038/nn.4545)

505.     Montalbano's dream journal records prove the interconnection of consciousness, organic brains, and  the highly sophisticated A.I. neural networks used specifically for remote neural interfacing, and these records are extremely valuable.

506. In article titled "*Scientists can now speak to people in real-time in their dreams thanks to breakthrough*" published, February 20, 2021 and authored by Joshua Smith, it states:

""We found that individuals in REM sleep can interact with an experimenter and engage in real-time communication." said senior author Ken Paller of Northwest University. "We also showed that dreamers are capable of comprehending questions, engaging in working-memory operations, and producing answers."

In short the research showed that awake scientists can literally two-way communicate with sleeping people. (retrieved February 21, 2021 articles:

https://www.dailystar.co.uk/news/latest-news/scientists-can-now-speak-people-23537715 and; https://www.dailystar.co.uk/news/latest-news/scientists-can-now-speak-people-23537715 ; and https://www.cell.com/current-biology/fulltext/S0960-9822(21)00059-2 )

507. Montalbano's dream journal records prove Goode, Wilcock, and others are communicating with Montalbano in dream states and these records are extremely valuable.

508. Upon information and belief Good, Wilcock, their associates and The Enterprise, have non-consensually given Montalbano's dream journal records, custom analyses, and resultant information to the CIA, DOD, DARPA, NSA, USAF, and/or other similar Intelligence Agencies and/or interests.

509. Upon information and belief, Goode, Wilcock, The Enterprise, and John and Jane Does in CIA MKULTRA/MiLAb scientific dream research programs, are studying Montalbano's dream journal records with Montalbano's brain (wave) activity, since at least 2017.

510. Upon information and belief, Goode is non-consensually remote neural monitoring Montalbano and her brain waves while Montalbano is dreaming (sleeping) and is operating satellites and antennas that broadcast the data to a computer screen he has access to.(¶¶30-31 25-26)

511.   Goode has threatened to release more of Montalbano's private records publically and Montalbano is reasonably afraid he will do so. **(Exhibit 21)** [#121-21 at p4]

512.   If Montalbano's Trade Secret research were further released publicly by Goode, Wilcock, The Enterprise, and/or their associates, it would be exceedingly damaging to Montalbano's company, profession, research and work, as this type of information is exceedingly rare, secret, and of great value to Montalbano's profession, trade, and field of predictive dream research.

## MONETARY RECOVER FOR DAMAGES AND INJURY UNDER CUTSA and Defend Trade Secrets Act of 2016

513.   Montalbano has been injured in fact through Goode, Wilcock, and The Enterprise's public frauds, malicious, or willful and wanton disregard to Montalbano's Constitutional Civil Rights, and the Court or jury may award damages under these statutes to Montalbano.

514.   Montalbano has been injured in fact through the Public Servants legal frauds, malicious, or willful and wanton disregard to Montalbano's Constitutional Civil Rights, and the Court or jury may award damages under these statutes to Montalbano.

515.   Montalbano has been damaged, personally, professionally, and emotionally, by delivering vast amounts of her Trade Secret dream journal records to Goode and Wilcock, and through them continuing to have unrestrained access and use of Montalbano's dream journal records and associated data since December 2016.

516.     Montalbano has been damaged personally, professionally, and emotionally, by Brian James Flynn, Chief Judge Mesa County, since June 25, 2018, through his obstruction of justice in case 18CV50.

## ATTORNEY FEES AND INJUNCTIVE RELIEF UNDER CUTSA

517.     Montalbano believes she is entitled to attorney/legal fees and to declaratory and preventive Injunctive Relief for malicious misappropriation:

a. **Declaratory Relief:** declaring the approximate 500 hand written dream journal records, custom analyses, research, results, and associated emails donated to Goode, Wilcock, and The Enterprise, by mistake and error largely during 2017 and to current, as being Montalbano's sole and separate Trade Secret Intellectual Property, dream journal records, analyses, results, and research;

b. **Preventative Injunctive Relief:** to restrain Goode, Wilcock, The Enterprise, and their associates, from further public or private dissemination and (mis)use of Montalbano's Trade Secret materials as their own or giving the information to an associate for (mis)use or dissemination of the same, or to publicly embarrass and defame Montalbano.

c. The emailed records in Goode, GES, and GAIA email boxes, are to also be ordered to not be shared, emailed, or otherwise electronically copied, stored, or delivered by Goode, Wilcock, or any other associate(s) within or without The Enterprise, and the records are to be preserved throughout the course of litigation.

## DAMAGES

518.     Based upon the facts of all Twenty-Two (22) Claims stated herein, Montalbano believes she is entitled to equitable relief to include declaratory and injunctive relief and to recover

compensatory monetary damages based upon the foregoing act of Theft of Trade Secrets; to include:

a. Reasonable royalties for (mis)use of Trade Secret IP (neural codes, equal to computer software program code IP) to create fake news, at a rate of 50% of all royalties Goode, Wilcock, and their associates received from the specified uses of Montalbano's materials and agreed upon in the unrebutted PLAC contracts. [#121-18 at p3-7 and p11]

b. Unjust enrichment (See Claim 22) to be calculated from the date of the first certified PLAC affidavit mailing dated April 18, 2018 [#121-18, p1] for (mis)use of Trade Secret IP neural codes to create fake news and money laundering racketeering schemes.

c. Attorney/legal fees,

d. and Exemplary (restitution) damages for circumstances of fraud, malice, and willful wonton disregard to Montalbano's rights and feelings (Claims 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21 and 22),

e. and any other relief the Court deems just.

f. See Claim 1, for further RICO damage specifics.

## RICO COUNT 8

### (8) Economic Espionage 18 USC 1831 (The Enterprise)

519. Montalbano incorporates the General Allegations in ¶¶1 313 287 by reference.

520. Upon information and belief, The Enterprise, has misappropriated Montalbano's highly rare and extremely valuable and coveted Trade Secret dream research and given it to both

national and international intelligence agencies for study, such as to China or other eastern based intelligences. These Trade Secret records of Montalbano's were obtained by The Enterprise through deception, via Goode and Wilcock's public alien narratives, donation schemes, and related fake news frauds and swindles.

521.    Montalbano incorporates by reference all 22 Claims as evidence of improper means and misrepresentations to defraud Montalbano of her trade secrets and distribute them internationally.

## **DAMAGES**

522.    Based upon the facts of all Twenty-Two (22) Claims stated herein, Montalbano believes she is entitled to injunctive relief and to recover damages based upon the foregoing act of Economic Espionage; to include actual damages, punitive damages, and attorney/legal fees and any other relief the Court deems just.

523.    See Claim 1 RICO and 7 Trade Secrets, for damage specifics.

## **COUNT 9**
## **(9)   COPYRIGHT INFRINGMENT COMMON LAW AND FEDERAL TITLE 17**
### **(The Enterprise)**

524.    Montalbano incorporates the General Allegations in ¶¶1-313 287  by reference.

525.    This Copyright claim is filed pursuant Title 17, Chapter 1, §101-104, 106, 106A; and Remedy and Injunctive Relief sought under Chapter 5, §502, 504, 505, and 512.

526.    Montalbano incorporates by reference all 22 Claims as evidence of improper means and misrepresentations to defraud Montalbano of her intellectual property.

527.    This copyright claim involves Montalbano's original self-published and Award winning and federally copyrighted book "Dreams the Missing Text" ~~(Exhibit 25~~ ([#121-25] Copyrights) [55]

528.    This claim involves Montalbano's original Kindle published and federally copyrighted book "DreamWalker Dream Diary Adventures of Enetka Tulina" ~~(Exhibit 25)~~ [#121-25]

529.    This claim involves approximately 470 original literary works, authored by Montalbano, comprising thousands of pages of writing and graphics that are common law copyright protected.

## LITERARY WORKS

530.    Largely during 2017 Montalbano donated to James Corey Goode, David Wilcock, The Enterprise, and their associates, approximately 500 original created, handwritten, and photographed common law copyrighted and fixed literary works, via Goode's work email address at SphereBeingAlliance@Gmail.com. This collection of original literary works largely electronically delivered are referred to as "Dream Visions." (Title 17 USC §102)

531.    The approximate 500 literary works, comprising thousands of pages, were initially all common law copyrighted materials and publicly unpublished works. (2017)

(Title 17 USC 104(a) unpublished works)

---

[55] Filed as exhibit X Mesa Court Record January 30, 2019 - Copyrights

532.    Approximately 30 of these original literary works, called 'Dream Visions,' were later self-published by Montalbano in her book "DreamWalker" June 2017.

(Title 17 USC 104(b) published works)

533.    Montalbano retains all rights and copyright protections of the 'created' and 'fixed' works.

534.    Montalbano is the sole owner, sole artist, sole creator, and sole author of all the "Dream Vision" literary works (Intellectual Property) written and emailed electronically to Goode's email box SphereBeingAlliance@Gmail.com from AriStoneArt@Ymail.com and PurpleMagus374@gmail.com.

535.    Montalbano is the sole owner, sole artist, sole creator, and sole author of all the "Dream Vision" literary works (IP) written and emailed electronically to GAIA's email box via employee: Jaymi Bauer (Chief Marketing Officer, GAIA) at jaymi.bauer@gaia.com.

536.    Montalbano shared (donated) a design artwork titles "Intuition" (Exhibit 20) [#121-20] and other art with Goode via the Slack app during 2017, while seeking to work for Goode as a volunteer.

## DEFRAUDED OF LITERARY WORKS AND ART

537.    Montalbano donated/shared her Intellectual Property due to belief in The Enterprises public frauds, and under the false pretense that the 'good will of the people' would be the medium of exchange.

538.    Montalbano began to become aware of being defrauded of her Intellectual Property around December 2017 and began due process of law April 18, 2018 against Goode and his associates for fraud, theft of Intellectual Property, and defamation.

539.    Montalbano United States Post Office Certified Mail served with return receipt requested the **self-authenticating presumptive Pre-litigation Affidavit Complaint (PLAC),** first dated April 18, 2018, along with the associated fines and fees due against Goode and his associates for presumptive use of materials as derivative works and cited fraud and theft.[56]

(~~Exhibit 18~~ ([#121-18] **PLAC Certificates of Service**) (FRE 301 – Presumptions in Civil Cases; FRE 902 (4),(8), and (10) – Evidence that is Self-Authenticating)

540.    Courtesy copies of the PLAC, billing statements, fine and fees, were served upon GAIA headquarters in Boulder Colorado upon Mr. Jirka Rysavy and Mr. Jay Weidner.

(~~Exhibit 18~~ ([#121-18] **Certificate of Service dated April 18, 2018 and May 16, 2018)**

541.    In the presumptive PLAC mailings, Montalbano cited approximately 70 specific instances of use of her copyrighted materials by Goode, Wilcock, and their associates and organized romantic cyberstalking for response. (~~Exhibit 18~~ ([#121-18] PLAC 48 page Notice)

542.    Montalbano cited approximately $70,000 due in damages for the unauthorized use(s) based on the standard rates outlined in the Graphic Artists Guild book, plus fines.

(~~Exhibit 18~~ ([#121-18] Certificates of Service and Billing Statements 001, 002, and Fines and Fees)

---

[56] Silence is acquiescence.
*Connally v. General Construction Co., 269 U.S. 385, 391* Notification is "the first essential of due process of law." https://supreme.justia.com/cases/federal/us/269/385/
Also see: *U.S. v. Tweel, 550 F. 2d. 297.* "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading." https://www.leagle.com/decision/1977847550f2d2971809

543.    Montalbano cited uses in Goode and Wilcock's broadcast show Cosmic Disclosure and other print and broadcast mediums typically used as modge-podge derivative works, mutilated works, and as part of their modge-podge fake news stories.

544.    Goode, or any lawful party on his behalf, failed to legally or lawfully respond, rebut, or meet the Pre-Litigation Affidavit Complaint (PLAC) presumptions stated therein. [57]

545.    Unrebutted affidavits stand as truth in a court of law and in commerce.

546.    The **unrebutted** PLAC mailings (77 pages) legally shifted the burden of proof to be upon Goode, Wilcock, and their associates, to produce evidence to rebut or meet the claims. (FRCP 301)

547.    Montalbano opened case 18CV50, June 25, 2018, in Mesa District Civil Court against Goode for the unrebutted presumptive PLAC claims of fraud, defamation, and theft, seeking Injunctive Relief and declaratory relief.

548.    Flynn ignored and denied the rules of presumptions and evidence all during case 18CV50 and unlawfully denied the validity of the unrebutted PLAC mailings. (FRE 301, FRE 902 (4), (8), (10); Colo.R.Evid. 301; Colo.R.Evid, 902 (4), (8), (10))

549.    Flynn ignored that Goode had already acquiesced and agreed with Montalbano to all the presumptive PLAC claims, through his willful silence and failure to respond.[58]

550.    Flynn prejudicially and irrationally denied that Intellectual Property is in fact both tangible and intangible personal property because the literary work collection was referred to

---

[57] Id at 5654. *U.S. v. Tweel, 550 F. 2d. 297.*
[58] Id at 5654. *U.S. v. Tweel, 550 F. 2d. 297.*

as "Dream Visions." Flynn knowingly ignored this as the Copyright records were filed almost exactly one year prior his January 29, 2020 orders. **(Exhibit 24)** ([#121-24]

## BREACH OF CONTRACT – FRAUD

551.    Goode, Wilcock and the Enterprise, breached the 'contract' by running public frauds, money laundering schemes, creating unauthorized derivative works, and extorting Montalbano since early 2018 after Montalbano wanted remedy, attribution, and legal protection for all her common law copyrighted and fixed literary works, graphics, and artworks mistakenly donated.

## DERIVATIVE WORK COPYRIGHT INFRINGEMENT "MEGA UPDATE"

552.    On January 12, 2018, Mr. Corey Goode posted a 'literary work' titled "Mega Update," in two parts, on David Wilcock's website https://DivineCosmos.com

553.    The January 12, 2018 "Mega Update" was a derivative work and fake news based on approximately twenty (20) of Montalbano's common law and federally copyrighted "Dream Vision" literary works.

554.    The following 20 Dream Visions and derivative work uses are cited in the unrebutted presumptive Pre-Litigation Affidavit Complaint (PLAC) mailings.

Mega Update Part 1 https://divinecosmos.com/davids-blog/1225-abr-legacy/

Mega Update Part 2 https://divinecosmos.com/davids-blog/1225-abr-legacy/2/)

A.    "Axe Maze House" emailed August 9, 2017 to Mr. Goode.

Goode created the "Mega Update" derivative work based on Montalbano's original literary work of axes coming off the ceilings and floors trying to kill Montalbano and her Twin Flame in a room with an axe head chopper guy. In Goode's mutilated derivative work he made himself the experiencer and had hovering axes he was avoiding being killed by in a room and in his rendition a 'reptilian' being was killed by someone welding an axe.  (**Exhibit 18** ([#121-18] PLAC at 2-6)

**B.**     "Stopping Bullets with Liquid Blue Spheres" emailed June 28, 2017

Goode created the "Mega Update" derivative work presented as 'news' based around (energy) spheres being used to transmute or contain energy. (**Exhibit 18** ([#121-18] PLAC at 2-7)

**C.**     "Dragon Morph" emailed August 14, 2017

Goode created the "Mega Update" derivative work based around describing the reptilian with a similar particular green color description (such as 'olive green' or 'spring green') as Montalbano's and similar to Montalbano's story he specifically described the face as if his own experience. (**Exhibit 18** ([#121-18] PLAC at 2-8)

**D.**     "Saving the World with 5 Purple Star Fish Kush Kittens"

Goode created the "Mega Update" derivative work based around strange creatures in water that made him feel nervous, like Montalbano's story. (**Exhibit 18** ([#121-18] PLAC at 2-9)

**E.**     "Druids and Orange Dolphins" emailed August 14, 2017

Goode created the "Mega Update" derivative work based around strange creatures in water that made him feel nervous, like Montalbano's story. (~~Exhibit 18~~ ([#121-18] PLAC at 2-10)

**F.** "Off Dimension with Corey, Correct Dimension with Corey" (aka The Marriage Dream) emailed December 16, 2017 (~~Exhibit 18~~ ([#121-18] PLAC 2-11)

Goode created the "Mega Update" derivative work alleging his entire "off world" "alien" (Blue Avian) experiences occurred on December 16, 2017. Goode utilized many similar elements from "The Marriage Dream" to include the date it was emailed to him, being on stage, overcome with emotion, a planned meeting, and quiet clapping, amidst many other similarities. Goode mutilated the work and replaced Montalbano and the on stage 'marriage' with his Blue Avian Blue Bird alien friend being with him on stage stating legal sounding things and Goode feeling lots of love-emotions from his male alien companion.

**G.** "Soleil" emailed January 2, 2017 and later published in DreamWalker book.
Goode created the "Mega Update" derivative work/fake news based around light and solar events and Artificial Intelligences (A.I.) related to Montalbano's dream journal records. (~~Exhibit 18~~ ([#121-18] PLAC 2-12)

**H.** "A True Story, Japanese Letter circulating A.I. choose colors, Dark Matter with light shined on it" emailed July 3, 2017 ([#121-18] PLAC, p13, 2-13)

Goode created the "Mega Update" derivative work/fake news based around light and solar events and A.I. and posted related Elon Musk A.I. news article about an 'open A.I. letter.' (~~Exhibit 18~~ ([#121-18] PLAC 2-13)

I.      On September 21, 2017, Montalbano emailed the following Dream Visions to Goode: "Red triangle craft," Gold under the Candy Store and Abominable (giant) Beings," and "Sapphire Crown Jewel".  Montalbano emailed Goode on January 6, 2018 about a Dream Vision with a living giant. January 10, 2018 Montalbano Facebook posted a public comment that people would 'likely hear about 'living giants soon.'' (~~Exhibit 18~~ ([#121-18] PLAC 2-14 and 2-15)

Montalbano's dream vision literary work was about a living giant being in captivity in a high security type military installation and the giant was very nice. Goode created the mutilated "Mega Update" derivative work/fake news alleging a "secret insider" military friend had been living with volatile living giants.

