# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant, Third-Party Plaintiff

v.

James Corey Goode, individually
And GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock, THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde, Elizabeth Lorie,
Brian James Flynn, William Campbell,
Matthew Grove, Diana Terry,
Christina Gomez

Third-Party Defendants.

## THIRD-PARTY PLAINTIFF ALYSSA MONTALBANO
## SUMMONS REQUEST

COMES NOW, Third-Party Plaintiff, Alyssa Chrystie Montalbano, for her claims against third-party defendants: LIGHT WARRIOR LEGAL FUND LLC, David Wilcock, THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION, Valerie Yanaros Wilde, Elizabeth Lorie, Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, and Christina Gomez, and respectfully requests as follows:

This action was originally filed on March 17, 2020 by James Corey Goode and GOODE ENTERPRISE SOLUTIONS, INC (GES) (Plaintiffs) against Defendant Montalbano and et al. On December 22, 2020 Montalbano filed counterclaims and third-party claims. [#120] Montalbano only recently learned (March 11, 2021) she must request third-party summons with form AO 441 and respectfully requests this Court Grant, approve, sign and issue the attached summonses for service of process on said third-party defendants.

Respectfully Submitted and All Rights Reserved,
/s/ Alyssa Chrystie Montalbano
Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Defendant, Counter-Claimant, Third-Party Plaintiff

### CERTIFICATE OF SERVICE

I certify on this 12th day of March 2021 a copy of the foregoing Summons Request was filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system (FRCP Rule 5) and I certify a copy of this filing will be served on each third-party defendant in this case in accordance with FRCP Rule 4.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen