# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH,
BENJAMIN      ZAVODNICK,      ALYSSA
MONTALBANO, JIRKA RYSAVY, BRAD
WARKINS, and KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant, Third-Party Plaintiff

v.

James Corey Goode, individually
And GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David    Wilcock,    THE    WILCOCK    SPIRITUAL
HEALING AND EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde, Elizabeth Lorie,
Brian James Flynn, William Campbell,
Matthew Grove, Diana Terry,
Christina Gomez

Third-Party Defendants.

**ATTACHMENT FOR SUMMONS REQUEST**

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▼

| | |
|---|---|
| James Corey Goode and et al. (see attached) | ) |
| *Plaintiff* | ) |
| v. | ) |
| Alyssa Chrystie Montalbano (see attached) | ) |
| *Defendant, Third-party plaintiff* | ) |
| v. | ) |
| LIGHT WARRIOR LEGAL FUND &et al.(see attached) | ) |
| *Third-party defendant* | ) |

Civil Action  No. 1:20-CV-00742-DDD-KLM

### SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*    LIGHT WARRIOR LEGAL FUND, LLC
c/o NORTHWEST REGISTERED AGENT, LLC
1942 Broadway Street
Suite 314C
Boulder, Colorado 80302

A lawsuit has been filed against defendant   Alyssa Montalbano   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  James Goode (See attached) .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Alyssa Chrystie Montalbano
2536 Rimrock Ave, Suite 400-117
Grand Junction, Colorado 81505

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Valerie Yanaros Wilde, Yanaros Law P.C.
5057 Keller Springs Road, Suite 300
Addison, Texas, 75001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:    03/12/2021

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 1:20-CV-00742-DDD-KLM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

'   I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

'   I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

'   I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

'   I returned the summons unexecuted because _____ ; or

'   Other *(specify)*: _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▾

| | |
|---|---|
| James Corey Goode and et al. (see attached) | ) |
| *Plaintiff* | ) |
| v. | ) |
| Alyssa Chrystie Montalbano (see attached) | ) |
| *Defendant, Third-party plaintiff* | ) |
| v. | ) |
| David Wilcock and et al. (see attached) | ) |
| *Third-party defendant* | ) |

Civil Action  No. 1:20-CV-00742-DDD-KLM

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*     David Wilcock
1455 Ridge Road
Nederland, Colorado 80466

A lawsuit has been filed against defendant    Alyssa Montalbano    , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   James Goode (See attached)   .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Alyssa Chrystie Montalbano
2536 Rimrock Ave, Suite 400-117
Grand Junction, Colorado 81505

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Valerie Yanaros Wilde, Yanaros Law P.C.
5057 Keller Springs Road, Suite 300
Addison, Texas, 75001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:     03/12/2021

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 1:20-CV-00742-DDD-KLM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     ❜ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     ❜ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     ❜ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     ❜ I returned the summons unexecuted because _____ ; or

     ❜ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                                   _____
                                                          *Server's signature*

                                                   _____
                                                       *Printed name and title*

                                                   _____
                                                       *Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▼

| | | |
|---|---|---|
| James Corey Goode and et al. (see attached) | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action  No. 1:20-CV-00742-DDD-KLM |
| Alyssa Chrystie Montalbano (see attached) | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | |
| WILCOCK FOUNDATION and et al. (see attached) | ) | |
| *Third-party defendant* | ) | |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION
c/o CORPORATE CAPITAL INC
7848 W Sahara Ave.
Las Vegas, Nevada, 89117

A lawsuit has been filed against defendant   Alyssa Montalbano  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  James Goode (See attached) .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Alyssa Chrystie Montalbano
2536 Rimrock Ave, Suite 400-117
Grand Junction, Colorado 81505

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Valerie Yanaros Wilde, Yanaros Law P.C.
5057 Keller Springs Road, Suite 300
Addison, Texas, 75001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:    03/12/2021

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 1:20-CV-00742-DDD-KLM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

&#x2019;   I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

&#x2019;   I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

&#x2019;   I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

&#x2019;   I returned the summons unexecuted because _____ ; or

&#x2019;   Other *(specify)*: _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the

District of Colorado ▾

| | |
|---|---|
| James Corey Goode and et al. (see attached) | ) |
| *Plaintiff* | ) |
| v. | ) |
| Alyssa Chrystie Montalbano (see attached) | ) |
| *Defendant, Third-party plaintiff* | ) |
| v. | ) |
| Valerie Yanaros Wilde and et al. (see attached) | ) |
| *Third-party defendant* | ) |

Civil Action  No. 1:20-CV-00742-DDD-KLM

### SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*    Valerie Yanaros Wilde
YANAROS LAW P.C.
5057 Keller Springs Road
Suite 300
Addison, Texas, 75001

A lawsuit has been filed against defendant   Alyssa Montalbano   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   James Goode (See attached)   .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Alyssa Chrystie Montalbano
2536 Rimrock Ave, Suite 400-117
Grand Junction, Colorado 81505

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Valerie Yanaros Wilde, Yanaros Law P.C.
5057 Keller Springs Road, Suite 300
Addison, Texas, 75001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:    03/12/2021

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 1:20-CV-00742-DDD-KLM

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    '   I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    '   I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    '   I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    '   I returned the summons unexecuted because _____ ; or

    '   Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado ▼

| | |
|---|---|
| James Corey Goode and et al. (see attached) | ) |
| *Plaintiff* | ) |
| v. | ) |
| Alyssa Chrystie Montalbano (see attached) | ) |
| *Defendant, Third-party plaintiff* | ) |
| v. | ) |
| Elizabeth Lorie and et al. (see attached) | ) |
| *Third-party defendant* | ) |

Civil Action  No. 1:20-CV-00742-DDD-KLM

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   Elizabeth Lorie
LL LEGAL, PLLC
P.O. Box 7656
Jupiter, Florida, 33468

A lawsuit has been filed against defendant   Alyssa Montalbano   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   James Goode (See attached)   .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Alyssa Chrystie Montalbano
2536 Rimrock Ave, Suite 400-117
Grand Junction, Colorado 81505

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Valerie Yanaros Wilde, Yanaros Law P.C.
5057 Keller Springs Road, Suite 300
Addison, Texas, 75001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:   03/12/2021

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 1:20-CV-00742-DDD-KLM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

        &rsquo;   I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

        &rsquo;   I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

        &rsquo;   I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

        &rsquo;   I returned the summons unexecuted because _____ ; or

        &rsquo;   Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                        _____
                                                    *Server's signature*

                                        _____
                                                *Printed name and title*

                                        _____
                                               *Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▼

| | |
|---|---|
| James Corey Goode and et al. (see attached) | ) |
| *Plaintiff* | ) |
| v. | ) |
| Alyssa Chrystie Montalbano (see attached) | ) |
| *Defendant, Third-party plaintiff* | ) |
| v. | ) |
| Brian James Flynn and et al. (see attached) | ) |
| *Third-party defendant* | ) |

Civil Action No. 1:20-CV-00742-DDD-KLM

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  Brian James Flynn
MESA COUNTY JUSTICE CENTER
125 N Spruce Street
Grand Junction, Colorado, 81501

A lawsuit has been filed against defendant  Alyssa Montalbano , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  James Goode (See attached) .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Alyssa Chrystie Montalbano
2536 Rimrock Ave, Suite 400-117
Grand Junction, Colorado 81505

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Valerie Yanaros Wilde, Yanaros Law P.C.
5057 Keller Springs Road, Suite 300
Addison, Texas, 75001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:  03/12/2021

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 1:20-CV-00742-DDD-KLM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ⌐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ⌐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ⌐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ⌐ I returned the summons unexecuted because _____ ; or

    ⌐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                                      _____
                                                            *Server's signature*

                                                       _____
                                                          *Printed name and title*

                                                          _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| James Corey Goode and et al. (see attached) | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action  No. 1:20-CV-00742-DDD-KLM |
| Alyssa Chrystie Montalbano (see attached) | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | |
| William Campbell and et al. (see attached) | ) | |
| *Third-party defendant* | ) | |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   William Campbell
COLORADO COMMISSION ON JUDICIAL DISCIPLINE
1300 Broadway
Denver, Colorado, 80203

A lawsuit has been filed against defendant   Alyssa Montalbano   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   James Goode (See attached)   .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Alyssa Chrystie Montalbano
2536 Rimrock Ave, Suite 400-117
Grand Junction, Colorado 81505

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Valerie Yanaros Wilde, Yanaros Law P.C.
5057 Keller Springs Road, Suite 300
Addison, Texas, 75001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:   03/12/2021

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 1:20-CV-00742-DDD-KLM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

➤   I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

➤   I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

➤   I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

➤   I returned the summons unexecuted because _____ ; or

➤   Other *(specify):*  _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▼

| | |
|---|---|
| James Corey Goode and et al. (see attached) | ) |
| *Plaintiff* | ) |
| v. | ) |
| Alyssa Chrystie Montalbano (see attached) | ) |
| *Defendant, Third-party plaintiff* | ) |
| v. | ) |
| Matthew Grove and et al. (see attached) | ) |
| *Third-party defendant* | ) |

Civil Action  No. 1:20-CV-00742-DDD-KLM

### SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*    Matthew Grove
COLORADO COURT OF APPEALS
2 East 14th Avenue
Denver, Colorado, 80203

A lawsuit has been filed against defendant   Alyssa Montalbano   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   James Goode (See attached)   .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Alyssa Chrystie Montalbano
2536 Rimrock Ave, Suite 400-117
Grand Junction, Colorado 81505

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Valerie Yanaros Wilde, Yanaros Law P.C.
5057 Keller Springs Road, Suite 300
Addison, Texas, 75001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:    03/12/2021

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 1:20-CV-00742-DDD-KLM

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❜ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❜ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❜ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❜ I returned the summons unexecuted because _____ ; or

❜ Other *(specify)*: _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado ▼

| | |
|---|---|
| James Corey Goode and et al. (see attached) <br> *Plaintiff* <br> v. <br> Alyssa Chrystie Montalbano (see attached) <br> *Defendant, Third-party plaintiff* <br> v. <br> Diana Terry and et al. (see attached) <br> *Third-party defendant* | ) ) ) ) ) ) ) <br> Civil Action No. 1:20-CV-00742-DDD-KLM |

### SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   Diana Terry
COLORADO COURT OF APPEALS
2 East 14th Avenue
Denver, Colorado, 80203

A lawsuit has been filed against defendant   Alyssa Montalbano   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   James Goode (See attached)   .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Alyssa Chrystie Montalbano
2536 Rimrock Ave, Suite 400-117
Grand Junction, Colorado 81505

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Valerie Yanaros Wilde, Yanaros Law P.C.
5057 Keller Springs Road, Suite 300
Addison, Texas, 75001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:   03/12/2021

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 1:20-CV-00742-DDD-KLM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     '   I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     '   I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     '   I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     '   I returned the summons unexecuted because _____ ; or

     '   Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                                _____
                                                         *Server's signature*

                                                _____
                                                    *Printed name and title*

                                                _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the

District of Colorado   ▼

| | |
|---|---|
| James Corey Goode and et al. (see attached) | ) |
| *Plaintiff* | ) |
| v. | ) |
| Alyssa Chrystie Montalbano (see attached) | ) |
| *Defendant, Third-party plaintiff* | ) |
| v. | ) |
| Christina Gomez and et al. (see attached) | ) |
| *Third-party defendant* | ) |

Civil Action  No. 1:20-CV-00742-DDD-KLM

### SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   Christina Gomez
COLORADO COURT OF APPEALS
2 East 14th Avenue
Denver, Colorado, 80203

A lawsuit has been filed against defendant   Alyssa Montalbano   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   James Goode (See attached)   .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Alyssa Chrystie Montalbano
2536 Rimrock Ave, Suite 400-117
Grand Junction, Colorado 81505

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Valerie Yanaros Wilde, Yanaros Law P.C.
5057 Keller Springs Road, Suite 300
Addison, Texas, 75001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:   03/12/2021

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 1:20-CV-00742-DDD-KLM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

      ❯   I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

      ❯   I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

      ❯   I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

      ❯   I returned the summons unexecuted because _____ ; or

      ❯   Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                                   _____
                                                                   *Server's signature*

                                                   _____
                                                                   *Printed name and title*

                                                   _____
                                                   *Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▾

| | |
|---|---|
| James Corey Goode and et al. (see attached) | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action  No. 1:20-CV-00742-DDD-KLM |
| Alyssa Chrystie Montalbano (see attached) | ) |
| *Defendant, Third-party plaintiff* | ) |
| v. | ) |
| UNITED STATES  and et al. (see attached) | ) |
| *Third-party defendant* | ) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   UNITED STATES
United States Attorney's Office for the District of Colorado
Attn: Civil Process Clerk
1801 California Street
Suite 1600
Denver, Colorado 80202

A lawsuit has been filed against defendant   Alyssa Montalbano   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   James Goode (See attached)   .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Alyssa Chrystie Montalbano
2536 Rimrock Ave, Suite 400-117
Grand Junction, Colorado 81505

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Valerie Yanaros Wilde, Yanaros Law P.C.
5057 Keller Springs Road, Suite 300
Addison, Texas, 75001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:   03/12/2021

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 1:20-CV-00742-DDD-KLM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❯ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❯ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❯ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❯ I returned the summons unexecuted because _____ ; or

    ❯ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: