# CERTIFICATE OF SERVICE

It is hereby certified, that on February __4__, 2021, the undersigned mailed to:

> Valerie Yanaros Wilde
> 5057 Keller Springs Road
> Suite 300
> ADDISON TEXAS 75001

Hereinafter, "Recipient," the documents and sundry papers pertaining to **Case 1:20-CV-00742-DDD-KLM** Denver Federal Court:

1. **Answer and Counterclaims** filed December 22, 2020 (Docket 120)

2. **Exhibits** filed December 22, 2020 (Docket 121)

3. **Request for Waiver of Service of Summons** dated February 4, 2021

4. **S.A.S.E.** with Certified Mail# 7019 1640 0001 9358 4635

5. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7019 1640 0001 9358 4468**  Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Affirmed this __4__ day of February 2021

All Rights Reserved,

*Alyssa Chrystie Montalbano* (signature)
Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of __CO__  County of __Mesa__
Signed before me on this __4__
of __Feb 2021__ by __Alyssa C Montalbano__
Notary Public __Kimberly D Blossom__ (signature)

Kimberly D. Blossom
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20064016548
MY COMMISSION EXPIRES APRIL 26, 2022

Certificate of Service         **Exhibit 1 — Certificates of Service Waiver Requests**         Page 1 of 1

# CERTIFICATE OF SERVICE

It is hereby certified, that on February __4__, 2021, the undersigned mailed to:

> Elizabeth Lorie
> Post Office Box 7656
> JUPITER, FLORIDA 33468

Hereinafter, "Recipient," the documents and sundry papers pertaining to **Case 1:20-CV-00742-DDD-KLM** Denver Federal Court:

1. **Answer and Counterclaims** filed December 22, 2020 (Docket 120)

2. **Exhibits** filed December 22, 2020 (Docket 121)

3. **Request for Waiver of Service of Summons** dated February 4, 2021

4. **S.A.S.E.** with Certified Mail# 7019 1640 0001 9358 4475

5. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7019 1640 0001 9358 4482** Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Affirmed this __4__ day of February 2021

All Rights Reserved,

*Alyssa Chrystie Montalbano*
Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of __CO__, County of __Mesa__
Signed before me on this __4__ day
of __Feb 2021__, by __Alyssa C Montalbano__
Notary Public __Kimberly Blossom__

**Kimberly D. Blossom**
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Certificate of Service                                      Page **1** of **1**

# CERTIFICATE OF SERVICE

It is hereby certified, that on February __8__, 2021, the undersigned mailed to:

> Brian James Flynn
> c/o Mesa Justice Center
> 125 North Spruce St
> Grand Junction, Colorado, 81501

Hereinafter, "Recipient," the documents and sundry papers pertaining to **Case 1:20-CV-00742-DDD-KLM** Denver Federal Court:

1. **Answer and Counterclaims** filed December 22, 2020 (Docket 120)
2. **Exhibits** filed December 22, 2020 (Docket 121)
3. **Request for Waiver of Service of Summons** dated February 8, 2021
4. **S.A.S.E.**
5. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7019 1640 0001 9359 9356**  Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Affirmed this __8__ day of February 2021

All Rights Reserved,

*Alyssa Chrystie Montalbano* (signature)

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of CO, County of Mesa
Signed before me on this 8 day of Feb 2021 by Alyssa C. Montalbano
Notary Public *Kimberly Blossom* (signature)

Kimberly D. Blossom
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Certificate of Service                                              Page 1 of 1

# CERTIFICATE OF SERVICE

It is hereby certified, that on February __8__, 2021, the undersigned mailed to:

> William Campbell
> c/o Colorado Commission on Judicial Discipline
> 1300 Broadway
> Denver, Colorado, 80203

Hereinafter, "Recipient," the documents and sundry papers pertaining to **Case 1:20-CV-00742-DDD-KLM** Denver Federal Court:

1. **Answer and Counterclaims** filed December 22, 2020 (Docket 120)
2. **Exhibits** filed December 22, 2020 (Docket 121)
3. **Request for Waiver of Service of Summons** dated February 8, 2021
4. **S.A.S.E.**
5. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7019 1640 0001 9359 9349** Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Affirmed this __8__ day of February 2021

All Rights Reserved,

_Alyssa Chrystie Montalbano_
Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of __CO__, County of __Mesa__

Signed before me on this __8__ day of __Feb 2021__ by __Alyssa C Montalbano__

Notary Public _Kimberly D Blossom_

Kimberly D. Blossom
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Certificate of Service                                      Page **1** of **1**

# CERTIFICATE OF SERVICE

It is hereby certified, that on February __8__, 2021, the undersigned mailed to:

Matthew Grove
c/o Colorado Court of Appeals
2 East 14th Avenue
Denver, Colorado, 80202

Hereinafter, "Recipient," the documents and sundry papers pertaining to **Case 1:20-CV-00742-DDD-KLM** Denver Federal Court:

1. **Answer and Counterclaims** filed December 22, 2020 (Docket 120)

2. **Exhibits** filed December 22, 2020 (Docket 121)

3. **Request for Waiver of Service of Summons** dated February 8, 2021

4. **S.A.S.E.**

5. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7019 1640 0001 9358 6738** Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Affirmed this __8__ day of February 2021

All Rights Reserved,

*/s/ Alyssa Chrystie Montalbano*
Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of __Co__, County of __Mesa__
Signed before me on this __8__ day
of __feb 2021__ by __Alyssa C Montalbano__
Notary Public __Kimberly Blossom__

Kimberly D. Blossom
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Certificate of Service                                                                                    Page 1 of 1

## CERTIFICATE OF SERVICE

It is hereby certified, that on February __8__, 2021, the undersigned mailed to:

Diana Terry
c/o Colorado Court of Appeals
2 East 14th Avenue
Denver, Colorado, 80202

Hereinafter, "Recipient," the documents and sundry papers pertaining to **Case 1:20-CV-00742-DDD-KLM** Denver Federal Court:

1. **Answer and Counterclaims** filed December 22, 2020 (Docket 120)
2. **Exhibits** filed December 22, 2020 (Docket 121)
3. **Request for Waiver of Service of Summons** dated February 8, 2021
4. **S.A.S.E.**
5. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7019 1640 0001 9358 6745** Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Affirmed this __8__ day of February 2021

All Rights Reserved,

_Alyssa Chrystie Montalbano_
Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of __CO__, County of __Mesa__
Signed before me on this __8__ day of __Feb 2021__ by __Alyssa C Montalbano__
Notary Public _Kimberly D Blossom_

Kimberly D. Blossom
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Certificate of Service                                                                 Page **1** of **1**

# CERTIFICATE OF SERVICE

It is hereby certified, that on February __8__, 2021, the undersigned mailed to:

Christina Gomez
c/o Colorado Court of Appeals
2 East 14th Avenue
Denver, Colorado, 80202

Hereinafter, "Recipient," the documents and sundry papers pertaining to **Case 1:20-CV-00742-DDD-KLM** Denver Federal Court:

1. **Answer and Counterclaims** filed December 22, 2020 (Docket 120)

2. **Exhibits** filed December 22, 2020 (Docket 121)

3. **Request for Waiver of Service of Summons** dated February 8, 2021

4. **S.A.S.E.**

5. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7019 1640 0001 9358 6844** Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Affirmed this __8__ day of February 2021

All Rights Reserved,

*Alyssa Chrystie Montalbano*
Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of __CO__, County of __Mesa__
Signed before me on this __8__ day of __Feb 2021__ by __Alyssa C Montalbano__
Notary Public: *Kimberly D Blossom*

Kimberly D. Blossom
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Certificate of Service                                      Page **1** of **1**

# CERTIFICATE OF SERVICE

It is hereby certified, that on February __8__, 2021, the undersigned mailed to:

**LIGHT WARRIOR LEGAL FUND, LLC**
c/o Northwest Registered Agent
1942 Broadway St.
Suite 314 C
Boulder, Colorado, 80302

Hereinafter, "Recipient," the documents and sundry papers pertaining to **Case 1:20-CV-00742-DDD-KLM** Denver Federal Court:

1. **Answer and Counterclaims** filed December 22, 2020 (Docket 120)
2. **Exhibits** filed December 22, 2020 (Docket 121)
3. **Request for Waiver of Service of Summons** dated February 8, 2021
4. **S.A.S.E.**
5. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7019 1640 0001 9358 6752**  Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Affirmed this __8__ day of February 2021

All Rights Reserved,

_Alyssa Chrystie Montalbano_
Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of __CO__, County of __Mesa__
Signed before me on this __8__ day of __Feb 2021__ by __Alyssa C Montalbano__
Notary Public _Kimberly D Blossom_

Kimberly D. Blossom
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 18, 2022

Certificate of Service                                                                 Page 1 of 1