

**Exhibit 2**
USPS Certified Mail



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To  *William Campbell c/o Colorado Commission on Judicial Discipline*
Street and Apt. No., or PO Box No.  *1300 Broadway*
City, State, ZIP+4®  *Denver, CO 80203*

7019 1640 0001 9358 9349

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To  *LIGHT WARRIOR LEGAL FUND LLC c/o Northwest Registered Agent*
Street and Apt. No., or PO Box No.  *1942 Broadway St. Ste 314C*
City, State, ZIP+4®  *Boulder, CO 80302*

7019 1640 0001 9358 6752

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Valerie Yanaros Wilde
5057 Keller Springs Rd.
STE 300
Addison, TX 75001

9590 9402 6030 0069 9412 39

2. Article Number (Transfer from service label)

7019 1640 0001 9358 4468

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Elizabeth Lorie
PO Box 7656
Jupiter, FL, 33468

9590 9402 5956 0062 1035 75

2. Article Number (Transfer from service label)

7019 1640 0001 9358 4482

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☑ Addressee

B. Received by (Printed Name)   C. Date of Delivery
2-10-21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brian James Flynn
c/o Mesa Justice Center
125 N. Spruce St.
Grand Junction, CO 81501

9590 9402 6030 0069 9411 61

2. Article Number (Transfer from service label)

7019 1640 0001 9359 9356

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
John Finklm   2-10-21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Matthew Grove
c/o Colorado Court of Appeals
2 East 14TH Ave
Denver, CO 80203

9590 9402 4445 8248 0932 61

2. Article Number *(Transfer from service label)*

7019 1640 0001 9358 6738

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
JEFF     2/10/21

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Christina Gomez
c/o Colorado Court of Appeals
2 East 14TH Ave
Denver, CO 80203

9590 9402 4445 8248 0934 21

2. Article Number *(Transfer from service label)*

7019 1640 0001 9358 6844

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
JEFF     2/10/21

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Diana Terry
c/o Colorado Court of Appeals
2 East 14TH Ave
Denver, CO 80203

9590 9402 6030 0069 9411 78

2. Article Number *(Transfer from service label)*

7019 1640 0001 9358 6745

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William Campbell
[c/o Colorado Commission on Judicial Discipline]
1300 Broadway
Denver, CO 80203

9590 9402 4445 8248 0932 54

2. Article Number *(Transfer from service label)*

7019 1640 0001 9359 9349

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____  ☐ Agent
                    ☒ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
W. CAMPBELL                        2/12/21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

# USPS Tracking®

## Track Another Package  ✛

**Tracking Number:** 70191640000193584468

Remove ☐

Your item was delivered to an individual at the address at 9:43 am on February 6, 2021 in ADDISON, TX 75001.

## ☐ **Delivered**

February 6, 2021 at 9:43 am
Delivered, Left with Individual
ADDISON, TX 75001

Feedback

**Get Updates** ☐

---

**Text & Email Updates** ☐

---

**Tracking History** ☐

**February 6, 2021, 9:43 am**
Delivered, Left with Individual
ADDISON, TX 75001
Your item was delivered to an individual at the address at 9:43 am on February 6, 2021 in ADDISON, TX 75001.

**February 6, 2021, 6:01 am**
Arrived at USPS Regional Destination Facility
COPPELL TX DISTRIBUTION CENTER

**February 5, 2021, 4:14 am**
Departed USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

**February 4, 2021, 7:57 pm**
Arrived at USPS Regional Origin Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

**February 4, 2021, 3:09 pm**
Acceptance
GRAND JUNCTION, CO 81507

## Product Information

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ <br> Up to $50 insurance included. Restrictions Apply ▢ | 9590940260300069941239 <br> (/go/TrackConfirmAction_input? <br> tLabels=9590940260300069941239) |

**See Less** ▢

Feedback

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

## Track Another Package  +

**Tracking Number:** 70191640000193584482

Remove ▯

Your item was picked up at the post office at 2:56 pm on February 10, 2021 in JUPITER, FL 33458.

## ▯  **Delivered**

February 10, 2021 at 2:56 pm
Delivered, Individual Picked Up at Post Office
JUPITER, FL 33458

**Get Updates** ▯

Feedback

### Text & Email Updates

### Tracking History

**February 10, 2021, 2:56 pm**
Delivered, Individual Picked Up at Post Office
JUPITER, FL 33458
Your item was picked up at the post office at 2:56 pm on February 10, 2021 in JUPITER, FL 33458.

**February 6, 2021, 12:27 pm**
Available for Pickup
JUPITER, FL 33458

**February 6, 2021, 9:24 am**
Out for Delivery
JUPITER, FL 33468

**February 6, 2021, 9:13 am**
Arrived at Post Office
JUPITER, FL 33458

**February 6, 2021, 3:14 am**
Arrived at USPS Facility

JUPITER, FL 33458

**February 6, 2021, 2:43 am**
Departed USPS Regional Facility
WEST PALM BEACH FL DISTRIBUTION CENTER

---

**February 6, 2021, 1:00 am**
Arrived at USPS Regional Destination Facility
WEST PALM BEACH FL DISTRIBUTION CENTER

---

**February 5, 2021, 4:14 am**
Departed USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

---

**February 4, 2021, 7:57 pm**
Arrived at USPS Regional Origin Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

---

**February 4, 2021, 3:08 pm**
Acceptance
GRAND JUNCTION, CO 81507

Feedback

## Product Information

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™<br>Up to $50 insurance included. Restrictions Apply ☐ | 9590940259560062103575 (/go/TrackConfirmAction?tLabels=9590940259560062103575) |

See Less ☐

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs ⃞

## Track Another Package  +

**Tracking Number:** 70191640000193599356

Remove ⃞

Your item was delivered at 8:09 am on February 10, 2021 in GRAND JUNCTION, CO 81501.

⃞  **Delivered**

February 10, 2021 at 8:09 am
Delivered
GRAND JUNCTION, CO 81501

**Get Updates** ⃞

Feedback

### Text & Email Updates

⃞

### Tracking History

⃞

**February 10, 2021, 8:09 am**
Delivered
GRAND JUNCTION, CO 81501
Your item was delivered at 8:09 am on February 10, 2021 in GRAND JUNCTION, CO 81501.

**February 10, 2021, 7:17 am**
Out for Delivery
GRAND JUNCTION, CO 81501

**February 10, 2021, 7:06 am**
Arrived at Post Office
GRAND JUNCTION, CO 81501

**February 9, 2021, 8:34 am**
Forwarded
GRAND JUNCTION, CO

**February 8, 2021, 4:33 pm**
Acceptance

GRAND JUNCTION, CO 81507

---

## Product Information

| | | |
|---|---|---|
| **Postal Product:** | **Features:** | **See tracking for related item:** |
| Priority Mail® | Certified Mail™ | 9590940260300069941161 (/go/TrackConfirmAction? |
| | Up to $50 insurance included. Restrictions Apply ☐ | tLabels=9590940260300069941161) |

---

**See Less** ☐

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ⏵

## Track Another Package ✛

**Tracking Number:** 70191640000193599349

Remove ⏵

The delivery status of your item has not been updated as of February 11, 2021, 12:10 am. We apologize that it may arrive later than expected.

## Alert

February 11, 2021 at 12:10 am
Awaiting Delivery Scan

**Get Updates** ⏵

Feedback

---

### Text & Email Updates ⏵

---

### Tracking History ⏵

**February 11, 2021, 12:10 am**
Awaiting Delivery Scan
The delivery status of your item has not been updated as of February 11, 2021, 12:10 am. We apologize that it may arrive later than expected.

---

**February 10, 2021, 6:10 am**
Out for Delivery
DENVER, CO 80203

---

**February 10, 2021, 5:32 am**
Arrived at Post Office
DENVER, CO 80218

---

**February 9, 2021, 2:45 pm**
Arrived at USPS Regional Facility
DENVER CO NETWORK DISTRIBUTION CENTER

---

**February 8, 2021, 4:32 pm**
Acceptance
GRAND JUNCTION, CO 81507

---

## Product Information

| Postal | Features: | See tracking for related item: |
|---|---|---|
| **Product:** | Certified Mail™ | **9590940244458248093254 (/go/TrackConfirmAction?** |
| Priority | Up to $50 insurance included. Restrictions Apply ⬜ | **tLabels=9590940244458248093254)** |
| Mail® | | |

---

**See Less** ⬜

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ⟩

## Track Another Package +

**Tracking Number:** 70191640000193586738

Remove ✕

The delivery status of your item has not been updated as of February 11, 2021, 12:10 am. We apologize that it may arrive later than expected.

## Alert

February 11, 2021 at 12:10 am
Awaiting Delivery Scan

**Get Updates** ⟩

Feedback

### Text & Email Updates

### Tracking History

**February 11, 2021, 12:10 am**
Awaiting Delivery Scan
The delivery status of your item has not been updated as of February 11, 2021, 12:10 am. We apologize that it may arrive later than expected.

**February 10, 2021, 6:10 am**
Out for Delivery
DENVER, CO 80203

**February 10, 2021, 5:33 am**
Arrived at Post Office
DENVER, CO 80218

**February 9, 2021, 3:30 pm**
Arrived at USPS Regional Facility
DENVER CO NETWORK DISTRIBUTION CENTER

**February 8, 2021, 4:32 pm**
Acceptance
GRAND JUNCTION, CO 81507

---

## Product Information

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™<br>Up to $50 insurance included. Restrictions Apply | 9590940244458248093261 (/go/TrackConfirmAction?tLabels=9590940244458248093261) |

**See Less**

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ▢

## Track Another Package  +

**Tracking Number:** 70191640000193586745

Remove ▢

Your item was picked up at a postal facility at 9:29 am on February 12, 2021 in DENVER,CO 80218.

## ▢  **Delivered**

February 12, 2021 at 9:29 am
Delivered, Individual Picked Up at Postal Facility
DENVER, CO 80218

**Get Updates** ▢

Feedback

---

### Text & Email Updates

▢

---

### Tracking History

▢

**February 12, 2021, 9:29 am**
Delivered, Individual Picked Up at Postal Facility
DENVER, CO 80218
Your item was picked up at a postal facility at 9:29 am on February 12, 2021 in DENVER,CO 80218.

**February 12, 2021, 4:54 am**
Arrived at Post Office
DENVER, CO 80218

**February 12, 2021, 4:44 am**
Arrived at USPS Facility
DENVER, CO 80218

**February 12, 2021, 4:19 am**
Departed USPS Regional Facility
DENVER CO NETWORK DISTRIBUTION CENTER

**February 11, 2021, 11:59 am**
Arrived at USPS Regional Facility

DENVER CO NETWORK DISTRIBUTION CENTER

**February 10, 2021, 7:55 pm**
Departed USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

**February 9, 2021, 10:57 pm**
Arrived at USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

**February 9, 2021, 4:57 pm**
Departed USPS Regional Facility
DENVER CO NETWORK DISTRIBUTION CENTER

**February 9, 2021, 3:29 pm**
Arrived at USPS Regional Facility
DENVER CO NETWORK DISTRIBUTION CENTER

**February 8, 2021, 10:28 pm**
Departed USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

**February 8, 2021, 9:21 pm**
Arrived at USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

**February 8, 2021, 4:22 pm**
Acceptance
GRAND JUNCTION, CO 81507

Feedback

## Product Information

| Postal | Features: | See tracking for related item: |
|---|---|---|
| **Product:** Priority Mail® | Certified Mail™ Up to $50 insurance included. Restrictions Apply | 9590940260300069941178 (/go/TrackConfirmAction? tLabels=9590940260300069941178) |

**See Less**

# USPS Tracking®

FAQs □

## Track Another Package  +

**Tracking Number:** 70191640000193586844

Remove □

The delivery status of your item has not been updated as of February 11, 2021, 12:10 am. We apologize that it may arrive later than expected.

## Alert

February 11, 2021 at 12:10 am
Awaiting Delivery Scan

**Get Updates** □

Feedback

### Text & Email Updates

□

### Tracking History

□

**February 11, 2021, 12:10 am**
Awaiting Delivery Scan
The delivery status of your item has not been updated as of February 11, 2021, 12:10 am. We apologize that it may arrive later than expected.

**February 10, 2021, 6:10 am**
Out for Delivery
DENVER, CO 80203

**February 10, 2021, 5:33 am**
Arrived at Post Office
DENVER, CO 80218

**February 9, 2021, 2:39 pm**
Arrived at USPS Regional Facility
DENVER CO NETWORK DISTRIBUTION CENTER

**February 8, 2021, 4:30 pm**
Acceptance
GRAND JUNCTION, CO 81507

## Product Information

| | | |
|---|---|---|
| **Postal Product:** | **Features:** | **See tracking for related item:** |
| Priority Mail® | Certified Mail™ | 9590940244458248093421 (/go/TrackConfirmAction? |
| | Up to $50 insurance included. Restrictions Apply □ | tLabels=9590940244458248093421) |

**See Less** □

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ⬚

## Track Another Package  +

**Tracking Number:** 70191640000193586752

Remove ⬚

Your item was delivered to an individual at the address at 2:37 pm on February 10, 2021 in BOULDER, CO 80302.

⬚  **Delivered**

February 10, 2021 at 2:37 pm
Delivered, Left with Individual
BOULDER, CO 80302

**Get Updates** ⬚

Feedback

---

### Text & Email Updates

⬚

---

### Tracking History

⬚

**February 10, 2021, 2:37 pm**
Delivered, Left with Individual
BOULDER, CO 80302
Your item was delivered to an individual at the address at 2:37 pm on February 10, 2021 in BOULDER, CO 80302.

---

**February 10, 2021, 6:10 am**
Out for Delivery
BOULDER, CO 80302

---

**February 10, 2021, 5:06 am**
Arrived at Post Office
BOULDER, CO 80302

---

**February 9, 2021, 3:32 pm**
Departed USPS Regional Facility
DENVER CO NETWORK DISTRIBUTION CENTER

---

**February 9, 2021, 3:23 pm**
Arrived at USPS Regional Facility

DENVER CO NETWORK DISTRIBUTION CENTER

**February 8, 2021, 10:28 pm**
Departed USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

**February 8, 2021, 9:21 pm**
Arrived at USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

**February 8, 2021, 4:28 pm**
Acceptance
GRAND JUNCTION, CO 81507

## Product Information

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ Up to $50 insurance included. Restrictions Apply ☐ | 9590940260300069941185 (/go/TrackConfirmAction?tLabels=9590940260300069941185) |

Feedback

**See Less** ☐

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**