Invoice # GES - 109

# LL LEGAL, PLLC
## LEGAL SERVICES

**Billing Month:** February 2020
**Invoice Date:** February 24, 2020
**Remit Payment By:** March 31, 2020

**Client:** James Corey Goode (Montalbano v. Goode – Mesa Co., CO – Case No. 18CV50).

| DATE | HOURS | DESCRIPTION | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| 2/12/20 | 0.5 | Conference call with Mr. Goode to discuss need for support with Montalbano matter, as lead counsel (Valerie Wilde) is in depositions and unable to draft/file Mtn. for Extension of Time. | $350 | $175.00 |
| 2/12/20 | 1.0 | Review Order for Dist. Court of Mesa Co., CO granting Goode's Motion to Dismiss and award of Attorney's Fees. Confer with Atty. Wilde regarding drafting of Mtn. for Extension of Time. | $350 | $350.00 |
| 2/12/20 | 1.5 | Prepare draft of Mtn. for Extension of Time and send to Atty. Wilde for review. Review Atty. Wilde's response; make edits; forward to Mr. Goode with instructions for signing and filing with the Court. Call with Mr. Goode to answer questions and confirm mailing instructions. | $350 | $525.00 |
| **TOTAL:** | **3.0** | | | **$1,050.00** |

PLEASE MAKE PAYMENT TO LL LEGAL, PLLC AS FOLLOWS:

| Check By Mail: |
|---|
| LL Legal, PLLC |
| c/o Liz Lorie, Esq. |
| PO Box 7656 |
| Jupiter, FL 33468 |

*THANK YOU FOR YOUR BUSINESS!*

**Exhibit 3**
Lorie Address