Case No. 1:20-cv-00742-DDD-KAS   Document 161-4   filed 03/13/21   USDC Colorado   pg 1 of 1

3/9/2021 — Gmail - Waiver of Service of Summons? Case 1:20-cv-00742-DDD-KLM



Alyssa Montalbano <legalzenacm@gmail.com>

## Waiver of Service of Summons? Case 1:20-cv-00742-DDD-KLM
3 messages

**Alyssa Montalbano** <legalzenacm@gmail.com>  
To: valerie@yanaroslaw.com
Tue, Jan 5, 2021 at 3:28 PM

Ms. Wilde,

I would like to know if you will agree to waive service of summons for case 1:20-cv-00742-DDD-KLM?

If yes, I will prove I provide the necessary paperwork to file.

Respectfully, Alyssa Montalbano

mobile 970.250.8365

---

**yanaroslaw** <valerie@yanaroslaw.com>  
To: Alyssa Montalbano <legalzenacm@gmail.com>
Wed, Jan 6, 2021 at 6:59 PM

For whom? I am confused by your email. All summons issued for that case have been served.

Cheers,

Valerie Yanaros, Esq.  
Yanaros Law, P.C.  
5057 Keller Springs Road Suite 300  
Addison, Texas 75001  
Telephone: (512) 826-7553  
Fax: (469) 718-5600

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Tue, 05 Jan 2021 16:28:04 -0600 **Alyssa Montalbano** <legalzenacm@gmail.com> wrote ----

[Quoted text hidden]

---

**Alyssa Montalbano** <legalzenacm@gmail.com>  
To: yanaroslaw <valerie@yanaroslaw.com>
Wed, Jan 6, 2021 at 8:14 PM

Ms. Wilde,

The summons waiver request is to lawfully serve you.

I filed Counterclaims against you and others December 22, 2020.

To my understanding you have not in fact served the 3 Gaia defendants at any time and I am planning to do so, for my counterclaims.

Respectfully, Alyssa Montalbano

mobile 970.250.8365

[Quoted text hidden]

**Exhibit 4**
**Wilde - Montalbano email**