# TRUELIGHTLEGALFUND



# Justice for Liz and Nancy Lawsuit Filed Against Corey and Stacy Goode

Thank you for your support!

— DONATE —



**Exhibit 5**
**Lorie Email Address**

# HOW YOU CAN HELP

## Our Story and Call for Help

Liz Lorie and Nancy Hunter (mother and daughter) have created this donation page to request assistance from the public in their eyort to stand up for Truth and Integrity, and to hold Corey and Stacy Goode accountable for non-payment for over 7 months of professional services we provided in the creation, support, and management of Corey Goode's online class "Accelerating Ascension." The project did very well and grossed over $700,000. Our CPA has calculated that we are owed in excess of $200,000 for the services we provided for the class, based on Corey and Stacy's agreement to pay us. We have |led a lawsuit against Corey and Stacy Goode asking the court to compel payment. We estimate it will take upwards of $100,000 to seek justice to the fullest extent in Court. We are hoping that the public will help us stand up for the truth and justice, and for those who could possibly harmed in the future.

Around November 2019, we started working with Corey and Stacy Goode to create the online class, "Accelerating Ascension." We believed whole-heartedly in Corey's stated mission of living a life of Service to Others, Oneness, and Integrity. We worked tirelessly for over 7 months to help make the class a success – and it was very successful. We created almost everything the students experienced on the class website and put so much love into this project. We were proud and excited to be a part of a project designed to bring a message of hope, unity, and positivity to humanity, and we were grateful to have the opportunity to share in the success produced by our hard work. We were credited as "Producer," "Writer," and provided all management services for all people involved in creating content for the class, performed the expense tracking for the class, prepared all contracts, built the website and all pages and content on it, wrote all the homework assignments, the positive azrmations (which Corey is currently re-packaging and selling on a separate platform), created the class slides for 5 weeks of the class, worked with the foreign language translators, provided Customer Support, and more. This was a huge amount of work, and there were periods where we worked 7 days per week, well into the night to ensure that all aspects of each week's class were delivered on-time and with the utmost quality and professionalism.

At the conclusion of the class (June 13, 2020), however, Corey and Stacy refused to pay us as they had agreed to do, and decided to keep all the revenue for themselves.

As a result, we were forced to |le a lawsuit to ask the courts in Boulder, Colorado to help us compel payment.

If you are interested in reading the Lawsuit Filed and Process Server's Sworn Az davit that Corey and Stacy were avoiding being served with this Lawsuit, please scroll to the bottom of this page to read these documents.

This lawsuit has been very costly already (over $15,000). We have spent six months makin eyort to resolve this matter privately with terms extremely favorable to Corey and Stacy. We were

Think about that…Think about who you are, and what you stand for.  And what you want to stand for.

We know what we stand for.  And we hope that you will stand with us….

If you would like to help us seek justice, please click the link below to make a donation to our legal fund.

If you would like to support our eyorts to recover from this harm and continue our sincere desire to bring truth, light, and love to our planet, please consider attending one of our conferences, online classes, or joining in our other projects at www.starseedadventures.com.     Liz will be teaching a class on the Laws of the Universe (which will include teachings from the Law of One books), how these Laws play a role in our lives, and will be providing tools and speci|c actions you can take to help create a better world for all of us.

Thank you for your time, consideration, and generous support.

KEYWORDS:

corey goode lawsuit

corey goode got sued

https://www.lightwarriorlegalfund.com

stand up for truth

legal fundraiser

## Our Immediate

We have already spent over $15,000 in legal fees, court costs, and related expenses, and believe it will take at least $100,000 over many months to seek justice in Court, if Corey and Stacy decide to continue to |ght  to avoid paying us. No donation is too small, and we hope that you will donate as generously as you can. We are extremely grateful for your help. Thank you!

## CONTACT US

If you wish to contact us, you may do so at contact@truelightlegalfund.com