# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-742-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
CLIF HIGH,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

Defendants.

-----------------

ALYSSA CHRYSTIE MONTALBANO, individually,

Counter-Claimant,

v.

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION
VALERIE YANAROS WILDE,
ELIZABETH LORIE,
BRIAN JAMES FLYNN,
WILLIAM CAMPBELL,
MATTHEW GROVE,

DIANA TERRY, and
CHRISTINA GOMEZ,

Third-Party Defendants.

### NOTICE OF CHANGE OF ADDRESS OF INA B. SCHER

To the Clerk of this Court and all parties of record:

Please take notice that pursuant to D.C.COLO.LAttyR 5(c), Ina B. Scher and Davis & Gilbert LLP hereby provide notice of a new office location and mailing address, as follows:

> Davis & Gilbert LLP
> 1675 Broadway
> New York, NY 10019

A Contact Change Request has also been submitted through the Attorney Services Profile for this Court. Please update your records accordingly and serve any papers requiring physical service at the new address.

Dated: March 15, 2021

**DAVIS & GILBERT LLP**

 /s/ *Ina B. Scher*
Ina B. Scher
1675 Broadway
New York, New York 10019
Telephone: (212) 468-4800
Facsimile: (212) 468-4888
Email: ischer@dglaw.com

*Attorneys for Defendants Gaia, Inc., Jirka Rysavy, Brad Warkins, and Kiersten Medvedich*