# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant, Third-Party Plaintiff

v.

James Corey Goode, individually
And GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock, THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,  Elizabeth Lorie,
Brian James Flynn, William Campbell,
Matthew Grove,  Diana Terry,
Christina Gomez

Third-Party Defendants.

**THIRD-PARTY PLAINTIFF
ALYSSA MONTALBANO
MOTION TO SERVE BY CERTIFIED MAIL, REGISTERED MAIL,
SUBSTITUTION, OR PUBLICATION
FRCP 4(d), (e) and (h)**

COMES NOW, Third-Party Plaintiff, Alyssa Chrystie Montalbano, and moves the Court to Grant service of process by way of United States Postal Service (USPS) Certified Mail, Registered Mail, Substitution, or Publication, upon the following third-party defendants: David Wilcock and THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION, pursuant FRCP 4(d), (e) and (h); and within 21 days after the Court's determination of the pending motion to amend [#155] the operative counterclaims pleading [#120]; for the following:

1. On December 22, 2020 Montalbano filed counterclaims in this instant case against multiple third-party defendants to include David Wilcock and the WILCOCK FOUNDATION. FRCP 4(m) allows for 90 days for service of process to be completed unless granted extensions of time for good cause. March 22, 2021 is the 90th day.

2. Montalbano has diligently been trying to serve Mr. Wilcock since December 22, 2020.

3. Montalbano requests that service of process time be extended to be in accordance with the amending of the counterclaims [#155] determination by the Court and in accordance with Rule 4(d) allowing 30 days for David Wilcock and WILCOCK FOUNDATION to respond to the waiver requests and/or that the Court simply Grant service of process by way of Certified Mail within 21 days of the Court's decision and deem service of process complete upon delivery by the United States Postal Service.

### I.   SERVICE OF PROCESS EFFORTS

4. On January 17, 2021, Trailfinder Inc, process server Andrew Scott, pursuant FRCP 4(e), failed to serve Mr. Wilcock at 1455 Ridge Dr., Nederland, Colorado, and deemed the place to appear as being abandoned. (Exhibit 1 – affidavit failed service of process)

5. Montalbano paid for a skip trace on Mr. Wilcock and obtained multiple possible addresses with three being strong primary places of residence, to notably include the 1455 Nederland address as the most likely current address of Mr. Wilcock's (where service had just failed) and two other current potential addresses located in California.

6. January 26, 2021 Montalbano phoned the Boulder County assessor's office to determine if Wilcock owned the Nederland address and simply wasn't currently there and to determine where the tax records were mailed to in order to see about process serving Mr. Wilcock at the tax record address. Montalbano learned Vested Funding LLC owned the property and Mr. Wilcock does not appear to have owned the property at any time.

7. February 10, 2021 Montalbano sent a formal request, Form DR 2489A, to the Colorado Department of Motor Vehicles, Certified Mail #7019 1640 0001 9358 6637, requesting Wilcock's current address for lawsuit service purposes and was declined this information because Montalbano is not an attorney. (Exhibit 2 – Feb 23, 2021 DMV Transaction Reject)

8. February 19, 2021 Montalbano contacted the Los Angeles, California, assessor office to determine if Wilcock owned any of the California properties, one in Burbank and the other in Topanga, to determine if third-party in-person service of process would be viable at these addresses or at a tax mailing address. None of the California properties listed

appeared to be owned by Wilcock at any time, and are also registered as owned by LLC's or Trusts, that do not appear to be owned or operated by Mr. Wilcock, who likely rented or leased the properties.

9. Because Mr. Wilcock did not appear to own any of the residences or be the person listed for tax purposes, and because the strongest potential skip trace address for in person service of process on him already failed, and because it was unknown if he'd be at any of the other residences listed either. Montalbano instead attempted multiple waiver of service requests upon the three strongest skip trace addresses of Wilcock's, the two physical California addresses and one Colorado Nederland P.O. Box mailing address.

## II.  WAIVER OF SERVICE REQUESTS

10. On February 19, 2021 and March 11, 2021 Montalbano served the following documents and records pursuant FRCP Rule 4(d) by USPS Certified Mail:

    (Exhibit 3 - Certificates of Service Affidavits):

    a. Notice of a Lawsuit and Request to Waive Service of Summons (form AO 398)

    b. Waiver of the Service of Summons (2 copies of form AO 399)

    c. Self-Addressed and Stamped Envelope (S.A.S.E.)

    d. Paper Copy of Answers and Counterclaims Complaint [#120]

    e. Digital Disc copy of Answers, Counterclaims Complaint and Exhibits [#120, #121]

    f. Courtesy Copy of the Certificate of Service Affidavit

11. The aforementioned records were USPS Certified Mail delivered with return receipt requested to the following Third-Party Defendants, on the following dates, at the following addresses:(Exhibit 4 - USPS Certified Mail, Return Receipts & Delivery Records)

    a. February 19, 2021, David Wilcock, P.O. Box 3700, Nederland, Colorado, 80466-3308. Certified Mail #7019 1640 0001 9358 4642, and listed as available for pickup February 27, 2021 at 12:11pm, at Post Office in Sedona, Arizona, 86340.

    b. February 19, 2021, David Wilcock, 23224 Saddle Peak Rd. Topanga, California 90290. Certified Mail # 7019 1640 0001 9358 4659, listed as "Delivery Attempt: Action Needed."

    c. February 19, 2021, David Wilcock, 828 S Sunset Canyon Dr., Burbank, California, 91501. Certified Mail #7019 1640 0001 9358 4666, listed as Delivered February 26, 2021 in Sedona, Arizona, zip code 86336, at 4:28pm.

    d. March 11, 2021, WILCOCK FOUNDATION, c/o CORPORATE CAPITAL INC. 7848 w Sahara Avenue, Las Vegas, Nevada 89117. Certified Mail #7019 1640 0001 9359 9394, listed as delivered March 15, 2021 at 10:12am. Return Receipt received.

12. Of all the aforementioned addresses the United States Postal Service has not returned any of the return receipts requested for David Wilcock.

13. The records sent to the Topanga, California, address seem in limbo.

14. The records sent to the PO Box in Nederland, Colorado, were forwarded to a Sedona, Arizona, Post Office with a zip code of 86340.

15. The records sent to the Burbank, California, address were forwarded to Sedona, Arizona, with a zip code of 86336.

16. March 10, 2021 Montalbano went to the United States Post Office and asked why various items were not showing as delivered to Mr. Wilcock and about the absent return receipts. Montalbano spoke with a supervisor employee who obtained the internal tracking records, gave Montalbano a printout, and the Burbank addressed waiver of summons was signed for by Mr. Wilcock's wife, Mrs. Elizabeth ("Beth") Wilcock on February 26, 2021 at 16:28:00 (4:28pm). (Exhibit 5 – USPS Beth Wilcock USPS Signature Confirmation)

17. The Waiver of Summons requires waiting a minimum of 30 days for a response and that time will be passed for Mr. David Wilcock on March 22, 2021 (which is also the 90 day mark for service) and April 10, 2021 for WILCOCK FOUNDATION (18 days after the 90 day mark), at this time Montalbano has received no response from the aforementioned third-party defendants, any agent, or legal counsel on their behalf.

## II. ARGUMENT FOR SERVICE BY USPS CERTIFIED MAIL, REGISTERED MAIL OR PUBLICATION

18. Service of Process of the Answers and Operative Counterclaims Pleading [#120 or #155] in a paper or digital (disc) format, with third-party summons in a paper format, and exhibits [#121] in a digital only (disc) format; upon the aforementioned third-party defendants, at the following addresses, by third-party plaintiff Ms. Montalbano, via USPS Certified Mail, USPS Registered Mail, Substitution, or Publication, should be Granted for the following reasons:

    **a. David Wilcock.**  David Wilcock is a third-party defendant and a public figure.

        i. Mr. Wilcock is not servable in person at his most currently known addresses as listed in the skip trace, to include the Nederland Colorado address and the two California ones.

        ii. Of all the waiver of service requests, one was clearly delivered to the Wilcocks in Sedona, Arizona, via the Burbank, California, address. It is reasonable to assume the Waiver of Summons Request reached Mr. Wilcock via his wife Mrs. "Beth" Wilcock who signed for the documents, and they are publicly known to live together and are often seen together in their ongoing live YouTube video broadcasts typically filmed from within their place(s) of residence, to include the Nederland address where service of process failed.

        iii. Mrs. Wilcock may legally receive service of summons on behalf of her husband, Mr. Wilcock, at the Sedona, AZ, address, where she is known to sign for Mr. Wilcock's certified mail. (FRCP 4(e)(1)(B).

        iv. It is also reasonable to assume Mr. Wilcock is well aware of this lawsuit and the claims filed against him from the waiver request and since he and Mr. Goode are publicly claimed as being very close friends actively working together; and as admitted to by Plaintiff, Mr. Goode. [#61-1 at No. 21-22]

        v. Mr. Wilcock has a duty to mitigate unnecessary service of process expenses. (FRCP 4(d)(1))

Therefore, it should be Granted for service of process by Montalbano, via USPS Certified Mail or USPS Registered Mail, upon Mr. Wilcock via his address of 828 S Sunset Canyon Dr., Burbank, California, 91501 with forwarding service requested, and that service be deemed complete upon delivery by the United States Post Office upon their Sedona, Arizona, location; or by way of publication in a newspaper in, or nearest to, the Sedona, Arizona, 86336 zip code.

It would be unreasonable to further financially burden Ms. Montalbano with attempting in-person service of process upon Mr. Wilcock by third party process servers, or even by way of publication in a newspaper, when it is reasonable to assume Mr. Wilcock will receive the summons via his Burbank, California, address and via his wife Mrs. Wilcock.

19. Montalbano requests that Montalbano be Granted permission to serve summons upon the **WILCOCK FOUNDATION**, via USPS certified mail, upon the registered agent: CORPORATE CAPITAL INC, 7848 W Sahara Ave, Las Vegas, Nevada, 89117; or by way of **substitution** granting service of process by USPS Certified Mail or USPS Registered Mail via the Wilcock's Burbank, California address, for the following:

   a. According to TaxExemptWorld.com Mr. Wilcock is the registered "In Care of" contact and is thereby the party/individual required to address the claims against the WILCOCK FOUNDATION. (Exhibit 6 - TaxExemptWorld, Form 990)

   b. Mrs. "Beth" Wilcock clearly receives and signs for mail forwarded from the Burbank, California, address to the Sedona Arizona address in zip code 86336, on behalf of Mr. Wilcock.

    c. The WILCOCK FOUNDATION and Mr. Wilcock, have a duty to mitigate unnecessary service of process expenses. (FRCP 4(d)(1))

Therefore the Court should Grant service of process of the WILCOCK FOUNDATION by Montalbano, via USPS Certified Mail or USPS Registered Mail, via substitution via the Wilcock's Burbank, California address, or via its registered agent, CORPORATE CAPITAL INC, located in Las Vegas, Nevada, and service of process be deemed complete upon delivery by the United States Post Office.

Wherefore, Montalbano moves this Court to Grant this Motion for Montalbano to process serve the aforementioned third-party defendants with the third-party summons and counterclaims by USPS Certified Mail, USPS Registered Mail, Substitution, or Publication, for all the aforementioned reasons, and for implementation of service to commence within 21 days of the Court's decision on the operative counterclaims pleading [#155], and pursuant FRCP 4(d)(1) requiring undue burdens of financial expenses related to service of summons be mitigated and award Montalbano all costs of service of process pursuant FRCP 4(d)(2).

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Third-Party Plaintiff

**Certificate of Compliance**

I certify the foregoing Motion complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

I certify that on this 19th day of March 2021 a copy of the foregoing Motion was filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5).

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen