# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Plaintiff/Petitioner(s): JAMES COREY GOODE and GOODE ENTERPRISE SOLUTIONS INC.

v.

Defendant/Respondent(s): GAIA, INC., et al

▲ COURT USE ONLY ▲

Case Number: 1:20-CV-00742-DDD-KLM

## AFFIDAVIT OF NON-SERVICE

I declare under oath that I am 18 years or older and not a party to the action and that I attempted to serve THE FOLLOWING DOCUMENTS
1) DEFENDANT ALYSSA MONTALBANA ANSWER SECOND AMENDED COMPLAINT;
2) COUNTER CLAIMANT ALYSSA CHRYSTIE MONTALBANO ORIGINAL COUNTERCLAIMS COMPLAINT;
3) EXHIBITS;

on the Defendant/Respondent __DAVID WILCOCK__ at the following addresses, dates and times as indicated:
1) ON 01/13/2021 I RECEIVED THE ABOVE-DESCRIBED DOCUMENTS FOR SERVICE ON DAVID WILCOCK.
2) I WAS PROVIDED AN ADDRESS OF 1455 RIDGE RD., NEDERLAND, COLORADO 80466.
3) I MADE AN UNSUCCESSFUL ATTEMPT AT THIS PROPERTY ON 01/16/2021 AT 8:46AM AND FOUND THE PROPERTY TO BE COVERED WITH SNOW AND APPEARED TO BE ABANDONED.
4) I DETERMINED PERSONAL SERVICE ON DAVID WILCOCK AT THIS LOCATION WOULD BE TO NO AVAIL AND RETURNED THE DOCUMENTS AS UNDELIVERED ON 01/17/2021.

I am a ☐ Sheriff ☒ Private Process Server and disclose that I charged the following fees for my services $144.42.

## VERIFICATION AND ACKNOWLEDGMENT

I __ANDREW SCOTT__ (name) swear/affirm under oath, that I have read the foregoing AFFIDAVIT OF NON-SERVICE and that the statements set forth therein are true and correct to the best of my knowledge.

__ANDREW SCOTT__
Printed name

Signature

01/17/2021
Date

Subscribed and affirmed, or sworn to before me in the County of __EL PASO__, State of __COLORADO__, this __17TH__ day of __JANUARY__, 20 __21__.

My Commission Expires: 12/22/2024

Anna Rasmussen
Notary Public

ANNA ELIZABETH RASMUSSEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20204044394
MY COMMISSION EXPIRES DECEMBER 22, 2024

AFFIDAVIT OF NON-SERVICE

**Exhibit 1**
Affidavit Failed Service