

**Physical Address:**
Motor Vehicle Back Office Cashiering
PO Box 173350
Lakewood CO  80217-3350

**Mailing Address:**
Motor Vehicle Back Office Cashiering
PO Box 173350
Lakewood CO  80217-3350

ALYSSA MONTALBANO
2536 RIMROCK AVE
GRAND JUNCTION CO  81505-8669

S01

February 23, 2021

Letter:   L0054925303

## Transaction Reject

VIN:

Dear ALYSSA MONTALBANO,

This is a letter from Motor Vehicle. Our office attempted to complete a transaction for the vehicle above. We were unable to complete this transaction for the following reason(s):

The box checked in Section 3a requires additional information in Section 4.

Only authorized Colorado tow carriers and law enforcement agencies may request a national database search.

***YOUR CHECK HAS BEEN DESTROYED.  Another check will need to be resubmitted with your corrected paperwork.***

vL021

**Exhibit 2**
DMV Transaction Reject

DR 2489A (07/05/17)
**COLORADO DEPARTMENT OF REVENUE**
Division of Motor Vehicles
Title and Registration Section
www.colorado.gov/dmv

# Motor Vehicle Requestor Release Affidavit of Intended Use

## Section 1
### Name of Person and/or Agency Requesting Information

Name: Alyssa Montalbano
Address: 2536 Rimrock Ave Suite 400-117
City: Grand Junction
State: CO
ZIP: 81505

To purchase a record other than your own, you must declare your intended use of that record, paraphrased below in Section 3, or you must have the signature of the person in interest authorizing you to inspect the record. If you are acting as an authorized user, you must identify the company or entity on whose behalf you are requesting the record.

This application is subject to approval and additional information / documentation may be required. §42-1-206 C.R.S

Date: 02/10/2021

## Section 2 - Name Search

First Name: David
Last Name: Wilcock
Middle Initial: J
Address: 1455 Ridge Rd
City: Nederland
County: Boulder
State: CO
ZIP: 80466

### OR Vehicle Search

Vehicle Identification Number (VIN):
Year: | Make: | Body: | Title (if available) or License Plate #:

## Section 3 (If no box is checked in section 3, applicant must check applicable box in section 3a)

☐ Attached is a written consent of the person whose record is being requested using a **Power of Attorney or Letter of Authorization from the vehicle owner of record.**

☐ This is my record.

## Section 3a - Information may be used only for the following approved, permissible, use: (must check 1 box only)

☐ For use by any government agency, including any court or law enforcement agency, in carrying out it's functions, or any private person or entity acting on behalf of a Federal, State, or Local Government agency in carrying out its functions;

☐ An agency charged with driver/motor vehicle safety or theft including: motor vehicle product alterations, recalls, advisories, motor vehicle performance monitoring, motor vehicle parts/dealers, motor vehicle market research or surveys, removal of non-owner records from original records of motor vehicle manufacturers

☐ A business that conducts research activities, and for use in producing statistical reports, so long as the personal information is not published, re-disclosed, or used to contact the parties in interest

☒ In connection with a civil, criminal, administrative, or arbitral proceeding in any court or before a self-regulatory body, including process service, investigation, execution of judgment or pursuant to a court order

☐ An insurer or insurance support agency in connection with claims, investigations, anti-fraud activities, rating, or underwriting

☐ To provide notice to owners of towed or impounded vehicles. Copy of tow ticket is required.

☐ Research activity to verify if record is "Junk", "Salvage", or "Rebuilt from Salvage". Copy of ownership document is required.

☐ Bonding for Colorado title or Application for Assigned ID. Copy of a DR 2704 Certified VIN Inspection are required

☐ By a business that will use the information to verify the accuracy of information submitted by individuals for the purpose of preventing fraud, pursuing legal remedies against, or recovering a debt or security interest.

☐ By an insurer, or a salvage pool that is licensed as a Colorado used motor vehicle dealer, that is subject to an insurance claim or being possessed by a salvage pool.

## Section 4 - Additional Information (check if Applicable)

☐ Attorney Bar Number _____

☐ Licensed Private Investigator & Investigative Agency or security Service   License Number _____  State _____  Expires On _____

☐ Process Server **Copy of the front page of Summons must be attached**

☐ Court Order **Copy of the front page of Court Order must be attached**

☐ Insurance Company _____   Claim Number _____

☐ Automobile Dealer/Auction License Number _____

☐ Tow Carrier or Repair Facility Company Name _____   PUC T Number _____

☐ Law Enforcement Agency _____

## Section 5

Under Penalty of Perjury, I attest that I shall not obtain, re-sell, transfer, or use the information in any manner prohibited by law. I understand that motor vehicle records that are obtained, resold, or transferred for purposes prohibited by law may subject me to civil penalties under federal and state law.

Print Name: Alyssa Montalbano
Driver's License Number: 11-314-0438
Badge Number:
State: CO
Signature: *Alyssa Montalbano*
Date: 02/10/21

DR 2489A (07/05/17)
**COLORADO DEPARTMENT OF REVENUE**
Division of Motor Vehicles
Title and Registration Section
www.colorado.gov/dmv

# Motor Vehicle Requestor Release
# Affidavit of Intended Use

| Vehicle Identification Number (VIN) | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Make | | Body | | | Title (if available) or License Plate # | | | | | | | | | | |

**Type of Record Data/ Information (Mandatory, unless bonding for title)**

Disclose what data/ information is to be included in the record search. Information released will be limited to data/ information that is permitted by Federal and State laws.

Certified current residential address and/or mailing address - needed to process serve Mr. Wilcock for USDC, case 1:20-cv-00742-DDD-KLM in Denver, Federal Court, Colorado.

I certify, under penalty of perjury in the second degree, that the above facts are true and correct to the best of my knowledge.

Signature: *Alyssa Montalbano*

Date: 02/10/2021

DR 2489A (07/05/17)
**COLORADO DEPARTMENT OF REVENUE**
Division of Motor Vehicles
Title and Registration Section
www.colorado.gov/dmv

# Motor Vehicle Requestor Release Affidavit of Intended Use

| Check all that apply | Type of Request | Quantity | Price | Amount |
|---|---|---|---|---|
| X | Record Search | 1 | $2.20 | 2.20 |
| X | Title History | 1 | $2.20 | 2.20 |
| X | Certification of Records | 1 | $0.50 | .50 |
| X | National Database Search | 1 | $2.20 | 2.20 |
| Subtotal LIAB 5750 | | TOTAL | (999) | 7.10 |

The State may convert your check to a one time electronic banking transaction. Your bank account may be debited as early as the same day received by the State. If converted, your check will not be returned. If your check is rejected due to insufficient or uncollected funds, the Department of Revenue may collect the payment amount directly from your bank account electronically.

**No refunds will be granted. Make check or money order payable to: Colorado Department of Revenue**