# CERTIFICATE OF SERVICE

It is hereby certified, that on February __19__, 2021, the undersigned mailed to:

> David Wilcock
> PO Box 3700
> Nederland, Colorado, 80466-3308

Hereinafter, "Recipient," the documents and sundry papers pertaining to **Case 1:20-CV-00742-DDD-KLM** Denver Federal Court:

1. **Answer and Counterclaims** filed December 22, 2020 (Docket 120)

2. **Exhibits** filed December 22, 2020 (Docket 121)

3. **Request for Waiver of Service of Summons** dated February 19, 2021

4. **S.A.S.E.**

5. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7019 1640 0001 9358 4642** Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Affirmed this __19__ day of February 2021

All Rights Reserved,

_Alyssa Chrystie Montalbano_
Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of __CO__, County of __Mesa__
Signed before me on this __19th__ day
of __Feb__, 2021 by __Alyssa Chrystie Montalbano__
Notary Public __Raini Wilson__

RAINI WILSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20164021118
COMMISSION EXPIRES: 06/03/2024

Certificate of Service                                                            Page **1** of **1**

**Exhibit 3**
Affidavits

# CERTIFICATE OF SERVICE

It is hereby certified, that on February __19__, 2021, the undersigned mailed to:

David Wilcock<br>
23224 Saddle Peak Rd.<br>
Topenga, CA 90290

Hereinafter, "Recipient," the documents and sundry papers pertaining to **Case 1:20-CV-00742-DDD-KLM** Denver Federal Court:

1. **Answer and Counterclaims** filed December 22, 2020 (Docket 120)
2. **Exhibits** filed December 22, 2020 (Docket 121)
3. **Request for Waiver of Service of Summons** dated February 19, 2021
4. **S.A.S.E.**
5. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7019 1640 0001 9358 4659**  Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Affirmed this __19__ day of February 2021

All Rights Reserved,

*Alyssa Chrystie Montalbano*

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of __CO__, County of __Mesa__
Signed before me on this __19th__ day of __Feb__, __2021__ by __Alyssa Chrystie Montalbano__
Notary Public __Raini Wilson__

RAINI WILSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20164021118
COMMISSION EXPIRES: 06/03/2024

Certificate of Service                                                          Page **1** of **1**

# CERTIFICATE OF SERVICE

It is hereby certified, that on February  19 , 2021 , the undersigned mailed to:

David Wilcock<br>
828 S Sunset Canyon Dr.<br>
Burbank, CA 91501

Hereinafter, "Recipient," the documents and sundry papers pertaining to **Case 1:20-CV-00742-DDD-KLM** Denver Federal Court:

1. **Answer and Counterclaims** filed December 22, 2020 (Docket 120)

2. **Exhibits** filed December 22, 2020 (Docket 121)

3. **Request for Waiver of Service of Summons** dated February 19, 2021

4. **S.A.S.E.**

5. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7019 1640 0001 9358 4666**  Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Affirmed this  19  day of February 2021

All Rights Reserved,

*Alyssa Chrystie Montalbano*

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of  CO , County of  Mesa
Signed before me on this  19th  day
of  Feb , 2021 by  Alyssa Chrystie Montalbano
Notary Public  Raini Wilson

```
RAINI WILSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20164021118
COMMISSION EXPIRES: 06/03/2024
```

Certificate of Service                                                                                   Page **1** of **1**

# CERTIFICATE OF SERVICE

It is hereby certified, that on March **11**, 2021, the undersigned mailed to:

**WILCOCK FOUNDATION**
**C/O CORPORATE CAPITAL INC**
7848 W Sahara Avenue
Las Vegas, NV 89117

Hereinafter, "Recipient," the documents and sundry papers pertaining to **Case 1:20-CV-00742-DDD-KLM** Denver Federal Court:

1. **Answer and Counterclaims** filed December 22, 2020 (Docket 120)
2. **Exhibits** filed December 22, 2020 (Docket 121)
3. Digital copy proposed counterclaim amendments (Docket 155)
4. **Request for Waiver of Service of Summons** dated March 11, 2021
5. S.A.S.E.
6. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7019 1640 0001 9359 9394** Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

State of **Colorado**
County of **Mesa**

Subscribed and sworn/affirmed to before me this **11** day of **March** 20**21**, by **Alyssa Chrystie Montalbano**

*Brianna [signature]*
Notary Public
My Commission Expires: **09/26/2023**

Affirmed this **11** day of March 2021
All Rights Reserved,

*Alyssa Chrystie Montalbano [signature]*
Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

Brianna Geyler
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194037064
MY COMMISSON EXPIRES 09/26/2023