Case No. 1:20-cv-00742-DDD-KAS   Document 169-4   filed 03/19/21   USDC Colorado   pg 1 of 9



Exhibit 4
USPS Receipts



**70191640000193584642**

Add Name

**Available for Pickup:**
SEDONA, AZ 86340 on
February 27, 2021 at 12:11 pm

## Additional Information

Your item arrived at the SEDONA, AZ 86340 post office at 12:11 pm on February 27, 2021 and is ready for pickup.

Get Text and Email Updates

## Tracking History

**February 27, 2021**
**12:11 pm**
Available for Pickup,
SEDONA, AZ 86340

**February 27, 2021**
**11:54 am**
Arrived at Post Office,
SEDONA, AZ 86336

**February 26, 2021**
**1:04 am**
Arrived at USPS Regional Facility,
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**February 25, 2021**
In Transit to Next Facility,

**February 24, 2021**
**11:08 am**
Departed USPS Regional Facility,
DENVER CO DISTRIBUTION CENTER

**February 22, 2021**
**7:20 pm**
Forwarded,
PINECLIFFE, CO

**February 22, 2021**
**7:20 pm**
Forwarded,
PINECLIFFE, CO

**February 22, 2021**
5:15 pm
Available for Pickup,
NEDERLAND, CO 80466

**February 22, 2021**
6:22 am
Available for Pickup,
NEDERLAND, CO 80466

**February 22, 2021**
6:22 am
Arrived at Post Office,
NEDERLAND, CO 80466

**February 20, 2021**
4:08 pm
Arrived at USPS Regional Facility,
DENVER CO DISTRIBUTION CENTER

**February 19, 2021**
7:09 pm
Departed USPS Regional Facility,
GRAND JUNCTION CO DISTRIBUTION CENTER

Feedback

**February 19, 2021**
7:03 pm
Arrived at USPS Regional Facility,
GRAND JUNCTION CO DISTRIBUTION CENTER

**February 19, 2021**
2:33 pm
Acceptance,
GRAND JUNCTION, CO 81507

**Remove from Tracking**



**70191640000193584659**

Add Name

**Delivery Attempt: Action Needed:**

## Additional Information

This is a reminder to arrange for redelivery of your item before March 17, 2021 or your item will be returned on March 18, 2021. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice.

Get Text and Email Updates

## Tracking History

Reminder to Schedule Redelivery of your item before March 17, 2021,

**March 3, 2021**
1:06 pm
Notice Left (No Authorized Recipient Available),
TOPANGA, CA 90290

**March 3, 2021**
8:14 am
Out for Delivery,
TOPANGA, CA 90290

**March 3, 2021**
8:03 am
Arrived at Post Office,
TOPANGA, CA 90290

**March 2, 2021**
In Transit to Next Facility,

**February 28, 2021**
8:23 pm
Arrived at USPS Regional Destination Facility,
ANAHEIM CA DISTRIBUTION CENTER

**February 24, 2021**
11:04 am
Arrived at USPS Destination Facility,
PASADENA, CA 91109

Feedback

**February 23, 2021**
**10:29 am**
Forwarded,
TOPANGA, CA

**February 23, 2021**
**8:24 am**
Out for Delivery,
TOPANGA, CA 90290

**February 23, 2021**
**8:13 am**
Arrived at Post Office,
TOPANGA, CA 90290

**February 22, 2021**
**4:53 am**
Arrived at USPS Regional Destination Facility,
LOS ANGELES CA NETWORK DISTRIBUTION CENTER

**February 19, 2021**
**7:09 pm**
Departed USPS Regional Facility,
GRAND JUNCTION CO DISTRIBUTION CENTER

**February 19, 2021**
**7:03 pm**
Arrived at USPS Regional Origin Facility,
GRAND JUNCTION CO DISTRIBUTION CENTER

**February 19, 2021**
**2:34 pm**
Acceptance,
GRAND JUNCTION, CO 81507

Feedback

Remove from Tracking



**70191640000193584666**

Add Name

**Delivered:**
SEDONA, AZ 86336 on
February 26, 2021 at 4:28 pm

## Additional Information

Your item was delivered at 4:28 pm on February 26, 2021 in SEDONA, AZ 86336.

Get Text and Email Updates

## Tracking History

**February 26, 2021**
**4:28 pm**
Delivered,
SEDONA, AZ 86336

**February 25, 2021**
**9:20 am**
Available for Pickup,
SEDONA, AZ 86340

**February 25, 2021**
**9:07 am**
Arrived at Post Office,
SEDONA, AZ 86336

**February 25, 2021**
**6:12 am**
Arrived at USPS Facility,
SEDONA, AZ 86336

**February 25, 2021**
**3:37 am**
Departed USPS Regional Facility,
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**February 25, 2021**
**2:50 am**
Arrived at USPS Regional Facility,
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**February 24, 2021**
**12:39 am**

Feedback

Departed USPS Regional Destination Facility,
SANTA CLARITA CA DISTRIBUTION CENTER

**February 22, 2021**
**7:42 pm**
Forwarded,
BURBANK, CA

**February 22, 2021**
**10:10 am**
Forwarded,
BURBANK, CA

**February 22, 2021**
**7:23 am**
Out for Delivery,
BURBANK, CA 91501

**February 22, 2021**
**7:12 am**
Arrived at Post Office,
BURBANK, CA 91505

**February 21, 2021**
**11:39 pm**
Arrived at USPS Regional Destination Facility,
SANTA CLARITA CA DISTRIBUTION CENTER

**February 21, 2021**
In Transit to Next Facility,

**February 19, 2021**
**7:09 pm**
Departed USPS Regional Facility,
GRAND JUNCTION CO DISTRIBUTION CENTER

**February 19, 2021**
**7:03 pm**
Arrived at USPS Regional Origin Facility,
GRAND JUNCTION CO DISTRIBUTION CENTER

**February 19, 2021**
**2:35 pm**
Acceptance,
GRAND JUNCTION, CO 81507

Feedback

Remove from Tracking

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70191640000193599394

Your item was delivered to an individual at the address at 10:12 am on March 15, 2021 in LAS VEGAS, NV 89117.

## ⊘ Delivered

March 15, 2021 at 10:12 am
Delivered, Left with Individual
LAS VEGAS, NV 89117

Feedback

**Get Updates** ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**March 15, 2021, 10:12 am**
Delivered, Left with Individual
LAS VEGAS, NV 89117
Your item was delivered to an individual at the address at 10:12 am on March 15, 2021 in LAS VEGAS, NV 89117.

**March 13, 2021, 10:07 am**
Delivery Attempted - No Access to Delivery Location
LAS VEGAS, NV 89117

**March 13, 2021, 6:10 am**
Out for Delivery
LAS VEGAS, NV 89117

**March 13, 2021, 5:49 am**
Arrived at Post Office
LAS VEGAS, NV 89146

**March 13, 2021, 1:19 am**
Departed USPS Regional Destination Facility
LAS VEGAS NV DISTRIBUTION CENTER

**March 13, 2021, 1:18 am**
Arrived at USPS Regional Destination Facility
LAS VEGAS NV DISTRIBUTION CENTER

**March 12, 2021**
In Transit to Next Facility

**March 11, 2021, 10:25 pm**
Departed USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

**March 11, 2021, 7:54 pm**
Arrived at USPS Regional Origin Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

**March 11, 2021, 11:12 am**
Acceptance
GRAND JUNCTION, CO 81507

Feedback

## Product Information

| **Postal Product:** Priority Mail® | **Features:** Certified Mail™  Up to $50 insurance included. Restrictions Apply ⓘ | **See tracking for related item:** 9590940247158344219615 (/go/TrackConfirmAction?tLabels=9590940247158344219615) |

**See Less** ∧