USPS Tracking Intranet

Page 1 of 1

Help

## Product Tracking & Reporting

UNITED STATES POSTAL SERVICE®

Home    Search    Reports    Manual Entry    Rates/Commitments    PTR / EDW    USPS Corporate Accounts

March 10, 2021

### USPS Tracking Intranet
### Delivery Signature and Address



Price Change 1/26/2020:
USPS Premium Tracking: USPS will offer a fee-based service to extend the availability of tracking data on domestic competitive products for an additional 6 months up to 10 years. In addition, customers can also request a Premium Tracking Statement via email.

The Manual Entry Acceptance screen will be modified to use the Pricing Engine for all rates calculations. Users will no longer enter fees for Collect on Delivery (COD) and Additional Insurance; instead, users will enter the dollar amount to be collected for COD or the insured value for Insurance.

Tracking Number: 7019 1640 0001 9358 4666

This item was delivered on 02/26/2021 at 16:28:00

< Return to Tracking Number View

| Signature | *[handwritten]* Beth Wilcock |
| --- | --- |
| Address | *[handwritten]* 3239 |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search    [Submit]

Product Tracking & Reporting, All Rights Reserved
Version: 21.2.2.0.17

**Exhibit 5**
Beth Wilcock USPS
Signature Confirmation