**Form 990 PDF File Download Link -**  Copy & Paste the Form 990 link below into your web browser or double click on it

| Category | Value |
|---|---|
| OrganizationName | WILCOCK SPIRITUAL HEALING AND EMPOWERMENT |
| SecondaryName | n/r |
| EmployerIdentificationNumber | 83-1840790 |
| InCareOfName | DAVID WILCOCK |
| Address | 7848 W SAHARA AVE |
| City | LAS VEGAS |
| State | NV |
| ZipCode | 89117-1944 |
| County | Clark |
| ActivityDescription | see form 990 from link above |
| ReportedAssetAmount | $76,435 |
| ReportedAssetAmountRange | $25,000 to $99,999 |
| ReportedIncomeAmount | $35,631 |
| ReportedIncomeAmountRange | $25,000 to $99,999 |
| ReportedForm990RevenueAmount | $35,631 |
| ContributionsReceived | $94,000 |
| Expenses | $38,236 |
| Liabilities | $0 |
| Classification | Religious Organization |
| Affiliation | This organization is an independent organization or an independent auxiliary (i.e., not affiliated with a National, Regional, or Geographic grouping of organizations). |
| RulingDate | 04/2019 |
| Deductibility | Contributions are deductible |
| FoundationCategory | Normally receives no more than one third of its support from gross investment income and unrelated business income and at the same time more than one third of its support from contributions, fees, and gross receipts related to exempt purposes |
| PrincipalActivity1 | n/r |
| PrincipalActivity2 | n/r |
| PrincipalActivity3 | n/r |
| OrganizationType | Corporation |
| ExemptStatus | Unconditional Exemption |
| TaxPeriod | 12/2019 |
| FilingRequirement | Form 990 - Not required to file (income less than $25,000) |
| AccountingEndMonth | 12 |
| TaxonomyCategory | Religion Related, Spiritual Development N.E.C. |

NOTE: For additional information submitted to the IRS on behalf of this organization, download the request form by clicking on this link -

On line 2 of the form enter the organization's Employer Identification Number (from row 4 of this spreadsheet) and then on line 6 check the box for requesting a copy of the organization's form 1023 or 1024 (the form filed by the org to gain tax exempt status). On line 6, check the box for copies of form 990s from previous years. The form 990 has more detailed financial specifics; however, not all tax exempt organizations are required to file an annual form 990. Enter all other info and send it in.

Thank You for the Data Download Order!
TaxExemptWorld.com

**Data Definitions**

| | |
|---|---|
| OrganizationName | the name of the organization |
| SecondaryName | another name under which the organization does business. Also used for trade names, chapter names, or local numbers for subordinate organizations of group rulings |
| EmployerIdentificationNumber | a nine digit number assigned by the IRS to identify an account and is also known as a Tax ID |
| InCareOfName | the party (officer, director, etc.) to whose attention any correspondence should be directed |
| ReportedAssetAmount | amount from the most recent Form 990 series return filed by the organization. Asset Amount is the Total Assets End of Year PART IV Balance Sheet Line 59 Col. (B) shown on the Form 990. This field is also from PART II, Line 25, Col. (B) EOY on Form 990EZ and PART II, Line 16, Col. (b) on Form 990PF. This field is dollars only. |
| ReportedAssetAmountRange | the asset range shown on the most recent Form 990 series return filed by the organization |
| ReportedIncomeAmount | amount from the most recent Form 990 series return filed by the organization. Income Amount is computer generated using PART I, Total Revenue Line 12 and adding "back in" the expense items, i.e. Line 6b (Rental Expenses) shown on the Form 990 return. On Form 990EZ it is generated using PART I, Line 9 and adding "back in" the expense items, i.e. Line 5b (Cost or Other Basis Expenses). Income Amount for Form 990 is generated using Part I, Line 10b (Cost of Goods) and adding Part I, Line 12, Col. (A) (Total Revenue Col. A) and Part IV, Line 1, Col. (G) (Cost or Other Basis). This field is dollars only. |
| ReportedIncomeAmountRange | the income range shown on the most recent Form 990 series return filed by the organization |
| ReportedForm990RevenueAmount | Amount from Form 990, part 1, line 12, or part 1, line 9, of Form 990EZ |
| Address | the street address where the organization is located |
| City | the city where the organization is located |
| State | the state where the organization is located |
| ZipCode | the zip code where the organization is located |
| Classification | defines the category under which an organization may be exempt |
| Affiliation | defines the organizational grouping |
| RulingDate | the month and year of a ruling or determination letter recognizing the organization's exempt status |
| Deductibility | signifies whether contributions made to an organization are deductible |
| FoundationCategory | describes the nonprofit classification of the organization |
| PrincipalActivity1 | An organization may list up to three activity codes on Forms 1023 and 1024. These are codes which reflect an organization's purposes, activities, operations, or type. |
| PrincipalActivity2 | see definition for PrincipalActivity1 |
| PrincipalActivity3 | see definition for PrincipalActivity1 |
| OrganizationType | the type of organization according to IRS records |
| ExemptStatus | Type of exemption held by the organization |
| AdvancedRulingExpirationDate | A charitable organization exempt under IRC 501(c)(3) whose status as a public charity (rather than a private foundation) has not been determined generally will be allowed to operate as a public charity for a specified period of time. At the end of this time frame (expiration date), a final determination will be made as to the proper classification of the organization. This shows the month and year when an advance ruling is to expire. |
| TaxPeriod | the tax period of the latest return filed |
| FilingRequirement | indicates the primary return(s) the organization is required to file |
| AccountingEndMonth | designates the accounting period ending date (month) of the organization |
| TaxonomyCategory | used to classify an exempt Internal Revenue Code 501 (c)(3) organization according to the National Taxonomy of Exempt Entities (NTEE) |



Exhibit 6
WILCOCK FOUNDATION
David Wilcock Contact