# BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP

www.bartlit-beck.com

DENVER OFFICE

1801 WEWATTA STREET
SUITE 1200
DENVER, CO 80202
TELEPHONE: (303) 592-3100
FACSIMILE: (303) 592-3140

CHICAGO OFFICE

COURTHOUSE PLACE
54 WEST HUBBARD STREET
CHICAGO, IL 60654
TELEPHONE: (312) 494-4400
FACSIMILE: (312) 494-4440

WRITER'S DIRECT DIAL:
(303) 592-3144
thomas.stephens@bartlit-beck.com

July 9, 2018

**BY EMAIL**
Valerie@YanarosLaw.com

Valerie Yanaros Wilde
Yanaros Law, P.C.
5057 Keller Springs Rd Ste 300
Addison, TX 75001-6916

Re:    James Corey Goode / Gaia, Inc.

Dear Ms. Wilde:

As a follow up to my letter of June 29, 2018, please be advised that in light of your client's breaches of his contract with Gaia and refusal to perform his obligations under the contract, until further notice Gaia is cancelling all scheduled shooting dates of the programs in which your client appears.

Very truly yours,

Thomas R. Stephens