LAW OFFICES OF
# JONATHAN KIRSCH
A PROFESSIONAL CORPORATION
1880 CENTURY PARK EAST
SUITE 515
LOS ANGELES, CALIFORNIA 90067
COPYRIGHT, TRADEMARK AND PUBLISHING LAW

TELEPHONE (310) 785-1200
FAX (310) 286-9573

E-MAIL: jk@jonathankirsch.com
WEBSITE: www.jonathankirsch.com

**IN FURTHERANCE OF SETTLEMENT**
**(F.R.E. Rule 408)**

June 12, 2017

Valerie@YanarosLaw.com and by U.S. Mail

Yanaros Law, P.C.
Attn.: Valerie Yanaros Wilde
5057 Keller Springs Road, Suite 300
Addison, TX 75001

Re:   **GAIA, INC.**
      *Adv. James Corey Goode*

Dear Ms. Wilde,

On behalf of my client, Gaia, Inc., I am responding to your letter dated June 8, 2018, which was addressed to Jirka Rysavy. Please direct all further communications regarding this matter to me until further notice.

I am reviewing your letter and gathering information regarding your claims, and I will reply appropriately at the earliest opportunity.

In the meantime, all rights, remedies, claims, causes of action, and defenses are hereby expressly reserved.

Sincerely yours,

LAW OFFICES OF JONATHAN KIRSCH

By Jonathan Kirsch
Attorneys for GAIA, INC.

JK:jw
cc: Gaia, Inc.