# Yanaros Law, P.C.

Protecting Your Intellectual Property.

September 26, 2018

**BY EMAIL**

Michael C. Lasky
212.468.4849
mlasky@dglaw.com
1740 Broadway, New York
NY 10019

Re:   Goode/Gaia Matter—Confidential, Protected Pursuant to FRE 408

Dear Mr. Lasky:

It has come to our attention that your client, Gaia, Inc., aired an episode of Cosmic Disclosure on September 25, 2018 using Mr. Goode's protected Intellectual Property. Specifically, the talent that Gaia has hired in an attempt to fill Mr. Goode's place on Cosmic Disclosure is using his protected phrase "20 & BACK". Additionally, Gaia is using Mr. Goode's protected phrase "SSP" to market this (and likely other) episode(s). This communication is to demand Gaia Cease and Desist use of Mr. Goode's protected phrases as well as his other protected content.

We have attempted to contact your side multiple times in follow-up to our conversations towards settlement of the outstanding issues between Mr. Goode and Gaia to no avail. I am reaching out one more time before we are forced to pursue alternative measures to protect Mr. Goode's IP, reputation and goodwill that is now being tarnished and diluted due to Gaia's bad-faith dealings.

### Gaia's Cessation of Settlement Discussions

As an initial matter, what we hoped to be fruitful advancement to resolution of the outstanding claims and complaints by and between Mr. Goode and Gaia has seemingly dissipated due to complete disengagement *solely* from Gaia's side. After our call on August 20, 2018, you requested—and we provided—a proposed public statement to

advance settlement talks between our clients. This statement was provided to you on August 23, 2018, the same day of your request.

After receiving no response to our August 23 email, I sent you a follow-up email on August 28 and received an out-of-office email stating you would be out for two weeks, for a period starting the day immediately following the day of our last communication. Given our discussion, an absence for two weeks without any communication from your side was not in the spirit of quick resolution of the matter…something in which both sides expressed an interest. I never heard from Mr. Dingerson (who was copied on the correspondence and on our call) during your leave, nor did I receive a response from your side upon your return. My emails from August 23 and 28 and my call from September 10 remain unanswered. The only reasonable conclusion we can reach by Gaia's unresponsiveness is that their interest in resolution outside of litigation has disappeared.

It is our understanding that your firm is currently actively representing Gaia in a litigation in Boulder County District Court (cause number 18-cv-030757). I have included counsel of record in that action (Mr. Lester C. Houtz) in this communication in case he is now the appropriate point of contact in this matter.

## Going Forward

Due to the incredible similarities between the new "talent's" (who goes by the name of Jason Rice) story and the story Mr. Goode brought to Cosmic Disclosure over three years ago; and because Mr. Rice's testimony is lacking drastically the quality and authenticity of Mr. Goode's testimony—and is, for all intent and purposes, a lackluster counterfeit of Mr. Goode's story—Mr. Goode is preparing a public statement to put forth regarding this false replication of his testimony. Mr. Goode cannot stand by and allow what he has worked so hard to create to be smeared by a cheap imitation that Gaia has haphazardly thrown into his spot and instructed to steal what Mr. Goode has attested to via various media over the course of his life.

There are still episodes that contain Mr. Goode's testimony that have not been aired. If these episodes are aired among the imposter episodes, this will—without a *doubt*—weaken Mr. Goode's story and reputation through attribution and connection with Mr. Rice's conjured and prepared attempts at "disclosure". Further evidence of Gaia's mal-intent is the fact that it has shut down Mr. Goode's account with Gaia as an attempt to keep this dishonesty off of his radar. **The community that once followed Mr. Goode on Cosmic Disclosure have spoken out and informed him of the cheap imitation now in his place that is using his protected material**. Any further attacks on Mr. Goode's story will be brought to his attention, as evidenced by recent

communications and social media posts condemning Mr. Rice's appearance on Cosmic Disclosure.

    If Gaia wishes to re-engage in settlement discussions please let me know within one week of today. Further, please provide assurances that Mr. Goode's protected phrases will not be aired on any episodes of Cosmic Disclosure going forward by the end of the day on Friday, September 29, 2018. I am available for a call to discuss

    Please do not hesitate to contact me with any questions.

    Very truly yours,

_____
Attorney, Yanaros Law, P.C.

CC:

James Corey Goode
Daniel Dingerson
Lester Houtz