# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

    Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH,

    Defendants.

----

Alyssa Chrystie Montalbano, Individually

    Counter-Claimant,

v.

James Corey Goode, individually
And GOODE ENTERPRISE SOLUTIONS INC.

    Counter-Defendants,

GAIA, INC., Jay Weidner, Jirka Rysavy,
Brad Warkins, And Kiersten Medvedich,

    Cross-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock, THE WILCOCK SPIRITUAL
HEALING AND EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde, Elizabeth Lorie,
Brian James Flynn, William Campbell,
Matthew Grove, Diana Terry,
Christina Gomez

    Third-Party Defendants.

## NOTICE OF ENTRY OF APPEARANCE OF DMITRY B. VILNER

To the Clerk of Court and all parties of record:

Assistant Attorney General Dmitry B. Vilner, who is a member in good standing of the bar of this Court, hereby enters his appearance on behalf of Defendants Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, and Christina Gomez in the above captioned matter. All pleadings, correspondence, notices and other documents should be sent to undersigned counsel at the address specified.

Respectfully submitted this 16th day of April, 2021.

PHILIP J. WEISER
Attorney General

*s/ Dmitry B. Vilner*
DMITRY B. VILNER *
Assistant Attorney General
Civil Litigation and Employment Law
  Section
Attorneys for Defendant(s)

1300 Broadway, 10th Floor
Denver, Colorado  80203
Telephone:  720-508-6645
FAX:  720-508-6032
E-Mail:  Dmitry.vilner@coag.gov
*Counsel of Record

<u>CERTIFICATE OF SERVICE</u>

      I certify that I served the foregoing NOTICE OF ENTRY OF APPEARANCE OF DMITRY B. VILNER upon all parties herein by e-filing with the CM/ECF system maintained by the court or by depositing copies of same in the United States mail, first-class postage prepaid, at Denver, Colorado, this 16th day of April 2021, addressed as follows:

Alyssa Chrystie Montalbano
2536 Rimrock Ave. Suite 400-117
Grand Junction, CO 81505
LegalZenACM@gmail.com
Counter-Claimant, Counter Plaintiff

*s/La'Tasha Carter*