# Re: Gaia/Goode: Status

**yanaroslaw &lt;valerie@yanaroslaw.com&gt;**
Wed, 03 Mar 2021 11:32:14 PM -0600

To "Dingerson, Daniel A." &lt;ddingerson@dglaw.com&gt;

Cc "yanaroslaw@gmail.com" &lt;yanaroslaw@gmail.com&gt;

Tags

Daniel,

I have conferred at length with the clients and they consent to dismissing the defamation claims against the Gaia individual defendants without prejudice, this would be the libel and slander per se claims.

With regard to the request for extension of deadline to comply with the revival statute, however, they are not inclined to grant the extension. Mr. Goode and GES have engaged on multiple occasions to amend their claims and focus the issues at hand and, in response, all Gaia defendants are still opposing all claims. To extend any deadline for counterclaims at this point would prolong an already protracted litigation and unduly prejudice plaintiffs, especially since all Gaia defendants have been aware of this suit for almost a year now.

Please let me know if you would like to discuss further, I can be available for a call late tomorrow afternoon or any time Friday.

Best,
Val


Valerie Yanaros, Esq.
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.