# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant, Third-Party Plaintiff

v.

James Corey Goode, individually
And GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock, THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde, Elizabeth Lorie,
Brian James Flynn, William Campbell,
Matthew Grove, Diana Terry,
Christina Gomez

Third-Party Defendants.

**THIRD-PARTY PLAINTIFF
ALYSSA MONTALBANO
MOTION TO GRANT COMPLETED SERVICE OF PROCESS UPON
DAVID WILCOCK PURSUANT
FRCP 4(e)(2)(C)**

COMES NOW, Third-Party Plaintiff, Alyssa Chrystie Montalbano, and moves the Court to Grant (verify) service of process as being complete upon third-party defendant, David Wilcock, as of April 26, 2021, pursuant Federal Rule of Civil Procedure 4(e)(2)(C) for the following:

FRCP 4(e)(2)(C) states an Individual may be served by (sic): "(C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process."

On April 22, 2021 Montalbano delivered a copy of the then operative Counterclaims Complaint [#120], Exhibits [#121] and Summons [#164] to Vegas ProServ process server, Ms. Susan Kruse, who contacted the WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION's agent and was informed by the agent, Mr. Tim Harris, that he could also accept service of summons on behalf of David Wilcock, the "In Care Of Name" for the WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION. (Hereafter "WILCOCK FOUNDATION")  [See #169-6, at line: "InCareOfName DAVID WILCOCK"]

Mr. David Wilcock's summons (See attached Exhibit 1 - Proof Of Service) was served with the WILCOCK FOUNDATION's summons [#186] upon Mr. Harris, the agent authorized by appointment to receive service of process.

It is reasonable to assume, since Mr. Wilcock is the "InCareOfName" for the WILCOCK FOUNDATION [#169-6] and it has been lawfully summoned, that Mr. Wilcock is well informed of this instant case, complaint, and of his own summons as accepted by his appointed agent.

Additionally, Montalbano has performed due diligence in service of process efforts directly upon Mr. Wilcock since December 22, 2020. It is reasonable to assume Mr. Wilcock is clearly aware of this case and his summons due to his Foundation receiving a Waiver request, March 15, 2021 [#169, ¶10, ¶11d, ¶19; #169-4, p1] then being officially process served, April 26, 2021 [#186]; and due to his close relationship with Plaintiff, Mr. Goode, [#111, ¶21]; and due to his wife, Beth Wilcock, signing for his Certified Mail containing his Waiver of Summons request February 26, 2021. [See #169 Motion for Service by Certified Mail, and in particular p6, ¶16; and #169-5]

Lastly, Mr. David Wilcock is now actively avoiding and evading service of summons and service of process for this instant case, as evidenced in the following:

1. Once Montalbano learned about the summons being traditionally delivered with the Waiver of Summons Request, Montalbano Certified Mailed (#7019 1640 0001 9358 4420), April 5, 2021, to Mr. Wilcock, a copy of his summons [#164] via the same Burbank, California, address that the Waiver request was successfully forwarded to him in Sedona, AZ, and signed for by his wife two months ago.

2. As of April 27, 2021 at 4:23pm the certified mailing containing Mr. Wilcock's summons [#164] has been "Refused" and is being returned to sender (Montalbano).
(See Attached Exhibit 2 –Refused Certified Mail)

3. This is the same avoidance and evasion tactic Ms. Lorie (a Florida based attorney claimed to represent both Goode and Wilcock) used when she "Refused" a Certified Mailing from Montalbano, January 2020, regarding the Mesa District Civil case 18CV50 addressing her extortion of a witness. [#155, ¶8, ¶¶268-269, ¶708, ¶¶723-724; #121-1] Besides Mr. Wilcock, Ms. Lorie, is the only remaining third-party defendant evading service of process and entry into this instant case. [See #161 at p6, b]

4. David Wilcock will clearly Refuse (avoid and evade) any Certified Mailings from Montalbano, even if the Court Grants service of process upon him that way. [#169, ¶18]

Wherefore, Montalbano moves the Court to Grant (verify) service of Process as being complete upon Mr. David Wilcock, pursuant FRCP 4(e)(2)(C), as of the date of service, April 26, 2021, upon the agent authorized by appointment to receive service of process.

Upon Granting the verification of service of process upon Mr. Wilcock, the "Motion to serve by Certified Mail, Registered Mail, Substitution, or Publication" filed March 19, 2021 [#169], will be moot, and Montalbano will properly file Mr. Wilcock's Proof Of Service onto the Court record via the CM/ECF system.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Third-Party Plaintiff

**Certificate of Compliance**
I certify the foregoing Motion complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

### CERTIFICATE OF SERVICE

I certify that on this 28th day of April 2021 a copy of the foregoing Motion was filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5) and a copy delivered to Mr. High by email.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen