Case No. 1:20-cv-00742-DDD-KAS   Document 187-1   filed 04/28/21   USDC Colorado   pg 1
Case 1:20-cv-00742-DDD-KLM   Document 164   Filed 03/15/21   USDC Colorado   Page 5 of 23
of 1

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 1:20-CV-00742-DDD-KLM

State of Nevada
County of Clark

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any)  **David Wilcock**

was received by me on (date)  **4/22/2021**

☐ I personally served the summons on the individual at (place) _____
on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) **Tim Harris/Quality Control**, who is designated by law to accept service of process on behalf of (name of organization) **David Wilcock**
**7848 W Sahara Ave. Las Vegas, NV 89117**  on (date) **4/26/2021** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify): _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: **4/26/2021**

Server's signature

Subscribed and Sworn to before me on
thie 26th day of April 2021

Notary Public/Eric Ruecker

*[Notary seal: ERIC RUECKER, Notary Public - State of Nevada, County of Clark, APPT. NO. 01-71992-1, My App. Expires Nov 17, 2021]*

**Susan Kruse**
Printed name and title

Vegas Pro Serv
848 N. Rainbow Blvd. #5372
Las Vegas, NV 89107
702-526-0411  NV LIC 1469

Server's address

Additional information regarding attempted service, etc:

Documents Served: Answer and Counterclaims (Docket 120), Exhibits (Docket 121) and Third-Party Summons (Docket 164)