# CERTIFICATE OF SERVICE

It is hereby certified, that on April __5__ , 2021 , the undersigned mailed to:

David Wilcock
828 S Sunset Canyon Dr.
Burbank, California, 91501

Hereinafter, "Recipient," the documents and sundry papers pertaining to **Case 1:20-CV-00742-DDD-KLM** Denver Federal Court:

1. **Third Party Summons issued by Clerk of the Court, March 15, 2021** (Dkt. 164)

2. **Attachment for Summons Request** (Dkt. 164)

3. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7019 1640 0001 9358 4420**  Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Affirmed this __5__ day of April 2021

All Rights Reserved,

_Alyssa Chrystie Montalbano_
Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of __CO__ , County of __Mesa__

Signed before me on this __5__ day of __April 2021__ by __Alyssa C. Montalbano__

Notary Public _Kimberly D Blossom_

Kimberly D. Blossom
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Certificate of Service



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To
David Wilcock
Street and Apt. No., or PO Box No.
828 S Sunset Canyon Dr
City, State, ZIP+4®
Burbank, CA 91501

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7014 1640 0001 9358 4420

POSTMARK
Here
APR - 5 2021
GRAND JUNCTION, CO 81507
CO-FER REDLANDS STATION

4/27/2021                                              USPS.com® - USPS Tracking® Results

**ALERT: ON APRIL 28 FROM 12:30 AM TO 2:30 AM ET, WE WILL PERFORM ROUTINE MAINTENANCE ON USPS TR...**

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 70191640000193584420                    Remove ✕

Your item was refused by the addressee at 4:23 pm on April 27, 2021 in SEDONA, AZ 86336 and is being returned to the sender.

## Refused

April 27, 2021 at 4:23 pm
SEDONA, AZ 86336

**Get Updates** ⌄

Feedback

---

### Text & Email Updates                                          ⌄

---

### Tracking History                                              ⌃

**April 27, 2021, 4:23 pm**
Refused
SEDONA, AZ 86336
Your item was refused by the addressee at 4:23 pm on April 27, 2021 in SEDONA, AZ 86336 and is being returned to the sender.

---

**April 15, 2021, 8:53 am**
Available for Pickup
SEDONA, AZ 86340

---

**April 15, 2021, 8:52 am**
Arrived at Post Office
SEDONA, AZ 86336

---

**April 15, 2021, 3:39 am**
Departed USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

USPS.com® - USPS Tracking® Results

**April 14, 2021, 11:02 pm**
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**April 12, 2021, 8:07 pm**
Forwarded
BURBANK, CA

**April 12, 2021, 10:57 am**
Forwarded
BURBANK, CA

**April 12, 2021, 6:10 am**
Distribution to PO Box in Progress
BURBANK, CA 91501

**April 12, 2021, 3:37 am**
Arrived at Post Office
BURBANK, CA 91505

**April 12, 2021, 2:53 am**
Arrived at USPS Facility
BURBANK, CA 91505

**April 12, 2021, 2:11 am**
Departed USPS Regional Facility
SANTA CLARITA CA DISTRIBUTION CENTER

**April 11, 2021, 4:39 pm**
Arrived at USPS Regional Destination Facility
SANTA CLARITA CA DISTRIBUTION CENTER

**April 11, 2021, 3:52 am**
Departed USPS Regional Facility
SAN DIEGO CA DISTRIBUTION CENTER

**April 11, 2021, 3:31 am**
Arrived at USPS Regional Facility
SAN DIEGO CA DISTRIBUTION CENTER

**April 11, 2021, 12:58 am**
Departed USPS Regional Facility
LOS ANGELES CA DISTRIBUTION CENTER

Feedback

**April 10, 2021, 5:31 pm**
Arrived at USPS Regional Facility
LOS ANGELES CA DISTRIBUTION CENTER

---

**April 9, 2021, 9:43 pm**
Arrived at USPS Regional Destination Facility
LOS ANGELES CA NETWORK DISTRIBUTION CENTER

---

**April 9, 2021**
In Transit to Next Facility

---

**April 6, 2021, 3:35 am**
Departed USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

---

**April 5, 2021, 7:14 pm**
Arrived at USPS Regional Origin Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

---

**April 5, 2021, 2:33 pm**
Acceptance
GRAND JUNCTION, CO 81507

Feedback

---

## Product Information                                                    ^

**Postal Product:**
Priority Mail®

**Features:**
Certified Mail™

Up to $50 insurance included. Restrictions Apply ⓘ

**See tracking for related item:**
**9590940260300069944940** (/go/TrackConfirmAction?
tLabels=9590940260300069944940)

---

See Less ^

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**