# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant, Third-Party Plaintiff

v.

James Corey Goode, individually
And GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock, THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,  Elizabeth Lorie,
Brian James Flynn, William Campbell,
Matthew Grove,  Diana Terry,
Christina Gomez

Third-Party Defendants.

PROOF OF SERVICE UNITED STATES                                                     Page **1** of **3**

# THIRD-PARTY PLAINTIFF
# ALYSSA MONTALBANO
# CERTIFICATE OF CERTIFIED MAIL SERVICE PURSUANT
# FRCP 4(i)(1)(A)(ii) and (B)

COMES NOW, Third-Party Plaintiff, Alyssa Chrystie Montalbano, and files proof of Certified Mail service of the UNITED STATES pursuant FRCP 4(i)(1)(A)(ii) and (B).

Montalbano Certified Mailed, April 17, 2021, the Original Answer and Counterclaims [#120], Exhibits [#121], Amended Counterclaims [#155], and copy of Summons for: Brian James Flynn, William Campbell, Valerie Yanaros, Elizabeth Lorie, Matthew Grove, Diana Terry, Christina Gomez, and the UNITED STATES [#164] upon the following: (See attached POS)

1. United States Attorney Office for the District of Colorado, Attn: Civil-Process Clerk, Attn: Matthew T. Kirsch (Acting U.S. Attorney, District of Colorado), 1801 California Street, Suite 1600, Denver, Colorado, 80202

2. United States Department of Justice, Attn: Merrick B. Garland (Attorney General), 950 Pennsylvania Avenue, NW, Washington, DC, 20530-0001

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Third-Party Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 29th day of April 2021 a copy of the foregoing Proof of Service (POS) was filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5) and a copy delivered to Mr. High by email.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen