# CERTIFICATE OF SERVICE

It is hereby certified, that on April  17 , 2021 , the undersigned mailed to:

UNITED STATES
United States Attorney Office for the District of Colorado
Attn: Civil-Process Clerk
Attn: Matthew T. Kirsch
1801 California Street
Suite 1600
Denver, Colorado 80202

Hereinafter, "Recipient," the documents and sundry papers pertaining to **Case 1:20-CV-00742-DDD-KLM** Denver Federal Court:

1. **Answer and Counterclaims** filed December 22, 2020 (Docket 120)

2. **Exhibits** filed December 22, 2020 (Docket 121)

3. **Pending Amendments to Counterclaims** filed February 27, 2021 (Docket 155)

4. **Summons** issued March 15, 2021 for Brian James Flynn, William Campbell, Valerie Yanaros Wilde, Elizabeth Lorie, Matthew Grove, Diana Terry, Christina Gomez, and UNITED STATES (Docket 164)

5. **Request for Waiver of Service of Summons** dated April 17, 2021

6. **S.A.S.E.**

7. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7019 1640 0001 9359 0599**  Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

State of CO , County of Mesa
Signed before me on this 17 day
of April , 2021 by Alyssa Chrystie Montalbano
Notary Public Raini Wilson

RAINI WILSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20164021118
COMMISSION EXPIRES: 06/03/2024

Affirmed this 17 day of April 2021

All Rights Reserved,

*Alyssa Chrystie Montalbano*
Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

Certificate of Service                                                                                                             Page **1 of 1**

# CERTIFICATE OF SERVICE

It is hereby certified, that on April **17**, 2021, the undersigned mailed to:

UNITED STATES
United States Department of Justice
Attn: Merrick B. Garland
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

Hereinafter, "Recipient," the documents and sundry papers pertaining to **Case 1:20-CV-00742-DDD-KLM** Denver Federal Court:

1. **Answer and Counterclaims** filed December 22, 2020 (Docket 120)

2. **Exhibits** filed December 22, 2020 (Docket 121)

3. **Pending Amendments to Counterclaims** filed February 27, 2021 (Docket 155)

4. **Summons** issued March 15, 2021 for Brian James Flynn, William Campbell, Valerie Yanaros Wilde, Elizabeth Lorie, Matthew Grove, Diana Terry, Christina Gomez, and UNITED STATES (Docket 164)

5. **Request for Waiver of Service of Summons** dated April 17, 2021

6. **S.A.S.E.**

7. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7019 1640 0001 9359 0759** Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

State of **CO**, County of **Mesa**
Signed before me on this **17** day of **April, 2021** by **Alyssa Chrystie Montalbano**
Notary Public **Raini Wilson**

Affirmed this **17** day of April 2021

All Rights Reserved,

_Alyssa Chrystie Montalbano_
Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

RAINI WILSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20164021118
COMMISSION EXPIRES: 06/03/2024

Certificate of Service                                                                 Page **1** of **1**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): R. ISAAC<br>C. Date of Delivery: 04/15/21 |
| 1. Article Addressed to:<br>US Attorney office for the District of Colorado<br>ATTN: Civil-Process Clerk<br>ATTN: Matthew T Kirsch<br>1801 California St, STE 1600<br>Denver, CO 80202 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9402 6030 0069 9449 64 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7019 1640 0001 9359 0599 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |



**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7019 1640 0001 9359 0599

Certified Mail Fee: $3.60
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $ [amt]
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage: $7.95
Total Postage and Fees: $14.40

Postmark: APR 17 2021 GO-FER REDLANDS STATION, GRAND JUNCTION, CO 81507

Sent To: US Attorney office for the Dist of Colorado ATTN: Civil-Process Clerk ATTN: MATTHEW T Kirsch
Street and Apt. No., or PO Box No.: 1801 California St., Suite 1600
City, State, ZIP+4®: Denver, CO 80202

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7019 1640 0001 9359 0759

Certified Mail Fee: $3.60
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $ [amt]
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage: $7.95
Total Postage and Fees: $14.40

Postmark: APR 17 2021 GO-FER REDLANDS STATION, GRAND JUNCTION, CO 81507

Sent To: US Dept. of Justice ATTN: Merrick B. Garland
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave, NW
City, State, ZIP+4®: Washington, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

4/26/2021 USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

**Track Another Package** +

Remove ✕

**Tracking Number:** 70191640000193590599

Your item has been delivered to an agent for final delivery in DENVER, CO 80202 on April 19, 2021 at 12:23 pm.

## ✓ Delivered to Agent for Final Delivery

April 19, 2021 at 12:23 pm
DENVER, CO 80202

Get Updates ⌄

Feedback

**Text & Email Updates** ⌄

**Tracking History** ⌃

April 19, 2021, 12:23 pm
Delivered to Agent for Final Delivery
DENVER, CO 80202
Your item has been delivered to an agent for final delivery in DENVER, CO 80202 on April 19, 2021 at 12:23 pm.

April 19, 2021, 6:10 am
Out for Delivery
DENVER, CO 80202

April 19, 2021, 3:25 am
Arrived at Post Office
DENVER, CO 80202

April 18, 2021, 7:06 am
Arrived at USPS Regional Facility
DENVER CO DISTRIBUTION CENTER

April 17, 2021, 7:07 pm
Departed USPS Regional Facility

GRAND JUNCTION CO DISTRIBUTION CENTER

**April 17, 2021, 6:24 pm**
Arrived at USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

**April 17, 2021, 12:37 pm**
Acceptance
GRAND JUNCTION, CO 81507

**Product Information** ∧

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™  Up to $50 insurance included. Restrictions Apply ⓘ | 9590940260300069944964 (/go/TrackConfirmAction?tLabels=9590940260300069944964) |

**See Less** ∧

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

4/26/2021                                                     USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70191640000193590759

Your item was delivered at 4:53 am on April 23, 2021 in WASHINGTON, DC 20530.

  Delivered

April 23, 2021 at 4:53 am
WASHINGTON, DC 20530

Get Updates ∨

| Text & Email Updates | ∨ |
|---|---|

| Tracking History | ∧ |
|---|---|

**April 23, 2021, 4:53 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:53 am on April 23, 2021 in WASHINGTON, DC 20530.

**April 22, 2021, 10:59 am**
Available for Pickup
WASHINGTON, DC 20530

**April 22, 2021, 8:25 am**
Arrived at Post Office
WASHINGTON, DC 20018

**April 21, 2021, 2:45 pm**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**April 20, 2021**
In Transit to Next Facility

Feedback

**April 17, 2021, 7:07 pm**
Departed USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

**April 17, 2021, 6:24 pm**
Arrived at USPS Regional Origin Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

**April 17, 2021, 12:35 pm**
Acceptance
GRAND JUNCTION, CO 81507

## Product Information

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ Up to $50 insurance included. Restrictions Apply ⓘ | 9590940260300069944759 (/go/TrackConfirmAction?tLabels=9590940260300069944759) |

Feedback

**See Less ⋀**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**