AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

File No. 5597440 (GOODE V. MONTALBANO)
Civil Action No. 1:20-CV-00742-DDD-KLM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Elizabeth Lorie was received by me on *(date)* Apr 22, 2021, 12:32 pm.

[X] I personally served the summons on the individual at *(place)* 7163 Limestone Cay Rd, Jupiter, FL 33458 on *(date)* Wed, Apr 28 2021 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $88.80.

I declare under penalty of perjury that this information is true.

Date: April 29th, 2021

*Server's signature*

Michael R. Meyer, CPS2016/SPS1460
*Printed name and title*

401 N Rosemary Ave, West Palm Beach, FL 33401
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 28, 2021, 9:52 pm EDT at 7163 Limestone Cay Rd, Jupiter, FL 33458 received by Elizabeth Lorie. Age: 45; Ethnicity: Caucasian; Gender: Female; Weight: 145; Height: 5'2"; Hair: Black; Eyes: Blue; Other: No glasses ; Based upon inquiry the defendant is unmarried and not in the service of the United States Military.

Documents Served: SUMMONS; ATTACHMENT FOR SUMMONS REQUEST (Received Apr 22, 2021 at 12:32pm EDT), DEFENDANT ALYSSA MONTALBANO ANSWER SECOND AMENDED COMPLAINT; COUNTER CLAIMANT ALYSSA CHRYSTIE MONTALBANO ORIGINAL COUNTERCLAIMS COMPLAINT (Received Apr 22, 2021 at 12:32pm EDT), COUNTER CLAIMANT ALYSSA CHRYSTIE MONTALBANO EXHIBIT LIST FOR COUNTERCAIMS ORGINAL COMPLAINT; EXHIBITS 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, and 25 (Received Apr 22, 2021 at 12:32pm EDT)