## EXHIBIT D MOTION TO DISMISS

| | |
|---|---|
| ☐Municipal Court ☒County Court ☐District Court ☐Denver Juvenile ☐Denver Probate _____Broomfield_____ County, Colorado<br><br>Court Address:<br>17 Descombes Dr, Broomfield, CO 80020<br><br>Petitioner:  _James Corey Goode_<br>_1140 US HW 287 Ste 400-266 Broomfield, CO 80020_<br><br>v.<br><br>Respondent: ____Alyssa Chrystie Montalbano____<br>_2222 Da Vinci Pl, Grand Junction, CO 81507_ | ▲   **COURT USE ONLY**   ▲ |
| Attorney for James Corey Goode<br>Forthcoming application for *pro hac vice*: Valerie Ann Yanaros, Esq.<br>5057 Keller Springs, Suite 300, Addison TX 75001<br><br>Phone Number: (512) 826-7553        E-mail: valerie@yanaroslaw.com<br>FAX Number:  (469) 718-5600    Atty. Reg. #: TX 24075628 | Case Number:<br><br><br>Division            Courtroom |
| **VERIFIED MOTION FOR CIVIL PROTECTION ORDER** | |

I, _____James Corey Goode_____ (name of person) request this Court to issue a Civil Protection Order, and in support of this request state the following:

**1.** I am seeking this Civil Protection Order as a victim of the following:  (Mark the applicable circumstances.)
☐Domestic Abuse (§13-14-101(2), C.R.S.)
☒Stalking (§18-3-602, C.R.S.)
☐Sexual Assault (§18-3-402(1), C.R.S.)
☐Unlawful Sexual Contact (§18-3-404, C.R.S.)
☐Abuse of the Elderly or an At-Risk Adult (§26-3.1-101(1) and (7), C.R.S.)
☐Physical Assault, Threat or other situation.

**2.** I reside or am employed in the County of  Broomfield, State of Colorado, and Alyssa Chrystie Montalbano resides in the County of Mesa, State of Colorado.  I know of Alyssa Chrystie Montalbano because she is a fan of the shows, conferences and various media that I appear in that comprise my day-to-day work. She first began attempting to contact me, repeatedly, after seeing the show I appear in on Gaia TV, "Cosmic Disclosure" in 2017. After I filed and received a preliminary stalking order in Broomfield in June and July (respectively) of 2018, harassment from her escalated quickly. In retaliation she filed suit against me in Mesa County for something she called "Theft of Dream Visions". After that suit went through state and federal courts, Judge Flynn in Mesa County granted my Motion to Dismiss on January 29, 2020. All throughout that time she continued to harass and barrage me with highly-voluminous filings (in paper and electronic form, to the tune of hundreds of pages each), defame my name, create and post YouTube videos and other social media postings to harass, defame, embarrass and terrorize myself, my family, my fans, my colleagues and even my counsel. She has somehow obtained my personal and confidential employment documents and other personal and private information (some current and others from *years* ago) and published it across the

internet on various social media sites, blogs and message boards. [As further outlined in attached Brief in Support]

**3.** The other Protected Persons are (list full name, date of birth, sex, and race):

| Full Name of Protected Person | Date of Birth | Sex | Race | Full Name of Protected Person | Date of Birth | Sex | Race |
|---|---|---|---|---|---|---|---|
| Marissa Ariel Goode | 7-25-03 | F | W | | | | |
| William Connor Goode | 3-29-11 | M | W | | | | |
| | | | | | | | |
| | | | | | | | |

☒**I have completed and attached the form titled "Affidavit Regarding Children" JDF 404 as children are identified as Protected Persons above.**

**4. a)** The most recent incident that causes me to ask for a Civil Protection Order occurred on or about _____February 24, 2020_____ (date), at about __9:00 am__ (time), in ___Mesa___ (County), when _____Alyssa Chrystie Montalbano_____ (name of person) did the following to me and/or the above named Protected Persons: ***Be specific:  What was the threat or acts of violence?  Where did this occur?   Were the minor children or other Protected Persons present? Was a weapon involved?***

_____I received additional voluminous filings filed in the Mesa County action—post-dismissal—from Alyssa Montalbano sent to my P.O. Box. These filings accuse myself, my counsel and Judge Flynn—the judge in the Mesa action—of conspiring against her. She has created a YouTube account called "The Deprogrammer" for the sole purpose of threatening, harassing and defaming myself. On it, she has recorded herself reading her court filings that are replete with falsehoods and inappropriate stories and accusations in a video (from the aforementioned date) titled "The Video Corey Goode, David Wilcock, AND the CIA - Don't Want you to See - 5TH INFO FOR THE COURT". [See attached documentation].

**b)** The most serious incident that causes me to ask for a Civil Protection Order occurred on or about __June 25, 2018__(date), at about __10:00 a.m. (estimate)__(time), in ___Mesa___ (County), when _____Alyssa Christie Montalbano_____ (name of person) did the following to me and/or the above named Protected Persons: ***Be specific: What was the threat or acts of violence?  Where did this occur? Were the minor children or other Protected Persons present? Was a weapon involved?***

_____Filed a lawsuit for "Theft of Dream Visions" that accused Mr. Goode of, inter alia, using "mind control tactics" and "military-grade" and "guerrilla warfare tactics" to steal Montalbano's "dream visions". Her filing included hundreds of pages of false accusations of heinous crimes. She broadcast a multitude of Mr. Goode's personal information out through social media and in her court filings in the years that followed. She incessantly and repeatedly attempted to call, email and snail mail Mr. Goode to get his attention and the attention of his colleagues and former colleagues. She even sent correspondence regarding her false claims and accusations to Mr. Goode's place of business..

**c)** Any other past incidents of violence or threats?   ***Be specific: What was the threat or acts of violence? Where did this occur?   Were the minor children or other Protected Persons present?  Was a weapon involved?***

_____She has been making and continues to make threats of harm, defamation or lawsuits. My wife and children have been subjected to the public social media posts threatening such actions and have been caused to undertake counseling as treatment. [As further outlined in attached Brief in Support]._____

**d)** Are you aware of any other Protection Orders currently in effect against you or the other person?
☐**Yes** ☒ **No**   If **Yes,** list any relevant information, such as the issuing Court, State, and date of the order:

_____

_____

**5.**   I believe that I and/or the other Protected Persons named in this action are in imminent danger from
_____Alyssa Chrystie Montalbano_____ (name of person):

☒Harm to my/our life or health if he/she is not restrained as requested.

☒Physical or emotional harm to my/our emotional health or welfare if he/she is not excluded from the family home or the home of another.

**6.**   ☒I request that I be permitted to omit my address from this Verified Complaint/Motion for Civil Protection Order, because I fear that including my address will endanger me and/or the other Protected Persons.

**7.**   I request the following relief from the Court that _____Alyssa Chrystie Montalbano____ (name of person):

**a)**   ☒Be ordered to refrain from contacting, harassing, injuring, stalking, touching, sexually assaulting, molesting, intimidating, and threatening me or other protected persons.

**b)**   ☒Be ordered to have **no contact** at all with me or the other Protected Persons.
   **or**
☐Be allowed only the following limited contact with me or the other Protected Persons:  ***Be specific.***

_____

_____

_____

**c)**   ☒Be excluded from my home at (address): **If you checked section 6, <u>do not</u> provide your address.**

_____

**d)**   ☒Be ordered to stay at least ____10,000____ yards from the following places. (address or description)
   **If you checked section 6, <u>do not</u> provide your address.**
☒Home: _____
☐   Work:   Name: _____ Address: _____
☒School:  Name: _____ Address: _____
☐Other: _____

e) ☒ Be ordered to have **no contact** with the minor children and that I be awarded temporary care and control and Interim Decision-Making Responsibilities for the children.

   **or**

   ☐ Be awarded temporary care and control of the children and that the other person be given Parenting Time with the children and Interim Decision-Making Responsibilities as follows:  **Be specific.**

   _____

   _____

   _____

f) ☒ Be ordered to refrain from molesting, injuring, taking, transferring, encumbering, concealing, or disposing of or threatening harm to an animal owned, possessed, leased, kept or held by me or my minor child(ren), or other protected persons.  Arrangements for possession and care are as follows:

   _____

   _____

g) ☐ Be ordered, if this is a domestic abuse protection order, to not possess and/or purchase a firearm, ammunition, or other weapon AND to relinquish any firearm or ammunition within the time ordered by the Court.

h) ☒ Be ordered to refrain from interfering with me or other protected persons at our place of employment or place of education and from engaging in conduct that impairs my or other protected person's employment, educational relationships, or environment.

i) ☒ Other:

   Be ordered that she does not attend any event, conference or meeting that myself and/or my family or

   colleagues are attending and/or speaking or presenting at, including but not limited to my conferences on

   July 4, 2020 in Lake Trout, Washington and August 14, 2020 in Colorado Springs, Colorado.


☒ I understand that once a Civil Protection Order is issued it cannot be modified or dismissed by me or the other person without permission of the Court.

☒ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.
☐ By checking this box, I am acknowledging that I have made a change to the original content of this form.

## VERIFICATION

**I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.**

Executed on the   6   day of    March    ,   2020  , at     Burbank, California, United States
                   (date)          (month)          (year)        (city or other location, and state OR country

   James Corey Goode
(Printed name of ☒ Petitioner ☐ Respondent)                    Signature of ☒ Petitioner ☐ Respondent

_____
Attorney, if applicable

**Stop:  If you checked box number 6, do not fill in your address and telephone number.**

_____

Address

_____

_____

Telephone Number

---

***Notice:*** Colorado Revised Statutes §13-14-105 identifies that a temporary injunction may be issued by the Court and that upon personal service or upon waiver and acceptance of service by the Restrained Person, is to be in effect against the Restrained Person for a period determined to be appropriate by the Court.   This injunction restrains the Restrained Person from:

1.  **Ceasing to make payments for mortgage or rent, insurance, utilities or related services, transportation, medical care, or child care when the Restrained Person has a prior existing duty or legal obligation for making such payments.**

2.  **Transferring, encumbering, concealing, or in any way disposing of personal effects or real property, except in the usual course of business or for the necessities of life.**

The Restrained Person shall be required to account to the Court for all extraordinary expenditures made after the injunction is in effect.

Any injunction issued shall not exceed one year after the issuance of the Permanent Civil Protection Order.

## UNITED STATES COUNTY COURT FOR THE
## COUNTY OF BROOMFIELD COLORADO

| | | |
|---|---|---|
| **JAMES COREY GOODE,** | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **ALYSSA-CHRYSTIE** | § | **CAUSE NUMBER: _____** |
| **MONTALBANO,** | § | |
| | § | |
| *Defendant,* | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## BRIEF ACCOMPANYING VERIFIED COMPLAINT FOR PROTECTION ORDER AND TEMPORARY RESTRAINING ORDER

COMES NOW, Mr. James Corey Goode and submits to the Court his Motion for Protective Order and Accompanying Brief, and shows:

## INTRODUCTION

Mr. Goode has undergone years of repeated stalking and harassment by Alyssa Montalbano that, as shown below, must be restrained by this honorable Court in order to protect not only his health, safety and welfare but that of his wife, his son and his daughter.

## AUTHORITY

Due to the increase in stalking cases reported over the year, the state of Colorado has adopted strict anti-stalking laws. (*See* 18-3-602, C.R.S.)  These laws

mandate that stalkers be arrested and punished for their harassing behaviors, which can include: violence, *threats*, *invasion of privacy*, burglary, vandalism, and trespassing. *Id.* (emphasis added) Further, Colorado state law provides criminal punishment for someone who:

> "[r]epeatedly follows, approaches, **contacts**, places under surveillance, or **makes any form of communication** with another person, a member of that person's immediate family, or someone with whom that person has or has had a continuing relationship in a manner that would **cause a reasonable person to suffer serious emotional distress** and does cause that person, a member of that person's immediate family, or **someone with whom that person has or has had a continuing relationship to suffer serious emotional distress**."

*Id.*

Recently, individuals in Colorado have been found guilty of multiple counts of criminal felony stalking for behavior such as texting, calling and following a victim (*see People v. Wagner,* 434 P. 3d 731 - Colo: Court of Appeals, 1st Div. 2018*; see also People v. Chase*, 2013 COA 27, ¶¶ 53-54, 411 P.3d 740 (concluding that several emails containing "implicit and explicit threats" was sufficient evidence of credible threats when victim considered the emails serious and undertook self-protective measures as a result). For civil stalking, a lower standard than that for criminal stalking, repeated approaches, contacts or forms of communication that causes a reasonable person to suffer serious emotional distress are sufficient to impose liability.

Severe emotional distress, under Colorado caselaw, may be shown in various ways. *See People v. Carey*, 198 P.3d 1223 at 1233 (Colo. App. 2008) (victim's testimony "that she was 'very fearful' and 'very distressed' because she realized that defendant could easily act on his threats" and that she "increased her level of awareness of her surroundings" was sufficient evidence of serious emotional distress); *People v. Cross*, 114 P.3d 1, 6 (Colo. App. 2004) (sufficient evidence of serious emotional distress when victim testified that the defendant's behavior caused her to change her work schedule, feel nervous, and have trouble sleeping) (citations omitted); *People v. Sullivan*, 53 P.3d 1181, 1185 (Colo. App. 2002) (sufficient evidence of serious emotional distress when victim testified that she changed her routines, was afraid, felt she was constantly being watched, and had trouble sleeping). All of these elements are apparent in Mr. Goode and his family's lives due to the acts of Alyssa Montalbano.

## **FACTS**

### 1. **The First TRO/Stalking Application**

This is the second time that Mr. Goode has had to pursue protection against Alyssa Chrystie Montalbano ("Montalbano") due to her repeated stalking, threats, and invasion of Mr. Corey Goode's privacy. Montalbano has stalked Mr. Goode by incessantly and repeatedly contacting and attempting to contact him with the sole purpose of coercing him into some fictitious and fanciful relationship that she has

concocted in her mind. In Mr. Goode's first application for protection order, filed

with this Court in June of 2018 and granted in July of 2018, Mr. Goode laid out a

particularly terrifying and threatening communication she sent to him:

> "Alyssa sent an email after she agreed to cease contact with me on February 2, 2018. In it she references the Conference we forbade her to attend that I was presenting at due to her 400 emails and repeated calls, letters, etc. In her email she says "did something occur in Hawaii? I ask because of a couple dreams.  One, you may not be aware of anything... in the dream you were playing (yes in a disguise) **and I scooped you up so the sniper on the hill wouldn't shoot you and eat you. I took you and placed you somewhere safe**.  You seemed oblivious the entire time.  In the next dream (disguise again) you seemed to have caught a cold or had something occur that reminded me of my trip to Hawaii as a kid with my bff when she got sucked into the undertow by the shore and when she got back on shore she puked this clear mucally type bile vomit onto the sand.  We promptly buried it and moved to the next cabana. :::grin::: Something similar to the bile - vomit was seen in the dream but with shuffles like a really bad cold and you were having a hard time breathing.  I helped keep you breathing.  Did you have any kind of ocean incident or catch a cold or have any kind of breathing issues?"

(emphasis added).

This incident premised Mr. Goode's Stalking/TRO filed and granted in

2018, but the underlying threats to life and body still loom, especially in light of

her reaction to the most recent ruling on her lawsuit filed in Mesa County

dismissing the action.

Montalbano has sent him, since as early as 2017, messages, emails and

letters with incomprehensible, made up legal-sounding language (as outlined in

Mr. Goode's previous TRO filed with this Court in June of 2018) threatening Mr.

Goode with a lawsuit and/or criminal charges (Montalbano is not, nor has she even been, a government attorney or anyone that may bring criminal charges on behalf of the state) unless and until he engaged with her.

Mr. Goode respectfully requests this Court take judicial notice of his prior TRO/Stalking Application in June/July of 2018 and the materials contained therein.

## 2. The Retaliatory Mesa Lawsuit

In retaliation to Mr. Goode's Stalking/TRO lawsuit filed on or around June 15, 2018, Montalbano opened a lawsuit in Mesa County against Mr. Goode on June 25, 2018. As explained in the attached verified Complaint for Protection Order. Attached to this Brief in Response are the Register of Actions of the Mesa Action prior to removal, showing **thirty-six filings** in **less than three months**. (Exhibit 4). These filings are replete with Montalbano's fanciful ideas of being married to Mr. Goode in another dimension, having romantic meetings through astral projection, and other disturbing stories as well as a painstakingly detailed review of Mr. Goode's career and personal life details. The detail of her musings over Mr. Goode show the massive amounts of hours **every day** she spends obsessing over Mr. Goode. The thought of this attention causes severe emotional

distress to Mr. Goode and his family and is something that horror movies are premised on.

Due to the nature of Montalbano's claims seeming—to Mr. Goode's counsel's best analysis of the purported claims—to be of the nature of copyright, Mr. Goode removed the action to federal court on or around September of 2018. After the case was removed, Montalbano amended her claims—at the urging of Judge Moore and after Magistrate Gallagher recommended dismissal of the action—and the case was sent back to state court on or around December of 2018. (Exhibit 5). In the **just over two months** that the case was in federal court, the docket entries totaled **eighty docket entries**. *Id*. The vast majority of filings in both cases were by Montalbano, most stricken and/or ignored by the judges due to their sheer unfounded (in legal or reason), baseless and innocuousness nature. The amount of filings mounted after removal, and has doubtless reached over a hundred. All have been sent to Mr. Goode. All have caused repeated and continuing emotional distress. For two years now Mr. Goode has dealt with Montalbano's repeated harassment, defamation and unwanted affections and attention. He has suffered physical stress due to the ongoing fear he endures.

Now, after years of Montalbano's ongoing and repeated harassment, stalking, and unwanted contact and attention, Mr. Goode has reached the point where he fears an impending attack of Montalbano's intense focus resulting in

harm to himself and his family. Last year, Montalbano received a report and recommendation from a Federal Magistrate Judge calling her "delusional" (*see* Exhibit 1, *see also* Exhibit 3 (someone who has met Montalbano stating that when she met her "she was missing a few screws even back then")) in addition to a dismissal of her case against Mr. Goode by a State Court Judge, her response to both being inflammatory and a huge outlash. An excerpt reproduced below:

> Plaintiff asserts the violation of a legal interest that clearly does not exist or facts that do not support an arguable claim for relief. The complaint(s) lack coherent factual allegations or claims. They describe what seems a delusional scenario of use of supposed dreams emailed to another party. The nonsensical allegations do not support an arguable claim for relief, and a more specific pleading would not cure the failure of the purported claims nor place them in a position to clear the hurdles of Rule 8 or 12. The complaint fails to provide a short

She has since filed multiple motions against the Judge in the Mesa action calling for his recusal for "perjury" and accusing him of working with Mr. Goode and his counsel. Mr. Goode requests this Court enter a protective order to prevent Montalbano—someone who at least two judges and hundreds of lay people agree is extremely unstable—from harming, threatening or harassing Mr. Goode and/or his family further.

### 3. Montalbano's YouTube Account Focused Solely on Mr. Goode

Most recently, Montalbano has created a YouTube account purely for the purpose to harass, defame, threaten and discredit Mr. Goode. A screenshot of her channel is below:



(accessed at https://www.youtube.com/channel/UCyiuJjzwQKX0dQGp8_kd8_w).

On her YouTube channel Montalbano reads aloud—for hours at a time—her voluminous, nonsensical court filings and inserts delusional commentary about her "relationship" with Mr. Goode, an imaginary husband-and-wife or "twin flame" relationship she has been asserting since at least 2018 exists between herself and Mr. Goode. Mr. Goode has never had any face-to-face interaction with

Montalbano. He is happily married to his wife, and Montalbano's repeated unwanted advances has caused severe emotional distress on the entire Goode family. Her disturbing "dream visions" involve twisted scenarios often blending Star Wars elements with Alice in Wonderland. Her advances are constant and unabating. Only this Court has it within its authority to make them stop.

As shown above, Montalbano has terrified, emotionally hurt and threatened to hurt Mr. Goode and his family and they are in imminent danger of further abuse or threats if the protection order that is sought herein is not issued. Mr. Goode and his family are in constant terror that Montalbano may show up where they live, or to a conference they are attending, and attempt to harass, follow, or *worse*…inflict bodily harm—based on the multitude of postings and various harassment that they have all been exposed to. Mrs. Goode does not answer the door when Mr. Goode is gone and instructs her son and daughter to do the same out of fear for their safety. Mr. Goode checks in on his family more often than he did before out of fear for the safety of his wife and children. Their children do not play outside as much as they used to for fear of being watched, harassed or followed. The fact that the Goode family has altered their day-to-day, once carefree way of living is a tragedy to the extreme, especially for his son and daughter who should be allowed to enjoy life as any other child. Montalbano must be prevented from coming near or around Mr. Goode and his family permanently and must be prohibited from contacting anyone

related to him in any way. Further, and perhaps most importantly, she must explicitly be forbidden to attend any of the conferences or live events Mr. Goode presents at or attends.

## **<u>CONCLUSION</u>**

This is but a cursory overview of the attached multitudes of evidence. Even more exists and will be brought forward at the Permanent Protective Order Hearing. Mr. Goode respectfully asks that this Court **GRANT** his preliminary protective order in accordance with the above and aforementioned.

March 6, 2020                                    Respectfully,
                                                           */s James Corey Goode/*
                                                           James Corey Goode