# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC.

*Plaintiffs*,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH,

*Defendants*.

ALYSSA CHRYSTIE MONTALBANO, individually,

*Counter-Claimant,*

v.

JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC.,

*Counter-Defendants,*

LIGHT WARRIOR LEGAL FUND, LLC;
DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION
VALERIE YANAROS WILDE, ELIZABETH LORIE, BRIAN JAMES FLYNN, WILLIAM CAMPBELL, MATTHEW GROVE, DIANA TERRY, and CHRISTINA GOMEZ,

*Third-Party Defendants*

**ENTRY OF APPEARANCE**

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as additional counsel of record for Third-Party Defendant, Elizabeth Lorie.

Respectfully submitted this 24th day of May, 2021.

**ROBINSON & HENRY, P.C.**

/s/ *Timothy M. Murphy*
Timothy M. Murphy, #53430
7555 E. Hampden Avenue, Suite 600
Denver, CO 80231
(303) 688-0944
tim@robinsonandhenry.com

*Attorney for Third-Party Defendant, Elizabeth Lorie*

### CERTIFICATE OF SERVICE

The undersigned certifies that on this 24th day of May, 2021, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was electronically filed with the Clerk of the Court, United States District Court for the District of Colorado, using the CM/ECF system and was served upon all parties who have entered their appearance.

**ROBINSON & HENRY, P.C.**

By: */s/ Julie Vogel*
Julie Vogel, Paralegal