# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

*Plaintiffs*,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH,

*Defendants*.

ALYSSA CHRYSTIE MONTALBANO, individually,

*Counter-Claimant,*

v.

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

*Counter-Defendants,*

LIGHT WARRIOR LEGAL FUND, LLC;
DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
VALERIE YANAROS WILDE, ELIZABETH LORIE,
BRIAN JAMES FLYNN, WILLIAM CAMPBELL,
MATTHEW GROVE, DIANA TERRY, and
CHRISTINA GOMEZ,

*Third-Party Defendants*

## THIRD PARTY DEFENDANT ELIZABETH LORIE'S <u>OPPOSED</u> MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO CROSS-COMPLAINT

**D.C.COLO.LCivR 7.1(a) Certification:** Undersigned counsel certifies that they made

efforts in good faith to contact and confer with the respective parties or, if represented,

their counsel with regard to this Motion. Counsel for third-party Defendants Judge Terry, Judge Grove, Judge Gomez, Judge Flynn, and William Campbell does not oppose this Motion or the relief requested herein. Counsel for defendants Gaia Inc., Jirka Rysavy, Brad Warkins, and Kiersten Medvedich does not oppose this Motion, or the relief requested herein. Counsel for Plaintiffs James Corey Goode and Goode Enterprise Solutions, Inc. does not oppose this Motion, or the relief requested herein. All other parties or their respective counsel did not respond to undersigned counsel's efforts to confer regarding this Motion and thus it is presumed such parties or respective counsel oppose this Motion and the relief requested herein.

**COMES NOW**, third-party Defendant **ELIZABETH LORIE** (hereinafter "Defendant"), by and through undersigned counsel of Robinson & Henry, P.C., and hereby moves this Court for an Order granting an extension of time of 21 days to file a responsive pleading to the Cross-Complaint of Alyssa Montalbano. In support of this Motion, Defendant states and alleges as follows:

On February 27, 2021, Defendant and Cross-claimant Alyssa Montalbano filed a pleading that contained her Amended Answer to the Second Amended Complaint, as well as counterclaims and cross-claims against various parties, including against Defendant. Defendant received Summons and a copy of the Complaint/Counter-claim on April 28, 2021. (See Doc. 190). Pursuant to F.R.C.P. 12(a)(1)(A)(i), Defendant's responsive pleading to the Complaint and Cross-Complaint was therefore due on or before May 19, 2021.

D.C.COLO.LCivR 6.1 provides that Defendant may request an extension of time to submit a responsive pleading. Pursuant to D.C.COLO.LCivR 6.1(b), Defendant requires an extension of time of 21 days due to Defendant having just retained counsel. Counsel for Defendant requires additional time to review the voluminous pleadings and

2

entries in this case in order to effectively effectuate Defendant's legal representation in the submission of a responsive pleading to the Complaint/Cross-complaint.

Although Alyssa Montalbano was one of the parties from whom undersigned counsel did not receive a response regarding the opposition of this Motion, undersigned counsel nevertheless believes upon information and belief that Alyssa Montalbano, nor any other party to this action, would suffer any prejudice by this Court granting the relief requested herein.

**WHEREFORE**, third-party Defendant ELIZABETH LORIE respectfully requests this Court grant this Motion, allowing her an additional 21 days from the date of the entry of the Order to submit her responsive pleading to Alyssa Montalbano's Answer to Complaint with Counter-claims.

Respectfully submitted this 24th day of May 2021.

                                                **ROBINSON & HENRY, P.C.**

                                                /s/ *Timothy M. Murphy*
                                                Timothy M. Murphy, #53430
                                                7555 E. Hampden Avenue, Suite 600
                                                Denver, CO 80231
                                                (303) 688-0944
                                                tim@robinsonandhenry.com

                                                *Attorney for Third-Party Defendant,*
                                                *Elizabeth Lorie*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 24th day of May, 2021, a true and correct copy of the foregoing **THIRD PARTY DEFENDANT ELIZABETH LORIE'S OPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO CROSS-COMPLAINT** was electronically filed with the Clerk of the Court, United States District Court for the District of Colorado, using the CM/ECF system and was served upon all parties who have entered their appearance.

Valerie Ann Yanaros, Esq.
Yanaros Law PC
5057 Keller Springs
Suite 300
Addison, TX 76001
*Attorneys for Plaintiffs*

Clif High *(via U.S. Mail)*
PO Box 141
Moclips, WA 98562
*Pro Se Defendant*

Michael Jacob Laszlo, Esq.
Laszlo & Associates, LLC-Boulder
2595 Canyon Boulevard, Suite 210
Boulder, CO 80302
*Attorneys for Defendant Benjamin Zavodnick*

Dmitry B. Vilner, Esq.
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
*Attorneys for Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, and Christina Gomez*

Daniel Andrew Dingerson, Esq.
Ina B. Scher, Esq.
Davis & Gilbert, LLP
1675 Broadway
New York, NY 10019
*Attorneys for Defendant Gaia, Inc., Jirka Rysavy, Brad Warkins, Kiersten Medvedich*

Aaron Bardin Belzer, Esq.
Ashlee Nicole Hoffmann, Esq.
Burnham Law Firm PC-Boulder
2760 29th Street, Suite 1E
Boulder, CO 80301
*Attorneys for Defendant Jay Weidner*

Alyssa Montalbano *(via U.S. Mail)*
2536 Rimrock Avenue
Suite 400-117
Grand Junction, CO 81505
*Pro Se Defendant/Cross-Claimant*

**ROBINSON & HENRY, P.C.**

By:  */s/ Julie Vogel*
    Julie Vogel, Paralegal