# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

*Plaintiffs*,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH,

*Defendants*.

ALYSSA CHRYSTIE MONTALBANO, individually,

*Counter-Claimant,*

v.

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

*Counter-Defendants,*

LIGHT WARRIOR LEGAL FUND, LLC;
DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
VALERIE YANAROS WILDE, ELIZABETH LORIE,
BRIAN JAMES FLYNN, WILLIAM CAMPBELL,
MATTHEW GROVE, DIANA TERRY, and
CHRISTINA GOMEZ,

*Third-Party Defendants*

**ORDER RE: THIRD PARTY DEFENDANT ELIZABETH LORIE'S OPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO CROSS-COMPLAINT**

**THIS MATTER**, comes before the Court on Third Party Defendant Elizabeth Lorie's Opposed Motion for Extension of Time to File a Responsive Pleading To Cross-Complaint, and the Court, having reviewed the Motion and being fully advised in the premises, hereby **GRANTS and APPROVES** the Motion.

Third-Party Defendant, Elizabeth Lorie has up to and including June 14, 2021 to file her response to Cross-Complaint.

DONE this ____ day of _____, 2021.

_____
District Court Judge/Magistrate