# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant, Third-Party Plaintiff

v.

James Corey Goode, individually
And GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

HEALING AND EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,  Elizabeth Lorie,
Brian James Flynn, William Campbell,
Matthew Grove,  Diana Terry,
Christina Gomez

Third-Party Defendants.

## THIRD-PARTY PLAINTIFF ALYSSA MONTALBANO RESPONSE TO ELIZABETH LORIE MOTION FOR EXTENSION OF TIME [#201]

COMES NOW, Alyssa Chrystie Montalbano, Third-Party Plaintiff, in Response to "Third Party Defendant Elizabeth Lorie's <u>Opposed</u> Motion for Extension of Time to File a Responsive Pleading to Cross-Complaint" filed May 24, 2021, at Docket 201, and states as follows:

1. Montalbano is unopposed to the motion for extension of time.

2. Montalbano received no communications by email, text message, or phone from Ms. Lorie's counsel, Mr. Murphy, or any other representative on her behalf at any time.

3. Montalbano made efforts to reach out to Mr. Murphy by email and phone immediately after seeing the motion for extension of time (May 25, 2021) and has received no response yet.

**Wherefore,** The court should Grant the opposing party's motion for extension of time [#201] and Montalbano speculates an email from Mr. Murphy was likely lost in cyberspace, sent to the incorrect address, or a phone call was made and missed (as Montalbano has no voice mail).

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Counter-Claimant, Third-Party Plaintiff

**Certificate of Compliance**

I certify the foregoing Response complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

I certify that on this 25th day of May 2021 a copy of the foregoing Response was filed with the clerk of the court using the CM/ECF system and are lawfully served upon Defendants' counsel, and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5).

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen