# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant, Third-Party Plaintiff

v.

James Corey Goode, individually
And GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

HEALING AND EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde, Elizabeth Lorie,
Brian James Flynn, William Campbell,
Matthew Grove, Diana Terry,
Christina Gomez

Third-Party Defendants.

## NOTICE OF SECOND AMENDED COUNTERCLAIMS COMPLAINT

COMES NOW, Alyssa Chrystie Montalbano, Defendant, Counter-Claimant and Third-Party Plaintiff, and respectfully shows as follows:

**Federal Rule of Civil Procedure 15(a)(1)(B) Notice:** Pursuant this Court's Rule, Montalbano files herewith her Notice of Amending of her counterclaims [#184] as a matter of course within 21 days of being served a Rule 12(b) Motion [#195] by Plaintiffs Goode and GES, May 11, 2021; and has attached the Second Amended Counter Claims Complaint (SACC) striking any deletions and underlining any additions, along with a copy of the fully amended SACC that incorporates the following amendments:

1) Removes the two (criminal) Harassment Claims 12 and 13 [#184], and places relevant allegations in IIED and NIED claims.
2) Removes some PLAC citations from the General Allegations.
3) Updates Ms. "Wilde's" name to read as "Yanaros"

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Counter-Claimant, Counter Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 29th day of May 2021 a copy of the foregoing Notice with attached SACC was filed with the clerk of the court using the CM/ECF system and are lawfully served upon Plaintiff's Counsel and appeared Defendants through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5) and a copy delivered to Mr. High by email.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen