AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 1:20-CV-00742-DDD-KLM

State of Nevada
County of Clark

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Wilcock
was received by me on *(date)* 4/22/2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tim Harris/Quality Control, who is designated by law to accept service of process on behalf of *(name of organization)* David Wilcock 7848 W Sahara Ave. Las Vegas, NV 89117 on *(date)* 4/26/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 4/26/2021

Subscribed and Sworn to before me on
this 26th day of April 2021

Notary Public/Eric Ruecker

*[Notary seal: ERIC RUECKER, Notary Public - State of Nevada, County of Clark, APPT. NO. 01-71992-1, My App. Expires Nov 17, 2021]*

*Server's signature*

Susan Kruse
*Printed name and title*

Vegas Pro Serv
848 N. Rainbow Blvd. #5372
Las Vegas, NV 89107
702-526-0411 NV LIC 1469

*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Answer and Counterclaims (Docket 120), Exhibits (Docket 121) and Third-Party Summons (Docket 164)