IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC.,

    Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH,

    Defendants.

----

Alyssa Chrystie Montalbano, Individually

    Counter-Claimant,

v.

James Corey Goode, individually and GOODE ENTERPRISE SOLUTIONS INC.

    Counter-Defendants,

GAIA, INC., Jay Weidner, Jirka Rysavy, Brad Warkins, And Kiersten Medvedich,

    Cross-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC; David Wilcock, THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION, Valerie Yanaros Wilde, Elizabeth Lorie, Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, Christina Gomez

    Third-Party Defendants.

**BRIAN JAMES FLYNN, WILLIAM CAMPBELL, MATTHEW GROVE, DIANA TERRY, AND CHRISTINA GOMEZ'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO ALYSSA CHRYSTIE MONTALBANO'S THIRD-PARTY CLAIMS**

1. **Certificate of Conferral**: Undersigned counsel certifies that he conferred with all parties (or their counsel) who have entered an appearance in this matter regarding the relief sought in this motion. Clif High indicated he takes **no position**. All other parties have indicated they **do not oppose**.

2. This lawsuit was filed by James Corey Goode, a "motivational speaker, influencer, author, producer and public figure" who alleges various torts and violations of federal trademark and anti-racketeering statutes against several defendants. One of these defendants is Alyssa Chrystie Montalbano. [ECF No. 1].

3. In turn, Montalbano filed counterclaims, cross-claims, and—as relevant here—third-party claims (together, her "Complaint"). *See* [ECF No. 120]. She named Judge Diana Terry, Judge Matthew Grove, Judge Christina Gomez, Judge Brian James Flynn, and William Campbell as third-party defendants (together, the Judicial Defendants). The thrust of Montalbano's claims against the Judicial Defendants is that they violated her rights by issuing adverse rulings in related state court matters—or, in Mr. Campbell's case, by failing to discipline or remove Judge Flynn in response to Montalbano's complaints to the Colorado Commission on Judicial Discipline.

4.      The Judicial Defendants waived and accepted service of Montalbano's Complaint through undersigned counsel on April 6, 2021. Thus, their answer or response to the Complaint is not due until June 7, 2021. *See* Fed. R. Civ. P. 4(d)(3).[1]

5.      Sometime before the Judicial Defendants waived and accepted service, Montalbano had moved to amend the Complaint. *See* [ECF No. 155 (motion); ECF No. 155-1 (amended Complaint)]. On April 26, 2021, this Court accepted Montalbano's amended Complaint for filing, thereby making it the operative complaint as against the Judicial Defendants. [ECF No. 183].

6.      On May 29, 2021, Montalbano filed a "Notice of Second Amended Counterclaims Complaint," along with an attached second amended Complaint. [ECF Nos. 204, 204-1]. Montalbano purported to further amend her Complaint under Fed. R. Civ. P. 15(a)(1)(B) without first seeking leave to do so. However, Montalbano had already amended her Complaint once, so Fed. R. Civ. P. 15 seemingly precludes her from doing so again without the Court's permission.

7.      The Judicial Defendants do not oppose Montalbano's further amendment of her Complaint. Moreover, in conferral, Montalbano indicated that she intends to file a motion to further amend her Complaint. Nevertheless,

---

[1] The answer or response is due 60 days after the date of the waiver request. But 60 days after April 6, 2021 falls on a Saturday, so the answer or response is due the next business day. Fed. R. Civ. P. 6(a)(1)(C).

3

Montalbano's "Notice" creates some confusion as to which of Montalbano's Complaints is the operative one.

8. In an abundance of caution and to conserve this Court's and the parties' resources, the Judicial Defendants respectfully request an extension of time of 14 days to answer or otherwise respond to Montalbano's operative Complaint (whether it is her first or second amended Complaint) after this Court rules on whether Montalbano may file a second amended complaint.

9. The Judicial Defendants have not previously sought an extension of time to answer or respond to any of Montalbano's Complaints. This extension will not prejudice any party or result in the continuation of any hearing or trial dates. Undersigned counsel certifies he has served this motion on his clients.

WHEREFORE, for these reasons, Judge Diana Terry, Judge Matthew Grove, Judge Christina Gomez, Judge Brian James Flynn, and William Campbell respectfully request that this Court grant an extension of time of 14 days to answer or respond to Alyssa Christie Montalbano's operative Complaint after this Court rules on whether Montalbano may file a second amended complaint.

Dated this 2nd day of June, 2021.

4

Respectfully submitted,

PHILIP J. WEISER
Attorney General


*s/ Dmitry B. Vilner*
DMITRY B. VILNER *
Assistant Attorney General
Civil Litigation and Employment Law Section
Attorneys for Third-Party Defendants Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, and Christina Gomez

1300 Broadway, 10th Floor
Denver, Colorado  80203
Telephone:  720-508-6645
FAX:  720-508-6032
E-Mail:  Dmitry.vilner@coag.gov
*Counsel of Record

CERTIFICATION OF WORD COUNT: I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

5

CERTIFICATE OF SERVICE

I certify that I served the foregoing BRIAN JAMES FLYNN, WILLIAM CAMPBELL, MATTHEW GROVE, DIANA TERRY, AND CHRISTINA GOMEZ'S FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO ALYSSA CHRYSTIE MONTALBANO'S THIRD-PARTY CLAIMS upon all parties herein by e-filing with the CM/ECF system maintained by the court or by depositing copies of same in the United States mail, first-class postage prepaid, at Denver, Colorado, this 2nd day of June 2021, addressed as follows:

Valerie Ann Yanaros
Yanaros Law PC
5057 Keller Springs, Suite 300
Addison, TX 76001
*Attorneys for James Corey Goode;*
*Goode Enterprise Solutions, Inc.;*

Daniel Andrew Dingerson
Ina B. Scher
Davis & Gilber, LLP
1675 Broadway
New York, NY 10019
*Attorneys for Gaia, Inc.; Jirka Rysavy;*
*Brad Warkins; Kiersten Medvedich*

Aaron Bardin Belzer
Ashlee Nicole Hoffman
Burnham Law Firm PC
2760 29th Street, Suite 1E
Boulder, CO 80301
*Attorneys for Jay Weidner*

Michael Jacob Laszlo
Laszlo & Associates, LLC
2595 Canyon Blvd, Suite 210
Boulder, CO 80302
*Attorneys for Benjamin Zavodnick*

[overlapping text also reads:]
Alyssa Chrystie Montalbano
2536 Rimrock Ave, Suite 400-117
Grand Junction, CO 81505
LegalZenACM@gmail.com
*Counter Claimant, Counter Plaintiff*

Timothy M. Murphy
Robinson & Henry PC
7555 E. Hampden Ave., Suite 600
Denver, CO 80231
*Attorneys for Elizabeth Lorie*

Alyssa Chrystie Montalbano
2536 Rimrock Ave. Suite 400-117
Grand Junction, CO 81505
LegalZenACM@gmail.com
*Pro se*

Clif High
P.O. Box 141
Moclips, WA 98562
*Pro se*

Judge Terry, Judge Grove, Judge Gomez, Judge Flynn, William Campbell
*Via email*

*s/ La'Tasha Carter*

6