# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant, Third-Party Plaintiff

v.

James Corey Goode, individually
And GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

HEALING AND EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,  Elizabeth Lorie,
Brian James Flynn, William Campbell,
Matthew Grove,  Diana Terry,
Christina Gomez

Third-Party Defendants.

## UNOPPOSED SECOND MOTION TO
## AMEND COUNTERCLAIMS COMPLAINT PURSUANT FRCP 15(a)(2)

COMES NOW, Alyssa Chrystie Montalbano, Defendant, Counter-Claimant and Third-Party Plaintiff, and moves the Court to Grant this Second Motion to Amend the Counterclaims Complaint [#184], pursuant Federal Rule of Civil Procedure Rule 15(a)(2), with proposed amendments filed at Docket 204; and states as follows:

1. On May 29, 2021 Montalbano filed a "Notice of Second Amended Counterclaims Complaint" (SACC) with attached SACC exhibits, at Docket 204.

2. June 1, 2021 it was brought to Montalbano's attention that a second amending of the pleading does not traditionally fall under the 'way of right' section of FRCP 15(a)(1)(B) and that a Motion requesting amendments beyond the first amended pleading should be filed.

3. Montalbano has conferred with all entered opposing parties and/or their counsel, and the proposed amendments seen in the Notice at Docket 204 and its attached pleading amendments are unopposed by the parties.

Wherefore, Montalbano respectfully requests the proposed and unopposed SACC Amendments filed at Docket #204 be Granted.

Dated this June 3, 2021

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Counter-Claimant, Counter Plaintiff

## Certificate of Compliance

I certify the foregoing Motion complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

### CERTIFICATE OF SERVICE

I certify that on this 3rd day of June 2021 a copy of the foregoing Motion was filed with the clerk of the court using the CM/ECF system and are lawfully served upon Plaintiff's Counsel and appeared Defendants through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5) and a copy delivered to Mr. High by email.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen