IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS, INC.,

      Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
CLIFF HIGH,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Third-Party Plaintiff Alyssa Chrystie Montalbano's **Motion to Serve by Certified Mail, Email, Substitution, Publication or Court Order FRCP 4(d) and (i)** [#161] (the "Motion"). Ms. Montalbano, who proceeds as a pro se litigant, asks the Court to permit alternative service on Third-Party Defendants Light Warrior Legal Fund LLC, Valerie Yanaros Wilde, Elizabeth Lorie, Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, Christina Gomez, and the United States. Except for the United States, all of these Third-Party Defendants have entered their appearances in this matter and therefore appear to have been served.[1] As for the United States, a review of Ms. Montalbano's operative complaint shows that the United States has not been named as a third-party defendant in this matter. Accordingly,

      IT IS HEREBY **ORDERED** that the Motion [#161] is **DENIED as moot**.

      Dated:  June 14, 2021

_____

      [1]  The Court makes no comment regarding the sufficiency of service.