-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
CLIFF HIGH,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Third-Party Defendant Elizabeth Lorie's **Opposed Motion for Extension of Time to File a Responsive Pleading to Cross-Complaint** [#201] (the "Motion"). Third-Party Plaintiff Alyssa Montalbano subsequently filed a Response [#202] indicating that she is not opposed to the Motion [#201]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#201] is **GRANTED**. Third-Party Defendant Elizabeth Lorie shall answer or otherwise respond to Third-Party Plaintiff Alyssa Montalbano's First Amended Counterclaims Complaint [#184] **no later than July 6, 2021**.

    Dated: June 14, 2021