IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
CLIFF HIGH,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Renewed Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6)** [#195] (the "Motion to Dismiss"), on Third-Party Defendants Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, and Christina Gomez's **Motion for Extension of Time to Answer or Otherwise Response to Alyssa Chrystie Montalbano's Third-Party Claims** [#207] (the "Motion for Extension"), and on Third-Party Plaintiff Alyssa Chrystie Montalbano's ("Montalbano") **Unopposed Motion to Amend Counterclaims Complaint Pursuant [to] FRCP 15(a)(2)** [#208] (the "Motion to Amend").

    IT IS HEREBY **ORDERED** that the Motion to Amend [#208] is **GRANTED**. The Clerk of Court shall accept Third-Party Plaintiff Montalbano's Answer and Second Amended Complaint [#204-1] for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Plaintiffs' Motion to Dismiss [#195], which is directed at Third-Party Plaintiff Montalbano's Answer and Amended Complaint [#184], is **DENIED as moot**. *See, e.g.*, *Strich v. United States*, No. 09-cv-01913-REB-KLM, 2010 WL 14826, at *1 (D. Colo. Jan. 11, 2010) (citations omitted) ("The filing of an amended

complaint moots a motion to dismiss directed at the complaint that is supplanted and superseded."); *AJB Props., Ltd. v. Zarda Bar-B-Q of Lenexa, LLC*, No. 09-2021-JWL, 2009 WL 1140185, at *1 (D. Kan. Apr. 28, 2009) (finding that amended complaint superseded original complaint and "accordingly, defendant's motion to dismiss the original complaint is denied as moot"); *Gotfredson v. Larsen LP*, 432 F. Supp. 2d 1163, 1172 (D. Colo. 2006) (noting that defendants' motions to dismiss are "technically moot because they are directed at a pleading that is no longer operative").

IT IS FURTHER **ORDERED** that the Motion for Extension [#207] is **GRANTED**. The deadline for Third-Party Defendants Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, and Christina Gomez to respond to Third-Party Plaintiff Montalbano's Second Amended Complaint is extended to **July 2, 2021**.

Dated:  June 18, 2021