# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant, Third-Party Plaintiff

v.

James Corey Goode, individually
And GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock, THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde, Elizabeth Lorie,
Brian James Flynn, William Campbell,
Matthew Grove, Diana Terry,
Christina Gomez

Third-Party Defendants.

**THIRD-PARTY PLAINTIFF ALYSSA MONTALBANO
MOTION FOR CLERKS ENTRY OF DEFAULT AND DEFAULT JUDGEMENT
AGAINST DAVID WILCOCK AND WILCOCK FOUNDATION
PURSUANT FRCP 55(a) and (b)(1), FRCP 12(a)(1)(B), and FRCP 4(d), (e), and (h)**

COMES NOW, Defendant, Counter-Claimant, and Third-Party Plaintiff, Alyssa Chrystie Montalbano, and respectfully requests the Clerk of the Court Enter a Default and Default Judgment for sums certain against Mr. David Wilcock [#217 at ¶5 and ¶28] and the WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION [#217 at ¶6 and ¶29] Pursuant FRCP 55(a) and (b)(1), FRCP 12(a)(1)(B), and FRCP 4(d), (e) and (h); for the following:

I, Alyssa Chrystie Montalbano, pro se litigant, am over the age of 18 and competent to state and affirm the following:

## SERVICE OF PROCESS

1. Ms. Montalbano caused Mr. David Wilcock and the WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION (hereafter "WILCOCK FOUNDATION") to be served waiver of summons requests and then by personal service of process the summons and counterclaims complaint in this instant civil action. Return of personal service of process is already on file with this Court at Dockets #186 and #206.

2. Mr. David Wilcock is not a minor, incompetent person, or serving in the military.

3. The WILCOCK FOUNDATION is in the care of Mr. David Wilcock. [#169-6 Form 990]

## WAIVER REQUEST DAVID WILCOCK – FAILURE TO RESPOND

4. **Mr. David Wilcock** received a waiver of summons request with counterclaims complaint and certificate of service [#169-3, p3] on February 26, 2021 via USPS Certified Mail #7019 1640 0001 9358 4666 [#169-4, p1, p6-7], whereby his wife, Mrs. Beth Wilcock signed for it in Sedona, Arizona [#169-5]; and who is not a minor, incompetent person, or serving in the military. (FRCP 4(d)(1))

5. Pursuant 18 USC §1702 it is against federal law for someone to interfere with mail not addressed to them, therefore it is reasonable to assume Mr. Wilcock received the documents via Mrs. Wilcock and/or that she is reasonably authorized to sign for, receive on behalf of, and/or open Mr. Wilcock's personal USPS certified mail.(FRCP 4(d)(1)(G))

6. **Mr. David Wilcock** failed to respond (FRCP 4(d)(2)) within 30 days to the waiver of summons request pursuant FRCP 4(d)(1)(F), and counting from first business day after signed receipt of waiver (March 1, 2021), with response due date of March 30, 2021.

## WAIVER REQUEST WILCOCK FOUNDATION – FAILURE TO RESPOND

7. The **WILCOCK FOUNDATION**'s registered agent, CORPORATE CAPITAL INC., located in Las Vegas, Nevada, received a waiver of summons request with counterclaims complaint and certificate of service [#169-3, p4] via USPS Certified Mail #7019 1640 0001 9359 9394, March 15, 2021, and return receipt requested. [#169-4 at p1, p8-9] (FRCP 4(d)(1))

8. The **WILCOCK FOUNDATION,** "In Care Of" Mr. David Wilcock [#169-6], failed to respond (FRCP 4(d)(2)) within 30 days to the waiver request pursuant FRCP 4(d)(1)(F), and counting from first business day after signed receipt of waiver (March 16, 2021), with response due date of May 15, 2021.

## PERSONAL SERVICE OF PROCESS UPON WIILCOCK AND WILCOCK FOUNDATION – FAILURE TO RESPOND

9. **Mr. David Wilcock** pursuant FRCP 4(e)(2)(C) [#206 Wilcock Summons Executed], and the **WILCOCK FOUNDATION** pursuant FRCP 4(h)(1)(B) [#186 WILCOCK FOUNDATION Summons Executed] received by personal service of process their third-party summons [#164, p1, p4-7], copy of the operative counterclaims complaint, exhibits, and proof of service for this instant case on April 26, 2021, via their registered and appointed agent, Mr. Tim Harris/Quality Control, authorized by law to receive service of process on their behalf, with 21 day Answer to Counterclaims due date of May 17, 2021. (FRCP 12(a)(1)(B)).

10. The agent, Mr. Harris, stated to the process server they were able to receive service of process on behalf of Mr. David Wilcock [#206] and did not cite any statute requiring a separate copy of the summons and complaint to also be mailed directly to third-party defendant, Mr. David Wilcock. (FRCP 4(h)(1)(B)).

11. The deadline for **Mr. David Wilcoc**k and the **WILCOCK FOUNDATION** to respond to their personal service of process of summons was May 17, 2021. Montalbano waited an additional 30 days (June 14, 2021) for Mr. Wilcock and the WILCOCK FOUNDATION, or any lawful representative on their behalf to enter an appearance in this instant case.

## ENTRY OF DEFAULT AND DEFAULT JUDGEMENT IS WARRANTED

12. **Mr. David Wilcock** and the **WILCOCK FOUNDATION** have failed to respond, appear, answer, or otherwise plead their case.

13. To date **Mr. Wilcock** and the **WILCOCK FOUNDATION**, or any lawful representative on their behalf, have failed to file a responsive pleading or communicate in any way with Ms. Montalbano with respect to its intentions to file an answer, responsive pleading, or return a waiver of summons.

14. There are two 'sums certain' against **Mr. Wilcock** and the **WILCOCK FOUNDATION** in the operative counterclaims complaint [#217]: **$68,012** (PLAC agreements) [#121-18, p5-7, p11] and **$116,600** (false judgment fees) [#217 (SACC) at Claim 1, RICO, ¶283 and ¶293 a. and d.; and Claim 12, Civil Conspiracy, ¶616 "jointly and severally" clause].

15. The 'sum certain' cost of service of process upon Mr. David Wilcock and the WILCOCK FOUNDATION; for skip traces, process servers, notarizations, USPS certified mailings, and including Montalbano's time and reasonable expenses such as paper, printer inks, discs, and gas; is **$14,882.73**. [See #169-1, 169-2, 169-3, 169-4, 169-5, 169-6, 187-2; and see Attached Affidavit, Service of Process Expenses] Pursuant FRCP 4(d)(2), the Court must imposed these costs upon Mr. David Wilcock and the WILCOCK FOUNDATION.

16. Clerk's Entry of Default is warranted pursuant FRCP 55(a); and Clerk's Entry of Default Judgment is warranted for the 'sums certain' pursuant FRCP 55(b)(1).

WHEREFORE, Montalbano respectfully requests the Clerk of the Court Enter Default against Mr. David Wilcock and the WILCOCK FOUNDATION for the aforementioned facts and reasons and failure to appear and defend pursuant FRCP 55(a), FRCP 12(a)(1)(B), and FRCP 4(d), (e), and (h); and Enter Clerk's Default Judgment in favor of Ms. Alyssa Chrystie Montalbano for the 'sum certain' damages (total $199,494.73) pursuant FRCP 55(b)(1) and FRCP 4(d)(2).

Affirmed this 19th day of June 2021.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Defendant, Counter-Claimant, Third-Party Plaintiff

**Certificate of Compliance**
I certify the foregoing Motion complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

**CERTIFICATE OF SERVICE**
I certify that on this 19th day of June 2021 a copy of the foregoing Motion was filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5) and a copy delivered to Mr. High by email.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen