# AFFIDAVIT SERVICE OF PROCESS EXPENSES
## COST OF SERVICE OF PROCESS BY ALYSSA MONTALBANO
## UPON THIRD PARTY DEFENDANTS
## DAVID WILCOCK AND WILCOCK FOUNDATION

I, Alyssa Chrystie Montalbano, am over the age of 18 and competent to state and affirm the following:

Ms. Montalbano's rate for self-representation to research and litigate this matter is $150 per hour, and as agreed upon in the unrebutted PLAC mailings seen at Docket 121-18, p4.

(Mesa County, CO. CLERK AND RECORDER #2843230, Recorded June 7, 2018)

| DATE | Time | Legal Work |
| --- | --- | --- |
| 12/13/20 | 3h | Searching DW Address |
| 1/16/21 | 2h | Service of process research |
| 1/20/21 | 1h | Service of process inquiries |
| 1/24/21 | 1h | Service of Process research |
| 1/26/21 | 30m | Phone call Boulder Assessors Office |
| 2/10/21 | 3h | Service of Process research |
| 3/10/21 | 5h 20m | USPS prep and USPS inquiry service trip |
| 3/11/21 | 8h | Foundation Waivers |
| 3/15/21 | 4h 30m | Motion Serve Publication |
| 3/18/21 | 3h | Motion Serve Publication |
| 4/5/21 | 6h | Prep, mail, summons |
| 4/20/21 | 8h | Skip Trace Review – location searches |
| 4/21/21 | 1h 30m | Service of Process research |
| 4/22/21 | 4h 30m | Obtain process server - correspondence |
| 4/26/21 | 1h | Correspond with process servers |
| 4/27/21 | 5h 30m | File service summons –work on Motion to Clarify |
| 4/28/21 | 5h 30m | Motion Clarify and File – Phone call Boulder Assessor's office |
| 5/19/21 | 20m | Process server correspondence |
| 5/21/21 | 2h | Process server correspondence and service of process research |
| 5/30-31/21 | 3h 20m | Organize records and file proof of service |
| 6/14/21 | 5h 30m | Motion Default research - write |
| 6/15/21 | 2h | Motion Default research - write |
| 6/16/21 | 3h | Motion Default research - write |
| 6/18/21 | 5h 50m | Motion Default – Affidavit Cost of Service of Process |
| 6/19/21 | 4h | Motion Default – Affidavit – notary - File |

Total Hours: 89h 20m at $150 per hour = **$13,400** self-representation fees.

Cost of Process Servers, Skip Traces, related Address Investigations, Notarizations, and USPS mailings

| Date | Cost | Notes |
|---|---|---|
| 1/13/21 | 124.42 | Failed service of process of Wilcock at Nederland address |
| 1/18/21 | 75.00 | Wilcock basic skip trace |
| 2/10/21 | 18.95 | Data USA DMV research |
| 2/11/21 | 14.40 | DMV Request release of address |
| 2/19/21 | 43.20<br>11.25 | USPS Wilcock 3 waiver requests and notaries |
| 3/11/21 | 5.53<br>14.40 | Notary – Wilcock Foundation<br>USPS Foundation Mailer |
| 3/15/21 | 7.98 | Tax Exempt World Foundation in Care of information |
| 4/5/21 | 14.40<br>14.40<br>10.00 | Wilcock and Wilcock Foundation summons – notarizations |
| 4/14/21 | 199.00 | Detailed Skip trace Mr. Wilcock |
| 4/20/21 | 34.65 | Postmaster Wilcock address requests |
| 4/26/21 | 144.15 | Process Serve Wilcock and Wilcock Foundation |
| 5/21/21 | 199.00 | Detailed Skip trace Mrs. Wilcock |
| **TOTAL** | **$930.73** | |

Monthly Legal Service Research Fee of $46 per month, December 2020 to current (7 months) **$322.00**

Estimated Cost of paper, printer ink, computer discs, and related office materials to effect waiver requests and service of process: **$150**

Estimated Cost of Gas for travel to and from post offices, office supply stores, and notaries: **$80**

TOTAL DUE: _____ **$14,882.73** _____

Affirmed this 19th day of June 2021

All Rights Reserved,

*Alyssa Chrystie Montalbano*

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Defendant, Counter-Claimant, Third-Party Plaintiff

State of CO, County of Mesa
Signed before me on this 19th day of June, 2021 by Alyssa C. Montalbano
Notary Public: Raini Wilson

RAINI WILSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20164021118
COMMISSION EXPIRES: 06/03/2024