| ☐ County Court ☒ District Court<br><br>Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | DATE FILED: June 25, 2018<br>CASE NUMBER: 2018CV50<br><br>JUN 25 2018 |
|---|---|
| Plaintiff(s)/Petitioner(s): Alyssa-Chrystie: Montalbano<br>v.<br>Defendant(s)/Respondent(s): James Corey Goode | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa-Chrystie: Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505<br><br>Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number:_____ Atty. Reg. #: N/A | Case Number:<br>18CV50<br><br>Division: 10   Courtroom: 10 |
| **MOTION TO ORDER<br>CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER** | |

**COMES NOW,** Plaintiff, Alyssa-Chrystie: Montalbano, (hereinafter "Ms. Montalbano"), moving the Court to grant a Cease and Desist Order on behalf of Ms. Montalbano, Plaintiff, to stop and prevent James Corey Goode, Defendant, from continued use of Ms. Montalbano's intellectual property, dream visions, copyrighted materials, and to stop and prevent the continued defamation of Ms. Montalbano's good name and character, per **Federal Rules of Civil Procedure, Rule 55, Federal Rules of Evidence; Colorado Rules of Evidence, Chapter 33, Article IV, Rule 401,** and by Memorandum Brief and Affidavit of Truth, in support thereof to state:

1) **Per Due Process of Law**, as implemented by Ms. Montalbano as of April 18, 2018, Ms. Montalbano sent five certified legal and lawful presentments by USPS mail with return receipt requested to Mr. Goode for response on a point by point basis regarding his extensive use of Ms. Montalbano's materials along with her averments and charges against Mr. Goode. Mr. Goode repeatedly failed to respond and thereby acquiesced to everything contained therein to include:

   (a) Mr. Goode agrees he has been using Ms. Montalbano's intellectual property, dream visions, and copyrighted materials to his benefit and Ms. Montalbano's detriment.

   (b) Mr. Goode agrees he and associates plan to continue to use Ms. Montalbano's materials to their benefit and Ms. Montalbano's detriment.

   (c) Mr. Goode agrees he has been performing libel and slander to defame Ms. Montalbano's good name and character and that he plans to continue to do so; and as further evidenced on June 15, 2018 through his attempt to attain a fraudulent stalking order against Ms. Montalbano in direct violation of Due Process of Law.

   (d) Mr. Goode agrees he has been performing military grade tactics against Ms. Montalbano to defraud her of intellectual property, dream visions, and copyrighted materials during 2017 and into 2018.

(e) Mr. Goode agrees he is liable for approximately $70,000 (Seventy Thousand Dollars) worth of infringement damages due to Ms. Montalbano

2) Ms. Montalbano has the right to be secure in her property, inalienable rights, and freedom of speech to address such matters and the right to Due Process of Law to secure such rights. (Constitution of the United States of America Bill of Rights, Fourth, Fifth, Sixth, Seventh, and Ninth Amendments; Colorado Constitution, Article II, Sections, 2, 3, 7, 10, 14, 15, 16, 16a, 23, 24, 25, 28)

3) **Since there is no controversy** between Mr. Goode and Ms. Montalbano regarding Mr. Goode's use of Ms. Montalbano's materials, per Federal Rules of Civil Procedure, Rule 55, an **ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER** must be made on behalf of Ms. Montalbano to stop and prevent: 1. Mr. Goode's current and future planned uses and abuses of Ms. Montalbano's intellectual property, dream visions, copyrighted materials and in particular as emailed to Mr. Goode during 2017. 2. Emails containing Ms. Montalbano's intellectual property and as sent to Mr. Goode during the course of 2017 are not to be deleted from his email box, as they are evidence. 2a. Specify, only Mr. Goode may continue to view those emails unless certified otherwise by Ms. Montalbano, or a direct court order. 3. For cited and mutilated materials in use by Mr. Goode to be removed from use or corrected and certified correct by Ms. Montalbano. 4. Attribution is to be made to Ms. Montalbano as the source of materials. 5. To restore Ms. Montalbano's good name and

character through the immediate ordering of Mr. Goode to cease and desist with all acts of libel, slander, and defamation of Ms. Montalbano's good name and character.

Respectfully submitted, All Rights Reserved

*Alyssa-Chrystie: Montalbano*

SUBSCRIBED AND SWORN TO BEFORE ME ON June 25, 2018 BY Alyssa Chrystie Montalbano

*Jenna Brierly*
Deputy Clerk

Plaintiff, Alyssa-Chrystie: Montalbano, American Citizen

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **MOTION TO ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER** were sent first class by U.S. Mail, postage prepaid, to Mr. James Corey Goode USPS Certified Mail 7017 2620 0000 7185 1069; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020 and Ms. Valerie Yanaros Wilde, Esq., YANAROS LAW, P.C., USPS Certified Mail 7017 2620 0000 7185 1052 5057 Keller Springs Rd, Suite 300, Addison, Texas 75001, this 25 day of June, 2018.

*Alyssa-Chrystie: Montalbano*
*Alyssa-Chrystie: Montalbano*

Alyssa-Chrystie: Montalbano, American Citizen