# Register of Actions

**EXHIBIT D**

|   | Filed by Plaintiff/Petitioner | **Case Number:** 2018CV000050 | **Division:** 10 |
|---|---|---|---|
|   | Filed by Defendant/Respondent | **Case Type:** Other | **Judicial Officer:** Brian Flynn |
|   | Filed by Court | **Case Caption:** Montalbano, Alyssa-Chrystie v. Goode, James Corey | **Court Location:** Mesa County |
|   |   | **Appellate Case Number:** 2020CA1775 - Court of Appeals | |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 01/11/2021 4:19 PM | Non-Party | N/A | Non-Party | Mandate from Appeals Court | Mandate from Appeals Court | Public |
| N/A (Details) | 12/10/2020 | Non-Party | N/A | Non-Party | Filing Other | Filing Other | Public |
| N/A (Details) | 11/24/2020 10:18 AM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order:Filing Other | Public |
| N/A (Details) | 11/19/2020 4:15 PM | Non-Party | N/A | Non-Party | Filing Other *(Related Document)* | Filing Other | Public |
| N/A (Details) | 10/22/2020 4:31 PM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order:Plaintiff's Objection to 9/15/2020 Orders for Constitutional Rights Violations | Public |
| N/A (Details) | 10/19/2020 3:38 PM | Non-Party | N/A | Non-Party | Advisory Notice - NAPF | Advisory Notice - NAPF | Public |
| N/A (Details) | 10/13/2020 2:35 PM | N/A | N/A | Alyssa-chrystie Montalbano | Notice of Appeal | Notice of Appeal | Public |
| N/A (Details) | 09/25/2020 12:00 PM | N/A | N/A | Alyssa-chrystie Montalbano | Objection *(Related Document)* | Plaintiff's Objection to 9/15/2020 Orders for Constitutional Rights Violations | Public |
| N/A (Details) | 09/15/2020 2:37 PM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order:Motion to Vacate Void Judgment Persuant Colo.R.Civ.P.60(a) and (b)(2),(3): Colo.R.Civ.P.59 | Public |
| N/A (Details) | 09/15/2020 2:23 PM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order:Notice of Disqualification of Judge | Public |
| N/A (Details) | 09/15/2020 2:20 PM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order:Notice of Contitutional Violations | Public |
| N/A (Details) | 09/15/2020 2:17 PM | N/A | N/A | Alyssa-chrystie Montalbano | Filing Other *(Related Document)* | Copy: Colorado Commission on Judicial Discipline Willful Misconduct and Presistent Failure to Perform Judical Duties Complaint | Sealed |
| N/A (Details) | 09/15/2020 1:57 PM | N/A | N/A | Alyssa-chrystie Montalbano | Certificate *(Related Document)* | Certificate of Service | Public |
| N/A (Details) | 09/15/2020 1:52 PM | N/A | N/A | Alyssa-chrystie Montalbano | Notice *(Related Document)* | Notice of Constitutional Violations | Public |
| N/A (Details) | 09/15/2020 1:48 PM | N/A | N/A | Alyssa-chrystie Montalbano | Notice *(Related Document)* | Notice of Written Correspondence | Public |
| N/A (Details) | 08/21/2020 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Notice *(Related Document)* | Notice of Disqualification of Judge | Public |
| N/A (Details) | 08/19/2020 3:40 PM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit CV Receipt Jury Fee Payment | Protected |
| N/A (Details) | 08/19/2020 3:39 PM | N/A | N/A | Alyssa-chrystie Montalbano | Motion *(Related Document)* | Motion to Vacate Void Judgment Persuant Colo.R.Civ.P.60(a) and (b)(2),(3): Colo.R.Civ.P.59 | Public |
| N/A (Details) | 08/05/2020 2:58 PM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order: Motion to Void Judgement Persuant Rule 60(b)(3),(4) and 9(d)(3)- Denied | Public |
| N/A (Details) | 08/05/2020 11:13 AM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order: Second Motion to Claim and Exercise Constituional Rights and Require the Presiding Judge to Rule Upon this Motion- Denied | Public |
| N/A (Details) | 08/05/2020 11:12 AM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order: Amended and Supplemental Complaint Under Simplified Civil Procedure- Denied | Public |
| N/A (Details) | 08/05/2020 11:12 AM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order: Motion for Citizen's Demand for Trial by Jury- Denied | Public |
| N/A (Details) | 08/05/2020 11:10 AM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order: Motion for Judicial Notice- Denied | Public |
| N/A (Details) | 08/05/2020 11:10 AM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order: Motion for Preliminary Injunction- Denied | Public |
| N/A (Details) | 08/05/2020 10:58 AM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order:Motion for Judicial Notice | Public |
| N/A (Details) | 08/05/2020 10:58 AM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order:Motion for Preliminary Injunction | Public |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 08/05/2020 10:56 AM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order:Amended and Supplemental Complaint Under Simplified Civil Procedure | Public |
| N/A (Details) | 08/05/2020 10:54 AM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order:Motion to Void Order of Dismissal for Mistake, Misconduct, and New Evidence and Motion for Leave to File Amended Complaint | Public |
| N/A (Details) | 08/05/2020 10:32 AM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order:Motion for Attorneys' Fees and Request for Hearing | Public |
| N/A (Details) | 08/05/2020 10:24 AM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order:Motion to Deny Attorney Fees Due to Defendant Failure to File Within 14 days | Public |
| N/A (Details) | 08/05/2020 10:21 AM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order:Motion Demand Court Read all Pleadings Plaintiff Files with this Court and Adhere to Constitutionally Compliant Case Law, and More Particularly the Bill of Rights in its Ruling | Public |
| N/A (Details) | 08/05/2020 10:16 AM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order:Motion for Citizen's Demand for Trial by Jury | Public |
| N/A (Details) | 08/05/2020 10:15 AM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order:Motion for Extension of Time | Public |
| N/A (Details) | 08/05/2020 10:12 AM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order:Second Motion to Claim and Exercise Constituional Rights and Require the Presiding Judge to Rule Upon this Motion | Public |
| N/A (Details) | 08/05/2020 10:11 AM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order:Motion to Void Judgement Persuant Rule 60(b)(3),(4) and 9(d)(3) | Public |
| N/A (Details) | 08/05/2020 10:09 AM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order:Motion to Recuse Persuant CRCP 97 | Public |
| N/A (Details) | 07/21/2020 1:59 PM | N/A | N/A | Alyssa-chrystie Montalbano | Notice *(Related Document)* | Notice of Related Cases | Public |
| N/A (Details) | 07/21/2020 1:58 PM | N/A | N/A | Alyssa-chrystie Montalbano | Motion *(Related Document)* | Motion for Judicial Notice | Public |
| N/A (Details) | 07/21/2020 1:56 PM | N/A | N/A | Alyssa-chrystie Montalbano | Brief *(Related Document)* | Supplemental Brief for Motion to Void Judgment | Public |
| N/A (Details) | 07/21/2020 1:55 PM | N/A | N/A | Alyssa-chrystie Montalbano | Proposed Order *(Related Document)* | Proposed Order for Preliminary Injunction | Public |
| N/A (Details) | 07/21/2020 1:55 PM | N/A | N/A | Alyssa-chrystie Montalbano | Motion *(Related Document)* | Motion for Preliminary Injunction | Public |
| N/A (Details) | 07/21/2020 1:53 PM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit CR | Protected |
| N/A (Details) | 07/21/2020 1:52 PM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit CH | Protected |
| N/A (Details) | 07/21/2020 1:50 PM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit List *(Related Document)* | Complaint Exhibit List | Public |
| N/A (Details) | 07/21/2020 1:49 PM | N/A | N/A | Alyssa-chrystie Montalbano | Complaint - Amended *(Related Document)* | Amended and Supplemental Complaint Under Simplified Civil Procedure | Public |
| N/A (Details) | 07/21/2020 1:48 PM | N/A | N/A | Alyssa-chrystie Montalbano | Motion *(Related Document)* | Motion to Void Order of Dismissal for Mistake, Misconduct, and New Evidence and Motion for Leave to File Amended Complaint | Public |
| N/A (Details) | 07/21/2020 1:46 PM | N/A | N/A | Alyssa-chrystie Montalbano | Filing Other | Email with Attached Pleadings | Public |
| N/A (Details) | 03/23/2020 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit CG | Protected |
| N/A (Details) | 03/23/2020 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit CF | Protected |
| N/A (Details) | 03/23/2020 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit CE | Protected |
| N/A (Details) | 03/23/2020 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit CC | Protected |
| N/A (Details) | 03/23/2020 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit CB (Only 14 pages filed) | Protected |
| N/A (Details) | 03/23/2020 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit CA | Protected |
| N/A (Details) | 03/23/2020 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BZ | Protected |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 03/23/2020 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Objection *(Related Document)* | Plaintiff's Objection to Defendant's Motion for Attorney's Fees and Request for Hearing and Motion for Attorney's Fees Pursuant Rule 60(b)(4)(3) and (d)(3) | Public |
| N/A (Details) | 03/23/2020 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit List *(Related Document)* | Exhibit List Objection to Attorneys' Fees | Public |
| N/A (Details) | 03/23/2020 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Objection *(Related Document)* | Plaintiff's Second Objection to Defendant's Motion for Attorney's Fees and Request for Hearing and Motion for Attorneys' Fees Pursuant Rule 60(B)(1)(3),(4),(6) | Public |
| N/A | 03/23/2020 12:00 AM | N/A | N/A | N/A | Exhibit - Attach to Pleading/Doc | N/A | |
| N/A (Details) | 02/25/2020 | N/A | N/A | James Corey Goode | Affidavit *(Related Document)* | Affidavit in Support of Defendant's Motion for Attorney's Fees | Public |
| N/A (Details) | 02/25/2020 | N/A | N/A | James Corey Goode | Motion *(Related Document)* | Motion for Attorneys' Fees and Request for Hearing | Public |
| N/A (Details) | 02/25/2020 | N/A | N/A | James Corey Goode | Exhibit - Attach to Pleading/Doc *(Related Document)* | Civil Docket for Case #: 1:18-cv-2060-RM-GPG | Protected |
| N/A (Details) | 02/25/2020 | N/A | N/A | James Corey Goode | Exhibit - Attach to Pleading/Doc *(Related Document)* | Register of Actions and Party Information Pursuant to Rule 81.1 | Protected |
| N/A (Details) | 02/25/2020 | N/A | N/A | James Corey Goode | Motion *(Related Document)* | Motion for Attorneys' Fees | Public |
| N/A (Details) | 02/21/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BV | Protected |
| N/A (Details) | 02/21/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BP | Protected |
| N/A (Details) | 02/21/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BO | Protected |
| N/A (Details) | 02/21/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BN | Protected |
| N/A (Details) | 02/21/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BM | Protected |
| N/A (Details) | 02/21/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BL | Protected |
| N/A (Details) | 02/21/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BK | Protected |
| N/A (Details) | 02/21/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BJ | Protected |
| N/A (Details) | 02/21/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BI | Protected |
| N/A (Details) | 02/21/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BH | Protected |
| N/A (Details) | 02/21/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BG | Protected |
| N/A (Details) | 02/21/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BF | Protected |
| N/A (Details) | 02/21/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BE | Protected |
| N/A (Details) | 02/21/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BD | Protected |
| N/A (Details) | 02/21/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BC | Protected |
| N/A (Details) | 02/21/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BB Sample DV20 | Protected |
| N/A (Details) | 02/21/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit List *(Related Document)* | Exhibit List | Public |
| N/A (Details) | 02/21/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Filing Other *(Related Document)* | Fifith Informatin for the Court CIA | Public |
| N/A (Details) | 02/21/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit - Attach to Pleading/Doc | Protected |
| N/A (Details) | 02/21/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BX | Protected |
| N/A (Details) | 02/21/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BW | Protected |
| N/A (Details) | 02/21/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Objection *(Related Document)* | Objection to Defendants Motion for Extension of Time | Public |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A | 02/21/2020 | N/A | N/A | N/A | Exhibit - Attach to Pleading/Doc | N/A | |
| N/A (Details) | 02/18/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Motion *(Related Document)* | Motion to Deny Attorney Fees Due to Defendant Failure to File Within 14 days | Public |
| N/A (Details) | 02/14/2020 | N/A | N/A | James Corey Goode | Motion *(Related Document)* | Motion for Extension of Time | Public |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BB Sample DV 19 | Protected |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BB Sample DV 18 | Protected |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BB Sample DV 17a | Protected |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BB Sample DV 17 | Protected |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BB Sample DV 16 | Protected |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BB Sample DV 15a | Protected |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BB Sample DV 15 | Protected |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BB Sample DV 14 | Protected |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BB Sample DV 13c | Protected |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BB Sample DV 13b | Protected |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BB Sample DV 13a | Protected |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BB Sample DV 13 | Protected |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BB Sample DV 12 | Protected |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BB Sample DV 11 | Protected |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BB Sample DV 10 | Protected |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BB Sample DV 9 | Protected |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BB Sample DV 8 | Protected |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BB Sample DV 7 | Protected |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BB Sample DV 6 | Protected |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BB Sample DV5 | Protected |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BB Sample DV4 | Protected |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BB Sample DV3 | Protected |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BB Samble DV2 | Protected |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BB Sample DV1 | Protected |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BB - Affidavit Tangibel Dream Vision Trade Secret Evidene | Protected |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit BA - Judge Flynn Oalth of Office | Protected |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Motion *(Related Document)* | Motion Demand Court Read all Pleadings Plaintiff Files with this Court and Adhere to Constitutionally Compliant Case Law, and More Particularly the Bill of Rights in its Ruling | Public |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Motion *(Related Document)* | Motion for Citizen's Demand for Trial by Jury | Public |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Motion *(Related Document)* | Second Motion to Claim and Exercise Constituional Rights and Require the Presiding Judge to Rule Upon this Motion | Public |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Motion *(Related Document)* | Motion to Recuse Persuant CRCP 97 | Public |
| N/A (Details) | 02/12/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Motion *(Related Document)* | Motion to Void Judgement Persuant Rule 60(b)(3),(4) and 9(d)(3) | Public |
| N/A (Details) | 01/29/2020 2:21 PM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order: Third Motion to Set Hearing for Motion to Amend Complaint and Preliminary Injunction - Denied | Public |
| N/A (Details) | 01/29/2020 2:21 PM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order: Second Motion to Set Hearing for Motion to Amend Complaint and Preliminary Injuction - Denied | Public |
| N/A (Details) | 01/29/2020 2:21 PM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order: Motion to Set Hearing for Motion to Amend Complaint and Preliminary Injunction - Denied | Public |
| N/A (Details) | 01/29/2020 2:20 PM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order: Plaintiff's Motion for Preliminary Injunction - Denied | Public |
| N/A (Details) | 01/29/2020 2:20 PM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order: Motion for Leave of the Court to Amend the Complaint- Denied | Public |
| N/A (Details) | 01/29/2020 2:18 PM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order: Renewed Motion to Dismiss for Failure to State a Complaint | Public |
| N/A | 01/29/2020 | N/A | N/A | N/A | Case Closed - Post Judgment | N/A | |
| N/A (Details) | 01/22/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Motion *(Related Document)* | Third Motion to Set Hearing for Motion to Amend Complaint and Preliminary Injunction | Public |
| N/A (Details) | 01/03/2020 | N/A | N/A | Alyssa-chrystie Montalbano | Motion *(Related Document)* | Second Motion to Set Hearing for Motion to Amend Complaint and Preliminary Injuction | Public |
| N/A (Details) | 11/01/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Motion *(Related Document)* | Motion to Set Hearing for Motion to Amend Complaint and Preliminary Injunction | Public |
| N/A (Details) | 10/29/2019 2:51 PM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order: Motion to Rule on Motions | Public |
| N/A (Details) | 09/09/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Motion *(Related Document)* | Motion to Rule on Motions | Public |
| N/A (Details) | 08/02/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit AY | Suppressed |
| N/A (Details) | 08/02/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit AX | Suppressed |
| N/A (Details) | 08/02/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit AW | Suppressed |
| N/A (Details) | 08/02/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit AV | Suppressed |
| N/A (Details) | 08/02/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit AU | Suppressed |
| N/A (Details) | 08/02/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit AT | Suppressed |
| N/A (Details) | 08/02/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit AS | Suppressed |
| N/A (Details) | 08/02/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit AR | Suppressed |
| N/A (Details) | 08/02/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit AQ | Suppressed |
| N/A (Details) | 08/02/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Affidavit *(Related Document)* | Affidavit of Alyssa Chrystie Montalbano | Public |
| N/A (Details) | 08/02/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Proposed Order *(Related Document)* | Proposed Order to Stop and Desist Defamation, Stalking, Harassment, and Unauthorized Use of Trade Secrets | Public |
| N/A (Details) | 08/02/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Motion *(Related Document)* | Plaintiff's Motion for Preliminary Injunction | Public |
| N/A (Details) | 08/02/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Complaint - Amended *(Related Document)* | Amended Complaint Under Simplified Civil Procedure | Public |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 08/02/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Motion *(Related Document)* | Motion for Leave of the Court to Amend the Complaint | Public |
| N/A (Details) | 06/10/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Filing Other | Statement of Jury Demand | Public |
| N/A (Details) | 06/10/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Objection *(Related Document)* | Objection to Renewed Motion to Dismiss for Failure to State a Complaint | Public |
| N/A (Details) | 06/07/2019 12:00 AM | N/A | N/A | James Corey Goode | Motion *(Related Document)* | Renewed Motion to Dismiss for Failure to State a Complaint | Public |
| N/A (Details) | 06/07/2019 12:00 AM | N/A | N/A | James Corey Goode | Answer *(Related Document)* | Answer to Amended Complaint | Public |
| N/A (Details) | 05/14/2019 3:29 PM | Brian Flynn | Mesa County | N/A | Order | ORDER RE: PENDING MOTIONS | Public |
| N/A (Details) | 03/29/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Filing Other *(Related Document)* | Supplemental to Affidavit of Alyssa Chrystie Montalbano | Public |
| N/A (Details) | 03/25/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit AP - Deft and Associate Facebook Defamatory Posts (2 Pgs) | Protected |
| N/A (Details) | 03/25/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit AO - Deft Defamation Post Publically Disclosing Private Legal Communications (3 pgs) | Protected |
| N/A (Details) | 03/25/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit AN - Private Email to Ms. Yanaros Wilde from Plft and Index Dream Visions (4 Pgs) | Protected |
| N/A (Details) | 03/25/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit AM - Defendant Facebook Post PO (2 Pgs) | Protected |
| N/A (Details) | 03/25/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit AL - Defendant Use of Pltf's Art (8 pgs) | Protected |
| N/A (Details) | 03/25/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Affidavit *(Related Document)* | Affidavit of Alyssa Chrystie Montalbano | Public |
| N/A (Details) | 03/25/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Proposed Order *(Related Document)* | Proposed Preliminary Injuction | Public |
| N/A (Details) | 03/25/2019 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Motion *(Related Document)* | Pltf Verified Original Motion for Temporary Restraining Order, Preliminary Injuction, and Permanent Injunction | Public |
| N/A (Details) | 03/01/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Notice *(Related Document)* | Notice of Withdrawal of Motion for Leave of the Court to Amend the Complaint | Public |
| N/A (Details) | 02/27/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit AK - CIA Project Bluebird | Protected |
| N/A (Details) | 02/27/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit AJ -Pre-Litigation Complaint And Mailings | Protected |
| N/A (Details) | 02/27/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Complaint w/Jury Demand *(Related Document)* | Complaint w/Jury Demand | Public |
| N/A (Details) | 02/19/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Filing Other | Fourth Information for the Court Defendant Threatening Potential Witnesses | Public |
| N/A (Details) | 02/15/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit AG - Gang Stalking Whistleblower | Protected |
| N/A (Details) | 02/15/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit AF - Unirock Exposes CG Troll Doxxing | Protected |
| N/A (Details) | 02/15/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit AE - Ms Yanaros Wilde Legally Threatening Jason Rice | Protected |
| N/A (Details) | 02/15/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit AD - Fan Defamation Meme | Protected |
| N/A (Details) | 02/15/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit AC - GC Doxxing Exposed | Protected |
| N/A (Details) | 02/15/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit AB - Defendant Update and Plaintiff Dream Vision | Protected |
| N/A (Details) | 02/15/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Definition of Gang Stalking | Protected |
| N/A (Details) | 02/15/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Filing Other *(Related Document)* | Third Information for the Court Doxxing and Gang Stalking | Public |
| N/A (Details) | 02/05/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc | Exhibit Z - Darling International v Good | Protected |
| N/A (Details) | 02/05/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit Y - Photo of Plaintiff | Protected |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 02/05/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Reply *(Related Document)* | Reply to Defendant's Repsonse to Plaintiff's Motion to Impose Sanctions on Defendant | Public |
| N/A (Details) | 01/30/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit X | Protected |
| N/A (Details) | 01/30/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit W | Protected |
| N/A (Details) | 01/30/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit V | Protected |
| N/A (Details) | 01/30/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit U - Photo | Protected |
| N/A (Details) | 01/30/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit T | Protected |
| N/A (Details) | 01/30/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit S | Protected |
| N/A (Details) | 01/30/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit R - Civil Docket Federal Court | Protected |
| N/A (Details) | 01/30/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Reply *(Related Document)* | Reply to Defendant's Reponse to Pltf Motion to Set Hearing | Public |
| N/A (Details) | 01/23/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Filing Other | Second Information for the Court | Public |
| N/A (Details) | 01/23/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Filing Other | Information for the Court | Public |
| N/A (Details) | 01/10/2019 | N/A | N/A | Alyssa-chrystie Montalbano | Motion | Motion to Seal Case to Protect Trade Secrets | Public |
| N/A (Details) | 01/02/2019 | N/A | N/A | James Corey Goode | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit A - US Magistrate Judge Recommendations | Protected |
| N/A (Details) | 01/02/2019 | N/A | N/A | James Corey Goode | Response *(Related Document)* | Response to Plaintiff's Motion to Impose Sanctions on Defendant | Public |
| N/A (Details) | 01/02/2019 | N/A | N/A | James Corey Goode | Response *(Related Document)* | Response to Plaintiff's Motion to Set Hearing | Public |
| N/A (Details) | 01/02/2019 | N/A | N/A | James Corey Goode | Response *(Related Document)* | Response to Plaintiff's Motion to Impose Sanctions on Defendant | Public |
| N/A (Details) | 12/27/2018 | N/A | N/A | Alyssa-chrystie Montalbano | Proposed Order *(Related Document)* | Proposed Order For Declartory Injuctive Relief | Public |
| N/A (Details) | 12/27/2018 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit Re Motion for Permanent Injunctive Relief Verified Complaint | Protected |
| N/A (Details) | 12/27/2018 | N/A | N/A | Alyssa-chrystie Montalbano | Motion *(Related Document)* | Motion for Permanent Injunctive Relief | Public |
| N/A (Details) | 12/11/2018 3:35 PM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | Order: Motion to Authorize Plaintiff and File Electronically | Public |
| N/A (Details) | 12/11/2018 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit RE Motion to Impose Sanctions on Defendant | Protected |
| N/A (Details) | 12/11/2018 | N/A | N/A | Alyssa-chrystie Montalbano | Motion *(Related Document)* | Motion to Impose Sanctions on Defendant | Public |
| N/A (Details) | 12/11/2018 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit RE Motion to Set Scheduling Hearing CIA Russell Targ | Protected |
| N/A (Details) | 12/11/2018 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibits Re Motionto Set Scheduling Hearing Amended Greivance | Protected |
| N/A (Details) | 12/11/2018 | N/A | N/A | Alyssa-chrystie Montalbano | Motion *(Related Document)* | Motion to Set Scheduling Hearing | Public |
| N/A (Details) | 12/11/2018 | N/A | N/A | Alyssa-chrystie Montalbano | Motion *(Related Document)* | Motion to Authorize Plaintiff and File Electronically | Public |
| N/A (Details) | 12/05/2018 3:17 PM | Brian Flynn | Mesa County | N/A | Order *(Related Document)* | ORDER REOPENING THE CASE | Public |
| N/A | 12/05/2018 | N/A | N/A | N/A | Reopen - Post Judgment | N/A | |
| N/A (Details) | 12/04/2018 | N/A | N/A | Alyssa-chrystie Montalbano | Filing Other *(Related Document)* | United States District Of Colorado Order | Public |
| N/A (Details) | 11/27/2018 3:46 PM | Brian Flynn | Mesa County | N/A | Order | ORDER CLOSING THE CASE AS THE NOTICE OF REMOVAL LEFT THIS COURT WITHOUT JURISDICTION TO ACT ON PLAINTIFF'S PENDING MOTIONS | Public |
| N/A | 11/27/2018 | N/A | N/A | N/A | Case Closed | N/A | |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 11/13/2018 | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit - Attach to Pleading/Doc | Protected |
| N/A (Details) | 11/13/2018 | N/A | N/A | Alyssa-chrystie Montalbano | Complaint - Amended | Amended Complaint Under Simplified Civil Procedure | Public |
| N/A (Details) | 11/13/2018 | N/A | N/A | Alyssa-chrystie Montalbano | Motion *(Related Document)* | Motion for Leave of the Court to Amend the Complaint | Public |
| N/A (Details) | 09/11/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit - Q | Protected |
| N/A (Details) | 09/11/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit - P | Protected |
| N/A (Details) | 09/11/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Objection *(Related Document)* | Objection to First Motion for Extension of Time to File Court Register of the State Court Action No. 18CV50 | Public |
| N/A (Details) | 09/06/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Objection *(Related Document)* | Objection to Notice of Removal | Public |
| N/A (Details) | 08/30/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit M - Attach to Pleading/Doc | Protected |
| N/A (Details) | 08/30/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Objection *(Related Document)* | Objection to Reply to Plaintiff's Response to Mr. Goode's Motion to Dismiss for Failure to State a Complaint | Public |
| N/A (Details) | 08/30/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit O - Attach to Pleading/Doc | Protected |
| N/A (Details) | 08/30/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Motion *(Related Document)* | Motion to Set Hearing Date | Public |
| N/A (Details) | 08/28/2018 12:00 AM | N/A | N/A | James Corey Goode | Exhibit - Attach to Pleading/Doc *(Related Document)* | Document 12-2 (7 Pages) | Protected |
| N/A (Details) | 08/28/2018 12:00 AM | N/A | N/A | James Corey Goode | Exhibit - Attach to Pleading/Doc *(Related Document)* | Document 12-1 (60 Pages) | Protected |
| N/A (Details) | 08/28/2018 12:00 AM | N/A | N/A | James Corey Goode | Exhibit - Attach to Pleading/Doc *(Related Document)* | Document 12 (3 Pages) | Protected |
| N/A (Details) | 08/28/2018 12:00 AM | N/A | N/A | James Corey Goode | Exhibit - Attach to Pleading/Doc | Document 1-4 (2 Pages) | Protected |
| N/A (Details) | 08/28/2018 12:00 AM | N/A | N/A | James Corey Goode | Exhibit - Attach to Pleading/Doc *(Related Document)* | Document 1-3 (11 Pages) | Protected |
| N/A (Details) | 08/28/2018 12:00 AM | N/A | N/A | James Corey Goode | Exhibit - Attach to Pleading/Doc *(Related Document)* | Document 1-2 (8 Pages) | Protected |
| N/A (Details) | 08/28/2018 12:00 AM | N/A | N/A | James Corey Goode | Exhibit - Attach to Pleading/Doc *(Related Document)* | Document 1-1 (7 pgs) | Protected |
| N/A (Details) | 08/28/2018 12:00 AM | N/A | N/A | James Corey Goode | Notice *(Related Document)* | Notice of Removal | Public |
| N/A (Details) | 08/28/2018 12:00 AM | N/A | N/A | James Corey Goode | Letter | Letter from Atty Valerie Yanaros | Public |
| N/A (Details) | 08/13/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc *(Related Document)* | Exhibit L - Attachment to Status Report | Suppressed |
| N/A (Details) | 08/13/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Report *(Related Document)* | Status Report | Public |
| N/A (Details) | 07/31/2018 12:00 AM | N/A | N/A | James Corey Goode | Reply *(Related Document)* | Reply to Plaintiff's Repsonse to Mr. Goode's Motion to Dismiss for Failure to State a Complaint | Public |
| N/A (Details) | 07/18/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Motion | Motion to Claim and Exercize Constitutional Rights and Require the Presiding Judge to Rule upon the Motion and All Public Officers of this Court to Uphold Said Rights | Public |
| N/A (Details) | 07/18/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Reply *(Related Document)* | Reply to Defendant's Motion to Dismiss for Failure to State a Complaint | Public |
| N/A (Details) | 07/18/2018 12:00 AM | Lance Phillip Timbreza | Mesa County | N/A | Order | Order for Service by Publication | Public |
| N/A (Details) | 07/17/2018 12:00 AM | N/A | N/A | James Corey Goode | Motion to Dismiss *(Related Document)* | Motion to Dismiss | Public |
| N/A (Details) | 07/03/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Proposed Order *(Related Document)* | For Service by Publication | Public |
| N/A (Details) | 07/03/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Affidavit *(Related Document)* | Affidavit in Support of Order for Service by Publication | Public |
| N/A (Details) | 06/25/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Certificate | Certificate of Service | Public |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 06/25/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc | Exhibit - K | Protected |
| N/A (Details) | 06/25/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc | Exhibit - J | Protected |
| N/A (Details) | 06/25/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc | Exhibit - I | Protected |
| N/A (Details) | 06/25/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc | Exhibit - H | Protected |
| N/A (Details) | 06/25/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc | Exhibit - G | Protected |
| N/A (Details) | 06/25/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc | Exhibit - F | Protected |
| N/A (Details) | 06/25/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc | Exhibit - E | Protected |
| N/A (Details) | 06/25/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc | Exhibit - D | Protected |
| N/A (Details) | 06/25/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc | Exhibit - C | Protected |
| N/A (Details) | 06/25/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc | Exhibit - B | Protected |
| N/A (Details) | 06/25/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit - Attach to Pleading/Doc | Exhibit - A | Protected |
| N/A (Details) | 06/25/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Affidavit | Affidavit of Truth | Public |
| N/A (Details) | 06/25/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Brief | Memorandum Brief | Public |
| N/A (Details) | 06/25/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Certificate | Certificate of Service | Public |
| N/A (Details) | 06/25/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Proposed Order | Proposed Order Re: Cease and Desist | Public |
| N/A (Details) | 06/25/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Exhibit List | Exhibit List | Public |
| N/A (Details) | 06/25/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Filing Other | Table of Contents | Public |
| N/A (Details) | 06/25/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Motion for Default Judgment | Motion for Default Judgment | Public |
| N/A (Details) | 06/25/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Civil Case Cover Sheet | Civil Case Cover Sheet | Public |
| N/A (Details) | 06/25/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Summons | Summons | Public |
| N/A (Details) | 06/25/2018 12:00 AM | N/A | N/A | Alyssa-chrystie Montalbano | Complaint | Complaint | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Alyssa-chrystie Montalbano | Plaintiff | Active | N/A |
| James Corey Goode | Defendant | Active | N/A |

## Final Judgments

| Judgment Date | Judicial Officer | Judgment Type | Status | Creditor(s) | Debtor(s) | Date Entered | Fee Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/05/2020 | Brian Flynn | Judgment Entered | UNSATISFIED | James Corey Goode | Alyssa-chrystie Montalbano | 08/05/2020 | PRINCIPAL | $0.00 |
| | | | | | | 08/05/2020 | COURT COSTS | $0.00 |
| | | | | | | 08/05/2020 | ATTORNEY FEES | $116600.00 |
| | | | | | | 08/05/2020 | INTEREST | $0.00 |
| | | | | | | | Total | $116600.00 |