| | |
|---|---|
| Colorado Court of Appeals<br>2 East 14th Avenue<br>Denver, CO 80203 | DATE FILED: October 21, 2020<br>CASE NUMBER: 2020CA1775 |
| Mesa County<br>2018CV50 | |
| **Plaintiff-Appellant:**<br><br>Alyssa C Montalbano,<br><br>**v.**<br><br>**Defendant-Appellee:**<br><br>James Corey Goode. | Court of Appeals Case Number:<br>2020CA1775 |
| ORDER OF THE COURT | |

To: Appellant

It appears that a final, appealable judgment was entered on January 29, 2020. Thus, it appears that a notice of appeal should have been filed on or before March 18, 2020. C.A.R. 4(a); *Widener v. District Court*, 200 Colo. 398, 615 P.2d 33 (1980). However, appellant's notice of appeal was not filed until October 14, 2020, and it does not appear that any extension of time for appealing was ever granted. Moreover, this Court has authority to grant only a 35-day extension of time to file a notice of appeal, and that period expired on April 22, 2020.

Additionally, the motion filed under C.R.C.P. 60(b) did not toll the time to file the notice of appeal. Furthermore, the order on appellant's C.R.C.P. 60(b) motion was issued August 5, 2020. Thus, the notice of appeal was due on or

before September 23, 20202.  C.A.R. 4(a); *Widener*, 615 P.2d 33 (1980).  As provided above, the notice of appeal was not filed until October 14, 2020, and it appears that no extension of time was ever granted.

Therefore, it appears that this Court is without jurisdiction over the appeal as to the orders entered January 29, 2020 and August 5, 2020.

IT IS THEREFORE ORDERED that appellant show cause, in writing and within 21 days, why this appeal should not be dismissed with prejudice for failure to timely appeal.  Failure to respond to this Order within 21 days will result in dismissal of the appeal without further notice to the parties.

BY THE COURT