| | |
|---|---|
| Colorado Court of Appeals<br>2 East 14th Avenue<br>Denver, CO 80203 | DATE FILED: November 19, 2020<br>CASE NUMBER: 2020CA1775 |
| Mesa County<br>2018CV50 | |
| **Plaintiff-Appellant:**<br><br>Alyssa C Montalbano,<br><br>**v.**<br><br>**Defendant-Appellee:**<br><br>James Corey Goode. | Court of Appeals Case Number:<br>2020CA1775 |
| ORDER OF THE COURT | |

To: Appellant

Upon consideration of appellant's response to the court's October 21, 2020 Order to Show Cause, the court determines that the notice of appeal was untimely filed.

IT IS THEREFORE ORDERED that the appeal is DISMISSED with prejudice.

BY THE COURT:

Terry, J.
Grove, J.
Gomez, J.