| | |
|---|---|
| Colorado Court of Appeals<br>2 East 14th Avenue<br>Denver, CO 80203<br><br>Appeal from:<br>District Court County: Mesa County<br>District Court Judge: Brian James Flynn<br>District Court Case Number: 18CV50 | FILED IN THE<br>COURT OF APPEALS<br>DATE FILED: December 2, 2020<br>CASE NUMBER: 2020CA1775<br>STATE OF COLORADO<br><br>DEC − 2 2020<br><br>Clerk, Court of Appeals |
| In the Case of:<br>Plaintiff/Petitioner: Alyssa Chrystie Montalbano<br>☒ Appellant or ☐ Appellee<br>&.<br>Defendant/Respondent: James Corey Goode<br>☐ Appellant or ☒ Appellee | ⚔ FOR COURT USE ⚔ |
| Filing Party Name: Alyssa Chrystie Montalbano<br>Address: 2536 Rimrock Ave, Suite 400-117 Grand Junction, CO 81505<br>Phone: 970.250.8365<br>E-Mail: AriStoneArt@Ymail.com | Court of Appeals'<br>Case Number:<br>2020CA1775 |

## NOTICE OF CONSTITUTIONAL CIVIL RIGHTS VIOLATIONS
## AND
## NOTICE OF DISQUALIFICATION OF JUDGES

**Comes now Appellant, Alyssa Chrystie Montalbano, and files this lawful and legally binding Notification of Constitutional Civil Rights violations** against the following individuals operating under Color of Law, Color of Office, and Color of Official Right, having refused a timely filed appeal and filing 'orders' in their personal capacity with prejudice and bias, refusing to lawfully sign orders, perjuring their Oath of Office, and violating Due Process of Law in support of aiding and abetting criminals and civil-criminal acts of Civil Rights Violations and racketeering; and in support thereof Montalbano states as follows:

**This is lawful Notification to alleged 'Judges', Ms. Christina F. Gomez, Mr. Matthew D. Grove, and Ms. Diana Terry,** (hereafter "three individuals") regarding their

alleged 'ORDER OF THE COURT' filed  November 19, 2020 and received November 28, 2020 by post mail (18 USC 1341 frauds and swindles by mail); this jointly entered 'prejudice dismissal order' by the aforementioned three individuals was entered under Color of Law, Color of Office, and Color of Official Right (extortion) (18 USC 1951), and completely devoid of Due Process of Law and thereby against the State and National Constitutions and contrary their Oath of Office. (18 USC 1621 perjury)

**Each of these alleged 'Judges' operating under Color of Law have enacted the self-executing sections 3 and 4 of the 14th Amendment of the Constitution of the United States of America and within the Colorado State Constitution, Article II, Section 9 (Oath) and Article XII, Section 10 (vacancy); and have vacated their Office(s) of public trust for refusal to qualify as 'Judges'.** Each has acted in their individual and personal capacity with prejudice and bias to take away Constitutional Civil Rights from an American Citizen, Ms. Montalbano, by willingly and knowingly entering constitutionally contrary 'orders' completely devoid of Due Process of Law and placed a knowing fraud upon the Colorado Court of Appeals. Each of these three individuals has knowingly committed the civil-criminal act of perjury (18 USC §1621) by being at war against the State and National Constitutions and against an American Citizen and they have knowingly and willingly violated Montalbano's Constitutional Civil Rights by supporting another public servant acting under Color of Law, Color of Office, and Color of Official Right, Brian James Flynn (alleged Chief Judge of Mesa County) who overtly denied Montalbano her Constitutional Civil Rights on the Mesa District Civil Court record on two separate occasions and directly contrary his Oath of Office. (42 USC 1983, 42 USC 1985)

## <u>LEGALLY BINDING NOTICE – CONSTITUTIONAL CIVIL RIGHTS VIOLATIONS</u>

This legally and lawfully binding Notice is **filed pursuant The Bill of Rights of the Constitution of the United States of America** and in particular pursuant, the First, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth and Fourteenth Amendments, **and The Bill of Rights of the Colorado Constitution** and in particular, Sections:

1 (Vestment of political power)

2 (People may alter or abolish form of government)

3 (Inalienable rights)

6 (Equality of justice)

7 (Security of person and property)

9 (Treason estates of suicide)

10 (Freedom of speech and press)

14 (Taking of private property for private use)

15 (Taking of property for public use)

16a (Rights of crime victims)

23 (Trial by Jury, Grand jury)

24 (Right to assemble and petition)

25 (Due Process of Law)

28 (Rights reserved not disparaged); and

The Colorado Constitution, Article II, Section 9 and Article 12, Section 10;  and

Sections 3 and 4 of the 14th amendment of the Constitution of the United States of America; and

**Pursuant each public servant's Oath of Office**.

The aforementioned inalienable Rights of Montalbano's have been violated by, **Gomez, Grove, and Terry** via them aiding and abetting unconstitutional orders fraudulently issued under Color of Law, Color of Office, and Color of Official Right (extortion) completely devoid of Due Process of Law by their cohort, Brian James Flynn, in case 18CV50, Mesa District Civil Court, and that Montalbano timely and lawfully appealed according to Court Rules and Due Process of Law and petitioned the Colorado Court of Appeals and honorable presiding officers to review and address Flynn's severe and ongoing Constitutional Civil Rights violations and Due Process of Law Violations in case 18CV50.  The three individuals (alleged Judges) assigned to the appealed case chose to also violate Due Process of Law and their Oath of Office and aided and abetted Flynn and his extortion acts committed against Montalbano.

**This Notice requires each of the three individual (Gomez, Grove, and Terry) alleged 'Judges' and accomplices in civil-criminal acts to make their own sworn and certified written response specific to the subject matter contained herein on a point by point basis and they must sign their names in 'wet ink' for it to be a legal and lawful response** (a text typed name does not qualify). Each individual listed herein who fails to respond, within 14 days, as stipulated, and rebut, with particularity, everything in this Notice with which they disagree is their lawful, legal and binding agreement with and admission to the fact that everything in this Notice and the *"Appellant Alyssa Chrystie Montalbano Response to Order to Show Cause"* (filed on or about November 4, 2020); are true, correct, legal, lawful and binding upon them, in any Court, anywhere in America, without their protest or objection or that of those who represent them.  Silence is acquiescence.  See:  *Connally v. General Construction Co.*, 269 U.S. 385, 391. Notification of legal responsibility is "the first essential of due process of law."  Also, see:  *U.S.*

*v. Tweel*, 550 F. 2d. 297. "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading."

**This is legal notification that the three individuals have made themselves knowing and willing participants in a RICO and racketeering claim preparing to be filed in the Federal Courts** (18 USC 1961, 1951) (case 1:20-cv-00742-DDD-KLM) that will also be filed against them for their willing and knowing participation in civil rights violations, racketeering, and performing extortion under Color of Official Right against Montalbano; and that involves case 18CV50 being obstructed from justice by Brian James Flynn, involving CIA MKULTRA and MiLab mind control programs, patented frequency technologies, neuroscience, and Artificial Intelligences that link with the human brain and impact sleep-wake (dream) states. (18 USC 1621 Perjury; 42 USC 1983 Civil action for deprivation of rights; 42 USC 1985 Conspiracy to interfere with civil rights; 18 USC 1956 laundering of monetary instruments)

Flynn and the three individuals aiding and abetting his racketeering acts are all at war against the State and National Constitutions and against American Citizens and are operating under Color of Law and Color of Official Right and all have overtly denied Montalbano the following Constitutionally secured Civil Rights directly contrary their Oath of Office (Perjury):

1. **Montalbano paid for Trial by Jury** within case 18CV50 and was denied this inalienable Civil Right by alleged 'Chief Judge of Mesa County' Brian James Flynn, directly contrary his Oath (perjury). This inalienable Right to trial by jury was again denied by the three individuals posing as 'Judges' in the Colorado Court of Appeals who sought to permanently take this Right away with their fraudulent dismissal 'with prejudice' orders that aid and abet Flynn in Civil Rights Violations and violated their own Oath of Office and Montalbano's

Constitutional Civil Rights.  (Colorado Constitution Article II, Sections 3, 6, 7, 14, 15, 16a, **23,** 24, **25,** 28)

2. **Flynn knowingly denied Montalbano's Constitutional Civil Rights** for well over 2 years to have a Trial by Jury for **matters involving Defamation (libel and slander) and as is specifically reserved in the Colorado State Constitution for Trial by Jury and for the evidence to be given to the Jury** to determine the law and fact (not for orders/judgments to be written and unlawfully filed by prejudice Judge(s) refusing to perform their judicial duties), Flynn and the three individuals colluded with him acted contrary their Oaths and took away Montalbano's Civil Rights and violated their Oath of Office and Montalbano's inalienable Right to Due Process of Law. (Colorado Constitution Article II, Section 10, 25)

3. **Flynn knowingly denied Montalbano's Constitutional Civil Rights for well over 2 years to have a Trial by Jury for Civil matters in controversy exceeding twenty dollars,** Montalbano's case has at least $70,000 claimed at issue, Flynn prejudicially refused to take the matter to trial by jury pursuant Due Process of Law and violated his Oath of Office and Montalbano's Constitutional Civil Rights. The three individuals in the Colorado Court of Appeals aided and abetted Flynn's unlawful extortion and racketeering acts and Civil Rights violations and thereby violated their Oath of Office and Montalbano's Constitutional Civil Rights and Right to Due Process of Law.  (Constitution of the United States of America, Bill of Rights, Article VII)

4. **Flynn denied Montalbano equality of justice for over 2 years** by denying Montalbano her Constitutional Civil Rights directly on the Mesa District Civil Court Record and also denying all facts, law, and evidence filed in full support of Montalbano's case and unusual claims.

Flynn violated his Oath of Office and Montalbano's Constitutional Civil Rights and Right to Due Process of Law. The three individuals again aided and abetted Flynn in committing Civil Rights Violations rather than stop his lawless acts pursuant their Oath of Office. The three individuals denied Montalbano equality of justice in the Colorado Court of Appeals by writing and filing their own fraudulent and frivolous orders on two separate occasions that only serve to conceal Flynn's Civil Rights Violations, racketeering, and extortion acts, performed in the lower Mesa District Civil Courts and the three individuals' extortion 'orders' seek to prevent Montalbano from 'ever' receiving remedy and relief for all the severe Civil Rights violations being committed against her for well over two years. The three individuals have perjured their Oaths and violated Montalbano's Constitutional Civil Rights and Right to Due Process of Law.   (Colorado Constitution Article II, Section 6, 25; Constitution of the United States of America, Bill of Rights, Article V)

5. **The Colorado State Constitution expressly forbids the imposition of excessive fine.** Flynn and the three individuals abused the legal system for years, violated Due Process of Law, unlawfully delayed and obstructed Montalbano's case and claims (18CV50), violated their Oath of Office, violated their offices of public trust, refused to issue orders to stop criminal acts, unlawfully entered 'orders' that aided and abetted criminal acts, and all used the Courts under Color of Law to extort Montalbano, and unlawfully denying Montalbano, her Constitutionally secured Civil Rights, then unlawfully imposing excessive fines against Montalbano under Color of Official Right (Extortion). Flynn and the three individuals have participated in money laundering (28 USC 1956) through abuse of the legal system and severe abuse of their positions of public trust. (Colorado Constitution Article II, Section 20)

**ORDERS ARE NULL AND VOID FOR VIOLATION OF DUE PROCESS OF LAW**

**This is legal and lawful Notification that any and all 'Orders' written and filed by the three individuals as related to the timely filed appeal of case 18CV50 from Mesa District Civil Court are NULL and VOID for failure of the 'orders' to be written and entered in accordance with Court Rules, Constitutional Law, Due Process of Law, and pursuant their Oath of Office.** Their alleged orders do not need to be made void, **as they are already legally and lawfully VOID**, due to them being written and filed completely devoid of Due Process of Law, under Color of Official Right, and in direct violation of their Oath to the State and National Constitutions. (18 USC 2381 Treason)

**This matter cannot lawfully proceed in the Colorado Court of Appeals, until all Constitutional anomalies are corrected,** the three alleged 'Judges' have rendered this Court incompetent through knowingly issuing multiple unconstitutional orders solely to aid and abet criminals and criminal RICO and racketeering extortion acts and each failed to sign their alleged orders in their judicial capacity and in accordance with due process of law. **These three individuals are to be immediate removed (recused) from this case and their positions of public trust as they have broken the trust by perjuring themselves.**

**LEGAL NOTICE TO PUBLIC SERVANTS OF DUTY TO REPORT TREASON**

This is legal and lawful notification to attorney **Valerie Yanaros Wilde and others having taken an Oath of Office** to include the following Court of Appeals Officers: **Chief Judge Steven Bernard, Judge Daniel Dailey, Judge Gilbert M. Román, Judge David Furman, Judge Jerry N. Jones, Judge David Richman, Judge Terry Fox, Judge Stephanie Dunn, Judge Anthony J Navarro, Judge Michael H. Berger, Judge Elizabeth L. Harris,**

**Judge Rebecca R. Freyre, Judge Craig R. Welling, Judge Ted C Tow III, Judge Lino S Lipinsky de Orlov, Judge Neeti Vasant Pawar, Judge Jaclyn Casey Brown, Judge Sueanna P. Johnson, and Judge David H Yun;** of their responsibility to report public servants who violate their Oath of Office to the State and National Constitutions, pursuant their own Oath of Office, and are duly notified of their responsibility to notify the appropriate authorities of acts that take away Constitutional Civil Rights, failure to report the acts is misprision of treason. (18 USC 2382) (See Exhibit A – USPS Certified Notice to Colorado Court of Appeals Judges)

The three alleged 'Judges' **Ms. Christina F. Gomez, Mr. Matthew D. Grove, and Ms. Diana Terry** unlawfully denied 'with prejudice' a timely filed appeal, devoid of due process of law, did not look at any of the case facts, records, and evidence, and issued orders directly contrary Constitutional Law and thereby directly contrary their Oaths (perjury). These three individuals have written and filed two alleged orders on two separate occasions, whereby the only purpose of both orders, is to severely violate and take away Montalbano's Constitutional Civil Rights and extort Montalbano while concealing Flynn's Civil Rights Violations committed against Montalbano, as none of the alleged orders were signed or entered in any official judicial capacity in accordance with due process of law and aided and abetted the racketeering acts of Flynn. (See unrebutted "Appellant Alyssa Chrystie Montalbano Response to Order to Show Cause" (filed on or about November 4, 2020) showing the appeal was timely filed and showing any dismissal 'with prejudice' is a knowing violation of Montalbano's Constitutional Civil Rights and a knowing criminal act)

**NOTICE OF FAILURE TO RESPOND**

**Montalbano incorporates by reference the "Appellant Alyssa Chrystie Montalbano Response to Order to Show Cause" (filed on or about November 4, 2020) as if placed fully herein and is placed fully herein,** and legally Notifies the three individuals, that they have failed to legally and lawfully respond to Montalbano's papers and have failed to address on a point by point basis with their own supporting Court Rules and Constitutional Law that with which they disagreed and they failed to show how their first or second alleged dismissal orders 'with prejudice' are not willful, knowing, and malicious violation of Due Process of Law, perjury of their Oath of Office, and severe violation of Montalbano's Constitutional Civil Rights.

**LEGAL RESPONSE REQUIREMENT**

1. A legal response requires a 'wet ink' signature and a full name, that is affirmed.

2. Must be based in fact, law, and evidence and must address each issue on a point by point basis supported by Constitutional Law. Denial does not constitute a response, such as alleged 'order' number two, filed November 19, 2020.

3. Must cite Constitutional Law in support of how their 'with prejudice' orders are not Constitutional Civil Rights Violations of an American Citizen (Montalbano) how they are not written completely devoid of Due Process of Law, and how they do not violate the three individuals' Oath of Office, and whereby denial does not constitute a response such as alleged 'order' number two, filed November 19, 2020.

If the three individuals cannot show with their own supporting facts, Court Rules, and Constitutional Law pursuant their Oath of Office, that their 'with prejudice' orders are valid and entered in accordance with Due process of Law, then they must immediate reverse them for

placing a knowing fraud upon the Colorado Court of Appeals and **must recuse themselves or be recused** by others for prejudice, perjury, civil rights violations and due process of law violations.

## DUE PROCESS OF LAW VIOLATION

**Montalbano notifies the three individuals that they have again failed to lawfully sign an alleged Court Order in accordance with Due Process of law.** A properly indorsed Judgment/Order is to be signed with an actual 'wet ink' signature by an actual flesh and blood person in their official capacity and in accordance with due process of law, not a text type block name typed at the base of another fraudulent and clearly prejudice 'order' that only serves to take away Montalbano's Constitutional Civil Rights and aid, abet, and conceal the racketeering and extortion acts committed by their accomplice, Flynn, in the lower Court.

## CIVIL RIGHTS VIOLATIONS AND CLAIMS

The U.S. Supreme Court has stated that,

> **"No state legislator or executive or judicial officer can war against the Constitution without violating his solemn oath to support it."** *Cooper v. Aaron*, 358 U.S. 1, 78 S.Ct. 1401 (1958)9. (emphasis added)

> **"No man in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity.** All officers of the government from the highest to the lowest, are creatures of the law, and are bound to obey it." *Buckles v. King County* 191 F.3d 1127, *1133 (C.A.9 (Wash.),1999). "It is the only supreme power in our system

of government, and **every man who by accepting office participates in its functions is only the more strongly bound to submit to that supremacy and to observe the limitations** which it imposes upon the exercise of the authority which it gives." *United Stated v. Lee*, 106 U.S. 196, 220, 1 S.Ct. 240, 27 L.Ed 171 (1882) (emphasis added)

**"A judgment rendered in violation of due process is void."** *Pennover v. Neff*, 95 U.S. 714.  (emphasis added)

Under Federal law which is applicable to all states, the U.S. Supreme Court stated:

"**Where a court has jurisdiction, it has a right to decide** any question which occurs in the cause, and whether its decision be correct or otherwise, its judgments, until reversed, are regarded as binding in every other court. **But if it acts without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void, and form no bar to a remedy sought in opposition to them, even prior to a reversal. They constitute no justification, and all persons concerned in executing such judgments or sentences are considered in law as trespassers.**" *Elliot v. Piersol, 1* Pet. 328, 340, 26 U.S. 328, 340 (1828). (Emphasis Added)

The State and National Constitutions do NOT grant powers or authority to take away Constitutional Civil Rights. Each of the three individuals, operating under Color of Law, lack jurisdiction to enter any orders in this instant appealed case due to issuing orders that take away Constitutional Civil rights instead of upholding Constitutional Civil Rights and for issuing orders contrary their Oath of Office. These three individuals by and through their own acts have committed acts of war against the Constitutions, against America, and are in knowing violation of their Oath of Office (perjury), thereby rendering all their 'orders' legal nullities, VOID and constituting no justification, and **the alleged 'orders' do not bar Montalbano from seeking**

**legal remedy in opposition to them, even prior to reversal. Any individual or person who assists in executing any of these three individuals' extortion orders or Flynn's extortion orders are considered trespassers.**

**The orders as filed by the three individuals fail as a matter of law and have no force or effect and are Null and VOID.**

## NOTICE OF DISQUALIFICATION OF JUDGES

Montalbano invokes the Colorado Code of Judicial Conduct Rule **2.11, Disqualification, to wit:**

> " (A) A judge shall disqualify himself or herself in any proceeding in which the judge's impartiality* might reasonably be questioned, including but not limited to the following circumstances:
>
> (1) The judge has a personal bias or prejudice concerning a party or a party's lawyer…
>
> Upon reasonable inference of a "bent of mind" that will prevent judge from dealing fairly with party seeking recusal, it is incumbent on trial judge to recuse himself. *Wright v. District Court*, 731 P.2d 661 (Colo. 1987).

**Comment: (Recusal)**

**[1] Under this Rule, a judge is disqualified whenever the judge's impartiality might reasonably be questioned**, regardless of whether any of the specific provisions of paragraphs (A)(1) through (5) apply. **The**

**term "recusal" is sometimes used interchangeably with the term "disqualification."** [Emphasis added]

**And;**

""Impartial," "impartiality," and "impartially" mean absence of bias or prejudice in favor of, or against, particular parties or classes of parties, as well as maintenance of an open mind in considering issues that may come before a judge. See Canons 1, 2, and 4, and Rules 1.2, 2.2, 2.10, 2.11, 2.13, 3.1, 3.12, 3.13, 4.1, and 4.2." Colorado Code of Judicial Conduct, Preamble, Annotation 4.

The three presiding offers believed to be named: **Christina F. Gomez, Matthew D. Grove, and Diana Terry, are hereby Disqualified as 'Judges' in this instant case for prejudice and bias** against Montalbano, prejudice against Court Rules, prejudice against the State and National Constitutions and for knowingly and willingly violating Due Process of Law and their Oath of Office with a clear bent of mind while enacting their prejudices under Color of Law, Color of Office, and Color of Official Right, to take away Constitutional Civil Rights of an American Citizen, Montalbano, rather than protect them pursuant their Oath of Office.

**TRADE SECRET EVIDENCE AND EVIDENCE OF VIOLATION OF CIVIL RIGHT TO DUE PROCESS OF LAW TO PROTECT PRIVATE PROPERTY**

**For the benefit of any honorable presiding officers reading this Notice,** as another example of Flynn's Mesa District Civil Court 'dismissal' orders being issued under Color of Law and with prejudice; the following errors were made by Flynn regarding Montalbano's Intellectual Property; Flynn erroneously stated 'Dream Visions' were 'not tangible or intangible' in his January 29, 2020 alleged orders. However, directly contrary to this erroneous order, Montalbano

had filed almost exactly one year prior, on the Mesa State Court record, her federal Copyrights of select 'Dream Visions' contained in published books, showing Flynn's orders were issued with complete bias, prejudice, and/or incompetence regarding Montalbano's Intellectual Property (IP) which is legally defined by Copyright laws as being both tangible and intangible personal property. (Montalbano's Federal Copyrights were filed on the Mesa District Civil Court record January 30, 2019, as Exhibit X) (Title 17 Copyrights)

As further evidence of Montalbano's highly rare Trade Secret Intellectual Property claims that Montalbano foresee things in dreams before they occur in waking states and documents them in writing first, within the trade and profession of predictive dream research; and that are legally defined by Trade Secret law as "or other information relating to any business or profession which is secret and of value" (CRS 7-74-102(4)); Montalbano submits for this Court Record, two sample Dream Vision IP records (that may be subpoenaed…because they are tangible) showing Montalbano foresaw Flynn and the three individuals would behave very badly even as early as 2017 (before any lawsuit was ever filed). It was known, because it was documented in writing within a Dream Vision, dated October 9, 2017 (tangible), and emailed to Goode (the defendant) October 10, 2017 (fixed format); and further known because of an associated recent Dream Vision observed and documented October 31, 2020 (tangible). (Title 17 Copyrights; CUTSA CRS 7-74-101 et seq.)

On October 31, 2020, the night of Halloween, Montalbano documented a Dream Vision. (EXHIBIT B) From this observation Montalbano knew in waking states there would likely be three individuals ('Appellate Judges') likely two female (Ms. Gomez and Ms. Terry) and one male (Mr. Grove), who would proverbially try to 'kill' (fraudulent orders) Montalbano via the

Colorado Court of Appeals. In the Dream Vision the two female 'Judges' appeared as two large black panthers and the male 'Judge' as a huge werewolf, all were full of hatred and anger, coming right up into Montalbano's face (who appeared as a great owl they couldn't touch) they were all trying to 'kill' or otherwise harm Montalbano, but all were unable to do so. These vicious attack efforts (extortion), will also likely be seen even more after the filing of this Notice. In waking states, each of the three individuals parading around as 'Judges' and entering unconstitutional orders devoid of due process of law and under Color of Law (wild and vicious animals) also can't 'kill' Montalbano or the case (i.e dismiss 'with prejudice'), because each of the three individuals have failed to follow due process of law pursuant their Oath of Office, vacated their offices, and have no power or legal authority to 'kill' Montalbano (i.e dismiss the case with prejudice). Additionally, three individuals' writing and filing Color of Law 'orders' is a very hateful and vicious things to do. Since the dream, Montalbano has simply been waiting and expecting the next (in a long line of) Constitutional Civil Rights Violation orders to arrive in the mail (18 USC 1341 Mail Fraud) from the alleged appellate 'Judges' of the Colorado Court of Appeals.

Similarly, on October 9, 2017 Montalbano observed and documented Brian James Flynn in a Dream Vision (tangible). 'Flynn' was writing contract papers and being exceedingly deceptive and trying to trick Montalbano into 'dating' (agreeing to) his fraudulent 8.5 x 11 extortion papers (unconstitutional dismissal orders) to sneakily destroy Montalbano's life and in the dream he was knowingly lying as were the three individuals observed and documented as being 'essences' (likely the appellate Judges) aiding and abetting the main visible troublemaker (Flynn) but in the background (their own fraudulent orders). Montalbano refused to 'date' the

extortion papers in the dream state (2017) and refused to 'date' (accept) Flynn's 8.5 x 11 extortion papers in waking states (2020). Flynn and the three individuals physically wrote their extortion contract papers respectively two and three years *after* Montalbano observed and documented them writing them in the Dream Vision. In waking states the 'date' of this appeal filing is also a major issue, and in the Dream Vision the 'date' was also a major issue for the extortion contracts to be successful, which Montalbano refused. This is what makes Montalbano's Trade Secret Intellectual Property dream journal records so incredibly rare and valuable in her trade and profession of predictive dream research, and is why the CIA (via Goode) is stalking and harassing Montalbano for these exceedingly valuable records, and is why they need to be protected by law and the IP legally declared Montalbano's. Montalbano photographed and emailed images of this dream journal (Dream Vision) record to Goode as a PDF file on October 10, 2017 and it is titled "Contract Trickery Foiled". (**See attached Exhibit C** – filed as, Exhibit BB DV Sample 7, on February 12, 2020 on the Mesa District Civil State Court Record as tangible evidence of Trade Secret claims)

Montalbano's Trade Secret claims, coupled with neuroscience, will in fact and evidence overcome even severe skepticism, but they cannot overcome willful ignorance, incompetence, or prejudice.

Montalbano's dream Journal Records are legally considered scientific research in the field of dream research and are a collection of empirical data and empirical evidence based on observations, experimentations, and custom and detailed decode analysis work, and as such all of Montalbano's Dream Visions (approximately 500 detailed dream journal records stolen by Goode due to belief in his public fraud; and his public fraud and theft supported by Flynn) are tangible Intellectual Property records and as such are protectable by law and statutes.

Montalbano's Trade Secret abilities can be explained with the CIA MKULTRA program records, expert witnesses (also unlawfully ignored by Flynn), patented frequencies, neuroscience, and Artificial Intelligences neural linking with organic brains notably via 5G. Montalbano attempted to explain this to Mr. Flynn on February 21, 2020 in filing *"Fifth Information For The Court Cia Evidence - Senate Hearings, Cia Records, Remote Viewing, Remote Influencing, Dream States & Psychokensis Research - As Compared To Defendant Public Claims And Plaintiff Dream Experiences Submitted For Legal Investigation Purposes"* and accompanied by supporting scientific records, video exhibits, and patents. Unfortunately, Flynn chose to maintained his prejudice, and bias against the Constitutions, facts, law, and evidence; and for which Montalbano asked him to recuse himself, and for which he refused, and irrationally denied he was prejudice or incompetent; when it was clear he couldn't even comprehend that Intellectual Property is in fact legally Tangible and Intangible personal property, and he also could not comprehend that books, the internet, TV shows, and YouTube are published and broadcast mediums, or that stalking is a crime in Colorado and that it is a malicious act of defamation for a public figure (Mr. Goode and his associates) to call a private individual (Ms. Montalbano) a 'stalker' (a criminal) to third parties (hundreds of thousands) after Goode lost three stalking claim filings even with fabricated evidence and on three separate occasions. Flynn ignored all of these facts (and more) and aided, abetted, and colluded with Goode, Wilde, and Lorie in their civil-criminal racketeering and extortion activities.

Montalbano cannot help what the facts and unusual facts are in her case and claims, but she has inalienable Constitutional Right to have all of them heard by a competent Court of Law, honorable Presiding Officers, and in full accordance with Due Process of Law and through to Trial by Jury where applicable.

## CONCLUSION

Wherefore, based on facts, law, and evidence, cited in this NOTICE OF CONSTITUTIONAL CIVIL RIGHTS VIOLATIONS AND NOTICE OF DISQUALIFICATION OF JUDGES and cited in the "Appellant Alyssa Chrystie Montalbano Response To Order To Show Cause" filed on or about November 4, 2020; **the 'prejudice dismissal orders', dated October 21, 2020 and November 19, 2020, are legally and lawfully Null and VOID pursuant Due Process of Law and an Oath of Office,** and are evidence of willful and knowing Civil Rights Violations performed by **Ms. Christina F. Gomez, Mr. Matthew D. Grove, and Ms. Diana Terry.** These three individuals knowingly supported acts of war and sedition in the United States of America by supporting, aiding, and abetting criminals, civil-criminal acts, and supporting a state of anarchy to take away Montalbano's Constitutional Civil Rights. Each of these individuals are guilty of committing the crime of perjury and acts of war against the State and National Constitutions (Treason) by operating under Color of Law and willfully failing to issue orders in accordance with Due Process of Law and pursuant their Oath of Office; thereby each of the three alleged 'Judges' having willingly vacated their office(s) of public trust rendered them all without jurisdiction or power. Each of the three individuals are legally and lawfully stripped of their judicial immunities for acting in their personal capacities under Color of Law and issuing orders in their personal prejudices and bias, that take away Constitutional Civil Rights, rather than protect them, and are thereby directly contrary their Oath of Office (perjury). The three individual are legally disqualified as 'Judges' for these facts, laws, and reasons. (28 USC 455(b)(1); Colo.R.Civ.P. Rule 97; Colo.Code. Jud. Cond. 2.11)

If any individual cited in this Notice disagrees with anything herein, they must rebut that with which they disagree, in writing, with particularity, within 14 days of this Notice filing, and

must support their disagreement with evidence, fact, and Constitutional law and must lawfully sign their sworn to response. Further failure to lawfully respond, as stipulated, is each individuals agreement with and admission to the fact that everything in this Notice and the "Appellant Alyssa Chrystie Montalbano Response to Order to Show Cause" are true, correct, legal, lawful, and is each individual's irrevocable agreement attesting to such, and is fully binding upon them, in any court in America, without their protest or objection or that of those who represent them.

Dated and Affirmed this December 2, 2020

Respectfully Submitted,

*Alyssa Chrystie Montalbano*

Alyssa Chrystie Montalbano
American Citizen, All Rights Reserved

Certificate of Service

I certify that on December 2, 2020 I filed "**Notice of Constitutional Civil Rights Violations and Notice of Disqualification of Judges**" with the Court of Appeals. I sent a copy, along with Exhibit attachments: A, B and C, to the people listed below:

Colorado Court of Appeals
USPS Express Mail # EJ 370 541 235 US

James Corey Goode
1140 US HWY 287
Suite 400-266
Broomfield, Colorado 80020
USPS Certified Mail # 7019 1640 0001 9359 9318

And courtesy copies electronically delivered by email to:
James Corey Goode at: GoodeTech@Yahoo.com
and
Valerie Yanaros Wilde Valerie@YanarosLaw.com

Signature: *Alyssa Chrystie Montalbano*

Appellant Alyssa Chrystie Montalbano

# NOTICE OF CIVIL RIGHTS VIOLATIONS BY COLORADO COURT OF

# APPEAL JUDGES

Certified Mail: 7019 1640 0001 9359 9325
Alyssa Montalbano
2536 Rimrock Avenue
Suite 400-117
Grand Junction, CO 81505

Chief Judge, Steven Bernard
Colorado Court of Appeals
Denver County, Colorado
2 East 14th Avenue
Denver, Colorado 80203

Re appealed case: 2020CA1775

Dear Mr. Steven Bernard, Chief Judge, Colorado Court of Appeals,

This letter is lawful notification to you and all of the Colorado Court of Appeals Judges pursuant The Bill of Rights of the National Constitution, in particular, the First, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, and Fourteenth Amendment Sections 3 and 4; and The Bill of Rights of the Colorado Constitution and in particular, Sections: 1, 2, 3, 6, 7, 9, 10, 14, 15, 16a, 23, 24, 25, 28, and Colorado Constitution Article II, Section 9 (Oath)  and Article XII, Section 10 (vacancy);  and pursuant each public servant's Oath of Office, and informs **Chief Judge Steven Bernard, that he is duly notified and is to duly notify the following Judges:** Judge Daniel Dailey, Judge Gilbert M. Román, Judge David Furman, Judge Jerry N. Jones, Judge David Richman, Judge Terry Fox, Judge Stephanie Dunn, Judge Anthony J Navarro, Judge Michael H. Berger, Judge Elizabeth L. Harris,  Judge Rebecca R. Freyre, Judge Craig R. Welling, Judge Ted C Tow III, Judge Lino S Lipinsky de Orlov, Judge Neeti Vasant Pawar, Judge Jaclyn Casey Brown,  Judge Sueanna P. Johnson, and Judge David H Yun; **of the Civil**

EXHIBIT A
(4 pages)

**Rights Violations and perjury performed by the following three alleged Judges:** Ms. Christina F. Gomez, Mr. Matthew D. Grove, and Ms. Diana Terry; **against Ms. Montalbano via case 2020CA1775** (a timely filed appeal that they refused) and this is notice to each public servant of their legal responsibility to report those who violate their Oath of Office, pursuant their own Oath, and to report those who war against the State and National Constitutions by taking away Constitutional Civil Rights of American Citizens (Treason) rather than uphold them. (18 USC 2382 misprision of treason; 42 USC 1983 and 1985; 28 USC 455, Colo.R.Civ.P. Rule 97, Colo.Code. Jud. Cond. 2.11 disqualification;)

Montalbano has filed the attached NOTICE OF CONSTITUTIONAL CIVIL RIGHTS VIOLATIONS AND NOTICE OF DISQUALIFICATION OF JUDGES within case 2020CA1775 and this is lawful notification to each Judge listed herein that they are to read the papers Montalbano filed on or about November 4, 2020 and on or about December 5, 2020 and **are to remove (recuse/disqualify) the three alleged Judges,** Ms. Christina F. Gomez, Mr. Matthew D. Grove, and Ms. Diana Terry, **from case 2020CA1775, and reverse the three individuals' unconstitutional 'orders,' for perjury** and aiding and abetting racketeering acts under Color of Law.  Failure to remove them pursuant due process of law and reverse their unlawful orders, makes each public servant listed herein a trespasser pursuant their own Oath.

If any of the public servants listed herein, Colorado Court of Appeal Judges, would like to rebut anything in this letter, or the filings by Montalbano, they have been duly noticed of the filings and this letter via Chief Judge Steven Bernard; and each may do so in accordance with due process of law and as instructed within the Court filed Notice.

All uncorrected matters and people violating their Oath of Office and further conspiring against Montalbano's Constitutional Civil Rights in the Colorado Court of Appeals; to currently include: Ms. Gomez, Mr. Grove, and Ms. Terry; will be brought before the Federal Court for Constitutional Civil Rights violations (42 USC 1983, 42 USC 1985), perjury (18 USC 1621), racketeering (18 USC 1961), money laundering (18 USC 1956), and extortion (18 USC 1951).

Failure to perform as required within 14 days, as stipulated, or rebut, with particularity, everything in this letter and the filed Notices in case 2020CA1775, with which they disagree is their lawful, legal and binding agreement with and admission to the fact that everything in this letter and the Notices are true, correct, legal, lawful and binding upon them, in any court, anywhere in America, without their protest or objection or that of those who represent them. Silence is acquiescence.   See:   *Connally v. General Construction Co.*, 269 U.S. 385, 391. Notification of legal responsibility is "the first essential of due process of law."  Also, see:  *U.S. v. Tweel*, 550 F. 2d. 297.  "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading."

Dated and Affirmed this December 2, 2020

All Rights Reserved,

Alyssa Chrystie Montalbano
Appellant and American Citizen

Certificate of Service

I certify that on December 2, 2020 I USPS Certified Mail served **"Notice of Constitutional Civil Rights Violations By Colorado Court of Appeals Judges" letter** and filed a true and correct copy with the Court of Appeals as Exhibit A in case 2020CA1775 with "NOTICE OF CONSTITUTIONAL CIVIL RIGHTS VIOLATIONS AND NOTICE OF DISQUALIFICATION OF JUDGES" and sent a true and correct copy, to the people listed below:

**Chief Judge Steven Bernard, who was informed to duly notify the following Judges:**
Judge Daniel Dailey,
Judge Gilbert M. Román,
Judge David Furman,
Judge Jerry N. Jones,
Judge David J. Richman,
Judge Terry Fox,
Judge Stephanie Dunn,
Judge Anthony J. Navarro,
Judge Michael H. Berger,
Judge Elizabeth L. Harris,
Judge Rebecca R. Freyre,
Judge Craig R. Welling,
Judge Ted C Tow III,
Judge Lino S. Lipinsky de Orlov,
Judge Neeti Vasant Pawar,
Judge Jaclyn Casey Brown,
Judge Sueanna P. Johnson,
Judge David H Yun
And the following three 'Judges' (three individuals): Ms. Christina F. Gomez, Mr. Matthew D. Grove, and Ms. Diana Terry

USPS Certified Mail # 7019 1640 0001 9359 9325
ATTN: CHIEF JUDGE, Steven Bernard
COLORADO COURT OF APPEALS
2 East, 14Tth Avenue
Denver, Colorado 80203

Signature: _Alyssa Chrystie Montalbano_
Appellant, Alyssa Chrystie Montalbano,

American Citizen, All Rights Reserved

EXHIBIT M

OCT 31, 2020
@ 1:22am

COREY GOODE KEEPS COMING AROUND
ME & IS READING THINGS ABOUT ME
~~GALAXY~~ ~~&~~ & MY POST & WRITINGS TO GET
TO KNOW ME & HE WANTS ME TO KNOW
HE'S READING MY STUFF NOW
~~Emily 2 brothers~~

EXHIBIT **B**
(6 pages)

**EXHIBIT M**



2 HUGE BLACK PANTHERS, 1 HUGE BLK y/SILVER
GUARDHAIRS WERE- WOLF —THEY ALL WANT
TO EAT-KILL me BUT CANT—AS GREAT OWL
7:31 pm IFLY ████ & I TO SAFETY- JUMANJI JACK BLACK
DRESSED LIKE GUY
There was lots going on, but I 1st recall

being w/ m & D & some others in a van? d we'd
just gotten a bunch of grocery food & it was w/
us in brown grocery bags & I seemed to have/would
get one bag or two. There was 'someone' w/me too
in the full van & like I had corn nuts w/ranch in one
of my bags in little personal size packets.
those

Then I had to walk a stretch of the Old ████
████ Rd to get 'home' (████ House) & I had a
companion w/ me like J██? or someone else & they

2 blk panthers
1 g blk/silverwolf
I threw ' panthers off
to protect I w/me
me owl like?
I then flew safely—I
this them as owl bathroom
scenes to 'get' friend good
there for are

Food groceries of m&D

DV Grant/TREX
I give Ranch
& corn chips
too

EXHIBIT M

were also an animal of some sort too, like a small dog? or cat? or something else. It was night & at 1st we had mom w/ us I think & her lighting the way for ≈ 10yds then she had to go (like she got picked up in the van)... now it went dark... I was protecting my friend. I felt black panthers were in the woods. & I worried. my friend & I walked about 10 more yds to be at one of the other bends ⟨ w/ the

drop off to our left. I could hear each of our steps now crunching the ground below as if walking some on 1, 2, or 3 crisp leaves & crunchy dirt. I worried we'd be heard as it seemed so loud & like there were dry sticks & pebbled under our feet too.

Then... the black panthers came! There were 2 of them... they were very large! I distracted their attention away from my tiny animal friend & was the main one moving to do it. I lead them over by the cliff edge & used my grit muscle strength arms & 'threw' one barely off the edge, but it was enough & it went down & the 2nd one seemed to go after it &/or I'd helped shove it off too, but more like it'd gone down to check on its 'friend'. I then wanted to ensure it was away & there also

EXHIBIT M

was a 3rd animal an equally large & very bad dark blk & grey silver guard haired were wolf. mostly in full wolf form. It was full of hate & wanted to kill eat me too. I was flying some & I seemed owl like as if a powerful & the Great Owl, but I was just using my abilities to flap & stay just barely out of reach of the 2 black panthers. I saw both their faces most of the time right up in my face as if only inches inches away & them trying so hard (a just failing) to kill me ... to eat me ... to scratch or damage me ... I seemed to give them a second shove down into the gully to somehow keep them totally away from us. long enough to get home. I was near a large & branchy tree ... Then the werewolf tried! It lept up at me from below me & it was directly looking at me also inches from my face w/ sharp almost pointy teeth and scarry creepy looking face in general. It wanted to kill eat me SO BAD & I was so close to it & had mild anxiety the whole time, but just a little & sorta like I couldn't really use my magik & sorta some like it was cause I was in this animal form & I was just barely staying above

this creature & I felt it could just reach up & grab me & skewer me w/ sharp long talon like claws. But, it never did & then suddenly it too fell down into the gully area below & basically on top of/w/ the panthers. . . I then flew quickly back to my friend & had her get onto my back (now as if a small child) & to hang on. I then as the powerful owl flew us barely staying safely high ~~& we~~ & we reached the house (it wasn't my W3OL ██████ home) & I went into the small bathroom upstairs w/ my friend.

Now I seemed human form again (& like I was human form too the entire time) & my friend a teeny tiny (cute) baby? owl ⟨DV baby owl(s); DV salt castle & 2 huge blk dogs⟩ (about smaller than palm size).

I heard someone enter the home.

10:59am There was stuff to do w/witnesses & Jurisdiction for the Federal court

at this time. However, some dream connection inferences can be made about who people are from the dreams just explained, such as "John" (Ranger John).

**(7)**   **DV: CONTRACT TRICKERY FOILED** (See DV Sample 7)

Another Dream Vision (DV) that is occurring now and was documented as Intellectual Property in a rough draft format on October 9, 2017, was emailed to the Defendant October 10, 2017 and is respectively titled ***"Contract Trickery Foiled"***

In this Dream Vision I am in outer space and there is a lab <u>doctor</u> scientist guy (which is likely Judge Flynn as he appears as a doctor (doctor John) in other dreams not shared here) with <u>brown</u> steampunk goggles (again, note the brown color connect with Ranger John in No. 5 and my Brown Pajamas in No. 14) and the lab doctor is trying to trick me into signing and dating a contract which will destroy me if I do so. If I agreed to Judge Flynn's January 29, 2020 orders it would essentially 'destroy' me by destroying everything I have worked so hard for to this point just to have my case heard. I speculate there is an element of CIA mind control and/or behind the scenes pressures (i.e. the 3 to 4 etheric tricksters, but only the one main <u>Dr.</u> one with the contract is seen) these pressures may also be impacting the January 29, 2020 court orders, as prior these orders there seemed to be some ability to see mind control as a problem and to have some empathy and understanding of the case in the May 14, 2019 orders.

In my Dream Visions, Lab doctors often denote mind control and this aspect still needs to be investigated to find out if Corey (the Defendant) has actually been in the CIA mind control programs he claims: MKULTRA & MiLab and how those are impacting our situation.

EXHIBIT C
(7 pages)

In the dream I refuse to date the contract papers to make them valid and the contract is then null and void.   In waking states I have filed this affidavit with a Motion to Void the Judgement pursuant to Rule 60(b)(3) and (4) to make it "null and void."   Essentially, the Doctor just wanted me 'dead' and if I 'died' supposedly the oxygen would be restored to the universe and the guy trying to cut this deal with me wanted me to think accepting this offer was the only way. In waking states we can see that Judge Flynn wants me to think I have to accept orders made based on his opinion and devoid of fact and law as being lawful, and he wants me to think that's the only way. Basically he just wants me to 'die' (i.e. by killing the case) by 'dating' his orders by agreeing to the time frames he's outlined. However, I obviously am not agreeing to the unlawful orders that were issued because they violate Constitutional law and my inalienable rights granted therein to include the right to have due process of law and a trial by a jury of my peers. The January 29, 2020 orders are 'tricky-like' and would 'kill' what I have worked so hard for and thus are "Contract Trickery."

In this same Dream Vision group emailed to the Defendant, Brazil was also mentioned in it. Which is key to note, as now the Defendant has an upcoming public speaking event in Brazil.

(8)   **DV: CLASS TRIP TO SPAIN** (See Sample DV 8)

Similarly, in Pre-Litigation Affidavit Complaint originally dated April 18, 2018, I cited emailing Dream Visions to Corey Goode on June 28, 2017 with one originally dated December 3, 2015 titled ***"Class Trip to Spain."*** The DV was about a class trip to Barcelona, Spain and in the dream I used magik to protect the class from 'robot' attacks.

In waking states the Defendant announced he was going to Barcelona Spain for a speaking event.  During the trip he alleged being in dangerous situations, but where he was ultimately

EXHIBIT M

I was going around performing bits of magik. That had to do w/ people & locations. more individuals or small groups. One may have been vampires.

Emailed 10/10/2017
TO Corey Goode
DREAM VISION Originally date 10/9/17

7:17am  I was somewhere in outerspace, in a ship at first, somewhere "Far, Far, away" another Galaxy even. It was as though they were trying to trick me into believing the Universe was dying & trying to trick me into believing I needed to cut myself in half to die so the Universe might live. They gave me a piece of paper. Either 3 or 4 tricksters but only 1 seen, that gave me the paper. like a mad lab steampunk style white lab coat 🔵 scientist. He was acting like all the 'air' would be sucked out of the universe unless I died, like somehow my death would restore the oxygen. I was at first thinking that was the only way, cause thats what he told me. But yep I did

**EXHIBIT M**



say to him there has got to be another way. He grin lied all tricky like "nope" I read it in the glint in his eye he knew something else he wasn't telling me or outer way. or a flat out lie. He acted like the Universe was dying & would be dead in seconds maybe 3 to 4 min tops if I didn't stop it. It felt I had arrived there via the "blue" port hole matters discovered like (dark?) in the "Box" post Corey just did that showed "space" that. It felt I was somewhere in the universe in that/those. They had brought me here.

I was uncertain & stalling for time. Decidn't yet what to do I was filling in the blanks now 3 of 4 spaces, they were telling me it was the only way to save the entire Universe! I still wasn't buying it, But was thinking "what if they are telling the truth & all the "air" will get sucked out of everything (life) If I don't sign it now signed my name ② BUT  I still HAD TO dide it or it to be complete ④. The guy was salivating at the lips, I was in some kind of white tube like rocket ship Very advanced

① that was # 3 of 4 spots
② without the date the entire contract was null & void.

EXHIBIT M

tech. Like a pill (maybe the white pills in the box David W. was warned to stay away from) It was extremely advanced. Like nothing ever seen here in our universe. *(Flat circular Pancake style )*

It felt also like a space station. Part of one.

It was somehow being destroyed. They tried to tell me once it was destroyed & I was blown out into the Universe of inky blackness I would die, cause I couldn't breath w/out the air they provided in the station. I was floating weightless & had placed the ~~paper~~ *contract white* against a rafter to sign it.

I was looking into the eyes of the being (largely seeing as energy) & I was reading his essence. Suddenly I knew it all was a flat out lie. There were winds & a suction. Maybe like the 'reverse bomb blast' in the other David dream. These mad scientists were trying to convince me the ~~bu~~ winds that were pulling on me to pull me out into space (though I also already simultaneously m it) would kill me, that I wouldn't be able to breath. ~~____~~ may have been there too, only

EXHIBIT M

more etherial in nature than bodied. Like the mad scientist I could semi-see. The winds were now pulling me up by my feet to pull me out of the device (ship) but I was also already outside it at the exact same moment. I held the paper w/ my name signed on it, to destroy it later, mayhap in a paper shredder. I clutched it. the guy needed me to date it. I would not. I had signed & filled in 2 other bits of info about myself mayhap age & height or weight w/ a Bic G2 Pilot pen like I am writing w/ now (Pilot G-2 05). I realized it was him & his goons that would die/meet their demise if I did not sign it completely. I was ok with that. lol. It felt, had I signed it I would have been like a white bundle sent in 2 (again).

The winds seemed to suction them away & I was now suctioned out into the galaxy free to go & choose anywhere I liked.

EXHIBIT M

I was floating, peaceful, weightless. It was vast, ~~I was not afraid~~. I saw it all like being inside that 'box' w/all the blue lights. Only this wasn't a box. It was a sphere. Only not a sphere with sides or limits. The only limits were those imagined, not anything real at all. They would be boundaries placed by preference & for fun. It felt I may have now somehow shredded, after tearing into 4's the white paper, that I may have Also folded up into 4's first for easier carrying. It felt I could go anywhere via any potholes I chose or even choose a whole new universe (?).

Then I was in a house, someone else's.⊛ Don't know what for. It felt those same scientist were here too trying to still trick me but maybe now only 3 and they seemed stuck in the flesh now & they just wanted to nab/kill me now & do it in such a way so as not be obvious. They still wanted me to sign a paper. I did not see them. I just knew this to be true. There were others here/there too they seemed to have signed

⊛ It felt to be a more 3D version of what I'd just done/experienced but had pixed off the most troublesome ethereal aspect of there...