# Register of Actions

**EXHIBIT O**

| | Filed by Appellant | **Case Number:** 2020CA001775 | **Court Location:** Court of Appeals |
|---|---|---|---|
| | Filed by Appellee | **Case Type:** Civil - Other | **Referring Case Number:** 2018CV50 - Mesa County |
| | Filed by Court | **Case Caption:** Montalbano, A v Goode, J | |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 02/11/2021 | N/A | Colorado Court of Appeals | N/A | Order | ORDER OF THE COURT | Public |
| N/A (Details) | 02/05/2021 | N/A | N/A | Alyssa C Montalbano | Notice | Notice | Public |
| N/A (Details) | 01/27/2021 | N/A | Colorado Court of Appeals | N/A | Order | ORDER OF THE COURT | Public |
| N/A (Details) | 01/19/2021 | N/A | N/A | Alyssa C Montalbano | Notice | Notice of Constitutional Civil Rights Violations | Public |
| N/A (Details) | 01/11/2021 | N/A | Colorado Court of Appeals | N/A | Mandate | MANDATE | Public |
| N/A (Details) | 12/16/2020 | N/A | N/A | Alyssa C Montalbano | Notice | Notice | Public |
| N/A (Details) | 12/10/2020 | N/A | Colorado Court of Appeals | N/A | Order | ORDER OF THE COURT | Public |
| N/A (Details) | 12/02/2020 | N/A | N/A | Alyssa C Montalbano | Notice | Notice | Public |
| N/A (Details) | 12/02/2020 | N/A | N/A | Alyssa C Montalbano | Motion or Request | Motion or Request | Public |
| N/A (Details) | 11/19/2020 | N/A | Colorado Court of Appeals | N/A | Order | ORDER OF THE COURT | Public |
| N/A | 11/19/2020 | N/A | N/A | N/A | Dismissed | N/A | |
| N/A (Details) | 11/04/2020 | N/A | N/A | N/A | Response | Response | Public |
| N/A (Details) | 10/21/2020 12:00 AM | N/A | Colorado Court of Appeals | N/A | Order | ORDER OF THE COURT | Public |
| N/A (Details) | 10/19/2020 12:00 AM | N/A | Colorado Court of Appeals | N/A | Notice of Filing Notice of Appeal | ADVISEMENT OF FILING NOTICE OF APPEAL | Public |
| N/A (Details) | 10/14/2020 12:00 AM | N/A | N/A | Alyssa C Montalbano | Notice of Appeal | Notice of Appeal | Public |
| N/A | 10/14/2020 12:00 AM | N/A | N/A | N/A | Not At Issue Pending | N/A | |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Alyssa C Montalbano | Plaintiff-Appellant | Active | N/A |
| James Corey Goode | Defendant-Appellee | Active | N/A |