**EXHIBIT P**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC.,

    Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH,

    Defendants.

----
Alyssa Chrystie Montalbano, Individually

    Counter-Claimant,

v.

James Corey Goode, individually and GOODE ENTERPRISE SOLUTIONS INC.

    Counter-Defendants,

GAIA, INC., Jay Weidner, Jirka Rysavy, Brad Warkins, and Kiersten Medvedich,

    Cross-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC; David Wilcock, THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION, Valerie Yanaros Wilde, Elizabeth Lorie, Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, Christina Gomez

    Third-Party Defendants.

## DECLARATION OF TAMMY ADAMS

I, TAMMY ADAMS, of lawful age and having personal knowledge of the matters set forth herein, declare pursuant to § 13-27-104, -106, C.R.S. as follows:

1. I am over the age of eighteen years and in all ways competent to make this declaration.

2. I am currently employed as an Administrative Assistant in the Civil Litigation & Employment Section of the Office of the Colorado Attorney General.

3. In this capacity, I serve as a custodian of the records for all notices of claims and intents to sure filed with the Colorado Office of the Attorney General pursuant to C.R.S § 24-10-109.

4. I have reviewed the records of all notices of claims and intents to sue filed with the Colorado Office of the Attorney pursuant to C.R.S. § 24-10-109, to determine whether a person named Alyssa Chrystie Montalbano has filed any such notices concerning Third-Party Defendants Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, or Christina Gomez, who are named in this action.

5. A search of our records in our electronic database shows that our office has not received any Notice of Claim from Alyssa Chrystie Montalbano naming any of those Third-Party Defendants named in the caption above.

6. The statements made in this declaration are within my personal knowledge, and they are true.

**EXHIBIT P**

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on this 23rd day of June, 2021, at Denver, Colorado.

_____
TAMMY ADAMS