# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually
And GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

GAIA, INC., Jirka Rysavy,
Brad Warkins, And Kiersten Medvedich

Cross-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock, THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde, Elizabeth Lorie,
Brian James Flynn, William Campbell,
Matthew Grove, Diana Terry, Christina Gomez

Third-Party Defendants.

## UNOPPOSED MOTION
## STIPULATION FOR EXTENSION OF TIME

COMES NOW, Alyssa Chrystie Montalbano, Third-Party Plaintiff, and respectfully shows and requests as follows:

**D.C.COLO.LCivR 7.1(a) Certification:** Montalbano and Mr. Dmitry Vilner on behalf of Third-Party Defendants, Mr. Flynn, Ms. Terry, Ms. Gomez, Mr. Grove, and Mr. Campbell, have conferred regarding this motion and agree to stipulate to the relief requested herein.

1. On March 17, 2020 Goode and GES by and through its counsel, Ms. Yanaros, initiated this case and Motions to Dismiss practices ensued.

2. On December 22, 2020 Montalbano filed an Answer and Counterclaims complaint against Goode and GES [#120, #121] adding cross-defendants and multiple Third-Party Defendants to include: Flynn, Terry, Gomez, Grove, and Campbell ("Judicial Defendants") [#160, #164, #181]

3. Montalbano conferred with cross-defendants and/or their counsels regarding the counterclaims involving them and stipulated dismissals without prejudice of cross-defendants. [#126, #130, #144, #145]

4. Goode and GES filed Motions to Dismiss the Counterclaims [#131, #195]; Montalbano objected [#135, #205] and also motioned to amend the counterclaims [#155, #204, #208]. The Motions To Dismiss were denied as moot [#183, #216] due to admittance of amended counterclaims pleadings. [#184, #217].

5. Ms. Lorie, Third-Party Defendant, represented by counsel, Mr. Timothy Murphy, filed a Motion to Dismiss Second Amended Counterclaims Complaint ("SACC") on June 23, 2021 [#221] with Montalbano's Response due date of July 14, 2021.

6. Mr. Vilner on behalf of the Judicial Defendants filed a Motion to Dismiss the SACC on June 25, 2021[#222], with Montalbano's current Response due date of July 16, 2021.

7. Montalbano anticipates more Motions To Dismiss from Ms. Yanaros on behalf of herself, Goode, GES, and LIGHT WARRIOR LEGAL FUND LLC.

8. Montalbano is proceeding Pro Se in the case and requires additional time to Respond to Multiple Motions to Dismiss being filed at once.

9. This is Montalbano's first request for an extension of time to respond to the Judicial Defendants' Motion To Dismiss.

10. This Motion is not made for purposes of delay, in bad faith or as a dilatory tactic, but to ensure full hearing on all facts and legal issues of this action and to secure a just and speedy determination of the case.

11. Per Local Rule 6.1, the parties have stipulated to an extension of 21 days, making Montalbano's Response deadline on or before, August 6, 2021.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Counter-Claimant, Counter Plaintiff

**Certificate of Compliance**

I certify the foregoing Response complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

**CERTIFICATE OF SERVICE**

I certify that on this 29th day of June 2021 a copy of the foregoing Motion/Stipulation was filed with the clerk of the court using the CM/ECF system and are lawfully served upon Defendants' and/or their counsel and upon appeared parties, through the Case Management/Electronic Case Filed (CM/ECF) court filing system (FRCP Rule 5) and upon Mr. High by email.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen