# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually
And GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

GAIA, INC., Jirka Rysavy,
Brad Warkins, And Kiersten Medvedich

Cross-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock, THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde, Elizabeth Lorie,
Brian James Flynn, William Campbell,
Matthew Grove,  Diana Terry, Christina Gomez

Third-Party Defendants.

# THIRD-PARTY PLAINTIFF ALYSSA MONTALBANO RESPONSE TO THIRD-PARTY DEFENDANT LORIE'S MOTION TO DISMISS

COMES NOW, Alyssa Chrystie Montalbano, Third-Party Plaintiff, in Response to "Third-Party Defendant Elizabeth Lorie's Motion to Dismiss" filed June 23, 2021 at Docket 221 and moves the Court to Deny the MTD in its entirety and states as follows:

The Motion to Dismiss, as filed by Ms. Lorie's counsel, Mr. Timothy Murphy, is technically moot as it addresses the non-operative pleading at Docket 184 [#221, p2, Section I. Facts] and not the current operative pleading at Docket 217. However, Montalbano will construe the relevant arguments to the operative pleading and ignore the irrelevant (moot) criminal Harassment arguments [p4, ¶2] as the Harassment claims were already removed.

## I.   OPPOSING PARTY MAIN ARGUMENTS (Dkt. 221)

The primary arguments by Defendant, Ms. Lorie [#217, ¶8, ¶36], are focused on the following:

1. Complaint is not short and plain statements, fails to state a claim upon which relief may be granted [#221 at p3, Section II, No. 1], is frivolous, without merit [pp3-4, Section II, No. B], "outlandish"; and that Lorie's (sic) ". . . only vague "involvement" was as previous counsel for Mr. Goode and Mr. Wilcock." and counterclaims do not show Lorie was involved in "Deceptive trade practices" or that Lorie provided a fake law firm address. [p2, ¶2]

2. That Montalbano doesn't provide evidence or facts that support elements of a RICO claim, or show Lorie engaged in any 'crimes' [p5, ¶¶2-3]; and Lorie attempted suing Goode for $250,000 in case 2020CV265 in the District of Boulder County for money not received for services performed for Goode, and thereby did not participate in the frauds. [pp6-7]

3. That (sic) "mind control human trafficking" or "harassment remote neural stalking" are "not actual causes of action" [p4, ¶2] and Lorie claims in her "…understanding that such tactics do not even exist, though even if they did, Ms. Lorie would not have access to such cutting-edge technology" [p6, ¶1]

4. Lorie did not participate in civil rights violations through failure to adhere to civil procedures. [pp2-3]

II. **MONTALBANO'S ARGUMENTS IN SUPPORT SECOND AMENDED COUNTERCLAIMS COMPLAINT AND DENIAL MTD**

A. COMPLAINT IS WITH MERIT (No. 1)

The length of the complaint is necessary due to multiple claims at issue, multiple defendants, and multiple RICO and fraud matters that must be plead with particularity and extend well beyond Ms. Lorie's role.

The Counterclaim Complaint is comprised of many short and plain statements that more than adequately define the claims and relief sought. [#217, See all 20 Claims' Damages Sections, and Section VII. Prayer for Relief] The length is necessary to give merit to the

technical aspect of the case involving dream states, and the counterclaims show Lorie is jointly and severally liable for her specified role in the RICO acts committed with Goode, Yanaros, Wilcock, and "The Enterprise" as one of many conspirators engaged in deceptive trade practices causing damages to Montalbano. [#217 ¶¶38-39; Claim 12 Civil Conspiracy, ¶616 "jointly and several" clause; ¶320, ¶¶328-333; and Claims: 1 RICO, 2 Fraud, 3 Violation CCPA, 16 Extortion]

Montalbano has shown Lorie provided a fake law firm address through attempting to lawfully USPS Certified Mail contact-serve Lorie [121-1, p1-3] via the address she provided to Ms. Ferrante (a witness [SACC ¶¶262-265]) by email while Lorie was unlawfully extorting Ferrante with 'legal' action, for exposing her co-workers, employers, and legal clients (Goode and Wilcock) as the public frauds they are. [SACC ¶310 G. ¶320 G. ¶347, ¶372 h., ¶579 E, ¶649, ¶¶677-678; and #121-1, p4-7]

Lorie and her Counsel provided no valid arguments or facts explaining why Lorie provided Ferrante with a fake law firm address for contact while legally threatening her [#121-1] or why the December 2019 Certified Mail, from Montalbano, was both "Refused" and returned as "Not at this address" when Lorie's client, Goode; legally Pro Se Defendant in case 18CV50 Mesa Court at the time [#217, ¶235]; was notified prior of the Certified Mailing and full contents therein being on the way to Lorie. [#121-1, p4]

In case, *U.S. v. Levy*, 1:07cr265 (JCC), at *2 (E.D. Va. Feb. 8, 2008) "Ms. Levy created several fictitious names and email aliases to communicate with her purported customers, and also **invented a fictitious law firm and false legal demand letters to threaten legal action against websites who posted negative ratings of Ms. Levy's business practices**." [1] (emphasis added) (Granting Motion to Compel Discovery)

Unlawful Refusal or ignoring USPS Certified Mail to avoid and evade legal accountability is a pattern of The Enterprise.

1) See defaulted defendant David Wilcock USPS Certified Mail, unlawful Refusal of Court filed records, **(Exhibit 1)** after he and his wife (Beth Wilcock) knew (February 26, 2021 [#169-4 pp6-7 #169-5]) Montalbano was attempting to serve him summons by USPS mail for this instant case. [#169, 169-1, #169-3, #169-4]

2) See Yanaros pretending to not receive waver of summons requests [#161, #161-1 p1;  #161-2 pp1, 3, 6-7;  #161-4; #176, pp3-5] until after other Public Servants entered the case [#177, #178] and;

3) See Lorie pretending she didn't receive waiver requests, forcing Montalbano to hire a process server. [Docket 161, 161-1, p2, 161-2 pp1, 3, 8-9, #161-3, 161-5 ; #190]

---

[1] https://casetext.com/case/us-v-levy-37#pa8

Rather than provide evidence of Lorie's innocence and discuss settlement outside of litigation, Mr. Murphy (via paralegal, Julie Vogel) attempted extortion of Montalbano on behalf of Lorie to coerce Montalbano to drop the claims, making no logical sense whatsoever, as this RICO pattern is what Lorie was summoned for in the first place. **(Exhibit 2)**

Legal Extortion, is a RICO pattern of The Enterprise (Claims: 12-16) and is the same tactic seen in:

1) Lorie's emails to Ferrante [#121-1] and;

2) In Yanaros' years-long extortion activities against Montalbano (and others [SACC, ¶320]); whereby Goode and Yanaros even opened multiple fraudulent lawsuits with fabricated evidence [¶¶225-256, Claim 14 abuse of process] so The Enterprise could continue to unlawfully promote their public frauds as if legitimate, while illicitly growing their public audience (Claims: 1-6, 11, and 20) and maintaining their unlawful use of thousands of pages of Montalbano's original copyrighted Intellectual Property (Claim 9) and extremely rare and valuable Trade Secret IP records (Claim 7 and 8), while The Enterprise systematically worked together to destroy Montalbano's reputation and legitimate business to the same consumer base. (Claims: 1-5, 10, 17-19)

## B. LORIE INVOLVED IN DECEPTIVE TRADE PRACTICES AND RICO PATTERNS (No. 2)

In the MTD, Lorie states she filed a lawsuit against Goode for $250,000 because he failed to pay her for services rendered, thereby admitting participation in Goode's RICO schemes.

The Enterprise has a pattern of opening lawsuits and asking the public for money to fund them based on stories (lies) they tell:

1) See Defendants, LIGHT WARRIOR LEGAL FUND [#217, ¶4, ¶27] and Goode [¶2, ¶¶24-26] soliciting money from the public and knowingly telling fraudulent stories about Montalbano to Money Launder (Claims 1-5, 10-12) and further fund their extortion activities against Montalbano (Claims 13-16) in this lawsuit. [¶¶38-39, ¶¶48-52, ¶¶105-106, ¶¶283-284, ¶328-333, ¶579 C., D., E. , ¶¶584-585, ¶681 H.; Exhibit #121-2, p1-9]

Lorie's 'services' [#221, p6-7] for Goode, were the development of Goode's "Accelerating Ascension" course [#161-5, p2, Lorie website, TRUE LIGHT LEGAL FUND, soliciting lawsuit donations, stating Lorie developed Goode's "accelerating ascension" course that grossed over $700,000] that Goode, defaulted defendant David Wilcock [#219] and The Enterprise have been profiteering on during the Covid pandemic through terrifying, millions of people, into buying their various 'ascension' courses as 'the solution'. [#121-7]

Montalbano has shown these 'ascension' courses offered by Goode and Wilcock are fraudulent offerings based on The Enterprises public fake news narratives, false ascension teachings, and Goode's imaginary (dementia/delusional [SACC, ¶24]) bluebird alien friend claims [¶¶48-98] and that promote Goode and Wilcock's fake cabal and false "Dark Alliance" narratives that are in fact created and used by The Enterprise in their unfair and deceptive business practices (Claim 3, Violation CCPA) to destroy legitimate competitors (like Montalbano) [#121-20, #121-21] in the same or similar business professions to the same or similar consumers [SACC, ¶210, ¶288, ¶¶319-321, ¶¶346-348, ¶451, Claims: 1-5 and 10 Defamation; #121-8]; and destroy the reputation and business of former employers and co-workers. [#121-2, #121-4, #121-5, #121-7]

In case, *Allstate Insurance Co. v. Palterovich*, 653 F. Supp. 2d 1306, 39 (S.D. Fla. 2009)[2] it is stated "With regard to the RICO Act claims alleged in Counts I-VI, the Eleventh Circuit has held, **in the context of a criminal forfeiture, that RICO conspirators are properly held jointly and severally liable for the damages resulting from each other's illegal acts**." See United States v. McKay, 285 Fed. Appx. 637, 640 (11th Cir. July 16, 2008). **In fact, "[e]very circuit in the country that has addressed the issue has concluded that the nature of both the civil and criminal RICO offenses requires imposition of joint and several liability because all defendants participate in the enterprise responsible for the RICO violations."** (emphasis added)

---

[2] https://www.casemine.com/judgement/us/59146663add7b0493429e41c

Lorie is jointly and severally liable for all damages resulting to Montalbano from The Enterprise's illegal RICO acts, since she participated in them, and accordingly her argument of alleged 'minimal' involvement as reason to dismiss her, is to be denied.

### C. COMPLAINT IS WITH MERIT - BACKED BY SCIENCE, TECHNOLOGY, EVIDENCE, NEW SENATE BILL, AND IS PLAUSIBLE (No. 3)

Because Lorie claims she developed the "accelerating ascension" course that Goode and The Enterprise are profiteering on [SACC ¶¶76-79, ¶¶84-87, ¶¶101-107, ¶¶285-286, ¶338, ¶349, ¶¶584-585; and #121-7] and because Goode and Wilcock are both publicly famous for their mind control program claims [#121-3, #121-6; SACC ¶¶56-113] that are an integral part of promoting their fraudulent 'ascension' products, (SACC Claims: 1-5) it is unlikely Lorie is 'clueless' about the CIA mind control programs her co-workers participate in. Even if she were as clueless as she would have the Courts believe, Montalbano provided ample information, CIA MKULTRA records [Docket 121 Exhibits: 9, 11, 12, 13, 14, and 17], patents, technical data and information related to the brain [#121-15, #121-16], scientific frequency research [SACC ¶¶137-152, ¶162-188, ¶¶191-195, ¶¶377-379], and has shown the science of dreaming [¶¶429-431, ¶¶455-459] and neural interfacing. [¶¶127-206]

Montalbano's counterclaims are based on factual records, science, and technology involved in the CIA MKULTRA dream neural assault programs Goode claims

participation in and that involve the improper use of everyday electronics and technology to include: home computers, cell phones [¶150, ¶¶164-167, ¶¶175-178, ¶388], radios [¶25, ¶167, ¶¶192-193] , satellites [¶25, ¶¶164-166, ¶¶192-193, ¶462], FCC broadcasts [¶388], medical neural equipment, brain imaging [¶150, ¶163, ¶373] and VR equipment [¶25; ¶¶378-379]. Lorie simply alleges she would not have access to such "cutting-edge technology". [#221, p6, ¶1]

It is to be duly noted, Mr. Emery Smith [¶28 e., ¶45, ¶322 E.]; one of Wilcock's number one 'secret insiders' and GAIA's current Cosmic Disclosure show host, has an extensive medical background, is prolifically known in the biomedical field, has owned multiple companies, and was involved in a lawsuit with his medical company EMCYTE CORP (Case No. 15-CA-001620, IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA), that involved medical equipment Smith invented and patented, called "Emcyte genesis system".[3] Mr. Smith's public frauds center around his delusional claims that he's done thousands of medical 'alien' autopsies and/or samplings allegedly for secret government programs he's 'whistleblowing' on [#121-23]. Smith has performed donation schemes with Wilcock. [SACC, ¶520, ¶581] Currently, Kim Cohen (claiming to be Smith's ex-fiancé), is publicly exposing him as a fraud; all this, after Smith's former girlfriend's father exposed Smith as a fraud running scams with Wilcock, and claiming Smith groomed his daughter to be with Smith while underage [¶322 E (iii.)]. Cohen claims she and Smith

---

[3] https://patents.justia.com/inventor/emery-smith

shared many same-dream and astral experiences together before they got together physically and that Smith has her DNA signature.[4] [see EEG Heterodyning Cloning brain signatures, ¶150-151, ¶373-389, ¶¶455-459]  In short, Smith, has access to doctors and medical technology that likely include EEG Heterodyning cloning for neural interfacing and related equipment such as home computers and VR headsets, similar to VR gaming, and sometimes illegally sold on black markets for illicit remote (neural) sex or remote neural assaults on Targeted Individuals, that can lead into physical assaults. **(Exhibit 3 –** Patent 'Apparatus and Method for Remotely Monitoring and Altering Brain Waves' (1976))

Even if true, Lorie did not have access to everyday electronics, it doesn't abrogate her willful and knowing participation in The Enterprises' RICO ascension frauds and extortion rackets.

Goode, Wilcock, and The Enterprise are still profiteering on their public 'ascension' frauds and money laundering schemes that rape the public of their time, resources, talents and finances based on their ascension cult teachings [SACC ¶¶349-352] that Goode is Enoch (from the Christian Bible) [¶74] reincarnated with 'ascension' information for people from his bluebird alien gods ("Ra") [SACC ¶¶135-139; #121-9 CIA BLUEBIRD, #121-10 CIA Avian Group] who have 'chosen people' (like Goode) to strip down naked in their underground tunnels for rituals with drugs [#121-3, p2] and

---

[4] YouTube video posted by Vanilla Sky Dreaming, June 18, 2021, titled "I Was Engaged to EMERY SMITH! (Part. 2 – Something Wasn't Adding Up & All The Red Flags)" at about 20min and 29min.

Case No. 1:20-cv-00742-DDD-KAS Document 225 filed 07/02/21 USDC Colorado pg 12 of 20

if people buying their ascension courses for $333 dollars 'ascend' enough, they too can meet their 'alien' gods (aka 'CIA' John and Jane Does [SACC ¶14, ¶38, ¶96, ¶143, ¶368, ¶376, ¶387, ¶¶406-411 ¶461, ¶579 F, ¶733; and Claim 6 trafficking]) first in dream states and then go with Goode's 'aliens' physically and have in-person ritual experiences or disappear altogether ("ascend") [¶24 n., ¶¶62-113]…aka be completely MiLab kidnapped.[¶411]

The purpose of Goode's CIA MKULTRA MiLab (Military Abductions) program is to illicitly abduct innocent people for amoral (ritual) purposes and/or illicit experiments while electrically altering their brain neural centers to make the victims falsely believe 'aliens' are dream visiting them, abducing them, having sex with them, and/or experimenting on them [#121-3, #121-6], which is a CIA MKULTRA program tactic to get away with crime. [SACC, ¶¶58-61, #121-17, p7 (p236) CIA agents pretend they're aliens to perform ritual abuse]

These ascension frauds also have people believing David Wilcock is the famous dream psychic Edgar Cayce reincarnated, when he is not, and believing he's talking with Goode's bluebird aliens. [SACC, ¶¶82-83, ¶¶88-97, ¶144, ¶310 B. and F.] However, with all of this insanity and delusions heavily promoted by The Enterprise; and whereby Wilcock has not proven any of his thousands of public dream predictions were anything more than fanciful delusions [¶¶310-314]; Lorie, chose to partner up with them and created more of their 'ascension' frauds to profiteer off of their delusional public following reaching into the millions [¶92, ¶¶101-113] and now illicitly supported and

Page **12** of 20

promoted by famous Playboy centerfold pornography star, Ms. Jenny McCarthy [#111, ¶119]; whose 'day job' is to promote nudity, sexual improprieties, and the degradation of sexual relations for perverted men and women all over the world. [#217 ¶389-398, Claim 6 trafficking]

## NEW SENATE BILL

In a recent legal breakthrough, United States' laws are finally starting to develop to catch up with our rapidly advancing technologies and the increasing problem of remote neural assaults known to be linked with the CIA MKULTRA programs [5] Goode publicly claims participation in [SACC ¶¶54-61, ¶¶130-134 CIA Project BLUEBIRD and Footnote 23 - US Senate Hearing 1977 on MKULTRA]. Due to overt electronic neural assaults performed against US diplomats [¶191], a bill was recently passed by Senate, June 7, 2021, "S. 1828 – HAVANA Act of 2021" to address brain injuries caused by remote electronic weapons directed at Targeted Individuals' brains [6] **(Exhibit 4)**. Therefore, the argument by opposing party that remote neural assaults are not a cause of action is to be denied, as currently the United States' laws and remedies are being developed to address such grievances, because they are indeed a cause of action.

Montalbano has also factually proven her unprecedented Trade Secret claims (Claims 7 and 8) [SACC, ¶22; ¶100, ¶117, ¶¶196-210, ¶306, ¶310 D, ¶482-488, ¶502,

---

[5] https://humansarefree.com/2021/06/us-senate-finally-admits-neuroweapons-exist.html

[6] https://www.congress.gov/bill/117th-congress/senate-bill/1828/

¶633-634, ¶647 e] in 'Response' [#205, p9-13] to counter-defendants Goode and GES's 'Renewed Motion to Dismiss' [#195 (denied as moot #216)] and copy and pasted below with exhibit at Docket 205-1:

> "For the Courts benefit, as obvious tangible evidence that Montalbano's Trade Secret IP claim is in fact legally provable it can now be seen that Montalbano foresaw the coming coronavirus vaccine controversies that are now a matter of major public waking state controversy; via Montalbano's Mesa District Civil Court filed, February 12, 2020, Exhibit BB, DV (Dream Vision) Sample 3, with Trade Secret IP record first dated May 6, 2019. (Exhibit 1)
>
> In extreme brevity: In the Trade Secret Dream Vision IP Record, the last two paragraphs contain a conversation about military vaccinations that they were trying to trick or force people to take, it seemed they had nanos in them, were related to the flu, Genetically Modified Organisms (GMO), and Artificial Intelligences.
>
> In waking states the Coronavirus was 'discovered' in Wuhan, China, December 2019 (7 months after Montalbano's DV). Multiple vaccines were developed, notably the Moderna one released December 2020[7] (10 months after DV filed in Mesa Court; and 1 year 7 months after DV). DARPA, Defense Advanced Research Projects Agency (the military), is stated to have invested around 56 million dollars into the Moderna vaccine's development.[8] Thus the military vaccine in the DV. Some people

---

[7] https://en.wikipedia.org/wiki/Moderna_COVID-19_vaccine

[8] https://www.drugdiscoverytrends.com/how-u-s-government-bolstered-modernas-covid-19-vaccine-candidate/

...

are trying to force everyone to take these vaccines and use vaccine 'passports' [9], but this would violate civil rights [10], and people must more so be 'tricked' into taking them. Thus the vaccine being 'forced' but more so 'tricked' in the DV. These coronavirus vaccines utilize Lipid-**nano**particles, whereas all prior vaccines use liposomes.[11]  Thus the nano connection in the DV. Some people report 5G towers have a COV-19 box attached to the motherboard and may be responsible for Covid symptoms and some vaccinated people claim Bluetooth devices are now trying to connect with them [12]. Thus the A.I. connection in the DV.  These vaccines use gene-modification therapy 'approved' for the first time in mass produced vaccines, where the person's cells are injected with the virus' mRNA which causes the creation of 'Spiked Proteins'.[13] DNA is made up of proteins and altering proteins essentially alters DNA. [14]  Thus the GMO connection. Lastly, COVID-19 and the Flu largely have similar symptoms [15]  and according to THE SUNDAY TIMES [16] review of

---

[9] https://www.cnn.com/2021/04/07/us/covid-vaccine-passport-explainer/index.html

[10] https://sorendreier.com/1000-lawyers-and-10000-doctors-have-filed-a-lawsuit-for-violations-of-the-nuremberg-code/

[11] https://www.cas.org/blog/understanding-nanotechnology-covid-19-vaccines

[12] https://afinalwarning.com/514792.html and https://dogsareloyal1s.com/psa/connection_failed.mp4

[13] https://www.dictionary.com/e/dna-vs-rna-vs-mrna-the-differences-are-vital/#:~:text=One%20type%20of%20RNA%20is%20known%20as%20mRNA%2C,specifically%20that%20has%20the%20recipe%20for%20a%20protein

[14] https://www.sciencedirect.com/science/article/abs/pii/S0169409X20300727

[15] https://www.google.com/search?q=coronavirus+symptoms&sxsrf=ALeKk00zJEf-CJqQ-IzEyupbPKP7juOB7g%3A1618600415468&ei=3-F5YI3lG4Ly-gTwmZyYDw&oq=coronavirus+symptoms&gs_lcp=Cgdnd3Mtd2l6EAMyBQgAELEDMgUIABCxAzICCAAyAggAMgUIABCxAzICCAAyAggAMgIIADICCAAyAggAOgQIIxAnOgQIABBDOgoIABCxAxDJAxBDOgoIABCHAhCxAxUOgcIABCHAhAUOgcIABDJAxBDOgUIABCRAjoHCAAQsQMQCjoLCAAQsQMQgwEQyQM6BQgAEJIDOgUILhCxAzoICAAQsQMQgwE6BAgAEAo6BQgAEMkDOgoIABCxAxDARAKULaoAVii9gFgyvcBaA1wAngAgAGOAYgBixiSAQQ0LjI0mAEAoAEBqgEHZ3dzLXdpcesABAQ&sclient=gws-wiz&ved=0ahUKEwjN0K-2vlPwAhUCuZ4KHfAMB_MQ4dUDCA4&uact=5  and https://www.cdc.gov/flu/symptoms/symptoms.htm

> official data it is stated since COVID-19 came along people who get the Flu has dropped by the unprecedented level of 95%. Thus the Flu connection in the DV.
>
> As can be seen in this Court filed Trade Secret DV IP record, there is nothing 'delusional' or 'fanciful' about Montalbano making Dream Vision record observations, comparisons, and statements of fact showing the correlating waking state occurrences to the prior documented DV occurrences. It is repeat factual evidence like this that dictated the Trade Secret claim; and Montalbano has just legally proven, via Court records, her Trade Secrets claim is legally provable."

Lorie and her Counsel ask in their MTD that the Courts call factual records, tangible evidence, science, technology, computers, cell phones, 5G, neuroscience, the FCC, Patents, satellites, televisions, the military complex (CIA [SACC, ¶¶127-206], DOD [¶¶192-193], DARPA [¶¶173-174, ¶188, ], SSP [¶¶194-195], etc) US Senate, Congress, medical research, and CIA MKULTRA scientific research records, 'outlandish' and dismiss Lorie from the case because she doesn't 'believe' in science and technology or scientific facts or records showing technology being illicitly used to remote traffick and/or neural assault people via the Alpha, Theta, and Delta brain wave states and/or cause intentional brain damage [SACC, ¶98, ¶¶140-195, ¶404]; the same types of brain trauma Goode publicly claims having from being in the MKULTRA neural assault programs [¶24 p.]. Because Lorie's arguments are her personal belief systems with no basis in fact, law, or reality, they are to be Denied.

---

[16] https://www.thetimes.co.uk/article/hygiene-and-immunity-leave-flu-germs-with-nowhere-to-go-xxdb65klt

### D. <u>LORIE VIOLATED MONTALBANO'S CIVIL RIGHTS AND HER OATH OF OFFICE</u> (No. 4)

Lastly, Lorie violated Montalbano's Civil Rights by participating in Goode and Yanaros' RICO frauds and extortion rackets.

Lorie, as an attorney practicing law in the state of Colorado, is required to adhere to the Colorado Rules of Professional Conduct, CRPC Rule 3.3(3)(b) states:

> "*A lawyer who represents a client in an adjudicative proceeding and who knows that a person intends to engage, is engaged or has engaged in criminal or fraudulent conduct related to the proceeding shall take reasonable remedial measure, including, if necessary, disclosure to the tribunal.*"

Lorie knew Goode and Wilcock were profiteering on fake news and false ascension courses (as she helped create them) and she did not tell 'Judge' Flynn or the Mesa District Civil Court in Case 18CV50 that she and her co-workers were engaged in public frauds and extorting anyone who spoke out publicly showing evidence against them. Lorie failed to uphold due process of law, which necessitated she disclose this information to the tribunal, in so doing Lorie violated her Oath of Office to uphold the Constitutional Rights of the people, her first duty, and accordingly the argument she did not violate due process civil rights is to be denied. [SACC, ¶36]

Lorie, located in Florida, failed to enter Colorado cases Pro Hac Vice. The Colorado Rules of Civil Procedure, CRCP 205.3, 205.4, state an out of state attorney practicing

law in the state of Colorado must apply to be admitted to practice law in State Court. Lorie did not apply or motion to be admitted as counsel on Colorado State Court records. Lorie did not designate an associated attorney that is lawfully admitted and licensed to practice law in the state of Colorado.  Lorie worked with Yanaros, Goode's Texas attorney, also not licensed to practice law in the state of Colorado and never entered Pro Hac Vice [SACC ¶35], yet they filed papers in the Mesa and Broomfield cases as if they had legal standing to do so, when they did not, and violated due process. Magistrate Russell did not tolerate this [¶674 G.]. 'Judge' Flynn, ignored these violations, showing prejudice against a publicly-unknown pro se litigant and favoritism to a famous public figure 'with attorneys.' [¶¶235-236, ¶650]

RICO extortion is defined at 42 USC 1985(2), (3) as obstructing justice to deprive a person of rights or privileges and states:

> "if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws;  . . ." " . . .in any case of conspiracy set forth in this section." ". . . that party so injured may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators."

Lorie conspired with Goode, Yanaros, Flynn, and The Enterprise and defeated the course of justice and deprived Montalbano of civil rights and equal protection under the law through willful failure to faithfully perform her sworn to duties and accordingly her argument she did not violate civil rights, is to be Denied.(Claims 12-16)

### E.  JURISDICTION AND VENUE

Lorie and her Counsel, make no arguments regarding jurisdiction and venue and thereby agree this is the proper Court and venue to hear all claims. [SACC, pp33-34, Section II.]

### III.  CONCLUSION

WHEREFORE, defendant, Ms. Lorie, by and through her counsel, Mr. Murphy, have failed to argue any valid points that merit dismissal of any claim against Ms. Lorie, and have in fact proven her participation in multiple elements of the RICO claims, and accordingly defendant's Motion to Dismiss [#221] is to be Denied in its entirety, and all Montalbano's counterclaims moved into discovery phases [#217] to determine the fuller facts and truth of the matters involved and move all claims so triable toward trial for resolution and Grant all relief to Montalbano.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Counter-Claimant, Counter Plaintiff

**Certificate of Compliance**

I certify the foregoing Response complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

**CERTIFICATE OF SERVICE**

I certify that on this 2nd day of July 2021 a copy of the foregoing Response was filed with the clerk of the court using the CM/ECF system and are lawfully served upon Defendants' and/or their counsel and upon appeared parties, through the Case Management/Electronic Case Filed (CM/ECF) court filing system (FRCP Rule 5) and upon Mr. High by email.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen