**Additional Services:** Treatment of Mail



507.1.4.1

**Exhibit 1.4.1  USPS Endorsements for Mail Undeliverable as Addressed**

| ENDORSEMENT | REASON FOR NONDELIVERY |
|---|---|
| Attempted—Not Known | Delivery attempted, addressee not known at place of address. |
| Box Closed—No Order* | Post office box closed for nonpayment of rent. |
| Deceased | Used only when known that addressee is deceased and mail is not properly deliverable to another person. This endorsement must be made personally by delivery employee and under no circumstance may it be rubber-stamped. Mail addressed in care of another is marked to show which person is deceased. |
| Delivery Suspended to Commercial Mail Receiving Agency | Failure to comply with 508.1.8.1 through 508.1.8.3. |
| Illegible* | Address not readable. |
| In Dispute* | Mail returned to sender by order of chief field counsel (or under 508.1.0 and 508.2.0) because of dispute about right to delivery of mail and cannot be determined which disputing party has better right to mail. |
| Insufficient Address* | Mail without number, street, box number, route number, or geographical section of city or city and state omitted and correct address not known. |
| Moved, Left No Address | Addressee moved and filed no change-of-address order. |
| No Mail Receptacle* | Addressee failed to provide a receptacle for receipt of mail. |
| No Such Number* | Addressed to nonexistent number and correct number not known. |
| No Such Office in State* | Addressed to nonexistent Post Office. |
| No Such Street* | Addressed to nonexistent street and correct street not known. |
| Not Deliverable as Addressed—Unable to Forward | Mail undeliverable at address given; no change-of-address order on file; forwarding order expired. |
| Outside Delivery Limits* | Addressed to location outside delivery limits of Post Office of address. Hold mail for out-of-bounds customers in general delivery for specified period unless addressee filed order. |
| Refused* | Addressee refused to accept mail or pay postage charges on it. |
| Returned for Better Address* | Mail of local origin incompletely addressed for distribution or delivery. |
| Returned for Postage | Mail without postage or indication that postage fell off. |
| Returned to Sender, Mailpiece Contains Nonmailable Contents | Mail returned to sender due to contents that are nonmailable. |
| Returned to Sender Due to Addressee's Violation of Postal False Representation and Lottery Law* | Mail returned to sender under false representation order and lottery order. |
| Returned to Sender Due to Addressee's Violation of Postal False Representation Law* | Mail returned to sender under false representation order. |

\* Alternative addressing formats may not be used on the following: Priority Mail Express pieces; mail with any extra service listed in 602.3.1.2e.; mail sent with any ancillary service endorsement, except as allowed in 1.5.1b; and mail sent to any overseas military Post Office. When an alternative addressing format is used on Periodicals pieces, the publisher is notified of nondelivery only for those reasons marked with an asterisk (*).



## EXHIBIT 1

## EXHIBIT - USPS Refusal Endorsement Definition



**EXHIBIT  REFUSED 1 - Burbank CA -**

David Wilcock -  Burbank, California Address -  Same address waiver of summons and original complaint sent to and forwarded to Wilcock's P.O. Box 3239 in Sedona, Arizona, where Mrs. Wilcock prior signed for Mr. Wilcock's legal papers this instant case. [Dkt. 169-5]. This copy of the summons mailing remains unopened and Certified Mail Refused by Wilcocks.



**EXHIBIT  REFUSED 1 - Burbank CA - Continued**

Certified Mail forwarded to Wilcock's, 3239 PO Box, Arizona, address and Refused by Wilcocks.



**EXHIBIT  REFUSED 1 - Burbank CA - Continued**

Note: Mr. David Wilcock is now "Not at this Address" (Arizona Forwarded). If true, then Mrs. Beth Wilcock has committed mail fraud signing for David Wilcock's Certified Mail at Dkt 169-5 and by having all his mail forwarded to her Post Office Box in Arizona. Conversely, Mrs. Wilcock is committing a Federal crime by obstruct legal correspondence addressed to Mr. Wilcock. (18 USC 1702)



6/30/2021        USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs ›

**Track Another Package** +

*(handwritten:)* related to Dkt 169-5 (Mrs. Wilcock signs for David Wilcock's Waiver of Summons Request) Burbank, CA address (David Wilcock) Forwarded to Mrs. Wilcock AZ

**Tracking Number:** 70191640000193584420     Remove ✕

Your item was delivered to an individual at the address at 10:13 am on May 7, 2021 in GRAND JUNCTION, CO 81505.

✅ **Delivered, Left with Individual**
May 7, 2021 at 10:13 am
GRAND JUNCTION, CO 81505

**Get Updates** ∨

**Text & Email Updates**    ∨

**Tracking History**    ∧

May 7, 2021, 10:13 am
Delivered, Left with Individual
GRAND JUNCTION, CO 81505
Your item was delivered to an individual at the address at 10:13 am on May 7, 2021 in GRAND JUNCTION, CO 81505.

May 4, 2021, 5:18 am
Arrived at USPS Facility
PRESCOTT, AZ 86301

May 4, 2021, 12:24 am
Departed USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

May 3, 2021
In Transit to Next Facility

May 3, 2021, 4:51 pm
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

May 3, 2021, 11:04 am
Arrived at USPS Facility
PRESCOTT, AZ 86301

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70191640000193584420%2C     1/3

**EXHIBIT REFUSED 1 - Burbank CA - Continued**

USPS Tracking of Refused Certified Mail



6/30/2021                                    USPS.com® - USPS Tracking® Results

**May 1, 2021, 3:53 pm**
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**May 1, 2021, 8:20 am**
Arrived at USPS Facility
PRESCOTT, AZ 86301

**May 1, 2021, 12:28 am**
Departed USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**April 27, 2021, 4:23 pm**
Refused
SEDONA, AZ 86336

**April 15, 2021, 8:53 am**
Available for Pickup
SEDONA, AZ 86340

**April 15, 2021, 8:52 am**
Arrived at Post Office
SEDONA, AZ 86336

**April 14, 2021, 11:02 pm**
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**April 12, 2021, 8:07 pm**
Forwarded
BURBANK, CA

**April 12, 2021, 10:57 am**
Forwarded
BURBANK, CA

**April 12, 2021, 6:10 am**
Distribution to PO Box in Progress
BURBANK, CA 91501

**April 12, 2021, 3:37 am**
Arrived at Post Office
BURBANK, CA 91505

**April 12, 2021, 2:53 am**
Arrived at USPS Facility
BURBANK, CA 91505

**April 12, 2021, 2:11 am**
Departed USPS Regional Facility
SANTA CLARITA CA DISTRIBUTION CENTER

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=7019164000019358442O%2C                 2/3

Feedback

**EXHIBIT  REFUSED 1 - Burbank CA - Continued**



6/30/2021                                    USPS.com® - USPS Tracking® Results

April 11, 2021, 4:39 pm
Arrived at USPS Regional Destination Facility
SANTA CLARITA CA DISTRIBUTION CENTER

April 11, 2021, 3:52 am
Departed USPS Regional Facility
SAN DIEGO CA DISTRIBUTION CENTER

April 11, 2021, 3:31 am
Arrived at USPS Regional Facility
SAN DIEGO CA DISTRIBUTION CENTER

April 11, 2021, 12:58 am
Departed USPS Regional Facility
LOS ANGELES CA DISTRIBUTION CENTER

April 10, 2021, 5:31 pm
Arrived at USPS Regional Facility
LOS ANGELES CA DISTRIBUTION CENTER

April 9, 2021, 9:43 pm
Arrived at USPS Regional Destination Facility
LOS ANGELES CA NETWORK DISTRIBUTION CENTER

April 6, 2021, 3:35 am
Departed USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

April 5, 2021, 7:14 pm
Arrived at USPS Regional Origin Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

April 5, 2021, 2:33 pm
Acceptance
GRAND JUNCTION, CO 81507

**Product Information** ⌄

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=7019164000019358442O%2C          3/3

**EXHIBIT  REFUSED 1 - Burbank CA - Continued**



**EXHIBIT  REFUSED 2 - Topanga CA -**

David Wilcock -  Topanga, California Address -  Forwarded to Wilcock's
P.O. Box 3239 in Sedona, AZ, where Mrs. Wilcock prior signed for Mr. Wilcock's
legal papers this instant case. [Dkt. 169-5]. Package Refused by Wilcocks.
Mrs. Wilcock is committing a Federal crime by obstructing legal correspondence
addressed to Mr. Wilcock. (18 USC 1702)



**EXHIBIT  REFUSED 2 - Topanga CA - Continued**

Certified Mail forwarded to Wilcock's PO Box 3239, AZ, address and Refused



**EXHIBIT  REFUSED 2 - Topanga CA - Continued**

Refused, damaged, and Returned to Montalbano



6/30/2021                                    USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

**Track Another Package +**

*related to DKT. 169-4 p 4-5*
*Topanga, CA address*
*(David Wilcock)*
Tracking Number: 70191640000193584659     *Forwarded to Mrs. Wilcock AZ*     Remove ✕

Your item has been delivered to an agent for final delivery in GRAND JUNCTION, CO 81505 on May 13, 2021 at 10:56 am.

## ⊘ Delivered to Agent for Final Delivery

May 13, 2021 at 10:56 am
GRAND JUNCTION, CO 81505

Get Updates ⌄

Text & Email Updates                                                                         ⌄

Tracking History                                                                             ⌃

May 13, 2021, 10:56 am
Delivered to Agent for Final Delivery
GRAND JUNCTION, CO 81505
Your item has been delivered to an agent for final delivery in GRAND JUNCTION, CO 81505 on May 13, 2021 at 10:56 am.

May 13, 2021, 2:15 am
Arrived at USPS Regional Origin Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

May 11, 2021, 3:12 pm
Departed USPS Regional Origin Facility
DENVER CO DISTRIBUTION CENTER

May 10, 2021, 12:27 pm
Arrived at USPS Regional Origin Facility
DENVER CO DISTRIBUTION CENTER

May 5, 2021, 2:21 pm
Arrived at USPS Facility
SEDONA, AZ 86336

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=3&text28777=&tLabels=70191640000193584659%2C%2C&tABt=false          1/4

**EXHIBIT  REFUSED 2 - Topanga CA - Continued**

USPS Tracking of Refused Certified Mail

6/30/2021                          USPS.com® - USPS Tracking® Results

**May 5, 2021, 6:13 am**
Out for Delivery
SEDONA, AZ 86336

**May 5, 2021, 6:02 am**
Arrived at Post Office
SEDONA, AZ 86336

**May 4, 2021, 4:09 pm**
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**May 4, 2021, 5:18 am**
Arrived at USPS Facility
PRESCOTT, AZ 86301

**May 4, 2021, 12:24 am**
Departed USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**May 3, 2021, 4:03 pm**
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**May 3, 2021, 10:54 am**
Departed USPS Facility
PRESCOTT, AZ 86301

**May 3, 2021, 2:33 am**
Arrived at USPS Facility
PRESCOTT, AZ 86301

**May 2, 2021, 3:01 pm**
Departed USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**May 1, 2021, 3:58 pm**
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**May 1, 2021, 8:20 am**
Arrived at USPS Facility
PRESCOTT, AZ 86301

**May 1, 2021, 12:28 am**
Departed USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**EXHIBIT  REFUSED 2 - Topanga CA - Continued**



6/30/2021        PS.com® - USPS Tracking® Results

**April 27, 2021, 4:23 pm**
Refused
SEDONA, AZ 86336

**April 19, 2021, 9:37 am**
Available for Pickup
SEDONA, AZ 86340

**April 19, 2021, 9:09 am**
Arrived at Post Office
SEDONA, AZ 86336

**April 18, 2021, 10:54 am**
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**April 17, 2021, 9:03 pm**
Arrived at USPS Regional Destination Facility
LOS ANGELES CA DISTRIBUTION CENTER

**April 17, 2021, 11:28 am**
Forwarded
TOPANGA, CA

Reminder to Schedule Redelivery of your item

**March 3, 2021, 1:06 pm**
Notice Left (No Authorized Recipient Available)
TOPANGA, CA 90290

**March 3, 2021, 8:14 am**
Out for Delivery
TOPANGA, CA 90290

**March 3, 2021, 8:03 am**
Arrived at Post Office
TOPANGA, CA 90290

**March 2, 2021**
In Transit to Next Facility

**February 28, 2021, 8:23 pm**
Arrived at USPS Regional Destination Facility
ANAHEIM CA DISTRIBUTION CENTER

**February 24, 2021, 11:04 am**
Arrived at USPS Destination Facility

Feedback

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=3&text28777=&tLabels=7019164000000193584659%2C%2C&tABt=false      3/4

**EXHIBIT  REFUSED 2 - Topanga CA - Continued**



6/30/2021

PASADENA, CA 91109

USPS.com® - USPS Tracking® Results

**February 23, 2021, 10:29 am**
Forwarded
TOPANGA, CA

**February 23, 2021, 8:24 am**
Out for Delivery
TOPANGA, CA 90290

**February 23, 2021, 8:13 am**
Arrived at Post Office
TOPANGA, CA 90290

**February 22, 2021, 4:53 am**
Arrived at USPS Regional Destination Facility
LOS ANGELES CA NETWORK DISTRIBUTION CENTER

**February 19, 2021, 7:09 pm**
Departed USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

**February 19, 2021, 7:03 pm**
Arrived at USPS Regional Origin Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

**February 19, 2021, 2:34 pm**
Acceptance
GRAND JUNCTION, CO 81507

Feedback

**Product Information** ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=3&text28777=&tLabels=7019164000019358465992C%2C&tABt=false        4/4

**EXHIBIT  REFUSED 2 - Topanga CA - Continued**

Certified Mail #7019 1640 0001 9359 0698

Exhibit 5-2b

Change of Address or Boxholder Request Format — Process Servers

Postmaster

Date      **April 20, 2021**

**Sedona, Arizona, 86336**

City, State, ZIP Code

REQUEST FOR CHANGE OF ADDRESS OR BOXHOLDER INFORMATION NEEDED FOR SERVICE OF LEGAL PROCESS

Please furnish the new address or the name and street address (if a boxholder) for

the following:

Name:_____**David James Wilcock**_____

Address:_____**P.O. Box 3239, Sedona, AZ 86340**_____

Note: Only one request may be made per completed form. The name and last known

address are required for change of address information. The name, if known, and Post

Office box address are required for boxholder information.

The following information is provided in accordance with 39 CFR 265.6(d)(5)(ii).

There is no fee for providing boxholder or change of address information.

1. Capacity of requester (e.g., process server, attorney, party representing self):**Pro Se Litigant**

2. Statute or regulation that empowers me to serve process (not required when

requester is an attorney or a party acting pro se - except a corporation acting

pro se must cite statute):_____**N/A**_____

3. The names of all known parties to the litigation:__**David Wilcock and et al. (See Attached)**____

4. The court in which the case has been or will be heard:__**Denver Colorado Federal Court**_____

__**Case: 1:20-CV-00742-DDD-KLM**_____

**EXHIBIT SEDONA, ARIZONA, POSTMASTER CONTACTED FOR DAVID WILCOCK'S ADDRESS**

Associated with PO BOX 3239, Sedona, Arizona, for Service of Process

5. The docket or other identifying number (a or b must be completed):

_X_ a. Docket or other identifying number: **Docket 164 Summons  (See Attached)**

_____ b. Docket or other identifying number has not been issued.

6. The capacity in which this individual is to be served (e.g., defendant or witness) _____
**Third-Party Defendant** _____

WARNING

THE SUBMISSION OF FALSE INFORMATION TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER

INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR

PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE OF UP TO $10,000 OR

IMPRISONMENT OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001).

I certify that the above information is true and that the address information is needed and will be

used solely for service of legal process in conjunction with actual or prospective litigation.

*Alyssa Chrystie Montalbano*                    **Alyssa Chrystie Montalbano**

Signature                                        Printed Name

Address

   **2536 Rimrock Avenue, Suite 400-117, Grand Junction, CO 81505** _____

City, State, ZIP Code

_____

POST OFFICE USE ONLY

_____No change of address order on file.          NEW ADDRESS OR BOXHOLDER'S NAME

_____Moved, left no forwarding address.           AND STREET ADDRESS

_____No such address.                              *Box is Rented under*
                                                        *Beth Wilcock. No other*
                                                        *names are on the*
                                                        *application*

---

**EXHIBIT SEDONA, ARIZONA, POSTMASTER CONTACTED FOR DAVID WILCOCK'S ADDRESS - Continued**

PO BOX 3239, Sedona, Arizona, in Beth Wilcock's name only - Yet all of Mr. David Wilcock's mail is being forwarded to Mrs. Wilcock's PO Box from multiple addresses in California and Colorado.

Mrs. Wilcock is committing a Federal crime by obstructing legal correspondence addressed to Mr. Wilcock. (18 USC 1702)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH,
BENJAMIN          ZAVODNICK,          ALYSSA
MONTALBANO,  JIRKA  RYSAVY,  BRAD
WARKINS, and  KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant, Third-Party Plaintiff

v.

James Corey Goode, individually
And GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David    Wilcock,    THE    WILCOCK    SPIRITUAL
HEALING AND EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde, Elizabeth Lorie,
Brian James Flynn, William Campbell,
Matthew Grove, Diana Terry,
Christina Gomez

Third-Party Defendants.

## ATTACHMENT FOR SUMMONS REQUEST

**EXHIBIT SEDONA, ARIZONA, POSTMASTER CONTACTED FOR DAVID WILCOCK'S ADDRESS - Continued**

AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▾

| | |
|---|---|
| James Corey Goode and et al. (see attached) | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:20-CV-00742-DDD-KLM |
| Alyssa Chrystie Montalbano (see attached) | ) |
| *Defendant, Third-party plaintiff* | ) |
| v. | ) |
| David Wilcock and et al. (see attached) | ) |
| *Third-party defendant* | ) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*     David Wilcock
    1455 Ridge Road
    Nederland, Colorado 80466

    A lawsuit has been filed against defendant  Alyssa Montalbano  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  James Goode (See attached)  .

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Alyssa Chrystie Montalbano
2536 Rimrock Ave, Suite 400-117
Grand Junction, Colorado 81505

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Valerie Yanaros Wilde, Yanaros Law P.C.
5057 Keller Springs Road, Suite 300
Addison, Texas, 75001
    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:   3/15/2021

    *CLERK OF COURT*

    s/A. Thomas, Deputy Clerk
    *Signature of Clerk or Deputy Clerk*

**EXHIBIT SEDONA, ARIZONA, POSTMASTER CONTACTED FOR DAVID WILCOCK'S ADDRESS - Continued**



**EXHIBIT  REFUSED 3 - Nederland CO**

David Wilcock -  Nederland PO Box 3700 -  Linked with 1455 Ridge Rd, Nederland, Colorado physical address, where first service of process efforts failed [Dkt. 169-1] and Certified Mail forwarded to Wilcock's P.O. Box in Sedona AZ, where Mrs. Wilcock prior signed for Mr. Wilcock's legal papers. [Dkt. 169-5]. Certified Mail Refused and Returned to Montalbano. Mrs. Wilcock is committing a Federal crime by obstruct legal correspondence addressed to Mr. Wilcock. (18 USC 1702)



**EXHIBIT  REFUSED 3 - Nederland CO  - Continued**

"Return Service Requested" - shows David Wilcock "Temporarily Away"
From Nederland PO Box



**EXHIBIT  REFUSED 3 - Nederland CO  - Continued**

Refused, damaged, and Returned to Montalbano

6/30/2021                                        USPS.com® - USPS Tracking® Results

# USPS Tracking®                                                              FAQs >

## Track Another Package +

*related to DKT 169-4 p2-3*
*Nederland, CO  PO Box address*
*(David Wilcock)*
*Forwarded to Mrs. Wilcock AZ*

Tracking Number: 70191640000193584642                                 Remove ✕

Your item was delivered to an individual at the address at 10:35 am on May 8, 2021 in GRAND JUNCTION, CO 81505.

*related to DKT. 169-1 (Failed Service Process)*
*and P.O Box still linked with*
*1455 Ridge Rd. Nederland address*

## ⊘ Delivered, Left with Individual

May 8, 2021 at 10:35 am
GRAND JUNCTION, CO 81505

Get Updates ∨

---

### Text & Email Updates                                                         ∨

---

### Tracking History                                                             ∧

**May 8, 2021, 10:35 am**
Delivered, Left with Individual
GRAND JUNCTION, CO 81505
Your item was delivered to an individual at the address at 10:35 am on May 8, 2021 in GRAND JUNCTION, CO 81505.

**May 8, 2021, 6:10 am**
Out for Delivery
GRAND JUNCTION, CO 81505

**May 8, 2021, 3:25 am**
Arrived at Post Office
GRAND JUNCTION, CO 81505

**May 6, 2021, 6:45 pm**
Arrived at USPS Regional Facility
DENVER CO NETWORK DISTRIBUTION CENTER

**May 6, 2021, 12:44 am**
Departed USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**May 5, 2021, 11:41 pm**
Processing Exception
PHOENIX AZ DISTRIBUTION CENTER ANNEX

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70191640000193584642%2C                1/4

**EXHIBIT  REFUSED 3 - Nederland CO - Continued**

USPS Tracking of Refused Certified Mail

6/30/2021                                    USPS.com® - USPS Tracking® Results

May 5, 2021, 11:32 pm
Processing Exception
PHOENIX AZ DISTRIBUTION CENTER ANNEX

May 5, 2021, 11:22 pm
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

May 5, 2021, 2:21 pm
Arrived at USPS Facility
SEDONA, AZ 86336

May 5, 2021, 6:11 am
Out for Delivery
SEDONA, AZ 86336

May 4, 2021, 4:12 pm
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

May 4, 2021, 5:18 am
Arrived at USPS Facility
PRESCOTT, AZ 86301

May 4, 2021, 12:24 am
Departed USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

May 3, 2021, 4:05 pm
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

May 3, 2021, 11:04 am
Departed USPS Facility
PRESCOTT, AZ 86301

May 3, 2021, 2:33 am
Arrived at USPS Facility
PRESCOTT, AZ 86301

May 2, 2021, 3:01 pm
Departed USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

May 1, 2021, 3:54 pm
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

May 1, 2021, 8:20 am
Arrived at USPS Facility

Feedback

**EXHIBIT  REFUSED 3 - Nederland CO - Continued**

6/30/2021                                    USPS.com® - USPS Tracking® Results

PRESCOTT, AZ 86301

May 1, 2021, 12:28 am
Departed USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

April 27, 2021, 4:23 pm
Refused
SEDONA, AZ 86336

February 27, 2021, 12:11 pm
Available for Pickup
SEDONA, AZ 86340

February 27, 2021, 11:54 am
Arrived at Post Office
SEDONA, AZ 86336

February 26, 2021, 1:04 am
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

February 25, 2021
In Transit to Next Facility

February 24, 2021, 11:08 am
Departed USPS Regional Facility
DENVER CO DISTRIBUTION CENTER

February 22, 2021, 7:20 pm
Forwarded
PINECLIFFE, CO

February 22, 2021, 7:20 pm
Forwarded
PINECLIFFE, CO

February 22, 2021, 5:15 pm
Available for Pickup
NEDERLAND, CO 80466

February 22, 2021, 6:22 am
Available for Pickup
NEDERLAND, CO 80466

February 22, 2021, 6:22 am
Arrived at Post Office
NEDERLAND, CO 80466

**EXHIBIT  REFUSED 3 - Nederland CO - Continued**

Feedback

6/30/2021                                          USPS.com® - USPS Tracking® Results

**February 20, 2021, 4:08 pm**
Arrived at USPS Regional Facility
DENVER CO DISTRIBUTION CENTER

**February 19, 2021, 7:09 pm**
Departed USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

**February 19, 2021, 7:03 pm**
Arrived at USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

**February 19, 2021, 2:33 pm**
Acceptance
GRAND JUNCTION, CO 81507

---

**Product Information**                                                    ⌄

---

See Less  ⌃

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

**EXHIBIT  REFUSED 3 - Nederland CO - Continued**

Certified Mail #7019 1640 0001 9359 0704

Exhibit 5-2b

Change of Address or Boxholder Request Format — Process Servers

Postmaster

Date    **April 20, 2021**

**Nederland, Colorado 80466**

City, State, ZIP Code

REQUEST FOR CHANGE OF ADDRESS OR BOXHOLDER INFORMATION NEEDED FOR SERVICE OF LEGAL PROCESS

Please furnish the new address or the name and street address (if a boxholder) for

the following:

Name:    **David James Wilcock**

Address:    **P.O. Box 3700, Nederland, CO 80466**

Note: Only one request may be made per completed form. The name and last known

address are required for change of address information. The name, if known, and Post

Office box address are required for boxholder information.

The following information is provided in accordance with 39 CFR 265.6(d)(5)(ii).

There is no fee for providing boxholder or change of address information.

1. Capacity of requester (e.g., process server, attorney, party representing self):**Pro Se Litigant**

2. Statute or regulation that empowers me to serve process (not required when

requester is an attorney or a party acting pro se - except a corporation acting

pro se must cite statute):    **N/A**

3. The names of all known parties to the litigation:  **David Wilcock and et al. (See Attached)**

4. The court in which the case has been or will be heard: **Denver Colorado Federal Court**

**Case: 1:20-CV-00742-DDD-KLM**

**EXHIBIT NEDERLAND POSTMASTER CONTACTED FOR DAVID WILCOCK'S ADDRESS**

Associated with PO BOX 3700, Nederland, Colorado, for Service of Process

5. The docket or other identifying number (a or b must be completed):

_X_ a. Docket or other identifying number: **Docket 164 Summons  (See Attached)**

_____ b. Docket or other identifying number has not been issued.

6. The capacity in which this individual is to be served (e.g., defendant or witness) _____
**Third-Party Defendant** _____

WARNING

THE SUBMISSION OF FALSE INFORMATION TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER

INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR

PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE OF UP TO $10,000 OR

IMPRISONMENT OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001).

I certify that the above information is true and that the address information is needed and will be

used solely for service of legal process in conjunction with actual or prospective litigation.

_Alyssa Chrystie Montalbano_                    **Alyssa Chrystie Montalbano** _____

Signature                                                    Printed Name

Address

__ **2536 Rimrock Avenue, Suite 400-117, Grand Junction, CO 81505** _____

City, State, ZIP Code

POST OFFICE USE ONLY

__X__ No change of address order on file.          NEW ADDRESS OR BOXHOLDER'S NAME

_____ Moved, left no forwarding address.       AND STREET ADDRESS

_____ No such address                           1455 Ridge Road

                                                   Nederland, CO 80466

MAY 18 2021

**EXHIBIT NEDERLAND POSTMASTER CONTACTED FOR DAVID WILCOCK'S ADDRESS- Continued**

PO BOX 3700, Nederland, Colorado still linked with Wilcock's address, 1455 Ridge Road, Nederland, Colorado, where 1st Service of Process effort failed. [Dkt. 169-1]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH,
BENJAMIN ZAVODNICK, ALYSSA
MONTALBANO, JIRKA RYSAVY, BRAD
WARKINS, and KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant, Third-Party Plaintiff

v.

James Corey Goode, individually
And GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC:
David Wilcock, THE WILCOCK SPIRITUAL
HEALING AND EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde, Elizabeth Lorie,
Brian James Flynn, William Campbell,
Matthew Grove, Diana Terry,
Christina Gomez

Third-Party Defendants.

**ATTACHMENT FOR SUMMONS REQUEST**

**EXHIBIT NEDERLAND POSTMASTER CONTACTED FOR DAVID WILCOCK'S ADDRESSS - Continued**

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| James Corey Goode and et al. (see attached) | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action  No. 1:20-CV-00742-DDD-KLM |
| Alyssa Chrystie Montalbano (see attached) | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | |
| David Wilcock and et al. (see attached) | ) | |
| *Third-party defendant* | ) | |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*    David Wilcock
1455 Ridge Road
Nederland, Colorado 80466

A lawsuit has been filed against defendant   Alyssa Montalbano   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   James Goode (See attached)   .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Alyssa Chrystie Montalbano
2536 Rimrock Ave, Suite 400-117
Grand Junction, Colorado 81505

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Valerie Yanaros Wilde, Yanaros Law P.C.
5057 Keller Springs Road, Suite 300
Addison, Texas, 75001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:    3/15/2021

*CLERK OF COURT*

s/A. Thomas, Deputy Clark

*Signature of Clerk or Deputy Clerk*

**EXHIBIT NEDERLAND POSTMASTER CONTACTED FOR DAVID WILCOCK'S ADDRESS - Continued**