Gmail

Alyssa Montalbano <legalzenacm@gmail.com>

---

## Elizabeth Lorie - 1:20-cv-00742-DDD-KLM
1 message

**Julie Vogel** <julie@robinsonandhenry.com>  Fri, May 28, 2021 at 4:27 PM
To: Alyssa Montalbano <legalzenacm@gmail.com>
Cc: Tim Murphy <tim@robinsonandhenry.com>, Joe Novak <joe@robinsonandhenry.com>

Good afternoon, Ms. Montalbano:

Please find the attached letter from Mr. Murphy regarding the above-referenced case for your response. Please let me know if you have any questions or need anything else in this regard.

Thank you,

Julie

--

*Julie Vogel*

Paralegal | Robinson & Henry, P.C.

Main: (303) 688-0944 | Direct: (720) 931-2329

Fax: (303) 284-2942

Email: julie@robinsonandhenry.com

7555 East Hampden Avenue, Suite 600 | Denver, CO 80231

RobinsonAndHenry.com

**Customer Service Issue:**

Please email CustomerService@RobinsonAndHenry.com detailing the facts of your issue, we will respond within 24 hrs.

**Confidential:**

This transmission contains confidential and/or privileged information intended only for the use of the individual(s) named. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately at (303) 688-0944 so that we can arrange for the return of the documents to us at no cost to you.

📄 **2021.05.28 - LT A. Montalbano re. demand to dismiss.pdf**
261K

# ROBINSON & HENRY, P.C.

— Attorneys at Law —

Denver Office • 7555 East Hampden Avenue, Suite 600, Denver, Colorado 80231

Timothy M. Murphy
tim@robinsonandhenry.com
licensed in CO, NE, AZ

May 28, 2021

***VIA E-MAIL ONLY***
Alyssa Montalbano
legalzenacm@gmail.com

      Re: Elizabeth Lorie — 1:20-cv-00742-DDD-KLM

Dear Ms. Montalbano:

      As you know, our firm has been retained by and entered our appearance on behalf of Elizabeth Lorie regarding the above-captioned case. As an initial matter, thank you for not objecting to our request for an extension of time to file an Answer. Per your prior request, we are only sending this letter to you via e-mail rather than U.S. mail.

      Respectfully, please accept this letter as our formal demand you immediately rescind and dismiss all claims you have asserted against Ms. Lorie.

      Candidly, your claims and accusations against Ms. Lorie are patently baseless, frivolous, and without merit. To wit:

      Ms. Lorie never provided you with a "fake address" for her law firm. Additionally, Ms. Lorie never engaged in any "deceptive" trade practices with you at any point whatsoever. Your complaint against Ms. Lorie lodges farcical and wildly absurd accusations, such as "human trafficking [by way of] utilizing remote mind control technologies"; or that Ms. Lorie failed to follow any legal, procedural process. Furthermore, the idea that Ms. Lorie has violated the code of professional ethics in any way is ludicrous.

      Finally, bringing a RICO claim against Ms. Lorie for racketeering, conspiracy, and extortion is inane and, again, without any merit in fact or law. As such, you are hereby demanded to immediately dismiss all claims against Ms. Lorie in the above-captioned matter. Your refusal or failure to take any and all necessary action to dismiss your frivolous claims against Ms. Lorie before end of business on **Monday, June 7, 2021** will result in our filing of a responsive pleading which may include counterclaims, dispositive motions, and requests for attorney's fees to be paid by you.

Breckenridge • Castle Rock • Colorado Springs • Denver • Highlands Ranch
www.RobinsonAndHenry.com
(303) 688-0944



Re: Elizabeth Lorie
May 28, 2021
Page 2 of 2

    We appreciate your immediate attention to this matter. Please direct any communications regarding Ms. Lorie to our office.

    Very Truly Yours,

    Timothy M. Murphy, Esq.

    For the Firm

cc:    Elizabeth Lorie, *via e-mail*

 Gmail

Alyssa Montalbano <legalzenacm@gmail.com>

## Re: Elizabeth Lorie - 1:20-cv-00742-DDD-KLM
1 message

**Alyssa Montalbano** <legalzenacm@gmail.com>  Fri, May 28, 2021 at 5:34 PM
To: Julie Vogel <julie@robinsonandhenry.com>
Cc: Tim Murphy <tim@robinsonandhenry.com>, Joe Novak <joe@robinsonandhenry.com>

Mr. Murphy,

I am in receipt of your letter.

Unfortunately, denial of claims against Ms. Lorie and statements by your firm with no evidence in support of those statements (such as Ms. Lorie not providing a fake law firm address, when my USPS records show it be fake, #121-1) and then threatening me with more legal drama, does not "move me" to release claims. Nor do statements that my claims are allegedly "baseless". Feel free to file "counterclaims", I will address them at that time.

If you'd like to address the claims against Ms Lorie, on a point by point basis with me, rather than a blanket statement letter. I will look at the evidence you have to support her innocence and make decisions based on those facts regarding her role in the RICO frauds and schemes.

Respectfully, Alyssa Montalbano

mobile 970.250.8365

On Fri, May 28, 2021, 4:28 PM Julie Vogel <julie@robinsonandhenry.com> wrote:

> Good afternoon, Ms. Montalbano:
>
> Please find the attached letter from Mr. Murphy regarding the above-referenced case for your response. Please let me know if you have any questions or need anything else in this regard.
>
> Thank you,
>
> Julie
>
> --
>
> *Julie Vogel*
>
> Paralegal | Robinson & Henry, P.C.
>
> Main: (303) 688-0944 | Direct: (720) 931-2329
>
> Fax: (303) 284-2942
>
> Email: julie@robinsonandhenry.com
>
> 7555 East Hampden Avenue, Suite 600 | Denver, CO 80231
>
> RobinsonAndHenry.com
>
> Customer Service Issue:
>
> Please email CustomerService@RobinsonAndHenry.com detailing the facts of your issue, we will respond within 24 hrs.
>
> Confidential:
>
> This transmission contains confidential and/or privileged information intended only for the use of the individual(s) named. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately at (303) 688-0944 so that we can arrange for the return of the documents to us at no cost to you.