(https://humansarefree.com/)

Home (Https://Humansarefree.Com)    Forum New    News (Https://Humansarefree.Com/Category/News)

Health (Https://Humansarefree.Com/Category/Healthcare)    Control (Https://Humansarefree.Com/Category/Control)

Cosmos (Https://Humansarefree.Com/Category/Cosmos)    Spirituality (Https://Humansarefree.Com/Category/Spirituality)

Forbidden History (Https://Humansarefree.Com/Category/Forbidden-History)

Conspiracy (Https://Humansarefree.Com/Category/Conspiracy)    Finance (Https://Humansarefree.Com/Category/Finance)

Documentaries (Https://Humansarefree.Com/Category/Documentaries)

MIND CONTROL (HTTPS://HUMANSAREFREE.COM/CATEGORY/MIND-CONTROL)
NEWS (HTTPS://HUMANSAREFREE.COM/CATEGORY/NEWS)

# US Senate Finally Admits That Neuroweapons Exist

HAF (Https://Humansarefree.Com/Author/Ascanu)    ⏱ June 23, 2021

## Trending Now

Sponsored by Revcontent


**Perfectly Timed**


**Fighting Diabetes?**


**Talking To Your Family**


The

Promoted (https://lockerdome.com/roi) ✕


**Neurosurgeon's Over-The-Counter Memory Drug Triples Memory In 21 Days**
🔥 3,377


**Earn Steady Income For Retirement By Making This Trade**
🔥 5,122


**After Dinner Ritual Melts Body Fat Like Crazy (Do This Tonight)**
🔥 283


**The Lovemaking Video Every Man Over 60 Should Watch**
🔥 670,281


**Brain Doctors Were Shocked When They Saw This (Stop Your Tinnitus)**
🔥 25,483

help-diplomat-victims.html)

In a reversal of the established commentary that those claiming victimization by electronic weaponry are crazy and delusional, the US Senate has passed a Bill authorizing payment to CIA and State Department officials who have been attacked by this weaponry.



Recent news reports (https://www.nbcnews.com/news/all/havana-syndrome-likely-caused-microwave-energy-government-study-finds-n1250094) have detailed these attacks on US diplomats in Cuba and China.

Dubbed "The Havana Syndrome," it was recently reported that CIA personnel have also suffered such

Promoted (https://lockerdome.com/roi) ✕


**Neurosurgeon's Over-The-Counter Memory Drug Triples Memory In 21 Days**
🔥 3,377


**Earn Steady Income For Retirement By Making This Trade**
🔥 5,122


**After Dinner Ritual Melts Body Fat Like Crazy (Do This Tonight)**
🔥 283


**The Lovemaking Video Every Man Over 60 Should Watch**
🔥 670,281


**Brain Doctors Were Shocked When They Saw This (Stop Your Tinnitus)**
🔥 25,483





**Do you have a favorable or unfavorable opinion of Vice President Kamala Harris?**

Favorable | Unfavorable

2,862 Votes

**Here's What Dental Implants Should Cost**
41,318

**This New Law Is Coming For Your Retirement Money**
184,661

Promoted Content

Senate Bill 1828 (https://www.congress.gov/bill/117th-congress/senate-bill/1828/text?r=6&s=1), the "Helping American Victims Afflicted by Neurological Attacks Act of 2021, or the HAVANA Act of 2021," authorizes payment to qualified employees for brain injuries inflicted by neuroweaponry.

In a letter to the Bill's sponsors, Senators Susan Collins and Jeanne Shaheen, former NSA analyst Karen Melton-Stewart asked the following question: "Did you know that you are actually accidentally excluding a large and significant body of victims… who need help NOW?"

In the letter, dated June 2 and also sent to Marco Rubio, Mark Warner and others, Stewart asks the Senators to "Please write an all-encompassing piece of legislation to stop this horror of the exploitation of innocent people with Microwave Weapons (https://humansarefree.com/2020/04/cnn-in-1985-

Promoted (https://lockerdome.com/roi) ✕







**Neurosurgeon's Over-The-Counter Memory Drug Triples Memory In 21 Days**
3,377

**Earn Steady Income For Retirement By Making This Trade**
5,122

**After Dinner Ritual Melts Body Fat Like Crazy (Do This Tonight)**
283

**The Lovemaking Video Every Man Over 60 Should Watch**
670,281

**Brain Doctors Were Shocked When They Saw This (Stop Your Tinnitus)**
25,483

the terrorist watchlist, Stewart goes on to state that "Innocent people are thrown onto the watchlist, based on little to nothing, with no notification or warning… using this new secret underclass of "untouchables" as nonconsenting test subjects for Military Industrial Complex (https://humansarefree.com/?s=Military+Industrial+Complex) weaponry such as Directed Energy Weapons (https://humansarefree.com/?s=Directed+Energy+Weapons) like microwave, millimeter waves, lily waves, weaponized WiFi… as well as war-grade gases, poisons…"

According to Stewart, she received a response from her Maryland Senator's office, which stated that questions were being tendered to President Biden about this issue, and urged her to keep sending information. Stewart stated that no response was received from Senators Collins, Shaheen, Rubio or Warner.

==The nonconsensual placement of individuals into human experimentation programs has a long and sordid history in the US.== Certain experiments have been publicly acknowledged, such as the Tuskegee experiments, which allowed African American men to go untreated for syphilis in order to observe the "natural progression of

Promoted (https://lockerdome.com/roi) ✕


**Neurosurgeon's Over-The-Counter Memory Drug Triples Memory In 21 Days**
🔥 3,377


**Earn Steady Income For Retirement By Making This Trade**
🔥 5,122


**After Dinner Ritual Melts Body Fat Like Crazy (Do This Tonight)**
🔥 283


**The Lovemaking Video Every Man Over 60 Should Watch**
🔥 670,281


**Brain Doctors Were Shocked When They Saw This (Stop Your Tinnitus)**
🔥 25,483

However, the US is generally loath to admit the degree to which it has experimented on its own citizens without the caveat of informed consent.

The Church and Pike Hearings of the 1970s exposed the very tip of the experimentation programs known as MKULTRA (https://humansarefree.com/category/project-mkultra), which involved the use of drugs as well as electricity to attempt to control behavior, again without the consent of the test subjects.

The fact that the CIA Director Richard Helms, panicked by the hearings, ordered the MKULTRA (https://humansarefree.com/category/project-mkultra) files destroyed, rendered a thorough investigation into the reach and extent of the program virtually impossible.

In correspondence with this reporter, Karen Melton-Stewart wrote:

*Many people are gravely disappointed that the new legislation pushed through by Senators Susan Collins (ME) and Jeanne Shaheen (NH) … failed to provide for or even mention the thousands of innocent American civilians who have also been hit with these weapons*

Promoted (https://lockerdome.com/roi)


**Neurosurgeon's Over-The-Counter Memory Drug Triples Memory In 21 Days**
🔥 3,377


**Earn Steady Income For Retirement By Making This Trade**
🔥 5,122


**After Dinner Ritual Melts Body Fat Like Crazy (Do This Tonight)**
🔥 283


**The Lovemaking Video Every Man Over 60 Should Watch**
🔥 670,281


**Brain Doctors Were Shocked When They Saw This (Stop Your Tinnitus)**
🔥 25,483

It is a baby step in the right direction," says Jack Christiana, who is the former legal director for Targeted Justice and current legal director of Targeted America.

"It will be easier to address this with Congress now, because they have acknowledged it exists."

The Bill unanimously passed the Senate on June 7 and goes to the House for approval.

MORE FOR YOU

Ads by Revcontent



Optometrist Stunned: New Discovery Fixes Your Vision Naturally (Watch)

(https://trends.re d=TVTs1gTadUjv



Why Is This $47 Monocular Better Than A $3,000 Telescope?

(https://trends.re d=BVhghWFHSl



The Horrifying Truth About CBD

(https://trends.re d=aZxicYJ%2F3G



Drink This Before Bed, Watch Your Body Fat Melt Like Crazy

(https://trends.re d=iJxyFNwbtlKo



12x Better Than Solar Panels? Prepper's Invention Takes United States By Storm!

(https://trends.re d=G5UHqrNXsV(



Urologist: 90% Of Men With E.D Don't Know About This Easy Fix (Try It Tonight)

(https://trends.re d=DxZUNuasjKk






Promoted (https://lockerdome.com/roi) ✕

Neurosurgeon's Over-The-Counter Memory Drug Triples Memory In 21 Days
🔥 3,377



Earn Steady Income For Retirement By Making This Trade
🔥 5,122



After Dinner Ritual Melts Body Fat Like Crazy (Do This Tonight)
🔥 283



The Lovemaking Video Every Man Over 60 Should Watch
🔥 670,281



Brain Doctors Were Shocked When They Saw This (Stop Your Tinnitus)
🔥 25,483

# CONGRESS.GOV

# S.1828 - HAVANA Act of 2021
117th Congress (2021-2022) | Get alerts

Summary(0)  Text(2)  **Actions(6)**  Titles(5)  Amendments(0)  Cosponsors(19)  Committees(1)  Related Bills(0)

Bill History – Congressional Record References

6 results for All Actions | Compact View

| Date | Chamber | All Actions |
|---|---|---|
| 06/11/2021-11:53am | House | Held at the desk. |
| 06/11/2021-11:33am | House | Received in the House. |
| 06/08/2021 | Senate | Message on Senate action sent to the House. |
| 06/07/2021 | Senate | Passed Senate without amendment by Unanimous Consent. (text: CR S3963-3965) |
| 06/07/2021 | Senate | Senate Committee on Homeland Security and Governmental Affairs discharged by Unanimous Consent. (consideration: CR S3963-3965) |
| 05/25/2021 | Senate | Read twice and referred to the Committee on Homeland Security and Governmental Affairs. |

○ Actions Overview [3]   ○ All Actions Except Amendments [6]   ⊙ All Actions [6]

**Action By**

☐ Senate [4]   ☐ House [2]

**Senate Committees**

☐ Homeland Security and Governmental Affairs [2]

# CONGRESS.GOV

## June 7, 2021 - Issue: Vol. 167, No. 98 — Daily Edition
117th Congress (2021 - 2022) - 1st Session

Entire Issue (PDF 1MB)                                                                          Browse By Date

**Sections in This Issue:**

Daily Digest   **Senate**   Extensions of Remarks

« All in Senate section

### Pages S3963-3965

| On this page | Page Number |
| --- | --- |
| 1. TEXT OF AMENDMENTS; Congressional Record Vol. 167, No. 98 | PDF | S3960 |
| 2. RECOGNIZING THE DEVASTATING ATTACK ON A GIRLS' SCHOOL IN KABUL, AFGHANISTAN, ON MAY 8, 2021, AND EXPRESSING SOLIDARITY WITH THE AFGHAN PEOPLE; Congressional Record Vol. 167, No. 98 | PDF | S3963 |
| 3. HELPING AMERICAN VICTIMS AFFLICTED BY NEUROLOGICAL ATTACKS ACT OF 2021; Congressional Record Vol. 167, No. 98 | PDF | S3963 |
| 4. CONFIDENTIALITY OPPORTUNITIES FOR PEER SUPPORT COUNSELING ACT; Congressional Record Vol. 167, No. 98 | PDF | S3965 |

# CONGRESS.GOV

## S.1828 - HAVANA Act of 2021
117th Congress (2021-2022) | Get alerts

**Sponsor:** Sen. Collins, Susan M. [R-ME] (Introduced 05/25/2021)
**Committees:** Senate - Homeland Security and Governmental Affairs
**Latest Action:** House - 06/11/2021 Held at the desk. (All Actions)
**Tracker:** Introduced | **Passed Senate** | Passed House | To President | Became Law

Summary(0) | Text(2) | Actions(6) | Titles(5) | Amendments(0) | Cosponsors(19) | Committees(1) | Related Bills(0)

There are 2 versions: Engrossed in Senate (06/07/2021)

Text available as: XML/HTML (32KB) | XML/HTML (new window) (34KB) | TXT (19KB) | PDF (137KB) (PDF provides a complete and accurate display of this text.) ?

**Shown Here:**
Engrossed in Senate (06/07/2021)

117TH CONGRESS
1ST SESSION

# S. 1828

# AN ACT

To amend the Central Intelligence Agency Act of 1949 to authorize the provision of payment to personnel of the Central Intelligence Agency who incur qualifying injuries to the brain, to authorize the provision of payment to personnel of the Department of State who incur similar injuries, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

**SECTION 1. SHORT TITLE.**

This Act may be cited as the "Helping American Victims Afflicted by Neurological Attacks Act of 2021" or the "HAVANA Act of 2021".

**SEC. 2. AUTHORITY TO PAY PERSONNEL OF CENTRAL INTELLIGENCE AGENCY FOR CERTAIN INJURIES TO THE BRAIN.**

(a) DEFINITIONS.—In this section:

(1) APPROPRIATE CONGRESSIONAL COMMITTEES.—The term "appropriate congressional committees" mean—

(A) the congressional intelligence committees (as that term is defined in section 3 of the National Security Act of 1947 (50 U.S.C. 3003));

(B) the Committee on Homeland Security and Governmental Affairs and the Committee on Appropriations of the Senate; and

(C) the Committee on Homeland Security and the Committee on Appropriations of the House of Representatives.

(2) COVERED DEPENDENT.—The term "covered dependent" has the meaning given such term in subsection (d)(1) of section 19 of the Central Intelligence Agency Act of 1949 (50 U.S.C. 3519), as added by subsection (b).

(3) COVERED EMPLOYEE.—The term "covered employee" has the meaning given such term in section 19A(a) of the Central Intelligence Agency Act of 1949 (50 U.S.C. 3519b(a)).

(4) COVERED INDIVIDUAL.—The term "covered individual" has the meaning given such term in section 19A(a) of the Central Intelligence Agency Act of 1949 (50 U.S.C. 3519b(a)).

(5) QUALIFYING INJURY.—The term "qualifying injury" has the meaning given such term in subsection (d)(1) of section 19 of the Central Intelligence Agency Act of 1949 (50 U.S.C. 3519), as added by subsection (b).

(b) PAYMENT AUTHORIZED.—Section 19A of the Central Intelligence Agency Act of 1949 (50 U.S.C. 3519b) is amended by adding at the end the following:

"(d) AUTHORITY TO MAKE PAYMENTS FOR QUALIFYING INJURIES TO THE BRAIN.—

"(1) DEFINITIONS.—In this subsection:

"(A) COVERED DEPENDENT.—The term 'covered dependent' has the meaning given such term in subsection (a), except that the assigned duty station need not be in a foreign country.

"(B) QUALIFYING INJURY.—The term 'qualifying injury' has the meaning given such term in subsection (a), except that the assigned duty station need not be in a foreign country.

"(2) AUTHORITY.—Notwithstanding any other provision of law but subject to paragraph (3), the Director may provide payment to a covered dependent, a covered employee, and a covered individual for a qualifying injury to the brain.

"(3) LIMITATIONS.—

"(A) APPROPRIATIONS REQUIRED.—Payment under paragraph (2) in a fiscal year may only be made using amounts appropriated in advance specifically for payments under such paragraph in such fiscal year.

"(B) MATTER OF PAYMENTS.—Payments under paragraph (2) using amounts appropriated for such purpose shall be made on a first come, first serve, or pro rata basis.

"(C) AMOUNTS OF PAYMENTS.—The total amount of funding obligated for payments under paragraph (2) may not exceed the amount specifically appropriated for providing payments under such paragraph during its period of availability.

"(4) REGULATIONS.—

"(A) IN GENERAL.—The Director shall prescribe regulations to carry out this subsection.

"(B) ELEMENTS.—The regulations prescribed under subparagraph (A) shall include regulations detailing fair and equitable criteria for payment under paragraph (2).".

(c) APPLICABILITY.—Payment under subsection (d) of such section, as added by subsection (b) of this section, may be made available for a qualifying injury to the brain that occurs before, on, or after the date of the enactment of this Act as the Director of the Central Intelligence Agency considers appropriate.

(d) REPORTS.—

(1) REPORT ON USE OF AUTHORITY.—

(A) IN GENERAL.—Not later than 365 days after the date of the enactment of this Act, the Director of the Central Intelligence Agency shall submit to the appropriate congressional committees a report on the use of the authority provided by section 19A(d) of such Act, as added by subsection (b) of this section.

(B) CONTENTS.—The report submitted under subparagraph (A) shall include the following:

(i) A budget or spend plan for the use of the authority described in subparagraph (A) for the subsequent fiscal year.

(ii) Information relating to the use of the authority described in subparagraph (A) for the preceding year, including the following:

(I) The total amount expended.

(II) The number of covered dependents, covered employees, and covered individuals for whom payments were made.

(III) The amounts that were provided to each person described in subclause (II).

(iii) An assessment of whether additional authorities are required to ensure that covered dependents, covered employees, and covered individuals can receive payments for qualifying injuries, such as a qualifying injury to the back or heart.

(C) FORM.—The report submitted under subparagraph (A) shall be submitted in classified form.

(2) REPORT ON ESTIMATED COSTS FOR FISCAL YEAR 2023.—Not later than March 1, 2022, the Director shall submit to the appropriate congressional committees a report detailing an estimate of the obligation that the Director expects to incur in providing payment under section 19A(d) of such Act, as added by subsection (b) of this section, in fiscal year 2023.

(e) REGULATIONS.—

(1) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Director shall prescribe regulations required under section 19A(d)(4)(A) of such Act, as added by subsection (b) of this section.

(2) NOTICE TO CONGRESS.—Not later than 210 days after the date of the enactment of this Act, the Director shall submit to the appropriate congressional committees the regulations prescribed in accordance with paragraph (1).

(f) CLARIFYING AMENDMENT.—Section 19A(b) of the Central Intelligence Agency Act of 1949 (50 U.S.C. 3519b(b)) is amended, in the subsection heading, by inserting "TOTAL DISABILITY RESULTING FROM" before "CERTAIN INJURIES".

## SEC. 3. AUTHORITY TO PAY PERSONNEL OF DEPARTMENT OF STATE FOR CERTAIN INJURIES TO THE BRAIN.

(a) DEFINITIONS.—In this section:

(1) DEFINITION OF APPROPRIATE CONGRESSIONAL COMMITTEES.—The term "appropriate congressional committees" means—

(A) the Committee on Foreign Relations, the Committee on Homeland Security and Governmental Affairs, and the Committee on Appropriations of the Senate; and

(B) the Committee on Foreign Affairs, the Committee on Homeland Security, and the Committee on Appropriations of the House of Representatives.

(2) COVERED DEPENDENT.—The term "covered dependent" has the meaning given such term in subsection (i)(1) of section 901 of title IX of division J of the Further Consolidated Appropriations Act, 2020 (22 U.S.C. 2680b), as added by subsection (b).

(3) COVERED EMPLOYEE.—The term "covered employee" has the meaning given such term in subsection (i)(1) of section 901 of title IX of division J of the Further Consolidated Appropriations Act, 2020 (22 U.S.C. 2680b), as added by subsection (b).

(4) COVERED INDIVIDUAL.—The term "covered individual" has the meaning given such term in subsection (i)(1) of section 901 of title IX of division J of the Further Consolidated Appropriations Act, 2020 (22 U.S.C. 2680b), as added by subsection (b).

(5) QUALIFYING INJURY.—The term "qualifying injury" has the meaning given such term in subsection (i)(1) of section 901 of title IX of division J of the Further Consolidated Appropriations Act, 2020 (22 U.S.C. 2680b), as added by subsection (b).

(b) IN GENERAL.—Section 901 of title IX of division J of the Further Consolidated Appropriations Act, 2020 (22 U.S.C. 2680b) is amended—

(1) in subsection (f), by striking "subsection (a) or (b)" both places it appears and inserting "subsection (a), (b), or (i)"; and

(2) in subsection (h)—

(A) in paragraph (1), by striking "IN GENERAL.—This section" and inserting "ADJUSTMENT OF COMPENSATION PROVISION.—Subsections (a) and (b)";

(B) by redesignating paragraph (2) as paragraph (3); and

(C) by inserting after paragraph (1) the following new paragraph:

"(2) OTHER PAYMENT PROVISION.—Payment under subsection (i) may be made available for a qualifying injury (as defined in such subsection) that occurs before, on, or after the date of the enactment of the Helping American Victims Afflicted by Neurological Attacks Act of 2021."; and

(3) by adding at the end the following new subsection:

"(i) OTHER INJURIES.—

"(1) DEFINITIONS.—In this subsection:

"(A) COVERED DEPENDENT.—The term 'covered dependent' has the meaning given such term in subsection (e), except that the assigned duty station need not be in the Republic of Cuba, the People's Republic of China, or another foreign country.

"(B) COVERED EMPLOYEE.—The term 'covered employee' has the meaning given such term in subsection (e), except that the assigned duty station need not be in the Republic of Cuba, the People's Republic of China, or another foreign country.

"(C) COVERED INDIVIDUAL.—The term 'covered individual' has the meaning given such term in subsection (e), except that the assigned duty station need not be in the Republic of Cuba, the People's Republic of

China, or another foreign country.

"(D) QUALIFYING INJURY.—The term 'qualifying injury' has the meaning given such term in subsection (e), except that the assigned duty station need not be in the Republic of Cuba, the People's Republic of China, or another foreign country.

"(2) AUTHORITY.—Notwithstanding any other provision of law but subject to paragraph (3), the Secretary of State or other agency head with an employee may provide payment to a covered dependent, a dependent of a former employee, a covered employee, a former employee, and a covered individual for a qualifying injury to the brain.

"(3) LIMITATIONS.—

"(A) APPROPRIATIONS REQUIRED.—Payment under paragraph (2) in a fiscal year may only be made using amounts appropriated in advance specifically for payments under such paragraph in such fiscal year.

"(B) MATTER OF PAYMENTS.—Payments under paragraph (2) using amounts appropriated for such purpose shall be made on a first come, first serve, or pro rata basis.

"(C) AMOUNTS OF PAYMENTS.—The total amount of funding obligated for payments under paragraph (2) may not exceed the amount specifically appropriated for providing payments under such paragraph during its period of availability.

"(4) REGULATIONS.—

"(A) IN GENERAL.—The Secretary or other agency head described in paragraph (2) that provides payment under such paragraph shall prescribe regulations to carry out this subsection.

"(B) ELEMENTS.—The regulations prescribed under subparagraph (A) shall include regulations detailing fair and equitable criteria for payment under paragraph (2).".

(c) REPORTS.—

(1) REPORTS ON USE OF AUTHORITY.—

(A) IN GENERAL.—Not later than 365 days after the date of the enactment of this Act, the Secretary of State and each other agency head that makes a payment under subsection (i) of section 901 of title IX of division J of the Further Consolidated Appropriations Act, 2020 (22 U.S.C. 2680b), as added by subsection (b) of this section, shall submit to the appropriate congressional committees a report on the use of the authority provided by such subsection (i).

(B) CONTENTS.—Each report submitted under subparagraph (A) shall include the following:

(i) A budget or spend plan for the use of the authority described in subparagraph (A) for the subsequent fiscal year.

(ii) Information relating to the use of the authority described in subparagraph (A) for the preceding year, including the following:

(I) The total amount expended.

(II) The number of covered dependents, covered employees, and covered individuals for whom payments were made.

(III) The amounts that were provided to each person described in subclause (II).

(iii) An assessment of whether additional authorities are required to ensure that covered dependents, covered employees, and covered individuals can receive payments for qualifying injuries, such as a qualifying injury to the back or heart.

(C) FORM.—The report submitted under subparagraph (A) shall be submitted in classified form.

(2) REPORTS ON ESTIMATED COSTS FOR FISCAL YEAR 2023.—Not later than March 1, 2022, the Secretary of State and each other agency head that makes a payment under subsection (i) of section 901 of title IX of division J of the Further Consolidated Appropriations Act, 2020 (22 U.S.C. 2680b), as added by subsection (b) of this section, shall submit to the appropriate congressional committees a report detailing an estimate of the obligation that the Director expects to incur in providing payment under such subsection (i) in fiscal year 2023.

(d) REGULATIONS.—

(1) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Secretary of State and each other agency head that makes a payment under subsection (i)(2) of section 901 of title IX of division J of the Further Consolidated Appropriations Act, 2020 (22 U.S.C. 2680b), as added by subsection (b) of this section, shall prescribe regulations required under subsection (i)(4)(A) of such Act.

(2) NOTICE TO CONGRESS.—Not later than 210 days after the date of the enactment of this Act, the Secretary of State and the agency heads described in paragraph (1) shall submit to the appropriate congressional committees the regulations prescribed in accordance with paragraph (1).

Passed the Senate June 7, 2021.

Attest:

*Secretary*

117TH CONGRESS
1ST SESSION

# S. 1828

# AN ACT

To amend the Central Intelligence Agency Act of 1949 to authorize the provision of payment to personnel of the Central Intelligence Agency who incur qualifying injuries to the brain, to authorize the provision of payment to personnel of the Department of State who incur similar injuries, and for other purposes.