IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                                                 Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH

                                                 Defendants.
----

Alyssa Chrystie Montalbano, Individually

    Counter-Claimant,

v.

James Corey Goode, individually and GOODE ENTERPRISE SOLUTIONS INC.

    Counter-Defendants,

GAIA, INC., Jay Weidner, Jirka Rysavy, Brad Warkins, And Kiersten Medvedich,

    Cross-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC; David Wilcock, THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION, Valerie Yanaros Wilde, Elizabeth Lorie, Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, Christina Gomez

Third-Party Defendants.

Stipulation of Extension to Respond

### STIPULATION FOR EXTENSION OF DEADLINE TO RESPOND TO MONTALBANO'S SECOND AMENDED COUNTERCLAIMS

**COMES NOW,** Light Warrior Legal Fund, LLC and Valerie Yanaros (collectively, "Counter-Defendants"), and respectfully shows and requests as follows:

**D.C.COLO.LCivR 7.1(A) Certification**:  undersigned counsel, on behalf of Counter-Defendants and Counter-claimant Alyssa Montalbano ("Montalbano") conferred regarding this motion and both agree to stipulate to the relief requested herein.

1. This Action was commenced by Plaintiffs James Corey Goode and Goode Enterprise Solutions, LLC on March 17, 2020 (Docket 1) and motion practice ensued.
2. Montalbano filed her responsive counterclaims (the "Counterclaims") on December 22, 2020 (Docket 120) naming various parties, including Counter-defendants.
3. Counter-defendants waived service of the Counterclaims on April 7, 2021.
4. Montalbano filed an unopposed Motion to Amend Counterclaims (*see* Dockets 204, 208) wherein she revised various claims and allegations and dropped others. The Court entered the amended Counterclaims into the record on June 18, 2021 (Docket 216), thus making the Counter-Defendants' response date July 2, 2021 (See FRCP 15).
5. Counsel for Counter-defendants has begun drafting a response to the Counterclaims, however, the Counterclaims span over two-hundred pages of allegations and over two-hundred pages of exhibits. Counsel for Counter-defendants is traveling and out of the office over the next week and a half and requires more time to finalize the responses.

Stipulation of Extension to Respond

6. Thus, Counter-defendants and Montalbano agree that the twenty-one day stipulation for extension of time to respond is a reasonable accommodation given the length of the claims and the prior commitments of counsel.

7. This motion is not made for purpose of delay, in bad faith or as a dilatory tactic, but to ensure a full hearing on all the facts and legal issues of this action, secure a just and speedy determination of this case, and ensure that the ends of justice are met

    a) Per local rule 6.1, the parties have stipulated to a 21-day extension of the deadline for Counter-defendants to respond to Montalbano's amended Counterclaims.

8. This request will be served upon all of counsels' respective clients per Local Rule 6.

Date: July 2, 2021                                        Respectfully submitted,

/s Valerie Yanaros, Esq.
Valerie Yanaros, Esq.
Texas Bar No. 24075628
Admitted to Practice in the District
Court of Colorado
Yanaros Law, P.C.
5057 Keller Springs Rd, Suite 300
Addison, TX, 75001
Telephone: (512) 826-7553
valerie@yanaroslaw.com

**ATTORNEY FOR PLAINTIFFS**

Stipulation of Extension to Respond

## **CERTIFICATE OF SERVICE**

  The below signed certifies that a copy of this filing will be served on each Defendant by ECF on July 2, 2021.

/s Valerie Yanaros, Esq.
Valerie Yanaros, Esq.

CERTIFICATION OF WORD COUNT: I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).