EXHIBIT C MOTION TO DISMISS

**EXHIBIT C**

---

☐ Municipal Court  ☒ County Court  ☐ District Court  ☐ Denver Juvenile  ☐ Denver Probate

County Court, Broomfield County, Colorado

Court Address:   Broomfield County Courthouse
                 17 Descombes Dr.
                 Broomfield, CO. 800200000

Petitioner:   GOODE, JAMES COREY
Address:

v.
Respondent:   MONTALBANO, ALYSSA CHRYSTIE
Address:      2536 RIMROCK AVE
              SUITE 400-117
              GRAND JUNCTION, CO. 81505

▲ **COURT USE ONLY** ▲

Case Number: C0802018C 000103

Division:  C        Courtroom:

**CITATION AND TEMPORARY CIVIL PROTECTION ORDER ISSUED PURSUANT TO §13-14-104.5 C.R.S.**

| Full Name of Restrained Person ☐ Protected Person alleges Weapon involved | Date of Birth | Sex | Race | Weight | Height | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|
| MONTALBANO, ALYSSA CHRYSTIE | 1/01/1980 | ☐M ☒F | O | 120 | 505 | BRO | BRO |

| Full Name of Protected Person | Date of Birth | Sex | Race | Full Name of Protected Person | Date of Birth | Sex | Race |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

**CITATION TO THE RESTRAINED PERSON:**
You are ordered to appear and show cause, if any, why this Temporary Protection Order should not be made Permanent. The next hearing is __Tuesday, 07/24/2018__ (date) __3:30 PM__ (time) at the court address above in Courtroom __C__. If the Restrained Person fails to appear at this hearing, a bench warrant may be issued for the arrest of the Restrained Person and the Temporary Protection Order previously entered by the Court shall be made permanent without further notice or service upon the Restrained Person. This Temporary Protection Order expires at the conclusion of the Hearing date stated above unless continued to another date or made a Permanent Order of the Court.

**PROTECTION ORDER:**
**The Court finds** that it has jurisdiction over the parties and the subject matter; that MONTALBANO, ALYSSA CHRYSTIE (Restrained Person) constitutes a credible threat, that an imminent danger exists to the life and health of the Protected Persons named in this action, and sufficient cause exists for the issuance of a Civil Protection Order.

**The Court Orders that you, the Restrained Person** shall not contact, harass, stalk, injure, intimidate, threaten, touch, sexually assault, abuse, or molest the Protected Persons named in this action, or harm, take, transfer, conceal, dispose of, or threaten harm to an animal owned, possessed, leased, kept or held by any protected party, or a minor child of any other party, or otherwise violate this Order. You shall not use, attempt to use, or threaten to use physical force against the Protected Persons that would reasonably be expected to cause bodily injury. You shall not engage in any conduct that would place the Protected Persons in reasonable fear of bodily injury.

Case Name  GOODE, JAMES COREY          v.   MONTALBANO, ALYSSA CHRYSTIE  Case Number: 2018C 000103

1. **Contact.**
   It is ordered that you, the Restrained Person, **shall have no contact of any kind** with the Protected Persons and you shall not attempt to contact said Protected Persons through any third person, except your attorney,
   ☐ except as follows:

   _____
   _____
   _____
   _____

   > **A violation of a Protection Order is a crime and may be prosecuted as a misdemeanor, municipal ordinance violation, or a delinquent action (if committed by a juvenile) pursuant to §18-6-803.5, C.R.S. and municipal ordinance.**

2. **Exclusion from Places.**

   You must keep a distance of at least __100__ yards from the Protected Persons where ever they may be found.

   It is ordered that you be excluded from the following places and shall stay at least __100__ yards away from the following places: (Specify the address(es) where the Protected Persons reside, work or attend school.)
   ☒ The Protected Person has requested that the address be omitted from the written order of the Court, including the Register of Actions.
   ☒ Home: _____
   ☐ Work: Name: _____  Address: _____
   ☐ School: Name: _____  Address: _____
   ☐ Other: _____
   ☐ Exceptions: _____

   You may not remain in or return to any of the above locations after you receive this Order. You are permitted to return to a shared residence one time to obtain sufficient undisputed personal effects to maintain a normal standard of living until the next hearing date <u>ONLY if you are accompanied at all times by a law enforcement officer.</u>

3. **Care and Control Provisions.**
   ☐ It is in the best interest of the minor children that care and control of these children be awarded to
   _____ (name of person) until the next hearing. At that hearing, the Court will determine who should receive temporary care and control of the minor children for up to one year.

4. **Issues Concerning Children. (Parenting Time and Decision-Making Responsibilities)**
   ☐ Restrained Person is granted Parenting Time with the minor children.
   ☐ Parenting Time and Decision-Making Responsibilities will be considered at the Permanent Protection Orders Hearing or at the next Hearing.
   ☐ Parenting Time expires on_____(next hearing date) and shall be as follows:

   _____

   ☐ Interim Decision-Making Responsibilities expire on_____ (next hearing date) and shall be as follows:
   ☐ _____ (name of person) shall have sole Decision-Making Responsibilities.
   ☐ The parties shall jointly share Decision-Making Responsibilities.
   ☐ Other as set forth in "Other Provisions" section 5.
   ☐ Parenting Time and Decision-Making Responsibilities shall be as previously ordered by the
   _____ District Court, Case#_____

Case Name   GOODE, JAMES COREY       v.   MONTALBANO, ALYSSA CHRYSTIE Case Number: 2018C 000103

## 5. Other Provisions.

☐ A Temporary Injunction is hereby entered by this Court that restrains the Restrained Person from ceasing to make payments for mortgage or rent, insurance, utilities or related services, transportation, medical care, or child care when the Restrained Person has a prior existing duty or legal obligation to make such payments or from transferring, encumbering, concealing, or in any way disposing of personal effects or real property, except in the usual course of business or for the nesessities of life and requires the Restrained Person to account to the court for all extaordinary expenditures made after the injuction is entered.

☒ The Restrained Person shall not possess and/or purchase a firearm, ammunition, or other weapon.

☐ The Court waives all fees and no fees for service should be assessed pursuant to §13-14-109 (1) & (2), C.R.S.

☒ Fees shall be paid by the ☒ Petitioner         ☐ Respondent

☐ Arrangements for possession and care of an animal are as follows:

_____

_____

☒ The Restrained Person shall not interfere with the Protected Person at the person's place of employment or place of education and shall not engage in conduct that impairs the Protected Person's employment, educational relationships, or environment.

☒ It is further ordered that: RESTRAINED PTY MAY NOT ATTEND ANY EVENT CONFERENCE OR MEETING PROTECTED PERSON IS ATTENDING SPEAKING AT OR PRESENTING AT

Date: 7/17/2018

*Jacque Lyn Russell*
☐ Judge    ☒ Magistrate
RUSSELL, JACQUE LYN
Print Name of Judicial Officer

By signing, I acknowledge receipt of this Order or ☒ Restrained Person is not present in courtroom.

Date: 7/17/2018

I certify that this is a true and complete copy of the original order.

Signature

Date: 7/17/2018

Clerk

**Law enforcement shall use all reasonable means to enforce this Protection Order.**

# IMPORTANT INFORMATION ABOUT PROTECTION ORDERS

## GENERAL INFORMATION

- √ This Order or injunction shall be accorded full faith and credit and be enforced in every civil or criminal court of the United States, Indian Tribe or United States Territory pursuant to 18 U.S.C. §2265. This Court has jurisdiction over the parties and the subject matter.
- √ Pursuant to 18 U.S.C. §922(g)(8), it is unlawful for any person to possess or transfer a firearm who is subject to a court order that restrains such person from harassing, stalking or threatening an intimate partner of such person or a child of such intimate partner or person, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child.

## NOTICE TO RESTRAINED PERSON

- √ You are directed to appear before this Court on the date shown on the front of this form to show cause, if any exists, why this Temporary Protection Order should not be made permanent.
- √ This Temporary Protection Order shall be made permanent without further notice or service or the Court may continue the Temporary Protection Orders to a date certain. You are notified that the Permanent Civil Protection Order shall remain in effect until further order of the Court. Such Permanent order will subject you to Federal Laws restricting firearms possession and sale 18 U.S.C. §922(g)(8), §924(a)(2).
- √ A violation of a Protection Order may be a misdemeanor, municipal ordinance violation or a delinquent act (if committed by a juvenile) and is a deportable offense. Anyone over the age of eighteen who violates this order may be subject to fines of up to $5,000.00 and up to 18 months in jail. Violation of this Order may constitute contempt of court. Anyone under the age of 18 who violates this Order may be subject to commitment to the Department of Human Services for up to two years.
- √ You may be arrested or taken into custody without notice if a law enforcement officer has probable cause to believe that you have violated this Order.
- √ If you violate this Order thinking that the Protected Person or anyone else has given you permission, **you are wrong**, and can be arrested and prosecuted. The terms of this Order cannot be changed by agreement of the parties. **Only the Court can change this Order.**
- √ Possession of a firearm while this Protection Order is in effect may constitute a Felony under Federal Law, 18 U.S.C. §922(g)(8).

## NOTICE TO PROTECTED PERSON

- √ You are hereby informed that if this Order is violated you may call law enforcement.
- √ **You may initiate contempt proceedings against the Restrained Person if the Order is issued in a civil action or request the prosecuting attorney to initiate contempt proceedings if the Order is issued in a criminal action.**
- √ You cannot give the Restrained Person permission to change or ignore this Order in any way. **Only the Court can change this Order.**

## NOTICE TO LAW ENFORCEMENT OFFICERS

- √ If the Order has not been personally served, the law enforcement officer responding to a call of assistance shall serve a copy of said Order on the person named/Restrained Person therein and shall write the time, date, and manner of service on the Protected Persons' copy of such Order and shall sign such statement. The officer shall provide the Court with a completed return of service form. (§13-14-107(2 - 3), C.R.S.)
- √ You shall use every reasonable means to enforce this Protection Order.
- √ You shall arrest or take into custody, or if an arrest would be impractical under the circumstances, seek a warrant for the arrest of the Restrained Person when you have information amounting to probable cause that the Restrained Person has violated or attempted to violate any provision of this Order subject to criminal sanctions pursuant to §18-6-803.5, C.R.S. or municipal ordinance and the Restrained Person has been properly served with a copy of this Order or the Restrained Person has received actual notice of the existence and substance of such Order.
- √ You shall enforce this Order even if there is no record of it in the Protection Order Central Registry.
- √ You shall take the Restrained Person to the nearest jail or detention facility.
- √ You are authorized to use every reasonable effort to protect the Protected Persons to prevent further violence.
- √ You may transport, or arrange transportation to a shelter for the Protected Persons.

| | |
|---|---|
| ☐ Municipal Court ☒ County Court ☐ District Court ☐ Denver Juvenile ☐ Denver Probate<br>County Court, Broomfield County, Colorado<br>Court Address:  Broomfield County Courthouse<br>                        17 Descombes Dr.<br>                        Broomfield, CO. 800200000 | |
| Petitioner:  GOODE, JAMES COREY<br>Address:<br><br>v.<br>Respondent:  MONTALBANO, ALYSSA CHRYSTIE<br>Address:      2536 RIMROCK AVE<br>              SUITE 400-117<br>              GRAND JUNCTION, CO. 81505 | ▲   **COURT USE ONLY**   ▲<br>Case Number: C0802018C 000103<br><br>Division:  C       Courtroom: |
| **CITATION AND TEMPORARY CIVIL PROTECTION ORDER ISSUED PURSUANT TO §13-14-104.5 C.R.S.**<br>**RETURN OF SERVICE** | |

I declare under oath that I am 18 years of age or older and not party to the action and that I served the Verified Complaint/Motion for Civil Protection Order and the Citation and Temporary Protection Order on the  ☐ Petitioner     ☐ Respondent

in _____ (County) _____ (State) on _____ (date) _____ (time) at the following location:

_____

☐ By handing it to a person identified to me as the  ☐ Petitioner     ☐ Respondent.

☐ By leaving it with the  ☐ Petitioner     ☐ Respondent who refused service.

☐ By leaving it with _____ who is designated to receive service for the

  ☐ Petitioner     ☐ Respondent because of the following relationship:

_____ as provided for in C.R.C.P.4(e).

☐ I attempted to serve the  ☐ Petitioner     ☐ Respondent _____ occasions but have not been able to

  locate the  ☐ Petitioner     ☐ Respondent.

Return to the  ☐ Pentitioner     ☐ Respondent made on _____ (date).

☐ Private process server<br>
☐ Sheriff, _____ County<br>
  Fee $_____ Mileage $_____<br>
☐ Fee Waived, Domestic Violence Protection Order

_____<br>
Signature of Process Server

_____<br>
Name (Print or type)

My Commission Expires: _____

_____<br>
Notary Public/Deputy Clerk     Date

JDF 398 R8/13   CITATION AND TEMPORARY CIVIL PROTECTION ORDER                                          Page 5 of 5

| | |
|---|---|
| ☐Municipal Court ☒County Court ☐District Court ☐Denver Juvenile ☐Denver Probate<br>__Broomfield_____ County, Colorado<br>Court Address:<br><br>17 Descombes Dr, Broomfield, CO 80020<br>Petitioner: __James Corey Goode<br>Date of Birth:   _____2-22-1970_____<br>v.<br>Respondent: ___Alyssa Chrystie Montalbano_____<br>Date of Birth:        _____?1971 (approx. 38 years old) _____ | FILED IN BROOMFIELD COUNTY COMBINED COURT<br><br>JUL 17 2018<br><br>▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Pending pro hac vice: ~~Valerie Yanaros Wilde~~<br>~~5057 Keller Springs, Suite 300, Addison TX 75001~~<br><br>Phone Number: ~~512-826-7553~~    E-mail: ~~valerie@yanaroslaw.com~~<br>FAX Number:           Atty. Reg. #:~~TX 24075628~~<br>The address of the Protected Person may be omitted from the written order of the Court, including the Register of actions. | Case Number:<br><br>18C103<br><br>Division     Courtroom |
| **VERIFIED ☐COMPLAINT ☒MOTION FOR CIVIL PROTECTION ORDER** | |

I, _____James Corey Goode_____ (name of person) request this Court to issue a Civil Protection Order, and in support of this request state the following:

1. I am seeking this Civil Protection Order as a victim of the following: (Mark the applicable circumstances.)
   ☐Domestic Abuse (§13-14-101(2), C.R.S.)
   ☒Stalking (§18-3-602, C.R.S.)
   ☐Sexual Assault (§18-3-402(1), C.R.S.)
   ☐Unlawful Sexual Contact (§18-3-404, C.R.S.)
   ☐Abuse of the Elderly or an At-Risk Adult (§26-3.1-101(1) and (7), C.R.S.)
   ☐Physical Assault, Threat or other situation.

2. I reside or am employed in the County of ___Broomfield_____, State of ___Colorado_____, and _____Alyssa Chrystie Montalbano_____ resides or is employed in the County of ___Mesa_____, State of ___Colorado_____. I know _____Alyssa Chrystie Montalbano__ because: <u>she is a fan of the shows, conferences and various media that I appear in that comprise my day-to-day work. She started attempting to contact me repeatedly after seeing the show I appear in on Gaia TV, "Cosmic Disclosure" and some of the work that I do with another Writer and TV and Radio personality, David Wilcock.</u>

3. The other Protected Persons are (list full name, date of birth, sex, and race):

| Full Name of Protected Person | Date of Birth | Sex | Race | Full Name of Protected Person | Date of Birth | Sex | Race |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

JDF 402   R3/18    VERIFIED COMPLAINT/MOTION FOR CIVIL PROTECTION ORDER
Page 1 of 4
   (1) Court Copy          (2) Petitioner Copy          (3) Respondent Copy

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

☒ I have completed and attached the form titled "Affidavit Regarding Children" JDF 404 as children are identified as Protected Persons above.

4. **a)** The most recent incident that causes me to ask for a Civil Protection Order occurred on or about _____06/14/2018_____ (date), at about __08:14 am__ (time), in ___Broomfield_____ (County), when _____ (name of person) did the following to me and/or the above named Protected Persons: *Be specific: What was the threat or acts of violence? Where did this occur? Were the minor children or other Protected Persons present? Was a weapon involved?*

I received three additional certified letters from Alyssa Montalbano sent to my P.O. Box. These letters are attached herewith. They threaten, among other bizarre accusations and claims, to sue me for alleged theft of intellectual property and request multiple inappropriate situations. Further letters have been sent to my place of business that further defame my character and work. See attached brief and evidence.

**b)** The most serious incident that causes me to ask for a Civil Protection Order occurred on or about _____April 1, 2018_____(date), at about __1:23 a.m.____(time), in ___Broomfield_____ (County), when _____Alyssa Christie Montalbano_____ (name of person) did the following to me and/or the above named Protected Persons: *Be specific: What was the threat or acts of violence? Where did this occur? Were the minor children or other Protected Persons present? Was a weapon involved?*

Sent an incredibly bizarre email communication after she agreed to cease contact with me on February 2, 2018 (see attached brief). In it she references the Conference we forbade her to attend that I was presenting at due to her 400 emails and repeated calls, letters, etc. In her email she says "did something occur in Hawaii? I ask because of a couple dreams. One, you may not be aware of anything... in the dream you were playing (yes in a disguise) and I scooped you up so the sniper on the hill wouldn't shoot you and eat you. I took you and placed you somewhere safe. You seemed oblivious the entire time. In the next dream (disguise again) you seemed to have caught a cold or had something occur that reminded me of my trip to Hawaii as a kid with my bff when she got sucked into the undertow by the shore and when she got back on shore she puked this clear mucally type bile vomit onto the sand. We promptly buried it and moved to the next cabana. :::grin::: Something similar to the bile - vomit was seen in the dream but with shuffles like a really bad cold and you were having a hard time breathing. I helped keep you breathing. Did you have any kind of ocean incident or catch a cold or have any kind of breathing issues?"

**c)** Any other past incidents of violence or threats? *Be specific: What was the threat or acts of violence? Where did this occur? Were the minor children or other Protected Persons present? Was a weapon involved?*

She has been making and continues to make threats of defamation or lawsuits. The attached communications show the most recent.

**d)** Are you aware of any other Protection Orders currently in effect against you or the other person?
☐ **Yes** ☒ **No** If **Yes**, list any relevant information, such as the issuing Court, State, and date of the order:

5. I believe that I and/or the other Protected Persons named in this action are in imminent danger from _____Alyssa Chrystie Montalbano_____ (name of person):

   ☒ Harm to my/our life or health if he/she is not restrained as requested.
   ☒ Physical or emotional harm to my/our emotional health or welfare if he/she is not excluded from the family home or the home of another.

6. ☒ I request that I be permitted to omit my address from this Verified Complaint/Motion for Civil Protection Order, because I fear that including my address will endanger me and/or the other Protected Persons.

7. I request the following relief from the Court that ____Alyssa Chrystie Montalbano____ (name of person):

   a) ☒ Be ordered to refrain from contacting, harassing, injuring, stalking, touching, sexually assaulting, molesting, intimidating, and threatening me or other protected persons.

   b) ☒ Be ordered to have **no contact** at all with me or the other Protected Persons.
      or
      ☐ Be allowed only the following limited contact with me or the other Protected Persons: **Be specific.**

   _____
   _____
   _____

   c) ☒ Be excluded from my home at (address): **If you checked section 6, do not provide your address.**
   _____

   d) ☒ Be ordered to stay at least ___1000__ yards from the following places. (address or description)
      **If you checked section 6, do not provide your address.**
      ☒ Home: _____
      ☐ Work: Name: _____ Address: _____
      ☐ School: Name: _____ Address: _____
      ☐ Other: _____

   e) ☒ Be ordered to have **no contact** with the minor children and that I be awarded temporary care and control and Interim Decision-Making Responsibilities for the children.
      or
      ☐ Be awarded temporary care and control of the children and that the other person be given Parenting Time with the children and Interim Decision-Making Responsibilities as follows: **Be specific.**

   _____
   _____
   _____

   f) ☒ Be ordered to refrain from molesting, injuring, taking, transferring, encumbering, concealing, or disposing of or threatening harm to an animal owned, possessed, leased, kept or held by me or my minor child(ren), or other protected persons. Arrangements for possession and care are as follows:

JDF 402   R3/18   VERIFIED COMPLAINT/MOTION FOR CIVIL PROTECTION ORDER
Page 3 of 4
   (1) Court Copy          (2) Petitioner Copy          (3) Respondent Copy

g) ☐ Be ordered, if this is a domestic abuse protection order, to not possess and/or purchase a firearm, ammunition, or other weapon AND to relinquish any firearm or ammunition within the time ordered by the Court.

h) ☒ Be ordered to refrain from interfering with me or other protected persons at our place of employment or place of education and from engaging in conduct that impairs my or other protected person's employment, educational relationships, or environment.

i) ☒ Other:

Be ordered that she does not attend any event, conference or meeting that myself and/or my family or colleagues are attending and/or speaking or presenting at

☒ I understand that once a Civil Protection Order is issued it cannot be modified or dismissed by me or the other person without permission of the Court.

☒ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.
☒ By checking this box, I am acknowledging that I have made a change to the original content of this form.

## VERIFICATION

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the __17__ day of __July__, __2018__ at __Broomfield County__
(date) (month) (year) (city or other location, and state OR country)

_____
(Printed name of ☐ Petitioner ☐ Respondent)

(Signature of ☒ Petitioner ☐ Respondent)

_____
Attorney, if applicable

**Stop: If you checked box number 6, do not fill in your address and telephone number.**

Address

Telephone Number

***Notice:*** Colorado Revised Statutes §13-14-105 identifies that a temporary injunction may be issued by the Court and that upon personal service or upon waiver and acceptance of service by the Restrained Person, is to be in effect against the Restrained Person for a period determined to be appropriate by the Court. This injunction restrains the Restrained Person from:

1. Ceasing to make payments for mortgage or rent, insurance, utilities or related services, transportation, medical care, or child care when the Restrained Person has a prior existing duty or legal obligation for making such payments.

2. Transferring, encumbering, concealing, or in any way disposing of personal effects or real property, except in the usual course of business or for the necessities of life.

The Restrained Person shall be required to account to the Court for all extraordinary expenditures made after the injunction is in effect.

Any injunction issued shall not exceed one year after the issuance of the Permanent Civil Protection Order.

# GOODE MONTALBANO
## CD 060518

# Yanaros Law, P.C.
Protecting Your Intellectual Property.

June 5, 2018

**BY CERTIFIED MAIL AND EMAIL**

Ms. Alyssa-Christie Montalbano
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
purplemagus374@gmail.com
aristoneart@ymail.com

    Re:    CEASE AND DESIST: Trademark and Related Intellectual Property Infringement of IP Material Belonging to Mr. James Corey Goode; Stalking Protective Order

Dear Ms. Montalbano:

    My firm represents Mr. James Corey Goode, Goode Enterprise Solutions, Inc. and related entities (collectively, "Mr. Goode" or my "Client") in matters related to their intellectual property and personal protection. As you know, Mr. Goode is well known across the United States and throughout the world for his work in the Disclosure Community as well as all that is encapsulated in and related to his testimony regarding the Secret Space Program, Sphere Being Alliance, Blue Avians, 20 & Back, Return of the Guardians (collectively, "Mr. Goode's Trademarks"), and countless other topics and areas of interest. These ideas, stories, productions and testimony are intellectual property covering, related to and regarding Mr. Goode's life and work, and are created **_solely_** by and through him and thus, belong to **_solely_** Mr. Goode

    I understand that you reached out to Mr. Goode an alarming number of times over the past year via phone, letter, email and various other communication outlets. It has also come to my attention that you have sent defaming, harassing and fraudulent material to his employer, Gaia Inc. Recently, you sent a large amount of materials including what appears to be photos of pages of a composition notebook bearing writing

that purports to tell a story or dream sequence(s), communications threatening litigation, and an addendum titled "Acceptance of Offer For Remedy as Apprentice"—which, in substance, amounts to no more than an attempt to extort and coerce my Client to engage in a type of role-playing relationship wherein you assume the name of "Ariel" and Mr. Goode as "Francis".

These communications are very alarming in the misuse of the word "Petitioner" in reference to yourself, especially because to date our search has not found any filed litigation by you against Mr. Goode—therefore making the use of that designation fraudulent at worst and misdescriptive at best. Further, your offer of "one last opportunity, outside of litigation, to resolve this matter directly with me" underscores the fact that no petition to a Court or legal entity has in fact been filed. Such fraudulent statements carry heavy consequences in the likely case of Court action being undertaken by us.

As explained further below, this letter is to demand that you **halt, cease and desist** from:

1. Any further contact with Mr. Goode and any of his relatives, colleagues, employers or coworkers/collaborators
2. Any further defaming remarks asserting that Mr. Goode has in any way taken or interfered with your alleged intellectual property rights
3. Any further attempts to extort or coerce my Client to engage in any role playing or other personal relationship with you
4. Any further attempts to extort or coerce my Client to engage in any business relationship with you
5. Any further statements—private or public—that in any way involve Mr. Goode or any of his colleagues, counterparts, companies or works
6. Any further infringement of Mr. Goode's intellectual property rights—including but not limited to infringement of his trademarks (including but not limited to Mr. Goode's Trademarks), copyrights, trade dress or otherwise (common law, state and federal)
7. Any further threatening letters, comments, posts on social media, texts, or any communication whatsoever sent to Mr. Goode, his colleagues, counterparts, companies, affiliates, employers or coworkers.

There are innumerable references in the materials that you sent my client that are cause for great concern, but specifically on page 7 of your composition notes you state:

"…I knew if I went to court…I'd win…cause (sic) I'd already sent all my info to him first and then he and David presented info like it."

Please understand that if you are in any way attempting to claim any of the copyrighted, trademarked or otherwise protected materials that my Client has produced that we will be forced to file a lawsuit in order to police and protect Mr. Goode's rights. To be

2

completely clear: any and all of the materials that Mr. Goode has put forth via television, YouTube, radio or otherwise performed are attributable solely to Mr. Goode and Mr. Goode only—and anyone that attempts to infringe or otherwise subvert those rights will face litigation.

Mr. Goode's Trademarks, common law trademark rights, copyrights and other intellectual property protections provide him with certain proprietary rights. This includes the right to restrict the use of Mr. Goode's trademarks, or confusingly similar trademarks, in association with confusingly similar products or services.

It is important that Mr. Goode exercises his right to protect his intellectual property rights, including those extending to his trademarks and servicemarks. They serve as important and distinctive representations of the origin of his services and products as well as the goodwill of his company and presence. State and federal law supports our position that confusingly similar trademarks may cause confusion among customers. This confusion may cause substantial harm to Mr. Goode's Trademarks by facilitating the loss of its effectiveness in establishing a distinct association between it, his products and services, and his company's goodwill.

Mr. Goode's Trademarks have gained national and international fame and notoriety and we cannot let any unauthorized use exist that can confuse customers and the public in general.

Due to these concerns, and because continued unauthorized use of Mr. Goode's intellectual property, and specifically his trade and service marks, willful infringement of his trademark rights, we demand that you cease and desist in any further use of the any of Mr. Goode's Trademarks in association with the marketing, sale, distribution, or identification of your products, services or alleged IP.

Please respond by letter indicating your intention to: 1) cease and desist the use of any and all of Mr. Goode's IP; 2) take down any reference on social media or otherwise that includes Mr. Goode's IP within Fifteen (15) days from the date of this letter; and 3) send notices to any resellers and any parties that might have a copy of your infringing materials that you intend to cease use of said infringing materials, marks or phrases.

We hope that you will comply with these demands so that no further damages will accrue. We do hope we can settle this matter expeditiously without pursuing any litigation.

3

Very truly yours,

<u>/s Valerie Yanaros Wilde</u>
Attorney, Yanaros Law, P.C.

CC:

James Corey Goode
Roger Richards

4

# Last Email From Motalbano 040118

6/15/2018

## Fwd: Just So You Know

RR  sba.producer@gmail.com
    Fri, 15 Jun 2018 03:13:39 -0500

To  "yanaroslaw" <valerie@yanaroslaw.com>

Tags

---------- Forwarded message ----------
From: **purplemagus374** <purplemagus374@gmail.com>
Date: Sun, Apr 1, 2018 at 1:23 AM
Subject: Just So You Know
To: SBA Email <spherebeingalliance@gmail.com>


Corey, You continue to show up on occasion. I continue to protect you. I'm not mad at you and still want to talk. I'll always want to talk about things until they are resolved in 3D.

Everything has a process.

I arrived early via a "non-planned" game route, I just didn't realize how early....

Avoiding or ignoring truth doesn't make it go away. Just thought I might point that out.

I haven't been watching or listening to anything of yours or David's since "the call." But, my friend just told me your looking to do more dream work? so debating watching the most recent CD episode.

I know you shut down the dream marriage thing and were rather "unhappy" about it, cause you showed me that in a dream.

I've also seen a lot of other things about you that I'm not sharing in this message.

I also knew Roger was gonna be like he was toward me on the call because he already showed me that in a dream the night before. I have since worked with those energies multiple times in "dreams" and healed them with love.

This is what I do, this is what I am here teaching and writing the book now. I created the cover today and slapped onto it one of my ISBNs.

I also saw, in a dream, you and Roger looking at me like I'm a stalker and trying to figure it out and being puzzled because I don't act like one and were even debating

6/15/2018

letting me come to Hawaii... So long as I didn't try to talk to you or sit next to you or try to touch you (bum rush you for a hug or something)...I gave you guys my "seriously" raised eyebrow look and then went to play foosball with the kids..I love foosball.... So then you guys were thinking maybe I'm AI cause I brought it up. I'm not, but I can tell you about them.

Observed dream recall issue for me, anytime I try to walk away from all of you guys (you especially), I have dream recall issues. I will be including dream recall issues in my book.
You can see my post for my coming book on my Instagram or FB page.

My life is like "Next" and "A Wrinkle In Time."

I still believe all the same things I said before. Truth always stands. I'm respecting the "space" request and also honoring my time and needs as well. But, I still want to talk....or write...

Also, souls visit in disguise in dreams ALL the time...you especially.... Regarding the DA guy...until I meet the Dark Fleet guy in person or the being in the physical form appearing as the DA looking guy in soul-spirit dream realms, I won't know if its actually him or someone who has a personality or some physical looks that will remind me of Dan Aykroid. Disguises will also be discussed in my book and so much more.

I'm still not 100% convinced (from a logical 3D standpoint) you all didn't read everything I've sent. However, from a soul - spirit realm perspective I haven't seen you being specifically shady in that regard and I've seen many other dream to W3DL connections not associated just with you guys that also occur regularly.

For example, today, I came across a very artsy bottle in the coffee today with my folks, like one my mom told me to look at in a dream a few nights back. In W3DL (Waking 3D Life) She said the art display had been in the shop for weeks, that's why her soul told me to check out the art bottle display in the dream. The dream was about an artist man whose creations I love in W3DL. In the dream I saw likely about that man's personal life and how he feels. Though, the bottle in W3DL was part of another artists display. I bought the bottle to honor my dream and I will also get another bottle and make my own version of what I saw in the dream. Honouring dreams will aldi be discussed in my book.

Dreams are chocked full of information. Many stories and lives can be rolled into one dream.

Time is irrelevant.

You are welcome to contact me any time.
You need to know this. Even if I'm frustrated, I will still want to work through this.

I'm extremely busy, but will make time for you and discussions. It's best to set dates and times.

Also, this is a courtesy notice that you are not to use any of my dreams or message info for public discussion or disclosure on or off Gaia without my direct expressed and

6/15/2018

written permission. I don't mind you using the info for your personal health, healing, and edification.

If I don't hear a confirmation from you regarding the courtesy notice portion of this email, I will send official legal documents as a courtesy and copyright protection for myself and my work.

That about sums it up, Alys

Except...

P.S. did something occur in Hawaii? I ask because of a couple dreams. One, you may not be aware of anything... in the dream you were playing (yes in a disguise) and I scooped you up so the sniper on the hill wouldn't shoot you and eat you. I took you and placed you somewhere safe. You seemed oblivious the entire time. In the next dream (disguise again) you seemed to have caught a cold or had something occur that reminded me of my trip to Hawaii as a kid with my bff when she got sucked into the undertow by the shore and when she got back on shore she puked this clear mucally type bile vomit onto the sand. We promptly buried it and moved to the next cabana. :::grin::: Something similar to the bile - vomit was seen in the dream but with shuffles like a really bad cold and you were having a hard time breathing. I helped keep you breathing. Did you have any kind of ocean incident or catch a cold or have any kind of breathing issues?

....

Happy Easter

....



Sent from my Verizon, Samsung Galaxy smartphone



--
Roger R. Richards
Producer
*Corey Goode & The Sphere Being Alliance*
SphereBeingAlliance.com
ComicDisclosure.com
(323) 741-1SBA
sba.producer@gmail.com