IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                              Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH

                              Defendants.

_____

ALYSSA CHRYSTIE MONTALBANO, individually,
Counter-Claimant,

v.

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,
Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT
FOUNDATION
VALERIE YANAROS WILDE,
ELIZABETH LORIE,
BRIAN JAMES FLYNN,

WILLIAM CAMPBELL,
MATTHEW GROVE,
DIANA TERRY, and
CHRISTINA GOMEZ,

                            Third-Party Defendants.

_____

### NOTICE OF CHANGE OF ADDRESS OF VALERIE YANAROS

_____

To the Clerk of this Court and all parties of record:

Please take notice that pursuant to D.C.COLO.LAttyR 5(c), Valerie Yanaros and Yanaros Law, P.C. hereby provide notice of a new office location and mailing address, as follows:

                Valerie Yanaros, Esq.
                Yanaros Law, P.C.
                8300 Douglas Avenue Suite 800
                Dallas, Texas 75225

A Contact Change Request has also been submitted through the Attorney Services Profile for this Court.  Please update your records accordingly and serve any papers requiring physical service at the new address.

Dated: July 12, 2021						Respectfully submitted,


							/s/ *Valerie Yanaros, Esq.*

							Valerie Yanaros, Esq.
							Texas Bar No. 24075628
							Admitted to Practice in the District
							Court of Colorado
							Yanaros Law, P.C.
							8300 Douglas Avenue Suite 800
							Dallas, Texas 75225
							Telephone: (512) 826-7553
							valerie@yanaroslaw.com

							**ATTORNEY FOR PLAINTIFFS**