

May 6, 2019
10:35pm

what is my literal next step w/corey

so what does that mean & what is
actually my step in 3D in light
of that dream? what does
mean?

or rather...

PRIVATE JET STALLS & FALLS BUT
ENGINES BACK ON OK- TO NYC-
'NATALIE' IS MY GIRLFRIEND

I was in a private Jet with a pilot
& his one stewardes/flight attendant who
was also his co pilot. The pilot liked to
fly his jet a lil hot dog style, but he was
a good pilot & it was more so to get
speed & catch the winds. We seemed
to be flying to NY, NYC.

The Jet held 4 people Pilot-stewardes
me & 1 male passenger. It was white inside

4.5? am
I dating Natalie
flight attendant/Stewardess
...
...

MOTION TO VOID JUDGEMENT
PERSUANT RULE 60(B)(3),(4)
EXHIBIT BB
DV SAMPLE 3 (7 PGS)



stairwell that doesn't take up much space & we'd not
need to do the dangerous wall climb to the roof."
She really liked my idea (she sorta looks & she reminded
me of ██████████ but wasn't her & looked more unattractive
& old but I seemed to love her & like we'd been
together for even quite some time now.) & agreed
& we decided & it was understood we'd use our
joint funds to go in on it. Like our savings Accts.
& in the long run, it'd save us a lot of money too
somehow & we may not even need the outside entry
anymore as we'd just go in the (garage?) door
below & use the spiral stairwell up. She was in
agreement on that with me, cause she didn't like
the other route either.

Oh yeah on the rooftop the family was talking about
the military vaccinations & a type of medical
pill they were trying to trick (or force) but more trick)
people into taking by saying they had to or needed
too, but basically me & my girl were right (like I'd
said) to not take those meds. They were something
like choco or chiapas or chacoco (chakotay?)
or something Ch & they were agreeing now w/ what
I'd said & were regarding them... no... cause now



those who'd taken them seemed to be aged really fast
(my 'old' friends? And dimension sheets class DV)
& to get sick (like w/ the flu shots, they get the flu)
but these people had more other problems like stomach
related & GMO type problems & being wrinkle
6:05am  aged (AI connect & inlet - nanos?)

### Early authorizations in China and Russia

On 24 June 2020, China approved the CanSino vaccine for limited use in the military and two inactivated virus vaccines for emergency use in high-risk occupations.[12] On 11 August 2020, Russia announced the approval of its Sputnik V vaccine for emergency use, though one month later only small amounts of the vaccine had been distributed for use outside of the phase 3 trial.[13] In September, the United Arab Emirates approved emergency use of Sinopharm's vaccine for healthcare workers,[96] followed by similar emergency use approval from Bahrain in November.[97]

### First authorizations of RNA vaccines

In the United States, an Emergency Use Authorization (EUA) is "a mechanism to facilitate the availability and use of medical countermeasures, including vaccines, during public health emergencies, such as the current COVID-19 pandemic."[98] Once an EUA is issued by the FDA, the vaccine developer is expected to continue the Phase III clinical trial to finalize safety and efficacy data, leading to application for licensure (approval) in the United States.[98] In mid-2020, concerns that the FDA might grant a vaccine EUA before full evidence from a Phase III clinical trial was available raised broad concerns about the potential for lowered standards in the face of political pressure.[99][100][101] On 8 September 2020, nine leading pharmaceutical companies involved in COVID-19 vaccine research signed a letter, pledging that they would submit their vaccines for emergency use authorization only after Phase III trials had demonstrated safety and efficacy.[102]

The Pfizer-BioNTech partnership submitted an EUA request to the FDA for the mRNA vaccine BNT162b2 (active ingredient tozinameran) on 20 November 2020.[14][15] On 2 December 2020, the United Kingdom's Medicines and Healthcare products Regulatory Agency (MHRA) gave temporary regulatory approval for the Pfizer–BioNTech vaccine,[16][17] becoming the first country to approve this vaccine and the first country in the Western world to approve the use of any COVID-19 vaccine.[18][19][20] On 8 December 2020, 90-year-old Margaret Keenan received the vaccine at University Hospital Coventry, becoming the first person known to be vaccinated outside of a trial,[103] as the UK's vaccination programme began.[104] However, other vaccines had been given earlier in Russia.[105] On 11 December 2020, the US Food and Drug Administration (FDA) granted an Emergency Use Authorization (EUA) for the Pfizer-BioNTech vaccine.[24][106] On 19 December 2020, the Swiss Agency for Therapeutic Products (Swissmedic) approved the Pfizer-BioNTech vaccine for regular use, two months after receiving the application. This was the first authorization by a stringent regulatory authority under a standard procedure for any COVID-19 vaccine.[107][108] On 23 December, a 90-year-old Lucerne resident became the first person to receive the vaccine in continental Europe.[109]



Pfizer-BioNTech COVID-19 vaccine.

As of 21 December, many countries and the European Union[21] have authorized or approved the Pfizer-BioNTech COVID-19 vaccine. Bahrain and the United Arab Emirates granted emergency marketing authorization for BBIBP-CorV, manufactured by Sinopharm.[22][23] In the United Kingdom, 138,000 people had received the Pfizer-BioNTech COVID-19 vaccine Comirnaty by 16 December, during the first week of the UK vaccination programme.[110] On 18 December 2020, the US FDA granted an EUA for mRNA-1273, the Moderna vaccine.[25][26][27] Vaccine manufacturers are awaiting full approvals to name their vaccines.[111][112]

Moderna submitted a request for an EUA for mRNA-1273 to the FDA on 30 November 2020.[113][114] On 18 December 2020, the FDA granted an EUA for the Moderna vaccine.[25][26][27]

### United Kingdom

The UK's regulator (MHRA) gave the first approval to the Oxford/AstraZeneca vaccine on 30 December 2020, as its second vaccine to enter the national rollout under a conditional and temporary authorization to supply.[115][116][117]

### Australia

In October 2020, the Australian Therapeutic Goods Administration (TGA) granted provisional determinations to AstraZeneca Pty Ltd in relation to its COVID-19 vaccine, ChAdOx1-S [recombinant] and to Pfizer Australia Pty Ltd in relation to its COVID-19 vaccine, BNT162b2 [mRNA].[118][119] Janssen Cilag Pty Ltd was granted a provisional determination in relation to its COVID-19 vaccine, Ad26.COV2.S, in November 2020.[120]

On 24 January 2021, the TGA granted provisional approval to Pfizer Australia Pty Ltd for Comirnaty.[121][122][123][124]

### European Union

In October 2020, the Committee for Medicinal Products for Human Use (CHMP) of the European Medicines Agency (EMA) started 'rolling reviews' of the vaccines known as *COVID-19 Vaccine AstraZeneca* (ChAdOx1-SARS-CoV-2) and *Pfizer-BioNTech COVID-19 Vaccine* (BNT162b2).[125][126][127] The EMA released an update on the status of its rolling review of the COVID-19 Vaccine AstraZeneca in December 2020, after the UK granted a temporary authorization of supply for the vaccine.[128]

In November 2020, the EMA published a safety monitor[...] [FOOTNOTE 1 EXHIBIT] anagement planning (RMP) for COVID-19 vaccines.[129] The plan outlines how relevant new information emergin[...] [...]ake of COVID-19 vaccines in the pandemic situation will be collected and promptly reviewed.[129] All RMPs for [...] [...]lished on the EMA's website.[129] The EMA published guidance for developers of potential COVID-19 vaccines[...] [...]: in marketing authorization applications.[130]

In November 2020, the CHMP started a rolling review of the Moderna vaccine for COVID-19 known as mRNA-1273.[131]



# How the U.S. government bolstered Moderna's COVID-19 vaccine candidate

By Brian Buntz | November 23, 2020

Until recently, the most rapidly developed vaccine was for mumps, which took four years. Now, Pfizer (NYSE:PFE) and Moderna (NSDQ:MRNA) appear to be on the cusp of commercializing COVID-19 vaccines under emergency use authorization.

It was only a year ago that physicians in China identified unusual pneumonia cases that would later be associated with the novel coronavirus.

As impressive as the rapid pace of COVID-19 vaccine development has been, researchers have drawn on foundational work that stretches back almost two decades, said Barry Bloom, a research professor at Harvard University, in the recent webinar titled the "Race for the COVID-19 Vaccine: Latest Updates."



*[Image courtesy of Wikipedia]*

And the Moderna vaccine candidate, in particular, has benefited from U.S. government support.

## A marathon as well as a sprint

The race to develop COVID vaccines has roots stretching back to the terrorist attacks on September 11 and the anthrax attacks that followed in the subsequent weeks. The events led the National Academy of Sciences to convene a set of committees to examine the twin threats of terrorism and pandemics. The committees "concluded that we were enormously vulnerable and we had to do a lot of different things [to] protect the country," said Bloom, who co-chaired a bioterrorism panel for the National Academy of Sciences at the time.

In 2002, severe acute respiratory syndrome (SARS) first appeared in China and took hold internationally within months. Effective public health interventions prevented SARS from becoming a pandemic.

In 2005, the U.S. Department of Health and Human Services (HHS) established the National Pandemic Influenza Plan to provide a blueprint for pandemic response. "At some point in our nation's future, another virus will emerge with the potential to create a global disease outbreak," Health and Human Services Secretary Mike Leavitt at the time.

The pandemic plan stressed the importance of antiviral drugs and vaccines. "It is a wonderful plan," Bloom noted. But before COVID-19 hit, the report had "disappeared in a drawer somewhere in Washington," he added.

But the U.S. government's focus on vaccines to combat pandemics likely played a role in spurring further research into novel vaccine platforms.

## DARPA and BARDA make vaccine investments

Government agencies such as the Defense Advanced Research Projects Agency (DARPA) and the Biomedical Advanced Research and Development Authority (BARDA) would play a role in vaccine development. DARPA "invests in very long term science and technology [projects] that will pay off in 20 years," Bloom said.

FOOTNOTE 2
EXHIBIT

 

DARPA was instrumental in the development of RNA vaccines and provided $25 million in financial support to Moderna in 2013 to pursue messenger RNA–based antibody drugs and vaccines. DARPA announced it was committing up to $56 million in additional funding to Moderna this October.

BARDA has committed another roughly $955 million to Moderna.

In all, the U.S. government vaccine contract with Moderna is worth roughly $1.5 billion. BARDA has also invested in producers of other COVID-19 vaccines.

BARDA was also instrumental in resetting researchers' expectations for vaccine development, Bloom said. The organization set a goal of developing a vaccine 60 days after determining a pathogen's DNA sequence. Moderna had a vaccine candidate 66 days after scientists identified its genetic sequence. "And that is a reflection of tremendous foresight by these technical agencies," Bloom said. By identifying promising research and identifying companies to advance it, the government agencies have played a role in engineering COVID-19 vaccines. But the platform approach could also help fight future pandemics, given its ability to allow researchers to tweak antigens and genes to target a new pathogen.

The U.S. government's support of the vaccine platform led to investigations into its use to treat infections from Middle East Respiratory Syndrome (MERS), influenza, Zika and HIV. "We had a background on these vaccines," Bloom said. "The companies were pretty confident they would work [for the novel coronavirus], but it will take [trials] to find out how safe and effective for COVID they really are."

Filed Under: clinical trials, Drug Discovery, Drug Discovery and Development, Infectious Disease
Tagged With: coronavirus, covid-19, COVID-19 vaccine, HHS, Moderna, National Institutes of Health, Pfizer

**We recommend**

You searched for Moderna covid - Drug Discovery and Development
Brian Buntz et al., Drug Discovery and Development

Infectious Disease Archives - Page 2 of 8 - Drug Discovery and Development
Sean Whooley et al., Drug Discovery and Development

Sean Whooley, Author at Drug Discovery and Development - Page 2 of 3
Sean Whooley, Drug Discovery and Development

Contract Manufacturing Archives - Page 2 of 30 - Pharmaceutical Processing World
Sean Whooley et al., Pharmaceutical Processing World

COVID-19 Archives | Page 2 of 3 | Drug Delivery Business
Chris Newmarker et al., Drug Delivery Business, 2020

Which PAMORA has BOTH a strong recommendation and a high quality of evidence from the American Gastroenterological Association?
Sponsored by BioDelivery Sciences

The PAMORA with low rates of abdominal pain
Sponsored by BioDelivery Sciences

HCPs: Shingles Can Disrupt Your Patients' Lives - SEE WHAT THE CDC SAYS. Vaccination Can Help Protect Your Appropriate Patients.
Sponsored By GSK

Explore data on RECARBRIOTM (imipenem, cilastatin, and relebactam) >
Brought to you by Merck

Learn about clinical data supporting RECARBRIOTM (imipenem, cilastatin, and relebactam) >
Brought to you by Merck

Powered by **TREND MD**

5/29/2021 What is a vaccine passport? Your Covid-19 travel questions, answered - CNN

## There's a lot of debate about vaccine passports right now. What are they, and how would they work?

**By Theresa Waldrop, CNN**

🕐 Updated 10:52 AM ET, Thu April 8, 2021

**(CNN)** — With millions of Americans being vaccinated against Covid-19 every day, a heated debate is underway -- do these people need proof of immunization in the form of a vaccine passport?

Just like a national passport, a vaccine passport could allow the bearer entrance to a venue, like a crowded concert, or a foreign country that demands proof of vaccination in addition to a visa and valid national passport.

Vaccination cards from the US Centers for Disease Control and Prevention aren't quite the same as a vaccine passport. Though they are a

CNN | US ● LIVE TV

## What exactly is a vaccine passport?

A vaccine passport is just proof that a person has been immunized against Covid-19. It could be in the form of a smartphone app or a written certificate, for those who don't have smartphones.

Some health experts argue that such proof of vaccination can be the ticket back to normalcy. It could reward people for getting vaccinated by allowing them into a crowded concert or ballgame, and offer them peace of mind that the person next to them has been immunized, too — thus helping to make crowded places safer.

New York was the first state to issue a digital vaccine passport using IBM's Excelsior Pass app that displays a personalized QR code verifying vaccine status. The state tested the app at a Brooklyn Nets basketball game and a New York Rangers hockey game last month.

But critics point to privacy concerns and overreach by authorities.



**Related Article:** Florida governor bans Covid-19 'vaccine passports'

The governors of Florida and Texas have signed executive orders banning vaccine passports. Florida Gov. Ron DeSantis last week signed an executive order that prohibits any government entity from issuing them and businesses from requiring them of their customers.

He cited personal freedom and privacy issues.

Texas Gov. Greg Abbott this week signed an order prohibiting the state's agencies from requiring a vaccine for any service.

"Government should not require any Texan to show proof of vaccination and reveal private health information just to go about their daily lives," Abbott said in a video posted on Twitter.

## Who issues vaccine passports?

There's a lot of talk and debate about the passports, but hardly anyone is issuing them yet -- though they are available in New York to vaccinated residents.

While the Biden administration has been trying to find a way toward a standard for vaccine certification, the federal government will not issue a vaccine passport, White House Press Secretary Jen Psaki said Tuesday.

"The government is not now, nor will we be, supporting a system that requires Americans to carry a credential," Psaki said at a news briefing. "There will be no federal vaccinations database and no federal mandate requiring everyone to obtain a single vaccination credential."

**Covid-19.** Your local resource.

Set your location and log in to find local ~~~~~~~~~~ on Covi ~~~~~~~

*FOOTNOTE 3*
*EXHIBIT*

Zip ~~~~~~~~~~

5/29/2021     1,000 Lawyers and 10,000 Doctors Have Filed a Lawsuit for Violations of the Nuremberg Code | Soren Dreier



*Soren Dreier | Zen-Haven*

Soren Dreier: ⌄    Readings ⌄    Healings ⌄    Personal Guidance

Covid-1984 ◇ Health

# 1,000 Lawyers and 10,000 Doctors Have Filed a Lawsuit for Violations of the Nuremberg Code

Posted on May 9, 2021 by Soren Dreier
May 9, 2021



**Notice: Auto translated from Swedish.**

-SD

FOOTNOTE 4
EXHIBIT

Background to the new Nuremberg Trials 2021 :

A large team of more than 1,000 lawyers and over 10,000 medical experts, led by Dr. Reiner Fuellmich, has initiated legal proceedings against the CDC, WHO and the Davos Group for crimes against humanity.

Fuellmich and his team present the incorrect PCR test and the order for doctors to describe any comorbidity death as a Covid death – as fraud.

The PCR test was never designed to detect pathogens and is 100% inaccurate at 35 cycles. All PCR tests monitored by the CDC are set at 37 to 45 cycles. The CDC acknowledges that tests over 28 cycles are not allowed for a positive reliable result.

This invalidates over 90% of the alleged Covid cases / "infections" detected by the use of this incorrect test.

In addition to the incorrect tests and fraudulent death certificates, the "experimental" vaccine itself violates Article 32 of the Geneva Convention.

Under Article 32 of the 1949 Geneva Convention, "mutilation and medical or scientific experiments not required for the medical treatment of a protected person" are prohibited.

According to Article 147, conducting biological experiments on protected persons is a serious breach of the Convention.

The "experimental" vaccine violates all 10 Nuremberg codes – which carry the death penalty for those who try to break these international laws.

## 1) Provides immunity to the virus

This is a "leaky" gene therapy that does not provide immunity to Covid and claims that they reduce the symptoms, but double-vaccinated are now 60% of patients who need ER or ICU with covid infections.

## 2) Protects the recipients from getting the virus

This gene therapy does not provide immunity and the double vaccine can still catch and spread the virus.

## 3) Reduces deaths due to viral infection

This gene therapy does not reduce deaths from the infection. Double-vaccinated people infected with Covid have also died.

## 4) Reduces the circulation of the virus

This gene therapy still allows the virus to spread because it gives zero immunity to the virus.

## 5) Reduces the transmission of the virus

This gene therapy still allows transmission of the virus because it does not confer immunity to the virus.

The following violations of the Nuremberg Code apply:

## Nuremberg Code # 1: Voluntary consent is important

No person should be forced to take a medical experiment without informed consent.

Many media, political and non-medical people urge people to take the injection.

They do not provide information about the negative effects or dangers of this gene therapy. All you hear from them is – "safe and effective" and "the benefits outweigh the risks."

Benefits Fror

May 25, 2021

Countries use blockades, coercion and threats to force people to take this vaccine or are banned from participating in free society under the mandate of a vaccine pass or Green Pass.

During the Nuremberg trials, the media were also prosecuted and members were killed for lying to the public, along with many of the doctors and Nazis found guilty of crimes against humanity.

**Nuremberg Code # 2: Yields with fruitful results that cannot be produced by other means**

As mentioned above, gene therapy does not meet the criteria for a vaccine and does not offer immunity to the virus. There are other medical treatments that give fruitful results against Covid, such as Ivermectin, vitamin D, vitamin C, zinc and strengthened immune system for flu and colds.

**Nuremberg Code # 3: Basic experiments as a result of animal experiments and natural history disease**

This gene therapy skipped animal experiments and went directly to human experiments.

In mRNA research used by Pfizer – a candidate study on mRNA with rhesus macaques monkeys using BNT162b2 mRNA and in that study all monkeys developed pneumonia but the researchers considered the risk low because these were young healthy monkeys from 2-4 years of age.

Israel has used Pfizer and the International Court of Justice has accepted a requirement that 80% of recipients with pneumonia should be injected with this gene therapy.

Despite this alarming development, Pfizer continued to develop its mRNA for Covid, without animal testing.

**Nuremberg Code # 4: Avoid all unnecessary suffering and injury**

Since the launch of the experiment and listed under the CDC VAERS reporting system, over 4,000 deaths and 50,000 vaccine injuries have been reported in the United States. In the EU, more than 7,000 deaths and 365,000 vaccine injuries have been reported. This is a serious violation of this code.

**Nuremberg Code # 5: No experiment should be performed if there is reason to believe that injury or death will occur**

See No. 4, based on fact-based medical data, this gene therapy causes death and injury. Previous research on mRNA also shows several risks that have been ignored for this current experimental gene experiment. A 2002 study of SARS-CoV-1 nail proteins showed that they cause inflammation, immunopathology, blood clots and inhibit Angiotensin 2 expression. This experiment forces the body to produce this nail protein that inherits all these risks.

**Nuremberg Code # 6: The risk should never exceed the benefit**

Covid-19 has a recovery rate of 98-99%. Vaccine damage, death, and adverse side effects of mRNA gene therapy far outweigh this risk.

Select Catego

The use of "leaky" vaccines was banned for agricultural use by the US and the EU due to the Marek Chicken study which shows "hot viruses" and variants appear… make the disease even more deadly.

Nevertheless, this has been ignored for human use by the CDC aware that the risk of new, more deadly variants arises from leaky vaccinations. The CDC is fully aware that the use of leaky vaccines facilitates the emergence of hotter (more deadly) strains. Yet they have ignored this when it comes to humans

## Nuremberg Code # 7: Preparations must be made for even remote possibilities of injury, disability or death

No preparations were made. This gene therapy skipped animal experiments. The pharmaceutical companies' own clinical phase 3 studies will not end until 2022/2023. These vaccines were approved in an emergency

Use only action to force on a misinformed public. They are NOT FDA approved.

## Nuremberg Code # 8: Experiments must be carried out by scientifically qualified persons

Politicians, the media and actors who claim that this is a safe and effective vaccine are not qualified. Propaganda is not medical science.

Many stores such as Walmart & drive-through vaccine centers are not qualified to administer experimental medical gene therapies to the uninformed public.

## Nuremberg Code # 9: Everyone must have the freedom to end the experiment at any time

Despite the call from over 85,000 doctors, nurses, virologists and epidemiologists – the experiment does not end. In fact, there are currently many attempts to change laws to enforce vaccine compliance.

This includes mandatory and mandatory vaccinations. Experimental "sprayers" are planned every six months without using the growing number of deaths and injuries already caused by this experiment.

These update images will be administered without any clinical trials. Hopefully, this new Nuremberg trial will put an end to this crime against humanity.

## Nuremberg Code # 10: The researcher must terminate the experiment at any time if there is a probable cause for injury or death

It is clear from statistical reporting data that this experiment leads to death and injury. But not all politicians, pharmaceutical companies and so-called experts make any attempt to stop this gene therapy experiment from harming a misinformed public.

Legal proceedings are progressing, evidence has been gathered and a large growing group of experts is sounding the alarm.

**Source**

Related;

May 29: I'm a Doctor, but Covid's Broken my Faith in Medical Research. I Can't Believe Any Mainstream Facts
(Please Share)

The Real Reason 'NAC' Got Banned

Dozens of Reports of Heart Inflammation in Teenagers and Young Adults Four Days After Their Second DoseStudy:

Reopening Texas '100 Percent' Had No Discernible Impact on COVID-19 Cases or Deaths

**Tucker: How Many Americans Have Died after Taking COVID Vaccines?**



FEBRUARY 19

# Understanding the nanotechnology in COVID-19 vaccines

Lipid nanoparticles are a vital component of the new Pfizer/BioNTech and Moderna mRNA COVID-19 vaccines, playing a key role in protecting and transporting the mRNA effectively to the right place in cells. They are next generation liposomes that use nanotechnology and are well suited to stable and efficient delivery of various therapeutics.

Although mRNA vaccines have received much global interest as they are a new type of drug, lipid nanoparticles have held a recognised position in the mainstream of drug delivery systems (DDS) since the discovery of liposomes in the 1960s. Let us take a closer look at what liposomes are, their evolution and potential for use in other industries.

What do the immunology and vaccine experts have to say? Watch a recent Q&A panel discussion and read this review article recently published by CAS scientists in ACS Central Science

WRITTEN BY

## RUMIANA TENCHOV
Information Scientist, CAS

SUBSCRIBE

## FEATURED CONTENT

BLOG

Latest data on the safety and effectiveness of COVID-19 vaccines in children

FOOTNOTE 5
EXHIBIT



FOOTNOTE 6
EXHIBIT

5/29/2021                                    Why are certain 5G cell tower components labeled "COV-19?"

Join the movement to end censorship by Big Tech. StopBitBurning.com needs donations and support

# A FINAL WARNING

Top Stories from Independent Journalists Across the Web

## Why are certain 5G cell tower components labeled "COV-19?"

BY ETHANH // 2021-04-28

Mastodon      Parler      Gab





Reports are coming out to show that some of the electrical components being used in 5G tower installations bear the marking of "COV-19," which just so happens to be almost identical to COVID-19, the name used for the infection supposedly caused by the Wuhan coronavirus. The "Patriot Street Fighter" account on Telegram is one of the latest to share video footage of the components, which can clearly be seen with the marking of COV-19 on their chipsets. 5G component installers all around the world have reported similar markings on the equipment going into their towers, which shows that the phenomenon is strangely widespread and clearly not coincidental. As you may recall from early on in the plandemic, reports emerged about how Wuhan, China, where it all originated, had just turned on its 5G towers at almost the exact same time that area residents started to get sick. Some of them got so sick that they dropped dead in the streets, or so we were told. Donald Trump fast-tracked the rollout of 5G here in the United States not long after that, and here we are a year later with many who are sick and dying, purportedly from the "virus." What is really going on here? We will leave it up to our readers to decide if there is a connection between 5G and the symptoms and sickness associated with the Chinese virus. Be sure to watch the following video from Brighteon.com, which shows yet another COV-19 chipset component being used in 5G installations (WARNING: LANGUAGE):

COV-19 stamped on 5G Hardware

5/29/2021                                          Why are certain cell tower components labeled "COV-19?"

## Vaccines and 5G, not some phantom "virus," are spreading disease and death

Throughout the past year while tens of millions of Americans were on lockdown, telecommunications carriers were busy installing 5G chipsets in towers all across the land, including at schools where developing children spend all day in the classroom. Could it be that 5G radiation exposure produces the very same symptoms that are now being blamed on the Wuhan coronavirus (Covid-19)? What about Chinese virus injections? Are they, too, producing symptoms that mirror those caused by exposure to 5G radiation? Perhaps the jabs and the towers are delivering a one-two punch, creating the same health problems *together*. All of it combined is a recipe for health disaster, and yet the mainstream media is solely focused on the "virus," with the occasional mention of a "rare" blood clot or death. Try as they might to convince us all that only the "virus" is dangerous, while everything they propose as the "solution" is perfectly "safe," millions are waking up to the fact that it is all a sham. "Oh dear, technocrats, the cat's out of the bag," wrote one *Brighteon* commenter. "Targeted frequencies causing certain designer illnesses in conjunction with bioweapons." "If real, what more proof do you need, 5G deniers, than the wording stamped right on the custom-made RF modulator module (which determines output frequency)? The FCC must be investigated." Another responded by recommending that those interested check out the book *The Invisible Rainbow: A History of Electricity and Life* by Arthur Firstenberg. "Over the last 220 years, society has evolved a universal belief that electricity is 'safe' for humanity and the planet. Scientist and journalist Arthur Firstenberg disrupts this conviction by telling the story of electricity in a way it has never been told before—from an environmental point of view—by detailing the effects that this fundamental societal building block has had on our health and our planet," part of the book's synopsis reads. More news about the damaging effects of 5G can be found at 5GAlert.com. **Sources for this article include:** RumorMillNews.com T.me NaturalNews.com NaturalNews.com ChelseaGreen.com

Mastodon      Parler      Gab

**TAGGED UNDER:**

cell towers   5g   disease causes   dangerous tech   coronavirus   covid-19   COVID   COV-19   components

**YOU MIGHT ALSO LIKE**

5/29/2021                              "DNA" vs. "RNA" vs. "mRNA": The Differences Are Vital - Dictionary.com

DICTIONARY.COM                                          THESAURUS.COM

**DEFINITIONS**

MEANINGS    GAMES    LEARN    WRITING    WORD OF THE DAY

## "DNA" vs. "RNA" vs. "mRNA": The Differences Are Vital



Book You
Online
Tutor Now

**What Is DNA?**    **What Is RNA?**    **DNA vs. RNA**    **What Is mRNA?**    **mRNA And Vaccines**

COVID-19 has set off many unprecedented events that will most likely change the world forever. Fortunately, they haven't all been bad: the virus led to the remarkable development of vaccines at a pace and scale the likes of which have never before been seen in history. Both the Pfizer-BioNTech vaccine and the Moderna vaccine use a relatively new technology that has been approved for the first time: *mRNA* vaccines. (The Oxford vaccine instead uses genetic material from what's known as an adenovirus derived from chimpanzees.)

**Arm yourself with more details about the Oxford vaccine known as *ChAdOx1 nCoV-19.***

These incredible developments, naturally, have led many people to dust off those old biology textbooks and try to remember what they learned about *mRNA* back in Biology 101. What do all those letters in *mRNA* stand for? How is it different from *RNA*? For that matter, what even is *RNA*? Does it have anything to do with *DNA*? In this article, we will answer all of these questions.

FOOTNOTE 7
EXHIBIT

But first, we should quickly answer the most pressing question you might have: is it safe to take the COVID-19 vaccines or any mRNA vaccine? The answer is "Yes." The new COVID-19 vaccines have gone through the same rigorous testing

process as every other vaccine, as will any new mRNA vaccines developed in the future. If you'd like to know more about how the COVID-19 vaccines were tested for safety and approved, you can read about them in more detail as provided by the CDC and the WHO.

## What is *DNA*?

To begin with, we must start with probably the best known of the three macromolecules ("big molecules") we will be looking at today: *DNA*.

*DNA* stands for "deoxyribonucleic acid." *DNA* is a large, complex molecule that carries and passes down the genetic code that makes up all living organisms. Because most people are at least somewhat aware of DNA's very important role in life, *DNA* has come to metaphorically refer to "the set of nongenetic traits, qualities, or features that characterize a person or thing." For example, we would say a love of words is part of the *DNA* of Dictionary.com.

*DNA* is found in the nucleus of cells of all living organisms. *DNA* is arranged in the shape of a double helix, which resembles a twisted ladder. The "rungs" of the ladder consist of base pairs of substances known as nitrogen bases. You might remember the four bases from science class: adenine, thymine, guanine, and cytosine. These base pairs are the reason why *DNA* is so important to life: the ordering of the base pairs results in a specific genetic code called a *gene*.

*DNA* consists of many genes and is itself organized into structures known as *chromosomes*, of which humans have 23 pairs. A fruit fly has four pairs of chromosomes, while a dog has 39 pairs. The genetic code in the genes and DNA tell the body how to make proteins. Proteins are extremely important for the survival of the body and you would be in big trouble if your cells couldn't make proteins or accidentally made the wrong proteins.

We have merely scratched the surface of the complicated molecule that is *DNA*. To get a better idea of how important *DNA* is, here are some vocabulary words that explore concepts that are related to *DNA*:

- RNA (we'll be getting to this one shortly)
- nucleic acid
- nucleotides
- nitrogen base
- genes
- genetics
- protein

**Unravel the secrets of the term *DNA* by visiting our Homework Help explainer on the term, its importance, and more.**

## What is *RNA*?

*RNA* stands for "ribonucleic acid." *RNA* is a large molecule made from a single strand of *DNA,* and one of its main roles is to transfer the instructions needed to make proteins.

While DNA has the instructions on how to make proteins, it is RNA that actually provides these instructions to the ribosomes, organelles in the cell that act as "protein factories" You see, *DNA* never actually leaves the cell's nucleus. The nucleus instead builds a single-threaded molecule called *RNA,* which has a copy of the *DNA's* instructions. Like DNA, *RNA* also has nitrogen bases that act as a code that the cell can read. The *RNA* then takes the copy of the instructions and delivers them to the ribosomes. There, *RNA* helps the ribosomes properly build the correct proteins that the body needs.

As you might guess, this is a simplified version of what actually happens in the cells. To get a better idea of what is actually going on with *RNA*, here are some vocabulary words that provide more details on the concepts surrounding *RNA*:

Case No. 1:20-cv-00742-DDD-KAS   Document 231-2   filed 07/13/21   USDC Colorado   pg 18 of 24

5/29/2021                                "DNA" vs. "RNA" vs. "mRNA": The Differences Are Vital - Dictionary.com

- [DNA](#)
- [transcription](#)

- [ribosome](#)
- [protein](#)
- [amino acid](#)
- [protein synthesis](#)
- [mRNA](#) (we'll be getting to this one)
- [tRNA](#)
- [rRNA](#)

**Decode the intricacies of the term *RNA* by visiting the Homework Help explanation of the term, its importance, and more.**

## *DNA* vs. *RNA*

*DNA* and *RNA* are very similar. After all, *RNA* is supposed to be a copy of *DNA*. However, there are a few differences between the two molecules.

1. The biggest difference is in their shape: *DNA* is a two-stranded molecule in the form of a double helix. *RNA*, on the other hand, is a single-stranded molecule.
2. The other major difference is in the nitrogen bases: *RNA* shares three of *DNA's* bases but has a substance known as [uracil](#) that replaces thymine when the *DNA* is copied. To put it very simply, uracil requires less energy to maintain than thymine, but the presence of thymine makes *DNA* more stable.

## Go Behind The Words!

Get the strangest stories of your favorite words in your inbox.


Book You
*Online*
*Tutor Now*

**Enter Your Email** *

Sign Up

## What is *mRNA*?

There are several different types of *RNA*. One type of *RNA* is known as *mRNA*, which stands for "messenger RNA." *mRNA* is RNA that is read by ribosomes to build proteins.

While all types of *RNA* are involved in building proteins, *mRNA* is the one that actually acts as the messenger. It is *mRNA* specifically that has the recipe for a protein. The *mRNA* is made in the nucleus and sent to the ribosome, like all *RNA*. Once it gets there, the *mRNA* bonds with the ribosome, which reads the *mRNA's* nitrogen base sequence. Every three-bond sequence of *mRNA* relates to a specific amino acid, a "building block" of a protein. Amino acids must be arranged in a certain order to make a specific protein, and the *mRNA* has the blueprints that tell the ribosome which amino acids to get and how they should be arranged.

Other types of *RNA*, such as *transfer RNA* (*tRNA*) and *ribosomal RNA* (*rRNA*), help the ribosome actually build the protein. Once the protein is built, the *mRNA's* job is over and it will degrade.

Again, this is a general look at what *mRNA* actually does. This list of vocabulary terms can help you learn more about *mRNA's* job and about the other types of *RNA*.

Case No. 1:20-cv-00742-DDD-KAS   Document 231-2   filed 07/13/21   USDC Colorado   pg 19 of 24

5/29/2021                          "DNA" vs. "RNA" vs. "mRNA": The Differences Are Vital - Dictionary.com

- [RNA](#)
- [tRNA](#)
- [rRNA](#)
- [DNA](#)
- [transcription](#)
- [ribosome](#)
- [protein](#)
- [amino acid](#)
- [protein synthesis](#)

**Our further explanation of the term *mRNA* delivers helpful information about the term, its importance, and more.**

## How is *mRNA* used in COVID-19 vaccines?

Everything that has been said here doesn't just apply to humans. Other organisms, including [bacteria](#) and viruses, also have *DNA* and/or *RNA*. The recent COVID-19 vaccines actually use *mRNA* from the virus itself in a rather sneaky way.

Usually, a vaccine uses a weakened or damaged version of a virus so that your body can have a "practice run" of fighting it. Your body will make antibodies that fight this weak form of the virus and thus will be able to recognize this same virus in the future and be able to quickly react to the real virus if ever exposed to it.

An *mRNA* vaccine works differently. Rather than inject a person with the actual virus, this type of vaccine instead injects the cells with some of the virus's *mRNA*. This *mRNA* contains instructions on how to build "spike protein," meaning the protein that is found on the spiky surface of a virus. This protein is harmless and has no ill effects on the body.

So, your cells will begin making this harmless spike protein. Your [immune system](#) will then recognize that this spike doesn't belong in your body and make [antibodies](#) designed to destroy it. Making a long story short, this means your body will be able to recognize the spike proteins used by the actual virus. As a result, your immune system will immediately be able to make antibodies that swarm and kill the virus if it ever detects the spike protein in the body.

Luckily, you don't have to become an expert in macromolecules for your body to function—or the vaccine to do its job. Your body automatically performs the complex functions described here to keep you alive. (Perhaps mastering some of the key terms associated with them is the least you could do!)

## Looking for more on immunity? Read our article about antibodies here.

‹                                                          ›

## WORD OF THE DAY

### pièce de r

 View **PDF**

Access through **your institution**

Purchase PDF

**Advanced Drug Delivery Reviews**
Volume 159, 2020, Pages 344-363

# Lipid nanoparticle technology for therapeutic gene regulation in the liver

Dominik Witzigmann [a, b, 1], Jayesh A. Kulkarni [b, c, d, 1], Jerry Leung [a], Sam Chen [a, e], Pieter R. Cullis [a, b] ✉, Roy van der Meel [f]

Show more ⌄

☰ Outline    ◁ Share    99 Cite

https://doi.org/10.1016/j.addr.2020.06.026

Get rights and content

## Abstract

Hereditary genetic disorders, cancer, and infectious diseases of the liver affect millions of people around the globe and are a major public health burden. Most contemporary treatments offer limited relief as they generally aim to alleviate disease symptoms. Targeting the root cause of diseases originating in the liver by regulating malfunctioning genes with nucleic acid-based drugs holds great promise as a therapeutic approach. However, employing nucleic acid therapeutics *in vivo* is challenging due to their unfavorable characteristics. Lipid nanoparticle (LNP) delivery technology is a revolutionary development that has enabled clinical translation of gene therapies. LNPs can deliver siRNA, mRNA, DNA, or gene-editing complexes, providing opportunities to treat hepatic diseases by silencing pathogenic genes, expressing therapeutic proteins, or correcting genetic defects. Here we discuss the state-of-the-art LNP technology for hepatic gene therapy including formulation design parameters, production methods, preclinical development and clinical translation.

## Graphical abstract



LSEC   Space of Disse

Hepatocyte   Kupffer cell

 Download : Download high-res image (189KB)    Download : Download full-size image

< Previous                                                                        Next >

## Keywords

Gene therapy; liver; lipid nanoparticle (LNP); lipids; hepatocyte; small interfering RNA (siRNA); messenger RNA (mRNA); DNA; guide RNA (gRNA); CRISPR/Cas9; gene silencing; gene expression; gene editing

FOOTNOTE 8
EXHIBIT

 FEEDBACK 💬



FOOTNOTE 9

EXHIBIT



# Flu Symptoms & Complications



**FLU SYMPTOMS AND POSSIBLE COMPLICATIONS**

## Flu Symptoms

Influenza (flu) can cause mild to severe illness, and at times can lead to death. Flu is different from a cold. Flu usually comes on suddenly. People who have flu often feel some or all of these symptoms:

This video includes common signs and symptoms of flu.

- fever* or feeling feverish/chills
- cough
- sore throat
- runny or stuffy nose
- muscle or body aches
- headaches
- fatigue (tiredness)
- some people may have vomiting and diarrhea, though this is more common in children than adults.

*It's important to note that not everyone with flu will have a fever.

## Flu Complications

Most people who get flu will recover in a few days to less than two weeks, but some people will develop complications (such as pneumonia) as a result of flu, some of which can be life-threatening and result in death.

Sinus and ear infections are examples of moderate complications from flu, while pneumonia is a serious flu complication that can result from either influenza virus infection alone or from co-infection of flu virus and bacteria. Other possible serious complications triggered by flu can include inflammation of the heart (myocarditis), brain (encephalitis) or muscle (myositis, rhabdomyolysis) tissues, and multi-organ failure (for example, respiratory and kidney failure). Flu virus infection of the respiratory tract can trigger an extreme inflammatory response in the body and can lead to sepsis, the body's life-threatening response to infection. Flu also can make chronic medical problems worse. For example, people with asthma may experience asthma attacks while they have flu, and people with chronic heart disease may experience a worsening of this condition triggered by flu.

## People at High Risk from Flu

Anyone can get sick with flu (even healthy people), and serious problems related to flu can happen at any age, but some people are at high risk of developing serious flu-related complications if they get sick. This includes people 65 years and older, people of any age with certain chronic medical conditions (such as asthma, diabetes, or heart disease), pregnant women and children younger than 5 years, but especially those younger than 2 years old.

### Emergency Warning Signs of Flu

People experiencing these warning signs should obtain medical care right away.

#### In children

- Fast breathing or trouble breathing
- Pale, gray, or blue-colored skin, lips, or nail beds, depending on skin tone
- Ribs pulling in with each breath
- Chest pain
- Severe muscle pain (child refuses to walk)
- Dehydration (no urine for 8 hours, dry mouth, no tears when crying)
- Not alert or interacting when awake
- Seizures

#### In adults

- Difficulty breathing or shortness of breath
- Persistent pain or pressure in the chest or abdomen
- Persistent dizziness, confusion, inability to arouse
- Seizures
- Not urinating
- Severe muscle pain
- Severe weakness or unsteadiness
- Fever or cough that improve but then return or worsen

- Seizures
- Fever above 104°F

- In children less than 12 weeks, any fever
- Fever or cough that improve but then return or worsen
- Worsening of chronic medical conditions

- Worsening of chronic medical conditions

These lists are not all inclusive. Please consult your medical provider for any other symptom that is severe or concerning.

## Cold vs Flu

| Signs and Symptoms | Cold | Influenza (Flu) |
|---|---|---|
| Symptom onset | Gradual | Abrupt |
| Fever | Rare | Usual; lasts 3-4 days |
| Aches | Slight | Usual; often severe |
| Chills | Uncommon | Fairly common |
| Fatigue, weakness | Sometimes | Usual |
| Sneezing | Common | Sometimes |
| Chest discomfort, cough | Mild to moderate; hacking cough | Common; can be severe |
| Stuffy nose | Common | Sometimes |
| Sore throat | Common | Sometimes |
| Headache | Rare | Common |

## Other Flu Questions

- What is influenza?
- When is the flu season?
- What is the treatment?
- What are emergency warning signs of flu sickness?

## Digital Resources



How to know if you have the flu: Flu symptoms



Do your part to stop the spread of flu at child care facilities and schools



Fighting the Flu

Page last reviewed: April 12, 2021

5/29/2021

Hygiene and immunity leave flu germs with nowhere to go | News | The Sunday Times

MENU        SUNDAY MAY 30 2021

Log in      Subscribe      Search



The spread of Covid-19 could have boosted some people's immunity to other viruses
FABIANA PONZI

CORONAVIRUS

# Hygiene and immunity leave flu germs with nowhere to go

Andrew Gregory, Health Editor

Sunday January 31 2021, 12.01am GMT, The Sunday Times

The number of people suffering from flu has plunged by 95% to levels not seen in more than 130 years, according to experts and official data. Influenza has been "almost completely wiped out", said Simon de Lusignan, professor of primary care at the University of Oxford and director of the Royal College of GPs research and surveillance centre, which focuses on flu. "I cannot think of a year this has happened."

**Get unlimited digital access**

FOOTNOTE 10
EXHIBIT

Start your free trial

Already a subscriber or registered access user? Login