# STATE BAR OF TEXAS



**Exhibit A**

*Office of the Chief Disciplinary Counsel*

September 1, 2018

Valerie Ann Yanaros
5057 Keller Springs Rd Ste 300
Addison, TX  75001-6916

Re:  201804992 - Alyssa Chrystie Montalbano - Valerie Ann Yanaros

Dear Ms. Yanaros

The Office of Chief Disciplinary Counsel of the State Bar of Texas has received the above-referenced Grievance, a copy of which is enclosed for your information.

This office has examined the Grievance and determined that the information alleged does not demonstrate Professional Misconduct or a Disability.  Pursuant to the Texas Rules of Disciplinary Procedure, this matter has therefore been classified as an Inquiry and has been dismissed.

The Complainant may appeal this determination to the Board of Disciplinary Appeals.  You will be notified in writing if this occurs.  No action on your part is necessary at this time.

Please know that the Office of the Chief Disciplinary Counsel maintains confidentiality in the grievance process as directed by the Texas Rules of Disciplinary Procedure, except that the pendency, subject matter, and status of a Disciplinary Proceeding may be disclosed by the Chief Disciplinary Counsel if the Respondent has waived confidentiality or the Disciplinary Proceeding is based upon conviction of a serious crime.

Pursuant to Texas Government Code § 81.072(o), if a Grievance is dismissed as an Inquiry and that dismissal has become final, an attorney may deny that the dismissed Grievance was pursued.

Sincerely,

D. Grosz
D. Grosz
Assistant Disciplinary Counsel

DG/nw

Enclosure(s):   Grievance (**Copy of Complaint**)
                Copy of Complainant Notice

P. O. Box 12487, Austin, TX 78711, (512) 427-1350, (877) 953-5535, fax: (512) 427-4167