

**Exhibit B**

# Certificate of Good Standing
## and
# No Disciplinary History

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## VALERIE ANN YANAROS

was admitted to practice in this court on
August 13, 2018
and is in good standing with no disciplinary history.

Dated: July 15, 2021

*Jeffrey P. Colwell*
Jeffrey P. Colwell, Clerk

