**Re: ADR ?**

Exhibit D

> yanaroslaw <valerie@yanaroslaw.com>
> Fri, 12 Oct 2018 8:15:19 PM -0500
>
> To  "aristoneart" <aristoneart@ymail.com>
>
> Bcc                                                      ,
>
> Tags

Ms. Montalbano:

In light of the extreme costs and emotional distress you have put Mr. Goode through this entire year, at this point in time we do not think it would be helpful to engage in ADR. Most ADR (except for arbitration, which is costly and will only add to the already mounting expenses) involves a disinterested third party who does not take sides or makes decisions. We need a decision maker to explain to you that [1] there are no IP rights in dream visions, [2] Mr. Goode has not--and cannot--steal your dream visions, and [3] there so such thing as a default judgment when there has never been a judgment rendered.

Further, as illustrated in your attempt to blackmail Mr. Goode below, none of this action has been undertaken in good faith.

We reached out regarding settlement almost exactly three months ago, and you are just now bringing up the "possibility" of ADR. In line with your last eighteen emails starting from September 19, you evade the important issues such as what your stance is going to be on removal, amendment on the complaint, amendment on your responses, etc....and instead send voluminous emails making slanderous remarks. This type of erratic, unreasonable behavior not only makes ADR impossible, but out of concern for his own safety Mr. Goode cannot consent to an in-person meeting with you.

Unless and until the parties are closer together on their stances, ADR (of any type) at this time is not agreed to. Until you lay out for my client [1] what he is actually doing wrong in the eyes of the law, [2] cite exactly what laws have been broken and [3] the facts upon what you base these claims, we have nothing to discuss in mediation. Theft of your dreams is not an actionable complaint.

Please let me know your availability for a meet and confer on Monday, October 15, after noon (your time) to discuss a scheduling order.

If you refuse to engage for a meet and confer we will file our own proposed Scheduling Order and note for the record your lack of response on Tuesday, October 16.

For the record, all of the below is objected to by Mr. Goode, and our lack of engagement in mud-slinging should not be taken as a waiver of any rights. To be clear, there is nothing--except for the sole fact that you sent hundreds of emails to Mr. Goode--that is agreed to between the parties at this point.

Warmest regards,
Valerie Wilde

Cheers,

Valerie Yanaros Wilde, Esq.
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600

7/3/2021

Case No. 1:20-cv-00742-DDD-KAS   Document 233-4   filed 07/15/21   USDC Colorado   pg 2 of 4 Re: ADR ?

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Thu, 04 Oct 2018 22:41:52 -0500 **aristoneart <aristoneart@ymail.com>** wrote ----

I would like to know if Defendant would be willing to call a truce with the following agreement or alternate agreement?

Defendant and I both agree that a lot of emails were sent from me to Defendant at his business email address largely during 2017; and that contained PDF file attachments with information I want to protect.

I will agree to the case being Dismissed without prejudice, after the following conditions are agreed to in a court appointed ADR or alternate agreement is made in ADR:

Consider this a starting point for negotiation, where Mr. Goode will need to present what he wants, if different than below.  Think contract laws.

1. Mr. Goode will agree to not create any further derivative "mutilated" works of any of my dream stories shared.  That means he won't destroy the message.  I will consent to him re-telling my stories re-tailored as his own, if he will agree to retailor them with the love based messages still intact. The biggest issue I have is the mutilated messages.

2. I will agree to not attend any of his events or post to his internet pages.  In short,  I will keep doing what I've been doing.

3. If Mr. Goode creates a derivative "mutilated" work that I see or hear of, I will post-mail a certified USPS notice of the matter.  If this occurs more than 3 times (without any corrections), I will email notice you (attorney) of the instances and will include the cited matters for review. Mr Goode will be expected to correct mutilated stories within 14 days of the date of a certified USPS delivery.  Mutilated stories are stories that he retells that have someone being murdered,  violence is performed rather than healing with light,  things are destroyed rather than using magik to fix them,  or the message is turned into some destructive message of fighting, disunity, or hopelessness.

4. If this destruction of the true message occurs after notification to both Mr. Goode and attorney (4 or more times) it will be Mr. Goode's consent that I make such uses public and all prior uses public.

5. You and Mr. Goode will agree to stop harassing me with color of law and/or defaming me to mutual friends and/or associates.

6. Mr. Goode will be responsible for all his attorney, legal, and associated fees he's incurred to this point and thru ADR agreement and I, Ms. Montalbano, will be responsible for all my legal, attorney, and associated fees incurred to this point and thru ADR agreement.  Going dutch essentially.

The alternative is this....

Everyone spends possibly years arguing about fraud and theft and spends 100k to 200k to litigate.  In which case,  I'd likely have to sue for 1 million dollars to make it worth an attorney's while.  In the process I dredge up his already known frauds, like using the SSP materials as his own that belong to

7/3/2021

Re: ADR ?

other people and that he's already known to be a pathological liar. To which both of you (cohorts) have already shown you fabricate stories to get what you want and have already proven on multiple court records that you lie to suit whatever agenda you are promoting at the moment.

I will then be required to press criminal charges against you (the attorney) for knowngly perjurying yourself and knowingly assisting a fraud. Even outside the scope of an Oath of Office, lying for court is a BIG 'no-no.'

With all that, we would then have to delve into the, becoming known, coven connections with Gaia TV and exploring just how much involvement Mr. Goode has knowingly had and how much he's participated in related activities and if you (attorney) are also connected. I will require a certified copy of Mr. Goode's contract with Gaia TV be put onto the record as part of discovery. For some reason, other employees or contractors don't want to show me what they have signed, which is odd and supports the coven accusations.

Mr. Goode's stories of going off world with a tall alien blue bird contactee might not go over too well for him in court and bring in questions of mental health. While some people think dreams don't hold much water,  I can legally prove mine do and as contained in the complaint.  Whereby Mr. Goode's stories... not so much.

At this point I don't think much of anything Mr. Goode says is his own experience or stories and not someone else's and the complaint would be amended to reflect such.

I believe he is likely connected with the CIA (as publicly cited by others) in some capacity and his exact involvement with the military and thier experimental or otherwise 'programs' would need to be explored as well and in particular the ones he's already mentioned being in, such as MK ultra, if I recall correctly, and if he's telling the truth about being in them.  Whether he is lying or telling the truth, both will lead into questions regarding his mental health.

I will also need to have forensic investigations performed into his work history to see if he's telling the truth about his IT career, as many claim he lies about this too.

It is already known there are others speaking up about there never being white vans that came to Mr. Goode's high school and that he never left, as he claims.  This bring up further questions regarding his mental health, pathology, and how long he's experienced what some might consider delusions relegated to psych-ward patients or people with dementia.

If I start digging in more to the depth and scope of his scam, it is likely it won't be a 'good' time for anyone....and expensive...

If it goes to all of this,  I will amend the complaint to focus predominantly on fraud and will seek legal assistance to litigate as such and will delve into everything... his past, past relationships, you and he's professional agreement, and etc.

Considering everything you've both already done on court records,  I will have a fairly easy time proving your characters are very poor and fraud is a pattern for you both. I've heard that people in positions like Mr. Goode (and he's said it himself in words), can have an 'addiction' to have the 'latest' story or ' insider information' which is extremely important to maintain 'popularity' and is necessary for 'content' for shows and whereby by the time I get to his use of my materials,  it'll be clear my dreams are extremely good content and that Mr. Goode is known for performing fraud and associated activities.

If people start following the lawsuit,  it is likely others who have seen their information shared 'synchronistically,' like mine by Mr. Goode, will start to come forward.

----

Quite frankly, I would much rather spend my money and time on marketing and promoting my art, books, and business.

-----

If Mr Goode is willing,  I will consent to a Motion for a court appointed ADR mediator in Grand Junction, where details could be negotiated (and may be different than cited above) that will work for everyone. After an ADR agreement is made I would consent to the motion to dismiss without prejudice or however is legally appropriate and determined after such a meeting and agreement.

What would Defendant like to do?

All Rights Reserved, Alyssa Montalbano, Pro Se Plaintiff

p.s. I spoke with an attorney today and received new information and will likely re-amend my decision and overnight a consent tomorrow to the removal.  I will sleep on it and let you know by the end of tomorrow what I have decided.

Sent from my Verizon, Samsung Galaxy smartphone