IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
CLIFF HIGH,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Third-Party Alyssa Montalbano's **Unopposed Motion for Extension of Time** [#223] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#223] is **GRANTED**. Third-Party Alyssa Montalbano shall respond to the Motion to Dismiss Alyssa Chrystie Montalbano's Counterclaims Complaint [#222] **no later than August 6, 2021**.

    Dated: July 16, 2021