# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually
And GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

GAIA, INC., Jirka Rysavy,
Brad Warkins, And Kiersten Medvedich

Cross-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock, THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde, Elizabeth Lorie,
Brian James Flynn, William Campbell,
Matthew Grove, Diana Terry, Christina Gomez

Third-Party Defendants.

# UNOPPOSED MOTION
# STIPULATION FOR EXTENSION OF TIME

COMES NOW, Alyssa Chrystie Montalbano, Third-Party Plaintiff, and respectfully shows and requests as follows:

**D.C.COLO.LCivR 7.1(a) Certification:** Montalbano and Ms. Valerie Yanaros on behalf of Third-Party Defendants, LIGHT WARRIOR LEGAL FUND LLC and herself (Ms. Yanaros), have conferred regarding this Motion for Extension of Time to Respond and agree to the stipulated relief requested herein.

1. On March 17, 2020 Goode and GES by and through its counsel, Ms. Yanaros, initiated this case, and Motions to Dismiss practices ensued.

2. On December 22, 2020 Montalbano filed an Answer and Counterclaims complaint against Goode and GES [#120, #121] adding cross-defendants and multiple Third-Party Defendants to include: LIGHT WARRIOR LEGAL FUND LLC and Valerie Yanaros (Valerie Yanaros Wilde). [#160, #164, #178]

3. Montalbano conferred with cross-defendants and/or their counsels regarding the counterclaims involving them and stipulated dismissals without prejudice of cross-defendants. [#126, #130, #144, #145]

4. Goode and GES filed Motions to Dismiss the Counterclaims [#131, #195]; Montalbano objected [#135, #205] and also motioned to amend the counterclaims [#155, #204, #208]. The Motions To Dismiss were denied as moot [#183, #216] due to admittance of amended counterclaims pleadings. [#184, #217].

5. Ms. Lorie, Third-Party Defendant, represented by counsel, Mr. Timothy Murphy, filed a Motion to Dismiss Second Amended Counterclaims Complaint ("SACC") on June 23, 2021 [#221] and Montalbano filed a Response, July 2, 2021. [#225]

6. Mr. Vilner on behalf of the five "Judicial Defendants" (Flynn, Gomez, Grove, Terry, and Campbell) filed a Motion to Dismiss Montalbano's SACC [#217], June 25, 2021 [#222]. Montalbano and the "Judicial Defendants" motion/stipulated for a 21 day extension of time [#223] that was Granted [#234], with current Response due date, August 6, 2021. Montalbano is currently working on Responding to this MTD and estimates she'll require the full stipulated time period to complete and file this complex Response.

7. Ms. Yanaros on behalf of Plaintiff's and Counter-defendants, Goode and GES, filed a Second Renewed Motion To Dismiss, July 2, 2021 [#227], and Montalbano filed a Response, July 13, 2021. [#231]

8. Ms. Yanaros, on behalf of herself and LIGHT WARRIOR LEGAL FUND LLC filed a Motion To Dismiss, July 15, 2021 [#233], and Montalbano's current Response due date is August 5, 2021.

9. Montalbano is proceeding Pro Se in the case and requires additional time to Respond to Multiple Motions to Dismiss being filed at once.

10. This is Montalbano's first request for an extension of time to respond to LIGHT WARRIOR LEGAL FUND LLC and Valerie Yanaros' Motion To Dismiss.

11. This Motion is not made for purposes of delay, in bad faith or as a dilatory tactic, but to ensure full hearing on all facts and legal issues of this action and to secure a just and speedy determination of the case.

12. Per Local Rule 6.1, the parties have stipulated to an extension of 21 days, making Montalbano's Response deadline on or before, August 26, 2021.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Counter-Claimant, Counter Plaintiff

**Certificate of Compliance**
I certify the foregoing Motion complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

**CERTIFICATE OF SERVICE**
I certify that on this 21st day of July 2021 a copy of the foregoing Motion/Stipulation was filed with the clerk of the court using the CM/ECF system and are lawfully served upon Defendants' and/or their counsel and upon appeared parties, through the Case Management/Electronic Case Filed (CM/ECF) court filing system (FRCP Rule 5) and upon Mr. High by email.
/s/ Alyssa Montalbano
Alyssa Montalbano, American Citizen