# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

*Plaintiffs*,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH,

*Defendants*.

ALYSSA CHRYSTIE MONTALBANO, individually,

*Counter-Claimant,*

v.

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

*Counter-Defendants,*

LIGHT WARRIOR LEGAL FUND, LLC;
DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
VALERIE YANAROS WILDE, ELIZABETH LORIE,
BRIAN JAMES FLYNN, WILLIAM CAMPBELL,
MATTHEW GROVE, DIANA TERRY, and
CHRISTINA GOMEZ,

*Third-Party Defendants*

## THIRD PARTY DEFENDANT ELIZABETH LORIE'S OPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONSE OF ALYSSA MONTALBANO

**D.C.COLO.LCivR 7.1(a) Certification:** Undersigned counsel certifies that he made

efforts in good faith to contact and confer with the respective parties or, if represented,

their counsel with regard to this Motion. Although some parties indicated they did not object, other parties did not respond to undersigned counsel's efforts to confer regarding this Motion in advance of the filing. As such, this Motion is presumed to be opposed.

**COMES NOW**, third-party Defendant **ELIZABETH LORIE** (hereinafter "Ms. Lorie"), by and through undersigned counsel of Robinson & Henry, P.C., and hereby moves this Court for an Order granting an extension of time of 7 days to file a Reply to the Response of Cross-Claimant Alyssa Montalbano regarding Ms. Lorie's Motion to Dismiss. In support of this Motion, Ms. Lorie states and alleges as follows:

1. On June 23, 2021, Ms. Lorie filed her Motion to Dismiss the Counterclaims of Alyssa Montalbano. (Docket #221).

2. On July 2, 2021, Ms. Montalbano filed her Response to Ms. Lorie's Motion to Dismiss. (Docket #225).

3. Per D.C.COLO.LCivR 7.1(d), Ms. Lorie had 14 days from the date of Ms. Montalbano's Response to file her Reply. Because 14 days have elapsed since Ms. Montalbano filed her Response, Ms. Lorie's Reply would be filed Out of Time.

4. D.C.COLO.LCivR 6.1 provides that Ms. Lorie may request an extension of time to submit a responsive pleading. Pursuant to D.C.COLO.LCivR 6.1(b), Ms. Lorie requests an extension of time of 7 days to submit her Reply due to the complexity of the legal issues alleged.

5. No party would be prejudiced by the Court granting Ms. Lorie a 7 day extension of time to submit her reply. Because of all of the foregoing, good cause exists to grant this Motion and the relief requested herein.

**WHEREFORE**, third-party Defendant ELIZABETH LORIE respectfully requests this Court grant this Motion, allowing her an additional 7 days from the date of the entry of the Order to submit her Reply to Alyssa Montalbano's Response to Ms. Lorie's Motion to Dismiss.

Respectfully submitted this 26th day of July 2021.

    **ROBINSON & HENRY, P.C.**

    /s/ *Timothy M. Murphy*
    Timothy M. Murphy
    7555 E. Hampden Avenue, Suite 600
    Denver, CO 80231
    (303) 688-0944
    tim@robinsonandhenry.com

    *Attorney for Third-Party Defendant,*
    *Elizabeth Lorie*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 26th day of July, 2021, a true and correct copy of the foregoing **THIRD PARTY DEFENDANT ELIZABETH LORIE'S OPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONSE OF ALYSSA MONTALBANO** was electronically filed with the Clerk of the Court, United States District Court for the District of Colorado, using the CM/ECF system and was served upon all parties who have entered their appearance.

Valerie Ann Yanaros, Esq.
Yanaros Law PC
5057 Keller Springs
Suite 300
Addison, TX 76001
*Attorneys for Plaintiffs*

Clif High *(via U.S. Mail)*
PO Box 141
Moclips, WA 98562
*Pro Se Defendant*

Michael Jacob Laszlo, Esq.
Laszlo & Associates, LLC-Boulder
2595 Canyon Boulevard, Suite 210
Boulder, CO 80302
*Attorneys for Defendant Benjamin Zavodnick*

Dmitry B. Vilner, Esq.
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
*Attorneys for Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, and Christina Gomez*

Daniel Andrew Dingerson, Esq.
Ina B. Scher, Esq.
Davis & Gilbert, LLP
1675 Broadway
New York, NY 10019
*Attorneys for Defendant Gaia, Inc., Jirka Rysavy, Brad Warkins, Kiersten Medvedich*

Aaron Bardin Belzer, Esq.
Ashlee Nicole Hoffmann, Esq.
Burnham Law Firm PC-Boulder
2760 29th Street, Suite 1E
Boulder, CO 80301
*Attorneys for Defendant Jay Weidner*

Alyssa Montalbano *(via U.S. Mail)*
2536 Rimrock Avenue
Suite 400-117
Grand Junction, CO 81505
*Pro Se Defendant/Cross-Claimant*

**ROBINSON & HENRY, P.C.**

By:  */s/ Timothy M. Murphy*
Timothy Murphy

4