# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC.

*Plaintiffs*,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH,

*Defendants*.

---

ALYSSA CHRYSTIE MONTALBANO, individually,

*Counter-Claimant,*

v.

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

*Counter-Defendants,*

LIGHT WARRIOR LEGAL FUND, LLC;
DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION
VALERIE YANAROS WILDE, ELIZABETH LORIE,
BRIAN JAMES FLYNN, WILLIAM CAMPBELL,
MATTHEW GROVE, DIANA TERRY, and
CHRISTINA GOMEZ,

*Third-Party Defendants*

### ORDER RE: THIRD PARTY DEFENDANT ELIZABETH LORIE'S <u>OPPOSED</u> MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONSE OF ALYSSA MONTALBANO

**THIS MATTER**, comes before the Court on Third Party Defendant Elizabeth Lorie's Opposed Motion for Extension of Time to File Reply to Response, and the Court, having reviewed the Motion and being fully advised in the premises, hereby **GRANTS and APPROVES** the Motion.

Third-Party Defendant, Elizabeth Lorie has up to 7 days from the date of entry of this Order to file her Reply to Alyssa Montalbano's Response to Elizabeth Lorie's Motion to Dismiss.

DONE this _____ day of _____ 2021.

_____
District Court Judge/Magistrate