IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
CLIFF HIGH,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Third-Party Alyssa Montalbano's **Unopposed Motion/Stipulation for Extension of Time** [#237] and on Third-Party Defendant Elizabeth Lorie's **Opposed Motion for Extension of Time to File Reply to Response of Alyssa Montalbano** [#239] (collectively, the "Motions"). Elizabeth Lorie notes that her request is not explicitly opposed, but simply that some parties did not respond to her conferral efforts.

    IT IS HEREBY **ORDERED** that the Motions [#237, #239] are **GRANTED**. Third-Party Alyssa Montalbano shall respond to Third-Party Defendants Light Warrior Legal Fund, LLC and Valerie Yanaros' Motion to Dismiss Under F.R.C.P. 12(b)(6) and 12(b)(1) [#233] **no later than August 26, 2021**. Third-Party Defendant Elizabeth Lorie shall file a Reply in support of her Motion to Dismiss [#221] **no later than August 4, 2021**.

    Dated: July 27, 2021

-1-