# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually
And GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

GAIA, INC., Jirka Rysavy,
Brad Warkins, And  Kiersten Medvedich

Cross-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock, THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde, Elizabeth Lorie,
Brian James Flynn, William Campbell,
Matthew Grove,  Diana Terry, Christina Gomez

Third-Party Defendants.

# NOTICE OF WITHDRAWAL OF
# THIRD PARTY PLAINTIFF ALYSSA MONTALBANO
# MOTION TO EXCEED WORD LIMIT
# IMPOSED BY DDD Civ.P.S.III(A)(1)

On August 2, 2021, Third-Party Plaintiff Alyssa Montalbano, filed her "Motion to Exceed Word Limit Imposed by DDD Civ.P.S. III(A)(1)," Docket 244. Montalbano now files this Notice to inform the Court she is withdrawing her previously filed Motion to Exceed Word Limit.

DATED: August 4, 2021

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Third-Party Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 4th day of August 2021 a copy of the foregoing Notice was filed with the clerk of the court using the CM/ECF system and are lawfully served upon Defendants' and/or their counsel and upon appeared parties, through the Case Management/Electronic Case Filed (CM/ECF) court filing system (FRCP Rule 5) and upon Mr. High by email.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen