## Request for Evaluation of Judicial Conduct - Judge Flynn

From:  Ari Stone (aristoneart@ymail.com)

To:     judicialconduct@jd.state.co.us

Date:  Sunday, January 13, 2019, 03:22 PM MST

Please find attached my request for Evaluation of Judicial Conduct for Judge Flynn.

Please let me know if you require anything further.

Thank You, s/ Alyssa Montalbano

 Judicial Review Evaluation_Flynn_1-13-2019.pdf
2MB

**CONFIDENTIAL**
**Colorado Commission on Judicial Discipline**
**Request for Evaluation of Judicial Conduct**

**JUDGE**

**REQUESTING PARTY**

Brian J. Flynn
Name

Alyssa Chrystie Montalbano
Name

Mesa County
County

2536 Rimrock Ave, Suite 400-117
Street Address or P.O. Box

District Court Chief Judge, Mesa County,
21st Judicial District
Judicial Position (County, District or Appellate
Judge)

Grand Junction, Colorado 81505
City and State Zip Code

970.250.8365
Primary Phone Other Phone

Please Read the Instructions and Important Information on Page 2 of this Form.
You may state your request on this form by completing pages 3 and 4, or you may provide a summary or
a letter to the Commission explaining what occurred.

alyssa Chrystie Montalbano 1/13/2019
Signature of Requesting Party          Date

1300 Broadway, Suite 210 • Denver, Colorado 80203 • Telephone (303) 457-5131 • Fax (303) 501-1143•
E-mail: judicialconduct@jd.state.co.us

Rev. 7-17

Page 3: Request for Evaluation of Judicial Conduct

Please provide the following information to the extent it is known to you. You do not need to complete any section for which you have no information. If you prefer, you may provide a letter or summary in which you identify the judge, provide the case number (if available), and express your concerns about the judge's conduct.

## STATEMENT OF FACTS

1. Name of Judge: <u>Brian J. Flynn</u>

2. When and where did the judge's conduct occur:
   Date(s): <u>June 25, 2018 thru current</u>
   Approximate Time: <u>Continuous</u>
   Location: <u>Mesa District Civil Court, Grand Junction, Colorado, Mesa County</u>

3. If your information arises out of a court case, please answer these questions:
   a. What is the name and number of the case?
   Case name:
   Case number:  <u>18CV50</u>

   b. What kind of case is it?

   <u>CIVIL</u>

   c. What is your involvement in the case?

   <u>Pro Se Plaintiff</u>

4. Specify below the details of the judge's actions that you believe may involve misconduct or a disability. (Please type or print legibly; attach additional pages if necessary.)

   <u>Plaintiff opened the case June 25, 2018 to protect Trade Secrets (Dream Visions) in the format of approximately 500 hand written experiences misappropriated by the Defendant via fraud during 2017. Since the filing of the lawsuit Judge Flynn has only ruled on one motion and has failed to perform his duties as a judge in moving the case forward.  There has been no scheduling hearings set, and no interactions from Judge Flynn on the case aside from two instances; once to deny a Motion filed December 11, 2018 to admit Plaintiff to file electronically, and once (after months of doing nothing) he closed the case in late November (after ruling on zero Motions filed by either party) due to 'removal' by Defendant and his counsel to Federal Court and cited lack of jurisdiction.  During the 'removal' there was much confusion for months (August 13, 2018 removal date thru late Novmeber 2018) on if the case was actually removed or not due to zero</u>

1300 Broadway, Suite 210 • Denver, Colorado 80203 • Telephone (303) 457-5131 • Fax (303) 501-1143• E-mail: judicialconduct@jd.state.co.us

4. Plaintiff got the **case remanded** back to state court by the Honorable Denver Federal Court Judge Moore, December 3, 2018.

5. Case 18CV50, was reopened in Mesa District Civil State court December 5, 2018.

6. Plaintiff Filed: Motion to Authorize Plaintiff to File Electronically Filed: December 11, 2018

7. Judge Flynn Denied the Motion to File Electronically on December 11, 2018 (The only motion or paper he has ruled on or interacted with since June 25, 2018. (over 5 ½ months)

8. **Plaintiff Filed:** Motion to Set A Scheduling Hearing Filed: December 11, 2018 (Defendant has not responded to this or conferred and no ruling has been made (over 1 month))

9. **Plaintiff Filed:** Motion to Impose Sanctions on Defendant (for multiple failures to serve, improper out of state counsel not entered Pro Hac Vice, and etc) Filed: December 11, 2018 (Defendant has not responded to this or conferred and no ruling has been made (Over 1 month))

10. **Plaintiff Filed:** Motion for Permanent Injunctive Relief Filed: December 27, 2018 (Defendant has not responded or conferred and per his avoidance and evasion tactics is unlikely to respond and no ruling has been made)

11. **Plaintiff Filed:** Motion to Seal Case to Protect Trade Secrets Filed: January 9, 2018 (Defendant has not responded or conferred and per his avoidance and evasion tactics is unlikely to respond and no ruling has been made)

While the latter two motions cited (No. 10, No. 11), the Defendant (who has been avoiding and evading the complaint for almost 9 months and refuses conferral) has 21 days to respond to motions on the record, the fact that no motions and papers filed (By both parties) other than the one cited have been ruled on, an almost 7 month delay of proceeding, is a violation of due process of law and having a speedy remedy pursuant to the Constitution of the United States of America and the Colorado State Constitution.

It is requested that the case be reassigned to another Judge who is not prejudiced against Pro Se Litigants, has time to read papers and documents submitted for this case, and who can and will make fair and impartial rulings on such papers, so Plaintiff can finally have her Trade Secret case heard and her Trade Secrets protected in a timely fashion with a Judge who is present, involved, and properly performing their duties; so that Plaintiff may finally receive the remedy and protections sought for almost 9 months since beginning due process of law.

Signature: *Alyssa Chrystie Montalbano* Date: January 13, 2019

1300 Broadway, Suite 210 • Denver, Colorado 80203 • Telephone (303) 457-5131 • Fax (303) 501-1143• E-mail: judicialconduct@jd.state.co.us

Rev. 7-17

## Judicial Review Request Judge Flynn Mesa Court

From: Ari Stone (aristoneart@ymail.com)

To: judicialconduct@jd.state.co.us

Date: Monday, September 30, 2019, 09:40 AM MDT

Please find attached my review request and let me know if you need anything further.

Thank You, Alyssa Montalbano

Mobile 970.250.8365

 2019-09-30_Judicial Review Flynn.pdf
3.7MB

**CONFIDENTIAL**
**Colorado Commission on Judicial Discipline**
**Request for Evaluation of Judicial Conduct**

---

**JUDGE**

**REQUESTING PARTY**

Brian J. Flynn
Name

Alyssa Chrystie Montalbano
Name

Mesa County
County

2536 Rimrock Ave, Suite 400-117
Street Address or P.O. Box

District Court Chief Judge, Mesa County,
21st Judicial District
Judicial Position (County, District or Appellate
Judge)

Grand Junction, Colorado 81505
City and State Zip Code

970.250.8365
Primary Phone Other Phone

Please Read the Instructions and Important Information on Page 2 of this Form.
You may state your request on this form by completing pages 3 and 4, or you may provide a summary or
a letter to the Commission explaining what occurred.

Signature of Requesting Party                    9/30/2019
                                                  Date

1300 Broadway, Suite 210 • Denver, Colorado 80203 • Telephone (303) 457-5131 • Fax (303) 501-1143•
E-mail: judicialconduct@jd.state.co.us

Rev. 7-17

Page 3: Request for Evaluation of Judicial Conduct

Please provide the following information to the extent it is known to you. You do not need to complete any section for which you have no information. If you prefer, you may provide a letter or summary in which you identify the judge, provide the case number (if available), and express your concerns about the judge's conduct.

## STATEMENT OF FACTS

1. Name of Judge: <u>Brian J. Flynn</u>

2. When and where did the judge's conduct occur:
   Date(s): <u>June 25, 2018 thru current</u>
   Approximate Time: <u>Continuous</u>
   Location: <u>Mesa District Civil Court, Grand Junction, Colorado, Mesa County</u>

3. If your information arises out of a court case, please answer these questions:
   a. What is the name and number of the case?
   Case name:
   Case number: <u>18CV50</u>

   b. What kind of case is it?

      <u>CIVIL</u>

   c. What is your involvement in the case?

      <u>Pro Se Plaintiff</u>

4. Specify below the details of the judge's actions that you believe may involve misconduct or a disability. (Please type or print legibly; attach additional pages if necessary.)

   It is with great regret I write this second request for reassignment of my case to another judge. First request submitted January 13, 2019 for ongoing delays in hearing the matter at issue and now for continued ongoing delays causing me further damages.

   I originally opened my case June 25, 2018 against the Defendant for legal remedy and protection of my Trade Secrets and to order the Defendant, a public figure, to stop and desist with his defamation and harassment activities of me, a private individual. The case went through a series of difficulties during 2018 into early 2019 including improper removal to Denver Federal court August 2018 thru early December 2018 by the Defendant; giving reasonable cause for lack of case interaction by Judge Flynn to that point. Early December 2018 I won my Federal court filed

1300 Broadway, Suite 210 • Denver, Colorado 80203 • Telephone (303) 457-5131 • Fax (303) 501-1143•
E-mail: judicialconduct@jd.state.co.us

Rev. 7-17

motion for remand back to Grand Junction, Mesa District Civil Court. Since remand over 9 months ago Judge Flynn has barely interacted with the case. His most recent set of orders were made May 14, 2019 (139 days ago as of the date of this request (9.30.2019)) and prior that December 11, 2018 (154 days prior May 14, 2019 orders) to deny my motion to file electronically.

This case is very complex and is a highly unusual situation likely involving the CIA, advanced technologies and mind control programs. Thereby this case requires a judge with time and energy to carefully review legal filings and evidence in order to assist in moving this matter through to resolution. On August 2, 2019 I filed a Motion to Amend the Complaint with 11 statutory counts against the Defendant along with a request for a Preliminary Injunction. No orders have been issued on multiple filings by either party since May 14, 2019 and this deficiency is working to the continued benefit of the Defendant and my continued detriment.

During 2019, in alternate efforts to stop the abuse and harassment I've been enduring while waiting for the local courts to make rulings, I have spoken with the Grand Junction Police department, Broomfield Police department (where the Defendant resides), and tried for a Protection Order against the Defendant July 3, 2019 via a separate case request of the Mesa Combined courts. None of them were able to help me or issue me any form of legal protection as I am not (currently) worried about a direct physical assault from the Defendant. I am without adequate remedy and protection without the courts active involvement in this very public civil matter that continues to adversely impact the public (hundreds of thousands) as well as my personal and professional life.

Since opening the case, June 25, 2018, the Defendant has successfully avoided and evaded addressing any of the issues at claim (over 15 months) and clearly will not do so without a court order. As I wait, I continue to deal with harassment and seeing the Defendant publicly disseminate my Trade Secrets to hundreds of thousands and even millions of people that he and his associates profiteer off of, often as fake news and donation scams. I have also endured a malicious prosecution case opened by the defendant with evidence he fabricated and that was summarily dismissed in my favor and for which I am seeking legal relief and protections in my

1300 Broadway, Suite 210 • Denver, Colorado 80203 • Telephone (303) 457-5131 • Fax (303) 501-1143•
E-mail: judicialconduct@jd.state.co.us

Rev. 7-17

recently filed Preliminary Injunction and Amended Complaint request to obtain a court order on my behalf to keep the peace until all matters at issue may be determined and/or heard at trial.

I have phoned the honorable Judge Flynn's division clerks many times asking if any orders have been made since May 14, 2019, to which the reply is 'no' and they don't know when he'll have time. I filed another motion to rule on motions, September 9, 2019, due to the Defendant continuing to publicly harass, defame, and embarrass me. I was told weeks ago Judge Flynn was on the bench for trials and exceedingly busy and that my filings were in his inbox for review. I phoned the court clerks again today (9.30.2019) and was told again no orders have been issued.

After my first request for a new judge; I sat in on a jury trial that Judge Flynn was presiding over and attended various motion hearings to learn how to better prepare and present my case. Upon observation, Judge Flynn is the most respectful, patient, and kind judge I have ever been in a courtroom with. I would be honored to be able to work through this matter with him presiding, as I have seen he is fair and impartial in court and via the orders he has had time to issue. The difficulty comes in that he is so busy with criminal cases and other legal matters, he seldom to never has time for my complex civil case and as a result I am suffering further financial, professional, and emotional damages, along with hundreds of thousands of other people in the general public still falling victim to the Defendant's massive and ever growing public frauds and schemes. Without court ordered investigations it is unknown if the Defendant is a CIA asset with access to advanced technologies, or if he is simply an elaborate con man. These matters can only be resolved with active legal investigations and an attentive judge issuing court orders moving the case forward and into discovery phases and thereafter as needed through to trial.

Wherefore, it is respectfully requested that the case be reassigned to another Judge who has time to read papers and documents and can dedicate critical thinking skills to a highly unusual case to assist in the resolution of this matter; or that Judge Flynn's case load be intentionally reduced so that he may dedicate his time and attention to hearing this matter, so I may finally receive the legal remedy and protections sought via the courts since June 25, 2018.

Respectfully Submitted,

Signature: Alyssa Montalbano       Date: 9/30/2019

1300 Broadway, Suite 210 • Denver, Colorado 80203 • Telephone (303) 457-5131 • Fax (303) 501-1143•
E-mail: judicialconduct@jd.state.co.us

Rev. 7-17

7/31/2021

Case 1:20-cv-00742-DDD-KLM Document 247-4 Filed 08/05/21 USDC Colorado Page 10 of
30
(12,597 unread) aristoneart@ymail.com - Yahoo Mail

RJE Brian James Flynn 1 of 2

From: Ari Stone (aristoneart@ymail.com)

To: judicialconduct@jd.state.co.us

Date: Monday, August 31, 2020, 03:34 PM MDT

Greetings,

Please find attached Part 1 of 2 my Request For Judicial Review of Mesa County, Chief Judge, Brian James Flynn, regarding Mesa District Civil case 18CV50.

Attached

1) 01_18CV50_Flynn_RFE_Complaint_ACM (2.1mb)
2) 02_18CV50_Flynn_Exhibits A - E (16.5mb)

And in the next email:

3) 03_18CV50_Flynn_Exhibits F - H (15.5mb)

Respectfully, Alyssa Montalbano

 01_18CV50_Flynn_RFE_Complaint_ACM.pdf
2.1MB

 02_18CV50_Flynn_Exhibits A - E.zip
16MB

7/31/2021

Case 1:20-cv-00742-DDD-KLM  Document 247-4  Filed 08/05/21  USDC Colorado  Page 11 of
(12,597 unread) 30ristoneart@ymail.com - Yahoo Mail

RJE Brian James Flynn 2 of 2

From: Ari Stone (aristoneart@ymail.com)

To: judicialconduct@jd.state.co.us

Date: Monday, August 31, 2020, 03:37 PM MDT

Greetings,

Please find attached Part 2 of 2 my Request For Judicial Review of Mesa County, Chief Judge, Brian James Flynn, regarding Mesa District Civil case 18CV50.

Attached

3) 03_18CV50_Flynn_Exhibits F - H (15.5mb)

And in prior email:

1)    01_18CV50_Flynn_RFE_Complaint_ACM  (2.1mb)
2)    02_18CV50_Flynn_Exhibits A - E (16.5mb)

Respectfully, Alyssa Montalbano

📄 03_18CV50_Flynn_Exhibits F - H.zip
   15.1MB

7/31/2021 (12,597 unread) - aristoneart@ymail.com - Yahoo Mail

Re: RJE Brian James Flynn 1 of 2

From: Ari Stone (aristoneart@ymail.com)

To: complaints@jd.state.co.us

Date: Thursday, September 3, 2020, 09:00 PM MDT

Thank You Lauren,

I do understand the Judicial Commission may not alter Flynn's ruling. I am working on correcting that aspect via the appropriate means.

If I can get a non-biased Judge on the case, who will honor my Constitutional Rights and will look at the complex facts involved in my case and won't delay everything for years on end, I think things can be remedied so I can finally move on with my life after waiting over 2 years.

Thank You again, Alyssa Montalbano

On Tuesday, September 1, 2020, 11:01:07 AM MDT, complaints jd <complaints@jd.state.co.us> wrote:

Good morning,

Thank you for your email and attachments. We are sending this email to acknowledge receipt of your documents. We also want to inform you that the Executive Director is out of town this week. Therefore, you should receive a letter from the Commission in approximately 2-3 weeks to let you know what the next steps are (if any).

In the meantime, we wanted to inform you that the Commission does not have the authority or jurisdiction to change a judge's ruling. If you are unhappy with the judge's decision, we suggest you consider an appeal to the Colorado Court of Appeals.

Sincerely,

Lauren

Administrative Assistant

From: Ari Stone <aristoneart@ymail.com>
Sent: Monday, August 31, 2020 3:34:48 PM
To: complaints jd
Subject: RJE Brian James Flynn 1 of 2

Greetings,

Please find attached Part 1 of 2 my Request For Judicial Review of Mesa County, Chief Judge, Brian James Flynn, regarding Mesa District Civil case 18CV50.

Attached

1) 01_18CV50_Flynn_RFE_Complaint_ACM (2.1mb)
2) 02_18CV50_Flynn_Exhibits A - E (16.5mb)

And in the next email:

3) 03_18CV50_Flynn_Exhibits F - H (15.5mb)

Respectfully, Alyssa Montalbano

**CONFIDENTIAL**
**Colorado Commission on Judicial Discipline**
**Request for Evaluation of Judicial Conduct**

**JUDGE**

Brian James Flynn
Name

Mesa County
County

Chief Judge
Judicial Position (County, District or Appellate Judge)

**REQUESTING PARTY**

Alyssa Chrystie Montalbano
Name

2536 Rimrock Ave, STE 400-117
Street Address or P.O. Box

Grand Junction CO 81505
City and State                    Zip Code

970.250.8365
Primary Phone          Other Phone

Please Read the Instructions and Important Information on Page 2 of this Form.
You may state your request on this form by completing pages 3 and 4, or you may provide a summary or a letter to the Commission explaining what occurred.

alyssa Chrystie Montalbano   8/31/2020
Signature of Requesting Party          Date

1300 Broadway, Suite 210 • Denver, Colorado 80203 • Telephone (303) 457-5131 • Fax (303) 501-1143 •
E-mail: judicialconduct@jd.state.co.us
Rev. 7-17

Page 3: Request for Evaluation of Judicial Conduct

Please provide the following information to the extent it is known to you. You do not need to complete any section for which you have no information. If you prefer, you may provide a letter or summary in which you identify the judge, provide the case number (if available), and express your concerns about the judge's conduct.

STATEMENT OF FACTS

1. Name of Judge: Brian James Flynn

2. When and where did the judge's conduct occur:
   Date(s): June 25, 2018 to Current
   Approximate Time: _____
   Location: Mesa District Civil Court, Grand Junction, Colorado

3. If your information arises out of a court case, please answer these questions:
   a. What is the name and number of the case?
      Case name: Montalbano v Goode
      Case number: 18CV50

   b. What kind of case is it?
      ☐ Criminal
      ☐ Family Law
      ☒ Civil
      ☐ Traffic
      ☐ Small Claims
      ☐ Probate
      ☐ Juvenile
      ☐ Other (Specify) _____

   c. What is your involvement in the case?
      ☒ Plaintiff/petitioner
      ☐ Defendant/respondent
      ☐ Attorney for _____
      ☐ Witness for _____
      ☐ Relative of a party or witness _____
      ☐ Other (Specify) _____

4. Specify below the details of the judge's actions that you believe may involve misconduct or a disability. (Please type or print legibly; attach additional pages if necessary.)

Repeatedly denied me Constitutional Rights

Failed to perform Judicial Duties

Showed extreme prejudice & refused to Recuse himself

~ See Attached Affidavit & Records ~

1300 Broadway, Suite 210 • Denver, Colorado 80203 • Telephone (303) 457-5131 • Fax (303) 501-1143 • E-mail: judicialconduct@jd.state.co.us

Rev. 7-17

Page 4: Request for Evaluation of Judicial Conduct

(4. continued)
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

5. List documents in support of your belief that the judge has engaged in misconduct or has a disability, noting which of such documents you have attached to this Request:

    See Attached Exhibits A-H
_____
_____
_____

Signature: *Alyssa Chrystie Montalbano* Date: 8/31/2020

August 31, 2020

COLORADO COMMISSION ON JUDICIAL DISCIPLINE

WILLFUL MISCONDUCT and PERSISTENT FAILURE TO PERFORM

JUDICIAL DUTIES COMPLAINT

## **ATTACHED EXHIBITS**

A - Case 18CV50 Register of Actions

B - Complaint List of Exhibits

C - May 14, 2019 Judge Flynn Orders – Denying Constitutional Rights

D – October 29, 2019 Judge Flynn Order Denying 'Motion to Rule on Motions"

E - January 29, 2020 Orders – Denying Constitutional Rights

F - August 5, 2020 Judgment and Orders – Denying Constitutional Rights

G – Motion to Vacate Void Judgment filed August 19, 2020 Mesa Court Record (pending)

H – Notice of Disqualification of Judge filed August 21, 2020 Mesa Court Record

Greetings,

I am writing this letter to respectfully demand that, **Brian James Flynn, Chief Judge Mesa County, Grand Junction, Colorado, be immediately removed from case 18CV50** in the Mesa District Civil Court for violation of his Oath of Office (warring against the Constitutions) and severe prejudice against me, my case, and all evidence filed since case implementation, June 25, 2018; and pursuant the Constitution of the United States of America self-executing Sections 3 and 4 of the 14th Amendment, and Colorado Constitution, Article II, Section 9, and Article XII, Sections 4, 9, and 10, and per the Colorado Code of Judicial Conduct, Rules 5 (discipline) and 2.11 (disqualification/recusal), Flynn is to be immediately removed.

Mr. Flynn has performed willful misconduct in office, as 'Judge' and has severely prejudiced the administration of justice in my case; he has willfully and persistently failed to perform his judicial duties, has incompetently performed his judicial duties, and has a severe prejudice/bias against me and the case subject matter.

1

"(A) A judge shall disqualify himself or herself in any proceeding in which the judge's impartiality\* might reasonably be questioned…"

"Upon reasonable inference of a "bent of mind" that will prevent judge from dealing fairly with party seeking recusal, it is incumbent on trial judge to recuse himself." *Wright v. District Court*, 731 P.2d 661(Colo. 1987).

The U.S. Supreme Court has stated that, "No state legislator or executive or judicial officer can war against the Constitution without violating his solemn oath to support it." *Cooper v. Aaron*, 358 U.S. 1, 78 S.Ct. 1401 (1958)9.

"A judgment rendered in violation of due process is void." Pennover v. Neff, 95 U.S. 714.

Mr. Flynn has repeatedly failed to perform his judicial duties in case 18CV50, has failed to be fair and impartial, and has violated the following Constitutionally guaranteed Rights he swore to protect: Constitution of the United States of America, Articles IV, V, VII, VIII and the Bill of Rights; Colorado Constitution, Bill of Rights, Sections 3, 6, 7, 10, 14, 15, 23, 24, 25, and 28; a Notice of Disqualification has been filed on the Mesa District Civil Court Record. (Exhibit H)

My case is against a public figure, James Corey Goode, who is involved in CIA MKULTRA and MiLab (MiLitary Abduction) mind control programs that involve remote neural monitoring. Initially I believed Mr. Goode's public claims (fraud) that he was a legitimate whistleblower of these programs, only to realize he is perpetrating them against me. I sent by mistake and error vast amounts of my Trade Secret research and records to him during 2017, due to belief in his public fraud and have been trying to protect my reputation and Trade Secret Intellectual Property code materials since April 18, 2018, when I first mailed the presumptive Pre-Litigation Affidavit Complaint notices seeking remedy outside of litigation for Goode's unlawful use and acquisition of my materials. Goode failed to respond.

June 25, 2018 I opened case 18CV50, seeking remedy and relief via the Courts. For over 26 months now Mr. Flynn has completely failed to do anything to stop the Defendant and his Counsels' civil-criminal acts against me and these clear failures have supported sedition and a

2

state of anarchy. Flynn has also repeatedly and overtly denied me my Constitutional Rights and has allowed the continued public and private abuse and harassment of me by the Defendant, his associates, and his Counsel(s) to continue both on and off multiple Court records to include the Broomfield Combined Courts (18C103 and 20C32) and the Denver Federal Courts (1:18-CV-02060-RM-GPG and 1:20-cv-00742-DDD-KLM (pending)).

These types of Civil Rights violations of American Citizens through Flynn's persistent failure to perform his judicial duties are not only a problematic pattern in my case for well over 2 years, but with others in Mesa County as well. So much so, a lawsuit was recently opened against Brian Flynn and et al, August 4, 2020, for Civil Rights Violations, for his clear failure to perform his judicial duties and these same failures also caused severe damage to another Mesa County resident. (See USDC Case 1:20-cv-02296-SKC)

## FLYNN CONSTITUTIONAL VIOLATIONS

The following pages bullet point the key problems that show Mr. Flynn's serious prejudice against me and his repeat, persistent, and willful failure to perform judicial duties for over 2 years and Flynn directly warring against the State and National Constitutions and thereby vacating his Office. The Colorado Judicial Commission is to immediately order Flynn's removal (recusal/disqualification) from case 18CV50 and ultimately from his Office as 'Chief Judge' for the following Constitutional Violations:

1. **Flynn directly denied Constitutional Rights on three overt occasions:**

    (i) In May 14, 2019 'orders' (Exhibit C) Flynn - denied – "Motion to Claim and Exercize Constitutional Rights and Require the Presiding Judge to Rule upon the Motion and All Public Officers of the Court to Uphold Said Rights" (July 18, 2018)

    (ii) In August 5, 2020 'judgment orders' (Exhibit F) Flynn – denied – "Second Motion to Claim and Exercize Constitutional Rights and Require the Presiding Judge to Rule upon the Motion and All Public Officers of the Court to Uphold Said Rights" (February 12, 2020)

    (iii)  In August 5, 2020 'judgment orders' (Exhibit F) Flynn – denied – "Motion Demand Court Read all Pleadings Plaintiff Files with this Court and Adhere to Constitutionally Compliant Case Law, and More Particularly the Bill of Rights in its Rulings" (February 12, 2020)

    (iv)  In August 5, 2020 'judgment orders' Flynn maintained his opposition against the Constitutions and showed additional willful failure to follow the Judicial canons (RJD 2.11) that required him to recuse himself if he is prejudice with a clear 'bent of mind.' See - denied – "Motion to Recuse persuant CRCP 97" (February 12, 2020)

Mr. Flynn has willfully and persistently failed in performing his judicial duties and has acted in direct opposition to this Oath of Office and thereby has warred against the State and National Constitutions and has enacted the self-executing sections 3 and 4 of the 14th Amendment in the National Constitution and Flynn is no longer a Judge entitled to pensions or immunities and must be immediately removed from Office and from my case.

2. **Flynn repeatedly denied me Due Process of Law Rights and notably my Right to Trial by Jury; which is especially preserved in matters involving libel.**
   (Colorado Constitution, Bill of Rights, Section 10)

    (i)  "Motion to Set a Hearing Date" (August 30, 2018) – denied – May 14, 2019 (Exhibit C, p8)

    (ii)  "Motion to Set Scheduling Hearing" (December 11, 2018) – denied – May 14, 2019 (Exhibit C, p8-p9)

    (iii)  (Amended) "Complaint and Jury Demand" (February 27, 2019) – denied - May 14, 2019 (Exhibit C, p6)

    (iv)  "Motion for Leave of the Court to Amend the Complaint" (included Jury Demand and Injunctive Relief request) (August 2, 2019) – denied - January 29, 2020 (Exhibit E)

(v) "Motion to Set Hearing for Motion to Amend Complaint" (November 1, 2019)
– denied - January 29, 2020 (Exhibit E)

(vi) "Second Motion to Set Hearing For Motion to Amend Complaint and Preliminary
Injunction" (January 3, 2020) – denied - January 29, 2020       (Exhibit E)

(vii) "Statement of Jury Demand" for the November 13, 2018 Amended Complaint and
statement filed June 10, 2019 - denied - January 29, 2020 through 'dismissal' of case
completely devoid of Due Process of Law. (Exhibit E)

(viii) "Motion for Citizens Demand of Trial By Jury" filed February 12, 2020
– denied – August 5, 2020 (Exhibit F)

The Court Register of Actions (Exhibit A) also currently has clerical errors, where it
states I am claiming "0" due, when it is in fact $70,000. It also incorrectly states I did not
pay for Trial by Jury when I did on February 27, 2019 with my (amended) "Complaint
and Jury Demand" that was denied May 14, 2019 (Exhibit C). I recently noticed these
errors, and have motioned for them to be corrected in "Motion to Vacate Void Judgment
Persuant Colo.R.Civ.P 60(a) and (b)(2), (3); Colo.R.Civ.P. 59" filed August 19, 2020.
**(pending)** (See Exhibit G, p1)

## **MAY 14, 2019 ORDERS – CONSTITUTIONAL VIOLATIONS**

3. **Flynn showed prejudice** in his **May 14, 2019 Orders** (11 months after the Complaint
filing) through the following acts:

(i) Flynn denied all my Motions seeking relief, with the exception of granting the
November 13, 2018 Amended Complaint as a 'matter of right;' when I wanted the
February 27, 2019 Amended Complaint version with Jury Demand to be the operative
pleading, as I withdrew the November 13, 2018 Amended Complaint and it better
integrated the evidence to that point and sought remedy and Injunctive Relief for the
malicious Broomfield prosecution cases the opposing party opened against me with

5

their fabricated evidence and case dismissed in my favor. (Exhibit C - See page 4 and 5 of May 14, 2019 'orders')

(ii) Flynn has never required the opposing party, Mr. Goode, to follow Due Process of Law and has never required Mr. Goode to enter his out of state Texas based Counsel, Ms. Wilde, Pro Hac Vice into case 18CV50 and has never ordered the Pro Se Defendant to confer on Motions, and Mr. Goode never has. (See "Motion to Impose Sanctions" (December 11, 2018) - denied - May 14, 2019) what Mr. Flynn states about the Motion to Impose Sanctions is not true. I provided Flynn and the Mesa Courts with Exhibit records of Opposing Party misconduct and showed they falsified Court Record filings to include: filing a fake complaint, Goode perjuring himself, and willful failure to serve summons for a baseless stalking case and hearing against me in Broomfield Combined Courts (18C103, July 17, 2018 – August 6, 2018). This misconduct and Opposing Party filing of falsified records or making false statements about me on Court Records was not tolerated by other honorable presiding Officer to include, one in the Broomfield Combined Courts, Magistrate Russell (who ordered Goode in open court July 24, 2018, to enter a lawful attorney onto the Record as Ms. Wilde in Texas did not count) and the other Judge in the Denver Federal Courts, Judge Moore, did not tolerate their misconduct, conferral failures, or their filing of falsified or intentionally misleading documents. (Exhibit B – note exhibits filed December 11, 2018 and see Mr. Goode's own protection order (Darling v Goode, Cause No 14-04807) showing Goode lied under oath on the Broomfield Court record by stating he didn't have one)

## JANUARY 29, 2020 ORDERS – CONSTITUTIONAL VIOLATIONS

4. In **January 29, 2020** (Exhibit E) orders, Flynn's second of the two relevant-to-the-complaint 'order' sets (issued 19 months after the original complaint filing, and 14 months after the granted (by way of right) November 13, 2018 Amended Complaint) **Mr. Flynn showed prejudice** through the following:

6

(i) Flynn directly denied that YouTube, Reddit, Twitter, and Facebook are all published and broadcast mediums and erroneously stated no published or broadcast defamation was shown, when it is contained on the Court Record in multiple denied amended complaints and attached to multiple motions for hearings, and seen in the following exhibits filed prior the orders showing the Defendant defaming me as a 'stalker'(a crime in Colorado) (defamation per se) to hundreds of thousands of people in both print and broadcast mediums on the internet. (See attached Exhibit B - of the Complaint Exhibit List filed July 20, 2020 on the Mesa Court Record - and see description of Exhibits filed prior Orders on March 25, 2019: AM, AO, AP; and Exhibits filed August 2, 2019 of AR, AS, AT, AU, AV, AW, AX, AY; and filed September 9, 2019 Exhibit AZ; and filed after Orders see July 20, 2020 Exhibits with –denied - Amended and Supplemental Complaint of CL, CN, CO, and CR) Flynn has completely ignored for over 2 years that the defendant has continued to escalate his public defamation and hate smear campaigns against me, and it is clear the defendant will not stop without the Court ordering him to do so (just as the Texas Courts had to October 31, 2014 for the same type of problematic behaviors). I have repeatedly asked Goode to stop defaming me in my Trade and Profession to mutual peers and consumers, since April 18, 2018 and he has repeatedly failed to do so and instead escalates his public defamation, abuse of process, and harassment against me with his associates. Flynn has literally done nothing to stop the abuses and has in fact issued orders that support continued abuse and thereby Flynn has made himself an unlawful party to the case and an enabler of civil-criminal acts, in direct opposition to his Oath of Office to the Constitutions.

(ii) The defamation per se of being called a 'stalker' by Mr. Goode, is clearly malicious as Mr. Goode performed these public defamations and ongoing harassment of me *after* he repeatedly lost his stalking cases against me in the Broomfield Combined Courts (July 17, 2018 – August 6, 2018, case 18C103; and March 11, 2020 – June 22, 2020, case 20C32), even with his fabricated evidence and perjury that he didn't have a lifelong Stalking Protection Order of his own, contained on the Texas Court Record (Darling v Goode, Dallas County, Texas, District Court, PO Cause No 14-04807

7

dated October 31, 2014 and record information filed December 11, 2018 on Mesa State Court Record). Flynn has completely ignored these facts and public records as well, showing clear prejudice against me and a bias for the public figure defendant.

(iii) Flynn also stated with clear bias that the case 'lacked substantial justification,' yet he denied every request I made after the November 13, 2018 to Amended the Complaint (over 20 months) to conform the pleading with the vast amounts of evidence on the Record, to work with statutory laws and state the causes of action in proper plead terms; and for which there is ample justification for my case and all my claims. Mr. Flynn simply repeatedly and persistently refuses to perform his judicial duties and as a result has caused me severe ongoing personal, professional, financial hardships and other damages for well over 2 years now.

(iv) Flynn showed further prejudice when he wrote that "Dream Visions" (my field of research, published literary work collections, and Trade Secret subject matter) are not 'tangible or intangible' when they are in fact Intellectual Property and Copyrighted materials, some with Federal Copyrights, and the others with common law copyrights. (Exhibit B – See that Copyright Records were filed as Exhibit X on the Mesa Court Record January 30, 2019)

(v) Flynn further showed prejudice against the subject matter of the case (CIA MKULTRA and MiLab illicit mind control program) when he denied that the approximate 400 emails with literary works and trade secret materials attached (approximately 500 handwritten Dream Visions (IP codes) and Trade Secret analyses) are tangible records that were in fact emailed to the defendant during 2017. Flynn ignored (when it suited his purpose) that these records were the basis of Mr. Goode's fraudulent 'stalking' claims against me in the Broomfield Combined Courts and that Mr. Goode has admitted to receiving these records in his Broomfield Verified Complaint (July 17, 2018). (See - denied – "Plaintiff's Proposed Order for Preliminary Injunction" filed July 20, 2020 and original proposed order "Proposed Order Cease and Desist Unauthorized Use of Intellectual Property, Dream Visions, Copyrighted Materials and Defamation of Character" filed June 25, 2018; and various

8

other proposed orders filed and ignored or denied where I repeatedly asked for declaratory protection of my misappropriated Intellectual Property materials)

(vi) Flynn, continues to ignore that the defendant and his counsel(s) have filed or attempted to file what currently amounts to five (5) vexatious and baseless case filings against me in their efforts to silence me; and Flynn continues to refuse my amended complaints that integrate the evidence of these malicious prosecutions, harassment, and abuse of process in full support of my claims.

(vii)   Flynn also ignored that I have multiple witnesses willing to testify against the defendant and his public frauds, and an expert CIA MKULTRA program witness experiencer willing to testify. (See SECOND MOTION TO SET HEARING FOR MOTION TO AMEND COMPLAINT AND PRELIMINARY INJUNCTION filed January 3, 2020 at pg 4, Para 2 & 3, citing Mr. Cambian and Ms. Ferrante as willing to testify and - denied - January 29, 2020)

(viii)   Flynn has ignored that the opposing party's Florida based Counsel, Liz Lorie, harassed one of my witnesses (Ms. Ferrante) by email (to silence her, December 2019) and the attorney provided a fake law firm address for legal correspondence. I knew it was fake when I sent Ms. Lorie a notarized presentment USPS Certified Mail telling her to stop harassing my witness, and it was returned by USPS unopened as 'refused' and 'not at this address.' Ms. Lorie then proceeded to provide Mesa District Civil Court with a completely different address for her alleged legal fees, seeking to be paid for her witness tampering services. I filed this evidence on the Mesa Court Record March 19, 2020 as part of my Objection to the Attorney Fees and to the unlawful January 29, 2020 orders, and Flynn completely ignored these facts and then proceeded to issue his extremely biased and unlawful August 5, 2020 (void) 'judgment.' (EXHIBIT A – see description Exhibit CB filed March 19, 2020 – USPS Certified Mail and returned affidavits)

(ix) Flynn has ignored vast amounts of facts, law, and evidence since June 25, 2018 (26 months), in full support of my claims against the defendant. (Exhibit A - Register

9

of Actions and Exhibits filed are A-Z, AA-AZ, BA-BZ, CA – CV and some misc.
non lettered exhibits; and see Exhibit B – Complaint Exhibit List) Flynn has
repeatedly ignored evidence that no honorable (non-prejudiced) Judge or Magistrate
faithfully performing their duties could or would deny as the evidence is all public
record contained with multiple Courts, Mesa County Clerk and Recorder Office,
United States Postal Service, Copyright Office, declassified CIA records, US patents,
and publicly printed or broadcast records such as: YouTube, Twitter and Facebook
(internet); and Cosmic Disclosure episodes (worldwide 'television' broadcasts).

(x) Flynn then proceeded to blame me for the 19 months of case delay with his
completely irrelevant-to-the-situation case law and then 'ordered' me to pay the
defendant and his crooked counsels' excessive and alleged legal fees due (completely
devoid of due process of law) for the 'prolonged litigation' when all the delays have
clearly been a direct result of Mr. Flynn's severe lack of Judicial Performance for the
prior 19 months (Exhibit E, ¶4 of January 29, 2020 orders). I filed a Motion to Void
the January 29, 2020 Orders on February 12, 2020 (which was denied August 5,
2020) and Flynn did this in the face of the extensive Objection to the attorney fees
(March 19, 2020) where I cited in detail the ongoing abuse of process performed by
the opposing party, cited public records, and showed how the defendant and his
Counsel(s) have fabricated documents for multiple Court Records, lied on multiple
Court Records, opened multiple malicious and baseless cases against me, and have
provided fake law firm addresses for legal correspondence during harassment of one
of my witnesses. Flynn ignored all of these facts and he both incompetently
performed his Judicial duties and failed to perform his duties.

## AUGUST 5, 2020 ORDERS – CONSTITUTIONAL VIOLATIONS

5.  Flynn further violated his Oath of Office and Due Process of law in his August 5, 2020
(void) 'Judgment' Orders (Exhibit F) when:

10

(i)    Flynn overtly denied facts and evidence by denying public record facts in support
        of my case and claims, when he prejudicially denied my "Motion for Judicial
        Notice" filed July 20, 2020.

(ii)   Flynn again denied me my Constitutional Right to Due Process of Law, Trial by
        Jury, and Remedy and Relief, when he again denied me my Right to Amendment
        the Complaint (as filed July 20, 2020) to conform the pleading to the extensive
        evidence filed on the Court Record since June 25, 2018 (25 months), meet
        pleading standards, and add in all the additional causes of actions occurred after
        November 13, 2018 (14 months) (which are extensive). Flynn simply denied the
        entire 'Amended and Supplemental Complaint' with no lawful reason for doing
        so, and he likely didn't even read it per his August 5, 2020 orders where he made
        it clear he wasn't going to read papers filed by me or issue Constitutionally
        complaint orders. (See - Denied – "Motion Demand Court Read All Pleadings
        Plaintiff Files with this Court and Adhere to Constitutionally Compliant Case
        Law, and More Particularly the Bill of Rights" (February 12, 2020))

(iii)  The Amended and Supplemental Complaint (again) included the malicious
        prosecution cases, abuse of process, provided a cognizable theory upon which
        relief may be granted that involves CIA MKULTRA, MiLab, and remote
        Artificial Intelligence neural monitoring, along with stating the 11 causes of
        actions in statutory counts and again seeking my relief from the ongoing public
        harassment and defamation for well over 2 years. I've been repeatedly asking
        Flynn to perform his Judicial duties and he has willfully and persistently failed to
        do so. In the orders, Flynn provided no lawful reasons for his denial of all 11
        claims, or even a plausible reason for a single claim being denied, he just simply
        denied the entire Amended and Supplemental Complaint, all evidence, and all
        claims based on his completely irrelevant and clearly prejudiced views against me
        and the CIA MKULTRA mind control subject matter. This is a clear failure by
        Flynn to faithfully and impartially perform his Judicial duties in case 18CV50.
        (Exhibit F – "Plaintiff's Motion to Void Order of Dismissal Pursuant
        Colo.R.Civ.P. 60(b)(1),(2), (5) For Mistake, Misconduct, and New Evidence and

11

Plaintiff's Motion for Leave to File Amended Complaint Pursuant C.R.C.P. 15" filed July 20, 2020 with attached Amended and Supplemental Complaint and 11 causes of actions – denied August 5, 2020

(iv)     25 months after case filing, in the Void 'judgment' orders, Flynn put the proverbial 'icing on the cake' and again outright denied me my Constitutional rights and again denied my Right to Trial by Jury,  refused to let me conform the complaint to the evidence on the record, and refused to Recuse himself for his painfully clear prejudice(s) and "bent of mind" in favor of the public figure defendant, James Corey Goode and his improper and malicious Counsel(s), Ms. Wilde and Ms. Lorie; and Flynn proceeded to unlawfully enter the (void) 'Judgment' against me to pay the opposing party $116,600 in alleged attorney fees, when Due Process of Law had/has been completely violated for well over two (2) years (26 months) by both Flynn and the opposing party and their Counsel(s), and for which there is no other remedy for me to have these ongoing abuses performed against me by Mr. Goode (and his associates) be stopped, other than having an honorable Court and honorable presiding Officer ordering it.

## **FLYNN CONSTITUTIONAL VIOLATIONS –PERSISTENT FAILURE TO PERFORM JUDICIAL DUTIES & INCOMPETENTLY PERFORMING DUTIES**

6. **In addition to Flynn prejudicially ignoring vast amounts of evidence, refusing to let me integrate evidence with the Complaint (26 months), and issuing orders based on his bias and in direct opposition to the State and National Constitutions; Flynn has also notably persistently failed to perform his judicial duties through severe lack of interaction with the case.** The following are Flynn's relevant to the complaint 'orders' since June 25, 2018 case filing and Mr. Flynn appears to have maybe spent about 3 hours total on case 18CV50 in over 2 years, which has severely prejudiced my Rights and the case. This severe lack of interaction is especially inappropriate due to the amount of information and evidence provided the Court, which is needed due to the highly unusual nature of my Trade Secret claims, and the CIA MKULTRA remote mind control program involvement, and my enduring years of ongoing harassment and public defamation by the Defendant, his associates, and his Counsel(s) on and off multiple Court Records:

(i) November 27, 2018 Flynn's first orders (Exhibit A – Register of Actions) in the case were to close the case (5 months later) due to improper removal to Denver Federal Court by the opposing party on August 13, 2018 (3 months). I won my case remanded back to Mesa District Civil Court, 6 days after closure, on December 3, 2018 and the case was reopened December 5, 2018. (Note - the first order in the case on July 18, 2018, was issued by another Judge)

(ii) **May 14, 2019** Flynn issued his **first set of orders** (11 months after case filing) **related to the June 25, 2018 Complaint** and Amended Complaint filed November 13, 2018 (6 months later), and he denied me my Constitutional Rights, while falsely claiming he would still uphold them, even though he just flat out denied them on the Court Record. I mistakenly believed him, so I didn't say anything about this overt denial of my Rights contained within his first set of overtly unconstitutional 'orders.' (again Exhibit C; p8(B))

(iii)October 29, 2019 (Exhibit D) Flynn's singular Order - Denied - a "Motion to Rule on Motions" filed September 9, 2019. Making it clear he would continue to not faithfully perform his duties in a timely or speedy manner in case 18CV50 and would in fact persists in failing to perform his duties or would continue to incompetently perform them.

(iv)**January 29, 2020** (Exhibit E) (19 months after case filing) Flynn made his **second set of orders related to the November 13, 2018 Amended Complaint** (over 14 months later) and he dismissed/closed case 18CV50, for a second time, in direct violation of Due Process of Law and he based his orders on granting the Defendant's Motion to Dismiss which was written with more lies about me and flat out lies about public records and in the face of my detailed Objections stating the facts. The opposing party also had in support of their dismissal motion a 'recommendation' by the non-dispositive Federal Court Magistrate, Magistrate Gallagher, calling me 'delusional,' and for which his 'recommendation' was based on the fake complaint fraudulently filed by the opposing party on the Denver Federal Court Record when

13

they improperly removed the case, August 13, 2018. Flynn ignored these fact and far more, and has maintained his prejudiced views against me and the case subject matter for well over 2 years (26 months) now and has persistently failed to faithfully perform his Judicial duties.

For these reasons and many, many, many, more, Mr. Flynn is to be immediately removed (Ordered Recused/Disqualified) from case 18CV50 and a proper Judge or Magistrate is to be immediately assigned to case 18CV50 that will honor their Oath of Office to both the National and State Constitutions and will in fact faithfully perform their Judicial duties.

Wherefore, in accordance with Flynn's Oath of Office to the Constitution of the United States of America the self-executing sections 3 and 4 of the 14th Amendment, Mr. Flynn's is to be officially and immediately removed from case 18CV50 for perjury, and also from Mesa County as Chief Judge, as he clearly will not honor his Oath of Office and is blatantly at war against both the State and National Constitutions and thereby the American Citizens he swore to protect.

Please let me know if any additional records are needed for investigation purposes.

Thank You for your time and attention.

Dated this 31th day of August 2020

Respectfully Submitted and All Rights Reserved,

*Alyssa Chrystie Montalbano*

Alyssa Chrystie Montalbano, American Citizen

State of CO, County of Mesa
Signed before me on this 31 day
of August 2020 by Alyssa Chrystie Montalbano
Notary Public

Kimberly D. Blossom
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

14

## **JURAT**

State of _Colorado_

County of _Mesa_

Subscribed and sworn/affirmed to before me this _31_ day of _August_ ,
20 _20_ , by _Alyssa Christie Montalbeno_ .

_Kimberly D Blosson_
Notary Public

Kimberly D. Blossom
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

My Commission Expires: _4/26/2022_

_Attribution Clause: This Certificate is prepared for, and exclusively belongs to, the accompanying document entitled_ Willful Misconduct
Colorado Commission on Judicial Discipline _Persistent Failure to Perform_ which consists of _14_ _page(s) and is dated_ August 31, 20 20
_Judicial Duties Complaint_
_If this Certificate is appropriated to any document other than the one described herein, it shall be deemed null and void._

Copyright 2001 by the Notary Law Institute. Unauthorized reproduction of any kind of this form is strictly prohibited.

#0422