Search

Courts        Probation        Jury        Self Help/Forms        Careers        Media        Administration

Contact Information          Home      Courts

Contact Us

About the Court of
Appeals

Judges of the Court of
Appeals

Live and Archived Oral
Argument Videos

Protocols

Forms and Policies

Clerk of the Court

Law Clerk Applicants

# Court of Appeals



*Oral Arguments will return to in person in the Ralph L. Carr Building September 2021. Please review the Forms and Policies Page to find the Court of Appeals Current Policy on requesting remote oral arguments.*

• Remote Oral Arguments Policy

**Oral Arguments Are Via Web Ex Through August 2021:**

**WebEx Policies and Procedures**

**Link to Video Web Ex Oral Argument Instructions:**

https://youtu.be/DBciB2_ly64

## Court of Appeals Values

The Colorado Court of Appeals is the state's intermediate appellate court. As of July 1, 2008, the Court consists of 22 judges who are retained by the public to serve eight-year terms. The Court sits in three-member divisions to decide cases. The Chief Judge, appointed by the Chief Justice of the Supreme Court, assigns judges to the divisions and rotates their assignments. The mission of the Court of Appeals is to provide the citizens of Colorado with clear, impartial, and timely resolutions of appealed orders and judgments as provided by law. The Court of Appeals was created by statute; accordingly, jurisdiction is limited to the areas specified by state statute, together with the inherent powers granted to all courts.

Established under Section 1 of Article VI of the Colorado Constitution and Section 13-4-101, et seq., C.R.S. (Colorado Revised Statutes), the Court of Appeals has initial jurisdiction, with exceptions, over appeals from the Colorado District Courts, Denver Probate Court, and Denver Juvenile Court. In addition, the Court of Appeals has specific appellate jurisdiction over decisions originating from a number of state administrative boards and agencies, including the Industrial Claim Appeals Office. Reviews of the Court of Appeals' decisions are directed to the Colorado Supreme Court.

## Special Announcements

**Clerks' Offices Hours: 8 a.m. to 5 p.m.**

If you have questions, please call the Court of Appeals clerk's office at 720-625-5150.

Colorado Legal Help Center

The Court of Appeals Policy on Citation. click here.

**June 25, 2015** Appellate Rule 32(f) prohibiting the use of the names of minors and victims of sexual assault.

## Court Proceedings

Case Announcements
Oral Arguments

## Outside Links

National Center for State Courts

National Conference of Appellate Court Clerks

E-filing in the United States Supreme Court

important announcement

COLORADO CONSTITUTION 

# Article 6

## Judicial Department

Section 1. *Vestment of judicial power.* The judicial power of the state shall be vested in a supreme court, district courts, a probate court in the city and county of Denver, a juvenile court in the city and county of Denver, county courts, and such other courts or judicial officers with jurisdiction inferior to the supreme court, as the general assembly may, from time to time establish; provided, however, that nothing herein contained shall be construed to restrict or diminish the powers of home rule cities and towns granted under article XX, section 6 of this constitution to create municipal and police courts.

Adopted November 6, 1962 ◆◆ Effective January 12, 1965. (See Laws 1963, p. 1048.)

### SUPREME COURT

Section 2. *Appellate jurisdiction.* (1) The supreme court, except as otherwise provided in this constitution, shall have appellate jurisdiction only, which shall be coextensive with the state, and shall have a general superintending control over all inferior courts, under such regulations and limitations as may be prescribed by law.

(2) Appellate review by the supreme court of every final judgment of the district courts, the probate court of the city and county of Denver, and the juvenile court of the city and county of Denver shall be allowed, and the supreme court shall have such other appellate review as may be provided by law. There shall be no appellate review by the district court of any final judgment of the probate court of the city and county of Denver or of the juvenile court of the city and county of Denver.

Adopted November 6, 1962 ◆◆ Effective January 12, 1965. (See Laws 1963, p. 1049.)

Section 3. *Original jurisdiction ◆ opinions.* The supreme court shall have power to issue writs of habeas corpus, mandamus, quo warranto, certiorari, injunction, and such other original and remedial writs as may be provided by rule of court with authority to hear and determine the same; and each judge of the supreme court shall have like power and authority as to writs of habeas corpus. The supreme court shall give its opinion upon important questions upon solemn

# APPELLATE GUIDE FOR PARTIES

## APPEALS FROM THE COLORADO DISTRICT COURTS

except those juvenile proceedings held under
§19-1-309 (2) (b) & (c), C.R.S.

# COLORADO COURT OF APPEALS

## 2 EAST FOURTEENTH AVENUE DENVER, CO 80203

http://www.courts.state.co.us/coa/coaindex

Case 1:20-cv-00742-DDD-KLM   Document 247-7   Filed 08/05/21   USDC Colorado   Page 4 of 8

**Appellate Guide for Parties**
**Appeals From the Colorado District Courts**

1) **Notice of Appeal** *(Original plus 5 copies filed with the Court of
    Appeals, an advisory copy filed in the district court, and copies
    mailed to all parties to the case in the district court or their lawyers.)*

      A    Must be filed in the Court of Appeals within (45) days
            after entry of judgment in the district court.   C.A.R. 4.[1]

      B    Original plus 5 copies filed in the Court of Appeals.
            Advisory copy filed in the district court and mailed to
            each of the parties or counsel. C.A.R. 3(a) and (i)

      C    Filing fee due with Notice of Appeal. Filing fee will not be
            waived unless an *In Forma Pauperis* (IFP) order was
            issued in the district court. A copy should be attached to
            the Notice of Appeal.

      D    Mandatory Contents of Notice of Appeal:
            See C.A.R. 3 (d) for additional specific contents.

        1) District Court Case Number
        2) Name of party(s) initiating the appeal, and complete
           addresses. If *pro se*, (representing yourself), give your
           full name, address and telephone number.
        3) Identify counsel for all other parties, including addresses.
        4) Original Signature
        5) Certificate of Service *(Your statement that a complete copy
           has been mailed to each of the parties, including the district
           court - list names, addresses and date mailed)*
        6) Attach a complete copy of the final order being appealed
           and include a brief description of the nature of the case,
           (not to exceed one page), the order being appealed, and
           the reason for the appeal of the order.

---

[1]  C.A.R. is the abbreviation for the Colorado Appellate Rules – Found in the Colorado
Revised Statutes, Volume 12, Chapter 32. C.R.S is the abbreviation for the Colorado
Revised Statutes.
07/2005

1

Search all cases and statutes...      JX    Search

Statutes, codes, and regulations / Colorado Court Rules
/ Colorado Rules of Ap... / Appeals from Judgm...
/ Rule 3 - Appeal as of ...

# Colo. R. App. P. 3

As amended through Rule Change 2021(16), effective July 1, 2021

Rule 3 - Appeal as of Right-How Taken

(a)**Filing the Notice of Appeal in Appeals from Trial Courts.** An appeal permitted by law from a trial court to the appellate court must be taken by filing a notice of appeal with the clerk of the appellate court within the time allowed by C.A.R. 4. Upon the filing of the notice of appeal, the appellate court shall have exclusive jurisdiction over the appeal and all procedures concerning the appeal unless otherwise specified by these rules. An advisory copy of the notice of appeal must be served on the clerk of the trial court within the time for its filing in the appellate court. Failure of an appellant to take any step other than the timely filing of a notice of appeal in the appellate court does not affect the validity of the appeal, but is a ground only for such action as the appellate court deems appropriate, which may include dismissal of the appeal. Content of the notice of appeal is not jurisdictional.

(b)**Filing the Notice of Appeal or Petition for Review in Appeals from State Agencies.** An appeal permitted by statute



Help   Sign In   Sign Up

8/1/2021
Case 1:20-cv-00742-DDD-KLM  Document 247-7  Filed 08/05/21  USDC Colorado  Page 6 of 8
Rule 3 - Appeal as of Right-How Taken, Colo. R. App. P. 3 | Casetext Search + Citator

Search all cases and statutes...          JX    Search

(c)**Joint or Consolidated Appeals.** If two or more persons are
entitled to appeal from a judgment or order of a trial court and
their interests are such as to make joinder practicable, they may
file a joint notice of appeal, or may join in appeal after filing
separate timely notices of appeal, and they may thereafter proceed
on appeal as a single appellant. Appeals may be consolidated by
order of the appellate court upon its own motion or upon motion
of a party, or by stipulation of the parties to the several appeals.
(d)**Contents of the Notice of Appeal in Civil Cases (Other
Than District Court Review of Agency Actions and Appeals
From State Agencies). The notice of appeal must set forth:**

(1) A caption that complies in form with C.A.R. 32;

(2) A brief description of the nature of the case including:
    (A) A general statement of the nature of the controversy (not
    to exceed one page);

    (B) The judgment, order or parts being appealed and a
    statement indicating the basis for the appellate court's
    jurisdiction;

    (C) Whether the judgment or order resolved all issues
    pending before the trial court including attorneys' fees and
    costs;

    (D) Whether the judgment was made final for purposes of
    appeal pursuant to C.R.C.P. 54(b);

    (E) The date the judgment or order was entered (if there is a
    question of the date, set forth the details) and the date of
    mailing to counsel;

    (F) Whether there were any extensions granted to file any
    motion(s) for post-trial relief, and, if so, the date of the
    request, whether the request was granted, and the date to
    which filing was extended;


casetext

Help    Sign In    Sign Up

Case 1:20-cv-00742-DDD-KLM Document 247-7 Filed 08/05/21 USDC Colorado Page 7 of 8

8/1/2021      Rule 4. Appeal as of Right—When Taken | Federal Rules of Appellate Procedure | US Law | LII / Legal Information Institute

$C.A.R$ 4

LII > Federal Rules of Appellate Procedure **> Rule 4. Appeal as of Right—When Taken**

## Rule 4. Appeal as of Right—When Taken

(a) APPEAL IN A CIVIL CASE.

(1) *Time for Filing a Notice of Appeal.*

(A) In a civil case, except as provided in Rules 4(a)(1)(B), 4(a)(4), and 4(c), the notice of appeal required by Rule 3 must be filed with the district clerk within 30 days after entry of the judgment or order appealed from.

(B) The notice of appeal may be filed by any party within 60 days after entry of the judgment or order appealed from if one of the parties is:

(i) the United States;

(ii) a United States agency;

(iii) a United States officer or employee sued in an official capacity; or

(iv) a current or former United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf — including all instances in which the United States represents that person when the judgment or order is entered or files the appeal for that person.

(C) An appeal from an order granting or denying an application for a writ of error *coram nobis* is an appeal in a civil case for purposes of Rule 4(a).

(2) *Filing Before Entry of Judgment.* A notice of appeal filed after the court announces a decision or order—but before the entry of the judgment or order—is treated as filed on the date of and after the entry.

(3) *Multiple Appeals.* If one party timely files a notice of appeal, any other party may file a notice of appeal within 14 days after the date when the first notice was filed, or within the time otherwise prescribed by this Rule 4(a), whichever period ends later.

(4) *Effect of a Motion on a Notice of Appeal.*

8/1/2021

Case 1:20-cv-00742-DDD-KLM   Document 247-7   Filed 08/05/21   USDC Colorado   Page 8 of 8

Rule 4. Appeal as of Right—When Taken | Federal Rules of Appellate Procedure | US Law | LII / Legal Information Institute

Today's Refinance Rates

15 YEAR FIXED | $350K

**1.75%**   **2.03%**

Rate          APR

Select Loan Amount

$

$350,000

(ii) to amend or make additional factual findings under Rule 52(b), whether or not granting the motion would alter the judgment;

(iii) for attorney's fees under Rule 54 if the district court extends the time to appeal under Rule 58;

(iv) to alter or amend the judgment under Rule 59;

(v) for a new trial under Rule 59; or

(vi) for relief under Rule 60 if the motion is filed no later than 28 days after the judgment is entered.

(B)(i) If a party files a notice of appeal after the court announces or enters a judgment—but before it disposes of any motion listed in Rule 4(a)(4)(A)—the notice becomes effective to appeal a judgment or order, in whole or in part, when the order disposing of the last such remaining motion is entered.

(ii) A party intending to challenge an order disposing of any motion listed in Rule 4(a)(4)(A), or a judgment's alteration or amendment upon such a motion, must file a notice of appeal, or an amended notice of appeal—in compliance with Rule 3(c)— within the time prescribed by this Rule measured from the entry of the order disposing of the last such remaining motion.

(iii) No additional fee is required to file an amended notice.

(5) *Motion for Extension of Time.*

(A) The district court may extend the time to file a notice of appeal if:

(i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and

(ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause.

(B) A motion filed before the expiration of the time prescribed in Rule 4(a)(1) or (3) may be ex parte unless the court requires otherwise. If the motion is filed after the expiration of the prescribed time, notice must be given to the other parties in accordance with local rules.