District Court, Mesa County, Colorado
Court Address: 125 North Spruce
P.O. Box 20,000-5030
Grand Junction, CO 81502

Plaintiff: Alyssa-Chrystie: Montalbano

v.

Defendant: James Corey Goode

**ORIGINAL FILED IN**
**JUN 2 5 2018**
**COMBINED COURT BY LITIGANT**

▲ COURT USE ONLY ▲

Case Number: 18CV50
Division: 10   Courtroom: 10

## DISTRICT COURT CIVIL SUMMONS

**TO THE ABOVE NAMED DEFENDANT:** _James Corey Goode_.

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: _June 25, 2018_

_Jenni Brierley_
Clerk of Court/Clerk

_Alyssa-Chrystie: Montalbano_
Signature of Plaintiff

_2536 Rimrock Ave Suite 400-117_
Address of Plaintiff

_Grand Junction, CO 81505_

_970.250.8365_
Plaintiff's Phone Number

[SEAL - COMBINED COURT OF MESA COUNTY COLORADO]

This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.

**WARNING:** A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons. If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

**TO THE CLERK:** If the summons is issued by the clerk of the court, the signature block for the clerk or deputy should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

JDF 600   R10-13   DISTRICT COURT CIVIL SUMMONS

| | |
|---|---|
| District Court Mesa County, Colorado<br><br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | JUN 25 2019 |
| Plaintiff(s): Alyssa-Chrystie: Montalbano<br><br>v.<br><br>Defendant(s): James Corey Goode | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa-Chrystie: Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505<br><br>Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number:                              Atty. Reg. #: N/A | Case Number:<br><br>18CV50<br><br>Division 10   Courtroom |

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

1. This cover sheet shall be filed with each pleading containing an initial claim for relief in every district court civil (CV) case, and shall be served on all parties along with the pleading. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Check one of the following:

   ☑ This case is governed by C.R.C.P. 16.1 because:

   - The case is not a class action, domestic relations case, juvenile case, mental health case, probate case, water law case, forcible entry and detainer, C.R.C.P. 106, C.R.C.P. 120, or other similar expedited proceeding; AND

   - A monetary judgment over $100,000 is not sought by any party against any other single party. This amount includes attorney fees, penalties, and punitive damages; it excludes interest and costs, as well as the value of any equitable relief sought.

   - It is a Constitutional matter and may be heard by the courts in accordance with the Constitution of the United States of America and Colorado Constitution and per Due Process of Law, pursuant to Oath of Office taken to support and uphold such Constitutions and the inalienable rights and laws contained therein.

   ☐ This case is not governed by C.R.C.P. 16.1 because (check ALL boxes that apply):

   ☐ The case is a class action, domestic relations case, juvenile case, mental health case, probate case, water law case, forcible entry and detainer, C.R.C.P. 106, C.R.C.P. 120, or other similar expedited proceeding.

   ☐ A monetary judgment over $100,000 is sought by any party against any other single party. This amount includes attorney fees, penalties, and punitive damages; it excludes interest and costs, as well as the value of any equitable relief sought.

JDF 601SC  R3-18  DISTRICT COURT CIVIL (CV) CASE COVER SHEET                            Page 1 of 2

☐ Another party has previously indicated in a Case Cover Sheet that the simplified procedure under C.R.C.P. 16.1 does not apply to the case.

NOTE: *In any case to which C.R.C.P. 16.1 does not apply, the parties may elect to use the simplified procedure by separately filing a Stipulation to be governed by the rule within 49 days of the at-issue date. See C.R.C.P. 16.1(e). In any case to which C.R.C.P. 16.1 applies, the parties may opt out of the rule by separately filing a Notice to Elect Exclusion (JDF 602) within 35 days of the at-issue date. See C.R.C.P. 16.1(d).*

☐ A Stipulation or Notice with respect to C.R.C.P. 16.1 has been separately filed with the Court, indicating:

☐ C.R.C.P. 16.1 applies to this case.

☐ C.R.C.P. 16.1 does not apply to this case.

3. ☐ This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

☐ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.

☑ By checking this box, I am acknowledging that I have made a change to the original content of this form.

Date: June 25, 2018

Signature of Party or Attorney for Party: *Alyssa-Chrystie Montalbano*