FORM 827     OATH OF OFFICE—THE C. F. HOECKEL CO., DENVER 35768

**STATE OF COLORADO**

Mesa County,
Grand Junction City/Town

BOOK 2121 PAGE 713
1706042 03:34 PM 01/10/95
MONIKA TODD CLK&REC MESA COUNTY CO

I, BRIAN J. FLYNN, do solemnly swear by the ever living God, that I will support the Constitution of the United States and of the State of Colorado, and faithfully perform the duties of the office of Deputy District Attorney upon which I am about to enter.

_Signature_

Subscribed and sworn to before me this 10th day of January, 19 95.

Official administering oath
Charles A. Buss, Chief Judge — Title
Mesa County Courthouse — Address
My Commission expires N/A

**NOTE: USE AFFIRMATION ON BACK SIDE ONLY UPON REQUEST!**





Tina Peters, Clerk and Recorder of Mesa County certifies this to be a full, true and correct copy of the original recorded document in my custody.
Date: 2/3/2026   By: _____ Deputy Clerk

MOTION TO VOID JUDGEMENT
PERSUANT RULE 60(B)(3),(4)
EXHIBIT BA
JUDGE FLYNN OATH OF OFFICE

FORM 827 **OATH OF OFFICE** PARAGON SYSTEMS GROUP hoe827.frm

## STATE OF COLORADO

COUNTY: MESA
TOWN/CITY: _____

BOOK 2294 PAGE 298

1784997  0151PM 01/14/97
MONIKA TODD CLK&REC MESA COUNTY CO

I, Brian J. Flynn, do solemnly swear by the ever living God, that I will support the Constitution of the United States of America and of the State of Colorado, and faithfully perform the duties of the office of Deputy District Attorney, 21st Judicial District _____ upon which I am about to enter.

SIGNATURE

[SEAL]  Subscribed and sworn to before me this 14th day of January, 19 97.

Officer administering oath: Charles A. Buss
Title: Chief Judge, District Court, 21st Judicial District
Address: P.O. Box 20000, Grand Junction, CO 81502-5032
My commission expires: N/A

**AN AFFIRMATION IS AVAILABLE ON REVERSE SIDE OF THIS FORM**



Tina Peters, Clerk and Recorder of Mesa County certifies this to be a full, true and correct copy of the original recorded document in my custody.
Date: 2/3/2020  By: _____ Deputy Clerk



MOTION TO VOID JUDGEMENT
PERSUANT RULE 60(B)(3),(4)
EXHIBIT BA
JUDGE FLYNN OATH OF OFFICE