AFFIDAVIT ALYSSA CHRYSTIE MONTALBANO

EXHIBIT AM - DEFENDANT FACEBOOK POST PO (pg 1 of 2)

## Filed Mesa Court - March 25, 2019



**Sphere Being Alliance**
@BlueAvians

Home

About

YouTube

Events

Photos

Videos

Posts

Reviews

Groups

Community

Info and Ads

👍 Liked ▾     🔊 Following ▾     ↗ Share     ⋯

 **Sphere Being Alliance** shared a post.    ⋯
July 17, 2018 · 🌐

Update and Public Statement on recent events...

**Corey Goode**
July 17, 2018 · 🌐



Update and Public Statement on recent events:

We are looking forward to settling back in at home after a little over a month of travels.

We enjoyed a week in LA at Disclosure Fest where we also had meeting with a number of people and groups discussing working together in big ways.

This includes the plans for a Mass Meditation event in Washington DC on 11/11/2018 during the military parade.

These meetings should also lead to some very exciting announcements that will benefit our entire community and help us come together for our common goal of Full Disclosure.

These announcements will completely displace the volume of upsetting and stressful evets that have popped up over the last week or so.

After the week in LA we then flew out to Maui for 17 days.

Thanks to our close friends Amy and Jamie who live there, we were able to stay with them and have an epic adventure on a shoe string budget.

Maui ended up being the perfect place for an unplanned sabbatical.

I was able to have time to slow down and reflect on the incredible amount of stress, abuse, personal 'dark alliance' attacks, 3 deaths in the family in the last 19 months, my Father in Hospice and not doing well and the incredible weight of the responsibilities laid on my shoulders over the last 3 years were all crushing in on me.

Those are just the things we can make public... So MUCH has gone on that we cannot talk about.

Thankfully I had an opportunity to address most of these traumas to some degree and am feeling much better as a result.

Now, it is time to get back to work! These distractions can no longer

AFFIDAVIT ALYSSA CHRYSTE MONTALBANO
EXHIBIT AM - DEFENDANT FACEBOOK POST PO (pg 2 of 2)





**Sphere Being
Alliance**
@BlueAvians

Home

About

YouTube

Events

Photos

Videos

Posts

Reviews

Groups

Community

Info and Ads

👍 Liked ▾     🔊 Following ▾     ➤ Share     • • •

Those are just the things we can make public… So MUCH has gone on that we cannot talk about.

Thankfully I had an opportunity to address most of these traumas to some degree and am feeling much better as a result.

Now, it is time to get back to work! These distractions can no longer delay this important mission.

Over the last 3 years, I have also had to deal with a number of individuals that have taken a very unhealthy personal interest in me to a point of having to obtain protective orders for my protection and the protection of my family.

The feeling of having someone strongly pursuing you based on fantasies or delusions is a creepy and sickening feeling that I wouldn't wish on anyone.

As all of you are aware… While Stacy and I were in Maui, another public controversy arose with the unauthorized release of some alleged personal information and correspondence that has since gone viral.

Since then I have received a constant and steady stream of emails and messages on Facebook asking me to make a public statement.

The only statement I can make right now is that "Legally, I am unable to publicly comment at this time".

What I can say is that I am responding very strongly, privately and in an ethical and legal manner.

I hope to be able to make more of a public statement in the near future.

I understand and appreciate how upset and confused many in the community are right now, rightly so.

It would be wonderful if we could focus on Unity and working together for Full Disclosure until more clarity can be given on these issues.

This will be our main focus at our upcoming Dimensions of Disclosure event here in Colorado this August.

We appreciate the huge amount of support that those in the community have shown over the last week.

The letters of support and donations have assisted us greatly both energetically and financially.

AFFIDAVIT ALYSSA CHRYSTIE MONTALBANO

EXHIBIT AO - Defendant Defamation Post Publically Disclosing Private Legal Communications.

(3 pages)



*Private information for legal negotiation shared only w/ Ms. Wilde & Mr. Goode by extension.*

*Knowingly false statements by Defendant (defamation against Plaintiff)*

EXHIBIT AO
(pg 2 of 3)

⬆ Share   💬 53    ••• | ⬆ 7 ⬇

Best ∨                                    Write a comment

✅ critterwol   120d

What the hell. No matter what your feelings about Corey Goode this is crazy.

At the top she states CG must have read all her emails since he made a folder for them. Er, that's not how emails work.

Then she goes on and on about the legalities of her case then she gets to the bizarre point.

It seems to me she is claiming she can see the future in her dreams. But not clearly, she 'interprets' her dreams (see below). So she is suing CG for using her mad dream predictions in his work

I think she is crazy. ⬅

*Close up where defendant released private Dream Vision data for legal negotiations publically*

"In current time, I always know what Corey and his attorney are up to or thinking to try, cause I already see it first in dreams, where they first have to tell me, show me, and/or ask my permission to do... whatever... in 3D. I sent them a handful of dreams showing them how I already knew I'd win the Broomfield case before I even knew about the Broomfield case in 3D. I saw in a dream a baseball team of like 2 or 3 women in the baseball "Field" and one got up and basically bunted a homerun with an industrial "Broom!" I also saw Corey was extremely angry when they tried and failed to open the 1st stalking case June 2018. In that dream CG appeared as a large octopus squid thing and I was in space with a handful of friends. I then saw a girl by the water that I felt very connected with and the squid came up and basically ripped off her leg, like it was supposed to be me, but it wasn't. This was symbolic of the 1st failed attempt and how they tried to harm me. I then saw the attorney would fail to serve me repeatedly, because I had a dream with a young girl (she was disguised) who had a PO box, but I didn't seen to have one, but was thinking to get one. I also saw that my in-house-state-court review on August 24th would essentially be cancelled because a guy took my gas pump number 24 and cancelled my using it. This was symbolic also of the Broomfield case being cancelled (closed) because it too was on the 24th (July) and the hearing was short and essentially 'cancelled.' "

Edit: typos

⬅ ••• ⬆ 9 ⬇

⬤ no1113   120d

So, essentially, OP posted this even though it 100% appears to be a huge, massive, nothing-burger rant made by a crazy woman.

So then why was it posted? I mean...does OP think it somehow gives more weight to the flak that Goode has been getting lately? If nothing else, this post almost does the opposite because it shows that at least some of the people trying to go after Goode are just straight up crazy loons.

⬅ ••• ⬆ 3 ⬇

EXHIBIT AO
(pg 3 of 3)

no1113   120d

If it's "b)", then that's *very* disingenuous. Not cool.

← ⋯ ↑ 1 ↓

SBAGoode   120d

Very good points.

This is, of course, more FAKE NEWS!

This case is being dismissed and the Magistrate referred to the plaintiff as being "Delusional".

She has openly claimed that she and I were married in 'another dimension' and was trying to bring that fantasy into reality in this dimension.

*[handwritten: Close up Defendant knowingly making false statements.]*

The Magistrate states the plaintiff is delusional in their latest court filing when it was referred to the Federal Judge to be dismissed with prejudice.

I guarantee you will NOT see anyone publish this info on Avalon. Only derogatory info about me is allowed to be published on that forum no matter how fake it is.

Someone in Avalon should post this response and ask her about how she believes we are married in another dimension... or would that be too fair and balanced?

The Plaintiff has stepped over the line here (legally) and all of this has now been sent into the courts to verify their stalking type of behavior and their mental state.

It now appears we are going to be opening more than one defamation and libel suit soon.

Now, let the trolling begin, lol

SBA

← ⋯ ↑ 2 ↓

Disclosure_Activist   118d

Hi, Corey. Are you willing to take questions on this forum?

AFFIDAVIT ALYSSA
CHRYSTIE MONTALBANO
EXHIBIT AP -
DEFENDANT AND
ASSOCIATE Facebook
DEFAMATORY POSTS
(2 pgs)

Screenshot
March 17, 2019
at 10:40 pm
— my artist Facebook
account.

All knowingly
false statements

← Timeline Review

Timeline Review                          Settings

**Chuck Raymond**
2 hrs · 🌐

Hey guys an gals, please take a min and scope this out. Did you know ..haha,  there is this...woman, **Ari Stone** who is trying to sue Corey Goode. I would like to bring a couple things to your attention because some things are not right here. PEOPLE, are not acting right.

This woman claims to have sex with Corey in his dreams if I'm not mistaken... she says she know the future ect. You have to get all the details  here , because this isn't JUST, oh look some one crazy is trying to pull something.

This gal is in cahoots with Dark Journalist, and Project Avalon which CALLED CPS ON Corey and tried to cause all sorts of problems. Yeah! Corey, one of the most normal, polite, down to earth cats I ever met. Ok.

As well, this woman had approached me at Eclipse of Disclosure. For no other reason than because I was doing some art for the SBA, I was offered a job. Even though I had no experience in that position.

What I'm saying is a few years ago , she was here, trying to mess with us! I think she is some sort of asset.  How else are you going to have time and shit to try to mess with Corey like this?

I don't think it's right, I don't think people are acting RIGHT. As in NOT what they claim to be.  As in fishey fish stink!!

Go ahead and look into this ...crap man, and what they are trying to pull on this guy. I'm sorry, I just don't think it's an isolated deal. I'm not a fkn dummy....

What's your take on this?

REDDIT.COM
**CG being sued for Fraud/Infringement, poster on Project Avalon Forum claims t...**

👍😮 2                                    1 Comment · 4 Shares

👍 Like          💬 Comment          ➤ Share

HIDE

ADD TO TIMELINE

EXHIBIT AP
(pg 2 of 2)

— creepy clown



**Dawn Engelbrecht**



See you in your dreams!

GIPHY

19h    Like    Reply    



**Chuck Raymond**
You should be ashamed of your self Ari.
And you don't fool me for a second. I'm
not the only one that can see the truth....
you k ow there's a lot heavier shit going
on than this little game your playing right
now.... you might want to really think
about who you want to be.. And what you
want to spend your life on. Because
we're making our choices every day
here... And it ends up very sad when
peo... See More

3h    Like    Reply    

 Amber Jean Wheeler like i understand if y...

**James Corey Goode**
It is unfortunate that the other party
decided to post details of their frivolous
litigation against me and make them
public through forums (Known to attack
me), Facebook, YouTube and blog posts.
It should have remained confidential
especially since the other party is
requesting the case files be sealed for
what will become obvious reasons. It is
also suspect that they have joined the
Dark Alliance group (& other interests)
that has slandered and attempted to
character assassinate the 'SBA brand'
and myself in particular. They have also
contacted many in the community
spreading slanderous rumors about me
(As have others). If anyone really wants
to know the BIZARRE nature of the
numerous and irrational court filings this
party has made against me they can
request the publicly available court files
from the Broomfield, Colorado State
Court (Montalbano vs Goode). People
will have to investigate for themselves
and make up their own minds as I will
not discuss the details of an ongoing
lawsuit, frivolous as it may be. TY, Chuck
for the post of support. You raise some
of the very questions I am sure my
attorneys will ask. It also gives people an
idea of what I and other 'public figures' in
this community deal with on a regular
basis. I commented on this in more
detail recently on my live interview on
Edge of Wonder. No worries, this is what
attorneys are for. If I focused on all of the
coordinated attacks, blacklisting and the
variety of stalkers I deal with I would
never get any work done. I now have a
team of attorneys that manage these
things so that they only enter my
consciousness when necessary. They
are looking over what is or should be
acted on in Civil Court regarding the
online attacks, slander, and blacklisting
that have occurred over the last two
years. Like I said on EOW, I typically have
a handful of people at one time that has
unhealthy infatuations with me. CG

1h    Like    Reply    

EOW = Edge of Wonder
YouTube Channel

Write a comment

| District Civil Court, Mesa County, Colorado | |
|---|---|
| Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | ORIGINAL FILED IN<br><br>AUG   2 2019 |
| Plaintiff(s)/Petitioner(s): Alyssa Chrystie Montalbano<br>v.<br><br>Defendant(s)/Respondent(s): James Corey Goode | ▲  COMBINED COURT<br>BY LITIGANT<br>COURT USE ONLY  ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa Chrystie Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505 | Case Number: 18CV50 |
| Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number:_____ Atty. Reg. #: N/A | Division  10    Courtroom 10 |
| **MOTION FOR LEAVE OF THE COURT TO AMEND THE COMPLAINT** | |

Plaintiff, Alyssa Chrystie Montalbano, pursuant to D.C.COLO.LCivR 15.1, and C.R.C.P Rule 15 moves this court to allow the filing of the Amended Complaint for the following:

## I.   Background

Plaintiff opened this case June 25, 2018 not understanding how the court needs to have a Complaint. Plaintiff moves this honorable court to allow the filing of the attached and Amended Complaint; in such that the Amended Complaint states the same claims, in what is understood to be court correct statutory counts against the Defendant; so this matter may move forward into the discovery phases.

## Law in Support of Amending

C.R.C.P. 15 allows a Plaintiff to amend a complaint upon leave of court. It is a longstanding judicial principle that a motion for leave to amend a complaint should be freely granted, and that C.R.C.P. 15 is to be liberally applied. *Van Schaack v. Phipps*, 558 P.2d 581 (Colo.App. 1976); *Eckstine v. Harris*, 521 P.2d 1280 (Colo.App. 1974).

Trial courts should permit amendments to pleadings at any stage of the litigation process so long as undue delay does not result and other parties are not prejudiced by such amendments. *Ajay Sports, Inc. v. Casazza*, 1 P.3d 267 (Colo.App. 2000).

There will be no new issues interjected into this case by the granting of the instant motion. As exemplary damages are based on the **identical conduct** of the underlying action, there is no prejudice to Defendant.

The following statutes govern the issues at claim since 2018 and need to be correctly cited in the Complaint as counts for response by the Defendant, so that the legal remedy requested of the courts by Plaintiff may be actionable and are in this honorable state court's jurisdiction:

## A. COUNTS TO BE CITED

1. **Abuse of Process**

2. **Malicious Prosecution**

3. **Civil Conspiracy**

4. **Violation of the Colorado Consumer Protection Act** – (CCPA) C.R.S.

   6-1-105(1)(b) Deceptive trade practices.

5. Updated **Fraud Theft** - CRS 18-4-401(1)(a & b), CRS 18-4-401(5)

6. **Defamation Per Se** – C.R.S. 13-80-103(1)(a)

7. **Colorado Harassment Law** – CRS 18-9-111

8. **Colorado Stalking Law** – CRS 18-3-602

9. Updated **Theft of Trade Secrets** CRS 18-4-408 (1) and (2); CUTSA
   (CRS 7-74-101 et seq.)

10. **Intentional Infliction of Emotional Distress** – CRS 7-74-104(2)

11. **Unjust Enrichment** – C.R.S. 7-74-104 (CUTSA)

12. **Injunctive Relief Request For:**

    a. **Theft of Trade Secrets** – CRS 7-74-103

    b. **Defamation** - C.R.S. 13-80-103(1)(a)

    c. **Harassment** – CRS 18-9-111

    d. **Stalking** – CRS 18-3-602

13. **Punitive Damages and Attorney/Legal Fees**

It is in the interest of justice to grant leave of the court to amend the Complaint.

(D.C. COLO. LCivR 15.1(b))

Wherefore, Plaintiff, moves this honorable court to grant this Motion to Amend the Complaint in accordance with due process of law, that relief may be appropriately granted to Plaintiff and to address deficiencies regarding 'failure to state a complaint' as justice so requires it. (C.R.C.P. Rule 15)

Respectfully Submitted and All Rights Reserved,

Alyssa Chrystie Montalbano

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

Declaration of Conferral: Plaintiff having attempted conferral (D.C.COLO.LCivR 7.1) with pro se Defendant, James Corey Goode; and Plaintiff having only an email address for contact of Defendant and having exhausted the use thereof, and Defendant not having provided the courts with proper contact information on his legal filings in accordance with C.R.C.P. Rule 11 and Defendant having failed to lawfully enter his out of state attorney Pro Hac Vice (C.R.C.P. Rule 221) or any proper attorney onto this honorable court's record; Plaintiff has been unable to reach Defendant for proper conferral.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **MOTION FOR LEAVE OF THE COURT TO AMEND THE COMPLAINT, AMENDED COMPLAINT, PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, PROPOSED ORDER TO STOP AND DESIST DEFAMATION STALKING HARASSMENT AND UNAUTHORIZED USE OF TRADE SECRETS, AFFIDAVIT ALYSSA CHRYSTIE MONTALBANO, and EXHIBITS AQ – AY** were sent first class by U.S. Mail, postage prepaid, to Mr. James Corey Goode USPS Certified Mail 7017 2620 0000 7180 8100; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020 and by email to James Corey Goode this **2ⁿᵈ day of August, 2019.**

Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen

| District Civil Court, Mesa County, Colorado | |
|---|---|
| Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | |
| Plaintiff(s): Alyssa Chrystie Montalbano<br><br>v.<br><br>Defendant(s): James Corey Goode | ▲ **COURT USE ONLY** ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>2536 Rimrock Ave<br>Suite 400-117<br>Grand Junction, Colorado 81505 | Case Number: 18CV50 |
| Phone Number: 970.250.8365      E-mail:<br>FAX Number:      Atty. Reg. #: | Division    10    Courtroom 10 |
| **AMENDED COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE** | |

1. James Corey Goode   , defendant(s), is (are) resident(s) of   Broomfield    County, with a post office address of    1140 US Highway 287, Suite 400-266   Street, City Broomfield , State of Colorado

2. The amount claimed herein does not exceed the jurisdiction of the court.
   **OR**

3. The amount claimed from James Corey Goode , defendant(s), is/are approximately Seventy Thousand dollars and Zero cents (\$ 70,000 ), ~~together with proper interest, costs and any other items allocable by statute or specific agreement.~~ based on Pre-Litigation billing assessment for use of Plaintiff's Trade Secret materials and time; actual damages, loss of income, loss of opportunity, non-economic and punitive damages are being sought "according to proof."

4. Jurisdiction and Venue are proper in Mesa County because Plaintiff is a resident of Mesa County, Colorado and the Defendant is a resident of Colorado.

5. Such claim arises from the following event(s) or transaction(s):

Defendant presented himself as someone helping humanity. Plaintiff relied on this and as a result was defrauded of approximately 500 handwritten dream visions and associated discoveries (Trade Secret information) by Defendant during 2017, whereby Plaintiff's original materials and Trade Secrets were misappropriated by Defendant largely via email, who preyed on Plaintiff's romantic and trusting nature using his military black operation (MILAB) training and Remote Influencing (RI) skills to emotionally manipulate Plaintiff into freely sharing her highly sought after information. Subsequent to Defendant attaining the information for free he and/or his associates would disseminate the information publicly, claim the experiences as their own, or allege the information as 'secret insider' intel. This was performed at least a hundred times. No remedy or attribution was given to Plaintiff, while Defendant and his associates profited from use of Plaintiff's original information and materials.

Defendant also prevented the employment of Plaintiff at Gaia TV during 2017 for a competing series based on dreams, as he was regularly using Plaintiff's information as his own on his syndicated show carried there, Cosmic Disclosure. Plaintiff has now lost a year of work along with many personal and professional relationships, due to Defendant defaming Plaintiff as a stalker or similar derogatory terms to mutual friends and associates to maintain his fraud. January 12, 2018 Defendant created a derivative work based on approximately 20 of Plaintiff's handwritten dream vision experiences and alleged them as his own. Plaintiff began due process of law to the best of her abilities April 18, 2018 for remedy and attribution due, once discovering the fraud. Defendant has avoided and evaded, to include opening a malicious prosecution case, July 17, 2018, that Plaintiff got dismissed.

Based on these and other facts, Plaintiff now asserts the following claims against Defendant based on the state statutes cited and the common law of the state of Colorado:

**Count 1: Abuse of Process** – Defendant James Corey Goode used the courts with an ulterior motive that was not proper in the regular conduct of this lawsuit, that caused actual and emotional damages to Plaintiff, and whereby Mr. Goode lacked reasonable basis in law. Mr. Goode attempted to use the court system to gain unfair and unethical advantages in his business and to intimidate and harass Plaintiff, through abuse of the legal system.

1. Mid-December 2017, via email, Mr. Goode was aware Plaintiff was becoming somewhat aware of his fraud and theft of her work. Mr. Goode told Plaintiff he had not read her emails or followed her dream journals closely and essentially that all his uses of her Intellectual Property were just "synchronicity" for being on her 'right path.' Plaintiff told Mr. Goode "for the record" she did not believe him. After that Mr. Goode began to defame Plaintiff as a stalker. Mr. Goode had no problems with any of the emails from Plaintiff prior December 2017 and regularly communicated with Plaintiff via public romantic gang stalking, which turned notably hateful once the lawsuit was opened.

2. Mr. Goode was well aware of a pending lawsuit against him April 20, 2018 through mid-June 2018 for his fraud and theft of Plaintiff's Trade Secrets. Mr. Goode failed to respond to the pre-litigation complaint affidavits.

3. Mid-June 2018, Mr. Goode attempted to open a stalking case in Broomfield Combined Courts against Plaintiff, and failed. Plaintiff phoned the Broomfield courts mid-June 2018 and was informed by the clerks of the Broomfield court 'Mr. Goode did not meet the requirements' and that his stalking case was rejected.

4. Subsequently Plaintiff stopped trying to negotiate outside of litigation and opened this instance case, 18CV50, June 25, 2018. Plaintiff attempted to serve Mr. Goode the summons via the Broomfield Police Civil Department, June 27, 2018. Mr. Goode and his Texas based legal counsel, Ms. Wilde, avoided and evaded service of summons for almost 3 weeks. July 1, 2018 Plaintiff asked Ms. Wilde about serving Mr. Goode for case 18CV50.   No Reply was received till on or about July 13, 2018 and regular communication commenced.

5. On July 17, 2018 Mr. Goode succeeded in opening his stalking case on his second attempt and fabricated evidence for the record, claiming Plaintiff made repeat phone calls when Plaintiff doesn't even have his phone number.

6. Mr. Goode also checked the box in his stalking complaint, affirming under penalty of perjury, that he didn't know about any Protection Order in effect against himself, when he has a mutually agreed upon lifelong stalking Protection Order issued against him, from a former employer, Darling International, dated October 31, 2014. See Darling vs Goode: Dallas County, Texas, District Civil Court, Cause No DC-14-04807

7. Mr. Goode's main "threat of violence" for his stalking claim was being 'threatened with a lawsuit' and of which Mr. Goode already knew was opened against him and that he and his legal counsel were actively avoided and evaded service of July 1-18, 2018, until after Mr. Goode succeeded in filing his frivolous stalking claim.   Mr. Goode filed as 'stalking evidence' Plaintiff's affidavit complaint mailings along with efforts at resolution outside of litigation.

8. July 24, 2018 in open court the judge read Plaintiff's papers and the temporary protection order was vacated. The Judge scolded Mr. Goode for failure to serve and ordered Mr. Goode to retain legitimate Colorado legal counsel and made it clear to Mr. Goode and Plaintiff they each only got one continuance. After the order was vacated, Mr. Goode then alleged he'd have witnesses testify against Plaintiff; which none could lawfully exist as Plaintiff has not stalked or threatened Mr. Goode or his family at any time; and Mr. Goode used his one continuance. Plaintiff V.C. (under duress) signed the reinstated temporary protection order as the matter was continued to August 6, 2018.

9. Mr. Goode did not retain a Colorado lawyer. Plaintiff retained a Colorado lawyer and appeared August 6, 2018.   Mr. Goode failed to appear. The case was summarily dismissed in Ms. Montalbano's favor.

10. It is believed the multiple attempts by Mr. Goode to make allegations of stalking against Plaintiff were an abuse of the legal process and intended only to harass and bully Plaintiff into dropping the claims contained in this case.

Based on the acts of Abuse of Process and Malicious Prosecution, the Plaintiff believes she is entitles to recover damages based upon the forgoing acts of Abuse of Process; to include attorney/legal fees and punitive damages.

**Count 2: Malicious Prosecution** – The Defendant was party to an action against Plaintiff that was resolved in Plaintiff's favor. There was no probable cause for the action and the Defendant lacked either a reasonable or good faith belief that the action would be successful or was warranted in any way. The action was brought with malice and improper motive and Plaintiff suffered damages as a result.

1. Mr. Goode failed to open a stalking case in the Broomfield Combined Courts against Ms. Montalbano mid-June 2018 because he 'did not meet the requirements' and his case was rejected.

2. Mr. Goode avoided and evaded service of summons for this instant case for approx. 3 weeks, until after he opened his second malicious prosecution case July 17, 2018.

3. Mr. Goode fabricated evidence so his second attempt would be successful, July 17, 2018. He failed to enter Ms. Wilde Pro Hac Vice. He failed to serve the summons and Ms. Wilde withheld the charges and hearing information until barely 24 hours prior the hearing, July 23,2018, located 5 hours away. Ms. Wilde and Plaintiff had been in regular communication July 13 – 23, 2018 regarding service of Mr. Goode and matters regarding case 18CV50 and she never mentioned anything about service or the hearing, until it was too late for Plaintiff to retain a lawyer and almost too late for Plaintiff to write a legal defense.

4. Mr. Goode checked the box in his stalking claim case, under penalty of perjury, he was unaware of his own mutually agreed upon lifelong stalking Protection Order issued against him October 31, 2014 by a former employer.

5. Mr. Goode's main "threat of violence" for his stalking claim was being 'threatened with a lawsuit' and of which Mr. Goode already knew was opened against him and that he and his legal counsel were actively avoided and evaded service of for weeks.

6. In open court, July 24, 2018 after the judge read Plaintiff's papers the Protection Order was vacated. Mr. Goode was scolded for failure to serve and ordered to retain a legitimate Colorado lawyer. Mr. Goode (to Plaintiff's recollection) stated he needed the order or "Plaintiff would talk." Mr. Goode alleged he would have witnesses testify, the matter was continued to August 6, 2018. Plaintiff retained legal counsel and appeared at the continuance hearing. Mr. Goode failed to appear. The Protection Order was vacated a second time and the case dismissed in Ms. Montalbano's favor.

Based upon the facts of Abuse of Process and Malicious Prosecution the Plaintiff believes she is entitled to recover damages based upon the foregoing act of Malicious Prosecution; to include actual damages proximately caused as a result of the proceeding, emotional distress, humiliation, injury to reputation, loss of time and business, attorney/legal fees, and punitive damages.

**Count 3 Civil Conspiracy:** Mr. Goode worked with one or more people to accomplish his unlawful objectives of converting Plaintiff's intellectual and other property to his own use without permission and defamation of Plaintiff. These people were in mutual agreement over the course of action and they intentionally and unlawfully acted together to promote Mr. Goode's fraud and caused damages to Plaintiff.

1. During 2017 Mr. Goode worked with a group of associates to perform his fraud and theft of Plaintiff's Trade Secret materials (Dream Visions and associated data) most notably he performed this with his Cosmic Disclosure show co-host, Mr. David Wilcock, a fraud dream psychic that is also a public figure.

2. During 2017 Mr. Goode, and his associates, employed romantic cyber gang stalking (Ruse De Guerre) of Plaintiff and many public 'synchronistic' methods to covertly communicate with Plaintiff. These instances of romantic cyber gang stalking are cited extensively in the Pre-Litigation Complaint. These cyber stalking activities remained largely romantic in nature until after December 2017 when Mr. Goode learned that

Plaintiff did not believe all his uses of her Trade Secret materials and public communications were synchronistic or all just 'foreseen'.

3. Notably, after Plaintiff began due process of law April 2018, Mr. Goode and his associates turned the largely romantic cyber gang stalking into hate based public defamation hate campaigns and cyber harassment/bullying.

4. Mr. Goode and his associates were and are in agreement to harm, harass, alarm, and destroy Plaintiff's business and personal reputation in order to maintain Mr. Goode's public fraud and theft of Plaintiff's Trade Secret materials and have taken overt actions to achieve these unlawful goals.

Based upon the facts of Civil Conspiracy and Violation of the Colorado Consumer Protection Act, Plaintiff believes she is entitled to recover damages based upon the foregoing act of Civil Conspiracy; to include lost business opportunities, actual damages, emotional distress, and punitive damages.

**Count 4 Violation of the Colorado Consumer Protection Act CRS 6-1-105(1)(b)** Mr. Goode has engaged in unfair and deceptive trade practices. These deceptions occurred during the course of Mr. Goode's regular business practices and significantly impacts the public, both actual and potential consumers. The Plaintiff has suffered injury in fact to legally protected interests (Trade Secrets) along with other damages.

1. Mr. Goode is a public figure with the SBA (Sphere Being Alliance) brand and his 'fake news' stories reach millions of people via his then show Cosmic Disclosure, the internet, television, written mediums, and public for profit events.

2. Mr. Goode presents himself as someone that is honest and helping humanity and that he is poor needing regular donations and free help from everyone.

3. Mr. Goode most notably claims he is a Secret Space Program (SSP) whistleblower and as such that he has clearance levels above the President of the United States of America.

4. Mr. Goode claims he travels off world in other dimensions and densities with approximately 6 foot tall blue bird aliens and that they talk with him in his dreams. Mr.

Goode is publically a strong supporter of how important dreams are and that contact with his Blue Avian (BLUEBIRD) alien friends begins first in dreams.

5. Mr. Goode alleges being able to easily astral project and travel outside of his physical form at will (as a soul type essence only) since his early childhood.

6. Mr. Goode alleges being hand selected by the military at a young age for being an Intuitive Empath (IE) and that he has been used to read people (or aliens) in interrogation rooms.

7. Mr. Goode alleges that he is a victim of the MKULTRA and MiLab programs, notably associated with the CIA for intelligence gathering. Programs known for the purpose of mind control through personality splitting via severe abuse, illicit drugs, hypnosis, and fake and alleged legitimate alien abductions. Victims of these programs are said to have deep state handlers that control them and their actions. MKULTRA is associated with the CIA's 1950's declassified clandestine and illicit program called Project BLUEBIRD/ARTICHOKE, an intelligence gathering program that utilized mind control, hypnosis, and personality splitting and cited a strong and growing interest in the development of ESP for militaristic use.

8. It is believed that Mr. Goode is still a victim of the MKULTRA and MiLab programs and that he has deep state handlers orchestrating his life.

9. Mr. Goode runs a mass scale public cult with his close associate Mr. Wilcock, where they place themselves at the center as fraudulent victims and heroes of their fictional realities, where their enemies ("Dark Alliance" aka terrorists) are people they have stolen work from, such as Plaintiff. The cult is based on telling millions of people Fake News, providing fraudulent whistleblowers, and telling hundreds and even thousands of fraudulent (dream) psychic predictions allegedly 'channeled' by Mr. Wilcock (who claims he is the famous dream psychic Edgar Casey reincarnated); and Mr. Goode tells fake prophesies from his alleged BLUEBIRD friends and other alleged aliens supposedly helping humanity who he calls 'The Alliance.'

10. It is believed this cult is funded and orchestrated by the deep state using advanced technologies to cause people to falsely believe they are having alien encounters and giving false hope to emotionally desperate and financially needy people of being 'rescued' by 'aliens' (aka Mr. Goode's made up alien "Alliance") while Mr. Goode and his associate Mr. Wilcock regularly and repeatedly divest the public of massive amounts of their hard earned money under false pretenses.

11. Mr. Goode uses his public fraud and public dis-info campaigns as a way to steal valid researchers' work (like Plaintiff's Trade Secrets) for he and/or his associates' benefit and to destroy the valid research that he re-presents as part of his public BLUEBIRD farce. This deception confuses the public about what is real and true vs. what is not and defrauds the public of private funds and other resources and information "donated" under false pretenses. Once Mr. Goode has stolen valid research and information, and either taken credit for it or destroyed it, he publically defames the source to hundreds of thousands and even millions of people as "Dark Alliance" (aka people who are terrorists, cabal, evil, rape, kill, and destroy) "Stalkers," or other equally damaging and criminal based terms to maintain his public fraud and theft, and to promote his public donation schemes.

Based upon the facts of Civil Conspiracy and Violation of the Colorado Consumer Protection Act, Plaintiff believes she is entitled to recover damages based upon the foregoing act Violation of the Colorado Consumer Protection Act; to include actual damages, punitive damages, and attorney/legal fees.

**Count 5  Fraud CRS 18-4-401(1)(a and b), CRS 18-4-401(5)** The Defendant made a false representation of facts that were material and he knew they were false. Plaintiff relied on Mr. Goode's publically known stories as being true, as verifiable truths were woven in with the deceptions. As a result of believing in Mr. Goode's fraud, Plaintiff was damaged both financially and emotionally.

1. During 2017 Plaintiff believed Mr. Goode's fake news Secret Space Program stories as all being true and that he was poor and needed donations and free help; as a result Plaintiff shared her Dream Visions and information freely in efforts to help Mr. Goode, his family, and humanity.

2. Mr. Goode and/or his associates notably during 2017 and into 2018 used Plaintiff's Dream Vision information as their own work, stories, experiences, and/or discoveries; and fraudulently called it "Synchronicity".

3. Mr. Goode used his covert black operation military training and intuitive empath abilities to astral project, remote influence, and dream hack Plaintiff. Mr. Goode, romantically and sexually manipulated Plaintiff in astral and dream states and then romantic public cyber

gang stalked Plaintiff during waking states. It is believed Mr. Goode was intelligence gathering from Plaintiff for deep state and/or militaristic purposes.

4. Mr. Goode was fully aware of Plaintiff's Shamanic and Dream Vision abilities, even before Plaintiff fully understood them, making Plaintiff an easy TI (Targeted Individual) during 2017. Mr. Goode showed his awareness of Plaintiff's advanced abilities by having an associate (understood to be his personal assistant at the time) use Plaintiff's original artwork on a slide titled "Modern Day Shamans," shown live to hundreds of people at Mr. Goode's for profit event, August 2017, Eclipse of Disclosure, no remedy or attribution was given to Plaintiff at any time.

As a result of Mr. Goode's public fraud; romantic and sexual advances in dream states and 'synchronistic' public use of Plaintiff's original materials; Plaintiff lost professional and personal relationships, financial investments, private contractors, business opportunities, mutual friend and associates, and suffered embarrassment, anxiety, and emotional distress.

Based upon the facts of Civil Conspiracy, Violation of the Colorado Consumer Protection Act, and Fraud, the Plaintiff believes she is entitled to recover damages based upon the foregoing act of Fraud; to include actual damages, consequential damages, non-economic damages (for mental suffering) and punitive damages.

**Count 6 Defamation Per Se CRS 13-80-103(1)(a)** Mr. Goode has knowingly falsely publically accused Plaintiff of criminal acts, sexual misconduct, someone with a mental disease, and defamed Plaintiff in her trade as a dream researcher via libel and slander, notably since July 17, 2018 through to current. This Defamation was performed knowingly as Mr. Goode completely lost his second stalking case (even with fabricated evidence) on August 6, 2018. Every time Mr. Goode publically claimed he was being stalked after August 6, 2018 is clear knowing defamation per se against Plaintiff.

1. Mr. Goode defamed Plaintiff as a stalker to a mutual business associate at GAIA TV, Ms. Medvedich. It is believed Mr. Goode's defamation activities kept Plaintiff from having a fair review of her materials at GAIA TV during 2017 and related to Plaintiff's work and profession.

2. February 2018, Mr. Goode and his associate Mr. Roger Richards, defamed Plaintiff as a 'security risk' to Joan Ocean company located in Hawaii. Plaintiff was denied attendance

at Mr. Goode's then coming event, refunded her money, and humiliated and embarrassed to be labeled as such in a community of individuals involved in Plaintiff's type of work and related profession(s).

3. Notably June 2018 forward, Mr. Goode with his cyber gang stalking associates repeatedly defamed Plaintiff to hundreds of thousands of people as a stalker, someone sexually amoral, and Mr. Goode repeatedly shared the Dream Vision (dated December 16, 2017) where he married Plaintiff to defame Plaintiff in her profession, business, and trade of dream research. Mr. Goode repeatedly falsely stated Plaintiff is 'infatuated' with him, when it is clearly the other way around as he repeatedly publically mentions the marriage dream, cyber stalks, defames, and cyber harasses Plaintiff and refuses to negotiate or discuss any of his use of Plaintiff's Trade Secret materials since date of first Affidavit Pre-Litigation Complaint serviced upon him on/or about April 20, 2018, for legal response.

4. During 2018 to current, Mr. Goode has publically defamed Plaintiff as a stalker, someone sexually amoral, someone with a mental disease, and defamed Plaintiff in her profession and trade, via (but not limited to): Facebook, Twitter, YouTube, and Reddit. Reaching hundreds of thousands and even millions of people.

5. Mr. Goode first publically defamed Plaintiff as a stalker by direct implication (via public cyber communication) on his public Facebook page on July 17, 2018, @BlueAvians, with approximately 100,000 likers by telling his fans he had to obtain a Protection Order, the same day he fraudulently obtained one against Plaintiff. Mr. Goode threatened future defamation of Plaintiff by stating he hoped to make more public statements in the near future.

6. On or about November 18, 2018 Mr. Goode posted on Reddit internet website with "Cosmic Disclosure" user handle seen in the URL, that Plaintiff is a stalker, criminal level cyber-stalker, that he's going to report these behaviors to law enforcement. He proceeds to defame Plaintiff as being sexually amoral and defames Plaintiff in her profession as a dream researcher by again citing the December 2017 marriage to him dream. Mr. Goode does not have legal authorization to disclose the December 16, 2017 dream vision. Mr. Goode further and specifically defames Plaintiff in her trade of dream research (the same trade Mr. Goode promotes as legitimate) as being 'crazy' (mentally diseased) for having accurate dreams that showed Plaintiff knew (via evidence) what Mr. Goode and

his lawyer were up to every step of the way. Mr. Goode also threatened to make public more of Plaintiff's Dream Vision emails, in legal dispute in this instant Trade Secret case. https://www.reddit.com/r/CosmicDisclosure/comments/9xujtc/cg_being_sued_for_fraudin fringement_poster_on/ (Retrieved June 27, 2019)

7. March 17, 2019, Mr. Goode's Facebook friend and business associate Mr. Chuck Raymond defamed Plaintiff as someone sexually amoral, stating Plaintiff claims to have sex with Mr. Goode in his dreams. Plaintiff never told Mr. Raymond that. Mr. Raymond goes on to defame Plaintiff in her trade of dream research by stating Plaintiff is crazy (mentally diseased) thinking she foresees the future.

8. March 20, 2019 Mr. Goode posted to Mr. Raymond's defamatory Facebook post and escalated his defamation hate campaign. Mr. Goode cites the stalking case he lost August 6, 2018 and includes Plaintiff actual name with his "(Montalbano vs Goode)" ensuring its clear who he is defaming as a stalker. Mr. Goode again directly claims Plaintiff is a stalker and escalates Plaintiff to now be part of his fantasy of "Dark Alliance" (aka terrorists/cabal/evil people who rape, kill, infiltrate, and destroy) and is also a death threat to Plaintiff. Mr. Goode further escalates the hate campaign and reputation destruction of Plaintiff by pointing out he also talked about (defamed) Plaintiff live on the Edge Of Wonder YouTube channel.

9. March 18, 2019 Mr. Goode on YouTube channel "Edge of Wonder" with approximately 372,000 subscribers (as of July 21, 2019) defamed Plaintiff as a stalker, someone sexually harassing him, and defamed Plaintiff in her trade of Dream Research by again citing the December 16, 2017 marriage dream, in YouTube video titled, ""*Corey Goode - Alliance Update, Antarctica, Supreme Brand Loves Satan - Edge of Wonder #3.*"and approximately 193,000 views (as of July 21, 2019).

10. Plaintiff informed Mr. Goode by email he made her cry and asked him to stop. He did not.

11. About May 22, 2019 through June 19, 2019 on Mr. Goode's Twitter account @CoreyGoode with approximately 23,000 followers; Mr. Goode and a group of his cyber gang stalkers bullied, harassed, and again defamed Plaintiff publically as a stalker, cyber stalker, "Dark Alliance," someone sexually amoral, someone with a mental disease, and again defamed Plaintiff in her trade of dream research as Mr. Goode mentions the marriage dream and directs his audience to his November 2018 (fake news) Reddit hate

campaign of his. Mr. Goode also flat out lied about the status of this instant case and
tagged local and federal law enforcement in efforts to make himself look like the victim,
when he is repeatedly the aggressor.

**12.** Mr. Goode has knowingly refused to stop defaming Plaintiff since the first Certified
USPS Pre-Litigation Affidavit Complaint and stop and desist notice were delivered on or
about April 20, 2018 to Mr. Goode for lawful response. Plaintiff has asked Mr. Goode
repeatedly over the past 15 months to stop his unlawful acts, he does not.

All of this harassment and defamation was more than Plaintiff could bear and incredibly
emotionally distressing. Subsequently, Plaintiff was in contact with the Grand Junction
Police department multiple times and the Broomfield Police department and sought a
protection order early July 2019 to make all the harassment and defamation stop.

Mr. Goode will continue to escalate his defamation activities of Plaintiff without legal
intervention. Plaintiff has sustained significant personal and profession damages for well
over a year along with severe emotional distress.

Based upon the facts of Defamation, Harassment, and Stalking, the Plaintiff believes she is
entitled to Injunctive Relief and to recover damages based upon the foregoing act of
Defamation; to include compensation for harm to Plaintiff's reputation, personal humiliation,
mental or physical suffering, and loss of income.


**Count 7 Colorado Harassment Law "Kiana Arellano's Law" – CRS 18-9-111** Mr. Goode
has engaged in Harassing Plaintiff via cyberstalking and cyberbullying. He and his internet
associates directed knowingly obscene language and false criminal accusation at Plaintiff
via the internet to include but not limited to: Facebook, Twitter, YouTube, Instagram, and
Reddit. They cyberbullied and harassed Plaintiff and repeatedly threatened and insulted
Plaintiff to cause emotional distress.

1. Mr. Goode has been publicly cyber harassing and cyber bullying Plaintiff notably since
   July 17, 2018 to current and whereby Mr. Goode has been repeatedly asked by Plaintiff
   to stop and he fails to do so.

2. Notably since July 2018 to current, Mr. Goode has repeatedly defamed Plaintiff
   publically as a stalker, someone sexually amoral, someone with a mental disease, "Dark
   Alliance," (aka terrorist) and tells the one marriage Dream Vision repeatedly to harass

and defame Plaintiff in her trade of Dream Research, and to emotionally distress, harass, alarm, and bully Plaintiff.

3. Mr. Goode has regularly and continuously escalated his harassment and threats against Plaintiff most noticeably since July 2018, and typically performs such activities with his cyber gang stalking associates within a few days after Plaintiff posts something he doesn't like, such as the truth about this instant case.

Based upon the facts of Defamation Per Se, Harassment, Stalking, the Plaintiff believes she is entitled to Injunctive Relief and to recover damages based upon the foregoing act of Harassment; to include damages for emotional distress and loss of reputation due to Defendant's conduct and punitive damages.

**Count 8 Colorado Stalking "Vonnie's Law" CRS 18-3-602** Mr. Goode placed Plaintiff under regular internet surveillance by himself and/or his associates for the purpose of defamation per se and harassment of Plaintiff.

1. Mr. Goode and/or his associates cyber stalked Plaintiff romantically during 2017 to defraud Plaintiff of hundreds of Dream Visions.

2. Notably since the opening of this instant case June 25, 2018, Mr. Goode and his cyber gang stalking associates have placed Plaintiff's internet activities under constant surveillance and typically within 2 days of Plaintiff posting anything about the lawsuit or related topics, Mr. Goode or one of his associates are immediately harassing, defaming, and/or bullying Plaintiff.

3. Mr. Goode notably cyber stalked Plaintiff posting on the ProjectAvalon.net forum about the lawsuit against him for fraud and theft, November 2018. Mr. Goode is not a member of the forum and has been banned from returning due to his prolific data mining of the website and members for stories, experiences, and information, years ago. Approximately 2 days after Plaintiff posted on the ProjectAvalon forum, Mr. Goode, posted his Reddit defamation hate campaign.

Based upon the facts of Defamation Per Se, Harassment, Stalking, the Plaintiff believes she is entitled to Injunctive Relief and to recover damages based upon the foregoing act of

Cyber Stalking; to include loss of income, loss of reputation, emotional distress, and punitive damages.

**Count 9 Theft of Trade Secrets CRS 18-4-408((1) and (2)); and ("C.R.S.") § 7-74-101 et seq. (CUTSA);** Mr. Goode deprived Plaintiff of her Trade Secrets with intent to use them as his own or for that of use by another and that are secret and of value and whereby with exception of Mr. Goode; due to belief in his public fraud and that he is poor; reasonable care was taken by Plaintiff to keep her Trade Secrets, secret.

1. During 2017 Mr. Goode misappropriated to himself, largely via email, for he and his associates use approximately 500 Dreams Visions belonging to Plaintiff.

   a. Plaintiff's Dream Visions most readily are quantifiable as tangible hand written stories, most typically classified as Intellectual Property whereby Plaintiff is the author of hundreds of photographed handwritten stories. Dream Visions may be defined as an "Article" (any record, writing, photograph, or drawing) and may also be quantifiable as a 'listing of names,' whereby the names cited in the dreams and the associated Dream Vision data are private and personal information about actual people in waking life and that the Defendant and/or associates are not privy to disseminate or use the private information about said individuals. Plaintiff's Trade Secrets can also be defined as "Representing" (CRS 18-4-408(2)(c)) information describing, depicting, constituting, and reflecting, on future waking state events yet to come.

   b. Dream Visions are secret and of value to the Plaintiff, who is the owner, and that are used in the course of her teachings, publishing career, dream research, and creative profession.

2. Mr. Goode used his public fraud of being a financially poor Secret Space Program whistleblower to divest Plaintiff of her Trade Secrets for free.

3. Mr. Goode used Plaintiff's work on his public for profit show Cosmic Disclosure, the Internet, written or print mediums, public speaking events, or other for profit mediums. No remedy or attribution was given to Plaintiff.

4. Mr. Goode uses Plaintiff's Trade Secrets to research and find current news articles related to the information contained in the Dream Visions, or he makes up fake news stories for his consumers.

5. It is believed, Mr. Goode performed his theft of Plaintiff's Dream Vision Trade Secret Materials, through use of his militaristic remote influencing, astral projection, and dream hacking abilities to romantically and sexually influence Plaintiff in dream and astral states and induced her to share her dream experiences with him for free.

6. Mr. Goode misappropriated Plaintiff's accurate Dream Visions and other density experiences for himself, his associates, and to share with his fraud dream psychic friend, Mr. David Wilcock, a public figure with hundreds, or even over a thousand, inaccurate dream or otherwise predictions.

7. In waking states Mr. Goode utilized public cyber gang stalking to communicate with Plaintiff and remote influencing to encourage Plaintiff to continue to share her precious information for free, that he and his associates used as their own, or destroyed by presenting it as fake news or dis-info.

8. Mr. Goode retold Plaintiff's stories as though his own experiences and/or retailored them into derivative works for his public BLUEBIRD narratives and alleged off world stories.

9. Mr. Goode and or his associates retold Plaintiff's Dream Visions stories as if it was their own secret insider intel, information or experiences, often as derivative works. Most notably Mr. Goode created a derivative work January 2018 based on approximately 20 of Plaintiff's Dream Visions and that Mr. Goode presented as 'fake news' alleging he went off world in other densities with his BLUEBIRD alien friend and other aliens.

10. During 2018 through to current Mr. Goode notably shifted his public romantic cyber gang stalking of Plaintiff to be defamatory and hate based cyber gang stalking and cyber harassment to maintain his public fraud and theft of Plaintiff's Trade Secret (Dream Vision) materials and in efforts to prevent legal remedy and attribution being made due to Plaintiff.

Based upon the facts of Abuse of Process, Malicious Prosecution, Civil Conspiracy, Violation of the Colorado Consumer Protection Act, Fraud, Defamation Per Se, Cyber Harassment, Cyber Stalking, Intentional Infliction of Emotional Distress, Unjust Enrichment, Theft of Trade Secrets, the Plaintiff believes she is entitled to Injunctive Relief and to recover damages based upon the foregoing act of Theft of Trade Secrets; to include compensatory damages (actual damages) incurred, profits the misappropriating party derived from the Trade Secrets; lost sales resulting from the misappropriation; any benefit

the Defendant received as a result of the misappropriation; attorney/legal fees; any additional damages the courts deem appropriate, and punitive damages.

**Count 10 Intentional Infliction of Emotional Distress CRS 7-74-104(2)** Mr. Goode engaged in outrageous conduct with the intent to cause Plaintiff severe emotional distress and Plaintiff has suffered severe emotional distress.

1. Mr. Goode used abuse of process and a malicious prosecution case June 2018 - August 2018, where he knew his stalking case was without merit as he failed his first try to open it and fabricated evidence to succeed the second time. It is believed, Mr. Goode was using the stalking case to avoid and evade the Trade Secret case. His frivolous stalking case was summarily dismissed in Ms. Montalbano's favor August 6, 2018.

2. After August 6, 2018 Mr. Goode and his associates continued to knowingly publically defame Plaintiff as a stalker, someone sexually amoral, someone with a metal disease, and repeatedly shared about the one dream where Mr. Goode married Plaintiff to defame Plaintiff in her trade of legitimate dream research to hundreds of thousands of people via the internet and where Mr. Goode and his associates regularly cyber harassed and bullied Plaintiff. Causing severe emotional distress and anxiety.

3. Mr. Goode regularly and repeatedly uses his military black operation training to sexually and romantically astral visit, dream hack, remote influence, and emotionally manipulate Plaintiff.

4. Mr. Goode has knowingly avoided and evaded addressing or responding to anything regarding his fraud, theft, and use of Plaintiff's Trade Secret materials notably since December 2017. (approximately 19 months of avoiding and evading) These unnecessary delays have been emotionally distressing.

Based upon the facts of Abuse of Process, Malicious Prosecution, Civil Conspiracy, Violations of the Colorado Consumer Protection Act, Fraud, Defamation Per Se, Cyber Harassment, Cyber Stalking, Theft of Trade Secrets, and Intentional Infliction of Emotional Distress, the Plaintiff believes she is entitled to recover damages based upon the foregoing act of Intentional Infliction of Emotional Distress; to include economic and non-economic losses arising from the conduct, for pain and suffering, and punitive damages.

**Count 11 Unjust Enrichment CRS 7-74-104** *See Lewis v. Lewis, 189 P.3d 1134 (Colo 2008)* The Defendant has and continues to benefit off of Plaintiff's Trade Secret work building his reputation off of Plaintiff's stories and experiences, and at Plaintiff's continued expense. Mr. Goode received these benefits under circumstance of fraud that make it unjust for him to continue to maintain the benefit of such without commensurate compensation to Plaintiff.

1. Since 2017, Mr. Goode and his associates have and continue to receive profits from Plaintiff's Trade Secret materials, as used on Cosmic Disclosure, carried at GAIA TV; or other public for profit mediums to include the internet and public for profit speaking events, where Plaintiff's Dream Vision stories and information are retold as part of Mr. Goode's public BLUEBIRD fraud and fake news stories heard by millions of people.

2. Mr. Goode used a malicious prosecution case July 2018-August 2018 against Plaintiff in efforts to maintain his unlawful use and unjust enrichment from Plaintiff's Trade Secrets.

3. Mr. Goode performed defamation, cyber harassment, and cyber stalking of Plaintiff from 2017 through to current to maintain his use and unjust enrichment from Plaintiff's Trade Secret materials.

4. Mr. Goode is continuing to build his reputation and ego as someone being stalked and sexually harassed by Plaintiff (men typically find Plaintiff attractive and intelligent); and/or as someone he is in danger from that he falsely alleges as "Dark Alliance" (aka terrorist, someone that rapes, kills, and destroys) Mr. Goode does this to maintain his public fraud, theft, and use of Plaintiff's Trade Secrets as though his own.

Based upon the facts of Abuse of Process, Malicious Prosecution, Civil Conspiracy, Violation of the Colorado Consumer Protection Act, Fraud, Defamation Per Se, Cyber Harassment, Cyber Stalking, Theft of Trade Secrets, Intentional Infliction of Emotional Distress, and Unjust Enrichment, the Plaintiff believes she is entitled to recover damages based upon the foregoing act of Unjust Enrichment.

Based on the foregoing causes of action, Plaintiff seeks injunctive relief as indicated and monetary damages for loss of income, loss of reputation, emotional distress, attorney/legal fees, punitive damages and such other damages as this Court deems just and proper.

Plaintiff has exhausted all options for remedy and attribution due outside of litigation. See attached Exhibit certified mailings: pre-litigation Complaint, failure notices, and billing statements. (CRE 902(4),(8),(10))

The Defendant(s)  ☐is (are)  ☐is not (are not)  in the military service of the United States. In support of this statement, the Plaintiff(s) set(s) forth the following facts: (State facts concerning military status of the Defendant(s), if the military status of the Defendant(s) is (are) not known, so state here.)
    Unknown

6.  The Plaintiff(s) ☑does (do) ☐does (do) not demand trial by jury (if demand is made, a jury fee must be paid).

☐ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.

☑ By checking this box, I am acknowledging that I have made a change to the original content of this form.

## WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.

Note: All Plaintiffs filing this complaint must sign, unless the complaint is signed by an attorney.

Signature of Plaintiff(s)

Signature of Attorney for Plaintiff(s) (if applicable)

2536 Rimrock Ave Suite 400-117; Grand Junction, Colorado, 81505
Address(es) of Plaintiff(s)

Telephone Number(s) of Plaintiff(s)
970.250.8365

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing MOTION FOR LEAVE OF THE COURT TO AMEND THE COMPLAINT, AMENDED COMPLAINT, PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, PROPOSED ORDER TO STOP AND DESIST DEFAMATION STALKING HARASSMENT AND UNAUTHORIZED USE OF TRADE SECRETS, AFFIDAVIT ALYSSA CHRYSTIE MONTALBANO, and EXHIBITS AQ – AY were sent first class by U.S. Mail, postage prepaid, to Mr. James Corey Goode USPS Certified Mail 7017 2620 0000 7180 8100; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020 and by email to James Corey Goode this 2nd day of August, 2019.

Alyssa Chrystie Montalbano, American Citizen

| District Civil Court, Mesa County, Colorado | |
|---|---|
| Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | ORIGINAL FILED IN<br><br>AUG   2 2019 |
| Plaintiff(s)/Petitioner(s): Alyssa Chrystie Montalbano<br>v.<br><br>Defendant(s)/Respondent(s): James Corey Goode | COMBINED COURT<br>BY LITIGANT<br>▲   **COURT USE ONLY**   ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa Chrystie Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505 | Case Number: 18CV50 |
| Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number:_____ Atty. Reg. #: N/A | Division   10    Courtroom 10 |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Comes now Plaintiff, Alyssa Chrystie Montalbano, pursuant to C.R.C.P. Rule 65; CRS 18-80-103(1)(a) (Defamation Per Se); CRS 18-9-111 (Harassment); CRS 18-3-602 (Stalking); and CRS 7-74-103, (Theft of Trade Secrets), for Injunctive Relief; and moves this court to GRANT this motion for Preliminary Injunction immediately against the Defendant for the following:

## I. **Relevant Procedural Background**

Mid-December 2017, the Defendant, James Corey Goode, was aware Plaintiff was becoming aware of his public fraud and theft of her Trade Secrets. Subsequently, Mr. Goode and his associates defamed Plaintiff as a stalker, sexually amoral, and as someone with a mental disease within her trade and profession of dream research to professionals and to actual and potential consumers.

On or about April 20, 2018 through to June 25, 2018 Mr. Goode was aware Plaintiff was preparing to open a lawsuit against him for fraud and theft as he was being served the Pre-

Litigation Affidavit Complaint and associated mailings, for legal response. Rather than address any of the contents of the Complaint, it is believed Mr. Goode instead used Abuse of Process and a Malicious Prosecution case to avoid and evade, harass, threaten, and try to coerce Plaintiff out of pursuing her legal claim(s) against him.

Mr. Goode and his Texas based legal counsel, Ms. Wilde, knew Mr. Goode's stalking case against Plaintiff was without merit or teeth mid-June 2018 when they failed to open a stalking case on their first attempt. Plaintiff phoned the Broomfield Combined Courts and was informed by the clerks of the court, Mr. Goode's (civil) stalking case, 'did not meet the requirements' and his case was rejected. Subsequent, Mr. Goode with help from Ms. Wilde, avoided and evaded being served the summons for this instant case, 18CV50, for almost 3 weeks. Mr. Goode did not 'appear' in this instant case (July 18, 2018) until after he successfully opened his second stalking case July 17, 2018.

Mr. Goode fabricated evidence for the Broomfield courts in his successful second stalking case attempt. He stated Plaintiff made repeat phone calls when Plaintiff doesn't even have his phone number. Mr. Goode also checked the box he was not aware of his own mutually agreed upon lifelong stalking Protection Order in effect against himself, since October 31, 2014, from a former employer of his, Darling International.

Mr. Goode also stated in his stalking claim the main "imminent threat" was a lawsuit, this instant case, and of which he and Ms. Wilde were actively avoiding and evading service of the summons notably since July 1, 2018, when Plaintiff requested cooperation of service of Mr. Goode from Ms. Wilde and no reply was received until July 13, 2018.

Mr. Goode failed to serve Plaintiff the summons for his second frivolous stalking case and withheld the case from Plaintiff until barely 24 hours prior the hearing; leaving Plaintiff no time to find legal representation. Plaintiff appeared anyways at the hearing July 24, 2018. After the Magistrate read Ms. Montalbano's papers she vacated the temporary civil Protection Order, scolded Mr. Goode for failure to serve, and ordered him to retain legitimate Colorado legal counsel. Mr. Goode alleged he'd have witnesses testify and the temporary protection order was reinstated, Ms. Montalbano V.C. (Vi Coactus) signed it under duress, and the matter was continued to August 6, 2018. Plaintiff retained legal counsel, drove 5 hours (one way) and appeared with counsel August 6, 2018 at the continuance hearing. Mr. Goode failed to appear and the order was vacated a second time and the case dismissed in Ms. Montalbano's favor.

After Mr. Goode failed in his legal court stalking claims (twice) he continued to publicly defame Plaintiff as a stalker to hundreds of thousands of people. Mr. Goode works in a trade where dreams are an important part of his teachings and are important to the actual and potential consumers, who are also Plaintiff's trade audience and consumers, and are the same professionals and consumers Mr. Goode regularly defames Plaintiff to. This defamation has now reached hundreds of thousands of people and may even extend into the millions. Mr. Goode has consistently escalated his harassment and public hate-smear campaigns against Plaintiff and regularly defames her as a stalker, someone sexually amoral, and as someone with a mental disease. Mr. Goode regularly defames Plaintiff in her trade and profession of dream research to mutual consumers and professionals through repeatedly citing the December 16, 2017 dream where he married Plaintiff. Plaintiff has never spoken publicly of

that dream and Mr. Goode is not authorized to discuss it. Mr. Goode also repeatedly defames Plaintiff in her trade as being 'crazy' (mentally diseased) thinking she foresees the future, when Plaintiff can legally prove such, and whereby Mr. Goode and his fraud dream psychic associate, Mr. David Wilcock, repeatedly make false dream or otherwise psychic predictions and that are heard by millions of people, most often as 'fake news.'

Mr. Goode repeatedly threatens Plaintiff with escalating his hate campaigns and then proceeds to do so. Mr. Goode has also threatened to publicly reveal more of Plaintiffs Trade Secrets as largely sent to him by email during 2017. Mr. Goode has defamed Plaintiff privately and publicly for well over a year and a half now and is destroying Plaintiff's personal and professional reputation as he continues to use Plaintiff's original Intellectual Property materials as his own.

A preliminary injunction is warranted, as irreparable damage will be incurred to Plaintiff, Alyssa Chrystie Montalbano and her business Ari Stone Art LLC, if the Defendant, James Corey Goode, is not immediately restrained from his continued public and private defamation activities of libel, slander, cyber harassment/bullying, and cyber stalking of Plaintiff; along with ordering Mr. Goode to stop publicly disclosing Plaintiff's Trade Secret materials to hundreds of thousands and even millions of people.

## II. **DISCOVERY CONTROL PLAN**

1. Discovery should be conducted pursuant to C.R.C.P. 16, and 26-37.

## III. **POINTS OF AUTHORITY**

2. Plaintiff has achieved reasonable merits for the probability of success through:

(a) The dismissal of Mr. Goode's stalking case (even with his fabricated evidence), in favor of Ms. Montalbano, August 6, 2018.

(b) Since August 6, 2018 to current; the Defendant has continued to repeatedly defame Plaintiff publicly and privately as a stalker, someone sexual amoral, someone with a mental disease, and as "Dark Alliance" (aka someone who is a terrorist, evil, rapes, kills, and destroys) to actual or potential consumers in Plaintiff trade; whereby Mr. Goode defames Plaintiff as being 'crazy' for seeing the future in dreams; and whereby Mr. Goode and Mr. Wilcock's public fraud is based on foretelling the future via dreams and alleged other density alien experiences, or other psychic means and whereby they are repeatedly inaccurate. Mr. Goode's false, defamatory, and criminal accusations against Plaintiff have been heard by hundreds of thousands and even possibly millions of people and are causing severe economic and non-economic damages to Plaintiff.

(c) Mr. Goode has a stalking Protection Order issued against him from a former employer, Darling International, located in the state of Texas. During 2014, Mr. Goode was released from employment for lack of performance. Subsequently, Mr. Goode fabricated a completely fictional reality by video against Darling International and posted it to YouTube. Mr. Goode then made sure his former employer saw it and then promptly removed it. Mr. Goode fabricated evidence in his YouTube video in efforts to frame his former employer as a terrorist allegedly threatening him and his family, when Mr. Goode was in fact threatening them with violence. Mr. Goode threatened to publicly defame Darling International via the news and to completely destroy their reputation. In Mr.

Goode's YouTube video he also admitted to a having Complex PTSD and brain trauma, amidst other serious issues. Subsequently Darling International had a lifelong Stalking Protection Order granted against Mr. Goode as they were concerned for their lives. See Darling vs Goode: Dallas County, Texas, District Civil Court, Cause No DC-14-04807, dated 5/5/2014 and permanent Protection Order granted October 31, 2014.

(d) Mr. Goode affirmed under penalty of perjury on the Broomfield Court record, July 17, 2018, when filing his stalking case against Plaintiff, that he was not aware of his own mutually agreed upon Permanent Stalking Protection Order in effect and as issued against him October 31, 2014, Cause No DC-14-04807, with his former employer, Darling International.

Mr. Goode has continued to perform these exact same activities and behaviors of creating fictional realities with fabricated evidence since 2014 via his public fraud and notably against Plaintiff since December 2017.

3. Irreparable harm will result to Plaintiff and her business, Ari Stone Art LLC, if an injunction is not immediately issued as damages done by the end of this lawsuit by Defendant will be irreparable and irreversible.

4. The threatened injury to Plaintiff's good name, business, and the physical safety of Plaintiff and her family, far outweighs the harm that the injunction may cause to the Defendant.

5. The injunction will not adversely affect the public interest. *See Langlois v. Board of County Com'rs of County of El Paso*, 78 P.3d 1154, 1158 (Colo. App. 2003).

6. The balance of the equities favors the injunction.

7. The injunction will preserve the status quo pending trial on the merits. *See Gitlitz v. Bellock*, 171 P.3d 1274 (Colo. App. 2007)

## IV.  FACTUAL BACKGROUND

8. Factual Reasons in Support of Preliminary Injunction while the lawsuit progresses:

9. Plaintiff hereby incorporates all allegations set forth within the attached AFFIDAVIT ALYSSA CHRYSTIE MONTALBANO as though set fully herein.

## V.  CAUSES OF ACTION

### COUNT 1 : LIBEL AND SLANDER – DEFAMATION

10. Plaintiff incorporate the allegations set forth above as if set forth fully herein.

11. Plaintiff reasonably fears public hate (smear) campaigns of libel and slander, threats, and/or hate communications, cyber stalking, cyber bullying; and the unlawful and improper retelling and/or release of her Trade Secrets by the Defendant and/or his associates based on the Defendant doing so and threatening to do so.

12. The Defendant acted intentionally and/or knowingly to defame Plaintiff as a stalker, someone sexually amoral, someone with a mental disease, and defamed Plaintiff within her trade of dream research to mutual consumers and professionals, most notably since August 6, 2018 after Mr. Good's civil stalking case was dismissal in Ms. Montalbano's favor.

## COUNT 2 : CYBER STALKING

13. Plaintiff incorporates the allegations set forth above as if set forth fully herein.

14. The Defendant cyber stalks Plaintiff on the internet notably via: Facebook, Instagram, Twitter, and YouTube in order to publicly harass and defame Plaintiff in her trade and profession within days of her posting anything Mr. Goode does not like, such as Plaintiff publicly telling the truth about the lawsuit. Mr. Goode's subsequent harassment is highly malicious where he and his gang stalker associates defame Plaintiff as being a stalker, someone sexually amoral, someone with a mental disease, and Mr. Goode defames Plaintiff in her trade of dream research by notably retelling the dream from December 16, 2017 where Mr. Goode married Plaintiff and whereby Mr. Goode and his associates are not authorized to re-tell that Dream Vision experience.

## COUNT 3 : CYBER HARASSMENT AND BULLYING

15. Plaintiff incorporates the allegations set forth above as if set forth fully herein.

16. Based on the facts contained in Count 1 of Defamation and Count 2 of Cyber Stalking, these acts are believed to be knowingly performed for the purpose to harass, bully, alarm,

annoy, emotionally distress, and coerce Plaintiff to drop legal charges against Mr. Goode for the instant Trade Secret case.

## COUNT 4 : THEFT OF TRADE SECRETS

17. Plaintiff incorporates the allegations set forth above as if set forth fully herein.

18. Mr. Goode has publicly threatened to release more of Plaintiff's Trade Secrets (Dream Visions and associate emails) publicly. Mr. Goode has continuously released the Trade Secret Dream Vision from December 16, 2017 where he married Plaintiff and whereby Mr. Goode and his associates are not authorized to do so. Due to Mr. Goode's past and ongoing use of Plaintiff's Trade Secrets and current threats to publicly release more, Plaintiff is reasonably concerned Mr. Goode will publicly release more of Plaintiff's Trade Secret materials, this would be severely damaging to Plaintiff both personally and professionally.

19. Mr. Goode regularly threatens to escalate his hate and smear-campaigns against Plaintiff and then proceeds to do so. Mr. Goode continues to discuss Plaintiff's Trade Secrets when he is not authorized to do so. Mr. Goode has been repeatedly noticed to stop since April 2018. He does not. It is believed without legal intervention Mr. Goode and/or his associates will continue to escalate the malicious defamation against Plaintiff and will continue to release Plaintiff's Trade Secrets.

20. As a result of the Defendant's conduct or threatened conduct, Plaintiff has and/or will suffer immediate and irreparable harm and injuring for which there is no adequate

PLAINTIFF'S MOTION FOR PRELIMARY INJUNCTION                                                    Page **9** of **14**

remedy at law. Additionally, as a proximate result of this conduct, Plaintiff has suffered monetary damages within the limits of this Court.

## APPLICATION FOR PRELIMNARY INJUNCTION

21. Plaintiff incorporates the allegations set forth above (in sections IV and V) as if set forth fully herein.

22. As set forth above, the Defendant's unlawful acts or threats of unlawful acts are, and are continuing to cause, immediate and irreparable injury and harm to Plaintiff, for which there is no adequate remedy at law.

23. Plaintiff will, and already has established, a substantial likelihood of success on the merits of the cause of action in this case for which such requirement is applicable and necessary for entry of a preliminary injunction.

24. The harm faced by Plaintiff far outweighs any harm that would be sustained by the Defendant if the preliminary injunction sought hereby were granted. As set forth in the Affidavit Alyssa Chrystie Montalbano attached hereto, the Defendant has engaged in inappropriate and/or unlawful conduct and made express or implied threats against Plaintiff. Without a Preliminary Injunction, the Defendant, will likely continue to engage in this conduct and make threats against Plaintiff, disrupt professional operations, destroy Plaintiff's reputation, and/or engage in other disruptive, unlawful, and/or threatening actions towards Plaintiff. Plaintiff is, therefore, without a complete remedy at law and will suffer irreparable harm if the conduct and threats continue. Therefore Plaintiff requests the injunctive relief describe in greater detail in the Prayer, which is incorporated

by reference as if set forth fully herein, to protect Plaintiff. Moreover the issuance of a preliminary injunction would not adversely affect the public interest.

25. Accordingly, Plaintiff respectfully asks this Court to enter a preliminary injunction from now until such time as there is a trial on the merits, and subsequently to enter a permanent injunction, after a trial on the merits, requiring the Defendant to refrain from committing or threatening to commit the conduct described in the Prayer below.

26. Greater injury will be inflicted upon Plaintiff by the denial of injunctive relief than would be inflicted upon the Defendant by granting such relief.

## DAMAGES

27. As a result of the Defendant's conduct Plaintiff and her business have been and/or will be damaged. Plaintiff has suffered and/or will suffer general and special damages.

## PRAYER

28. WHEREFORE, Plaintiff requests the Defendant, James Corey Goode, be cited to appear and answer; and

   A. That this court issue a Preliminary Injunction enjoining the Defendant from committing or threatening any of the following:

   (1) Committing or threatening any act of violence or harassment against Plaintiff, Ari Stone Art LLC, its officers, directors, board members, executives, investors, and/or employees (collectively, "Protected Parties");

   (2) Communicating in a threatening or harassing manner with Plaintiff, Ari Stone Art LLC, or protected parties;

(3) Threatening or harassing Plaintiff and or the Protected Parties in person, by telephone, email, social media and/or internet posting, including but not limited to YouTube, Twitter, Instagram, Reddit, Facebook, or any other means of in person, written, or electronic communication.

(4) Making a threat to Plaintiff or Protected Parties or engaging in harassment through another person against Plaintiff and/or Protected Parties.

(5) Stalking, cyber stalking, cyber gang stalking, or engaging in conduct directed specifically to Plaintiff and/or the Protected Parties, which is reasonably likely to harass, annoy, alarm, abuse, torment, or embarrass Plaintiff and/or the Protected Parties, or disrupt the business operations or of Ari Stone Art LLC.

(6) Making or posting threatening, harassing, and/or defamatory comments or postings about Plaintiff and/or Protected Parties on social media websites or the internet generally; and/or

(7) Disrupting the workplace or operation of Ari Stone Art LLC by telephone, fax, e-mail, or other forms of communication directed or sent to the office(s) of Ari Stone Art LLC or by telephoning, faxing, emailing, or otherwise communicating with Plaintiff or Protected Parties in a manner that is reasonably likely to disrupt Plaintiff workplace and/or daily life operations or with the intent of doing so.

(8) Any act of defamation, harassment, libel and slander against Plaintiff and/or any of Plaintiff's associates, professional contacts, mutual associates, friends, family

members, employees, employers, potential employers, customers, agents, vendors, attorneys, investigators, clients and customers, or threatening violence, harm, or harassment against Ari Stone Art LLC and the Protected Parties;

(9) Engage in any public or private libel, slander, and defamation campaigns against Plaintiff.

(10) Discussing publicly or privately, private emails, Dream Visions, information, research, and Trade Secret data belonging to Plaintiff.

(11) Discussing private emails of legal conversations publicly or privately with anyone not a lawful party to the case.

(12) Remove all known and cited defamation per se campaigns from the internet and make a public retraction and apology.

B. This Court set a date for a preliminary injunction hearing and, at such time, issue a preliminary injunction enjoining the Defendant from or ordering the Defendant to refrain from the same acts listed above;

C. Upon final trial, enter a permanent injunction enjoining the Defendant from or ordering the Defendant to refrain from the same acts listed above; and

D. Award Plaintiff such other and further relief to which Plaintiff may be justly entitled.

Respectfully Submitted and All Rights Reserved,

Alyssa Chrystie Montalbano

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **MOTION FOR LEAVE OF THE COURT TO AMEND THE COMPLAINT, AMENDED COMPLAINT, PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, PROPOSED ORDER TO STOP AND DESIST DEFAMATION STALKING HARASSMENT AND UNAUTHORIZED USE OF TRADE SECRETS, AFFIDAVIT ALYSSA CHRYSTIE MONTALBANO, and EXHIBITS AQ – AY** were sent first class by U.S. Mail, postage prepaid, to Mr. James Corey Goode USPS Certified Mail 7017 2620 0000 7180 8100; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020 and by email to James Corey Goode this **2ⁿᵈ day of August, 2019.**

Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen

| District Civil Court, Mesa County, Colorado | |
| --- | --- |
| Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | |
| Plaintiff, Alyssa-Chrystie: Montalbano | ▲     **COURT USE ONLY**     ▲ |
| v. | |
| Defendant: James Corey Goode | Case Number: 18CV50 |
| | Division: 10  Courtroom: 10 |

## PROPOSED ORDER TO STOP AND DESIST DEFAMATION, STALKING, HARASSMENT, AND UNAUTHORIZED USE OF TRADE SECRETS

This court, after due consideration of the request by Plaintiff, Alyssa Chrystie Montalbano and upon reading the MOTION FOR PRELIMINARY INJUNCTION, and attached AFFIDAVIT ALYSSA CHRYSTIE MONTALBANO in support of the PROPOSED ORDER TO STOP AND DESIST DEFAMATION, STALKING, HARASSMENT, AND UNAUTHORIZED USED OF TRADE SECRETS, as filed by the Plaintiff in the above captioned matter against the Defendant, James Corey Goode; hereby ORDERS, ADJUDGES, and DECREES this Preliminary Injunction of this Court

Defendant, and Defendant's agents, servants, and those persons acting in concert or participation with him / them who receive actual notice of this Preliminary Injunction

by personal service or otherwise, shall be and hereby are enjoined and prohibited from the following:

(1)     Committing or threatening any act of violence or harassment against Plaintiff, Ari Stone Art LLC, its officers, directors, board members, executives, investors, and/or employees (collectively, "Protected Parties");

(2)     Communicating in a threatening or harassing manner with Plaintiff, Ari Stone Art LLC, or protected parties;

(3)     Threatening or harassing Plaintiff and or the Protected Parties in person, by telephone, email, social media and/or internet posting, including but not limited to YouTube, Twitter, Instagram, Reddit, Facebook, or any other means of in person, written, or electronic communication.

(4)     Making a threat to Plaintiff or Protected Parties or engaging in harassment through another person against Plaintiff and/or Protected Parties.

(5)     Stalking, cyber stalking, cyber gang stalking, or engaging in conduct directed specifically to Plaintiff and/or the Protected Parties, which is reasonably likely to harass, annoy, alarm, abuse, torment, or embarrass Plaintiff and/or the Protected Parties, or disrupt the business operations or of Ari Stone Art LLC.

(6) Making or posting threatening, harassing, and/or defamatory comments or postings about Plaintiff and/or Protected Parties on social media websites or the internet generally; and/or

(7) Disrupting the workplace or operation of Ari Stone Art LLC by telephone, fax, e-mail, or other forms of communication directed or sent to the office(s) of Ari Stone Art LLC or by telephoning, faxing, emailing, or otherwise communicating with Plaintiff or Protected Parties in a manner that is reasonably likely to disrupt Plaintiff workplace and/or daily life operations or with the intent of doing so.

(8) Any act of defamation, harassment, libel and slander against Plaintiff and/or any of Plaintiff's associates, professional contacts, mutual associates, friends, family members, employees, employers, potential employers, customers, agents, vendors, attorneys, investigators, clients and customers, or threatening violence, harm, or harassment against Ari Stone Art LLC and the Protected Parties;

(9) Engage in any public or private libel, slander, and defamation campaigns against Plaintiff.

(10) Discussing publicly or privately, private emails, Dream Visions, information, research, and Trade Secret data belonging to Plaintiff.

(11)   Discussing private emails of legal conversations publicly or privately with anyone not a lawful party to the case.

(12)   Remove all known and cited defamation per se campaigns from the internet and make a public retraction and apology.

The Court finds that the Preliminary Injunction, describes in reasonable detail the acts or acts sought to be restrained and gives fair notice to the Defendant of what he is prohibited from doing.

Therefore, this Court finds that there is good and sufficient reason, backed by facts and legal arguments known to the parties and/or legal counsel, and finds this Preliminary Injunction is warranted until a trial on the merits can be had.

Respectfully submitted, All Rights Reserved

alyssa Chrystie Montalbano

Plaintiff, Alyssa-Chrystie: Montalbano, American Citizen

☐GRANTED          ☐DENIED

SIGNED, this_____day of _____, 20_____.

BY THE COURT:

_____

U.S. MAGISTRATE / JUDGE

| District Civil Court, Mesa County, Colorado<br><br>Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | ORIGINAL FILED IN<br><br>SEP 0 9 2019<br><br>COMBINED COURT<br>BY LITIGANT |
|---|---|
| Plaintiff(s)/Petitioner(s): Alyssa Chrystie Montalbano<br>v.<br><br>Defendant(s)/Respondent(s): James Corey Goode | ▲ **COURT USE ONLY** ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa Chrystie Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505 | Case Number: 18CV50 |
| Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number:_____ Atty. Reg. #: N/A | Division 10 Courtroom 10 |

## MOTION TO RULE ON MOTIONS

Plaintiff, Alyssa Chrystie Montalbano, moves this court to GRANT this motion and rule on and GRANT the following motions filed August 2, 2019: PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION and MOTION FOR LEAVE OF THE COURT TO AMEND THE COMPLAINT; for the following:

### I. Relevant Procedural Background

This Trade Secret matter was initiated for legal remedy June 25, 2018. Since Plaintiff began seeking legal remedy Defendant, James Corey Goode, has consistently defamed, stalked, harassed, and bullied Plaintiff. Mr. Goode has consistently escalated his abuse since January 2018, avoids and evades addressing the issues at claim, and is becoming an increasing danger to Plaintiff and the public community.

### II. POINTS OF AUTHORITY

1. Mr. Goode escalated his public hate and defamation campaign against Plaintiff and directly cited Plaintiff by name to thousands of Twitter followers. (See EXHIBIT AZ)

2. Mr. Goode is again threatening to further defame and embarrass Plaintiff by releasing the private phone call his associate recorded and he eavesdropped in on, and continues to refuse to discuss or negotiate any of the issues at claim. (See EXHIBIT AZ)

3. Mr. Goode has become an increased threat and danger to Plaintiff and the public community with his fraud; fictional realities; and he publicly claims to have Dementia.

4. The delays in this matter being heard have caused further personal and professional damages to Plaintiff: to include the loss of another professional relationship, financial strain, disrupted sleep patterns, and severe depression.

## III.   PRAYER

5. WHEREFORE, Plaintiff requests this honorable court set a Preliminary Injunction hearing to maintain the peace until the matters at issue may be heard at trial and that Defendant, James Corey Goode, be cited to appear and answer.

Respectfully Submitted and All Rights Reserved,

*Alyssa Chrystie Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

Declaration of Conferral: Plaintiff having attempted conferral (D.C.COLO.LCivR 7.1) with pro se Defendant, James Corey Goode; and Plaintiff having only an email address for contact of Defendant and having exhausted the use thereof, and Defendant not having provided the courts with proper contact information on his legal filings in accordance with C.R.C.P. Rule 11 and Defendant having failed to lawfully enter his out of state attorney Pro Hac Vice (C.R.C.P. Rule 221) or any proper attorney onto this honorable court's record; Plaintiff has been unable to reach Defendant for proper conferral.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **MOTION TO RULE ON MOTIONS and EXHIBIT AZ** were sent first class by U.S. Mail, postage prepaid, to Mr. James Corey Goode USPS Certified Mail 7017 2620 0000 7180 8063; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020 and by email to James Corey Goode this 9nd day of September, 2019.   *Alyssa Chrystie Montalbano*

Alyssa Chrystie Montalbano, American Citizen



5:16 AM  100%

## Notifications



**All**                    Mentions



**Corey Goode (Official)** · 5m ⌄
Replying to @Jm4n
@DevolutionMan and 19 others

Wack job suing me 4 stealing her dreams & I married to her n another dimension? I was cheating on her with my wife? We have it all in writing & recorded call. Looking forward to it all coming out in discovery. Judge called Aristone delusional 4 a reason! Wackos unite against CG?

Screenshot Sept 7, 2019

EXHIBIT AZ

💬 1      ⟲      ♡      ⬆

(217) Corey Goode - Litigation Agreement Signed - Jay Weidner - Gaia TV - Law Suits i...    Page 1 of 5



EXHIBIT CC
DOXXING and Defamation

/* Most common used flex styles*/ /* Basic flexbox reverse styles */ /* Flexbox alignment */ /* Non-flexbox positioning helper styles */

## Filed Mesa Court - March 23, 2020



Up next                                    AUTOPLAY


Jesse Ventura |
Talks at Google
Talks at G...
Recommended
for you

#2018CV50 #RingOfFire #DarkAlliance

Corey Goode - Litigation Agreement Signed - Jay Weidner - Gaia TV - Law Suits
incoming

2,348 views • Mar 2, 2020          👍 184    👎 31    ➦ SHARE    ⬇ SAVE    •••


CORONA HOAX
AND 5G LED ...
ANTHONY STE...
Recommended
for you
New

COREY GOODE
3.79K subscribers                         SUBSCRIBE


CORONA AND
THE GREEN ...
ANTHONY STE...
3.4K views •
4 days ago
New

To contribute evidence or testimony on the activities of current/former
employees/executives/contractors of Gaia TV, Jirka Rysavy, Jay Weidner, Jimmy Church
(Rita), Dark Journalist, Clif High, CW Chanter, Steve Cambrian, Ari Stone, Stina Bobina,
Conscious Life Expo, Contact in the Desert, Richard Dolan, Linda M Howe, Project Avalon
Forum aka Bill Ryan or others (Related to our case) please email me with 'ATTN Legal Team'
at SphereBeingAlliance@gmail.com.
If you are under NDA contracts we are happy to subpoena you so you can speak on the
record.


CORONA HOAX -
PUBLIC ...
ANTHONY STE...
Recommended
for you

I will be posting all court documents publicly on SphereBeingAlliance.com and published
below.
ALYSSA CHRYSTIE MONTALBANO aka @AriStone vs. JAMES COREY GOODE - Mesa, Co
District Court Case #2018CV50 - https://spherebeingalliance.com/docum...


Kerry Cassidy
and Mark ...
C.W. Chanter
382 views •
Streamed 1 hour

GOODE VS Gaia Inc./Jay Weidner - Link coming soon

NJ Bar Association Complaint - CW Chanter aka Ben Zavodnick - Link coming soon


LIVE: Top
stories & ...
FOX 10 Ph... ✔
776 watching
🔴 LIVE NOW

#RingOfFire #DarkAlliance #20andback #BlueChickenCult #GaiaTV #F2B #JChurchRadio
#FaderNauts #RICO #Cyberstalking


Best Carol
Burnett Show ...
FrownsUpside...
Recommended
for you

Video unlisted link leaked. Making public now instead of the planned date. Nothing they can
do about what is coming now anyway...

Category          People & Blogs


CIA's secret
brainwashing ...
The Fifth E... ✔
Recommended
for you

SHOW LESS

177 Comments          ↕ SORT BY


All the Pieces
are moving int...
RichieFromBos...
36K views •
2 days ago
New

 Add a public comment...


5G KILLS
INSECTS - ...
ANTHONY STE...
Recommended
for you
New


"The truth
about mobile ...
The University ...
Recommended
for you



I have never worked at or for Gaia TV
& all people listed here are potential
or actual witnesses in the case

This is more harassment
as he's publicly releasing
my private contact info
to his cult following.


EXHIBIT CK
5 pages

**Filed Mesa Court - July 20, 2020**


**Ari Stone**
Jan 21 at 6:56 PM · 🌐
2020

Ari Stone Facebook post

A great YouTube video by Natasha Hynes, regarding Corey Goode's public frauds and schemes and showing his bad behavior patterns and many that he's hurt in the community.

All things I've been dealing with as well, only in the court record.

Please share to help others see the truth as well. So they don't make the same mistake myself and others... See More



YOUTUBE.COM
**Is Corey Goode a Fraud?**
Is Corey Goode a Fraud? Thank you to all the independe...

 Chantel Rose and 3 others        33 Comments

 Like         Comment         Share

 **Chantel Rose and 3 others** >

Ari Stone
Facebook
Jan 21, 2020 post



**Carol Janzen**
Dropped all of these guys so long ago the only one i listen to is Emery sometimes. At least he is normal and talks to you like your a person. He is a good guy

17w  Like  Reply                    

**Ari Stone**
I would have too had I not been in the situation I'm in. I largely talk about it via Twitter or my new YouTube Channel for that purpose

YouTube.com/deprogrammer

I will also be sharing on this channel about my Dream Visions that have already occured or are occurring, so people can see what I've seen and how dreams work. My particular dream journey involves both Corey Goode and David Wilcock rath... See More

YOUTUBE.COM
Deprogrammer

17w  Like  Reply

**Aaron Moriarity**
Corey has always said he is no guru and he does not have all the answers, he only knows what he has experienced, he is dropping info the cabal does not want anyone to believe, so they have been attacking him, so sad, the one that called for unity in the community. So sad to see people falling for the divide and concur tactics of the embedded cia ufo researchers, you know the ones, the ones that are always showing up in the fake news msm. Corey is for real, I feel sad for you all, falling for the cabal crap again.

17w  Like  Reply

View 25 previous replies...

Ari Stone Carol Janzen Thank you. I saw t...

Carol Janzen Aaron Moriarity - I am really...

Carol Janzen Ari Stone Good to hear, would...

**Aaron Moriarity**
Why would he include in his story very embarrassing and awkward parts like when he was told by another ssp to take his clothes off and put them onto a pedestal, then a Woman came up to him and handed him the clothes he was to put on, all while is buddy was laughing at him. Think about that, if I was making up a story, I would not make up something that makes me look bad.

16w  Like  Reply

Ari Stone Aaron Moriarity It is unclear what...

Write a comment...

< **Replies**

 ~~The Cult of Corey Goode~~
(The Cosmic Con - Ep 2)

16w **Like** **Reply**

Facebook
Jan 21, 2020

 **Carol Janzen**
**Ari Stone** You could use this
video in court it is from the gaia
TV editor
https://www.youtube.com/watch
?v=M6WRnA17OrM  1

 YOUTUBE.COM
The Cult Of Corey Goode
(The Cosmic Con - Ep 2)

16w **Like** **Reply**

 **Aaron Moriarity**
Hit piece by the cabal, Dolan is cabal
controlled. Their plan is to put out hit
pieces so the message gets lost and
they keep all of the tech secrets and
disclosure goes nowhere. I will say it
again, if you are not totally under the
spell of the cabal, The Message and
Disclosure are the only thing that
matters, they are dividing us, can't
you see??

16w Like Reply  1

 Write a reply... 



# Corey Goode (Official)
1,420 Tweets

**Tweets**   **Tweets & replies**   **Media**   **Likes**



SIMON ESLER
"WORLDS WITHIN"

3,576 views

*Screenshot Feb 28, 2020 @ 7:06pm*

💬 9      🔁 44      ♡ 125      ⬀

↻ Corey Goode (Official) Retweeted

**Rob Vannoy** @RobVannoy · 3d

@CoreyGoode @david_wilcock @Jordan_Sather_

*know organized cyber stalking harasser associate of MR. Goode's*

He is actually really good and I just bet with time (Aron Moriarity) is gonna do really well spreading the Truth. Talking about, William Tompkins, Andrew Basiago, Corey Goode & more
youtube.com/watch?v=Zv3F07…

💬 7      🔁 10      ♡ 52      ⬀

## Show this thread

**Promoted Tweet**



**Travelfuntu** @travel_funtu
This Photo Has Not Been Edited, Loo...



Thread

Corey Goode (Official) Retweeted

**Rob Vannoy**
@RobVannoy

@CoreyGoode @david_wilcock
@Jordan_Sather_
He is actually really good and I
just bet with time Aron Moriarity is
gonna do really well spreading the
Truth.
Talking about, William Tompkins,
Andrew Basiago, Corey Goode &
more

▶ YouTube



**Truth Quest 3**
Talking about, William Tompkins, Andrew
Basiago Also highlighting what needs light.
https://teespring.com/stores/truth-quest-2
https://teespring.com/stores/t...

**Open in YouTube app**

6:54 PM · 25 Feb 20 · Twitter Web App

**10** Retweets **52** Likes

♡        ⇄        ♡        ⤴

**Rob Vannoy** @RobVannoy · 2d



♡        ⇄        ♡ 4        ⤴

**Aaron Joel Moriarity** @JoelMor... · 2d
Replying to @RobVannoy @CoreyGoode
and 2 others
Thank you Rob!
♡ 1      ⇄      ♡ 2      ⤴

**Rob Vannoy** @RobVannoy · 2d
Your Most Welcome Brother! I like what
you do and the message you share.
Namaste and looking forward to more.
🙏💙🙏
♡        ⇄        ♡ 2        ⤴

**Aaron Joel Moriarity** @JoelMo... · 45m
Replying to @RobVannoy @CoreyGoode
and 2 others
Here is the next one... youtube.com/
watch?v=pn8yjT...
♡ 1      ⇄ 1      ♡ 1      ⤴

**Rob Vannoy** @RobVannoy · 39m



♡        ⇄        ♡ 1        ⤴

**Operation Theatre** @Broward_Br... · 2d
Replying to @RobVannoy @CoreyGoode
and 2 others
#Q drop this.. 1st thought is you know
who
Love and Light, Patriot.
Have faith and trust in yourself.
WWG1WGA!!!
Q
♡ 1      ⇄      ♡ 2      ⤴

**Rob Vannoy** @RobVannoy · 2d

*handwritten, right side:*
Screenshot
Feb 28, 2020
@7:07pm

*handwritten, left side:*
only fully
discovered association
w/ MR. Goode from
these tweets.



EXHIBIT CL
2 pages

Screenshot
Feb 18, 2020
@ 8:31 AM

← Corey Goode  Q



**Corey Goode**
Feb 12 at 5:32 AM · ☉

Ari Stone's (AKA Alyssa Montalbano) frivolous lawsuit against me was dismissed for failure to state a cognizable claim as "dream visions are neither tangible or intangible property" and I did not defame her. The Court has ordered Ari Stone to pay my legal fees for improperly instigating and prolonging this litigation. I am very grateful to all of our friends and supporters who have kept me and my family in your thoughts through all of this. Keep an eye out for further actions against these Jay Weidner/Gaia TV/Dark Alliance proxies in the coming weeks. We will PROVE who is behind all of this. DISCLOSURE starts here! The SWAMP in Ufology will be exposed and drained in 2020.




👍 Like          💬 Comment          ↪ Share

🅾️💙 J Briana Palasek and 1.7K others

Most Relevant ⌄

 Write a comment... 

EXHIBIT CM
3 pages

Twitter

Screenshot Feb 25, 2020
@ 3:29pm



**Corey Goode (Official)** @CoreyGoode · 1h

ALYSSA CHRYSTIE MONTALBANO aka Ari Stone vs.
COREY GOODE - youtube.com/watch?v=sLbMRM...
@AriStone @jayweidner1 @c_chanter
@YourMotherGaia #RingOfFire #DarkAlliance
#cyberstalking



ALYSSA CHRYSTIE MONTALBANO aka Ari Stone
vs. COREY GOODE

🔗 youtube.com

💬 15          ⟲ 12          ♡ 60          



#DarkAlliance #2018CV50

## ALYSSA CHRYSTIE MONTALBANO aka Ari Stone vs. COREY GOODE

2,872 views · 2 months ago

| 👍 231 | 👎 22 | ➦ Share | ⬇ Download | ⊞ Save |



COREY GOODE
4.32K subscribers

**SUBSCRIBE**

Published on Feb 25, 2020

Alleged cyber-stalker ALYSSA CHRYSTIE MONTALBANO aka @AriStone has worked with the #DarkAlliance Jay Weidner and other current/former Gaia TV executives/employees/contractors to cyber harass and Tort interference against Corey Goode.
https://spherebeingalliance.com/docum...
ALYSSA CHRYSTIE MONTALBANO aka @AriStone vs. JAMES COREY GOODE - Mesa, Co District Court Case #2018CV50

Motions against Judge Flynn.pdf

Evidence - Montalbano Tangible Dream vision Trade Secret 02-19-2020.pdf

Exhibits, part 1 02-19-2020.pdf

Exhibits, part 2 02-19-2020.pdf

https://youtu.be/sLbMRMcUKjY

| Category | People & Blogs |



0:29                                              21:12  ⌞⌝

*Screenshot July 11, 2020*

## Cave Briefing - Alliance, State of Ufology, Lawsuits, GN & ECETI Updates - Corey Goode

32,129 views · 1 day ago

*At 11:15 he asks people to Donate to his lawsuit funds claiming he's draining the swamp.*

 3.3K    73   ➤ Share    Download   ⊞ Save

 **SphereBeing Alliance**
141K subscribers

**SUBSCRIBE**

Published on Jul 9, 2020

A quick update recorded 7/9/2020 at Eldorado Springs, Colorado. I give a quick update on my legal cases (Civil/ Criminal), Graphic Novel, DOD Events beginning in 2021, Briefings from the Alliance and the upcoming trip to ECETI.

www.AcceleratingAscension.com
www.LightWarriorLegalFund.com (Law Suit Info)

EXHIBIT CN
1 page



`0:01` ▶ `0:30`

#2018CV50 #RingOfFire #DarkAlliance
**Corey Goode - Litigation Agreement**
**Signed - Jay Weidner - Gaia TV - Law Suits**
**incoming**

4,270 views · 2 months ago

👍 209    👎 49    ➹ Share    ⊕ Download    ⊞ Save

    COREY GOODE
4.32K subscribers    **SUBSCRIBE**

Published on Mar 2, 2020

To contribute evidence or testimony on the activities
of current/former employees/executives/contractors
of Gaia TV, Jirka Rysavy, Jay Weidner, Jimmy Church
(Rita), Dark Journalist, Clif High, CW Chanter, Steve
Cambrian, Ari Stone, Stina Bobina, Conscious Life Expo,
Contact in the Desert, Richard Dolan, Linda M Howe,
Project Avalon Forum aka Bill Ryan or others (Related
to our case) please email me with 'ATTN Legal Team' at
SphereBeingAlliance@gmail.com.
If you are under NDA contracts we are happy to
subpoena you so you can speak on the record.

— All potential
witnesses for
this case

I will be posting all court documents publicly on
SphereBeingAlliance.com and published below.
ALYSSA CHRYSTIE MONTALBANO aka @AriStone vs.
JAMES COREY GOODE - Mesa, Co District Court Case
#2018CV50 - https://spherebeingalliance.com/docum...

GOODE VS Gaia Inc./Jay Weidner - Link coming soon

NJ Bar Association Complaint - CW Chanter aka Ben
Zavodnick - Link coming soon

#RingOfFire #DarkAlliance #20andback
#BlueChickenCult #GaiaTV #F2B #JChurchRadio
#FaderNauts #RICO #Cyberstalking

Video unlisted link leaked. Making public now instead
of the planned date. Nothing they can do about what is
coming now anyway..

Category    People & Blogs

Up next    Autoplay ⬤

← **Thread**

*Screenshot Twitter*
*Feb 28, 2020*
*@ 7:10pm*
*EXHIBIT CO*
*3 pages*



**Corey Goode (Official)**
@CoreyGoode

ALYSSA CHRYSTIE MONTALBANO aka @AriStone vs. JAMES COREY GOODE - Mesa, Co Case #2018CV50 - DISMISSED. Harassing Judge (Public Record). Coconspirators DECLAS SOON! @jayweidner1 @c_chanter @clif_high @YourMotherGaia #DarkAlliance #Doxxgate #cyberstalking

> ALYSSA CHRYSTIE MONTALBANO aka @AriStone vs. JAMES CORE...
> spherebeingalliance.com

8:02 PM · 19 Feb 20 · Twitter Web App

**72** Retweets **356** Likes

**Corey Goode (Official)** @CoreyG... · 3d
Wow, Judge awarded us attorney fee's in this case. We just submitted $115K+! Talk about an epic boomerang! It's our Turn! Much more on this Cyber-stalking group via 'Discovery' soon. #ringoffire #darkalliance #f2b #cyberstalking @aristone @jayweidner @YourMotherGaia @c_chanter

♡ 29    ↻ 28    ♡ 239    ⌿

**Stuart Daly** @stuart_dalyQ · 20 Feb
Replying to @CoreyGoode @AriStone and 4 others
Well done Corey! which deep state ufologist is next on the list? 🔨⚖️

GIF

♡ 1    ↻ 2    ♡ 11    ⌿

**Corey Goode (Official)** @Cor... · 20 Feb
Sadly, it is quite the list. My legal team would advise against providing any further details at this time. Soon though...

♡ 2    ↻ 4    ♡ 32    ⌿

1 more reply

Tweet your reply

Corey Goode (Official)
1,420 Tweets

| Tweets | Tweets & replies | Media | Likes |

Screenshot Twitter
Feb 28,2020
@7:07pm

**Corey Goode (Official)** @CoreyG... · 3d
ALYSSA CHRYSTIE MONTALBANO aka
Ari Stone vs. COREY GOODE -
youtube.com/watch?v=sLbMRM...
@AriStone @jayweidner1 @c_chanter
@YourMotherGaia #RingOfFire
#DarkAlliance #cyberstalking

♡ 38    ⤸ 41    ♡ 155    ⬠

**Corey Goode (Official)** @CoreyG... · 3d
I think this could be the Lightworker
theme song! IT HAS BEEN MINE
RECENTLY! 😊 I think I will open each
event with this song. August event
announcement coming SOON!
music.youtube.com/watch?v=EO9v4h...

♡ 101    ⤸ 82    ♡ 457    ⬠

**Corey Goode (Official)** @Cor... · 19 Feb
ALYSSA CHRYSTIE MONTALBANO aka
@AriStone vs. JAMES COREY GOODE -
Mesa, Co Case #2018CV50 - DISMISSED.
Harassing Judge (Public Record).
Coconspirators DECLAS SOON!
@jayweidner1 @c_chanter @clif_high
@YourMotherGaia #DarkAlliance
#Doxxgate #cyberstalking

ALYSSA CHRYSTIE MON-
TALBANO aka @AriSton...
spherebeingalliance.com

♡ 50    ⤸ 72    ♡ 356    ⬠

**Corey Goode (Official)** @CoreyG... · 3d
Wow, Judge awarded us attorney fee's in
this case. We just submitted $115K+! Talk
about an epic boomerang! It's our Turn!
Much more on this Cyber-stalking group
via 'Discovery' soon. #ringoffire
#darkalliance #f2b #cyberstalking
@aristone @jayweidner
@YourMotherGaia @c_chanter

♡ 29    ⤸ 28    ♡ 239    ⬠

⤸ Corey Goode (Official) Retweeted

 **Divulgacion Total** @divulgacionf... · 4d
Entrevista de @JennyMcCarthy a
@david_wilcock y @CoreyGoode Parte 1 -
traducido al español
youtu.be/T_4DSHjm5rQ

♡ 5    ⤸ 25    ♡ 78    ⬠

Show this thread

⤸ Corey Goode (Official) Retweeted

**Michael Salla** @MichaelSalla · 4d
The debate over the future of Space Force
has now gone mainstream. Academics
will be shocked once SF roles out the
antigravity craft it is inheriting from the
USAF SSP: "Space Force: What Will the
Newest Military Branch Actually Do?"



Space Force: What Will the Newest
Military Branch Actually Do?
exonews.org

♡ 45    ⤸ 256    ♡ 621    ⬠

← **Thread**



**Corey Goode (Official)**
@CoreyGoode

Evidence Received. Attorney Benjamin I Zavodnick aka CW Chanter & #Cyberstalking cult. To provide evidence/ testimony on Jay Weidner & CW - SphereBeingAlliance@Gmail.com. #DarkAlliance #RingOfFire #F2b @c_chanter
@jayweidner1
@YourMotherGaia
@jayweidner
@cliif_high
@NJStateBar

Screenshot
Feb 28, 2020
@7:05pm



6:04 PM · 26 Feb 20 · Twitter Web App

**67** Retweets **264** Likes

◯   ↻   ♡   ⤴

**Corey Goode (Official)** @CoreyG... · 1d
Replying to @CoreyGoode @c_chanter and 5 others

The hacking, the harassment online, Tort interfearance & this email show clearly that actual 'CyberStalking' is occurring. This behavior is the legal definition of the act. We are directly targeting each of the bad actors. #RingOfFire #DarkAlliance #cyberstalking

◯ 7   ↻ 15   ♡ 109   ⤴

**Corey Goode (Official)** @CoreyG... · 1d
With civil suits, Police/FBI Reports & Civil Suits...

◯ 4   ↻ 8   ♡ 74   ⤴

**Corey Goode (Official)** @CoreyG... · 1d
Did I mention Civil Suits? lol.

◯ 6   ↻ 8   ♡ 76   ⤴

MR Goode publicly declares he is in fact targeting MS. Montalbano



**David Mc** @DavidM50 · 1d
Replying to @CoreyGoode @c_chanter and 5 others

Stay strong Brother! Battles will be won and lost but TRUTH will always win in the end



Tweet your reply



EXHIBIT CP
1 page

spherebeingalliance.com/d(

*screenshot*

*Feb 28, 2020*

*MR Goode's website*

# ALYSSA CHRYSTIE MONTALBANO aka @AriStone vs. JAMES COREY GOODE - Mesa, Co District Court Case #2018CV50

*MR Goode posts Non-redacted versions to DoXX Ms. Montalbano*

**Motions against Judge Flynn.pdf**

**Evidence - Montalbano Tangible Dream vision Trade Secret 02-19-2020.pdf**

**Exhibits, part 1 02-19-2020.pdf**

**Exhibits, part 2 02-19-2020.pdf**