| | |
|---|---|
| District Court, Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | **ORIGINAL FILED IN**<br><br>JUN 2 5 2018<br><br>**COMBINED COURT**<br>**BY LITIGANT**<br>▲ **COURT USE ONLY** ▲ |
| Plaintiff: Alyssa-Chrystie: Montalbano | |
| v.<br><br>Defendant: James Corey Goode | Case Number:<br>18CV50<br><br>Division: 10    Courtroom: 10 |
| **DISTRICT COURT CIVIL SUMMONS** | |

## TO THE ABOVE NAMED DEFENDANT:    **James Corey Goode** .

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: June 25, 2018

[SEAL: COMBINED COURT OF MESA COUNTY COLORADO]

Clerk of Court/Clerk

_Alyssa-Chrystie: Montalbano_
Signature of Plaintiff

2536 Rimrock Ave  Suite 400-117
Address of Plaintiff

Grand Junction, CO 81505

970.250.8365
Plaintiff's Phone Number

**This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.**

**WARNING:** A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons. If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

TO THE CLERK: If the summons is issued by the clerk of the court, the signature block for the clerk or deputy should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

JDF 600  R10-13   DISTRICT COURT CIVIL SUMMONS

| District Court Mesa County, Colorado<br><br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | JUN 25 2018 |
|---|---|
| Plaintiff(s): Alyssa-Chrystie: Montalbano<br><br>v.<br><br>Defendant(s): James Corey Goode | ▲    **COURT USE ONLY**    ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa-Chrystie: Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505 | Case Number:<br><br>18CV50 |
| Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number:                     Atty. Reg. #: N/A | Division .1D    Courtroom |

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

1. **This cover sheet shall be filed with each pleading containing an initial claim for relief in every district court civil (CV) case, and shall be served on all parties along with the pleading.** It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. **Check one of the following:**

   ☑This case is governed by C.R.C.P. 16.1 because:

   - The case is not a class action, domestic relations case, juvenile case, mental health case, probate case, water law case, forcible entry and detainer, C.R.C.P. 106, C.R.C.P. 120, or other similar expedited proceeding; *AND*

   - A monetary judgment over $100,000 is not sought by any party against any other single party. This amount includes attorney fees, penalties, and punitive damages; it excludes interest and costs, as well as the value of any equitable relief sought.

   - It is a Constitutional matter and may be heard by the courts in accordance with the Constitution of the United States of America and Colorado Constitution and per Due Process of Law, pursuant to Oath of Office taken to support and uphold such Constitutions and the inalienable rights and laws contained therein.

   ☐This case is not governed by C.R.C.P. 16.1 because (check ALL boxes that apply):

   > ☐The case is a class action, domestic relations case, juvenile case, mental health case, probate case, water law case, forcible entry and detainer, C.R.C.P. 106, C.R.C.P. 120, or other similar expedited proceeding.

   > ☐A monetary judgment over $100,000 is sought by any party against any other single party. This amount includes attorney fees, penalties, and punitive damages; it excludes interest and costs, as well as the value of any equitable relief sought.

☐Another party has previously indicated in a Case Cover Sheet that the simplified procedure under C.R.C.P. 16.1 does not apply to the case.

*NOTE: In any case to which C.R.C.P. 16.1 does not apply, the parties may elect to use the simplified procedure by separately filing a Stipulation to be governed by the rule within 49 days of the at-issue date. See C.R.C.P. 16.1(e). In any case to which C.R.C.P. 16.1 applies, the parties may opt out of the rule by separately filing a Notice to Elect Exclusion (JDF 602) within 35 days of the at-issue date. See C.R.C.P. 16.1(d).*

☐A Stipulation or Notice with respect to C.R.C.P. 16.1 has been separately filed with the Court, indicating:

☐C.R.C.P. 16.1 applies to this case.

☐C.R.C.P. 16.1 does not apply to this case.

3. ☐This party makes a **Jury Demand** at this time and pays the requisite fee. *See* C.R.C.P. 38. (Checking this box is optional.)

☐ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.
☑ By checking this box, I am acknowledging that I have made a change to the original content of this form.

Date: June 25, 2018

Alyssa-Chrystie: Montattano
Signature of Party or Attorney for Party

| County Court ☒District Court | |
|---|---|
| Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | JUN 25 2018 |
| Plaintiff(s)/Petitioner(s): Alyssa-Chrystie: Montalbano<br>v.<br><br>Defendant(s)/Respondent(s): James Corey Goode | ▲   **COURT USE ONLY**   ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa-Chrystie: Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505<br><br>Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number:_____ Atty. Reg. #: N/A | Case Number:<br>18CV50<br><br>Division   Courtroom<br>10   10 |
| **MOTION TO ORDER**<br>**CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,**<br>**COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER** | |

**COMES NOW,** Plaintiff, Alyssa-Chrystie: Montalbano, (hereinafter "Ms. Montalbano"), moving the Court to grant a Cease and Desist Order on behalf of Ms. Montalbano, Plaintiff, to stop and prevent James Corey Goode, Defendant, from continued use of Ms. Montalbano's intellectual property, dream visions, copyrighted materials, and to stop and prevent the continued defamation of Ms. Montalbano's good name and character, per **Federal Rules of Civil Procedure, Rule 55, Federal Rules of Evidence; Colorado Rules of Evidence, Chapter 33, Article IV, Rule 401,** and by Memorandum Brief and Affidavit of Truth, in support thereof to state:

1) **Per Due Process of Law**, as implemented by Ms. Montalbano as of April 18, 2018, Ms. Montalbano sent five certified legal and lawful presentments by USPS mail with return receipt requested to Mr. Goode for response on a point by point basis regarding his extensive use of Ms. Montalbano's materials along with her averments and charges against Mr. Goode. Mr. Goode repeatedly failed to respond and thereby acquiesced to everything contained therein to include:

   (a) Mr. Goode agrees he has been using Ms. Montalbano's intellectual property, dream visions, and copyrighted materials to his benefit and Ms. Montalbano's detriment.

   (b) Mr. Goode agrees he and associates plan to continue to use Ms. Montalbano's materials to their benefit and Ms. Montalbano's detriment.

   (c) Mr. Goode agrees he has been performing libel and slander to defame Ms. Montalbano's good name and character and that he plans to continue to do so; and as further evidenced on June 15, 2018 through his attempt to attain a fraudulent stalking order against Ms. Montalbano in direct violation of Due Process of Law.

   (d) Mr. Goode agrees he has been performing military grade tactics against Ms. Montalbano to defraud her of intellectual property, dream visions, and copyrighted materials during 2017 and into 2018.

MOTION TO ORDER CEASE AND DESIST

(e) Mr. Goode agrees he is liable for approximately $70,000 (Seventy Thousand Dollars) worth of infringement damages due to Ms. Montalbano

2) Ms. Montalbano has the right to be secure in her property, inalienable rights, and freedom of speech to address such matters and the right to Due Process of Law to secure such rights. (Constitution of the United States of America Bill of Rights, Fourth, Fifth, Sixth, Seventh, and Ninth Amendments; Colorado Constitution, Article II, Sections, 2, 3, 7, 10, 14, 15, 16, 16a, 23, 24, 25, 28)

3) **Since there is no controversy** between Mr. Goode and Ms. Montalbano regarding Mr. Goode's use of Ms. Montalbano's materials, per Federal Rules of Civil Procedure, Rule 55, an **ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER** must be made on behalf of Ms. Montalbano to stop and prevent: 1. Mr. Goode's current and future planned uses and abuses of Ms. Montalbano's intellectual property, dream visions, copyrighted materials and in particular as emailed to Mr. Goode during 2017. 2. Emails containing Ms. Montalbano's intellectual property and as sent to Mr. Goode during the course of 2017 are not to be deleted from his email box, as they are evidence. 2a. Specify, only Mr. Goode may continue to view those emails unless certified otherwise by Ms. Montalbano, or a direct court order. 3. For cited and mutilated materials in use by Mr. Goode to be removed from use or corrected and certified correct by Ms. Montalbano. 4. Attribution is to be made to Ms. Montalbano as the source of materials. 5. To restore Ms. Montalbano's good name and

character through the immediate ordering of Mr. Goode to cease and desist with all acts of libel, slander, and defamation of Ms. Montalbano's good name and character.

Respectfully submitted, All Rights Reserved

*alyssa-Chrystie: Montalbano*

SUBSCRIBED AND SWORN TO
BEFORE ME ON June 25, 2018 Plaintiff, Alyssa-Chrystie: Montalbano, American Citizen
BY Alyssa Chrystie Montalbano

Deputy Clerk

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **MOTION TO ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER** were sent first class by U.S. Mail, postage prepaid, to Mr. James Corey Goode USPS Certified Mail 7017 2620 0000 7185 1069; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020 and Ms. Valerie Yanaros Wilde, Esq., YANAROS LAW, P.C., USPS Certified Mail 7017 2620 0000 7185 1052 5057 Keller Springs Rd, Suite 300, Addison, Texas 75001, this 25 day of June, 2018.

*alyssa-chrystie: Montalbano*
*alyssa-Chrystie: Montalbano*

Alyssa-Chrystie: Montalbano, American Citizen

| ☐County Court ☒District Court | |
|---|---|
| Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | JUN 2 5 2018 |
| Plaintiff(s)/Petitioner(s): Alyssa-Chrystie: Montalbano<br>v.<br>Defendant(s)/Respondent(s): James Corey Goode | ▲   **COURT USE ONLY**   ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa-Chrystie: Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505 | Case Number:<br>18CV50<br> |
| | Division          Courtroom |
| Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number:_____ Atty. Reg. #: N/A | 1D              1D |

| **MOTION FOR DEFAULT JUDGEMENT**<br>**TO ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER** |
|---|

**COMES NOW** Plaintiff, Alyssa-Chrystie: Montalbano, (hereinafter "Ms. Montalbano"), moving the Court to grant an immediate Default Judgment to **ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER,** per **Federal Rules of Civil Procedure, Rule 55,** to stop the unauthorized use of Ms. Montalbano's intellectual property, dream visions, copyrighted materials and to immediately cease the defamation of her character and threats by Defendant, James Corey Goode. Ms. Montalbano moves this honorable court to grant this motion for the following lawful reasons and per Due Process of Law.

Whereby Plaintiff, showing **the Petition**; "Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate" **first Courtesy Notice dated April 18, 2018** (R. 1 – Certificate of Service; Exhibit B) and AMENDED Courtesy Notice dated May 16, 2018 (R. 22-69; Exhibits C, F, G, H), and multiple affirmed Certificates of Service (R.1, 3, 70, 75), and Notice of Written Correspondence dated April 18, 2018 (R. 2, Exhibit A), and Notice of Fault in Dishonor Opportunity to Cure dated May 16, 2018 (R.4-5, Exhibit D), and Notice of Default in Dishonor dated June 4, 2018 (R. 76-77; Exhibit E); all certified and having been **filed on Public Record June 7, 2018 per the Federal Rule of Evidence Rule 902; and Colorado Rules of Evidence: Chapter 33, Article IV, Rule 401 with Public Record Reception No. 2843230, Sheila Reiner, Mesa County, CO, CLERK AND RECORDER (77 pages)** and having been legally and lawfully presented, and Plaintiff showing Mr. Goode, Defendant, repeatedly failed to respond, and whereby in June a certified notice of the public filing and affirmed service, were served upon Defendant and attorney Ms. Yanaros Wilde on or about June 13, 2018 via USPS certified mail numbers 7018 0680 0002 3149 0722 and 7018 0680 0002 3149 0715 with return receipt requested and whereby Defendant proceeded to violated Due Process of Law for the second time, with note in particular on June 15, 2018 in an effort to further defame Ms. Montalbano's good name and character to continue Defendant's unlawful use of Ms. Montalbano's materials through attempting entry of a fraudulent stalking protection order against Ms. Montalbano in the county of Broomfield, Colorado, (C.R.C.P. Rule 4, 5, and 12) and Whereby stalking was only brought up once Plaintiff began Due Process of Law for

remedy, and whereby Mr. Goode and his attorney Ms. Yanaros Wilde attempted to place a fraud upon the court; Plaintiff, respectfully requests this honorable court to grant and enter a Default Judgment for the immediate protection and enforcement of Ms. Montalbano's right to protect her intellectual property, dream visions, copyrighted materials, and order the cessation of Mr. Goode's acts of libel and slander against Ms. Montalbano.

Wherefore, Plaintiff moves this court to immediately enter a Default Judgment on her behalf per Federal Rules of Civil Procedure, Rule 55; C.R.C.P. Rules 4, 5, and 12; Federal Rules of Evidence, Article IX, Rule 902; Colorado Rules of Evidence: Chapter 33, Article IV, Rule 401, and per The Constitution of the United States of America, First and Fourth Amendments, and per the Colorado Constitution in particular to the Bill of Rights, Sections, 1, 2, 3, 6, 7, 10, 14, 15, 16, 16a, 23, 24, 25 and ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER.

Respectfully submitted,
All Rights Reserved

SUBSCRIBED AND SWORN TO
BEFORE ME ON June 25, 2018
BY Alussa Chrystie Montalbano

Deputy Clerk

Alyssa-Chrystie: Montalbano
Plaintiff, Alyssa-Chrystie: Montalbano

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **MOTION FOR DEFAULT JUDGEMENT TO ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER** were sent first class by U.S. Mail, postage prepaid, to Mr. James Corey Goode USPS Certified Mail 7017 2620 0000 7185 1069; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020 and Ms. Valerie Yanaros Wilde, Esq., YANAROS LAW, P.C., USPS Certified Mail 7017 2620 0000 7185 1052 5057 Keller Springs Rd, Suite 300, Addison, Texas 75001, this 25 day of June, 2018.

Alyssa-Chrystie: Montalbano

Alyssa-Chrystie: Montalbano, American Citizen

JUN 2 5 2013

District Court
Mesa County, Colorado
Court Address: 125 North Spruce
P.O. Box 20,000-5030
Grand Junction, CO 81502


Plaintiff, Alyssa-Chrystie: Montalbano

v.

Defendant: James Corey Goode


## TABLE OF CONTENTS


**MOTION TO ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER** (4 pages)

**MOTION FOR DEFAULT JUDGEMENT TO ORDER** Cease and Desist Unauthorized Use of Intellectual Property, Dream Visions, Copyrighted Materials and Defamation of Character (3 pages)

**PROPOSED ORDER** Cease and Desist Unauthorized Use of Intellectual Property, Dream Visions, Copyrighted Materials and Defamation of Character (3 pages)

**MEMORANDUM BRIEF IN SUPPORT OF MOTION TO ORDER** Cease and Desist Unauthorized Use of Intellectual Property, Dream Visions, Copyrighted Materials and Defamation of Character (7 pages)

**AFFIDAVIDT OF TRUTH FOR MOTION TO ORDER** Cease and Desist Unauthorized Use of Intellectual Property, Dream Visions, Copyrighted Materials and Defamation of Character (7 pages)

**EXHIBITS A – K** (27 pages)

District Court
Mesa County, Colorado
Court Address: 125 North Spruce
P.O. Box 20,000-5030
Grand Junction, CO 81502


Plaintiff, Alyssa-Chrystie: Montalbano

v.

Defendant: James Corey Goode


**EXHIBITS for** Cease and Desist Unauthorized Use of Intellectual Property, Dream Visions, Copyrighted Materials And Defamation Of Character

**EXHIBIT A –** Notice of Written Correspondence dated April 18, 2018 (R.2)

**EXHIBIT B –** Certificate of Service dated April 18, 2018 (R. 1)

**EXHIBIT C –** face of "Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate – AMENDED" original dated April 18, 2018 & Amended May 16, 2018 (R.22)

**EXHIBIT D –** Notice of Fault in Dishonor Opportunity to Cure dated May 16, 2018 (2pgs) (R. 4-5)

**EXHIBIT E –** Notice of Default in Dishonor dated June 4, 2018 (2pgs) (R. 76-77)

**EXHIBIT F–** REMEDY Mr. Goode was instructed to implement immediately as of April 18, 2018 (R. 25)

**EXHIBIT G –** SAMPLES where Mr. Goode used Ms. Montalbano's Intellectual Property (3pgs) (R.27, 30, 45)

**EXHIBIT H –** SAMPLES of alleged "Synchronistic" use of Ms. Montalbano's Intellectual Property (5pgs) (R. 44, 47, 49, 52, 59)

**EXHIBIT I –** Frivolous presentment from Mr. Goode and attorney Ms. Yanaros Wilde (4pgs)

**EXHIBIT J –** Certificate of Service and Lawful response from Ms. Montalbano to frivolous presentment (6pgs)

**EXHIBIT K –** Fines and Fees dated May 16, 2018 (R. 18)

| ☒ District Court ☐ County Court ☐ Other _____ | |
|---|---|
| Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | |
| Plaintiff, Alyssa-Chrystie: Montalbano | ▲  **COURT USE ONLY**  ▲ |
| v.<br><br>Defendant: James Corey Goode | Case Number:<br>18CV50 |
| | Division: 18  Courtroom: 10 |
| **PROPOSED ORDER**<br>**CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,**<br>**COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER** | |

**Pursuant** to Federal Rules of Civil Procedure, Rule 55; Federal Rules of Evidence,

Article IX, Rule 902; Colorado Rule of Evidence: Chapter 33, Article IV, Rule 401,

Constitution of the United States of America Bill of Rights, Fourth, Fifth, Sixth, Seventh,

and Ninth Amendments; and Colorado Constitution Article II, Sections, 2, 3, 7, 10, 14,

15, 16, 16a, 23, 24, 25, 28, **the court hereby ORDERS** that James Corey Goode

immediately comply with the following:

- a. Mr. Goode is to Cease and Desist any and all unauthorized uses of Ms. Montalbano's Intellectual Property, Dream Visions, and Copyrighted Materials.
- b. Mr. Goode is to immediately Cease and Desist with all acts of libel, slander, and defamation of Ms. Montalbano's good name and character.

c. To correct any and all cited infringements and intellectual property belonging to Ms. Montalbano and as specifically cited in "Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate" and as contained in subsequent presentments and certified billing statements sent since April 18, 2018, and as filed on public record, Reception# 2843230, Sheila Reiner, Mesa County, CO, CLERK AND RECORDER.

d. Emails from Ms. Montalbano; AriStoneArt@Ymail and PurpleMagus374@gmail.com; are **not** to be deleted from SphereBeingAlliance@gmail.com records, as they are evidence.

e. Only Mr. Goode may continue to read emails as sent from Ms. Montalbano unless otherwise certified by Ms. Montalbano or a court order.

f. Mutilated intellectual property and/or or materials, and as specifically cited or to be cited in certified billing statements, are to be immediately corrected or removed from public viewing; to include Cosmic Disclosure episodes, internet articles, events, or otherwise noted uses and instances where the same materials belonging to Ms. Montalbano are used in another medium and not specifically cited: such as the "Mega Update" web post on January 12, 2018 and cited, and whereby the information was later disseminated or used on Cosmic Disclosure episodes or other mediums, not directly cited in presentments. Corrections are deemed fulfilled by direct certification from Ms. Montalbano.

g. Attribution is to be made to Ms. Montalbano as the source of materials in all cited instances and instances where the same information is re-disseminated such as

on Cosmic Disclosure. Attribution shall be deemed fulfilled by direct certification from Ms. Montalbano.

h. Mr. Goode is to immediately remedy and restore Ms. Montalbano's good name and character to all GAIA INC associates, Joan Ocean associates, and any other associates where defamation of Ms. Montalbano's character has been performed.

❑GRANTED ❑DENIED

DATED, this_____day of _____, 20_____.

BY THE COURT:

_____

U.S. MAGISTRATE / JUDGE

## CERTIFICATE OF SERVICE

I certify that on $\underline{6 \cdot 25 \cdot 20|8}$ (date) a true and accurate copy of the **PROPOSED ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER** was served on the other party by:

☐Hand Delivery, ☐E-filed, ☐Faxed to this number_____, **or**

☒by placing it in the United States mail, postage pre-paid, and addressed to the following: (include name and address):

To: Valerie Yanaros Wilde, Esq.
5057 Keller Springs Rd. Suite 300
Addison, Texas 75001
USPS Certified Mail No. 7017 2620 0000 7185 1052

To: James Corey Goode
1140 US Highway 287, Suite 400-266
Broomfield, Colorado 80020
USPS Certified Mail No. 7017 2620 0000 7185 1069

Alyssa-Chrystie. Montalbano
Petitioner/Plaintiff



| ☐County Court ☒District Court | |
|---|---|
| Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | JUN 2 5 2018 |
| Plaintiff(s)/Petitioner(s): Alyssa-Chrystie: Montalbano<br>v.<br>Defendant(s)/Respondent(s): James Corey Goode | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa-Chrystie: Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505 | Case Number:<br>18CV50 |
| Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number:_____ Atty. Reg. #: N/A | Division 10    Courtroom 10 |
| **MEMORANDUM BRIEF**<br>**IN SUPPORT OF MOTION TO ORDER**<br>**CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,**<br>**COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER** | |

## I.    GENERAL

Alyssa- Chrystie: Montalbano, Plaintiff, sent in error vast quantities of intellectual property, dream visions, and copyrighted materials to James Corey Goode, Defendant, during 2017 during which time Mr. Goode admits he used an unethical military grade ruse against Ms. Montalbano to defraud her of her Intellectual Property and subsequently used the materials in his syndicated series, Cosmic Disclosure, and other public and/or for profit events. Remedy and attribution was not given to Ms. Montalbano. Mr. Goode agrees he defamed Ms. Montalbano's good name and character during 2017 through 2018 to maintain his unethical use of her materials and to keeping Ms. Montalbano from attaining syndication at the same television network, GAIA INC., where he was using her materials regularly in his show.

Ms. Montalbano began Due Process of Law April 18, 2018 for remedy and attribution. During which time, Mr. Goode repeatedly failed to respond. In June 2018, Mr. Goode and attorney Ms. Yanaros Wilde violated due process of law twice, first sending a frivolous and without merit presentment dated June 5, 2018 (see exhibit I) by way of Federal Express, then by way of attempting to open a fraudulently stalking order against Ms. Montalbano in another county. Ms. Montalbano has been nowhere near Mr. Goode and stalking allegations were only attempted after Mr. Goode and Ms. Yanaros Wilde were noticed a case was pending being opened against Mr. Goode.

Ms. Montalbano is requesting an immediate Default Judgement, per **Federal Rules of Civil Procedure, Rule 55,** be entered on her behalf to ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER to instantly stop current abuses and prevent future abuse by Mr. Goode.

## II.    ISSUE

Unauthorized use of Ms. Montalbano's intellectual property, dream visions, and copyrighted materials by Mr. Goode. Regular and repeat defamation of Ms. Montalbano's character by Mr. Goode.

## III.    FACTS, POINTS OF LAW, AND AUTHORITIES

**The following evidence with associated laws, statutes, and violations can be seen on Public Record per** Federal Rules of Evidence, and Colorado Rules of Evidence: Chapter 33, Article IV, Rule 401 with public record Reception No 2843230 and as recorded, **June 7, 2018**, 4:01:00 PM, at Sheila Reiner, Mesa County, CO, CLERK AND RECORDER. (See Exhibit A-K  for samples)

1) Ms. Montalbano gave Mr. Goode, by mistake and error, vast quantities of intellectual property, dream visions, and copyrighted materials, predominantly by email during 2017 at his business email address, SphereBeingAlliance@gmail.com.

2) During 2017, Mr. Goode regularly used Ms. Montalbano's materials in his show Cosmic Disclosure carried at GAIA INC network and other public and/or for profit events he held. At no time during 2017 was Ms. Montalbano told to stop sending emails or to cease communications.

3) September 2017 through November 2017, Ms. Montalbano was unable to attain a fair review of her materials at GAIA INC, due to the defamation of her character by Mr. Goode, who continued to use her materials on his show carried there and whereby Ms. Montalbano was told by Senior employees at GAIA INC and the CEO prior they liked her, then, suddenly everyone stopped speaking with Ms. Montalbano for no apparent reason.

4) December 2017 Mr. Goode alleged directly to Ms. Montalbano by email, that he had not been reading her emails or following her dream journals closely and that 'someone else' had been managing the account. Ms. Montalbano told him she did not believe him; due to his regular and extensive use of her materials. Mr. Goode also stated her emails were in their own folder. As a point of common sense, wanted and read emails, are given their own folders in gmail accounts.

5) In good faith, Ms. Montalbano sent multiple emails January 2018 pointing out to Mr. Goode multiple and specific uses by him of her materials.

6) Feb 2, 2018 Ms. Montalbano was told by Mr. Goode's security officer, Roger Richards, during a phone call that she was a "security risk", to not email anymore, and was also refused attendance at a coming event of Mr. Goode's in Hawaii, where she planned to ask Mr. Goode directly about all his use of her materials. Ms. Montalbano respected the request from Mr. Richards and stopped emailing.

7) April 1, 2018, Ms. Montalbano sent <u>one</u> email to Mr. Goode stating he was not to use her materials for public use anymore.

8) April 18, 2018, Ms. Montalbano began Due Process of Law and served Mr. Goode via Certified Mail USPS return receipt requested with affirmed "Courtesy Notice to Stop and Desist use of Intellectual Property and Copyrighted Materials with Intent to Litigate" (45 page document) and

affirmed "Notice of Written Correspondence" to Mr. Goode, along with an Offer for Remedy outside of litigation. Courtesy copies were served to the CEO of GAIA INC, Jirka Rysavy, and Senior Director of Content Production, Jay Weidner, to notice the company of the copyright issues, charges, and averments against Mr. Goode and to ensure they were aware of the issues occurring and that content may be court ordered for removal and or corrections. No reply was received. (R. 1; Exhibit B)

9) May 16, 2018, Ms. Montalbano served on Mr. Goode a second due process of law certified mailing containing the AMENDED Courtesy Notice to Stop and Desist (48 page) (R.22-68; Exhibit C), citing more of Mr. Goode's uses of her dream visions and materials, along with a Notice of Fault in Dishonor Opportunity to Cure (R.4-5; Exhibit D) duly noting Mr. Goode's failure to respond and noticing him of his liability, along with granting him an extension of time for response. Fines and Fees (R.18, Exhibit K) were also now served and cited with specificity in Certified Billing Statement 001 (R. 19-21). Courtesy copies were sent to the CEO and Senior Director of Content at GAIA INC. No reply was received.

10) May 29, 2018, Ms. Montalbano served on Mr. Goode Certified Billing Statement 002 (R.71-74) citing additional infringement uses by Mr. Goode for him to respond to or make remedy and attribution due. Courtesy copies were again sent to the CEO and Senior Director of Content at GAIA INC. No reply was received

11) June 4, 2018 Ms. Montalbano served on Mr. Goode a Notice of Default in Dishonor. (R. 75-77) with courtesy copies served to the CEO and Senior Director of Content at GAIA INC. No reply was received.

12) June 5, 2018 Ms. Montalbano received an e-mail with an attachment from a Valerie Yanaros Wilde alleging to be Mr. Goode's attorney and alleging a stalking protective order. The body of the email text said certified mail was on its way to Ms. Montalbano. Ms. Montalbano did not open the email attachment for virus concerns. In the email, Ms. Yanaros Wilde courtesy copied in Mr. Goode using what appeared to be his personal email address, an email address Ms. Montalbano did not have prior the June 5th group email which also included Mr. Roger Richards, Mr. Goode's Security Officer. To this point, emails had been sent to Mr. Goode's business email SphereBeingAlliance@gmail.com. As a point of common sense, what attorney would give a genuine stalker - what appears to be - the private email address of their client to the very person they are alleging is stalking them?.

13) June 8, 2018 Ms. Montalbano received by mail Mr. Goode and Ms. Yanaros Wilde's frivolous and without merit presentment titled "CEASE AND DESIST: Trademark and Related Intellectual Property Infringement of IP Materials Belonging to Mr. James Corey Goode; Stalking Protective Order" (See Exhibit I) from a Valerie Yanaros Wilde alleging and threatening Ms. Montalbano with stalking. Presentment was not indorsed (UCC 3-501), there was no attorney registration number, document also stated "BY CERTIFIED MAIL AND EMAIL and then directly violated due process of law by being sent Federal Express.

14) June 11, 2018, in good faith, Ms. Montalbano lawfully responded to and honorably refused Mr. Goode and Ms. Yanaros Wilde's offer to contract as "stalker" and cited legal and lawful violations on their part as to why their presentment was invalid (Exhibit J) and noticed them a case was

about to be opened against Mr. Goode and in accordance with Due Process of Law for remedy and attribution due Ms. Montalbano; as pre-court Due Process of Law had been fulfilled.

15) June 16, 2018 at 12:34 am Ms. Yanaros Wilde sent an email to Ms. Montalbano titled "Stalking Protective Order." The body of the email did not contain any information related to a court case aside from saying the attached documents were being mailed to the courthouse in Broomfield, Colorado. No address, case number, or other information for identification of Ms. Yanaros Wilde or the matter were included in the email body text. Ms. Yanaros Wilde again attached another file that Ms. Montalbano did not open for virus concerns.

16) June 19, 2018, Ms. Yanaros Wilde phoned Ms. Montalbano and left a message that Ms. Montalbano heard later that evening, whereby the message alleged a court hearing to take place over that coming weekend (June 23-24, 2018) with no details given in the call message regarding location, time, or etc and in the message Ms. Yanaros Wilde wanted Ms. Montalbano to phone her right away to discuss it.

17) June 20, 2018, Ms. Montalbano phoned the Broomfield, Colorado, Courthouse to see if a case had been opened against her and if there was an actual hearing over the weekend. Ms. Montalbano was informed no case had been opened and there was nothing in the court systems with Ms. Montalbano's name or Mr. Goode's entered. Ms. Montalbano was also informed court is not held during the weekend. During the phone call, the morning mail arrived at the courthouse and it had the packet from Ms. Yanaros Wilde in it. Ms. Montalbano was transferred to another clerk who informed her Mr. Goode and Ms. Yanaros Wilde's documents could not be filed as received because they did 'not have what the courts required/needed.'

18) As of June 24, 2018, Ms. Montalbano has received no presentments by mail regarding the stalking protective order or anything regarding any allegation or claims against her and Ms. Montalbano has not been phoned or otherwise contacted for lawful process service.

19) Therefore, Mr. Goode and Ms. Yanaros Wilde failed to respond since April 18, 2018 presentments and have now directly threatened Ms. Montalbano.

20) Mr. Goode and Ms. Valerie Yanaros Wilde violated Due Process of Law, twice, and attempted to place a fraud upon the court.

21) Per Mr. Goode's failure to respond, he admits he has committed crimes against Ms. Montalbano to willingly and knowingly defraud her of her intellectual property so he and his associates could use her materials for profiteering and public acclaim.

22) Mr. Goode admits he and associates plan to continue unauthorized uses.

23) Mr. Goode agrees he has performed libel and slander against Ms. Montalbano in order to defame her and made it very evident as of June 15, 2018 via a fraudulent stalking threat that he plans to continue to do so.

24) Ms. Montalbano has the right to be secure in her property and person from unauthorized use, theft, libel, slander, and defamation of character.

25) Ms. Montalbano has the right to be secure in her inalienable rights through Due Process of Law to protect said rights and as is guaranteed to her by the National and State Constitutions and pursuant to any Oath of Office taken by those in support thereof. (Constitution of the United States of America Bill of Rights, Fourth, Fifth, Sixth, Seventh, and Ninth Amendments; Colorado Constitution Article II, Sections, 2, 3, 7, 10, 14, 15, 16, 16a, 23, 24, 25, 28)

## IV.    ARGUMENT

**There is no controversy. Mr. Goode has already agreed to everything Ms. Montalbano averred and stated in multiple presentments and as served upon him since April 18, 2018.** To wit:

Mr. Goode agrees he used a military grade Ruse De Guerre tactic during 2017 to defraud Ms. Montalbano of her intellectual property, dream visions, and copyrighted materials and whereby subsequently Mr. Goode publically label them as "secret insider" intel or alleged them as his own personal experiences.

During, the course of 2017, Mr. Goode and associates never told Ms. Montalbano to stop sending e-mails and Mr. Goode also performed libel and slander to keep Ms. Montalbano from attaining syndication for a competing series to be carried at GAIA INC, the same television network he was using Ms. Montalbano's intellectual property as his own in his syndicated series titled, Cosmic Disclosure.

Mr. Goode made it clear he and his associates intended to continue with fraudulent uses of Ms. Montalbano's materials for their benefit and to Ms. Montalbano's continued detriment along with the continued defamation of Ms. Montalbano's good name and character.

**Mr. Goode has agreed through Due Process of Law he acquiesces to everything stated, charged, and averred to by Ms. Montalbano** and as contained within the presentments sent to him since April 18, 2018 and as filed onto public record, June 7, 2018, per the Federal Rules of Evidence Rule 902, Public Reception Number 2843230, Sheila Reiner, Mesa County, CO, CLERK AND RECORDER (77 pages).

**Therefore, there is no controversy regarding this matter and a court order**, CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER is to be made on behalf of Ms. Montalbano to immediately stop Mr. Goode's current unauthorized use and abuse of Ms. Montalbano's materials and good name.

## V. CONCLUSION

There is no controversy between Mr. Goode, Defendant, and Ms. Montalbano, Plaintiff, regarding this matter; per Due Process of Law an ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER is to be made immediately on behalf of Ms. Montalbano and per the **Federal Rules of Civil Procedure, Rule 55; Federal Rules of Evidence, Article IX, Rule 902; Colorado Rule of Evidence: Chapter 33, Article IV, Rule 401**; to cease Mr. Goode's current and future planned abuses of Ms. Montalbano's intellectual property, dream visions and copyrighted materials and to cease his repeat abuse and defamation of Ms. Montalbano's good name and character by way of a **Default Judgment** entry.

Respectfully Submitted,

All Rights Reserved,

alyssa-Chrystie: Montaltano

Plaintiff, Alyssa-Chrystie: Montalbano, American Citizen

## VERIFICATION

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the 25 day of June , 2018 , at Grand Junction, Colorado
         (date)     (month)      (year)    (city or other location, and state OR country)

Alyssa-Chrystie: Montalbano          Alyssa-Chrystie Montalbano
(Printed name of Petitioner/Plaintiff )      Signature of Petitioner/Plaintiff

2536 Rimrock Ave STE Y00-117, Grand Junction, CO , 81505
Address              City                    State     Zip Code

mobile 970.250.8365
Home Phone                Work Phone

## CERTIFICATE OF SERVICE

I certify that on 6.25.2018 (date) a true and accurate copy of the **MEMORANDUM BRIEF IN SUPPORT OF MOTION TO ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER** was served on the other party by:

☐Hand Delivery, ☐E-filed, ☐Faxed to this number_____, **or**

☒by placing it in the United States mail, postage pre-paid, and addressed to the following: (include name and address):

To: Valerie Yanaros Wilde, Esq.
5057 Keller Springs Rd. Suite 300
Addison, Texas 75001
USPS Certified Mail No. 7017 2620 0000 7185 1052

To: James Corey Goode
1140 US Highway 287, Suite 400-266
Broomfield, Colorado 80020
USPS Certified Mail No. 7017 2620 0000 7185 1069

Alyssa-Chrystie Montalbano
Petitioner/Plaintiff

| ☐County Court ☒District Court<br>Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | JUN 2 5 2013 |
|---|---|
| Plaintiff(s)/Petitioner(s): Alyssa-Chrystie: Montalbano<br>v.<br>Defendant(s)/Respondent(s): James Corey Goode | ▲    **COURT USE ONLY**    ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa-Chrystie: Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505 | Case Number:<br>18CV50 |
| Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number:_____ Atty. Reg. #: N/A | Division    Courtroom<br>10          10 |

**AFFIDAVIT OF TRUTH**
**FOR MOTION TO ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY,**
**DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER**

I, Alyssa-Chrystie: Montalbano, citizen of the real land of America, the undersigned, make this affidavit of my own free will and hereby affirm that the information contained in this affidavit is true and correct to the best of my knowledge and abilities.

And whereby in the following presentments cited Mr. James Corey Goode, Defendant, is "Respondent" and Alyssa-Chrystie: Montalbano, Plaintiff, is 'Petitioner' and where presentments were served for response in accordance with Due Process of Law.

I.     Ms. Montalbano, Petitioner, sent five certified legal and lawful presentments to Respondent, James Corey Goode, GOODE MEDIA PUBLISHING, LLC; GOODE ENTERPRISE SOULTIONS, INC, and/or Attorney Valerie Yanaros Wilde:

**A. April 18, 2018** Certified Mail to Mr Goode

1. **Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate** dated April 18, 2018
2. **Notice of Written Correspondence** dated April 18, 2018 (EXHIBIT A)
3. Addendum AOFRA (Acceptance of Offer for Remedy as Apprentice) dated April 18, 2018
4. **Courtesy Copy Certificate of Service dated April 18, 2018** (EXHIBIT B)

**B. May 16, 2018** Certified Mail to Mr Goode

1. **Notice of Fault in Dishonor (Opportunity to Cure)** dated May 16, 2018 (EXHIBIT D)
2. Updated and Corrected Copy: **Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate – AMENDED** dated May 16, 2018 (EXHIBIT C)
3. **AMENDMENT ONE** dated May 16, 2018
4. **ADDENDUM ONE** dated May 16, 2018
5. **FINES & FEES** For Intellectual Property Use and Copyright Infringements dated May 16, 2018 (EXHIBIT K)
6. **Certified Billing Statement 001** dated May 16, 2018
7. OFFER FOR REMEDY – REVISED dated May 16, 2018
8. Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice) –REVISED dated May 16, 2018
9. CC: Notice of Written Correspondence dated April 18, 2018
10. **Courtesy Copy of Certificate of Service dated May 16, 2018**

**C. May 29, 2018** Certified Mail to Mr Goode

1. **Certified Billing Statement 002** dated May 28, 2018
2. **Courtesy Copy Certificate of Service dated May 29, 2018**

**D. June 4, 2018** Certified Mail to Mr Goode

1. **Notice of Default in Dishonor** dated June 4, 2018 (EXHIBIT E)
2. **Courtesy Copy of Certificate of Service dated June 4, 2018**

**The following documents from above listed Certified Mailings have been filed on public record per due process of law, The Constitutions, Federal Rules of Evidence, Article IX, Rule 902, and Colorado Rules of Evidence: Chapter 33, Article IV, Rule 401 with public record Reception No 2843230 and as recorded, June 7, 2018, 4:01:00 PM, at Sheila Reiner, Mesa County, CO, CLERK AND RECORDER.** (77 pages)

1. Certificate of Service dated April 18, 2018 (EXHIBIT B)
2. Notice of Written Correspondence dated April 28, 2018 (EXHIBIT A)
3. Certificate of Service dated May 16, 2018
4. Notice of Fault in Dishonor (Opportunity to Cure) dated May 16, 2018 (EXHIBIT D)
5. Amendment One dated May 16, 2018
6. Addendum One dated May 16, 2018
7. Fines and Fees dated May 16, 2018 (EXHIBIT K)
8. Certified Billing Statement 001dated May 16, 2018
9. Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate – AMENDED and dated May 16, 2018 ((EXHIBIT C – Face Of Notice)
10. Certificate of Service dated May 29, 2018
11. Certified Billing Statement 002 dated May 28, 2018
12. Certificate of Service dated June 4, 2018
13. Notice of Default in Dishonor dated June 4, 2018 (EXHIBIT E)

AFFIDAVIT OF TRUTH

**E.** On June 8, 2018 Ms. Montalbano received by mail, a frivolous and without merit document titled: "CEASE AND DESIST: Trademark and Related Intellectual Property Infringement of IP Materials Belonging to Mr. James Corey Goode; Stalking Protective Order" dated June 5, 2018 along with title "BY CERTIFIED MAIL AND EMAIL" from a Ms. Valerie Yanaros Wilde, alleging she is an attorney representing Mr. Goode. Presentment was sent Federal Express with tracking number 7812 8790 2236.   (EXHIBIT I)

**F.** **June 11, 2018** in good faith, Ms. Montalbano lawfully responded to Ms. Yanaros Wilde and Mr. Goode with the Following by **Certified Mail**:

1. **Notice of Constitutional Law Precedence and Failure to Respond** dated June 11, 2018 (EXHIBIT J)
2. **Courtesy Copy: Notice of Written Correspondence** dated April 18, 2018 (R. 1; EXHIBIT A)
3. Courtesy Copy of Certificate of Service dated June 11, 2018

Ms. Yanaros Wilde and Mr. Goode were lawfully noticed their frivolous offer to contract as 'stalker' was honorably refused for **(a)** lack of indorsement *(UCC 3-501)* including total failure by Ms. Yanaros and Mr. Goode to provide any identification or affirming marks, **(b)** failure to serve, Ms. Yanaros Wilde sent frivolous mailing via Federal Express, **(c)** failure to respond to any of the subject matter contained in any of the legal and lawful mailing to Mr. Goode since April 18, 2018, **(d)** failure to follow due process of law *(Constitution of the United States of America, Fifth and Sixth Amendments, Colorado Constitution, Article II, Sections 3, 6, 7, 10, 23, 25)*, **(e)** bearing false witness by alleging stalking *(Constitution of the United States of America, Fourth Amendment; Colorado Constitution, Article II, Section 3, 7, 16, 16a,)*, **(f)** an overt attempt to take away the rights of Montalbano to address grievances and petition for remedy and be secure in her person (*Constitution of the United States of America First and Fourth Amendments, Colorado Constitution Article II, Sections 7, 10, 14, 15) (g)* Ms. Yanaros Wilde violated her Oath of Office to the National and State Constitutions for acceptance of a title of nobility denoted by ".esq" in addition to the aforementioned Constitutional rights violated and was legally and lawfully noticed she had vacated her office for perjury. *(Constitution of the United States of America, Article I, Section 9; Colorado Constitution Section 9)* **(h)** Ms. Yanaros Wilde was noticed to honor her oath to the Constitutions thereafter. She did not (see G below).

**(i)** In courtesy cover letter, I informed Ms. Yanaros Wilde and Mr. Goode I wanted to have my good name restored, asked again why Mr. Goode was using my materials and saying he was not, and reminded them due process of law was implemented to protect my intellectual property from any further unauthorized uses and mutilations by Mr. Goode and as only having begun to be cited by myself with specificity in the presentments served upon Mr. Goode since April 18, 2018. **(j)** I again expressed a desire to resolve the matter outside of litigation.   (EXHIBIT J)

**G.** June 16, 2018 at 12:34am Ms Yanaros Wilde, violated her oath of office a second time against me and emailed me with an attachment (unopened for virus concerns) alleging a Motion for Stalking Protective Order being mailed to the Broomfield courts. Ms. Yanaros Wilde subsequently phoned me on June 19, 2018 leaving me a message I had a court date over the coming weekend and to phone her immediately with any questions. I phoned the Broomfield courts June 20, 2018 in the morning to inquire about the case. No case had been opened against me and I was told court is not held during the weekend. During the phone call with the court clerks, their morning mail arrived with the documents from Ms. Yanaros Wilde and Mr. Goode, I was told the court

could not receive or file their stalking protection order request because their documents 'did not meet their criteria.' (a) Mr. Goode and Ms. Yanaros Wilde failed to serve (C.R.C.P. Rule 5). (b) Mr. Goode and Ms. Yanaros Wilde violated Due Process of Law and my Constitutional rights. (c) Mr. Goode and Ms. Yanaros Wilde attempted to place a fraud upon the court.

II. The presentments as sent to Mr. Goode since April 18, 2018 notified recipients: (a) of my charges, averments, statements and questions; (b) that they, within a specified time period, had to rebut my charges and averments made in those letters if they disagreed with them; (c) that if they failed to do so, then they agreed with and admitted to my charges and averments;

III. Respondent received the presentments but failed to respond to the subject matter contained in them;

IV. Respondent failed to rebut any of my statements, charges or averments made in the referenced presentments;

V. Pursuant to the notices contained in the presentments, Respondent, by their failure to respond to, and further, by their failures to rebut my charges and averments made in my referenced presentments, Respondent agreed with and admitted to all my charges contained therein;

VI. By their failure to rebut the charges contained in the referenced presentments, Respondent admits to all of my charges. Some of those charges to which Respondent agrees, by their failure to rebut them, are listed below and can be found in June 7, 2018, public record filing Reception Number 2843230, Sheila Reiner, Mesa County, CO, CLERK AND RECORDER.

1. Mr. Goode agrees he has knowingly and willingly been using my intellectual property, dream visions, and copyrighted materials as though his own.

2. Mr. Goode agrees he and associates intend to continue to use my intellectual property, dream visions, and copyrighted materials to their continued benefit and my continued detriment.

3. Mr. Goode agrees he has been using unusual military grade tactics against me to defraud me of my intellectual property, dream visions, and copyrighted materials and in particular during 2017 through 2018.

4. Mr. Goode agrees he has been defaming my character to continue his unethical and fraudulent use of my intellectual property; and in particular that he has been performing libel and slander to defame my good name and character specifically to GAIA INC and associates and as a direct result I have lost friendships with those associates and by extension was unable to attain a fair review of my materials in late 2017 for a competing non-fiction based dream series at GAIA INC, whereby Mr. Goode was regularly presenting my intellectual property and dream visions as his

AFFIDAVIT OF TRUTH

own during 2017 and into 2018, inside and outside of his syndicated series carried at GAIA INC titled "Cosmic Disclosure."

5.  Mr. Goode has agreed he is liable for approximately $70,000 (Seventy Thousand) worth of damages due from all the specified uses and mutilations of my intellectual property and associated fines and fees.

**VII.   Montalbano hereby provides to the Court Exhibit's A through K**, excerpted, paraphrased and highlighted herein, which fully support her lawful position, admitted to by Mr. Goode, are listed below and noted instances **(R. #)** can be found in public record filing Reception Number 2843230, Sheila Reiner, Mesa County, CO CLERK AND RECORDER:

### Exhibit A

**Notice of Written Correspondence** specifying what constitutes a lawful response dated April 18, 2018, and whereby respondent repeatedly failed to respond. (R. 2)

### Exhibit B

**Certificate of Service dated April 18, 2018** showing start date of Due Process of Law entered into by Ms. Montalbano for remedy of grievances and first mailing of "Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate" with averments, allegations, charges, and evidence Mr. Goode was to respond to. (R. 1)

### Exhibit C

Face of **Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate – AMENDED** dated May 16, 2018; showing statutes and codes Mr. Goode agrees he has violated and performed against Ms. Montalbano since April 18, 2018. (R. 22-69)

### Exhibit D

**Notice of Fault in Dishonor (opportunity to cure)** dated May 16, 2018; Mr. Goode affirmed his acquiesces and tacit agreement with all averments made since April 18, 2018 presentment as of May 16, 2018 and in good faith, Mr. Goode was given an extension of time to respond to allegations, charges, evidence, and averments, outside of litigation. (R. 4-5)

### Exhibit E

**Notice of Default in Dishonor** dated June 4, 2018; Mr. Goode affirmed his full acquiesces and tacit agreement with all averments and charges made, since April 18, 2018 and subsequent presentments; including his liability for current and coming certified billing statements from Ms. Montalbano. (R. 76-77)

AFFIDAVIT OF TRUTH                                                                                    Page **5** of **8**

**Exhibit F**

> Section 1, cites **remedies Mr. Goode was instructed to implement immediately** as of April 18, 2018 and has failed to do so. *(R. 25 - Sample) a*nd was further clarified on pages 21-22 of 48 in Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate – AMENDED.

**Exhibit G**

> Section 2, cites specific **examples where Mr. Goode used Ms. Montalbano's intellectual property** contained within *Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate.*

> **Sample of Cosmic Disclosure use by Mr. Goode of Ms. Montalbano's materials** *(R. 27 - Sample)*

> **Sample of Mr. Goode's use of Ms. Montalbano's Intellectual Property**, through Mr. Goode's retailoring of approximately 20 different dream experiences of Ms. Montalbano's and as seen in Mr. Goode's alleged "Mega Update" posted online January 12, 2018 *(R. 30 - Sample)*

> **Sample** whereby Mr. Goode's **associate, David Wilcock, mentions how Mr. Goode's "Mega Update"; whereby the evidence shows are Ms. Montalbano's materials; changed how Mr. Wilcock is writing his coming and to be published book respectively titled, "Awakening in the Dream"** *(R. 45 - Sample)*

**Exhibit H**

> Section 3, cites **forty-four (44) examples of alleged "synchronistic" use of Ms. Montalbano's dream visions by Mr. Goode and/or his associates** as contained within *Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate. (R. 44, 47, 49, 52, 59 – Samples)*

**Exhibit I**

> The **only presentment received from Mr. Goode and attorney Ms. Yanaros Wilde; frivolous presentment** dated June 5, 2018; containing no indorsement, attorney practice number, identification, or certification of any kind, cited zero laws or statutes, and does not cite anything with specificity nor does it address any of the content contained in the presentments as sent to Mr. Goode certified mail since April 18, 2018.

**Exhibit J**

>   **June 11, 2018, Lawful Response to Mr. Goode** and Ms. Yanaros Wilde's frivolous and without merit June 5, 2018 presentment citing statutes and laws for honorable refusal.


**Exhibit K**

>   **Fines and Fees Notice** dated May 16, 2018


In view of the foregoing evidence, and as admitted to and agreed on by Mr. Goode, and whereby no controversy exists, Per Due Process of Law, and Federal Rules of Civil Procedures, Rule 55, an ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER is requested of the courts on behalf of Ms. Montalbano to immediately prevent current and future unauthorized uses and abuses of Ms. Montalbano's intellectual property, dream visions, and copyrighted materials and to cease the abuse and defamation Ms. Montalbano's good name and character.

Respectfully Submitted,
All Rights Reserved,

*alyssa-Chrystie: Montalbano*

Plaintiff, Alyssa-Chrystie: Montalbano, American Citizen

---

## VERIFICATION

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the __25__ day of __June__ , __2018__ , at __Grand Junction, Colorado__
      (date)      (month)          (year)   (city or other location, and state OR country)

__Alyssa-Chrystie: Montalbano__          __Alyssa-Chrystie: Montalbano__
(Printed name of Petitioner/Plaintiff )       Signature of Petitioner/Plaintiff

__2536 Rimrock Ave Ste 400-117 (Grand Junction, CO   81505__
Address                   City                State      Zip Code
    __Mobile 970.250.8365__
Home Phone                   Work Phone

## CERTIFICATE OF SERVICE

I certify that on 6.25.2018 (date) a true and accurate copy of the **AFFIDAVIT OF TRUTH FOR MOTION TO ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER** was served on the other party by:

☐Hand Delivery, ☐E-filed, ☐Faxed to this number_____, **or**

☒by placing it in the United States mail, postage pre-paid, and addressed to the following: (include name and address):

To: Valerie Yanaros Wilde, Esq.
5057 Keller Springs Rd. Suite 300
Addison, Texas 75001
USPS Certified Mail No. 7017 2620 0000 7185 1052

To: James Corey Goode
1140 US Highway 287, Suite 400-266
Broomfield, Colorado 80020
USPS Certified Mail No. 7017 2620 0000 7185 1069

Alyssa-Chrystie: Montalbano
Petitioner/Plaintiff

**EXHIBIT A** MOTION TO ORDER CEASE AND DESIST UNAUTHORIZED
USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS
AND DEFAMATION OF CHARACTER (R. 2)

## NOTICE OF WRITTEN CORRESPONDENCE

April 18, 2018

Certified Mail#     7016 2070 0000 9810 9985

Petitioner: Alyssa-Chrystie: Montalbano
                   ARI STONE ART LLC
                   2536 Rimrock Ave
                   Suite 400-117
                   Grand Junction, Colorado 81505

Respondent:     James Corey Goode
                   GOODE MEDIA PUBLISHING, LLC
                   GOODE ENTERPRISE SOLUTIONS INC
                   1140 US HIGHWAY 287
                   SUITE 400-266
                   BROOMFIELD, COLORADO 80020

This is formal notification that effective April 18, 2018 any and all correspondence regarding "Courtesy Notice Stop
and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate" be directed in writing to
Alyssa-Chrystie: Montalbano at the following address:

Alyssa-Chrystie: Montalbano
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

In order to proceed properly and in accordance with applicable laws regarding this matter, please send all lawful
responses to the proceeding address.

**RESPONSE:** Only a response that meets the following criteria qualifies as a sufficient verified response:

1.  Any response must be made via a sworn affidavit, verified and affirmed by a signature under the penalty of
    perjury, and;

2.  Any attorney representing the matter must provide a certified copy of their Oath of Office, allowing them to
    operate in said capacity, along with a certified Power of Attorney, without such they are a 3rd party and of no
    use.

Any response without the required certifications and/or documentation shall be deemed a dunning notice, and is considered
frivolous and is evidence of Dishonor.

Signed this ⟋⟍ day of April, 2018
With Prejudice and All Rights Reserved,

*Alyssa-Chrystie: Montalbano*

Alyssa-Chrystie: Montalbano (UCC 1-308)

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Notice of Written Correspondence

Page 1 of 1

**EXHIBIT B** MOTION TO ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 1)

RECEPTION#: 2843230
6/7/2018 4:01:00 PM, 1 of 77
Recording:   $393.00,
Sheila Reiner, Mesa County, CO,
CLERK AND RECORDER

## CERTIFICATE OF SERVICE

It is hereby certified, that on April ⎿8⏌ , 2018 , the undersigned mailed to:

James Corey Goode
GOODE MEDIA PUBLISHING, LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US HIGHWAY 287
SUITE 400-266
BROOMFIELD, COLORADO 80020

Hereinafter, "Recipient," the documents and sundry papers pertaining to **"Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate"**

1.  **Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate** dated April 18, 2018

2.  **Notice of Written Correspondence** dated April 18, 2018

3.  **Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice)** dated April 18, 2018

4.  Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7016 2070 0000 9810 9985** Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Courtesy copies of 1, 2, and 4 sent by Certified Mail with Return Receipt to CEO, Jirka Rysavy GAIA INC Certified Mail No. 7016 2070 0000 9810 9954 and Senior Director of Content Production, Jay Weidner GAIA INC at the following address: 833 West South Boulder Road Building G, Louisville, CO 80027.

Signed this ⎿8⏌ day of April 2018

With Prejudice and All Rights Reserved,

Alyssa-Chrystie Montalbano (UCC 1-308)
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Certificate of Service

Page 1 of 1

**EXHIBIT C** MOTION TO ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 22)

# Courtesy Notice

## Stop and Desist Use of Intellectual Property and Copyrighted Materials
### with
### Intent to Litigate - AMENDED

Certified Mail#     **7018 0680 0002 3149 0623**

Date:               **May 16, 2018**

Petitioner:         Alyssa-Chrystie: Montalbano
                    ARI STONE ART LLC
                    2536 Rimrock Ave
                    Suite 400-117
                    Grand Junction, Colorado 81505

Respondent:         James Corey Goode
                    GOODE MEDIA PUBLISHING LLC
                    GOODE ENTERPRISE SOLUTIONS INC
                    1140 US HIGHWAY 287
                    SUITE 400-266
                    BROOMFIELD, COLORADO 80020

I, Alyssa-Chrystie: Montalbano, real flesh and blood human being and of the real land of the United States of America without the jurisdiction of the UNITED STATES and being of sound mind and body do solemnly declare the following to be true and correct to the best of my knowledge and understanding:

Per due process of law this is lawful and legal notification to James-Corey: Goode, Sphere Being Alliance, GOODE MEDIA PUBLISHING LLC, GOODE ENTERPRISE SOLUTIONS INC, any other known or unknown names or entities as thereby used, all affiliates, associates, subsidiaries, and by extension David Wilcock, GAIA INC, GAIA TV, Cosmic Disclosure, and Wisdom Teachings, hereafter "Respondent" of the following criminal activities and copyright infringements of the intellectual property and copyrighted materials of Alyssa-Chrystie: Montalbano, Owner ARI STONE ART LLC, writer-artist operating under the pseudonym of Ari Stone, hereafter "Petitioner," (US CODE Title 17) specifically but not limited to 17 USC 5;  17 USC §501 ; 17 USC §106 -122; and 17 USC 106A.

Since 2016 Petitioner has freely shared in **error** and **mistake** over 500 dreams, proprietary information, intellectual property, and copyrighted materials with Respondent predominantly via email to SphereBeingAlliance@gmail.com and from the following specified two email accounts of Petitioner: AriStoneArt@Ymail.com (business email) and PurpleMagus374@gmail.com (private email).

Petitioner asserts Respondent **conspired** with a network of complicit associates **(18 USC §241)** in order to "synchronistically" encourage, manipulate, remote view, and remote influence Petitioner to continue to email dream experiences and free information and intel for Respondent to utilize, mutilate, and present as his own "secret insider" Secret Space Program "intel" or otherwise similar labels with **intent** to **knowingly and willfully** (18 USC §1001, CRM 910 Knowingly and Willfully) **defraud (Black's Law Dictionary Abridged 8ᵗʰ Edition, p360)**

# EXHIBIT D (1 of 2) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 4-5)

## NOTICE OF FAULT IN DISHONOR
### (Opportunity to Cure)

Certified Mail#    **7018 0680 0002 3149 0623**

Date:    **May 16, 2018**

Petitioner:    Alyssa-Chrystie: Montalbano
ARI STONE ART LLC
2536 Rimrock Ave
Suite 400-117
Grand Junction, Colorado 81505

Respondent:    James Corey Goode
GOODE MEDIA PUBLISHING LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US HIGHWAY 287
SUITE 400-266
BROOMFIELD, COLORADO 80020

Reference:    **Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate dated April 18, 2018**

This instrument is a **Notice of Fault in Dishonor** upon the instrument(s) delivered by the Petitioner dated April 18, 2018 with the U.S.P.S. Certified Mail No. **7016 2070 0000 9810 9985** and received by the Respondent on or about April 20, 2018 at the address referenced above.

**PRESENTMENT**: On **April 20, 2018**, Alyssa-Chrystie: Montalbano presented the following instrument(s) for response:

1. **Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate** dated April 18, 2018

2. **Notice of Written Correspondence** dated April 18, 2018

3. **Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice)** dated April 18, 2018

4. Courtesy Copy **Certificate of Service** dated April 18, 2018

**DISHONOR**: By the terms and conditions of the instrument, the Respondent is under the duty and obligation to timely and in good faith protest and/or honor the presentment within 14 (fourteen) business days. Allowing 14 (fourteen) business days plus reasonable mailing time for the acceptance have passed and Petitioner shows no record of protest or acceptance, legal, or lawful response. Petitioner deems the instrument(s) to have been dishonored on **May 16, 2018**, and therefore a confession of judgment on the merits is warranted.

Petitioners in good faith offers an extension of the time to the Respondent for making the required presentment by an additional ten (10) days. Respondent has ten (10) days, for responding at the address given above.

Should Respondent fail, refuse, or neglect to honor the presentment with a verified response to this **Notice of Fault in Dishonor**; as defined below and set forth in Notice of Written Correspondence dated April 18,2018; Respondent is consenting with Petitioner entry of a **Notice of Default in Dishonor** upon the Respondent, and the issuance of a certificate verifying Respondent non-performance, acceptance of liability, and Respondent's acquiescence and tacit agreement with all terms, conditions, and stipulations as set forth by Alyssa-Chrystie: Montalbano.

**RESPONSE**: Only a response that meets the following criteria qualifies as a sufficient verified response:

1. Any response must be made via a sworn affidavit, verified and affirmed by a signature under the penalty of perjury, and;

2. Any attorney representing the matter must provide a certified copy of their Oath of Office, allowing them to operate in said capacity, along with a certified Power of Attorney, without such they are a 3rd party and of no use.

# EXHIBIT D (2 of 2) MOTION TO ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 4-5)

Any response without the required certifications and/or documentation shall be deemed a dunning notice, is considered frivolous, and is further evidence of Dishonor and fraud.

**DEFAULT:** Default is with the Respondent and is a confession of judgment to the following:

1. Respondent agrees to pay all fines and fees due Petitioner and as set forth in "Fines and Fees For Intellectual Property Use and Copyright Infringements" dated May 16, 2018 and as cited for remedy in "Certified Billing Statement 001" dated May 16, 2018

2. The Respondent acknowledges silence is acquiescence and tacit agreement to all allegations by Petitioner and as cited in SECTIONS 1, 2, 3, and 4 in "Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate dated April 18, 2018" and as REVISED and dated May 16, 2018

3. Respondent agrees any and all infringement uses are to stop and desist immediately.

4. The Respondent waives any and all claims, rights, immunities and defenses.

Respondent confession of judgment is with these stipulations:

1. Respondent is granting a specific power-of-attorney for the acquisition, procurement and/or production of any and all records, documents, and/or communications necessary for the securing of any and all rights, titles, and interests in or pertaining to any and all infringements associated with or secured by the above-referenced activities to Petitioner.

2. Respondent is consenting with the filing of encumbrances, including but not limited to liens, writs of possession, writs of execution, and writs of attachment on any and all property, fixtures, and accounts, by the Petitioner against the Respondent up to the amount of Ten million and 00/100 dollars ($10,000,000.00) for any and all actions taken by the Respondent with the semblance of hindering, impeding, obstruction and/or delaying of the Petitioner's rights, remedy, and/or attribution due.

3. Respondent is consenting with the filing of encumbrances, including but not limited to liens, writs of possession, writs of execution, and writs of attachment, on any and all property, fixtures, accounts, and public hazard bonds by the Petitioner against the Respondent up to the amount of Ten million and 00/100 dollars ($10,000,000.00) for any and all actions taken by the Respondent with the semblance of harassment, coercion, defrauding, and/or defamation of Petitioner.

Signed this _16_ day of May, 2018
With Prejudice and All Rights Reserved,

alyssa-Chrystie: Montalbano

**Alyssa-Chrystie: Montalbano (UCC 1-308)**
Owner ARI STONE ART LLC
Artist Ari Stone

State of _CO_ , County of _Mesa_

Signed before me on this _16_ day of _May 2018_ by Kim Denkert

Notary Public

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

**EXHIBIT E** (1 of 2) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 76-77)

# NOTICE OF DEFAULT IN DISHONOR

Certified Mail#    **7018 0680 0002 3149 0630 and 7018 0680 0002 3149 0685**

Date:           **June 4, 2018**

Petitioner:     Alyssa-Chrystie: Montalbano
                ARI STONE ART LLC
                2536 Rimrock Ave
                Suite 400-117
                Grand Junction, Colorado 81505

Respondent:     James Corey Goode
                GOODE MEDIA PUBLISHING LLC
                GOODE ENTERPRISE SOLUTIONS INC
                1140 US HIGHWAY 287
                SUITE 400-266
                BROOMFIELD, COLORADO 80020

Reference:      **Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate
                dated April 18, 2018**

This instrument is a **Notice of Default in Dishonor** upon the instrument(s) delivered by the Petitioner dated April 18, 2018 with the U.S.P.S. Certified Mail No. **7016 2070 0000 9810 9985** and received by the Respondent on or about April 20, 2018 at the address referenced above and subsequent presentment with Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

**PRESENTMENT**: On **April 20, 2018**, Alyssa-Chrystie: Montalbano presented the following instrument(s) for response:

1. **Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate** dated April 18, 2018

2. **Notice of Written Correspondence** dated April 18, 2018

3. **Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice)** dated April 18, 2018

4. Courtesy Copy **Certificate of Service** dated April 18, 2018

**PRESENTMENT**: On **May 16, 2018**, Alyssa-Chrystie: Montalbano presented the following instrument(s) for response with the U.S.P.S. Certified Mail No. **7018 0680 0002 3149 0623** and **7018 0680 0002 3149 0777** and received by the Respondent on or about May 18, 2018 at the address referenced above and the following address: C/O GAIA INC, 833 West South Boulder Road Building G, Louisville, CO 80027.

1. **Notice of Fault in Dishonor** dated May 16, 201

2. **Updated and Corrected Copy: Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate – AMENDED** dated May 16, 2018

3. AMENDMENT ONE dated May 16, 2018

4. ADDENDUM ONE dated May 16, 2018

5. FINES & FEES For Intellectual Property Use and Copyright Infringements dated May 16, 2018

Notice of Default in Dishonor                                                    Page 1 of 2

# EXHIBIT E (2 of 2) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 76-77)

6. Certified Billing Statement 001 dated May 16, 2018

7. OFFER FOR REMEDY – REVISED dated May 16, 2018

8. **Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice) –REVISED** dated May 16, 2018

9. **CC: Notice of Written Correspondence** dated April 18, 2018

10. Courtesy Copy of **Certificate of Service** dated May 16, 2018

**PRESENTMENT**: On **May 29, 2018**, Alyssa-Chrystie: Montalbano presented the following instrument(s) for response with the U.S.P.S. Certified Mail No. **7018 0680 0002 3149 0784** and **7018 0680 0002 3149 0647** and received by the Respondent on or about May 31, 2018 at the address referenced above and the following address: C/O GAIA INC, 833 West South Boulder Road Building G, Louisville, CO 80027.

1. **Certified Billing Statement 002** dated May 28, 2018

2. Courtesy Copy **Certificate of Service** dated May 29, 2018

**DISHONOR**: By the terms and conditions of the instrument, the Respondent is under the duty and obligation to timely and in good faith protest and/or honor the presentment within 14 (fourteen) business days. Allowing 14 (fourteen) business days plus reasonable mailing time for the acceptance have passed and Petitioner shows no record of protest and/or honor to the presentment with a legal, or lawful response. Petitioner deems the instrument(s) to have been dishonored on **May 16, 2018,** and therefore a confession of judgment on the merits is warranted.

Allowing 14 (fourteen) business days for the acceptance, and an additional ten (10) days on the opportunity to cure, **Notice of Fault in Dishonor,** and the time allowed having passed for acceptance, and the Petitioner showing no record of acceptance, Petitioner now deems the instrument(s) to have been dishonored on **May 16, 2018** and the **Notice of Fault in Dishonor** to have been dishonored on **June 3, 2018**, thereby comprising a confession of judgment on the merits.

**DEFAULT**: For the Respondent(s) failure to honor the offer, places the Respondent(s) at **fault**. For the Respondent(s) failure, refusal, or neglect in the presentment of a verified response to the Presentments and to the **Notice of Fault in Dishonor**, Respondent(s) thereby acquiesce and tacitly agree with all terms, conditions and stipulations set forth within the **Notice of Fault in Dishonor** and by Alyssa-Chrystie: Montalbano.

In a continued effort to settle outside of litigation the **Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice) –REVISED** dated May 16, 2018, though dishonored, shall remain an available option for Respondent to accept as remedy due Petitioner (Instructor) outside of litigation, unless otherwise certified in writing.

Signed this __4__ day of June, 2018
With Prejudice and All Rights Reserved,

alyssa-chrystie: Montalbano

**Alyssa-Chrystie: Montalbano (UCC 1-308)**
Owner ARI STONE ART LLC
Artist Ari Stone

State of ___, County of ___
Signed before me on this
of ___ by ___
Notary Public ___

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

# EXHIBIT F  MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 25)

## SECTION 1

**Respondent is to immediately implement the following remedies:**

I. Respondent is to stop and desist immediately from all acts of defamation of Petitioner's character and all uses of libel, and slander.

II. Respondent is to stop and desist immediately with the retailoring of dreams as their own information and that has previously been shared by Petitioner with Respondent since 2016.

III. Respondent is to stop and desist immediately from continued public infringement of retailored dream information of Petitioner's since 2016 in any and all monetized and public formats to include: Cosmic Disclosure, Wisdom Teachings, films, books, internet, and public events. **(17 USC 503)**

IV. All dreams and other information as sent to Respondent at SphereBeingAlliance@Gmail.com since 2016 or otherwise delivered to Respondent by Petitioner, are the sole intellectual and proprietary property of Petitioner.

V. All dreams and information as shared freely with Respondent since 2016 whereby permission was initially granted for sharing was made by **mistake** and in **error** (Black Law Dictionary 6th edition) under **colorable transfer** (Black's Law Dictionary Abridged 8th Edition, p221-222) and all rights granted in error are hereby rescinded. All dream experiences, personal experiences, observations, conclusions and/or suppositions of Petitioner as discovered from first hand observations and research are the sole intellectual property and/or copyrighted materials of Petitioner and the intellectual property thereof is NOT to be further utilized by Respondent in any for-profit or not-for-profit teachings, events, books, tweets, Facebook posts, or any other form of public media known or to be developed without the express written and certified consent of Petitioner. **(17 USC §106).**

VI. Respondent is to remedy Petitioner for the usage of all intellectual property as shared in error and subsequently used by Respondent since 2016 and in accordance with fair market values, rates, fines, and fees, and as based on the total amount of infringements including those not contained herein. Should litigation become necessary a complete and full list of infringements shall be provided and submitted for review and remedy in any court of law.

VII. Furthermore, as of the postmark date of this mailing Respondent is NOT to delete move, rename, relabel, or otherwise willfully obscure, obfuscate, or obliterate any of the evidence contained herein or evidence as to yet be cited in coming documents in the event litigation is necessary for remedy. Sources of evidence may not to be altered hereafter, including but not limited to Respondent: Tweets, Facebook posts, Facebook Messages, YouTube Vlogs, Emails, and any other methods heretofore utilized for infringement and as may be subpoenaed as evidence. **(18 USC §1519)** Any acts of further deception shall be deemed willful and criminal acts with intent to defraud and defame Petitioner and shall be Respondent's self-confession and admission of guilt and shall be upheld as such in any court of law.

VIII. Extra care is to be taken regarding Emails and as sent from Petitioner and as received by Respondent at SphereBeingAlliance@gmail.com account, along with Facebook posts, Facebook pass-through to Tweets, and Tweets as posted on @BlueAvians. All emails sent by Petitioner to Respondent or vice versa are not to be deleted, altered, or otherwise obscured, obfuscated, or obliterated by Respondent as they may be subpoenaed (duces tecum) as furtive evidence of allegations.

Case No. 1:20-cv-00742-DDD-KAS  Document 247-12  filed 08/05/21  USDC Colorado  pg 41 of 60

**EXHIBIT G** (1 of 3) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 27)

<u>**Containing Intellectual Property About:**</u>

*Time travel chair use by bodied beings and how in particular the chair user "__shrinks__" to use the "__time travel portal__" on the face plate and some notes regarding the "__calibration__" of the chair, including __DNA__ reading.*

**ON MAY 09, 2017 RESPONDENT** presented intellectual property
**ON** Cosmic Disclosure S7E19 at approx. time stamp 15:30

**In The Following Way:** *Respondent described "__portal travel__" as "__shrinking__" and "__calibrating__" matching Petitioner's description of how a soul/body travels when using the time travel chair and how it is calibrated with dial control on the face plate and backside of chair.*

2-3.  AT Conscious Life Expo **FEBRUARY 9-12, 2017 PETITIONER** gifted Respondent, and
Respondent Associate, David Wilcock, in-person a home printed copy of:
Pre-published Book: DreamWalker Dream Diary Adventures of Enetka Tulina: & the Trizad of
Peace" Edition 1 – Case# 1-6477994989
Date Digitally Published:  June 17, 2017 - Kindle Edition Only - ASIN B072TRB9GP
(ISBN 978-0-9969608-1-6, January 19, 2017)

<u>**Containing Intellectual Property About:**</u>

p63 - **"Magikal Silver Sparkles & Manifesting Gifts"** – original dream date November 16, 2016
*I manifest "__silver sparkles__" with my hands to make into gift for others.*

p58 - **"Inter-Dimensional Home"** *where my home "__shimmered__"(mirage) into view from the other dimension when I used my gold key to access it from this dimension (p 61, 62, 63)*

p58 – **"Inter-Dimensional Home"** *Where I fly in a tree (ship) and land "__in a sphere__" on the ground then proceed to access my inter-dimensional home using a gold key (p59)*

**ON JUNE 13, 2017 RESPONDENT** utilized and retailored a combination of copyrighted materials
**ON** Cosmic Disclosure S7E24 at approx. time stamps 10:00 – 20:00

**In The Following Way:** *to describe portal travel as "__sparkling light__"(10:00) and to further describe portals as "__shimmering__" like a __mirage__' (10:20) and that portals are "__3-dimensional spheres__"(19:30). Again utilizing a blend of Petitioner's copyrighted materials.*

2-4.  AT Conscious Life Expo **FEBRUARY 9-12, 2017 PETITIONER** gifted Respondents, David
Wilcock and Corey Goode, in person, a home printed edition of:
Pre-published Book: DreamWalker Dream Diary Adventures of Enetka Tulina: & the Trizad of
Peace" Edition 1 – Case# 1-6477994989
Date Digitally Published:  June 17, 2017 - Kindle Edition Only - ASIN B072TRB9GP
(ISBN 978-0-9969608-1-6, January 19, 2017)
And in particular: **Chapter 3: ALIENS & TECHNOLOGY** (p66-95)

Case No. 1:20-cv-00742-DDD-KAS Document 247-12 filed 08/05/21 USDC Colorado pg 42
of 60

**EXHIBIT G** (2 of 3) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 30)

Next in "Mega Update," Respondent's Associate, David Wilcock complicitly **implements Ruse De Guerre tactic of "synchronicity"** in stating the following:

Section Titled: "COMMENTARY BY DAVID WILCOCK"

> "... it is interesting to <u>look at this event</u> as being a <u>synchronistic mirror</u> of what we are also seeing here on Earth."

Shifting focus from Respondent's utilizations of Petitioner's copyrighted materials as merely being "synchronistic" or a "mirror" rather than infringement activities. This Ruse De Guerre tactic of "synchronicity" is abundant throughout 2017 and especially during the 6 months Respondent alleges to 'not' be reading Petitioner's emails.

The following infringements, numbered **2-6 to 2-13** occurred in **Part 1** of alleged **"Mega Update"** and subsequent infringements numbered **2-14 to 2-20** occurred in **Part 2** of alleged **"Mega Update,"** whereby Respondent presented the following intellectual property of Petitioner's as his own and in the following ways:

ON Divine Cosmos Website - PART 1 "Mega Update" (and later Cosmic Disclosure Episodes)
Web Link: https://divinecosmos.com/davids-blog/1225-abr-legacy/

2-6. **ON AUGUST 9, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: <u>DREAMS : 68+ synopsis DW dreams</u>, some CG too. <u>I know about the wedding</u>, Frank Jacob.
From: PurpleMagus374@gmail.com
With attachment: DREAMS DavidW NtK.pdf
And in particular: (p33-36) **How to Navigate the Labyrinth and booby trap <u>AXE</u> maze house ... with the "magik shirt"**

**Containing intellectual property about:**
*<u>Axe House - I have to navigate</u> to get to my twin flame and not get killed by <u>axes being rigged from the ceilings or floors</u> in just about every <u>room</u> that I was in, to navigate my way out with the magik shirt and subsequently was at an MC Escher-like labyrinth maze.*

**ON JANUARY 12, 2018, RESPONDENT** in **MEGA UPDATE (PART 1)**, utilized, retailored, and/or mutilated:

In Section Titled: **"ENGAGED IN BATTLE"**

*Respondent described, retailored, and subsequently mutilated the "<u>AXE</u>" house story, alleging he had an <u>experience inside a room</u> while off world with <u>axe heads hovering off the floor</u> and subsequently a being was killed.*

In the 126 page document of evidence submitted to GAIA INC, October to November of 2017, for syndicated Dream series, the image with misspellings, seen here, was contained within the document and special note was made of the misspellings.

This posting has since "synchronistically" had the errors fixed and now reads as follows

> *"A very massive dream appeared three mornings ago, portending a major leap forward in the defeat of the Cabal and towards disclosure.*

To Petitioner's knowledge this correction did not occur until after submission of 126 page document Part 1 on October 4, 2017, which was also shared with Respondent on October 2, 2017, suggesting reading proprietary document for complicit information gathering and "synchronistically" correcting the mistake, while still alleging to "not" be reading Petitioner's emails.

Furthermore, It is important to note Respondent Associate David Wilcock is also writing his own book "Awakening in the Dream." Whereby Mr. Wilcock declares in alleged **"MEGA UPDATE" (PART 2)** posted **JANUARY 12, 2018** how much Respondent's **"Mega Update"** changed how he's writing his book:

Section Titled: **"MEGA GROWING OPPORTUNITIES"**

"[DW: Some of what he received was personal for me. I found it incredibly interesting, and it has completely changed how I am writing *Awakening in the Dream.*]"

Considering, Mr. Goode's "Mega Update" is predominantly based on the retailoring and subsequent mutilation of Petitioner's dreams for retelling of Petitioner's intellectual property as though they are Respondent's own personal experiences and whereby Respondent has received over 500 dreams from Petitioner in error, where approximately 70 dreams include direct and personal information for Mr. Wilcock, it is evident Mr. Wilcock is also directly utilizing and benefiting from copyrighted materials and intellectual property of Petitioner's and is knowingly planning further utilization of Petitioner's dream information for future profiteering and/or public acclaim in his coming book "Awakening in the Dream" and to the continued detriment of Petitioner.

Legal remedy and attribution will also be pursued against Respondent Associates for any and all infringements and in particular as may be contained in Mr. Wilcock's forthcoming book.

Additional note is to be made that Mr. Wilcock declared at Conscious Life Expo, February 2017, he was having "dream recall issues." giving further sustenance to intent to conspire with Respondent to defraud Petitioner of mass amounts of dream intel during implementation 2017 to 2018 Ruse De Guerre tactics.

**EXHIBIT H** (1 of 5) MOTION TO ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 44)

**SECTION 3**                    44 Dream Vision Instances Cited

<u>Alleged "Synchronicities" utilizing Ruse De Guerre tactics</u> via Respondent, Affiliates,,Associates, and/or Subsidiaries to manipulate the actions of Petitioner in conjunction with remote influencing to maintain the continued free sharing of information by Petitioner with Respondent for subsequent profiteering and public acclaim:

3-1. **ON JUNE 15, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: "Dream Intel: Dimension Rescue, Cigar Ships, Help ETs, Portal Threads, Galactic Family, White Light Magik"
From: AriStoneArt@Ymail.com
With Attachment: **Dream Intel.pdf**
And in particular: (p11-12) Veil of Lies Removed, (p13-16) White Light Sparkles Stop Smucks

**Containing intellectual property:**

*(p11) I fly up in the air, raise my hands and stop people from useless banter (gossip), then speak my language and use magik to change the color of sky and thereby* **remove the veil of lies so humanity** **can see truth,** *some even for the first time.*



*(p15-16) A pervert guy keeps trying to touch me rudely; I use magik and make his hands go numb like dead hands for the next 24 hours, so he can't be rude to me or others. Two teams are on the field playing 'soccer'. One team is very abusive to the other team.* **I raise my hand, speak another language, and white light emits** *out of my hands and* **prevents the abusive players from harming** *the other team, they are white light tied/frozen. I then raise all the way up into the air and command them to no longer harm anyone ever again and* **make their black hearts** **shiny and new**. **I call forth more white light and emit white light sparkles that** **encompass around the entire globe of Earth.** *A version of me remained with arms raised and washing back and forth.*

**ON JUNE 18, 2017 RESPONDENT Associate, David Wilcock,** **"synchronisitcally" affirmed**
IN Facebook Post - DivineCosmosConvergence

**In The Following Way:** *On June 18, 2017, in original post Respondent Associate, David Wilcock, states with the following misspellings and as seen in Screenshot (image to left).*

*"AA very massive dream appeared hree mornings ago, portending a major leap forward in the defeat of the Cabal and towards major disclosure . . .*

*. . . This dream was utterly amazing and more than enough to convince me that now is the time to put this prophesy out there."*

This original post by Respondent Associate Mr. Wilcock, "synchronistically" is exactly 3 days after Petitioner emailed dream group in the morning to Respondent.

**EXHIBIT H** (2 of 5) MOTION TO ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 47)

*associated with the warring god factions and as I recall,* **Red, Blue, and White** *(time stamp 19:18)*.

It is very "synchronistic" this entire Prophesy based episode came out one month after Petitioner shared "Prophecy" dream on July 12, 2017 with Respondent via email. It was very "synchronistic" Mr. Wilcock specifically mentions in the episode it was like "reading someone's personal journals" Showing knowing and willful complicit reading and usage of Petitioner's personal dream journals without remedy or attribution to Petitioner. Furthermore, it is also "synchronistic" Mr. Wilcock made reference to how a spaceship might be referred to as a car and brings up the colors of the warring factions, red, blue, and white, all typically seen throughout Petitioner's dream journals and where peace is made.

3-4. **ON AUGUST 1, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: DREAMS: incl the 'Vatican' like dream and USAF watching me
From: PurpleMagus374@gmail.com
With Attachment: Dreams – Vatican.pdf
And in particular: (p9-11) **2017_07_31_JUL Scram Jet USAF Watching Me 3 Passes**

**Containing Intellectual Property Dream Vision:**
*What I guessed to be a USAF jet watching me. It can move in ways unnatural to any known jets. Onboard it has a handful of people with special abilities that its taking to underground locations for 'fear' based access to abilities training. I see a TV and News magazine article with an image of the jet and an article intentionally deceiving the public about what the jet really is for. I draw an* **illustration of the jet cover image as best I can upon waking.**



**ON SEPTEMEBER 30, 2017 RESPONDENT**
**"synchronistically"** affirmed
IN @BlueAvians tweeted on SEPTEMBER 30, 2017

**In The Following Way:** *Respondent Associate Dr. Michael Salla, writes and* **posts an Elon Musk article with** *"synchronistic" similar image.*
Link: http://exopolitics.org/elon-musk-just-made-secret-space-program-disclosure-inevitable/



Again showing "synchronistic" and complicit utilization of Petitioner's intellectual property and dream visions without remedy or attribution to Petitioner.

Case No. 1:20-cv-00742-DDD-KAS Document 247-12 filed 08/05/21 USDC Colorado pg 46 of 60

**EXHIBIT H** (3 of 5) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 49)

*Three waves of military groups are sent to 'get me.' The first wave is hundreds, the second wave thousands, the third all of the military of the world. With each wave I do the following: I speak my sacred language command them to listen using the violet-purple ray, the galactic family of love and light assist. The military men obey. <u>I order them</u> to put down their weapons and <u>to hug. They do and all the energies change</u>.*

<u>**ON OCTOBER 10, 2017 RESPONDENT "synchronisitcally" affirmed**</u>

IN @BlueAvians Tweet

In the following way: *Respondent tweeted link to, Associate Justin Deschamps', article about <u>the power of hugs.</u>*

Link: https://twitter.com/blueavians/status/917822563497267200

**"Synchronistically" affirming dream visions and again without attribution to Petitioner.**

## <u>Below is a less detailed list of a 'few' more "synchronistic" affirmations.</u>

3-7. <u>**ON JULY 10, 2017 PETITIONER**</u> emailed to Respondent dream information about coming <u>**ET Exchange program.**</u>

<u>**ON NOVEMBER 4, 2017 PETITIONER**</u> shared with Respondent rough draft of Part 3 of Proprietary 126 page document of evidence containing full details and dream connections with coming <u>**ET Exchange program**</u>. Yet Petitioner was still in need of a link to support coming ET Exchange program. Subsequently the following was shared by Respondent Associate.

<u>**ON NOVEMBER 19, 2017 RESPONDENT**</u> Associate, **Teresa Yanaros,** "synchronsistically" shared information publically regarding "**<u>ET Exchange Program</u>**" and alleged the information was from another source.

3-8. <u>**ON JUNE 25, 2017 PETITIONER**</u> shared with Respondent information regarding <u>square ships</u>.

<u>**ON OCTOBER 20, 2017 RESPONDENT**</u> Asssociate, **Dr. Michael Salla,** shared photos of <u>square-ish shape flying crafts</u> from a "trusted source." *Salla, Michael. "Covert Disclosure of Antigravity Craft near MacDill AFB." Exopolitics.org. 20 Oct. 2017. Web. 21. Oct. 2017. Retrieved from* http://exopolitics.org/disclosure-of-antigravity-craft-near-macdill-afb/



Covert Disclosure of
Antigravity Craft near
MacDill AFB

WRITTEN BY DR MICHAEL SALLA ON
OCTOBER 20, 2017. POSTED IN FEATURED,
UFOS AND SIGHTINGS

"Synchronistically" affirming dream vision information of Petitioner's and as outlined in 126 page proprietary document of evidence without attribution to Petitioner.

Case No. 1:20-cv-00742-DDD-KAS Document 247-12 filed 08/05/21 USDC Colorado pg 47 of 60

**EXHIBIT H** (4 of 5) MOTION TO ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 52)

3-16. **ON SEPTEMBER 25, 2017 PETITIONER** shared via email with Respondent dream "DC Legends and Screw Plate" with drawing of a metal plate with holes in it and later connected with another post by Respondent regarding the ancients underground 'vent' system (per connecting image to right of screw plate drawing).

**ON OCTOBER 6, 2017 RESPONDENT** tweeted Mike Pence article with Mr. Pence's hand on NASA's metal plate with "Do Not Touch" sign on it, with matching holes style to plate in dream.



3-17. **ON AUGUST 3, 2017 PETITIONER** emailed Respondent dream titled "Argon Warning" containing a skull in the warning message and as drawn by Petitioner in dream journal.

**ON DECEMBER 25, 2017 RESPONDENT** tweeted a link to article posted on Associate David Wilcock's DivineCosmos.com containing a "synchronistic" image of a "Skull" asteroid to make pass near Earth.



3-18. **ON OCTOBER 10, 2017 PETITIONER** emailed Respondent dream titled "Bates Motel Looking Guy Loses Bullet Bet" with dream date of January 28, 2017; containing information about a specialized golden colored bullet that is like a stealth-like missile and around 2 to 3 inches long. Petitioner wonders if it is a new kind of weapon with pathetic drawing of the bullet. In dream 'shooter' lost the bullet bet to shoot and kill a friend.

Case No. 1:20-cv-00742-DDD-KAS  Document 247-12  filed 08/05/21  USDC Colorado  pg 48
of 60

**EXHIBIT H** (5 of 5) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 59)

3-38. **ON OCTOBER 22, 2017 PETITIONER** shared via email intellectual dream vision property
regarding Respondents coming event and he would be safe.

**ON OCTOBER 23, 2017 RESPONDENT "synchronistically"** Facebook-pass-through tweeted
link to his coming Philadelphia event.

3-39. **ON SEPTEMBER 21, 2017 PETITIONER** shared via email intellectual dream vision property
information regarding vampire history. With special mention to email shared on JUNE 28, 2017
where Petitioner shape-shifted a dozen times for her prison sanctuary love and again shape-shifted in
email shared on JULY 31, 2018 into a bumble bee.

**ON SEPTEMBER 27, 2017 RESPONDENT** Associate, Dr. Micahel Salla, **"synchronistically"**
posted an article containing vampire history with image containing Vlad the Impaler (aka Dracula).
Article Titled, " A DESCRIPTION OF THE SHAPE-SHIFTING REPTILIAN BEINGS WRITTEN ABOUT IN
ANCIENT INDIA – "THE NAGA""

3-40. **ON MAY 10, 2017 PETITIONER** shared via email with Respondent the Vatican dream.
Containing intellectual dream vision property regarding the **Vatican Break Away group** as denoted
by the Vatican guy with "no pointy hat" watched as demonstrations were being made on the **black
and white mosaic checkered wall** teaching another man how to pass through walls by rearranging
atoms, and some of the time using a **sea shell** (water connection) to demonstrate.

**ON MAY 29, 2017 PETITIONER "synchronistically"** found an image of Respondent with
Respondent Associate, Jordan Sather, with black and white mosaic floor tiling, but not in the exact
squares format seen in dream vision.



**ON JUNE 20, 2017 RESPONDENT "synchronistically"**
tweeted a link to his YouTube Vlog showing his Solstice Pool
Party ('synchronistic' water connection with 'sea shell') and
"synchronistically" affirmed he was the married man being taught
in the dream, as the **pool walls were the matching style of black
and white mosaic tile checkers seen in dream vision**.

**ON JUNE 22, 2017 RESPONDENT "synchronistically"** tweeted twice and to two links of
Respondent Associate Dr Michael Salla's article regarding the **Vatican Break Away** group choosing
to reveal the truth to humanity.
http://exopolitics.org/world-religions-unite-as-prelude-to-extraterrestrial-disclosure/ (Written version)

**ON JUNE 27, 2017 RESPONDENT "synchronistically"** tweeted an additional link with further
information about **Vatican Break Away** group, due to inquiries by Petitioner and others on June 22,
2017 Vatican tweet comment section, asking for clarification if these are the proverbial good guys.

**EXHIBIT I** (1 of 4) MOTION TO ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER

# Yanaros Law, P.C.

Protecting Your Intellectual Property.

June 5, 2018

Sent Federal Express

### BY CERTIFIED MAIL AND EMAIL

and

Ms. Alyssa-Christie Montalbano
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
purplemagus374@gmail.com
aristoneart@ymail.com

email via standard email - No
court system for
notification was used -

Re:   CEASE AND DESIST: Trademark and Related Intellectual Property Infringement of IP Material Belonging to Mr. James Corey Goode; Stalking Protective Order

Frivolous and Without Merit Presentment

Dear Ms. Montalbano:

My firm represents Mr. James Corey Goode, Goode Enterprise Solutions, Inc. and related entities (collectively, "Mr. Goode" or my "Client") in matters related to their intellectual property and personal protection. As you know, Mr. Goode is well known across the United States and throughout the world for his work in the Disclosure Community as well as all that is encapsulated in and related to his testimony regarding the Secret Space Program, Sphere Being Alliance, Blue Avians, 20 & Back, Return of the Guardians (collectively, "Mr. Goode's Trademarks"), and countless other topics and areas of interest. These ideas, stories, productions and testimony are intellectual property covering, related to and regarding Mr. Goode's life and work, and are created **solely** by and through him and thus, belong to **solely** Mr. Goode

I understand that you reached out to Mr. Goode an alarming number of times over the past year via phone, letter, email and various other communication outlets. It has also come to my attention that you have sent defaming, harassing and fraudulent material to his employer, Gaia Inc. Recently, you sent a large amount of materials including what appears to be photos of pages of a composition notebook bearing writing

**EXHIBIT I** (2 of 4) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER
Frivolous and Without Merit Presentment

that purports to tell a story or dream sequence(s), communications threatening litigation, and an addendum titled "Acceptance of Offer For Remedy as Apprentice"—which, in substance, amounts to no more than an attempt to extort and coerce my Client to engage in a type of role-playing relationship wherein you assume the name of "Ariel" and Mr. Goode as "Francis".

These communications are very alarming in the misuse of the word "Petitioner" in reference to yourself, especially because to date our search has not found any filed litigation by you against Mr. Goode—therefore making the use of that designation fraudulent at worst and misdescriptive at best. Further, your offer of "one last opportunity, outside of litigation, to resolve this matter directly with me" underscores the fact that no petition to a Court or legal entity has in fact been filed. Such fraudulent statements carry heavy consequences in the likely case of Court action being undertaken by us.

As explained further below, this letter is to demand that you **halt, cease and desist** from:

No Specificity

1. Any further contact with Mr. Goode and any of his relatives, colleagues, employers or coworkers/collaborators
2. Any further defaming remarks asserting that Mr. Goode has in any way taken or interfered with your alleged intellectual property rights
3. Any further attempts to extort or coerce my Client to engage in any role playing or other personal relationship with you
4. Any further attempts to extort or coerce my Client to engage in any business relationship with you
5. Any further statements—private or public—that in any way involve Mr. Goode or any of his colleagues, counterparts, companies or works
6. Any further infringement of Mr. Goode's intellectual property rights—including but not limited to infringement of his trademarks (including but not limited to Mr. Goode's Trademarks), copyrights, trade dress or otherwise (common law, state and federal)
7. Any further threatening letters, comments, posts on social media, texts, or any communication whatsoever sent to Mr. Goode, his colleagues, counterparts, companies, affiliates, employers or coworkers.

There are innumerable references in the materials that you sent my client that are cause for great concern, but specifically on page 7 of your composition notes you state:

"…I knew if I went to court…I'd win…cause (sic) I'd already sent all my info to him first and then he and David presented info like it."

Please understand that if you are in any way attempting to claim any of the copyrighted, trademarked or otherwise protected materials that my Client has produced that we will be forced to file a lawsuit in order to police and protect Mr. Goode's rights. To be

2

**EXHIBIT I** (3 of 4) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER

*Frivolous and without Merit Presentment*
*No Specificity*

completely clear: any and all of the materials that Mr. Goode has put forth via television, YouTube, radio or otherwise performed are attributable solely to Mr. Goode and Mr. Goode only—and anyone that attempts to infringe or otherwise subvert those rights will face litigation.

Mr. Goode's Trademarks, common law trademark rights, copyrights and other intellectual property protections provide him with certain proprietary rights. This includes the right to restrict the use of Mr. Goode's trademarks, or confusingly similar trademarks, in association with confusingly similar products or services.

It is important that Mr. Goode exercises his right to protect his intellectual property rights, including those extending to his trademarks and servicemarks. They serve as important and distinctive representations of the origin of his services and products as well as the goodwill of his company and presence. State and federal law supports our position that confusingly similar trademarks may cause confusion among customers. This confusion may cause substantial harm to Mr. Goode's Trademarks by facilitating the loss of its effectiveness in establishing a distinct association between it, his products and services, and his company's goodwill.

Mr. Goode's Trademarks have gained national and international fame and notoriety and we cannot let any unauthorized use exist that can confuse customers and the public in general.

Due to these concerns, and because continued unauthorized use of Mr. Goode's intellectual property, and specifically his trade and service marks, willful infringement of his trademark rights, we demand that you cease and desist in any further use of the any of Mr. Goode's Trademarks in association with the marketing, sale, distribution, or identification of your products, services or alleged IP.

Please respond by letter indicating your intention to: 1) cease and desist the use of any and all of Mr. Goode's IP; 2) take down any reference on social media or otherwise that includes Mr. Goode's IP within Fifteen (15) days from the date of this letter; and 3) send notices to any resellers and any parties that might have a copy of your infringing materials that you intend to cease use of said infringing materials, marks or phrases.

We hope that you will comply with these demands so that no further damages will accrue. We do hope we can settle this matter expeditiously without pursuing any litigation.

3

**EXHIBIT I** (4 of 4) MOTION TO ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER

Frivolous and without Merit Presentment

Very truly yours,

/s Valerie Yanaros Wilde
Attorney, Yanaros Law, P.C.

CC:

James Corey Goode
Roger Richards

No Indorsement (USC 3-501)

No Attorney ID#

Dunning Style Harassment
Presentment

Failure to Serve (C.R.C.P. Rule 5)

4

**EXHIBIT J** (1 of 6) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER

## CERTIFICATE OF SERVICE

It is hereby certified, that on June 11, 2018 , the undersigned mailed to the following addresses:

**James Corey Goode**
GOODE MEDIA PUBLISHING, LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US Highway 287
Suite 400-266
Broomfield, Colorado 80020

**Valerie Yanaros Wilde**
C/O: Yanaros Law, P.C.
5057 Keller Springs Rd
Suite 300
Addison, TX 75001

Hereinafter, "Recipient," the documents and sundry papers pertaining to **"Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate"** and as filed on **Public Record with Reception # 2843230 Sheila Reiner, Mesa County CO, CLERK AND RECORDER.**

1. **Notice of Constitutional Law Precedence and Failure to Respond** dated June 11, 2018

2. **CC: Notice of Written Correspondence** dated April 18, 2018

3. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7018 0680 0002 3149 0722** and **7018 0680 0002 3149 0715** Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the United States Postal Service within the State of Colorado.

Affirmed this __11__ day of June 2018
All Rights Reserved,

Alyssa – Chrystie: Montalbano
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of ___ County of ___
Signed before me on this ___
of ___ by ___
Notary Public ___

**KIMBERLY D. BLOSSOM**
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Certificate of Service June 11, 2018

**EXHIBIT J** (2 of 6) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER

## NOTICE OF CONSTITTUTIONAL LAW PRECEDENCE

### AND

### FAILURE TO RESPOND

Certified Mail No   **7018 0680 0002 3149 0722, 7018 0680 0002 3149 0715**

Public Record Reception# **2843230**, Sheila Reiner, Mesa County CO CLERK AND RECORDER

| | |
|---|---|
| Date: | **June 11, 2018** |

Petitioner:   Alyssa-Chrystie: Montalbano
ARI STONE ART LLC
2536 Rimrock Ave
Suite 400-117
Grand Junction, Colorado 81505

*Presentment Delivered to*
*Mr. Goode*
*June 13, 2018 at 12:37pm*
*and to*
*Ms. Yanaros Wilde*
*June 14, 2018 at 10:29am*

Respondent:   James Corey Goode
GOODE MEDIA PUBLISHING LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US HIGHWAY 287
SUITE 400-266
BROOMFIELD, COLORADO 80020

*Respondent*
*subsequently attempted a*
*Stalking Protective Order*
*June 16, 2018*

Valerie Yanaros Wilde
YANAROS LAW, PC
5057 KELLER SPRINGS RD
SUITE 300
ADDISON, TEXAS 75001

**RE: Frivolous "CEASE AND DESIST: Trademark and Related Intellectual Property Infringement of IP Materials Belonging to Mr. James Corey Goode; Stalking Protective Order" dated June 5, 2018**

Ms. Valerie Yanaros Wilde and Mr. James Corey Goode,

Please see that your offer to contract as "stalker" (Stalking Protective Order) is hereby honorably refused for the following legal and lawful reasons based in fact, law, and evidence.

**EXHIBIT J** (3 of 6) MOTION TO ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER

In any matter where there is controversy between statutes and the supreme law of the land, the Constitution of the United States of America shall take precedence in all instances.

This letter is lawful notification to you, pursuant to The Bill of Rights of the National Constitution, in particular, the First, Fourth, Fifth, Sixth, Seventh, Eighth, and Ninth Amendments, and The Bill of Rights of the Colorado Constitution, in particular, Sections 1, 2, 3, 6, 7, 9, 10, 14, 15, 16, 23, 24, 25, 28, and pursuant to your oath, and requires your written response to me specific to the subject matter. Your failure to respond, within 30 days, as stipulated, and rebut, with particularity, everything in this letter with which you disagree is your lawful, legal and binding agreement with and admission to the fact that everything in this letter is true, correct, legal, lawful and binding upon you, in any court, anywhere in America, without your protest or objection or that of those who represent you. Your silence is your acquiescence. See: *Connally v. General Construction Co.*, 269 U.S. 385, 391. Notification of legal responsibility is "the first essential of due process of law." Also, see: *U.S. v. Tweel*, 550 F. 2d. 297. "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading."

Frivolous Presentment titled " CEASE AND DESIST: Trademark and Related Intellectual Property Infringement of IP Materials Belonging to Mr. James Corey Goode; Stalking Protective Order" and as dated June 5, 2018 and as delivered by Valerie Yanaros Wilde and James Corey Goode to Petitioner, is hereby refused for the following reasons based in fact, law, and evidence and whereby statutes are mentioned as a courtesy and all proceedings shall be in accordance with Constitutional law.

1. Lack of indorsement **(UCC 3-501)** on presentment, and whereby lack of indorsement can only be further equated with fraud **(18 USC 1341).**

2. For Valerie Yanaros Wilde, failure to certify identity as a public servant with an oath of office to the Constitution of the United States of America.

3. For failure to provide a certified copy of, Valerie Yanaros Wilde's, Oath of Office to the Constitution.

4. For failure to certify Valerie Yanaros Wilde is an attorney or lawyer.

5. For failure of Valerie Yanaros Wilde to certify any identity.

6. Harassment through impersonating the Respondent, James Corey Goode (C.R.S. 18-5-113).

7. Presentment dated June 5, 2018 is frivolous and without merit.

**EXHIBIT J** (4 of 6) MOTION TO ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER

8.  Email sent June 5, 2018 and Presentment dated June 5, 2018 and as received via Fed Ex mail number 781287902236 by Petitioner on June 8, 2018, from Yanaros Law, Valerie Yanaros Wilde, failed to meet due process of law through failure to be served via Certified Mail and is hereby deemed Mail Fraud (941.18 USC §1341) " *Schmuck v. United States*, 489 U.S. 705, 721 n. 10 (1989); *see also Pereira v. United States*, 347 U.S. 1, 8 (1954) ("The elements of the offense of mail fraud under . . . § 1341 are (1) a scheme to defraud, and (2) the mailing of a letter, etc., for the purpose of executing the scheme."); Laura A. Eilers & Harvey B. Silikovitz, *Mail and Wire Fraud*, 31 Am. Crim. L. Rev. 703, 704 (1994) (cases cited).

9.  For failure by Respondent, James Corey Goode, and Co-Conspirator, Valerie Yanaros Wilde, to provide proof of authority (Power of Attorney or affidavit) to legally or lawfully speak on behalf of Respondent, James Corey Goode, and whereby failure can only be equated with fraud, acquiescence, and tacit agreement to all allegations as served on Respondent James Corey Goode by Petitioner with certified delivery of Courtesy Notice "Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate" dated April 18, 2018 and subsequent mailings and whereby Respondent non-performance was duly noted and attested to on May 16, 2018 with the Notice of Fault in Dishonor (Opportunity to Cure) and final certification of Respondent non-performance with delivery of Notice of Default in Dishonor, duly noted June 4, 2018.

10. Respondent, James Corey Goode, has failed to rebut with particularity anything in Petitioner's presumptive Courtesy Notice since April 18, 2018 presentment and as received by Respondent on or about April 20, 2018.

11. The following certified documents and sundried have been filed on public record **per due process of law, The Constitutions, Federal Rules of Evidence, and Colorado Rules of Evidence: Chapter 33, Article IV, Rule 401 with public record Reception No 2843230 and as recorded, June 7, 2018, 4:01:00 PM, at Sheila Reiner, Mesa County, CO, CLERK AND RECORDER.**

    a.  Certificate of Service dated April 18, 2018
    b.  Notice of Written Correspondence dated April 28, 2018
    c.  Certificate of Service dated May 16, 2018
    d.  Notice of Fault in Dishonor (Opportunity to Cure) dated May 16, 2018
    e.  Amendment One dated May 16, 2018
    f.  Addendum One dated May 16, 2018
    g.  Fines and Fees dated May 16, 2018
    h.  Certified Billing Statement 001dated May 16, 2018
    i.  Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate – AMENDED and dated May 16, 2018
    j.  Certificate of Service dated May 29, 2018
    k.  Certified Billing Statement 002 dated May 28, 2018
    l.  Certificate of Service dated June 4, 2018
    m.  Notice of Default in Dishonor dated June 4, 2018

**EXHIBIT J** (5 of 6) MOTION TO ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER

12. Email dated June 5,2018 included what appeared to be Mr. Goode's personal email address, at the very least an email address Petitioner has never had or known about prior to date of harassment email. Whereby, if Petitioner were indeed a stalker and Mr. Goode's safety were indeed in question, why would this be done? Two reasons can be equated. 1. Respondent doesn't truly believe Petitioner is a stalker and is bearing false witness. 2. Respondent is trying to emotionally coerce Petitioner into activities that may be alleged as stalking and thereby is further evidence of emotional coercion.

13. Presentment received by mail on June 8, 2018, threatens Petitioner with a "Stalking Protective Order" Whereby "stalking" was only ever incited after Petitioner began Due Process of Law to the best of her abilities to stop the uses of copyrighted and infringed upon intellectual property belonging to Petitioner and as used by Respondent, James Corey Goode since 2017. Therefore frivolous June 5, 2018 presentment is deemed as further evidence of willfully and knowingly performing avoidance and evasion where a responsibility is due to learn the truth (18 USC §1001, CRM 910 Knowingly and Willfully).

14. **Presentment is in direct violation of Alyssa-Chrystie: of the Montalbano family, inalienable Constitutional rights** and in particular but not limited to:

   a. Is an overt attempt to take away the right of freedom of speech by taking away the right to write to Mr. Goode to address grievances in accordance with Due Process of Law and Mr. Goode's right to respond. (Constitution of the United States of America, First and Fourth Amendments; Colorado Constitution Sections 10, 24, 25).

   b. Theft of Private (Intellectual) Property (Constitution of the United States of America, Fourth Amendment; Colorado Constitution Sections 14, 15)

   c. Bearing False Witness (Constitution of the United States of America, Fourth Amendment. Colorado Constitution Sections 3, 7)

   d. Violation of Due Process of Law (Constitution of the United States of America, Fifth Amendment; Colorado Constitution Section 25)

   e. Stalking Protective Orders typically take away the right to a Trial by Jury (Constitution of the United States of America, Sixth Amendment; Colorado Constitution Sections 3, 6, 7, 10, 16, 16a, 23, 25)

   f. Stalking Protective Orders typically take away the right to face the accuser (Constitution of the United States of America, Sixth Amendment; Colorado Constitution Section 16, 16a)

**EXHIBIT J** (6 of 6) MOTION TO ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER

g.  Valerie Yanaros Wilde has perjured her Oath of Office to the Constitution for accepting a title of nobility with a foreign state, as seen after her name in June 5, 2018 email and denoted as "Esq." and is in direct violation of her Oath of Office to the Constitution and is therefore a 'domestic and foreign' threat to Alyssa-Chrystie: Montalbano and her inalienable Constitutional rights and the freedoms granted thereof. (Constitution of the United States of America, Article 1, Section 9; Colorado Constitution Section 9)

> *"No Title of Nobility shall be granted by the United States: And no Person holding any Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince or foreign State."*

h.  For the aforementioned Constitutional reasons, Valerie Yanaros Wilde has performed Color of Law. (18 USC §242) and has therefore perjured her Oath of Office to the Constitution of the United States of America (Constitution of the United States of America, Article 1, Section 9, and Article 6) and has thereby vacated her office. (Colorado Constitution, Section 9)

If you disagree with anything in this letter, then rebut that with which you disagree, in writing, with particularity, to me, within 30 days of this letter's date, and support your disagreement with evidence, fact and law. Your failure to respond, as stipulated, is your agreement with and admission to the fact that everything in this letter is true, correct, legal, lawful, and is your irrevocable agreement attesting to this, fully binding upon you, in any court in America, without your protest or objection or that of those who represent you.

All Rights Reserved,

Alyssa-Chrystie: Montalbano

Citizen of the Real Land of the United States of America

State of CO, County of Mesa
Signed before me on this
of June 2018 by Kimberly D. Blossom
Notary Public

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26-2022

Notice Constitutional Law Precedence and Failure to Respond

**EXHIBIT K** MOTION TO ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 18)

May 16, 2018

# FINES & FEES

## For Intellectual Property Use and Copyright Infringement – Due Immediately

**For failure to respond the following fine and fees are hereby implemented and made due immediately as of the date of this notice;**

For any and all uses of Petitioner's Intellectual Property and Copyrighted Materials by Respondent from December 1, 2016 through April 20, 2018; the Following Fines and Fees Outlined Below are due immediately:

- $150/hr for Petitioner's research, locating additional infringements, and legal services.

- Any and all Expenses Incurred for

- 50% of any and all royalties as received by Respondent from GAIA INC for any and all Cosmic Disclosure episodes utilizing Petitioner's Intellectual Property and Copyrighted Materials and as sent in error since 2016.

- 50% of any royalties received by Respondent in any capacity from any form of medium that utilizes Petitioner's intellectual property or copyrighted materials.

- $200 Fine per episode of Cosmic Disclosure utilizing Petitioner's Intellectual Property in any capacity.

- $100 Fine for each individual use of intellectual property and copyrighted materials contained within an episode.

- $300 Fine for each use within any medium, to include but not limited to: print, television, radio, Internet, and any other medium as of yet to be developed or discovered.

- $150 Fine for each Respondent Associate use.

- $100 Fine for each "synchronistic" use.

- $700 Fine for dissemination of Petitioner's dream information and intel at public events, teachings, or other similar workshops online or offline.

- $1500 Fine per mutilation of intellectual property and Copyrighted Materials in any medium.

- $50 fine per day for late payment

Additionally, the above outlined fines and fees are doubled for any and all uses after April 20, 2018. Fines and fees may be collected from Respondent's wages, social security, tax returns, businesses, and any other source of income for remedy due Petitioner.

Signed with Prejudice,

State of CO ,County of Mesa

Signed before me on this 16 day of May 2018 by Kimberly Blossom

Notary Public

_Alyssa Chrystee Montalbano_

Alyssa Montalbano (UCC 1-308)

FINES & FEES For Intellectual Property Use and Copyright Infringement - Due Immediately

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

## CERTIFICATE OF SERVICE

I certify that on 6.25.2018 (date) true and accurate copies of **EXHIBITS A to K** were served on the other party by:

☐Hand Delivery, ☐E-filed, ☐Faxed to this number_____, **or**

☒by placing it in the United States mail, postage pre-paid, and addressed to the following: (include name and address):

To: Valerie Yanaros Wilde, Esq.
5057 Keller Springs Rd. Suite 300
Addison, Texas 75001
USPS Certified Mail No. 7017 2620 0000 7185 1052

To: James Corey Goode
1140 US Highway 287, Suite 400-266
Broomfield, Colorado 80020
USPS Certified Mail No. 7017 2620 0000 7185 1069

Alyssa-Chrystie-Montalbano
Petitioner/Plaintiff