Case No. 1:20-cv-00742-DDD-KAS   Document 247-13   filed 08/05/21   USDC Colorado   pg 1 of 2

8/4/2021  Section 24-10-103 - Definitions, Colo. Rev. Stat. § 24-10-103 | Casetext Search + Citator

 casetext

Help   Sign In   Sign Up

Search all cases and statutes...   JX   Search

Statutes, codes, and regulations / Colorado Revised Sta... / ... / Article 10 - Governm... / Section 24-10-103 - ...

# Colo. Rev. Stat. § 24-10-103

Current through Chapter 310 of the 2021 Legislative Session (with exception of Chapter 306)

## Section 24-10-103 - Definitions

As used in this article 10, unless the context otherwise requires:

(1) "Controlled agricultural burn" means a technique used in farming to clear the land of any existing crop residue, kill weeds and weed seeds, or to reduce fuel buildup and decrease the likelihood of a future fire.

(1.3) "Dangerous condition" means either a physical condition of a facility or the use thereof that constitutes an unreasonable risk to the health or safety of the public, which is known to exist or which in the exercise of reasonable care should have been known to exist and which condition is proximately caused by the negligent act or omission of the public entity or public employee in constructing or maintaining such facility. For the purposes of this subsection (1.3), a dangerous condition should have been known to exist if it is established that the condition had existed for such a period and was of such a nature that, in the exercise of reasonable care, such condition and its dangerous character should have been discovered. A dangerous condition shall not exist solely because the design of any facility is inadequate. The mere existence of

↓ Download PDF

Case No. 1:20-cv-00742-DDD-KAS   Document 247-13   filed 08/05/21   USDC Colorado   pg 2 of 2

8/4/2021
Section 24-10-103 - Definitions, Colo. Rev. Stat. § 24-10-103 | Casetext Search + Citator


casetext

Help   Sign In   Sign Up

Search all cases and statutes...   JX   Search

(6) "Sidewalk" means that portion of a public roadway between the curb lines or the lateral lines of the traveled portion and the adjacent property lines which is constructed, designed, maintained, and intended for the use of pedestrians.

(7) "State" means the government of the state; every executive department, board, commission, committee, bureau, and office; and every state institution of higher education, whether established by the state constitution or by law, and every governing board thereof. "State" does not include the judicial department, a county, municipality, city and county, school district, special district, or any other kind of district, instrumentality, political subdivision, or public corporation organized pursuant to law.

C.R.S. § 24-10-103

Amended by 2020 Ch. 230,§ 1, eff. 9/1/2020 and applicable to acts or omissions occcurring on or after 1/1/2021.
Amended by 2020 Ch. 157,§ 55, eff. 7/1/2020.
Amended by 2019 Ch. 136,§ 125, eff. 10/1/2019.
Amended by 2018 Ch. 274,§ 35, eff. 5/29/2018.
Amended by 2013 Ch. 316,§ 51, eff. 8/7/2013.
Amended by 2013 Ch. 313,§ 1, eff. 5/28/2013.
L. 71: p. 1205, § 1. C.R.S. 1963: § 130-11-3. L. 82: (4) amended, p. 604, § 6, effective July 1. L. 86: (1), (2), and (4) amended, p. 874, § 2, effective July 1. L. 87: (4) amended and (1.5) added, p. 929, § 1, effective June 20. L. 88: (4)(b)(I) amended and (4)(b)(IV) and (4)(b)(V) added, p. 893, § 1, effective March 20. L. 92: (1) and (5) amended and (6) added, p. 1115, § 1, effective July 1. L. 93: (4) amended, p. 571, § 1, effective April 30. L. 2002: (4)(b)(VI) added, p. 490, § 1, effective May 24. L. 2003: (1) and (3)(a) amended and (2.5), (5.5), and (5.7) added, p. 1343, § 2, effective July 1. L. 2004: (4)(b)(V) amended, p. 1200, § 61, effective August 4. L. 2007: (2.7) added, p. 1025, § 1, effective July 1. L. 2008: (4)(b)(VII) added, p. 32, § 1, effective March 13; (4)(b)(I) amended, p. 2051, § 2, effective July 1; (4)(a) amended, p. 610, § 2, effective August 5. L. 2012: (1) amended and (1.3), (3.5), and (7) added, (HB 12-1361), ch. 242, p.

⬇ Download PDF