

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Grand Junction, CO 81502

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $9.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage          $7.75

Total Postage and Fees          $19.60

Sent To  MESA DISTRICT CIVIL COURT, Sightler ATTN Court Exec.

Street and Apt. No., or PO Box No.  125 North Spruce

City, State, ZIP+4®  Grand Junction, CO 81502

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

09/05/2020

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mesa District Civil Court
ATTN: Court Exec. Mr. Sightler
125 North Spruce
Grand Junction, CO 81502

9590 9402 5492 9249 1506 37

2. Article Number (Transfer from service label)

7015 0640 0001 0758 3287

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
John Fackler                         9-8-20

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation™
☐ Insured Mail                       ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)

Domestic Return Receipt

# USPS Tracking®

Track Another Package +

FAQs >

**Tracking Number:** 70150640000107583287

Remove ✕

Your item was delivered at 10:58 am on September 8, 2020 in GRAND JUNCTION, CO 81502.

## ✅ Delivered

September 8, 2020 at 10:58 am
GRAND JUNCTION, CO 81502

Get Updates ∨

---

**Text & Email Updates**                                                        ∨

---

**Tracking History**                                                            ∧

September 8, 2020, 10:58 am
Delivered
GRAND JUNCTION, CO 81502
Your item was delivered at 10:58 am on September 8, 2020 in GRAND JUNCTION, CO 81502.

September 8, 2020, 7:45 am
Arrived at Post Office
GRAND JUNCTION, CO 81501

September 8, 2020, 7:10 am
Out for Delivery
GRAND JUNCTION, CO 81502

September 5, 2020, 7:11 pm
Departed USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

September 5, 2020, 4:54 pm
Arrived at USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

September 5, 2020, 12:02 pm
Departed Post Office
GRAND JUNCTION, CO 81501

September 5, 2020, 11:30 am
USPS in possession of item
GRAND JUNCTION, CO 81501

## Product Information                                                          ∧

| Postal Product: | Features: | |
|---|---|---|
| Priority Mail® | Certified Mail Restricted Delivery | See tracking for related item: 9590940254929249150637 |
| | Up to $50 insurance included. Restrictions Apply ⓘ | (/go/TrackConfirmAction?tLabels=9590940254929249150637) |

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

**September 4, 2020**

Certified Mail: 7015 0640 0001 0758 3287

Alyssa Montalbano
2536 Rimrock Avenue
Suite 400-117
Grand Junction, CO 81505

Mesa District Civil Court
Mesa County, Colorado
125 North Spruce
P.O. Box 20,000-5030
Grand Junction, CO 81502

Dear Mr. Sightler, Court Executive,

This letter is lawful notification to you, pursuant to The Bill of Rights of the National Constitution, in particular, the First, Fourth, Fifth, Seventh, Eighth, Ninth, and Tenth Amendments, and The Bill of Rights of the Colorado Constitution, in particular, Sections 1, 2, 3, 6, 10, 14, 15, 20, 24, 25, and 28, and pursuant to your oath, and requires your written response to me specific to the subject matter. Your failure to respond, within 30 days, as stipulated, and rebut, with particularity, everything in this letter with which you disagree is your lawful, legal and binding agreement with and admission to the fact that everything in this letter is true, correct, legal, lawful and binding upon you, in any court, anywhere in America, without your protest or objection or that of those who represent you. Your silence is your acquiescence. See: *Connally v. General Construction Co.*, 269 U.S. 385, 391. Notification of legal responsibility is "the first essential of due process of law." Also, see: *U.S. v. Tweel*, 550 F. 2d. 297. "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading."

This is lawful notification that Mesa County, Grand Junction, Colorado, Chief Judge, Brian James Flynn, has perjured his Oath of Office and has warred against the Constitution of the United States of America and the Colorado Constitution by and through his own acts through repeatedly denying me my Constitutional Rights on the Mesa District Civil State Court Record in case 18CV50 (June 25, 2018 to current).

1

**Flynn overtly denied my Constitutional Rights on three obvious occasions:**

1) In May 14, 2019 'orders' Flynn - denied – "Motion to Claim and Exercize Constitutional Rights and Require the Presiding Judge to Rule upon the Motion and All Public Officers of the Court to Uphold Said Rights" (July 18, 2018)

2) In August 5, 2020 'judgment orders' Flynn – denied – "Second Motion to Claim and Exercize Constitutional Rights and Require the Presiding Judge to Rule upon the Motion and All Public Officers of the Court to Uphold Said Rights" (February 12, 2020)

3) In August 5, 2020 'judgment orders' Flynn – denied – "Motion Demand Court Read all Pleadings Plaintiff Files with this Court and Adhere to Constitutionally Compliant Case Law, and More Particularly the Bill of Rights in its Rulings" (February 12, 2020)

4) In August 5, 2020 'judgment orders' Flynn maintained his opposition against the Constitutions and showed additional willful failure to follow the Judicial canons (Colorado Code of Judicial Conduct Rule 2.11 Disqualification) that required him to recuse himself if he is prejudice with a clear 'bent of mind.' See - denied – "Motion to Recuse persuant CRCP 97" (February 12, 2020)

In these acts alone Flynn has warred against the Constitutions and has vacated his Office, rendered his judgment and orders nullities, and must be immediately removed from case 18CV50 pursuant the self-executing Sections 3 and 4 of the 14th Amendment of the Constitution of the United States of America.

Flynn has severely failed to faithfully perform his Judicial duties for well over 26 months. The attached Complaint has been submitted to the Judicial Commission and shows the exact and fuller details of when, where, and how Flynn has repeatedly denied me my Constitutional Rights, shown clear prejudice against me and the case subject matter (evidence), and thereby violated (perjured) his Oath of Office and the Judicial Canons of ethical conduct.

2

My case involves the CIA MKULTRA and MiLab (MiLitary Abduction) mind control programs, remote neural monitoring (DARPA/DOD) and frequency harassment. These programs directly relate to my Trade Secret claims and research (Intellectual Property and custom analyses comprising thousands of hand written pages of research, titled "Dream Visions" sent largely by email to the defendant during 2017 due to belief in his public fraud that he was a whistleblower of these programs, rather than a perpetrator of them) these records still needs to be lawfully protected via a Court order as the defendant continues to utilize and unlawfully profit off of my extensive and highly valuable (and extremely rare) Trade Secret research, Intellectual Property and records as though his own. The Court also needs to Order Mr. Goode, and by extension his associates, to stop defaming and harassing me. Goode has been systematically destroying my personal, public, and professional reputation for over two (2) years to hundreds of thousands of people both on and off multiple Court records with his fabricated papers and perjury, Flynn has done nothing to stop these Constitutional Rights violations and thereby has completely failed to perform his Judicial duties while making himself an unlawful party to the case.

Based on the attached evidence and full Court Records of case 18CV50 (to spare paper and costs, please refer directly to case 18CV50 for the Records that were attached as Exhibits for the Judicial Commission), Flynn is to be immediately removed (recused/disqualified) from case 18CV50 for violating his Oath of Office, being extremely prejudice against me and the case subject matter, and for his severe and persistent failure to uphold Due Process of Law for well over 26 months.

Through Flynn warring against the Constitution of the United States of America and the Colorado Constitution the following are to be performed to rectify this situation:

1. Flynn is to be officially removed (recused/disqualified) from case 18CV50. (Colorado Code of Judicial Conduct Rule 2.11 Disqualification)

2. Flynn's unlawful January 29, 2020 Dismissal Orders are legally and lawfully Void and are to be immediately Vacated by this Court, along with immediately Vacating Flynn's unlawful August 5, 2020 Void judgment and all other orders issued that date for case 18CV50.

3

3. The Mesa District Civil Court Record for case 18CV50 is to be corrected to reflect that the Jury fee payment has in fact been paid and Trial by Jury demanded and is to correct the Court Record to reflect that $70,000 (not $0) is claimed due (by Granting the 'Motion to Vacate Void Judgment' filed August 19, 2020 with Exhibit CV Jury fee paid Receipt dated 2/27/2019 RCP# 2018CV-000050-0008; and $70,000 claimed per the November 13, 2018 Amended Complaint)

4. A new honorable presiding Officer is to be immediately assigned to Case 18CV50 who will in fact faithfully, impartially, and speedily, perform their Judicial duties to include Injunctive Relief.

The U.S. Supreme Court has stated that, "No state legislator or executive or judicial officer can war against the Constitution without violating his solemn oath to support it." *Cooper v. Aaron*, 358 U.S. 1, 78 S.Ct. 1401 (1958)9.

"A judgment rendered in violation of due process is void." *Pennover v. Neff*, 95 U.S. 714.

Under Federal law which is applicable to all states, the U.S. Supreme Court stated:

"Where a court has jurisdiction, it has a right to decide any question which occurs in the cause, and whether its decision be correct or otherwise, its judgments, until reversed, are regarded as binding in every other court. **But if it acts without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void, and form no bar to a remedy sought in opposition to them, even prior to a reversal. They constitute no justification, and all persons concerned in executing such judgments or sentences are considered in law as trespassers.**" *Elliot v. Piersol, 1* Pet. 328, 340, 26 U.S. 328, 340 (1828). [Emphasis Added]

Wherefore, since June 25, 2018 in case 18CV50, Flynn has been at war against the Constitutions, has violated his Oath of Office, has been severely prejudice against me and the case, and has completely failed to competently and faithfully perform his judicial duties and

4

uphold Due Process of Law, thereby Flynn by and through his own acts, has rendered his January 29, 2020 orders and August 5, 2020 judgment and orders, Void, and they are to be immediately Vacated pursuant Due Process of Law and in accordance with both the State and National Constitutions and an Oath of Office; and a proper presiding officer is to be assigned to case 18CV50, who will in fact faithfully perform their Judicial duties.

A Notice of Disqualification of Flynn in case 18CV50 for prejudice and warring against the Constitutions has been filed on the Court Record August 21, 2020. Pursuant CRCP Rule 97, regarding prejudice, Flynn is to be recused and a replacement Judge is to be made.

This matter needs to be resolved as quickly as possible, ideally within 7 to 14 days of receipt of this letter, as I am dealing with a 5th malicious lawsuit filing effort by the Defendant with more perjury by himself, and for all the same or related matters at issue in this case that all should have been addressed in this case months and even years ago, and for which I have repeatedly sought Injunctive Relief for. If necessary, the matters at issue in case 18CV50 will be brought before the Federal Court as a response is required by October 12, 2020. Case 18CV50 will be appealed (if necessary), even up to the Supreme Court, for all the repeat, severe, and ongoing Constitutional Rights violations.

Please rectify this situation and fix the Constitutional anomalies as requested.

If you disagree with anything in this letter, then rebut that with which you disagree, in writing, with particularity, to me, within 30 days of this letter's date, and support your disagreement with evidence, fact and law. Your failure to respond, as stipulated, is your agreement with and admission to the fact that everything in this letter is true, correct, legal, lawful, and is your irrevocable agreement attesting to this, fully binding upon you, in any court in America, without your protest or objection or that of those who represent you.

Dated this September 4, 2020

State of _Colorado_
County of _Mesa_
On this __4__ day of _Sept_ 20 _20_ _Alyssa Mon Talbano_
personally appeared before me,
__ who is personally known to me,
__ whose identity I verified on the basis of ___ _Co-OL_ ___,
__ whose identity I verified on the oath/affirmation of ___,
a credible witness,
to be the signer of the foregoing document, and he/she acknowledged that he/she signed it.
_____
Notary Public
Ss. Commission Expires: _11-02-21_

Respectfully Submitted and All Rights Reserved,

*Alyssa Chrystie Montalbano*

Alyssa Chrystie Montalbano, American Citizen

5

SEAN HERVIN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174045557
MY COMMISSION EXPIRES 11/02/2021

August 31, 2020

COLORADO COMMISSION ON JUDICIAL DISCIPLINE

WILLFUL MISCONDUCT and PERSISTENT FAILURE TO PERFORM

JUDICIAL DUTIES COMPLAINT

## **ATTACHED EXHIBITS**

A - Case 18CV50 Register of Actions

B - Complaint List of Exhibits

C - May 14, 2019 Judge Flynn Orders – Denying Constitutional Rights

D – October 29, 2019 Judge Flynn Order Denying 'Motion to Rule on Motions"

E - January 29, 2020 Orders – Denying Constitutional Rights

F - August 5, 2020 Judgment and Orders – Denying Constitutional Rights

G – Motion to Vacate Void Judgment filed August 19, 2020 Mesa Court Record (pending)

H – Notice of Disqualification of Judge filed August 21, 2020 Mesa Court Record

Greetings,

I am writing this letter to respectfully demand that, **Brian James Flynn, Chief Judge Mesa County, Grand Junction, Colorado, be immediately removed from case 18CV50** in the Mesa District Civil Court for violation of his Oath of Office (warring against the Constitutions) and severe prejudice against me, my case, and all evidence filed since case implementation, June 25, 2018; and pursuant the Constitution of the United States of America self-executing Sections 3 and 4 of the 14th Amendment, and Colorado Constitution, Article II, Section 9, and Article XII, Sections 4, 9, and 10, and per the Colorado Code of Judicial Conduct, Rules 5 (discipline) and 2.11 (disqualification/recusal), Flynn is to be immediately removed.

Mr. Flynn has performed willful misconduct in office, as 'Judge' and has severely prejudiced the administration of justice in my case; he has willfully and persistently failed to perform his judicial duties, has incompetently performed his judicial duties, and has a severe prejudice/bias against me and the case subject matter.

1

"(A) A judge shall disqualify himself or herself in any proceeding in which the judge's impartiality* might reasonably be questioned..."

"Upon reasonable inference of a "bent of mind" that will prevent judge from dealing fairly with party seeking recusal, it is incumbent on trial judge to recuse himself." *Wright v. District Court*, 731 P.2d 661(Colo. 1987).

The U.S. Supreme Court has stated that, "No state legislator or executive or judicial officer can war against the Constitution without violating his solemn oath to support it." *Cooper v. Aaron*, 358 U.S. 1, 78 S.Ct. 1401 (1958)9.

"A judgment rendered in violation of due process is void." Pennover v. Neff, 95 U.S. 714.

Mr. Flynn has repeatedly failed to perform his judicial duties in case 18CV50, has failed to be fair and impartial, and has violated the following Constitutionally guaranteed Rights he swore to protect: Constitution of the United States of America, Articles IV, V, VII, VIII and the Bill of Rights; Colorado Constitution, Bill of Rights, Sections 3, 6, 7, 10, 14, 15, 23, 24, 25, and 28; a Notice of Disqualification has been filed on the Mesa District Civil Court Record. (Exhibit H)

My case is against a public figure, James Corey Goode, who is involved in CIA MKULTRA and MiLab (MiLitary Abduction) mind control programs that involve remote neural monitoring. Initially I believed Mr. Goode's public claims (fraud) that he was a legitimate whistleblower of these programs, only to realize he is perpetrating them against me. I sent by mistake and error vast amounts of my Trade Secret research and records to him during 2017, due to belief in his public fraud and have been trying to protect my reputation and Trade Secret Intellectual Property code materials since April 18, 2018, when I first mailed the presumptive Pre-Litigation Affidavit Complaint notices seeking remedy outside of litigation for Goode's unlawful use and acquisition of my materials. Goode failed to respond.

June 25, 2018 I opened case 18CV50, seeking remedy and relief via the Courts. For over 26 months now Mr. Flynn has completely failed to do anything to stop the Defendant and his Counsels' civil-criminal acts against me and these clear failures have supported sedition and a

2

state of anarchy. Flynn has also repeatedly and overtly denied me my Constitutional Rights and has allowed the continued public and private abuse and harassment of me by the Defendant, his associates, and his Counsel(s) to continue both on and off multiple Court records to include the Broomfield Combined Courts (18C103 and 20C32) and the Denver Federal Courts (1:18-CV-02060-RM-GPG and 1:20-cv-00742-DDD-KLM (pending)).

These types of Civil Rights violations of American Citizens through Flynn's persistent failure to perform his judicial duties are not only a problematic pattern in my case for well over 2 years, but with others in Mesa County as well. So much so, a lawsuit was recently opened against Brian Flynn and et al, August 4, 2020, for Civil Rights Violations, for his clear failure to perform his judicial duties and these same failures also caused severe damage to another Mesa County resident. (See USDC Case 1:20-cv-02296-SKC)

## FLYNN CONSTITUTIONAL VIOLATIONS

The following pages bullet point the key problems that show Mr. Flynn's serious prejudice against me and his repeat, persistent, and willful failure to perform judicial duties for over 2 years and Flynn directly warring against the State and National Constitutions and thereby vacating his Office. The Colorado Judicial Commission is to immediately order Flynn's removal (recusal/disqualification) from case 18CV50 and ultimately from his Office as 'Chief Judge' for the following Constitutional Violations:

### 1. Flynn directly denied Constitutional Rights on three overt occasions:

(i) In May 14, 2019 'orders' (Exhibit C) Flynn - denied – "Motion to Claim and Exercize Constitutional Rights and Require the Presiding Judge to Rule upon the Motion and All Public Officers of the Court to Uphold Said Rights" (July 18, 2018)

(ii) In August 5, 2020 'judgment orders' (Exhibit F) Flynn – denied – "Second Motion to Claim and Exercize Constitutional Rights and Require the Presiding Judge to Rule upon the Motion and All Public Officers of the Court to Uphold Said Rights" (February 12, 2020)

3

(iii) In August 5, 2020 'judgment orders' (Exhibit F) Flynn – denied – "Motion Demand Court Read all Pleadings Plaintiff Files with this Court and Adhere to Constitutionally Compliant Case Law, and More Particularly the Bill of Rights in its Rulings" (February 12, 2020)

(iv) In August 5, 2020 'judgment orders' Flynn maintained his opposition against the Constitutions and showed additional willful failure to follow the Judicial canons (RJD 2.11) that required him to recuse himself if he is prejudice with a clear 'bent of mind.' See - denied – "Motion to Recuse persuant CRCP 97" (February 12, 2020)

Mr. Flynn has willfully and persistently failed in performing his judicial duties and has acted in direct opposition to this Oath of Office and thereby has warred against the State and National Constitutions and has enacted the self-executing sections 3 and 4 of the 14th Amendment in the National Constitution and Flynn is no longer a Judge entitled to pensions or immunities and must be immediately removed from Office and from my case.

2. **Flynn repeatedly denied me Due Process of Law Rights and notably my Right to Trial by Jury; which is especially preserved in matters involving libel.** (Colorado Constitution, Bill of Rights, Section 10)

   (i) "Motion to Set a Hearing Date" (August 30, 2018) – denied – May 14, 2019 (Exhibit C, p8)

   (ii) "Motion to Set Scheduling Hearing" (December 11, 2018) – denied – May 14, 2019 (Exhibit C, p8-p9)

   (iii) (Amended) "Complaint and Jury Demand" (February 27, 2019) – denied - May 14, 2019 (Exhibit C, p6)

   (iv) "Motion for Leave of the Court to Amend the Complaint" (included Jury Demand and Injunctive Relief request) (August 2, 2019) – denied - January 29, 2020 (Exhibit E)

4

(v) "Motion to Set Hearing for Motion to Amend Complaint" (November 1, 2019) – denied - January 29, 2020 (Exhibit E)

(vi) "Second Motion to Set Hearing For Motion to Amend Complaint and Preliminary Injunction" (January 3, 2020) – denied - January 29, 2020        (Exhibit E)

(vii) "Statement of Jury Demand" for the November 13, 2018 Amended Complaint and statement filed June 10, 2019 - denied - January 29, 2020 through 'dismissal' of case completely devoid of Due Process of Law. (Exhibit E)

(viii) "Motion for Citizens Demand of Trial By Jury" filed February 12, 2020 – denied – August 5, 2020 (Exhibit F)

The Court Register of Actions (Exhibit A) also currently has clerical errors, where it states I am claiming "0" due, when it is in fact $70,000. It also incorrectly states I did not pay for Trial by Jury when I did on February 27, 2019 with my (amended) "Complaint and Jury Demand" that was denied May 14, 2019 (Exhibit C). I recently noticed these errors, and have motioned for them to be corrected in "Motion to Vacate Void Judgment Persuant Colo.R.Civ.P 60(a) and (b)(2), (3); Colo.R.Civ.P. 59" filed August 19, 2020. **(pending)** (See Exhibit G, p1)

## **MAY 14, 2019 ORDERS – CONSTITUTIONAL VIOLATIONS**

3. **Flynn showed prejudice** in his **May 14, 2019 Orders** (11 months after the Complaint filing) through the following acts:

   (i) Flynn denied all my Motions seeking relief, with the exception of granting the November 13, 2018 Amended Complaint as a 'matter of right;' when I wanted the February 27, 2019 Amended Complaint version with Jury Demand to be the operative pleading, as I withdrew the November 13, 2018 Amended Complaint and it better integrated the evidence to that point and sought remedy and Injunctive Relief for the malicious Broomfield prosecution cases the opposing party opened against me with

5

their fabricated evidence and case dismissed in my favor. (Exhibit C - See page 4 and 5 of May 14, 2019 'orders')

(ii) Flynn has never required the opposing party, Mr. Goode, to follow Due Process of Law and has never required Mr. Goode to enter his out of state Texas based Counsel, Ms. Wilde, Pro Hac Vice into case 18CV50 and has never ordered the Pro Se Defendant to confer on Motions, and Mr. Goode never has. (See "Motion to Impose Sanctions" (December 11, 2018) - denied - May 14, 2019) what Mr. Flynn states about the Motion to Impose Sanctions is not true. I provided Flynn and the Mesa Courts with Exhibit records of Opposing Party misconduct and showed they falsified Court Record filings to include: filing a fake complaint, Goode perjuring himself, and willful failure to serve summons for a baseless stalking case and hearing against me in Broomfield Combined Courts (18C103, July 17, 2018 – August 6, 2018). This misconduct and Opposing Party filing of falsified records or making false statements about me on Court Records was not tolerated by other honorable presiding Officer to include, one in the Broomfield Combined Courts, Magistrate Russell (who ordered Goode in open court July 24, 2018, to enter a lawful attorney onto the Record as Ms. Wilde in Texas did not count) and the other Judge in the Denver Federal Courts, Judge Moore, did not tolerate their misconduct, conferral failures, or their filing of falsified or intentionally misleading documents. (Exhibit B – note exhibits filed December 11, 2018 and see Mr. Goode's own protection order (Darling v Goode, Cause No 14-04807) showing Goode lied under oath on the Broomfield Court record by stating he didn't have one)

## **JANUARY 29, 2020 ORDERS – CONSTITUTIONAL VIOLATIONS**

4. In **January 29, 2020** (Exhibit E) orders, Flynn's second of the two relevant-to-the-complaint 'order' sets (issued 19 months after the original complaint filing, and 14 months after the granted (by way of right) November 13, 2018 Amended Complaint) **Mr. Flynn showed prejudice** through the following:

6

(i) Flynn directly denied that YouTube, Reddit, Twitter, and Facebook are all published and broadcast mediums and erroneously stated no published or broadcast defamation was shown, when it is contained on the Court Record in multiple denied amended complaints and attached to multiple motions for hearings, and seen in the following exhibits filed prior the orders showing the Defendant defaming me as a 'stalker'(a crime in Colorado) (defamation per se) to hundreds of thousands of people in both print and broadcast mediums on the internet. (See attached Exhibit B - of the Complaint Exhibit List filed July 20, 2020 on the Mesa Court Record - and see description of Exhibits filed prior Orders on March 25, 2019: AM, AO, AP; and Exhibits filed August 2, 2019 of AR, AS, AT, AU, AV, AW, AX, AY; and filed September 9, 2019 Exhibit AZ; and filed after Orders see July 20, 2020 Exhibits with –denied - Amended and Supplemental Complaint of CL, CN, CO, and CR) Flynn has completely ignored for over 2 years that the defendant has continued to escalate his public defamation and hate smear campaigns against me, and it is clear the defendant will not stop without the Court ordering him to do so (just as the Texas Courts had to October 31, 2014 for the same type of problematic behaviors). I have repeatedly asked Goode to stop defaming me in my Trade and Profession to mutual peers and consumers, since April 18, 2018 and he has repeatedly failed to do so and instead escalates his public defamation, abuse of process, and harassment against me with his associates. Flynn has literally done nothing to stop the abuses and has in fact issued orders that support continued abuse and thereby Flynn has made himself an unlawful party to the case and an enabler of civil-criminal acts, in direct opposition to his Oath of Office to the Constitutions.

(ii) The defamation per se of being called a 'stalker' by Mr. Goode, is clearly malicious as Mr. Goode performed these public defamations and ongoing harassment of me *after* he repeatedly lost his stalking cases against me in the Broomfield Combined Courts (July 17, 2018 – August 6, 2018, case 18C103; and March 11, 2020 – June 22, 2020, case 20C32), even with his fabricated evidence and perjury that he didn't have a lifelong Stalking Protection Order of his own, contained on the Texas Court Record (Darling v Goode, Dallas County, Texas, District Court, PO Cause No 14-04807

7

dated October 31, 2014 and record information filed December 11, 2018 on Mesa State Court Record). Flynn has completely ignored these facts and public records as well, showing clear prejudice against me and a bias for the public figure defendant.

(iii) Flynn also stated with clear bias that the case 'lacked substantial justification,' yet he denied every request I made after the November 13, 2018 to Amended the Complaint (over 20 months) to conform the pleading with the vast amounts of evidence on the Record, to work with statutory laws and state the causes of action in proper plead terms; and for which there is ample justification for my case and all my claims. Mr. Flynn simply repeatedly and persistently refuses to perform his judicial duties and as a result has caused me severe ongoing personal, professional, financial hardships and other damages for well over 2 years now.

(iv) Flynn showed further prejudice when he wrote that "Dream Visions" (my field of research, published literary work collections, and Trade Secret subject matter) are not 'tangible or intangible' when they are in fact Intellectual Property and Copyrighted materials, some with Federal Copyrights, and the others with common law copyrights. (Exhibit B – See that Copyright Records were filed as Exhibit X on the Mesa Court Record January 30, 2019)

(v) Flynn further showed prejudice against the subject matter of the case (CIA MKULTRA and MiLab illicit mind control program) when he denied that the approximate 400 emails with literary works and trade secret materials attached (approximately 500 handwritten Dream Visions (IP codes) and Trade Secret analyses) are tangible records that were in fact emailed to the defendant during 2017. Flynn ignored (when it suited his purpose) that these records were the basis of Mr. Goode's fraudulent 'stalking' claims against me in the Broomfield Combined Courts and that Mr. Goode has admitted to receiving these records in his Broomfield Verified Complaint (July 17, 2018). (See - denied – "Plaintiff's Proposed Order for Preliminary Injunction" filed July 20, 2020 and original proposed order "Proposed Order Cease and Desist Unauthorized Use of Intellectual Property, Dream Visions, Copyrighted Materials and Defamation of Character" filed June 25, 2018; and various

8

other proposed orders filed and ignored or denied where I repeatedly asked for declaratory protection of my misappropriated Intellectual Property materials)

(vi) Flynn, continues to ignore that the defendant and his counsel(s) have filed or attempted to file what currently amounts to five (5) vexatious and baseless case filings against me in their efforts to silence me; and Flynn continues to refuse my amended complaints that integrate the evidence of these malicious prosecutions, harassment, and abuse of process in full support of my claims.

(vii) Flynn also ignored that I have multiple witnesses willing to testify against the defendant and his public frauds, and an expert CIA MKULTRA program witness experiencer willing to testify. (See SECOND MOTION TO SET HEARING FOR MOTION TO AMEND COMPLAINT AND PRELIMINARY INJUNCTION filed January 3, 2020 at pg 4, Para 2 & 3, citing Mr. Cambian and Ms. Ferrante as willing to testify and - denied - January 29, 2020)

(viii) Flynn has ignored that the opposing party's Florida based Counsel, Liz Lorie, harassed one of my witnesses (Ms. Ferrante) by email (to silence her, December 2019) and the attorney provided a fake law firm address for legal correspondence. I knew it was fake when I sent Ms. Lorie a notarized presentment USPS Certified Mail telling her to stop harassing my witness, and it was returned by USPS unopened as 'refused' and 'not at this address.' Ms. Lorie then proceeded to provide Mesa District Civil Court with a completely different address for her alleged legal fees, seeking to be paid for her witness tampering services. I filed this evidence on the Mesa Court Record March 19, 2020 as part of my Objection to the Attorney Fees and to the unlawful January 29, 2020 orders, and Flynn completely ignored these facts and then proceeded to issue his extremely biased and unlawful August 5, 2020 (void) 'judgment.' (EXHIBIT A – see description Exhibit CB filed March 19, 2020 – USPS Certified Mail and returned affidavits)

(ix) Flynn has ignored vast amounts of facts, law, and evidence since June 25, 2018 (26 months), in full support of my claims against the defendant. (Exhibit A - Register

9

of Actions and Exhibits filed are A-Z, AA-AZ, BA-BZ, CA – CV and some misc. non lettered exhibits; and see Exhibit B – Complaint Exhibit List) Flynn has repeatedly ignored evidence that no honorable (non-prejudiced) Judge or Magistrate faithfully performing their duties could or would deny as the evidence is all public record contained with multiple Courts, Mesa County Clerk and Recorder Office, United States Postal Service, Copyright Office, declassified CIA records, US patents, and publicly printed or broadcast records such as: YouTube, Twitter and Facebook (internet); and Cosmic Disclosure episodes (worldwide 'television' broadcasts).

(x) Flynn then proceeded to blame me for the 19 months of case delay with his completely irrelevant-to-the-situation case law and then 'ordered' me to pay the defendant and his crooked counsels' excessive and alleged legal fees due (completely devoid of due process of law) for the 'prolonged litigation' when all the delays have clearly been a direct result of Mr. Flynn's severe lack of Judicial Performance for the prior 19 months (Exhibit E, ¶4 of January 29, 2020 orders). I filed a Motion to Void the January 29, 2020 Orders on February 12, 2020 (which was denied August 5, 2020) and Flynn did this in the face of the extensive Objection to the attorney fees (March 19, 2020) where I cited in detail the ongoing abuse of process performed by the opposing party, cited public records, and showed how the defendant and his Counsel(s) have fabricated documents for multiple Court Records, lied on multiple Court Records, opened multiple malicious and baseless cases against me, and have provided fake law firm addresses for legal correspondence during harassment of one of my witnesses. Flynn ignored all of these facts and he both incompetently performed his Judicial duties and failed to perform his duties.

## AUGUST 5, 2020 ORDERS – CONSTITUTIONAL VIOLATIONS

5. Flynn further violated his Oath of Office and Due Process of law in his August 5, 2020 (void) 'Judgment' Orders (Exhibit F) when:

10

(i)     Flynn overtly denied facts and evidence by denying public record facts in support of my case and claims, when he prejudicially denied my "Motion for Judicial Notice" filed July 20, 2020.

(ii)    Flynn again denied me my Constitutional Right to Due Process of Law, Trial by Jury, and Remedy and Relief, when he again denied me my Right to Amendment the Complaint (as filed July 20, 2020) to conform the pleading to the extensive evidence filed on the Court Record since June 25, 2018 (25 months), meet pleading standards, and add in all the additional causes of actions occurred after November 13, 2018 (14 months) (which are extensive). Flynn simply denied the entire 'Amended and Supplemental Complaint' with no lawful reason for doing so, and he likely didn't even read it per his August 5, 2020 orders where he made it clear he wasn't going to read papers filed by me or issue Constitutionally complaint orders. (See - Denied – "Motion Demand Court Read All Pleadings Plaintiff Files with this Court and Adhere to Constitutionally Compliant Case Law, and More Particularly the Bill of Rights" (February 12, 2020))

(iii)   The Amended and Supplemental Complaint (again) included the malicious prosecution cases, abuse of process, provided a cognizable theory upon which relief may be granted that involves CIA MKULTRA, MiLab, and remote Artificial Intelligence neural monitoring, along with stating the 11 causes of actions in statutory counts and again seeking my relief from the ongoing public harassment and defamation for well over 2 years. I've been repeatedly asking Flynn to perform his Judicial duties and he has willfully and persistently failed to do so. In the orders, Flynn provided no lawful reasons for his denial of all 11 claims, or even a plausible reason for a single claim being denied, he just simply denied the entire Amended and Supplemental Complaint, all evidence, and all claims based on his completely irrelevant and clearly prejudiced views against me and the CIA MKULTRA mind control subject matter. This is a clear failure by Flynn to faithfully and impartially perform his Judicial duties in case 18CV50. (Exhibit F – "Plaintiff's Motion to Void Order of Dismissal Pursuant Colo.R.Civ.P. 60(b)(1),(2), (5) For Mistake, Misconduct, and New Evidence and

11

Plaintiff's Motion for Leave to File Amended Complaint Pursuant C.R.C.P. 15" filed July 20, 2020 with attached Amended and Supplemental Complaint and 11 causes of actions – denied August 5, 2020

(iv)     25 months after case filing, in the Void 'judgment' orders, Flynn put the proverbial 'icing on the cake' and again outright denied me my Constitutional rights and again denied my Right to Trial by Jury, refused to let me conform the complaint to the evidence on the record, and refused to Recuse himself for his painfully clear prejudice(s) and "bent of mind" in favor of the public figure defendant, James Corey Goode and his improper and malicious Counsel(s), Ms. Wilde and Ms. Lorie; and Flynn proceeded to unlawfully enter the (void) 'Judgment' against me to pay the opposing party $116,600 in alleged attorney fees, when Due Process of Law had/has been completely violated for well over two (2) years (26 months) by both Flynn and the opposing party and their Counsel(s), and for which there is no other remedy for me to have these ongoing abuses performed against me by Mr. Goode (and his associates) be stopped, other than having an honorable Court and honorable presiding Officer ordering it.

## FLYNN CONSTITUTIONAL VIOLATIONS –PERSISTENT FAILURE TO PERFORM JUDICIAL DUTIES & INCOMPETENTLY PERFORMING DUTIES

6.   **In addition to Flynn prejudicially ignoring vast amounts of evidence, refusing to let me integrate evidence with the Complaint (26 months), and issuing orders based on his bias and in direct opposition to the State and National Constitutions; Flynn has also notably persistently failed to perform his judicial duties through severe lack of interaction with the case.** The following are Flynn's relevant to the complaint 'orders' since June 25, 2018 case filing and Mr. Flynn appears to have maybe spent about 3 hours total on case 18CV50 in over 2 years, which has severely prejudiced my Rights and the case. This severe lack of interaction is especially inappropriate due to the amount of information and evidence provided the Court, which is needed due to the highly unusual nature of my Trade Secret claims, and the CIA MKULTRA remote mind control program involvement, and my enduring years of ongoing harassment and public defamation by the Defendant, his associates, and his Counsel(s) on and off multiple Court Records:

12

(i) November 27, 2018 Flynn's first orders (Exhibit A – Register of Actions) in the case were to close the case (5 months later) due to improper removal to Denver Federal Court by the opposing party on August 13, 2018 (3 months). I won my case remanded back to Mesa District Civil Court, 6 days after closure, on December 3, 2018 and the case was reopened December 5, 2018. (Note - the first order in the case on July 18, 2018, was issued by another Judge)

(ii) **May 14, 2019** Flynn issued his **first set of orders** (11 months after case filing) **related to the June 25, 2018 Complaint** and Amended Complaint filed November 13, 2018 (6 months later), and he denied me my Constitutional Rights, while falsely claiming he would still uphold them, even though he just flat out denied them on the Court Record. I mistakenly believed him, so I didn't say anything about this overt denial of my Rights contained within his first set of overtly unconstitutional 'orders.' (again Exhibit C; p8(B))

(iii) October 29, 2019 (Exhibit D) Flynn's singular Order - Denied - a "Motion to Rule on Motions" filed September 9, 2019. Making it clear he would continue to not faithfully perform his duties in a timely or speedy manner in case 18CV50 and would in fact persists in failing to perform his duties or would continue to incompetently perform them.

(iv) **January 29, 2020** (Exhibit E) (19 months after case filing) Flynn made his **second set of orders related to the November 13, 2018 Amended Complaint** (over 14 months later) and he dismissed/closed case 18CV50, for a second time, in direct violation of Due Process of Law and he based his orders on granting the Defendant's Motion to Dismiss which was written with more lies about me and flat out lies about public records and in the face of my detailed Objections stating the facts. The opposing party also had in support of their dismissal motion a 'recommendation' by the non-dispositive Federal Court Magistrate, Magistrate Gallagher, calling me 'delusional,' and for which his 'recommendation' was based on the fake complaint fraudulently filed by the opposing party on the Denver Federal Court Record when

13

they improperly removed the case, August 13, 2018. Flynn ignored these fact and far more, and has maintained his prejudiced views against me and the case subject matter for well over 2 years (26 months) now and has persistently failed to faithfully perform his Judicial duties.

For these reasons and many, many, many, more, Mr. Flynn is to be immediately removed (Ordered Recused/Disqualified) from case 18CV50 and a proper Judge or Magistrate is to be immediately assigned to case 18CV50 that will honor their Oath of Office to both the National and State Constitutions and will in fact faithfully perform their Judicial duties.

Wherefore, in accordance with Flynn's Oath of Office to the Constitution of the United States of America the self-executing sections 3 and 4 of the 14th Amendment, Mr. Flynn's is to be officially and immediately removed from case 18CV50 for perjury, and also from Mesa County as Chief Judge, as he clearly will not honor his Oath of Office and is blatantly at war against both the State and National Constitutions and thereby the American Citizens he swore to protect.

Please let me know if any additional records are needed for investigation purposes.

Thank You for your time and attention.

Dated this 31th day of August 2020

Respectfully Submitted and All Rights Reserved,

*Alyssa Chrystie Montalbano*

Alyssa Chrystie Montalbano, American Citizen

State of __CO__, County of __Mesa__
Signed before me on this __31__ day
of __August 2020__ by __Alyssa Chrystie Montalbano__
Notary Public

Kimberly D. Blossom
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

14

**JURAT**

State of _Colorado_

County of _Mesa_

Subscribed and sworn/affirmed to before me this _31_ day of _August_,
20 _20_, by _Alyssa Christie Montalbano_.

_Kimberly D Blossom_
Notary Public

My Commission Expires: _4/26/2022_

Kimberly D. Blossom
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

*Attribution Clause: This Certificate is prepared for, and exclusively belongs to, the accompanying document entitled* _Colorado Commission on Judicial Discipline Willful Misconduct & Persistent Failure to Perform_ *which consists of* _14_ *page(s) and is dated* _August 31, 2020_ _Sworn Duties Complaint_
*If this Certificate is appropriated to any document other than the one described herein, it shall be deemed null and void.*

Copyright 2001 by the Notary Law Institute. Unauthorized reproduction of any kind of this form is strictly prohibited.

#0422



## William J. Sightler, Court Executive, Twenty-First Judicial District

P.O. Box 20,000-5030, Grand Junction, CO 81501

September 9th, 2020

Ms. Alyssa Montalbano

2536 Rimrock Ave. STE 400-117

Grand Junction, CO, 81505


Dear Ms. Montalbano,

In reference to your letter dated September 4th, 2020, I have no authority to remove a judge from a case.


Sincerely,

William J. Sightler III

Court Executive, 21st Judicial District