

# USPS Tracking®

FAQs >

Track Another Package +

Tracking Number: 70191640000193599325

Remove X

Your item was picked up at a postal facility at 3:52 am on December 7, 2020 in DENVER, CO 80218.

## ✓ Delivered, Individual Picked Up at Postal Facility

December 7, 2020 at 3:52 am
DENVER, CO 80218

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

**December 7, 2020, 3:52 am**
Delivered, Individual Picked Up at Postal Facility
DENVER, CO 80218
Your item was picked up at a postal facility at 3:52 am on December 7, 2020 in DENVER, CO 80218.

**December 6, 2020, 9:55 am**
Arrived at Hub
DENVER, CO 80218

**December 5, 2020**
In Transit to Next Facility

**December 4, 2020, 7:52 pm**
Departed USPS Regional Facility
DENVER CO DISTRIBUTION CENTER

**December 4, 2020, 7:09 pm**
Arrived at USPS Regional Facility
DENVER CO DISTRIBUTION CENTER

December 2, 2020, 11:06 pm
Departed USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

December 2, 2020, 7:49 pm
Arrived at USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

December 2, 2020, 5:04 pm
Departed Post Office
GRAND JUNCTION, CO 81501

December 2, 2020, 2:56 pm
USPS in possession of item
GRAND JUNCTION, CO 81501

## Product Information

| Postal Product: | Features: | |
|---|---|---|
| Priority Mail® | Certified Mail Restricted Delivery | |
| | Up to $50 insurance included. Restrictions Apply ⓘ | |

See tracking for related item: 9590940244458248093384 (/go/TrackConfirmAction?tLabels=9590940244458248093384)

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**