

Alyssa Montalbano <legalzenacm@gmail.com>

## RE: Goode et al. v. Gaia, Inc. et al. - third party complaint against public servants
1 message

**Dmitry Vilner** <Dmitry.Vilner@coag.gov>                                              Fri, Apr 2, 2021 at 2:36 PM
To: Alyssa Montalbano <legalzenacm@gmail.com>
Cc: LaTasha Carter <LaTasha.Carter@coag.gov>

Ms. Montalbano,

I do not represent the United States of America. I only represent the five individuals I mentioned in my email: Judge Diana Terry, Judge Matthew Grove, Judge Christina Gomez, Judge Brian Flynn, and William Campbell.

The address in my email signature is not my clients' address. It is the address of the Colorado Attorney General's office, and is my business address. I believe you have my clients' addresses because you previously sent them certified mail.

The waiver of service forms you sent my clients earlier were not accompanied by a proper court-issued summons. Again, my understanding is that you asked the court clerk to issue summonses for your claims against my clients, and the clerk did so on March 15, 2021. That's why I'm asking you to please re-send the latest copy of your complaint, a waiver form for each of my five clients, and the court-issued summons for each of my clients. You can do so electronically and directly to me, as I will be the one waiving service on their behalf.

Thanks,

Dmitry

---

**From:** Alyssa Montalbano <legalzenacm@gmail.com>
**Sent:** Friday, April 2, 2021 12:37 PM
**To:** Dmitry Vilner <Dmitry.Vilner@coag.gov>
**Subject:** Re: Goode et al. v. Gaia, Inc. et al. - third party complaint against public servants

Hi Dmitry,

Thank you for contacting me.

I apologize now for any due process errors. I try my best to follow all known and understood Court rules and do not have access to the federal pro se clinic anymore, as they declined continued due process assistance due to a 'conflict' around December 2020, when I was going to ask them specifically about service of process upon 3rd parties and it's difficult in general timely finding the correct Court process information.

To ensure I correctly understand, in filling in the AO399 form, would the defendant be the UNITED STATES? Each of the third-parties you represent received a copy of the waiver of summons (AO399) in their mailer packets, I assume you have the copies of those from them that you will fill out?. Will you need a copy of the summons from me for all the third-parties you represent and the UNITED STATES? And will this constitute the fulfillment of service upon the UNITED STATES? I ask because the address in this email (1300 Broadway) is different than the one I was planning to send the summons and amended complaint to: United States Attorney's Office for the District of Colorado, 1801 California Street, Suite 1600, Denver, Colorado, 80202 (See Motion to Serve by Certified Mail..." at docket 161, p11-p12), and I want to ensure I don't need to send a packet to that address, if your the person who is handling it for the UNITED STATES?.

Respectfully, Alyssa Montalbano

On Fri, Apr 2, 2021 at 9:48 AM Dmitry Vilner <Dmitry.Vilner@coag.gov> wrote:



Alyssa Montalbano <legalzenacm@gmail.com>

## Automatic reply: 1:20-CV-00742-DDD-KLM Motion conferral Increase of Word Limit
1 message

**Dmitry Vilner** <Dmitry.Vilner@coag.gov>     Fri, Jul 30, 2021 at 12:34 PM
To: Alyssa Montalbano <legalzenacm@gmail.com>

I will be in a five-day hearing from July 26 to July 30, 2021, and will have limited access to email.  If you require immediate assistance, please contact our paralegal, La'Tasha Carter, at latasha.carter@coag.gov, or our administrative assistant, Tammy Adams, at tammy.adams@coag.gov.