# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually
And GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

GAIA, INC., Jirka Rysavy,
Brad Warkins, And  Kiersten Medvedich

Cross-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock, THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde, Elizabeth Lorie,
Brian James Flynn, William Campbell,
Matthew Grove,  Diana Terry, Christina Gomez

Third-Party Defendants.

Motion Surreply

## THIRD PARTY PLAINTIFF ALYSSA MONTALBANO OPPOSED MOTION TO SURREPLY TO THIRD PARTY DEFENDANT ELIZABETH LORIE'S REPLY TO ALYSSA MONTALBANO'S RESPONSE TO MOTION TO DISMISS [#243]

COMES NOW, Alyssa Chrystie Montalbano, Third-Party Plaintiff, and moves the Court to Grant this Motion to Surreply (Exhibit 1) to "THIRD PARTY DEFENDANT ELIZABETH LORIE'S REPLY TO ALYSSA MONTALBANO'S RESPONSE TO MOTION TO DISMISS" [#243] filed July 28, 2021 (the "Reply"), and shows as follows that Ms. Lories' Reply has conflicting statements:

**D.C.COLO.LCivR 7.1(a) Certification:** Ms. Montalbano and Mr. Murphy, on behalf of third-party defendant Ms. Elizabeth Lorie, have conferred regarding this Motion for Surreply and they are opposed to the relief requested herein.

**RELEVANT PROCEDURAL BACKGROUND**

1. On March 17, 2020 Goode and GES by and through its counsel, Ms. Yanaros, initiated this case, and Motions to Dismiss practices ensued.

2. On December 22, 2020 Montalbano filed an Answer and Counterclaims complaint against Goode and GES [#120, #121] adding cross-defendants and multiple Third-Party Defendants to include, Ms. Elizabeth Lorie. [#160, #164, #190, #200]

3. Montalbano conferred with cross-defendants and/or their counsels regarding the counterclaims involving them and stipulated dismissals without prejudice of cross-defendants (Weidner, GAIA, Medvedich, Rysavy and Warkins). [#126, #130, #144, #145]

4. Goode and GES filed Motions to Dismiss the Counterclaims [#131, #195]; Montalbano objected [#135, #205] and also motioned to amend the counterclaims [#155, #204, #208]. The Motions To Dismiss were denied as moot [#183, #216] due to admittance of amended counterclaims pleadings. [#184 (FACC), #217 (SACC)].

5. Ms. Lorie, Third-Party Defendant, represented by counsel, Mr. Timothy Murphy, filed a Motion to Dismiss Second Amended Counterclaims Complaint ("SACC") on June 23, 2021 [#221] and Montalbano filed a Response, July 2, 2021. [#225]

6. Ms. Lorie's counsel wrote an Opposed Motion to file a late Reply [#239] to Montalbano's Response [#225]; that was Granted, July 27, 2021. [#242]

7. Ms. Lorie filed her Reply, July 28, 2021. [#243]

    a. Ms. Lories' Reply has conflicting statements regarding her legal services for Goode, whereby she denies representing Goode in the Reply and claims representing Goode in other papers, seen in the following Court filed Records:

        (i)   Docket 121-1 Exhibit - Lorie's 'legal' notice email and letter to Ms. Ferrante.
        (ii)  Boulder Court Record, case 2020CV265, Lorie vs. Goode.

## CONCLUSION

**WHEREFORE,** Montalbano respectfully requests the following Surreply (Exhibit 1) be admitted to the Court record showing the conflicting statements.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Defendant and Third-Party Plaintiff

**Certificate of Compliance**

I certify the foregoing Motion complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

**CERTIFICATE OF SERVICE**

I certify that on this 10th day of August 2021 a copy of the foregoing Motion and attached Surreply was filed with the clerk of the court using the CM/ECF system and are lawfully served upon Defendants' and/or their counsel and upon appeared parties, through the Case Management/Electronic Case Filed (CM/ECF) court filing system (FRCP Rule 5) and upon Mr. High by email.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen