**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC.

*Plaintiffs*,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH,

*Defendants*.

ALYSSA CHRYSTIE MONTALBANO, individually,

*Counter-Claimant,*

v.

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

*Counter-Defendants,*

LIGHT WARRIOR LEGAL FUND, LLC;
DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
VALERIE YANAROS WILDE, ELIZABETH LORIE,
BRIAN JAMES FLYNN, WILLIAM CAMPBELL,
MATTHEW GROVE, DIANA TERRY, and
CHRISTINA GOMEZ,

*Third-Party Defendants*

**ORDER GRANTING THIRD PARTY DEFENDANT ELIZABETH LORIE'S MOTION TO STRIKE MOTION TO SURREPLY OF ALYSSA MONTALBANO AND THE ACCOMPANYING SURREPLY**

THIS MATTER, having come before the Court on Third Party Defendant Elizabeth Lorie's Motion to Strike Motion to Surreply of Alyssa Montalbano and the

Accompanying Surreply and the Court, being advised in the premises and finding good cause for granting the Motion,

ORDERS that Third Party Plaintiff Alyssa Montalbano's Opposed Motion to Surreply to Third Party Defendant Elizabeth Lorie's Reply to Alyssa Montalbano's Response to Motion to Dismiss as well as the attached Surreply are STRICKEN. The Court will only consider the existing pleadings in Third Party Defendant Elizabeth Lorie's Motion to Dismiss.

DATED this ___ day of _____, 2021

BY THE COURT

_____
United States District Court Judge