IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE; and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiffs and Counter Defendants,

v.

CLIF HIGH;
BENJAMIN ZAVODNICK;
JIRKA RYSAVY;
BRAD WARKINS; and
KIERSTEN MEDVEDICH,

    Defendants,

GAIA, INC.; and
JAY WEIDNER,

    Defendants and Counter Claimants, and

ALYSSA MONTALBANO,

    Defendant, Counter Claimant, and Third-Party Plaintiff,

v.

LIGHT WARRIOR LEGAL FUND, LLC;
DAVID WILCOCK;
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT
FOUNDATION;
VALERIE YANAROS WILDE;
ELIZABETH LORIE;
BRIAN JAMES FLYNN;
WILLIAM CAMPBELL;
MATTHEW GROVE;
DIANA TERRY; and
CHRISTINA GOMEZ,

    Third-Party Defendants.

- 1 -

## ORDER ADOPTING RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Before the Court is the recommendation (Doc. 236) of United States Magistrate Judge Kristen L. Mix that the Court grant Defendant Clif High's motion to dismiss (Doc. 114). The recommendation states that objections to the recommendation must be filed within fourteen days after its service on the parties. (Doc. 236 at 16-17 (citing Fed. R. Civ. P. 72(b)).) The recommendation was served on July 16, 2021. No party has objected to the recommendation.

In the absence of a timely objection, the Court may review a magistrate judge's recommendation under any standard it deems appropriate. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150, 154 (1985)). In this matter, the Court has reviewed the recommendation to satisfy itself that there is "no clear error on the face of the record." Fed. R. Civ. P. 72(b) Advisory Committee Notes. Based on that review, the Court has concluded that the recommendation is a correct application of the facts and the law. As Judge Mix determined, Defendant High has not consented to personal jurisdiction in Colorado; Plaintiffs' allegations do not establish minimum contacts with Colorado sufficient to support the Court's exercise of personal jurisdiction over Mr. High; Plaintiffs have not shown that personal jurisdiction over Mr. High is appropriate under the civil RICO statute; and Plaintiffs' perfunctory request for jurisdictional discovery does not identify any specific discovery sought or how discovery would help support their personal jurisdiction allegations.

Accordingly, it is ORDERED that:

The Recommendation of United States Magistrate Judge (Doc. 236) is ACCEPTED and ADOPTED;

Defendant Clif High's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) (Doc. 114) is GRANTED; and

Plaintiffs' claims against Defendant Clif High are DISMISSED WITHOUT PREJUDICE.

DATED: August 12, 2021

BY THE COURT:

Hon. Daniel D. Domenico