# EXHIBIT 1



## JAMES COREY GOODE AND GOODE ENTERPRISE SOLUTIONS INC. vs. GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, and ALYSSA MONTALBANO, 1:20-cv-742 - Colorado 10th Circuit Federal Court

## JAMES COREY GOODE vs. JAY WEIDNER, TRO

## JAMES COREY GOODE vs. ALYSSA-CHRYSTIE MONTALBANO, TRO

## ALYSSA CHRYSTIE MONTALBANO aka @AriStone vs. JAMES COREY GOODE - Mesa, Co District Court Case #2018CV50

## JAMES COREY GOODE AND GOODE ENTERPRISE SOLUTIONS INC. vs. ROGER RICHARDS RAMSAUR, LEON ISAAC KENNEDY, and ADRIENNE YOUNGBLOOD, 1:20-cv-947 - Colorado 10th Circuit Federal Court

# JAMES COREY GOODE vs. ALYSSA-CHRYSTIE MONTALBANO, TRO

### Montalbano 2020 BRIEF ACCOMPANYING VERIFIED COMPLAINT FOR PROTECTION ORDER.pdf

### Montalbano Goode_JDF 402 Verified Complaint for Protection Order_Redacted.pdf

### Montalbano Goode_JDF 404 Affidavit re children March 2020_Redacted.pdf

### Montalbano Goode_JDF 442 Information Sheet to Register a Protection Order March 2020_Redacted.pdf

### Exhibit 8 - Goode v Gaia_Redacted.pdf

### Exhibit 9 - Goode v Gaia_Redacted.pdf

### Exhibit 10 Goode v Gaia.pdf

### Exhibit 11 Goode v Gaia.pdf

### Exhibit 12 - Goode v Gaia_Redacted.pdf