# EXHIBIT 2

8/24/2021  (12,776 unread) - aristoneart@ymail.com - Yahoo Mail

## I saw your comment yesterday

From: aristoneart (aristoneart@ymail.com)
To: goodetech@yahoo.com
Date: Thursday, March 21, 2019, 09:43 AM MDT

Corey, You know I saw and documented your FB comment yesterday.

At what time stamp did you perform libel and slander of me on Edge of Wonder? I really don't want to watch it and 100k people have heard you say whatever you said about me. ☹

I'm really disappointed with so many things right now. Thank you for removing the FB post. It was very mean and made me cry.

I am working on a "Verified Motion for TRO and Preliminary Injunction" request. If you'd like that not to occur and be submitted on the record (likely) this week, then please communicate with me . . . respectfully. . . and please don't respond to me and this email publically. It's not appropriate behavior.

I am trying to settle this matter privately, so I can move on with my life, please be respectful of that.

Alyssa

Sent from my Verizon, Samsung Galaxy smartphone
Corey, You know I saw and documented your FB comment yesterday.At what time stamp did you perform libel and slander of me on Edge of Wonder? I really don't want to watch it and 100k people have heard you say whatever you said about me. ☹I'm really disappointed with so many things right now. Thank you for removing the FB post. It was very mean and made me cry. I am working on a "Verified Motion for TRO and Preliminary Injunction" request. If you'd like that not to occur and be submitted on the record (likely) this week, then please communicate with me . . . respectfully. . . and please don't respond to me and this email publically. It's not appropriate behavior. I am trying to settle this matter privately, so I can move on with my life, please be respectful of that. AlyssaSent from my Verizon, Samsung Galaxy smartphone

8/24/2021                              (12,776 unread) - aristoneart@ymail.com - Yahoo Mail

### state court amended complaint still working on it

From: aristoneart (aristoneart@ymail.com)
To:   goodetech@yahoo.com
Date: Sunday, July 12, 2020, 05:29 PM MDT

Mr. Goode,

Just letting you know I'm still working on amending the complaint and getting proper input on what is viable and not in court and how statutes and rules are actually applied. I apologize for my many mistakes to this point, and only just recently understood my errors regarding contract laws and etc. I will be making corrections about that where and when appropriate.

I may not have many claims and may just seek to stop the defamation and the ongoing fraudulent misrepresentations you've been doing against me and that severely distress me and have and continue to severely damage my personal and professional reputation and life. I really wish you would stop defaming, harssing, and embarrassing me and that you would issue public retractions. I'd ask you to stop (again), but I think we both know that won't happen without a court order.

Its taking me longer to amend than anticipated, as I don't want to make anymore legal filing mistakes or further burden me, you, or the court with incorrect papers or claims or even lengthy writings.

Should I get declaratory relief and injunctive relief granted, you should know, I'm not interested in using any of it to publicly embarrass you or defame you with it. We all make mistakes in life. I would only use a granted injunction to the extent necessary to ensure you and your associates publicly and privately behave appropriately towards me and treat me with respect within the community and to restore my reputation. Being mean to someone does not bring me joy, so I won't be mean to you no matter how mean or defamatory you are toward me or no matter how much you embarrass me. Two wrongs does not equal a right.

Respectfully, Alyssa Montalbano

Sent from my Verizon, Samsung Galaxy smartphone