# EXHIBIT 4
Filed with Motion to Impose Sanction - Mesa Court - 12/11/2018

---

**EXHIBIT MOTION TO IMPOSE SANCTIONS ON DEFENDANT** EMAIL JULY 27, 2018 MS. YANAROS WILDE THREATENING POLICE AND COURT ACTION AGAINST PLAINTIFF FOR MAILING LEGAL FILINGS TO DEFENDANT

VIOLATION OF PROTECTIVE ORDER: JAMES COREY GOODE AGAINST ALYSSA MONTALBANO ENTERED 7/17/18

From: yanaroslaw (valerie@yanaroslaw.com)
To: purplemagus374@gmail.com; aristoneart@ymail.com
Cc: goodetech@yahoo.com; sba.producer@gmail.com
Date: Friday, July 27, 2018 11:42 AM MDT

*[Handwritten annotation: This was received because Plaintiff served Mr. Goode a copy of what was filed with the Broomfield Courts (July 24, 2018) (CRCP Rule 4.5 - Threatening Prosecution)]*

Ms. Montalbano:

You are in **direct violation of the protective order** granted to Mr. Goode on July 17 and continued by Broomfield County Court on July 24.

The pertinent part provides:

**The Court Orders that you, the Restrained Person** shall not contact, harass, stalk, injure, intimidate, threaten, touch, sexually assault, abuse, or molest the Protected Persons named in this action, or harm, take, transfer, conceal, dispose of or threaten harm to an animal owned, possessed, leased, kept or held by any protected party, or a minor child of any other party, or otherwise violate this Order. You shall not use, attempt to use, or threaten to use physical force against the Protected Persons that would reasonably be expected to cause bodily injury. You shall not engage in any conduct that would place the Protected Persons in reasonable fear of bodily injury

You mailed a package to Mr. Goode with three motions in **direct violation of the aforementioned protective order** (see attached scanned image of the package) on July 24. To head your questions off at the pass: NO, the attachment does not include any malware, "military hacking tactics" or whatever crazy executable--real or imagined--it is a pdf of the evidence of **your illegal and unlawful conduct**.

We **will** be notifying **the court and police** of your violation.

You are to address all correspondence to me and **me only**.

Any further contact will be met with any and all means necessary to enforce the order.

Confirm receipt of this email.

Cheers,

**Valerie Yanaros Wilde, Esq.**
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600

*[Handwritten annotation: She never lawfully entered the Broomfield case. CRCP Rule 221]*

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.