**EXHIBIT 5**



Ann Brigham
Clerk of Court
Post Office Box 20,000-Dept. 5030
Grand Junction, CO 81502-5001

21st Judicial District
(970) 257-3660

August 19, 2021

After conducting an examination of the pleadings in 18CV50, Alyssa-Chrystie Montalbano v James Corey Goode, I conclude a PRO HAC VICE for Valerie Ann Yanaros or Elizabeth Lorie has not been entered in this case.

Thank you

*[signature]*

Ann Brigham

*[Seal: COMBINED COURT OF MESA COUNTY COLORADO]*