

EXHIBIT 7

ALERT: AS OF APRIL 30, USPS.COM NO LONGER SUPPORTS OUTDATED BROWSERS. TO CONTINUE ACCESS, YOU...

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Tracking Number: 70180680000231490722

Remove ×

**On Time**

Expected Delivery on

**WEDNESDAY**
**13** JUNE 2018 ⓘ  by **8:00pm** ⓘ

## ✓ Delivered

June 13, 2018 at 12:37 pm
Delivered, Left with Individual
BROOMFIELD, CO 80020

Get Updates ⌄

**Text & Email Updates** ⌄

**Tracking History** ⌃

June 13, 2018, 12:37 pm
Delivered, Left with Individual
BROOMFIELD, CO 80020
Your item was delivered to an individual at the address at 12:37 pm on June 13, 2018 in BROOMFIELD, CO 80020.

June 13, 2018, 10:23 am
Out for Delivery
BROOMFIELD, CO 80020

June 13, 2018, 10:13 am
Sorting Complete
BROOMFIELD, CO 80020

June 13, 2018, 6:44 am
Arrived at Unit
BROOMFIELD, CO 80020

June 13, 2018, 3:54 am
Departed USPS Regional Facility
DENVER CO DISTRIBUTION CENTER

June 12, 2018, 9:28 am
Arrived at USPS Regional Facility
DENVER CO DISTRIBUTION CENTER

June 11, 2018, 10:09 pm
Departed USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

June 11, 2018, 9:55 pm
Arrived at USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

June 11, 2018, 5:28 pm
Departed Post Office
GRAND JUNCTION, CO 81501

June 11, 2018, 2:36 pm
USPS in possession of item
GRAND JUNCTION, CO 81501

## Product Information

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™<br>Up to $50 insurance included. Restrictions Apply ⓘ | 9590940233687227329105<br>(/go/TrackConfirmAction_input?tLabels=9590940233687227329105) |

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)

ALERT: AS OF APRIL 30, USPS.COM NO LONGER SUPPORTS OUTDATED BROWSERS. TO CONTINUE ACCESS, YOU...

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 70180680000231490715

Remove X

Your item was delivered to the front desk or reception area at 10:29 am on June 14, 2018 in ADDISON, TX 75001.

## ✓ Delivered

June 14, 2018 at 10:29 am
Delivered, Front Desk/Reception
ADDISON, TX 75001

Get Updates ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

June 14, 2018, 10:29 am
Delivered, Front Desk/Reception
ADDISON, TX 75001
Your item was delivered to the front desk or reception area at 10:29 am on June 14, 2018 in ADDISON, TX 75001.

June 14, 2018, 4:19 am
Arrived at USPS Facility
ADDISON, TX 75001

June 14, 2018, 2:59 am
Departed USPS Regional Facility
COPPELL TX DISTRIBUTION CENTER

June 14, 2018, 2:48 am
Arrived at USPS Regional Facility
COPPELL TX DISTRIBUTION CENTER

June 14, 2018, 1:42 am
Departed USPS Regional Facility
DALLAS TX NETWORK DISTRIBUTION CENTER

June 14, 2018, 1:13 am
Arrived at USPS Regional Destination Facility
DALLAS TX NETWORK DISTRIBUTION CENTER

June 13, 2018
In Transit to Next Facility

June 12, 2018
In Transit to Next Facility

June 11, 2018, 10:09 pm
Departed USPS Regional Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

June 11, 2018, 9:54 pm
Arrived at USPS Regional Origin Facility
GRAND JUNCTION CO DISTRIBUTION CENTER

June 11, 2018, 5:28 pm
Departed Post Office
GRAND JUNCTION, CO 81501

June 11, 2018, 2:37 pm
USPS in possession of item
GRAND JUNCTION, CO 81501

**Product Information** ∧

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ Up to $50 insurance included. Restrictions Apply ⓘ | 9590940233687227329112 (/go/TrackConfirmAction?tLabels=9590940233687227329112) |

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)

# CERTIFICATE OF SERVICE

It is hereby certified, that on June 11, 2018, the undersigned mailed to the following addresses:

**James Corey Goode**
GOODE MEDIA PUBLISHING, LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US Highway 287
Suite 400-266
Broomfield, Colorado 80020

**Valerie Yanaros Wilde**
C/O: Yanaros Law, P.C.
5057 Keller Springs Rd
Suite 300
Addison, TX 75001

Hereinafter, "Recipient," the documents and sundry papers pertaining to **"Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate"** and as filed on **Public Record with Reception # 2843230 Sheila Reiner, Mesa County CO, CLERK AND RECORDER.**

1. **Notice of Constitutional Law Precedence and Failure to Respond** dated June 11, 2018

2. **CC: Notice of Written Correspondence** dated April 18, 2018

3. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7018 0680 0002 3149 0722** and **7018 0680 0002 3149 0715** Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the United States Postal Service within the State of Colorado.

Affirmed this 11 day of June 2018
All Rights Reserved,

*Alyssa-Chrystie: Montalbano*
Alyssa – Chrystie: Montalbano
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of CO, County of Mesa
Signed before me on this 11
of June 2018, by Kimberly Blossom
Notary Public *Kimberly Blossom*

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Certificate of Service June 11, 2018

# NOTICE OF CONSTITTUTIONAL LAW PRECEDENCE

## AND

## FAILURE TO RESPOND

Certified Mail No    7018 0680 0002 3149 0722, 7018 0680 0002 3149 0715

Public Record Reception# **2843230**, Sheila Reiner, Mesa County CO CLERK AND RECORDER

Date:            **June 11, 2018**

Petitioner:      Alyssa-Chrystie: Montalbano
                 ARI STONE ART LLC
                 2536 Rimrock Ave
                 Suite 400-117
                 Grand Junction, Colorado 81505

Respondent:      James Corey Goode
                 GOODE MEDIA PUBLISHING LLC
                 GOODE ENTERPRISE SOLUTIONS INC
                 1140 US HIGHWAY 287
                 SUITE 400-266
                 BROOMFIELD, COLORADO 80020

                 Valerie Yanaros Wilde
                 YANAROS LAW, PC
                 5057 KELLER SPRINGS RD
                 SUITE 300
                 ADDISON, TEXAS 75001

**RE: Frivolous "CEASE AND DESIST: Trademark and Related Intellectual Property Infringement of IP Materials Belonging to Mr. James Corey Goode; Stalking Protective Order" dated June 5, 2018**

Ms. Valerie Yanaros Wilde and Mr. James Corey Goode,

Please see that your offer to contract as "stalker" (Stalking Protective Order) is hereby honorably refused for the following legal and lawful reasons based in fact, law, and evidence.

Notice Constitutional Law Precedence and Failure to Respond                                Page 1 of 5

In any matter where there is controversy between statutes and the supreme law of the land, the Constitution of the United States of America shall take precedence in all instances.

This letter is lawful notification to you, pursuant to The Bill of Rights of the National Constitution, in particular, the First, Fourth, Fifth, Sixth, Seventh, Eighth, and Ninth Amendments, and The Bill of Rights of the Colorado Constitution, in particular, Sections 1, 2, 3, 6, 7, 9, 10, 14, 15, 16, 23, 24, 25, 28, and pursuant to your oath, and requires your written response to me specific to the subject matter. Your failure to respond, within 30 days, as stipulated, and rebut, with particularity, everything in this letter with which you disagree is your lawful, legal and binding agreement with and admission to the fact that everything in this letter is true, correct, legal, lawful and binding upon you, in any court, anywhere in America, without your protest or objection or that of those who represent you. Your silence is your acquiescence. See: *Connally v. General Construction Co.*, 269 U.S. 385, 391. Notification of legal responsibility is "the first essential of due process of law." Also, see: *U.S. v. Tweel*, 550 F. 2d. 297. "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading."

Frivolous Presentment titled " CEASE AND DESIST: Trademark and Related Intellectual Property Infringement of IP Materials Belonging to Mr. James Corey Goode; Stalking Protective Order" and as dated June 5, 2018 and as delivered by Valerie Yanaros Wilde and James Corey Goode to Petitioner, is hereby refused for the following reasons based in fact, law, and evidence and whereby statutes are mentioned as a courtesy and all proceedings shall be in accordance with Constitutional law.

1. Lack of indorsement **(UCC 3-501)** on presentment, and whereby lack of indorsement can only be further equated with fraud **(18 USC 1341).**

2. For Valerie Yanaros Wilde, failure to certify identity as a public servant with an oath of office to the Constitution of the United States of America.

3. For failure to provide a certified copy of, Valerie Yanaros Wilde's, Oath of Office to the Constitution.

4. For failure to certify Valerie Yanaros Wilde is an attorney or lawyer.

5. For failure of Valerie Yanaros Wilde to certify any identity.

6. Harassment through impersonating the Respondent, James Corey Goode (C.R.S. 18-5-113).

7. Presentment dated June 5, 2018 is frivolous and without merit.

8. Email sent June 5, 2018 and Presentment dated June 5, 2018 and as received via Fed Ex mail number 781287902236 by Petitioner on June 8, 2018, from Yanaros Law, Valerie Yanaros Wilde, failed to meet due process of law through failure to be served via Certified Mail and is hereby deemed Mail Fraud (941.18 USC §1341) " *Schmuck v. United States*, 489 U.S. 705, 721 n. 10 (1989); *see also Pereira v. United States*, 347 U.S. 1, 8 (1954) ("The elements of the offense of mail fraud under . . . § 1341 are (1) a scheme to defraud, and (2) the mailing of a letter, etc., for the purpose of executing the scheme."); Laura A. Eilers & Harvey B. Silikovitz, *Mail and Wire Fraud*, 31 Am. Crim. L. Rev. 703, 704 (1994) (cases cited).

9. For failure by Respondent, James Corey Goode, and Co-Conspirator, Valerie Yanaros Wilde, to provide proof of authority (Power of Attorney or affidavit) to legally or lawfully speak on behalf of Respondent, James Corey Goode, and whereby failure can only be equated with fraud, acquiescence, and tacit agreement to all allegations as served on Respondent James Corey Goode by Petitioner with certified delivery of Courtesy Notice "Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate" dated April 18, 2018 and subsequent mailings and whereby Respondent non-performance was duly noted and attested to on May 16, 2018 with the Notice of Fault in Dishonor (Opportunity to Cure) and final certification of Respondent non-performance with delivery of Notice of Default in Dishonor, duly noted June 4, 2018.

10. Respondent, James Corey Goode, has failed to rebut with particularity anything in Petitioner's presumptive Courtesy Notice since April 18, 2018 presentment and as received by Respondent on or about April 20, 2018.

11. The following certified documents and sundried have been filed on public record **per due process of law, The Constitutions, Federal Rules of Evidence, and Colorado Rules of Evidence: Chapter 33, Article IV, Rule 401 with public record Reception No 2843230 and as recorded, June 7, 2018, 4:01:00 PM, at Sheila Reiner, Mesa County, CO, CLERK AND RECORDER.**

    a. Certificate of Service dated April 18, 2018
    b. Notice of Written Correspondence dated April 28, 2018
    c. Certificate of Service dated May 16, 2018
    d. Notice of Fault in Dishonor (Opportunity to Cure) dated May 16, 2018
    e. Amendment One dated May 16, 2018
    f. Addendum One dated May 16, 2018
    g. Fines and Fees dated May 16, 2018
    h. Certified Billing Statement 001dated May 16, 2018
    i. Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate – AMENDED and dated May 16, 2018
    j. Certificate of Service dated May 29, 2018
    k. Certified Billing Statement 002 dated May 28, 2018
    l. Certificate of Service dated June 4, 2018
    m. Notice of Default in Dishonor dated June 4, 2018

12. Email dated June 5, 2018 included what appeared to be Mr. Goode's personal email address, at the very least an email address Petitioner has never had or known about prior to date of harassment email. Whereby, if Petitioner were indeed a stalker and Mr. Goode's safety were indeed in question, why would this be done? Two reasons can be equated. 1. Respondent doesn't truly believe Petitioner is a stalker and is bearing false witness. 2. Respondent is trying to emotionally coerce Petitioner into activities that may be alleged as stalking and thereby is further evidence of emotional coercion.

13. Presentment received by mail on June 8, 2018, threatens Petitioner with a "Stalking Protective Order" Whereby "stalking" was only ever incited after Petitioner began Due Process of Law to the best of her abilities to stop the uses of copyrighted and infringed upon intellectual property belonging to Petitioner and as used by Respondent, James Corey Goode since 2017. Therefore frivolous June 5, 2018 presentment is deemed as further evidence of willfully and knowingly performing avoidance and evasion where a responsibility is due to learn the truth (18 USC §1001, CRM 910 Knowingly and Willfully).

14. **Presentment is in direct violation of Alyssa-Chrystie: of the Montalbano family, inalienable Constitutional rights** and in particular but not limited to:

    a. Is an overt attempt to take away the right of freedom of speech by taking away the right to write to Mr. Goode to address grievances in accordance with Due Process of Law and Mr. Goode's right to respond. (Constitution of the United States of America, First and Fourth Amendments; Colorado Constitution Sections 10, 24, 25).

    b. Theft of Private (Intellectual) Property (Constitution of the United States of America, Fourth Amendment; Colorado Constitution Sections 14, 15)

    c. Bearing False Witness (Constitution of the United States of America, Fourth Amendment. Colorado Constitution Sections 3, 7)

    d. Violation of Due Process of Law (Constitution of the United States of America, Fifth Amendment; Colorado Constitution Section 25)

    e. Stalking Protective Orders typically take away the right to a Trial by Jury (Constitution of the United States of America, Sixth Amendment; Colorado Constitution Sections 3, 6, 7, 10, 16, 16a, 23, 25)

    f. Stalking Protective Orders typically take away the right to face the accuser (Constitution of the United States of America, Sixth Amendment; Colorado Constitution Section 16, 16a)

g. Valerie Yanaros Wilde has perjured her Oath of Office to the Constitution for accepting a title of nobility with a foreign state, as seen after her name in June 5, 2018 email and denoted as "Esq." and is in direct violation of her Oath of Office to the Constitution and is therefore a 'domestic and foreign' threat to Alyssa-Chrystie: Montalbano and her inalienable Constitutional rights and the freedoms granted thereof. (Constitution of the United States of America, Article 1, Section 9; Colorado Constitution Section 9)

> *"No Title of Nobility shall be granted by the United States: And no Person holding any Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince or foreign State."*

h. For the aforementioned Constitutional reasons, Valerie Yanaros Wilde has performed Color of Law. (18 USC §242) and has therefore perjured her Oath of Office to the Constitution of the United States of America (Constitution of the United States of America, Article 1, Section 9, and Article 6) and has thereby vacated her office. (Colorado Constitution, Section 9)

If you disagree with anything in this letter, then rebut that with which you disagree, in writing, with particularity, to me, within 30 days of this letter's date, and support your disagreement with evidence, fact and law. Your failure to respond, as stipulated, is your agreement with and admission to the fact that everything in this letter is true, correct, legal, lawful, and is your irrevocable agreement attesting to this, fully binding upon you, in any court in America, without your protest or objection or that of those who represent you.

All Rights Reserved,

*Alyssa-Chrystie: Montalbano*

Alyssa-Chrystie: Montalbano

Citizen of the Real Land of the United States of America

State of __CO__, County of __Mesa__
Signed before me on this ___
of __June 2018__ by __Kimberly D Blossom__
Notary Public __Kimberly D Blossom__

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Notice Constitutional Law Precedence and Failure to Respond

# NOTICE OF WRITTEN CORRESPONDENCE

April 18, 2018

Certified Mail#     7016 2070 0000 9810 9985

Petitioner: Alyssa-Chrystie: Montalbano
ARI STONE ART LLC
2536 Rimrock Ave
Suite 400-117
Grand Junction, Colorado 81505

Respondent:  James Corey Goode
GOODE MEDIA PUBLISHING, LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US HIGHWAY 287
SUITE 400-266
BROOMFIELD, COLORADO 80020

This is formal notification that effective April 18, 2018 any and all correspondence regarding "Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate" be directed in writing to Alyssa-Chrystie: Montalbano at the following address:

Alyssa-Chrystie: Montalbano
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

In order to proceed properly and in accordance with applicable laws regarding this matter, please send all lawful responses to the proceeding address.

RESPONSE: Only a response that meets the following criteria qualifies as a sufficient verified response:

1. Any response must be made via a sworn affidavit, verified and affirmed by a signature under the penalty of perjury, and;

2. Any attorney representing the matter must provide a certified copy of their Oath of Office, allowing them to operate in said capacity, along with a certified Power of Attorney, without such they are a 3rd party and of no use.

Any response without the required certifications and/or documentation shall be deemed a dunning notice, and is considered frivolous and is evidence of Dishonor.

Signed this 18 day of April, 2018
With Prejudice and All Rights Reserved,

*Alyssa-Chrystie: Montalbano*

Alyssa-Chrystie: Montalbano (UCC 1-308)

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Notice of Written Correspondence                                                         Page 1 of 1