IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Gaia Inc.'s **Motion to Restrict Access Pursuant to Local Rule 7.2(c)** [#198] (the "Motion"). In accordance with D.C.COLO.LCivR 7.2, the Motion was publicly posted to allow for any objections to the sealing of the documents. No objections by parties or nonparties were filed. Pursuant to D.C.COLO.LCivR 7.2, the Court finds that the presumption of public access to Court files is outweighed by Defendant Gaia Inc.'s interest in privacy. However, the Court also finds that the less restrictive alternative of redaction is practicable. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#198] is **GRANTED in part**, as follows.

    IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to maintain the following document **UNDER RESTRICTION** at **LEVEL 2**:[1] Exhibits A-E [#194].

    IT IS FURTHER **ORDERED** that, **no later than October 22, 2021**, Defendant Gaia

---

[1] Level 2 limits access to the document to the filing party and the Court. *See* D.C.COLO.LCivR 7.2(b).

-1-

Inc. shall file public versions of Exhibits A through E with the following portions **only** remaining redacted:

(1) regarding Exhibit A, the 2015 Contract shall have paragraphs 6(A)-(C) (concerning compensation) fully redacted;

(2) regarding Exhibit B, the 2016 Contract shall have paragraphs 6(A)-(E) (concerning compensation) fully redacted;

(3) regarding Exhibit C, the August 2017 Amendment shall have Section II (concerning compensation and amending sub-paragraphs from section 6 of the 2016 Contract) fully redacted;

(4) regarding Exhibit D, the November 2017 Amendment shall have Section II (concerning compensation and amending a sub-paragraph from section 6 of the 2016 Contract) fully redacted; and

(5) regarding Exhibit E, the Relocation Benefit Agreement shall have paragraphs 2 and 3 (concerning compensation) fully redacted.

Dated:  October 14, 2021