IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Third-Party Plaintiff Alyssa Montalbano's **Motion to Exceed Word Limit Imposed by DDD Civ. P.S. III(A)(1)** [#244] (the "Motion"). Shortly after the Motion [#244] was filed, Ms. Montalbano filed a Notice [#246] seeking to withdraw the Motion [#244]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#244] is deemed **WITHDRAWN** and the Clerk of Court shall terminate the gavel on the Motion [#244].

    Dated:  October 14, 2021