# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant, Third-Party Plaintiff

v.

James Corey Goode, individually
And GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,


LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock, THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde, Elizabeth Lorie,
Brian James Flynn, William Campbell,
Matthew Grove, Diana Terry,
Christina Gomez

Third-Party Defendants.

NOTICE ELECTRONIC VIDEO EXHIBIT FILING                                Page **1** of **3**

## NOTICE OF ELECTRONIC CONVENTIONAL VIDEO FILING

COMES NOW, Alyssa Chrystie Montalbano, Defendant, Counter-Claimant and third-party plaintiff, and files this Notice of Electronic Filing of conventional video material:

**Exhibit 1** to PARTIALLY OPPOSED MOTION TO LIFT STAY OF DISCOVERY, of YouTube Video of third-party defendant, David Wilcock, claiming he will teach students how to build hover cars in his 6 week course for $333; streamed live, September 21, 2021, on YouTube Channel: "David Wilcock | Divine Cosmos (OFFICIAL)", video titled "David Wilcock: Time Loops and VIP Insiders!".

    00:50 – 01:15 Received 'money bombs'

    02:00 – 02:30 $333 for Hover Car course

    04:50 – 05:10 Wilcock claiming 'not made up' and bought facility (empty warehouse)

    05:35 – 06:45 Hover Cars to be built in Military Facility (empty warehouse)

    09:40 – 10:00 Course Students will be able to build hover cars

    10:20 – 10:45 Wilcock and his wife down to last $3,000 then phenomenal Hover Car course related sales

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Counter-Claimant, Defendant

## CERTIFICATE OF SERVICE

I certify that on this 10th day of December 2021 a copy of the foregoing NOTICE and conventional video Exhibit were mailed to the Clerk of the Court at Alfred A. Arraj United States Courthouse, Room A105, 901 19th Street, Denver, Colorado, 80294-3589; and are lawfully served upon appeared parties and counsels pursuant ECF Rule 4.8(f).

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen