**EXHIBIT 2**

ACM Intellectual Property Record - DW Hover Cars

# DREAMS n LEDs

pt2 `DreamWalker Book`

`DreamWalker Book/Diary Sections`

 **purplemagus374** 9/23/2017 
to SBA

| | |
|---|---|
| From | purplemagus374 • purplemagus374@gmail.com |
| To | SBA Email • spherebeingalliance@gmail.com |
| Date | Sep 23, 2017, 6:10 PM |

View security details



Sent from my Verizon, Samsung Galaxy smartphone





2-3 Protecting Troy

4-6 Protecting Obama

7-9 Transforming a leaf into an apple, teaching my friends.

10-12 Healing a Black Unicorn, Jokey witch not funny to me

13-14 Blue Gel Powers and Calls

15-17 Mean lady, shrivel mummy hand, passing through objects

18-22 Military Fake Track Infiltrate

23-30 DW event, $, wanting to talk, hover car question

31 hot pirate guy liner

32 ... It Was Time ... I Got Called Back "in" ...

1 / 32



9/26/16  am mon.
~12 midnight Ate sleep saw

Appolo Logo

Q: what is in the best interest of humanity.
with David & I
what choice brings the most peace, love & Joy
to humanity. The utopian society.

3:33 am   At first there was a trick to get on the
wrong train
Jessi fell & hurt her elbow.

I was at a military style camp. Training
for a 'special forces' mission on a train.
We were to be deployed to where our
great wealth was? or our dreams goals.
But the train was hyjacked and they
started us out on a 'mock train' where
they'd set up a fake track that
looked like the real one, but they had
us going around in loops, as they
changed the outside scene. sets we
were going hella slow, but they tried

18 / 32



*[Margin notes, top:]* Phillip Mo... / How to hover magnet like/parallel / be smaller / Codes to unlock Vaults of ... / ...metalk force ... off

*[Left margin, vertical:]* Art #2 was like acrosstac between my design style & Picasso abstracts. It was very colorful rainbowy bright reds, oranges, yellows, blues, greens,...

4:09 am

┌─────────────────────────────┐
│ Event, $, wanting to talk   │
│      DW DREAM²              │
└─────────────────────────────┘

I went to a David event. He was teaching. I was listening but there to disuss more w/ him professionally but I like him but since he wasn't single I had my established bandories. As he was teaching I was drawing an artwork on the wall *in front in a 2nd room* I had to take my THE AWAKENING off the top of the 3 part new more colorful painted abstract looking piece. David liked it & said all artwork is by Ari Stone. He tried to recall my page & said 750 (which is correct) or 753. But I felt I had to correct him so was waiting for the right moment to politely interupt/interject. Then the



Sticky notes (top):
- Codes to unlock vaults & make
- Phill
- How to hover magnet like/Parallel force (DW Science to him
- be smaller ..off

7:48am

seemed to not care how long we ran over timewise or rather was not in any hurry to leave. He still wanted (I could tell) to talk/hang w/ me but tried to not make it look so obvious. He'd periodically come by me & look in & smile & comment. After about 20 or 30 min into our 40 min timeframe, most people were gearing up to go home.

We were outside now, I was near 'my car' a blue sky commuter style (hatchback I think) car. I felt like a jelopy but also semi-modern & sleek. I had 3 or 4 kids that needed a lift home so I was gonna take em w/ me. I had my black backpack that I spotted I'd left open with the 7" thick (at least) wad of $100 bills visible & I had another $695 or $700 blob too (the cost of the VIP pass) & another blob of $ too for personal spending or for ticket for ▓▓▓▓ I saw all the pouch pockets unzipped & showing that w/ my artpad & drawing papers I often carry w/ me.

David now wound down his interactions w/ others & came over to me & my group. I seemed to be loading up the kids now & it seemed like more needed rides like 5 or 6 now.

Sticky notes (bottom): 2016-10 Devel; Jo, Trampoline; E, Au Sharon; Gum

27 / 32

*Tabs at top: "Codes to unlock vaults & make" | "p Mornay" | "Universe smaller"*

but like he was questioning things now w/her. Not necessarily that he'd leave or would have chosen to do so either if I hadn't shown up. But, that felt like why he did the fire & brim stone bit. Like he felt trapped but had to honor the commitment & so poked fun at it instead. But, it also felt, if he felt it right to leave he would & like I was the tool to reveal that issue. If was like he knew all along he was in (hell?) but wanted ~~the tttt to~~ to give others the illusion he was in heaven & even, like his soul code knew he was in hell too & he had to warn others NOT to do it unless they too wanted it/that.

~~It~~ was only a ~~ssb~~ short aspect to his teaching. But very prominent for me. Again, B. L. was nowhere to be found/seen at this point. I thought felt her at home.

Oh yeah David ~~during~~ my time up front asked me if I knew about gravity. and hovercars. I said, I don't think gravity is what' they say' & that ~~the~~ you can use magnets' to counter balance gravity (but thinking not specificly magnets, *but magnet love/principle or magnets*) he then interjected, not magnets, & I said

*Bottom tabs: 2016-10 | 29/32 | Sharon*



> yeah I know but like & similar force that counters the Earth field/force." or rather balances perfectly exactly opposite to hover. The counter force or alternate force or parallel force.

I could tell he really liked that we could talk about sciency stuff w/ me & got/felt the distinct impression he didn't really have that connection w/ B.L. & that he both wanted & 'missed' (even now needed) that.