

EXHIBIT 3

McCandlish 'Death'