

**EXHIBIT 4**
**McCandlish Email**

Alyssa Montalbano <purplemagus374@gmail.com>

---

## Re: Are you mad at me?
1 message

**Mark McCandlish** <markmccandlish@gmail.com>  Mon, Mar 19, 2018 at 2:47 PM
To: purplemagus374 <purplemagus374@gmail.com>

No, sweetie, I'm not "mad" at you.   I haven't been sleeping well.   I'm in a lot of physical pain, and kind of connecting with the fact that

[REDACTED]

**CG GAIA Art Complaint**

I don't know what the contractual side of Gaia's relationship with the website "spherebeingalliance" website is, but all of the artwork that Gaia used on Corey
and David's Cosmic Disclosure TV show is now on that website, and they never asked and they never TOLD me that was part of the deal (or if it ever was)-
so I'm upset about that also. I see it as a big copyright issue.  In the Copyright Act, the original artist always has the right to control "how"
and "where" their work is presented.    I feel that this right has pretty much been denied to me in the way the entire thing played out.    They can
tell what ever kinds of stories they want, and are using my work to give their story credibility, but I do not personally believe a number of specific things
that they have been promoting and saying.  Consequently, by using my artwork, and rehashing my story, they make it look like my research
and work supports their material.  I have some deeply seated resentments of exploitation of my work, something that goes back to my early years
as an artist.

**CG RR Event Offer & no replies**

Then there is this other character that works with them- (Roger somebody) has contacted me on a number of occasions- (once with the shindig
up in Oregon during the eclipse and again in association with Jordan Sather's new Gaia TV show.)  I responded with an expression of interest,
then they don't reply to my messages.  They hold up a tempting participation fee or gratuity initially, then yank it away after not responding to my
repeated correspondence.  It had all the earmarks of a passive-aggressive "gotcha!" game plan after all the static I raised over what happened with
Gaia and Cosmic Disclosure.

[REDACTED]

**WW Suicide**

As for the death of my friend, William Whitecrow (a "real" Shaman) just over a month ago, on February 16th- the coroner's office has been remarkably
tight-lipped about the event.  His wife told me at his "celebration of life" gathering, that he was in fact wearing different clothes when she found him that
afternoon than the ones he was wearing when she left for work that morning.  The posture in which he was found was a classic example of a special
forces torture/interrogation technique, called "the short man's noose".  He feet were on the floor of his work shed, his knees bent, and he was strangled
with a dog leash.  A device that can be released quickly when a target is brought to the breaking point of answering questions put to him.   William was
an expert in martial arts.   He was not someone you could sneak up on.   So it occurred to me that he was immobilized by a aerosol in a kind of ambush
situation.   They were probably lying in wait inside his work shed.   The aerosol is called Tryptomethylchloride.   The spec ops guys use it to disable and
capture targets that are a big threat.  It will knock a person out in half a second and has a chemical half life of five minutes before it disappears within a
human metabolism.   A coroner cannot find it.   The only indicator is a 60-85% increase in melatonin in the blood chemistry.   And they seldom look for that.
During the interrogation, the target is knocked off his feet while his arms and legs are bound by high-temperature Aluminum insulation tape.  The person
is forced into a position of strangling until they will talk.   Otherwise they are pushed right up to death, so it looks like a suicide.   That wasn't in his blood.
The Aluminum tape leaves a very specific kind of residue on the clothing.   Thus, the reason for the change of clothes.  As far as I know the coroner's office
has not asked for the clothing he wore that morning as part of their investigation.

On top of everything else, I work on a five acre parcel of property ten miles east of Redding, where we care for about 115 kitties.  We've lost two very special
eight-month old cats in the last three weeks to what we think might be a Coronavirus/Feline Infectious Paratinitis but the PCR tests were inconclusive.
It was a slowly evolving deterioration, during which I spent many hours personally tending to these two little guys, using everything I've found in the way of
fighting viruses- all to no avail.   It was a real heartbreak.   They didn't make it.

[REDACTED]

The History Channel has approached me about hosting a new UFO related program, and it sounds like a wonderful gig, but the people and kitties I work with
seven days a week are very dependent upon my help and I may not be able to commute to New York City for several day each week and leave these obligations

[REDACTED]

[REDACTED] who worked at NASA back in the late 70's, early 1980's and who, along with his best friend, built a craft between 1981-1983
that used anti-gravity, flew off planet and which took 25 scientists to the Andromeda Galaxy using a kind of "warp drive"  system, reaching that part of the cosmos
in 20 minutes ( ! ) and is in the process of recording all the specs for this craft on a hard drive he will send me so I can build one myself.  I know- hard to believe.

After twelve or more trips off-planet, the military showed up and confiscated/stole his craft using a portable teleportation device on a semi-truck.  It's an incredible
story, but the clincher was, (and here's the connection to CG) they found seven, human occupied, Earth-like planets on the edge of the Andromeda Galaxy,
that they picked up radio and TV broadcasts from- (two of which were in ENGLISH!) and that is where they dropped off the scientists.  My friend said that the
scientists seemed to know exactly "where" they were going.  But it pointed out clearly that the Secret Space Program has had a massive interplanetary
colonization program going on out there in space. Something that has been going on for a very VERY long time... Leaves me shaking my head.  If only the
Public knew.

We should talk on the phone some time...
Mark