

**EXHIBIT 5**
**McCandlish Email**

Alyssa Montalbano <purplemagus374@gmail.com>

---

## Re: How have you been?
1 message

**Mark McCandlish** <markmccandlish@gmail.com>  Sun, Nov 17, 2019 at 4:21 AM
To: purplemagus374 <purplemagus374@gmail.com>

Hi, Alyssa,
I was running short on time earlier, so I've just this moment read through your entire message. I was very surprised at the complexities of your case against CG & DW; I had no idea that they had their fingers in so many "pies".

[REDACTED]

**WW Suicide**

And I do not recall how much I've shared with you over the past two years, but I had a good friend (Bill "William Whitecrow" Paris) who called CG and his claims "complete bullshit" and had the credentials to know, because he really was a part of the SSP and Operation Pegasus which Andrew Basiago (another friend) was a part of. Bill was his survival training officer on Mars. Long story.

Bill was found dead (killed, as it happens, in exactly the same way Jeffrey Epstein was killed) and found in the posture of hanging, in his work shed by a dog leash; shoes on the floor, knees bent, seemingly able to stand up at any time had he wanted to.

His wife found him, after she got home from work. Bill had been a Green Beret in Viet Nam. He was recruited into the secret space program immediately after his tour of duty over there. I can tell you more about his duties and what the entire mission was about, but the bottom line was, Bill had decided to write a book about his involvement in the SSP. I think that is "why" he was killed. His manuscript disappeared and all of his computers, including a 4 terabyte hard drive that was in a small safe were stolen after his death. They took the entire safe.

The posture Bill (and Epstein) was found in is called "the short man's noose" by the Special Ops community. It is a torture/ interrogation technique. If the target talks, you let him stand. If not you sweep his feet out from under him and hold him down- suspended by the neck- until he acts like he will spill the beans. The arms are usually taped behind the back. I have a friend, someone whom I have mentored, who is currently a civilian living here in commie-California, with a footlocker full of fully automatic assault weapons, complete with suppressors, high-capacity clips... the whole enchilada. All legal. He is a former Special Ops mechanic and engineer, and aside from being able to kill terrorists without remorse, he's a gifted inventor. You wouldn't believe one of the devices he's invented; it could revolutionize transportation- even space travel. His biggest drawback is lack of funding.

He also told me that targeted individuals can be captured, taken into custody with an aerosol they use, and which is affectionately referred to as "The Angel of Death in a Can". The chemical? Trypto-Methyl-Chloride. It ramps up Melatonin production in the body by 85% or more almost instantly, and will knock out a target in under a half a second. It is untraceable, and has a chemical half-life of under five minutes. Most coroners never know what to look for. This aerosol is how the guards monitoring Epstein were "put to sleep" and were at a complete loss as to how the closed-circuit cameras in Epstein's cell became non-operational just at the time when he supposedly committed suicide.

**RR CG Spaceship Design**

The only contact I've had in the last two years with any of the people around DW or CG was with a guy named Roger Richards and that kid... (what was his name?) Jason something. Anyway, they wanted to drop about $30K in my lap to build a eighteen foot-long model of one of those interstellar ships Corey claims he was assigned to. Build it from scratch. Only problem? When I told them I needed Corey to draw up the floor plan of each level inside the ship. Never heard from them again. More evidence of his BS.

While in the defense industry, I worked on projects for the U.S. Navy the "Close-In Weapon System" (CIWS) called "Phallanx", which was basically a radar-slaved Gatling gun, firing up to 4,000- 30MM rounds per minute at incoming anti-ship missiles, fighter aircraft and which is a integral part of Israel's ground-based "Iron Dome" defense system against rockets coming into that country from Palestinian occupied areas. There was also Standard missile, the "Rolling Airframe Missile" (RAM) and other systems that I worked on or had a hand in depicting in conceptual artwork. So I understand how large vessels are laid out. I think Roger and Corey knew that if they tried to drop a line of BS on me, it wasn't going to pass the smell test. Never heard from them again-- or since then.

[REDACTED]

Over the last few years I have been going through my own copyright infringement problems with aerospace "historian" and UFO "researcher" Michael Schratt.  He is a pathological liar, plagiarist, thief of intellectual property and frequent copyright infringer of my work, and I'm looking to prosecute his ass.    Problem?    He refuses to give me an address where I can serve papers on him.  And he moves about every six months to a year.  So you can add "coward" to the roster of nefarious titles.

Time for bed.    I did a fourteen hour shift today.,  Got to grab some Z's...

Warmest Regards,
Mark