# THE GIZA DEATH STAR
Home of the Giza Community and Dr. Joseph P. Farrell

**EXHIBIT 6**
**McCandlish Senate Testify**



# THE SAD AND MYSTERIOUS DEATH OF UFOLOGIST MARK MCCANDLISH

45 Comments / UFOs / By Joseph P. Farrell

We lead off this week's blogs with a story I did not want to write, much less even hear about. And the story is already a few weeks old, but only now does there appear to be enough information to justify a blog about it. A few days ago, my friend and colleague Walter Bosley asked me if it was true that Mark McCandlish had died. I responded that I didn't know, but a short search revealed that he had, but the details were sketchier then than they are now.

This hit uncomfortably close to home, because having known about Mark and his UFO work, particularly in regards to the vehicle he made famous, the so-called alien recovery vehicle (or sometimes, alien reconstruction vehicle, ARV), I first met him when he was a fellow-speaker at the 2014 San Mateo Secret Space Program Conference. His presentation was on that very subject, and the details he disclosed were of great interest to me, because many of them dovetailed with my own speculations about hidden physics and technology.

One can imagine that when I heard of Mr. McCandlish's death a little over a month ago, I was saddened... and immediately suspicious. One of the things that he talked about during his talks at the conference was how complicated, and difficult, his life had become since entering the UFO field with his detailed drawings.

Also present at the conference was Robert Morningstar, who was also a speaker, and who has now gathered and presented the following information(and you can see one of Mr. McCandlish's drawings of the ARV and the high quality of his work in this presentation):

An Interview with UFO/SSP Whistleblower Mark McCandlish on Advanced Engineering Propulsion

What's notable in the articles and interviews presented by Mr. Morningstar is that Mr. McCandlish thought that many of the recent popular UFO flaps were really about hidden technology that "we" humans possessed. Also of interest to this site's readers is Mr. McCandlish's belief that non-terrestrial intelligent life has been visiting this planet for a very long time - "perhaps millennia" - and more interestingly, some of it "isn't friendly," a view that accords in some respects with my own regarding the assumed "friendliness" of the alleged visitors. As for the human bases for this alleged hidden technology, McCandlish also believed that there was a vast underground infrastructure supporting its development and maintenance; again, a view that accords in its broad outlines with my own speculations and books on the vast underground networks of secret Nazi research during World War Two, and the extent of similar known underground facilities that I briefly reviewed in some of my books, most notably *Saucers, Swastikas and Psyops* and *Covert Wars and Breakaway Civilizations*.

As one continues reading the article, one comes to Robert Morningstar's editorial comments, where we're informed of the following:

> Mark McCandlish died on April 13th, 2021 in his home on Redding, CA of a shotgun blast to the head.
>
> Shasta County Coroner's official report cites his death as a "Suicide" from self-inflicted gunshot wound.
>
> Mark McCandlish spoke to his friend, Rick Price, late that day (April 13th) and Mark told him that he was going to rest and would call him later. Mark also spoke to his girlfriend later and told her that he would speak to her when he went to work at her animal shelter. When Mark did not show up for work and he failed to call her, Mark's girlfriend, who had a key to his home, went there to look for him, and found his body, dead from a gunshot wound to his head.
>
> A colleague of Mark McCandlish, a member of a UFO/SSP Disclosure group with which Mark McCandlish was associated, wrote on May 10th, 2021:
>
> "Regarding Mark McClandlish suicide with shotgun blast to his head. He was going to testify for Senate UFO/UAP meeting in June. His testimony would have destroyed the "we haven't made much progress" narrative. Also the one who showed the Tic Tac was actually USAF SSP drone … That would also destroy that narrative, came out and reversed and said he made it up. Mark probably didn't go along. It's an agenda. It's complicated for sure."
>
> *******

> Robert D. Morningstar, Editor/Publisher of The UFO Spotlight, a friend and colleague of Mark McCandlish since the June 2014 Secret Space program – Breakaway Civiliation Conference that was held in San Francisco, and Rick Price, a close friend (for more than 20 years) who was one of the last people to speak to Mark McCandlish find that conclusion dubious, doubt the "official story," and reject that conclusion.

> Finally, it has been reported by one official that "several Federal agencies are investigating the death of Mark McCandlish.' If Mark's death was, in fact, just a "suicide," the editor asks:
>
> Why should further investigations by multiple agencies of the US government be necessary?

*I reject the 'official story."*

Now, to be sure, I did not know Mr. McCandlish well. Our contact at the 2014 Secret Space Program conference was limited, and we had only passing and occasional contact since then. But what little I knew of him persuades me that he just was *not* the type to commit suicide, much less by a gunshot to the head.

What is of interest in Mr. Morningstar's editorial comments, however, is the statement that Mr. McCandlish was allegedly scheduled to testify to a US Senate "meeting" on UFOS and UAPs (the new term for UFOs, "Unidentified Aerial Phenomena") next month.  I'm reminded of another such "convenient" death, that of George De Mohrenschild, who also allegedly committed suicide by shotgun mere days before his scheduled appearance to the 1970s committee on  assassinations, to testify about what he knew of the JFK assassination (which, if one digs long enough, may also have had a "UFO connection").

That does not prove anything regarding McCandlish's sad demise, but Morningstar does raise the relevant question: if there is nothing suspicious about McCandlish's death, "Why should further investigations by multiple agencies of the US government be necessary?" Perhaps such investigations are routine in such cases, but when one reads of the last hours of Mr. McCandlish, one thing that clearly emerges is that they do not sound like a man in a suicidal frame of mind.

I, too, "reject the 'official story.'"

Why would anyone want to murder Mr. McCandlish? I do not know. But the details in the articles posted by Morningstar do point in a couple of directions: (1) that underground "breakaway civilization" itself, anxious to keep its secrets, and (2) another peculiar detail that is revealed in the article, namely, McCandlish's belief that he had been in contact with someone claiming to be "an extra-terrestrial among us" in a human "biosuit",  in disguise as it were and reminiscent of the old science fiction television series "V" and its more recent remake, and (3) McCandlish's statements that "telekinetic murder" (for want of a better expression) was not only possible but that had been carried out on North Korea's previous leader. What is odd to contemplate here is that the first of these alternatives is the one where there are the most publicly-known details. It's the *last* two that are of greater interest, and had McCandlish come into possession of details that tended to corroborate either, then there would be powerful motivation by the parties involved to keep those details secret; indeed, I've speculated many times about the second possibility, and the claims about the third have been echoed by other people.

So the bottom line for me is, one again, I too "reject the 'official story.'"

See you on the flip side...

← Previous Post                                                                                                                                           Next Post →

## 45 thoughts  on "THE SAD AND MYSTERIOUS DEATH OF UFOLOGIST MARK MCCANDLISH"

1. **DAN**
   MAY 29, 2021 AT 3:56 PM

   Dr. Farrell,

   Is it still your suspicion that the official story of Mark's suicide is dubious? Walter Bosley posted in a comment on FB that "JPF did a 180 the very next day after he learned the facts." Perhaps this was in private conversation between you both, but I have not seen reference to this from yourself.

   Thank you.