![Gmail]

**EXHIBIT 7
McCandlish Email**

Alyssa Montalbano <purplemagus374@gmail.com>

---

## Re: Are you mad at me?
1 message

**Mark McCandlish** <markmccandlish@gmail.com>  Wed, Mar 21, 2018 at 1:45 AM
To: purplemagus374 <purplemagus374@gmail.com>

Hi, Alyssa.

[redacted]

**Stalking**

It's kind of like when you're walking through a store or restaurant and you feel another person's eyes upon you, especially if you can verify this in your peripheral vision, but when you turn your head to look directly at them, they turn away quickly, attempting to hide the fact that they were watching you closely.  This sort of reaction is a cause for concern in real 3D, because it suggests some kind of hidden agenda; perhaps an indication of ulterior motives.

Because of my personal experiences, I keep one eye in my rear view mirror whenever I'm driving.  If I see another vehicle duplicate more than one turn I make, I initiate a number of false turns that usually reveals whether the driver of that other vehicle is following me.  But if it continues, I've even pulled up to a stop sign in an isolated four-way intersection, then pull a U-turn in the intersection so I can get a good, close, eyeball-to-eyeball look at the other driver.  You'd be surprised how quickly they chicken out when they know you've "made them" and have a clear view of who they are.   I take down plate numbers too.    But the same technique can be done in the dream-state; that is, keeping a peripheral view of the other dream walkers around you, so you can get a more concise view of what they are up to in that kind of environment and in 3D.   (But you probably have that wired pretty tightly already.)  My point being that, sometimes the direct confrontation cuts through all the BS and people are forced to declare their true intentions.

**Emery Smith Fraud**

I'm sorry that CG and DW have become something of a disappointment, although I cannot say that I am surprised, simply because I've been certain that a lot of their material is made up out of thin air to begin with.  This more recent guest David has had on-- Emory somebody-- sounded pretty credible at first, the protocols of his work under the Sandia Labs facility at Kirtland AFB, near Albuquerque, New Mexico held some water, and then he started talking about how he had been "attacked" for going public with some of his information seemed credible.  But then he talked about a genetically-engineered creature that appeared to be part Grizzly Bear with "oseo-infused alloy claws" in its forelegs that could cut through anything. The creature supposedly escaped this deep underground heavily-armored facility, and when the spec ops troops recaptured it, the truck they transported it in had eight-inch-thick steel walls, that the creature's infused alloy claws "had cut four inches deep" into before it was returned to underground location where it had been kept.

It didn't take much research on my part to look up bone density figures and how much crushing force even mutated, highly dense bones can take, and in combination with the "oseo-infused alloy claws", the claws could never penetrate that deep into a solid steel wall without breaking the bones of the creature in the process.  I pointed these facts out to Emory, which he acknowledged and was quite surprised by my depth of information, then tried to speculate that the "claws" might be using some kind of "resonance cutting technology" to enable the feat described earlier.  Maybe so, but how do you get such a violent creature to wear the power supply for such a technology without tearing that up as well?  And that was when he went silent.   Cornered by his own bullshit.    See what I mean?

And this kind of crap doesn't really help in the pursuit of the truth at all; it just sells more subscriptions to Gaia TV on the part of uneducated viewers looking for the latest extraordinary tale to share Monday morning around the company break room.   So you may be better off dealing with or working around people who are a little more sincere and not out to regale the crowds.

[redacted]

Sincerely,
Mark