**Gmail**

**EXHIBIT 8
McCandlish Email**

Alyssa Montalbano <purplemagus374@gmail.com>

---

### Re: Are you mad at me?
1 message

**Mark McCandlish** <markmccandlish@gmail.com>  Mon, Mar 19, 2018 at 5:33 PM
To: purplemagus374 <purplemagus374@gmail.com>

This is a follow up on my first message. I haven't had much sleep, so I kind of skipped over the stuff about Corey. I'm sorry that he and David think of you as a stalker/idiot/groupie type. I sense that your motivations were/are pure. I think that as wild as Corey's tales are, they don't often encounter someone with abilities developed to the degree that yours are. For myself, I do not

[redacted]

**WW Killed SSP**

And talking about his involvement in this stuff is what I think got my friend, William Whitecrow killed. Call it a gut feeling that doesn't go away. Curiously, he told me that Corey's stuff was complete BS. No basis in fact. He's just using anything he can pull into his little vortex (like my artwork) to feather his own nest. That's why it bugs me so much. And now a good friend of twenty years is dead because of it.

[redacted]

Mark