

**EXHIBIT 9
McCandlish Email**

Alyssa Montalbano <purplemagus374@gmail.com>

## Re: CONFIDENTIAL
1 message

**Mark McCandlish** <markmccandlish@gmail.com>   Mon, Jan 15, 2018 at 5:30 AM
To: purplemagus374 <purplemagus374@gmail.com>

Hi, Alyssa,

How nice to hear from you.  Over the past few months I have been cultivating a friendship that popped up unexpectedly, and I'm still kind of scratching my head

**ARV Fluxliner**

the scenes that I had not bargained for.    What I am about to share with you goes no further.    It is crucial that this story remains under wraps for the time being.    Otherwise collecting any proof as to its truth may be impossible.  And great harm could come to someone if this story leaks pre-maturely.

Once upon a time, as a young man, this individual had worked as a computer specialist for NASA.  And somewhere along the line, (if I'm remembering the
story correctly) this fellow came into a complete set of schematics on the Alien Reproduction Vehicle or "Fluxliner"... from another person at NASA.

development, (including language) or human beings were not only traveling out into the cosmos (and have been for many decades) but they've also been moving backwards and forwards through time as well.    And this isn't the first source that I have heard this claim from either.



So (again) let me emphasize that this story is still taking shape.   Please- under no circumstances- tell anyone about this.   A lot hangs in the balance.   And that is what is keeping me awake these nights...

Best-
Mark