**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

*Plaintiffs*,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH,

*Defendants*.

---

ALYSSA CHRYSTIE MONTALBANO, individually,

*Counter-Claimant,*

v.

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

*Counter-Defendants,*

LIGHT WARRIOR LEGAL FUND, LLC;
DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
VALERIE YANAROS WILDE, ELIZABETH LORIE,
BRIAN JAMES FLYNN, WILLIAM CAMPBELL,
MATTHEW GROVE, DIANA TERRY, and
CHRISTINA GOMEZ,

*Third-Party Defendants*

---

**NOTICE OF SUBSTITUTION OF COUNSEL FOR THIRD-PARTY
DEFENDANT ELIZABETH LORIE**

---

1.  Timothy M. Murphy of the law firm of Robinson & Henry, P.C. hereby gives notice of his withdrawal as attorney of record for Third-Party Defendant

Elizabeth Lorie and Alicia M. Reinken of Robinson & Henry, P.C. is hereby substituted. Pursuant to D.C.Colo.LAttyR 5, Ms. Reinken provides the following contact information:

>ROBINSON & HENRY, P.C.
>7555 E. Hampden Avenue, Suite 600
>Denver, Colorado 80321
>Tel: (303) 688-0944 (main)
>Tel: (720) 597-3656
>Fax: (303) 284-2942
>Email: Alicia@robinsonandhenry.com
>Bar No. 53191

2.  Ms. Reinken certifies that she is a member in good standing of the bar of this Court.

Respectfully submitted this 22nd day of December, 2021.

| ROBINSON & HENRY, P.C. | ROBINSON & HENRY, P.C. |
|---|---|
| By: */s/ Timothy M. Murphy* | By: */s/ Alicia M. Reinken* |
| Timothy M. Murphy, #53430 | Alicia M. Reinken, #53191 |
| 7555 E. Hampden Ave., Suite 600 | 7555 E. Hampden Ave., Suite 600 |
| Denver, CO 80231 | Denver, CO 80231 |
| (303) 688-0944 | (303) 688-0944 |
| tim@robinsonandhenry.com | alicia@robinsonandhenry.com |
|  | *Attorney for Third-Party Defendant, Elizabeth Lorie* |

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 22nd day of December, 2021 a true and correct copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL FOR THIRD-PARTY DEFENDANT ELIZABETH LORIE** was electronically filed with the Clerk of the Court, United States District Court for the District of Colorado, using the CM/ECF system and was served upon all parties who have entered their appearance.

Valerie Ann Yanaros, Esq.
Yanaros Law PC
5057 Keller Springs
Suite 300
Addison, TX 76001
*Attorneys for Plaintiffs*

Clif High *(via U.S. Mail)*
PO Box 141
Moclips, WA 98562
*Pro Se Defendant*

Michael Jacob Laszlo, Esq.
Laszlo & Associates, LLC-Boulder
2595 Canyon Boulevard, Suite 210
Boulder, CO 80302
*Attorneys for Defendant Benjamin Zavodnick*

Dmitry B. Vilner, Esq.
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
*Attorneys for Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, and Christina Gomez*

Daniel Andrew Dingerson, Esq.
Ina B. Scher, Esq.
Davis & Gilbert, LLP
1675 Broadway
New York, NY 10019
*Attorneys for Defendant Gaia, Inc., Jirka Rysavy, Brad Warkins, Kiersten Medvedich*

Aaron Bardin Belzer, Esq.
Ashlee Nicole Hoffmann, Esq.
Burnham Law Firm PC-Boulder
2760 29th Street, Suite 1E
Boulder, CO 80301
*Attorneys for Defendant Jay Weidner*

Alyssa Montalbano *(via U.S. Mail)*
2536 Rimrock Avenue
Suite 400-117
Grand Junction, CO 81505
*Pro Se Defendant/Cross-Claimant*

**ROBINSON & HENRY, P.C.**

By:  */s/ Julie Vogel*
Julie Vogel, Paralegal

3