IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Third-Party Plaintiff Alyssa Montalbano's **Opposed Motion to Surreply to Third Party Defendant Elizabeth Lorie's Reply to Alyssa Montalbano's Response to Motion to Dismiss [#243]** [#248] (the "Motion"). Having reviewed the relevant briefs,

    IT IS HEREBY **ORDERED** that the Motion [#248] is **GRANTED**. The Clerk of Court shall accept and separately file on the electronic docket Third-Party Plaintiff Alyssa Montalbano's Surreply [#248-1] and accompanying Exhibit A [#248-2] in connection with Elizabeth Lorie's Motion to Dismiss [#221].

    Dated:  January 4, 2022