

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, STATE OF COLORADO<br>1777 6th St., Boulder, CO 80302<br>(303) 441-3750 | DATE FILED: December 1, 2020 5:21 PM<br>FILING ID: 9E7928DEB28AF<br>CASE NUMBER: 2020CV265 |
| ELIZABETH LORIE, NANCY HUNTER, GLOBAL DISCLOSURE, LLC Plaintiffs,<br><br>v.<br><br>COREY GOODE; STACY GOODE; AND GOODE ENTERPRISE SOLUTIONS, INC., A COLORADO CORPORATION, Defendants. | ▲ FOR COURT USE ONLY ▲ |
| Attorney for Plaintiffs:<br>Robinson & Henry, P.C.<br>Joseph J. Novak, #41904<br>Marcus T. Wile, #49471<br>900 Castleton Road, Suite 200<br>Castle Rock, CO 80109<br>Telephone: 303-688-0944<br>joe@robinsonandhenry.com<br>marcus@robinsonandhenry.com | Case Number: 2020CV00265<br><br>Division: 3 |

### FIRST AMENDED COMPLAINT

Plaintiffs Elizabeth Lorie ("Lorie"), Nancy Hunter ("Hunter"), and Global Disclosure LLC ("GD") (all collectively as "Plaintiffs"), by and through their attorneys, Robinson & Henry, P.C., for their Complaint against Defendants Corey Goode ("Goode"), Stacy Goode, and Goode Enterprise Solutions, Inc. ("GES") (all collectively as "Defendants"), allege as follows:

### PRELIMINARY STATEMENT

1.      This is a dispute about faithless partners reneging on a binding oral contract after refusing to pay Lorie and Hunter their share of revenue, refusing to pay Lorie and Hunter for their services, refusing to pay agreed-upon out-of-pocket reimbursable expenses to Lorie and Hunter, and refusing to memorialize the agreement between Defendants and Lorie in a signed writing related to the online spirituality class taught by Corey and Stacy Goode titled "Accelerating Ascension."

2.      Corey and Stacy Goode make their living by holding themselves out to the public as pillars of integrity, spirituality and leaders of a "*Oneness*" and "*Service to Others*" movement, while they enrich themselves by defrauding, manipulating, and exploiting hard-working, kind-hearted, and generous people like Plaintiff Lorie and Plaintiff Hunter.

## GENERAL ALLEGATIONS

17.    In or around October 2019, Defendant Corey Goode told Lorie that he was in desperate need of money.

18.    Goode is and was at all relevant times jobless and has not worked consistently for several years.

19.    Lorie agreed to provide two personal loans to Goode in the amount of $1,000.00 each to Goode to help provide support while he awaited monies to come in from other projects he had previously worked on.

20.    Lorie transferred $1,000.00 to Goode on October 17, 2018, and another $1,000.00 to Goode on October 22, 2019.  Goode agreed to return the $2,000.00 to Lorie as soon as monies came in.

21.    The personal loans totaling $2,000 were repaid to Lorie, interest free, in January 2020.

22.    In or around late October to early November 2019, Goode told Lorie that he believed he could raise money by selling an online class that he would teach (the "Project"). Lorie offered to partner with Goode, create the online class Project, design a website, and manage the Project.

23.    Goode accepted Lorie's offer, and Lorie and Goode orally agreed that, in exchange for the work Lorie would perform, Goode would share 40% of any and all revenue from the Project with Lorie or Hunter and Lorie's company (Global Disclosures LLC), and Goode would also pay Lorie the $2,000.00 she had already loaned to Goode.

24.    On November 8, 2019, Lorie began performance on the oral agreement by creating a new customer account on Kajabi.com, using her personal email address and credit card to pay the monthly fees of $200.00 (since Goode had no money), and in good faith, Lorie set up the account in the name of Defendant Corey Goode and his company, Defendant Goode Enterprise Solutions, Inc., a Colorado corporation ("GES").

25.    Based on Corey and Stacy Goodes' allegations that they were victimized and exploited by their prior business associates, Lorie and Hunter took great care to give peace of mind to the Goodes and copyrighted all Project materials they created exclusively in Goode's name, established all Project accounts exclusively in the name of the Goodes, and allowed all revenue coming in on the Project to be deposited into a bank account owned exclusively by the Goodes, entrusting that the Goodes would pay them for their services based on their agreement.

26.    Lorie and Hunter performed their services in a timely and professional fashion and worked thousands of hours collectively to ensure the success of the Project, based on the Goodes' promises that they would pay them for their work on the Project.

27.    Upon information and belief, GES is the alter ego of Defendant Corey Goode and Stacy Goode.

28.    Upon information and belief, the Goodes do not observe corporate formalities with respect to their running of GES and do not distinguish between the GES and themselves.

3

- writing 10 weekly Positive Affirmation scripts for Stacy Goode to record so that a weekly video with these Affirmations could be provided to the students

- facilitating the video editing of the weekly Positive Affirmation videos with the video editor to ensure timely creation and upload of these videos to the class website

- writing all the content on the Website, including an average of at least 7 weekly class modules (i.e homework assignments, meditations, guest interviews, etc.) for each week of the class (10 weeks total)

- creating custom graphics for all marketing campaigns

- custom-drafting of email marketing campaigns and sending said email announcements to customers on a weekly basis to remind them of class start times and dates, and the topics to be covered during that weeks' class

- creating custom artwork and graphics for all Class Modules on the AA website

- creating weekly slide presentations for 5 weeks of the class

- providing live telephone and email Customer Service and support, 7 days a week for 7 months, answering thousands of emails, hundreds of phone calls, and responding to dozens of support requests

- managing all talent and services professionals providing services to the project

- writing approximately 30 contracts to secure all rights to all content created for the Project exclusively in the name of GES

- writing the script for the online class marketing video, procuring assets to be used in the marketing video, and working with the video editor to create the marketing video for the class

- coordinating all service professionals and timelines for the project

- managing 8 professional translators and their weekly translation services – including providing class videos to the translators after class was finished, ordering weekly transcripts to deliver to the translators, and monitoring translation turnaround times of written translations

- coordinating professional video editing services for the creation of the translation videos

- bookkeeping and expense tracking services for entire project (GD created a very detailed Excel spreadsheet carefully tracking all revenue coming into the GES bank accounts and all expenses - this service alone took GD over 80 hours and saved GES significant costs on CPA fees because all of the expense tracking was properly performed for the Project)