EXHIBIT 1

Weidner Retirement
(2 pages)





### Corey Goode: Jay Weidner did not get fired Episode Two

 REALITY CHECK

| 481 | 17,393 | 2019 |
|---|---|---|
| Likes | Views | May 15 |

Jay Weidner and Groovie Bean respond to recent interviews on Edge of Wonder with Corey Goode and recent missives from Corey Goode's cult. We reveal that Corey Goode repeatedly lied when he said that Jay Weidner had been fired from Gaia, when in fact he announced his retirement last April 2018. We also learn that Corey Goode knowingly lied on the Edge of Wonder broadcast when he misidentified Pigtails as the woman who claimed to have gone to High School with Corey Goode. There is no way that Corey Goode did not know that pigtails was not Gloria, the woman from Texas who went to school with Corey Goode. We then go through the texts and messages sent out from Corey Goode's cult after our initial broadcast. Groovie and Jay dissect these missives and show that the Corey Goode cult is almost always wrong in their assessment of Jay Weidner and Groovie Bean's analysis of their cult.
Contact : thejayweidnershow@gmail.com

*CHANGE PETITION PLEASE TAKE A MINUTE TO SIGN & SHOW SUPPORT: https://www.change.org/p/gaia-com-rem...