AM

EXHIBIT 1
(4 pgs)

| DISTRICT COURT, MESA COUNTY, COLORADO<br><br>Court Address:<br>125 North Spruce<br>Grand Junction, CO 81501 | |
|---|---|
| | ▲ COURT USE ONLY ▲ |
| Alyssa-Chrystie Montalbano,<br>Plaintiff<br><br>v.<br><br>James Corey Goode,<br>Defendant | Case Number:<br>18CV50<br><br>Division 10   Courtroom 10 |
| **MOTION FOR EXTENSION OF TIME** | |

## AFFIDAVIT IN SUPPORT OF DEFENDANT'S MOTION FOR ATTORNEY'S FEES

Defendant **James Corey Goode** ("Mr. Goode"), respectfully files his Affidavit in Support of Defendant's Motion for Attorney's Fees ("Affidavit") in relation to state case number 18-cv-50 (the "State Court Action") in Mesa County Combined Court ("Mesa County").

BEFORE ME, the undersigned authority, on this day personally appeared James Corey Goode, known to me to be the person whose name appears below, who upon being duly sworn, deposes and states that the following facts are within his personal knowledge, and true and correct:

| | |
|---|---|
| DISTRICT COURT, MESA COUNTY, COLORADO<br><br>Court Address:<br>125 North Spruce<br>Grand Junction, CO 81501 | |
| | ▲ COURT USE ONLY ▲ |
| Alyssa-Chrystie Montalbano,<br>Plaintiff<br><br>v.<br><br>James Corey Goode,<br>Defendant | Case Number:<br>18CV50<br><br>Division 10     Courtroom 10 |
| **MOTION FOR ATTORNEYS' FEES AND REQUEST FOR HEARING** | |

## MOTION FOR ATTORNEYS' FEES AND REQUEST FOR HEARING

Defendant **James Corey Goode** ("Mr. Goode"), respectfully files his Motion Attorneys' Fees and Request for Hearing ("Motion") in relation to state case number 18-cv-50 (the "State Court Action") in Mesa County Combined Court ("Mesa County"), and states as follows:

## BACKGROUND

This Court issued an order granting Mr. Goode's Renewed Motion to Dismiss for Failure to State a Complaint on January 29, 2020. This order was postmarked to be mailed on January 30, 2020. In this order, Honorable Judge Brian James Flynn granted Mr. Goode 14 days to file an Affidavit in support of his request for attorney's fees. Mr. Goode became aware that this Court granted his Motion to Dismiss only two days before Mr. Good's Affidavit documenting

**MOTION ISO ATTYS FEES**                                                    PAGE 1

administration of justice. C.R.S. § 13-17-101. However, the statute is not designed to discourage counsel from zealously representing a client but rather to balance that duty against the important policy of discouraging unnecessary litigation. *W. United Realty Inc., supra.*

Plaintiff persisted in filing voluminous documents, amounting to hundreds of pages each (see Exhibits A and B hereto), with made-up law, wholly inapplicable cites to existing statutes and caselaw, and inaccurate statements and unrelated information. Defendant, after receiving a Report and Recommendation from the Magistrate assigned to the action removed to Federal Court, was forced to defend this action in Federal Court for a number of months more, and then for another number of months back in state court. That Report and Recommendation recommended dismissal of this case, going through each claim and explaining why each such claim failed. This case has gone on for almost two years with hundreds of docket entries and has required hundreds of attorney hours as follows:

| Attorney Name | Years of Experience | Market Billing Rate During Relevant Time Period | Hourly Billing Rate in this Action | Time spent (hours) | Total amount billed |
|---|---|---|---|---|---|
| Valerie Ann Yanaros (fka Wilde) | 8+ | $300-350/per hr. | $250 | 462.2 | $115,550.00 |

| Attorney Name | Years of Experience | Market Billing Rate During Relevant Time Period | Hourly Billing Rate in this Action | Time spent (hours) | Total amount billed |
|---|---|---|---|---|---|
| Elizabeth M. Lorie | 19+ | $350/per hr. | $350 | 3.0 | $1,050.00 |

## CONCLUSION

Accordingly, Mr. Goode respectfully requests this Court grant Defendant Attorneys' fees and costs in the amount of $116,600. Mr. Goode also hereby requests that this Court grant a Hearing on the matters set forth herein.

Dated: February 24, 2020

Respectfully Submitted,

*/s/ James Corey Goode*
James Corey Goode, Defendant