# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,
Elizabeth Lorie,
Brian James Flynn,
William Campbell,
Matthew Grove,
Diana Terry, and
Christina Gomez

Third-Party Defendants.

----

GAIA INC.

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

----

Jay Weidner

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

## THIRD PARTY PLAINTIFF ALYSSA MONTALBANO MOTION TO EXTEND TIME TO SERVE THIRD PARTY DEFENDANTS DAVID WILCOCK AND WILCOCK FOUNDATION

COMES NOW, Third-Party Plaintiff, Alyssa Chrystie Montalbano, and moves the Court to grant Montalbano 30 days to (re)serve the Defendants, David Wilcock and WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION the Second Amended Counterclaims Complaint [#217], exhibits [#121] and new summons (to be issued), pursuant FRCP 4(m) for the following:

1) On February 14, 2022 honorable Magistrate Mix entered Court orders [#274] citing errors in service of process of Defendants, David Wilcock and WILCOCK FOUNDATION, along with citing Court errors in entry of default [#219] and Court errors in entry of default judgment determinations [#258] against the Defendants.

2) FRCP 4 does not specify that each amended version of the complaint must again be process served; it only states 'the complaint' must be served. Montalbano, not being a lawyer and not having attended law school, reasonably believed Mr. David Wilcock and the WILCOCK FOUNDATION were in-fact served the complaint pursuant FRCP 4 since April 2021 [#186 (April 27, 2021), Summons returned executed WILCOCK FOUNDATION; and #206 (May 31, 2021) Summons returned executed Mr. Wilcock] and pursuant Court orders entered at Docket 219 (June 19, 2021 - Clerks Entry of Default) and Docket 258 (October 14, 2021 - Orders for Clerk to enter Default Judgment

against WILCOCK FOUNDATION and stay judgment against Mr. Wilcock), as they were entered after the Amended Complaint was accepted, Docket 217 (June 18, 2021), and no references to mistakes regarding service of process of complaint versions were cited for Montalbano to correct up until just now, February 14, 2022 [#274], otherwise this matter would have been addressed and corrected immediately.

3) FRCP 4(m) allows the Court to grant a plaintiff additional time to serve a defendant if the Plaintiff shows good cause for failure to timely serve. Montalbano has shown good cause for failure to timely serve: (1) court errors and (2) Montalbano reasonably believing the defendants to be properly served based on court orders and service of process rules.

4) Montalbano requests 30 days be granted to re-effect service of process of the Second Amended Counterclaims Complaint [#217], Exhibits [#121] and new summons (Summons Request to be filed subsequent this Motion) upon David Wilcock and the WILCOCK FOUNDATION.

   a. Montalbano requests the 30 days be calculated starting the day after the re-issuance of summons by the clerk of the Court or after a Court order granting a 30 day extension of time (whichever is later).

**WHEREFORE,** it is in the interest of justice that the Court enter an order to extend the time to serve David Wilcock and WILCOCK FOUNDATION the Second Amended Counterclaims Complaint [#217] and related documents, by thirty days (as specified herein) and pursuant FRCP 4(m), for Montalbano showing good cause for the failure.

Respectfully Submitted and All Rights Reserved,
/s/ Alyssa Chrystie Montalbano
Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Defendant, Counter-Claimant, Third-Party Plaintiff

**Certificate of Compliance**

I certify the foregoing Motion complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

### CERTIFICATE OF SERVICE

I certify on this 17th day of February 2022 a copy of the foregoing Motion was filed with the clerk of the court using the CM/ECF system and are lawfully served upon all appeared parties and/or counsels through the Case Management/Electronic Case Filed (CM/ECF) court filing system (FRCP Rule 5) and served upon David Wilcock and WILCOCK FOUNDATION via USPS post mail via their appointed agent at: 7848 W Sahara Ave, Las Vegas, NV. 89117.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen