# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,
Elizabeth Lorie,
Brian James Flynn,
William Campbell,
Matthew Grove,
Diana Terry, and
Christina Gomez

Third-Party Defendants.

----

GAIA INC.

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

----

Jay Weidner

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

## THIRD-PARTY PLAINTIFF ALYSSA MONTALBANO
## SECOND SUMMONS REQUEST FOR
## DAVID WILCOCK AND WILCOCK FOUNDATION

COMES NOW, Third-Party Plaintiff, Alyssa Chrystie Montalbano, for her claims against third-party defendants: David Wilcock and WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION and respectfully requests summons be re-issued for the following:

1. This action was originally filed on March 17, 2020 by James Corey Goode and GOODE ENTERPRISE SOLUTIONS, INC (GES) (Plaintiffs) against Defendant Montalbano and et al.

2. On December 22, 2020 Montalbano filed counterclaims, cross-claims, and third-party claims. [#120]

3. April and March 2021, Montalbano filed proof of service of process of the Counterclaims Complaint upon Mr. David Wilcock and WILCOCK FOUNDATION. [#186 (April 27, 2021), Summons returned executed WILCOCK FOUNDATION; and #206 (May 31, 2021) Summons returned executed Mr. Wilcock]

4. Montalbano filed a Motion to Amend the Complaint (Second Amended Counterclaims Complaint) on May 29, 2021 [#204] that was admitted onto the record June 18, 2021 [#217].

3

5. On June 19, 2021 Montalbano motioned for entry of default and default Judgment against Mr. Wilcock and WILCOCK FOUNDATION [#218]. On June 21, 2021 the Clerk of the Court entered Default against David Wilcock and WILCOCK FOUNDATION. [#219]

6. On July 7, 2021 Montalbano filed a Motion requesting default judgment against David Wilcock be stayed [#228]. October 14, 2021 Orders were entered for the Clerk of the Court to enter a default judgment against WILCOCK FOUNDATION and to stay default judgment against David Wilcock. [#258]

7. On February 15, 2022 honorable Magistrate Mix cited court errors regarding default entry and service of process errors and struck the entry of Default against Mr. Wilcock and WILCOCK FOUNDATION. [#274]

8. Montalbano has filed a pending motion [#275] requesting time be extended by thirty days to re-serve/summon Mr. David Wilcock and WILCOCK FOUNDATION the Second Amended Counterclaims Complaint [#217] for good cause, pursuant FRCP 4(m).

9. Montalbano has attached hereto summons for Mr. David Wilcock and WILCOCK FOUNDATION and respectfully requests new summons be re-issued and requests this Court Grant, approve, sign and issue the attached summonses for service of process on said third-party defendants.

Respectfully Submitted and All Rights Reserved,
/s/ Alyssa Chrystie Montalbano
Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Defendant, Counter-Claimant, Third-Party Plaintiff

4

## CERTIFICATE OF SERVICE

I certify on this 17th day of February 2022 a copy of the foregoing Summons Request was filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system (FRCP Rule 5) and I certify a copy of this filing will be served on each third-party defendant in this case in accordance with FRCP Rule 4.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen