**EXHIBIT 1**
**Chile Neuro Rights Law**

2/9/22, 5:22 PM                     In the face of neurotechnology advances, Chile passes 'neuro rights' law | The Straits Times

# THE STRAITS TIMES

## In the face of neurotechnology advances, Chile passes 'neuro rights' law



This causes concern among some that such neurotechnology may be used to record people's mental data as well as to modify it. PHOTO: AFP

PUBLISHED SEP 30, 2021, 11:00 AM SGT

SANTIAGO (AFP) - Chilean lawmakers on Wednesday (Sept 29) approved a law establishing the rights to personal identity, free will and mental privacy, becoming the first country in the world to legislate on neurotechnology that can manipulate one's mind.

This Bill, which already passed the Senate last year, could form the basis of future lawmaking in field of human rights in other countries in the face of advances in technology applied to the mind and the brain.

During debates preceding the vote, Senator Guido Girardi, one of the most vocal promoters of the law, said its aim is to protect "the last frontier" of the human being: the human psyche.

"We are happy that this is the start of a global assessment on how technology should be used for the good of humanity,"Mr Girardi said on Twitter.

The Bill will now have to be signed into law by the president.

With this legislation, Chile is striving to be at the forefront of advances in neurotechnology.

Dr Rafael Yuste, a biology professor at Columbia University and one of the world's top experts in the field, told AFP that researchers have already succeeded in implanting in the brain of mice images of things that they hadn't actually seen which affected their behaviour.

This causes concern among some that such neurotechnology may be used to record people's mental data as well as to modify it.

That is why, Chile's law "establishes that scientific and technological development must be at the service of people and that it will be carried out with respect for life and physical and mental integrity", the Chamber of Deputies said in a statement.

It intends to safeguard people's "neurodata" and establish limits on how the contents of a person's brain can be analysed and modified.

MORE ON THIS TOPIC

[Covid-19 can infect brain cells: Dutch study](#)

[Local brain bank receives first donations of brains for research](#)

### Get unlimited access to all stories at $0.99/month

- Latest headlines and exclusive stories
- In-depth analyses and award-winning multimedia content
- Get access to all with our no-contract promotional package at only $0.99/month* for the first 3 months

Subscribe Now

* Terms and conditions apply

Join ST's Telegram channel here and get the latest breaking news delivered to you.

2/9/22, 5:36 PM                           Chile: Pioneering the protection of neurorights

English (https://en.unesco.org/courier/2022-1/chile-pioneering-protection-neurorights)   Français (https://fr.unesco.org/courier/2022-1/chili-pionnier-protection-neurodroits)

Español (https://es.unesco.org/courier/2022-1/chile-pionero-proteccion-neuroderechos)   Русский (https://ru.unesco.org/courier/2022-1/chili-na-shag-vperedi-v-dele-zashchity-neyroprav)

العربية (https://ar.unesco.org/courier/2022-1/tshyly-lbld-lryd-fy-hmy-lhqwq-lsby)   中文 (https://zh.unesco.org/courier/2022-1/zhi-li-kai-chuang-shen-jing-quan-li-bao-hu-zhi-xian-he)   Português (https://pt.unesco.org/node/346303)

Member States (http://www.unesco.org/new/en/member-states/)

Staff (https://en.unesco.org/staff)

Intranet (https://en.unesco.org)

© 2b2k (https://kz.unesco.org/node/346303)

"Building peace in the minds of men and women"

UNESCO (https://en.unesco.org/)

(https://en.unesco.org/)

Home (https://en.unesco.org/) › The UNESCO Courier (https://en.unesco.org/courier) › 2022-1 (https://en.unesco.org/courier/2022-1)
› Chile: Pioneering the protection of neurorights



(/courier)

# Wide Angle

## Chile: Pioneering the protection of neurorights



**Chile is set to become the first country in the world to legislate on neurotechnologies and include "brain rights" in its constitution.**

Lorena Guzmán H.
*Science journalist, based in Santiago, Chile.*

In 2021, Chile's Senate (https://www.senado.cl/) unanimously approved a bill to amend the constitution to protect brain rights or "neurorights". The Chamber of Deputies reviewed and approved the amendment in September that year. It is now expected that the bill will be signed into law by the country's president.

Once the process is completed, Chile will become the world's first country to have legislation to protect mental privacy, free will and non-discrimination in citizens' access to neurotechnology. The aim is to give personal brain data the same status as an organ, so that it cannot be bought or sold, trafficked or manipulated.

At the same time, a constitutional reform to amend Article 19 of the Magna Carta, the country's constitution, is being considered to "protect the integrity and mental indemnity of the brain from the advances and capacities developed by neurotechnologies".

The adoption of such a legal arsenal may seem premature in view of the development of neurotechnologies, which are still limited in their capacity to act on the human brain. But experts are already sounding the alarm and insisting on the need to legislate before intrusive applications become widespread – especially as progress in the field of neurotechnology continues to accelerate.

In April 2021, Neuralink (https://neuralink.com/), entrepreneur Elon Musk's brain-machine interface company, released a video of a monkey playing a video game after getting implants. The brain-machine interface technology used to do this is still in its infancy, but it opens the way to an infinite number of applications.

> Chile could become the first country to pass legislation to protect mental privacy

## Dangerous spin-offs

It was precisely this proliferation of technological advances that prompted the Chilean Senate's Future Challenges Commission (https://www.senado.cl/appsenado/index.php?mo=comisiones&ac=ficha&id=941) to take an interest in neurotechnology three years ago. Following a visit by Rafael Yuste – a neurobiologist at Columbia University, New York, and one of the initiators of the BRAIN Initiative, (https://braininitiative.nih.gov/) a United States project to map the human brain – the Commission began to be concerned about the risks these advances pose to human security and free will.

While the development of neurotechnology offers hope for many patients – including those with paralysis or degenerative diseases such as Parkinson's or Alzheimer's – it could lead to the manipulation of the human brain.

"Regulations must evolve quickly," warns Guido Girardi, senator and president of the Commission, and one of the initiators of the legislation. "There are already technologies that can directly read the brain, decipher what people are thinking and feeling, but also implant feelings that are not one's own."

More than the technology itself, it is the potential applications that are of most concern. "If we wait for the technology to mature, we may never be able to control it," warns Carlos Amunátegui, professor at the law school of the Pontifical Catholic University of Chile, and one of the experts appointed by the Commission to draft the legislation.

"It would be naive to think that these advances will not translate into commercial applications," says Pablo López-Silva, a psychologist and professor at the University of Valparaiso. "While the development of these technologies is not a problem in itself, it can cross dangerous boundaries if there is no regulation."

Such applications, he explains, could be hacked or contain "neuro cookies" that would allow them to identify a consumer's preferences, and eventually, to implant new ones.

> Legislation must be broad enough to be able to adapt to new technologies, while ensuring the protection of citizen

## Legal vacuum

Chile is not the only country concerned about the legal vacuum that surrounds neurotechnologies. Spain, US, France, and more recently, Argentina, have begun to study the issue. The United Nations and the Organization of American States have also taken a keen interest in the subject.

But the task is complex. Legislation must be broad enough to be able to adapt to the evolution of new technologies, while ensuring the protection of citizens. "The drafts under discussion do not define what mental activity or neural connections are," says Pedro Maldonado, director of the Department of Neuroscience and associate researcher at the Millennium Institute of Biomedical Neuroscience (BNI) at the University of Chile's Faculty of Medicine.

The question may seem theoretical, but it is crucial to the extent that neuroscience is at the frontier between brain activity and what creates an individual's own identity. "We are much more than neuronal activity, even though this activity is clearly necessary for us to be the type of person we are," states López-Silva.

2/9/22, 5:36 PM                                                            Chile: Pioneering the protection of neurorights

The legislation to regulate neuroscience also raises the issue of consent. Before granting permission to an application that uses data on their habits, citizens/consumers must be able to make an informed decision – that is, know exactly how the data will be used. It is therefore essential that this information is really accessible to everyone, López-Silva emphasizes.

Another key issue is access. It is essential that everyone, without discrimination, is able to benefit from the advances generated by neurotechnologies, and that they do not end up being reserved for a minority. This issue remains rather vague, however.

"How can we ensure equitable access to this technology?" Maldonado asks. "The legal texts are not clear enough on this point."

## Read more:

Audrey Azoulay: Making the most of artificial intelligence (https://en.unesco.org/courier/2018-3/audrey-azoulay-making-most-artificial-intelligence), *The UNESCO Courier*, July-September 2018


Subscribe (https://en.unesco.org/courier/subscribe) to *The UNESCO Courier* for thought-provoking articles on contemporary issues. The digital version is completely free.

Follow *The UNESCO Courier* on: **Twitter (https://twitter.com/unescocourier), Facebook (https://www.facebook.com/unescocourier/), Instagram (http://www.instagram.com/unescocourier/?hl=en)**

Like 10

2022-1 (https://en.unesco.org/courier/2022-1)

About (https://en.unesco.org/courier/about)

Latest Issue (https://en.unesco.org/latest)

News & Views Online (https://en.unesco.org/node/286835)

Archives (https://en.unesco.org/courier/archives)

Subscribe (https://en.unesco.org/courier/subscribe)

Our Team (https://en.unesco.org/courier/our-team)



Download (https://en.unesco.org/file/screenshot-2022-01-04-124718png-1)

✉ Subscribe

Like 10