# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,
Elizabeth Lorie,
Brian James Flynn,
William Campbell,
Matthew Grove,
Diana Terry, and
Christina Gomez

Third-Party Defendants.

----

GAIA INC.

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

----

Jay Weidner

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

## THIRD PARTY PLAINTIFF ALYSSA MONTALBANO
## RESPONSE TO RECOMMENDATION [#274]

COMES NOW, Third-Party Plaintiff, Alyssa Chrystie Montalbano, in Response to Magistrate Mix's Recommendation [#274] entered February 14, 2022, regarding service of process upon prior Court determined defaulted Defendants, David Wilcock and WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION [#218, #219, #220, #228], and objects to any potential dismissal of the claims against Wilcock and WILCOCK FOUNDATION upon adoption of the Recommendation, for the following:

1) Court errors. [#274]

2) Montalbano incorporates by reference "THIRD PARTY PLAINTIFF ALYSSA MONTALBANO MOTION TO EXTEND TIME TO SERVE THIRD-PARTY DEFENDANT DAVID WILCOCK AND WILCOCK FOUNDATION" filed February 17, 2022 [#275] and requests the Court grant an extension of time for re-service of process on formerly court determined defaulted Defendants for showing good cause for the failure.

3) Montalbano has filed a new summons request for David Wilcock and WILCOCK FOUNDATION, February 17, 2022 [#276], to serve with the Second Amended Counterclaims Complaint [#217] and requests the new summons be sealed and re-issued for (re)service of process.

4) Montalbano incorporates by reference the reasons cited in "UNOPPOSED MOTION FOR COURT TO ASSIGN COUNSEL TO PRO SE LITIGANT ALYSSA MONTALBANO", filed February 22, 2022, [#278] as part of the reasons for the failure to serve, which includes lack of equal access to Court process knowledge (formalities) not written in the Rules. [Id. at p12, Section III(2)(d)(i), (vi)]

5) Technically, according to FRCP 4, Mr. Wilcock and WILCOCK FOUNDATION were properly served a copy of the complaint and technically they failed to appear and technically they defaulted. However, based on the facts, reasons, and case law presented in the Recommendation Orders (which are not specified in the Summons Rule) and the Recommendation appearing to be in accordance with Due Process of Law; Montalbano simply objects to any potential orders to dismiss the claims against Mr. David Wilcock and WILCOCK FOUNDATION upon adoption of the Recommendation, and that the Motion for Extension of Time to Serve [#275] be Granted and summons be re-issued [#276], as Montalbano has shown good cause for the failure, including court errors, and because the claims would be refiled and would further burden Montalbano and the Court to do so.

**WHEREFORE,** Montalbano respectfully Objects to any potential dismissal of the claims against David Wilcock and WILCOCK FOUNDATION upon adoption of the Recommendation [#274] and it is in the interest of justice that the Court Grant Montalbano's Motion for Extension of Time to Serve [#275] and re-issue summons [#276], together with any such other and further relief the Court deems just and proper.

Respectfully Submitted and All Rights Reserved,<br>
/s/ Alyssa Chrystie Montalbano<br>
Alyssa Chrystie Montalbano, American Citizen<br>
2536 Rimrock Ave<br>
Suite 400-117<br>
Grand Junction, CO 81505<br>
E-mail: LegalZenACM@gmail.com<br>
Defendant, Counter-Claimant, Third-Party Plaintiff

**Certificate of Compliance**

I certify the foregoing Response complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

**CERTIFICATE OF SERVICE**

I certify on this 23rd day of February 2022 a copy of the foregoing Response was filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system (FRCP Rule 5).

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen