# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,
Elizabeth Lorie,
Brian James Flynn,
William Campbell,
Matthew Grove,
Diana Terry, and
Christina Gomez

Third-Party Defendants.

―――

GAIA INC.

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

―――

Jay Weidner

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

# ALYSSA MONTALBANO
# PARTIALLY OPPOSED
# MOTION FOR EXTENSION OF TIME
# AND
# MOTION TO EXCEED WORD LIMIT

COMES NOW, Alyssa Chrystie Montalbano, Third-Party Plaintiff, Counter-Claimant and pro se litigant and respectfully requests an extension of time of 21 days to Respond to Magistrate Judge Mix's Recommendation, filed February 28, 2022 at Docket 283; and also moves the Court to Grant exceeding the Response word limit imposed by Judge Domenico's practice standards by an additional 4,000 words for the following:

## I.   Conferral

Montalbano has conferred with all appeared parties and/or their counsels in this instant case regarding this combo Motion:

**Motion Extension of Time:**

The following parties are **Opposed** to the relief requested herein: Ms. Lorie

The following parties have **No Opposition** to the relief requested herein: Mr. Flynn, Mr. Grove, Ms. Terry, Ms. Gomez, Mr. Campbell, Mr. Weidner, GAIA, Mr. Rysavy, Mr. Warkins, Ms. Medvedich

The following parties have **No Position** on the motion or relief requested herein: Mr. Zavodnick, Mr. Goode, GES, Ms. Yanaros, and LWLF.

**Motion Exceed Word Limit:**

The following parties are **Opposed** to the relief requested herein: Ms. Lorie

The following parties have **No Opposition** to the relief requested herein: GAIA, Mr. Rysavy, Mr. Warkins, Ms. Medvedich

The following parties have **No Position** on the motion or relief requested herein: Mr. Flynn, Mr. Grove, Ms. Terry, Ms. Gomez, Mr. Campbell, Mr. Zavodnick, Mr. Weidner, Mr. Goode, GES, Ms. Yanaros, and LWLF.

## II.     Support for Granting this Motion

1. The Recommendation [#283] is 61 pages long. (estimated to be around 12,000 words)

2. The Recommendation addresses 20 Claims and 12 different Defendants.

3. Montalbano is proceeding pro se, works part time, and requires additional time to research the multitude of matters at issue and properly Respond. Requiring a response to a 61 page Recommendation within 14 days would prejudice Montalbano's case and claims.

4. In motion practices, per Local Rule 6.1, parties may stipulate one 21 day extension of time to respond to longer matters at issue, such as a complaint and interrogatories. While the Recommendation is not a complaint, it is long like a

complaint and addresses situations that are large in scope. The current Response due date is March 14, 2022. A 21 day extension of time makes the new Response due date, April 4, 2022.

5. In Judge Domenico's Practice Standards, Section III Motions and Objections Practice at A.1., Motions are limited to 4,000 words and Responses receive the equal amount of 4,000 words. The Recommendation is similar to a motion, in that it asks (recommends) the court 'do something' and is estimated to be around 12,000 words (61 pages) and Montalbano is requesting at least 8,000 words for her Response (two thirds the length of the Recommendation) in order to more fairly Respond and address the matters at issue.

6. This is Montalbano's first request for an extension of time to respond to the Recommendation and is filed 7 days prior the current Response deadline.

7. This is Montalbano's first request to exceed word limit and is filed prior 3 business days of the current Response due date (March 14, 2022).

8. This Motion is not made for purposes of delay, in bad faith or as a dilatory tactic, but to ensure full hearing on all facts and legal issues of this action and to secure a just and speedy determination of the case.

WHEREFORE, Montalbano moves the Court to Grant this motion for extension of time by 21 days making the new Response due date on or by April 4, 2022 and the new word limit 8,000 words, as justice so requires it (U.S. Constitution, Bill of Rights, Article V (Due Process); and Colorado Constitution, Bill of Rights, Section 3 (Inalienable Rights), Section 6 (Equality of Justice), and Section 25 (Due Process)) and that the Court Grant any other such relief it deems just and proper.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Counter-Claimant, Third-Party Plaintiff, Defendant

**Certificate of Compliance**

I certify the foregoing Motion complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

**CERTIFICATE OF SERVICE**

I certify on this 7th day of March 2022 a copy of the foregoing Motion was filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system (FRCP Rule 5).

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen