IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KLM

JAMES COREY GOODE, and
GOODE ENTERPRISE SOLUTIONS, INC,

    Plaintiffs and Counter Defendants,

v.

GAIA, INC,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

    Defendants.

ALYSSA MONTALBANO,

    Defendant, Counter Claimant, and Third-Party Plaintiff,

v.

LIGHT WARRIOR LEGAL FUND, LLC,
DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION,
VALERIA YANAROS WILDE,
ELIZABETH LORIE,
BRIAN JAMES FLYNN,
WILLIAM CAMPBELL,
MATTHEW GROVE,
DIANA TERRY, and
CHRISTINA GOMEZ,

    Third-Party Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

-1-

This matter is before the Court on Third-Party Plaintiff Alyssa Montalbano's **Partially Opposed Motion to Lift Stay of Discovery** [#262] (the "Motion"), in which she asks the Court to lift the stay of discovery imposed on October 14, 2022. She asks that the stay be lifted as to only Ms. Montalbano and her claims. Having reviewed the relevant briefs,

IT IS HEREBY **ORDERED** that the Motion [#262] is **DENIED**. A Recommendation regarding Ms. Montalbano's claims is currently pending before the District Judge. If the Recommendation is accepted, many of Ms. Montalbano's claims will be dismissed. The Court finds it appropriate to wait until it is clear which claims will proceed in this matter before lifting the stay of discovery.

Dated: March 8, 2022