IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KLM

JAMES COREY GOODE, and
GOODE ENTERPRISE SOLUTIONS, INC,

    Plaintiffs and Counter Defendants,

v.

GAIA, INC,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

    Defendants.

ALYSSA MONTALBANO,

    Defendant, Counter Claimant, and Third-Party Plaintiff,

v.

LIGHT WARRIOR LEGAL FUND, LLC,
DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION,
VALERIA YANAROS WILDE,
ELIZABETH LORIE,
BRIAN JAMES FLYNN,
WILLIAM CAMPBELL,
MATTHEW GROVE,
DIANA TERRY, and
CHRISTINA GOMEZ,

    Third-Party Defendants.
_____

**MINUTE ORDER**
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Third-Party Plaintiff Alyssa Montalbano's **Motion to Restrict Access Pursuant to D.C.COLO.LCivR 7.2** [#280] (the "Motion"). In accordance with D.C.COLO.LCivR 7.2, the Motion was publicly posted to allow for any objections to the sealing of the documents. No objections by parties or nonparties were filed. Pursuant to D.C.COLO.LCivR 7.2, the Court finds that the presumption of public access to Court files is outweighed by Ms. Montalbano's interest in privacy, given that the exhibits at issue primarily consist of tax records and e-mail correspondence with various attorneys about potentially representing her in this action. The Court further finds that the less restrictive alternative of redaction is not practicable. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#280] is **GRANTED**. The Clerk of the Court is directed to maintain the following document **UNDER RESTRICTION** at **LEVEL 2**:[1] Exhibits A-B [#279].

Dated: March 8, 2022

---

[1] Level 2 limits access to the document to the filing party and the Court. *See* D.C.COLO.LCivR 7.2(b).