# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,
Elizabeth Lorie,
Brian James Flynn,
William Campbell,
Matthew Grove,
Diana Terry, and
Christina Gomez

Third-Party Defendants.

----

GAIA INC.

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

----

Jay Weidner

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

# THIRD PARTY PLAINTIFF ALYSSA MONTALBANO
# OBJECTION TO ORDER [#286]

COMES NOW, Third-Party Plaintiff, Alyssa Chrystie Montalbano, pursuant FRCP 46 and Objects to Magistrate Mix's Order [#286] entered March 8, 2022, Denying Montalbano's Motion to Lift Stay [#262] on the premise most of Montalbano claims are pending to be dismissed pursuant her Recommendation [#283] filed February 28, 2022.

It is to be duly noted the Court imposed the Stay of Discovery on April 26, 2021 [#182 Granting #100] and not October 14, 2022 as stated in the Order on page 2.

Montalbano, objects to the Denial of her Motion to Lift Stay for the following:

1. The counterclaims [#217] are not dismissed, only Recommended to be dismissed.

2. Many of the counterclaims cannot lawfully be dismissed without this Court's Officers violating Constitutional Rights and Due Process of Law.

3. Montalbano Objects to Denial of her Motion [#262] for all the reasons that will be stated in her coming Response and Objection to Recommendation at Docket 283.

**WHEREFORE,** Montalbano respectfully Objects to the denial of her Motion to Lift Stay as stated herein, and the fuller details why many of Montalbano's counterclaims are not dismissible at this stage of litigation will be contained in the coming Objection Response to Magistrate Mix's Recommendation filed February 28, 2022 [#283].

Respectfully Submitted and All Rights Reserved,
/s/ Alyssa Chrystie Montalbano
Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Defendant, Counter-Claimant, Third-Party Plaintiff

**Certificate of Compliance**

I certify the foregoing Response complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

**CERTIFICATE OF SERVICE**

I certify on this 20th day of March 2022 a copy of the foregoing Response was filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system (FRCP Rule 5) and upon David Wilcock and WILCOCK FOUNDATION through their registered agent by post mail.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen