# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,
Elizabeth Lorie,
Brian James Flynn,
William Campbell,
Matthew Grove,
Diana Terry, and
Christina Gomez

Third-Party Defendants.

―――

GAIA INC.

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

―――

Jay Weidner

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

**THIRD PARTY PLAINTIFF, COUNTERCLAIMANT
ALYSSA MONTALBANO
REPLY TO JUDICIAL DEFENDANT'S RESPONSE [#291]
TO MONTALBANO OBJECTION [#290] TO RECOMMENDATION [#283]**

COMES NOW, Counter Claimant and Third-Party Plaintiff, Alyssa Chrystie Montalbano, in Reply to Response "THIRD-PARTY DEFENDANTS BRIAN JAMES FLYNN, WILLIAM CAMPBELL, MATTHEW GROVE, DIANA TERRY, AND CHRISTINA GOMEZ'S RESPONSE TO ALYSSA CHRYSTIE MONTALBANO'S OBJECTION [DOC. 290]" filed April 5, 2022 at Docket 291, and replies as follows:

In the Response the "Judicial Defendants [1]" open with, "Defendant Alyssa Chrystie Montalbano lost and lost again in a Colorado state court lawsuit against Plaintiff James Corey Goode." [#291 at 1] This is true, because Flynn was prejudice against Montalbano and ensured 'no matter what' evidence and facts were presented showing Goode defamed Montalbano or that the Intellectual Property was tangible, intangible, and belonged to Montalbano, Flynn had already decided Goode and his licensed peer (Yanaros) would 'win' and he ultimately lied in his dismissal orders to ensure this.

It is to be duly noted, the Courts (State or otherwise) were not created for the purpose of creating 'winners' or 'losers', the Court were created to uphold the Supreme Law of Land (State and National Constitutions) and to protect the Rights of the people, that is the actual job (duty). When implemented by honorable Judicial Officers, there is typically no party that is a 'winner' or 'loser' because the law was implemented to protect all parties' Rights. Flynn failed to do this.

---

[1] The Judicial Defendants have termed themselves "State Defendants" in their Response at p1, footnote 1, however, Montalbano will continue to properly refer to them as Judicial Defendants, as they work in the Judicial Department and for which CGIA does not apply. [#247 at 15-17 Response to MTD, CGIA not applicable]

## I.     ARGUMENTS - FLYNN

The Judicial Defendants next bring up:

(sic) "Montalbano sued Goode in Mesa County District Court for various claims sounding in intellectual property infringement and defamation." [#291 at 2]

It is to be duly noted, Mr. Flynn admits he thought Montalbano's claims sounded to be both Intellectual Property and defamation, showing he was aware of these facts at the time of writing the January 2020 dismissal orders, where he stated:

> "[I] find that Plaintiff [Montalbano] has failed to state a cognizable claim as dream visions are neither tangible nor intangible property and Plaintiff has failed to show that Defendant broadcasted any defamatory statement published or uttered in or as a part of a visual or sound radio broadcast."
>
> [#222-6 at 1, Flynn January 29, 2020 Order]

Again, Flynn was shown on the Mesa Court Record, Montalbano held Federal Copyrights for published Dream Visions via Exhibit X, filed January 30, 2019 (one year prior his order) [#217,¶479 Flynn shown intangible Copyrights; #121-25 Copyrights Exhibit X] meaning Dream Visions clearly were legally qualified as Intellectual Property and Federal Copyrights are an intangible asset that protect intangible Intellectual Property assets (such as writings) that may also be tangible (physical books/journals and physical artworks). The Copyrights showed regardless to the subject matter of the writings Montalbano's 'Dream Visions' were in-fact intangible property belonging to Montalbano.

Further still, Flynn was shown Montalbano's dream vision IP records were intangible IP as email records (approximately 400) sent to Goode containing hundreds of photographs (JPGs and PDF files) of Montalbano's tangible dream journal books filled with intangible IP writings inside of them. These same tangible and intangible Dream Vision IP assets were the same subject matter of Goode's fraudulent stalking case in the Broomfield Combined Courts. [#131-3 at 7 No.4 (case 18C103) Goode opened stalking case, complaining about receiving Montalbano's Intellectual Property via Email]

It is to be duly noted Goode and Yanaros both claim Goode and his associates never read Montalbano's emails **(Exhibit 1)**, further showing the malicious intent of the criminal stalking cases and TRO, as Goode claimed Montalbano threatened him and his family via these same emails [#131-4 at 9] yet he and Ms. Yanaros purported to Montalbano, Goode never even 'looked at them'. Regardless, the evidence has never supported the 'Goode-didn't-read-them' assertion; see Copyright claim. [#217, Claim 9]

Flynn was well aware Montalbano's 'Dream Vision' records were tangible and intangible Intellectual Property and the subject matter of Goode and Yanaros' malicious criminal cases. However, Flynn was prejudiced against Montalbano and had already pre-decided the rich and famous artist/author (Mr. Goode) with a licensed peer representing him (Ms. Yanaros) should unlawfully have the local un-famous artist/author's (Ms. Montalbano's) IP for free and he would just lie in his Court orders that Montalbano's IP didn't exist at all by knowingly falsely stating it was neither tangible or intangible. This overt lie of Flynn's, in addition to his lie no defamation was shown, resulted in years of severe personal and professional damages and nonstop harassment to Montalbano at the hands of Goode, Yanaros, and their associates.

The Judicial defendants then make the following statement in support of Flynn ignoring the same defamation evidence in State Court case 18CV50, as seen in this instant case: (sic)

> "She [Montalbano] contends that, because this Court determined one of her defamation counterclaims withstood a Fed. R. Civ. P. 12(b)(6) motion to dismiss, Judge Flynn therefore erred (or lied) in his own determination dismissing her claims under Colo. R. Civ. P. 12(b)(5) in the underlying Mesa County District Court matter. [*Id* at 7.]"

They then proceed to state Montalbano has no cogent argument (for money damages) [#291 at 5]; when it is themselves that have no cogent arguments.

Montalbano showed the facts, Flynn made knowingly false statements in his January 2020 orders and Montalbano pointed out the same defamation exhibits in this instant case's counterclaims, as seen in case 18CV50 [#290 at 6-7; #217,Claim 10 Defamation], that were finally correctly acknowledged as defamation.

Mr. Flynn's arguments boil down to either he 'didn't do it' (lie) or if he 'did do it' (erred) then he has 'sweeping immunity' to violate Constitutional Civil Rights and make tons of mistakes he never needs to fix, because after all he is a 'judge'.

Flynn does not have 'sweeping powers' to *not* do his job, and he does not have 'immunity' to perform tasks that are *not* protected, such as lying in orders to prejudicially create 'winners' or 'losers' depending on whom he is biased for.

Flynn failed to show how failing to do his job, failing to correct his mistakes, lying in court orders, and denying Constitutional Rights, are in-fact part of his Judicial duties and he

failed to support his immunity arguments with Constitutional Law pursuant his Oath of Office to the Constitutions [#247-9 Mr. Flynn's Oath of Office] whereby he swore nothing contrary the Constitution can withstand it and that the Constitution is the Supreme Law of the Land. Flynn is bound by his Oath to support the Constitution and Rights contained therein and the Constitution takes precedence over case law, statutes, or anything conflicting to it, because it is the Supreme Law of the Land and Judges are bound to it. (sic)

### Constitution of the United States of America, Article VI [2]

> "**[T]his Constitution,** and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, **shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby**, **any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.**
>
> The Senators and Representatives before mentioned, and the Members of the several **State Legislatures, and all executive and judicial Officers,** both of the United States and of the several States, **shall be bound by Oath or Affirmation, to support this Constitution**; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States." (emphasis added)

### Colorado Constitution Article XII, Section 8 (Oath) and Section 10 (vacancy)

> **"Section 8.  Oath of civil officers. Every civil officer**, except members of the general assembly and such inferior officers as may be by law exempted, shall, **before he enters upon the duties of his office, take and subscribe an oath or affirmation to support the constitution of the United States and of the state of Colorado, and to faithfully perform the duties of the office upon which he shall be about to enter."** (Emphasis added)

---

[2] https://constitution.congress.gov/constitution/article-6/

> **"Section 10.  Refusal to qualify vacancy. If any person elected or appointed to any office shall refuse or neglect to qualify therein** within the time prescribed by law, **such office shall be deemed vacant."** (Emphasis added)

Mr. Flynn failed to support his arguments with Constitutional Law. Conversely, Montalbano's arguments are supported by Constitutional Law and because Flynn is bound by Oath to it, he must adhere to the Supreme Law of the Land as nothing conflicting can withstand it, including his own conflicting arguments.

## II.  ARGUMENTS - CAMPBELL

The Judicial Defendants again make knowingly false statements regarding Montalbano and Campbell, they again incorrectly state Montalbano contacted Campbell (Judicial Commission) due to Flynn's 'orders'. Montalbano already showed this statement is false in her Response to their Motion to Dismiss [#247 at 5-6; #247-4 Exhibit Judicial Commission Complaints], showing Campbell was contacted twice prior (January 13, 2019 and September 30, 2019) the January 2020 dismissal order, asking Campbell/Judicial Commission remove (recuse) Flynn for persistent conduct problems, prejudice, and failure to perform his sworn duties.

Campbell continues to focus on 'prosecution of Flynn' when this was never asked for. Montalbano simply wanted Flynn removed (recused) for persistent failure to perform, incompetently performing, and prejudice.

The following was published in the Colorado Courts, Colorado Judicial Branch's News release, dated February 11, 2009 **(EXHIBIT 2)**, welcoming Mr. William ("Bill") Campbell to the Judicial Commission as Interim Executive Director and states:

> "In 1966, voters amended the Colorado Constitution to establish the Commission on Judicial Discipline to investigate allegations that a judge is not properly performing his or her official duties because of willful misconduct, ethical violations or a permanent disabling health condition. **The commission may take various actions to remedy improper conduct including simply meeting with the judge**, privately or publicly reprimanding the judge, or recommending that the Supreme Court remove a judge from office." (emphasis added)

It is reasonable to assume Campbell knows about this press release and that his job clearly sometimes means just talking with a failing to perform Judicial Officer, like a decent human being, to see if problems can easily be corrected without prosecution. This article invalidates Campbell's 'prosecution' arguments. Campbell's own arguments also show he did absolutely nothing to correct Flynn's performance problems, as Campbell also focuses on arguing that he somehow has immunity to *not* do his job (duty).

Next Campbell tries to gloss over the fact that this case and situation is completely different from his other case [#291 at 6-8] (brought up by Magistrate Mix in her recommendation [#283 at 16; and Montalbano Objection #290 at 10-12]) and again argues that the Courts are for 'licensed' people followed up with an adamant and baseless case law statement that "(the district court is bound to follow the decisions of the Tenth Circuit.)" [#291 at 7] Campbell's argument is unsupported by Constitutional Law and in-fact conflicts with the Colorado Constitution, Bill of Rights, Section 6, whereby it is states that Court of Justice are open to **every person**: (sic)

> "**Section 6.** Equality of justice. **Courts of justice shall be open to every person, and a speedy remedy affordable** for every injury to person, property or character, and right and justice should be administered **without** sale, **denial or delay**." (emphasis added)

Pursuant Campbell's Oath of Office, the State and National Constitutions are the Supreme Law of the Land and nothing contrary (including his own contrary arguments) can withstand them. (Constitution of the United States of America, Article VI)

Campbell has completely failed to rebut the Constitutional Law arguments with his own Constitutional Law arguments and because he is bound, pursuant his Oath, to support the Constitution above all else his own conflicting arguments fail as a matter of law and must be rejected pursuant the presiding Offers' own Oath of Office to support the Constitutions.

### III.     ARGUMENTS - JUDICIAL IMMUNITY

The Judicial Defendants again try to state they have judicial immunity and that Magistrate Mix found in their favor 'correctly' [#291 at 2] and then they recite case law regarding Judges having immunity from civil liability for judicial acts. [#291 at 5]

However, the Judicial Defendants (Flynn in particular) still have failed in their Response to show how denial of Constitutional Rights are in-fact Judicial acts and how issuing orders repugnant (conflicting) the Constitutions qualify for immunity and have failed to support any of their arguments with Constitutional Law. Because the Judicial Defendants and Magistrate Mix, have all failed to provide case law or arguments in support of Constitutional Law, their

arguments fail as a matter of law pursuant their Oath of Office that the Constitution is the Supreme Law of the Land and that nothing contrary can withstand it and for which they all are bound thereto.

Additionally, Montalbano further showed that immunity goes to the performance of the protected task, not the Office. [#254 at 9, Montalbano Response to Yanaros and LWLF MTD] Meaning, the Judicial Officers don't have 'sweeping immunity' to lie, *not* do their duties, fail to follow court rules, deny civil rights, be prejudice, or issue orders repugnant to the Constitution. They only have immunity when they perform the protected tasks, which are those that support the State and National Constitutions pursuant their Oath.

The Judicial Defendants have also still failed to show they are immune from Federal Lawsuits; and failed to show how orders conflicting with Constitutional law are not in-fact open to collateral attack in this instant case. [SACC, ¶¶623-624]

> *Marbury v. Madison, 1 Cranch 137 (1803).* ". . .the particular phraseology of the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is void, and that courts, as well as other departments, are bound by that instrument." [3]

> *McLean v. Jephson, 123 N.Y. 142, 25 N.E. 409.* "* * * So when their right to act depends upon the existence of some fact, which they erroneously determine to exist, their acts are void. * * *" Without jurisdiction, the acts or judgments of the court are void and open to collateral attack.

---

[3] https://supreme.justia.com/cases/federal/us/5/137/

### IV.     DISMISSAL - APPEALS OFFICERS (GOMEZ, GROVE, TERRY)

The Colorado Court of appeals officers were addressed in Montalbano's Objection as being dismissible provided their 'oversight' (dismissal 'with prejudice') be corrected to being Constitutionally compliant (dismissal 'without prejudice'). [#290 at 7-9, No. 5-7]

### V.     DISMISSAL - FLYNN AND CAMPBELL

Mr. Flynn may not be dismissed, or Mr. Campbell, as both their repeat and years long non-stop Constitutional failures directly resulted in over $116,000 in damages to Montalbano and Montalbano enduring over 6 lawsuits [#247 at 9] whereby none of these cases would have occurred had Flynn and Campbell faithfully performed their sworn duties. Flynn and Campbell must compensate Montalbano for years of personal and professional damages they directly caused.

WHEREFORE, Montalbano's Counterclaims [#217] must proceed forward as specified in Montalbano's Objection to Recommendation [#290] and Magistrate Mix's Recommendation [#283] is to be denied in part at the sections cited as being unconstitutional and in conflict with the Supreme Law of the Land, and whereby the Judicial Defendants having failed to make Constitutionally supported arguments on their behalf, the claims against them must proceed as the Supreme Law of the Land must be upheld pursuant an Oath of Office.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Third-Party Plaintiff, Counter-Claimant, Defendant

**Certificate of Compliance**

I certify the foregoing Reply complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1)

### CERTIFICATE OF SERVICE

I certify that on this 12th day of April 2022 a copy of the foregoing Reply was filed with the clerk of the court using the CM/ECF system and are lawfully served upon Plaintiff's Counsel and appeared Defendants through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5) and a paper copy USPS post mailed to David Wilcock and WILCOCK FOUNDATION via their appointed agent.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen