4/8/22, 2:35 PM (11,146 unread) - aristoneart@ymail.com - Yahoo Mail

Re: Court Summons Service Location Requested       **EXHIBIT 1**

From: yanaroslaw (valerie@yanaroslaw.com)

To: purplemagus374@gmail.com

Cc: goodetech@yahoo.com; sba.producer@gmail.com; aristoneart@ymail.com

Date: Sunday, July 15, 2018, 01:44 PM GMT-7

Ms. Montalbano:

Apologies, motion attached.

Cheers,

Valerie Yanaros Wilde, Esq.
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Sun, 15 Jul 2018 13:44:00 -0500 **yanaroslaw** <valerie@yanaroslaw.com> wrote ----

There is another option that we have chosen to use, which is that we file a responsive pleading with the court. Attached is a courtesy copy of that motion that
will arrive for filing with Mesa County Court on Monday morning.

I was not referring to electronic *filing*, I was referring to electronic *service*. We will proceed with our plan as outlined (both mail service and e-service) and recoup the costs from you if and when the court grants our motion.

As of right now, Mr. Goode has filed the Motion to Dismiss pro se. If we must undertake motion practice beyond the Motion to Dismiss, the costs of entering my pro hac vice appearance as well as a removal to federal court will mount on the already building costs.

As shown in Mr. Goode's motion, your claims are completely baseless. No one has looked at your emails. You have been told this repeatedly by multiple parties. Even if anyone had, the alleged correlations or "synchronicities" you draw are so absolutely tangential (if related at *all*) in concept and time that no reasonable person could draw the conclusions you do.

If you truly--per your email to me from last night--are interested in settlement, then we are prepared to accept:

1. a full dismissal of the suit with prejudice,
2. the paying of all costs and fees incurred in dealing with your baseless claims,
3. a signed settlement wherein you agree to:
    1. completely stop all contact with Mr. Goode, any of his family, colleagues, or otherwise related entities,
    2. refrain from posting any content related to Mr. Goode, his family, colleagues or otherwise related entities
    3. agree to a complete release of claims against Mr. Goode related to the subject matter of the lawsuits
    4. a covenant not to sue related to the same

4. cooperate in order for the Protective Order to be effectuated as quickly as possible

Otherwise, we will wait to hear the court's ruling on Mr. Goode's motion.

Finally, whether the Rules permitted it or not--you are NOT to come anywhere physically close to my client.

Cheers,

**Valerie Yanaros Wilde, Esq.**
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Sat, 14 Jul 2018 10:40:57 -0500 **purplemagus374 <purplemagus374@gmail.com>** wrote ----

Ms. Yanaros Wilde,

As I understand it there are 3 viable options for service of Mr Goode from myself as a non-attorney pro se litigant:

1) Mr. Goode may option to waive service by filling the appropriate form with the courts.

2) Mr. Goode my agree to be process served by a civil officer from the Boulder Sheriffs department and I will arrange (mail the documents Monday) for agreed service next week and he may directly negotiate service time and location with the sheriffs department or even arrange to walk in and be served by the civil officer.

3) If you (Ms Yanaros Wilde) wish to be served on behalf of Mr. Goode, I will need proof of your identity and authority; as already stated; after such time I would mail the summons and filings to a sheriff in your area to serve the summons on you at your place of business.

To my understand, I may not serve any of you the summons directly in order to meet the rules of civil procedure for proper service of summons, as I am a party of interest in this matter/plaintiff.

Please let me know how Mr. Goode would like to proceed?.

Sincerely, Alyssa Montalbano

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: yanaroslaw <valerie@yanaroslaw.com>
Date: 7/13/18 1:46 PM (GMT-07:00)
To: Alyssa Montalbano <purplemagus374@gmail.com>
Cc: Corey Goode <goodetech@yahoo.com>
Subject: Re: Court Summons Service Location Requested

Alyssa: