

EXHIBIT 2

# news

Colorado Judicial Branch
Mary J. Mullarkey, Chief Justice
Gerald Marroney, State Court Administrator

---

**THIS RELEASE IS BEING ISSUED BY THE COLORADO JUDICIAL BRANCH AS A COURTESY TO THE COMMISSION ON JUDICIAL DISCIPLINE**

**FOR IMMEDIATE RELEASE**
Feb.11, 2009

Contact:  Jim Spaanstra
303-607-3629

## Commission on Judicial Discipline names William J. Campbell as interim executive director

DENVER – The Commission on Judicial Discipline today announced that William J. Campbell has been named its interim executive director. Campbell retired from Faegre & Benson LLP in December 2008 and will take on his new role with the commission Feb. 11. He replaces Rick Wehmhoefer who retired from the commission in December 2008.

"Bill is a well-respected, long-standing member of Colorado's legal community," said Jim Spaanstra, chairman of the commission. "We are excited to have Bill on board to assist the commission as we take the next several months to evaluate our functions from the ground up."

In 1966, voters amended the Colorado Constitution to establish the Commission on Judicial Discipline to investigate allegations that a judge is not properly performing his or her official duties because of willful misconduct, ethical violations or a permanent disabling health condition. The commission may take various actions to remedy improper conduct including simply meeting with the judge, privately or publicly reprimanding the judge, or recommending that the Supreme Court remove a judge from office. In an appropriate case, the commission also may place a judge on disability retirement.

For more information about the Commission on Judicial Discipline, please visit:

http://www.courts.state.co.us/Courts/Supreme_Court/Committees/Committee.cfm/Committee_ID/13

*This information is provided as an e-mail service of the Colorado State Judicial Branch, Office of State Court Administrator, 1301 Pennsylvania Street, Suite 300, Denver, Colo. 80203. To discontinue this service or update your e-mail address, please respond to this message with your name, contact information and any comments.*