# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

━━━━

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,
Elizabeth Lorie,
Brian James Flynn,
William Campbell,
Matthew Grove,
Diana Terry, and
Christina Gomez

Third-Party Defendants.

**————**

GAIA INC.

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

**————**

Jay Weidner

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

## DEFENDANT, COUNTER CLAIMANT, THIRD-PARTY PLAINTIFF ALYSSA MONTALBANO PARTIALLY OPPOSED MOTION FOR JUDICIAL NOTICE PURSUANT FRE 201

COMES NOW, Defendant, Counter Claimant and Third-Party Plaintiff, Alyssa Chrystie Montalbano, and moves this Court to take Judicial Notice of the following Facts and Public Records pursuant Federal Rule of Evidence 201 generally, and in particular FRE 201(c)(2) whereby Montalbano is requesting the Court take notice and has provided the necessary information; and FRE 201(d) whereby the request may be made at any stage of the proceeding.

### I.       Conferral

Montalbano has conferred with all parties and/or their counsels in this instant case regarding this Motion.

The following parties are **Opposed** to the relief requested herein:

Counter Defendants: Mr. Corey Goode and GOODE ENTERPRISE SOLUTIONS INC;

Third-Party Defendants: Ms. Valerie Yanaros, LIGHT WARRIOR LEGAL FUND LLC, Ms. Elizabeth Lorie, Mr. Brian James Flynn, Mr. William Campbell, Ms. Diana Terry, Ms. Christina Gomez, and Mr. Matthew Grove.

The following parties are **Opposed** regarding Exhibit 1 and section Number 1, and have **No Position** on the remaining sections and relief requested:

Terminated Cross-Defendants: GAIA INC, Mr. Jirka Rysavy, Mr. Brad Warkins, and Ms. Kiersten Medvedich.

The following parties have **No Position** on the Motion or relief requested: Non-Party to counterclaims [#217]: Mr. Benjamin Zavodnick; and Terminated Cross-Defendant: Mr. Jay Weidner.

## JUDICIAL NOTICE

The following facts and evidence require Judicial Notice:

1)   That the Pre-Litigation Affidavit Complaint documents filed with Mesa County Clerk and Recorder [1], Reception #2843230,  Recorded June 7, 2018, be Judicially Noticed as Prima Facie Self-Authenticating pursuant Federal Rules of Evidence, Rule 902 (4) Certified Copies of Public Records, (8) Acknowledged Documents, and (10) Presumptions Under a Federal Statute – prima facie genuine or authentic. [#121-18, partial PLAC record]

(See attached **Exhibit 1** – Complete PLAC record, 77 pages)

---

[1] https://recording.mesacounty.us/landmarkweb

**2)** That it be Judicially Noticed, all Legislative, Executive and Judicial branch public servants; pursuant Article VI of the Constitution of the United States of America; take an Oath of Office to support the [Colorado Constitution] and Constitution of the United States of America prior serving the American people, and whereby it is sworn to that the U.S. Constitution and Constitution of the several States are the Supreme Law of the Land and nothing contrary can withstand them.

(sic)

**Article VI**  (**Exhibit 2** – U.S. Constitution Article VI **2** )

"**[T]his Constitution,** and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, **shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby**, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

The Senators and Representatives before mentioned, and the Members of the several **State Legislatures, and all executive and judicial Officers,** both of the United States and of the several States, **shall be bound by Oath or Affirmation, to support this Constitution**; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States." (emphasis added)

**3)** That it be Judicially Noticed, Judicial Officers (in the State of Colorado); pursuant Article VI of the Constitution of the United States of America; take an Oath of Office to support the [Colorado Constitution] and Constitution of the United States of America prior to serving on the bench as a Judge or Magistrate in a Court of Law.

---

[2] https://constitution.congress.gov/constitution/article-6/

**4)** That it be Judicially Notice Mr. Brian James Flynn took the Oath of Office on two occasions swearing he would "[s]upport the Constitution of the United States and of the State of Colorado, and faithfully performing the duties of the office.." [#247-9 Mr. Flynn's Oath of Office].

**5)** That it be Judicial Noticed Mr. Brian James Flynn's Oath of Office [#247-9] is a Prima Facie Authentic Certified Copy of Public Record (FRE 902(4)).

**6)** The following are to be Judicially Noticed as The Supreme Law of the Land as Constitutional Laws that Mr. Brian Flynn and others with an Oath of Office to the State and National Constitutions; including Mr. Grove, Ms. Terry, Ms. Gomez, Mr. Campbell, Ms. Yanaros, Ms. Lorie and the Judicial Officers presiding over this instant case; are sworn and bound by Oath to support:

    **a. Colorado Constitution**, Bill of Rights (**Exhibit 3**) [3]:   (Sic)

> **"Section 3**. Inalienable rights. **All persons have certain natural, essential and inalienable rights,** among which may be reckoned the right of enjoying and defending their lives and liberties; of acquiring, **possessing and protecting property; and of seeking and obtaining their safety and happiness"** (emphasis added)

---

[3] Colorado Constitution, Bill of Rights:  https://law.justia.com/constitution/colorado/cnart2.html

"**Section 6.** Equality of justice. **Courts of justice shall be open to every person, and a speedy remedy affordable** for every injury to person, property or character, and right and justice should be administered **without** sale, **denial or delay**." (emphasis added)

"**Section 10.** Freedom of speech and press. No law shall be passed impairing the freedom of speech; every person shall be free to speak, write or publish whatever he will on any subject, being responsible for all abuse of that liberty; **and in all suits and prosecutions for libel the truth thereof may be given in evidence, and the jury, under the direction of the court, shall determine the law and the fact."** (emphasis added)

"**Section 23.** Trial by jury grand jury. **The right of trial by jury shall remain inviolate** in criminal cases; but **a jury in civil cases in all courts**, or in criminal cases in courts not of record, **may consist of less than twelve persons, as may be prescribed by law**. Hereafter a grand jury shall consist of twelve persons, any nine of whom concurring may find an indictment; provided, the general assembly may change, regulate or abolish the grand jury system; and provided, further, the right of any person to serve on any jury shall not be denied or abridged on account of sex, and the general assembly may provide by law for the exemption from jury service of persons or classes of persons." (emphasis added)

**"Section 25.** Due Process of Law. **No person shall be deprived of life, liberty, or property, without due process of law."** (emphasis added)

**"Section 28.** Rights reserved not disparaged. The enumeration in this constitution of certain rights shall not be construed to deny, impair or disparage others retained by the people."

**Article VI, Section 23(3)(d)-(e)** [4] - Judicial Discipline – Removal of justices or judges [#247-5 Article VI, Colorado Constitution]:

"(d) **A justice or judge of any court of record of this state**, in accordance with the procedure set forth in this subsection (3), **may be removed or disciplined for willful misconduct in office, willful persistent failure to perform his duties,** intemperance, or violation of any canon of the Colorado code of judicial conduct…"

"(e) **The commission may,** after such investigation as it deems necessary, **order informal remedial action; order a formal hearing to be held before it concerning the removal,** retirement, suspension, censure, reprimand, **or other discipline of a justice or a judge**…"(emphasis added)

---

[4] Colorado Constitution, Article VI, Section 23  https://law.justia.com/constitution/colorado/cnart6.html

### Article XII, Section 8 (Oath) and Section 10 (vacancy) (Exhibit 4) [5]

**Section 8.  Oath of civil officers. Every civil officer**, except members of the general assembly and such inferior officers as may be by law exempted, shall, **before he enters upon the duties of his office, take and subscribe an oath or affirmation to support the constitution of the United States and of the state of Colorado, and to faithfully perform the duties of the office upon which he shall be about to enter.** (Emphasis added)

**Section 10.  Refusal to qualify vacancy. If any person elected or appointed to any office shall refuse or neglect to qualify** therein within the time prescribed by law, **such office shall be deemed vacant.** (Emphasis added)

### b.  Constitution of the United States of America:

### Article I, Section 8, Clause 8 (Exhibit 5) [6]

"To promote the Progress of Science and useful Arts, **by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries"** (emphasis added)

---

[5] Colorado Constitution, Article XII, Section 8 and 10 https://law.justia.com/constitution/colorado/cnart12.html

[6] U.S. Constitution, Article 1, Section 8 Clause 8
https://constitution.congress.gov/browse/article-1/section-8/clause-8/

**Article I, Section 9, Clause 8 (Exhibit 6)** [7]

> "**No Title of Nobility** shall be granted by the United States: **And no Person holding any Office of Profit or Trust under them, shall,** without the Consent of the Congress, **accept of any present, Emolument, Office, or Title, of any kind whatever,** from any King, Prince, or foreign State."
> (emphasis added)

**Article VI -** Oath of Office (See page 5 this document and Exhibit 2)

**Bill of Rights, VII Amendment (Exhibit 7)** [8]- Jury trial in civil actions

> "**In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved**;…"
> (emphasis added)

**7)**      That it be Judicially Noticed, Denying Constitutional Rights is not a sworn-to (Oath of Office) Constitutional duty.

**8)**      That it be Judicially Notice, Denying Constitutional Rights is not a power given in the Colorado Constitution or Constitution of the United States of America.

---

[7] U.S. Constitution, Article I, Section 9, Clause 8  https://constitution.congress.gov/browse/article-1/section-9/

[8] U.S. Constitution, Article VII  https://constitution.congress.gov/constitution/amendment-7/

**9)**       That it be Judicially Noticed, Judicial Officers in this Federal Court have a sworn duty to uphold all Constitutional Law; and anything contrary the Constitution cannot stand pursuant their Oath of Office.

(Constitution of the United States of America, Article VI)

**WHEREFORE**, pursuant Federal Rules of Evidence, Rule 201, Montalbano respectfully moves this Court's Judicial Officers to GRANT this Motion for Judicial Notice and that this Court, it's Officers, Counsels, and all parties in this instant case, **take Judicial Notice of these undisputable common Facts and Records.**

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Counter-Claimant, Third-Party Plaintiff

**Certificate of Compliance**

I certify the foregoing Motion complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

I certify that on this 12th day of April 2022 a copy of the foregoing Motion was filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5); and upon Mr. David Wilcock and WILCOCK FOUNDATION by post mail via their appointed agent.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen