

# Article 12

## ARTICLE XII

## Officers

**Section 1.  When office expires � suspension by law.** Every person holding any civil office under the state or any municipality therein, shall, unless removed according to law, exercise the duties of such office until his successor is duly qualified; but this shall not apply to members of the general assembly, nor to members of any board or assembly, two or more of whom are elected at the same time. The general assembly may, by law, provide for suspending any officer in his functions pending impeachment or prosecution for misconduct in office.

**Section 2.  Personal attention required.** No person shall hold any office or employment of trust or profit, under the laws of the state or any ordinance of any municipality therein, without devoting his personal attention to the duties of the same.

**Section 3.  Defaulting collector disqualified from office.** No person who is now or hereafter may become a collector or receiver of public money, or the deputy or assistant of such collector or receiver, and who shall have become a defaulter in his office, shall be eligible to or assume the duties of any office of trust or profit in this state, under the laws thereof, or of any municipality therein, until he shall have accounted for and paid over all public money for which he may be accountable.

**Section 4.  Disqualifications from holding office of trust or profit.** No person hereafter convicted of embezzlement of public moneys, bribery, perjury, solicitation of bribery, or subornation of perjury, shall be eligible to the general assembly, or capable of holding any office of trust or profit in this state.

**EXHIBIT 4**

**Section 5.  Investigation of state and county treasurers.** The district court of each county shall, at each term thereof, specially give in charge to the grand jury, if there be one, the laws regulating the accountability of the county treasurer, and shall appoint a committee of such grand jury, or of other reputable persons not exceeding five, to investigate the official accounts and affairs of the treasurer of such county, and report to the court the condition thereof. The judge of the district court may appoint a like committee in vacation at any time, but not oftener than once in every three months. The district court of the county wherein the seat of government may be shall have the like power to appoint committees to investigate the official accounts and affairs of the state treasurer and the auditor of state.

**Section 6.  Bribery of officers defined.** Any civil officer or member of the general assembly who shall solicit, demand or receive, or consent to receive, directly or indirectly, for himself or for another, from any company, corporation or person, any money, office, appointment, employment, testimonial, reward, thing of value or enjoyment or of personal advantage or promise thereof, for his vote, official influence or action, or for withholding the same, or with an understanding that his official influence or action shall be in any way influenced thereby, or who shall solicit or demand any such money or advantage, matter or thing aforesaid for another, as the consideration of his vote, official influence or action, or for withholding the same, or shall give or withhold his vote, official influence or action, in consideration of the payment or promise of such money, advantage, matter or thing to another, shall be held guilty of bribery, or solicitation of bribery, as the case may be, within the meaning of this constitution, and shall incur the disabilities provided thereby for such offense, and such additional punishment as is or shall be prescribed by law.

**Section 7.  Bribery � corrupt solicitation.** (1) Any person who directly or indirectly offers, gives, or promises any money or thing of value or privilege to any member of the general assembly or to any other public officer in the executive or judicial department of the state government to influence him in the performance of any of his public or official powers or duties is guilty of bribery and subject to such punishment therefor as may be prescribed by law.

(2)  The offense of corrupt solicitation of members of the general assembly or of public officers of the state or of any political subdivision thereof and any occupation or practice of solicitation of such members or officers to influence their official action shall be defined by law and shall be punished by fine, imprisonment, or both.

Repealed and reenacted, with amendments, November 5, 1974 � Effective upon proclamation of the Governor, December 20, 1974. (See Laws 1974, p. 452.)