Case No. 1:20-cv-00742-DDD-KAS   Document 295-5   filed 04/12/22   USDC Colorado   pg 1 of 1

# CONSTITUTION ANNOTATED
Analysis and Interpretation of the U.S. Constitution

## Browse the Constitution Annotated

## Article I

### Section 8

#### Clause 8

To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries;

> ArtI.S8.C8.1 Copyrights and Patents
>> ArtI.S8.C8.1.1  Origins and Scope of the Power
>> ArtI.S8.C8.1.2  Patentable Discoveries
>> ArtI.S8.C8.1.3  Nature and Scope of the Right Secured for Copyright
>> ArtI.S8.C8.1.4  Power of Congress Over Patents and Copyrights
>> ArtI.S8.C8.1.5  Copyright and the First Amendment
>> ArtI.S8.C8.1.6  State Power Affecting Patents and Copyrights
>> ArtI.S8.C8.1.7  Trade-Marks and Advertisements

**EXHIBIT 5**