

## Browse the Constitution Annotated

## Article I

### Section 9

#### Clause 1

The Migration or Importation of such Persons as any of the States now existing shall think proper to admit, shall not be prohibited by the Congress prior to the Year one thousand eight hundred and eight, but a Tax or duty may be imposed on such Importation, not exceeding ten dollars for each Person.

>    ArtI.S9.C1.1 Express Limits on Federal Power
>        ArtI.S9.C1.1.1  Restrictions on the Slave Trade

#### Clause 2

The Privilege of the Writ of Habeas Corpus shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it.

>    ArtI.S9.C2.1  Writ of Habeas Corpus and the Suspension Clause

#### Clause 3

No Bill of Attainder or ex post facto Law shall be passed.

>    ArtI.S9.C3.1  Bills of Attainder
>    ArtI.S9.C3.2  Ex Post Facto Laws

#### Clause 4

No Capitation, or other direct, Tax shall be laid, unless in Proportion to the Census or enumeration herein before directed to be taken.

>    ArtI.S9.C4.1 Prohibition on Direct Taxation
>        ArtI.S9.C4.1.1  Prohibition on Direct Taxation: Overview
>        ArtI.S9.C4.1.2 Prohibition on Direct Taxation: Doctrine and

Back to top

**EXHIBIT 6**

Case No. 1:20-cv-00742-DDD-KAS   Document 295-6   filed 04/12/22   USDC Colorado   pg 2 of 2

    ArtI.S9.C4.1.2.1  Prohibition on Direct Taxation: Early Doctrine

    ArtI.S9.C4.1.2.2  Prohibition on Direct Taxation: Pollock and its Effect

**Clause 5**

No Tax or Duty shall be laid on Articles exported from any State.

    ArtI.S9.C5.1  Prohibition on Taxes on Exports

**Clause 6**

No Preference shall be given by any Regulation of Commerce or Revenue to the Ports of one State over those of another: nor shall Vessels bound to, or from, one State, be obliged to enter, clear, or pay Duties in another.

    ArtI.S9.C6.1  Prohibition on Port Preferences

**Clause 7**

No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time.

    ArtI.S9.C7.1  Appropriations Clause

**Clause 8**

No Title of Nobility shall be granted by the United States: And no Person holding any Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince, or foreign State.

    ArtI.S9.C8.1  Foreign Emoluments Clause

Back to top