

## Constitution of the United States

# Seventh Amendment

Seventh Amendment Annotated

In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

**EXHIBIT 7**