# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,
Elizabeth Lorie,
Brian James Flynn,
William Campbell,
Matthew Grove,
Diana Terry, and
Christina Gomez

Third-Party Defendants.

―――

GAIA INC.

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

―――

Jay Weidner

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

## THIRD-PARTY PLAINTIFF ALYSSA MONTALBANO
## MOTION FOR CLARIFICATION ON ORDER AT DKT. 293

COMES NOW, Third-Party Plaintiff, Alyssa Chrystie Montalbano, and requests clarification of Order at Docket 293; regarding which summons to serve upon Mr. David Wilcock and WILCOCK FOUNDATION:

1) Summons at Docket 164 at 1, 4 -7, issued March 15, 2021,

   OR

2) Wait for pending new summons, at Docket 276, be issued by the Clerk.

It is not clear in the Order [#293] granting Montalbano's Motion for Extension of time to serve David Wilcock and WILCOCK FOUNDATION [#275] which summons is to be served upon them; it is also not clarified in FRCP 4 (Summons rule) whereby it only states a summons must be obtained from the court and served, and Montalbano has heard conflicting information regarding procedures in this situation due to the 90 days to serve time frame having been expired, but an extension of time being granted.

It is respectfully requested Montalbano be informed which Summons is correct to serve with the Complaint [#217] and Exhibits [#121] upon Mr. David Wilcock and WILCOCK FOUNDATION.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Counter-Claimant, Third-Party Plaintiff

**Certificate of Compliance**

I certify the foregoing Motion complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

**CERTIFICATE OF SERVICE**

I certify that on this 13th day of April 2022 a copy of the foregoing Motion was filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5); and upon Mr. David Wilcock and WILCOCK FOUNDATION by post mail via their appointed agent.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen