IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KLM

JAMES COREY GOODE, and
GOODE ENTERPRISE SOLUTIONS, INC,

    Plaintiffs and Counter Defendants,

v.

GAIA, INC,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

    Defendants.

ALYSSA MONTALBANO,

    Defendant, Counter Claimant, and Third-Party Plaintiff,

v.

LIGHT WARRIOR LEGAL FUND, LLC,
DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION,
VALERIA YANAROS WILDE,
ELIZABETH LORIE,
BRIAN JAMES FLYNN,
WILLIAM CAMPBELL,
MATTHEW GROVE,
DIANA TERRY, and
CHRISTINA GOMEZ,

    Third-Party Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

-1-

    This matter is before the Court on Third-Party Plaintiff Alyssa Montalbano's **Motion for Clarification on Order at Dkt. 293** [#297] (the "Motion").  Ms. Montalbano asks whether she should serve Defendants David Wilcock and the Wilcock Foundation with the Summons [#164] previously issued by the Court on March 15, 2021, or whether she should obtain and serve a new Summons from the Clerk of Court, as requested at Docket No. 276.  Ms. Montalbano essentially asks for legal advice as to how to litigate her case, which the Court may not provide.

    However, Plaintiff may contact the Federal Pro Se Clinic, which provides **free** legal assistance to people representing themselves in the U.S. District Court for the District of Colorado.  The Clinic is located at: Alfred A. Arraj Courthouse (first floor), 901 19th Street, Denver, CO 80294.  She may contact the Clinic at **303-380-8786** to make an appointment to speak with a lawyer.  She may also make an appointment online (and find additional information) at **www.cobar.org/fpsc/**.

    IT IS HEREBY **ORDERED** that the Motion [#297] is **DENIED**.

Dated:  April 29, 2022