IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KLM

JAMES COREY GOODE, and
GOODE ENTERPRISE SOLUTIONS, INC,

    Plaintiffs and Counter Defendants,

v.

GAIA, INC,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

    Defendants.

ALYSSA MONTALBANO,

    Defendant, Counter Claimant, and Third-Party Plaintiff,

v.

LIGHT WARRIOR LEGAL FUND, LLC,
DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION,
VALERIA YANAROS WILDE,
ELIZABETH LORIE,
BRIAN JAMES FLYNN,
WILLIAM CAMPBELL,
MATTHEW GROVE,
DIANA TERRY, and
CHRISTINA GOMEZ,

    Third-Party Defendants.
_____

**MINUTE ORDER**
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

-1-

This matter is before the Court on Third-Party Plaintiff Alyssa Montalbano's **Partially Opposed Motion for Judicial Notice Pursuant [to] FRE 201** [#295] (the "Motion").

"Federal Rule of Evidence 201 allows a district court to take judicial notice of an 'adjudicative' fact, not subject to reasonable dispute, that is 'generally known within the trial court's territorial jurisdiction' or that can be 'accurately and readily determined from sources whose accuracy cannot reasonably be questioned.'" *United States v. Murray*, __ F.4th __, __, Nos. 20-1214, 20-1241, 20-1243, 20-1245, 2022 WL 1146360, at *13 (10th Cir. Apr. 19, 2022) (quoting Fed. R. Evid. 201(b)). "Rule 201 further requires the court to take judicial notice when a party requests it and supplies the court with the necessary information." *Id.* (citing Fed . R. Evid. 201(c)(2)). However, the Tenth Circuit has repeatedly held that judicial notice need not be taken where the facts to be judicially noticed are not shown to be relevant. *See, e.g.*, *id.* at *14; *Recinos-Martinez v. Barr*, 822 F. App'x 756, 761 (10th Cir. 2020); *see also Ajaj v. United States*, No. 15-cv-02849-RM-KLM, 2020 WL 747013, at *8 (D. Colo. Feb. 13, 2020), *recommendation adopted in part and rejected in part on other grounds by Ajaj v. United States*, No. 15-cv-02849-RM-KLM, 2020 WL 5758521 (D. Colo. Sept. 28, 2020) (stating that "the Court declines to take judicial notice of the attached documents as they are not necessary to, and would not impact, the Court's ruling on the Motion to Dismiss").

Here, the Motion [#295] concerns facts regarding Ms. Montalbano's claims against Defendants Bryan Flynn, William Campbell, Matthew Grove, Diana Terry, Christina Gomez, Valeria Yanaros Wilde, and Elizabeth Lorie. *See* [#295] at 6. At this time, there is a pending Recommendation [#283] that the claims against these individuals be dismissed. There is no clear indication that any of the facts Ms. Montalbano identifies here would impact that Recommendation [#283]. Thus, until that Recommendation [#283] is resolved, it is premature to determine whether any of the facts which Ms. Montalbano asks to have judicially noticed are relevant to any claim in this case. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#295] is **DENIED without prejudice**.

Dated:  April 29, 2022