AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-00742-ddd-klm

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mr. David Wilcock

was received by me on *(date)* 04/25/2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Brent Carlson
7848 W Sahara Ave. Las Vegas, NV 89117 , a person of suitable age and discretion who resides there,
on *(date)* 04/29/2022 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* Wilcock Spiritual Healing and _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/02/2022

*Server's signature*

Susan Kruse
*Printed name and title*

Vegas Pro Serv
848 N Rainbow Blvd. #5372
Las Vegas, NV 89107  PILB NV LIC 1469  702-526-0411
*Server's address*

Additional information regarding attempted service, etc:
Docket 217 Second Amended Counterclaim Complaint
Docket 121 Exhibits to Complaint (25 Exhibits (#121 main document and #21 - 1 thru #121-25)
Docket 299 Coourt Sealed Summons

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-00742-ddd-klm

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Wilcock Spiritual Healing and Empowerment Foundation was received by me on *(date)* 04/25/2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Brent Carlson/Owner Corporate Capital, who is designated by law to accept service of process on behalf of *(name of organization)* Wilcock Spiritual Healing and Empowerment Foundation 7848 W Sahara Ave LV NV on *(date)* 04/29/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 05/02/2022

*Server's signature*

Susan Kruse
*Printed name and title*

Vegas Pro Serv
848 N Rainbow Blvd. #5372
Las Vegas, NV 89107  PILB NV LIC 1469  702-526-0411
*Server's address*

Additional information regarding attempted service, etc:
Docket 217 Second Amended Counterclaim Complaint
Docket 121 Exhibits to Complaint (25 Exhibits (#121 main document and #21 - 1 thru #121-25)
Docket 299 Coourt Sealed Summons