IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                              Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH

                              Defendants.

_____

ENTRY OF APPEARANCE TO PROVIDE LIMITED REPRESENTATION
_____

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

MR. DAVID WILCOK

THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION

Undersigned counsel seeks to enter a limited appearance to represent the pro se party(ies) in this action at their request for the limited purpose of

Filing a stipulation of time to respond to the Complaint.

I hereby certify that my client(s), DAVID WILCOCK and THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION, approves the limited representation.

1

2

DATED at Dallas, Texas this 20th day of   May, 20 22.

                  /s Valerie Yanaros, Esq.
                  Valerie Yanaros, Esq.
                  Texas Bar No. 24075628
                  Admitted to Practice in the District
                  Court of Colorado
                  Yanaros Law, P.C.
                  8300 Douglas Avenue Suite 800
                  Dallas, Texas 75225
                  Telephone: (512) 826-7553
                  valerie@yanaroslaw.com

## CERTIFICATE OF SERVICE

The below signed certifies that a copy of this filing will be served on each Defendant by ECF on May 20, 2022.

/s Valerie Yanaros, Esq.
Valerie Yanaros, Esq.

CERTIFICATION OF WORD COUNT: I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).