IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

    Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH

    Defendants.

---

## STIPULATION FOR EXTENSION OF DEADLINE TO RESPOND TO MONTALBANO'S COUNTERCLAIMS

---

**COMES NOW,** David Wilcock and The Wilcock Spiritual Healing and Empowerment Foundation (collectively, "Counter-Defendants"), and respectfully shows and requests as follows:

**D.C.COLO.LCivR 7.1(A) Certification**: undersigned counsel, on behalf of Counter-Defendants and Counter-claimant Alyssa Montalbano ("Montalbano") conferred regarding this motion and both agree to stipulate to the relief requested herein.

1. This Action was commenced by Plaintiffs James Corey Goode and Goode Enterprise Solutions, LLC on March 17, 2020 (Docket 1) and motion practice ensued.

Stipulation of Extension to Respond

2. Montalbano filed her responsive counterclaims (the "Counterclaims") on December 22, 2020 (Docket 120) naming various parties, including Counter-defendants. The Counterclaims were later amended (Docket 208).

3. Counter-defendants were served on April 29, 2022. Thus, their answer to the Counterclaims is due on May 20, 2022.

4. Counter-defendants are in the process of retaining counsel for the matter and require further time to finalize engagement of counsel and drafting a response to the claims filed against them.

5. This motion is not made for purpose of delay, in bad faith or as a dilatory tactic, but to ensure a full hearing on all the facts and legal issues of this action, secure a just and speedy determination of this case, and ensure that the ends of justice are met.

   a) Per local rule 6.1, the parties have stipulated to a 21-day extension of the deadline for Counter-defendants to respond to Montalbano's amended Counterclaims.

6. This request will be served upon all of counsels' respective clients per Local Rule 6.

Date: May 20, 2022                                                      Respectfully submitted,

/s Valerie Yanaros, Esq.
Valerie Yanaros, Esq.
Texas Bar No. 24075628
Admitted to Practice in the District
Court of Colorado
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553
valerie@yanaroslaw.com

**ATTORNEY FOR PLAINTIFFS and COUNTER-DEFENDANTS**

**CERTIFICATE OF SERVICE**

The below signed certifies that a copy of this filing will be served on each Defendant by ECF on May 20, 2022.

/s Valerie Yanaros, Esq.
Valerie Yanaros, Esq.

CERTIFICATION OF WORD COUNT: I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).