# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,
Elizabeth Lorie,
Brian James Flynn,
William Campbell,
Matthew Grove,
Diana Terry, and
Christina Gomez

Third-Party Defendants.

----

GAIA INC.

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

----

Jay Weidner

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

# COUNTER-CLAIMANT, THIRD-PARTY PLAINTIFF ALYSSA MONTALBANO PARTIALLY OPPOSED THIRD MOTION TO AMEND COUNTERCLAIMS COMPLAINT [#217], RICO CLAIMS, PURSUANT FRCP 15(a)(2)

COMES NOW, Alyssa Chrystie Montalbano, Counter-Claimant, and Third-Party Plaintiff, and moves the Court to Grant amending of the Counterclaims Complaint at Docket 217, Claim 1 "RICO", pursuant FRCP 15(a)(2) for the following:

## I.     Conferral

Montalbano has conferred with all appeared parties and/or their counsels in this instant case regarding this Motion.

The following parties are **Opposed** to the relief requested herein:

Counter Defendants: Mr. Corey Goode and GOODE ENTERPRISE SOLUTIONS INC; Third-Party Defendants: Ms. Valerie Yanaros, LIGHT WARRIOR LEGAL FUND LLC, David Wilcock, WILCOCK FOUNDATION, Ms. Elizabeth Lorie, Mr. Brian James Flynn, Mr. William Campbell, Ms. Diana Terry, Ms. Christina Gomez, and Mr. Matthew Grove.

The following parties are **Unopposed** to the relief requested herein:

Terminated Cross-Defendants: GAIA INC, Mr. Jirka Rysavy, Mr. Brad Warkins, and Ms. Kiersten Medvedich.

The following parties have **No Position** on the motion or relief requested herein: Non-Party to counterclaims [#217]: Mr. Benjamin Zavodnick; and Terminated Cross-Defendant: Mr. Jay Weidner.

## II.     Relevant Procedural Background

1. To prevent duplicitous reading of the same background facts, Montalbano incorporates by reference the "Relevant Procedural Background" section as seen in the pending "PARTIALLY OPPOSED THIRD MOTION TO AMEND COUNTERCLAIMS COMPLAINT [#217] PURUSUANT FRCP 15(a)(2)" , filed April 4, 2022, Docket 292 at 4-6.

2. In the Third Motion to Amend Counterclaims Complaint facts, it is stated that on February 22, 2022 Montalbano filed 'UNOPPOSED MOTION FOR COURT TO ASSIGN COUNSEL'. [#278]   This Motion was denied by Magistrate Mix on April 29, 2022  [#300] on the premise her Recommendation [#283, filed February 28, 2022] to dismiss most of all of Montalbano's claims [#217 (SACC)] and summoned Defendants would be adopted.

3. Montalbano incorporates by Reference her Objection [#290, filed March 23, 2022] to Recommendation [#283] as reason why Magistrate Mix's Recommendation is not viable for adoption as written and as seen in greater detail in "Third Motion to Amend Counterclaims", Docket 292 at 7-11.

4. In 'Third Motion to Amend Counterclaim' an amended SACC [#217] complaint was not attached for consideration [#292 at 11] as the then pending Unopposed Motion to Assign Counsel [#278] was cited and requested to be Granted prior any SACC amendments, in order to be fair to Montalbano and due to the scope of the claims. [#292 at 7-11].

5. After Magistrate Mix denied the following three Motions of Montalbano's all on April 29, 2022:

   a. "Motion for Court to Assign Counsel to Pro Se Litigant Alyssa Montalbano"

      [#278 Motion; #300 Order Denied]

   b. "Motion for Clarification on Order at Dkt. 293"

      [#297 Motion; #301 Order Denied]

   c. "Motion for Judicial Notice Pursuant FRE 201"

      [#295 Motion; #302 Order Denied]

   Largely based on the premise her faulty Recommendation [#283] would be adopted [#300, #302], and denied answering the Motion for Clarification alleging it would be 'giving legal advice' [#301] to clarify Court procedures (Due Process of Law); Montalbano filed a Motion to Recuse Magistrate Mix on May 3, 2022 at Docket 303, rather than directly object to each of the biased denial orders, due to time limitations.

6. Montalbano still thinks it prejudicial to not have Counsel prior to making proposed amendments to the SACC [#217]; and anticipates filing a renewed Motion for Court to Assign Counsel.

7. Montalbano is currently working on Amending all claims needing amending [#217] and as stated in the Objection [#290] to Recommendation [#283] and has completed a proposed version of the "RICO" claims, currently known as RICO (claim 1) in the SACC [#217] with the following predicate 'criminal' acts being placed properly into the civil RICO claim: Extortion (claim 16); Frauds by Mail (claim 4); Frauds by wire, radio and television (claim 5); Enticement into Slavery (claim 6); and Money Laundering (claim 11).

### III.    ARGUMENTS FOR AMENDING

1. To prevent duplicitous reading, Montalbano incorporates by reference the arguments seen in Third Motion to Amend the Counterclaims Complaint, Docket 292 at 7-14, in support of amending the SACC, RICO claims.

### IV.    AMENDMENTS PROPOSED

1. Because Counsel may or may not be assigned to Montalbano, the following proposed amendments are submitted for the RICO claims only.

    **(EXHIBIT 1 – Redline Proposed SACC RICO Amendments;**

    **EXHIBIT 2 - Clean Proposed SACC RICO Amendments**

    **EXHIBIT 3 -15 –   Exhibits 1-13 to Third Amended RICO claim)**

2. In the redline version, the RICO predicate act claims have been moved from their further down position in the original SACC complaint [#217] to be amended within the RICO claim itself.  For example, claim 11 Money Laundering is seen in the RICO redline as if part of claim 1 (RICO). The same is true for the other RICO predicate act claims.

3. Other claim Amendments are forthcoming and will be submitted upon completion and after customary conferrals. The amendments are being submitted individually in order to place proposals on the Record for review by faithfully performing Judicial Officers, to better assess the facts in a more organized and coherent way.

4. No new claims are being added and the Defendants won't be prejudiced by amending the claim to match the evidence and facts already on the Court Record.

5. Montalbano has removed the RICO Economic Espionage claim (Claim 8), without prejudice.

6. The Judicial Defendants Brian James Flynn, Matthew Grove, Diana Terry, Christina Gomez, and William Campbell are being dismissed without prejudice from the RICO claims.

7. The Enterprise is now defined as: James Corey Goode, GOODE ENTERPRISE SOLUTIONS INC, LIGHT WARRIOR LEGAL FUND,   David Wilcock, WILCOCK FOUNDATION, Valerie Yanaros, and Elizabeth Lorie.

8. The attached proposed RICO amended claims rearrange the verbiage of the claims and remove extraneous statements. Due to some significant rearranging of certain allegations (notably Damages), allegations in green that are crossed out, do not mean they were deleted in the amended version, it means they were used but relocated in the claim. This was done for ease of reviewing the claim, as green items were in significantly different locations. In all other instances the standard underline and strike through apply.

9. The proposed SACC amendments overcome Magistrate Mix's Recommendation [#283 at 8-22] alleging the predicate act 'criminal' RICO claims should be dismissed for being 'criminal', when they simply needed to be placed into the Civil RICO claim itself.

10. It may appear 'new' allegations are being added by seeing a chunk of underlined allegations, however these statement are simplifications of other allegations or they are facts already seen in various rebuttal arguments on this court record or facts already seen in other locations within the SACC [#217] that are being obviously placed into the RICO claim to clearly show the Racketeering acts and patterns of the Enterprise with clear specificity.

11. Montalbano has also incorporated evidence and exhibits in the amendments, that are already filed on this Court Record and seen in rebuttal arguments by

Montalbano to the Enterprise Defendants' various pending Motions to Dismiss and other related papers.

12. Newly attached exhibits support current facts already seen in the SACC or in this instant case where the fuller evidence wasn't prior filed; such as screenshots or traditionally submitted videos of mentioned YouTube videos of witnesses complaining about Goode, Wilcock, Yanaros, and the Enterprise rackets; and whereby in many instances the voluminous amount of witness(es) will need to be subpoenaed to testify.

13. The proposed amendments are attached as both a redline document and clean document pursuant D.C.Colo.LCivR 15.1.  However, the amendments are not provided with the entire SACC attached and claim embedded therein, as many reference numbers will ultimately have to be updated to match new locations in a fully amended pleading.  The attached is provided as a 'singular' proposed claim amendment for the RICO claims only to give a general idea of how claims are being amended; and the current paragraph [¶¶] citations coordinate with the current SACC as admitted at Docket 217.

14. "Claim 1 - RICO" is submitted for approval to amend on its own, as it is urgent that it be on the Record showing the facts in the SACC and already on this record (against the Enterprise Defendants) do in fact plead a plausible claim against them and clearly shows they all work together to knowingly perform their public frauds

and rackets to launder money at the expense of millions of innocent people, that also includes Montalbano.

15. Each claim amendment made hereafter will also be conferred on with all opposing parties and submitted similar to this, until all proposed amendments are completed, at which time a full version of the "TACC" (Third Amended Counterclaims Complaint) will be submitted with full citations, amendments, conferrals, and a courtesy Table of Contents attached thereto to assist in review processes.

WHEREFORE, for all the aforementioned reasons, Montalbano moves the Court and its faithfully performing Judicial Officers to Grant this Motion to Amend the Counterclaims Complaint's [#217] RICO claims pursuant FRCP 15(a)(2) and an Oath of Office requiring faithfully performing Judicial Officers to be fair and impartial and to liberally grant amending of the complaint when justice so requires it, and to liberally construe a pro se litigants claims; and to assign Montalbano Counsel (or at the very least give the pro bono panel the opportunity to decide for themselves if they want to take Montalbano's case) prior to full amendment of all claims to ensure unwritten rules regarding complaint formatting and processes are correctly performed and to assist Montalbano through trial with Due Process of Law procedures; thereby protecting Montalbano's inalienable Constitutional Right to Equality of Justice and Due Process of Law, as justice so requires it.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Counter-Claimant, Third-Party Plaintiff

**Certificate of Compliance**

I certify the foregoing Motion complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

I certify that on this 6th day of June 2022 a copy of the foregoing Motion was filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon all appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5) and video exhibits conventionally submitted to the Clerk of the Court at Alfred A. Arraj United States Courthouse, Room A105, 901 19th Street, Denver, Colorado, 80294-3589; and served on all appeared parties pursuant ECF Rule 4.8(f).

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen