# VI.    CAUSES OF ACTION CLAIM COUNTS

## CLAIM 1

### (1)   RICO 18 USC 1961

### (The Enterprise, ~~Public Servants~~)

283.    In a RICO claim it has been established that the following four elements must be shown

  (1) Conduct

  (2) Of an Enterprise

  (3) Through a Pattern

  (4) Of Racketeering Activity

284.    **The Enterprise is as follows:**  James Corey Goode, GES, LIGHT WARRIOR LEGAL FUND, David Wilcock, WILCOCK FOUNDATION, Valerie Yanaros, Elizabeth Lorie, ~~Brian James Flynn,~~ unknown John and Jane Does, and unknown Corporate Entities.

285.    ~~The **"Public Servants"** helping The Enterprise are as follows: Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, Christina Gomez, Valerie Yanaros, and Elizabeth Lorie. Hereafter "Public Servants"~~

286.    Goode, Wilcock, their associates, and The Enterprise have a pattern of racketeering through using their public: alien, dream psychic claims, stalking, and 'dark alliance' narratives (that are fake news (fraud)) and false public claims of being poor, to launder money via receiving donations and making for profit sales of products based on their knowingly false pretenses. Montalbano believed their fake news, alien, dream psychic claims and related narratives notably 2016-2017 and was defrauded of vast amounts of Intellectual

Property and rare Trade Secret dream research records via donation. Montalbano also donated money to The Enterprises various donation schemes and paid to attend their public for profit speaking events while believing their fake news narratives as true, because they publicly claim they are true, when they know they are false. and the details are seen in Claims: 2, 3, 4, 5, 7, 8, 9, 11, 12 and 20; and exhibits #121-4, #121-5, #121-7.

287. Montalbano incorporates by reference the General Allegations [¶1-281] and in particular Paragraphs 40 - 97 showing the alien, dream psychic, and false whistleblower narratives The Enterprise promotes as true, when they know they are false.

288. As part of the fake story rackets, Goode claims he participated in the U. S. Government SSP (Secret Space Program) and is a whistleblower [¶54, #121-3; #121-6;].   Goode has never been in the Secret Space Program.

289. As part of the fake story and dream teaching rackets, Goode and Wilcock claim they are in contact with 8 foot plus tall blue bird ('Blue Avian) aliens  and other outerspace aliens [¶¶64-76, ¶¶93-94 (Cosmic Disclosure S7 E4) #121-3; #121-6].   Goode and Wilcock have never been in contact with any space aliens.

290. As part of the dream teaching rackets, David Wilcock claims he is the famous dream psychic Edgar Casey reincarnated. [¶¶82-83] Wilcock is not Mr. Casey reincarnated and he is not a dream psychic or even an average psychic. Wilcock is not psychic.

291. These fake narratives were notably first promoted by Goode and Wilcock on Cosmic Disclosure, broadcast/streamed by GAIA INC to people around the world. [¶¶40-47]

292. Wilcock's Enterprise role is to find fake whistleblowers to promote as if legitimate to millions of people, when he knows they are frauds and then profiteers off the public.[¶28 d-e]

293. Mr. Wilcock found the following fake whistleblowers: Mr. James Corey Goode, Mr. Pete Peterson [¶84, ¶122 a. (Montalbano donating to Peterson scam); ¶310 I. ¶¶311-312] and Mr. Emery Smith [**Exhibit 1** #121-23 Competitor Bill Ryan exposing photoshopped Smith lab photo –Stock lab photo https://www.123rf.com/photo_16955229_medical-and-health-bright-lab-laboratory-indoor-with-instruments-test-tubes.html?vti=nzvdq9iaqliikhzi9u-1-10 - ES 'photoshop' image SBA website (wayback machine) SphereBeingAlliance (Goode's website) posting image 2018-2021)], and presented their fake whistleblower stories to the public on Cosmic Disclosure and the internet as if true, when they knew they were false.

294.   The Montalbano's subscribed to GAIA TV and Ms. Montalbano watched Goode and Wilcock's Cosmic Disclosure show where they presented their SSP, ascension, dream, CIA MKULTRA, and space alien frauds [SACC ¶¶23-26; ¶¶28; ¶¶37-100] as if true, when they knew they were false.  Montalbano incorporates by reference the Fraud claim against The Enterprise.

295.   Montalbano watched Cosmic Disclosure via her home television (streaming 'broadcast') [Id. ¶46; ¶¶101-112] notably around 2015-2017, where Montalbano first saw and believed in Goode and Wilcock's fake alien, fake ascension, and fake dream psychic stories. (estimated cost of GAIA subscription dues paid $360)

296.   Due to belief in Goode and Wilcock's public frauds Montalbano shared by mistake and error approximately 500 Dream Vision Intellectual Property records (dream journal experiences and related dream research) via email delivered to Goode and his associates at SphereBeingAlliance@gmail.com. [¶¶117-119;  #295-1 Exhibit certified PLAC]

297. Subsequent the emails being received by, Goode, GES, Wilcock, and their associates; they fraudulently presented Montalbano's original Intellectual Property stories as derivative work stories, fake news stories and/or money scams, in both print (internet 'news' articles and books) and broadcasts (Cosmic Disclosure episodes). Montalbano incorporates by reference the Copyright claim against Goode, GES, and Wilcock showing in detail the IP records unlawfully used by the Enterprise.

298.   ~~Goode, Wilcock, their associates, and The Enterprise have a pattern of soliciting the general public for involuntary servitude via remote neural mind control (MKULTRA) broadcasts that targets the sleep states of consciousness and they falsely present these dream state neural interfacings as 'alien' or 'spiritual' experiences and the details are seen in Claim: 6; and exhibits #121-3, #121-6, #121-7,  #121-9, #121-11 thru #121-17]~~

299.   ~~After Goode, Wilcock, and their associates, obtained Montalbano's money, time, and private (Intellectual) property for free (¶¶100-126),  they then used their same public narrative frauds and schemes as a way to defame, harass, and destroy Montalbano's personal life, business, and reputation by now saying Montalbano was a stalker and part of their fantasy 'dark alliance' in order to maintain their public fraud, theft, laundered money, and unlawful use of Montalbano's Intellectual Property as their own and as part of their unlawful~~

Racketeering activities and the details are seen in ~~Claim xx Defamation.   Claims: 2-5, 7-12, 14-20 ;  and exhibits #121-2, #121-8,  #121-18, #121-19, #121-20, #121-21,  #121-22.~~

300.   ~~The Enterprise has a pattern of~~ Goode and Wilcock's role for the Enterprise is finding, then stealing and/or using legitimate researchers' work in the same or similar trades and professions ~~as  Goode  and  Wilcock  and~~  then  destroying  the  real  researchers'  public reputation, (like Montalbano's) by labelling them as criminals, such as stalkers and "Dark Alliance."  ~~and  greater  details  are  seen  in~~  Montalbano  incorporates  by  reference  the Defamation claim and Violation CCPA claim and in particular the unfair competition via disparagement of competitors' goods and services against The Enterprise. ~~Claims 2, 3, 10, and 12; and ¶¶319-320.~~

301.  ~~Goode, Wilcock, their associates, and The Enterprise used their public frauds to destroy Montalbano's reputation as a legitimate dream researcher in the same trade and profession as Goode and Wilcock to hundreds of thousands of people in the general public, who still believe their fake news and alien dream claims are true and the details are seen in Claims 2, 3, 4, 5, 7, 10, 11, 12, 17, 18, 19, and 20; and Exhibit #121-21.~~

302.  ~~Goode and Yanaros abused the legal system, June 2018 to current, to repeatedly threaten and extort Montalbano to be silent and drop charges. The other Public Servants participated in  this  extortion  through  their  willful  failure  to  stop  the  ongoing  racketeering  acts, defamation,  fraud,  theft,  harassment,  abuse  of  process,  and  malicious  prosecutions,  since June 2018 to current, in direct violation of their Oath of Office and sworn duties, and even overtly  denied  Montalbano  her  Constitutional  Rights  and  Due  Process  of  Law  on  multiple Court records and the details are seen in Claims: 10 thru 20; and [#121-21, #121-24]~~

303.    ~~Montalbano incorporates the General Allegations in ¶¶1- 281 by reference as evidence of (1) Conduct (2) Of an Enterprise (3) Through a Pattern (4) Of Racketeering Activity.~~

304.    ~~Montalbano incorporates all 20 Claims by reference as evidence of (1) Conduct (2) Of an Enterprise (3) Through a Pattern (4) Of Racketeering Activity.~~

**Extortion 18 USC 1951, 1952(a)(3)** ~~**and (b)**~~
(predicate RICO pattern act)
~~**(The Enterprise, Public Servants)**~~

305.    Goode, ~~Wilcock,~~ Yanaros, and Lorie, ~~their associates and Flynn, used extortion to maintain Goode and Wilcock's unlawful use of Montalbano's valuable Trade Secret research and Intellectual Property.~~ They used the Court system and abuse of process to threaten and instill fear in Montalbano and other Enterprise competitors and critics. Goode and Yanaros threatened Montalbano with multiple fraudulent criminal (stalking) charges for crimes not committed, opened multiple baseless cases against Montalbano under color of law, color of office, and color of official right and threatened Montalbano with police and court discipline for crimes not committed in order to promote the Enterprise's fake "Dark Alliance" and "stalking" narratives for profiteering and to maintain their unlawful use of Montalbano's Intellectual Property records as if the Enterprise's own and to coerce Montalbano to stay silent and not talk about the theft of her IP or legitimate dream research. [#121-25 Copyrights "Dreams The Missing Text" and "DreamWalker Dream Diary"]  ~~Goode and Yanaros worked with Judges, other attorney's, and other Public Servants working in their official capacity in Colorado Courts or related positions of public trust to violate Montalbano's Constitutional Civil Rights and destroy her business (commerce).   After these people consistently violated Montalbano's Civil Rights and right to Due Process of Law for well over two years (June 2018~~

~~to Current), under Color of Law, Color of Office, and Color of Official Right, Flynn imposed~~

~~excessive and extortionary fines against Montalbano.~~

306.     Ms. Valerie Yanaros is an attorney whose Enterprise role is to extort and destroy competitors of Goode, Wilcock and The Enterprise's rackets through abuse of process with her 'client' Mr. Goode. Montalbano (a competitor and critic of the Enterprise's frauds) incorporates by reference the Abuse of Process and Malicious Prosecutions claims against Ms. Yanaros and Mr. Goode showing they lie on court records as part of their extortion rackets to destroy Enterprise competitors.

307.     Ms. Valerie Yanaros' sister, Ms. Teresa Yanaros, was formerly Goode's marketing manager and promoted Goode and The Enterprise's fake ascension, fake alien, fake 'dark alliance' and fake news stories on YouTube. [#121-18 at 34, (PLAC) No. 3-7 TY unlawfully disseminating Montalbano's original IP dream experience of an 'ET exchange program' as if her own intel (SACC ¶513)] **(Exhibit 2** (screenshot taken July 29, 2017) Goode on YouTube with Teresa Yanaros promoting his fake news against critics/competitors Daniel Liszt [¶319,  ¶320 I, ¶347] and Bill Ryan [¶¶316-317, ¶347])

308.     Montalbano met Ms. Teresa Yanaros at Eclipse of Disclosure (August 2017) [¶114, ¶203 (Vivian Davis using Montalbano's artwork on her presentation slide at Eclipse of Disclosure), ¶513 Teresa Yanaros disseminating Montalbano's ET exchange program dream info]. She was a speaker at the event. Montalbano and Ms. Teresa Yanaros had planned to meet the evening the day they met, then Ms. Teresa Yanaros attended Mr. Goode's 'VIP' type private meeting and flaked on meeting with Montalbano that evening. Montalbano reasonably

believes Goode defamed Montalbano to Ms. Teresa Yanaros as the friendship never went much of anywhere after that. **(Exhibit 3** text messages Montalbano and Teresa Yanaros)

309.     Ms. Valerie Yanaros' role for the Enterprise is to also threaten Goode and Wilcock's publicly vocal critics with civil SLAPP lawsuits (Strategic Lawsuits Against Public Participation [#254-3])  and criminal (stalking) lawsuits for criticizing her sister's (then) work associate, Goode, and his fake stories. Ms. Valerie Yanaros has repeatedly used this extortion racket tactic against Montalbano in efforts to silence Montalbano and to maintain the Enterprise's continued unlawful use of Montalbano's original Intellectual Property records. Montalbano incorporates by reference the Abuse of Process and Malicious Prosecution claims, against Ms. Yanaros and Mr. Goode.

310.     The Yanaros family are business associates of Goode and The Enterprise, with a vested interest in the Enterprise's financial successes or failures.

311.     Montalbano personally witnessed the following Enterprise competitors publicly speaking out  (notably via YouTube channels) about also being threatened by Ms. Yanaros or Ms. Lorie with civil or criminal lawsuits for publicly criticizing Goode and Wilcock's fake news and fake alien stories by showing factual evidence of the Enterprise's frauds [¶320, ¶347]:

     A.  Mr. Weidner (former employer)

     B.  Jason Rice (alleged SSP whistleblower)

     C.  Jimmy Church (radio show host) and his wife

     D.  Richard Dolan (public speaker)  and his wife

     E.  Joe from the Carolinas (YouTube show host)

F.  CW Chanter (aka Benjamin Zavodnick) (YouTube show host)

G.  Christina Ferrante (YouTube show host)

H.  Cliff High (Public speaker)

I.  Dark Journalist (Daniel Liszt) (news reporter)

J.  MJ Banias (news reporter) **(Exhibit 7** #121-7 at 7 ~~at 8 of 20~~)

K.  Patty Greer (Crop circle researcher and public speaker)

312.  Yanaros and Lorie perform abuse of process to extort and threaten Goode and Wilcock's critics with civil and criminal lawsuits that are then used by Goode and Wilcock to promote The Enterprise's public frauds and defamation schemes under the false pretense of "Dark Alliance" and "stalkers" to obtain product sales and more illicit donations. [¶¶328-333]

313.  Ms. Lorie is an attorney who writes 'ascension' courses for Goode and The Enterprise and is a ("former") business associate of Goode and Wilcock that has created courses and products the Enterprise markets, promotes, and sells, that brought in around $700,000 in sales. [#248-2 Lorie Boulder Lawsuit against Goode for not paying her for services; #161-5 at 2 Lorie's Website for lawsuit donations stating Goode grossed over $700,000 selling her course]

314.  Ms. Lorie is a business associate of Goode, Wilcock and The Enterprise, with a vested interest in the Enterprise's financial successes or failures.

315.  Ms. Lorie's enterprise role is to create courses/products for sale by The Enterprise and then legally threaten (extort) any critic of she and The Enterprise's products that fail to provide customers with the expected result, such as ascending from taking their ascension courses [#121-7 Wilcock ascension scam - news article by Mr. Banias], and to extort anyone criticizing

her business associate David Wilcock and his fake ascension teachings and money laundering scams. [#121-7 at 7, Mr. Banias threatened by Lorie for writing the news article]

316.   Lorie [¶8, ¶36] threatened another critic of Wilcock's, Ms. Ferrante (a victim and witness against Goode and Wilcock), and Lorie claimed she represented Wilcock and Goode to Ms. Ferrante, then provided Ms. Ferrante with a fake law firm address for legal communications. [¶¶235-236, ¶¶262-236;  #121-1 Lorie fake law firm address USPS Certified Mail returned to sender (Montalbano)]

317.   On court records, Ms. Lorie claims she never represented Goode [#248-2 Boulder Court Complaint by Lorie against Goode and et.al.] (except one time for a paper filed in the Mesa case involving Montalbano). Showing her racketeering role is to unlawfully threaten Enterprise critics under false pretenses she is legal counsel for her business racketeering associates Goode and Wilcock. Montalbano incorporates by reference the Abuse of Process claim against Ms. Lorie.

318.   Goode has regularly used lawsuits as a way to garner donations off of the public since as early as 2012.[41] [#121-2 Partial filing of Exhibit CI;  **Exhibit 4** at 9 – full Exhibit CI from case 18CV50 - Goode asking for donations for a lawsuit in 2012]

319.   Goode has regularly used lawsuits and threats of lawsuits (racketeering extortion pattern) as a way to gain donations, public fame, notoriety, and to defame former co-workers and employers as criminals (terrorists) which includes his former coworkers and employer at

---

[41] Exhibit of Goode's Facebook post from 2012 requesting donations for a lawsuit, filed as Exhibit CI Mesa Court Record July 20, 2020

Darling International who obtained a lifelong stalking protection order against Goode to stop the threats [¶674 F; #26-5 at 1-3 (Darling v Goode permanent stalking protection order); **Exhibit 5** Darling v Goode Complaint, Affidavits coworkers, and full YouTube transcription, with threats from Goode starting on p20 at line 19 ("terroristic threat") and Goode claiming he's making a documentary of it all (lines 21-22) and sending his fictional terrorist story to FOX 4 News (p21 at line 7), whereby Goode fraudulently claims 'Darling International' put a bullet in his kitchen window (p24, line 19)]. Now Mr. Weidner, Mr. Rysavy, Mr. Warkins, Ms. Medvedich, and GAIA INC (Goode's most recent former employers) are also directly addressing the exact same extortion racketeering pattern in this instant case.

320.    Mr. Goode set up LIGHT WARRIOR LEGAL FUND LLC ("LWLF") to collect money (scam/profiteer) off the public to pay for he and The Enterprise's current extortion rackets.

321.    Upon information and belief LWLF pays Goode's business associates Ms. Yanaros and Ms. Lorie for their legal extortion rackets, under the false pretense of 'legal representation' of Goode and Wilcock.

322.    Upon information and belief Goode, Yanaros and/or Lorie, bribed, threatened, or otherwise negotiated a deal with Chief Judge Brian James Flynn in case 18CV50 to ignore all Montalbano's claims and evidence against Goode and then lie on the Mesa Court Record in his 'orders' and 'judgment' [#121-24 at 3] to unlawfully dismiss the case based on lies. Montalbano incorporates by reference the Deprivation of Civil Rights claim showing Flynn willfully, repeatedly, and maliciously failed to perform his sworn constitutional duties in case 18CV50.

323. ~~Montalbano incorporates the General Allegations in~~ ¶¶1-281 ~~by reference and in particular~~ **¶¶211-279**.

324. ~~Montalbano incorporates by reference all~~ 20 Claims ~~as evidence of The Enterprise and Public Servants extorting Montalbano with fear, threats, and Color of Official Right to obtain and maintain the unlawful use of her private property with repeat efforts to coerce Montalbano into dropping claims against Goode.~~

### ~~DAMAGES~~

325. ~~Based upon the facts of all 22 Claims, Montalbano believes she is entitled to injunctive relief and to recover damages for the foregoing act of extortion to include actual damages proximately caused as a result of the proceedings, emotional distress, humiliation, injury to reputation, loss of time and business, attorney/legal fees, statutory damages, and punitive damages, along with any other relief the Court deems just.~~

326. See claims 1, 12, 13, 14, and 15, ~~for extortion damage related to legal threats to conceal The Enterprise's unlawful RICO acts.~~

### ~~DAMAGES AND INJUNCTIVE RELIEF~~

327. ~~Based~~ upon the facts of all Twenty Claims and ~~upon the foregoing act of RICO and Racketeering of Corrupt Organizations; Montalbano believes she is entitled to recover:~~

   a. ~~Actual damages: from The Enterprise,~~ Public Servants, Goode, and Wilcock ~~for Event fees,~~ lawsuits, ~~travel expenses, donations, subscription to program fees (Cosmic Disclosure), and unrebutted PLAC agreement damages of $68,012, for unlawful and~~

illicit use of Montalbano's Intellectual Property and Trade Secret IP within their Racketeering activities.

**b.** Consequential damages: from The Enterprise and Public Servants, for compensation for loss of business investments, loss of business growth, loss of reputation, loss of investments to private contractors that fell through due to The Enterprises' ongoing racketeering acts, and loss of time since April 2018 due to having to litigate the claims and dealing with multiple malicious prosecution cases.

**c.** Non-economic damages (for mental suffering),

**d.** Attorney/legal fees: to include all costs of this and related malicious lawsuits since June 2018, actual fees, court fees, false judgment fees $116,600, self-help fees, and all legal mailing expenses since April 2018, and compensation from Goode/GES as acquiescenced to by them specifically for Montalbano's time spent in self-representation since April 18, 2018 and as cited in the unrebutted PLAC agreements at a rate of $150/hr should Montalbano have to litigate the claims. **[#121-18 at p4]**

**e.** Punitive damages for malicious intent

**f.** Treble damages for fraud by The Enterprise and any other relief the Court deems just.

## RICO
## CLAIM 4
## FRAUDS AND SWINDLES (MAIL) 18 USC 1341
### (Predicate Act)

### (The Enterprise, Public Servants)

**328.** Montalbano incorporates the General Allegations in ¶¶1-281 by reference.

329.    ~~The Enterprise devised a scheme and artifice to defraud the general public of their time, money, and precious resources. This scheme was also used to defraud Montalbano of her highly rare and extremely valuable dream research, talents, time, and vast amounts of Intellectual Property, through The Enterprise making false promises to the general public that Goode and Wilcock were legitimate dream teachers, dream psychics, alien contactees, government program whistleblowers, spiritual people, and people of 'love and light' helping humanity. The Enterprise devised the 'Blue Avian' alien narratives, false ascension (spiritual) teachings, and related fake news stories to accomplish their unlawful goals and used the mail delivery services to take and receive therefrom.~~

330.    ~~Montalbano incorporates by reference all~~ 20 Claims ~~as evidence of a scheme.~~

331.    The Enterprise publishes books, articles [#121 Exhibits 3-7], and other related materials or products, such as T-shirts, hats, comic books, and mugs [#1-2 Goode Trademarks: Sphere Being Alliance, SBA], based on their fraudulent alien narratives and fake news stories that they claim are true (non-fiction), when they know they are false (fiction).

332.    ~~that were delivered by mail, along with The Enterprise receiving money by mail based on their public narratives and Montalbano purchased some of their books.~~

333.    Montalbano purchased two books by Goode's Enterprise associate; Dr. Michael Salla; filled with Goode's Secret Space Program (SSP) fake news and space alien lies. [¶514 Salla making up fake news, October 20, 2017, about square flying ships based on Montalbano's 2010 dream vision of square ships emailed to Goode June 25, 2017]

[#290-1 – Salla books purchased via Amazon $34.94; **Exhibit 6** Salla book jacket cover claiming detailed disclosure of the alleged 'Secret Space Program' with 'whistleblower' Goode].

334.     Goode and Wilcock host and participate in public for profit speaking events where they tell their fake stories [¶¶39-113] and present them as true, when they know they are false, to bring money to The Enterprise to further fund their fake story money laundering rackets. Montalbano paid for travel, room, and event tickets, to attend these events believing the stories were true, when they were not. [¶¶114-116]

335.     ~~Goode and the Public Servants used paper mail to deliver knowingly fraudulent extortion papers and alleged legal documents or alleged 'court' orders to Montalbano under color of official right and delivered them by paper mail to Montalbano.~~ (Claims 15, 16, 17, and 18)

## DAMAGES

336.     ~~Based upon the facts of all~~ 20 Claims ~~Montalbano believes she is entitled to recover damages based upon the foregoing act of~~ Frauds and Swindles (mail); ~~to include: actual damages such as book purchases, punitive damages, and attorney/legal fees and any other remedy and relief the Court deems just and proper. See Claim Damages:~~ 1 RICO, and 10, 11, 12, 13, 14, 15, and 16 ~~for further mail specific damages.~~



**RICO
CLAIM 5**

## FRAUDS BY WIRE, RADIO, OR TELEVISION   18 USC 1343
(Predicate Act)
(The Enterprise)

337. ~~Montalbano incorporates the General Allegations in ¶¶1-281 by reference.~~

338. ~~The Enterprise devised a scheme and artifice to defraud the general public of their time, money, and precious resources. This scheme was also used to defraud Montalbano of her highly rare and extremely valuable dream research, talents, time, and vast amounts of Intellectual Property, through The Enterprise making false promises to the general public that Goode and Wilcock were legitimate dream teachers, dream psychics, alien contactess, government program whistleblowers, spiritual people and people of 'love and light' helping humanity. The Enterprise devised the 'Blue Avian' alien narratives, false ascension (spiritual) teachings, false "Dark Alliance" narratives, and related fake news stories to accomplish their unlawful goals and created media for wire, televisions, and radio that is delivered to electronic devices used by millions of people around the world who see and hear these stories and believe them to be true. (Claims 1-3, 6-12, 14-20)~~

339. ~~Montalbano incorporates by reference all 20 Claims as evidence of fraudulent misrepresentations.~~

340. These fraudulent misrepresentations were notably first produced and broadcast and/or streamed by GAIA with David Wilcock and Corey Goode in their show, "Cosmic Disclosure."

341. Goode (also contracted as GES with GAIA [#260 at 2]) and Wilcock unlawfully used Montalbano's original Intellectual Property dream journal records as source materials for their Cosmic Disclosure shows notably during 2017 and did not disclose Montalbano was the source

or that they were making it all up based on Montalbano's original IP.  Montalbano incorporates by reference the Copyright claim and Trade Secret claim against James Corey Goode, GES, and David Wilcock.

342. Goode and Wilcock have a racketeering pattern of regularly stealing other artists' and authors' work and using them to profiteer off of as fully plagiarized works or derivative works for The Enterprise. Montalbano personally witnessed other authors, artists, and researchers (notably via YouTube) publicly claim Goode and Wilcock also used their materials as their own, to include (but not limited to):

   a. Michael and Stephanie Relfe - who claim Goode plagiarized their Secret Space Program experiences as his own (fully plagiarized work) [¶316; ¶526 C.]

   b. Bill Ryan – who claims Goode extensively data mined the project Avalon forum and its members for story telling materials. [¶317]

   c. Artist Jim Nichols – claims Goode used his art on his new book cover and was never contacted by the publisher or Goode for permission. [¶526 B; **Exhibit 7 (Traditional Video Submission)** – Jim Nichols claiming Goode used his art on book cover; next 'Agent K' claims Goode used his spaceship design and ignored questions about it. **Exhibit 8 screenshots** 'Agent K' spaceship art and Goode's similar spaceship; after that Ms. Teresa Yanaros is seen with Goode at his pool party [#121-18 at 18 (PLAC) No. 3-40 -  Teresa Yanaros (Valerie Yanaros' sister) at the Goodes' home in their pool]

d.  Linda Moulton Howe – claimed Mr. David Wilcock plagiarized her whistleblower research. She reported it to YouTube and Wilcock's plagiarized YouTube video was struck for copyright violations (fully plagiarized work). [¶526 A; **Exhibit 9 (Traditional Video Submission)** LMH on YouTube talking about copyright violations by Wilcock]

e.  Upon information and belief, Goode and Wilcock's Blue Avian narratives are plagiarized from Bonnie Meyer's Book "Alien Contact: the messages they bring" published February 14, 2006.   https://www.amazon.com/Alien-Contact-messages-they-bring/dp/0595384048 whereby Ms. Meyer claims being in contact with a tall blue bird alien. **(Exhibit 10** Meyer book cover with tall blue bird); #121-3 at 4, Goode claiming contact with tall blue birds (Blue Avians); #121-9 CIA project BLUEBIRD for remote mind control; #121-11 CIA Telepathic Behavior Modification]

343.  The Enterprise's fraudulent wire, radio, and television broadcasts have notably been seen via the internet in the following known (and not limited to) platforms:

a.  **Websites**

(i.)  LWLF https://www.lightwarriorlegalfund.com/ [#121-2 at 1-9, #254-1, #254-2, Goode's LLC defaming Montalbano as a stalker via using Goode's lies on court records, and then collecting donations from the public for his extortion and defamation racketeering acts against Montalbano and other competitors]

(ii.)  https://disclosurecomics.com/

(iii.)  https://coreygoode.com/

(iv.)  https://divinecosmos.com/

(v.)  https://thedisclosure.com/course/

**b.  Facebook**

(i.) Sphere Being Alliance https://www.facebook.com/BlueAvians

(101K likes/followers)

[#121-21 at 1-2, and SACC ¶¶543-544, Goode defaming Montalbano as a stalker]

(ii.)Corey Goode https://www.facebook.com/CoreyGoodeOfficial/ (104K followers)

**c.  YouTube**

(i.) Corey Goode on Jenny McCarthy show telling space alien lies as if true when he knows they are not:

https://youtu.be/lpQNqMEVqrg  video posted November 19, 2020 titled "Corey Goode on The Jenny McCarthy Show 11/17/20"

(ii.) Corey Goode (alien fraud) YouTube channel: SphereBeing Alliance

https://www.youtube.com/c/SphereBeingAlliance (172,000 Subscribers)

(iii.)   COREY GOODE (defamation) YouTube channel: Corey Goode

https://www.youtube.com/c/COREYGOODEVLOG  (9.96K subscribers)
[#121-21 at 8 and 12-14, Goode defaming Montalbano as a stalker]

(iv.)   David Wilcock (fake news, fake dream teachings, fake dream predictions, and money scam) YouTube channel: "David Wilcock ] Divine Cosmos (OFFICIAL)"
https://www.youtube.com/c/davidwilcock333
[#262-1 (video exhibit) and #262-2 (Montalbano dream vision) – Exhibit showing Wilcock using Montalbano's 2016 Hover Car dream vision (emailed to Goode 2017) to create his 2021 hover car scam]

**d.  Reddit**

(i.) https://www.reddit.com/r/CosmicDisclosure/

[#121-21 at 3, Goode defaming Montalbano as crazy for being a legitimate competitor that actually sees things in dreams before they occur in waking states (see #231-2 dream vision (Covid) vaccine problems filed on Mesa Court Record prior the similar subsequent matching (Covid) vaccine waking state problems)]

(ii.) https://www.reddit.com/user/SBAGoode

[#121-21 at 4, Goode defaming Montalbano as a stalker, crazy, and having an affair with him]

**e. Twitter**

(i.) Corey Goode https://twitter.com/coreygoode (72.2K followers)

[121-21 at 9-12, Goode defaming Montalbano as crazy, a criminal stalker, 'dark alliance' and having an affair with him]

(ii.) David Wilcock https://twitter.com/david_wilcock (147K followers) promoting his fake stories, fake whistleblowers, and money scams account

**f. Instagram**

(i.) David Wilcock "David_Wilcock" https://www.instagram.com/david_wilcock/ (58.8K followers)

(ii.) Corey Goode "coreygoodeofficial" https://www.instagram.com/coreygoodeofficial/ (1,144 followers)

**g. Podcasts**

#6874 "Accelerating Ascension" With Cedric Lynn Sherrod & SphereBeing Alliance" https://www.listennotes.com/ms/podcasts/underground/6874-accelerating-ascension-s854kFNr91C/

**h. GoFundMe** [#121-2 at 15-24, Pete Peterson Go Fund Me scam]

i.  **Radio Shows**

Corey Goode on "Fade to Black" with radio show host Jimmy Church, August 9, 2017 https://jimmychurchradio.com/corey-goode-on-fade-to-black-4/ (Mr. Church and his wife were also later threatened by Goode and Yanaros [¶320 C.])

j.  **Amazon**

(i.) The Cosmic Secret – David Wilcock prophesy's
https://www.amazon.com/Cosmic-Secret-David-Wilcock/dp/B081KB6D79/ref=sr_1_1?crid=17PUU5F9VHK4W&keywords=corey+goode&qid=1653604980&sprefix=corey+goode%2Caps%2C252&sr=8-1

(ii.) Above Majestic – Secret Space Program fraud with Corey Goode and David Wilcock
https://www.amazon.com/Above-Majestic-David-Wilcock/dp/B07JLZL5WF/ref=sr_1_2?crid=17PUU5F9VHK4W&keywords=corey+goode&qid=1653604980&sprefix=corey+goode%2Caps%2C252&sr=8-2

k.  **PayPal** [¶122 b. Mr. and Mrs. Goode's PayPal 'they are poor' dental donation scheme; #121-2 at 10-14]

l.  **Zazzle Store**   https://www.zazzle.com/store/spherebeingalliance

## DAMAGES

344.  ~~Based upon the facts of all 20 Claims Montalbano believes she is entitled to recover damages based upon the foregoing act of~~ Frauds by Wire, Radio, or Television~~; to include actual damages, punitive damages, and attorney/legal fees and any other relief the Court~~

deems just. See Claim Damages: 1 RICO, 2, 3, 6, 7, 8, 9, 10, 11, 12, 17, 18, 19, 20 for further broadcast related damages.

## RICO
## CLAIM 6
### ENTICEMENT INTO SLAVERY HUMAN TRAFFICKING 18 USC 1590
**(Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor)**
(Predicate Act)
**(The Enterprise, Public Servants)**

345.   Montalbano incorporates the General Allegations in ¶¶1-281 by reference

346.   Upon information and belief, Goode, Wilcock, The Enterprise, and John and Jane Does, use Goode's fraudulent 'Blue Avian' and 'alien' narratives to entice children, young adults and mature adults all over the world, into being MiLab (MiLitary Abduction) kidnapped and placed into involuntary servitude (volunteers) and/or human trafficked via remote neural interfacing.

347.   Montalbano incorporates the allegations in COUNT 12 Civil Conspiracy; COUNT 13 Civil Act for Deprivation of Rights; COUNT 14 Abuse of Process; COUNT 15 Malicious Prosecutions; and COUNT 16 Extortion by reference as evidence of obstruction of justice by The Enterprise and Public Servants.

348.   The Enterprise and Public Servants have shown a pattern of racketeering to obstruct and prevent the investigation and/or enforcement of stopping these acts; via obstructing Montalbano's original case 18CV50.

349.   The Enterprise and Public Servants have shown a pattern of racketeering via extorting Montalbano and her witnesses via repeat abuse of the legal system.

350.   These acts of obstruction of justice and Civil Rights violations were knowingly performed by the following Public Servants:

a.  **Mr. Brian James Flynn** - Mesa District Civil Court, Chief Judge – promoted a state of anarchy by outright denying Montalbano her Constitutional Civil Rights on the Mesa court record on two separate occasions and refused to stop civil rights violations by Goode, Yanaros, Lorie, and refused to enter legal investigation of civil criminal acts involving CIA mind control programs and remote neural interfacing.

b.  **Mr. William Campbell** – Colorado Judicial Commission – refused to remove or investigate Flynn for failing to perform his judicial duties in case 18CV50, and did not report Flynn's Civil Rights violations and instead wrote papers to justify and conceal them.

c.  **Mr. William Sightler** – Mesa District Civil Court, Court Executive - did not remove or report Flynn for Civil Rights Violations and also justified and concealed them.

d.  **Mr. Matthew D. Grove** – Colorado Court of Appeals, Judge – denied a timely filed appeal, obstructed justice, and supported Flynn's unconstitutional orders and sought to conceal Flynn's perjury and ongoing Civil Rights Violations against Montalbano and to 'permanently' take away Montalbano's Constitutional Civil Rights by participating in fraudulently writing unlawful dismissal 'with prejudice' orders.

e.  **Ms. Christina F. Gomez** – Colorado Court of Appeals, Judge – denied a timely filed appeal, obstructed justice, and supported Flynn's unconstitutional orders and sought to conceal Flynn's perjury and ongoing Civil Rights Violations against Montalbano and to

~~'permanently' take away Montalbano's Constitutional Civil Rights by participating in fraudulently writing unlawful dismissal 'with prejudice' orders.~~

    f.  **~~Ms. Diana Terry~~** ~~– Colorado Court of Appeals, Judge – denied a timely filed appeal, obstructed justice, and supported Flynn's unconstitutional orders and sought to conceal Flynn's perjury and ongoing Civil Rights Violations against Montalbano and to 'permanently' take away Montalbano's Constitutional Civil Rights by participating in fraudulently writing unlawful dismissal 'with prejudice' orders.~~

    g.  **~~Ms. Valerie Yanaros~~** ~~- Goode's Texas based attorney – did not report Flynn's Civil Right violations all during case 18CV50 and did not report the other public servants' similar oath violations to include: Ms. Lorie, Mr. Grove, Ms. Terry, and Ms. Gomez. (18 USC §2382 – misprision of treason) Ms. Yanaros also personally placed multiple frauds upon multiple courts (Mesa, Broomfield, and Denver Federal) against Montalbano.~~ **~~(Claims 14 and 15)~~**

    h.  **~~Ms. Elizabeth Lorie~~** ~~- Goode and Wilcock's Florida based attorney – did not report Flynn or Wilde for their Civil Rights violations and extorted witnesses (Ms. Ferrante) in Montalbano's case~~

## ~~TRAFFICKING AND~~ INVOLUNTARY SERVITUDE

351.    Upon information and belief the manipulation into involuntary servitude predominantly involves remotely neural scanning the Targeted Individual's (TI) brain to non-consensually obtaining their digital brain signature, medically termed 'EEG Heterodyning Cloning'. Once the EEG clones are obtained (related to CIA MKULTRA A.I. S.A.TA.N. technology and

DOD Sentient World Simulation), it is believed they are used to remote neural interface with Goode and Wilcock's alien cult followers to mind control them via dream states. These remote neural interfaces are observable by the Targeted Individual/victim (such as Montalbano) as dream state (neural) interactions and/or felt as physical sensations of the body during waking states to include euphoria, sexual, depression, and anxiety. Good and Wilcock fraudulently tell their cult followers these illicit neural interfacing interactions are 'ascension symptoms' and 'spiritual experiences' with their 'loving aliens' when they know this to be false.. **[ECF #121, Exhibits 3, 6, 7, 17, 19]**

352.    Scientists have proven in a recent dream study that two-way communication (dialogue) in real-time occurred between a sleeping-person and the awake-person experimenting on them. (See ¶458 for article details)

353.    Scientists have also proven that dreams are actual tangible electrical neural experiences occurring and not just 'confabulations' created upon waking. (See  ¶456 for article details)

354.    As part of the fake story rackets, Goode claims he participated in the U. S. Government SSP (Secret Space Program) and is a whistleblower [¶54, #121-3; #121-6;].  Goode has never been in the Secret Space Program.

355.    As part of the fake story rackets, Goode and Wilcock claim they are in contact with 8 foot plus tall blue bird ('Blue Avian) aliens  and other outerspace aliens [¶¶64-76, ¶¶93-94 (Cosmic Disclosure S7 E4) #121-3; #121-6].  Goode and Wilcock have never been in contact with any space aliens.

356. Upon information and belief Goode is currently in the U.S. Military's [¶25 e. Goode Texas Army State Guard [#26-5 at 5, Texas Court Record Goode's Military Service claim] SSP - Scientific Services Program [¶55, ¶¶194-195] (not "SSP" - Secret Space Program) using his CIA (Central Intelligence Agency) and DOD (Department Of Defense) satellite networking, computer Networking and related radio, remote viewing, and electronic skills [¶¶25-26] to explore remote neural Interfacing for mind control and involuntary servitude of he and Wilcock's followers via dream state neural interfacing for the CIA [#121-3 at 1, Goode claiming aliens neural interface (neural network) with his followers; #231-1 video CG required to do remote frequency assaults (murder) in CIA and discussing alleged 'alien' sex trafficking] and knowingly falsely calls it the Secret Space Program "SSP" and "alien" communication. [#121-6 Goode SSP Psychic Wars; #121-13 CIA Psychic Warfare document; #121-11 Telepathic Behavior Modification (frequency broadcasts); #121-9 CIA Project BLUEBIRD; #121-17 S.A.T.A.N. (Silent Assassination Through Adaptive Networks); ¶¶127-206 government behavior modification programs via frequencies and patents]

357. The DOD's Sentient World Simulation and DARPA (Defense Advanced Research Projects Agency) have been working on brain/computer neural interfacing for many years to make people think, feel, and believe in false experiences as being real and that are created by frequency broadcasts directed to and from the brain **(Exhibit 11 (Traditional Video Submission)** various YouTube video clips of experts discussing brain/computer interfacing technologies and microscopic nano technologies: **Bryan Kofron** (Private Security Industry Specialist Whistleblower), **Dinis Guarda** (Ztudium, Founder – blockchain, Artificial Intelligences, IOT, and digital (DNA) wellness); **Steve Hoffman** (Silicon Valley Angel

Investor and CEO of Founders Space), **Dr. James Giordano, PHD, MPhil** (Advisor to the Pentagon, DARPA, and EU Human Brain Project); **Brian Tew** (Targeted Individual and DOD Whistleblower); **Robert Duncan** (multiple Harvard degrees, author Project Soul Catcher (S.A.T.A.N.) [#121-17], has worked with DOD, DARPA, Army, Navy, Oracle Corporation, BEA Systems, and more – programming human brain/computer interfaces and states its 'MKULTRA on steroids')

358.   The CIA (who Goode claims working for in the MKULTRA program [¶¶56-61]) has a pattern of using frequencies to assault others' brains to cause damages. To give CIA employees legal recourse/monetary compensation for frequency brain assaults, the Havana Act of 2021 was passed. [#225-4 S. 1828 - Havana Act of 2021;  #278-1 Chile first country to pass Neuro Rights law to protect one's own thoughts inside their head as the mental data can be 'read' and 'written to' (remotely (WiFi)) just like computers]

359.   Montalbano has personally experienced and documented these repeat, non-stop, and ongoing sleep and waking state neural interfacing communications in her dream journals as directly related to Goode (¶¶196-200), Wilcock (¶¶201-202) , their associates, and John and Jane Does participating in their public mind control 'Blue Avian' frauds.

**[#121-3,  #121-6,  #121-9, 121-11, #121-17]**

~~There are essentially no aliens but there are a lot of military people, lab doctors, MIBs, corporate people, A.I. technologies, underground tunnels, drugs, injections, hypnosis, sexual assaults, and similarly situated (much worse) problems and all are associated with the MKULTRA mind control programs (Subconscious Isolation) that intentionally target the~~

~~dream states for psychic warfare via neural interfacing and that Goode publicly claims participating in.~~

360.     These types of remote frequency based neural and body interfacing assaults are referred to as "rape mind" by Cyrus A. Parsa, CEO of The AI Organization, who has extensively worked with these types of technologies and has technical knowledge of how these remote interfacings work and he will be sought as an expert.

361.     EEG Heterodyning Clones and their use via computers to remote Virtual Reality (VR) interface with the Targeted Individual (TI) may be traced by computer Internet Protocol (IP) addresses. Goode possesses the skills required to VR interface with Montalbano and Montalbano believes he is doing so. [¶¶25-26]

362.     EEG Heterodyning Cloning (as related to CIA MKULTRA S.A.T.A.N [#121-17].) is notably illicitly used for remote VR sex or conversely remote electronic assaults, and by Doctors in the medical field for tasks such as remote removal of brain tumors using frequencies and light only. Montalbano believes Goode and Wilcock have and are using her EEG Heterodyning Clone and that their associate and former Cosmic Disclosure (fraud whistleblower) Mr. Emery Smith helped procure this.

363.     Mr. Smith has an extensive medical background and is prolifically known in the biomedical field, has owned multiple companies, and was involved in a lawsuit with his medical company EMCYTE CORP (Case No. 15-CA-001620, IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA) that involved medical equipment Smith invented and patented, called "Emcyte genesis

system".[42] Mr. Smith's public frauds center around his delusional claims that he's done thousands of medical 'alien' autopsies and/or 'alien' samplings allegedly for secret government programs he's 'whistleblowing' on, when he knows this to be false. [#121-23 Smith fake lab photo]

364. ~~Montalbano has extensive records of 'dream state' (neural) interfacing communications with Goode and Wilcock and can prove their visits via her extensive dream journal records, because like organized stalking there is a similar trail of evidence, notably Goode and Wilcock tell Montalbano in 'dreams' (neural broadcasts) what they are planning to do to or with her in waking states; then they and/or their associates do the similar or same acts in waking states.~~ (**[#121-18, #121-19]** ~~and see ¶¶196-201~~)

365. ~~It is believed that Goode obtained Montalbano's EEG Clone remotely via his CIA MKULTRA program connections and/or purchased it via the dark web.~~

366. ~~Non-consensually using someone's EEG Heterodyning Clone is considered a unique form of human trafficking and Montalbano believes she is a victim of this type of trafficking compliments of Wilcock and Goode's public dream frauds and CIA MKULTRA and MiLab mind control programs Goode publicly claims being in since childhood and states he actively participated in their remote assault assassinations via TI neural interfacing technologies.~~

367. ~~It is believed the main form of human trafficking The Enterprise is currently involved in is done via using illicitly obtained EEG Heterodyning Clones (CIA S.A.T.A.N.~~ **[#121-17]**~~) and that they are sold via black markets and/or illicitly used by themselves for 'dream' (neural) state experiments, illicit research, involuntary servitude (mind control), sexual encounters, or~~

---

[42] https://patents.justia.com/inventor/emery-smith

assaults with Goode and Wilcock's followers, such as having been directly experienced by Montalbano. **[#121-3, #121-6, #121-18]**

368.  The brain cannot distinguish the difference between a physical experience and an electronically induced (remote neural) experience. The feelings and sensations will be the same to the TI due to the stimulation of the brain's neurological centers being the same. In short, use of an EEG Heterodyning Clone brain signature for remote sex between two people will feel like physical sex to the parties involved, especially in dream states.

369.  It is believed these 'dream state' (neural interface) interactions fraudulently promoted by Goode and Wilcock as 'alien' or 'dream' experiences are intentionally designed to lead to physical encounters and/or physical assaults with the MKULTRA MiLAb programs after the TI victims is remotely hypnotized to falsely think they are going to have 'loving' physical experiences with Goode, Wilcock, or their 'alien friends' rather than being further illicitly neurologically assaulted and experimented upon. **[#121-3 and #121-6]**

370.  The CIA MKULTRA mind control programs extensively use hypnosis to make people falsely think they are having alien encounters. This deception shields the actual human assailants, like Goode and Wilcock, from repercussions for assaults (it is not viable to sue an E.T. alien for remote frequency assaults, physical assaults, or illicit lab experiments). **[ECF #121, Exhibits: 9, 10, 11, 12, 13, 14, 15, 16, and 17 at p7]**

371.  Goode, Wilcock, their associates, and John and Jane Does have tried repeatedly to remotely hypnotize Montalbano in neural dream states. Montalbano has extensively

documented these remote neural assault efforts in her dream journals. Science has determined dreams are literal neurological experiences and two-way communication-able. (¶456 and ¶458)

372.   Montalbano believes the frequency broadcast to her brain and body may be traced via the FCC carrier waves, 5G, and IP addresses, via Goode, Wilcock, and their associates' personal computers, laptops, cell phones, and similarly situated electronic devices in or at their homes and/or at locations they travel to for participation and research in the MKULTRA mind control programs directly targeting dream neural states.

373.   Upon information and belief, Goode, Wilcock and The Enterprise, are working with public figures and famous actors, for the purpose of human trafficking and/or involuntary servitude via mass remote neural interfacing (mind control) and EEG Heterodyning Cloning.

374.   Goode and Wilcock have been on the Jenny McCarthy internet broadcast show.

375.   Upon information and belief, Goode and Wilcock have been on Jenny McCarthy's internet broadcast radio show for the purpose of spreading Goode's fraudulent 'Blue Avian' narratives and "Dark Alliance" claims to millions of people globally with the intent of involuntary servitude and/or human trafficking via mind control and the spreading of propaganda.

376.   The Playboy Mansion is said to be physically connected with the 'underground tunnel systems' and PlayBoy (Hugh Hefner) is said to be inextricably linked with the CIA and MKULTRA.

377.   Goode claims having gone to the 'inner earth tunnels' with his alleged 'alien' friends. ([#121-3 at p2] "inner earth")

378.   Upon information and belief, Goode is working with humans in black operation programs for illicit human trafficking via remote neural broadcasts that operate and/or have a base of operation in the underground tunnel systems (DUMB Deep Underground Military Bases). **[#121-3 and #121-6]**

379.   Wilcock claims being close friends with actor/musician, Mr. Steven Tyler.

380.   Mr. Tyler's name is stated to be on the Jeffrey Epstein "Lolita Express" Jet's passenger list.  This particular plane's passengers were known to be associated with Epstein's massive child pedophilia and ritual (child) abuse, believed to be performed on 'Jeffrey Epstein Island.' (Retrieved November 21, 2020 from https://joekennedy.biz/politics/conspiracy-theories/jeffrey-epsteins-lolita-express-to-pedo-island-flight-list-who-is-who-on-it/2020/07/16)

381.   Upon information and belief Goode and Wilcock are working with Mr. Tyler for the purpose of involuntary servitude and/or human trafficking via mind control.

382.   Mr. Corey Goode and Mrs. Stacy Goode, threatened former co-worker, Yvonne Palermo via email, with kidnapping; as Ms. Palermo was publicly exposing their threats and deceptive trade practices.

383.   Wilcock and Goode work with the Edge of Wonder YouTube hosts Benjamin Chasteen and Rob Counts to broadcast their propaganda narratives to hundreds of thousands of people.

384.   Upon information and belief, Goode, Wilcock and The Enterprise, are working with Benjamin Chasteen and Rob Counts, for the purpose of involuntary servitude and/or human trafficking via mind control.

385.  ~~Benjamin Chasteen and Rob Counts (The Edge of Wonder YouTube channel cohosts) are associated with the Falun Gong/Falun Dafa religion.~~

386.  ~~Mr. Chasteen and Mr. Counts are, or have been, employed by THE EPOCH TIMES.~~ **[#121-7 at p9]**

387.  ~~THE EPOCH TIMES is a far-right international multi-language newspaper and media company affiliated with the Falun Gong new religious movement, based in the United States. The newspaper is part of the Epoch Media Group, which also operates New Tang Dynasty Television.~~

388.  ~~According to the CEO of The A.I. Organization, Cyrus A. Parsa, (who has consulted on Human Organ Trafficking) practitioners of the Falun Gong/Falun Dafa religion are harvested extensively (hundreds of thousands) for body part organs. This particular religious group is selected for extensive harvesting due to them being brainwashed (involuntary servitude) and having healthier lifestyles, which makes for healthier human organs for illegal organ trafficking, notably hundreds of thousands of organs are illicitly harvested and used in China and these processes are associated with overt remote neural A.I. mind control programs (Google, NeuraLink, Alphabet, DeepMind, Facebook, and more) and biochemical alterations. (see USDC case 3:2019cv02407, Docket 1 at 5)  Mr. Parsa will be required as an expert.~~

389.  ~~Based upon information and belief, Wilcock's wife, Elizabeth Wilcock, is a Falun Gong/Falun Dafa practitioner and actively participates in locating people for human tracking via this 'religious belief' system for mind control.~~

390. ~~Goode, Wilcock, The Enterprise, and John and Jane Does, are targeting the younger generation, such as teenagers and young adults via comic books, for human trafficking, via Goode's 'Blue Avian' alien narratives, and related Blue Avian alien propaganda that is both published and broadcast locally and abroad and that Montalbano also fell prey to believing.~~

391. ~~David Wilcock claimed leaving GAIA due to 'Luciferian' practices and abuse being performed there. This is believed to be fake news and a projection onto others of what Wilcock is involved in.~~ **([#121-4]** Wilcock Resignation Letter from GAIA)

392. ~~Based on Montalbano's personal experiences it is believed these illicit neural trafficking programs first seek to mind control (hypnotize) the Targeted Individual (TI) in sleep-wake states.~~

393. ~~The Enterprise, Goode, and John and Jane Does, have approached Montalbano in dream (sleep-wake) states threatening to body organ part harvest Montalbano, who told them no, then they tried to take Montalbano by force, which didn't work out so well for them. (Dream Vision dated and titled "2018_07_12_JUL_BORG_SHIP_LASER_SCAN_DEATH_THREATS_and blogged July 13, 2018 at:http://aristoneart.blogspot.com/2018/07/20180712jul-borg-ship-laser-scan-death.html?m=1~~

394. ~~Goode and Wilcock in particular, and The Enterprise generally, have been trying to entice Montalbano into involuntary servitude for years via remote neural (dream) states and mind control.~~

395. ~~Alleged 'Alien Abductions' became a more regular occurrence in the general public, with the 'advent' of MiLab (MiLitary Abductions) program.  The expert testimony of Dr. Helmut~~

Lammer and Marion Lammer authors of "MILABS: MILITARY MIND CONTROL & ALIEN ABDUCTION" will be sought.

## DAMAGES

396.    Based upon the facts of all Twenty Claims stated herein, Montalbano believes she is entitled to injunctive relief and to recover damages based upon the foregoing act of Enticement into Slavery Human Trafficking via mind control; to include:

a.    **Injunctive Relief** to stop all non-consensual remote neural broadcasts and any illicit use of Montalbano's EEG Heterodyning clone; and

Order The Enterprise to Stop and desist the following rackets: Fraud by mail, wire, radio, broadcast or television; extortion; and money laundering.

b.    Economic and non-economic damages to include damages for pain and suffering, psychological trauma, and loss of enjoyment of activities.

c.    Attorney/legal fees and any other remedy and relief the Court deems just.

d.    See Claim 1, 5, and 7 for more RICO damage specifics.

## RICO
## COUNT 8

### Economic Espionage 18 USC 1831
### (The Enterprise)

397.    Montalbano incorporates the General Allegations in ¶¶1-281 by reference.

398.    Upon information and belief, The Enterprise, has misappropriated Montalbano's highly rare and extremely valuable and coveted Trade Secret dream research and given it to both national and international intelligence agencies for study, such as to China or other eastern based intelligences. These Trade Secret records of Montalbano's were obtained by The

Enterprise through deception, via Goode and Wilcock's public alien narratives, donation schemes, and related fake news frauds and swindles.

399.   Montalbano incorporates by reference all 20 Claims as evidence of improper means and misrepresentations to defraud Montalbano of her trade secrets and distribute them internationally.

**DAMAGES**

400.   Based upon the facts of all Twenty Claims stated herein, Montalbano believes she is entitled to injunctive relief and to recover damages based upon the foregoing act of Economic Espionage; to include actual damages, punitive damages, and attorney/legal fees and any other relief the Court deems just.

401.   See Claim 1 RICO and 7 Trade Secrets, for damage specifics.

**RICO
COUNT 11**
MONEY LAUNDERING 18 USC 1956 RICO (Predicate Act)
(The Enterprise, Public Servants)

402.   Montalbano incorporates the General Allegations in ¶¶1-281 by reference.

403.   The Enterprise knowingly used personal property and research that does not legally or lawfully belong to them and that they knew did not belong to them, to include Montalbano's Intellectual Property and Trade Secrets, and The Enterprise created derivative works, fake news, fake "Dark Alliance" stories, and fake "Blue Avian alien" narratives to unlawfully obtain monetary proceeds from millions of people in the general public through their deceptive

trade practices and other unlawful activities. **[#121-7]**  The Enterprise has worked diligently to covered up and conceal the true source of ownership of information, research, and materials they receive through their ongoing deceptive trade practices used to carry out their money laundering schemes. The Enterprise also works with corrupt Public Servants in the legal system to obstruct justice, and maintain and promote their money laundering activities. (See all 20 Claims)

404.   Montalbano incorporates by reference all 20 Claims as evidence of fraud to launder money via performance of the unlawful specified activities.

405.   Goode possess the knowledge to money launder, having worked within Beal Bank, Federal Reserve Bank of Dallas, Texas. (¶26, e)

406.   Upon information and belief, Goode directly assists The Enterprise in laundering millions and even potentially billions of dollars through their known and unknown corporate fictions and/or subsidiaries

407.   Upon information and belief Goode assists in money laundering through setting up bank accounts to route The Enterprise's money nationally and internationally.

408.   Upon information and belief, Goode works with a network of complicit John and Jane Doe bankers and banking associates.

409.   Upon information and belief the John and Jane Doe banking network of associates help The Enterprise conceal laundered monies.

410. ~~Upon information and belief the John and Jane Doe banking network of associates help The Enterprise conceal and route portions of laundered monies to black operation CIA or similarly situated illicit programs.~~

411. The Enterprise's alien stories, 'news', ascension courses, "Dark Alliance" narratives, "Stalking narratives", and donation requests are all money laundering schemes.

412. Mr. Wilcock and Mr. Smith created a fake news story donation scam (money laundering racket) based on Montalbano's original Intellectual Property dream vision record titled "Losing a Bullet Bet". They lied to the public that Mr. Smith was threatened by having a bullet left on his table **(Exhibit 12** Wilcock fake 'dark alliance' news story to obtain donations for Smith - https://divinecosmos.com/davids-blog/1224-emery-smith/) that looked like the bullet described in Montalbano's original dream journal IP record along with a similar story told by Wilcock and Smith. [¶520; #121-18 at 36-37, PLAC bullet bet and bullet image [#295-1 PLAC certified]] Mr. Smith has a drinking and medical prescription drug problem that results in 'accidents' that he and Wilcock glamorize as being 'dark alliance' attacks (when they know this to be false) to profiteer off the public. [**Exhibit 13 screenshots ES** Exposed by his ex-fiancé Kim Cohen in videos. Cohen also claims she and Smith shared dream experiences together; ¶322 E. (iii.) Smith's prior girlfriend's father on his YouTube Channel 'Points on the Curve' discussed Smith's arrest record, drinking problems, and that he and Wilcock knowingly run their scams]

413.    Mr. Goode and Mr. Wilcock (who write Cosmic Disclosure scripts together [¶24 h., ¶28 c.]), and Mr. Peterson created a fake news story about the alleged Draco space alien reptilian race having around 1/3 'good' Dracos on Cosmic Disclosure (Seasons 7 Episode 26) after Wilcock received the pre-published dream vision record (later contained in Montalbano's federally copyrighted work) story short titled "Day in a Draco's Shoes" where Montalbano had a dream and wrote about 1/3 'Draco' were 'good'. [¶512 C]

414.    Mr. Goode and Mr. Wilcock regularly create fake news, fake alien stories, and money laundering schemes with their associates based on Ms. Montalbano's original dream journal Intellectual Property (IP) records to launder money to The Enterprise, when they know these IP records, legitimate (dream) research, and information belong to Montalbano.

415.    Montalbano incorporates by reference the Trade Secret and Copyright claims against Corey Goode, GES, and David Wilcock, showing they have a pattern of using other authors' and artists' original Intellectual Property (and in particular Montalbano's) as part of the Enterprise's money laundering rackets and claim it as their own stories and experiences, when they know this to be false.

416.    The following people and corporate fictions or legal entities knowingly participate in The Enterprise's money laundering schemes:

**A.    GOODE ENTERPRISE SOLUTIONS (GES) / James Corey Goode (¶2, ¶¶23-26)**

(i.)     Upon information and belief GES and Goode are receiving money in connection with involuntary servitude and human trafficking related to mind control services. ~~(Claims 6)~~

(ii.)     GES and Goode are receiving money in connection with Montalbano's stolen Copyrighted materials and Trade Secrets. ~~(Claims 7, 8, and 9)~~

## B.     WILCOCK FOUNDATION / David Wilcock (¶5, ¶¶28-29)

~~(i.)    Upon information and belief David Wilcock and his wife Elizabeth Wilcock founded the WILCOCK FOUNDATION to launder The Enterprises money without paying taxes.~~

~~(ii.)    Upon information and belief the money laundered through the WILCOCK FOUNDATION is concealed from the public and the Wilcocks intentionally hide where the money received is actually coming from and going to.~~

~~(iii.)    Upon information and belief the WILCOCK FOUNDATION and David Wilcock are receiving money in connection with involuntary servitude and human trafficking related to mind control services.~~ ~~(Claims 6)~~

(iv.)     Upon information and belief the WILCOCK FOUNDATION and David Wilcock are receiving money in connection with Montalbano's stolen Copyrighted materials and Trade Secrets and from the Peterson donation scam Montalbano donated to. **[#121-2 at p15-24]** ~~(Claims 1, 2, 3, 5, 7, 8, and 9)~~

## C.     LIGHT WARRIOR LEGAL FUND, LLC /James Corey Goode (¶2, ¶4, ¶¶24-27)

(i.)     ~~Upon information and belief LIGHT WARRIOR LEGAL FUND is receiving money in connection with involuntary servitude and human trafficking related to mind control services.~~ ~~(Claims 6)~~

(ii.)    LIGHT WARRIOR LEGAL FUND and Goode are receiving money based on Goode and his associates' fraudulent misrepresentations and extortion activities being performed against Montalbano. ~~(See all 20 Claims)~~

**D.    YANAROS LAW, P.C. / Valerie Yanaros (¶7,  ¶35)**

(i.) Upon Information and belief YANAROS LAW and Yanaros are ~~receives~~ <u>receiving</u> money from LIGHT WARRIOR LEGAL FUND and Goode for its services to The Enterprise of extorting Montalbano <u>and other Enterprise critics, competitors,</u> and witnesses against Goode and Wilcock. ~~(Claims  12, 13, 14, 15, and 16)~~

**E.    LL LEGAL, PLLC / Elizabeth Lorie (¶8,  ¶36)**

(i.) Upon Information and belief LL LEGAL, PLLC, and Elizabeth Lorie are receiving money from LIGHT WARRIOR LEGAL FUND, Goode, and Wilcock, for its services to The Enterprise and extorting Montalbano's witnesses <u>and other critics of The Enterprise , Goode, Lorie and Wilcock's fraud ascension course schemes</u>. ~~(Claims  12, 13, 14, 15, and 16)~~ **[#121-1]**

(ii.)    Upon Information and belief LL LEGAL, PLLC, and Elizabeth Lorie are receiving money from the WILCOCK FOUNDATION and the Wilcocks for her

services to The Enterprise and extorting Montalbano's witnesses <u>that are also critics of The Enterprise and their frauds</u>. **[#121-1]**

~~(Claims 12, 13, 14, 15, and 16)~~

## F.   UNKNOWN CORPORATE FICTIONS AND SUBSIDIARIES / John and Jane Does (¶¶14-15)

~~(i.)   Upon information and belief unknown Corporate Fictions, Subsidiaries, and John and Jane Does, are receiving money in connection with involuntary servitude and human trafficking by The Enterprise. (Claims 6)~~

(ii.)   Upon information and belief unknown Corporate Fictions, Subsidiaries, and John and Jane Does, are receiving money in connection with Montalbano's stolen Copyrighted materials and Trade Secrets. ~~(Claims 7, 8, and 9)~~

(iii.)   Upon information and belief some of these unknown fictions are Hollywood (film) corporate entities, publishing companies, and John and Jane Does receiving money in connection with Montalbano's stolen Copyrighted materials and Trade Secrets. ~~(Claims 7, 8, and 9)~~

(iv.)   Upon information and belief some of these unknown fictions are CIA, government, or black operation corporate entities and John and Jane Does receiving money in connection with Montalbano's stolen Copyrighted materials and Trade Secrets. ~~(Claims 7, 8, and 9)~~

## ~~G.   MESA COUNTY JUSTICE CENTER / Brian James Flynn (¶9, ¶30)~~

(i.) ~~The Mesa County Justice Center unlawfully received money from Montalbano through case 18CV50.  Montalbano paid to have her case heard in accordance with Due Process of Law and by a jury and instead was given a prejudice and Color of Official Right (extortion) Judge, Brian James Flynn, who knowingly committed acts of ongoing perjury in the Mesa County Courthouse denying Constitutional Rights (treason) on the court record to be a minister of his own prejudice.~~ [43] (Claim 13)

(ii.) ~~Mesa County Justice Center, via Brian James Flynn, also imposed extortion fines of $116,600 against Montalbano on behalf of The Enterprise under color of official right; to bring more laundered money to The Enterprise via abuse of the Mesa County justice system.~~ (Claim 13, 14, 15, and 16)

**H. ~~COLORADO COURT OF APPEALS / Mathew Grove, Christina Gomez, Diana Terry~~ (¶¶11-13, ¶¶32-34)**

(i.) ~~The Colorado Court of Appeals, unlawfully took money from Montalbano when Grove, Gomez, and Terry, rejected a timely filed appeal, costing Montalbano hundreds of dollars and over a hundred thousand dollars when viewed in conjunction with Flynn's extortion orders that they refused to lawfully correct.~~ (Claims 13, 14, and 16)

---

[43] *386 U.S. 547 PERSON ET AL. v RAY ET AL.* When a judge acts intentionally and knowingly to deprive a person of his constitutional rights he exercise no discretion or individual judgment; he acts no longer as a judge, but as a "minister" of his own prejudices. [386 U.S. 547, 568]. https://www.law.cornell.edu/supremecourt/text/386/547

(ii.)     ~~The Colorado Court of Appeals unlawfully received money from Montalbano via case 2020CA1775, as Montalbano paid to have case 18CV50 and Flynn's civil rights violations reviewed in accordance with Due Process of Law and instead was given three more Color of Official Right (extortion) Judges unlawfully assigned to her case, named Grove, Gomez, and Terry.~~

~~(Claims 13, 14, and 16)~~

417.     The Pete Peterson "Go Fund Me" fund raiser promoted by Wilcock, Goode, and The Enterprise, and that Montalbano donated to (\$50), was a money laundering scheme. (¶310 I; ¶311; ¶512 C ~~Claims 1, 2, 3, 9, 12, and 20;  and~~ **[#121-2]**)

418.     The Emery Smith fund raiser promoted by Wilcock, Goode, and The Enterprise; that (mis)used Montalbano's IP to create a fake news story was a money laundering scheme. (¶322 E, and ¶520; ~~Claims 2 and  9~~)

419.     Goode and Wilcock's Blue Avian, alien, whistleblowers, <u>Secret Space Program (SSP),</u> and secret insider intel claims are fake news money laundering schemes <u>with many stories based on Montalbano's original Intellectual Property dream journal records since 2017.</u> ~~(Claims 1, 2, 3, 4, 5, 7, 8,  9, 10, 20)~~

420.     Mr. Goode and Mrs. Goode's dental donation request was a money laundering scheme, based on the premise they couldn't 'afford' dental care on their own and that Montalbano donated to.**[#121-2 at p10]** <u>The Goode's earn at least a six figure income from The Enterprise's product sales. The Goode's earn at least a six figure income from The</u>

Enterprise's product sales. **[#161-5 at 2** Lorie claimed Goode (the Enterprise) earned at least $700,000 dollars just from the ascension course she created for them**]**

421.    Goode and Wilcock's requests for donations to fight the "Dark Alliance" are money laundering schemes and marketing tactic schemes to unfairly destroy competitors. Montalbano incorporates by reference the Violation CCPA, Fraud, Abuse of Process, Malicious Prosecutions, and Defamation Claims against The Enterprise.   **[#121-2]** Light Warrior Legal Fund; **#121-5** 'Dark Alliance', **#121-7** $333 Ascension Plan, **and #121-21** Defamation**]**

422.    Goode, Lorie, and Wilcock's 'ascension' and related 'spiritual' teachings and classes are money laundering schemes that profiteer off of public disasters and public panic to include profiteering off of the COVID pandemic. **[#121-7 at p10]** No one has ever ascended from taking these courses.

423.    The aforementioned companies and individuals knew the monetary instruments and financial transactions they transacted were unlawfully obtained and they used the proceeds of the monies received to continue to promote their specified unlawful activity to increase and more aggressively promote and grow their public frauds and schemes to obtain even more illicit money via broadcast and published mediums.

424.The Enterprise will continue to more and more aggressively promote their frauds, extortion and racketeering acts against the general public, competitors, critics, and innocent people (to include Montalbano); unless they are Court ordered to stop.

## ~~DAMAGES~~

~~425.~~      ~~Based upon the facts of all Twenty Claims stated herein, Montalbano believes she is entitled to recover damages from The Enterprise for the foregoing act of~~ ~~Money Laundering~~ ~~from the specified unlawful activities of not more than $500,000 or twice the value of the property involved in the transactions, whichever is greater, (18 USC 1956(a)(1)(B) and any other relief the Court deems just.~~

~~426.~~      ~~For damage from The Enterprises' specified unlawful activities and property involved See Claims:  1 RICO;  2, 3 ,4, 5, and 6 relating to Fraud; 7 and 8 Trade Secrets; 9 Copyrights; 10 defamation per se,  12 Civil Conspiracy, 13 Deprivation of Rights; 14 Abuse of Process; 15 Malicious Prosecutions;16 Extortion; and 20 Unjust Enrichment.~~

## DAMAGES AND INJUNCTIVE RELIEF

427. Based upon the foregoing act of  RICO and Racketeering of Corrupt Organizations; Montalbano believes she is entitled to recover:

a. **Injunctive Relief** to stop all non-consensual remote neural broadcasts and any illicit use of Montalbano's EEG Heterodyning clone; and

Order The Enterprise to Stop and desist the following rackets: Fraud by mail, wire, radio, broadcast or television; extortion; and money laundering; and

Order the closure of all the Enterprise's fake news social media accounts and platforms, removal of all hate and defamation campaigns, fraud alien groups, and

related fraudulent groups and scam teachings from the internet, books, and broadcasts and removal of any other forms or format their frauds may be found; and for all of the Enterprise to issue public apologies and retractions on all their social platforms prior removal of said accounts.

b. **Declaratory Relief:** Declare all Montalbano's emails and attached PDF (Dream Journal) Intellectual Property records, Montalbano's and order the Enterprise to stop and desist any and all uses in their rackets.

c. **Actual Damages:** from The Enterprise, Public Servants, Goode, and Wilcock for Event fees, travel expenses, donations, subscription to program fees (Cosmic Disclosure), and unrebutted PLAC agreement damages of $68,012, for unlawful and illicit use of Montalbano's Intellectual Property and Trade Secret IP within their Racketeering activities.

d. Consequential damages: from The Enterprise and Public Servants, for compensation for loss of business investments, loss of business growth, loss of reputation, loss of investments to private contractors that fell through due to The Enterprises' ongoing racketeering acts, and loss of time since April 2018 due to having to litigate the claims and dealing with multiple malicious prosecution cases.

e. Non-economic damages to include damages for pain and suffering, psychological trauma, and loss of enjoyment of activities.

f. Attorney/legal fees: to include all costs of this and related malicious lawsuits since June 2018, actual fees, court fees, false judgment fees $116,600, self-help fees, and

all legal mailing expenses since April 2018, and compensation from Goode/GES as acquiesced to by them specifically for Montalbano's time spent in self-representation since  April 18, 2018 and as cited in the unrebutted PLAC agreements at a rate of $150/hr should Montalbano have to litigate the claims. **[#121-18 at p4]**

**g.** Punitive damages for malicious intent

**h.**  Treble damages for fraud by The Enterprise and any other relief the Court deems just.