**I.     CAUSES OF ACTION CLAIM COUNTS**

**CLAIM 1**
**(1) RICO 18 USC 1961**
**(The Enterprise)**

1.      In a RICO claim it has been established that the following four elements must be shown

(1) Conduct

(2) Of an Enterprise

(3) Through a Pattern

(4) Of Racketeering Activity

2.      **The Enterprise is as follows:**  James Corey Goode, GES, LIGHT WARRIOR LEGAL FUND, David Wilcock, WILCOCK FOUNDATION, Valerie Yanaros, Elizabeth Lorie, unknown John and Jane Does, and unknown Corporate Entities.

3.      Goode, Wilcock, their associates, and The Enterprise have a pattern of racketeering through using their public: alien, dream psychic claims, stalking, and 'dark alliance' narratives (that are fake news (fraud)) and false public claims of being poor, to launder money via receiving donations and making for profit sales of products based on their knowingly false pretenses. Montalbano believed their fake news, alien, dream psychic claims and related narratives notably 2016-2017 and was defrauded of vast amounts of Intellectual Property and rare Trade Secret dream research records via donation. Montalbano also donated money to The Enterprise's various donation schemes and paid to attend their public for profit speaking events while believing their fake news narratives as true, because they publicly claim they are true, when they know they are false.

4.   Montalbano incorporates by reference the General Allegations [¶1-281] and in particular Paragraphs 40 - 97 showing the alien, dream psychic, and false whistleblower narratives The Enterprise promotes as true, when they know they are false.

5.   As part of the fake story rackets, Goode claims he participated in the U. S. Government SSP (Secret Space Program) and is a whistleblower [¶54, #121-3; #121-6;].   Goode has never been in the Secret Space Program.

6.   As part of the fake story and dream teaching rackets, Goode and Wilcock claim they are in contact with 8 foot plus tall blue bird ('Blue Avian') aliens  and other outerspace aliens [¶¶64-76, ¶¶93-94 (Cosmic Disclosure S7 E4) #121-3; #121-6].   Goode and Wilcock have never been in contact with any space aliens.

7.   As part of the dream teaching rackets, David Wilcock claims he is the famous dream psychic Edgar Casey reincarnated. [¶¶82-83] Wilcock is not Mr. Casey reincarnated and he is not a dream psychic or even an average psychic. Wilcock is not psychic.

8.   These fake narratives were notably first promoted by Goode and Wilcock on their show "Cosmic Disclosure" (that they cohosted) and that was broadcast/streamed by GAIA INC to hundreds of thousands of people around the world. [¶¶40-47]

9.   Wilcock's Enterprise role is to find fake whistleblowers to promote as if legitimate to millions of people, when he knows they are frauds and then profiteers off the public.[¶28 d-e]

10. Mr. Wilcock found the following fake whistleblowers: Mr. James Corey Goode,

Mr. Pete Peterson [¶84, ¶122 a. (Montalbano donating to Peterson scam); ¶310 I. ¶¶311-312]

and Mr. Emery Smith [**Exhibit 1** #121-23 Competitor Bill Ryan exposing photoshopped

Smith lab photo –Stock lab photo https://www.123rf.com/photo_16955229_medical-and-

health-bright-lab-laboratory-indoor-with-instruments-test-

tubes.html?vti=nzvdq9iaqliikhzi9u-1-10 - ES 'photoshop' image SBA website (wayback

machine) SphereBeingAlliance (Goode's website) posting image 2018-2021)], and presented

their fake whistleblower stories to the public on Cosmic Disclosure and the internet as if true,

when they knew they were false.

11. The Montalbano's subscribed to GAIA TV and Ms. Montalbano watched Goode and

Wilcock's Cosmic Disclosure show where they presented their SSP, ascension, dream, CIA

MKULTRA, and space alien frauds [SACC ¶¶23-26; ¶¶28; ¶¶37-100] as if true, when they

knew they were false.  Montalbano incorporates by reference the Fraud claim against The

Enterprise.

12. Montalbano watched Cosmic Disclosure via her home television (streaming 'broadcast')

[Id. ¶46;  ¶¶101-112] around 2016-2017, where Montalbano first saw and believed in Goode

and Wilcock's fake alien, fake ascension, and fake dream psychic stories.

(estimated cost of GAIA subscription dues paid $360)

13.     Due to belief in Goode and Wilcock's public frauds Montalbano shared by mistake and error approximately 500 Dream Vision Intellectual Property records (dream journal experiences and related dream research) via email delivered to Goode and his associates at SphereBeingAlliance@gmail.com. [¶¶117-119;  #295-1 Exhibit certified PLAC]

14.     Subsequent the emails being received by, Goode, GES, Wilcock, and their associates; they fraudulently presented Montalbano's original Intellectual Property stories as derivative work stories, fake news stories and/or money scams, in both print (internet 'news' articles and books) and broadcasts (Cosmic Disclosure episodes). Montalbano incorporates by reference the Copyright claim against Goode, GES, and Wilcock showing in detail the IP records unlawfully used by the Enterprise.

15.     Goode and Wilcock's role for the Enterprise is finding, then stealing and/or using legitimate researchers' work in the same or similar trades and professions then destroying the real researchers' public reputation, (like Montalbano's) by labelling them as criminals, such as stalkers and "Dark Alliance." Montalbano incorporates by reference the Defamation claim and Violation CCPA claim and in particular the unfair competition via disparagement of competitors' goods and services against The Enterprise.

**Extortion 18 USC 1951, 1952(a)(3)**
**(predicate RICO pattern act)**

16.     Goode, Yanaros, and Lorie used the Court system and abuse of process to threaten and instill fear in Montalbano and other Enterprise competitors and critics. Goode and Yanaros threatened Montalbano with multiple fraudulent criminal (stalking) charges for crimes not

committed, opened multiple baseless cases against Montalbano under color of law, color of office, and color of official right and threatened Montalbano with police and court discipline for crimes not committed in order to promote the Enterprise's fake "Dark Alliance" and "stalking" narratives for profiteering and to maintain their unlawful use of Montalbano's Intellectual Property records as if the Enterprise's own and to coerce Montalbano to stay silent and not talk about the theft of her IP or legitimate dream research. [#121-25 Copyrights "Dreams The Missing Text" and "DreamWalker Dream Diary"]

17.     Ms. Valerie Yanaros is an attorney whose Enterprise role is to extort and destroy competitors of Goode, Wilcock and The Enterprise's rackets through abuse of process with her 'client' Mr. Goode. Montalbano (a competitor and critic of the Enterprise's frauds) incorporates by reference the Abuse of Process claim against Ms. Yanaros and Mr. Goode showing they lie on court records as part of their extortion rackets to destroy Enterprise competitors.

18.     Ms. Valerie Yanaros' sister, Ms. Teresa Yanaros, was formerly Goode's marketing manager and promoted Goode and The Enterprise's fake ascension, fake alien, fake 'dark alliance' and fake news stories on YouTube. [#121-18 at 34, (PLAC) No. 3-7 TY unlawfully disseminating Montalbano's original IP dream experience of an 'ET exchange program' as if her own intel (SACC ¶513)] **(Exhibit 2** (screenshot taken July 29, 2017) Goode on YouTube with Teresa Yanaros promoting his fake news against critics/competitors Daniel Liszt [¶319,  ¶320 I, ¶347] and Bill Ryan [¶¶316-317, ¶347])

19.     Montalbano met Ms. Teresa Yanaros at Eclipse of Disclosure (August 2017) [¶114, ¶203 (Vivian Davis using Montalbano's artwork on her presentation slide at Eclipse of Disclosure), ¶513 Teresa Yanaros disseminating Montalbano's ET exchange program dream info]. She was a speaker at the event. Montalbano and Ms. Teresa Yanaros had planned to meet the evening the day they met, then Ms. Teresa Yanaros attended Mr. Goode's 'VIP' type private meeting and flaked on meeting with Montalbano that evening. Montalbano reasonably believes Goode defamed Montalbano to Ms. Teresa Yanaros as the friendship never went much of anywhere after that. (**Exhibit 3** text messages Montalbano and Teresa Yanaros)

20.     Ms. Valerie Yanaros' role for the Enterprise is to also threaten Goode and Wilcock's publicly vocal critics with civil SLAPP lawsuits (Strategic Lawsuits Against Public Participation [#254-3])  and criminal (stalking) lawsuits for criticizing her sister's (then) work associate, Goode, and his fake stories. Ms. Valerie Yanaros has repeatedly used this extortion racket tactic against Montalbano in efforts to silence Montalbano and to maintain the Enterprise's continued unlawful use of Montalbano's original Intellectual Property records. Montalbano incorporates by reference the Abuse of Process and Malicious Prosecution claims, against Ms. Yanaros and Mr. Goode.

21.     The Yanaros family are business associates of Goode and The Enterprise, with a vested interest in the Enterprise's financial successes or failures.

22.     Montalbano personally witnessed the following Enterprise competitors publicly speaking out  (notably via YouTube channels) about also being threatened by Ms. Yanaros or Ms. Lorie

with civil or criminal lawsuits for publicly criticizing Goode and Wilcock's fake news and fake alien stories by showing factual evidence of the Enterprise's frauds [¶320, ¶347]:

    A.  Mr. Weidner (former employer)

    B.  Jason Rice (alleged SSP whistleblower)

    C.  Jimmy Church (radio show host) and his wife

    D.  Richard Dolan (public speaker)  and his wife

    E.  Joe from the Carolinas (YouTube show host)

    F.  CW Chanter (aka Benjamin Zavodnick) (YouTube show host)

    G.  Christina Ferrante (YouTube show host)

    H.  Cliff High (Public speaker)

    I.  Dark Journalist (Daniel Liszt) (news reporter)

    J.  MJ Banias (news reporter) [#121-7 at 7]

    K.  Patty Greer (Crop circle researcher and public speaker)

23.   Yanaros and Lorie perform abuse of process to extort and threaten Goode and Wilcock's critics with civil and criminal lawsuits that are then used by Goode and Wilcock to promote The Enterprise's public frauds and defamation schemes under the false pretense of "Dark Alliance" and "stalkers" to obtain product sales and more illicit donations. [¶¶328-333]

24.   Ms. Lorie is an attorney who writes 'ascension' courses for Goode and The Enterprise and is a ("former") business associate of Goode and Wilcock that has created courses and products the Enterprise markets, promotes, and sells, that brought in around $700,000 in sales.

[#248-2 Lorie Boulder Lawsuit against Goode for not paying her for services; #161-5 at 2 Lorie's Website for lawsuit donations stating Goode grossed over $700,000 selling her course]

25.     Ms. Lorie is a business associate of Goode, Wilcock and The Enterprise, with a vested interest in the Enterprise's financial successes or failures.

26.     Ms. Lorie's enterprise role is to create courses/products for sale by The Enterprise and then legally threaten (extort) any critic of she and The Enterprise's products that fail to provide customers with the expected result, such as ascending from taking their ascension courses [#121-7 Wilcock ascension scam - news article by Mr. Banias], and to extort anyone criticizing her business associate David Wilcock and his fake ascension teachings and money laundering scams. [#121-7 at 7, Mr. Banias threatened by Lorie for writing the news article]

27.     Lorie [¶8, ¶36] threatened another critic of Wilcock's, Ms. Ferrante (a victim and witness against Goode and Wilcock), and Lorie claimed she represented Wilcock and Goode to Ms. Ferrante, then provided Ms. Ferrante with a fake law firm address for legal communications. [¶¶235-236, ¶¶262-236;  #121-1 Lorie fake law firm address USPS Certified Mail returned to sender (Montalbano)]

28.     On court records, Ms. Lorie claims she never represented Goode [#248-2 Boulder Court Complaint by Lorie against Goode and et.al.] (except one time for a paper filed in the Mesa case involving Montalbano). Showing her racketeering role is to unlawfully threaten Enterprise critics under false pretenses she is legal counsel for her business racketeering associates Goode and Wilcock. Montalbano incorporates by reference the Abuse of Process claim against Ms. Lorie.

29.      Goode has regularly used lawsuits as a way to garner donations off of the public since as early as 2012.[1] [#121-2 Partial filing of Exhibit CI;  **Exhibit 4** at 9 – full Exhibit CI from case 18CV50 - Goode asking for donations for a lawsuit in 2012]

30.      Goode has regularly used lawsuits and threats of lawsuits (racketeering extortion pattern) as a way to gain donations, public fame, notoriety, and to defame former co-workers and employers as criminals (terrorists) which includes his former coworkers and employer at Darling International who obtained a lifelong stalking protection order against Goode to stop the threats [¶674 F; #26-5 at 1-3 (Darling v Goode permanent stalking protection order); **Exhibit 5** Darling v Goode Complaint, Affidavits coworkers, and full YouTube transcription, with threats from Goode starting on p20 at line 19 ("terroristic threat") and Goode claiming he's making a documentary of it all (lines 21-22) and sending his fictional terrorist story to FOX 4 News (p21 at line 7), whereby Goode fraudulently claims 'Darling International' put a bullet in his kitchen window (p24, line 19)]. Now Mr. Weidner, Mr. Rysavy, Mr. Warkins, Ms. Medvedich, and GAIA INC (Goode's most recent former employers) are also directly addressing the exact same extortion racketeering pattern in this instant case.

31.      Mr. Goode set up LIGHT WARRIOR LEGAL FUND LLC ("LWLF") to collect money (scam/profiteer) off the public to pay for he and The Enterprise's current extortion rackets.

---

[1] Exhibit of Goode's Facebook post from 2012 requesting donations for a lawsuit, filed as Exhibit CI Mesa Court Record July 20, 2020

32.     Upon information and belief LWLF pays Goode's business associates Ms. Yanaros and Ms. Lorie for their legal extortion rackets, under the false pretense of 'legal representation' of Goode and Wilcock.

33.     Upon information and belief Goode, Yanaros and/or Lorie, bribed, threatened, or otherwise negotiated a deal with Chief Judge Brian James Flynn in case 18CV50 to ignore all Montalbano's claims and evidence against Goode and then lie on the Mesa Court Record in his 'orders' and 'judgment' [#121-24 at 3] to unlawfully dismiss the case based on lies. Montalbano incorporates by reference the Deprivation of Civil Rights claim showing Flynn willfully, repeatedly, and maliciously failed to perform his sworn constitutional duties in case 18CV50.

## FRAUDS AND SWINDLES (MAIL) 18 USC 1341
## (Predicate Act)

34. The Enterprise publishes books, articles [#121 Exhibits 3-7], and other related materials or products, such as T-shirts, hats, comic books, and mugs [#1-2 Goode Trademarks: Sphere Being Alliance, SBA], based on their fraudulent alien narratives and fake news stories that they claim are true (non-fiction), when they know they are false (fiction).

35. Montalbano purchased two books by Goode's Enterprise associate; Dr. Michael Salla; filled with Goode's Secret Space Program (SSP) fake news and space alien lies.

[¶514 Salla making up fake news, October 20, 2017, about square flying ships based on Montalbano's 2010 dream vision of square ships emailed to Goode June 25, 2017]

[#290-1 – Salla books purchased via Amazon $34.94; **Exhibit 6** Salla book jacket cover claiming detailed disclosure of the alleged 'Secret Space Program' with 'whistleblower' Goode].

36.     Goode and Wilcock host and participate in public for profit speaking events where they tell their fake stories [¶¶39-113] and present them as true, when they know they are false, to bring money to The Enterprise and further fund their fake story money laundering rackets. Montalbano paid for travel, room, and event tickets, to attend these events believing the stories were true, when they were not. [¶¶114-116]

## FRAUDS BY WIRE, RADIO, OR TELEVISION   18 USC 1343
### (Predicate Act)

37.     These fraudulent misrepresentations were notably first produced and broadcast and/or streamed by GAIA with David Wilcock and Corey Goode in their show, "Cosmic Disclosure."

38.   Goode (also contracted as GES with GAIA [#260 at 2]) and Wilcock unlawfully used Montalbano's original Intellectual Property dream journal records as source materials for their Cosmic Disclosure shows notably during 2017 and did not disclose Montalbano was the source or that they were making it all up based on Montalbano's original IP.  Montalbano incorporates by reference the Copyright claim and Trade Secret claim against James Corey Goode, GES, and David Wilcock.

39.   Goode and Wilcock have a racketeering pattern of regularly stealing other artists' and authors' work and using them to profiteer off of as fully plagiarized works or derivative works

for The Enterprise. Montalbano personally witnessed other authors, artists, and researchers (notably via YouTube) publicly claim Goode and Wilcock also used their materials as their own, to include (but not limited to):

a. Michael and Stephanie Relfe - who claim Goode plagiarized their Secret Space Program experiences as if his own (fully plagiarized work) [¶316; ¶526 C.]

b. Bill Ryan – who claims Goode extensively data mined the project Avalon forum and its members for story telling materials. [¶317]

c. Artist Jim Nichols – claims Goode used his art on his new book cover and was never contacted by the publisher or Goode for permission. [¶526 B; **Exhibit 7 (Traditional Video Submission)** – Jim Nichols claiming Goode used his art on book cover; next 'Agent K' claims Goode used his spaceship design and ignored questions about it. **Exhibit 8 screenshots** 'Agent K' spaceship art and Goode's similar spaceship; after that Ms. Teresa Yanaros is seen with Goode at his pool party [#121-18 at 18 (PLAC) No. 3-40 - Teresa Yanaros (Valerie Yanaros' sister) at the Goodes' home in their pool]

d. Linda Moulton Howe – claimed Mr. David Wilcock plagiarized her whistleblower research. She reported it to YouTube and Wilcock's plagiarized YouTube video was struck for copyright violations (fully plagiarized work). [¶526 A; **Exhibit 9 (Traditional Video Submission)** LMH on YouTube talking about copyright violations by Wilcock]

e. Upon information and belief, Goode and Wilcock's Blue Avian narratives are plagiarized from Bonnie Meyer's Book "Alien Contact: the messages they bring" published February 14, 2006. https://www.amazon.com/Alien-Contact-messages-they-bring/dp/0595384048

whereby Ms. Meyer claims being in contact with a tall blue bird alien. (**Exhibit 10** Meyer book cover with tall blue bird); #121-3 at 4, Goode claiming contact with tall blue birds (Blue Avians); #121-9 CIA project BLUEBIRD for remote mind control; #121-11 CIA Telepathic Behavior Modification]

40.     The Enterprise's fraudulent wire, radio, and television broadcasts have notably been seen via the internet in the following known (and not limited to) platforms:

   a.  <u>**Websites**</u>

      (i.)     LWLF https://www.lightwarriorlegalfund.com/
               [#121-2 at 1-9, #254-1, #254-2, Goode's LLC defaming Montalbano as a stalker via using Goode's lies on court records, and then collecting donations from the public for his extortion and defamation racketeering acts against Montalbano and other competitors]
      (ii.)    https://disclosurecomics.com/
      (iii.)   https://coreygoode.com/
      (iv.)    https://divinecosmos.com/
      (v.)     https://thedisclosure.com/course/

   b.  **Facebook**

      (i.) Sphere Being Alliance https://www.facebook.com/BlueAvians
               (101K likes/followers)
               [#121-21 at 1-2, and SACC ¶¶543-544, Goode defaming Montalbano as a stalker]

      (ii.)Corey Goode https://www.facebook.com/CoreyGoodeOfficial/ (104K followers)

c.  **YouTube**

(i.) Corey Goode on Jenny McCarthy show telling space alien lies as if true when he knows they are not:

https://youtu.be/lpQNqMEVqrg  video posted November 19, 2020 titled "Corey Goode on The Jenny McCarthy Show 11/17/20"

(ii.) Corey Goode (alien fraud) YouTube channel: SphereBeing Alliance

https://www.youtube.com/c/SphereBeingAlliance (172,000 Subscribers)

(iii.)   COREY GOODE (defamation) YouTube channel: Corey Goode

https://www.youtube.com/c/COREYGOODEVLOG  (9.96K subscribers)

[#121-21 at 8 and 12-14,  Goode defaming Montalbano as a stalker]

(iv.)   David Wilcock (fake news, fake dream teachings, fake dream predictions, and money scam) YouTube channel: "David Wilcock ] Divine Cosmos (OFFICIAL)"

https://www.youtube.com/c/davidwilcock333

[#262-1 (video exhibit) and #262-2 (Montalbano dream vision) – Exhibit showing Wilcock using Montalbano's 2016 Hover Car dream vision (emailed to Goode 2017) to create his 2021 hover car scam]

d.  **Reddit**

(i.) https://www.reddit.com/r/CosmicDisclosure/

[#121-21 at 3, Goode defaming Montalbano as crazy for being a legitimate competitor that actually sees things in dreams before they occur in waking states (see #231-2 dream vision (Covid) vaccine problems filed on Mesa Court Record prior the similar subsequent matching (Covid) vaccine waking state problems)]

(ii.) https://www.reddit.com/user/SBAGoode

[#121-21 at 4, Goode defaming Montalbano as a stalker, crazy, and having an affair with him]

**e.   Twitter**

(i.) Corey Goode https://twitter.com/coreygoode (72.2K followers)

[121-21 at 9-12, Goode defaming Montalbano as crazy, a criminal stalker, 'dark alliance' and having an affair with him]

(ii.)David Wilcock https://twitter.com/david_wilcock (147K followers) promoting his fake stories, fake whistleblowers, and money scams account

**f.   Instagram**

(i.) David Wilcock "David Wilcock" https://www.instagram.com/david_wilcock/ (58.8K followers)

(ii.)Corey Goode "coreygoodeofficial" https://www.instagram.com/coreygoodeofficial/ (1,144 followers)

**g.   Podcasts**

#6874 "Accelerating Ascension" With Cedric Lynn Sherrod & SphereBeing Alliance"          https://www.listennotes.com/ms/podcasts/underground/6874-accelerating-ascension-s854kFNr91C/

**h.   GoFundMe** [#121-2 at 15-24, Pete Peterson Go Fund Me scam]

**i.   Radio Shows**

Corey Goode on "Fade to Black" with radio show host Jimmy Church, August 9, 2017 https://jimmychurchradio.com/corey-goode-on-fade-to-black-4/ (Mr. Church and his wife were also later threatened by Goode and Yanaros [¶320 C.])

    **j. Amazon**

        (i.) The Cosmic Secret – David Wilcock prophesy's

           https://www.amazon.com/Cosmic-Secret-David-Wilcock/dp/B081KB6D79/ref=sr_1_1?crid=17PUU5F9VHK4W&keywords=corey+goode&qid=1653604980&sprefix=corey+goode%2Caps%2C252&sr=8-1

        (ii.) Above Majestic – Secret Space Program fraud with Corey Goode and David Wilcock

           https://www.amazon.com/Above-Majestic-David-Wilcock/dp/B07JLZL5WF/ref=sr_1_2?crid=17PUU5F9VHK4W&keywords=corey+goode&qid=1653604980&sprefix=corey+goode%2Caps%2C252&sr=8-2

    **k. PayPal** [¶122 b. Mr. and Mrs. Goode's PayPal 'they are poor' dental donation scheme; #121-2 at 10-14]

    **l. Zazzle Store**   https://www.zazzle.com/store/spherebeingalliance

## ENTICEMENT INTO SLAVERY HUMAN TRAFFICKING 18 USC 1590
### (Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor)
### (Predicate Act)

41.    Upon information and belief the manipulation into involuntary servitude predominantly involves remotely neural scanning the Targeted Individual's (TI) brain to non-consensually obtaining their digital brain signature, medically termed 'EEG Heterodyning Cloning'. Once the EEG clones are obtained (related to CIA MKULTRA  A.I. S.A.TA.N. technology and DOD Sentient World Simulation), it is believed they are used to remote neural interface with Goode and Wilcock's alien cult followers to mind control them via dream states. These remote neural interfaces are observable by the Targeted Individual/victim (such as Montalbano) as dream state (neural) interactions and/or felt as physical sensations of the body during waking

states to include euphoria, sexual, depression, and anxiety. Good and Wilcock fraudulently tell their cult followers these illicit neural interfacing interactions are 'ascension symptoms' and 'spiritual experiences' with their 'loving aliens', when they know this to be false. **[ECF #121, Exhibits 3, 6, 7, 17, 19]**

42.     Scientists have proven in a recent dream study that two-way communication (dialogue) in real-time occurred between a sleeping-person and the awake-person experimenting on them. (See ¶458 for article details)

43.     Scientists have also proven that dreams are actual tangible electrical neural experiences occurring and not just 'confabulations' created upon waking. (See ¶456 for article details)

44.   Upon information and belief Goode is currently in the U.S. Military's [¶25 e. Goode Texas Army State Guard [#26-5 at 5, Texas Court Record Goode's Military Service claim] SSP - Scientific Services Program [¶55, ¶¶194-195] (not "SSP" - Secret Space Program) using his CIA (Central Intelligence Agency) and DOD (Department Of Defense) satellite networking, computer Networking and related radio, remote viewing, and electronic skills [¶¶25-26] to explore remote neural Interfacing for mind control and involuntary servitude of he and Wilcock's followers via dream state neural interfacing for the CIA [#121-3 at 1, Goode claiming aliens neural interface (neural network) with his followers; #231-1 video CG required to do remote frequency assaults (murder) in CIA and discussing alleged 'alien' sex trafficking] and knowingly falsely calls it the Secret Space Program "SSP" and "alien" communication. [#121-6 Goode SSP Psychic Wars; #121-13 CIA Psychic Warfare document; #121-11 Telepathic Behavior Modification (frequency broadcasts); #121-9 CIA

Project BLUEBIRD; #121-17 S.A.T.A.N. (Silent Assassination Through Adaptive Networks); ¶¶127-206 government behavior modification programs via frequencies and patents]

45. The DOD's Sentient World Simulation and DARPA (Defense Advanced Research Projects Agency) have been working on brain/computer neural interfacing for many years to make people think, feel, and believe in false experiences as being real and that are created by frequency broadcasts directed to and from the brain (**Exhibit 11 (Traditional Video Submission)** various YouTube video clips of experts discussing brain/computer interfacing technologies and microscopic nano technologies: **Bryan Kofron** (Private Security Industry Specialist Whistleblower), **Dinis Guarda** (Ztudium, Founder – blockchain, Artificial Intelligences, IOT, and digital (DNA) wellness); **Steve Hoffman** (Silicon Valley Angel Investor and CEO of Founders Space), **Dr. James Giordano, PHD, MPhil** (Advisor to the Pentagon, DARPA, and EU Human Brain Project); **Brian Tew** (Targeted Individual and DOD Whistleblower); **Robert Duncan** (multiple Harvard degrees, author Project Soul Catcher (S.A.T.A.N.) [#121-17], has worked with DOD, DARPA, Army, Navy, Oracle Corporation, BEA Systems, and more – programming human brain/computer interfaces and states its 'MKULTRA on steroids')

46. The CIA (who Goode claims working for in the MKULTRA program [¶¶56-61]) has a pattern of using frequencies to assault others' brains to cause damages. To give CIA employees legal recourse/monetary compensation for frequency brain assaults, the Havana Act of 2021 was passed. [#225-4 S. 1828 - Havana Act of 2021;  #278-1 Chile first country

to pass Neuro Rights law to protect one's own thoughts inside their head as the mental data can be 'read' and 'written to' (remotely (WiFi)) just like computers]

47. Montalbano has personally experienced and documented these repeat, non-stop, and ongoing sleep and waking state neural interfacing communications in her dream journals as directly related to Goode (¶¶196-200), Wilcock (¶¶201-202) , their associates, and John and Jane Does participating in their public mind control 'Blue Avian' frauds.

   [#121-3,  #121-6,  #121-9, 121-11, #121-17]

48. These types of remote frequency based neural and body interfacing assaults are referred to as "rape mind" by Cyrus A. Parsa, CEO of The AI Organization, who has extensively worked with these types of technologies and has technical knowledge of how these remote interfacings work and he will be sought as an expert.

49. EEG Heterodyning Clones and their use via computers to remote Virtual Reality (VR) interface with the Targeted Individual (TI) may be traced by computer Internet Protocol (IP) addresses. Goode possesses the skills required to VR interface with Montalbano and Montalbano believes he is doing so. [¶¶25-26]

50. EEG Heterodyning Cloning (as related to CIA MKULTRA S.A.T.A.N [#121-17].) is notably illicitly used for remote VR sex or conversely remote electronic assaults, and by Doctors in the medical field for tasks such as remote removal of brain tumors using frequencies and light only. Montalbano believes Goode and Wilcock have and are using her EEG

Heterodyning Clone and that their associate and former Cosmic Disclosure (fraud whistleblower) Mr. Emery Smith helped procure this.

51.    Mr. Smith has an extensive medical background and is prolifically known in the biomedical field, has owned multiple companies, and was involved in a lawsuit with his medical company EMCYTE CORP (Case No. 15-CA-001620, IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA) that involved medical equipment Smith invented and patented, called "Emcyte genesis system".[2] Mr. Smith's public frauds center around claiming he's done thousands of medical 'alien' autopsies and/or 'alien' samplings allegedly for secret government programs he's 'whistleblowing' on, when he knows this to be false.

## MONEY LAUNDERING 18 USC 1956 RICO (Predicate Act)

52. The Enterprise's alien stories, 'news', ascension courses, "Dark Alliance" narratives, "Stalking narratives", and donation requests are all money laundering schemes.

53. Mr. Wilcock and Mr. Smith created a fake news story donation scam (money laundering racket) based on Montalbano's original Intellectual Property dream vision record titled "Losing a Bullet Bet". They lied to the public that Mr. Smith was threatened by having a bullet left on his table **(Exhibit 12** Wilcock fake 'dark alliance' news story to obtain donations for Smith - https://divinecosmos.com/davids-blog/1224-emery-smith/) that looked like the bullet described in Montalbano's original dream journal IP record along with a

---

[2] https://patents.justia.com/inventor/emery-smith

similar story told by Wilcock and Smith. [¶520;  #121-18 at 36-37, PLAC bullet bet and bullet image [#295-1 PLAC certified]] Mr. Smith has a drinking and medical prescription drug problem that results in 'accidents' that he and Wilcock glamorize as being 'dark alliance' attacks (when they know this to be false) to profiteer off the public. [**Exhibit 13 screenshots ES** Exposed by his ex-fiancé Kim Cohen in videos. Cohen also claims she and Smith shared dream experiences together; ¶322 E. (iii.) Smith's prior girlfriend's father on his YouTube Channel 'Points on the Curve' discussed Smith's arrest record, drinking problems, and that he and Wilcock knowingly run their scams]

54.     Mr. Goode and Mr. Wilcock (who write Cosmic Disclosure scripts together [¶24 h., ¶28 c.]), and Mr. Peterson created a fake news story about the alleged Draco space alien reptilian race having around 1/3 'good' Dracos on Cosmic Disclosure (Seasons 7 Episode 26) after Wilcock received the pre-published dream vision record (later contained in Montalbano's federally copyrighted work) story short titled "Day in a Draco's Shoes" where Montalbano had a dream and wrote about 1/3 'Draco' were 'good'. [¶512 C]

55.     Mr. Goode and Mr. Wilcock regularly create fake news, fake alien stories, and money laundering schemes with their associates based on Ms. Montalbano's original dream journal Intellectual Property (IP) records to launder money to The Enterprise, when they know these IP records, legitimate (dream) research, and information belong to Montalbano.

56.     Montalbano incorporates by reference the Trade Secret and Copyright claims against Corey Goode, GES, and David Wilcock, showing they have a pattern of using other authors' and artists' original Intellectual Property (and in particular Montalbano's) as part of the

Enterprise's money laundering rackets and claim it as their own stories and experiences, when they know this to be false.

57.     The following people and corporate fictions or legal entities knowingly participate in The Enterprise's money laundering schemes:

**A.     GOODE ENTERPRISE SOLUTIONS (GES) / James Corey Goode (¶2, ¶¶23-26)**

   (i.)     Upon information and belief GES and Goode are receiving money in connection with involuntary servitude and human trafficking related to mind control services.

   (ii.)     GES and Goode are receiving money in connection with Montalbano's stolen Copyrighted materials and Trade Secrets.

**B.     WILCOCK FOUNDATION / David Wilcock  (¶5, ¶¶28-29)**

   (i.)     Upon information and belief the WILCOCK FOUNDATION and David Wilcock are receiving money in connection with Montalbano's stolen Copyrighted materials and Trade Secrets and from the Peterson donation scam Montalbano donated to. **[#121-2 at p15-24]**

**C.     LIGHT WARRIOR LEGAL FUND, LLC /James Corey Goode (¶2, ¶4,  ¶¶24-27)**

   (i.)     LIGHT WARRIOR LEGAL FUND and Goode are receiving money based on Goode and his associates' fraudulent misrepresentations and extortion activities being performed against Montalbano.

D.     **YANAROS LAW, P.C. / Valerie Yanaros (¶7, ¶35)**

(i.) Upon Information and belief YANAROS LAW and Yanaros are receiving money from LIGHT WARRIOR LEGAL FUND and Goode for its services to The Enterprise of extorting Montalbano and other Enterprise critics, competitors, and witnesses against Goode and Wilcock.

E.     **LL LEGAL, PLLC / Elizabeth Lorie (¶8, ¶36)**

(i.) Upon Information and belief LL LEGAL, PLLC, and Elizabeth Lorie are receiving money from LIGHT WARRIOR LEGAL FUND, Goode, and Wilcock, for its services to The Enterprise and extorting Montalbano's witnesses and other critics of The Enterprise's fraud ascension course schemes that she participates in creating. **[#121-1]**

(ii.) Upon Information and belief LL LEGAL, PLLC, and Elizabeth Lorie are receiving money from the WILCOCK FOUNDATION and the Wilcocks for her services to The Enterprise and extorting Montalbano's witnesses that are also critics of The Enterprise and their frauds. **[#121-1]**

F.     **UNKNOWN CORPORATE FICTIONS AND SUBSIDIARIES / John and Jane Does (¶¶14-15)**

(i.) Upon information and belief unknown Corporate Fictions, Subsidiaries, and John and Jane Does, are receiving money in connection with Montalbano's stolen Copyrighted materials and Trade Secrets.

(ii.) Upon information and belief some of these unknown fictions are Hollywood (film) corporate entities, publishing companies, and John and Jane Does receiving money in connection with Montalbano's stolen Copyrighted materials and Trade Secrets.

(iii.) Upon information and belief some of these unknown fictions are CIA, government, or black operation corporate entities and John and Jane Does receiving money in connection with Montalbano's stolen Copyrighted materials and Trade Secrets.

58. The Pete Peterson "Go Fund Me" fund raiser promoted by Wilcock, Goode, and The Enterprise, and that Montalbano donated to ($50), was a money laundering scheme. [¶310 I; ¶311; ¶512 C; #121-2]

59. The Emery Smith fund raiser promoted by Wilcock, Goode, and The Enterprise; that (mis)used Montalbano's IP to create a fake news story was a money laundering scheme. (¶322 E, and ¶520)

60. Goode and Wilcock's Blue Avian, alien, whistleblowers, Secret Space Program (SSP), and secret insider intel claims are fake news money laundering schemes with many stories based on Montalbano's original Intellectual Property dream journal records since 2017.

61. Mr. Goode and Mrs. Goode's dental donation request was a money laundering scheme, based on the premise they couldn't 'afford' dental care on their own and that Montalbano donated to. [#121-2 at p10] The Goode's earn at least a six figure income from The Enterprise's

product sales. [#161-5 at 2 Lorie claimed Goode (the Enterprise) earned at least $700,000 dollars just from the ascension course she created for them]

62.     Goode and Wilcock's requests for donations to fight the "Dark Alliance" are money laundering schemes and marketing tactic schemes to unfairly destroy competitors. Montalbano incorporates by reference the Violation CCPA, Fraud, Abuse of Process, Malicious Prosecutions, and Defamation Claims against The Enterprise.  [#121-2 Light Warrior Legal Fund; #121-5 'Dark Alliance',  #121-7 $333 Ascension Plan,  and #121-21 Defamation]

63.     Goode, Lorie, and Wilcock's 'ascension' and related 'spiritual' teachings and classes are money laundering schemes that profiteer off of public disasters and public panic to include profiteering off of the COVID pandemic. [#121-7 at p10] No one has ever ascended from taking these courses.

64.     The aforementioned companies and individuals knew the monetary instruments and financial transactions they transacted were unlawfully obtained and they used the proceeds of the monies received to continue to promote their specified unlawful activity to increase and more aggressively promote and grow their public frauds and schemes to obtain even more illicit money via broadcast and published mediums.

65.  The Enterprise will continue to more and more aggressively promote their frauds, extortion and racketeering acts against the general public, competitors, critics, and innocent people (to include Montalbano); unless they are Court ordered to stop.

## DAMAGES AND INJUNCTIVE RELIEF

66.     Based upon the foregoing act of  RICO and Racketeering of Corrupt Organizations; Montalbano believes she is entitled to recover:

   a.  **Injunctive Relief** to stop all non-consensual remote neural broadcasts and any illicit use of Montalbano's EEG Heterodyning clone; and

   Order The Enterprise to Stop and desist the following rackets: Fraud by mail, wire, radio, broadcast or television; extortion; and money laundering; and

   Order the closure of all the Enterprise's fake news social media accounts and platforms, removal of all hate and defamation campaigns, fraud alien groups, and related fraudulent groups and scam teachings from the internet, books, and broadcasts and removal of any other forms or format their frauds may be found; and for all of the Enterprise to issue public apologies and retractions on all their social platforms prior removal of said accounts.

   b.  **Declaratory Relief:**  Declare all Montalbano's emails and attached PDF (Dream Journal) Intellectual Property records, Montalbano's and order the Enterprise to stop and desist any and all uses in their rackets.

   c.  **Actual Damages:** from The Enterprise, for Event fees, lawsuits, travel expenses, donations, subscription to program fees (Cosmic Disclosure), and unrebutted PLAC agreement damages of $68,012, for unlawful and illicit use of Montalbano's Intellectual Property and Trade Secret IP within their Racketeering activities.

d.  **Consequential damages:** from The Enterprise, for compensation for loss of business investments, loss of business growth, loss of reputation, loss of investments to private contractors that fell through due to The Enterprises' ongoing racketeering acts, and loss of time since April 2018 due to having to litigate the claims and dealing with multiple malicious prosecution cases.

e.  **Non-economic damages** to include damages for pain and suffering, psychological trauma, and loss of enjoyment of activities.

f.  **Attorney/legal fees:** to include all costs of this and related malicious lawsuits since June 2018, actual fees, court fees, false judgment fees $116,600, self-help fees, and all legal mailing expenses since April 2018, and compensation from Goode/GES as acquiesced to by them specifically for Montalbano's time spent in self-representation since April 18, 2018 and as cited in the unrebutted PLAC agreements at a rate of $150/hr should Montalbano have to litigate the claims. **[#121-18 at p4]**

g.  **Punitive damages** for malicious intent

h.  **Treble damages** for fraud by The Enterprise and any other relief the Court deems just.