# Exhibit 1

## Smith Lab Photo Fraud



EXHIBIT 23
(1 pg)

5/29/22, 7:48 PM                    Medical And Health Bright Lab Laboratory Indoor With Instruments Test Tubes Stock Photo, Picture And Royalty Free Image. Image 16955245.

We use cookies to provide you with a better experience.
By using our website, you agree to the use of cookies as described in our Cookie Policy.      Accept



Type in your search here

Get **10 FREE Images** when you get started on our 1 Month-Free Trial.      Start Now



           

Compare

IMAGE INFORMATION

## medical and health bright lab laboratory indoor with instruments test tubes

Image ID: **16955245**
Media Type: **Stock Photo**
Property Release: Yes
Copyright: **dotshock**

KEYWORDS

laboratory    lab    architecture    biology    blue    bright    care    chair    chemical    chemistry    clean    clinic    door    empty    equipment    factory    floor    glass    health    hospital

hygiene    indoor    indoors    industry    inside    instrument    interior    light    medical    medicine    microbiology    modern    nobody    office    perspective    pharmacy    research    room

## Similar Images



5/29/22, 8:04 PM                                    Wayback Machine

≡                                                                    🔍  👤



Explore more than 686 billion web pages saved over time

DONATE                    | https://spherebeingalliance.com/thumb.php?src=e_MEDIA_IMAGE%2F | × |

Results: 50 100 500

**Calendar**  ·  **Collections**  ·  **Changes**  ·  **Summary**  ·  **Site Map**  ·  **URLs**

Saved **5 times** between January 16, 2018 and October 30, 2021.



3   2004   2005   2006   2007   2008   2009   2010   2011   2012   2013   2014   2015   2016   2017   **2018**   2019   2020   2021   2022

◄                                                                                            ►

| JAN | | | | | | | FEB | | | | | | | MAR | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | | | | 1 | 2 | 3 | | | | | 1 | 2 | 3 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 14 | 15 | **16** | 17 | 18 | 19 | 20 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 28 | 29 | 30 | 31 | | | | 25 | 26 | 27 | 28 | | | | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

5/29/22, 8:05 PM                                            thumb.php (1600×902)

