**Exhibit 2**
Teresa Yanaros & Corey Goode



Screenshot: July 29, 2017 - Teresa Yanaros on Goode's YouTube channel 'Interviewing' him.