# Exhibit 3
Teresa Yanaros & Montalbano Text Messages

