**Exhibit 4**
Goode Lawsuits for Donations

Light Warrior Legal Fund – Legal Funding Support for Corey Goode — Page 1 of 4



EXHIBIT CI
9 pages

Home   Legal Claims   Contribute   Contact

# LIGHT WARRIOR LEGAL FUND

🎁 Donate Now

↓

## Warrior for Disclosure

When Corey Goode first came forward in 2015 as a Secret Space Program ("SSP") whistle blower, he had no idea of the vicious attacks he would soon face for daring to speak the truth. Corey has exposed the brutal and greedy cabal that controls our planet and their crimes against humanity and our children. He has also informed us of the incredible technologies and SSP infrastructure that already exists right here under our feet, and across our solar system – all of which belongs to us.

https://www.lightwarriorlegalfund.com/                                    5/17/2020

Corey has bravely come forward to tell us the truth – about these secret programs, classified technologies that could heal our bodies and planet Earth over night, and human trafficking (and sacrifice) through secret Luciferian cults – so that we can Demand Full Disclosure Now and begin working toward a better future for all!

## Fighting Dark Forces

Because of this, Corey (and anyone who works with him) has been relentlessly attacked, harassed, defamed, stalked, and threatened by those in power who desperately wish to silence him, as they slowly lose their choke-hold on humanity and our beloved planet.

These cowardly dark forces often fight their wars through malicious, vulnerable, or desperate individuals, and must be stopped once and for all.

But this is no easy task. These dark forces have cleverly designed their plan to destroy Corey and his efforts to Disclose the Truth

Light Warrior Legal Fund – Legal Funding Support for Corey Goode      Page 3 of 4

by using proxies from all corners of our Country - and the globe – to do their dirty work.

Because of the way the law works, in many cases, this means that Corey must pursue and fight these entities in various court systems in the jurisdictions where these individuals reside – which makes this fight incredibly expensive and time consuming.

## Stand with Corey!

But Corey is a brave warrior of Truth, and he will not give up! He is willing to take on this fight – for all of us!



This fight will take many months; perhaps even years, and will undoubtedly be very expensive and exhausting. The wheels of justice move slowly – but they do move. And Corey understands that the right way to handle these attackers is to harness the power of the courts and law enforcement, to seek help through the proper legal channels.

Please join Corey in his fight for the Truth, for Full Disclosure Now, and for ALL OF HUMANITY!



https://www.lightwarriorlegalfund.com/      5/17/2020

Light Warrior Legal Fund – Legal Funding Support for Corey Goode                    Page 4 of 4

**THANK YOU FOR YOUR GENEROUS GIFT OF SUPPORT!**

Your donation constitutes a private "GIFT" and is not a tax-deductible donation. Corey's Legal Fund is not a 501(c)(3) or other charitable organization under the rules and regulations of the Internal Revenue Code.

Gifts of support will be used to pay for Corey's legal fees, court costs, and expenses related to legal disputes and litigation. At the conclusion of all legal disputes and litigation, any unused funds will be donated to reputable charities established to defend victims of human trafficking.

All Gifts of support will be deposited into a separate and private bank account owned by Light Warrior Legal Fund, LLC – a Corey Goode company. Corey has hired a reputable accounting firm to oversee this account, and to ensure that these funds are used solely in relation to legal fees and related expenses, and for no other purpose. This accounting firm will also have the responsibility of reviewing legal invoices and expenses, and making payment directly therefor.

Corey expresses he deepest gratitude to all who wish to show their support of Corey through their generous Gift.

**CONTACT**

Light Warrior Legal Fund, LLC
7848 W SAHARA AVE,
LAS VEGAS, NV 89117

Phone Number: 702-623-2560
Mailbox Extension: 2560
Fax: 702-832-1710

Copyright © 2020 Light Warrior Legal Fund, LLC

https://www.lightwarriorlegalfund.com/                                               5/17/2020

## OFFICE OF THE SECRETARY OF STATE
## OF THE STATE OF COLORADO

# CERTIFICATE OF FACT OF GOOD STANDING

I, Jena Griswold, as the Secretary of State of the State of Colorado, hereby certify that, according to the records of this office,

Light Warrior Legal Fund, LLC

is a

Limited Liability Company

formed or registered on 03/05/2020 under the law of Colorado, has complied with all applicable requirements of this office, and is in good standing with this office. This entity has been assigned entity identification number 20201220250 .

This certificate reflects facts established or disclosed by documents delivered to this office on paper through 05/14/2020 that have been posted, and by documents delivered to this office electronically through 05/17/2020 @ 20:38:17 .

I have affixed hereto the Great Seal of the State of Colorado and duly generated, executed, and issued this official certificate at Denver, Colorado on 05/17/2020 @ 20:38:17 in accordance with applicable law. This certificate is assigned Confirmation Number 12344964



*Jena Griswold*

Secretary of State of the State of Colorado

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*End of Certificate\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Notice: A certificate issued electronically from the Colorado Secretary of State's Web site is fully and immediately valid and effective. However, as an option, the issuance and validity of a certificate obtained electronically may be established by visiting the Validate a Certificate page of the Secretary of State's Web site, http://www.sos.state.co.us/biz/CertificateSearchCriteria.do entering the certificate's confirmation number displayed on the certificate, and following the instructions displayed. Confirming the issuance of a certificate is merely optional and is not necessary to the valid and effective issuance of a certificate. For more information, visit our Web site, http://www.sos.state.co.us/ click "Businesses, trademarks, trade names" and select "Frequently Asked Questions."

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us

**E-Filed**

Colorado Secretary of State
Date and Time: 03/05/2020 11:19 AM
ID Number: 20201220250

Document number: 20201220250
Amount Paid: $50.00

ABOVE SPACE FOR OFFICE USE ONLY

## Articles of Organization
filed pursuant to § 7-90-301 and § 7-80-204 of the Colorado Revised Statutes (C.R.S.)

1. The domestic entity name of the limited liability company is

    Light Warrior Legal Fund, LLC

    *(The name of a limited liability company must contain the term or abbreviation "limited liability company", "ltd. liability company", "limited liability co.", "ltd. liability co.", "limited", "l.l.c.", "llc", or "ltd.". See §7-90-601, C.R.S.)*

    *(Caution: The use of certain terms or abbreviations are restricted by law. Read instructions for more information.)*

2. The principal office address of the limited liability company's initial principal office is

    Street address
    1140 US Highway *(Street number and name)*
    Ste 400-266
    Broomfield *(City)*   CO *(State)*   80020 *(ZIP/Postal Code)*
    *(Province – if applicable)*   United States *(Country)*

    Mailing address
    (leave blank if same as street address)
    *(Street number and name or Post Office Box information)*
    *(City)   (State)   (ZIP/Postal Code)*
    *(Province – if applicable)   (Country)*

3. The registered agent name and registered agent address of the limited liability company's initial registered agent are

    Name
    (if an individual)
    *(Last)   (First)   (Middle)   (Suffix)*
    or
    (if an entity)   Northwest Registered Agent, LLC.
    *(Caution: Do not provide both an individual and an entity name.)*

    Street address
    1942 Broadway St. *(Street number and name)*
    STE 314C
    Boulder *(City)*   CO *(State)*   80302 *(ZIP Code)*

    Mailing address
    (leave blank if same as street address)
    *(Street number and name or Post Office Box information)*

ARTORG_LLC                Page 1 of 3                Rev. 12/01/2012

        _____     CO    _____
                    (City)               (State)     (ZIP Code)

*(The following statement is adopted by marking the box.)*
[X] The person appointed as registered agent has consented to being so appointed.

4. The true name and mailing address of the person forming the limited liability company are

   Name
   (if an individual)     Goode        Corey
                    (Last)       (First)    (Middle)   (Suffix)
   or

   (if an entity)    _____
   *(Caution: Do not provide both an individual and an entity name.)*

   Mailing address     1140 US Highway
                     *(Street number and name or Post Office Box information)*
                     Ste 400-266

                     Broomfield       CO    80020
                        (City)           (State)   (ZIP/Postal Code)
                     _____    United States
                     *(Province – if applicable)*  *(Country)*

   *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*
   [ ] The limited liability company has one or more additional persons forming the limited liability company and the name and mailing address of each such person are stated in an attachment.

5. The management of the limited liability company is vested in
   *(Mark the applicable box.)*
   [X] one or more managers.
   or
   [ ] the members.

6. *(The following statement is adopted by marking the box.)*
   [X] There is at least one member of the limited liability company.

7. *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*
   [ ] This document contains additional information as provided by law.

8. *(Caution: Leave blank if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)*

   *(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*
   The delayed effective date and, if applicable, time of this document is/are _____
                                                                                 *(mm/dd/yyyy hour:minute am/pm)*

Notice:
Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

9. The true name and mailing address of the individual causing the document to be delivered for filing are

| Goode | Corey | | |
|---|---|---|---|
| (Last) | (First) | (Middle) | (Suffix) |

1140 US Highway
(Street number and name or Post Office Box information)
Ste 400-266

| Broomfield | CO | 80020 |
|---|---|---|
| (City) | (State) | (ZIP/Postal Code) |

United States
(Province – if applicable)     (Country)

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

Disclaimer:
This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).



← Posts

**James Corey Goode ▶ CDC Heads Up - Brain Injury Awareness**
Nov 8, 2012 at 5:12 PM

ALERT SPREAD THE WORD: Law Suit against Discrimination - The probable president setting law suit against the discrimination of PTSD, Epilepsy & Traumatic Brain Injury in the workforce against Military & Civilians is set to begin. The Fed/State right to sue and deposition process of the Company & Professional Witnesses is about to begin. This law suit has more physical & embarrassing evidence than can be disclosed (No details of the Company or case can be released publicly) but be assured that it is going to be the perfect chance to set a president for possibly You, Your loved one who has suffered ridicule and stigma of these three disabilities as well as may be returning from overseas without coping skills or support to rejoin the families and way of life they may have fought for.

I am at this point reaching out to the below communities and foundations to see if you can provide support both in Professional Witnesses for the various disabilities as well as monetary help to add to the escrow account the Attorney is setting up for court expenses. The $500 Court Fee and $5,000 "Deposition Fee" ($1,000 for 5 witnesses/court reporter fee) is required to begin the filing of the case. The Attorney said there may be fewer than witnesses or possibly more but they need funds for 5 per their policy.

This is not a scam but a chance to help many thousands of people with these disabilities. Any monetary contributions that any individuals or groups would be willing to make would be made out to the Attorney Office Name, placed in the escrow account until the actual court date. The funds left over or if paid above the $5,000 in the escrow account will be split up between 4 foundations after the conclusion of the case (Wounded Warrior, TBI, Epilepsy & PTSD Foundations). Please contact me the plaintiff to discuss this or if you would like to be put in contact with the Law Firm to verify this case or to obtain their services for your similar case. Please contact me at GoodeTXSG@Yahoo.Com if you are able to provide support of any kind.

Military Spouse Central; Healing PTSD in Combat Veterans; PTSD Support for Wives of Veterans; Living With PTSD and TBI; PTSD Foundation of America; Wounded Warrior Foundation; The Random Acts of Kindness Foundation; Fearless Nation PTSD Support; PTSD Military/Family Support; PTSD & TBI Awareness Ribbons; National Center for PTSD - U.S. Department of Veterans Affairs; Veterans' PTSD Project; Military with PTSD; FOX News: Support Our Troops; Traumatic brain injury; PTSD Survivors of America; A Spouse's Story PTSD; And Then They Came Home; The Invisible Disabilities Advocate; TBI Warrior; Army Wife Network; Military Spouse Central; Healing PTSD in Combat Veterans; PTSD Support for Wives of Veterans; Living With PTSD and TBI; CDC Heads Up - Brain Injury Awareness; PTSD Foundation of America; Epilepsy Foundation-Texas

👍 Like          💬 Comment          ➡ Share

● 2

**Victoria Hazara**
Thank you
39w  Like  Reply

Write a comment...