# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,
Elizabeth Lorie,
Brian James Flynn,
William Campbell,
Matthew Grove,
Diana Terry, and
Christina Gomez

Third-Party Defendants.

GAIA INC.

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

———

Jay Weidner

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

## NOTICE OF ELECTRONIC CONVENTIONAL VIDEO FILING

COMES NOW, Alyssa Chrystie Montalbano, Defendant, Counter-Claimant and third-party plaintiff, and files this Notice of Electronic Filing of conventional video material:

**Exhibit 7** to PARTIALLY OPPOSED THIRD MOTION TO AMEND COUNTERCLAIMS COMPLAINT [#217], RICO CLAIMS, PURSUANT FRCP 15(a)(2)", of YouTube Video of non-party witnesses of RICO acts by Goode. Whereby Goode and The Enterprise used Jim Nichols' artwork on the cover of his new book without permission; and 'Agent K' stating Goode used his original spaceship design and created a very similar derivative work of it; posted July 1, 2017, on YouTube Channel: "DarkJournalist", video titled "DISCLOSURE INC. THE ART OF THE STEAL! NEW AGE DEEP STATE PART 5 – DARK JOURNALIST".

00:00 – 00:44 Jim Nichols' claims

00:45 – 03:11 'Agent K' claims

03:12 – 04:51 Teresa Yanaros (Valerie Yanaros (Goode's Counsel's) sister) at Goode's home for a pool party

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Third-Party Plaintiff, Counter Claimant, Defendant

## CERTIFICATE OF SERVICE

I certify that on this 6th day of June 2022 a copy of the foregoing NOTICE and conventional video Exhibit were mailed to the Clerk of the Court at Alfred A. Arraj United States Courthouse, Room A105, 901 19th Street, Denver, Colorado, 80294-3589; and are lawfully served upon appeared parties and counsels pursuant ECF Rule 4.8(f).

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen