**Exhibit 8**

Spaceship art used by Goode



## DISCLOSURE INC. THE ART OF THE STEAL! NEW AGE DEEP STATE PART 5 - DARK JOURNALIST

24,836 views



609    70    Share    Download    Saved

**DarkJournalist**
64,414 subscribers    SUBSCRIBED

Published on Jul 1, 2017

Visit http://www.DarkJournalist.com

EXCLUSIVE INTERVIEW!
New Age Deep State Part 5: Whistleblower Annette O'Toole
In this breakthrough Part 5 episode of New Age Deep State, Dark Journalist welcomes Whistleblower Annette O'Toole







DISCLOSURE INC. THE ART OF THE STEAL!
NEW AGE DEEP STATE PART 5 - DARK
JOURNALIST

24,836 views

609    70    Share    Download    Saved

  **DarkJournalist**      SUBSCRIBED
64,414 subscribers

Published on Jul 1, 2017

Visit http://www.DarkJournalist.com

EXCLUSIVE INTERVIEW!
New Age Deep State Part 5: Whistleblower Annette
O'Toole
In this breakthrough Part 5 episode of New Age Deep
State, Dark Journalist welcomes Whistleblower Annette
O'Toole