# Exhibit 10

Bonnie Meyer Blue Bird Alien Book

Deliver to Alyssa Grand Jun... 81505 | Books | Hello, Ari Account & Lists | Returns & Orders | 1

Subtotal $12.99

All | Amazon Basics | Handmade | Customer Service | Buy Again | Pet Supplies | Beauty & Personal Care | Shopper Toolkit | Coupons

Books | Advanced Search | New Releases | Best Sellers & More | Amazon Book Clubs | Children's Books | Textbooks | Textbook Rentals

Books › Religion & Spirituality › New Age & Spirituality

Look inside

See all 3 images

# Alien Contact: The messages they bring

Paperback – February 14, 2006

by Bonnie Meyer (Author)

10 ratings

See all formats and editions

**Paperback**
**$19.95**

7 Used from $13.60
7 New from $14.90

This is the true story of over thirty years of UFO and alien contact. I became involved because I was going to prove that UFOs did not exist. This started me on my long journey of finding out what the truth is.But, then I had contact with the aliens and once it began, I balked and questioned everything that they were trying to tell me. It did not take me long to realize I had to live a dual existence as I struggled to keep from looking like a nut case. For me, this is a frustrating journey and yet rewarding. I knew the road would be difficult and that there would be ridicule, but I keep steadily moving forward.Included in the book are discussions with the aliens. Some of the topics covered are:1. UFOs and the aliens who are piloting them2. Where the aliens come from3. How long the aliens have been visiting Earth and why they are here4.There are two factions of aliens here at this time5. Why some of the aliens are abducting6. The aliens take on our Bible, Jesus and The Creator of all7. The coming earth changes and what it means8. What the aliens have said about meditation, addictions, love, marriage, reincarnation and the soul.

Read less

Report incorrect product information.

| Print length | Language |
| --- | --- |
| 264 pages | English |

**Buy new:** $19.95

& FREE Returns

FREE delivery **Thursday, June 2**

Deliver to Alyssa - Grand Junction 81505

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Amazon.com
Sold by Amazon.com

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add a gift receipt for easy returns

**Buy used:**
$13.60

Add to List

Share

Have one to sell?

Sell on Amazon

**Other Sellers on Amazon**

$18.69 Add to Cart
& **FREE Shipping**
Sold by: Book Depository US

$17.03 Add to Cart
+ $3.99 shipping
Sold by: LadyLakeBooks

$25.02 Add to Cart
& **FREE Shipping**
Sold by: TheProductsHub

amazon book clubs
early access

Add to book club

Not in a club? Learn more

## Frequently bought together

+

Total price: $37.90

Add both to Cart









