# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,
Elizabeth Lorie,
Brian James Flynn,
William Campbell,
Matthew Grove,
Diana Terry, and
Christina Gomez

Third-Party Defendants.

―――

GAIA INC.

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

―――

Jay Weidner

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

## NOTICE OF ELECTRONIC CONVENTIONAL VIDEO FILING

COMES NOW, Alyssa Chrystie Montalbano, Defendant, Counter-Claimant and third-party plaintiff, and files this Notice of Electronic Filing of conventional video material:

**Exhibit 11** to PARTIALLY OPPOSED THIRD MOTION TO AMEND COUNTERCLAIMS COMPLAINT [#217], RICO CLAIMS, PURSUANT FRCP 15(a)(2)", of YouTube Video clips of non-party expert brain/computer interface scientists, researchers, and government employees:

**Clip One:** Posted March 23, 2020, on YouTube Channel: "A SIMULATED REALITY", video titled "A.I. Blockchain Digital DNA Mind Control through your Digital Twin in The Sentient World Simulation"

> Clip 00:00 – 00:56 Expert Bryan Kofron - Private Security Industry Specialist whistleblower. Discussing people connected to computers wirelessly that both send and receive data in real time, and renders on computers what the person is seeing and thinking in real time.

> Clip 00:57 - 01:44 Expert Dinis Guarda – Ztudium, Founder – blockchain, Artificial Intelligences, IOT, and digital (DNA) wellness. Discussing digital and organic as merging and everyone is a part of it as DNA is becoming completely digital.

**Clip Two:** Posted March 29, 2020, on YouTube Channel: "A SIMULATED REALITY", video titled "DNA Frequency Bioweapon Links Targeted Individuals to Artificial Intelligence Hive Mind Control Grid"

> Clip 00:00 – 00:56; 02:24 – 03:37; 05:01 - 05:25 Expert Steve Hoffman – Silicon Valley Angel Investor and CEO of Founder Space. Discussing brain hacking and neural reprogramming via internet connections.

> Clip 01:16 - 01:44; 03:38 - 05:00; 05:26 - Expert Bryan Kofron - Private Security Industry Specialist whistleblower. Discussing rewriting of thoughts in brain via wireless broadcasts direct to brain to alter opinions and personalities. Technology being developed in Seattle and using frequency fields over people for remote behavior modification for government intelligences and corporate interests.

**Clip Three:** Posted April 27, 2020, on YouTube Channel: "A SIMULATED REALITY", video titled "DARPA 2045 Initiative creates Virtual Avatar Overlords by linking humans to A.I. Control Grid"

> Clip 00:14 – 01:04; 01:31 - 01:59 – 02:21 – 02:2; 02:40- 02:49
> Expert Dr. James Giordano, PHD, MPhil, advisor to the Pentagon, DARPA, and EU Human Brain Project. Discussing neural interfacing with microscopic nanos (MIT News) to read and write to and from the brain remotely. Linking brains to machine already done. Brains linked to data clouds.

Clip 01:05 – 01:30;     02:00- 02:20;   02:28 – 02:39     Expert Brian Tew, Targeted Individual and DOD whistleblower. Discussing brain mapping and digital brain wave signatures, hidden carrier waves in satellite frequency broadcasts. Neural linked and can upload and download data to brain like a computer.

**Clip Four:**  Posted April 8, 2020, on YouTube Channel: "Gms Arkansas", video titled "5G, The Devils Smart Dust AKA Nanobots 2020(GMSONAIR)"   Clip showing microscopic robots for living inside people's bodies and require a microscope to view millions of them on a lab plate. 50,000 of them in a row is thinner than a human hair.

**Clip Five:**  Posted April 27, 2020, on YouTube Channel: "A SIMULATED REALITY", video titled "DARPA 2045 Initiative creates Virtual Avatar Overlords by linking humans to A.I. Control Grid"   Discussing DARPA Avatar Projects and Robert Duncan discussing working for DOD, DARPA, etc. and writing the code for human-brain (neural network) interfacing and how its MKULTRA on steroids whereby they can create false experiences with frequency broadcasts to the brain and people will thinking its ghosts or alien experiences.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Third-Party Plaintiff, Counter Claimant, Defendant

## CERTIFICATE OF SERVICE

I certify that on this 6th day of June 2022 a copy of the foregoing NOTICE and conventional video Exhibit were mailed to the Clerk of the Court at Alfred A. Arraj United States Courthouse, Room A105, 901 19th Street, Denver, Colorado, 80294-3589; and are lawfully served upon appeared parties and counsels pursuant ECF Rule 4.8(f).

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen