**Exhibit 13**

Cohen Exposing Smith as a Fraud

5/29/22, 10:46 PM                I Was Engaged To EMERY SMITH! (Part. 2 - Red Flags & Weird Ass Shit) EXPOSED Con Artist!

  (/)

 (/help-us-grow/) 61%

 Login / Register (/accounts/register)

# I WAS ENGAGED TO EMERY SMITH! (PART. 2 - RED FLAGS & WEIRD ASS SHIT) EXPOSED CON ARTIST!

**WATCH**



28:37

👁 2938    👍 11    👎 5

First published at 22:15 UTC on July 19th, 2021.

#EMERYSMITH (/HASHTAG/EMERYSMITH/)    #GAIATV (/HASHTAG/GAIATV/)

#EMERYSMITHEXPOSED (/HASHTAG/EMERYSMITHEXPOSED/)

(share links to facebook, twitter, reddit, gab, instagram, youtube, facebook — Subscribe)

### hofitkimcohen (/channel/hofitkimcohen/)

hofitkimcohen (/profile/y4NYSWtnMR9q/)

👥 14 subscribers

I Was Engaged To EMERY SMITH! (Part. 2 - Red Flags & Weird Ass Shit) EXPOSED Con Artist!

## Photo Kim Cohen with Emery Smith



Kim Cohen talking about her astral experiences with Emery Smith

