IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, et al.

    Plaintiffs,

v.

GAIA, INC., et al.

    Defendants.

---

THIRD-PARTY DEFENDANTS BRIAN JAMES FLYNN, WILLIAM CAMPBELL, MATTHEW GROVE, DIANA TERRY, AND CHRISTINA GOMEZ'S[1] CLARIFICATION REGARDING ALYSSA MONTALBANO'S PARTIALLY OPPOSED THIRD MOTION TO AMEND COUNTERCLAIMS COMPLAINT RICO CLAIMS, PURSUANT FRCP 15(A)(2) [DOC. 308]

---

The State Defendants, through undersigned counsel, the Colorado Office of the Attorney General, clarify their conferral regarding Alyssa Montalbano's third motion to amend her counterclaims complaint, as follows:

    1.    In conferring with Montalbano, undersigned counsel noted that Magistrate Judge Mix recommended a complete dismissal of Montalbano's claims against the State Defendants. *See* [Doc. 283]. Judge Mix's recommendation is currently pending. Accordingly, the State Defendants' position is that any further attempt by Montalbano to amend her "counterclaims complaint" regarding these claims is not properly before the Court.

---

[1] Together, these third-party defendants are the "State Defendants."

2.      To the extent this Court considers Montalbano's motion despite the pending recommendation, the State Defendants hereby clarify that they do not oppose Montalbano's amendment of her counterclaims complaint to dismiss her claim under the Racketeer-Influenced and Corrupt Organizations (RICO) Act against the State Defendants.

Dated this 7th day of June, 2022.

>                       Respectfully submitted,
>
>                       PHILIP J. WEISER
>                       Attorney General
>
>                       *s/ Dmitry B. Vilner*
>                       DMITRY B. VILNER*
>                       Assistant Attorney General
>                       Civil Litigation and Employment Law Section
>                       Attorneys for Third-Party Defendants Brian
>                          James Flynn, William Campbell, Matthew
>                          Grove, Diana Terry, and Christina Gomez
>
>                       1300 Broadway, 6th Floor
>                       Denver, Colorado 80203
>                       Telephone:  720-508-6645
>                       FAX:  720-508-6032
>                       E-Mail:  Dmitry.vilner@coag.gov
>                       *Counsel of Record

CERTIFICATION OF WORD COUNT: I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

<u>CERTIFICATE OF SERVICE</u>

I certify that I served the foregoing THIRD-PARTY DEFENDANTS BRIAN JAMES FLYNN, WILLIAM CAMPBELL, MATTHEW GROVE, DIANA TERRY, AND CHRISTINA GOMEZ'S CLARIFICATION REGARDING ALYSSA MONTALBANO'S PARTIALLY OPPOSED THIRD MOTION TO AMEND COUNTERCLAIMS COMPLAINT RICO CLAIMS, PURSUANT FRCP 15(a)(2) [Doc. 308] upon all parties herein by e-filing with the CM/ECF system maintained by the court or by depositing copies of same in the United States mail, first-class postage prepaid, at Denver, Colorado, this 7th day of June, 2022, addressed as follows:

Valerie Ann Yanaros
Yanaros Law PC
5057 Keller Springs, Suite 300
Addison, TX 76001
*Attorneys for James Corey Goode and Goode Enterprise Solutions, Inc.*

Daniel Andrew Dingerson
Ina B. Scher
Davis & Gilber, LLP
1675 Broadway
New York, NY 10019
*Attorneys for Gaia, Inc.; Jirka Rysavy; Brad Warkins; and Kiersten Medvedich*

Aaron Bardin Belzer
Ashlee Nicole Hoffman
Burnham Law Firm PC
2760 29th Street, Suite 1E
Boulder, CO 80301
*Attorneys for Jay Weidner*

Michael Jacob Laszlo
Laszlo & Associates, LLC
2595 Canyon Blvd., Suite 210
Boulder, CO 80302
*Attorneys for Benjamin Zavodnick*

Timothy M. Murphy
Robinson & Henry PC
7555 E. Hampden Ave., Suite 600
Denver, CO 80231
*Attorneys for Elizabeth Lorie*

Alyssa Chrystie Montalbano
2536 Rimrock Ave. Suite 400-117
Grand Junction, CO 81505
LegalZenACM@gmail.com
*Pro se*

*s/ La'Tasha Carter*