IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC.

              Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH

              Defendants.

---

ENTRY OF APPEARANCE TO PROVIDE FURTHER LIMITED REPRESENTATION

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear, in a limited capacity (see Docket 306) in this case as counsel for:

MR. DAVID WILCOK

THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION

Undersigned counsel seeks to enter a limited appearance to represent the pro se parties in this action at their request for the limited purpose of

Filing a joint motion of extension of time to respond to the Complaint.

I hereby certify that my client(s),   DAVID WILCOCK and THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION   , approves the limited representation.

1

DATED at Dallas, Texas this 10<u>th</u> day of June, 20 22.

<u>/s Valerie Yanaros, Esq.</u>
Valerie Yanaros, Esq.
Texas Bar No. 24075628
Admitted to Practice in the District Court of Colorado
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553
valerie@yanaroslaw.com

**CERTIFICATE OF SERVICE**

The below signed certifies that a copy of this filing will be served on each Defendant by ECF on June 10, 2022.

/s Valerie Yanaros, Esq.
Valerie Yanaros, Esq.

CERTIFICATION OF WORD COUNT: I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).