IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC.

                                    Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH

                                    Defendants.

---

**JOINT MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO MONTALBANO'S COUNTERCLAIMS**

---

**COMES NOW,** David Wilcock and The Wilcock Spiritual Healing and Empowerment Foundation (collectively, "Counter-Defendants"), and respectfully shows and requests as follows:

**D.C.COLO.LCivR 7.1(A) Certification**: undersigned counsel, on behalf of Counter-Defendants and Counter-claimant Alyssa Montalbano ("Montalbano") conferred regarding this motion and both agree to stipulate to the relief requested herein.

1. This Action was commenced by Plaintiffs James Corey Goode and Goode Enterprise Solutions, LLC on March 17, 2020 (Docket 1) and motion practice ensued.

Joint Motion for Extension of time to Respond

2. Montalbano filed her responsive counterclaims (the "Counterclaims") on December 22, 2020 (Docket 120) naming various parties, including Counter-defendants. The Counterclaims were later amended (Docket 208).

3. Counter-defendants were served on April 29, 2022. The Parties stipulated to an extension of time to Respond to June 10, 2022 (Docket 307, *see also* Docket 306 Appearance for Limited Representation).

4. Subsequently, Montalbano filed a Third Motion to Amend her Counterclaims. (Docket 308, the "TACC").

5. Counter-defendants are in the process of responding to the Counterclaims as entered. If the TACC is granted, Counter-defendants' work in responding would be duplicated. In order to allow for the Court to rule on the TACC, and to prevent from duplicating time and efforts in responding to Montalbano's Counterclaims, Counter-defendants and Montalbano request Counter-defendants deadline to respond to either the Counterclaims or the TACC be extended to three weeks after the entry of that order confirming the operative Counterclaims.

6. This motion is not made for purpose of delay, in bad faith or as a dilatory tactic, but to ensure a full hearing on all the facts and legal issues of this action, secure a just and speedy determination of this case, and ensure that the ends of justice are met.

Joint Motion for Extension of time to Respond

Date: June 10, 2022                                           Respectfully submitted,

/s Valerie Yanaros, Esq.
Valerie Yanaros, Esq.
Texas Bar No. 24075628
Admitted to Practice in the District Court of Colorado
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553
valerie@yanaroslaw.com

**ATTORNEY FOR PLAINTIFFS and COUNTER-DEFENDANTS**

/s/ Alyssa Chrystie Montalbano
Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave. Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Counter-Claimant, Third-Party Plaintiff

## CERTIFICATE OF SERVICE

The below signed certifies that a copy of this filing will be served on each Defendant by ECF on June 10, 2022.

/s Valerie Yanaros, Esq.
Valerie Yanaros, Esq.

CERTIFICATION OF WORD COUNT: I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).