IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KLM

JAMES COREY GOODE, and
GOODE ENTERPRISE SOLUTIONS, INC,

    Plaintiffs and Counter Defendants,

v.

GAIA, INC,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

    Defendants.

ALYSSA MONTALBANO,

    Defendant, Counter Claimant, and Third-Party Plaintiff,

v.

LIGHT WARRIOR LEGAL FUND, LLC,
DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION,
VALERIA YANAROS WILDE,
ELIZABETH LORIE,
BRIAN JAMES FLYNN,
WILLIAM CAMPBELL,
MATTHEW GROVE,
DIANA TERRY, and
CHRISTINA GOMEZ,

    Third-Party Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

-1-

This matter is before the Court on Third-Party Defendants David Wilcock and The Wilcock Spiritual Healing and Empowerment Foundation's unopposed **Joint Motion for Extension of Deadline to Respond to Montalbano's Counterclaims** [#312] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#312] is **GRANTED**.  The deadline for Third-Party Defendants David Wilcock and The Wilcock Spiritual Healing and Empowerment Foundation to answer or otherwise respond to Third-Party Plaintiff Alyssa Montalbano's operative counterclaims is extended to **14 days after** an order issues on Ms. Montalbano's Partially Opposed Third Motion to Amend Counterclaims Complaint, RICO Claims, Pursuant [to] FRCP 15(a)(2) [#308].

Dated:  June 23, 2022