# Exhibit 1
## Mesa Court Filed Exhibits AQ - AY

Case Name _GOODE, JAMES COREY_____ v. _MONTALBANO, ALYSSA CHRYSTIE_ **Case Number:** _2018C 000103_

**1. Contact.**
It is ordered that you, the Restrained Person, **shall have no contact of any kind** with the Protected Persons and you shall not attempt to contact said Protected Persons through any third person, except your attorney,
☐ **except as follows:**

_____
_____
_____
_____

> A violation of a Protection Order is a crime and may be prosecuted as a misdemeanor, municipal ordinance violation, or a delinquent action (if committed by a juvenile) pursuant to §18-6-803.5, C.R.S. and municipal ordinance.

**2. Exclusion from Places.**

You must keep a distance of at least _100_ yards from the Protected Persons where ever they may be found.

It is ordered that you be excluded from the following places and shall stay at least_100_ yards away from the following places: (Specify the address(es) where the Protected Persons reside, work or attend school.)
☒ The Protected Person has requested that the address be omitted from the written order of the Court, including the Register of Actions.
☒ Home: _____
☐ Work: Name: _____ Address: _____
☐ School: Name: _____ Address: _____
☐ Other: _____
☐ Exceptions: _____

You may not remain in or return to any of the above locations after you receive this Order. You are permitted to return to a shared residence one time to obtain sufficient undisputed personal effects to maintain a normal standard of living until the next hearing date ONLY if you are accompanied at all times by a law enforcement officer.

**3. Care and Control Provisions.**
☐ It is in the best interest of the minor children that care and control of these children be awarded to
_____ (name of person) until the next hearing. At that hearing, the Court will determine who should receive temporary care and control of the minor children for up to one year.

**4. Issues Concerning Children. (Parenting Time and Decision-Making Responsibilities)**
☐ Restrained Person is granted Parenting Time with the minor children.
☐ Parenting Time and Decision-Making Responsibilities will be considered at the Permanent Protection Orders Hearing or at the next Hearing.
☐ Parenting Time expires on_____(next hearing date) and shall be as follows:
_____

☐ Interim Decision-Making Responsibilities expire on_____(next hearing date) and shall be as follows:
☐ _____ (name of person) shall have sole Decision-Making Responsibilities.
☐ The parties shall jointly share Decision-Making Responsibilities.
☐ Other as set forth in "Other Provisions" section 5.
☐ Parenting Time and Decision-Making Responsibilities shall be as previously ordered by the
_____ District Court, Case#_____

JDF 398 R8/13  CITATION AND TEMPORARY CIVIL PROTECTION ORDER

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AQ
BROOMFIELD COURT FABRICATIONS
1 OF 4

Page 2 of 5

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

[X] I have completed and attached the form titled "Affidavit Regarding Children" JDF 404 as children are identified as Protected Persons above.

4.  a) The most recent incident that causes me to ask for a Civil Protection Order occurred on or about _____06/14/2018_____ (date), at about __08:14 am__ (time), in ___Broomfield_____ (County), when _____ (name of person) did the following to me and/or the above named Protected Persons: *Be specific: What was the threat or acts of violence? Where did this occur? Were the minor children or other Protected Persons present? Was a weapon involved?*

____I received three additional certified letters from Alyssa Montalbano sent to my P.O. Box. These letters are attached herewith. They threaten, among other bizarre accusations and claims, to sue me for alleged theft of intellectual property and request multiple inappropriate situations. Further letters have been sent to my place of business that further defame my character and work. See attached brief and evidence.

b) The most serious incident that causes me to ask for a Civil Protection Order occurred on or about _____April 1, 2018_____(date), at about __1:23 a.m.____(time), in ___Broomfield_____ (County), when _____Alyssa Christie Montalbano_____ (name of person) did the following to me and/or the above named Protected Persons: *Be specific: What was the threat or acts of violence? Where did this occur? Were the minor children or other Protected Persons present? Was a weapon involved?*

____Sent an incredibly bizarre email communication after she agreed to cease contact with me on February 2, 2018 (see attached brief). In it she references the Conference we forbade her to attend that I was presenting at due to her 400 emails and repeated calls, letters, etc. In her email she says "did something occur in Hawaii? I ask because of a couple dreams.  One, you may not be aware of anything... in the dream you were playing (yes in a disguise) and I scooped you up so the sniper on the hill wouldn't shoot you and eat you.  I took you and placed you somewhere safe.  You seemed oblivious the entire time.  In the next dream (disguise again) you seemed to have caught a cold or had something occur that reminded me of my trip to Hawaii as a kid with my bff when she got sucked into the undertow by the shore and when she got back on shore she puked this clear mucally type bile vomit onto the sand.  We  promptly buried it and moved to the next cabana. :::grin::: Something similar to the bile - vomit was seen in the dream but with shuffles like a really bad cold and you were having a hard time breathing.  I helped keep you breathing.  Did you have any kind of ocean incident or catch a cold or have any kind of breathing issues?"

c) Any other past incidents of violence or threats?  *Be specific: What was the threat or acts of violence? Where did this occur?  Were the minor children or other Protected Persons present?  Was a weapon involved?*

____She has been making and continues to make threats of defamation or lawsuits. The attached communications show the most recent.

____

d) Are you aware of any other Protection Orders currently in effect against you or the other person? [ ] Yes [X] No  If Yes, list any relevant information, such as the issuing Court, State, and date of the order:

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AQ
BROOMFIELD COURT FABRICATIONS
2 OF 4

_____

_____

5. I believe that I and/or the other Protected Persons named in this action are in imminent danger from _____Alyssa Chrystie Montalbano_____ (name of person):

☒ Harm to my/our life or health if he/she is not restrained as requested.

☒ Physical or emotional harm to my/our emotional health or welfare if he/she is not excluded from the family home or the home of another.

6. ☒ I request that I be permitted to omit my address from this Verified Complaint/Motion for Civil Protection Order, because I fear that including my address will endanger me and/or the other Protected Persons.

7. I request the following relief from the Court that ____Alyssa Chrystie Montalbano____ (name of person):

   a) ☒ Be ordered to refrain from contacting, harassing, injuring, stalking, touching, sexually assaulting, molesting, intimidating, and threatening me or other protected persons.

   b) ☒ Be ordered to have **no contact** at all with me or the other Protected Persons.
     **or**

     ☐ Be allowed only the following limited contact with me or the other Protected Persons: *Be specific.*

_____

_____

_____

   c) ☒ Be excluded from my home at (address): **If you checked section 6, do not provide your address.**
     _____

   d) ☒ Be ordered to stay at least ___1000__ yards from the following places. (address or description)
     **If you checked section 6, do not provide your address.**
     ☒ Home: _____
     ☐ Work: Name: _____ Address: _____
     ☐ School: Name: _____ Address: _____
     ☐ Other: _____

   e) ☒ Be ordered to have **no contact** with the minor children and that I be awarded temporary care and control and Interim Decision-Making Responsibilities for the children.
     **or**             WE DO NOT HAVE CHILDREN TOGETHER.

     ☐ Be awarded temporary care and control of the children and that the other person be given Parenting Time with the children and Interim Decision-Making Responsibilities as follows: *Be specific.*

_____

_____

_____

   f) ☒ Be ordered to refrain from molesting, injuring, taking, transferring, encumbering, concealing, or disposing of or threatening harm to an animal owned, possessed, leased, kept or held by me or my minor child(ren), or other protected persons. Arrangements for possession and care are as follows:

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AQ
BROOMFIELD COURT FABRICATIONS
3 OF 4

g) ☐Be ordered, if this is a domestic abuse protection order, to not possess and/or purchase a firearm, ammunition, or other weapon AND to relinquish any firearm or ammunition within the time ordered by the Court.

h) ☒ Be ordered to refrain from interfering with me or other protected persons at our place of employment or place of education and from engaging in conduct that impairs my or other protected person's employment, educational relationships, or environment.

i) ☒Other:

Be ordered that she does not attend any event, conference or meeting that myself and/or my family or colleagues are attending and/or speaking or presenting at

☒I understand that once a Civil Protection Order is issued it cannot be modified or dismissed by me or the other person without permission of the Court.

☒ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.
☒By checking this box, I am acknowledging that I have made a change to the original content of this form.

## VERIFICATION

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the __17__ day of __July__, __2018__ at __Broomfield county__
        (date)    (month)       (year)   (city or other location and state OR country)

_____
(Printed name of ☐Petitioner ☐Respondent)    Signature of ☒Petitioner ☐Respondent

_____
Attorney, if applicable

**Stop: If you checked box number 6, do not fill in your address and telephone number.**

_____
Address

_____
Telephone Number

**Notice:** Colorado Revised Statutes §13-14-105 identifies that a temporary injunction may be issued by the Court and that upon personal service or upon waiver and acceptance of service by the Restrained Person, is to be in effect against the Restrained Person for a period determined to be appropriate by the Court.   This injunction restrains the Restrained Person from:

JDF 402   R3/18   VERIFIED COMPLAINT/MOTION FOR CIVIL PROTECTION ORDER
Page 4 of 4
   (1) Court Copy        (2) Petitioner Copy       (3) Respondent Copy

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AQ
BROOMFIELD COURT FABRICATIONS
4 OF 4

www.SphereBeingAlliance.com

www.SecretSpaceProgram.com

www.ComicDisclosure.com

www.FullDisclosureProject.org

LinkedIn: https://www.linkedin.com/in/corey-goode-7024621/

---

From: Kiersten medvedich <kiersten.medvedich@gaia.com>
To: Corey Goode <goodetech@yahoo.com>
Sent: Tuesday, June 5, 2018 9:05 AM
Subject: Certified Mail

Hey Corey,

Alyssa Montalbano has been sending us certified mail regarding a lawsuit she is filing against you. She has sent numerous packages to us addressed to you which we sent back stating that this is not your mailing address. She's also sent me, Jirka and Jay Weidner copies of the paperwork she's filing against you.

I'm sure you're aware of the issue but I just wanted to let you know that she's sending Gaia copies of everything (not sure why).

Hope all is well.

Thanks,

K

Get Outlook for iOS

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AR
DEFAMATION TO MEDVEDICH
1 OF 2

9/10/2018
Case 1:20-cv-00742-DDD-KLM   Document 315-3   Filed 06/30/22   USDC Colorado   Page 6 of
Case 1:18-cv-02060-RM-GPG   Document 34-9   Filed 09/10/18   USDC Colorado   Page 1 of 2

**Re: Certified Mail**

KM  kiersten.medvedich@gaia.com
Tue, 05 Jun 2018 11:24:08 -0500
"Corey Goode" <goodetech@yahoo.com>, "Yanaroslaw" <valerie@yanaroslaw.com>

Can you let me know how she responds so we can proceed accordingly on our end?

Thanks,
K

**From:** Corey Goode <goodetech@yahoo.com>
**Reply-To:** Corey Goode <goodetech@yahoo.com>
**Date:** Tuesday, June 5, 2018 at 10:13 AM
**To:** Kiersten medvedich <kiersten.medvedich@gaia.com>, Yanaroslaw <valerie@yanaroslaw.com>
**Subject:** Re: Certified Mail

Hello, Kiersten.

I have copied my IP/Trade Mark Attorney in this email and am providing her contact info below.

This is a person who has been stalking me for a while. She has been sent a Cease and Desist letter from my attorney.

She is a very disturbed individual and is sending legal papers she is creating Online.

Depending on how she responds to the letter, we may also open a protective order against her.

Thank you for keeping me in the loop. She has also stalked David in the past and is considered a security risk.

Valerie Yanaros Wilde, Esq.

Yanaros Law, P.C.

5057 Keller Springs Road Suite 300

Addison, Texas 75001

Telephone: (512) 826-7553

Fax: (469) 718-5600

**Corey Goode**

CEO: Goode Enterprise Solutions, Inc & SBA Media Enterprises, LLC

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AR
DEFAMATION TO MEDVEDICH
2 OF 2

1/2





👍 Liked ▾    📡 Following ▾    ➤ Share    ⋯

 **Sphere Being Alliance** shared a post.
July 17 2018 · 🌐

Update and Public Statement on recent events...

## Sphere Being Alliance
@BlueAvians

Home

About

YouTube .

Events

Photos

Videos

Posts

Reviews

Groups

Community

Info and Ads

 **Corey Goode**    ⟵
July 17, 2018 · 🌐

Update and Public Statement on recent events:

We are looking forward to settling back in at home after a little over a month of travels.

We enjoyed a week in LA at Disclosure Fest where we also had meeting with a number of people and groups discussing working together in big ways.

This includes the plans for a Mass Meditation event in Washington DC on 11/11/2018 during the military parade.

These meetings should also lead to some very exciting announcements that will benefit our entire community and help us come together for our common goal of Full Disclosure.

These announcements will completely displace the volume of upsetting and stressful evets that have popped up over the last week or so.

After the week in LA we then flew out to Maui for 17 days.

Thanks to our close friends Amy and Jamie who live there, we were able to stay with them and have an epic adventure on a shoe string budget.

Maui ended up being the perfect place for an unplanned sabbatical.

I was able to have time to slow down and reflect on the incredible amount of stress, abuse, personal 'dark alliance' attacks, 3 deaths in the family in the last 19 months, my Father in Hospice and not doing well and the incredible weight of the responsibilities laid on my shoulders over the last 3 years were all crushing in on me.

Those are just the things we can make public... So MUCH has gone on that we cannot talk about.

Thankfully I had an opportunity to address most of these traumas to some degree and am feeling much better as a result.

Now, it is time to get back to work! These distractions can no longer

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AS - DEFAMATION
FACEBOOK JULY 17, 2018
1 OF 2



**Sphere Being Alliance**
@BlueAvians

Home

About

YouTube

Events

Photos

Videos

Posts

Reviews

Groups

Community

Info and Ads

👍 Liked ▾    ∖ Following ▾    ⇗ Share    ···

Those are just the things we can make public... So MUCH has gone on that we cannot talk about.

Thankfully I had an opportunity to address most of these traumas to some degree and am feeling much better as a result.

Now, it is time to get back to work! These distractions can no longer delay this important mission.

Over the last 3 years, I have also had to deal with a number of individuals that have taken a very unhealthy personal interest in me to a point of having to obtain protective orders for my protection and the protection of my family.

The feeling of having someone strongly pursuing you based on fantasies or delusions is a creepy and sickening feeling that I wouldn't wish on anyone.

As all of you are aware... While Stacy and I were in Maui, another public controversy arose with the unauthorized release of some alleged personal information and correspondence that has since gone viral.

Since then I have received a constant and steady stream of emails and messages on Facebook asking me to make a public statement.

The only statement I can make right now is that "Legally, I am unable to publicly comment at this time".

What I can say is that I am responding very strongly, privately and in an ethical and legal manner.

I hope to be able to make more of a public statement in the near future.

I understand and appreciate how upset and confused many in the community are right now, rightly so.

It would be wonderful if we could focus on Unity and working together for Full Disclosure until more clarity can be given on these issues.

This will be our main focus at our upcoming Dimensions of Disclosure event here in Colorado this August.

We appreciate the huge amount of support that those in the community have shown over the last week.

The letters of support and donations have assisted us greatly both energetically and financially.

We also appreciate the energetic work many of you have been doing on

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AS - DEFAMATION
FACEBOOK JULY 17, 2018
2 OF 2



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

U.S. POSTAGE PAID
GRAND JUNCTION, CO
JUN 04 18
AMOUNT
$12.90
R2303S1C0124-25

80020

PRESS FIRMLY TO SEAL

FROM: Alyssa-Christie: Montalbano
2536 Rimrock Ave
STE 400-117
Grand Junction CO 81505

TO: James Corey Goode
Goode Media Publishing & LLC
Goode Enterpr. Solutions Inc.
1140 US Hwy 287
Suite 400-266
Broomfield, CO 80020

RETURN RECEIPT REQUESTED

CERTIFIED MAIL

7016 0940 0002 3146 0830

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PRIORITY MAIL

266

Today's Date          Print Name

You received a package via USPS/Certified from postal code with tracking number 70180680002145C530 on 06/08/2018. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 06/08/2018 to avoid storage fees.

store3779@theupsstore.com
(303) 635-0400
BROOMFIELD, CO 80020
1140 US HWY 287 #400
The UPS Store #3779

EP14F July 2013
OD: 12.5 x 9.5

PS00001000014

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AT - FEDERAL COURT
FABRICATION - COMPLAINT-
1 OF 11

# CERTIFICATE OF SERVICE

It is hereby certified, that on June __4__ 2018 , the undersigned mailed to the following addresses:

James Corey Goode
GOODE MEDIA PUBLISHING, LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US Highway 287
Suite 400-266
Broomfield, Colorado 80020

James Corey Goode
C/O: GAIA INC
833 West South Boulder Road
Building G
Louisville, Colorado 80027

Hereinafter, "Recipient," the documents and sundry papers pertaining to **"Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate"**

1. **Notice of Default in Dishonor**

2. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7018 0680 0002 3149 0630** and **7018 0680 0002 3149 0685** Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Courtesy copies; sent by Certified Mail with Return Receipt to CEO, Jirka Rysavy GAIA INC Certified Mail No. **7018 0680 0002 3149 0708** and Senior Director of Content Production, Jay Weidner GAIA INC Certified Mail No. **7018 0680 0002 3149 0739** at the following address: 833 West South Boulder Road Building G, Louisville, CO 80027.

Signed this __4__ day of June 2018
With Prejudice and All Rights Reserved,

_Alyssa-Chrystie: Montalbano_
Alyssa – Chrystie: Montalbano (UCC 1-308)
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of _CO_ , County of _Mesa_
Signed before me on this __4__
of _June_ _2018_ by _Kimberly Blossom_
Notary Public _Kimberly Blossom_

KIMBERLY D. BLOSSOM
KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Certificate of Service June 4, 2018

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AT - FEDERAL COURT
FABRICATION - COMPLAINT-
2 OF 11

June 4, 2018

Corey,

I am offering you the apprenticeship because you need to learn how to really protect yourself.

Locking yourself into more rules and deeper layers of fear (what you call 'greater security') ultimately will not get you the results you seek. It works somewhat belabored, but is hackable, because the method focuses on the problem and not the solution. That means, the method resides in the same energetic frequencies you are trying to avoid, therefore access remains available to those who also operate on it. Think of it like a 50 story building. You're on the first floor and all the people you wish to avoid are also on the 1st floor. Now, imagine each floor is an energetic frequency and you can only go up a floor when you adjust your frequency. Setting up more low vibration frequency (fear based) safety (fighting) protocols on the 1st floor, still keeps you on the same level and make you reasonably accessible to all those you wish to avoid because maybe you're only just down the hallway from the people trying to 'get you'. Now granted you can barricade yourself in a room and keep on piling up more junk in front of the door to the room, but generally and rationally speaking how long can you hold out? What rations do you have, food, water, sleep, etc?.

Basically, staying on the 1st level floor (battlefield) you'll always be fighting and ultimately it's only a matter of time before the barricades are broke into.

Now, imagine each floor you go up not only are the people nicer (higher vibration) but those still into fighting battlefield-style cannot go up a floor and behave that way, they must also raise their vibration and become 'nicer.' Now, what happens if you successfully raise your vibration (love) to live on the 50th floor? I can tell you, it's rather nice on the 50th floor, overall very peaceful and joyful. However, while its very nice up here on the 50th floor and the rooftop view is also lovely, I'm still in this same building as you because I have chosen this 'lot' to vibrationally and tonally heal, I still have those from the 1st floor call me up on the building phones (dreams) somewhat regularly to ask me to join them on the 1st floor by asking if they can kill me or my friends still playing on

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AT - FEDERAL COURT
FABRICATION - COMPLAINT-
3 OF 11

the 1st floor with them. From AI controlled forms, to mafia, shadow people, to whatever or whoever else wants me to 'play ' the fear drama game. I tell them "no" in a variety of ways and my life in 3D continues to be peaceful. 90% of the time my methods include giving them love and light, about 10% of the time (if they are a higher vibrational troublemaker) I will use more mundane methods to tell them no, because they can learn what they need from that and grow. In all instances, the method applied brings their vibration up closer to my level. So they too may one day join me on the 50th floor. When everyone in the building makes it to the 50th floor, a new building and wonderful life can be chosen, where we all live in peace and harmony.

I greatly enjoy when those of the lower floors ask me to play with them, Why? . . . Because I get to heal and change them. ☺ After I wrote most of this letter to you, I went back to sleep and had one of the highest level ethereal controller types that are rarely ever seen come to me. He wanted to eat me, he was extremely tall and lean and had two huge MIB like beings with him. Now why on god's green earth would I be glad about this being coming to me and wanting to eat me? Because I got to give him the light he so desperately needed to start his healing process. He softened and changed. This was done for the lower level players as well that I worked with before revealing his level to the others in the room that I was teaching how to do what I do. This main upper level more ethereal seated being then needed some time to integrate the energies, but he was able to control himself some now. He made me think of a Soros type. I will then wait till the lower level combatant(s) come to me again to heal them further or look for them to join me on the 50th floor once they complete their healing processes. I greatly enjoy seeing them whole and healed and have learned a great deal of patience and neutrality over the years.

I can help you and teach you how to do these things as well and how to live a truly peaceful life according to the resonance of your own heart wisdom, which will elevate you above being fearful and the troubles associated thereof.

The things you read in that PDF file in Dec and were 'surprised' by and 'didn't know what to say '. . .I meant every word. I was surprised by you being surprised, because that didn't fit the 3D evidence as

we both know and thus the pending litigation. I much prefer we make slime together and my dream data be correct. You?

Because I believe in my abilities and what I have seen in soul spirit realms, I will continue to offer you The Remedy as an option. I do this for you. It is very important at this stage that you accept it, even if you only do it initially to keep from having the allegations go onto public record. I must teach you and the others how to genuinely protect yourselves. This is very serious. Once you are clear in your heart, you will have the ability to clearly choose if you want to continue your studies with me or not. I'm a very easy going person, except where lower density behaviors are concerned and I am very firm on my position and I continue to live in heart spaces of peace, joy, love, and freedom, while maintaining a highly critical eye. It's an interesting mix.

I do what I do for your safety. I ask that you set your fears aside regarding me and look to see what actually "is." This will ultimately allow you to free your mind and once that happens my work will be complete and you may freely choose if you wish to continue your studies with me or we can adapt the work-together arrangement.

Regardless to if the legal evidence is correct, or my dreams, or any blend thereof. . . You are obviously interested in what I do and my information. For your conscious awareness, I continue to be interested in developing a healthy interpersonal relationship with you, while I teach you how to do what I do and correctly implement the true messages of love and light. No fighting.

Alyssa Montalbano

Thank you, Alyssa

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AT - FEDERAL COURT
FABRICATION - COMPLAINT-
5 OF 11

# NOTICE OF DEFAULT IN DISHONOR

Certified Mail#   **7018 0680 0002 3149 0630 and 7018 0680 0002 3149 0685**

Date:   **June 4, 2018**

Petitioner:   Alyssa-Chrystie: Montalbano
ARI STONE ART LLC
2536 Rimrock Ave
Suite 400-117
Grand Junction, Colorado 81505

Respondent:   James Corey Goode
GOODE MEDIA PUBLISHING LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US HIGHWAY 287
SUITE 400-266
BROOMFIELD, COLORADO 80020

Reference:   **Courtesy Notice Stop and Desist Use of Intell**~~~~ o Litigate
dated April 18, 2018

*(handwritten note on sticky note):*
Corey,
June 4, 2018
I will give you
One Week
(June 13, 2018 deadline)
to Accept my
Offer for Remedy
Revised.
After that I file documents on
Public Record & open
a legal case   Alys

This instrument is a Notice of Default in Dishonor upon the instrument(s) delivered by the Petitioner dated April 18, 2018 with the U.S.P.S. Certified Mail No. **7016 2070 0000 9810 9985** and received by the Respondent on or about April 20, 2018 at the address referenced above and subsequent presentment with Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

PRESENTMENT: On **April 20, 2018**, Alyssa-Chrystie: Montalbano presented the following instrument(s) for response:

1. **Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate** dated April 18, 2018

2. **Notice of Written Correspondence** dated April 18, 2018

3. **Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice)** dated April 18, 2018

4. **Courtesy Copy Certificate of Service** dated April 18, 2018

PRESENTMENT: On **May 16, 2018**, Alyssa-Chrystie: Montalbano presented the following instrument(s) for response with the U.S.P.S. Certified Mail No. **7018 0680 0002 3149 0623 and 7018 0680 0002 3149 0777** and received by the Respondent on or about May 18, 2018 at the address referenced above and the following address: C/O GAIA INC, 833 West South Boulder Road Building G, Louisville, CO 80027.

1. **Notice of Fault in Dishonor** dated May 16, 201

2. **Updated and Corrected Copy: Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate – AMENDED** dated May 16, 2018

3. **AMENDMENT ONE** dated May 16, 2018

4. **ADDENDUM ONE** dated May 16, 2018

5. FINES & FEES For Intellectual Property Use and Copyright Infringements dated May 16, 2018

Notice of Default in Dishonor

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AT - FEDERAL COURT
FABRICATION - COMPLAINT-
6 OF 11

Page 1 of 2

6. Certified Billing Statement 001 dated May 16, 2018

7. OFFER FOR REMEDY – REVISED dated May 16, 2018

8. Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice) –REVISED dated May 16, 2018

9. CC: Notice of Written Correspondence dated April 18, 2018

10. Courtesy Copy of Certificate of Service dated May 16, 2018

**PRESENTMENT:** On May 29, 2018, Alyssa-Chrystie: Montalbano presented the following instrument(s) for response with the U.S.P.S. Certified Mail No. 7018 0680 0002 3149 0784 and 7018 0680 0002 3149 0647 and received by the Respondent on or about May 31, 2018 at the address referenced above and the following address: C/O GAIA INC, 833 West South Boulder Road Building G, Louisville, CO 80027.

1. Certified Billing Statement 002 dated May 28, 2018

2. Courtesy Copy Certificate of Service dated May 29, 2018

**DISHONOR:** By the terms and conditions of the instrument, the Respondent is under the duty and obligation to timely and in good faith protest and/or honor the presentment within 14 (fourteen) business days. Allowing 14 (fourteen) business days plus reasonable mailing time for the acceptance have passed and Petitioner shows no record of protest and/or honor to the presentment with a legal, or lawful response. Petitioner deems the instrument(s) to have been dishonored on May 16, 2018, and therefore a confession of judgment on the merits is warranted.

Allowing 14 (fourteen) business days for the acceptance, and an additional ten (10) days on the opportunity to cure, Notice of Fault in Dishonor, and the time allowed having passed for acceptance, and the Petitioner showing no record of acceptance, Petitioner now deems the instrument(s) to have been dishonored on May 16, 2018 and the Notice of Fault in Dishonor to have been dishonored on June 3, 2018, thereby comprising a confession of judgment on the merits.

**DEFAULT:** For the Respondent(s) failure to honor the offer, places the Respondent(s) at fault. For the Respondent(s) failure, refusal, or neglect in the presentment of a verified response to the Presentments and to the Notice of Fault in Dishonor, Respondent(s) thereby acquiesce and tacitly agree with all terms, conditions and stipulations set forth within the Notice of Fault in Dishonor and by Alyssa-Chrystie: Montalbano.

In a continued effort to settle outside of litigation the Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice) –REVISED dated May 16, 2018, though dishonored, shall remain an available option for Respondent to accept as remedy due Petitioner (Instructor) outside of litigation, unless otherwise certified in writing.

Signed this __4__ day of June, 2018
With Prejudice and All Rights Reserved,

alyssa-Chrystie: Montalbano

Alyssa-Chrystie: Montalbano (UCC 1-308)
Owner ARI STONE ART LLC
Artist Ari Stone

State of _____, County of _____
Signed before me, on this
of _____ 2018 by _____
Notary Public _____

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064018248
MY COMMISSION EXPIRES APRIL 26, 2022

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AT - FEDERAL COURT
FABRICATION - COMPLAINT-
7 OF 11

Notice of Default in Dishonor

Page 2 of 2

ALLMTN,JD3,MAGR,MJ CIV PP,STAYDI

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:18-cv-02060-RM-GPG

Montalbano v. Goode
Assigned to: Judge Raymond P. Moore
Referred to: Magistrate Judge Gordon P. Gallagher
Case in other court: Mesa County Court, 18-cv-50
Cause: 17:101 Copyright Infringement

Date Filed: 08/13/2018
Jury Demand: Defendant
Nature of Suit: 370 Other Fraud
Jurisdiction: Federal Question

### Plaintiff

**Alyssa-Christie Montalbano**
*[pro se e-filer, effective 10/19/2018]*

represented by **Alyssa-Christie Montalbano**
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
970-250-8365
Email: AriStoneArt@Ymail.com
PRO SE

V.

### Defendant
**James Corey Goode**

represented by **Valerie Yanaros Wilde**
Yanaros Law, P.C.
5057 Keller Springs
Suite 300
Addison, TX 76001
512-826-7553
Email: valerie@yanaroslaw.com
*ATTORNEY TO BE NOTICED*

### Counter Claimant
**James Corey Goode**

represented by **Valerie Yanaros Wilde**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

### Counter Defendant
**Alyssa-Christie Montalbano**
*[pro se e-filer, effective 10/19/2018]*

represented by **Alyssa-Christie Montalbano**
(See above for address)
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2018 | 1 | NOTICE OF REMOVAL by James Corey Goode from Mesa County, Case Number 18CV50. (Filing fee $ 400, Receipt Number 1082-6245008), filed by James Corey Goode. (Attachments: # 1 Exhibit Exhibit A-State Court Complaint, # 2 Exhibit Exhibit B-Defendant's Motion to Dismiss, # 3 Exhibit Exhibit C-Plaintiff's Response to Motion to Dismiss, # 4 Exhibit Exhibit D-Defendant's Reply to Response to Motion to Dismiss)(Wilde, Valerie) (Entered: 08/13/2018) |
| 08/13/2018 | 2 | |

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AT - FEDERAL COURT
FABRICATION – REGISTER ACTIONS

| 08/13/2018 | 3 | Notice of Default in Dishonor against James Corey Goode, filed by Alyssa-Christie Montalbano. (cmadr, ) (Entered: 08/14/2018)
Report re Copyright: Report on the filing of an action emailed separately to the Director of the Copyright Office. (cmadr, ) (Entered: 08/14/2018) |
| 08/13/2018 | 4 | FIRST AND FINAL NOTICE TO ALL ATTORNEY(S) AND UNREPRESENTED PARTIES IN REMOVED, TRANSFERRED, OR OTHER CASES. To receive any further notice in a case removed or transferred to this court, or special matters including discovery disputes, bankruptcy appeals, or withdrawls of reference, Multi-district litigation (MDL), etc., all attorneys and unrepresented parties must enter an appearance under D.C.COLO.LAttyR 5(a). An attorney must be an active member of this court's bar and be in good standing in accordance with D.C.COLO.LAttyR 3. A waiver of the fee for bar admission may apply in limited situations. (cmadr, ) (Entered: 08/14/2018) |
| 08/13/2018 | 5 | Case assigned to Judge Wiley Y. Daniel and drawn to Magistrate Judge Scott T. Varholak. Text Only Entry. (cmadr, ) (Entered: 08/14/2018) |
| 08/13/2018 | 6 | Magistrate Judge consent form issued pursuant to 28 U.S.C. 636(c). (cmadr, ) (Entered: 08/14/2018) |
| 08/13/2018 | 26 | COMPLAINT filed from State Court against James Corey Goode filed by Alyssa-Christie Montalbano.(cthom, ) (Entered: 09/04/2018) |
| 08/15/2018 | 7 | MEMORANDUM RETURNING CASE by Judge Wiley Y. Daniel. (rkeec) (Entered: 08/15/2018) |
| 08/15/2018 | 8 | CASE REASSIGNED pursuant to 7 Memorandum Returning Case. This case is randomly reassigned to Magistrate Judge Scott T. Varholak. All future pleadings should be designated as 18-cv-02060-STV. (Text Only Entry) (rkeec) (Entered: 08/15/2018) |
| 08/15/2018 | 9 | Magistrate Judge consent form issued pursuant to D.C.COLO.LCivR 40.1, direct assignment of civil actions to full time magistrate judges. (rkeec) (Entered: 08/15/2018) |
| 08/15/2018 | 10 | CERTIFICATE of Service by Mail by Clerk of Court re 7 Memorandum Returning Case, 8 Case Reassigned, 9 Magistrate Judge sent to Alyssa-Christie Montalbano; 2536 Rimrock Avenue, Suite 400-117; Grand Junction, CO 81505. Text Only Entry. (rkeec) (Entered: 08/15/2018) |
| 08/15/2018 | 11 | ORDER Setting Scheduling Conference for 9/19/2018 10:00 AM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. Consent Form due by 9/5/2018, by Magistrate Judge Scott T. Varholak on 8/15/2018. (jgonz, ) (Entered: 08/16/2018) |
| 08/17/2018 | 12 | SUPPLEMENT/AMENDMENT to 1 Notice of Removal, by Defendant James Corey Goode. (Attachments: # 1 Exhibit Amended Exhibit A to Dkt. 1, # 2 Exhibit Supplemental Exhibit E to Dkt. 1)(Wilde, Valerie) (Entered: 08/17/2018) |
| 08/20/2018 | 13 | ANSWER to Complaint, COUNTERCLAIM against Alyssa-Christie Montalbano by James Corey Goode.(Wilde, Valerie) (Entered: 08/20/2018) |
| 08/27/2018 | 14 | NOTICE Register of Actions by Defendant James Corey Goode (Wilde, Valerie) (Entered: 08/27/2018) |
| 08/27/2018 | 15 | MOTION to Dismiss for Failure to State a Claim by Defendant James Corey Goode. (Wilde, Valerie) (Entered: 08/27/2018) |
| 08/27/2018 | 16 | RESPONSE to 15 MOTION to Dismiss for Failure to State a Claim by Plaintiff Montalbano filed by Defendant James Corey Goode. (Wilde, Valerie) (Entered: 08/27/2018) |
| 08/27/2018 | 17 | REPLY to Response to 15 MOTION to Dismiss for Failure to State a Claim by Defendant Mr. Goode filed by Defendant James Corey Goode. (Wilde, Valerie) (Entered: 08/27/2018) |
| 08/27/2018 | 18 | AFFIDAVIT by Plaintiff Montalbano in Support of Service by Publication by Defendant James Corey Goode. (Wilde, Valerie) (Entered: 08/27/2018) |

https://ecf.cod.uscourts.gov/cgi-bin/DktRpt.pl?669151831724...

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AT - FEDERAL COURT
FABRICATION – REGISTER ACTIONS
9 OF 11

11/14/2018

| 08/27/2018 | 22 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 18 Affidavit, 16 Response to Motion filed by attorney Valerie Wilde. The document was scanned and not converted directly to portable document format (PDF). **DO NOT REFILE THE DOCUMENT. Action to take - future documents must be filed pursuant to D.C.COLO.LCivR 5.1(a) and 1.3(f) of the Electronic Case Filing Procedures (Civil cases). (Text Only Entry)** (cthom, ) (Entered: 09/04/2018) |
| 08/31/2018 | 19 | CONSENT to Jurisdiction of Magistrate Judge by Plaintiff Alyssa-Christie Montalbano. All parties do not consent. (Attachments: # 1 Envelope)(jgonz, ) (Entered: 09/04/2018) |
| 08/31/2018 | 20 | MOTION for Remand by Plaintiff Alyssa-Christie Montalbano. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Envelope)(jgonz, ) (Entered: 09/04/2018) |
| 09/04/2018 | 21 | CASE REASSIGNED pursuant to 19 Consent/Non-Consent to Jurisdiction of Magistrate Judge. All parties do not consent. This case is randomly reassigned to Judge Raymond P. Moore. All future pleadings should be designated as 18-cv-02060-RM. (Text Only Entry) (jgonz, ) (Entered: 09/04/2018) |
| 09/04/2018 | 23 | ORDER REFERRING CASE to Magistrate Judge Scott T. Varholak. Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this case is referred to the assigned United States Magistrate Judge to (1) convene a scheduling conference under Fed. R. Civ. P. 16 (b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2, (2) conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause, (3) hear and determine pretrial matters, including discovery and other non-dispositive motions, (4) conduct a pretrial conference and enter a pretrial order, and (5) conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions. Court sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. On the recommendation or informal request of the magistrate judge or on the request of the parties by motion, this court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding. Entered by Judge Raymond P. Moore on 9/4/2018. (Text Only Entry) (rmsec ) (Entered: 09/04/2018) |
| 09/04/2018 | 24 | MINUTE ORDER: With the assignment of this matter, the parties are advised that throughout this case they are expected to be familiar and comply with not only the Local Rules of this District, but also Judge Raymond P. Moore's Civil Practice Standards, which may be found at: http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRaymondPMoore.aspx. SO ORDERED by Judge Raymond P. Moore on 9/4/2018. (Text Only Entry) (rmsec ) (Entered: 09/04/2018) |
| 09/04/2018 | 25 | MEMORANDUM regarding 15 MOTION to Dismiss for Failure to State a Claim filed by James Corey Goode, 20 MOTION to Remand filed by Alyssa-Christie Montalbano. Motions referred to Magistrate Judge Scott T. Varholak. Entered by Judge Raymond P. Moore on 9/4/2018. (Text Only Entry) (rmsec) (Entered: 09/04/2018) |
| 09/05/2018 | 27 | ORDER REASSIGNING MAGISTRATE JUDGE The case is REASSIGNED to Magistrate Judge Gordon P. Gallagher and all future filings in this case shall reflect the case number of 18-cv-02060-RM-GPG. ORDERED by Judge Raymond P. Moore on 9/5/2018. (cthom, ) (Entered: 09/05/2018) |
| 09/05/2018 | 28 | OBJECTIONS to 1 Notice of Removal, by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/05/2018) |
| 09/05/2018 | 29 | NOTICE re 19 Consent to Jurisdiction of Magistrate Judge by Counter Claimant James Corey Goode. (Wilde, Valerie) (Entered: 09/05/2018) |
| 09/06/2018 | 30 | MINUTE ORDER: This matter comes before the Court sua sponte. The reference in ECF No. 25 of the motion to remand (ECF No. 20) is withdrawn. On or before September 10, 2018, defendant is ORDERED to respond to the motion to remand. In doing so, among other things, defendant is instructed to state the specific date he received a copy of plaintiff's complaint as |

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AT - FEDERAL COURT
FABRICATION – REGISTER ACTIONS
10 OF 11

11/14/2018

| | | |
|---|---|---|
| | | alleged in paragraph 3 of the notice of removal. (See ECF No. 1 at 2.) In addition, on or before September 7, 2018, defendant is ORDERED to file a copy of the motion to dismiss that was actually filed in State court. In other words, unlike the current version, the motion to dismiss should contain the stamp of the State court indicating when it was filed (i.e., like the document at ECF No. 1-3; none of the other exhibits attached to the notice of removal contain a stamp). At the same time, defendant shall also file a copy of the entire State court docket sheet as required by this District's Local Rule 81.1(b). To be clear, whatever it is that defendant's counsel concocted and filed at ECF No. 14 is NOT the register of actions for the state court case. SO ORDERED by Judge Raymond P. Moore on 9/6/2018. (Text Only Entry) (rmsec ) (Entered: 09/06/2018) |
| 09/07/2018 | 31 | ORDER vacating Scheduling Conference set for 9/19/2018 at 10:00 AM with Magistrate Judge Vaholak. Magistrate Judge may re-set this conference at an appropriate time. By Magistrate Judge Gordon P. Gallagher on September 7, 2018. Text Only Entry (gpgsec ) (Entered: 09/07/2018) |
| 09/07/2018 | 32 | SUPPLEMENT/AMENDMENT *and Motion in Fulfillment of Court Order (Docket 30)* by Defendant James Corey Goode. (Attachments: # 1 Exhibit A--Goode MTD As Filed, # 2 Exhibit B--Order Service By Publication, # 2 Exhibit C--Record Search 08302018)(Wilde, Valerie) (Entered: 09/07/2018) |
| 09/07/2018 | 33 | First MOTION for Extension of Time to *File Case Register of State Court Action* by Defendant James Corey Goode. (Wilde, Valerie) (Entered: 09/07/2018) |
| 09/10/2018 | 34 | RESPONSE to 20 MOTION to Remand filed by Defendant James Corey Goode. (Attachments: # 1 Declaration Goode, # 2 Declaration Wilde, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit, # 6 Exhibit 1, # 7 Exhibit 2)(Wilde, Valerie) (Entered: 09/10/2018) |
| 09/11/2018 | 35 | ORDER: Scheduling Conference set for 10/30/2018 10:00 AM in Room 323 (Grand Junction) before Magistrate Judge Gordon P. Gallagher. A Scheduling Conference is set in GRAND JUNCTION, Colorado at the Wayne Aspinall Federal Building - United States Courthouse, 400 Rood Avenue, Grand Junction, CO 81501 before U.S. Magistrate Judge Gordon P. Gallagher. The parties shall comply with the Instructions to Scheduling Order for U.S. Magistrate Judge Gordon P. Gallagher which can be found at www.cod.uscourts.gov. Parties concerned regarding travel time and expense to Grand Junction for appearances before the Magistrate Judge are referred to this Magistrate Judge's policy in that regard which can be found at the above website. By Magistrate Judge Gordon P. Gallagher on September 11, 2018. Text Only Entry (gpgsec) (Entered: 09/11/2018) |
| 09/17/2018 | 36 | AMENDMENT to Objection to Notice of Removal by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 37 | AMENDMENT "Two-To Incorrectly Filed Objection to First Motion for Extension of Time to File Court Register of the State Court Action No. 18cv-50" by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 38 | OBJECTIONS to "Amendments to Document Filed from the State Court Action Pursuant to D.C.Colo.L.Civ.R 81.1" by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 39 | AMENDMENTS to "Incorrectly Filed Objection to First Motion for Extension of Time to File Court Register of the State Court Action No. 18cv-50" by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 40 | MOTION to "Reduce Sanctions Safe Harbor Time to 7 Days or Less" by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 41 | NOTICE of E-Service to Defendant Counsel by Plaintiff Alyssa-Christie Montalbano (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 42 | Second MOTION for Extension of Time to *File Case Register of State Court Action* by Defendant James Corey Goode. (Attachments: # 1 Wilde Declaration)(Wilde, Valerie) (Entered: 09/17/2018) |

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AT - FEDERAL COURT
FABRICATION – REGISTER ACTIONS
11 OF 11

SBAGoode 120d

This is, of course, more FAKE NEWS about CG!

This case is being dismissed and the Magistrate referred to the plaintiff as being "Delusional". You can see this for yourself in the public record if a small amount of research was done.

She has openly claimed that she and I were married in 'another dimension' and was trying to bring that fantasy into reality in this dimension. When she was asked to stay away from CG and stop emailing him she then filed this baseless lawsuit.

The Magistrate states the plaintiff is "delusional" in their latest court filing when the case was referred to the Federal Judge to be dismissed with prejudice. Maybe one day these emails and the recorded call with her will be made public to let everyone make up their own minds? The whole thing is very unsettling and creepy IMHO.

I guarantee you will NOT see anyone publish this info on Avalon. Only derogatory info about CG is allowed to be published on that forum no matter how fake it is.

Someone in Avalon should post this response and ask her about how she believes she and CG were married in another dimension... or would that be too fair and balanced?

The Plaintiff has stepped over the line here (legally) and all of this has now been sent into the courts to verify their stalking type of behavior and their mental state.

I think a number of people became carried away during recent attack campaign against CG and will find themselves being reported to professional organizations that they are a part of as well as experience civil suits being filed against them. In a few instances, this activity rose to a criminal level of Cyber-Stalking that is being referred to the appropriate law enforcement agencies.

It would be nice if people took the time to research the claims of those speaking against CG as much as they are researching and doxxing CG and his team.

Now, let the trolling begin, lol

SBA



bashar_speaks 119d

> She has openly claimed that she and I were married in 'another dimension' and was trying to bring that fantasy into reality in this dimension.

And you are? In any case, thank you, it's nice to get another perspective on the situation.

> Someone in Avalon should post this response and ask her about how she believes she and CG were married in another dimension... or would that be too fair and balanced?

I wish someone would, that would be interesting. To join the

Screenshot_20190318-003408

Taken: March 18, 2019 at 12:34am

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AU
DEFAMATION REDDIT
1 OF 2

Screenshot_20190320-070421

Taken: March 20, 2019 at 7:04am

77% 7:04 AM

https://www.reddit.com/r/C...



Log in / Register

r/CosmicDisclosure

CG being sued for Fraud/Infringement, poster on Project Avalon Forum claims to be plaintiff

u/bashar_speaks



Baphomet        Blue Avian

projectavalon.net

Share        53

Best                    Write a comment

r/churwol  122d  ← UNKNOWN TO PLAINTIFF

What the hell. No matter what your feelings about Corey Goode this is crazy.

At the top she states CG must have read all her emails since he made a folder for them. Er, that's not how emails work.

Then she goes on and on about the legalities of her case then she gets to the bizarre point.

It seems to me she is claiming she can see the future in her dreams. But not clearly, she 'interprets' her dreams (see below). So she is suing CG for using her mad dream predictions in his work

I think she is crazy.

"In current time, I always know what Corey and his attorney are up to or thinking to try, cause I already see it first in dreams, where they first have to tell me, show me, and/or ask my permission to do...

and his attorney are up to or thinking to try, cause I already see it first in dreams, where they first have to tell me, show me, and/or ask my permission to do... whatever... in 3D. I sent them a handful of dreams showing them how I already knew I'd win the Broomfield case before I even knew about the Broomfield case in 3D. I saw in a dream a baseball team of like 2 or 3 women in the baseball "Field" and one got up and basically bunted a homerun with an industrial "Broom!" I also saw Corey was extremely angry when they tried and failed to open the 1st stalking case June 2018. In that dream CG appeared as a large octopus squid thing and I was in space with a handful of friends. I then saw a girl by the water that I felt very connected with and the squid came up and basically ripped off her leg, like it was supposed to be me, but it wasn't. This was symbolic of the 1st failed attempt and how they tried to harm me. I then saw the attorney would fail to serve me repeatedly, because I had a dream with a young girl (she was disguised) who had a PO box, but I didn't seen to have one, but was thinking to get one. I also saw that my in-house-state-court review on August 24th would essentially be cancelled because a guy took my gas pump number 24 and cancelled my using it. This was symbolic also of the Broomfield case being cancelled (closed) because it too was on the 24th (July) and the hearing was short and essentially 'cancelled.' "

Edit: typos

no1113  122d

So, essentially, OP posted this even though it 100% appears to be a huge, massive, nothing-burger rant made by a crazy woman.

So then why was it posted? I mean...does OP think it somehow gives more weight to the flak that Goode has been getting lately? If nothing else, this post almost does the opposite because it shows that at least some of the people trying to go after Goode are just straight up crazy lo...

OPEN REDDIT APP

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AU
DEFAMATION REDDIT
2 OF 2




MY FACEBOOK ACCOUNT

**Ari Stone** added 6 new photos.
2 hrs · ⊙

'Allegedly ' Corey Goode didn't read and follow my approx 500 Dream Visions shared with him during 2017... and yet....his close assistant presents my unique Energetic Portal Design artwork on her slide titled "Modern Day Shaman's" at CG's event 'Eclipse of Disclosure' August 20, 2017.

No attribution was given to me at any time.

Here are also photos with Jordan Sather on the same stage and then of Corey Goode and Niara Isley photo'd around the time CG told his similar version of a joke I'd shared about a week prior in an email to CG with Dream Visions. After 100+ uses like this it became unreasonable to label it 'synchronicity'

Screenshot
20190315 -230610.JPG

Taken:
March 15, 2019
@ 11:06 pm



← Corey Goode on Stage

🗨 Like      Comment      Share

**Nano Nate**
What resolution would you be satisfied with, comming from this situation?
29m **Like** Reply



Ari Stone Nano Nate I have stated what I w...

Write a comment...



MOTION PRELIMINARY INJUNCTION AFFIDAVIT ALYSSA C MONTALBANO EXHIBIT AV FACEBOOK SHAMAN 1 OF 3



Screenshot
20190315-204826.png

Taken:
March 15, 2019
@ 8:48 pm

MODERN DAY SHAMANS

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AV
FACEBOOK SHAMAN
2 OF 3



MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AV
FACEBOOK SHAMAN
3 OF 3



← Chuck Raymond    🔍

**Chuck Raymond**
Yesterday at 7:42 PM · 🌐                                     ...

Hey guys an gals, please take a min and scope this out. Did you know ..haha, there is this...woman, **Ari Stone** who is trying to sue Corey Goode. I would like to bring a couple things to your attention because some things are not right here. PEOPLE, are not acting right.

This woman claims to have sex with Corey in his dreams if I'm not mistaken... she says she know the future ect. You have to get all the details here, because this isn't JUST, oh look some one crazy is trying to pull something.

This gal is in cahoots with Dark Journalist, and Project Avalon which CALLED CPS ON Corey and tried to cause all sorts of problems. Yeah! Corey, one of the most normal, polite, down to earth cats I ever met. Ok.

As well, this woman had approached me at Eclipse of Disclosure. For no other reason than because I was doing some art for the SBA, I was offered a job. Even though I had no experience in that position.

What I'm saying is a few years ago , she was here, trying to mess with us! I think she is some sort of asset. How else are you going to have time and shit to try to mess with Corey like this?

I don't think it's right, I don't think people are acting RIGHT. As in NOT what they claim to be. As in fishey fish stink!!

Go ahead and look into this ...crap man, and what they are trying to pull on this guy. I'm sorry, I just don't think it's an isolated deal. I'm not a fkn dummy....

What's your take on this?

REDDIT.COM
CG being sued for Fraud/
Infringement, poster on Project ...
Posted in r/CosmicDisclosure by
u/bashar_speaks · 8 points and 51
comments

👍 Like        💬 Comment        ↗ Share

😊😆😮 5

*(handwritten, right margin)* LINK TO COREY'S Reddit hate Campaign posted Nov 2018

**Ari Stone**
Hi Chuck. I didn't talk to you because you were working with or for Corey. I didn't even know you worked with him when I met you. I just thought you were a cool rocker dude with a very hip unusual fashion sense. I enjoyed you as a person, respect if you don't like me now, and considered you a new friend who was interested in discussing the nature of time, time travel, and other fun unusual topi... See More

4h   Like   Reply                          👍 1

**Michael Wouters**   ←——— *(handwritten)* UNKNOWN TO PLAINTIFF
Smells pretty insane to me too. I've met Corey and he is def a kind soul. No need for anyone to attack or bash him. He has nothing but positive info and energy to give.

1h   Like   Reply

📷   Write a comment...           GIF  ☺

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AW
DEFAMATION FACEBOOK CR CG
1 OF 2



**Chuck Raymond**



**Dawn Engelbrecht**

See you in your dreams!

GIPHY

19h   Like   Reply   😆👍 4



**Chuck Raymond**
You should be ashamed of your self Ari. And you don't fool me for a second. I'm not the only one that can see the truth.... you k ow there's a lot heavier shit going on than this little game your playing right now.... you might want to really think about who you want to be.. And what you want to spend your life on. Because we're making our choices every day here... And it ends up very sad when people make the wrong choices....

3h   Like   Reply   ❤️👍 4

 **Amber Jean Wheeler** like i understand if y...



**James Corey Goode**
It is unfortunate that the other party decided to post details of their frivolous litigation against me and make them public through forums (Known to attack me), Facebook, YouTube and blog posts. It should have remained confidential especially since the other party is requesting the case files be sealed for what will become obvious reasons. It is also suspect that they have joined the Dark Alliance group (& other interests) that has slandered and attempted to character assassinate the 'SBA brand' and myself in particular. They have also contacted many in the community spreading slanderous rumors about me (As have others). If anyone really wants to know the BIZARRE nature of the numerous and irrational court filings this party has made against me they can request the publicly available court files from the Broomfield, Colorado State Court (Montalbano vs Goode). People will have to investigate for themselves

Screenshot_20190320-115225

Taken: March 20, 2019 at 11:52am

Court (Montalbano vs Goode). People will have to investigate for themselves and make up their own minds as I will not discuss the details of an ongoing lawsuit, frivolous as it may be. TY, Chuck for the post of support. You raise some of the very questions I am sure my attorneys will ask. It also gives people an idea of what I and other 'public figures' in this community deal with on a regular basis. I commented on this in more detail recently on my live interview on Edge of Wonder. No worries, this is what attorneys are for. If I focused on all of the coordinated attacks, blacklisting and the variety of stalkers I deal with I would never get any work done. I now have a team of attorneys that manage these things so that they only enter my consciousness when necessary. They are looking over what is or should be acted on in Civil Court regarding the online attacks, slander, and blacklisting that have occurred over the last two years. Like I said on EOW, I typically have a handful of people at one time that has unhealthy infatuations with me. CG

1h   Like   ❤️ 3

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AW
DEFAMATION FACEBOOK CR CG



Screenshot 20190516-115451.jpg
Taken: May 16, 2019 @ 11:54 AM

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AX - DARK ALLIANCE =
DEATH THREATS
1 OF 2

Reality Check Episode Three: Death Threat Groovie Spills the...

50:33

18:44

Screenshot 20190516 - 115614.PNG
Taken: May 16, 2019 @ 11:56AM

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AX - DARK ALLIANCE =
DEATH THREATS
2 OF 2



## PC Screenshot
## Taken July 2, 2019 at 3:08PM

**Corey Goode (Official)** @CoreyGoode

HOW COVERT AGENTS INFILTRATE THE INTERNET TO MANIPULATE, DECEIVE, AND DESTROY REPUTATIONS -

GCHQ

# Psychology
## A New Kind of SIGDEV

Establishing the Human Science Operations Cell

How Covert Agents Infiltrate the Internet to Manipulate, Deceive, and Rep...
One of the many pressing stories that remains to be told from the Snowden archive is how western intelligence agencies are attempting to manipulate and control onli...
theintercept.com

10:28 PM · May 25, 2019 · Twitter Web Client

176 Retweets   385 Likes

**Ari Stone** @AriStone · May 26
Replying to @CoreyGoode
But Feb 20, 2019 Dream Vision data regarding your planned cover story made it clear what you have planned. This description you posted lays it out super

https://twitter.com/CoreyGoode/status/1132503777368346624



## PC Screenshot
## Taken July 2, 2019 at 3:12PM

**Corey Goode (Official)** @CoreyGoode

Corey Goode: RESPONSE TO FALSE ALLEGATIONS AND MULTIPLE FAILED ATTEMPTS AT CHARACTER ASSASSINATION -
spherebeingalliance.com/blog/response-...

9:33 PM · May 22, 2019 · Twitter Web Client

141 Retweets   573 Likes

**Corey Goode (Official)** @CoreyGoode · May 25
Replying to @CoreyGoode
Thank you for all of the wonderful comments in regards to the Dark Alliance Cyber-Stalking Campaign! CG

12   45   276

**Corey Goode (Official)** @CoreyGoode · May 25
I really appreciate all of the people sending messages of being happy that this statement went out. I think a lot of people were triggered & we all hope this brings down the tempers & infighting. Only through Unity will we get Full Disclosure. TY again for all of the support!

https://twitter.com/CoreyGoode/status/1131402681279401989

MOTION PRELIMINARY INJUNCTION AFFIDAVIT ALYSSA C MONTALBANO EXHIBIT AY DEFAMATION TWITTER 1 OF 10

## PC Screenshot
## Taken July 2, 2019 at 5:58 PM

 **Ari Stone** @AriStone · May 26

But Feb 20, 2019 Dream Vision data regarding your planned cover story made it clear what you have planned. This description you posted lays it out super nice for everyone to see how you are going about it.  Nicely done!  Thank You 

○ 1          ⇄ 2          ♡ 3          ⬆

 **Corey Goode (Official)**
@CoreyGoode

Replying to @AriStone

All motions dismissed... case to be dismissed within 3 weeks. 😜

 

— Link to
Reddit
Defamation
hate campaign

CG being sued for Fraud/Infringement, poster on Project Avalon...

Posted in r/CosmicDisclosure by u/bashar_speaks • 9 points and 48 comments

🔗 reddit.com

7:01 AM · May 27, 2019 · Twitter Web Client

2 Retweets    17 Likes

https://twitter.com/CoreyGoode/
status/1132995159056977921

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AY
DEFAMATION TWITTER
2 OF 10

## PC Screenshot
## Taken July 2, 2019 at 3:24PM

 **Corey Goode (Official)** @CoreyGoode · May 25
HOW COVERT AGENTS INFILTRATE THE INTERNET TO MANIPULATE, DECEIVE, AND DESTROY REPUTATIONS -



# Psychology
## A New Kind of SIGDEV

Establishing the Human Science Operations Cell

**How Covert Agents Infiltrate the Internet to Manipulate, Deceive, and Des...**
One of the many pressing stories that remains to be told from the Snowden archive is how western intelligence agencies are attempting to ...
🔗 theintercept.com

💬 23      ↻ 176      ♡ 385      ⬆

 **Ari Stone** @AriStone · May 26
Ari Stone @AriStone · May 26
I already saw you'd post something like this March 7, 2019 (those blue boxes and bullet points) ... I sent it to @c_chanter ... I appreciate seeing where you got your tactics from...Very thoughtful of you to show it in 3D over 2 months later...

💬 1      ↻ 1      ♡ 3      ⬆

 **Corey Goode (Official)**
@CoreyGoode

Replying to @AriStone and @c_chanter

Case to be dismissed with prejudice by mid-June. Making sure all documents surrounding this case are public for ALL to see! Courts already referenced plaintiff as being delusional. New court comments are just as interesting. Blocking wackadoo... and DONE!



CG being sued for Fraud/Infringement, poster on Project Avalon...
Posted in r/CosmicDisclosure by u/bashar_speaks · 9 points and 48 comments
🔗 reddit.com

7:10 AM · May 27, 2019 · Twitter Web Client

# https://twitter.com/CoreyGood-
# e/status/1132997590872576003

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AY
DEFAMATION TWITTER
3 OF 10

PC Screenshot
Taken July 2, 2019 at 5:51 PM

CG being sued for Fraud/Infringement, poster on Project Avalon...
Posted in r/CosmicDisclosure by u/bashar_speaks • 9 points and 48 comments
🔗 reddit.com

◯ 2          ⇄ 2          ♡ 17          ⬆️

**Maegan** @Maegan54339858 · May 31
Karma is a b*tch 😉 Glad to hear about the dismissal.

◯ 1          ⇄ 1          ♡ 2          ⬆️

**Ari Stone** @AriStone · Jun 1
FYI Corey's motion for dismissal was Denied.The actual status of the case is nothing like Corey stated and blocked me from viewing.Harassing me like you are on behalf of Corey, will only further harm his defense. If any of you actually care about him, you'll stop for his sake.

◯ 4          ⇄          ♡ 1          ⬆️

**Corey Goode (Official)**
@CoreyGoode

Replying to @AriStone @Maegan54339858 and @RobVannoy

Court papers said dismissal was for a filing you withdrew. THEY gave us the roadmap to having your case dismissed & Denied ALL of your CRAZY motions. Least of your worries once being reported to Co State Police & FBI for being apart of this Cyber-Stalking conspiracy! My Turn! 😜

6:35 AM · Jun 2, 2019 · Twitter Web Client

**3** Retweets   **17** Likes

◯          ⇄          ♡          ⬆️

https://twitter.com/CoreyGoode/
status/1135162985331118080

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AY
DEFAMATION TWITTER
4 OF 10

Screenshot_20190601-220745.jpg
Taken June 1, 2019 at 10:07 PM



MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AY
DEFAMATION TWITTER
5 OF 10

PC Screenshot
Taken July 2, 2019 at 4:05 PM



**Corey Goode (Official)**
@CoreyGoode

We shall see. These stalkers are sadistic.

**Elizabeth Ann Stanley** @HealthyEliz · Jun 4
Replying to @CoreyGoode @FBIDenver and 3 others
Look like a lot of people should end up in jail!

11:00 PM · Jun 4, 2019 · Twitter Web Client

31 Retweets   177 Likes

**DaCrOfficial** @realDaCr · Jun 4
Replying to @CoreyGoode
Ooof! Sadistic is is a mild word to describe them, they are all together a new kind of freak! With interactive game communities, where they terrorize, rape, destroy, a person, by completely infiltrating their living environment. Of course someone is making money off of this.

♡ 2      ♡ 5

**DaCrOfficial** @realDaCr · Jun 5
I had to block crazy dude. But folks, this, I am telling Corey and you, is very real. Read Richard Lighthouse, Pete Petersen, Dr. John Hall, and other highly educated individuals, and my own experience, targeting & gangstalking is real and happening to too many good people.

♡ ↩ 1      ♡ 2

**Elizabeth Ann Stanley** @HealthyEliz · Jun 4
Replying to @CoreyGoode
I'm " seeing" that now, and it's scary on many levels. Sending you positive energy and strength. It's a hell of a battle.

https://twitter.com/CoreyGood-
e/status/1136135578078961664

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AY
DEFAMATION TWITTER
6 OF 10

PC Screenshot
Taken July 2, 2019 at 3:54PM



CG being sued for Fraud/Infringement, poster on Project Avalon...
Posted in r/CosmicDisclosure by u/bashar_speaks • 9 points and 48 comments
⬦ reddit.com

7:10 AM · May 27, 2019 · Twitter Web Client

**3** Retweets   **7** Likes

**Corey Goode (Official)** @CoreyGoode · Jun 18
Replying to @CoreyGoode @AriStone and @c_chanter
@CSP_Boulder @BldrCOSheriff @boulderpolice @FBIDenver @NJStateBar
#Cyberstalking #doxgate #framegate
♡ 1

**Stinson** @StinsonB84 · May 27
Replying to @CoreyGoode @AriStone and @c_chanter
Hows this 'shift'-feel-??
♡ 1

https://twitter.com/CoreyGood-
e/status/1140936587104018432

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AY
DEFAMATION TWITTER
7 OF 10

Screenshot_20190619-234546
Taken June 19, 2019 at 11:45PM



## Corey Goode

@CoreyGoode

Producer: Above Majestic

⊚ Boulder, CO   🔗 linkedin.com/in/corey-goode…

🖩 Joined May 2009

**41** Following      **23.7K** Followers

| Tweets | Tweets & replies | Media | Likes |



↻ Corey Goode Retweeted

**Maegan** @Maegan54339858 · 13h

Replying to @AriStone @CoreyGoode and @RobVannoy

This lady is bona fide crazy. Feel bad Corey has to deal with these stalkers that don't make any sense.

💬 6       ↻ 6       ♡ 24

**Corey Goode** @CoreyGoode · 1d

A sign of the times

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AY
DEFAMATION TWITTER
8 OF 10

Screenshot_20190620-212552
Taken June 20, 2019 at 9:26PM



Maegan @Maegan54339858 · 11h
You mean there is more of these? Wow.

◯ 1          ⊔ 1          ♡ 4          ⤴

Corey Goode @CoreyGoode · 10h
Yes, there are more.

◯ 1          ⊔          ♡ 5          ⤴

Roy Harper @RoyHarp15872578 · 9h
Ugh. That sucks. My sympathies. You have my
support and respect.

◯ 1          ⊔          ♡ 3          ⤴

1 more reply

Ari Stone @AriStone · Jun 19
Replying to @Maegan54339858 @Zoli69222495 and
2 others
It might surprise you to know "Maegan" you aren't the
only person in this conversation. Corey has been
legally noticed now he will be held personally
accountable for each of you. Also "Maegan" please
don't reply to me on Corey's feed, ok? And please don't
contact me again.

◯ 1          ⊔          ♡          ⤴

Maegan @Maegan54339858 · Jun 19
No one contacted you psycho.

◯ 1          ⊔          ♡ 2          ⤴

Ari Stone @AriStone · Jun 19
You just did after I asked you not to. You are to stop
and desist with your defamation, harassment,
cyberstalking, and cyberbullying activites immediately.

CRS 18-9-111 and CRS 18-3-602

This is legal notification to you, to not contact me or
otherwise again.

◯ 2          ⊔          ♡          ⤴

Maegan @Maegan54339858 · Jun 19
😂😂😂
You contacted @CoreyGoode This is his feed! This is a
public domain which YOU inserted yourself in.
Seriously, you really need to get help. Your empty
threats are making you look crazy.
#delusional #paranoid

◯ 1          ⊔ 1          ♡ 2          ⤴

Corey Goode @CoreyGoode · 16h
Just wait, when the case is dismissed I am posting all
of the wacky motions submitted. 1 Majestrate called
her 'Delusional' in 1 of the papers. All will see this for
what it is. Disturbed woman fixated on stalking
someone she claims she married in another
Dimension. 😜

◯ 4          ⊔ 1          ♡ 8          ⤴

Maegan @Maegan54339858 · 11h
Geez. The fact that she literally files frivolous lawsuits
must be so draining and annoying. Part of the journey,
I guess 😒

◯          ⊔          ♡ 4          ⤴

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AY
DEFAMATION TWITTER
9 OF 10

## Screenshot_20190619–203418
## Taken June 19, 2019 at 8:34 PM



**Gina Drudge** liked 3 Tweets you were mentioned in

Again, you commented on @CoreyGoode feed and responded to my comment when I didnt even know you were the opposing party, and claiming my co...
Show all



**Howard F. Beale** @HowardFBeale · 7h ˅
Replying to @Maegan54339858
@AriStone and 2 others
Ari...send me a full frontal and booty pic. I dig crazy chicks.

            



**Gina Drudge** liked your reply
I replied to this comment, where you tagged me in it. If you don't want me to reply, you shouldn't address me by tagging me in your tweet posts on Corey...



**Maegan** @Maegan54339858 · 10h ˅
Replying to @AriStone @CoreyGoode and @RobVannoy
This lady is bona fide crazy. Feel bad Corey has to deal with these stalkers that don't make any sense.

♡ 6     ⭮ 6     ♡ 24     ⭗

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AY
DEFAMATION TWITTER
10 OF 10