## Exhibit 2

**Mesa Court Filed Motions & Defamation Exhibits AM, AO, AP**

| | |
|---|---|
| District Civil Court, Mesa County, Colorado<br><br>Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | **ORIGINAL FILED IN**<br><br>MAR 2 5 2019<br><br>**COMBINED COURT** |
| Plaintiff(s)/Petitioner(s): Alyssa Chrystie Montalbano<br>v.<br><br>Defendant(s)/Respondent(s): James Corey Goode | **BY LITIGANT**<br><br>▲ **COURT USE ONLY** ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa Chrystie Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505 | Case Number: 18CV50 |
| Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number:_____ Atty. Reg. #: N/A | Division 10      Courtroom 10 |

### PLAINTIFF'S VERIFIED ORIGINAL MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION

Comes now Plaintiff, Alyssa Chrystie Montalbano, pursuant to C.R.C.P. Rule 65 and CRS 7-74-103 for Injunctive Relief; and moves this court to GRANT this motion for Temporary Restraining Order and Preliminary Injunction immediately against the Defendant for the following:

### I. Relevant Procedural Background

April 18, 2018 Plaintiff began due process of law for remedy and protection due, and opened this instant case June 25, 2018 to the best of her abilities and understanding of the law, seeking the protection of the courts from further defamation activities of the Defendant and legal protection of her Trade Secrets (hundreds of hand written stories, personal experience, and associated research and information, referred to as 'Dream Visions') sent to the Defendant by Plaintiff through mistake and error largely via email during 2017 due to the Defendant's public fraud and covert gang stalking activities.

Since June 2018, the Defendant, James Corey Goode, and his improper legal counsel, Ms. Yanaros Wilde, YANAROS LAW P.C. have knowingly and willingly violated due process of law and Plaintiff's Constitutional rights multiple times (Colorado State Constitution Article II, Sections 3, 6, 14, 15, 25 and 28), in repeat efforts to privately and publically defame and harass Plaintiff to maintain the Defendant's fraud and theft of Plaintiff's highly sought after Dream Vision work.

A preliminary injunction is warranted, as irreparable damage will be incurred to Plaintiff, Alyssa Chrystie Montalbano and her business Ari Stone Art LLC, if the Defendant, James Corey Goode, is not immediately restrained from his continued public defamation activities of libel, slander, and harassment against Plaintiff and his unauthorized use and dissemination of Plaintiff's Trade Secret materials; to hundreds of thousands and even millions of people.

## II. DISCOVERY CONTROL PLAN

1. Discovery should be conducted pursuant to C.R.C.P. 16, and 26-37.

## III. POINTS OF AUTHORITY

2. Plaintiff has achieved reasonable merits for the probability of success through:

(a) The dismissal of the malicious prosecution case in favor of Ms. Montalbano, opened by the Defendant and his improper legal Counsel, Ms. Yanaros Wilde, YANAROS LAW PC, in the Broomfield Combined Courts, case 18C103; and

(b) through successful Remand of the case from Denver Federal court, case 18-cv-02060-RM-GPG, due to lack of jurisdiction as a direct result of the multiple knowing

and willing violations of due process of law and improper and knowingly fabricated legal filings by the Defendant and his counsel; and

(c) Since April 18, 2018 verified Pre-litigation complaint the Defendant has proven what Plaintiff has alleged as being true and correct regarding his bad behaviors to include: gang stalking ("synchronicity" Ruse De Guerre), defamation of character, and his knowing and willing participation in such activities to further harm Plaintiff, and as is now directly documented on 3 different court records; and whereby the unrebutted Pre-Litigation Complaint continues to stands as Prima Face evidence in the case. CRE 902 (4), (8) and CRE 902 (10):

3. And whereby Prima Face evidence is defined as follows in CRE 902 (10):

   "*Presumptions under legislative Act. Any signature, document, or other matter declared by Act of the Congress of the United States, or by any statute of the State of Colorado to be presumptively or prima facie genuine or authentic.*"

4. And;

   "Indeed, no more than affidavits is necessary to make the prima facie case." [United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981); Cert. Denied, 50 U.S. L. W. 2169; S. Ct. March 22, 1982]

5. And;

   *U.S. v. Tweel*, 550 F. 2d. 297. "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading."

6. Irreparable harm will result to Plaintiff and her business, Ari Stone Art LLC, if an injunction is not immediately issued as damages done by the end of this lawsuit by Defendant will be irreparable and irreversible.

7. The threatened injury to Plaintiff's good name, business, and the physical safety of Plaintiff and her family, far outweighs the harm that the injunction may cause to the Defendant.

8. The injunction will not adversely affect the public interest. *See Langlois v. Board of County Com'rs of County of El Paso*, 78 P.3d 1154, 1158 (Colo.App. 2003).)

9. The balance of the equities favors the injunction.

10. The injunction will preserve the status quo pending trial on the merits. *See Gitlitz v. Bellock*, 171 P.3d 1274 (Colo. App. 2007)

## IV.    FACTUAL BACKGROUND

11. Factual Reasons in Support of Preliminary Injunction while the lawsuit progresses:

12. Plaintiff hereby incorporates all allegations set forth within the attached AFFIDAVIT ALYSSA CHRYSTIE MONTALBANO as though set fully herein.

## V.    CAUSE OF ACTION

### COUNT 1 : LIBEL AND SLANDER – DEFAMATION

13. Plaintiff incorporate the allegations set forth above as if set forth fully herein.

14. Plaintiff reasonably fears public hate (smear) campaigns of libel and slander, threats, and/or hate communications; and the improper retelling and/or release of her private, intimate, and personal Dream Vision experiences by the Defendant and/or his associates based on the Defendant's repetitive bad behaviors and as is now legally documented on three separate court records since April 2018 and via the Defendant's same problematic behavior patterns contained in the Darling International Protection Order issued against Mr. Goode, October 31, 2014, Cause No 14-04807 by the honorable Judge, Tonya Parker, District Court Dallas County, Texas.

15. The Defendant acted intentionally and/or knowingly and had an associate send a link to Plaintiff with disturbing, verbally assaulting, and knowingly defamatory content and whereby the Defendant subsequently posted his own defamatory Facebook reply post against Plaintiff from his personal Facebook account. Showing his direct awareness and knowing participation in defamatory campaigns against Plaintiff.

16. The Defendant's Facebook post, Reddit post, and YouTube video statements to hundreds of thousands of people and even millions of viewers, are all highly defamatory and filled with knowingly false statements; and present immediate and ongoing threats of injuring to Plaintiff's good name, professional relationships, personal friendships, her business, and professional good will.

PLAINTIFF'S MOTION FOR TRO, PRELIMARY INJUNCTION, AND PERMANENT INJUNCTION                    Page 5 of 9

17. As a result of the Defendant's conduct or threatened conduct, Plaintiff has and/or will suffer immediate and irreparable harm and injuring for which there is no adequate remedy at law. Additionally, as a proximate result of this conduct, Plaintiff has suffered monetary damages within the limits of this Court.

## APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMNARY INJUNCTION

18. Plaintiff incorporates the allegations set forth above as if set forth fully herein.

19. As set forth above, the Defendant's unlawful acts or threats of unlawful acts are, and are continuing to cause, immediate and irreparable injury and harm to Plaintiff, for which there is no adequate remedy at law.

20. Plaintiff will, and already has established, a substantial likelihood of success on the merits of the cause of action in this case for which such requirement is applicable and necessary for entry of a temporary restraining order, temporary injunction, and/or permanent injunction.

21. The harm faced by Plaintiff far outweighs any harm that would be sustained by the Defendant if the temporary injunction sought hereby were granted. As set forth in the affidavit attached hereto, the Defendant has engaged in inappropriate and/or unlawful conduct and made express or implied threats against Plaintiff. Without a restraining order, the Defendant, will likely continue to engage in this conduct and make threats against

Plaintiff, disrupt professional operations, destroy Plaintiff's reputation, and/or engage in other disruptive, unlawful, and/or threatening actions towards Plaintiff. Plaintiff is, therefore, without a complete remedy at law and will suffer irreparable harm if the conduct and threats continue. Therefore Plaintiff requests a temporary restraining order and injunctive relief describe in greater detail in the Prayer, which is incorporated by reference as if set forth fully herein, to protect Plaintiff. Moreover the issuance of a temporary injunction would not adversely affect the public interest, and Plaintiff is willing to post a bond, to the extent one is necessary and required by the Court.

22. Accordingly, Plaintiff respectfully asks this Court to enter a temporary restraining order from now until such time as there is a trial on the merits, and subsequently to enter a permanent injunction, after a trial on the merits, requiring the Defendant to refrain from committing or threatening to commit the conduct described in the Prayer below.

23. Greater injury will be inflicted upon Plaintiff by the denial of injunctive relief than would be inflicted upon the Defendant by granting such relief.

24. Plaintiff is willing to post a bond as security for the issuance of a temporary injunction, to the extent one is necessary and required by the Court.

## DAMAGES

25. As a result of the Defendant's conduct Plaintiff and her business have been and/or will be damaged. Plaintiff has suffered and/or will suffer general and special damages.

## PRAYER

26. WHEREFORE, Plaintiff requests the Defendant, James Corey Goode, be cited to appear and answer; and

    A. That this court issue a temporary restraining order enjoining the Defendant from committing or threatening any of the following:

        (1) Any act of defamation, harassment, libel and slander against Plaintiff and/or any of Plaintiff's associates, professional contacts, mutual associates, friends, family members, employees, employers, potential employers, customers, agents, vendors, attorneys, investigators, clients and customers, or threatening violence, harm, or harassment against Ari Stone Art LLC and the Protected Parties;

        (2) Communicating in a threatening or harassing manner with Plaintiff, Ari Stone Art LLC, or protected parties;

        (3) Gang Stalking, stalking, or engaging in conduct directed specifically to Plaintiff or protected parties, which is reasonably likely to harass, annoy, alarm, abuse, torment, or embarrass Plaintiff;

        (4) Engage in any public or private libel, slander, and defamation campaigns against Plaintiff.

        (5) Discussing publically or privately, private emails, Dream Visions, information, research, and Trade Secret data belonging to Plaintiff.

(6) Discussing private emails of legal conversations publically or privately with anyone
not a lawful party to the case.

B. This Court set a date for a temporary injunction hearing and, at such time, issue a
temporary injunction enjoining the Defendant from or ordering the Defendant to refrain
from the same acts listed above;

C. Upon final trial, enter a permanent injunction enjoining the Defendant from or ordering
the Defendant to refrain from the same acts listed above; and

D. Award Plaintiff such other and further relief to which Plaintiff may be justly entitled.

Respectfully Submitted and All Rights Reserved,

*Alyssa Chrystie Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **PLAINTIFF'S VERIFIED ORIGINAL MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION and AFFIDAVIT ALYSSA CHRYSTIE MONTALBANO and EXHIBITS AL – AP** were sent first class by U.S. Mail, postage prepaid, to Mr. James Corey Goode USPS Certified Mail 7018 0680 0002 3148 6077; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020 and by email to James Corey Goode this **25th day of March, 2019.**

*Alyssa Chrystie Montalbano*

Alyssa Chrystie Montalbano, American Citizen

| District Civil Court Mesa County, Colorado | |
|---|---|
| Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | ORIGINAL FILED IN<br><br>MAR 2 5 2019 |
| Plaintiff, Alyssa-Chrystie: Montalbano | COMBINED COURT<br>BY LITIGANT<br>▲   **COURT USE ONLY**   ▲ |
| v. | Case Number: 18CV50 |
| Defendant: James Corey Goode | |
| | Division: 10 Courtroom: 10 |
| **PROPOSED<br>PRELIMNARY INJUNCTION** | |

This Court, after due consideration of the request by Plaintiff, Alyssa Chrystie Montalbano, owner Ari Stone Art LLC, and known by art pseudonym Ari Stone; and Defendant, James Corey Goode in the above-captioned matter, hereby ORDERS, ADJUDGES and DECREES this Preliminary Injunction of this Court;

Defendant, James Corey Goode, and those persons acting in concert or participation with him/them who receive actual notice of this Preliminary Injunction by personal service or otherwise are hereby enjoined and prohibited from the following:

1. Committing or threatening any acts of violence, harassment, libel, slander or defamation against Plaintiff, her family, friends, associates, mutual associates, employers, potential employers, employees, private contractors, customers, agents, vendors, attorneys, investigators, clients, and customers (collectively, "Protected Parties"),

2. Threatening or harassing Plaintiff and/or Protected Parties in person, by telephone, e-mail, social media, and/or internet posting, including YouTube, or any other means of in person, written, or electronic communication,

3. Making a threat to Plaintiff and/or Protected Parties or engaging in harassment through another person against Plaintiff and/or Protected Parties,

4. Gang stalking, stalking, following, or engaging in conduct directed specifically to Plaintiff and/or Protected Parties, which is reasonably likely to harass, annoy, alarm, abuse, torment, or embarrass Plaintiff and/or Protected Parties, or disrupt Plaintiff's business operations at Ari Stone Art LLC,

5. Making or posting threatening, harassing, and/or defamatory comments or postings about Plaintiff and/or Protected Parties on social media websites or the internet generally; and/or,

6. Disrupting Plaintiff's workplace operations by telephone, fax, e-mail, or other forms of communication, directed or sent to Plaintiff as set forth in Affidavit of Alyssa Chrystie Montalbano, or Protected Party in a manner which is reasonably likely to disrupt daily life and workplace operations or with the intent of doing so,

7. Committing or threatening to release, disseminating, and/or otherwise discuss or disclose Plaintiff's Dream Visions/Trade Secrets publically or privately,

8. Committing or threatening to publically discuss private legal communications,

9. Committing or threatening any violations of due process of law and/or violating Plaintiff's Constitutional rights.

The Court finds, that this Preliminary Injunction, is specific in its terms and describes in reasonable detail, and not by reference to the complaint or other documents, the acts or acts sought to be restrained and that it gives fair notice to Defendant of what he is prohibited from doing and for what period of time he is prohibited from doing the prohibited acts.

Therefore, this Court finds that there is good and sufficient reason, backed by facts and legal arguments known to the parties and/or their counsel, for them to request that this Court enter this Preliminary Injunction, and for this Court to find that there is good and sufficient reason to sign and order this Preliminary Injunction.

SIGNED this _____ day of _____, 2019, at _____ o'clock a.m. p.m.

_____

MAGISTRATE / JUDGE

PRELIMINARY INJUNCTION                                                              Page 2 of 2

| | |
|---|---|
| District Civil Court, Mesa County, Colorado | |
| Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | ORIGINAL FILED IN<br><br>MAR 2 5 2019 |
| Plaintiff(s)/Petitioner(s): Alyssa Chrystie Montalbano<br>V.<br>Defendant(s)/Respondent(s): James Corey Goode | ▲ COMBINED COURT<br>COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa Chrystie Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505 | Case Number: 18CV50 |
| Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number:_____ Atty. Reg. #: N/A | Division 10 Courtroom 10 |
| AFFIDAVIT OF ALYSSA CHRYSTIE MONTALBANO | |

On this day personally appeared, Alyssa Chrystie Montalbano, who, being by me sworn, upon her oath, deposed and stated as follows:

1. My name is Alysa Chrystie Montalbano, hereafter, 'Plaintiff.' I am over the age of 18 years, of sound mind, and the information provided herein is true and correct and is based on my personal knowledge.

2. I am the owner of Ari Stone Art LLC, an author, self-publisher, artist, and do business with artist pseudonym, Ari Stone.

## FACTUAL BACKGROUND

3. Plaintiff has been waiting since June 25, 2018 for this case to have a proper hearing set and injunctive relief to be granted. Irreparable harm will be further incurred to Plaintiff's good name and reputation, if the Defendant, James Corey Goode; and by extension his Counsel, Valerie Yanaros Wilde, YANAROS LAW P.C., and associates, are not immediately restrained from further libel and slander defamation campaigns against Plaintiff, as being implemented by the Defendant and his associates to hundreds of thousands and even millions of followers, fans, and/or viewers at various locations of the

AFFIDAVIT OF ALYSSA CHRYSTIE MONTALBANO                                    Page **1** of **10**

Defendant and associate network(s), all over the internet, and other public media platforms.

4. The Defendant, James Corey Goode, and his improper legal counsel, Ms. Valerie Yanaros Wilde, YANAROS LAW P.C., publically and privately harassed, threatened, and defamed Plaintiff as a team and gamed the Court system, most notably from June 2018 through to the December 2018 case remand.

5. On August 20, 2017, during the Defendant's public speaking event, Eclipse of Disclosure, the Defendant's Associate knowingly used Plaintiff's artwork in her public slide presentation titled "Modern Day Shamans." Showing the Defendant's knowing awareness of Plaintiff's shamanic Dream Vision (seer) abilities and the Defendant's knowing use of complicit associates to communicate publically (gang-stalker style) with Plaintiff. No remedy or attribution was given to Plaintiff at any time. (See Exhibit AL Defendant use of Plaintiff's Art)

6. April 18, 2018, Plaintiff began due process of law for remedy and attribution due and lawfully served the pre-litigation complaint to settle privately, outside of litigation.

7. On or about June 16, 2018 Defendant and his Counsel attempted to open a stalking Protection Order case against Plaintiff. They failed to meet the requirements and their case filing was rejected.

8. June 25, 2018 Plaintiff opened this instant case, 18CV50 against Defendant per due process of law and for Defendant's repeat and knowing failure to respond to the Pre-Litigation Complaint affidavit.

9. June 27, 2018 Officer Mike Blea attempted and failed to serve the Defendant at GAIA TV, the only known location of possible service of summons upon Defendant.

10. July 1, 2018, Plaintiff attempted email negotiations with Ms. Yanaros Wilde to lawfully serve the Defendant for this instant case. No reply was received from Ms. Yanaros Wilde until July 13, 2018, and after that regular email communications commenced.

11. July 17, 2018 Defendant and his improper Texas based legal Counsel, Ms. Yanaros Wilde, YANAROS LAW P.C., fabricated evidence and opened the malicious prosecution case in Broomfield Combined Courts for a crime Plaintiff did not commit, stalking. Defendant's legal counsel, knowingly withheld knowledge of the Protection Order hearing on July 25, 2018 from Plaintiff till the last minute, July 24, 2018, and knowingly failed to serve the summons.

12. On the same day, July 17, 2018, Defendant publically posted to his Facebook account, Sphere Being Alliance, with username @BlueAvians, and approximately 100,000 'likers' that he was having to obtain Protection Orders to protect his family (sic):

> "I have also had to deal with a number of individuals that have taken a very unhealthy personal interest in me **to a point of having to obtain protective orders** for my protection and the protection of my family."

> "The feeling of **having someone strongly pursuing you based on fantasies or delusions is a creepy and sickening** feeling that I wouldn't wish on anyone."

> "**What I can say is that I am responding** very strongly, privately and **in an ethical legal manner."**

> **"I hope to be able to make more of a public statement in the near future."** (emphasis added)

13. Directly showing the Defendant's knowing public gang stalking communication activities with Plaintiff, and his planned future defamation activities against Plaintiff. (See Exhibit AM – Defendant Facebook Post PO)

14. Furthermore, the Defendant directly made knowingly false public statements about he and his counsel 'responding in an ethical legal manner.' The Defendant and his counsel

have knowingly **not** respond in an ethical or legal manner toward Plaintiff in any way since the implementation of this lawsuit.

(a) they failed to lawfully serve Plaintiff the Protection Order hearing summons;

(b) they knowingly failed to serve copies of documents they filed for months;

(c) they repeatedly threatened Plaintiff with police and court action for following due process of law;

(d) they knowingly fabricated evidence for multiple court records;

(e) they knowingly place a fraud upon 3 different courts;

(f) they failed to lawfully enter Ms. Yanaros Wilde Pro Hac Vice onto 2 different state court records,

(g) all while offering Plaintiff only further and severe violations of her Constitutional rights with criminal charges for crimes Plaintiff did not commit.

(h) The Defendant's Counsel, Ms. Yanaros Wilde, YANAROS LAW P.C., has knowingly, willingly, and repeatedly violated her/thier Oath of Office to the Constitution of the United States of America and the Colorado State Constitution to follow due process of law. (Colorado State Constitution Article II, Section 25)

15. On October 17, 2018 Plaintiff sent a private email to the Defendant's attorney, Ms. Yanaros Wilde, YANAROS LAW, P.C., containing private Dream Visions showing how Plaintiff knew what was going to happen regarding them and the lawsuit before it occurred. Plaintiff specifically requested the email and Dream Visions be kept private as they were for negotiation purposes. (See Exhibit AN – Private Email to Ms. Yanaros Wilde from Plaintiff and Index Dream Visions)

16. One month later, approximately, November 18, 2018, with no proper attempts of conferral from the Defendant, Mr. Goode, or his legal counsel, Ms. Yanaros Wilde, regarding the content of the email, the Defendant disseminated the Dream Vision information publically and in an extremely slanderous and defamatory way against Plaintiff, on Reddit, with user handle r/CosmicDisclosure. Plaintiff does not have a Reddit account for responding. Plaintiff was unaware of this slander campaign against her until March 17, 2019. (See EXHIBIT AO – Defendant Defamation Post Publically Disclosing Private Legal Communications)

17. On January 5, 2019 Plaintiff sent to the Defendant an email containing a Dream Vision titled "Creepy Clown Game" to show further knowing of what would be and was occurring regarding this instant lawsuit. (This Dream Vision is likely to be submitted on the record as congruent evidence once the case is sealed)

18. On March 9, 2019, Plaintiff saw a video posted on YouTube channel "unSpirituality" titled, "Linda Mouton Howe EXPOSES David Wilcock." David Wilcock is a close friend and associate of the Defendant's that also utilized Plaintiff's Dream Vision/Trade Secret materials during 2017. Ms. Howe reports that David Wilcock blatantly Copyright infringed on months of her whistleblower research work. Mr. Wilcock blatantly publically posted to his YouTube channel, as his own, Ms. Howe's work. Ms. Howe subsequently reported it to YouTube. YouTube agreed Mr. Wilcock had copyright infringed and the video was removed by YouTube.

19. Plaintiff has cited multiple times her growing and grave concerns she has of Mr. Wilcock using her Dream Vision work, research, and discoveries, as his own (and has a Dream Vision, dated June 13, 2018, showing this is a likely probability). The Defendant continues to 'brief' Mr. Wilcock, with alleged 'insider' information from his invisible Blue Bird alien friends and never-seen Extra-Terrestrial (ET) contacts.

20. Mr. Wilcock also performed gang stalking communications to Plaintiff during 2017 and used Plaintiff's Dream Vision/Trade Secret information during 2017 as content for his shows and internet articles, and as is cited with specificity in the Pre-litigation Complaint.

21. On March 15, 2019 Plaintiff spoke up a tiny bit via her Facebook page, at 9pm, to followers/friends (approx. 143 people and only 7 people interactions) showing images of the Defendant's associate using Plaintiff's artwork at the Defendant's public speaking event, Eclipse of Disclosure, August 20, 2017. (EXHIBIT AL) showing publically for the first time, the Defendant's full awareness of Plaintiff's shamanic abilities during 2017.

22. In Plaintiff's, March 15, 2019, Facebook post she briefly discussed CIA project BLUEBIRD in connection with MK-ULTRA, Gang stalking, CIA Remote Viewing/Influencing, and pointed out the similarities to the Defendant's Blue Avian alien claims, the lawsuit, and the Defendant's behavior patterns, information already publically contained on the Court records.

23. Two days later, March 17, 2019, Defendant associate, Chuck Raymond (understood to be a current and working animator for the Defendant), 'tagged' Plaintiff to see his verbally assaulting and defamatory Facebook post against Plaintiff at 7:42pm, and included a link to the November 18, 2018 Reddit post with the Cosmic Disclosure user handle in the URL. Cosmic Disclosure is the name of the show the Defendant co-hosted with associate David Wilcock, at GAIA TV. GAIA TV is where the Defendant kept Plaintiff from obtaining employment due to his defamation activities and whereby he regularly used Plaintiff's Dream Vision materials as his own for content during 2017. (See EXHIBIT AP – Defendant and Associate Facebook Defamatory Posts)

24. Plaintiff had not been in any kind of regular communication with Mr. Raymond since December 14, 2017 and prior his slanderous and verbally debasing Facebook post, Mr. Raymond was a wonderful and kind friend toward Plaintiff.

25. This directly shows, how the Defendant has knowingly ruined mutual friendships of he and Plaintiff's and as stated in the original Pre-Litigation Complaint mailings and further shows how the Defendant works with associates to gang stalk and harass Plaintiff.

26. In good faith, Plaintiff posted a public and respectful response to Mr. Raymond's verbally assaulting and defamatory March 17, 2019 Facebook post. Subsequently, Plaintiff was met with more posts of only insults and defamation of her character from the Defendant's gang stalking shill associates. In further good faith, Plaintiff respectfully replied once more on March 19, 2019 and was met with more defamatory insults, libel and slander, to include a direct defamatory reply post by the Defendant, James Corey Goode.

27. On March 20, 2019 at approximately 9:30am, the Defendant, Mr. Goode, escalated his hate-campaign again against Plaintiff and posted his own slanderous response to Mr. Raymond's Facebook hate-post campaign with his user screen name seen as 'James Corey Goode' and stated the following: (sic) (EXHIBIT AP)

> "**It is also suspect that they have joined the Dark Alliance group** (and other interests) **that has slandered and attempted to character assassinate the 'SBA brand' and myself in particular.**" (emphasis added) and whereby 'they' is reference to Plaintiff.

28. Plaintiff has never character assassinated the Defendant or his brand and has tried since April of 2018 to settle the matter in accordance with due process of law, privately, respectfully, and out of the public eye. After this statement the Defendant precedes to makes further knowingly false, misleading, and defamatory statements about the lawsuit and Plaintiff's character in general.

29. The Defendant went on to further state (sic):

> "If anyone really wants to know the BIZARRE nature of the numerous and irrational court filings this party has made against me **they can request the publically available court files from the Broomfield, Colorado State Court (Montalbano vs Goode). People will have to investigate for themselves**…" (emphasis added)

30. The Defendant officially publically court doxxed Plaintiff to his followers, just as Plaintiff was concerned he would.

31. The Defendant notably goes on to state in this same March 20, 2019, Facebook hate-post against Plaintiff: (sic)

> "If I focused on all the coordinated attacks, blacklisting and **the variety of stalkers I deal with** I would never get any work done." (emphasis added)

32. The Defendant is again knowingly defaming Plaintiff as a stalker, only this time it is public, clear, and overt, as it is in direct response to the defamation Facebook campaign posted against Plaintiff by his associate, Mr. Raymond.

33. The Defendant further states in his March 20, 2019 Facebook post (EXHIBIT AP) that he also talked publically about this matter on a YouTube channel/show he was most recently on, with YouTube channel name, Edge of Wonder, and approximately 345,000 (Three-Hundred Forty-Five Thousand) subscribers and approximately 143,000 (One Hundred forty-Three Thousand) views, as of the date and time of this writing, March 24, 2019 at 1:09pm, and as was live streamed March 18, 2019 titled, "Corey Goode - Alliance Update, Antarctica, Supreme Brand Loves Satan - Edge of Wonder #3." Plaintiff was informed by someone who watched the YouTube video live that Mr. Goode is again stating he is being stalked.

34. This is extremely damaging to Plaintiff's public reputation, private relationships with mutual associates, daily life, personal friendships, and professional business activities.

35. The Defendant, James Corey Goode, removed his Facebook reply post within approximately 24 hours of posting it. But, the damage had been done and the Defendant's behaviors caused Plaintiff to cry and experience great amounts of stress, depression, frustration, and anxiety.

36. In Mr. Raymond's Facebook defamation campaign post, another Facebook user; and likely associate of the Defendant; with screen name seen as "Dawn Engelbrecht;" posted a gif of a 'creepy clown' just prior to the Defendant's March 20, 2019 defamatory and threatening reply post. (EXHIBIT AP) The Defendant subsequently in his post behaved in accordance with what was seen in the Dream Vision 'Creepy Clown Game' shared privately with him January 5, 2019, by email. Plaintiff asked the Defendant privately, by email, if this clown gif was intentional, no reply was received.

37. The Defendant has also made threats to infer he may publically release Plaintiff's private and intimate Dream Visions to further embarrass, harass, and defame Plaintiff publically through his derogatory statement about Plaintiff's Motion to Seal the Case to keep her Dream Visions/Trade Secrets private.

38. Due to the Defendant's knowing avoidance and evasion tactics and harassment of Plaintiff since April 2018, Plaintiff has suffered severe emotional stress, anxiety, and monetary losses.

39. Plaintiff's personal and professional life have suffered severely since 2017 as the Defendant's defamation and fraudulent activities continue to interfere with Plaintiff's professional activities, family relationships, and daily life, as Plaintiff must spend most all of her time researching the law and protecting herself from the Defendant's defamatory and/or otherwise unlawful activities while waiting for the matter to be heard.

40. Plaintiff reasonably fears for her reputation being further destroyed by the Defendant and/or his associates publically and/or privately and fears that the Defendant and/or his associates, and in particular his associate David Wilcock with millions of fans/followers, will further unlawfully use and release Plaintiff's highly sought after Dream Visions/Trade Secret information and research; thereby permanently damaging Plaintiff to which there is no adequate remedy at law.

FURTHER AFFIANT SAYETH NOT.

All Rights Reserved,

Alyssa Chrystie Montalbano

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

State of CO ,County of Mesa
Signed before me on this 25th day
of March, 2019 by Alyssa C. Montalbano
Notary Public Raine Wilson

RAINI WILSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20184023118
MY COMMISSION EXPIRES 08-03-2020

State of Colorado
County of Mesa

Signed and sworn to [or affirmed] before me on 25th March , 20 19
by Alyssa Chrystie Montalbano (name(s) of individual(s) making statement).

Rainillilson
(Notary's official signature)

Notary Public
(Title of office)

RAINI WILSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20164021118
MY COMMISSION EXPIRES 06-03-2020

06/03/2020
(Commission Expiration)

AFFIDAVIT ALYSSA CHRYSTIE MONTALBANO
EXHIBIT AM - DEFENDANT FACEBOOK POST PO (pg 1 of 2)

👍 Liked ▾    🔊 Following ▾    ↗ Share    •••



**Sphere Being Alliance**
@BlueAvians

Home

About

YouTube

Events

Photos

Videos

Posts

Reviews

Groups

Community

Info and Ads



**Sphere Being Alliance** shared a post.    •••
July 17, 2018 · 🌐

Update and Public Statement on recent events...



**Corey Goode**
July 17, 2018 · 🌐

Update and Public Statement on recent events:

We are looking forward to settling back in at home after a little over a month of travels.

We enjoyed a week in LA at Disclosure Fest where we also had meeting with a number of people and groups discussing working together in big ways.

This includes the plans for a Mass Meditation event in Washington DC on 11/11/2018 during the military parade.

These meetings should also lead to some very exciting announcements that will benefit our entire community and help us come together for our common goal of Full Disclosure.

These announcements will completely displace the volume of upsetting and stressful evets that have popped up over the last week or so.

After the week in LA we then flew out to Maui for 17 days.

Thanks to our close friends Amy and Jamie who live there, we were able to stay with them and have an epic adventure on a shoe string budget.

Maui ended up being the perfect place for an unplanned sabbatical.

I was able to have time to slow down and reflect on the incredible amount of stress, abuse, personal 'dark alliance' attacks, 3 deaths in the family in the last 19 months, my Father in Hospice and not doing well and the incredible weight of the responsibilities laid on my shoulders over the last 3 years were all crushing in on me.

Those are just the things we can make public... So MUCH has gone on that we cannot talk about.

Thankfully I had an opportunity to address most of these traumas to some degree and am feeling much better as a result.

Now, it is time to get back to work! These distractions can no longer

AFFIDAVIT ALYSSA CHRYSTIE MONTALBANO
EXHIBIT AM - DEFENDANT FACEBOOK POST PO (pg 2 of 2)





**Sphere Being Alliance**
@BlueAvians

Home

About

YouTube

Events

Photos

Videos

Posts

Reviews

Groups

Community

Info and Ads

Those are just the things we can make public... So MUCH has gone on that we cannot talk about.

Thankfully I had an opportunity to address most of these traumas to some degree and am feeling much better as a result.

Now, it is time to get back to work! These distractions can no longer delay this important mission.

Over the last 3 years, I have also had to deal with a number of individuals that have taken a very unhealthy personal interest in me to a point of having to obtain protective orders for my protection and the protection of my family.

The feeling of having someone strongly pursuing you based on fantasies or delusions is a creepy and sickening feeling that I wouldn't wish on anyone.

As all of you are aware... While Stacy and I were in Maui, another public controversy arose with the unauthorized release of some alleged personal information and correspondence that has since gone viral.

Since then I have received a constant and steady stream of emails and messages on Facebook asking me to make a public statement.

The only statement I can make right now is that "Legally, I am unable to publicly comment at this time".

What I can say is that I am responding very strongly, privately and in an ethical and legal manner.

I hope to be able to make more of a public statement in the near future.

I understand and appreciate how upset and confused many in the community are right now, rightly so.

It would be wonderful if we could focus on Unity and working together for Full Disclosure until more clarity can be given on these issues.

This will be our main focus at our upcoming Dimensions of Disclosure event here in Colorado this August.

We appreciate the huge amount of support that those in the community have shown over the last week.

The letters of support and donations have assisted us greatly both energetically and financially.

← ··· | ↑ 1 ↓

EXHIBIT AO
(pg 3 of 3)

✓ no1113   120d

If it's "b)", then that's *very* disingenuous. Not cool.

← ··· | ↑ 1 ↓

✓ SBAGoode   120d

Very good points.

This is, of course, more FAKE NEWS!

This case is being dismissed and the Magistrate referred to the plaintiff as being "Delusional".

She has openly claimed that she and I were married in 'another dimension' and was trying to bring that fantasy into reality in this dimension.

*Close up* *Defendant knowingly making false statements.*

The Magistrate states the plaintiff is delusional in their latest court filing when it was referred to the Federal Judge to be dismissed with prejudice.

I guarantee you will NOT see anyone publish this info on Avalon. Only derogatory info about me is allowed to be published on that forum no matter how fake it is.

Someone in Avalon should post this response and ask her about how she believes we are married in another dimension... or would that be too fair and balanced?

The Plaintiff has stepped over the line here (legally) and all of this has now been sent into the courts to verify their stalking type of behavior and their mental state.

It now appears we are going to be opening more than one defamation and libel suit soon.

Now, let the trolling begin, lol

SBA

← ··· | ↑ 2 ↓

✓ Disclosure_Activist   118d

Hi, Corey. Are you willing to take questions on this forum?

AFFIDAVIT ALYSSA
CHRYSTIE MONTALBANO
EXHIBIT AP -
DEFENDANT AND
ASSOCIATE Facebook
DEFAMATORY POSTS
(2 pgs)



← Timeline Review

**Timeline Review**                    Settings

**Chuck Raymond**                    ...
2 hrs · 🌐

Screenshot
March 17, 2019
at 10:40 pm
—my artist Facebook
account.

Hey guys an gals, please take a min and scope this
out. Did you know ..haha, there is this...woman, **Ari
Stone** who is trying to sue Corey Goode. I would
like to bring a couple things to your attention
because some things are not right here. PEOPLE,
are not acting right.

This woman claims to have sex with Corey in his
dreams if I'm not mistaken... she says she know
the future ect. You have to get all the details here ,
because this isn't JUST, oh look some one crazy is
trying to pull something.

This gal is in cahoots with Dark Journalist, and
Project Avalon which CALLED CPS ON Corey and
tried to cause all sorts of problems. Yeah! Corey,
one of the most normal, polite, down to earth cats I
ever met. Ok.

As well, this woman had approached me at
Eclipse of Disclosure. For no other reason than
because I was doing some art for the SBA, I was
offered a job. Even though I had no experience in
that position.

What I'm saying is a few years ago , she was here,
trying to mess with us! I think she is some sort of
asset.  How else are you going to have time and
shit to try to mess with Corey like this?

I don't think it's right, I don't think people are
acting RIGHT. As in NOT what they claim to be.  As
in fishey fish stink!!

Go ahead and look into this ...crap man, and
what they are trying to pull on this guy. I'm sorry, I
just don't think it's an isolated deal. I'm not a fkn
dummy....

What's your take on this?

All knowingly
false statements

REDDIT.COM
**CG being sued for Fraud/Infringement,
poster on Project Avalon Forum claims t...**

⭕❤ 2                        1 Comment · 4 Shares

👍 Like          💬 Comment          ↪ Share

HIDE

ADD TO TIMELINE



EXHIBIT AP
(pg 2 of 2)



← Chuck Raymond    🔍

**Dawn Engelbrecht**



GIPHY

19h  Like  Reply    👍💬1

— creepy clown

**Chuck Raymond**
You should be ashamed of your self Ari. And you don't fool me for a second. I'm not the only one that can see the truth.... you k ow there's a lot heavier shit going on than this little game your playing right now.... you might want to really think about who you want to be.. And what you want to spend your life on. Because we're making our choices every day here... And it ends up very sad when peo... See More

3h  Like  Reply    😮😂4

Amber Jean Wheeler like i understand if y...

**James Corey Goode**
It is unfortunate that the other party decided to post details of their frivolous litigation against me and make them public through forums (Known to attack me), Facebook, YouTube and blog posts. It should have remained confidential especially since the other party is requesting the case files for be sealed for what will become obvious reasons. It is also suspect that they have joined the Dark Alliance group (& other interests) that has slandered and attempted to character assassinate the 'SBA brand' and myself in particular. They have also contacted many in the community spreading slanderous rumors about me (As have others). If anyone really wants to know the BIZARRE nature of the numerous and irrational court filings this party has made against me they can request the publicly available court files from the Broomfield, Colorado State Court (Montalbano vs Goode). People will have to investigate for themselves and make up their own minds as I will not discuss the details of an ongoing lawsuit, frivolous as it may be. TY, Chuck for the post of support. You raise some of the very questions I am sure my attorneys will ask. It also gives people an idea of what I and other 'public figures' in this community deal with on a regular basis. I commented on this in more detail recently on my live interview on Edge of Wonder. No worries, this is what attorneys are for. If I focused on all of the coordinated attacks, blacklisting and the variety of stalkers I deal with I would never get any work done. I now have a team of attorneys that manage these things so that they only enter my consciousness when necessary. They are looking over what is or should be acted on in Civil Court regarding the online attacks, slander, and blacklisting that have occurred over the last two years. Like I said on EOW, I typically have a handful of people at one time that has unhealthy infatuations with me. CG

1h  Like  Reply    💬1

EOW = Edge of Wonder
YouTube Channel

 Write a comment