## Exhibit 3
### Mesa Court Filed Motions and Exhibits AR - AY

| | |
|---|---|
| District Civil Court, Mesa County, Colorado | |
| Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | ORIGINAL FILED IN<br><br>AUG 2 2019 |
| Plaintiff(s)/Petitioner(s): Alyssa Chrystie Montalbano<br>v.<br><br>Defendant(s)/Respondent(s): James Corey Goode | COMBINED COURT<br>▲ BY LITIGANT ▲<br>COURT USE ONLY |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa Chrystie Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505 | Case Number: 18CV50 |
| Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number:_____ Atty. Reg. #: N/A | Division 10 Courtroom 10 |
| MOTION FOR LEAVE OF THE COURT TO AMEND THE COMPLAINT | |

Plaintiff, Alyssa Chrystie Montalbano, pursuant to D.C.COLO.LCivR 15.1, and C.R.C.P Rule 15 moves this court to allow the filing of the Amended Complaint for the following:

### I.    Background

Plaintiff opened this case June 25, 2018 not understanding how the court needs to have a Complaint. Plaintiff moves this honorable court to allow the filing of the attached and Amended Complaint; in such that the Amended Complaint states the same claims, in what is understood to be court correct statutory counts against the Defendant; so this matter may move forward into the discovery phases.

## Law in Support of Amending

C.R.C.P. 15 allows a Plaintiff to amend a complaint upon leave of court. It is a longstanding judicial principle that a motion for leave to amend a complaint should be freely granted, and that C.R.C.P. 15 is to be liberally applied. *Van Schaack v. Phipps*, 558 P.2d 581 (Colo.App. 1976); *Eckstine v. Harris*, 521 P.2d 1280 (Colo.App. 1974).

Trial courts should permit amendments to pleadings at any stage of the litigation process so long as undue delay does not result and other parties are not prejudiced by such amendments. *Ajay Sports, Inc. v. Casazza*, 1 P.3d 267 (Colo.App. 2000).

There will be no new issues interjected into this case by the granting of the instant motion. As exemplary damages are based on the **identical conduct** of the underlying action, there is no prejudice to Defendant.

The following statutes govern the issues at claim since 2018 and need to be correctly cited in the Complaint as counts for response by the Defendant, so that the legal remedy requested of the courts by Plaintiff may be actionable and are in this honorable state court's jurisdiction:

## A. COUNTS TO BE CITED

1. **Abuse of Process**

2. **Malicious Prosecution**

3. **Civil Conspiracy**

4. **Violation of the Colorado Consumer Protection Act** – (CCPA) C.R.S.

   6-1-105(1)(b) Deceptive trade practices.

5. Updated **Fraud Theft** - CRS 18-4-401(1)(a & b), CRS 18-4-401(5)

6. **Defamation Per Se** – C.R.S. 13-80-103(1)(a)

7. **Colorado Harassment Law** – CRS 18-9-111

8. **Colorado Stalking Law** – CRS 18-3-602

9. Updated **Theft of Trade Secrets** CRS 18-4-408 (1) and (2); CUTSA

   (CRS 7-74-101 et seq.)

10. **Intentional Infliction of Emotional Distress** – CRS 7-74-104(2)

11. **Unjust Enrichment** – C.R.S. 7-74-104 (CUTSA)

12. **Injunctive Relief Request For:**

    a. **Theft of Trade Secrets** – CRS 7-74-103

    b. **Defamation** - C.R.S. 13-80-103(1)(a)

    c. **Harassment** – CRS 18-9-111

    d. **Stalking** – CRS 18-3-602

13. **Punitive Damages and Attorney/Legal Fees**

It is in the interest of justice to grant leave of the court to amend the Complaint. (D.C. COLO. LCivR 15.1(b))

Wherefore, Plaintiff, moves this honorable court to grant this Motion to Amend the Complaint in accordance with due process of law, that relief may be appropriately granted to Plaintiff and to address deficiencies regarding 'failure to state a complaint' as justice so requires it. (C.R.C.P. Rule 15)

Respectfully Submitted and All Rights Reserved,

*Alyssa Chrystie Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

Declaration of Conferral: Plaintiff having attempted conferral (D.C.COLO.LCivR 7.1) with pro se Defendant, James Corey Goode; and Plaintiff having only an email address for contact of Defendant and having exhausted the use thereof, and Defendant not having provided the courts with proper contact information on his legal filings in accordance with C.R.C.P. Rule 11 and Defendant having failed to lawfully enter his out of state attorney Pro Hac Vice (C.R.C.P. Rule 221) or any proper attorney onto this honorable court's record; Plaintiff has been unable to reach Defendant for proper conferral.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **MOTION FOR LEAVE OF THE COURT TO AMEND THE COMPLAINT, AMENDED COMPLAINT, PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, PROPOSED ORDER TO STOP AND DESIST DEFAMATION STALKING HARASSMENT AND UNAUTHORIZED USE OF TRADE SECRETS, AFFIDAVIT ALYSSA CHRYSTIE MONTALBANO, and EXHIBITS AQ – AY** were sent first class by U.S. Mail, postage prepaid, to Mr. James Corey Goode USPS Certified Mail 7017 2620 0000 7180 8100; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020 and by email to James Corey Goode this **2nd day of August, 2019.**

*Alyssa Chrystie Montalbano*

Alyssa Chrystie Montalbano, American Citizen

| District Civil Court, Mesa County, Colorado | |
|---|---|
| Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | |
| Plaintiff(s): Alyssa Chrystie Montalbano<br><br>v.<br><br>Defendant(s): James Corey Goode | ▲ **COURT USE ONLY** ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>2536 Rimrock Ave<br>Suite 400-117<br>Grand Junction, Colorado 81505 | Case Number: 18CV50 |
| Phone Number:  970.250.8365          E-mail:<br>FAX Number:               Atty. Reg. #: | Division       10      Courtroom 10 |
| **AMENDED COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE** | |

1.  James Corey Goode      , defendant(s), is (are) resident(s) of  Broomfield      County, with a post office address of     1140 US Highway 287, Suite 400-266  Street, City Broomfield , State of Colorado

2.  The amount claimed herein does not exceed the jurisdiction of the court.
    **OR**

3.  The amount claimed from James Corey Goode , defendant(s), is/are approximately Seventy Thousand dollars and Zero  cents ($ 70,000 ), ~~together with proper interest, costs and any other items allocable by statute or specific agreement.~~ based on Pre-Litigation billing assessment for use of Plaintiff's Trade Secret materials and time; actual damages, loss of income, loss of opportunity, non-economic and punitive damages are being sought "according to proof."

4.  Jurisdiction and Venue are proper in Mesa County because Plaintiff is a resident of Mesa County, Colorado and the Defendant is a resident of Colorado.

5.  Such claim arises from the following event(s) or transaction(s):

    Defendant presented himself as someone helping humanity. Plaintiff relied on this and as a result was defrauded of approximately 500 handwritten dream visions and associated discoveries (Trade Secret information) by Defendant during 2017, whereby Plaintiff's original materials and Trade Secrets were misappropriated by Defendant largely via email, who preyed on Plaintiff's romantic and trusting nature using his military black operation (MILAB) training and Remote Influencing (RI) skills to emotionally manipulate Plaintiff into freely sharing her highly sought after information. Subsequent to Defendant attaining the information for free he and/or his associates would disseminate the information publicly, claim the experiences as their own, or allege the information as 'secret insider' intel. This was performed at least a hundred times. No remedy or attribution was given to Plaintiff, while Defendant and his associates profited from use of Plaintiff's original information and materials.

Defendant also prevented the employment of Plaintiff at Gaia TV during 2017 for a competing series based on dreams, as he was regularly using Plaintiff's information as his own on his syndicated show carried there, Cosmic Disclosure. Plaintiff has now lost a year of work along with many personal and professional relationships, due to Defendant defaming Plaintiff as a stalker or similar derogatory terms to mutual friends and associates to maintain his fraud. January 12, 2018 Defendant created a derivative work based on approximately 20 of Plaintiff's handwritten dream vision experiences and alleged them as his own. Plaintiff began due process of law to the best of her abilities April 18, 2018 for remedy and attribution due, once discovering the fraud. Defendant has avoided and evaded, to include opening a malicious prosecution case, July 17, 2018, that Plaintiff got dismissed.

Based on these and other facts, Plaintiff now asserts the following claims against Defendant based on the state statutes cited and the common law of the state of Colorado:

**Count 1: Abuse of Process** – Defendant James Corey Goode used the courts with an ulterior motive that was not proper in the regular conduct of this lawsuit, that caused actual and emotional damages to Plaintiff, and whereby Mr. Goode lacked reasonable basis in law. Mr. Goode attempted to use the court system to gain unfair and unethical advantages in his business and to intimidate and harass Plaintiff, through abuse of the legal system.

1. Mid-December 2017, via email, Mr. Goode was aware Plaintiff was becoming somewhat aware of his fraud and theft of her work. Mr. Goode told Plaintiff he had not read her emails or followed her dream journals closely and essentially that all his uses of her Intellectual Property were just "synchronicity" for being on her 'right path.' Plaintiff told Mr. Goode "for the record" she did not believe him. After that Mr. Goode began to defame Plaintiff as a stalker. Mr. Goode had no problems with any of the emails from Plaintiff prior December 2017 and regularly communicated with Plaintiff via public romantic gang stalking, which turned notably hateful once the lawsuit was opened.

2. Mr. Goode was well aware of a pending lawsuit against him April 20, 2018 through mid-June 2018 for his fraud and theft of Plaintiff's Trade Secrets. Mr. Goode failed to respond to the pre-litigation complaint affidavits.

3. Mid-June 2018, Mr. Goode attempted to open a stalking case in Broomfield Combined Courts against Plaintiff, and failed. Plaintiff phoned the Broomfield courts mid-June 2018 and was informed by the clerks of the Broomfield court 'Mr. Goode did not meet the requirements' and that his stalking case was rejected.

4. Subsequently Plaintiff stopped trying to negotiate outside of litigation and opened this instance case, 18CV50, June 25, 2018. Plaintiff attempted to serve Mr. Goode the summons via the Broomfield Police Civil Department, June 27, 2018. Mr. Goode and his Texas based legal counsel, Ms. Wilde, avoided and evaded service of summons for almost 3 weeks. July 1, 2018 Plaintiff asked Ms. Wilde about serving Mr. Goode for case 18CV50.     No Reply was received till on or about July 13, 2018 and regular communication commenced.

5. On July 17, 2018 Mr. Goode succeeded in opening his stalking case on his second attempt and fabricated evidence for the record, claiming Plaintiff made repeat phone calls when Plaintiff doesn't even have his phone number.

6. Mr. Goode also checked the box in his stalking complaint, affirming under penalty of perjury, that he didn't know about any Protection Order in effect against himself, when he has a mutually agreed upon lifelong stalking Protection Order issued against him, from a former employer, Darling International, dated October 31, 2014. See Darling vs Goode: Dallas County, Texas, District Civil Court, Cause No DC-14-04807

7. Mr. Goode's main "threat of violence" for his stalking claim was being 'threatened with a lawsuit' and of which Mr. Goode already knew was opened against him and that he and his legal counsel were actively avoided and evaded service of July 1-18, 2018, until after Mr. Goode succeeded in filing his frivolous stalking claim.  Mr. Goode filed as 'stalking evidence' Plaintiff's affidavit complaint mailings along with efforts at resolution outside of litigation.

8. July 24, 2018 in open court the judge read Plaintiff's papers and the temporary protection order was vacated. The Judge scolded Mr. Goode for failure to serve and ordered Mr. Goode to retain legitimate Colorado legal counsel and made it clear to Mr. Goode and Plaintiff they each only got one continuance. After the order was vacated, Mr. Goode then alleged he'd have witnesses testify against Plaintiff; which none could lawfully exist as Plaintiff has not stalked or threatened Mr. Goode or his family at any time; and Mr. Goode used his one continuance. Plaintiff V.C. (under duress) signed the reinstated temporary protection order as the matter was continued to August 6, 2018.

9. Mr. Goode did not retain a Colorado lawyer. Plaintiff retained a Colorado lawyer and appeared August 6, 2018.  Mr. Goode failed to appear. The case was summarily dismissed in Ms. Montalbano's favor.

10. It is believed the multiple attempts by Mr. Goode to make allegations of stalking against Plaintiff were an abuse of the legal process and intended only to harass and bully Plaintiff into dropping the claims contained in this case.

Based on the acts of Abuse of Process and Malicious Prosecution, the Plaintiff believes she is entitles to recover damages based upon the forgoing acts of Abuse of Process; to include attorney/legal fees and punitive damages.

**Count 2: Malicious Prosecution** – The Defendant was party to an action against Plaintiff that was resolved in Plaintiff's favor. There was no probable cause for the action and the Defendant lacked either a reasonable or good faith belief that the action would be successful or was warranted in any way. The action was brought with malice and improper motive and Plaintiff suffered damages as a result.

1. Mr. Goode failed to open a stalking case in the Broomfield Combined Courts against Ms. Montalbano mid-June 2018 because he 'did not meet the requirements' and his case was rejected.

2. Mr. Goode avoided and evaded service of summons for this instant case for approx. 3 weeks, until after he opened his second malicious prosecution case July 17, 2018.

3. Mr. Goode fabricated evidence so his second attempt would be successful, July 17, 2018. He failed to enter Ms. Wilde Pro Hac Vice. He failed to serve the summons and Ms. Wilde withheld the charges and hearing information until barely 24 hours prior the hearing, July 23,2018, located 5 hours away. Ms. Wilde and Plaintiff had been in regular communication July 13 – 23, 2018 regarding service of Mr. Goode and matters regarding case 18CV50 and she never mentioned anything about service or the hearing, until it was too late for Plaintiff to retain a lawyer and almost too late for Plaintiff to write a legal defense.

4. Mr. Goode checked the box in his stalking claim case, under penalty of perjury, he was unaware of his own mutually agreed upon lifelong stalking Protection Order issued against him October 31, 2014 by a former employer.

5. Mr. Goode's main "threat of violence" for his stalking claim was being 'threatened with a lawsuit' and of which Mr. Goode already knew was opened against him and that he and his legal counsel were actively avoided and evaded service of for weeks.

6. In open court, July 24, 2018 after the judge read Plaintiff's papers the Protection Order was vacated. Mr. Goode was scolded for failure to serve and ordered to retain a legitimate Colorado lawyer. Mr. Goode (to Plaintiff's recollection) stated he needed the order or "Plaintiff would talk." Mr. Goode alleged he would have witnesses testify, the matter was continued to August 6, 2018. Plaintiff retained legal counsel and appeared at the continuance hearing. Mr. Goode failed to appear. The Protection Order was vacated a second time and the case dismissed in Ms. Montalbano's favor.

Based upon the facts of Abuse of Process and Malicious Prosecution the Plaintiff believes she is entitled to recover damages based upon the foregoing act of Malicious Prosecution; to include actual damages proximately caused as a result of the proceeding, emotional distress, humiliation, injury to reputation, loss of time and business, attorney/legal fees, and punitive damages.

**Count 3 Civil Conspiracy:** Mr. Goode worked with one or more people to accomplish his unlawful objectives of converting Plaintiff's intellectual and other property to his own use without permission and defamation of Plaintiff. These people were in mutual agreement over the course of action and they intentionally and unlawfully acted together to promote Mr. Goode's fraud and caused damages to Plaintiff.

1. During 2017 Mr. Goode worked with a group of associates to perform his fraud and theft of Plaintiff's Trade Secret materials (Dream Visions and associated data) most notably he performed this with his Cosmic Disclosure show co-host, Mr. David Wilcock, a fraud dream psychic that is also a public figure.

2. During 2017 Mr. Goode, and his associates, employed romantic cyber gang stalking (Ruse De Guerre) of Plaintiff and many public 'synchronistic' methods to covertly communicate with Plaintiff. These instances of romantic cyber gang stalking are cited extensively in the Pre-Litigation Complaint. These cyber stalking activities remained largely romantic in nature until after December 2017 when Mr. Goode learned that

Plaintiff did not believe all his uses of her Trade Secret materials and public communications were synchronistic or all just 'foreseen'.

3. Notably, after Plaintiff began due process of law April 2018, Mr. Goode and his associates turned the largely romantic cyber gang stalking into hate based public defamation hate campaigns and cyber harassment/bullying.

4. Mr. Goode and his associates were and are in agreement to harm, harass, alarm, and destroy Plaintiff's business and personal reputation in order to maintain Mr. Goode's public fraud and theft of Plaintiff's Trade Secret materials and have taken overt actions to achieve these unlawful goals.

Based upon the facts of Civil Conspiracy and Violation of the Colorado Consumer Protection Act, Plaintiff believes she is entitled to recover damages based upon the foregoing act of Civil Conspiracy; to include lost business opportunities, actual damages, emotional distress, and punitive damages.

**Count 4 Violation of the Colorado Consumer Protection Act CRS 6-1-105(1)(b)** Mr. Goode has engaged in unfair and deceptive trade practices. These deceptions occurred during the course of Mr. Goode's regular business practices and significantly impacts the public, both actual and potential consumers. The Plaintiff has suffered injury in fact to legally protected interests (Trade Secrets) along with other damages.

1. Mr. Goode is a public figure with the SBA (Sphere Being Alliance) brand and his 'fake news' stories reach millions of people via his then show Cosmic Disclosure, the internet, television, written mediums, and public for profit events.

2. Mr. Goode presents himself as someone that is honest and helping humanity and that he is poor needing regular donations and free help from everyone.

3. Mr. Goode most notably claims he is a Secret Space Program (SSP) whistleblower and as such that he has clearance levels above the President of the United States of America.

4. Mr. Goode claims he travels off world in other dimensions and densities with approximately 6 foot tall blue bird aliens and that they talk with him in his dreams. Mr.

Goode is publically a strong supporter of how important dreams are and that contact with his Blue Avian (BLUEBIRD) alien friends begins first in dreams.

5. Mr. Goode alleges being able to easily astral project and travel outside of his physical form at will (as a soul type essence only) since his early childhood.

6. Mr. Goode alleges being hand selected by the military at a young age for being an Intuitive Empath (IE) and that he has been used to read people (or aliens) in interrogation rooms.

7. Mr. Goode alleges that he is a victim of the MKULTRA and MiLab programs, notably associated with the CIA for intelligence gathering. Programs known for the purpose of mind control through personality splitting via severe abuse, illicit drugs, hypnosis, and fake and alleged legitimate alien abductions. Victims of these programs are said to have deep state handlers that control them and their actions. MKULTRA is associated with the CIA's 1950's declassified clandestine and illicit program called Project BLUEBIRD/ARTICHOKE, an intelligence gathering program that utilized mind control, hypnosis, and personality splitting and cited a strong and growing interest in the development of ESP for militaristic use.

8. It is believed that Mr. Goode is still a victim of the MKULTRA and MiLab programs and that he has deep state handlers orchestrating his life.

9. Mr. Goode runs a mass scale public cult with his close associate Mr. Wilcock, where they place themselves at the center as fraudulent victims and heroes of their fictional realities, where their enemies ("Dark Alliance" aka terrorists) are people they have stolen work from, such as Plaintiff. The cult is based on telling millions of people Fake News, providing fraudulent whistleblowers, and telling hundreds and even thousands of fraudulent (dream) psychic predictions allegedly 'channeled' by Mr. Wilcock (who claims he is the famous dream psychic Edgar Casey reincarnated); and Mr. Goode tells fake prophesies from his alleged BLUEBIRD friends and other alleged aliens supposedly helping humanity who he calls 'The Alliance.'

10. It is believed this cult is funded and orchestrated by the deep state using advanced technologies to cause people to falsely believe they are having alien encounters and giving false hope to emotionally desperate and financially needy people of being 'rescued' by 'aliens' (aka Mr. Goode's made up alien "Alliance") while Mr. Goode and his associate Mr. Wilcock regularly and repeatedly divest the public of massive amounts of their hard earned money under false pretenses.

11. Mr. Goode uses his public fraud and public dis-info campaigns as a way to steal valid researchers' work (like Plaintiff's Trade Secrets) for he and/or his associates' benefit and to destroy the valid research that he re-presents as part of his public BLUEBIRD farce. This deception confuses the public about what is real and true vs. what is not and defrauds the public of private funds and other resources and information "donated" under false pretenses. Once Mr. Goode has stolen valid research and information, and either taken credit for it or destroyed it, he publically defames the source to hundreds of thousands and even millions of people as "Dark Alliance" (aka people who are terrorists, cabal, evil, rape, kill, and destroy) "Stalkers," or other equally damaging and criminal based terms to maintain his public fraud and theft, and to promote his public donation schemes.

Based upon the facts of Civil Conspiracy and Violation of the Colorado Consumer Protection Act, Plaintiff believes she is entitled to recover damages based upon the foregoing act Violation of the Colorado Consumer Protection Act; to include actual damages, punitive damages, and attorney/legal fees.


**Count 5  Fraud CRS 18-4-401(1)(a and b), CRS 18-4-401(5)** The Defendant made a false representation of facts that were material and he knew they were false. Plaintiff relied on Mr. Goode's publically known stories as being true, as verifiable truths were woven in with the deceptions. As a result of believing in Mr. Goode's fraud, Plaintiff was damaged both financially and emotionally.

1. During 2017 Plaintiff believed Mr. Goode's fake news Secret Space Program stories as all being true and that he was poor and needed donations and free help; as a result Plaintiff shared her Dream Visions and information freely in efforts to help Mr. Goode, his family, and humanity.

2. Mr. Goode and/or his associates notably during 2017 and into 2018 used Plaintiff's Dream Vision information as their own work, stories, experiences, and/or discoveries; and fraudulently called it "Synchronicity".

3. Mr. Goode used his covert black operation military training and intuitive empath abilities to astral project, remote influence, and dream hack Plaintiff. Mr. Goode, romantically and sexually manipulated Plaintiff in astral and dream states and then romantic public cyber

gang stalked Plaintiff during waking states. It is believed Mr. Goode was intelligence gathering from Plaintiff for deep state and/or militaristic purposes.

4. Mr. Goode was fully aware of Plaintiff's Shamanic and Dream Vision abilities, even before Plaintiff fully understood them, making Plaintiff an easy TI (Targeted Individual) during 2017. Mr. Goode showed his awareness of Plaintiff's advanced abilities by having an associate (understood to be his personal assistant at the time) use Plaintiff's original artwork on a slide titled "Modern Day Shamans," shown live to hundreds of people at Mr. Goode's for profit event, August 2017, Eclipse of Disclosure, no remedy or attribution was given to Plaintiff at any time.

As a result of Mr. Goode's public fraud; romantic and sexual advances in dream states and 'synchronistic' public use of Plaintiff's original materials; Plaintiff lost professional and personal relationships, financial investments, private contractors, business opportunities, mutual friend and associates, and suffered embarrassment, anxiety, and emotional distress.

Based upon the facts of Civil Conspiracy, Violation of the Colorado Consumer Protection Act, and Fraud, the Plaintiff believes she is entitled to recover damages based upon the foregoing act of Fraud; to include actual damages, consequential damages, non-economic damages (for mental suffering) and punitive damages.

**Count 6 Defamation Per Se CRS 13-80-103(1)(a)** Mr. Goode has knowingly falsely publically accused Plaintiff of criminal acts, sexual misconduct, someone with a mental disease, and defamed Plaintiff in her trade as a dream researcher via libel and slander, notably since July 17, 2018 through to current. This Defamation was performed knowingly as Mr. Goode completely lost his second stalking case (even with fabricated evidence) on August 6, 2018. Every time Mr. Goode publically claimed he was being stalked after August 6, 2018 is clear knowing defamation per se against Plaintiff.

1. Mr. Goode defamed Plaintiff as a stalker to a mutual business associate at GAIA TV, Ms. Medvedich. It is believed Mr. Goode's defamation activities kept Plaintiff from having a fair review of her materials at GAIA TV during 2017 and related to Plaintiff's work and profession.

2. February 2018, Mr. Goode and his associate Mr. Roger Richards, defamed Plaintiff as a 'security risk' to Joan Ocean company located in Hawaii. Plaintiff was denied attendance

at Mr. Goode's then coming event, refunded her money, and humiliated and embarrassed to be labeled as such in a community of individuals involved in Plaintiff's type of work and related profession(s).

3. Notably June 2018 forward, Mr. Goode with his cyber gang stalking associates repeatedly defamed Plaintiff to hundreds of thousands of people as a stalker, someone sexually amoral, and Mr. Goode repeatedly shared the Dream Vision (dated December 16, 2017) where he married Plaintiff to defame Plaintiff in her profession, business, and trade of dream research. Mr. Goode repeatedly falsely stated Plaintiff is 'infatuated' with him, when it is clearly the other way around as he repeatedly publically mentions the marriage dream, cyber stalks, defames, and cyber harasses Plaintiff and refuses to negotiate or discuss any of his use of Plaintiff's Trade Secret materials since date of first Affidavit Pre-Litigation Complaint serviced upon him on/or about April 20, 2018, for legal response.

4. During 2018 to current, Mr. Goode has publically defamed Plaintiff as a stalker, someone sexually amoral, someone with a mental disease, and defamed Plaintiff in her profession and trade, via (but not limited to): Facebook, Twitter, YouTube, and Reddit. Reaching hundreds of thousands and even millions of people.

5. Mr. Goode first publically defamed Plaintiff as a stalker by direct implication (via public cyber communication) on his public Facebook page on July 17, 2018, @BlueAvians, with approximately 100,000 likers by telling his fans he had to obtain a Protection Order, the same day he fraudulently obtained one against Plaintiff. Mr. Goode threatened future defamation of Plaintiff by stating he hoped to make more public statements in the near future.

6. On or about November 18, 2018 Mr. Goode posted on Reddit internet website with "Cosmic Disclosure" user handle seen in the URL, that Plaintiff is a stalker, criminal level cyber-stalker, that he's going to report these behaviors to law enforcement. He proceeds to defame Plaintiff as being sexually amoral and defames Plaintiff in her profession as a dream researcher by again citing the December 2017 marriage to him dream. Mr. Goode does not have legal authorization to disclose the December 16, 2017 dream vision. Mr. Goode further and specifically defames Plaintiff in her trade of dream research (the same trade Mr. Goode promotes as legitimate) as being 'crazy' (mentally diseased) for having accurate dreams that showed Plaintiff knew (via evidence) what Mr. Goode and

his lawyer were up to every step of the way. Mr. Goode also threatened to make public more of Plaintiff's Dream Vision emails, in legal dispute in this instant Trade Secret case. https://www.reddit.com/r/CosmicDisclosure/comments/9xujtc/cg_being_sued_for_fraudin fringement_poster_on/ (Retrieved June 27, 2019)

7. March 17, 2019, Mr. Goode's Facebook friend and business associate Mr. Chuck Raymond defamed Plaintiff as someone sexually amoral, stating Plaintiff claims to have sex with Mr. Goode in his dreams. Plaintiff never told Mr. Raymond that. Mr. Raymond goes on to defame Plaintiff in her trade of dream research by stating Plaintiff is crazy (mentally diseased) thinking she foresees the future.

8. March 20, 2019 Mr. Goode posted to Mr. Raymond's defamatory Facebook post and escalated his defamation hate campaign. Mr. Goode cites the stalking case he lost August 6, 2018 and includes Plaintiff actual name with his "(Montalbano vs Goode)" ensuring its clear who he is defaming as a stalker. Mr. Goode again directly claims Plaintiff is a stalker and escalates Plaintiff to now be part of his fantasy of "Dark Alliance" (aka terrorists/cabal/evil people who rape, kill, infiltrate, and destroy) and is also a death threat to Plaintiff. Mr. Goode further escalates the hate campaign and reputation destruction of Plaintiff by pointing out he also talked about (defamed) Plaintiff live on the Edge Of Wonder YouTube channel.

9. March 18, 2019 Mr. Goode on YouTube channel "Edge of Wonder" with approximately 372,000 subscribers (as of July 21, 2019) defamed Plaintiff as a stalker, someone sexually harassing him, and defamed Plaintiff in her trade of Dream Research by again citing the December 16, 2017 marriage dream, in YouTube video titled, ""*Corey Goode - Alliance Update, Antarctica, Supreme Brand Loves Satan - Edge of Wonder #3.*"and approximately 193,000 views (as of July 21, 2019).

10. Plaintiff informed Mr. Goode by email he made her cry and asked him to stop. He did not.

11. About May 22, 2019 through June 19, 2019 on Mr. Goode's Twitter account @CoreyGoode with approximately 23,000 followers; Mr. Goode and a group of his cyber gang stalkers bullied, harassed, and again defamed Plaintiff publically as a stalker, cyber stalker, "Dark Alliance," someone sexually amoral, someone with a mental disease, and again defamed Plaintiff in her trade of dream research as Mr. Goode mentions the marriage dream and directs his audience to his November 2018 (fake news) Reddit hate

campaign of his. Mr. Goode also flat out lied about the status of this instant case and tagged local and federal law enforcement in efforts to make himself look like the victim, when he is repeatedly the aggressor.

**12.** Mr. Goode has knowingly refused to stop defaming Plaintiff since the first Certified USPS Pre-Litigation Affidavit Complaint and stop and desist notice were delivered on or about April 20, 2018 to Mr. Goode for lawful response. Plaintiff has asked Mr. Goode repeatedly over the past 15 months to stop his unlawful acts, he does not.

All of this harassment and defamation was more than Plaintiff could bear and incredibly emotionally distressing. Subsequently, Plaintiff was in contact with the Grand Junction Police department multiple times and the Broomfield Police department and sought a protection order early July 2019 to make all the harassment and defamation stop.

Mr. Goode will continue to escalate his defamation activities of Plaintiff without legal intervention. Plaintiff has sustained significant personal and profession damages for well over a year along with severe emotional distress.

Based upon the facts of Defamation, Harassment, and Stalking, the Plaintiff believes she is entitled to Injunctive Relief and to recover damages based upon the foregoing act of Defamation; to include compensation for harm to Plaintiff's reputation, personal humiliation, mental or physical suffering, and loss of income.

**Count 7 Colorado Harassment Law "Kiana Arellano's Law" – CRS 18-9-111** Mr. Goode has engaged in Harassing Plaintiff via cyberstalking and cyberbullying. He and his internet associates directed knowingly obscene language and false criminal accusation at Plaintiff via the internet to include but not limited to: Facebook, Twitter, YouTube, Instagram, and Reddit. They cyberbullied and harassed Plaintiff and repeatedly threatened and insulted Plaintiff to cause emotional distress.

1. Mr. Goode has been publicly cyber harassing and cyber bullying Plaintiff notably since July 17, 2018 to current and whereby Mr. Goode has been repeatedly asked by Plaintiff to stop and he fails to do so.

2. Notably since July 2018 to current, Mr. Goode has repeatedly defamed Plaintiff publically as a stalker, someone sexually amoral, someone with a mental disease, "Dark Alliance," (aka terrorist) and tells the one marriage Dream Vision repeatedly to harass

and defame Plaintiff in her trade of Dream Research, and to emotionally distress, harass, alarm, and bully Plaintiff.

3. Mr. Goode has regularly and continuously escalated his harassment and threats against Plaintiff most noticeably since July 2018, and typically performs such activities with his cyber gang stalking associates within a few days after Plaintiff posts something he doesn't like, such as the truth about this instant case.

Based upon the facts of Defamation Per Se, Harassment, Stalking, the Plaintiff believes she is entitled to Injunctive Relief and to recover damages based upon the foregoing act of Harassment; to include damages for emotional distress and loss of reputation due to Defendant's conduct and punitive damages.

**Count 8 Colorado Stalking "Vonnie's Law" CRS 18-3-602** Mr. Goode placed Plaintiff under regular internet surveillance by himself and/or his associates for the purpose of defamation per se and harassment of Plaintiff.

1. Mr. Goode and/or his associates cyber stalked Plaintiff romantically during 2017 to defraud Plaintiff of hundreds of Dream Visions.

2. Notably since the opening of this instant case June 25, 2018, Mr. Goode and his cyber gang stalking associates have placed Plaintiff's internet activities under constant surveillance and typically within 2 days of Plaintiff posting anything about the lawsuit or related topics, Mr. Goode or one of his associates are immediately harassing, defaming, and/or bullying Plaintiff.

3. Mr. Goode notably cyber stalked Plaintiff posting on the ProjectAvalon.net forum about the lawsuit against him for fraud and theft, November 2018. Mr. Goode is not a member of the forum and has been banned from returning due to his prolific data mining of the website and members for stories, experiences, and information, years ago. Approximately 2 days after Plaintiff posted on the ProjectAvalon forum, Mr. Goode, posted his Reddit defamation hate campaign.

Based upon the facts of Defamation Per Se, Harassment, Stalking, the Plaintiff believes she is entitled to Injunctive Relief and to recover damages based upon the foregoing act of

Cyber Stalking; to include loss of income, loss of reputation, emotional distress, and punitive damages.

**Count 9 Theft of Trade Secrets CRS 18-4-408((1) and (2)); and ("C.R.S.") § 7-74-101 et seq. (CUTSA);** Mr. Goode deprived Plaintiff of her Trade Secrets with intent to use them as his own or for that of use by another and that are secret and of value and whereby with exception of Mr. Goode; due to belief in his public fraud and that he is poor; reasonable care was taken by Plaintiff to keep her Trade Secrets, secret.

1. During 2017 Mr. Goode misappropriated to himself, largely via email, for he and his associates use approximately 500 Dreams Visions belonging to Plaintiff.

   a. Plaintiff's Dream Visions most readily are quantifiable as tangible hand written stories, most typically classified as Intellectual Property whereby Plaintiff is the author of hundreds of photographed handwritten stories.  Dream Visions may be defined as an "Article" (any record, writing, photograph, or drawing) and may also be quantifiable as a 'listing of names,' whereby the names cited in the dreams and the associated Dream Vision data are private and personal information about actual people in waking life and that the Defendant and/or associates are not privy to disseminate or use the private information about said individuals. Plaintiff's Trade Secrets can also be defined as "Representing" (CRS 18-4-408(2)(c)) information describing, depicting, constituting, and reflecting, on future waking state events yet to come.

   b. Dream Visions are secret and of value to the Plaintiff, who is the owner, and that are used in the course of her teachings, publishing career, dream research, and creative profession.

2. Mr. Goode used his public fraud of being a financially poor Secret Space Program whistleblower to divest Plaintiff of her Trade Secrets for free.

3. Mr. Goode used Plaintiff's work on his public for profit show Cosmic Disclosure, the Internet, written or print mediums, public speaking events, or other for profit mediums. No remedy or attribution was given to Plaintiff.

4. Mr. Goode uses Plaintiff's Trade Secrets to research and find current news articles related to the information contained in the Dream Visions, or he makes up fake news stories for his consumers.

5. It is believed, Mr. Goode performed his theft of Plaintiff's Dream Vision Trade Secret Materials, through use of his militaristic remote influencing, astral projection, and dream hacking abilities to romantically and sexually influence Plaintiff in dream and astral states and induced her to share her dream experiences with him for free.

6. Mr. Goode misappropriated Plaintiff's accurate Dream Visions and other density experiences for himself, his associates, and to share with his fraud dream psychic friend, Mr. David Wilcock, a public figure with hundreds, or even over a thousand, inaccurate dream or otherwise predictions.

7. In waking states Mr. Goode utilized public cyber gang stalking to communicate with Plaintiff and remote influencing to encourage Plaintiff to continue to share her precious information for free, that he and his associates used as their own, or destroyed by presenting it as fake news or dis-info.

8. Mr. Goode retold Plaintiff's stories as though his own experiences and/or retailored them into derivative works for his public BLUEBIRD narratives and alleged off world stories.

9. Mr. Goode and or his associates retold Plaintiff's Dream Visions stories as if it was their own secret insider intel, information or experiences, often as derivative works. Most notably Mr. Goode created a derivative work January 2018 based on approximately 20 of Plaintiff's Dream Visions and that Mr. Goode presented as 'fake news' alleging he went off world in other densities with his BLUEBIRD alien friend and other aliens.

10. During 2018 through to current Mr. Goode notably shifted his public romantic cyber gang stalking of Plaintiff to be defamatory and hate based cyber gang stalking and cyber harassment to maintain his public fraud and theft of Plaintiff's Trade Secret (Dream Vision) materials and in efforts to prevent legal remedy and attribution being made due to Plaintiff.

Based upon the facts of Abuse of Process, Malicious Prosecution, Civil Conspiracy, Violation of the Colorado Consumer Protection Act, Fraud, Defamation Per Se, Cyber Harassment, Cyber Stalking, Intentional Infliction of Emotional Distress, Unjust Enrichment, Theft of Trade Secrets, the Plaintiff believes she is entitled to Injunctive Relief and to recover damages based upon the foregoing act of Theft of Trade Secrets; to include compensatory damages (actual damages) incurred, profits the misappropriating party derived from the Trade Secrets; lost sales resulting from the misappropriation; any benefit

the Defendant received as a result of the misappropriation; attorney/legal fees; any additional damages the courts deem appropriate, and punitive damages.

**Count 10 Intentional Infliction of Emotional Distress CRS 7-74-104(2)** Mr. Goode engaged in outrageous conduct with the intent to cause Plaintiff severe emotional distress and Plaintiff has suffered severe emotional distress.

1. Mr. Goode used abuse of process and a malicious prosecution case June 2018 - August 2018, where he knew his stalking case was without merit as he failed his first try to open it and fabricated evidence to succeed the second time. It is believed, Mr. Goode was using the stalking case to avoid and evade the Trade Secret case. His frivolous stalking case was summarily dismissed in Ms. Montalbano's favor August 6, 2018.

2. After August 6, 2018 Mr. Goode and his associates continued to knowingly publically defame Plaintiff as a stalker, someone sexually amoral, someone with a metal disease, and repeatedly shared about the one dream where Mr. Goode married Plaintiff to defame Plaintiff in her trade of legitimate dream research to hundreds of thousands of people via the internet and where Mr. Goode and his associates regularly cyber harassed and bullied Plaintiff. Causing severe emotional distress and anxiety.

3. Mr. Goode regularly and repeatedly uses his military black operation training to sexually and romantically astral visit, dream hack, remote influence, and emotionally manipulate Plaintiff.

4. Mr. Goode has knowingly avoided and evaded addressing or responding to anything regarding his fraud, theft, and use of Plaintiff's Trade Secret materials notably since December 2017. (approximately 19 months of avoiding and evading) These unnecessary delays have been emotionally distressing.

Based upon the facts of Abuse of Process, Malicious Prosecution, Civil Conspiracy, Violations of the Colorado Consumer Protection Act, Fraud, Defamation Per Se, Cyber Harassment, Cyber Stalking, Theft of Trade Secrets, and Intentional Infliction of Emotional Distress, the Plaintiff believes she is entitled to recover damages based upon the foregoing act of Intentional Infliction of Emotional Distress; to include economic and non-economic losses arising from the conduct, for pain and suffering, and punitive damages.

**Count 11 Unjust Enrichment CRS 7-74-104** *See Lewis v. Lewis, 189 P.3d 1134 (Colo 2008)* The Defendant has and continues to benefit off of Plaintiff's Trade Secret work building his reputation off of Plaintiff's stories and experiences, and at Plaintiff's continued expense. Mr. Goode received these benefits under circumstance of fraud that make it unjust for him to continue to maintain the benefit of such without commensurate compensation to Plaintiff.

1. Since 2017, Mr. Goode and his associates have and continue to receive profits from Plaintiff's Trade Secret materials, as used on Cosmic Disclosure, carried at GAIA TV; or other public for profit mediums to include the internet and public for profit speaking events, where Plaintiff's Dream Vision stories and information are retold as part of Mr. Goode's public BLUEBIRD fraud and fake news stories heard by millions of people.

2. Mr. Goode used a malicious prosecution case July 2018-August 2018 against Plaintiff in efforts to maintain his unlawful use and unjust enrichment from Plaintiff's Trade Secrets.

3. Mr. Goode performed defamation, cyber harassment, and cyber stalking of Plaintiff from 2017 through to current to maintain his use and unjust enrichment from Plaintiff's Trade Secret materials.

4. Mr. Goode is continuing to build his reputation and ego as someone being stalked and sexually harassed by Plaintiff (men typically find Plaintiff attractive and intelligent); and/or as someone he is in danger from that he falsely alleges as "Dark Alliance" (aka terrorist, someone that rapes, kills, and destroys) Mr. Goode does this to maintain his public fraud, theft, and use of Plaintiff's Trade Secrets as though his own.

Based upon the facts of Abuse of Process, Malicious Prosecution, Civil Conspiracy, Violation of the Colorado Consumer Protection Act, Fraud, Defamation Per Se, Cyber Harassment, Cyber Stalking, Theft of Trade Secrets, Intentional Infliction of Emotional Distress, and Unjust Enrichment, the Plaintiff believes she is entitled to recover damages based upon the foregoing act of Unjust Enrichment.

Based on the foregoing causes of action, Plaintiff seeks injunctive relief as indicated and monetary damages for loss of income, loss of reputation, emotional distress, attorney/legal fees, punitive damages and such other damages as this Court deems just and proper.

Plaintiff has exhausted all options for remedy and attribution due outside of litigation. See attached Exhibit certified mailings: pre-litigation Complaint, failure notices, and billing statements. (CRE 902(4),(8),(10))

The Defendant(s)   ☐is (are)   ☐is not (are not)   in the military service of the United States. In support of this statement, the Plaintiff(s) set(s) forth the following facts: (State facts concerning military status of the Defendant(s), if the military status of the Defendant(s) is (are) not known, so state here.)
    Unknown

6.  The Plaintiff(s) ☑does (do) ☐does (do) not demand trial by jury (if demand is made, a jury fee must be paid).

☐ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.

☑ By checking this box, I am acknowledging that I have made a change to the original content of this form.

**WARNING:  ALL FEES ARE NON-REFUNDABLE.  IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

Note: All Plaintiffs filing this complaint must sign, unless the complaint is signed by an attorney.

_Alyssa Chrystie Montalbano_
Signature of Plaintiff(s)

_____
Signature of Attorney for Plaintiff(s) (if applicable)

_2536 Rimrock Ave Suite 400-117; Grand Junction, Colorado, 81505_
Address(es) of Plaintiff(s)

Telephone Number(s) of Plaintiff(s)
_970.250.8365_

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **MOTION FOR LEAVE OF THE COURT TO AMEND THE COMPLAINT, AMENDED COMPLAINT, PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, PROPOSED ORDER TO STOP AND DESIST DEFAMATION STALKING HARASSMENT AND UNAUTHORIZED USE OF TRADE SECRETS, AFFIDAVIT ALYSSA CHRYSTIE MONTALBANO, and EXHIBITS AQ – AY** were sent first class by U.S. Mail, postage prepaid, to Mr. James Corey Goode USPS Certified Mail 7017 2620 0000 7180 8100; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020 and by email to James Corey Goode this **2nd day of August, 2019.**

_Alyssa Chrystie Montalbano_

Alyssa Chrystie Montalbano, American Citizen

District Civil Court, Mesa County, Colorado

Mesa County, Colorado
Court Address: 125 North Spruce
P.O. Box 20,000-5030
Grand Junction, CO 81502

ORIGINAL FILED IN

AUG   2 2019

COMBINED COURT
BY LITIGANT
▲   **COURT USE ONLY**   ▲

Plaintiff(s)/Petitioner(s): Alyssa Chrystie Montalbano
v.

Defendant(s)/Respondent(s): James Corey Goode

Attorney or Party Without Attorney (Name and Address):
Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave, Suite 400-117
Grand Junction, Colorado, 81505

Case Number: 18CV50

Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com
FAX Number:_____ Atty. Reg. #: N/A

Division   10      Courtroom  10

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Comes now Plaintiff, Alyssa Chrystie Montalbano, pursuant to C.R.C.P. Rule 65;

CRS 18-80-103(1)(a) (Defamation Per Se); CRS 18-9-111 (Harassment); CRS 18-3-602

(Stalking); and CRS 7-74-103, (Theft of Trade Secrets), for Injunctive Relief; and moves this

court to GRANT this motion for Preliminary Injunction immediately against the Defendant

for the following:

## I.  **Relevant Procedural Background**

Mid-December 2017, the Defendant, James Corey Goode, was aware Plaintiff was

becoming aware of his public fraud and theft of her Trade Secrets. Subsequently, Mr. Goode

and his associates defamed Plaintiff as a stalker, sexually amoral, and as someone with a

mental disease within her trade and profession of dream research to professionals and to

actual and potential consumers.

On or about April 20, 2018 through to June 25, 2018 Mr. Goode was aware Plaintiff was

preparing to open a lawsuit against him for fraud and theft as he was being served the Pre-

Litigation Affidavit Complaint and associated mailings, for legal response. Rather than address any of the contents of the Complaint, it is believed Mr. Goode instead used Abuse of Process and a Malicious Prosecution case to avoid and evade, harass, threaten, and try to coerce Plaintiff out of pursuing her legal claim(s) against him.

Mr. Goode and his Texas based legal counsel, Ms. Wilde, knew Mr. Goode's stalking case against Plaintiff was without merit or teeth mid-June 2018 when they failed to open a stalking case on their first attempt. Plaintiff phoned the Broomfield Combined Courts and was informed by the clerks of the court, Mr. Goode's (civil) stalking case, 'did not meet the requirements' and his case was rejected. Subsequent, Mr. Goode with help from Ms. Wilde, avoided and evaded being served the summons for this instant case, 18CV50, for almost 3 weeks. Mr. Goode did not 'appear' in this instant case (July 18, 2018) until after he successfully opened his second stalking case July 17, 2018.

Mr. Goode fabricated evidence for the Broomfield courts in his successful second stalking case attempt. He stated Plaintiff made repeat phone calls when Plaintiff doesn't even have his phone number. Mr. Goode also checked the box he was not aware of his own mutually agreed upon lifelong stalking Protection Order in effect against himself, since October 31, 2014, from a former employer of his, Darling International.

Mr. Goode also stated in his stalking claim the main "imminent threat" was a lawsuit, this instant case, and of which he and Ms. Wilde were actively avoiding and evading service of the summons notably since July 1, 2018, when Plaintiff requested cooperation of service of Mr. Goode from Ms. Wilde and no reply was received until July 13, 2018.

Mr. Goode failed to serve Plaintiff the summons for his second frivolous stalking case and withheld the case from Plaintiff until barely 24 hours prior the hearing; leaving Plaintiff no time to find legal representation. Plaintiff appeared anyways at the hearing July 24, 2018. After the Magistrate read Ms. Montalbano's papers she vacated the temporary civil Protection Order, scolded Mr. Goode for failure to serve, and ordered him to retain legitimate Colorado legal counsel. Mr. Goode alleged he'd have witnesses testify and the temporary protection order was reinstated, Ms. Montalbano V.C. (Vi Coactus) signed it under duress, and the matter was continued to August 6, 2018. Plaintiff retained legal counsel, drove 5 hours (one way) and appeared with counsel August 6, 2018 at the continuance hearing. Mr. Goode failed to appear and the order was vacated a second time and the case dismissed in Ms. Montalbano's favor.

After Mr. Goode failed in his legal court stalking claims (twice) he continued to publicly defame Plaintiff as a stalker to hundreds of thousands of people. Mr. Goode works in a trade where dreams are an important part of his teachings and are important to the actual and potential consumers, who are also Plaintiff's trade audience and consumers, and are the same professionals and consumers Mr. Goode regularly defames Plaintiff to. This defamation has now reached hundreds of thousands of people and may even extend into the millions. Mr. Goode has consistently escalated his harassment and public hate-smear campaigns against Plaintiff and regularly defames her as a stalker, someone sexually amoral, and as someone with a mental disease. Mr. Goode regularly defames Plaintiff in her trade and profession of dream research to mutual consumers and professionals through repeatedly citing the December 16, 2017 dream where he married Plaintiff. Plaintiff has never spoken publicly of

that dream and Mr. Goode is not authorized to discuss it. Mr. Goode also repeatedly defames Plaintiff in her trade as being 'crazy' (mentally diseased) thinking she foresees the future, when Plaintiff can legally prove such, and whereby Mr. Goode and his fraud dream psychic associate, Mr. David Wilcock, repeatedly make false dream or otherwise psychic predictions and that are heard by millions of people, most often as 'fake news.'

Mr. Goode repeatedly threatens Plaintiff with escalating his hate campaigns and then proceeds to do so. Mr. Goode has also threatened to publicly reveal more of Plaintiffs Trade Secrets as largely sent to him by email during 2017. Mr. Goode has defamed Plaintiff privately and publicly for well over a year and a half now and is destroying Plaintiff's personal and professional reputation as he continues to use Plaintiff's original Intellectual Property materials as his own.

A preliminary injunction is warranted, as irreparable damage will be incurred to Plaintiff, Alyssa Chrystie Montalbano and her business Ari Stone Art LLC, if the Defendant, James Corey Goode, is not immediately restrained from his continued public and private defamation activities of libel, slander, cyber harassment/bullying, and cyber stalking of Plaintiff; along with ordering Mr. Goode to stop publicly disclosing Plaintiff's Trade Secret materials to hundreds of thousands and even millions of people.

## II. DISCOVERY CONTROL PLAN

1. Discovery should be conducted pursuant to C.R.C.P. 16, and 26-37.

## III. POINTS OF AUTHORITY

2. Plaintiff has achieved reasonable merits for the probability of success through:

(a) The dismissal of Mr. Goode's stalking case (even with his fabricated evidence), in favor of Ms. Montalbano, August 6, 2018.

(b) Since August 6, 2018 to current; the Defendant has continued to repeatedly defame Plaintiff publicly and privately as a stalker, someone sexual amoral, someone with a mental disease, and as "Dark Alliance" (aka someone who is a terrorist, evil, rapes, kills, and destroys) to actual or potential consumers in Plaintiff trade; whereby Mr. Goode defames Plaintiff as being 'crazy' for seeing the future in dreams; and whereby Mr. Goode and Mr. Wilcock's public fraud is based on foretelling the future via dreams and alleged other density alien experiences, or other psychic means and whereby they are repeatedly inaccurate. Mr. Goode's false, defamatory, and criminal accusations against Plaintiff have been heard by hundreds of thousands and even possibly millions of people and are causing severe economic and non-economic damages to Plaintiff.

(c) Mr. Goode has a stalking Protection Order issued against him from a former employer, Darling International, located in the state of Texas. During 2014, Mr. Goode was released from employment for lack of performance. Subsequently, Mr. Goode fabricated a completely fictional reality by video against Darling International and posted it to YouTube. Mr. Goode then made sure his former employer saw it and then promptly removed it. Mr. Goode fabricated evidence in his YouTube video in efforts to frame his former employer as a terrorist allegedly threatening him and his family, when Mr. Goode was in fact threatening them with violence. Mr. Goode threatened to publicly defame Darling International via the news and to completely destroy their reputation. In Mr.

Goode's YouTube video he also admitted to a having Complex PTSD and brain trauma, amidst other serious issues. Subsequently Darling International had a lifelong Stalking Protection Order granted against Mr. Goode as they were concerned for their lives. See Darling vs Goode: Dallas County, Texas, District Civil Court, Cause No DC-14-04807, dated 5/5/2014 and permanent Protection Order granted October 31, 2014.

(d) Mr. Goode affirmed under penalty of perjury on the Broomfield Court record, July 17, 2018, when filing his stalking case against Plaintiff, that he was not aware of his own mutually agreed upon Permanent Stalking Protection Order in effect and as issued against him October 31, 2014, Cause No DC-14-04807, with his former employer, Darling International.

Mr. Goode has continued to perform these exact same activities and behaviors of creating fictional realities with fabricated evidence since 2014 via his public fraud and notably against Plaintiff since December 2017.

3. Irreparable harm will result to Plaintiff and her business, Ari Stone Art LLC, if an injunction is not immediately issued as damages done by the end of this lawsuit by Defendant will be irreparable and irreversible.

4. The threatened injury to Plaintiff's good name, business, and the physical safety of Plaintiff and her family, far outweighs the harm that the injunction may cause to the Defendant.

5. The injunction will not adversely affect the public interest. *See Langlois v. Board of County Com'rs of County of El Paso*, 78 P.3d 1154, 1158 (Colo. App. 2003).

6. The balance of the equities favors the injunction.

7. The injunction will preserve the status quo pending trial on the merits. *See Gitlitz v. Bellock*, 171 P.3d 1274 (Colo. App. 2007)

## IV. FACTUAL BACKGROUND

8. Factual Reasons in Support of Preliminary Injunction while the lawsuit progresses:

9. Plaintiff hereby incorporates all allegations set forth within the attached AFFIDAVIT ALYSSA CHRYSTIE MONTALBANO as though set fully herein.

## V. CAUSES OF ACTION

### COUNT 1 : LIBEL AND SLANDER – DEFAMATION

10. Plaintiff incorporate the allegations set forth above as if set forth fully herein.

11. Plaintiff reasonably fears public hate (smear) campaigns of libel and slander, threats, and/or hate communications, cyber stalking, cyber bullying; and the unlawful and improper retelling and/or release of her Trade Secrets by the Defendant and/or his associates based on the Defendant doing so and threatening to do so.

12. The Defendant acted intentionally and/or knowingly to defame Plaintiff as a stalker, someone sexually amoral, someone with a mental disease, and defamed Plaintiff within her trade of dream research to mutual consumers and professionals, most notably since August 6, 2018 after Mr. Good's civil stalking case was dismissal in Ms. Montalbano's favor.

## COUNT 2 : CYBER STALKING

13. Plaintiff incorporates the allegations set forth above as if set forth fully herein.

14. The Defendant cyber stalks Plaintiff on the internet notably via: Facebook, Instagram, Twitter, and YouTube in order to publicly harass and defame Plaintiff in her trade and profession within days of her posting anything Mr. Goode does not like, such as Plaintiff publicly telling the truth about the lawsuit. Mr. Goode's subsequent harassment is highly malicious where he and his gang stalker associates defame Plaintiff as being a stalker, someone sexually amoral, someone with a mental disease, and Mr. Goode defames Plaintiff in her trade of dream research by notably retelling the dream from December 16, 2017 where Mr. Goode married Plaintiff and whereby Mr. Goode and his associates are not authorized to re-tell that Dream Vision experience.

## COUNT 3 : CYBER HARASSMENT AND BULLYING

15. Plaintiff incorporates the allegations set forth above as if set forth fully herein.

16. Based on the facts contained in Count 1 of Defamation and Count 2 of Cyber Stalking, these acts are believed to be knowingly performed for the purpose to harass, bully, alarm,

annoy, emotionally distress, and coerce Plaintiff to drop legal charges against Mr. Goode for the instant Trade Secret case.

## COUNT 4 : THEFT OF TRADE SECRETS

17. Plaintiff incorporates the allegations set forth above as if set forth fully herein.

18. Mr. Goode has publicly threatened to release more of Plaintiff's Trade Secrets (Dream Visions and associate emails) publicly. Mr. Goode has continuously released the Trade Secret Dream Vision from December 16, 2017 where he married Plaintiff and whereby Mr. Goode and his associates are not authorized to do so. Due to Mr. Goode's past and ongoing use of Plaintiff's Trade Secrets and current threats to publicly release more, Plaintiff is reasonably concerned Mr. Goode will publicly release more of Plaintiff's Trade Secret materials, this would be severely damaging to Plaintiff both personally and professionally.

19. Mr. Goode regularly threatens to escalate his hate and smear-campaigns against Plaintiff and then proceeds to do so. Mr. Goode continues to discuss Plaintiff's Trade Secrets when he is not authorized to do so. Mr. Goode has been repeatedly noticed to stop since April 2018. He does not. It is believed without legal intervention Mr. Goode and/or his associates will continue to escalate the malicious defamation against Plaintiff and will continue to release Plaintiff's Trade Secrets.

20. As a result of the Defendant's conduct or threatened conduct, Plaintiff has and/or will suffer immediate and irreparable harm and injuring for which there is no adequate

remedy at law. Additionally, as a proximate result of this conduct, Plaintiff has suffered
monetary damages within the limits of this Court.

## APPLICATION FOR PRELIMNARY INJUNCTION

21. Plaintiff incorporates the allegations set forth above (in sections IV and V) as if set forth
    fully herein.

22. As set forth above, the Defendant's unlawful acts or threats of unlawful acts are, and are
    continuing to cause, immediate and irreparable injury and harm to Plaintiff, for which
    there is no adequate remedy at law.

23. Plaintiff will, and already has established, a substantial likelihood of success on the
    merits of the cause of action in this case for which such requirement is applicable and
    necessary for entry of a preliminary injunction.

24. The harm faced by Plaintiff far outweighs any harm that would be sustained by the
    Defendant if the preliminary injunction sought hereby were granted. As set forth in the
    Affidavit Alyssa Chrystie Montalbano attached hereto, the Defendant has engaged in
    inappropriate and/or unlawful conduct and made express or implied threats against
    Plaintiff. Without a Preliminary Injunction, the Defendant, will likely continue to engage
    in this conduct and make threats against Plaintiff, disrupt professional operations, destroy
    Plaintiff's reputation, and/or engage in other disruptive, unlawful, and/or threatening
    actions towards Plaintiff. Plaintiff is, therefore, without a complete remedy at law and
    will suffer irreparable harm if the conduct and threats continue. Therefore Plaintiff
    requests the injunctive relief describe in greater detail in the Prayer, which is incorporated

by reference as if set forth fully herein, to protect Plaintiff. Moreover the issuance of a preliminary injunction would not adversely affect the public interest.

25. Accordingly, Plaintiff respectfully asks this Court to enter a preliminary injunction from now until such time as there is a trial on the merits, and subsequently to enter a permanent injunction, after a trial on the merits, requiring the Defendant to refrain from committing or threatening to commit the conduct described in the Prayer below.

26. Greater injury will be inflicted upon Plaintiff by the denial of injunctive relief than would be inflicted upon the Defendant by granting such relief.

## DAMAGES

27. As a result of the Defendant's conduct Plaintiff and her business have been and/or will be damaged. Plaintiff has suffered and/or will suffer general and special damages.

## PRAYER

28. WHEREFORE, Plaintiff requests the Defendant, James Corey Goode, be cited to appear and answer; and

    A. That this court issue a Preliminary Injunction enjoining the Defendant from committing or threatening any of the following:

    (1) Committing or threatening any act of violence or harassment against Plaintiff, Ari Stone Art LLC, its officers, directors, board members, executives, investors, and/or employees (collectively, "Protected Parties");

    (2) Communicating in a threatening or harassing manner with Plaintiff, Ari Stone Art LLC, or protected parties;

(3) Threatening or harassing Plaintiff and or the Protected Parties in person, by telephone, email, social media and/or internet posting, including but not limited to YouTube, Twitter, Instagram, Reddit, Facebook, or any other means of in person, written, or electronic communication.

(4) Making a threat to Plaintiff or Protected Parties or engaging in harassment through another person against Plaintiff and/or Protected Parties.

(5) Stalking, cyber stalking, cyber gang stalking, or engaging in conduct directed specifically to Plaintiff and/or the Protected Parties, which is reasonably likely to harass, annoy, alarm, abuse, torment, or embarrass Plaintiff and/or the Protected Parties, or disrupt the business operations or of Ari Stone Art LLC.

(6) Making or posting threatening, harassing, and/or defamatory comments or postings about Plaintiff and/or Protected Parties on social media websites or the internet generally; and/or

(7) Disrupting the workplace or operation of Ari Stone Art LLC by telephone, fax, e-mail, or other forms of communication directed or sent to the office(s) of Ari Stone Art LLC or by telephoning, faxing, emailing, or otherwise communicating with Plaintiff or Protected Parties in a manner that is reasonably likely to disrupt Plaintiff workplace and/or daily life operations or with the intent of doing so.

(8) Any act of defamation, harassment, libel and slander against Plaintiff and/or any of Plaintiff's associates, professional contacts, mutual associates, friends, family

members, employees, employers, potential employers, customers, agents, vendors, attorneys, investigators, clients and customers, or threatening violence, harm, or harassment against Ari Stone Art LLC and the Protected Parties;

(9) Engage in any public or private libel, slander, and defamation campaigns against Plaintiff.

(10) Discussing publicly or privately, private emails, Dream Visions, information, research, and Trade Secret data belonging to Plaintiff.

(11) Discussing private emails of legal conversations publicly or privately with anyone not a lawful party to the case.

(12) Remove all known and cited defamation per se campaigns from the internet and make a public retraction and apology.

B. This Court set a date for a preliminary injunction hearing and, at such time, issue a preliminary injunction enjoining the Defendant from or ordering the Defendant to refrain from the same acts listed above;

C. Upon final trial, enter a permanent injunction enjoining the Defendant from or ordering the Defendant to refrain from the same acts listed above; and

D. Award Plaintiff such other and further relief to which Plaintiff may be justly entitled.

Respectfully Submitted and All Rights Reserved,

Alyssa Chrystie Montalbano

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **MOTION FOR LEAVE OF THE COURT TO AMEND THE COMPLAINT, AMENDED COMPLAINT, PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, PROPOSED ORDER TO STOP AND DESIST DEFAMATION STALKING HARASSMENT AND UNAUTHORIZED USE OF TRADE SECRETS, AFFIDAVIT ALYSSA CHRYSTIE MONTALBANO, and EXHIBITS AQ – AY** were sent first class by U.S. Mail, postage prepaid, to Mr. James Corey Goode USPS Certified Mail 7017 2620 0000 7180 8100; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020 and by email to James Corey Goode this **2ⁿᵈ day of August, 2019.**

Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen

| District Civil Court, Mesa County, Colorado | |
|---|---|
| Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | |
| Plaintiff, Alyssa-Chrystie: Montalbano<br><br>v. | ▲    **COURT USE ONLY**   ▲ |
| Defendant: James Corey Goode | Case Number: 18CV50 |
| | Division: 10 Courtroom: 10 |

## PROPOSED ORDER TO STOP AND DESIST DEFAMATION, STALKING, HARASSMENT, AND UNAUTHORIZED USE OF TRADE SECRETS

This court, after due consideration of the request by Plaintiff, Alyssa Chrystie Montalbano and upon reading the MOTION FOR PRELIMINARY INJUNCTION, and attached AFFIDAVIT ALYSSA CHRYSTIE MONTALBANO in support of the PROPOSED ORDER TO STOP AND DESIST DEFAMATION, STALKING, HARASSMENT, AND UNAUTHORIZED USED OF TRADE SECRETS, as filed by the Plaintiff in the above captioned matter against the Defendant, James Corey Goode; hereby ORDERS, ADJUDGES, and DECREES this Preliminary Injunction of this Court

Defendant, and Defendant's agents, servants, and those persons acting in concert or participation with him / them who receive actual notice of this Preliminary Injunction

by personal service or otherwise, shall be and hereby are enjoined and prohibited from the following:

(1)  Committing or threatening any act of violence or harassment against Plaintiff, Ari Stone Art LLC, its officers, directors, board members, executives, investors, and/or employees (collectively, "Protected Parties");

(2)  Communicating in a threatening or harassing manner with Plaintiff, Ari Stone Art LLC, or protected parties;

(3)  Threatening or harassing Plaintiff and or the Protected Parties in person, by telephone, email, social media and/or internet posting, including but not limited to YouTube, Twitter, Instagram, Reddit, Facebook, or any other means of in person, written, or electronic communication.

(4)  Making a threat to Plaintiff or Protected Parties or engaging in harassment through another person against Plaintiff and/or Protected Parties.

(5)  Stalking, cyber stalking, cyber gang stalking, or engaging in conduct directed specifically to Plaintiff and/or the Protected Parties, which is reasonably likely to harass, annoy, alarm, abuse, torment, or embarrass Plaintiff and/or the Protected Parties, or disrupt the business operations or of Ari Stone Art LLC.

(6)     Making or posting threatening, harassing, and/or defamatory comments or postings about Plaintiff and/or Protected Parties on social media websites or the internet generally; and/or

(7)     Disrupting the workplace or operation of Ari Stone Art LLC by telephone, fax, e-mail, or other forms of communication directed or sent to the office(s) of Ari Stone Art LLC or by telephoning, faxing, emailing, or otherwise communicating with Plaintiff or Protected Parties in a manner that is reasonably likely to disrupt Plaintiff workplace and/or daily life operations or with the intent of doing so.

(8)     Any act of defamation, harassment, libel and slander against Plaintiff and/or any of Plaintiff's associates, professional contacts, mutual associates, friends, family members, employees, employers, potential employers, customers, agents, vendors, attorneys, investigators, clients and customers, or threatening violence, harm, or harassment against Ari Stone Art LLC and the Protected Parties;

(9)     Engage in any public or private libel, slander, and defamation campaigns against Plaintiff.

(10)    Discussing publicly or privately, private emails, Dream Visions, information, research, and Trade Secret data belonging to Plaintiff.

(11)    Discussing private emails of legal conversations publicly or privately with anyone not a lawful party to the case.

(12)    Remove all known and cited defamation per se campaigns from the internet and make a public retraction and apology.

The Court finds that the Preliminary Injunction, describes in reasonable detail the acts or acts sought to be restrained and gives fair notice to the Defendant of what he is prohibited from doing.

Therefore, this Court finds that there is good and sufficient reason, backed by facts and legal arguments known to the parties and/or legal counsel, and finds this Preliminary Injunction is warranted until a trial on the merits can be had.

Respectfully submitted, All Rights Reserved

Alyssa Chrystie Montalbano

Plaintiff, Alyssa-Chrystie: Montalbano, American Citizen

☐GRANTED          ☐DENIED

SIGNED, this_____day of _____, 20_____.

BY THE COURT:

_____

U.S. MAGISTRATE / JUDGE



| District Civil Court, Mesa County, Colorado | |
|---|---|
| Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | |
| Plaintiff(s)/Petitioner(s): Alyssa Chrystie Montalbano<br>v.<br>Defendant(s)/Respondent(s): James Corey Goode | ▲   **COURT USE ONLY**   ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa Chrystie Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505 | Case Number: 18CV50 |
| Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number:_____ Atty. Reg. #: N/A | Division   10      Courtroom  10 |
| **AFFIDAVIT ALYSSA CHRYSTIE MONTALBANO** | |

Comes now Plaintiff, Alyssa Chrystie Montalbano and affirms the following:

1. My name is Alysa Chrystie Montalbano, I am over the age of 18 years, of sound mind, and the information provided herein is true and correct and is based on my personal knowledge.

2. I am the owner of Ari Stone Art LLC and am an author, self-publisher, artist, and do business with artist pseudonym, Ari Stone.

## FACTUAL BACKGROUND

3. During 2017 Mr. Goode romantically gang stalked me and obtained my coveted Trade Secret information. December 2017, I told Mr. Goode by email that I did not believe him that he and his associates' use of my Trade Secret materials to that point was just "synchronicity" or 'foreseeing.'

4. Notably since December 2017 Mr. Goode and/or his associates have defamed me as being a stalker, someone sexually amoral, someone with a mental disease, and defamed me in my trade of dream research.

5. Notably since June 25, 2018 Mr. Goode and his associates cyber stalked and harassed me online. Anytime I post something publically about the lawsuit and/or my opinion about our situation, Mr. Goode and or his associates harass and defame me within days, hours, or minutes.

6. Mr. Goode has escalated his public defamation campaigns against me as a stalker, after he completely lost his stalking claims and cases against me August 6, 2018, even with his fabricated evidence.

## OCCURRENCES

7. During 2017 I was romantic cyber gang stalked by Mr. Goode and his associates and cited with specificity the instances for response in the Pre-Litigation Complaint. As a result of the romantic gang stalking I was defrauded of approximately 500 handwritten Dream Visions.

8. December 2017 Mr. Goode told me he had not been reading my emails or following my dream journals and that it was all just 'synchronicity' for being on my 'right path.' I told Mr. Goode I did not believe him.

9. During December 2017 emails between myself and Mr. Goode, Mr. Goode told me basically the exact opposite about his dream and intuitive empath abilities to what he

publically claims. To me, Mr. Goode claimed he did not have a lot of dream recall and that he could not key in on my energies from the public event he'd briefly interacted with me. Publically he claims he is able to leave his body at will as a soul form since childhood and is why the military hand selected him. He also claims he is used in interrogation rooms to read human and alien emotions and to determine if people are lying. He also states he had amazing dream recall experiences using his Remote Influencing friend, Mr. Gerald O'Donnell, of 25 years methods approximately 25 years ago.

10. December 2017 through January 2018, in good faith Mr. Goode was telling the truth, I sent multiple emails pointing out 'synchronistic' uses and articles.

11. Mr. Goode's 25 plus year Remote Influencing friend, Mr. O'Donnell, who has worked for both central and eastern intelligences and is a world renowned remote influencer, asked me to call him during or about January 2018. I phoned him and we spoke for about 1 hour. He was interested in what I had to say and even mentioned me visiting him sometime. After the call, I phoned back to discover the phone number was a type of call number and not an actual personal phone number.

12. February 2018, Mr. Goode's associate (understood to be his business manager) Roger Richards had me phone him. I was labelled a "security risk" and denied attendance to the then coming Hawaii event of Mr. Goode's, where I planned to directly ask questions about what was going on. I was told to stop emailing and to 'back off.' I respected this request.

13. I sent one email April 1, 2018 to notice Mr. Goode of what I understood to be copyright infringement. Then began working on the Pre-Litigation Affidavit and Complaint seeking remedy outside of litigation.

14. On or about April 20, 2018 I served Mr. Goode via USPS certified mail return receipt requested, with the Pre-Litigation Affidavit Complaint dated April 18, 2018. Subsequently, I sent billing statements and an amended complaint adding more uses for response, through June 2018.

15. Mr. Goode failed to respond to any of the legal presentments. Ms. Wilde, began writing to me June 2018 on behalf of Mr. Goode claiming she could legally represent Mr. Goode.

16. Ms. Wilde has only ever offered me criminal charges for crimes I have not committed against Mr. Goode, as solutions for my legal claim(s) against Mr. Goode. Ms. Wilde regularly threatened me with police and administrative action for serving Mr. Goode legal papers and for seeking remedy outside of litigation.

17. June 5, 2018 Ms. Medvedich told Mr. Goode by email I was sending letters to GAIA TV about a lawsuit pending against Mr. Goode. In reply, Mr. Goode defamed me as a stalker to Ms. Kiersten Medvedich. Mr. Goode claimed I stalked him and his co-host Mr. David Wilcock. I have never stalked either of them. (See Exhibit AR Defamation to Medvedich) Ms. Medvedich was cited in the Pre-Litigation Affidavit Complaint as someone the CEO of GAIA TV had me speak with to see about employment at GAIA TV, for a dream based series, during 2017.

18. Mid-June 2018 Mr. Goode and Ms. Wilde informed me they were going to open a stalking case against me. Their first attempt they tried and failed. I was told by the clerks of the Broomfield Combined Courts Mr. Goode 'failed to meet the requirements' and his case was rejected.

19. I opened this instant case June 25, 2018 for remedy and attribution due and to protect my Trade Secrets, then understood to be a copyright issue and that I misunderstood I could litigate simply on Constitutional grounds.

20. I attempted service of Mr. Goode for this instant case June 27, 2018 by Officer Mike Blea of the Boulder County Sheriff's Office Civil Department. Service by Officer Blea failed due to 'Mr. Goode no longer working at GAIA TV.' Case No. 18001458.

21. July 1, 2018 I asked Ms. Wilde by email for cooperation to serve Mr. Goode for this instant case. No reply was received until on or about July 13, 2018, then regular communication commenced regarding serving Mr. Goode through to July 23, 2018.

22. Mr. Goode, again with Ms. Wilde's help, succeeded in opening his second attempt at a stalking case against me, July 17, 2018, in the Broomfield Combined Courts, case 18C103.

23. Mr. Goode fabricated evidence for the Broomfield courts to obtain the temporary Protection Order against me, July 17, 2018. Mr. Goode claimed I repeatedly phoned him, when I don't even have his phone number.

24. Mr. Goode also checked the box in his stalking complaint, affirming under penalty of perjury, that he didn't know about any Protection Order in effect against himself, when he has a mutually agreed upon lifelong stalking Protection Order issued against him, from a former employer, Darling International, dated October 31, 2014. See Darling vs Goode: Dallas County, Texas, District Civil Court, Cause No DC-14-04807 (More case details at No. 50) (See Exhibit AQ Broomfield Court Fabrications)

25. In the stalking protection order (Goode v. Montalbano), Mr. Goode had in the "1. Contact" order section, that it was ordered I could not contact him, or have a third party contact him, and that only "my lawyer" could contact him. Mr. Goode and Ms. Wilde knew I did not have a lawyer or time to hire a lawyer before the July 24, 2018 hearing. A successful Protection Order would have made it virtually impossible for me to serve legal papers filed upon Mr. Goode for the Trade Secret case; which he and I are lawfully pro se in; and are required by law to do so. (See Exhibit AQ Broomfield Court Fabrications)

26. Mr. Goode's main "threat of violence" he was concerned about in his 'stalking' claim against me, was a lawsuit pending against him by me; and for which I'd been asking for cooperation of Ms. Wilde to serve him the summons for approximately 3 weeks. During which time I had also petitioned the courts for permission to serve Mr. Goode by publication and was granted my request the same day Mr. Goode appeared in this case, July 18, 2018.

27. Mr. Goode 'appeared' in this instant case (July 18, 2018), one day after he obtained his temporary civil Protection Order against me (July 17, 2018).

28. Mr. Goode failed to serve me the stalking case summons.

29. I was notified by email, July 23, 2018, by Ms. Wilde of the hearing the following day (located approximately 5 hours away from me) that they had a temporary protection order against me that they were seeking to make permanent. I was in great states of anxiety and worked on writing my defense. Slept less than 3 hours and drove to Broomfield for the hearing the following day.

30. July 24, 2018 in open court in Broomfield Combined Courts, Magistrate Russell, read my defense papers. Amidst other things, I cited Mr. Goode was avoiding and evading service for case 18CV50 opened one month prior against Mr. Goode. Magistrate Russell vacated the temporary Protection Order, scolded Mr. Goode for failure to serve, and ordered Mr. Goode to retain a legitimate Colorado attorney, as Ms. Wilde based in Texas and not entered Pro Hac Vice did not qualify. To my current recollection, in open court, Mr. Goode stated he needed the Protection Order or 'I would talk.' Mr. Goode then alleged he'd have witnesses testify against me and used his one continuance. The Magistrate reinstated the temporary civil Protection Order, I V.C. (Vi Coactus) signed it under duress and the matter was continued to August 6, 2018.

31. I retained legal counsel and appeared August 6, 2018 at the continuance hearing. Mr. Goode failed to appear, did not retain legitimate legal counsel and wrote a second

motion with Ms. Wilde asking for a second continuance. The Protection Order was vacated a second time and the case dismissed in my favor.

32. Subsequent to Mr. Goode losing his second civil stalking case against me, he escalated his public defamation and hate-campaigns against me. He began to publically and repeatedly defame me as a stalker and escalated it to include I am sexually amoral and have a mental disease. He and his cyber associates repeatedly defamed me in my trade of legitimate dream research as being "crazy" or "delusional" along with other derogatory terms to make me appear to have some form of mental disease to other professionals in our field and/or actual or potential consumers.

33. Mr. Goode notably began his public smear campaigns of defamation per se against me as a stalker, someone sexually amoral, someone having a mental disease, and as being incompetent in my trade, via his Facebook community page with 100,000+ likers on July 17, 2018. The same date he obtained the unlawful protection order against me. In his post he threatens to publically talk more about this matter in the future.

https://www.facebook.com/BlueAvians/posts/1958912337739886 (sic)

"Over the last 3 years, I have also had to deal with a number of individuals that have taken a very unhealthy personal interest in me to a point of **having to obtain protective orders for my protection and the protection of my family.**

> The feeling of having someone **strongly pursuing you based on fantasies or delusions** is a creepy and sickening feeling that I wouldn't wish on anyone.
>
> . . .
>
> **I hope to be able to make more of a public statement in the near future.**
>
> . . .
>
> **The letters of support and donations have assisted us greatly both energetically and financially."**
>
> (See Exhibit AS: Defamation Facebook July 17, 2018)

34. Since the opening of this instant case, June 25, 2018, Mr. Goode has overtly hate-based gang stalked and harassed me, as opposed to prior where he romantically gang stalked me.

35. August 13, 2018, Mr. Goode and Ms. Wilde improperly removed this instant case to Federal court and filed a fabricated Complaint on the Federal Court record, including filing documents I never filed on any court record, let alone as a Complaint. What Mr. Goode and Ms. Wilde filed on the Federal Court record as my "Complaint," are not even remotely close to the Complaint documents filed on this court record June 25, 2018. The papers they filed in Federal Court as though it was my filings on this State court record as the Complaint, did not cite any statutes or laws that they cited as their legal basis for removal to Federal Court. Had they filed my actual State Court Complaint or even my Pre-Litigation Complaint, removal to Federal Court would have made perfect local sense. But, they did not file either.

(See Exhibit AT Federal Court Fabrications – Complaint, p1-p7)

36. Mr. Goode and Ms. Wilde also fabricated a Register of Actions for the Federal court record that was cited as concocted by the honorable Judge Moore in his Minute Order at Docket 30 on September 6, 2018.

37. Further still, in Judge Moore's Docket 30 order, he also ordered Mr. Goode and Ms. Wilde to file their State Court stamped Motion to Dismiss, as I had cited they filed non-stamped versions of their papers which made it appear to the Federal Courts the Broomfield stalking case was still pending, when Mr. Goode and Ms. Wilde knew it had already been dismissed in my favor August 6, 2018 and dismissed before they 'removed' the case to Federal Court on August 13, 2018, and that they had failed twice in their stalking claims against me. (See Exhibit AT Federal Court Fabrications – Register of Actions, p8-p11)

38. With the case 'removed' to Federal Court, by Mr. Goode and Ms. Wilde, the public was finding the case online and asking questions about it. I responded to the public's inquiry November 16, 2018 on the ProjectAvalon.net forum, by going over what had occurred to that point, along with citing some of the dreams showing I knew exactly what Mr. Goode and Ms. Wilde were up to the entire time before the events occurred in waking states.

39. Mr. Goode is banned from the ProjectAvalon.net forum for data mining it and its members years ago.

40. Approximately two days after my post about the lawsuit on ProjectAvalon.net forum, November 18, 2018, Mr. Goode posted his Reddit defamation hate-smear campaign

against me. In it, Mr. Goode lied about the status of the lawsuit, called me 'fake news,' a stalker, and defamed me as someone sexually amoral, someone with a mental disease, and defamed me in my trade to professionals and actual or potential consumers. Mr. Goode revealed the Trade Secret Dream Vision where he married me (dated Dec 16, 2017) and he proceeded to threaten to make public more of my Trade Secrets (Dream Visions and associated research) and the private phone call between myself and his associate Roger Richards from early Feb 2018. I learned Mr. Goode and his wife eavesdropped in on that phone call during the first Broomfield court hearing, July 24, 2018, when Mr. Goode talked about it.

- Defamation Reddit Post -

https://www.reddit.com/r/CosmicDisclosure/comments/9xujtc/cg_being_sued_for_fraudinfringement_poster_on/ (Retrieved June 27, 2019) (sic)

"This is, of course, more **FAKE NEWS about CG!**

**This case is being dismissed** and the Magistrate referred to the **plaintiff as being "Delusional"**. You can see this for yourself in the public record if a small amount of research was done.

**She has openly claimed that she and I were married in 'another dimension' and was trying to bring that fantasy into reality in this dimension.** When she was asked to stay away from CG and stop emailing him she then filed this baseless lawsuit.

The **Magistrate states the plaintiff is "delusional"** in their latest court filing when the case was referred to the Federal Judge to be dismissed with prejudice. **Maybe one day these emails and the recorded call with her will be made public** to let everyone make up their own minds? The whole thing is very unsettling and **creepy** IMHO.

The Plaintiff has stepped over the line here (legally) and all of this has now been sent into the **courts to verify their stalking type of behavior and their mental state.**

I think a number of people became carried away during **recent attack campaign against CG a**nd will find themselves **being reported to professional organizations** that they are a part of as well as experience civil suits being filed against them. In a few instances, this activity rose to a criminal level of **Cyber-Stalking that is being referred to the appropriate law enforcement agencies. "**

(See EXHIBIT AU Defamation Reddit)

41. **March 15, 2019** I posted on my Ari Stone Facebook page, at **9pm**, to my followers/friends (at the time approx. 143 following, and approx. 7 people interactions) photos of Mr. Goode's associate (known to be his personal assistant at the time) using my original Energetic Portal Design artwork at Mr. Goode's public for profit speaking event, Eclipse of Disclosure, on **August 20, 2017**. This photo showed publically for the first time, Mr. Goode's awareness of my Dream Vision seeing/shamanic abilities during 2017 as the slide was titled "Modern Day Shamans." No remedy or attribution was given to me at any time by Mr. Goode or his associate(s). I also briefly discussed CIA Project BLUEBIRD/ARTICHOKE in connection with MKULTRA, Gang stalking, CIA Remote Viewing/Influencing, and pointed out the similarities to Mr. Goode's Blue Avian alien claims, the lawsuit, and the Mr. Goode's behavior patterns, largely information already publically available and/or contained on the Court records. (See Exhibit AV: Facebook Shaman) https://www.facebook.com/ari.stone.750/posts/2292543694136496 (Original Post)

42. **March 17, 2019** Two days later Mr. Goode's associate, Chuck Raymond (understood to be a current and working 3D animator for Mr. Goode), 'tagged' me to see his verbally assaulting and defamatory Facebook post against me at **7:42pm**. Mr.

Raymond included a link to Mr. Goode's November 18, 2018 Reddit post defamation campaign with the Cosmic Disclosure user handle seen in the URL. This was my first time to become aware of the November 2018 Reddit hate post campaign. Mr. Raymond in his Facebook post defamed me as someone sexually amoral in stating 'I claim to have sex with Mr. Goode in his dreams.' I never told Mr. Raymond that, and up until this post I considered Mr. Raymond a friend-acquaintance and formerly had wonderful conversations with him via Facebook Messenger, as we were Facebook friends and had met at Mr. Goode's Eclipse of Disclosure event, August 2017. https://www.facebook.com/chuck.metalmania/posts/2071884646182312

(See Exhibit AW Defamation Facebook CR CG)

43. In good faith, I posted a public and respectful Facebook response to Mr. Raymond's verbal assaults and defamation on March 17, 2019. Subsequently, I was met with more Cyber gang stalking harassment, cyber bullying, and more false accusation about my character, actions, and intentions. In one last effort to see if it was a misunderstanding and not just defamation by Mr. Raymond and other gang stalking associates, I respectfully responded on March 19, 2019 and was met with more defamatory insults and slander to my reputation and good name.

44. March 20, 2019 at approximately 9:30am, Mr. Goode, escalated his public defamation campaigns and cyber-harassment against me and posted his own defamatory response on Mr. Raymond's Facebook hate campaign, with Mr. Goode's user screen name seen as **'James Corey Goode'.** Mr. Goode defamed me as a stalker, cited his failed second stalking case against me from July 2018 - August 2018, and cited my actual

name to ensure everyone knew exactly who he was defaming. Mr. Goode escalated his defamation campaign and labeled me directly as "**Dark Alliance**" (aka a terrorist, someone who is evil, rapes, kills, and destroys) and is also a covert death threat to coerce me. (See Exhibit AX Dark Alliance = Death Threats) Mr. Goode also cited his Edge of Wonder (EOW) defamation campaign against me in his Facebook hate post. (sic)

> "It is also **suspect that they have joined the Dark Alliance group** (and other interests) that **has slandered** and **attempted to character assassinate** the 'SBA brand' and myself in particular."

> "I **commented on this in more detail recently** on my **live interview on Edge of Wonder**."

> "If anyone really wants to know the BIZARRE nature of the numerous and irrational court filings this party has made against me **they can request the publically available court files from the Broomfield, Colorado State Court (Montalbano vs Goode). People will have to investigate for themselves...**"

> "If I focused on all the **coordinated attacks,** blacklisting and the variety of **stalkers** I deal with I would never get any work done.

> **Like I said on EOW**, I typically have a handful of people at one time that has **unhealthy infatuations with me. CG**"

> (emphasis added)

(See Exhibit AW Defamation Facebook CR CG)

45. **March 18, 2019** Mr. Goode defamed me live on YouTube, as a stalker, someone sexually harassing him, and someone mentally diseased. Mr. Goode again mentions the one dream where I married him dated December 16, 2017 and again defamed me

to others in my trade and profession, and to actual or potential consumers. Mr. Goode performed this escalation of his hate campaign on YouTube channel Edge of Wonder, with approximately 372,000 (Three-Hundred Seventy-Two Thousand) subscribers and approximately 193,000 (One Hundred Ninety-Three Thousand) views, as of July 21, 2019; in video titled, "*Corey Goode - Alliance Update, Antarctica, Supreme Brand Loves Satan - Edge of Wonder #3.*" at approximate times stamps; 1:39:00 to 1:43:00 ( https://youtu.be/bfZRuzL3_aE)

46. **March 21, 2019** I informed Mr. Goode by email he made me cry and informed him he needed to stop these unlawful acts. He did not.

47. **May 25, 2019** Mr. Goode posted publically on his @CoreyGoode Twitter account, a link to an article about (sic) "HOW COVERT AGENTS INFLITRATE THE INTERNET TO MANIPULATE, DECEIVE, AND DESTROY REPUTATIONS" This article describes exactly what Mr. Goode and his associates have been doing to destroy my reputation since December 2017.

(https://twitter.com/CoreyGoode/status/11325037773683466244)

48. **May 26, 2019** I replied to Mr. Goode' public post thanking him for posting his cover story tactics and stated I saw them in a February 20, 2019 Dream Vision. I also told Mr. Goode I foresaw he was going to post something with blue boxes and bullet points from a Dream Vision dated March 7, 2019 and stated I'd shared that Dream Vision with a lawyer @c_chanter. (See Exhibit AY Defamation Twitter, p2 & p3) After that Mr. Goode defamed me publicly as a "wackadoo" (aka someone mentally

diseased) to my trade audience and he blocked me on his @CoreyGoode Twitter account. Then Mr. Goode began his Twitter defamation and harassment hate campaign against me with his cyber gang stalking associates to include: @Meagan54339858, @RobVannoy, @realDaCr, @HowardFBeale, and @Zoli69222495.

49. **About May 26, 2019 through June 20, 2019** during Mr. Goode's Twitter defamation campaign against me, via Mr. Goode's Twitter account @CoreyGoode with approximately 23,000 followers; Mr. Goode and his group of cyber gang stalkers bullied, harassed, and defamed me publically as a stalker, cyber stalker, "Dark Alliance," someone sexually amoral, someone with a mental disease, and defamed me in my trade of legitimate dream research as 'crazy' or 'psycho.' Mr. Goode again mentions the marriage dream he is not authorized to retell and directs the public to his November 2018 Reddit defamation hate campaign against me.

(See Exhibit AY Defamation Twitter)

The following are key defamation, harassment, and cyber bullying posts by Mr. Goode and his associates in his Twitter feed/thread:

(a) Post by @CoreyGoode May 25, 2019

"Thank you for all of the wonderful comments in regards to the **Dark Alliance Cyber-Stalking Campaign**! CG"
https://twitter.com/CoreyGoode/status/1131402681279401989

(Emphasis Added) (See Exhibit AY Defamation Twitter, page 1)

(b) Post by @CoreyGoode May 25, 2019

"All motions dismissed...**case to be dismissed within 3 weeks**" ::::winking goofy smiling tongue out emoji::::

https://twitter.com/CoreyGoode/status/1132995159056977921

(Emphasis Added) (See Exhibit AY Defamation Twitter, page 2)

Mr. Goode was ordered May 14, 2019, by the honorable Judge Flynn, to respond to

the Amended Complaint. The case was not set to be dismissed.

(c) Post by @CoreyGoode May 27, 2019 (sic)

"**Case to be dismissed with prejudice by mid-june.** *Making sure all documents surrounding this case are public for ALL to see*! *Courts already referenced **plaintiff as being delusional***. New court comments are just as interesting. ***Blocking wackadoo***... and DONE!" (emphasis added)
https://twitter.com/CoreyGoode/status/1132997590872576003
(Emphasis Added) (See Exhibit AY Defamation Twitter, page 3)

Mr. Goode again lies about the case status and threatens to court dox me. Mr. Goode

then blocks me on Twitter after defaming me as someone with a metal disease. Then

Mr. Goode proceeds to continue to read my Twitter tweets, responds to them, and

harass me in the same tweet thread with his cyber gang stalking associates.

(d) Post by @Maegan54339858 (known publically to assist in Mr. Goode's public harassment and hate campaigns against valid researchers) May 31, 2019 (sic)

"Karam is a b*tch :::winking emoji:::: Glad to hear about the dismissal."
(See Exhibit AY Defamation Twitter, page 4)

(e) Post by me (@AriStone) June 1, 2019 to correct misstatements by Mr. Goode and associates (sic)

"FYI Corey's motion for dismissal was Denied. The actual status of the case is nothing like Corey Stated and blocked me from viewing. Harassing me like you are on behalf of Corey,

will only further harm his defense. If any of you actually care about him, you'll stop for his sake."

(See Exhibit AY Defamation Twitter, page 4)

(f) Post by Mr. Goode June 1, 2019

"All **bullies** eventually **pick on the wrong person** and then **scream victimhood, I have been that wrong person to take on most of my life. It isn't only me they have coming down on them.** (Grab some popcorn) **CG"**

(Emphasis Added) (See Exhibit AY Defamation Twitter, page 5)

Mr. Goode claims he is the victim being bullied and is at the same time threatening me and others exposing his fraud that he and his associates ("others") will 'come down on' us.

(g) Post by Mr. Goode June 2, 2019

"Court papers and dismissal was for a filing you withdrew. THEY gave us the roadmap to having your case dismissed and Denied ALL *of your CRAZY motions. Least of your worries once being reported to Co State Police & FBI* for being part of this *Cyber-Stalking conspiracy! My Turn!* ::::winking goofy smiling tongue out emoji::::
https://twitter.com/CoreyGoode/status/1135162985331118080
(emphasis added) (See Exhibit AY Defamation Twitter, page 4)

Mr. Goode again lies about the case status, verbally defames me as being mentally diseased, and threatens to notify local and federal law enforcement. Mr. Goode has been threatening me with police and administrative action notably since mid-June 2018 for crimes he fabricates he is a victim of.

(h) Post by Mr. Goode June 4, 2019 (sic)

"We shall see. **These stalkers are sadistic.**" (emphasis added)

https://twitter.com/CoreyGoode/status/1136135578078961664
(emphasis added) (See Exhibit AY Defamation Twitter, page 6)

Mr. Goode escalates things now and states I am a 'sadistic' stalker (aka severely mentally diseased).

(i) Post by @realDaCr June 4, 2019 (a cyber stalking associate helping Mr. Goode's public defamation campaign)

> "Ooof! **Sadistic is is a mild word to describe them,** they are all together a **new kind of freak!** With interactive game communities, **where they terrorize, rape, destroy,** a person, by **completely infiltrating their living environment.** Of course someone is making money off of this" (emphasis added)
>
> (emphasis added) (See Exhibit AY Defamation Twitter, page 6)

Mr. Goode and @realDaCr have again escalated Mr. Goode's public defamation and hate campaigns against me to include with the severe mental disease of being a sadistic stalker that I am also now a rapist and a terrorist.

(j) Post by Mr. Goode June 18, 2019 (sic)

> "@CSP_Boulder @BldrCOSheriff @boulderpolice @FBIDenver @NJStateBar #Cyberstalking #doxgate #framegate"
> https://twitter.com/CoreyGoode/status/1140936587104018432
> (See Exhibit AY Defamation Twitter, page 7)

One of a handful of tweets, where Mr. Goode tags local and federal law enforcement, pretending he is the victim, when he is the bully.

(k) Mr. Goode retweets @Maegan54339858's vicious tweet defaming me, as a stalker and 'crazy' (mentally diseased), June 19, 2019.

> "This lady is bona fide *crazy*. Feel bad Corey has to deal with these *stalkers* that **don't make any sense**."
> (emphasis added) (See Exhibit AY Defamation Twitter, page 8)

(l) Post by @Maegan54339858 June 19, 2019

" **No one contact you Psycho."**

(emphasis added) (See Exhibit AY Defamation Twitter, page 9)

Mr. Goode's associate @Maegan54339858 defames me as being severely mentally diseased.

(m)     Post by Mr. Goode June 19, 2019

" **Just wait,** when the case is dismissed **I am posting all of the wacky motions submitted. 1 Mejestrate called her 'Delusional'** in 1 of the papers. **All will see** this for what it is. **Disturbed woman fixated on stalking someone she claims she married** in another Dimension."

(emphasis added) (See Exhibit AY Defamation Twitter, page 10)

Mr. Goode again defames me as a stalker, someone sexually amoral, with a mental disease, and again retells the trade secret marriage Dream Vision he is not authorized to retell, and in so doing Mr. Goode defames me in my trade of dream research (the same trade field Mr. Goode is in). Mr. Goode also threatens to further embarrass and defame me via the lawsuit for not having a lawyer to help me with court processes and he is also threatening to dox me to his cult followers for harassment purposes.

Mr. Goode is fixated on the idea of being married to me, as he repeatedly talks about the marriage Dream Vision publicly (of approx. 500 to choose from), notably since July 17, 2018.

(n) I was also sexually harassed by someone with the screenname of @HowardFBeale who also states I am mentally diseased, but he'd still like naked pics anyways, posted on June 19, 2019 (sic)

"Ari...send me a full frontal and booty pic. I dig crazy chicks."
(See Exhibit AY Defamation Twitter, page 10)

(o) Post by me (@AriStone) June 19, 2019; giving final legal notice to Mr. Goode

and his associates to stop their harassment activities.

"You just did after I asked you not to. You are to stop and desist with your defamation, harassment, cyberstalking, and cyberbullying activites immediately.

CRS 18-9-111 and CRS 18-3-602

**This is legal notification to you, to not contact me or otherwise again.**"
https://twitter.com/AriStone/status/11415344771869491200
(emphasis added) (See Exhibit AY Defamation Twitter, page 9)

Mr. Goode's associates did not stop harassing and defaming me. June 19, 2019 I blocked the following users on Twitter: Mr. Goode (@CoreyGoode), @Meagan54339858, @RobVannoy; and the following morning @Zoli69222495 as they were still harassing me with insults. I also contacted the Grand Junction Police Department and Broomfield Police Departments to discuss my options.

50. Mr. Goode has a mutually agreed upon lifelong stalking Protection Order issued against him October 31, 2014, from a former employer, located in the state of Texas. Mr. Goode was released from employment due to his lack of performance. Subsequently, Mr. Goode fabricated evidence and a fictional reality for a video he publically posted to YouTube against his former employer, Darling International. Mr. Goode defamed them as terrorists claiming they were threatening him and his family with violence, when in reality he was threatening them with violence. Mr. Goode threatened to destroy the company's reputation publicly and via the news. Mr. Goode

admitted to having Complex PTSD, brain trauma, epilepsy, and other issues. His former employers were so concerned for their safety they got a permanent protection order issued against Mr. Goode. See Darling vs Goode: Dallas County, Texas, District Civil Court, Cause No DC-14-04807, dated 5/5/2014 and Agreed Permanent Injunction granted October 31, 2014.

51. Mr. Goode has been performing the exact same defamation tactics, dysfunctional behaviors, fabrication of false realities, and fabrication of evidence against me since December 2017, and has continued to unlawfully use my valuable Trade Secret materials as though his own.

52. Mr. Goode and/or his associates have shown since December 2017 they will continue to cyber stalk, cyber harass, and escalate Mr. Goode's defamation hate-campaigns against me without a court order to stop or prevent such activities.

53. My personal and professional life have suffered severely since 2017 as the Defendant's defamation and fraudulent activities continue to interfere with my professional activities, family relationships and daily life, as I must spend most all of my time researching the law, writing papers, and protecting myself from Mr. Goode's defamatory and/or otherwise unlawful harassment activities against me while waiting for the matter to be heard.

54. I cannot publically talk about my side of the situation without almost immediately being defamed by Mr. Goode and/or his associates as a stalker, someone sexually

amoral, someone with a mental disease, or being defamed in my trade and profession to other professionals in the field and/or potential or actual consumers.

55. I reasonably fear for my safety and my personal and professional reputation being further destroyed by Mr. Goode and/or his associates publically and/or privately and fear that Mr. Goode and/or his associates; and in particular his fraud dream psychic associate David Wilcock with millions of fans/followers; will further unlawfully use and release my highly sought after Dream Visions/Trade Secret materials, information, and research; thereby permanently damaging me to which there is no adequate remedy at law.

FURTHER AFFIANT SAYETH NOT.

All Rights Reserved,

*Alyssa Chrystie Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

SUBSCRIBED AND SWORN TO
BEFORE ME ON 8·2·19
BY Alyssa Montalbano

Deputy Clerk

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **MOTION FOR LEAVE OF THE COURT TO AMEND THE COMPLAINT, AMENDED COMPLAINT, PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, PROPOSED ORDER TO STOP AND DESIST DEFAMATION STALKING HARASSMENT AND UNAUTHORIZED USE OF TRADE SECRETS, AFFIDAVIT ALYSSA CHRYSTIE MONTALBANO, and EXHIBITS AQ – AY** were sent first class by U.S. Mail, postage prepaid, to Mr. James Corey Goode USPS Certified Mail 7017 2620 0000 7180 8100; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020 and by email to James Corey Goode this **2nd day of August, 2019.**

*Alyssa Chrystie Montalbano*
Alyssa Chrystie Montalbano, American Citizen

Case Name __GOODE, JAMES COREY_____ v. __MONTALBANO, ALYSSA CHRYSTIE__ **Case Number:** 2018C 000103

**1. Contact.**

It is ordered that you, the Restrained Person, **shall have no contact of any kind** with the Protected Persons and you shall not attempt to contact said Protected Persons through any third person, except your attorney,
☐ **except as follows:**

_____

_____

_____

_____

> **A violation of a Protection Order is a crime and may be prosecuted as a misdemeanor, municipal ordinance violation, or a delinquent action (if committed by a juvenile) pursuant to §18-6-803.5, C.R.S. and municipal ordinance.**

**2. Exclusion from Places.**

You must keep a distance of at least __100__ yards from the Protected Persons where ever they may be found.

It is ordered that you be excluded from the following places and shall stay at least __100__ yards away from the following places: (Specify the address(es) where the Protected Persons reside, work or attend school.)
☒ The Protected Person has requested that the address be omitted from the written order of the Court, including the Register of Actions.

☒ Home: _____

☐ Work: Name: _____   Address: _____

☐ School: Name: _____   Address: _____

☐ Other: _____

☐ Exceptions: _____

You may not remain in or return to any of the above locations after you receive this Order. You are permitted to return to a shared residence one time to obtain sufficient undisputed personal effects to maintain a normal standard of living until the next hearing date ONLY if you are accompanied at all times by a law enforcement officer.

**3. Care and Control Provisions.**

☐ It is in the best interest of the minor children that care and control of these children be awarded to
_____ (name of person) until the next hearing. At that hearing, the Court will determine who should receive temporary care and control of the minor children for up to one year.

**4. Issues Concerning Children. (Parenting Time and Decision-Making Responsibilities)**

☐ Restrained Person is granted Parenting Time with the minor children.

☐ Parenting Time and Decision-Making Responsibilities will be considered at the Permanent Protection Orders Hearing or at the next Hearing.

☐ Parenting Time expires on_____(next hearing date) and shall be as follows:

_____

☐ Interim Decision-Making Responsibilities expire on_____ (next hearing date) and shall be as follows:

☐ _____ (name of person) shall have sole Decision-Making Responsibilities.

☐ The parties shall jointly share Decision-Making Responsibilities.

☐ Other as set forth in "Other Provisions" section 5.

☐ Parenting Time and Decision-Making Responsibilities shall be as previously ordered by the
_____ District Court, Case#_____

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AQ
BROOMFIELD COURT FABRICATIONS
1 OF 4

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

☒ I have completed and attached the form titled "Affidavit Regarding Children" JDF 404 as children are identified as Protected Persons above.

4. a) The most recent incident that causes me to ask for a Civil Protection Order occurred on or about _____06/14/2018_____ (date), at about __08:14 am__ (time), in ___Broomfield_____ (County), when _____ (name of person) did the following to me and/or the above named Protected Persons: *Be specific: What was the threat or acts of violence? Where did this occur? Were the minor children or other Protected Persons present? Was a weapon involved?*

____I received three additional certified letters from Alyssa Montalbano sent to my P.O. Box. These letters are attached herewith. They threaten, among other bizarre accusations and claims, to sue me for alleged theft of intellectual property and request multiple inappropriate situations. Further letters have been sent to my place of business that further defame my character and work. See attached brief and evidence.

b) The most serious incident that causes me to ask for a Civil Protection Order occurred on or about _____April 1, 2018_____(date), at about __1:23 a.m.____(time), in ___Broomfield_____ (County), when _____Alyssa Christie Montalbano_____ (name of person) did the following to me and/or the above named Protected Persons: *Be specific: What was the threat or acts of violence? Where did this occur? Were the minor children or other Protected Persons present? Was a weapon involved?*

____Sent an incredibly bizarre email communication after she agreed to cease contact with me on February 2, 2018 (see attached brief). In it she references the Conference we forbade her to attend that I was presenting at due to her 400 emails and repeated calls, letters, etc. In her email she says "did something occur in Hawaii? I ask because of a couple dreams. One, you may not be aware of anything... in the dream you were playing (yes in a disguise) and I scooped you up so the sniper on the hill wouldn't shoot you and eat you. I took you and placed you somewhere safe. You seemed oblivious the entire time. In the next dream (disguise again) you seemed to have caught a cold or had something occur that reminded me of my trip to Hawaii as a kid with my bff when she got sucked into the undertow by the shore and when she got back on shore she puked this clear mucally type bile vomit onto the sand. We promptly buried it and moved to the next cabana. :::grin::: Something similar to the bile - vomit was seen in the dream but with shuffles like a really bad cold and you were having a hard time breathing. I helped keep you breathing. Did you have any kind of ocean incident or catch a cold or have any kind of breathing issues?"

c) Any other past incidents of violence or threats? *Be specific: What was the threat or acts of violence? Where did this occur? Were the minor children or other Protected Persons present? Was a weapon involved?*

____She has been making and continues to make threats of defamation or lawsuits. The attached communications show the most recent.

____

d) Are you aware of any other Protection Orders currently in effect against you or the other person? ☐ Yes ☒ No  If **Yes**, list any relevant information, such as the issuing Court, State, and date of the order:

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AQ
BROOMFIELD COURT FABRICATIONS
2 OF 4

_____

_____

5. I believe that I and/or the other Protected Persons named in this action are in imminent danger from _____Alyssa Chrystie Montalbano_____ (name of person):

☒Harm to my/our life or health if he/she is not restrained as requested.

☒Physical or emotional harm to my/our emotional health or welfare if he/she is not excluded from the family home or the home of another.

6. ☒I request that I be permitted to omit my address from this Verified Complaint/Motion for Civil Protection Order, because I fear that including my address will endanger me and/or the other Protected Persons.

7. I request the following relief from the Court that _____Alyssa Chrystie Montalbano_____ (name of person):

a) ☒Be ordered to refrain from contacting, harassing, injuring, stalking, touching, sexually assaulting, molesting, intimidating, and threatening me or other protected persons.

b) ☒Be ordered to have **no contact** at all with me or the other Protected Persons.
   or
   ☐Be allowed only the following limited contact with me or the other Protected Persons: **Be specific.**

_____

_____

_____

c) ☒Be excluded from my home at (address): **If you checked section 6, do not provide your address.**
_____

d) ☒Be ordered to stay at least ___1000__ yards from the following places. (address or description) **If you checked section 6, do not provide your address.**
   ☒Home: _____
   ☐Work:  Name: _____ Address: _____
   ☐School: Name: _____ Address: _____
   ☐Other: _____

e) ☒Be ordered to have **no contact** with the minor children and that I be awarded temporary care and control and Interim Decision-Making Responsibilities for the children.
   or                                          WE DO NOT HAVE CHILDREN TOGETHER.
   ☐Be awarded temporary care and control of the children and that the other person be given Parenting Time with the children and Interim Decision-Making Responsibilities as follows: **Be specific.**

_____

_____

_____

f) ☒Be ordered to refrain from molesting, injuring, taking, transferring, encumbering, concealing, or disposing of or threatening harm to an animal owned, possessed, leased, kept or held by me or my minor child(ren), or other protected persons. Arrangements for possession and care are as follows:

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AQ
BROOMFIELD COURT FABRICATIONS
3 OF 4

g) ☐Be ordered, if this is a domestic abuse protection order, to not possess and/or purchase a firearm, ammunition, or other weapon AND to relinquish any firearm or ammunition within the time ordered by the Court.

h) ☒ Be ordered to refrain from interfering with me or other protected persons at our place of employment or place of education and from engaging in conduct that impairs my or other protected person's employment, educational relationships, or environment.

i) ☒Other:

Be ordered that she does not attend any event, conference or meeting that myself and/or my family or colleagues are attending and/or speaking or presenting at

☒I understand that once a Civil Protection Order is issued it cannot be modified or dismissed by me or the other person without permission of the Court.

☒ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.
☒By checking this box, I am acknowledging that I have made a change to the original content of this form.

## VERIFICATION

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the __17__ day of __July__ , __2018__ at __Broomfield County__
    (date)    (month)      (year)    (city or other location and state OR country)

(Printed name of ☐Petitioner ☐Respondent)    Signature of ☒Petitioner ☐Respondent

Attorney, if applicable

**Stop:  If you checked box number 6, do not fill in your address and telephone number.**

Address

Telephone Number

**Notice:** Colorado Revised Statutes §13-14-105 identifies that a temporary injunction may be issued by the Court and that upon personal service or upon waiver and acceptance of service by the Restrained Person, is to be in effect against the Restrained Person for a period determined to be appropriate by the Court.   This injunction restrains the Restrained Person from:

JDF 402   R3/18   VERIFIED COMPLAINT/MOTION FOR CIVIL PROTECTION ORDER
Page 4 of 4
(1) Court Copy    (2) Petitioner Copy    (3) Respondent Copy

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AQ
BROOMFIELD COURT FABRICATIONS
4 OF 4

www.SphereBeingAlliance.com

www.SecretSpaceProgram.com

www.ComicDisclosure.com

www.FullDisclosureProject.org

LinkedIn: https://www.linkedin.com/in/corey-goode-7024621/

---

**From:** Kiersten medvedich <kiersten.medvedich@gaia.com>
**To:** Corey Goode <goodetech@yahoo.com>
**Sent:** Tuesday, June 5, 2018 9:05 AM
**Subject:** Certified Mail

Hey Corey,

Alyssa Montalbano has been sending us certified mail regarding a lawsuit she is filing against you. She has sent numerous packages to us addressed to you which we sent back stating that this is not your mailing address. She's also sent me, Jirka and Jay Weidner copies of the paperwork she's filing against you.

I'm sure you're aware of the issue but I just wanted to let you know that she's sending Gaia copies of everything (not sure why).

Hope all is well.

Thanks,

K

Get Outlook for iOS

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AR
DEFAMATION TO MEDVEDICH
1 OF 2

**Re: Certified Mail**

KM   kiersten.medvedich@gaia.com
       Tue, 05 Jun 2018 11:24:08 -0500
       "Corey Goode" <goodetech@yahoo.com>, "Yanaroslaw" <valerie@yanaroslaw.com>

Can you let me know how she responds so we can proceed accordingly on our end?

Thanks,
K

**From:** Corey Goode <goodetech@yahoo.com>
**Reply-To:** Corey Goode <goodetech@yahoo.com>
**Date:** Tuesday, June 5, 2018 at 10:13 AM
**To:** Kiersten medvedich <kiersten.medvedich@gaia.com>, Yanaroslaw <valerie@yanaroslaw.com>
**Subject:** Re: Certified Mail

Hello, Kiersten.

I have copied my IP/Trade Mark Attorney in this email and am providing her contact info below.

This is a person who has been stalking me for a while. She has been sent a Cease and Desist letter from my attorney.

She is a very disturbed individual and is sending legal papers she is creating Online.

Depending on how she responds to the letter, we may also open a protective order against her.

Thank you for keeping me in the loop. She has also stalked David in the past and is considered a security risk.

Valerie Yanaros Wilde, Esq.

Yanaros Law, P.C.

5057 Keller Springs Road Suite 300

Addison, Texas 75001

Telephone: (512) 826-7553

Fax: (469) 718-5600

**Corey Goode**

CEO: Goode Enterprise Solutions, Inc & SBA Media Enterprises, LLC

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AR
DEFAMATION TO MEDVEDICH
2 OF 2

1/2



## Sphere Being Alliance

@BlueAvians

Home

About

YouTube .

Events

Photos

Videos

Posts

Reviews

Groups

Community

Info and Ads



👍 Liked ▾     ⤵ Following ▾     ⤳ Share     ...

Sphere Being Alliance shared a post.
July 17, 2018 · ⬡

Update and Public Statement on recent events...

 **Corey Goode**
July 17, 2018 · ⬡     

Update and Public Statement on recent events:

We are looking forward to settling back in at home after a little over a month of travels.

We enjoyed a week in LA at Disclosure Fest where we also had meeting with a number of people and groups discussing working together in big ways.

This includes the plans for a Mass Meditation event in Washington DC on 11/11/2018 during the military parade.

These meetings should also lead to some very exciting announcements that will benefit our entire community and help us come together for our common goal of Full Disclosure.

These announcements will completely displace the volume of upsetting and stressful evets that have popped up over the last week or so.

After the week in LA we then flew out to Maui for 17 days.

Thanks to our close friends Amy and Jamie who live there, we were able to stay with them and have an epic adventure on a shoe string budget.

Maui ended up being the perfect place for an unplanned sabbatical.

I was able to have time to slow down and reflect on the incredible amount of stress, abuse, personal 'dark alliance' attacks, 3 deaths in the family in the last 19 months, my Father in Hospice and not doing well and the incredible weight of the responsibilities laid on my shoulders over the last 3 years were all crushing in on me.

Those are just the things we can make public... So MUCH has gone on that we cannot talk about.

Thankfully I had an opportunity to address most of these traumas to some degree and am feeling much better as a result.

Now, it is time to get back to work! These distractions can no longer

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AS - DEFAMATION
FACEBOOK JULY 17, 2018
1 OF 2



**Sphere Being Alliance**

@BlueAvians

Home

About

YouTube

Events

Photos

Videos

Posts

Reviews

Groups

Community

Info and Ads

👍 Liked ▾    🔊 Following ▾    ⤴ Share    ⋯

Those are just the things we can make public... So MUCH has gone on that we cannot talk about.

Thankfully I had an opportunity to address most of these traumas to some degree and am feeling much better as a result.

Now, it is time to get back to work! These distractions can no longer delay this important mission.

Over the last 3 years, I have also had to deal with a number of individuals that have taken a very unhealthy personal interest in me to a point of having to obtain protective orders for my protection and the protection of my family.

The feeling of having someone strongly pursuing you based on fantasies or delusions is a creepy and sickening feeling that I wouldn't wish on anyone

As all of you are aware... While Stacy and I were in Maui, another public controversy arose with the unauthorized release of some alleged personal information and correspondence that has since gone viral.

Since then I have received a constant and steady stream of emails and messages on Facebook asking me to make a public statement.

The only statement I can make right now is that "Legally, I am unable to publicly comment at this time".

What I can say is that I am responding very strongly, privately and in an ethical and legal manner.

I hope to be able to make more of a public statement in the near future.

I understand and appreciate how upset and confused many in the community are right now, rightly so.

It would be wonderful if we could focus on Unity and working together for Full Disclosure until more clarity can be given on these issues.

This will be our main focus at our upcoming Dimensions of Disclosure event here in Colorado this August.

We appreciate the huge amount of support that those in the community have shown over the last week.

The letters of support and donations have assisted us greatly both energetically and financially.

We also appreciate the energetic work man of you have been doing on



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

U.S. POSTAGE PAID
GRAND JUNCTION, CO
JUN 04, 18
AMOUNT
$12.90
R2303S103124-25

80020

1006

PRESS FIRMLY TO SEAL

FROM: Alyssa-Christie: Montalbano
2536 Rimrock Ave
STE 400-117
Grand Junction, CO 81505~

TO: James Corey Goode
Goode Media Publishing & LLC
Goode Enterpr. Solutions Inc.
1140 US HWY 287
Suite 400-266
Broomfield, CO 80020

RETURN RECEIPT
REQUESTED

CERTIFIED MAIL

7016 0940 0002 3146 0630

UNITED STATES
POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PRIORITY
★ MAIL

266

Today's Date

Print Name

EP14F July 2013
OD: 12.5 x 9.5

P S00001000014

You received a package via USPS/Certified from postal
code with tracking number 70180860002145030 on
06/08/2018. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 06/08/2018 to avoid storage fees.

store3779@theupsstore.com
(303) 635-0400
BROOMFIELD, CO 80020
1140 US HWY 287 #400
The UPS Store #3779

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AT - FEDERAL COURT
FABRICATION - COMPLAINT-
1 OF 11

# CERTIFICATE OF SERVICE

It is hereby certified, that on June __4__ 2018 , the undersigned mailed to the following addresses:

James Corey Goode
GOODE MEDIA PUBLISHING, LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US Highway 287
Suite 400-266
Broomfield, Colorado 80020

James Corey Goode
C/O: GAIA INC
833 West South Boulder Road
Building G
Louisville, Colorado 80027

Hereinafter, "Recipient," the documents and sundry papers pertaining to **"Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate"**

1.  **Notice of Default in Dishonor**

2.  Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7018 0680 0002 3149 0630** and **7018 0680 0002 3149 0685** Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Courtesy copies; sent by Certified Mail with Return Receipt to CEO, Jirka Rysavy GAIA INC Certified Mail No. **7018 0680 0002 3149 0708** and Senior Director of Content Production, Jay Weidner GAIA INC Certified Mail No. **7018 0680 0002 3149 0739** at the following address: 833 West South Boulder Road Building G, Louisville, CO 80027.

Signed this __4__ day of June 2018
With Prejudice and All Rights Reserved,

_Alyssa-Chrystie: Montalbano_
Alyssa – Chrystie: Montalbano (UCC 1-308)
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of _CO_ ,County of _Mesa_
Signed before me on this _4_
of _June_ _2018_ by _Kimberly Blossom_
Notary Public _Kimberly Blossom_

KIMBERLY D. BLOSSOM
KIMBERLY B. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Certificate of Service June 4, 2018

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AT - FEDERAL COURT
FABRICATION - COMPLAINT-
2 OF 11

June 4, 2018

Corey,

I am offering you the apprenticeship because you need to learn how to really protect yourself.

Locking yourself into more rules and deeper layers of fear (what you call 'greater security') ultimately will not get you the results you seek. It works somewhat belabored, but is hackable, because the method focuses on the problem and not the solution. That means, the method resides in the same energetic frequencies you are trying to avoid, therefore access remains available to those who also operate on it. Think of it like a 50 story building. You're on the first floor and all the people you wish to avoid are also on the 1st floor. Now, imagine each floor is an energetic frequency and you can only go up a floor when you adjust your frequency. Setting up more low vibration frequency (fear based) safety (fighting) protocols on the 1st floor, still keeps you on the same level and make you reasonably accessible to all those you wish to avoid because maybe you're only just down the hallway from the people trying to 'get you'. Now granted you can barricade yourself in a room and keep on piling up more junk in front of the door to the room, but generally and rationally speaking how long can you hold out? What rations do you have, food, water, sleep, etc?.

Basically, staying on the 1st level floor (battlefield) you'll always be fighting and ultimately it's only a matter of time before the barricades are broke into.

Now, imagine each floor you go up not only are the people nicer (higher vibration) but those still into fighting battlefield-style cannot go up a floor and behave that way, they must also raise their vibration and become 'nicer.' Now, what happens if you successfully raise your vibration (love) to live on the 50th floor? I can tell you, it's rather nice on the 50th floor, overall very peaceful and joyful. However, while its very nice up here on the 50th floor and the rooftop view is also lovely, I'm still in this same building as you because I have chosen this 'lot' to vibrationally and tonally heal, I still have those from the 1st floor call me up on the building phones (dreams) somewhat regularly to ask me to join them on the 1st floor by asking if they can kill me or my friends still playing on

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AT - FEDERAL COURT
FABRICATION - COMPLAINT-
3 OF 11

the 1st floor with them. From AI controlled forms, to mafia, shadow people, to whatever or whoever else wants me to 'play ' the fear drama game.  I tell them "no" in a variety of ways and my life in 3D continues to be peaceful.  90% of the time my methods include giving them love and light, about 10% of the time (if they are a higher vibrational troublemaker) I will use more mundane methods to tell them no, because they can learn what they need from that and grow.  In all instances, the method applied brings their vibration up closer to my level.  So they too may one day join me on the 50th floor.  When everyone in the building makes it to the 50th floor, a new building and wonderful life can be chosen, where we all live in peace and harmony.

I greatly enjoy when those of the lower floors ask me to play with them, Why? . . . Because I get to heal and change them. ☺ After I wrote most of this letter to you, I went back to sleep and had one of the highest level ethereal controller types that are rarely ever seen come to me. He wanted to eat me, he was extremely tall and lean and had two huge MIB like beings with him.  Now why on god's green earth would I be glad about this being coming to me and wanting to eat me? Because I got to give him the light he so desperately needed to start his healing process. He softened and changed. This was done for the lower level players as well that I worked with before revealing his level to the others in the room that I was teaching how to do what I do.  This main upper level more ethereal seated being then needed some time to integrate the energies, but he was able to control himself some now.  He made me think of a Soros type.  I will then wait till the lower level combatant(s) come to me again to heal them further or look for them to join me on the 50th floor once they complete their healing processes.  I greatly enjoy seeing them whole and healed and have learned a great deal of patience and neutrality over the years.

I can help you and teach you how to do these things as well and how to live a truly peaceful life according to the resonance of your own heart wisdom, which will elevate you above being fearful and the troubles associated thereof.

The things you read in that PDF file in Dec and were 'surprised' by and 'didn't know what to say '. . .I meant every word. I was surprised by you being surprised, because that didn't fit the 3D evidence as

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AT -  FEDERAL COURT
FABRICATION - COMPLAINT-
4 OF 11

Case No. 1:20-cv-00742-DDD-KAS   Document 315-5   filed 06/30/22   USDC Colorado   pg 76
of 101
Case 1:18-cv-02060-RM-GPG   Document 26   Filed 08/13/18   USDC Colorado   Page 5 of 7

we both know and thus the pending litigation. I much prefer we make slime together and my dream data be correct. You?

Because I believe in my abilities and what I have seen in soul spirit realms, I will continue to offer you The Remedy as an option. I do this for you. It is very important at this stage that you accept it, even if you only do it initially to keep from having the allegations go onto public record. I must teach you and the others how to genuinely protect yourselves. This is very serious. Once you are clear in your heart, you will have the ability to clearly choose if you want to continue your studies with me or not. I'm a very easy going person, except where lower density behaviors are concerned and I am very firm on my position and I continue to live in heart spaces of peace, joy, love, and freedom, while maintaining a highly critical eye. It's an interesting mix.

I do what I do for your safety. I ask that you set your fears aside regarding me and look to see what actually "is." This will ultimately allow you to free your mind and once that happens my work will be complete and you may freely choose if you wish to continue your studies with me or we can adapt the work-together arrangement.

Regardless to if the legal evidence is correct, or my dreams, or any blend thereof. . . You are obviously interested in what I do and my information. For your conscious awareness, I continue to be interested in developing a healthy interpersonal relationship with you, while I teach you how to do what I do and correctly implement the true messages of love and light. No fighting.

alyssa Montalbano

Thank you, Alyssa

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AT - FEDERAL COURT
FABRICATION - COMPLAINT-
5 OF 11

# NOTICE OF DEFAULT IN DISHONOR

Certified Mail#    **7018 0680 0002 3149 0630 and 7018 0680 0002 3149 0685**

Date:    **June 4, 2018**

Petitioner:    Alyssa-Chrystie: Montalbano
ARI STONE ART LLC
2536 Rimrock Ave
Suite 400-117
Grand Junction, Colorado 81505

Respondent:    James Corey Goode
GOODE MEDIA PUBLISHING LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US HIGHWAY 287
SUITE 400-266
BROOMFIELD, COLORADO 80020

Reference:    **Courtesy Notice Stop and Desist Use of Intell~~~~~~~~~~~~~~~~~~~ o Litigate**
dated April 18, 2018

*[handwritten note on yellow sticky:]* Corey, June 4, 2018 I will give you One Week (June 13, 2018 deadline) to Accept my Offer for Remedy Revised. After that I file documents on Public Record & open a legal case Alys

This instrument is a **Notice of Default in Dishonor** upon the instrument(s) delivered by the Petitioner dated April 18, 2018 with the U.S.P.S. Certified Mail No. **7016 2070 0000 9810 9985** and received by the Respondent on or about April 20, 2018 at the address referenced above and subsequent presentment with Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

**PRESENTMENT:** On **April 20, 2018**, Alyssa-Chrystie: Montalbano presented the following instrument(s) for response:

1.   **Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate** dated April 18, 2018

2.   **Notice of Written Correspondence** dated April 18, 2018

3.   **Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice)** dated April 18, 2018

4.   Courtesy Copy **Certificate of Service** dated April 18, 2018

**PRESENTMENT:** On **May 16, 2018**, Alyssa-Chrystie: Montalbano presented the following instrument(s) for response with the U.S.P.S. Certified Mail No. **7018 0680 0002 3149 0623 and 7018 0680 0002 3149 0777** and received by the Respondent on or about May 18, 2018 at the address referenced above and the following address: C/O GAIA INC, 833 West South Boulder Road Building G, Louisville, CO 80027.

1.   **Notice of Fault in Dishonor** dated May 16, 201

2.   **Updated and Corrected Copy: Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate – AMENDED** dated May 16, 2018

3.   **AMENDMENT ONE** dated May 16, 2018

4.   **ADDENDUM ONE** dated May 16, 2018

5.   FINES & FEES For Intellectual Property Use and Copyright Infringements dated May 16, 2018

Notice of Default in Dishonor

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AT - FEDERAL COURT
FABRICATION - COMPLAINT-
6 OF 11

Page 1 of 2

6. Certified Billing Statement 001 dated May 16, 2018

7. OFFER FOR REMEDY – REVISED dated May 16, 2018

8. Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice) –REVISED dated May 16, 2018

9. CC: Notice of Written Correspondence dated April 18, 2018

10. Courtesy Copy of Certificate of Service dated May 16, 2018

PRESENTMENT: On May 29, 2018, Alyssa-Chrystie: Montalbano presented the following instrument(s) for response with the U.S.P.S. Certified Mail No. 7018 0680 0002 3149 0784 and 7018 0680 0002 3149 0647 and received by the Respondent on or about May 31, 2018 at the address referenced above and the following address: C/O GAIA INC, 833 West South Boulder Road Building G, Louisville, CO 80027.

1. Certified Billing Statement 002 dated May 28, 2018

2. Courtesy Copy Certificate of Service dated May 29, 2018

DISHONOR: By the terms and conditions of the instrument, the Respondent is under the duty and obligation to timely and in good faith protest and/or honor the presentment within 14 (fourteen) business days. Allowing 14 (fourteen) business days plus reasonable mailing time for the acceptance have passed and Petitioner shows no record of protest and/or honor to the presentment with a legal, or lawful response. Petitioner deems the instrument(s) to have been dishonored on May 16, 2018, and therefore a confession of judgment on the merits is warranted.

Allowing 14 (fourteen) business days for the acceptance, and an additional ten (10) days on the opportunity to cure, Notice of Fault in Dishonor, and the time allowed having passed for acceptance, and the Petitioner showing no record of acceptance, Petitioner now deems the instrument(s) to have been dishonored on May 16, 2018 and the Notice of Fault in Dishonor to have been dishonored on June 3, 2018, thereby comprising a confession of judgment on the merits.

DEFAULT: For the Respondent(s) failure to honor the offer, places the Respondent(s) at fault. For the Respondent(s) failure, refusal, or neglect in the presentment of a verified response to the Presentments and to the Notice of Fault in Dishonor, Respondent(s) thereby acquiesce and tacitly agree with all terms, conditions and stipulations set forth within the Notice of Fault in Dishonor and by Alyssa-Chrystie: Montalbano.

In a continued effort to settle outside of litigation the Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice) –REVISED dated May 16, 2018, though dishonored, shall remain an available option for Respondent to accept as remedy due Petitioner (Instructor) outside of litigation, unless otherwise certified in writing.

Signed this 4 day of June, 2018
With Prejudice and All Rights Reserved,

alyssa-Chrystie: Montalbano

Alyssa-Chrystie: Montalbano (UCC 1-308)
Owner ARI STONE ART LLC
Artist Ari Stone

State of _____,County of _____
Signed before me, on this _____
of _____ 2018 by _____
Notary Public _____

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064018248
MY COMMISSION EXPIRES APRIL 26, 2022

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AT - FEDERAL COURT
FABRICATION - COMPLAINT-
7 OF 11

Notice of Default in Dishonor

Page 2 of 2

CM/ECF - U.S. District Court:cod

ALLMTN,JD3,MAGR,MJ CIV PP,STAYDI

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:18-cv-02060-RM-GPG

Montalbano v. Goode
Assigned to: Judge Raymond P. Moore
Referred to: Magistrate Judge Gordon P. Gallagher
Case in other court: Mesa County Court, 18-cv-50
Cause: 17:101 Copyright Infringement

Date Filed: 08/13/2018
Jury Demand: Defendant
Nature of Suit: 370 Other Fraud
Jurisdiction: Federal Question

### Plaintiff

**Alyssa-Christie Montalbano**
*[pro se e-filer, effective 10/19/2018]*

represented by **Alyssa-Christie Montalbano**
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
970-250-8365
Email: AriStoneArt@Ymail.com
PRO SE

V.

### Defendant

**James Corey Goode**

represented by **Valerie Yanaros Wilde**
Yanaros Law, P.C.
5057 Keller Springs
Suite 300
Addison, TX 76001
512-826-7553
Email: valerie@yanaroslaw.com
*ATTORNEY TO BE NOTICED*

### Counter Claimant

**James Corey Goode**

represented by **Valerie Yanaros Wilde**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

### Counter Defendant

**Alyssa-Christie Montalbano**
*[pro se e-filer, effective 10/19/2018]*

represented by **Alyssa-Christie Montalbano**
(See above for address)
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2018 | 1 | NOTICE OF REMOVAL by James Corey Goode from Mesa County, Case Number 18CV50. (Filing fee $ 400, Receipt Number 1082-6245008), filed by James Corey Goode. (Attachments: # 1 Exhibit Exhibit A-State Court Complaint, # 2 Exhibit Exhibit B-Defendant's Motion to Dismiss, # 3 Exhibit Exhibit C-Plaintiff's Response to Motion to Dismiss, # 4 Exhibit Exhibit D-Defendant's Reply to Response to Motion to Dismiss)(Wilde, Valerie) (Entered: 08/13/2018) |
| 08/13/2018 | 2 | |

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AT - FEDERAL COURT
FABRICATION – REGISTER ACTIONS
8 OF 11

| | | |
|---|---|---|
| 08/13/2018 | 3 | Notice of Default in Dishonor against James Corey Goode, filed by Alyssa-Christie Montalbano. (cmadr, ) (Entered: 08/14/2018)<br><br>Report re Copyright: Report on the filing of an action emailed separately to the Director of the Copyright Office. (cmadr, ) (Entered: 08/14/2018) |
| 08/13/2018 | 4 | FIRST AND FINAL NOTICE TO ALL ATTORNEY(S) AND UNREPRESENTED PARTIES IN REMOVED, TRANSFERRED, OR OTHER CASES. To receive any further notice in a case removed or transferred to this court, or special matters including discovery disputes, bankruptcy appeals, or withdrawls of reference, Multi-district litigation (MDL), etc., all attorneys and unrepresented parties must enter an appearance under D.C.COLO.LAttyR 5(a). An attorney must be an active member of this court's bar and be in good standing in accordance with D.C.COLO.LAttyR 3. A waiver of the fee for bar admission may apply in limited situations. (cmadr, ) (Entered: 08/14/2018) |
| 08/13/2018 | 5 | Case assigned to Judge Wiley Y. Daniel and drawn to Magistrate Judge Scott T. Varholak. Text Only Entry. (cmadr, ) (Entered: 08/14/2018) |
| 08/13/2018 | 6 | Magistrate Judge consent form issued pursuant to 28 U.S.C. 636(c). (cmadr, ) (Entered: 08/14/2018) |
| 08/13/2018 | 26 | COMPLAINT filed from State Court against James Corey Goode filed by Alyssa-Christie Montalbano.(cthom, ) (Entered: 09/04/2018) |
| 08/15/2018 | 7 | MEMORANDUM RETURNING CASE by Judge Wiley Y. Daniel. (rkeec) (Entered: 08/15/2018) |
| 08/15/2018 | 8 | CASE REASSIGNED pursuant to 7 Memorandum Returning Case. This case is randomly reassigned to Magistrate Judge Scott T. Varholak. All future pleadings should be designated as 18-cv-02060-STV. (Text Only Entry) (rkeec) (Entered: 08/15/2018) |
| 08/15/2018 | 9 | Magistrate Judge consent form issued pursuant to D.C.COLO.LCivR 40.1, direct assignment of civil actions to full time magistrate judges. (rkeec) (Entered: 08/15/2018) |
| 08/15/2018 | 10 | CERTIFICATE of Service by Mail by Clerk of Court re 7 Memorandum Returning Case, 8 Case Reassigned, 9 Magistrate Judge sent to Alyssa-Christie Montalbano; 2536 Rimrock Avenue, Suite 400-117; Grand Junction, CO 81505. Text Only Entry. (rkeec) (Entered: 08/15/2018) |
| 08/15/2018 | 11 | ORDER Setting Scheduling Conference for 9/19/2018 10:00 AM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. Consent Form due by 9/5/2018, by Magistrate Judge Scott T. Varholak on 8/15/2018. (jgonz, ) (Entered: 08/16/2018) |
| 08/17/2018 | 12 | SUPPLEMENT/AMENDMENT to 1 Notice of Removal, by Defendant James Corey Goode. (Attachments: # 1 Exhibit Amended Exhibit A to Dkt. 1, # 2 Exhibit Supplemental Exhibit E to Dkt. 1)(Wilde, Valerie) (Entered: 08/17/2018) |
| 08/20/2018 | 13 | ANSWER to Complaint, COUNTERCLAIM against Alyssa-Christie Montalbano by James Corey Goode.(Wilde, Valerie) (Entered: 08/20/2018) |
| 08/27/2018 | 14 | NOTICE Register of Actions by Defendant James Corey Goode (Wilde, Valerie) (Entered: 08/27/2018) |
| 08/27/2018 | 15 | MOTION to Dismiss for Failure to State a Claim by Defendant James Corey Goode. (Wilde, Valerie) (Entered: 08/27/2018) |
| 08/27/2018 | 16 | RESPONSE to 15 MOTION to Dismiss for Failure to State a Claim by Plaintiff Montalbano filed by Defendant James Corey Goode. (Wilde, Valerie) (Entered: 08/27/2018) |
| 08/27/2018 | 17 | REPLY to Response to 15 MOTION to Dismiss for Failure to State a Claim by Defendant Mr. Goode filed by Defendant James Corey Goode. (Wilde, Valerie) (Entered: 08/27/2018) |
| 08/27/2018 | 18 | AFFIDAVIT by Plaintiff Montalbano in Support of Service by Publication by Defendant James Corey Goode. (Wilde, Valerie) (Entered: 08/27/2018) |

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AT - FEDERAL COURT
FABRICATION – REGISTER ACTIONS
9 OF 11

| 08/27/2018 | 22 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 18 Affidavit, 16 Response to Motion filed by attorney Valerie Wilde. The document was scanned and not converted directly to portable document format (PDF). **DO NOT REFILE THE DOCUMENT.** Action to take - future documents must be filed pursuant to D.C.COLO.LCivR 5.1(a) and 1.3(f) of the Electronic Case Filing Procedures (Civil cases). (Text Only Entry) (cthom, ) (Entered: 09/04/2018) |
| 08/31/2018 | 19 | CONSENT to Jurisdiction of Magistrate Judge by Plaintiff Alyssa-Christie Montalbano. All parties do not consent. (Attachments: # 1 Envelope)(jgonz, ) (Entered: 09/04/2018) |
| 08/31/2018 | 20 | MOTION for Remand by Plaintiff Alyssa-Christie Montalbano. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Envelope)(jgonz, ) (Entered: 09/04/2018) |
| 09/04/2018 | 21 | CASE REASSIGNED pursuant to 19 Consent/Non-Consent to Jurisdiction of Magistrate Judge. All parties do not consent. This case is randomly reassigned to Judge Raymond P. Moore. All future pleadings should be designated as 18-cv-02060-RM. (Text Only Entry) (jgonz, ) (Entered: 09/04/2018) |
| 09/04/2018 | 23 | ORDER REFERRING CASE to Magistrate Judge Scott T. Varholak. Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this case is referred to the assigned United States Magistrate Judge to (1) convene a scheduling conference under Fed. R. Civ. P. 16 (b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2, (2) conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause, (3) hear and determine pretrial matters, including discovery and other non-dispositive motions, (4) conduct a pretrial conference and enter a pretrial order, and (5) conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions. Court sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. On the recommendation or informal request of the magistrate judge or on the request of the parties by motion, this court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding. Entered by Judge Raymond P. Moore on 9/4/2018. (Text Only Entry) (rmsec ) (Entered: 09/04/2018) |
| 09/04/2018 | 24 | MINUTE ORDER: With the assignment of this matter, the parties are advised that throughout this case they are expected to be familiar and comply with not only the Local Rules of this District, but also Judge Raymond P. Moore's Civil Practice Standards, which may be found at: http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRaymondPMoore.aspx. SO ORDERED by Judge Raymond P. Moore on 9/4/2018. (Text Only Entry) (rmsec ) (Entered: 09/04/2018) |
| 09/04/2018 | 25 | MEMORANDUM regarding 15 MOTION to Dismiss for Failure to State a Claim filed by James Corey Goode, 20 MOTION to Remand filed by Alyssa-Christie Montalbano. Motions referred to Magistrate Judge Scott T. Varholak. Entered by Judge Raymond P. Moore on 9/4/2018. (Text Only Entry) (rmsec) (Entered: 09/04/2018) |
| 09/05/2018 | 27 | ORDER REASSIGNING MAGISTRATE JUDGE The case is REASSIGNED to Magistrate Judge Gordon P. Gallagher and all future filings in this case shall reflect the case number of 18-cv-02060-RM-GPG. ORDERED by Judge Raymond P. Moore on 9/5/2018. (cthom, ) (Entered: 09/05/2018) |
| 09/05/2018 | 28 | OBJECTIONS to 1 Notice of Removal, by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/05/2018) |
| 09/05/2018 | 29 | NOTICE re 19 Consent to Jurisdiction of Magistrate Judge by Counter Claimant James Corey Goode (Wilde, Valerie) (Entered: 09/05/2018) |
| 09/06/2018 | 30 | MINUTE ORDER: This matter comes before the Court sua sponte. The reference in ECF No. 25 of the motion to remand (ECF No. 20) is withdrawn. On or before September 10, 2018, defendant is ORDERED to respond to the motion to remand. In doing so, among other things, defendant is instructed to state the specific date he received a copy of plaintiff's complaint as |

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AT - FEDERAL COURT
FABRICATION – REGISTER ACTIONS
10 OF 11

11/14/2018

| | | alleged in paragraph 3 of the notice of removal. (See ECF No. 1 at 2.) In addition, on or before September 7, 2018, defendant is ORDERED to file a copy of the motion to dismiss that was actually filed in State court. In other words, unlike the current version, the motion to dismiss should contain the stamp of the State court indicating when it was filed (i.e., like the document at ECF No. 1-3; none of the other exhibits attached to the notice of removal contain a stamp). At the same time, defendant shall also file a copy of the entire State court docket sheet as required by this District's Local Rule 81.1(b). To be clear, whatever it is that defendant's counsel concocted and filed at ECF No. 14 is NOT the register of actions for the state court case. SO ORDERED by Judge Raymond P. Moore on 9/6/2018. (Text Only Entry) (rmsec ) (Entered: 09/06/2018) |
|---|---|---|
| 09/07/2018 | 31 | ORDER vacating Scheduling Conference set for 9/19/2018 at 10:00 AM with Magistrate Judge Vaholak. Magistrate Judge may re-set this conference at an appropriate time. By Magistrate Judge Gordon P. Gallagher on September 7, 2018. Text Only Entry (gpgsec ) (Entered: 09/07/2018) |
| 09/07/2018 | 32 | SUPPLEMENT/AMENDMENT *and Motion in Fulfillment of Court Order (Docket 30)* by Defendant James Corey Goode. (Attachments: # 1 Exhibit A--Goode MTD As Filed, # 2 Exhibit B--Order Service By Publication, # 3 Exhibit C--Record Search 08302018)(Wilde, Valerie) (Entered: 09/07/2018) |
| 09/07/2018 | 33 | First MOTION for Extension of Time to *File Case Register of State Court Action* by Defendant James Corey Goode. (Wilde, Valerie) (Entered: 09/07/2018) |
| 09/10/2018 | 34 | RESPONSE to 20 MOTION to Remand filed by Defendant James Corey Goode. (Attachments: # 1 Declaration Goode, # 2 Declaration Wilde, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit, # 6 Exhibit 1, # 7 Exhibit 2)(Wilde, Valerie) (Entered: 09/10/2018) |
| 09/11/2018 | 35 | ORDER: Scheduling Conference set for 10/30/2018 10:00 AM in Room 323 (Grand Junction) before Magistrate Judge Gordon P. Gallagher. A Scheduling Conference is set in GRAND JUNCTION, Colorado at the Wayne Aspinall Federal Building - United States Courthouse, 400 Rood Avenue, Grand Junction, CO 81501 before U.S. Magistrate Judge Gordon P. Gallagher. The parties shall comply with the Instructions to Scheduling Order for U.S. Magistrate Judge Gordon P. Gallagher which can be found at www.cod.uscourts.gov. Parties concerned regarding travel time and expense to Grand Junction for appearances before the Magistrate Judge are referred to this Magistrate Judge's policy in that regard which can be found at the above website. By Magistrate Judge Gordon P. Gallagher on September 11, 2018. Text Only Entry (gpgsec) (Entered: 09/11/2018) |
| 09/17/2018 | 36 | AMENDMENT to Objection to Notice of Removal by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 37 | AMENDMENT "Two-To Incorrectly Filed Objection to First Motion for Extension of Time to File Court Register of the State Court Action No. 18cv-50" by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 38 | OBJECTIONS to "Amendments to Document Filed from the State Court Action Pursuant to D.C.Colo.L.Civ.R 81.1" by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 39 | AMENDMENTS to "Incorrectly Filed Objection to First Motion for Extension of Time to File Court Register of the State Court Action No. 18cv-50" by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 40 | MOTION to "Reduce Sanctions Safe Harbor Time to 7 Days or Less" by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 41 | NOTICE of E-Service to Defendant Counsel by Plaintiff Alyssa-Christie Montalbano (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 42 | Second MOTION for Extension of Time to *File Case Register of State Court Action* by Defendant James Corey Goode. (Attachments: # 1 Wilde Declaration)(Wilde, Valerie) (Entered: 09/17/2018) |

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AT - FEDERAL COURT
FABRICATION – REGISTER ACTIONS
11 OF 11

11/14/2018





SBAGoode  120d

This is, of course, more FAKE NEWS about CG!

This case is being dismissed and the Magistrate referred to
the plaintiff as being "Delusional". You can see this for
yourself in the public record if a small amount of research
was done.

She has openly claimed that she and I were married in
'another dimension' and was trying to bring that fantasy into
reality in this dimension. When she was asked to stay away
from CG and stop emailing him she then filed this baseless
lawsuit.

The Magistrate states the plaintiff is "delusional" in their latest
court filing when the case was referred to the Federal Judge
to be dismissed with prejudice. Maybe one day these emails
and the recorded call with her will be made public to let
everyone make up their own minds? The whole thing is very
unsettling and creepy IMHO.

I guarantee you will NOT see anyone publish this info on
Avalon. Only derogatory info about CG is allowed to be
published on that forum no matter how fake it is.

Someone in Avalon should post this response and ask her
about how she believes she and CG were married in another
dimension... or would that be too fair and balanced?

The Plaintiff has stepped over the line here (legally) and all of
this has now been sent into the courts to verify their stalking
type of behavior and their mental state.

I think a number of people became carried away during recent
attack campaign against CG and will find themselves being
reported to professional organizations that they are a part of
as well as experience civil suits being filed against them. In a
few instances, this activity rose to a criminal level of Cyber-
Stalking that is being referred to the appropriate law
enforcement agencies.

It would be nice if people took the time to research the claims
of those speaking against CG as much as they are
researching and doxxing CG and his team.

Now, let the trolling begin, lol

SBA

bashar_speaks  ✎  119d

She has openly claimed that she **and I** were married
in 'another dimension' and was trying to bring that
fantasy into reality in this dimension.

And you are? In any case, thank you, it's nice to get another
perspective on the situation.

Someone in Avalon should post this response and
ask her about how she believes she and CG were
married in another dimension... or would that be too
fair and balanced?

I wish someone would, that would be interesting. To join the

Screenshot_20190318-003408

Taken: March 18, 2019
at 12:34am

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AU
DEFAMATION REDDIT
1 OF 2

Screenshot_20190320-070421

Taken: March 20, 2019 at 7:04am

https://www.reddit.com/r/C...

reddit                                    USE APP

Log in / Register

r/CosmicDisclosure

CG being sued for Fraud/Infringement, poster on Project Avalon Forum claims to be plaintiff

u/bashar_speaks



Baphomet          Blue Avian

projectavalon.net

Share        53

Best                        Write a comment

chhhrwof  122d  ← UNKNOWN TO PLAINTIFF

What the hell. No matter what your feelings about Corey Goode this is crazy.

At the top she states CG must have read all her emails since he made a folder for them. Er, that's not how emails work.

Then she goes on and on about the legalities of her case then she gets to the bizarre point.

It seems to me she is claiming she can see the future in her dreams. But not clearly, she 'interprets' her dreams (see below). So she is suing CG for using her mad dream predictions in his work

I think she is crazy.

"In current time, I always know what Corey and his attorney are up to or thinking to try, cause I already see it first in dreams, where they first have to tell me, show me, and/or ask my permission to do...

and his attorney are up to or thinking to try, cause I already see it first in dreams, where they first have to tell me, show me, and/or ask my permission to do... whatever... in 3D. I sent them a handful of dreams showing them how I already knew I'd win the Broomfield case before I even knew about the Broomfield case in 3D. I saw in a dream a baseball team of like 2 or 3 women in the baseball "Field" and one got up and basically bunted a homerun with an industrial "Broom!" I also saw Corey was extremely angry when they tried and failed to open the 1st stalking case June 2018. In that dream CG appeared as a large octopus squid thing and I was in space with a handful of friends. I then saw a girl by the water that I felt very connected with and the squid came up and basically ripped off her leg, like it was supposed to be me, but it wasn't.This was symbolic of the 1st failed attempt and how they tried to harm me. I then saw the attorney would fail to serve me repeatedly, because I had a dream with a young girl (she was disguised) who had a PO box, but I didn't seem to have one, but was thinking to get one. I also saw that my in-house-state-court review on August 24th would essentially be cancelled because a guy took my gas pump number 24 and cancelled my using it. This was symbolic also of the Broomfield case being cancelled (closed) because it too was on the 24th (July) and the hearing was short and essentially 'cancelled.' "

Edit: typos

no1113  122d

So, essentially, OP posted this even though it 100% appears to be a huge, massive, nothing-burger rant made by a crazy woman.

So then why was it posted? I mean...does OP think it somehow gives more weight to the flak that Goode has been getting lately? If nothing else, this post almost does the opposite because it shows that at least some of the people trying to go after Goode are just straight up crazy lo...

OPEN REDDIT APP

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AU
DEFAMATION REDDIT
2 OF 2

MY FACEBOOK ACCOUNT



← Ari Stone

**Ari Stone** added 6 new photos.
2 hrs · ⊙

'Allegedly ' Corey Goode didn't read and follow my approx 500 Dream Visions shared with him during 2017... and yet....his close assistant presents my unique Energetic Portal Design artwork on her slide titled "Modern Day Shaman's" at CG's event 'Eclipse of Disclosure' August 20, 2017.

No attribution was given to me at any time.

Here are also photos with Jordan Sather on the same stage and then of Corey Goode and Niara Isley photo'd around the time CG told his similar version of a joke I'd shared about a week prior in an email to CG with Dream Visions. After 100+ uses like this it became unreasonable to label it 'synchronicity'



👍 Like          💬 Comment          ↪ Share

**Nano Nate**
What resolution would you be satisfied with, comming from this situation?

29m   **Like**   Reply                    👍 1

   Ari Stone Nano Nate I have stated what I w...

◎   Write a comment...                    GIF  ☺

Screenshot
20190315 -230610.JPG

Taken:
March 15, 2019
@ 11:06pm

← Corey Goode
on Stage

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AV
FACEBOOK SHAMAN
1 OF 3



Screenshot
20190315-204826.png

Taken:
March 15, 2019
@ 8:48 PM

MODERN DAY SHAMANS

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AV
FACEBOOK SHAMAN
2 OF 3



← Photo

aristoneart

MY ~~EPDS~~
INSTAGRAM
ACCOUNT

Screenshot
20190315-203833.jp

Taken:
March 15, 2019
@8:38 PM

♡ ⟲ ◁                    ⎘

Liked by **dreamymushroomstudio** and **184 others**

aristoneart Intuition colored using #ibisPaintX app.

#aristone #aristoneart #epds #epd
#energeticportaldesigns #energeticportaldesign
#abstractartist #abstractart #contemporaryart
#modernart #moderndesign #psychedelic #magik
#meditation #mandala #newart #artista #artist
#colormerad

View all 6 comments

→ February 27, 2017 ←

⌂    🔍    ⊕    ♡    👤

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AV
FACEBOOK SHAMAN
3 OF 3



← Chuck Raymond 🔍

**Chuck Raymond**
Yesterday at 7:42 PM · 🌐   · · ·

Hey guys an gals, please take a min and scope this out. Did you know ..haha, there is this...woman, **Ari Stone** who is trying to sue Corey Goode. I would like to bring a couple things to your attention because some things are not right here. PEOPLE, are not acting right.

This woman claims to have sex with Corey in his dreams if I'm not mistaken... she says she know the future ect. You have to get all the details here, because this isn't JUST, oh look some one crazy is trying to pull something.

This gal is in cahoots with Dark Journalist, and Project Avalon which CALLED CPS ON Corey and tried to cause all sorts of problems. Yeah! Corey, one of the most normal, polite, down to earth cats I ever met. Ok.

As well, this woman had approached me at Eclipse of Disclosure. For no other reason than because I was doing some art for the SBA, I was offered a job. Even though I had no experience in that position.

What I'm saying is a few years ago , she was here, trying to mess with us! I think she is some sort of asset. How else are you going to have time and shit to try to mess with Corey like this?

I don't think it's right, I don't think people are acting RIGHT. As in NOT what they claim to be. As in fishey fish stink!!

Go ahead and look into this ...crap man, and what they are trying to pull on this guy. I'm sorry, I just don't think it's an isolated deal. I'm not a fkn dummy....

What's your take on this?

Screenshot_20190318-031104

Taken: March 18, 2019 at 3:11am



REDDIT.COM
CG being sued for Fraud/ Infringement, poster on Project ...

Posted in r/CosmicDisclosure by u/bashar_speaks · 8 points and 51 comments

*LINK TO COREY'S Reddit hate Campaign posted Nov 2018*

 Like    💬 Comment    ↪ Share

😊😲😢 5

**Ari Stone**
Hi Chuck. I didn't talk to you because you were working with or for Corey. I didn't even know you worked with him when I met you. I just thought you were a cool rocker dude with a very hip unusual fashion sense. I enjoyed you as a person, respect if you don't like me now, and considered you a new friend who was interested in discussing the nature of time, time travel, and other fun unusual topi... See More

4h   Like   Reply   💛 1

 **Michael Wouters** ←   *UNKNOWN TO PLAINTIFF*
Smells pretty insane to me too. I've met Corey and he is def a kind soul. No need for anyone to attack or bash him. He has nothing but positive info and energy to give.

1h   Like   Reply

 Write a comment...    😊

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AW
DEFAMATION FACEBOOK CR CG
1 OF 2



 **Dawn Engelbrecht**



GIPHY

19h    Like    Reply    

 **Chuck Raymond**
You should be ashamed of your self Ari. And you don't fool me for a second. I'm not the only one that can see the truth.... you k ow there's a lot heavier shit going on than this little game your playing right now.... you might want to really think about who you want to be.. And what you want to spend your life on. Because we're making our choices every day here... And it ends up very sad when people make the wrong choices....

3h    Like    Reply    

 Amber Jean Wheeler like i understand if y...

 **James Corey Goode**
It is unfortunate that the other party decided to post details of their frivolous litigation against me and make them public through forums (Known to attack me), Facebook, YouTube and blog posts. It should have remained confidential especially since the other party is requesting the case files be sealed for what will become obvious reasons. It is also suspect that they have joined the Dark Alliance group (& other interests) that has slandered and attempted to character assassinate the 'SBA brand' and myself in particular. They have also contacted many in the community spreading slanderous rumors about me (As have others). If anyone really wants to know the BIZARRE nature of the numerous and irrational court filings this party has made against me they can request the publicly available court files from the Broomfield, Colorado State Court (Montalbano vs Goode). People will have to investigate for themselves

Screenshot_20190320-115225

Taken: March 20, 2019 at 11:52am

Court (Montalbano vs Goode). People will have to investigate for themselves and make up their own minds as I will not discuss the details of an ongoing lawsuit, frivolous as it may be. TY, Chuck for the post of support. You raise some of the very questions I am sure my attorneys will ask. It also gives people an idea of what I and other 'public figures' in this community deal with on a regular basis. I commented on this in more detail recently on my live interview on Edge of Wonder. No worries, this is what attorneys are for. If I focused on all of the coordinated attacks, blacklisting and the variety of stalkers I deal with I would never get any work done. I now have a team of attorneys that manage these things so that they only enter my consciousness when necessary. They are looking over what is or should be acted on in Civil Court regarding the online attacks, slander, and blacklisting that have occurred over the last two years. Like I said on EOW, I typically have a handful of people at one time that has unhealthy infatuations with me. CG

1h    Like    

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AW
DEFAMATION FACEBOOK CR CG



Screenshot 20190516-115451.jpg
Taken: May 16, 2019 @ 11:54 AM

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AX - DARK ALLIANCE =
DEATH THREATS
1 OF 2

Reality Check Episode Three: Death Threat Groovie Spills the...

Screenshot 20190516 - 115614. PNG
Taken: May 16, 2019 @ 11:56AM

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AX - DARK ALLIANCE =
DEATH THREATS
2 OF 2

## PC Screenshot
## Taken July 2, 2019 at 3:08PM



**Corey Goode (Official)**
@CoreyGoode

HOW COVERT AGENTS INFILTRATE THE INTERNET TO MANIPULATE, DECEIVE, AND DESTROY REPUTATIONS -

10:28 PM · May 25, 2019 · Twitter Web Client

176 Retweets   385 Likes

**Ari Stone** @AriStone · May 26
Replying to @CoreyGoode
But Feb 20, 2019 Dream Vision data regarding your planned cover story made it clear what you have planned. This description you posted lays it out super

https://twitter.com/CoreyGood-e/status/1132503777368346624

## PC Screenshot
## Taken July 2, 2019 at 3:12PM



**Corey Goode (Official)**
@CoreyGoode

Corey Goode: RESPONSE TO FALSE ALLEGATIONS AND MULTIPLE FAILED ATTEMPTS AT CHARACTER ASSASSINATION -
spherebeingalliance.com/blog/response-...

9:33 PM · May 22, 2019 · Twitter Web Client

141 Retweets   573 Likes

**Corey Goode (Official)** @CoreyGoode · May 25
Replying to @CoreyGoode
Thank you for all of the wonderful comments in regards to the Dark Alliance Cyber-Stalking Campaign! CG

**Corey Goode (Official)** @CoreyGoode · May 25
I really appreciate all of the people sending messages of being happy that this statement went out. I think a lot of people were triggered & we all hope this brings down the tempers & infighting. Only through Unity will we get Full Disclosure. TY again for all of the support!

https://twitter.com/CoreyGood-e/status/1131402681279401989

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AY
DEFAMATION TWITTER
1 OF 10

PC Screenshot
Taken July 2, 2019 at 5:58 PM

 **Ari Stone** @AriStone · May 26
But Feb 20, 2019 Dream Vision data regarding your planned cover story made it clear what you have planned. This description you posted lays it out super nice for everyone to see how you are going about it.  Nicely done! 👏 Thank You 🙏

♡ 1      ♡ 2      ♡ 3      ⬆

 **Corey Goode (Official)**
@CoreyGoode

Replying to @AriStone

All motions dismissed... case to be dismissed within 3 weeks. 😜

 

— Link to Reddit Defamation hate campaign

CG being sued for Fraud/Infringement, poster on Project Avalon...
Posted in r/CosmicDisclosure by u/bashar_speaks · 9 points and 48 comments
🔗 reddit.com

7:01 AM · May 27, 2019 · Twitter Web Client

2 Retweets    17 Likes

https://twitter.com/CoreyGoode/
status/1132995159056977921

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AY
DEFAMATION TWITTER
2 OF 10

# PC Screenshot
## Taken July 2, 2019 at 3:24PM

 **Corey Goode (Official)** @CoreyGoode · May 25
HOW COVERT AGENTS INFILTRATE THE INTERNET TO MANIPULATE, DECEIVE, AND DESTROY REPUTATIONS -



GCHQ



# Psychology
## A New Kind of SIGDEV

Establishing the Human Science Operations Cell

How Covert Agents Infiltrate the Internet to Manipulate, Deceive, and Des...
One of the many pressing stories that remains to be told from the Snowden archive is how western intelligence agencies are attempting to ...
🔗 theintercept.com

💬 23        🔁 176        ♡ 385        

 **Ari Stone** @AriStone · May 26
I already saw you'd post something like this March 7, 2019 (those blue boxes and bullet points) ... I sent it to @c_chanter ... I appreciate seeing where you got your tactics from...Very thoughtful of you to show it in 3D over 2 months later...

💬 1        🔁 1        ♡ 3

 **Corey Goode (Official)**
@CoreyGoode

Replying to @AriStone and @c_chanter

Case to be dismissed with prejudice by mid-June. Making sure all documents surrounding this case are public for ALL to see! Courts already referenced plaintiff as being delusional. New court comments are just as interesting. Blocking wackadoo... and DONE!



CG being sued for Fraud/Infringement, poster on Project Avalon...
Posted in r/CosmicDisclosure by u/bashar_speaks · 9 points and 48 comments
🔗 reddit.com

7:10 AM · May 27, 2019 · Twitter Web Client

## https://twitter.com/CoreyGoode/status/1132997590872576003

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AY
DEFAMATION TWITTER
3 OF 10

PC Screenshot
Taken July 2, 2019 at 5:51 PM

CG being sued for Fraud/Infringement, poster on Project Avalon...
Posted in r/CosmicDisclosure by u/bashar_speaks • 9 points and 48 comments
⌗ reddit.com

♡ 2          ⇄ 2          ♡ 17          ⬆

Maegan @Maegan54339858 · May 31
Karma is a b*tch 😉 Glad to hear about the dismissal.

♡ 1          ⇄ 1          ♡ 2          ⬆

Ari Stone @AriStone · Jun 1
FYI Corey's motion for dismissal was Denied.The actual status of the case is nothing like Corey stated and blocked me from viewing.Harassing me like you are on behalf of Corey, will only further harm his defense. If any of you actually care about him, you'll stop for his sake.

♡ 4          ⇄          ♡ 1          ⬆

**Corey Goode (Official)**
@CoreyGoode

Replying to @AriStone @Maegan54339858 and @RobVannoy

Court papers said dismissal was for a filing you withdrew. THEY gave us the roadmap to having your case dismissed & Denied ALL of your CRAZY motions. Least of your worries once being reported to Co State Police & FBI for being apart of this Cyber-Stalking conspiracy! My Turn! 🤪

6:35 AM · Jun 2, 2019 · Twitter Web Client

**3** Retweets  **17** Likes

♡          ⇄          ♡          ⬆

https://twitter.com/CoreyGoode/
status/1135162985331118080

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AY
DEFAMATION TWITTER
4 OF 10

Screenshot_20190601-220745.jpg
Taken June 1, 2019 at 10:07 PM



MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AY
DEFAMATION TWITTER
5 OF 10

PC Screenshot
Taken July 2, 2019 at 4:05 PM



**Corey Goode (Official)**
@CoreyGoode

We shall see. These stalkers are sadistic.

**Elizabeth Ann Stanley** @HealthyEliz · Jun 4
Replying to @CoreyGoode @FBIDenver and 3 others
Look like a lot of people should end up in jail!

11:00 PM · Jun 4, 2019 · Twitter Web Client

31 Retweets   177 Likes

**DaCrOfficial** @realDaCr · Jun 4
Replying to @CoreyGoode
Ooof! Sadistic is is a mild word to describe them, they are all together a new kind of freak! With interactive game communities, where they terrorize, rape, destroy, a person, by completely infiltrating their living environment. Of course someone is making money off of this.

💬 2      ♡ 5

**DaCrOfficial** @realDaCr · Jun 5
I had to block crazy dude. But folks, this, I am telling Corey and you, is very real. Read Richard Lighthouse, Pete Petersen, Dr. John Hall, and other highly educated individuals, and my own experience, targeting & gangstalking is real and happening to too many good people.

💬      ⟲ 1      ♡ 2

**Elizabeth Ann Stanley** @HealthyEliz · Jun 4
Replying to @CoreyGoode
I'm " seeing" that now, and it's scary on many levels. Sending you positive energy and strength. It's a hell of a battle.

https://twitter.com/CoreyGood-e/status/1136135578078961664

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AY
DEFAMATION TWITTER
6 OF 10

PC Screenshot
Taken July 2, 2019 at 3:54PM



CG being sued for Fraud/Infringement, poster on Project Avalon...
Posted in r/CosmicDisclosure by u/bashar_speaks • 9 points and 48 comments
🔗 reddit.com

7:10 AM · May 27, 2019 · Twitter Web Client

**3** Retweets   **7** Likes

**Corey Goode (Official)** @CoreyGoode · Jun 18
Replying to @CoreyGoode @AriStone and @c_chanter
@CSP_Boulder @BldrCOSheriff @boulderpolice @FBIDenver @NJStateBar
#Cyberstalking #doxgate #framegate
♡ 1

**Stinson** @StinsonB84 · May 27
Replying to @CoreyGoode @AriStone and @c_chanter
Hows this 'shift'-feel-??
♡ 1

https://twitter.com/CoreyGoode/status/1140936587104018432

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AY
DEFAMATION TWITTER
7 OF 10

Screenshot_20190619-234546
Taken June 19, 2019 at 11:45PM



**Corey Goode**
@CoreyGoode

Producer: Above Majestic

⊙ Boulder, CO   🔗 linkedin.com/in/corey-goode...

▦ Joined May 2009

**41** Following      **23.7K** Followers

Tweets      Tweets & replies      Media      Likes



⇄ Corey Goode Retweeted

**Maegan** @Maegan54339858 · 13h
Replying to @AriStone @CoreyGoode and @RobVannoy
This lady is bona fide crazy. Feel bad Corey has to deal with these stalkers that don't make any sense.

💬 6         ⇄ 6         ♡ 24

**Corey Goode** @CoreyGoode · 1d
A sign of the times

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AY
DEFAMATION TWITTER
8 OF 10

Screenshot_20190620-212552
Taken June 20, 2019 at 9:26PM



**Maegan** @Maegan54339858 · 11h
You mean there is more of these? Wow.
♡ 1    ↻ 1    ♡ 4

**Corey Goode** @CoreyGoode · 10h
Yes, there are more.
♡ 1    ↻    ♡ 5

**Roy Harper** @RoyHarp15872578 · 9h
Ugh. That sucks. My sympathies. You have my support and respect.
♡ 1    ↻    ♡ 3

1 more reply

**Ari Stone** @AriStone · Jun 19
Replying to @Maegan54339858 @Zoli69222495 and 2 others
It might surprise you to know "Maegan" you aren't the only person in this conversation. Corey has been legally noticed now he will be held personally accountable for each of you.  Also "Maegan" please don't reply to me on Corey's feed, ok? And please don't contact me again.
♡ 1    ↻    ♡

**Maegan** @Maegan54339858 · Jun 19
No one contacted you psycho.
♡ 1    ↻    ♡ 2

**Ari Stone** @AriStone · Jun 19
You just did after I asked you not to. You are to stop and desist with your defamation, harassment, cyberstalking, and cyberbullying activites immediately.

CRS 18-9-111 and CRS 18-3-602

This is legal notification to you, to not contact me or otherwise again.
♡ 2    ↻    ♡

**Maegan** @Maegan54339858 · Jun 19
😂😂😂
You contacted @CoreyGoode This is his feed! This is a public domain which YOU inserted yourself in. Seriously, you really need to get help. Your empty threats are making you look crazy.
#delusional #paranoid
♡ 1    ↻ 1    ♡ 2

**Corey Goode** @CoreyGoode · 16h
Just wait, when the case is dismissed I am posting all of the wacky motions submitted. 1 Majestrate called her 'Delusional' in 1 of the papers. All will see this for what it is. Disturbed woman fixated on stalking someone she claims she married in another Dimension. 😜
♡ 4    ↻ 1    ♡ 8

**Maegan** @Maegan54339858 · 11h
Geez. The fact that she literally files frivolous lawsuits must be so draining and annoying. Part of the journey, I guess 😕
♡    ↻    ♡ 4

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AY
DEFAMATION TWITTER
9 OF 10

## Screenshot_20190619-203418
## Taken June 19, 2019 at 8:34 PM

 

**Gina Drudge** liked 3 Tweets you were mentioned in

Again, you commented on @CoreyGoode feed and responded to my comment when I didnt even know you were the opposing party, and claiming my co...
Show all



**Howard F. Beale** @HowardFBeale · 7h ⌄
Replying to @Maegan54339858 @AriStone and 2 others
Ari...send me a full frontal and booty pic. I dig crazy chicks.

                              

 

**Gina Drudge** liked your reply

I replied to this comment, where you tagged me in it. If you don't want me to reply, you shouldn't address me by tagging me in your tweet posts on Corey...



**Maegan** @Maegan54339858 · 10h ⌄
Replying to @AriStone @CoreyGoode and @RobVannoy
This lady is bona fide crazy. Feel bad Corey has to deal with these stalkers that don't make any sense.

◯ 6          ⇄ 6          ♡ 24          ⌁

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AY
DEFAMATION TWITTER
10 OF 10