**Exhibit 4**
Mesa Court Filed Motion Rule on Motions

---

District Civil Court, Mesa County, Colorado

Mesa County, Colorado
Court Address: 125 North Spruce
P.O. Box 20,000-5030
Grand Junction, CO 81502

Plaintiff(s)/Petitioner(s): Alyssa Chrystie Montalbano
v.
Defendant(s)/Respondent(s): James Corey Goode

Attorney or Party Without Attorney (Name and Address):
Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave, Suite 400-117
Grand Junction, Colorado, 81505

Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com
FAX Number: _____ Atty. Reg. #: N/A

ORIGINAL FILED IN
SEP 0 9 2019
COMBINED COURT
BY LITIGANT
▲ COURT USE ONLY ▲

Case Number: 18CV50
Division 10   Courtroom 10

## MOTION TO RULE ON MOTIONS

Plaintiff, Alyssa Chrystie Montalbano, moves this court to GRANT this motion and rule on and GRANT the following motions filed August 2, 2019: PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION and MOTION FOR LEAVE OF THE COURT TO AMEND THE COMPLAINT; for the following:

### I. Relevant Procedural Background

This Trade Secret matter was initiated for legal remedy June 25, 2018. Since Plaintiff began seeking legal remedy Defendant, James Corey Goode, has consistently defamed, stalked, harassed, and bullied Plaintiff. Mr. Goode has consistently escalated his abuse since January 2018, avoids and evades addressing the issues at claim, and is becoming an increasing danger to Plaintiff and the public community.

### II. POINTS OF AUTHORITY

1. Mr. Goode escalated his public hate and defamation campaign against Plaintiff and directly cited Plaintiff by name to thousands of Twitter followers. (See EXHIBIT AZ)

MOTION TO RULE ON MOTIONS                                   Page 1 of 2

2. Mr. Goode is again threatening to further defame and embarrass Plaintiff by releasing the private phone call his associate recorded and he eavesdropped in on, and continues to refuse to discuss or negotiate any of the issues at claim. (See EXHIBIT AZ)

3. Mr. Goode has become an increased threat and danger to Plaintiff and the public community with his fraud; fictional realities; and he publicly claims to have Dementia.

4. The delays in this matter being heard have caused further personal and professional damages to Plaintiff: to include the loss of another professional relationship, financial strain, disrupted sleep patterns, and severe depression.

## III. PRAYER

5. WHEREFORE, Plaintiff requests this honorable court set a Preliminary Injunction hearing to maintain the peace until the matters at issue may be heard at trial and that Defendant, James Corey Goode, be cited to appear and answer.

Respectfully Submitted and All Rights Reserved,

*Alyssa Chrystie Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

Declaration of Conferral: Plaintiff having attempted conferral (D.C.COLO.LCivR 7.1) with pro se Defendant, James Corey Goode; and Plaintiff having only an email address for contact of Defendant and having exhausted the use thereof, and Defendant not having provided the courts with proper contact information on his legal filings in accordance with C.R.C.P. Rule 11 and Defendant having failed to lawfully enter his out of state attorney Pro Hac Vice (C.R.C.P. Rule 221) or any proper attorney onto this honorable court's record; Plaintiff has been unable to reach Defendant for proper conferral.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing MOTION TO RULE ON MOTIONS and EXHIBIT AZ were sent first class by U.S. Mail, postage prepaid, to Mr. James Corey Goode USPS Certified Mail 7017 2620 0000 7180 8063; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020 and by email to James Corey Goode this 9nd day of September, 2019.  *Alyssa Chrystie Montalbano*

Alyssa Chrystie Montalbano, American Citizen



Screenshot Sept 7, 2019

**Notifications**

**All** | Mentions

**Corey Goode (Official)** · 5m

Replying to @Jm4n @DevolutionMan and 19 others

Wack job suing me 4 stealing her dreams & I married to her n another dimension? I was cheating on her with my wife? We have it all in writing & recorded call. Looking forward to it all coming out in discovery. Judge called Aristone delusional 4 a reason! Wackos unite against CG?

EXHIBIT AZ