**Exhibit 5**
Mesa Court Filed Exhibits CK-CO


EXHIBIT CK
5 pages

**Ari Stone**
Jan 21 at 6:56 PM · 2020

*Ari Stone Facebook post*

A great YouTube video by Natasha Hynes, regarding Corey Goode's public frauds and schemes and showing his bad behavior patterns and many that he's hurt in the community.

All things I've been dealing with as well, only in the court record.

Please share to help others see the truth as well. So they don't make the same mistake myself and others... See More



YOUTUBE.COM
**Is Corey Goode a Fraud?**
Is Corey Goode a Fraud? Thank you to all the independe...

Chantel Rose and 3 others          33 Comments

👍 Like          💬 Comment          ➡ Share

*Handwritten annotation:* Ari Stone Facebook Jan 21, 2020 post

👍❤️ **Chantel Rose and 3 others** >

**Carol Janzen**
Dropped all of these guys so long ago the only one i listen to is Emery sometimes. At least he is normal and talks to you like your a person. He is a good guy
17w  Like  Reply  👍 3

**Ari Stone**
I would have too had I not been in the situation I'm in. I largely talk about it via Twitter or my new YouTube Channel for that purpose

YouTube.com/deprogrammer

I will also be sharing on this channel about my Dream Visions that have already occured or are occurring, so people can see what I've seen and how dreams work. My particular dream journey involves both Corey Goode and David Wilcock rath... See More  👍 1

YOUTUBE.COM
Deprogrammer

17w  Like  Reply

**Aaron Moriarity**
Corey has always said he is no guru and he does not have all the answers, he only knows what he has experienced, he is dropping info the cabal does not want anyone to believe, so they have been attacking him, so sad, the one that called for unity in the community. So sad to see people falling for the divide and concur tactics of the embedded cia ufo researchers, you know the ones, the ones that are always showing up in the fake news msm. ==Corey is for real, I feel sad for you all, falling for the cabal crap again.==
17w  Like  Reply  👍❤️ 3

View 25 previous replies...

**Ari Stone** Carol Janzen Thank you. I saw t...

**Carol Janzen** Aaron Moriarity - I am really...

**Carol Janzen** Ari Stone Good to hear, would...

**Aaron Moriarity**
Why would he include in his story very embarrassing and awkward parts like when he was told by another ssp to take his clothes off and put them onto a pedestal, then a Woman came up to him and handed him the clothes he was to put on, all while is buddy was laughing at him. Think about that, if I was making up a story, I would not make up something that makes me look bad.
16w  Like  Reply

**Ari Stone** Aaron Moriarity It is unclear what...

Write a comment...



Facebook
Jan 21, 2020

# Corey Goode (Official)
1,420 Tweets

**Tweets** | Tweets & replies | Media | Likes

SIMON ESLER
"WORLDS WITHIN"

3,576 views

Screenshot Feb 28, 2020 @ 7:06pm

9    44    125

**Corey Goode (Official) Retweeted**

**Rob Vannoy** @RobVannoy · 3d
@CoreyGoode @david_wilcock @Jordan_Sather_

know organized cyber stalking harasser associate of Mr. Goode's

He is actually really good and I just bet with time Aron Moriarity is gonna do really well spreading the Truth. Talking about, William Tompkins, Andrew Basiago, Corey Goode & more
youtube.com/watch?v=Zv3F07…

7    10    52

Show this thread

**Promoted Tweet**

**Travelfuntu** @travel_funtu
This Photo Has Not Been Edited, Loo...

← Thread

**Corey Goode (Official) Retweeted**

**Rob Vannoy**
@RobVannoy

@CoreyGoode @david_wilcock @Jordan_Sather_
He is actually really good and I just bet with time Aron Moriarity is gonna do really well spreading the Truth.
Talking about, William Tompkins, Andrew Basiago, Corey Goode & more

▶ YouTube

**Truth Quest 3**
Talking about, William Tompkins, Andrew Basiago Also highlighting what needs light.
https://teespring.com/stores/truth-quest-2
https://teespring.com/stores/t...

Open in YouTube app

6:54 PM · 25 Feb 20 · Twitter Web App

10 Retweets  52 Likes

**Rob Vannoy** @RobVannoy · 2d

**Aaron Joel Moriarity** @JoelMor... · 2d
Replying to @RobVannoy @CoreyGoode and 2 others
Thank you Rob!

**Rob Vannoy** @RobVannoy · 2d
Your Most Welcome Brother! I like what you do and the message you share. Namaste and looking forward to more. 🙏❤️🙏

**Aaron Joel Moriarity** @JoelMo... · 45m
Replying to @RobVannoy @CoreyGoode and 2 others
Here is the next one... youtube.com/watch?v=pn8yjT...

**Rob Vannoy** @RobVannoy · 39m

**Operation Theatre** @Broward_Br... · 2d
Replying to @RobVannoy @CoreyGoode and 2 others
#Q drop this.. 1st thought is you know who
Love and Light, Patriot.
Have faith and trust in yourself.
WWG1WGA!!!
Q

**Rob Vannoy** @RobVannoy · 2d

---

*Handwritten annotations:*

screenshot
Feb 28, 2020
@ 7:07pm

only fully discovered association w/ Mr. Goode from these tweets.



EXHIBIT CL
2 pages
Screenshot
Feb 18, 2020
@ 8:31 AM






EXHIBIT CM
3 pages

Twitter

Screenshot Feb 25, 2020 @ 3:29pm



**Corey Goode (Official)** @CoreyGoode · 1h

ALYSSA CHRYSTIE MONTALBANO aka Ari Stone vs. COREY GOODE - youtube.com/watch?v=sLbMRM...
@AriStone @jayweidner1 @c_chanter @YourMotherGaia #RingOfFire #DarkAlliance #cyberstalking



ALYSSA CHRYSTIE MONTALBANO aka Ari Stone vs. COREY GOODE
🔗 youtube.com

💬 15          ↻ 12          ♡ 60          






Screenshot July 11, 2020

**Cave Briefing - Alliance, State of Ufology, Lawsuits, GN & ECETI Updates - Corey Goode**

32,129 views · 1 day ago

At 11:15 he asks people to Donate to his lawsuit funds claiming he's draining the "swamp".



3.3K    73    Share    Download    Save

**SphereBeing Alliance**
141K subscribers

SUBSCRIBE

Published on  Jul 9, 2020

A quick update recorded 7/9/2020 at Eldorado Springs, Colorado. I give a quick update on my legal cases (Civil/Criminal), Graphic Novel, DOD Events beginning in 2021, Briefings from the Alliance and the upcoming trip to ECETI.

www.AcceleratingAscension.com
www.LightWarriorLegalFund.com (Law Suit Info)




EXHIBIT CN
1 page

#2018CV50 #RingOfFire #DarkAlliance
Corey Goode - Litigation Agreement Signed - Jay Weidner - Gaia TV - Law Suits incoming

 4,270 views · 2 months ago

209  49  Share  Download  Save

 COREY GOODE
4.32K subscribers        SUBSCRIBE

 Published on Mar 2, 2020

To contribute evidence or testimony on the activities of current/former employees/executives/contractors of Gaia TV, Jirka Rysavy, Jay Weidner, Jimmy Church (Rita), Dark Journalist, Clif High, CW Chanter, Steve Cambrian, Ari Stone, Stina Bobina, Conscious Life Expo, Contact in the Desert, Richard Dolan, Linda M Howe, Project Avalon Forum aka Bill Ryan or others (Related to our case) please email me with 'ATTN Legal Team' at SphereBeingAlliance@gmail.com.
If you are under NDA contracts we are happy to subpoena you so you can speak on the record.

— All potential witnesses for this case

I will be posting all court documents publicly on SphereBeingAlliance.com and published below.
ALYSSA CHRYSTIE MONTALBANO aka @AriStone vs. JAMES COREY GOODE - Mesa, Co District Court Case #2018CV50 - https://spherebeingalliance.com/docum...

GOODE VS Gaia Inc./Jay Weidner - Link coming soon

NJ Bar Association Complaint - CW Chanter aka Ben Zavodnick - Link coming soon

#RingOfFire #DarkAlliance #20andback
#BlueChickenCult #GaiaTV #F2B #JChurchRadio
#FaderNauts #RICO  #Cyberstalking

Video unlisted link leaked. Making public now instead of the planned date. Nothing they can do about what is coming now anyway..

Category    People & Blogs

Up next                    Autoplay



Screenshot Twitter Feb 28, 2020 @ 7:10pm
EXHIBIT CO
3 pages



Screenshot Twitter
Feb 28, 2020
@ 7:07pm



screenshot Feb 28, 2020 @7:05pm

Mr Goode publicly declares he is in fact targeting Ms. Montalbano