**Exhibit 6**

**Mesa Court Filed Motions Impose Sanctions and Exhibits**

| | |
|---|---|
| District Civil Court, Mesa County, Colorado | **ORIGINAL FILED IN** |
| Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | **DEC 1 1 2018**<br>**COMBINED COURT**<br>**BY LITIGANT** |
| Plaintiff(s)/Petitioner(s): Alyssa Chrystie Montalbano<br>v.<br>Defendant(s)/Respondent(s): James Corey Goode | ▲  **COURT USE ONLY**  ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa Chrystie Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505 | Case Number: 18CV50 |
| Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number:_____ Atty. Reg. #: N/A | Division  10       Courtroom  10 |

## MOTION TO IMPOSE SANCTIONS ON DEFENDANT

Comes now Plaintiff, Alyssa Chrystie Montalbano, pursuant to C.R.C.P. Rule 11 and having waited the 21 days (C.R.C.P. Rule 11(c)(2)) after proper service upon Defendant in accordance with C.R.C.P. Rule 5(b)(2)(C); and moves this honorable court to impose the following sanctions on the Defendant:

1. Prohibit the Defendant from introducing the designated matter stated below into evidence on summary judgment or any trial:

   Stalking. Defendant has already presented his case to the Colorado Broomfield Combined Courts, July 17, 2018 through August 6, 2018 against Plaintiff. Whereby he alleged stalking and presented to the Broomfield courts as evidence Plaintiff's certified pre-litigation complaint and offer for

remedy outside of litigation. Defendant knowingly fabricated evidence for the Broomfield courts to obtain a fraudulent temporary protection order. The case was summarily dismissed based on a preponderance of the evidence which is the same evidence in this instant case; hundreds of emails and some legal mailings thereafter sent for response; and as are being litigated by Plaintiff as her claim for remedy and attribution due and have already been ruled upon as not constituting stalking. (EXHIBIT Broomfield Register of Actions – case closed)

2. Prohibit the Defendant, James Corey Goode, from entering his out of state Texas attorney, Valerie Yanaros Wilde, YANAROS LAW PC, into this instant case for the following facts, reasons, and law violations:

   a. Ms. Yanaros Wilde, assisted Defendant in avoiding and evading, harassing, and burdening (C.R.C.P. Rule 11) Plaintiff by way of helping Defendant open two improper similar cases to this instant case. (D.C. COLO LCivR 3.2(a), (b), (d)): Broomfield Combined Court frivolous stalking case 18C103; and Denver Federal Court 1:18-CV-02060-RM-GPG alleging it as a removal of this instant case

and failed to consolidate the cases through gross insufficiency of process. (C.R.C.P. 42 – Consolidation of cases)

b. Ms. Yanaros Wilde knowingly failed to lawfully enter Pro Hac Vice (C.R.C.P. Rule 221) into two state court cases, yet placed her name and information in both as though lawfully entered. This instant case and Broomfield Combined Courts, case 18C103, and violated the regulation of the legal profession in two court jurisdictions. (CRPC Rule 5.5- unauthorized practice of law)

c. Ms. Yanaros Wilde unlawfully assisted Defendant in opening the malicious prosecution case in Broomfield Combined Courts (EXHIBIT Broomfield Register of Actions – case closed) for a knowingly improper purpose: to gain unfair and unethical advantages in this instant case through criminal charges for a crime Plaintiff did not commit, stalking (CRPC Rule 4.5 - Threatening Prosecution).

Ms. Yanaros Wilde further unlawfully assisted Defendant in knowingly fabricating evidence for the Broomfield courts, such as Plaintiff made repeat phone calls to Defendant, when Plaintiff doesn't

even have Defendant's phone number. They knowingly fabricated evidence for the Broomfield Courts as they had failed during their first attempt to open the case almost exactly one month prior, June 16, 2018. Plaintiff was informed by the Bromfield court clerks during Defendant's first attempt, they "did not meet the requirements." (CRPC Rule 3.3 - Candor Toward the Tribunal) (EXHIBIT email June 16, 2018 first failed Protective Order attempt)

Ms. Yanaros Wilde then knowingly failed to lawfully serve Plaintiff for the malicious prosecution case (2nd attempt) and noticed Plaintiff barely more than 24 hours prior, July 23, 2018, of the hearing, July 24, 2018, 5 (five) hours away in Broomfield, by email. Plaintiff was in regular communication with Ms. Yanaros Wilde July 11th through the 23rd, regarding serving Defendant for this instant case. Ms. Yanaros Wilde, knowingly withheld the Broomfield case information since opening it July 17, 2018 till the last minute in an effort to take away Plaintiff's right to properly defend herself. (CRPC Rule 3.8 - Special Responsibilities of Prosecutor; EXHIBIT Email July 23, 2018 email only notice of stalking hearing)

Defendant and his Counsel filed Plaintiff's legal documents and offer for remedy outside of litigation with the Broomfield courts as 'stalking' evidence. (CRPC Rule 3.1 - Meritorious Claims and Contentions)

Ms. Yanaros Wilde regularly threatened Plaintiff with police and court actions due to Plaintiff mailing court filed records to the legally pro se Defendant, James Corey Goode, in both state court cases and continues to do so (see letter e. below). (CRCP Rule 4.5 Threatening Prosecution; EXHIBIT email July 27, 2018 Ms. Yanaros Wilde threatening police and court action against Plaintiff for mailing Broomfield legal filings to Defendant.)

d. Ms. Yanaros Wilde further assisted Defendant in his fraud by fabricating evidence on the Denver Federal Court record as well; to include a fabricated register of actions (EXHIBIT Fabricated Register of Actions at Docket 14 and Judge Moore's Minute Order at Docket 30, regarding 'concocted' Register of Actions), along with knowingly filing an incorrect document (one never filed by Plaintiff on any court record) for an improper purpose as the Complaint. That also cost

Plaintiff legal representation. (EXHIBIT alleged Complaint) (CRCP Rule 11(b)(1))

e. Ms. Yanaros Wilde threatening Plaintiff recently, November 13, 2018, with administrative action via a conferral for a 'Motion for No Contact Order,' due to Plaintiff mailing Defendant copies of recent legal filings in this instant case and attempting lawful conferral prior with Defendant by email. (EXHIBIT email November 13, 2018 – Motion for No Contact Order by Valerie Yanaros Wilde)

f. Ms. Yanaros Wilde regularly, repeatedly, and knowingly, violates due process of law and the Colorado Codes of Professional Conduct in general and has been asked repeatedly not to do so and regularly makes 'mistakes' for improper purposes. (C.R.C.P. Rule 11(b)(1))

g. Ms. Yanaros Wilde may become a defendant in the case.

h. Ms. Yanaros Wilde has regularly and repeatedly failed to serve Plaintiff copies of documents and records filed by herself on Defendant's behalf, even though Ms. Yanaros Wilde makes the certified statement on papers she files with the courts claiming to have done so. She has been noticed repeatedly to serve copies of everything

filed to Plaintiff and has knowingly failed to do so. (CRCP Rule 5)
(EXHIBIT Notice filed on Federal Court record; pre-Plaintiff being
admitted to E-file; for Defendant and his Counsel to serve copies of
everything they file on the court record, they did not comply.)

3. That Defendant be sanctioned to lawfully enter the correct contact
   information onto the court record for proper conferral until he lawfully
   enters proper representation on his behalf. (CRCP Rule 11)

4. That Defendant be ordered to stop opening similar cases against Plaintiff
   with Plaintiff's evidence. (D.C. COLO LCivR 3.2(b))

5. That Defendant be ordered to stop threatening prosecution and/or
   administrative actions against Plaintiff for following due process of law.
   (CRPC Rule 4.5)

6. That Defendant be ordered to follow due process of law.

7. That Defendant be ordered to serve copies of everything he files in this
   instant case on Plaintiff. (CRCP Rule 5)

Respectfully Submitted and All Rights Reserved,

*Alyssa Chrystie Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO  81505
AriStoneArt@Ymail.com
970.250.8365

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing **MOTION TO IMPOSE SANCTIONS ON DEFENDANT** was sent first class by U.S. Mail, postage prepaid, to Mr. James Corey Goode USPS Certified Mail 7018 0680 0002 3148 5940; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020 and by email to James Corey Goode this 17th day of November, 2018.

Alyssa Chrystie Montalbano, American Citizen

EXHIBIT **MOTION TO IMPOSE SANCTIONS ON DEFENDANT** BROOMFIELD REGISTER OF ACTIONS – CASE CLOSED 1of4

Register of Actions
Broomfield 18C103



Back to Search    1 Matches    Current page 1 of 1    Goto Page 1    Go    Results per Page 25    Go

| Case Number | Name | Date of Birth | Party | Date Filed | Status | Description | Location | Source |
|---|---|---|---|---|---|---|---|---|
| 2018C103(County) | Montalbano, Alyssa Chrystie | 01/01/1980 | Defendant | 07/17/2018 | Closed | Protection Order | Broomfield | State |

1 Matches    Current page 1 of 1    Goto Page 1    Go    Results per Page 25    Go

Copyright © 2018 LexisNexis Risk Solutions. All rights reserved.  Terms & Conditions   Privacy Policy   Site Map   (154) J86

malicious Prosecution Case
Opened by Defendant, Mr. Goode
for an improper purpose
against Plaintiff, Ms. Montalbano

CRPC Rule 4.5
CRPC Rule 5.5
CRCP Rule 221
C.R.C.P Rule 11(b)

# Goode, James Corey Vs. Montalbano, Alyssa Chrystie

**Case Number:** 2018C103(County)          **Date Filed:** 2018-07-17

| Summary | | |
|---|---|---|
| Judge | Jacque Lyn Russell | |
| Court | Broomfield County | |
| Division | C | |
| EFiled | Y | |
| Appealed | | |
| Case Closed Date | 08/06/2018 | |

| Case Status | |
|---|---|
| Closed | |

| Judge or Magistrate | | |
|---|---|---|
| Name | BAR Number | |
| Jacque Lyn Russell | 22046 | |

| Agency | | | |
|---|---|---|---|
| Agency | Agency Case | Tkt/Summons Nbr | Arrest Nbr |

| Related Cases | | | |
|---|---|---|---|
| Location | Case Number | Related Reason | Name |

| Participants | | |
|---|---|---|
| Litigant | Attorney | |
| Montalbano, Alyssa Chrystie | Wilson, Kelly B | |
| Defendant 1 | Role Private Attorney | |
| DOB 01/01/1980 | BAR 45856 | |
| Gender Female | Primary Attorney Y | |
| Race Other | | |
| Toney, Kelly B | | |
| Role Private Attorney | | |
| BAR 45856 | | |
| Primary Attorney Y | | |
| Goode, James Corey | | |
| Plaintiff 1 | | |
| DOB 02/22/1970 | | |
| Gender Male | | |
| Race Caucasian | | |

| Charges | | | |
|---|---|---|---|
| Count | Date | Details | |

| Scheduled Events | | | |
|---|---|---|---|
| Date | Time | Details | |
| | | Status Hearing Held Judge Jacque Lyn Russell Room C | |
| 07/17/2018 | 130 PM | Temporary Restraining Ord Hrg Status Held and Continued Judge Jacque Lyn Russell | |

EXHIBIT **MOTION TO IMPOSE SANCTIONS ON DEFENDANT** BROOMFIELD REGISTER OF ACTIONS – CASE CLOSED 3of4

| | | | |
|---|---|---|---|
| | 07/24/2018 | 330 PM | Room C<br>Permanent Restraining<br>Ord Hrg<br>Status Hearing Held<br>Judge Jacque Lyn Russell |
| | 08/06/2018 | 1000 AM | Room C<br>Permanent Restraining<br>Ord Hrg |

**Proceedings**

| | Date | Code | Description |
|---|---|---|---|
| | 07/17/2018 | TROG | Temp Protection Order-granted |
| | 07/17/2018 | ORDR | Order |
| | 07/17/2018 | FOTH | Filing Other |
| | 07/17/2018 | EXHB | Exhibit-attach To Pleading/doc |
| | 07/17/2018 | CTRO | Complaint-tro |
| | 07/17/2018 | AFFI | Affidavit |
| | 07/24/2018 | TROV | Temp Protection Order-vacated |
| | 07/24/2018 | TROG | Temp Protection Order-granted |
| | 07/24/2018 | PORD | Proposed Order |
| | 07/24/2018 | ORDR | Order |
| | 07/24/2018 | ORDR | Order |
| | 07/24/2018 | ORDR | Order |
| | 07/24/2018 | ORDR | Order |
| | 07/24/2018 | ORDR | Order |
| | 07/24/2018 | MOTN | Motion |
| | 07/24/2018 | MOTN | Motion |
| | 07/24/2018 | MOTN | Motion |
| | 07/24/2018 | MINC | Minute Order (print) |
| | 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| | 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| | 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| | 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| | 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| | 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| | 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| | 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| | 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| | 07/25/2018 | ORDR | Order |
| | 08/03/2018 | PORD | Proposed Order |
| | 08/03/2018 | MOTN | Motion |
| | 08/03/2018 | ENTR | Entry Of Appearance |
| | 08/06/2018 | TROV | Temp Protection Order-vacated |

*(handwritten annotations:)*

— due to fabricated evidence

(Mr. Goode) Defendant alleged he'd have witnesses testify against Plaintiff (Ms. Montalbano)

(Mr. Goode) Defendant failed to appear.

EXHIBIT MOTION TO IMPOSE SANCTIONS ON DEFENDANT BROOMFIELD REGISTER OF ACTIONS – CASE CLOSED 4of4

| | | | |
|---|---|---|---|
| | 08/06/2018 | ORDR | Order |
| | 08/06/2018 | MINC | Minute Order (print) |
| | 08/06/2018 | CLAD | Case Closed |

| Judgments | # | Date | Details |
|---|---|---|---|
| | | | |

| Bond Information | ID | Details |
|---|---|---|
| | | |

| Financial Summary | Un-Assigned Rcp's | Received |
|---|---|---|
| | ---------------- | ------ |
| | Civil Action Tax | $1.00 |
| | Civil Filing Fee | $30.00 |
| | Court Security Cash Fund | $5.00 |
| | Justice Center Cash Fund | $37.00 |
| | Stabilization Fund - USER Fee | $24.00 |
| | Total Un-Assigned | $97.00 |

7 days later, after a trip to TX where Defendant's counsel lives, Defendant alleged removal of case 18CV50 to federal Court based in Denver, Aug 13, 2018

EXHIBIT: MOTION TO IMPOSE
SANCTIONS ON DEFENDANT EMAIL
JUNE 16, 2018 1ST FAILED
PROTECTIVE ORDER ATTEMPT

Motion for Protective Order: Goode/Montalbano

From: yanaroslaw (valerie@yanaroslaw.com)

To:    aristoneart@ymail.com; purplemagus374@gmail.com

Cc:    goodetech@yahoo.com

Date: Saturday, June 16, 2018 12:35 AM MDT

*Failed 1st attempt by Defendant & his Counsel*

Alyssa:

See attached redacted Motion for Protective Order and Brief in Support by James Corey
Goode against Alyssa Montalbano sent to be filed with Broomfield County Court Friday, June
15, 2018.

Please refrain from any and all contact with Mr. Goode, including attendance at any
Conference he is attending or presenting at, including this weekend's Disclosure Fest in Los
Angeles. You have previously agreed to these terms on February 2 of this year. You
subsequently broke that agreement by emailing Mr. Goode. Please make right on your
promise going forward.

Contact me--and only me--with any questions.

Regards,
Valerie Wilde

Cheers,

Valerie Yanaros Wilde, Esq.
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600

**Confidentiality Notice:** The information contained in this email and any attachments may be
privileged and confidential. Any dissemination, copying, or use of or reliance upon such
information by or to anyone other than the intended recipient[s] is prohibited. If you have
received this message in error, please notify the sender immediately at the email address
above and destroy any and all copies of this message.


Mtn for Protective Order_Goode_Montalbano.pdf
3.2MB

EXHIBIT MOTION TO IMPOSE
SANCTIONS ON DEFENDANT EMAIL
JULY 23, 2018 EMAIL NOTICE ONLY
OF STALKING HEARING

Address for Service

From: yanaroslaw (valerie@yanaroslaw.com)

To: aristoneart@ymail.com; purplemagus374@gmail.com

Date: Monday, July 23, 2018 10:29 AM MDT



Ms. Montalbano,

Can you please provide an address for service of process? The attached is a courtesy copy of the Summons and Protective Order entered last week by the Judge in Broomfield County Court. You have a hearing tomorrow at 3:30 p.m. on the Protective Order.

Cheers,

Valerie Yanaros Wilde, Esq.
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

PO Documentation.pdf
19.6MB

VIOLATION OF PROTECTIVE ORDER: JAMES COREY GOODE AGAINST ALYSSA
MONTALBANO ENTERED 7/17/18

From:   yanaroslaw (valerie@yanaroslaw.com)

To:   purplemagus374@gmail.com; aristoneart@ymail.com

Cc:   goodetech@yahoo.com; sba.producer@gmail.com

Date:   Friday, July 27, 2018 11:42 AM MDT

*This was received because
Plaintiff served Mr. Goode
a copy of what was filed
with the Broomfield Courts.
(July 27, 2018)
CRCP Rule 4.5-Threatening
Prosecution*

Ms. Montalbano:

You are in **direct violation of the protective order** granted to Mr. Goode on July 17 and
continued by Broomfield County Court on July 24.

The pertinent part provides:

**The Court Orders that you, the Restrained Person** shall not contact, harass, stalk, injure, intimidate,
threaten, touch, sexually assault, abuse, or molest the Protected Persons named in this action, or harm,
take, transfer, conceal, dispose of or threaten harm to an animal owned, possessed, leased, kept or held
by any protected party, or a minor child of any other party, or otherwise violate this Order. You shall not
use, attempt to use, or threaten to use physical force against the Protected Persons that would
reasonably be expected to cause bodily injury. You shall not engage in any conduct that would place the
Protected Persons in reasonable fear of bodily injury

You mailed a package to Mr. Goode with three motions in **direct violation of the
aforementioned protective order** (see attached scanned image of the package) on July
24. To head your questions off at the pass: NO, the attachment does not include any
malware, "military hacking tactics" or whatever crazy executable--real or imagined--it is a
pdf of the evidence of **your illegal and unlawful conduct**.

We **will** be notifying **the court and police** of your violation.

You are to address all correspondence to me and **me only**.

Any further contact will be met with any and all means necessary to enforce the order.

Confirm receipt of this email.

Cheers,

*She never lawfully
entered the Broomfield
case. CRCP Rule 221*

Valerie Yanaros Wilde, Esq.
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600

**Confidentiality Notice:** The information contained in this email and any attachments may be
privileged and confidential. Any dissemination, copying, or use of or reliance upon such
information by or to anyone other than the intended recipient[s] is prohibited. If you have
received this message in error, please notify the sender immediately at the email address
above and destroy any and all copies of this message.

1:18-CV-02060-RM-GPG

**EXHIBIT** MOTION TO IMPOSE
**SANCTIONS ON DEFENDANT**
FABRICATED REGISTER OF ACTIONS AND
MINUTE ORDER REGARDING 'CONCOCTED'
REGISTER 1of4

...ored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. On the
...formal request of the magistrate judge or on the request of the parties by motion, this court
... to engage in an early neutral evaluation, a settlement conference, or another alternative
... ceeding. Entered by Judge Raymond P. Moore on 9/4/2018. (Text Only Entry) (rmsec )
)

| 09/04/2018 | 24 | MINUTE ORDER: With the assignment of this matter, the parties are advised that throughout this case they are expected to be familiar and comply with not only the Local Rules of this District, but also Judge Raymond P. Moore's Civil Practice Standards, which may be found at: http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRaymondPMoore.aspx. SO ORDERED by Judge Raymond P. Moore on 9/4/2018. (Text Only Entry) (rmsec ) (Entered: 09/04/2018) |
| 09/04/2018 | 25 | MEMORANDUM regarding 15 MOTION to Dismiss for Failure to State a Claim filed by James Corey Goode, 20 MOTION to Remand filed by Alyssa-Christie Montalbano. Motions referred to Magistrate Judge Scott T. Varholak. Entered by Judge Raymond P. Moore on 9/4/2018. (Text Only Entry) (rmsec) (Entered: 09/04/2018) |
| 09/05/2018 | 27 | ORDER REASSIGNING MAGISTRATE JUDGE The case is REASSIGNED to Magistrate Judge Gordon P. Gallagher and all future filings in this case shall reflect the case number of 18-cv-02060-RM-GPG. ORDERED by Judge Raymond P. Moore on 9/5/2018. (cthom, ) (Entered: 09/05/2018) |
| 09/05/2018 | 28 | OBJECTIONS to 1 Notice of Removal, by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/05/2018) |
| 09/05/2018 | 29 | NOTICE re 19 Consent to Jurisdiction of Magistrate Judge by Counter Claimant James Corey Goode (Wilde, Valerie) (Entered: 09/05/2018) |
| 09/06/2018 | 30 | MINUTE ORDER: This matter comes before the Court sua sponte. The reference in ECF No. 25 of the motion to remand (ECF No. 20) is withdrawn. On or before September 10, 2018, defendant is ORDERED to respond to the motion to remand. In doing so, among other things, defendant is instructed to state the specific date he received a copy of plaintiff's complaint as alleged in paragraph 3 of the notice of removal. (See ECF No. 1 at 2.) In addition, on or before September 7, 2018, defendant is ORDERED to file a copy of the motion to dismiss that was actually filed in State court. In other words, unlike the current version, the motion to dismiss should contain the stamp of the State court indicating when it was filed (i.e., like the document at ECF No. 1-3; none of the other exhibits attached to the notice of removal contain a stamp). At the same time, defendant shall also file a copy of the entire State court docket sheet as required by this District's Local Rule 81.1(b). To be clear, whatever it is that defendant's counsel concocted and filed at ECF No. 14 is NOT the register of actions for the state court case. SO ORDERED by Judge Raymond P. Moore on 9/6/2018. (Text Only Entry) (rmsec ) (Entered: 09/06/2018) |
| 09/07/2018 | 31 | ORDER vacating Scheduling Conference set for 9/19/2018 at 10:00 AM with Magistrate Judge Vaholak. Magistrate Judge may re-set this conference at an appropriate time. By Magistrate Judge Gordon P. Gallagher on September 7, 2018. Text Only Entry (gpgsec ) (Entered: 09/07/2018) |
| 09/07/2018 | 32 | SUPPLEMENT/AMENDMENT *and Motion in Fulfillment of Court Order (Docket 30)* by Defendant James Corey Goode. (Attachments: # 1 Exhibit A--State MTD As Filed, # 2 Exhibit B--Order Service By Publication, # 3 Exhibit C--Record Search 08302018)(Wilde, Valerie) (Entered: 09/07/2018) |
| 09/07/2018 | 33 | First MOTION for Extension of Time to *File Case Register of State Court Action* by Defendant James Corey Goode. (Wilde, Valerie) (Entered: 09/07/2018) |
| 09/10/2018 | 34 | RESPONSE to 20 MOTION to Remand filed by Defendant James Corey Goode. (Attachments: # 1 Declaration Goode, # 2 Declaration Wilde, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit, # 6 Exhibit 1, # 7 Exhibit 2)(Wilde, Valerie) (Entered: 09/10/2018) |
| 09/11/2018 | 35 | ORDER: Scheduling Conference set for 10/30/2018 10:00 AM in Room 323 (Grand Junction) before Magistrate Judge Gordon P. Gallagher. A Scheduling Conference is set in GRAND JUNCTION, Colorado at the Wayne Aspinall Federal Building - United States Courthouse, 400 Rood Avenue, Grand Junction, CO 81501 before U.S. Magistrate Judge Gordon P. Gallagher. The parties shall comply with the Instructions to Scheduling Order for U.S. Magistrate Judge Gordon P. Gallagher which can be found at www.cod.uscourts.gov. Parties concerned regarding travel time and expense to Grand Junction for appearances before the Magistrate Judge are referred to this Magistrate Judge's policy in that regard which can be found at the above website. By Magistrate Judge Gordon P. Gallagher on September 11, 2018. Text Only Entry (gpgsec) (Entered: 09/11/2018) |
| 09/17/2018 | 36 | AMENDMENT to Objection to Notice of Removal by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 37 | AMENDMENT "Two-To Incorrectly Filed Objection to First Motion for Extension of Time to File Court Register of the State Court Action No. 18cv-50" by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 38 | OBJECTIONS to "Amendments to Document Filed from the State Court Action Pursuant to D.C.Colo.L.Civ.R 81.1" by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 39 | AMENDMENTS to "Incorrectly Filed Objection to First Motion for Extension of Time to File Court Register of the State Court Action No. 18cv-50" by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/17/2018) |

EXHIBIT **MOTION TO IMPOSE**
**SANCTIONS ON DEFENDANT**
FABRICATED REGISTER OF ACTIONS AND
MINUTE ORDER REGARDING 'CONCOCTED'
REGISTER  2of4

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

ALYSSA-CHRISTIE §
MONTALBANO §
    Plaintiff, §
 §
 §    C.A. NO.: 1-18-cv-02060-STV
v. §
 §    JURY TRIAL DEMANDED
JAMES COREY GOODE, §
    Defendant. §
 §

## REGISTER OF ACTIONS AND PARTY INFORMATION
## PURSUANT TO RULE 81.1

Defendant James Corey Goode ("Mr. Goode") hereby files this Register of

Actions pursuant to D. C. COLO. L. Civ. R. 81.1. Mr. Goode is still awaiting a

full record from Mesa County Court but is filing this Register of Actions (the

"Register") as he understands reflects the current Mesa County Court docket. Mr.

Goode will amend his Register as necessary as soon as he receives the official

docket from Mesa County Court. All documents filed by Mr. Goode are denoted

by "Defendant" in the Register under "Filing Party" and all documents filed by

Plaintiff Alyssa Montalbano ("Plaintiff") are denoted by "Plaintiff" in the

Register under "Filing Party".

**REGISTER OF ACTIONS AND PARTY INFORMATION**       **PAGE 1**

EXHIBIT MOTION TO IMPOSE
SANCTIONS ON DEFENDANT
FABRICATED REGISTER OF ACTIONS AND
MINUTE ORDER REGARDING 'CONCOCTED'
SISTER  3of4

| Date Filed | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|
| 06/25/18 | Plaintiff | Complaint | Motion to Order Cease and Desist Unauthorized Use of Intellectual Property, Dream Visions, Copyrighted Materials and Defamation of Character | Public |
| 07/03/18 | Plaintiff | Affidavit in Support of Service by Publication | Affidavit in Support of Order for Service by Publication | Public |
| 07/13/18 | Defendant | Motion to Dismiss | Defendant James Corey Goode's Motion to Dismiss for Failure to State a Complaint Under C.R.C.P. 12(b)(5)[1] | Public |
| 07/18/18 | Plaintiff | Response to Motion to Dismiss | Reply (sic) to Defendants (sic) Motion to Dismiss for Failure to State a Complaint | Public |
| 07/31/18 | Defendant | Reply to Response to Motion to Dismiss | Reply to Plaintiff's Response to Mr. Goode's Motion to Dismiss for Failure to State a Complaint | Public |

---

[1] The Applicable Rule in the District Court for the District of Colorado is Federal Rule of Civil Procedure 12(b)(5), and should the Court require an amendment to the Motion to Dismiss to reflect the Federal Rule, Defendant respectfully reserves the right and requests leave to amend such pleading under Federal Rule of Civil Procedure 81(c)(2).

**REGISTER OF ACTIONS AND PARTY INFORMATION**          **PAGE 2**

EXHIBIT **MOTION TO IMPOSE**
**SANCTIONS ON DEFENDANT**
FABRICATED REGISTER OF ACTIONS AND
MINUTE ORDER REGARDING 'CONCOCTED'
REGISTER 4of4   Mr. Goode believes there are at least two (2) other filings in this case, [1] the

Order for Service by Publication from Judge Lynn and [2] some other filing by

Plaintiff that was filed within the last few weeks. Mr. Goode will have these

documents to file with this Court within the next week or two upon receipt from

Mesa County and will do so prior to the Scheduling Conference set for 9/19/2018

at 10:00 AM in Courtroom A 402 before The Honorable Judge Scott T. Varholak

(Dkt. 11).


Dated: August 28, 2018                              Respectfully Submitted,


                                          **S/ VALERIE YANAROS WILDE**
                                          **VALERIE YANAROS WILDE**
                                          **YANAROS LAW, P.C.**
                                          **5057 KELLER SPRINGS, SUITE 300**
                                          **ADDISON, TEXAS 75001**
                                          **TELEPHONE: (512) 826-7553**
                                          **FAX: (469) 718-5600**
                                          **VALERIE@YANAROSLAW.COM**

                                          **ATTORNEY FOR DEFENDANT**
                                          **JAMES COREY GOODE**


## CERTIFICATE OF SERVICE

THE UNDERSIGNED COUNSEL HEREBY CERTIFIES THAT ON THIS 20TH DAY OF
AUGUST A COPY OF THE FOREGOING WAS FILED WITH THE CLERK OF COURT USING
THE CM/ECF SYSTEM. A COPY OF THIS DOCUMENT WILL BE SERVED UPON THE
PLAINTIFF IN ACCORDANCE WITH FRCP 4.

                     ↗incorrect Rule        /S VALERIE YANAROS WILDE
                                            VALERIE YANAROS WILDE


**REGISTER OF ACTIONS AND PARTY INFORMATION**              **PAGE 3**

EXHIBIT **MOTION TO IMPOSE SANCTIONS ON DEFENDANT**
ALLEGED COMPLAINT 1of7



Alleged "Complaint" filed for an improper purpose by Defendant and his Counsel on the federal court Record. C.R.C.P. Rule 11(b)(1)

PRESS FIRMLY TO SEAL

U.S. POSTAGE
GRAND JUNCTION, CO
81501
JUN 04, 18
AMOUNT
**$12.90**
R2303S103124-25

**PRIORITY MAIL**

The UPS Store #3779
1140 US HWY 287 #400
BROOMFIELD, CO 80020
(303) 635-0400
store3779@theupsstore.com

You received a package via USPS/Certified from postal tracking number 70180680000231470630 on 06/04/2018. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 06/04/2018 to avoid storage fees.

266

Today's Date _____

Print Name _____

FROM: Alyssa-Chrystie: Montalbano
2536 Rimrock Ave
STE 400-117
Grand Junction CO 81505

RETURN RECEIPT REQUESTED

CERTIFIED MAIL

7018 0680 0002 3147 0630

TO: James Corey Goode
Goode Media Publishing LLC
Goode Enterpr. Solutions Inc.
1140 US HWY 287
Suite 400-266
Broomfield, CO 80020

P S00001000014    EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

**UNITED STATES POSTAL SERVICE®**

EXHIBIT MOTION TO IMPOSE
SANCTIONS ON DEFENDANT
ALLEGED COMPLAINT 2of7

*Never filed as a "complaint" by Plaintiff*

# CERTIFICATE OF SERVICE

It is hereby certified, that on  June  __4__  2018 , the undersigned mailed to the following addresses:

James Corey Goode
GOODE MEDIA PUBLISHING, LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US Highway 287
Suite 400-266
Broomfield, Colorado 80020

James Corey Goode
C/O: GAIA INC
833 West South Boulder Road
Building G
Louisville, Colorado 80027

Hereinafter, "Recipient," the documents and sundry papers pertaining to "Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate"

1. **Notice of Default in Dishonor**

2. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7018 0680 0002 3149 0630** and **7018 0680 0002 3149 0685** Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Courtesy copies; sent by Certified Mail with Return Receipt to CEO, Jirka Rysavy GAIA INC Certified Mail No. **7018 0680 0002 3149 0708** and Senior Director of Content Production, Jay Weidner GAIA INC Certified Mail No. **7018 0680 0002 3149 0739** at the following address: 833 West South Boulder Road Building G, Louisville, CO 80027.

Signed this  __4__  day of June 2018
With Prejudice and All Rights Reserved,

_Alyssa-Chrystie: Montalbano_
Alyssa – Chrystie: Montalbano (UCC 1-308)

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of __CO__ ,County of __Mesa__
Signed before me on this __4__
of __June__ 2018 by __Kimberly Blossom__
Notary Public _Kimberly D Blossom_

KIMBERLY D. BLOSSOM
KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016246
MY COMMISSION EXPIRES APRIL 26, 2022

Certificate of Service June 4, 2018

EXHIBIT MOTION TO IMPOSE
SANCTIONS ON DEFENDANT
ALLEGED COMPLAINT 3of7

June 4, 2018

*This letter was never filed onto any court record by Plaintiff.*

Corey,

I am offering you the apprenticeship because you need to learn how to really protect yourself.

Locking yourself into more rules and deeper layers of fear (what you call 'greater security') ultimately will not get you the results you seek. It works somewhat belabored, but is hackable, because the method focuses on the problem and not the solution. That means, the method resides in the same energetic frequencies you are trying to avoid, therefore access remains available to those who also operate on it. Think of it like a 50 story building. You're on the first floor and all the people you wish to avoid are also on the 1st floor. Now, imagine each floor is an energetic frequency and you can only go up a floor when you adjust your frequency. Setting up more low vibration frequency (fear based) safety (fighting) protocols on the 1st floor, still keeps you on the same level and make you reasonably accessible to all those you wish to avoid because maybe you're only just down the hallway from the people trying to 'get you'. Now granted you can barricade yourself in a room and keep on piling up more junk in front of the door to the room, but generally and rationally speaking how long can you hold out? What rations do you have, food, water, sleep, etc?.

Basically, staying on the 1st level floor (battlefield) you'll always be fighting and ultimately it's only a matter of time before the barricades are broke into.

Now, imagine each floor you go up not only are the people nicer (higher vibration) but those still into fighting battlefield-style cannot go up a floor and behave that way, they must also raise their vibration and become 'nicer.' Now, what happens if you successfully raise your vibration (love) to live on the 50th floor? I can tell you, it's rather nice on the 50th floor, overall very peaceful and joyful. However, while its very nice up here on the 50th floor and the rooftop view is also lovely, I'm still in this same building as you because I have chosen this 'lot' to vibrationally and tonally heal, I still have those from the 1st floor call me up on the building phones (dreams) somewhat regularly to ask me to join them on the 1st floor by asking if they can kill me or my friends still playing on

the 1st floor with them. From AI controlled forms, to mafia, shadow people, to whatever or whoever else wants me to 'play ' the fear drama game.   I tell them "no" in a variety of ways and my life in 3D continues to be peaceful.  90% of the time my methods include giving them love and light, about 10% of the time (if they are a higher vibrational troublemaker) I will use more mundane methods to tell them no, because they can learn what they need from that and grow.  In all instances, the method applied brings their vibration up closer to my level.  So they too may one day join me on the 50th floor.  When everyone in the building makes it to the 50th floor, a new building and wonderful life can be chosen, where we all live in peace and harmony.

I greatly enjoy when those of the lower floors ask me to play with them, Why? . . . Because I get to heal and change them. ☺  After I wrote most of this letter to you, I went back to sleep and had one of the highest level ethereal controller types that are rarely ever seen come to me. He wanted to eat me, he was extremely tall and lean and had two huge MIB like beings with him.  Now why on god's green earth would I be glad about this being coming to me and wanting to eat me? Because I got to give him the light he so desperately needed to start his healing process. He softened and changed. This was done for the lower level players as well that I worked with before revealing his level to the others in the room that I was teaching how to do what I do.  This main upper level more ethereal seated being then needed some time to integrate the energies, but he was able to control himself some now.  He made me think of a Soros type.  I will then wait till the lower level combatant(s) come to me again to heal them further or look for them to join me on the 50th floor once they complete their healing processes.  I greatly enjoy seeing them whole and healed and have learned a great deal of patience and neutrality over the years.

I can help you and teach you how to do these things as well and how to live a truly peaceful life according to the resonance of your own heart wisdom, which will elevate you above being fearful and the troubles associated thereof.

The things you read in that PDF file in Dec and were 'surprised' by and 'didn't know what to say '. . .I meant  every word. I was surprised by you being surprised, because that didn't fit the 3D evidence as

EXHIBIT MOTION TO IMPOSE
SANCTIONS ON DEFENDANT
ALLEGED COMPLAINT 5of7

we both know and thus the pending litigation. I much prefer we make slime together and my dream data be correct. You?

Because I believe in my abilities and what I have seen in soul spirit realms, I will continue to offer you The Remedy as an option. I do this for you. It is very important at this stage that you accept it, even if you only do it initially to keep from having the allegations go onto public record. I must teach you and the others how to genuinely protect yourselves. This is very serious. Once you are clear in your heart, you will have the ability to clearly choose if you want to continue your studies with me or not. I'm a very easy going person, except where lower density behaviors are concerned and I am very firm on my position and I continue to live in heart spaces of peace, joy, love, and freedom, while maintaining a highly critical eye. It's an interesting mix.

I do what I do for your safety. I ask that you set your fears aside regarding me and look to see what actually "is." This will ultimately allow you to free your mind and once that happens my work will be complete and you may freely choose if you wish to continue your studies with me or we can adapt the work-together arrangement.

Regardless to if the legal evidence is correct, or my dreams, or any blend thereof. . . You are obviously interested in what I do and my information. For your conscious awareness, I continue to be interested in developing a healthy interpersonal relationship with you, while I teach you how to do what I do and correctly implement the true messages of love and light. No fighting.

*Alyssa Montalbano*

Thank you, Alyssa

EXHIBIT MOTION TO IMPOSE
SANCTIONS ON DEFENDANT
ALLEGED COMPLAINT 6of7

# NOTICE OF DEFAULT IN DISHONOR

*This was knowingly filed here for an improper purpose by Defendant. Plaintiff lost potential legal Counsel due to these being filed as the complaint of Plaintiff not understanding the gravity of such filing.*

Certified Mail#   **7018 0680 0002 3149 0630 and 7018 0680 0002 3149 0685**

Date:             **June 4, 2018**

Petitioner:       Alyssa-Chrystie: Montalbano
                  ARI STONE ART LLC
                  2536 Rimrock Ave
                  Suite 400-117
                  Grand Junction, Colorado 81505

Respondent:       James Corey Goode
                  GOODE MEDIA PUBLISHING LLC
                  GOODE ENTERPRISE SOLUTIONS INC
                  1140 US HIGHWAY 287
                  SUITE 400-266
                  BROOMFIELD, COLORADO 80020

Reference:        **Courtesy Notice Stop and Desist Use of Intell~~~~** o Litigate
                  dated April 18, 2018

*Corey,
I will give you
One week
(June 13, 2018 deadline)
to Accept my
Offer for Remedy
Revised.
After that I file documents on
Public Record & open
a legal case   Alys
June 4, 2018*

This instrument is a **Notice of Default in Dishonor** upon the instrument(s) delivered by the Petitioner dated April 18, 2018 with the U.S.P.S. Certified Mail No. **7016 2070 0000 9810 9985** and received by the Respondent on or about April 20, 2018 at the address referenced above and subsequent presentment with **Return Receipt attached** by placing same in a postpaid envelope properly addressed to Recipient and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

**PRESENTMENT:** On **April 20, 2018**, Alyssa-Chrystie: Montalbano presented the following instrument(s) for response:

1. **Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate** dated April 18, 2018

2. **Notice of Written Correspondence** dated April 18, 2018

3. **Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice)** dated April 18, 2018

4. Courtesy Copy **Certificate of Service** dated April 18, 2018

**PRESENTMENT:** On **May 16, 2018**, Alyssa-Chrystie: Montalbano presented the following instrument(s) for response with the U.S.P.S. Certified Mail No. **7018 0680 0002 3149 0623 and 7018 0680 0002 3149 0777** and received by the Respondent on or about May 18, 2018 at the address referenced above and the following address: C/O GAIA INC, 833 West South Boulder Road Building G, Louisville, CO 80027.

1. **Notice of Fault in Dishonor** dated May 16, 201

2. **Updated and Corrected Copy: Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate – AMENDED** dated May 16, 2018

3. AMENDMENT ONE dated May 16, 2018

4. ADDENDUM ONE dated May 16, 2018

5. FINES & FEES For Intellectual Property Use and Copyright Infringements dated May 16, 2018

Notice of Default in Dishonor                                      Page 1 of 2

EXHIBIT **MOTION TO IMPOSE**
**SANCTIONS ON DEFENDANT**
ALLEGED COMPLAINT 7of7

6. Certified Billing Statement 001 dated May 16, 2018

7. OFFER FOR REMEDY – REVISED dated May 16, 2018

8. **Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice) –REVISED** dated May 16, 2018

9. **CC: Notice of Written Correspondence** dated April 18, 2018

10. Courtesy Copy of **Certificate of Service** dated May 16, 2018

**PRESENTMENT**: On **May 29, 2018**, Alyssa-Chrystie: Montalbano presented the following instrument(s) for response with the U.S.P.S. Certified Mail No. **7018 0680 0002 3149 0784** and **7018 0680 0002 3149 0647** and received by the Respondent on or about May 31, 2018 at the address referenced above and the following address: C/O GAIA INC, 833 West South Boulder Road Building G, Louisville, CO 80027.

1. **Certified Billing Statement 002** dated May 28, 2018

2. Courtesy Copy **Certificate of Service** dated May 29, 2018

**DISHONOR**: By the terms and conditions of the instrument, the Respondent is under the duty and obligation to timely and in good faith protest and/or honor the presentment within 14 (fourteen) business days. Allowing 14 (fourteen) business days plus reasonable mailing time for the acceptance have passed and Petitioner shows no record of protest and/or honor to the presentment with a legal, or lawful response. Petitioner deems the instrument(s) to have been dishonored on **May 16, 2018**, and therefore a confession of judgment on the merits is warranted.

Allowing 14 (fourteen) business days for the acceptance, and an additional ten (10) days on the opportunity to cure, **Notice of Fault in Dishonor**, and the time allowed having passed for acceptance, and the Petitioner showing no record of acceptance, Petitioner now deems the instrument(s) to have been dishonored on **May 16, 2018** and the **Notice of Fault in Dishonor** to have been dishonored on **June 3, 2018**, thereby comprising a confession of judgment on the merits.

**DEFAULT**: For the Respondent(s) failure to honor the offer, places the Respondent(s) at **fault**. For the Respondent(s) failure, refusal, or neglect in the presentment of a verified response to the Presentments and to the **Notice of Fault in Dishonor**, Respondent(s) thereby acquiesce and tacitly agree with all terms, conditions and stipulations set forth within the **Notice of Fault in Dishonor** and by Alyssa-Chrystie: Montalbano.

In a continued effort to settle outside of litigation the **Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice) –REVISED** dated May 16, 2018, though dishonored, shall remain an available option for Respondent to accept as remedy due Petitioner (Instructor) outside of litigation, unless otherwise certified in writing.

Signed this **4** day of June, 2018
With Prejudice and All Rights Reserved,

_alyssa-chrystie: Montalbano_

**Alyssa-Chrystie: Montalbano (UCC 1-308)**
Owner ARI STONE ART LLC
Artist Ari Stone

State of _CO_, County of _Mesa_

Signed before me, on this _4th_
of _June 2018_ by _Kimberly D. Blossom_
Notary Public _Kimberly D. Blossom_

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Notice of Default in Dishonor                    Page 2 of 2

EXHIBIT **MOTION TO IMPOSE SANCTIONS ON DEFENDANT** EMAIL NOVEMBER 13, 2018 MOTION FOR NO CONTACT BY MS. YANAROS WILDE

Re: Motion for No Contact Order

From:   Ari Stone (aristoneart@ymail.com)

To:     valerie@yanaroslaw.com

Date:   Tuesday, November 13, 2018 11:28 AM MST

I am required by law to serve him copies of what is filed in any legal action against him. You are not lawfully entered into the state court case Pro Hac Vice.   Yes, I oppose your motion to violate due process of law.

Alyssa Montalbano

On Tuesday, November 13, 2018 10:56:41 AM MST, yanaroslaw <valerie@yanaroslaw.com> wrote:

Ms. Montalbano:

*Legal filings required conferral only for this instant case 18CV50.*

It has come to my attention that you are still contacting Mr. Goode against his wishes and in violation of your promises not to.

Please let us know your position on our Motion for No Contact Order we will file with the Court.

Sent from Zoho Mail on iPhone

*Ms. Wilde Threatening with court action for following due Process of law*

EXHIBIT **MOTION TO IMPOSE
SANCTIONS ON DEFENDANT** NOTICE
FILED ON FEDERAL COURT RECORD FOR
DEFENDNAT TO SERVE PLAINTIFF COPIES
OF LEGAL FILINGS 1of3

## FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**SEP 17 2018**

JEFFREY P. COLWELL
CLERK

| | | |
|---|---|---|
| Alyssa-Chrystie: Montalbano | § | CIVIL ACTION NO.: |
| Plaintiff | § | 1:18-cv-02060-RM-GPG |
| v. | § | |
| James Corey Goode | § | JURY TRIAL DEMANDED |
| Defendant | § | |
| | § | |

*see page 2*

## NOTICE OF E-SERVICE TO DEFENDANT COUNSEL

Plaintiff, Alyssa Chrystie Montalbano, files this notice to the courts and Defendant's counsel that hereafter all service of filed Federal Court documents will be made upon Defendant Counsel in accordance with FRCP Rule 5(b)(2)(E) by way of CM/ECF filing system and per Defendant Counsel consent (FRCP Rule 5(b)(2)(F) in the following way:

1.     Plaintiff will mail physical copies to the Denver based Federal filing Court Clerks Office, who will then upload received documents to the CM/ECF system, at which time Defendant's Counsel will be lawfully served in accordance with CM/ECF filing notifications.

EXHIBIT **MOTION TO IMPOSE SANCTIONS ON DEFENDANT** NOTICE FILED ON FEDERAL COURT RECORD FOR DEFENDNAT TO SERVE PLAINTIFF COPIES OF LEGAL FILINGS 2of3

2.          Pro Se Plaintiff still may not lawfully receive electronic service with

the CM/ECF filing system, as Plaintiff may not register to upload files and

thereby is no allowed to receive lawful service via the system. Therefore,

Plaintiff continues to require being served hard copies of everything by

postal mail (and as stated prior) by Defendant's Counsel, who is to lawfully

serve a copy of everything filed and is to also affirm such service for the

court record. This means Defendant Counsel is to actually mail the

documents the same date of filing or on the first business day postal service

is available after CM/ECF filing and with a service that will reach Plaintiff

within 1 to 3 days of filing.


Respectfully Submitted and All Rights Reserved,

*alyssa-Chrystie: Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
AriStoneArt@Ymail.com
970.250.8365

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **NOTICE OF E-SERVICE TO DEFENDANT COUNSEL** was sent first class by U.S. Mail, postage prepaid, to Ms. Valerie Yanaros Wilde USPS Certified Mail 7018 0680 0000 7324 9809; 5057 Keller Springs Rd, Suite 300, Addison, TX 75001, this 15 day of September, 2018.

*alyssa Chrystie Montalbano*

**Alyssa Chrystie Montalbano, American Citizen**

NOTICE OF E-SERVICE TO DEFENDANT COUNSEL                    Page **2** of **2**



PRIORITY
★ MAIL ★
EXPRESS

OUR FASTEST SERVICE IN

EXHIBIT **MOTION TO IMPOSE SANCTIONS ON DEFENDANT** NOTICE FILED ON FEDERAL COURT RECORD FOR DEFENDNAT TO SERVE PLAINTIFF COPIES OF LEGAL FILINGS 3of3

WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: (PLEASE PRINT)
Alyssa Chrystie Montalbano
253 3o Riverside Ave
STE 4100-117
Grand Junction, CO 81505

TO: (PLEASE PRINT)
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A ARRAJ COURTHOUSE
901 19TH St ROOM A105
DENVER, CO
8 0 2 9 4 - 3 5 8 9

US POSTAGE PAID
$24.70