J.      "My SSP involvement? – leading argumentative team to work together" emailed October 19, 2017 to Goode.

Goode created the mutilated "Mega Update" derivative work/fake news by stating the SSP (Secret Space Program) people could basically never get along or work together. In Montalbano's original literary work she was getting these argumentative "SSP" people to listen to one another and work together. (~~Exhibit 18~~ ([#121-18] PLAC 2-16)

K.      "Signing Kings contract for large space object to power earth" emailed August 2, 2017

Montalbano's original literary work described a large space object that was derelict and very banged up looking (monstrosity) that looked like a skyscraper shape, and went into detail describing the paneling. Montalbano had to sign a 'king/president's' contract for the elongated space object. Goode created the "Mega Update" derivative work/fake news based on a large dinged up (by asteroids), holes, and derelict looking outer space object (cigar ship shape) that allegedly just entered the solar system and went into detail about panels and that military people were sent to investigate. (~~Exhibit 18~~ ([#121-18] PLAC 2-17)

**L.**   "River Walk and Stone Age Dinosaur Hologram Show – Pterodactyl" emailed December 10, 2017

In Montalbano's original literary work she was walking in a river with others to attend a prehistoric Dinosaur hologram show and at one point accidentally took off a chunk of a guy's flesh from his face and heard hawk (raptor/dinosaur) cries that sounded like a pterodactyl to Montalbano. Goode's derivative "Mega Update" work incorporated the skin flesh chunk that came off the face of a male but instead the skin chunk came off a dead Pterodactyl type 'alien' species that allegedly lived in water in the derelict space object (ship) and that'd since rotted away and when touched by the military people the skin chunk came off. (~~Exhibit 18~~ ([#121-18] PLAC 2-18)

**M.**   "Forrest and Glyph Kisses Portal" emailed July 8, 2017

Goode created the "Mega Update" derivative work based on glyphs and math being used as portals and described glyphs in his derivative work similar to what Montalbano drew in the dream journal record. (~~Exhibit 18~~ ([#121-18] PLAC 2-19)

**N.** "Watermelon advanced Mathematics of the Universe tech" emailed August 7, 2017

In the dream Montalbano was performing math calculations of the universe so fast it was beyond conscious human brain comprehension. Goode created the "Mega Update" derivative work based on (hieroglyphs) being a mixture of a language and a hyper-dimensional math similar to the hyper-dimensional math of the Universe performed by Montalbano in the dream journal record. (~~Exhibit 18~~ ([#121-18] PLAC 2-20)

555.   In "Mega Update" Goode also stated the following:

Section Titled: "BEGIN COREY GOODE UPDATE"

*"COREY GOODE: "**I have been receiving** a **clear uptick in dream communications** with Tear-Eir over the last **ten weeks**.*"

(Tear-Eir is Goode's publicly claimed alien Blue Bird friend)

Goode's "uptick in 'dream communication" is reference to Montalbano's approximate 500 literary works IP (dream journals) that he defrauded Montalbano of during 2017 and used extensively in his alleged "Mega Update."

556.   Goode, Wilcock, The Enterprise, and their network of complicit associates promoted Goode's derivative work "Mega Update" to millions of people as being true (news), via Cosmic Disclosure broadcasts by GAIA (audio video) and via the internet (YouTube and etc), radio (podcasts and etc), and print (books and etc). (January 2018 to current)

557.     Goode, Wilcock, GAIA, The Enterprise, and their network of associates, made 'financial gains' from this "Mega Update" story.

558.     Montalbano was not given remedy or attribution at any time as the source.

559.     Goode, Wilcock, ~~GAIA,~~ and The Enterprise, launder(ed) the illicitly obtained money through their corporations based on the derivative work being presented as 'true' news and as being Goode's personal experiences, when they were in fact Montalbano's personal experiences and original Intellectual Property dream journal records.

## COSMIC DISCLOSURE - BROADCAST INFRINGEMENT DERVIATIVE WORKS

560.     Goode and co-host Wilcock also used Montalbano's Dream Vision IP literary works to create fake news and derivative works seen in the Cosmic Disclosure shows, broadcast by GAIA.

>    A.     April 13, 2017 Montalbano emailed Goode about her original literary work "Description of Time Travel Chair and Use" and described the form of travel (for a time travel chair) as the soul coming out and 'shrinking,' and how the chair utilized DNA and that calibrating was also involved.  (~~Exhibit 18~~ ([#121-18] PLAC 2-2) Goode created a derivative works/fake news for Cosmic Disclosure, Season 7, Episode 19 (May 9, 2017), at approx time stamp 15:30; about portal travel now being like shrinking and calibrating.

>    B.     "Magik Silver Sparkles & Manifesting Gifts" and "Inter-Dimensional Home" contained in pre-published 'DreamWalker' book gifted in-person to Goode and Wilcock at Conscious Life Expo, February 9-12, 2017.

Goode created a derivative works/fake news for Cosmic Disclosure, Season 7, Episode 24, (June 13, 2017) at approx. time stamps 10:00-20:00, and he now describes 'spheres' similar to Montalbano's description of manifesting gifts via silver sparkles. (~~Exhibit 18~~ ([#121-18] PLAC 2-3)

C.    Chapter 3 "ALIENS AND TECHNOLOGY" contained in pre-published DreamWalker book and gifted in-person to Goode and Wilcock at Conscious Life Expo, February 9-12, 2017, with the following dream journal records: "Vampire relations a Day in a Draco's Shoes August 2, 2016", "A.I. Alien in Movie Screen & Messed up Portal – December 22, 2016," "Magik A.I. Realm through Turkey Bacon December 30, 2016," and "Blue Beings and Advanced Technology May 16, 2016"  In it Montalbano stated about1/3 of the 'Draco' were good.

Goode created a derivative works/fake news for Cosmic Disclosure, Season 7, Episode 26, (June 27, 2017) at approx. time stamps 11:00-30:00, where he blends the information contained in the aforementioned literary works, notably to include talking about an 'electronic net' used to kill or capture beings and in Goode's mutilated rendition another 'alien' is murdered with the technology.

Goode and Wilcock had associate Pete Peterson create a derivative work/fake news for Cosmic Disclosure, Season 7, Episode 31, (August 1, 2017) at approx. time stamp 25:50, where their fake whistleblower, Peterson, stated that about 1/3 of 'Dracos' are 'good' and like priests and ministers as if it was actual 'news.' (~~Exhibit 18~~ ([#121-18] PLAC 2-3)

**D.** "Cigar Ships Beamed Up" (3D Light Puzzle), "Help ETs", "Portal Threads," "Galactic Family," "White Light Magik" emailed June 15, 2017

Goode created derivative works/fake news for Cosmic Disclosure, Season 9, Episode 1, using Montalbano's original literary work about a 3D light puzzle assembled with the mind by kids. In Goode's derivative broadcast work rendition he made himself one of the kids assembling the 3D light puzzle with his mind. Further still, in Montalbano's original literary dream vision collection work a device was used to convey emotions to and from ETs (Extra Terrestrial) and Montalbano changed the energies to happy.  In Goode's derivative broadcast work he spoke of using a device to relay ET emotions. (~~Exhibit 18~~ ([#121-18] PLAC 2-21)

## GOODE AND WILCOCK ASSOCIATE INFRINGEMENT - DERVIATIVE WORKS  -

561.    **On November 4, 2017** Montalbano emailed Goode a dream journal literary work title "ET Exchange Program" where 'ETs' would be 'exchanged' with human families similar to foreign exchange students.

On **November 19, 2017, Teresa Yanaros** (former marketing promoter for Goode's alien narratives and also Plaintiffs' Counsel, Valerie Yanaros Wilde's sister), went on Goode's associate's YouTube channel "Stillness in the Storm" and in video titled "NEWS: Trump Investigates, Pedogate Busts, David Wilcock, Starseeds Unite – November 19, 2017" Ms. Teresa Yanaros stated there was going to be an ET (alien) exchange program similar to Montalbano's dream journal literary work. Ms. Teresa Yanaros alleged the information was

from another source and presented it as if it was 'actual' news.  **(~~Exhibit  18~~** ([#121-18]

PLAC 3-7)

562.    **On June 25, 2017** Montalbano emailed Goode a dream journal record of seeing 'square

ships' (space craft).

**On October 20, 2017** Goode and Wilcock's close associate Dr. Michael Salla posted to his

website exopolicits.org what is believed to be fake news of an alleged photo taken by an

alleged  'trusted secret insider' of square ships near MacDill AFB.  **(~~Exhibit 18~~** ([#121-18]

PLAC 3-8)



## DAVID WILCOCK INFRINGEMENT DERVIATIVE WORKS

563.    In part 2, of Goode's alleged "Mega Update," (January 12, 2018) Wilcock states his book

"Awakening in the Dream" completely changed due to Goode's information in the alleged

"Mega Update."

Section Titled: **"MEGA GROWING OPPORTUNITIES"**

"[DW: **Some of what he received** was personal for me. I found it incredibly interesting,

and **it has completely changed how I am writing** *Awakening in the Dream*.]"

On August 9, 2017, Goode and Wilcock received a synopsis of approximately 68 Dream Visions (dream journal records) from Montalbano that specifically involved David Wilcock. (~~Exhibit 18~~ ([#121-18] PLAC 2-6)

564.    Wilcock changed how he was writing his book, "Awakening in the Dream," because of Montalbano's copyrighted Intellectual Property dream journal research and records.

565.    Wilcock also further regularly made 'synchronistic' (organize cyberstalking) public statements about receiving and reading Montalbano's dream journal records (literary works). ([#121-18] PLAC 3-1)

566.    On June 15, 2017 Montalbano emailed Goode dreams of Montalbano performing very advanced magik (magik performed in dreams is very rare for most dream journal records and even more rare how much and varied Montalbano performs in dream states) of emitting light from her hands that changed 'blackened' hearts and then encompassed the entire world and removed the veil of lies. Three days later, on June 18, 2017, Wilcock made the following statement on Facebook:

> "*AA very massive dream appeared hree mornings ago*, *portending a major leap forward* in the defeat of the Cabal and towards major disclosure . . .
>
> . . . This dream was *utterly amazing* and more than enough to convince me that now is the **time to put this prophesy out there**."



Wilcock was referring to Montalbano's dream journal literary work records delivered three days prior to Goode and his then business manager, Mr. Richards. ([#121-18] PLAC at 3-1)

## WILCOCK FAKE NEWS INFRINGEMENT DERIVIATIVE WORKS

567.    Wilcock and his associates regularly used Montalbano's original literary works to create fake news, that he, Goode, and The Enterprise profiteered off of and as seen in the following example from the unrebutted Presumptive Pre-Litigation Affidavit Complaint (PLAC):



568.    Montalbano emailed Goode on **October 19, 2017** a literary work about a guy 'Losing a Bullet Bet' and being threatened with being shot, but since the shooter lost the bet, no one was shot/killed. The bullet was described in detail along with a shoddy drawing of it provided.

**November 13, 2017** Wilcock published his fake news story about alleged whistleblower Emery Smith being threatened and almost killed. Wilcock proceeded to provide a photo of a bullet



that matched the description of Montalbano's dream record and that Smith had not been shot, but threatened with the bullet. ~~(Exhibit 18~~  ([#121-18] PLAC 3-18)

569.　The unrebutted PLAC contains many other examples of unrebutted infringements by Goode, Wilcock, The Enterprise, and associates.

570.　Goode, or any proper party on his behalf, failed to respond or rebut the presumptions in the PLAC mailings and thereby Goode legally agreed that he, Wilcock, and their associates have in fact infringed on Montalbano's IP as claimed.

571.　Flynn ignored the fact that the only orders he could lawfully write and issue in case 18CV50, without Goode rebutting with his own evidence everything in the PLAC, were those in favor of Montalbano, and Flynn violated due process of law.

572.　Many of Goode, Wilcock, and their associates' public 'alien' or 'news' narratives, are similar to Montalbano's dream journal literary works mistakenly donated to Goode and Wilcock during 2017.

573.　Goode has continued to use Montalbano's IP for his unauthorized derivative works.

**A.**　Goode has used in his current comic book narratives the "Time Keeper Boy" dream vision emailed to him on July 2, 2017. In Montalbano's original literary work, there is a young boy who kept in a little box with a round porthole window and only his face is seen pressed up to the glass. Montalbano drew a rough image in her dream journal. In Goode's derivative work he again made himself the experiencer as the young boy and alleges when he was 'off world' with the SSP programs that he'd look out the round

porthole windows with his face right up to the glass. His associates created a derivative work image.

574.     Goode, Wilcock, and their associates have a pattern of regularly using other people's Intellectual property and calling it their own and/or creating derivative works and then not responding to the original author/artist when asked about their use.

    **A.**     Wilcock plagiarized Ms. Linda Moulton Howe's legitimate whistleblower research as his own on his YouTube channel. Howe reported him to YouTube and Wilcock's video was copyright struck.

    **B.**     Goode plagiarized Jim Nichol's spaceship art and experience as his own and created derivative work images, and then would not respond to Nichol's when asked about it.

    **C.**     Goode has also plagiarized Michael and Stephanie Relfe's SSP ' 20 and back' experiences as his being his own.

575.     Goode and Wilcock call their Intellectual Property theft scam of knowingly plagiarizing or unlawfully creating derivative works belonging to others, "synchronicity."

576.     Upon information and belief Goode, Wilcock, and The Enterprise are unlawfully profiteering by selling Montalbano's original Intellectual Property to their friends and associates in Hollywood and similar entertainment professions, for use as content in films, movies, television series, radio shows, books, or otherwise broadcast or published content without remedy or attribution to Montalbano and to the detriment of Montalbano.

577.    Goode, Wilcock, The Enterprise, and their complicit network of associates, will continue (mis)using Montalbano's Intellectual Property to create fake news, derivative works, donation scheme stories, and illicitly profiteer and money launder, unless immediately restrained by a Court Order.

## REMEDY, DAMAGES, INJUNCTIVE RELIEF - TITLE 17 CHAPTER 5 §501-505

578.    Goode has publicly threatened to publicly release more of Montalbano's dream journal literary work Intellectual Property and Montalbano is reasonably afraid he will do so, unless restrained by a Court order. [#121-21]

579.    Montalbano believes she is entitled to the following Injunctive Relief for copyright infringement:

a.  **Declaratory Relief:** declaring the approximate 500 hand written Dream Vision literary works and associated common law copyrighted emails donated to Goode and by extension Wilcock by mistake and error largely during 2017 and through to current, as being Montalbano's sole and separate Intellectual Property, literary works, fixed works, art, and copyrighted materials.

b.  **Preventative Injunctive Relief:** to restrain Goode, Wilcock, The Enterprise, and their complicit associates, from further public or private dissemination and (mis)use of Montalbano's literary works as their own and/or giving the information to an associate to create derivative works and/or fake news.

c.  The literary records in Goode and GESs' email box (SphereBeingAlliance@gmail.com ) and other email boxes of The Enterprise are to also be ordered to not be shared, emailed, or otherwise electronically copied, stored, printed, or delivered by Goode, Wilcock, or

any other associate(s) within or without The Enterprise, and the records are to be preserved throughout the course of litigation.

## **DAMAGES**

580.    Based upon the facts of all Twenty-Two (22) Claims stated herein, Montalbano believes she is entitled to injunctive relief and to recover damages for the foregoing act of Copyright Infringement to include:

   a.    Attorney/legal fees, <u>to include compensation for time at the $150/hr agreed PLAC rate.</u>

   b.    <u>Compensatory/</u>actual damages presumptively agreed upon damages in the PLAC mailings, <u>to include the unrebutted PLAC contract claims ($68,012) and royalties at a rate of 50% and additional fines and fees for continued misuse since April 18, 2018, plus $50 per day for failure to make payments for presumptively agreed (mis)uses. **[#121-18 at p4-7, p11]**</u> <s>statutory damages,</s>

   c.    <u>Award of profits that were obtained by the counter-defendants' Goode, Wilcock, their associates, and The Enterprise, via their creation and sale of derivative works in both print and broadcast mediums notably presented as fake news, and as cited in the unrebutted PLAC, be awarded to Montalbano. **[#121-18]**</u> <s>and</s>

   d.    Declaratory and preventive Injunctive Relief for willful and malicious infringement and any other relief the Court deems just.

<b><u>COUNT 10</u></b>
(10) <u>DEFAMATION CRS 13-80-103</u>
<b><u>(The Enterprise, Public Servants)</u></b>

**581.**    Montalbano incorporates the General Allegations in ¶¶1 ~~313~~ 287  by reference.

**582.**    Goode, Wilcock, Wilde and their associates (believed to be working for The Enterprise), have defamed Montalbano publicly and privately to third parties, intentionally, negligently, or with reckless disregard of the truth and have made knowingly false public and private statements about Montalbano accusing her of criminal acts (stalking, murder, rape, pedophilia), sexual misconduct (as someone having an extramarital affair with Goode), and as someone with a mental disease (crazy, insane, delusional), to others in the same or similar trades and professions of predictive dream research, via libel and slander notably overtly since February 2, 2018 and have regularly publicly escalated their hate speech against Montalbano through to current. **(Exhibit 21** ~~Defamation)~~ **[#121-21]**  (Claims 1, 2, 3, 4, 5, 13, 14, 15, 16, 17, 18, 19, 20, 22)

**583.**    Montalbano incorporates by reference all 22 Claims as evidence of defamation by knowingly false statements by a group of people performing a pattern of racketeering to destroy Montalbano's life.

**584.**    This defamation by Goode, Wilcock, and their associates promoted by the Enterprise and not stopped by the Public Servants pursuant their Oath of Office, embarrasses Montalbano as someone sexually amoral and as a criminal, and destroys her reputation within the same trade and profession that Goode and Wilcock are involved in, dreams, and predictive dream research. (Claims 7, 8, 9, 14, 15, 16, 17, 18, 19, 20, 21)

585.    Goode, Wilcock, and their associates defame Montalbano to maintain their public frauds, donation schemes, and their unlawful use of Montalbano's Intellectual Property and Trade Secret dream research.  (Claims 7, 8, 9, 11, 14, 22)

586.    During 2018 through to current, Goode, Wilcock, and their associates have publically defamed Montalbano as a stalker, murderer, rapist, pedophile, Satanist, human trafficker, cult practitioner, and cabal by labeling her with the term "Dark Alliance." **(Exhibit 21)** **[#121-21]**

587.    Goode, Wilcock, and their associates, knowingly participate in defamation practices by spreading lies about Montalbano to millions of people (third parties) in the general public via their worldwide broadcasts and publishing networks. **[#121-21]** (Claims 1, 2, 3, 4, 5)

588.    Goode and his associates have defamed Montalbano in her profession and trade, via (but not limited to): Facebook, Twitter, YouTube, and Reddit. Reaching hundreds of thousands and even millions of people (third parties) with their knowingly fraudulent misrepresentations about Montalbano.

## DEFAMATION IN TRADE, BUSINESS, AND PROFESSION – EMAIL and PHONE

589.    Mr. Goode defamed Ms. Montalbano as a criminal (stalker) to a mutual Gaia Inc. contact, Ms. Kiersten Medvedich, on June 5, 2018. **(Exhibit 8)** **[#121-8]** [59]

---

[59] Id. at 24;  Filed by Goode on Denver Federal Court Record case 1:18-cv-02060-RM-GPG  Dkt. 34-5 on  09/10/18 – CG called Montalbano a stalker to Medvedich via email and also filed as Exhibit AR on Mesa Court Record August 2, 2019 - Medvedich

590.    Mr. Goode had Montalbano contact by phone his then business associates, Mr. Roger Richards, February 2, 2018. (Goode is now suing Richards in USDC case 20-cv-00947-STV) During the phone call, Richards defamed Montalbano as a 'security risk' and denied her attendance at Goode's then coming event with Joan Ocean Company in Hawaii. Montalbano was subsequently embarrassed to have her money refunded by Joan Ocean Company due to these fraudulent statements.

## INTERNET DEFAMATION

### FACEBOOK DEFAMATION

591.    Goode defamed Montalbano as a stalker by direct implication on his Facebook page @BlueAvians on July 17, 2018 with approximately 100,000 page followers by telling his fans he had to obtain a Protection Order.[60] [#121-21 at p1, p2]

592.    Goode also threatened future defamation of Montalbano by stating he 'hoped to make more public statements in the near future' and since then he has proceeded to do so with severe escalations of hate speech. (Exhibit 21) [#121-21 at p2] [61]

593.    Goode has threatened to publicly release the private recorded phone call between Montalbano and Richards', which would only serve to further embarrass and humiliate Montalbano. (Exhibit 21 ([#121-21 at p4] Reddit screen shot taken March 18, 2019)

594.    March 17, 2019, Goode's Facebook friend and business associate Mr. Chuck Raymond (a 3D animator for Goode) defamed Montalbano as someone sexually amoral stating Montalbano

---

[60] The same date Goode obtained the TRO in Broomfield Combined Court 18C103 against Montalbano.
[61] Filed as exhibit AS Mesa Court Record August 2, 2019 – CG FB stalker post July 17, 2018

claims to have sex with Goode in his dreams. Montalbano never told Raymond that and had not made any public statements of having sex (in dream states) with Goode either, that was private information contained in the emails and private dream journal records delivered to Goode. (~~Exhibit 21~~ ([#121-21] at p6-7 defamation – Chuck Raymond and CG Facebook) [62]

595.    Raymond went on to defame Montalbano on Facebook in her trade of dream research by stating Montalbano is crazy (mentally diseased) thinking she 'foresees the future' in dreams, when this is exactly what his associates Goode and Wilcock are publicly famous for (with zero proof) yet Raymond doesn't call them delusional or crazy. (~~Exhibit 21~~ ([#121-21] defamation – Chuck Raymond and CG Facebook)

596.    March 20, 2019, Goode posted to associate Raymond's defamatory hate speech Facebook post and cited the stalking case he lost against Montalbano (with fabricated evidence) and Goode included Montalbano's actual name with his "(Montalbano vs Goode)" making it clear he's knowingly defaming Montalbano as a stalker since his July 17, 2018 Facebook post.

597.    Goode also escalated Montalbano to be part of his public fantasy "Dark Alliance" and pointed out he also defamed Montalbano live on the Edge Of Wonder YouTube channel broadcast. (~~Exhibit 21~~ ([#121-21 at p7] Creepy Clown CG Facebook defamation)[63]

REDDIT DEFAMATION

https://www.reddit.com/r/CosmicDisclosure/comments/9xujtc/cg_being_sued_for_fraudinfringement_poster_on/ (Retrieved June 27, 2019) (~~exhibit 21~~ ([#121-21 at p3-5] Reddit defamation) [64]

---

[62] Filed as exhibit AP Mesa Court Record March 25, 2019 and as Exhibit AW August 2, 2019 – Chuck Raymond and Goode Facebook slander against Montalbano
[63] Id at ~~62~~60. Mesa exhibit AP.
[64] Fuller filings filed as exhibits: AO on Mesa Court Record March 25, 2020; and AU August 2, 2019

598.     On or about November 18, 2018 Goode posted on Reddit internet website with "Cosmic Disclosure" user handle seen in the URL and "SBAGoode" user handle, that Montalbano is a stalker, someone with a mental disease, and that he's going to report these behaviors to law enforcement (criminal/extortion) and proceeds to defame Montalbano as someone sexually amoral having an extramarital affair with himself and he refers to the December 16, 2017 marriage dream.

599.     Goode further defamed Montalbano in the Reddit post in her trade of dream research as being 'delusional' for having legitimate 'prophetic' dreams that showed Montalbano knew (via many tangible dream journal records) what Goode and his attorney, Wilde, were up to before they did the acts in waking states.[65]


TWITTER  DEFAMATION [66] [#121-21 at p9-12]

600.     About May 22, 2019 through June 19, 2019 on Goode's Twitter account @CoreyGoode with approximately 23,000 followers (during 2019 hate speech campaign); Goode and a group of his organized cyberstalkers, bullied, harassed, and defamed Montalbano publically as a stalker, cyber stalker, "Dark Alliance," someone sexually amoral having an extramarital affair with Goode, someone with a mental disease, and again defamed Montalbano in her trade of predictive dream research and directed Goode's audience to Goode's November 2018 Reddit hate speech campaign.

---

[65] Filed as exhibit AN Mesa Court Record March 25, 2019 - email to Ms. Wilde of prior documented Dream Visions by Montalbano showing she knew what they were up to before they did the acts in waking states.
[66] Twitter defamation exhibits were filed on the Mesa Court Record as: Exhibit AY August 2, 2019 (with motion to amend the November 13, 2018 complaint) ; Exhibit AZ September 9, 2019; and Exhibits CL, CM, and CO,  July 20, 2020 (with motion to amend the November 13, 2018 complaint)

601.   Goode has posted a variety of Tweets on Twitter defaming Montalbano as "dark alliance" and a "stalker" by her given name and artist pseudonym, Ari Stone. **(Exhibit 21)**

602.   Goode has directly stated on Twitter he is Targeting the 'Dark alliance" and thereby he is knowingly Targeting Montalbano. **(Exhibit 21)**

YOUTUBE DEFAMATION **[#121-21 at p13-15]**

603.   March 18, 2019 Goode on YouTube channel "Edge of Wonder" with approximately 372,000 subscribers (retrieved July 21, 2019) indirectly defamed Montalbano as a stalker, someone sexually harassing him, and defamed Montalbano in her trade of Dream Research by again citing the December 16, 2017 marriage dream, in YouTube video titled, "*Corey Goode - Alliance Update, Antarctica, Supreme Brand Loves Satan - Edge of Wonder #3.*" and approximately 193,000 views. (times stamps; 1:39:00 to 1:43:00)

604.   February 25, 2020 Goode posted to his "Corey Goode" YouTube account a video titled "ALYSSA CHRYSTIE MONTALBANO aka Ari Stone vs. COREY GOODE" with a write up below the video calling Montalbano a stalker. (sic):

   "*Alleged cyber-stalker ALYSSA CHRYSTIE MONTALBANO aka @AriStone has worked with the #Dark Alliance Jay Weidner . . . .*" **(Exhibit 21)** **[#121-21 at p13]**

605.   On March 2, 2020 Goode posted a short 30 second video to YouTube on his "Corey Goode" YouTube Account with 4.79K subscribers a video titled "Corey Goode – Litigation Agreement Signed – Jay Weidner – Gaia TV – Law Suits incoming" with 4,814 views (retrieved June 21, 2020) and whereby Goode says nothing but is signing papers. In the

description box below he defames Montalbano again as an "alleged stalker" directly by name and her artist name of Ari Stone, when it is clear Montalbano does not even qualify as "alleged" stalker as he lost his stalking cases and claims in the Broomfield Combined Courts on three separate occasions, mid-June 2018, August 6, 2018 (18C103), and again June 22, 2020 (20C32).

606.    Brian James Flynn, 'Judge' assigned to case 18CV50, was regularly informed of this repeat and ongoing harassment and defamation being both published and broadcast against Montalbano to third parties. Flynn did nothing to stop the defamation pursuant his judicial duties, and instead Flynn flat out lied in his alleged January 29, 2020 orders that defamation was not shown to be occurring. ~~(Exhibit 24)~~ [#121-24]

607.    Flynn made himself an unlawful party in the defamation and harassment against Montalbano through his malicious and willful failure to faithfully perform his judicial duties which required him pursuant his Oath of Office to stop the civil rights violations.

608.    The three Colorado Court of Appeal Judges; Gomez, Grove and Terry, participated in this ongoing harassment and defamation by refusing to honorably perform their judicial duties and investigate Flynn's civil rights violations in case 18CV50 when appealed and then proceeded to also lie in their own 'orders' to conceal Flynn's judicial and civil rights violations in direct violation of due process of law, court rules, and Montalbano civil rights.

609.    The public servants all participated in the defamation against Montalbano through their repeat failures to stop it.

610. This defamation and knowingly false representations are notably first performed by Goode and his associates, and then their false narratives are promoted as being legitimate news or fact(s) by Wilcock and their network of associates, who are believed to be working for The Enterprise.

611. Upon information and belief there are more instances of hate speech and public defamation against Montalbano, that Montalbano is yet to become aware of and that will likely surface in the discovery phases.

## DAMAGES AND INJUNCTIVE RELIEF

612. It is self-evident Goode, Wilde, and The Enterprise will continue to escalate their defamation, hate speech, and harassment activities against Montalbano unless the Court orders it stopped.

613. Montalbano has sustained significant personal, financial, and profession damages for well over three (3) years due to these non-stop and escalating defamation acts, to include loss of investment money, professional opportunities, professional relationships, and friendships.

614. Goode and The Enterprise have been consistently destroying Montalbano's personal and professional reputation, career and life with their public hate speech and defamation campaigns heard by hundreds of thousands and even millions of people, and that are humiliating and cause enormous amounts of distress, anxiety, and ongoing stress and depression in Montalbano.

615. Injunctive Relief is warranted to stop and prevent further escalation of Goode, Wilcock, their associates, and The Enterprise's public and private hate speech and defamation campaigns against Montalbano.

**616.**   Montalbano believes she is entitled to Injunctive Relief to stop the Defamation:

    **a.**   **Preventative Injunctive Relief:** to restrain Goode, Wilcock, Wilde, and their associates from further publicly or privately defaming Montalbano on and off court records and for The Enterprise to stop promoting the defamation to the public as if it's true.

    **b.**   Removal of all public defamation from the internet as posted by Goode, Wilcock, their associates and The Enterprise, and issue multiple public retraction apologies at all locations they defamed Montalbano and at all media locations they have the most followers, to include but not limited to: Facebook, Reddit, Twitter and YouTube.

**617.**   Based upon the facts of all Twenty-Two (22) Claims, Montalbano believes she is entitled to preventive Injunctive Relief for defamation per se and to recover compensatory monetary damages for the foregoing act of Defamation to include:

    **a.**   compensation for harm to Montalbano's reputation, personal humiliation, mental or physical suffering,

    **b.**   loss of income, or earning capability.

    **c.**   Presumed damages for defamation per se of being fraudulently and maliciously called a criminal stalker by Goode, Wilde, and their associates on and off Court records that included fabricated evidence for Court and them publicly showing it as if true.

    **d.**   along with attorney/legal fees and compensation for self-representation ($150/hr) defending against the defamation per se in multiple Courts since June 2018. and

    **e.**   Punitive damages for fraud and willful and malicious defamation and any other relief the Court deems just.

## RICO
## COUNT 11
### (11)  MONEY LAUNDERING 18 USC 1956 RICO
**(The Enterprise, Public Servants)**

**618.**     Montalbano incorporates the General Allegations in ¶¶1 ~~313~~ 287  by reference.

**619.**     The Enterprise knowingly used personal property and research that does not legally or lawfully belong to them and that they knew did not belong to them, to include Montalbano's Intellectual Property and Trade Secrets, and The Enterprise created derivative works, fake news, fake "Dark Alliance" stories, and fake "Blue Avian alien" narratives to unlawfully obtain monetary proceeds from millions of people in the general public through their deceptive trade practices and other unlawful activities. **[#121-7]**  The Enterprise has worked diligently to covered up and conceal the true source of ownership of information, research, and materials they receive through their ongoing deceptive trade practices used to carry out their money laundering schemes. The Enterprise also works with corrupt Public Servants in the legal system to obstruct justice, and maintain and promote their money laundering activities. (Claims 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22)

**620.**     Montalbano incorporates by reference all 22 Claims as evidence of fraud to launder money via performance of the unlawful specified activities.

**621.**     Goode possess the knowledge to money launder, having worked within "Beal Bank, Federal Reserve Bank of Dallas, Texas. (¶~~31~~26, c)

622.  Upon information and belief, Goode directly assists The Enterprise in laundering millions and even potentially billions of dollars through their known and unknown corporate fictions and/or subsidiaries

623.  Upon information and belief Goode assists in money laundering through setting up bank accounts to route The Enterprise's money nationally and internationally.

624.  Upon information and belief, Goode works with a network of complicit John and Jane Doe bankers and banking associates.

625.  Upon information and belief the John and Jane Doe banking network of associates help The Enterprise conceal laundered monies.

626.  Upon information and belief the John and Jane Doe banking network of associates help The Enterprise conceal and route portions of laundered monies to black operation CIA or similarly situated illicit programs.

627.  The following people and corporate fictions or legal entities knowingly participate in The Enterprise's money laundering schemes:

A.    ~~GAIA INC~~

        ~~(i.)    Upon information and belief GAIA is receiving money in connection with involuntary servitude and human trafficking.~~

        ~~(ii.)   GAIA is receiving money in connection with Montalbano's stolen Copyrighted materials and Trade Secrets.~~

**B.**    **GOODE ENTERPRISE SOLUTIONS (GES)** **/ James Corey Goode (¶2, ¶¶23-26)**

(i.)    Upon information and belief GES and Goode are is receiving money in connection with involuntary servitude and human trafficking related to mind control services. (Claims 6 and 12)

(ii.)    GES and Goode are is receiving money in connection with Montalbano's stolen Copyrighted materials and Trade Secrets. (Claims 7, 8, and 9)

**C.**    **WILCOCK FOUNDATION / David Wilcock (¶5, ¶¶28-29)**

(i.)    Upon information and belief David Wilcock and his wife Elizabeth Wilcock founded the WILCOCK FOUNDATION to launder The Enterprises money without paying taxes.

(ii.)    Upon information and belief the money laundered through the WILCOCK FOUNDATION is concealed from the public and the Wilcocks intentionally hide where the money received is actually coming from and going to.

(iii.)    Upon information and belief the WILCOCK FOUNDATION and David Wilcock are is receiving money in connection with involuntary servitude and human trafficking related to mind control services. (Claims 6 and 12)

(iv.)    Upon information and belief the WILCOCK FOUNDATION and David Wilcock are is receiving money in connection with Montalbano's stolen Copyrighted materials and Trade Secrets and from the Peterson donation scam Montalbano donated to. **[#121-2 at p15-24]** (Claims 1, 2, 3, 5, 7, 8, and 9)

**D.     LIGHT WARRIOR LEGAL FUND, LLC /James Corey Goode (¶2, ¶4,  ¶¶24-27)**

      (i.)     Upon information and belief LIGHT WARRIOR LEGAL FUND is receiving money in connection with involuntary servitude and human trafficking related to mind control services. (Claims 6 and 12)

      (ii.)     LIGHT WARRIOR LEGAL FUND and Goode are is receiving money based on Goode and his associates' fraudulent misrepresentations and extortion activities being performed against Montalbano. (Claims 1, 2, 3, 4, 5, 7, 8, 9, 10, 13, 14, 15, 16, 17, 18. 19, 20, and 22)

**E.     YANAROS LAW, P.C. / Valerie Yanaros Wilde (¶7,  ¶35)**

      (i.) Upon Information and belief YANAROS LAW and Wilde are receives money from LIGHT WARRIOR LEGAL FUND and Goode for its services to The Enterprise of extorting Montalbano and witnesses against Goode and Wilcock. (Claims 14, 15, 16, 17 and 18)

**F.     LL LEGAL, PLLC / Elizabeth Lorie (¶8,  ¶36)**

      (i.)     Upon Information and belief LL LEGAL, PLLC, and Elizabeth Lorie are receiving es money from LIGHT WARRIOR LEGAL FUND, Goode, and Wilcock, for its services to The Enterprise and extorting Montalbano's witnesses. (Claims 14, 15, 16, 17 and 18) [#121-1]

(ii.)     Upon Information and belief LL LEGAL, PLLC, and Elizabeth Lorie are receiving ~~es~~ money from the WILCOCK FOUNDATION and the Wilcocks for her services to The Enterprise and extorting Montalbano's witnesses. (Claims 14, 15, 16, 17 and 18)

## G.    UNKNOWN CORPORATE FICTIONS AND SUBSIDIARIES / John and Jane Does (¶¶14-15)

(i.)     Upon information and belief unknown Corporate Fictions, ~~and~~ Subsidiaries, and John and Jane Does are receiving money in connection with involuntary servitude and human trafficking by The Enterprise. (Claims 6 and 12)

(ii.)     Upon information and belief unknown Corporate Fictions , ~~and~~ Subsidiaries, and John and Jane Does are receiving money in connection with Montalbano's stolen Copyrighted materials and Trade Secrets. (Claims 7, 8, and 9)

(iii.)     Upon information and belief some of these unknown fictions are Hollywood (film) corporate entities, ~~and~~ publishing companies, and John and Jane Does receiving money in connection with Montalbano's stolen Copyrighted materials and Trade Secrets. (Claims 7, 8, and 9)

(iv.)     Upon information and belief some of these unknown fictions are CIA, government, or black operation corporate entities, and John and Jane Does receiving money in connection with Montalbano's stolen Copyrighted materials and Trade Secrets. (Claims 7, 8, and 9)

**H.**   **MESA COUNTY JUSTICE CENTER / Brian James Flynn (¶9, ¶30)**

(i.)   The Mesa County Justice Center unlawfully received money from Montalbano through case 18CV50.  Montalbano paid to have her case heard in accordance with Due Process of Law and by a jury and instead was given a prejudice and Color of Official Right (extortion) Judge, Brian James Flynn, who knowingly committed acts of ongoing perjury in the Mesa County Courthouse denying Constitutional Rights (treason) on the court record to be a minister of his own prejudice. [67] (Claim 15)

(ii.)   Mesa County Justice Center, via Brian James Flynn, also imposed extortion fines of $116,600 ~~in excess of $100,000~~ against Montalbano on behalf of The Enterprise under color of official right, to bring more laundered money to The Enterprise via abuse of the Mesa County justice system. (Claims 15, 16, 17 and 18)

**I.**   **COLORADO COURT OF APPEALS / Mathew Grove, Christina Gomez, Diana Terry (¶¶11-13, ¶¶32-34)**

(i.)   The Colorado Court of Appeals, unlawfully took money from Montalbano when ~~they~~ Grove, Gomez, and Terry rejected a timely filed appeal, costing Montalbano hundreds of dollars and over a hundred thousand dollars when viewed in conjunction with Flynn's extortion orders that they refused to lawfully correct. (Claim 15, 16 and 18)

---

[67] *386 U.S. 547 PERSON ET AL. v RAY ET AL.* When a judge acts intentionally and knowingly to deprive a person of his constitutional rights he exercise no discretion or individual judgment; he acts no longer as a judge, but as a "minister" of his own prejudices. [386 U.S. 547, 568]. https://www.law.cornell.edu/supremecourt/text/386/547

      (ii.)    The Colorado Court of Appeals unlawfully received money from Montalbano via case 2020CA1775, as Montalbano paid to have case 18CV50 and Flynn's civil rights violations reviewed in accordance with Due Process of Law and instead was given three more Color of Official Right (extortion) Judges unlawfully assigned to her case, named Grove, Gomez, and Terry.

      (Claim 15, 16 and 18)

628.    The Pete Peterson "Go Fund Me" fund raiser promoted by Wilcock, Goode, and The Enterprise, and that Montalbano donated to, was a money laundering scheme. ~~(Exhibit 2)~~ (¶315 I, ¶316, ¶518 C; Claims 2, 9, 14; and [#121-2])

629.    The Emery Smith fund raiser promoted by Wilcock, Goode, and The Enterprise; that (mis)used Montalbano's IP to create a fake news story, was a money laundering scheme. (¶~~347~~327 E; and ¶~~536~~ 526; Claims 2 and 9)

630.    Goode and Wilcock's Blue Avian, alien, whistleblowers, and secret insider intel claims are fake news money laundering schemes. (Claims 1, 2, 3, 4, 5, 7, 8, 9, 10)

631.    Mr. Goode and Mrs. Goode's dental donation request was a money laundering scheme, based on the premise they couldn't 'afford' dental care on their own and that Montalbano donated to. ~~(Exhibit 2)~~ [#121-2 at p10]

632.    Goode and Wilcock's requests for donations to fight the "Dark Alliance" are money laundering schemes. (Claim 10 and; ~~Exhibit 2~~ [#121-2] Light Warrior Legal Fund; ~~Exhibits 5 and 7)~~ [#121-5, #121-7, and 121-21])

633.    Goode and Wilcock's 'ascension' and related 'spiritual' teachings and classes are money laundering schemes that profiteer off of public disasters and public panic to include profiteering off of the COVID pandemic. **(Exhibit 7)** **[#121-7 at p11]**

634.    The aforementioned companies and individuals knew the monetary instruments and financial transactions they transacted were unlawfully obtained and they used the proceeds of the monies received to continue to promote their specified unlawful activity to increase and more aggressively promote and grow their public frauds and schemes to obtain even more illicit money via broadcast and published mediums.

### DAMAGES

635.    Based upon the facts of all Twenty-Two (22) Claims stated herein, Montalbano believes she is entitled to recover damages from The Enterprise for the foregoing act of Money Laundering from the specified unlawful activities of not more than $500,000 or twice the value of the property involved in the transactions, whichever is greater, (18 USC 1956(a)(1)(B) to include actual damages and personal property damages, punitive damages, and any other relief the Court deems just.

    a.    For damage from The Enterprises' specified unlawful activities and property involved See Claims:  1 RICO;  2, 3 ,4, 5, and 6 relating to Fraud; 7 and 8 Trade Secrets; 9 Copyrights; 10 defamation per se, 15 Deprivation of Rights; 16 Abuse of Process; 17 Malicious Prosecutions; 18 Extortion; and 22 Unjust Enrichment.

## COUNT 12

## (12)  HARASSMENT - REMOTE NEURAL ELECTRONIC STALKING
## CRS 18-9-111
## (The Enterprise, Weidner)

**636.** Montalbano incorporates the General Allegations in ¶¶1 313 287  by reference.

## REMOTE ELECTRONIC HARASSMENT

**637.**     Goode, Wilcock, The Enterprise, and John and Jane Does, engaged in harassing Montalbano via organized remote electronic neural frequency harassment using computers, computer networks, computer systems, or other interactive electronic mediums in a manner intended to harass or threaten bodily injury, property damage, or make comments, requests, suggestions, or proposals to Montalbano that were received by Montalbano, in Mesa County, Colorado.

**638.**     Remote electronic neural harassment or direct brain assaults have become an increasing global problem, due to the significant advances in Artificial Intelligences and their related frequency broadcast technologies and military interest in 'the development of psychic (electronic) warfare.

**639.**     Remote Neural harassment for mind control via the sleep-wake states, notably involves the sections of the brain associated with all of Goode's publicly claimed neurological issues to include the Temporal Poles, Auditory (hallucination) Networks, Amygdala, and the Pre-Frontal Cortexes. (¶29 24, p)

640.     Upon information and belief anyone who 'sees' (hallucinates) or 'interacts' with Goode's 'alien' friends, will likely have some form of neurological trauma, brain damage, dementia, aphasia, PTSD, or similar neurological damage, that will show up in neural scans as some form of abnormality in their brain oscillations likely to be denoted by a reduction of the electrical activity in the targeted neural centers.[68]

641.     Upon information and belief remote electronic neural communications are directed at Montalbano's brain and body, for remote neural interfacing with Montalbano in sleep-wake states by Goode, Willock, The Enterprise, and John and Janes Does who have and use Montalbano's EEG Heterodyning Clone. (¶210181,  S.A.T.A.N.)

642.     Upon information and belief Montalbano has been a Targeted Individual (TI) by Goode, Wilcock, and John and Jane Does, for remote neural broadcast (sleep state) programs since birth due to her family lineage.

643.     Upon information and belief, Goode, Wilcock, and John and Jane Does, non-consensually remotely neural monitor and broadcast to and from Montalbano in sleep states; via her regular electronic devices to include but not limited to: WiFi,  personal computers, computer monitors, cell phones, laptops, tablets, DVD/VCR players, and wi-fi devices to broadcast wirelessly to Montalbano's brain (like a radio antenna sender and receiver) and non-consensually upload and download Montalbano's neural and bio data and 'thoughts' with methods and technologies disclosed in Microsoft patent WO 2020/060606 A1 (**Exhibit**

---

[68] Filed as exhibit BH Mesa Court Record February 21, 2020 "Neuronetics – Brain Depression PET scan" showing image of a depressed brain having significantly less electrical activity than a non-depressed brain. http://www.zingzest.com/assets/flip-chart-for-patient-presentation-sept-2013.pdf

16 [#121-16] and ¶205177) to a remote computer and storage system, such as The Cloud, and that these people have access to.

644.    Upon information and belief this data is being collected by Goode, Wilcock, John and Jane Does, and The Enterprise, to further develop the DOD's (Department of Defenses) Artificial Intelligence Neural networking program for linking machine brains (A.I.) with human brains, called the Sentient World Simulation (SWS). (¶225 (¶¶144-145)

645.    Upon information and belief, Goode, Wilcock, Rysavy, Warkins, Medvedich, Weidner, Wilde, Lorie, and John and Jane Does, are all part of a 'CIA' or similar black operation mind control program 'group' called "The Avian Group" (Exhibit 10) [#121-10]

646.    Upon information and belief Rysavy, Warkins, Medvedich, and Weidner, are working with CERN technologies at GAIA headquarters for the purpose of neural interfacing and mind control.

647.    Upon information and belief The Enterprise is broadcasting hidden data (bit streams) with their regular programs (like Cosmic Disclosure) for the purpose of mind control.

648.     Upon information and belief The Enterprise is non-consensually gathering physical and remote frequency 'dream' state data, from Montalbano and others in the general public, for research and psychic warfare development. (Exhibit 3) [#121-3]

649.    Upon information and belief The Enterprise uses Directed Energy Weapons (DEW) to remote frequency assault people they don't like, such as Patty Greer. (¶224, d)

a. ~~Patty Greer exposed via NewsEvolution the increased number of bioweapon and DEW deaths and injuries that occurred at UFO conferences 2016 - 2018.~~

~~(retrieved December 20, 2020 https://newsinsideout.com/2019/05/breaking-news%e2%80%bc-former-gaia-com-tv-producer-jay-weidner-panics-after-exposing-gaia-tv-broadcasting-hoaxed-program-content-attacks-newsevolutions-patty-greer-alfred-lambremont-we/~~

b. ~~Upon information and belief, GAIA then attempted to sue Ms. Greer and the case was dismissed as frivolous and vexatious in favor of Ms. Greer.~~

650.    Upon information and belief, these non-consensual sleep-wake state experiments performed against Montalbano by The Enterprise, are performed in the ½ hertz to 10 hertz ranges and are broadcast via the FCC (Federal Communication Commission) Radio Frequency carrier waves to and from her personal electronic devices from Goode and/or his associates electronic devices and contain hidden hypnotic messages (piggy backed onto) seen in dream states.

651.    Upon information and belief these broadcasts by The Enterprise are targeting Montalbano sexually or conversely in repeat efforts to kill Montalbano in sleep-wake (dream) states through frequency assaults and these remote neural interfacing visits are extensively documented by Montalbano in her trade secret dream journal records.

652.    Goode possesses the necessary technical skills and military and black operation training to operate and/or build and use his own remote neural monitoring technology on Montalbano and is doing so. (¶¶~~30-31~~25-26)

653.    Wilcock possesses the necessary skills and training to remote view and remote influence Montalbano in sleep states and is doing so. (¶~~33~~28, k - L)

654. ~~Upon information and belief, Weidner possesses the necessary skills and training to remote view and remote influence Montalbano in sleep states and is doing so.~~ (¶43, k – L)

655. ~~Upon information and belief, Rysavy possesses the necessary skills and training to remote view and remote influence Montalbano in sleep states and is doing so.~~ (¶44, d)

656. Gerald O'Donnel; Goode's remote viewing and remote influencing instructor formerly employed by various Intelligence agencies for such skills; possesses the necessary skills and training to remote view and remote influence Montalbano in sleep states and is doing so. (¶~~234~~208)

657. The Enterprise is fraudulently promoting their frequency assaults and MiLab abductions (MiLitary Abductions) as 'alien' experiences with Goode~~'s~~ and Wilcock's 'Blue Avian' aliens.

658. ~~Upon information and belief, Goode, and John and Jane Does, have consciousness obliterated David Wilcock with frequencies, drugs, and hypnosis, and remotely (frequency) mind control him.~~ [69] (¶167, and ¶335,C)

659. Upon information and belief, Goode used his advanced computer skills or hired others to remotely Trojan hack Montalbano's home internet wi-fi network on two separate occasions. (August 2019 and July 2020). (¶~~312~~286)

---

[69] Id at 21. Mesa exhibit BU

660.    Montalbano's family has had to invest thousands upon thousands of dollars for heightened home Wi-Fi internet network security, along with enduring enormous amounts of distress and anxiety for the entire Montalbano family due to the repeat assaults and threats.

661.    Upon information and belief, the remote neural stalking of Montalbano is also causing memory damages and recall issues for Montalbano of simple waking state events, people's faces, conversations, and other general occurrences in Montalbano's personal life and daily experiences and Montalbano is growing increasingly concerned.

662.    Upon information and belief, the remote neural stalking of Montalbano is causing severe energy plummets, causing Montalbano to feel chronically fatigued and extremely tired, which has directly impacted Montalbano's physical fitness and health.

663.    Goode claims working with remote frequency assassination programs like CIA S.A.T.A.N. and has been using this and/or related technology on Montalbano.  (¶70)

664.    Upon information and belief Goode and Wilcock are using these same assault technologies/weapons on Montalbano's one remaining dream research associate, Michael Turinetti, who has been repeatedly threated and 'murdered assaulted' or otherwise tortured by Goode, Wilcock, and their government John and Jane Doe associates in dream states. Turinetti woke with physical marks on one occasion in the physical location Goode and Wilcock sleep-state (dream) assaulted him. Goode and Wilcock, repeatedly threatened Mr. Turinetti (in dreams) to have nothing to do with Montalbano and told him they were trying to 'groom' Montalbano and that he was 'interfering with the frequencies.'  Mr. Turinetti has connections with the DOD.

665.    Others in the general public have also told Montalbano that Goode and Wilcock have dream visited them as well, notably either sexually (as if their 'soulmate' or 'twin flame') or conversely to assault them if they don't conform to their agendas.

666.    Goode, Wilcock, The Enterprise, and John and Jane Does, are using S.A.T.A.N. (or related) technology to remotely sleep assault others in the general public or potential associates to make them hate Montalbano for 'no apparent reason'

## DAMAGES AND INJUNCTIVE RELIEF

667.    This ongoing remote neural harassment, replete with ongoing sexual or murder assaults visits from Goode, Wilcock, John and Jane Does, and The Enterprise; are emotionally distressing and alarming.

668.    **Injunctive Relief is warranted to stop and prevent:**

   **a.** further escalation of the remote neural broadcast cyberstalking and harassment activities being performed against Montalbano and her associates, by pin pointing the source of the broadcasts and the FCC carrier waves being used, along with determining if Montalbano's EEG Heterodyning Clone is being used by The Enterprise and discovering who the other John and Jane Doe MKULTRA program participants are, in order to prevent further denigration of Montalbano's neural centers and in particular Montalbano's waking state memory centers.

   **b.** Trojan hacks against the Montalbano's WiFi networks and related electronic devices.

669.     Based upon the facts of all Twenty-Two (22) Claims, Montalbano believes she is entitled to injunctive relief <u>to stop remote neural broadcasts being unlawfully performed</u> and to recover damages for the foregoing act of Harassment Remote Neural Electronic Stalking to include actual damages and personal property damages <u>including the expenses associated with extremely heightened internet security since August of 2019 to prevent Trojan hacks</u> ~~and compensation for harm to Montalbano's reputation, personal humiliation, mental or physical suffering, and loss of income,~~ along with attorney/legal fees ~~and punitive damages~~, and any other relief the Court deems just.

## **COUNT 13**
### (13) **Colorado Harassment Law "Kiana Arellano's Law" – CRS 18-9-111**
**( The Enterprise, Public Servants)**

670.     Montalbano incorporates the General Allegations in ¶¶1 ~~313~~ 287  by reference.

671.     Mr. Goode, Mr. Wilcock, Ms. Wilde, Ms. Lorie, and their public network of associates, all believed to be working for The Enterprise, have engaged in Harassing Montalbano via organized public and private cyberstalking, cyberbullying, and via abuse of the legal system by filing multiple knowingly baseless criminal cases against Montalbano for harassment and extortion purposes. (Claims 14, 15, 16, 17, 18, 20, 21) They have directed knowingly obscene language and false criminal accusation at Montalbano via the internet to include but not limited to: Facebook, Twitter, YouTube, and Reddit.  ([#121-21]; and Claims 1, 2, 3, 5, 10, 14, 19, 20) They cyberbullied and harassed Montalbano and repeatedly threatened and insulted her as a criminal stalker and "Dark Alliance," (murderer, rapist, pedophile, etc)), someone mentally diseased (crazy/delusional), or sexually amoral (having an extramarital affair with Goode) to

others in the same trade and profession of dream research or similar trades and professions (Claims 7, 9), in efforts to provoke a violent or disorderly response.[70]

672.     Montalbano incorporates by reference ~~all 22~~ Claims 1, 2, 3, 4, 5, 10, 14, 15, 16, 17, 18, 19, 20 and 21, as evidence of harassment to provoke a disorderly response.

## SURVEILLANCE THEN HARASSMENT

673.     This harassment has been notably overt and very publicly performed since Goode's July 17, 2018 Facebook post and fraudulent Broomfield Temporary Stalking Protection Order case opened the same day, July 17, 2018, case 18C103. **(~~Exhibit 21~~)** **[#121-21]**

674.     Goode, Wilde, and Lorie, harassed and bullied Montalbano and/or her witnesses to provoke a violent or disorderly response through repeat abuse of process, malicious prosecutions, baseless legal threats, fraudulent paper filings, and knowing violations of Constitutional Civil Rights, with extortion. (Claims 14, 15, 16, 17, 18, 19, 20, 21)

675.     Brian James Flynn, chief Judge Mesa County, knew about the ongoing harassment against Montalbano via case 18CV50 and knowingly did nothing to stop it. Flynn instead harassed Montalbano by lying on the court record January 29, 2020 in his orders that no defamation (harassment) had been shown and proceeded to again deny Montalbano her Constitutional Civil Rights on the Court record. **[#121-24]**

676.     Gomez, Grove, and Terry, Judges in the Colorado Court of Appeals, also participated in harassing Montalbano by also lying in their orders and knowingly writing multiple fraudulent orders that sought to conceal Flynn's lies with lies of their own, such as case 18CV50 was not

---

[70] Id ~~43~~ 41 and ~~66~~64.  Mesa defamation exhibits.

timely appealed, they maliciously sought to 'permanently' take away Montalbano's civil rights and right to due process of law. (¶¶709-712;  ¶¶730-735)

677.     Goode, his associates, and the Public Servants, have all been repeatedly asked by Montalbano to stop their unlawful harassment acts and civil rights violation acts and all have fail to do so and instead escalate their harassment against Montalbano.

678.     Wilcock participates in knowing public harassment of Montalbano by promoting Goode as a legitimate whistleblower to millions of people and promoting he and Goode's fraudulent "Dark Alliance" narratives as being true, when they are knowingly false.

   [ECF #121, exhibits 2, 4, 5, 7, and 21] (Claims 10, 16, 17, 18)

679.     Notably since Montalbano opened case 18CV50 in Mesa District Civil Court, June 25, 2018, Goode and his organized stalking associates have placed Montalbano's internet activities under constant surveillance and typically within days of Montalbano posting anything about the lawsuit or related topics and presenting evidence of Goode's fraud and theft, Goode and/or one of his associates are immediately cyber harassing, cyber defaming, and/or cyber bullying Montalbano to provoke a disorderly response. [#121-21]

680.     Goode notably cyberstalked and harassed Montalbano after she posted on the ProjectAvalon.net forum about the lawsuit against him for fraud and theft, November 2018. (Goode is not a member of the forum and has been banned from returning due to his prolific data mining of the website and members for stories, experiences, and information, years ago.) Approximately 2 days after Montalbano posted on the ProjectAvalon forum, Goode and his

associates, posted the Reddit defamation hate speech campaign against Montalbano. **(Exhibit 21)** **[#121-21 at p3-4]** [71]

## **DAMAGES AND REMEDY**

681.   This ongoing harassment on and off Court records is emotionally distressing, alarming, and is done to extort and coerce Montalbano to silence and drop charges. (Claim 18)

682.   Goode, Wilde, and their associates, have regularly and continuously escalated their harassment and threats against Montalbano since December 2017. Injunctive Relief is warranted to stop and prevent further escalation of this ongoing harassment and extortion activities against Montalbano.

683.   **Montalbano believes she is entitled to Injunctive Relief to stop the Harassment:**

   **a. Preventative Injunctive Relief:** to restrain Goode, Wilcock, Wilde, The Enterprise, and their network of associates from further publicly or privately organized stalking and harassing Montalbano in and out of Courts.

684.   Based upon the facts of all Twenty-Two (22) Claims stated herein, Montalbano believes she is entitled to recover damages for the foregoing act of Colorado Harassment Law "Kiana Arellano's Law" to include injunctive relief to stop and prevent further cyberbullying and harassment of Montalbano by The Enterprise and compensation for harm to Montalbano's reputation, personal humiliation, mental or physical suffering, and loss of income or loss of potential earnings, along with attorney/legal fees and punitive damages, along with Injunctive Relief and any other relief the Court deems just.

---

[71] Filed as Exhibits AO Mesa Court Record March 25, 2019 and Exhibit AU August 2, 2019.

**COUNT 14**
**(14)  CIVIL CONSPIRACY**
**42 USC 1985 Conspiracy to interfere with civil rights;**
**and Common Law Civil Conspiracy**
**(The Enterprise, Public Servants)**

685.    Montalbano incorporates the General Allegations in ¶¶1 313 287  by reference.

686.    **The Following individuals:** Goode, Wilcock, Rysavy, Warkins, Medvedich, **and Public Servants:** Wilde, Lorie, Flynn, Campbell, Grove, Gomez, and Terry conspired with The Enterprise to impede, hinder, obstruct, and defeat the due course of justice (due process of law) and conspired together to repeatedly deny Montalbano equal protection of the laws, while extorting Montalbano. The Enterprise conspired with many individuals to accomplish their unlawful objectives of converting Montalbano's private property (Intellectual Property), money, and Trade Secret materials for use as their own and to take away Montalbano's Constitutional Civil Rights under Color of Law, Color of Office, and Color of Official Right, and caused deprivation and injury to Montalbano.

687.    Montalbano incorporates by reference all 22 Claims as evidence of The Enterprise working with others to cause deprivation and injury to Montalbano.

688.    The Enterprise and Public Servants, performed extortion, harassment, and defamation against Montalbano to maintain Goode and Wilcock's public frauds and money laundering schemes and to maintain their unlawful and continued unauthorized use of Montalbano's private Intellectual Property, donated monies, and exceedingly rare Trade Secret research. (2017 2020 to Current) (Claims 7, 8, 9, 10, 11, 12, 13, 15, 16, 17, and 18)

689.     These people were in mutual agreement over the course of action and they intentionally and unlawfully acted together to promote Goode and Wilcock's public frauds and caused damages to Montalbano.

690.     Mr. Goode works closely with **Mr. David Wilcock** to disseminate their fraudulent public narratives to millions of people globally and that are broadcast to Mesa County.

   (**[ECF #121, exhibits 2, 4, 5, 7, 21**]; and Claims 1, 2, 3, 4 and 5)

691.  Goode works with Texas based attorney, **Ms. Wilde**, as part of his Civil Conspiracy to maintain his public frauds and schemes through Abuse of Process and Malicious Prosecutions, also known as Color of Law, Color of Office, and Color of Official Right.

   (Claims 15, 16, 17, and 18)

692.     Goode and Wilcock work with Florida base attorney, **Ms. Elizabeth (Liz) Lorie**, as part of their Civil Conspiracy to maintain their public frauds and schemes through Abuse of Process and extortion also known as Color of Law, Color of Office and Color of Official Right.

   (**[#121-1**]; and Claims 15, 16, 17, and 18)

693.     Goode conspired with **Wilde, Lorie, Flynn, Campbell, Grove, Gomez, and Terry,** as part of their civil conspiracy to interfere with civil rights to prevent Montalbano from exposing Goode, Wilcock, and The Enterprise's public frauds and schemes through deprivation of rights, also known as Color of Law, Color of Office and Color of Official Right.

   (Claims 15, 16, 17, and 18)

694.     During 2017 Mr. Goode, worked with **his Associates (believed to be employed by The Enterprise)**, to romantic organize cyberstalking Montalbano and used public 'synchronistic'

methods to covertly communicate with Montalbano, notably via internet posts and video uploads. **(Exhibit 18** — **([#121-18]** PLAC)

695.     Goode and Wilcock worked with **Mr. Pete Peterson**, (since diseased) to disseminate Montalbano's information on Cosmic Disclosure show (¶518C) and later Goode, Wilcock, and their associates promoted the Pete Peterson Go Fund Me (scam) on August 19, 2017 and that Montalbano donated to. **(Exhibit 2)** **[#121-2 at p14-24]**

696.     Goode worked/works with World-Renowned Remote Viewing and Influencing Expert, **Mr. Gerald O'Donnell** to intelligence gather from Montalbano January 1, 2018. Mr. O'Donnell had Montalbano call him to discuss her Artificial Intelligence based Dream Visions.

697.     Goode worked with **Mr. Roger Richards**, February 2, 2018. Richards defamed Montalbano as a 'security risk' on the phone call and denied her attendance at Goode's then coming event with Joan Ocean Company in Hawaii based on that false representation.

698.     Goode worked with associate **Mr. Chuck Raymond** to defame Montalbano via a Facebook hate campaign.[72] Prior this hate campaign, Mr. Raymond was considered a friend-acquaintance of Ms. Montalbano's and there had been no arguments. **(Exhibit 21)** **[#121-21 at p6-7]**

699.     Goode had associate **Aaron Moriarity** monitor and surveil Montalbano and her Facebook posts. Montalbano was not aware of Mr. Moriarity's direct association with Goode

---

[72] Id at 62 60. Mesa exhibit AP.

until Goode retweeted a tweet, February 2020, about Mr. Moriarity being associated with him to "spread the truth." [73]

700.    Goode overtly worked with **multiple internet associates** of his on Twitter to harass and defame Montalbano to thousands of third parties and forward his fraudulent misrepresentations.[74] **[#121-21 at p9-12]**

701.    Goode and Wilcock worked with The Edge of Wonder channel YouTube hosts, **Ben Chasteen and Rob Counts,** to defame and spread hate speech about Montalbano to hundreds of thousands of people and to spread their false 'alien' and 'dark alliance' narratives along with fake news. **[#121-21 at p7]**

702.    Goode worked with **the Public Servants** to harass and defame Montalbano via multiple court records with knowingly fraudulent filings, papers, orders, and statements. (Claims 15, 16, 17, 18)

703.    Upon information and belief, Goode and Wilcock work with one or more **John or Jane Does, for the Central Intelligence Agency (CIA)** or similar Intelligence interests (such as the DOD, DARPA, USAF, Military), that assist in orchestrating their public frauds.

704.    Upon information and belief, Goode and Wilcock work with one or more **John or Jane Does for the United States Army** or similar Intelligence interests, and in particular but not limited to, the Scientific Services Program (SSP) where neuroscience is heavily researched, and that they assist in orchestrating their public frauds.

---

[73] Filed as Exhibit CK Mesa Court Record March 19, 2020 – CG associate Aaron Moriarity
[74] Filed as Exhibit AY Mesa Court Record September 9, 2019 and Exhibit AZ September 9, 2019 – Twitter defamation

705. Goode and his associates, The Enterprise, and Public Servants, were and are in agreement to harm, harass, alarm, and destroy Montalbano's business and personal reputation.

706. The Enterprise has directly assisted Goode in spreading his fraudulent narratives and fake news through the production, promotion, and broadcast of Cosmic Disclosure at GAIA and related broadcast and published 'news' outlets.

707. The Public Servants have directly assisted Goode and Wilcock in spreading their fraudulent narratives through their willful and malicious failure to perform their judicial duties and provide equality of justice in case 18CV50 / 2020CA1775.

708. These people are assisting Goode and Wilcock in order to help them and The Enterprise maintain their public frauds, theft, and unlawful use of Montalbano's private property and have taken overt actions to achieve their unlawful goals.

709. These people have all violated, denied, and impeded the following Constitutionally secured rights of Montalbano's: **Colorado Constitution**, Bill of Rights, Sections: 1 (vestment of political power – in the people for their good), 2 (sovereign), 3 (inalienable rights), 6 (equality of justice), 7 (security of person and property), 9 (treason), 10 (freedom of speech and press), 14 (taking private property for private use), 15 (taking property for public use), 16 (criminal prosecutions), 16a (rights of crime victims), 23 (trial by jury), 24 (right to petition), 25 (due process of law), 28 (rights reserved not disparaged) ; and **Constitution of the United Stated of America**, Bill of Rights, Article I (freedom of speech and press), IV (security of person), V (due process of law), VI (speedy trial by jury), VII (trial by jury in civil actions), VIII (excessive fines), IX (reserved rights), X (powers), XIV (due process of law)

710.    Mr. Goode, Mr. Wilcock, The Enterprise, and their network of complicit associates have been (mis)using and disseminating Montalbano's Trade Secret research and Intellectual Property materials as their own since 2017 and for their own public acclaim, frauds, donation schemes, production of 'fake news,' tracking actual news, and for illicit and unethical profiteering and to the continued detriment of Montalbano. (Claims 7, 8, 9)

711.    Ms. Montalbano has suffered severe personal and professional damages to her reputation and business, due to Goode, Wilcock, their associates, Public Servants, and The Enterprise's, frauds, extortion, harassment, and defamation activities for over three (3) years.

## **DAMAGES**

712.    Based upon the facts of all Twenty-Two (22) Claims, Montalbano believes she is entitled to injunctive relief and to recover damages jointly and severally for the foregoing act of Civil Conspiracy premised on the underlying civil claims of: Claim 1 RICO and its sub-claims 4, 5, 6, 7, 8, 11, and 18; and 2 Fraud, 3 violation of the CCPA, 9 Copyrights, 10 Defamation, 12 and 13 Harassments; 15 civil rights violations, 16 abuse of process, 17 malicious prosecutions, 19 privacy rights, 20 IIED, 21 Negligent Infliction Emotional Distress, and  22 Unjust Enrichment; to include–attorney/legal fees, actual damages, and punitive damages, along with preventive Injunctive Relief for willful and malicious harassment and extortion by a group of complicit people that caused deprivation and injury to Montalbano, and any other relief the Court deems just.

## **CLAIM 15**

(15) **CIVIL ACT FOR DEPRIVATION OF RIGHTS 42 USC 1983**
**(~~Goode,~~ Public Servants)**

**713.**   Montalbano incorporates the General Allegations in ¶¶1 ~~313~~ 287 by reference.

**714.**   Montalbano incorporates by reference Claims 14, 16, 17, and 18 as evidence of acts to deprive Montalbano of her Constitutional civil rights.

**715.**   Goode and Ms. Valerie Yanaros Wilde (Goode's legal counsel based in Texas) worked with the following public servants: Brian James Flynn (chief Judge Mesa County), Elizabeth Lorie (Goode and Wilcock's alleged legal counsel based in Florida), Grove, Gomez and Terry (Colorado Court of Appeals Judges), and William Campbell (Colorado Judicial Commission), hereafter "Public Servants", to implement its Civil Rights Violations against Montalbano. (June 2018 to current)

**716.**   Goode worked with the Public Servants to deprive Montalbano, of her Constitutional Civil Rights under color of statute, color of law, color of office, and color of official right (extortion). The Enterprise and the Public Servants worked together to conceal and promote civil-criminal acts rather than prevent them pursuant their Oath of Office, Court Rules, and their judicial and/or public servant duties. The Enterprise and Public Servants caused severe and ongoing personal, professional, and financial damages to Montalbano through them all knowingly and maliciously denying Montalbano's Constitutional Civil Rights via Courts of alleged law and abuse of the legal system and consistently maliciously took away Montalbano's inalienable right to Due Process of Law and equality of justice.

## <u>FLYNN DUE PROCESS VIOLATIONS – CASE DISMISSAL  JANUARY 29, 2020 -  CASE 18CV50</u>

717.     Flynn dismissed case 18CV50 under Color of Law, Color of Office, and Color of Official Right (extortion), January 29, 2020 (dismissal orders) ~~(Exhibit 24~~  ([#121-24] Flynn Orders) and issued a bias and prejudiced 'final Judgment' against Montalbano August 5, 2020, and final disposition of the case 'Order' September 15, 2020.

718.     Flynn knowingly denied Montalbano her Constitutional Civil Rights on two separate occasions on the Mesa District Civil State Court record, case 18CV50, and Flynn became a Trespasser of the Law and lost jurisdiction [75] :

a.     In May 14, 2019 Orders, Flynn –Denied- Ms. Montalbano's "Motion to Claim and Exercise Constitutional Rights and Require the Presiding Judge to Rule Upon the Motion and All Public Officers of this Court to Uphold Said Rights" filed July 18, 2018.

b.     In August 5, 2020 Orders, Mr. Flynn –Denied- Ms. Montalbano's "Second Motion to Claim and Exercise Constitutional Rights and Require the Presiding Judge to Rule Upon this Motion" filed February 12, 2020. ~~(Exhibit 24)~~ [#121-24]

719.     It is not a judicial function to deny a litigant their Constitutional Civil Rights on the Court Record.  Flynn was thereby stripped of any perceived immunity and is personally liable for the consequences of his conduct and for operating under color of law.[76]

---

[75] *Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974)*
Note: By law, a judge is a state officer.  The judge then acts not as a judge, but as a private individual (in his person). When a judge acts as a trespasser of the law, when a judge does not follow the law, the Judge loses subject-matter jurisdiction and the judges' orders are not voidable, but VOID, and of no legal force or effect.
The U.S. Supreme Court stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States."  https://www.law.cornell.edu/supremecourt/text/386/547

720.    Flynn vacated his Office of public trust through knowingly and willingly violating his Oath of Office during case 18CV50, in the Mesa District Civil Court, and thereby all Flynn's Orders in case 18CV50 are null and Void and open to collateral attack [77] in this instant case.[78]

721.    Flynn overtly lost jurisdiction of Case 18CV50, May 14, 2019, when he denied Montalbano her Constitutional Rights and rendered all his 'orders' in case 18CV50 VOID for knowing and willful failure to follow Due Process of Law and provide equality of justice. [79]

722.    Flynn issued orders knowingly repugnant to the Constitution on multiple occasions and rendered all his orders in case 18CV50 VOID. [80] (Exhibit 24  ([#121-24] August 5, 2020 'orders' – denying Montalbano her Constitutional rights)

723.    Wilde and Lorie, (attorneys) did nothing to stop or report Flynn's civil rights violations and are trespassers in law with Flynn.[81]

---

[76] Id at 75 72. *Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974)*

[77]   McLean v. Jephson, 123 N.Y. 142, 25 N.E. 409. "* * * So when their right to act depends upon the existence of some fact, which they erroneously determine to exist, their acts are void. * * *"  Without jurisdiction, the acts or judgments of the court are void and open to collateral attack.

[78] Constitution of the United States of America, Bill of Rights, Article XIV sections 3 and 4; and Colorado Constitution Article II, Section 9 (Oath) and Article XII, Section 10 (vacancy)

[79] *Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828).*  Under Federal Law, which is applicable to all states, the U.S. Supreme Court stated that "if a court is without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void, and form no bar to a recover sought, even prior to a reversal in opposition to them.  They constitute no justification and all persons concerned in executing such judgments or sentences are considered, in law, as trespassers." https://supreme.justia.com/cases/federal/us/26/328/

[80] *Marbury v. Madison, 1 Cranch 137 (1803).* ". . .the particular phraseology of the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is void, and that courts, as well as other departments, are bound by that instrument." https://supreme.justia.com/cases/federal/us/5/137/

[81] Id at 79 76. *Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828).*

724.    Campbell, employee at the Judicial Commission, knew Flynn was failing to perform his judicial duties (2019 - 2020) and that Flynn repeatedly violated Montalbano's civil rights. Campbell refused to perform his duty to remove or discipline Flynn and is a trespasser in law.[82]

725.    Flynn's May 14, 2019 and August 5, 2020 orders were clearly rendered in violation of due process of law and thereby are void.[83]

726.    Flynn issued orders repugnant to Constitution and then denied he was prejudiced and refused to recuse himself pursuant the Colorado Code of Judicial Conduct when asked by Montalbano via "Motion to Recuse Pursuant CRCP 97" filed February 12, 2020 and Flynn further violated Due Process of Law and Montalbano's inalienable Right to Equality of Justice.[84] (Exhibit 24) [#121-24]

727.    Flynn overtly, maliciously, and knowingly acted to deprive Montalbano of her Constitutional Civil Rights since May 14, 2019, and acted as a 'minister' of his own prejudice in case 18CV50 and was no longer a judge.[85]

---

[82] Id at 79 76. *Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828).*

[83] *Pennover v. Neff, 95 U.S. 714.* " A judgment rendered in violation of due process is void." https://supreme.justia.com/cases/federal/us/95/714/ (emphasis added)

[84] Under the Colorado Code of Judicial Conduct Rule 2.11, Disqualification, to wit:

" (A) A judge shall disqualify himself or herself in any proceeding in which the judge's impartiality* might reasonably be questioned, including but not limited to the following circumstances:

(1) The judge has a personal bias or prejudice concerning a party or a party's lawyer…

Upon reasonable inference of a "bent of mind" that will prevent judge from dealing fairly with party seeking recusal, it is incumbent on trial judge to recuse himself. Wright v. District Court, 731 P.2d 661 (Colo. 1987). https://law.justia.com/cases/colorado/supreme-court/1987/86sa364-0.html

[85]Id. at 67 65.  386 U.S. 547 PERSON ET AL. v RAY ET AL.

728.     Flynn's main 'reasons' for Dismissal January 29, 2020 (without ever having a trial by jury) were as follows: ~~(Exhibit 24)~~ [#121-24]

> 1. Dream Visions are not tangible or intangible.
>
> 2. Montalbano showed no print or broadcast defamation.
>
> 3. Montalbano's case and claims were baseless/frivolous.
>
> 4. Montalbano prolonged litigation and is to pay attorney fees to the opposing party.

## ERROR 1 - FLYNN DENIED INTELLECTUAL PROPERTY IS TANGIBLE AND INTANGIBLE

729.     Flynn prejudicially ignored and denied the fact that Montalbano's Intellectual Property is tangible and intangible personal property according to Copyright Laws because it is referred to as "Dream Visions." Flynn violated Due Process of Law and did not give equal protection of rights to Montalbano. [86]

730.     Flynn also prejudicially denied that approximately 400 emails with PDF files are tangible and fixed formats because the records were referred to as "Dream Visions." Flynn violated Montalbano's Constitutional Civil Rights and right to equality of justice.

## ERROR 2 - FLYNN DENIED THAT STALKING IS A CRIMINAL ACT, THAT THE INTERNET IS PUBLISHED AND BROADCAST MEDIUMS and DEFMATION PER SE IS BEING MALCIOUSLY LABELLED A CRIMINAL TO A THIRD PARTY

---

[86] *Duncan v. Missouri, 152 U.S. 377, 382 (1894).*  Due process of law and the equal protection of the laws are secured if the laws operate on all alike, and do not subject the individual to an arbitrary exercise of the powers of government." https://supreme.justia.com/cases/federal/us/152/377/

731.    Flynn ignored the fact that stalking is a criminal claim in the state of Colorado and that there is no civil tort.

732.    Flynn ignored that defamation per se is a 'plaintiff' being falsely, maliciously, and knowingly accused of a criminal act by a 'defendant' to a third party by any means available and is not limited to only published or broadcast mediums.

733.    Flynn lied in his January 29, 2020 orders that no defamation had been shown by Montalbano and he violated Montalbano's Civil Right to Due Process of Law and equality of justice. (Exhibit 24) [#121-24]

734.    It is not a judicial function for a Judge to lie in court orders.

735.    Flynn knew about the malicious defamation per se being performed by Goode and his associates against Montalbano to hundreds of thousands (and potentially millions) of third-parties, in both published and broadcast mediums, as it was filed on the Mesa District Civil Court Record on the following dates as the following exhibits:   (Exhibit 21   ([#121-21] defamation samples)

     (i.)    Exhibits AM, AO, AP; filed March 25, 2019:
     (ii.)   Exhibits AR, AS, AT, AU, AV, AW, AX, AY; filed August 2, 2019
     (iii.)  Exhibit AZ filed September 9, 2019;
     (iv.)   And Exhibits CL, CN, CO, and CR filed July 20, 2020 Amended and Supplemental Complaint, that Flynn unlawfully denied.

736.    Flynn knew about the three malicious and baseless stalking cases filed or attempted to be filed by Goode and Wilde (2018-2020) against Montalbano, and that they repeatedly lost their vexatious cases even with fabricated evidence, as Flynn was noticed multiple time on the Mesa

District Civil Court Record with repeat requests by Montalbano for Injunctive Relief. Flynn did nothing and instead continued to maliciously violate Montalbano's civil rights.

737.    Flynn ignored the fact that Goode knowingly, repeatedly, and maliciously defamed Montalbano as a criminal stalker to hundreds of thousands of third parties, as it was performed after Goode and Wilde repeatedly lost their (3) baseless stalking claims in the Broomfield Combined Courts and Flynn did nothing to stop the acts.

738.    Flynn knowingly denied Montalbano her Constitutional right to give defamation evidence to the jury to determine the truth of the matter. The Colorado State Constitution specifically protects this Right for matters of libel in Article II, Section 10 (sic)

"Section 10. *Freedom of speech and press.* No law shall be passed impairing the freedom of speech; every person shall be free to speak, write or publish whatever he will on any subject, being responsible for all abuse of that liberty; and **in all suits and prosecutions for libel that truth thereof may be given in evidence, and the jury,** under the direction of the court, shall determine the law and the fact." (emphasis added)

739.    Flynn knowingly deprived Montalbano of equal protection of the law, discriminated against Montalbano, and ruled in favor of another party completely arbitrary to the law and violated Montalbano's Constitutional Civil Rights. [87]

---

[87] *Giozza v. Tiernman, 148 U.S. 657, 662 (1893),* Citations Omitted. "Undoubtedly it (the Fourteenth Amendment) forbids any arbitrary deprivation of life, liberty, or property, and secures equal protection to all under like circumstances in the enjoyment of their rights. . . It is enough that there is not discrimination in favor of one as against another of the same class. . . . And due process of law within the meaning of the [Fifth and Fourteenth] amendment is secured if the laws operate on all alike, and do not subject the individual to an arbitrary exercise of the powers of government. Leeper v. Texas, 139 U. S. 462." https://supreme.justia.com/cases/federal/us/148/657/

## **ERROR 3 - FLYNN IGNORED CIA RECORDS, A.I. TECHNOLOGY, AND PATENTS SHOWING A PLAUSIBLE CLAIM UPON WHICH RELIEF COULD BE GRANTED**

**740.**   Flynn ignored all exhibits filed by Montalbano in case 18CV50 in full support of her unusual case and claims filed as Exhibits: A thru Z, AA thru AZ, BA thru BZ, CA thru CV, and miscellaneous non-alphabet labelled exhibits.[88]

**741.**   Flynn knowingly denied the following plausible causes of action and plausible claims and injunctive relief requested in multiple amended complaints and hearing requests since November 13, 2018:  Fraudulent Misrepresentation (Fraud); Trade Secret Misappropriation C.R.S. § 7-74-101 Et Seq. (CUTSA); Violation of the Colorado Consumer Protection Act (CCPA) C.R.S. §6-1-101, Et Seq.  C.R.C.P. Rule 9(B);  Civil Conspiracy;  Abuse Of Process; Malicious Prosecutions, Defamation CRS 13-80-103; Colorado Harassment Law "Kiana Arellano's Law" –  CRS 18-9-111; Intentional Intrusion on Privacy Rights – DISCLOSURE; Intentional Infliction of Emotional Distress CRS 7-74-104(2);  and Unjust Enrichment CRS 7-74-104  See Lewis v. Lewis, 189 P.3d 1134 (Colo 2008).

**742.**   Flynn ignored CIA MKULTRA records, patents, and  neuroscience research showing how the CIA uses frequencies and A.I. technology to remote influence Targeted Individuals

---

[88] *Bonner v. Circuit Court of St. Louis, 526 F.2d 1331, 1334 (8th Cir. 1975)* "(A) complaint should not be dismissed merely because a plaintiff's allegations do not support the particular legal theory he advances, for the court is under a duty to examine the complaint to determine if the allegations provide for relief on any possible theory." (quoting Bramlet v. Wilson, 495 F.2d 714, 716 (8th Cir. 1974).  Thus, if the court were to entertain any motion to dismiss this court would have to apply the standards of *White v. Bloom.*  https://case-law.vlex.com/vid/526-f-2d-1331-595984874

*621 F2d 276 White v. Bloom.* "A court faced with a motion to dismiss a pro se complaint alleging violations of civil rights must read the complaint's allegations expansively, Haines v. Kerner, **404 U.S. 519**, 520-21, 92 S.Ct. 594, 596, 30 L.Ed.2d 652 (1972), and take them as true for purposes of deciding whether they state a claim. Cruz v. Beto, **405 U.S. 319**, 322, 92 S.Ct. 1079, 1081, 31 L.Ed.2d 263 (1972). Moreover, "the court is under a duty to examine the complaint to determine if the allegations provide for relief on any possible theory." Bonner v. Circuit Court of St. Louis, 526 F.2d 1331, 1334 (8th Cir. 1975) (quoting Bramlet v. Wilson, **495 F.2d 714**, 716 (8th Cir. 1974)). https://openjurist.org/621/f2d/276/white-v-bloom

(like Montalbano) via dream states (remote neural broadcasts) and ignored that Montalbano provided plausible theories upon which relief could be granted and showed specifically how Goode was and is directly involved.

743.   Flynn ignored public records, self-authenticating records, and Court Rules regarding evidence all during case 18CV50, to include but not limited to:

    **a.**   Mesa CLERK AND RECORDER reception #2843230 filed June 7, 2018

    **b.**   Broomfield Combined Court Records proving perjury and malicious intent by opposing party.

    **c.**   Texas Court records showing a lifelong stalking protection order against Goode and that Goode lied on the Broomfield court record through knowingly denying he had a stalking protection order of his own, while he fraudulently obtained one against Montalbano.

    **d.**   Denver Federal Court showing perjury and fraudulent document filings and abuse of process by opposing party.

    **e.**   Copyright records showing Montalbano's "Dream Visions' are legally tangible and intangible Intellectual Property.

744.   Flynn ignored multiple Witnesses and an Expert CIA MKULTRA Witnes~~ses~~/experiencer.

745.   Flynn ignored that Ms. Elizabeth Lorie (opposing party, Goode's, Florida based counsel) harassed and extorted a witness (Ms. Ferrante) and provided a fake law firm address for legal communications while doing so. ~~**(Exhibit 1)**~~ **[#121-1]**

746.   Flynn did not require the opposing party, to follow due process of law at any time  and notably did not require the following:

    **a.**    Follow Court Rules and due process of law

    **b.**    Follow Colorado Rules of Professional Conduct

    **c.**    Confer on Motions

    **d.**    Enter out of state counsel(s) Pro Hac Vice

    **e.**    Tell the truth in filed papers

**747.**  Flynn repeatedly refused to let Montalbano lawfully amend the Complaint since November 13, 2018 to conform it to the vast amounts of evidence on the Record and severely violated Montalbano's Civil Rights.

**748.**  It is not a judicial function to deny and ignore public records, facts, law, and evidence in a case to prejudicially rule in favor of one party to the detriment of another.

## ERROR 4 -  FLYNN DELAYED CASE 18CV50 - OBSTRUCTION OF JUSTICE

**749.**  Flynn knowingly prolonged and delayed case 18CV50 through his repeat and ongoing pattern of ignoring the Complaint(s), amended complaints, jury requests, and all papers file by Montalbano's in full support of her claims.

**750.**  Flynn denied Montalbano's ongoing requests for Injunctive Relief, Discovery, and/or Hearings seen through him willfully ignoring and/or denying the following six (6) Motions for a Hearing or Trial by Jury:

    **a.**    Motion to Set Scheduling Hearing filed December 11, 2018 - denied

    **b.**    Motion to Set Hearing for Motion to Amend Complaint filed November 1, 2019 - denied

    **c.**    Complaint and Jury Demand filed February 27, 2019 - denied

    **d.**    Motion for Citizens Demand of Trial By Jury filed February 12, 2020– denied

    **e.**    Second Motion to Set Hearing For Motion to Amend Complaint and Preliminary Injunction January 3, 2020 – denied

    **f.**    Statement of Jury Demand for the November 13, 2018 Amended Complaint and statement filed June 10, 2019   - denied - through unconstitutional dismissal of this instant case completely devoid of Due Process of law, and thereby Void January 29, 2020 'orders.'

**751.**    Brian James Flynn, knowingly denied Montalbano her constitutionally secured right to a trial by jury.  (Colorado Constitution, Article II, Sections: 3, 6, 10, 25; and Constitution of the United States of America, Bill of Rights, Articles, V, VII)

**752.**    Flynn repeatedly issued unconstitutional orders in violations of due process of law and made knowing jurisdictional errors and thereby his orders are void and open to collateral attack in this instant case.[89]

**753.**    Because Flynn knowingly violated his Oath of Office (perjury), Flynn was stripped of any judicial immunity pursuant '*Stripping Doctrine*' for acting in his personal capacity, under Color of Law, Color of Office, and Color of Official Right, all during case 18CV50 and not as a judge. [90]

---

[89] *McLean v. Jephson, 123 N.Y. 142, 25 N.E. 409.* "*Page 150 This proposition cannot be predicated of this case, either in fact or in law; some of the duties of assessors are judicial in their nature, and as to them while acting within the scope of their authority, they are protected from attack, collaterally, to the same extent as other judicial officers; but they are subordinate officers, possessing no authority, except such as is conferred upon them by statute, and it is a well-settled and salutary rule that such officers must see that they act within the authority committed to them. * * * So when their right to act depends upon the existence of some fact, which they erroneously determine to exist, their acts are void. * * *"  https://www.courtlistener.com/opinion/3600537/mclean-v-jephson/ Without jurisdiction, the acts or judgments of the court (officer) are void and open to collateral attack.

[90] This is defined by law as the *Stripping Doctrine*.
In Ex Parte Young, 209 U.S. 123 (1908), the Supreme Court provided an important exception to the 11th Amendment sovereign immunity States enjoy: the Stripping Doctrine.

## PUBLIC SERVANT CIVIL RIGHT VIOLATIONS

**754.**     William Campbell, Colorado Judicial Commission employee and public servant, knowingly failed to remove Flynn from case 18CV50 for failure to faithfully perform his judicial duties or discipline him for civil rights violations when he (Judicial Commission) was repeatedly asked on three separate occasions by Montalbano. (2019-2020)

**755.**     Mr. Campbell's job, in fact and law, is to remove prejudice judges who repeatedly and willfully fail to perform their judicial duties or incompetently perform their duties. Flynn did not faithfully perform his judicial duty and Campbell sought to conceal~~ed~~ the violations and made up excuses as to why Flynn was not performing his job, aka. just too busy.

**756.**     Mr. William Sightler, Chief Executive Mesa District Civil Court, was notified about Flynn's violations and asked to replace Flynn pursuant CRCP Rule 97 where it states the Court Administrator (now referred to as Court Executive) is to replace disqualified Judges. Sightler also supported Flynn's civil rights violations against Montalbano.

**757.**     Ms. Wilde did nothing to stop or report Flynn's civil rights violations against Montalbano, and did nothing to stop her own civil rights violations, and instead Wilde unlawfully and maliciously capitalized on them for her client, Mr. Goode and violated her first duty to her Oath of Office, due process of law, and equal protection of the law.

---

The Stripping Doctrine is a legal fiction which allows injunctive relief against what are essentially state actions. While the 11th Amendment immunizes States from actions by private parties, the Stripping Doctrine argues that when a state officer takes and unconstitutional action, he acts beyond the scope of his authority, as no State could have authorized him to act unconstitutionally. When acting outside such authority the officer was "stripped" of his official power and cannot invoke the State's immunity, although, he remains subject to the consequences of his official conduct.

The doctrine is a legal fiction because the officer, in acting unconstitutionally, was outside his official duties, but the citizen can now sue him for injunctive relief in his official capacity, no remedy could be provided for an otherwise unconstitutional action (as the State itself is immune from prosecutions).

https://supreme.justia.com/cases/federal/us/209/123/

758.     Ms. Lorie, overtly and unlawfully participating in case 18CV50 on behalf of Goode by extorting witnesses, and did nothing to stop her own or the civil rights violations of others and instead unlawfully and maliciously capitalized on them for herself and her client, Mr. Goode.

759.     Case 18CV50, that Flynn was presiding over, was appealed to the Colorado Court of Appeals, 2020CA1775, to have Flynn's civil rights violations looked at and corrected pursuant due process of law.

760.     Grove, Gomez and Terry, Colorado Court of Appeal 'Judges' were assigned to the case and they conspired together and refused Montalbano's timely appealed case and lied in their first dismissal 'with prejudice' orders the case was not timely appealed and completely ignored Montalbano filed a post-trial motion under Rule 59 that tolled the time for appeal.

761.  Grove, Gomez, and Terry, vacated their Offices of public trust through violating their Oath of Office and Due Process of Law during case 2020CA1775 (case 18CV50) in the Colorado Court of Appeals, and thereby all of their Orders are null and Void and open to **collateral attack** in this instant case.[91]

762.     Montalbano has been severely damaged personally, professionally, and financially due to the Public Servants willful failure to perform their duties. (2018, 2019, and 2020)

---

[91] Id. at ~~89~~ 86. McLean v. Jephson, 123 N.Y. 142, 25 N.E. 409.

## DAMESAGES

**763.**   Based upon the facts of all Twenty-Two (22) Claims stated herein, Montalbano believes she is entitled to injunctive relief and to recover damages for the foregoing act of Civil Act for Deprivation of Rights to include:

**Injunctive Relief**

a.  Order and Judgment reversals (if applicable)

(i)   All judgments and orders in case 18CV50 and 20CA1775 be reversed and/or set aside for fraud on the Mesa District Civil Court and Colorado Court of Appeals by the Public Servants.

(ii)   Brian James Flynn's Orders and Judgments as entered devoid of due process of law in case 18CV50 are to be reversed, to notably include the judgment of $116,600 entered completely devoid of due process of law.

(iii)   All Colorado Court of Appeal dismissal 'with prejudice' orders and/or judgments entered by Gomez, Grove, and Terry devoid of due process of law are to be reversed and set aside for fraud on the Court.

**Compensatory Relief**

c.  Compensatory damages to include:

(i)   Special damages for the $116,600 fraudulent judgment and cost of all court filing fees, paper mailing expenses, and all other related costs and expenses for case 18CV50 and its appealed case 2020CA1775 be awarded to Montalbano.

(ii)   General damages such as cost for time for self-representation and related expenses for years of Montalbano's personal life and time being spent in

legal research (April 2018 to current) and study specifically due to having to address these ongoing willful civil rights (due process) violations and deceptions performed by Flynn, Grove, Gomez, Terry, Campbell, Wilde, and Lorie; and damages incurred for the related loss of time, business growth, and investments for the same.

**d.** Pecuniary damages

**e.** Attorney/legal fees, to include those incurred by Montalbano for enduring malicious prosecution cases outside of case 18CV50. (Claims 16, 17, 18) ~~Actual damages, statutory damages, and~~

**f.** Punitive damages, ~~along with preventive Injunctive Relief~~ for willful and malicious civil rights violations and any other relief the Court deems just.

## RICO
## Count 16

### (16) Abuse of Process
### 18 USC 1589(a)(3), (c) Forced Labor – abuse of process (threatened abuse of law of legal process and psychological, financial, and reputational harm)
**(The Enterprise, Public Servants)**

764.    Montalbano incorporates the General Allegations in ¶¶1 ~~313~~ 287 by reference and in particular ¶¶215-285.

765.    Goode, Wilde, and Flynn, had ulterior motives in the use of judicial proceedings that were not proper in the regular conduct of a lawsuit and that caused damages to Montalbano and the legal actions lacked reasonable factual basis or cognizable basis in law. These actions were malicious and designed solely for the purpose of inflicting psychological, financial, and

reputational harm against Montalbano through their complicit and ongoing repeat abuse of the legal process and threats of abuse of the legal process to exert pressure on Montalbano to make her refrain from seeking legal remedy against Goode.

766.    Montalbano incorporates by reference Claims 14, 15, 17, and 18 as evidence of exerting legal pressure on Montalbano via abuse of process.

## ABUSE OF PROCESS AND MALICIOUS PROSECUTIONS

767.    'Judge' ~~Mr.~~ Brian James Flynn participated in abuse of process against Montalbano in case 18CV50, through his willful failure to follow due process of law, faithfully perform his judicial duties, honor his Oath of Office, provide equality of Justice, and uphold Constitutional Civil rights.

768.    Goode and Wilde performed abuse of process through knowingly filing multiple baseless cases against Montalbano with no reasonable basis in fact or law.

## GOODE AND WILDE FAILED BROOMFIELD STALKING CLAIM Mid-June 2018

769.    Goode and Wilde, attempted to file their first baseless stalking claim in the Broomfield Combined Courts about June 15, 2018 to extort Montalbano for the presumptive PLAC mailings that Goode failed to rebut or respond to. The case was rejected due to failure to meet the requirements.

## GOODE AND WILDE FAILED BROOMFIELD STALKING CASE 18C103 July 2018 – Aug 2018

770.    July 17, 2018 Goode and Wilde filed case 18C103 with the Broomfield Combined Courts and in that case they did the following willful acts that are not proper in the regular conduct of a lawsuit:[92]

A.    Goode and Wilde knew they did not have a plausible stalking claim against Montalbano due to their failed case filing effort one month prior, June 2018.

B.    Goode and his Texas based counsel, Wilde, knowingly failed to serve the summons on Montalbano for case 18C103.

C.    Goode and Wilde knowingly withheld the case until only the day prior the hearing, located 5 hours away, taking away Montalbano's right to being duly noticed and burdened Montalbano severely with little to no time to write a defense and no time to find or hire legal counsel.

D.    Goode and Wilde knowingly obtained a fraudulent Temporary Protection Order against Montalbano with fabricated evidence.

E.    Goode claimed in his verified complaint that Montalbano called him all the time by telephone when she doesn't have his phone number.

F.    Goode perjured himself by checking the verified complaint box he was unaware of his own lifelong stalking protection order with his former employer, Darling International. [93] (Darling v Goode, District Court Dallas County, DC-14-04807)

---

[92] Filed as Exhibit Register of Actions and Exhibits A and B with 'Motion to Impose Sanctions' December 11, 2018 showing case 18C103 was dismissed in Montalbano's favor.

**G.**     Goode's TRO against Ms. Montalbano was vacated at the July 24, 2018 1st open hearing. Goode was ordered by Magistrate Russell, to retain legitimate Colorado legal counsel (Ms. Wilde in Texas did not qualify).

**H.**     Goode continued to write and file papers with Wilde.

**I.**     Goode alleged, July 24, 2018 in court, he'd have his then associate Mr. Roger Richards (business manager) testify against Ms. Montalbano and the TRO order was reinstated. Ms. Montalbano Vi Coactus signed it and the case was continued to August 6, 2018.

**J.**     Montalbano retained legal counsel and appeared at the 2nd hearing, August 6, 2018. The Broomfield TRO was vacated again and the case dismissed in Montalbano's favor, when Mr. Goode, any proper legal counsel on his behalf, or witness on his behalf, failed to appear for the continuance hearing as requested and Goode was instead in the state of Texas, the same state Ms. Wilde is in.

**K.**     Goode and Wilde performed extortion against Montalbano with this case and threatened Montalbano with police and administrative actions for crimes not committed (stalking) and in direct violation of the Colorado Rules of Professional Conduct. (CRCP 3.1 Meritorious Claims and Contentions)

---

[93] Filed as exhibit Broomfield case 18C103 Mesa Court Record December 11, 2018, and Exhibit C with Amended Grievance Exhibit (against Wilde); and exhibit BP Mesa Court Record February 21, 2020 – Darling v Goode showing perjury.

## GOODE AND WILDE FAILED DENVER FEDERAL COURT REMOVAL – FAKE COMPLAINT Aug 2018-Dec 2018

**771.**    August 13, 2018 Goode and his Texas based counsel, Ms. Wilde, removed case 18CV50 to the Denver Federal Court, with case number 1:18-cv-02060-RM-GPG and in that case they did the following willful acts that are not proper in the regular conduct of a lawsuit:

**A.**    Goode and Wilde 'removed' case 18CV50 to the Denver Federal Court alleging Federal statutes were invoked and did not file the PLAC (77pgs), or the complaint and summons from case 18CV50 (60pgs), and instead they filed a Fake Complaint (7pages) with no statutes or laws cited, on the Denver Federal Court Record.[94]

**B.**    Goode and Wilde, failed to confer or inform Montalbano of the removal.

**C.**    Goode and Wilde filed a fake register of actions.[95]

**D.**    Goode and Wilde, filed non-stamped court filed documents that knowingly mislead the presiding officers (Judge Moore and Magistrate Gallagher) to think the Broomfield stalking case, 18C103, was still pending when it had in fact been dismissed in Ms. Montalbano's favor.

**E.**    Goode and Wilde, repeatedly failed to serve Montalbano copies of documents they filed on multiple Court records, even though Montalbano repeatedly asked them to and had to phone the courts regularly asking if anything was filed by them.

---

[94] Filed as Exhibit H with Amended Grievance Mesa Court Record and related evidence with Motion to Impose Sanctions filed December 11, 2018 – showing the fake complaint filing

[95] Filed as exhibit F Mesa Court Record with Amended Grievance December 11, 2018

F.     During this 'removal', Flynn did not close case 18CV50 up until about a week prior case remand, with his very first orders in case 18CV50 on November 27, 2018 (5 months after filing) stating he was closing the case due to removal. Flynn's lack of proper case management caused massive amounts of confusion for Montalbano and the Court Clerks. (August 13, 2018 – November 27, 2018)

772.   After Montalbano won her Motion for Remand from Denver Federal Court (December 3, 2018), Flynn proceeded to deny Montalbano her Constitutional Civil Rights the first time in case 18CV50 on May 14, 2019, in his first orders in case 18CV50 regarding the complaint(s) (11 months after filing), and Flynn lost jurisdiction of case 18CV50 for being at war with the Constitution and violating his Oath of Office. [96]

## GOODE'S FLORIDA COUNSEL, LORIE,  FAKE LAW FIRM ADDRESS Dec 2019

773.   December 2019, Mr. Goode obtained legal assistance from a Florida based attorney, Ms. Elizabeth (Liz) Lorie, who harassed and extorted one of Montalbano's witnesses, Ms. Ferrante, by email, on behalf of Goode and Wilcock, and Lorie knowingly provided a fake law firm address for legal communication. (Exhibit 1) [#121-1] [97]

774.   Flynn was notified of this and ignored that Lorie was extorting a witness and provided a fake law firm address, these acts are not proper in the regular conduct of a lawsuit.

---

[96] *Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958).*  "9. No state legislator or executive or judicial officer can war against the Constitution without violating his solemn oath to support it. P. 358 U. S. 18." https://supreme.justia.com/cases/federal/us/358/1/

[97] Id at 1. Mesa exhibit CB

## GOODE AND WILDE FAILED BROOMFIELD STALKING CASE 20C32 Mar 2020-Jun 2020

**775.**     March 11, 2020 Goode and Wilde filed stalking case 20C32 against Montalbano in the Broomfield Combined Courts that was administratively closed June 22, 2020 in Montalbano's favor; and in that case they did the following willful acts that are not proper in the regular conduct of a lawsuit:

**A.**     Fabricated more evidence to try again for another baseless stalking claim against Montalbano.

**B.**     Ignored the doctrine of Res Judicata and alleged stalking for the same reasons stated July 17, 2018 and as dismissed in Montalbano favor August 6, 2018.

**C.**     Goode again perjured himself denying his own lifelong stalking protection order. [98]

**D.**     Goode again lied Montalbano phoned him all the time when she still doesn't have his number and it has never been placed on any court record.

**E.**     Goode and his counsel, Wilde, filed the same papers on two separate Court Records and cases at the same time (Broomfield Combined Courts and this instant case) (forum shopping) to trying again for knowingly baseless stalking charges against Montalbano.

**F.**     Goode and Wilde, failed to notice the Broomfield Combined Court of their similar case, evidence, and claims filed in this instant case.

**G.**     Performed extortion against Montalbano.

---

[98] Id at 93 90. Darling v Goode

776.    Flynn was notified of this third baseless stalking case filing effort in case 18CV50 on the Mesa District Civil Court record, and asked again to honorably perform his judicial duties pursuant his Oath of Office. Flynn refused to behave honorably and continued to be a minister his own prejudice against Montalbano. [99]

## THIS INSTANT CASE 1:20-cv-00742-~~RBJ~~ DDD-KLM   Mar 2020

777.    March 17, 2020 Goode and Wilde filed this instant case; and in this case they did the following willful acts that are not proper in the regular conduct of a lawsuit:

    A.    Filed a RICO claim after the statute of limitations.

    B.    Filed a SLAPP (Strategic Lawsuit Against Public Participation) case against Montalbano and other individuals publicly exposing Goode and Wilcock's public frauds and schemes, in efforts to silence them.

    C.    Filed this instant case to further defame Montalbano by making more knowingly false statements against Montalbano on court records as if 'fact.'

    D.    Made 16 baseless claims against Ms. Montalbano.

    E.    Tried again for baseless stalking claims against Montalbano.

    F.    Filed the same papers on this Court record as in the Broomfield case, 20C32 (March 11, 2020) that was administratively closed in Ms. Montalbano's favor.

---

[99] Id at 67~~65~~. *386 U.S. 547 PERSON ET AL. v RAY ET AL.*

G.      Goode is using this baseless case to promote his public frauds and defamation against Montalbano and to significantly grow his following while systematically destroying Montalbano's life and business.

H.      Goode, Wilde, and Lorie, are using this instant case to launder money via Light Warrior Legal Fund, LLC to reinvest in, and promote, their fraudulent public narratives and fake news against Montalbano.

I.      Performed extortion against Montalbano.

778.    Flynn was also informed about this instant case, and again asked by Montalbano to faithfully perform his duties.   Flynn again refused and instead denied Montalbano her Constitutional Civil Rights a second time on the Mesa District Civil Court Record, August 5, 2020. (Exhibit 25) [#121-24]

779.    Denial of Constitutional Civil Rights to a civil litigant by a 'Judge' is not proper in the regular conduct of a lawsuit, is an abuse of process, and is a denial of due process of law.[100]

## 2020CA1775 COLORADO COURT OF APPEALS CASE 18CV50 APPEALED

780.    October 13, 2020 Montalbano appealed case 18CV50  to the Colorado Court of Appeals, appellate case 2020CA1775, for all of Flynn's civil rights violations to be addressed pursuant due process of law by the Court of Appeals 'Judges'; and in this case the following Public Servants did the following willful acts that are not proper in the regular conduct of a lawsuit:

---

[100] Simmons v. United States, 390 U.S. 377 (1968). "The claim and exercise of a Constitutional right cannot be converted into a crime" . . . "a denial of them would be a denial of due process of law."
https://supreme.justia.com/cases/federal/us/390/377/

**A.** The three Colorado Court of Appeal 'Judges': Grove, Terry, and Gomez ("three individuals") placed multiple knowing frauds upon the Colorado Court of Appeals and against Montalbano to extort, coerce, and take away Montalbano's civil rights and conceal Flynn's violations.

**B.** Denied a timely filed appeal 'with prejudice' and without any case briefs.

**C.** Lied it was not timely appealed in orders they fraudulent first signed as a corporate fiction "BY THE COURT" and not in their judicial capacity. A corporate fiction may not take an Oath of Office and thereby may not hold an office of public trust, thus the orders were null and void as BY THE COURT had a permanent disability. (Constitution of the United States of America, Article XIV, Clauses 3 and 4 – Disability to hold office in certain cases).

**D.** Willfully failed to write any constitutional compliant orders and expected their personal 'opinions' to be treated as law.

**E.** Issued orders repugnant to the Constitution to conceal Flynn's civil rights violations.

**F.** Issued orders contrary to court rules.

**G.** Refused to investigate Flynn's corruption and denial of Montalbano's Constitutional Civil rights in accordance with due process of law.

**H.** The three individuals knowingly issued three sets of fraudulent extortion orders against Montalbano (October 21, 2020, November 19, 2020, and December 10, 2020) and violated their Oath of Office and Due Process of Law.

781.     It is not proper in the regular conduct of a lawsuit for judges to lie in Court orders in direct opposition to Court Rules that is an abuse of process.

782.     It is not proper in the regular conduct of a lawsuit for Judges to knowingly write orders that take away civil rights that is an abuse of process.

783.     Grove, Terry, and Gomez conspired with Flynn, Goode, and Wilde, to extort Montalbano through abuse of process, color of law, color of office, and color of official right in cases 2020CA1775 (18CV50).

784.     Flynn, Grove, Terry, and Gomez did not follow court rules, due process of law, or Constitutional Law and violated their Oath of Office and are trespassers in law with Flynn and all lost subject-matter jurisdiction and all of their orders in case 2020CA1775 (18CV50 ) are void and of no force or effect [101] and are open to collateral attack in this instant case.[102]

785.     Montalbano will further prove these actions lacked a reasonable factual or cognizable basis in law.

## DAMAGES AND RELIEF

786.     Ms. Montalbano was damaged financially, having to retain legal counsel and defend against multiple vexatious and malicious extortion cases of Goode and Wilde's that had no reasonable basis in the law, and from having to defend against prejudice and vexatious Judges failing to honorably perform their judicial duties.

---

[101] Id at 7572. *Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974)*
[102] Id at 89 86.  McLean v. Jephson, 123 N.Y. 142, 25 N.E. 409.

787.    Montalbano has been damaged by having to invest most all her time, for well over two and a half years, addressing baseless lawsuit after baseless lawsuit opened by Goode and his improper Texas based counsel, Wilde, and researching the law(s) and other matters due to them, Flynn, Grove, Gomez, and Terry, committing ongoing acts of treason instead of performing their sworn upon duties.

788.    Montalbano's personal and professional reputation  have and continue to be damaged by the ongoing extortion, abuse of process, malicious prosecutions, harassment and libel and slander (defamation) Goode and Wilde perform via Abuse of Process on multiple court records with their knowingly false declaratory pronouncements that have no basis in the law or in fact and evidence.

789.    Montalbano has been damaged emotionally, having to endure enormous amounts of anxiety, stress, and depression due to these repeat vexatious, malicious, and baseless cases and dealing with multiple dishonorable Judges and Public Servants within and without case 18CV50.

790.    Montalbano's sleep cycles have been interrupted along with her dream recall, which is crucial to her profession of predictive dream research.

791.    Montalbano's personal life has been severely impacted as she cannot enjoy spending time with her family or friends, or enjoy regular daily life, due to dealing with these many malicious and vexatious cases, avoidance and evasion tactics, and extortion practices of The Enterprise and Public Servants.

792.    Ms. Montalbano's professional life as an artist and author has been severely damaged as professional associates don't want to work with Montalbano for fear of their own safety, their family's safety, lawsuits, extortion, public defamation, and being harassed like Montalbano has been and has endured for years.

793.    Based upon the facts of all Twenty-Two (22) Claims stated herein, Montalbano believes she is entitled to injunctive relief and to recover damages for the foregoing act of Abuse of Process to include:

**Injunctive Relief**

a.  Order Goode and Wilde to stop lying on court records and stop opening frivolous, baseless, vexatious, and malicious cases against Montalbano.

**Monetary Damages**

b.  Actual damages proximately caused as a result of the proceedings, emotional distress, humiliation, injury to reputation, loss of time and business since June 2018, attorney/legal fees, self-representation fees, and punitive damages along with preventive Injunctive Relief for willful and malicious abuse of process to extort Montalbano and any other relief the Court deems just.

c.  See claims 14, 15, 17, and 18 for related damage specifics.

# COUNT 17
## (17) MALICIOUS PROSECUTIONS
### (Goode, Wilde)

**794.** Montalbano incorporates the General Allegations in ¶¶1 313 287 by reference and in particular ¶¶215-285.

**795.** Goode and Wilde, were party to multiple actions against Montalbano that were resolved in Montalbano's favor. There was no probable cause for the actions and Goode and Wilde lacked either a reasonable or good faith belief that the actions would be successful or were warranted in any way. The actions were brought with malice and improper motives and Montalbano suffered damages as a result.

**796.** Montalbano incorporates be reference the allegations in Claims 14, 15, 16, and 18 as evidence of malicious prosecutions and malicious civil rights violations.

**797.** The 1st failed Broomfield stalking case (mid-June 2018) was a Malicious Prosecution effort.

**798.** The 2nd failed Broomfield stalking case claim (July 17, 2018 thru August 6, 2018, 18C103) was a Malicious Prosecution case.

**799.** The improper removal of case 18CV50 to the Denver Federal Court August 13, 2018 through December 3, 2018 and filing a fake complaint, was a malicious act.

**800.** The 3rd failed Broomfield stalking case claim, 20C32, (March 11, 2020 thru June 22, 2020) was a Malicious Prosecution case.

801.    This instant case as filed by Goode and Wilde, is a Malicious Prosecution case.

802.    Upon information and belief, all five (5) of these opposing party case filing efforts, to obtain stalking protection orders or stalking judgments against Montalbano, were performed maliciously and constitute Malicious Prosecutions, extortion, and violation of the Colorado Codes of Professional Conduct and of Montalbano civil rights.


## DAMAGES AND INJUNCTIVE RELIEF

803.    Montalbano has been severely personally, professionally, financially and emotionally damaged by all these ongoing malicious and baseless case efforts.

804.    Montalbano suffers severe anxiety anytime the doorbell rings thinking it's going to be another process server for another malicious case by the opposing party.

805.    Montalbano has suffered severe interference with her professional life and art career since April 18, 2018, having to spend the last two and half years being her own full time lawyer and paying for what legal counsel she can afford along the way.

806.    Montalbano's business Ari Stone Art LLC has suffered severely and is on the brink of closing due to having to spend all her time, investment seed money, and resources on defending herself legally and spending vast amounts of time researching the law and writing papers instead of promoting her art and building professional relationships and consumer goodwill.

807.     Montalbano's publishing business through Ari Stone Art LLC has suffered severely as she has not been able to invest her time and resources into promoting her award winning book "Dreams The Missing Text" and has not been able to spend time writing business proposals for major book distributors or film producers for television series, due to having to spend most all her time researching the law and defending against these many and varied malicious cases and working extremely hard to have her own claims heard in order to protect her rare and exceedingly valuable Intellectual Property.

808.     Montalbano believes she is entitled to the following Injunctive Relief for Malicious Prosecutions:

   a. **Preventative Injunctive Relief:** Restrain Goode and Wilde from filing any more malicious and baseless cases and claims against Montalbano.

809.     Based upon the facts of all Twenty-Two (22) Claims stated herein, Montalbano believes she is entitled to injunctive relief and to recover damages for the foregoing act of Malicious Prosecutions to include actual damages proximately caused as a result of the proceedings, emotional distress, humiliation, injury to reputation, loss of time and business, attorney/legal fees, compensation for Montalbano's times in self-representation, and punitive damages, along with preventive Injunctive Relief and any other relief the Court deems just. See claims 14, 15, 16 and 18 for related damage specifics.

**RICO**
**COUNT 18**
**(18)  Extortion 18 USC 1951, 1952(a)(3) and (b)**
**(The Enterprise, Public Servants)**

810.     Montalbano incorporates the General Allegations in ¶¶1 ~~313~~ 287  by reference and in particular ¶¶215-285.

811.     Goode, Wilcock, Wilde, Lorie ~~and~~ their associates ~~(believed to be working for The Enterprise as 'controlled opposition'),~~ and Flynn, used extortion to maintain Goode and Wilcock's unlawful use of Montalbano's valuable Trade Secret research and Intellectual Property. They used the Court system and abuse of process to threaten and instill fear in Montalbano with multiple fraudulent criminal charges for crimes not committed, opened multiple baseless cases against Montalbano under color of law, color of office, and color of official right and threatened Montalbano with police and court discipline for crimes not committed.  Goode and Wilde worked with Judges, other attorney's, and other Public Servants working in their official capacity in Colorado Courts or related positions of public trust to violate Montalbano's Constitutional Civil Rights and destroy her business (commerce).  After these people consistently violated Montalbano's Civil Rights and right to Due Process of Law for well over two years (June 2018 to Current), under Color of Law, Color of Office, and Color of Official Right, ~~they~~ Flynn imposed excessive and extortionary fines against Montalbano.

812.     Montalbano incorporates by reference all 22 Claims as evidence of The Enterprise and Public Servants extorting Montalbano with fear, threats, and Color of Official Right to obtain and maintain the unlawful use of her private property with repeat efforts to coerce Montalbano into dropping claims against Goode.

DAMAGES

813.     Based upon the facts of all 22 Claims, Montalbano believes she is entitled to injunctive relief and to recover damages for the foregoing act of extortion to include actual damages proximately caused as a result of the proceedings, emotional distress, humiliation, injury to reputation, loss of time and business, attorney/legal fees, statutory damages, and punitive damages, along with any other relief the Court deems just.

814.     See claims 1, 14, 15, 16, and 17, for extortion damage related to legal threats to conceal The Enterprise's unlawful RICO acts.

## Count 19

### (19)  Intentional Intrusion on Privacy Rights – DISCLOSURE
**(The Enterprise)**

815.     Montalbano incorporates the General Allegations in ¶¶1 313 287  by reference.

816.     Goode and Wilcock with their network of associates publicized and disclosed private information about Montalbano to hundreds, thousands, hundreds of thousands, and even millions of people in the general public, via (but not limited to) YouTube, Twitter, Facebook, and Reddit, that placed Montalbano in a false light before the public. It was performed with malice as the information disclosed was not of legitimate public concern and privacy was expected pursuant the unrebutted PLAC mailings. [#135-1]. Montalbano has suffered mental anguish, shame, and humiliation beyond what any ordinary person should endure.

817.     Montalbano incorporates by reference all 22 Claims as evidence of public disclosure of private information with malice.

818.     Goode, Wilcock, and their associates (believed to be working for The Enterprise), have publicly and repeatedly disseminated the private December 16, 2017 dream journal record of Montalbano's where she experienced marrying Mr. Goode in a dream. Goode and his associates also made public statements about the sexual content of some of Montalbano's private dream experiences, delivered to Goode, and that were not of genuine public interest. Goode and his associates repeatedly use this private information about Montalbano for the purpose of falsely representing her as someone sexually amoral to hundreds of thousands and even millions of people in the general public.

819.     It is highly offensive and objectionable that Goode is using Montalbano's private dream experiences, privately shared with him, to publicly shame and embarrass Montalbano as someone sexually amoral, when the matter is not of legitimate public concern and that was never prior publicly discussed by Montalbano.

820.     Goode is using this invasion of Montalbano's privacy and false representations of her to advertise his fictional public narratives and gain public fame, notoriety, and followers.

821.     Goode and Wilde have also used the court system as a way to release Montalbano's private information publicly, to include her private place of residence and personal contact number. This is a danger to Montalbano as Goode's followers have been violent towards others that he's publicly doxxed and defamed as 'dark alliance'.[103]

---

[103] Filed as exhibit CP Mesa Court Record July 20, 2020 – court doxxing

822.     Goode has threatened to release more of Montalbano's private information publicly and the private phone call with Mr. Richards, and Montalbano is reasonably concerned he will do so. ~~(Exhibit 21)~~ [#121-21]

## DAMAGES AND REMEDY

823.     Injunctive Relief is warranted to stop and prevent further shaming and embarrassing of Montalbano through Goode and his network of associates, releasing private information about Montalbano publicly and that is not of legitimate public concern and that Goode is not authorized to publicly disclose and that places Montalbano in public contempt and at risk of being physically assaulted.

824.     Montalbano believes she is entitled to Injunctive Relief to stop the release of her private information publicly:

  a.  **Preventative Injunctive Relief:** to restrain Goode, Wilcock, Wilde, their associates, and The Enterprise, from further releasing Montalbano private information publicly or discussing Montalbano's private dream journal records publicly or privately without the express written and certified consent of Montalbano.

825.     Based upon the facts of all Twenty-Two (22) Claims, Montalbano believes she is entitled to injunctive relief and to recover damages for the foregoing act of Intentional Intrusion on Privacy Rights to include economic and non-economic losses arising from the conduct, for pain and suffering, and punitive damages, along with any other relief the Court deems just.

## **Count 20**
### (20)  Intentional Infliction of Emotional Distress CRS 7-74-104(2)
#### (The Enterprise, Public Servants)

826.     Montalbano incorporates by reference all allegations and claims in this complaint, in their entirety, as if set fully herein and is set fully herein, as evidence of Intentional Infliction of Emotional Distress.

827.     The Enterprise and Public Servants engaged in outrageous conduct with the intent to cause Montalbano severe emotional distress and Montalbano has suffered severe and ongoing emotional distress.

828.     Goode and Wilde's repeat and ongoing abuse of process and filing multiple vexatious and malicious prosecution cases since June 2018 through to current with fabricated papers and documents are evidence of outrageous conduct used for Intentional Infliction of Emotional Distress upon Montalbano, and Montalbano was and continues to be severely emotionally distressed by these.

829.     'Judges' Flynn, Grove, Gomez, and Terry, lying on Court records and repeat denial of Montalbano's Constitutional civil rights on multiple Court records in direct opposition to their Oath of Office, is outrageous conduct used for Intentional Infliction of Emotional Distress upon Montalbano, and Montalbano was and continues to be severely emotionally distressed by these.

830.     Goode, Wilde, Wilcock, and their network of associates, ongoing and repeat public defamation and harassment of Montalbano as a criminal (Dark Alliance/stalker) and someone

sexually amoral and/or crazy in her trade and profession, for well over 2 years, is evidence of outrageous conduct used for Intentional Infliction of Emotional Distress upon Montalbano, and Montalbano was and continues to be severely emotionally distressed by these acts.

831.    The Enterprise promoting Goode and Wilcock's 'dark alliance' and stalking frauds as true (that knowingly falsely include Montalbano) is evidence of outrageous conduct used for Intentional Infliction of Emotional Distress upon Montalbano, and Montalbano was and continues to be severely emotionally distressed by these.

## DAMAGES AND REMEDY

832.    Based upon the facts of all Twenty-Two (22) Claims stated herein, Montalbano believes she is entitled to injunctive relief and to recover damages for the foregoing act of Intentional Infliction of Emotional Distress; to include economic and non-economic losses arising from the conduct, for pain and suffering, punitive damages and any other relief the Court deems just.

### Count 21
### (21)  Negligent Infliction of Emotional Distress
### (Weidner, The Enterprise, Public Servants)

833.    Montalbano incorporates all allegations and claims as set forth in this entire complaint as if set fully herein and is set fully herein.

834.    ~~The Enterprise  and Jay Weidner engaged in reckless conduct through the promotion of Goode and Wilcock's knowingly fraudulent representations via Cosmic Disclosure. Their promotion ultimately contributed to the intentional infliction of emotional distress endured,~~

~~financial losses, and other damages incurred by Montalbano for well over three (3) years through Montalbano seeking relief for falling victim to Goode and Wilcock's public frauds and schemes first broadcast by GAIA and that they could have reasonably foreseen would cause damages.~~

835.   ~~Weidner knowingly participated in negligent infliction of emotional distress through 'grooming' Goode so his stories would be accepted as true by the general public via the Cosmic Disclosure show and Montalbano did in fact believe Goode and Wilcock's stories as true, and Montalbano has been severely damaged, financially, emotionally, personally, and professionally by this act and that Weidner could have reasonably foreseen would cause damages.~~

836.   The Public Servants engaged in reckless <u>and negligent</u> conduct through their repeat failure to faithfully perform their sworn to duties pursuant their Oath of Office and performed acts in opposition to the State and National Constitution and against Montalbano's Civil Rights, and caused enormous amounts of emotional distress, financial losses, and other damages to Montalbano for well over two and half years that they all could have prevented and could reasonably foresee would cause damages.

## DAMAGES AND REMEDY

837.   Based upon the facts of all Twenty-Two (22) Claims stated herein, Montalbano believes she is entitled to injunctive relief and to recover damages for the foregoing act of Negligent Infliction of Emotional Distress; to include economic and non-economic losses arising from the conduct, for pain and suffering, punitive damages and any other relief the Court deems just.

**COUNT 22**
**(22)  UNJUST ENRICHMENT CRS 7-74-104**
*See Lewis v. Lewis, 189 P.3d 1134 (Colo 2008)*
**(The Enterprise, Public Servants, ~~Jay Weidner~~)**

**838.**     Montalbano incorporates all allegations and claims as set forth in this entire complaint as if set fully herein and is set fully herein.

**839.**     The Enterprise ~~Jay Weidner,~~ and their network of associates, are being Unjustly Enriched by Montalbano's Trade Secret materials, Intellectual Property, and private information.  They received these benefits under circumstance of fraud and at Montalbano's expense and it would be unjust for them to retain the benefit of such without commensurate compensation to Montalbano.

**840.**     The Public Servants are being unjustly enriched through abuse of the legal system and violation of their Oath of Office (color of official right). They received these benefits under circumstance of fraud and at Montalbano's expense and it would be unjust for them to retain the benefit of such without commensurate compensation to Montalbano.

## DAMAGES

**841.**     Based upon the facts of all Twenty-Two (22) Claims stated herein, Montalbano believes she is entitled to injunctive relief and to recover damages for the foregoing act of Unjust Enrichment; to include economic and non-economic losses arising from the conduct and to be calculated from the date of the first certified PLAC affidavit mailing dated April 18, 2018, for pain and suffering, punitive damages and any other relief the Court deems just.

## VII.    CONCLUSION AND PRAYER FOR RELIEF

Wherefore based on all the facts and foregoing twenty-two (22) claims contained herein; Montalbano seeks the following Injunctive Relief against the aforementioned counter-defendants, cross-defendants, and third party defendants.

**A.** Enter injunctive relief baring the defendants from any of the aforementioned harmful conduct.

**B.** Declare Montalbano's Intellectual Property / Trade Secret IP legally hers.

**C.** Order defendants stop and desist all unlawful use of all of Montalbano's IP materials.

**D.** Find that all defendants and corporations are liable for their grievances.

**E.** Order all defendants pay actual and non-economic damages for their fraudulent activities performed against Montalbano.

**F.** Order defendants pay for the additional damages Montalbano has incurred from their fraudulent misrepresentations regarding Montalbano and for damages incurred from Montalbano's initial reliance on them.

**G.** Grant Montalbano special damages, due to willful, reckless, wanton, egregious, unfair, unethical, deceptive and unscrupulous conduct by defendants.

**H.** Grant Montalbano attorney fees, cost and interest, to include compensating Montalbano for acting as her own attorney since April 2018.

**I.** Grant Montalbano all monetary and other relief available at law and in equity.

## VIII.    DEMAND FOR TRIAL BY JURY

Pursuant the Constitution of the United States of America, Bill of Rights, Article VII (FRCP 38(a)), and the Colorado Constitution, Article II section 10 Montalbano demands trial by jury (FRCP 38) to protect her constitutional rights, private property, and right to life, liberty, the pursuit of happiness and to due process of law for all claims stated herein.

Dated this ~~22st~~ 27th day of ~~December 2020~~ February 2021

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Counter-Claimant, Third-Party ~~Counter~~ Plaintiff, Defendant

### CERTIFICATE OF SERVICE

I certify that on this ~~22nd~~ 27th day of ~~December 2020~~ February 2021 a copy of the foregoing proposed First Amended CounterClaim complaint was filed with the clerk of the court using the CM/ECF system and are lawfully served upon Plaintiffs' counsel, and upon appeared ~~Cross-~~Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5)

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen