**Exhibit 7**
**Mesa Court filed Motion Scheduling Hearing**

| | |
|---|---|
| District Civil Court, Mesa County, Colorado<br><br>Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | **ORIGINAL FILED IN**<br><br>DEC 1 1 2018<br>**COMBINED COURT**<br>**BY LITIGANT**<br>▲  **COURT USE ONLY**  ▲ |
| Plaintiff(s)/Petitioner(s): Alyssa Chrystie Montalbano<br>v.<br>Defendant(s)/Respondent(s): James Corey Goode | |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa Chrystie Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505 | Case Number: 18CV50 |
| Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number:_____ Atty. Reg. #: N/A | Division  10      Courtroom  10 |
| **MOTION TO SET SCHEDULING HEARING** | |

Plaintiff, Alyssa Chrystie Montalbano, pursuant to Colorado Revised Statutes 18-4-401 theft/fraud/con games, 18-4-408 theft of trade secrets, and Colorado Uniform Trade Secrets Act (C.R.S. 7-74-101 through 7-74-110), moves this honorable court to set a scheduling hearing for this instant case for the following:

## I.  **Relevant Procedural Background**

April 18, 2018 Plaintiff began due process of law (almost 8 months ago) against Defendant, James Corey Goode, to obtain protection of her trade secrets that she was defrauded of by Defendant largely via email during 2017 into early 2018.

Since initial mailing of pre-litigation Complaint to Defendant for lawful response, (See MOTION FOR LEAVE OF THE COURT TO AMEND THE COMPLAINT EXHIBIT PRE-LITIGATION COMPLAINT, FAILURE NOTICES AND BILLING STATEMENTS filed Nov 13, 2018) Defendant and his improper counsel, Ms. Yanaros Wilde, YANAROS LAW PC, have avoided and evaded responding (CRCP Rule 11(b)) to the subject matter (evidence) contained therein, over 60 (sixty) plus instances of fraud.

Avoidance and evasion tactics performed by Defendant and his Counsel include the malicious prosecution stalking case in the Broomfield Combined Courts (July 17, 2018 through August 6, 2018) that was summarily dismissed based on a preponderance of the evidence by Magistrate Russell. in favor of Ms. Montalbano. Additionally, Defendant has a permanent stalking protection order taken out against him by Darling International Inc (a former employer), and thereby Defendant clearly knows what does and does not constitute stalking. Ms. Yanaros Wilde has domestic assault charges filed against her with the Arlington Police Department.(See attached Exhibit: Amended Grievance dated December 5, 2018 pages 1 – 7 of 12 and associated exhibits A - D)

Subsequently Defendant and his improper (family friend) counsel haphazardly removed this instant case to Federal Court for further improper purposes and violated many more aspects of due process of law in further efforts to defraud and harass Plaintiff. The case was Remanded back to this honorable court by the Honorable Judge Moore, December 3, 2018. (see attached Exhibit: Amended Grievance dated December 5, 2018 pages 8 - 12 of 12 and Exhibits E - K)

MOTION TO SET SCHEDULING HEARING                                    Page **2** of **9**

December 5, 2018, Plaintiff filed a more proper Amended Grievance against Ms. Yanaros Wilde with the State Bar of Texas for all her alleged mistakes performed on behalf of Defendant that could no longer be deemed as 'mistakes' due to the repeat and vast quantities executed, whereby each 'mistake' was detrimental in one capacity or another to Plaintiff and are evidence of willful and knowing complicity with Defendant to assist in his Fraud. (See attached Exhibit: Amended Grievance and associated Exhibits)

## II.   Relevant Background of Defendant and Plaintiff

About Defendant

Defendant, James Corey Goode, is a semi-well-known public figure having his own TV show, Cosmic Disclosure, carried at GAIA TV. Defendant is self-proclaimed to have been involved in the government Secret Space Program, MILAB program, and MK ULTRA program. Defendant alleges being an intuitive empath with astral and remote influencing abilities and that the military hand selected him as a child for use of those abilities in their black projects. Defendant and his associates regularly publically speak of how important dreams are. Other experts and experiencers in the Secret Space Program field allege Defendant is working with or for the CIA.

The following are brief descriptions of some of the programs:

1. Milab (Military Abduction Operations)

"Milabs are legitimate alien abductees who **are trained by elements of the deep black military to perform specific tasks. Some milabs have developed a dissociative ability because of childhood abuse or some other trauma. This dissociative ability is exploited by the milab controllers** oftentimes in horrible and sadistic ways. **Coercive manipulative techniques such as Behavior Modification and Mind Control are utilized on milabs to prepare them for use by their military controllers**. Milabs can be used in a variety of ways. **Milabs** can be divided into various categories based on the manner in which they **are used**. Regardless of the category milabs are in, **they can** all **be brought together for mass examinations, inoculations, training and for other reasons when necessary."** (Emphasis added)

(Bartley, James. "MILAB (MILITARY ABDUCTION) OPERATIONS." N.p., 25 Mar. 2007. Web. 8 Dec. 2018. <http://www.angelfire.com/nm2/aona/jamesmilabs.html>.)


2. MK ULTRA

"MK-ULTRA was a **top-secret CIA project in which the agency conducted hundreds of clandestine experiments – sometimes on unwitting U.S. citizens** – to assess the potential use of LSD and other drugs **for mind control, information gathering** and **psychological torture**.  Though Project MK-Ultra lasted from 1953 until about 1973, details of the **illicit program didn't become public until 1975, during congressional investigation into widespread illegal CIA activities** within the United States and around the world."


(MK-ULTRA." *History.com*. A&E Television Networks, 21 Aug. 2018. Web. 08 Dec. 2018. <https://www.history.com/topics/us-government/history-of-mk-ultra>.


3. CIA Remote Viewing

Expert remote influencer, Russel Targ, was bank rolled by the CIA and founded the remote viewing effort at Stanford Research Institute (SRI).

In Daniel Liszt's YouTube video regarding CERN (at approximately 4:00 - 6:15 mark, host Daniel Liszt mentions an interview he performed with Russell Targ, a physicist and pioneer of remote viewing.   (DarkJournalist. "DARK JOURNALIST X-SERIES XXXIII: CERN OCCULT NIGHTMARE TAROT ORPHIC CIRCLE - GIGI YOUNG." YouTube. 31 October 2018. Web. 1 November 2018. Retrieved from https://youtu.be/RX6NF89UQTY) Mr. Liszt goes on to say that during that interview Mr. Targ discussed what SRI did for Remote Intelligence(RI) work and how RI would even use remote viewing to rescue ambassadors.

Info verifying Russell Targ can be seen on the CIA website at: https://www.cia.gov/library/readingroom/document/cia-rdp96-00787r000500410001-3 (See Attached Exhibit CIA Russell Targ)

Mr. Liszt proceeded to ask **Psychic Gigi Young** about her **thoughts regarding Intelligence use of highly skilled Intuitives**. Ms. Young **states they are very rare and extremely coveted and give an enormous leg up advantage to those who have an Intuitive who can read consciousness.** Ms. Young further states the use of an intuitive is kept extremely secret.


Summary Defendant Motivation

Defendant was aware of Plaintiff's very rare abilities in 2017 to 'read consciousness' long before Plaintiff was aware of her own abilities and he took advantage of her.

About Plaintiff

Plaintiff, Alyssa Chrystie Montalbano, is a local Grand Junction resident artist in the Raw Gallery, self-published author of multiple books, and recently discovered during 2017 she is a highly advanced shaman with abilities sought after and highly coveted by the Deep State military programs. Plaintiff has never knowingly been involved in any deep state or otherwise military programs.

4. Shamanism

According to:

https://www.warpaths2peacepipes.com/native-american-culture/shaman.htm

the role of the shaman is as follows:

"**The shaman** used appropriate words, objects and rituals to protect men from evil spirits - his **role is that of opponent to the bad spirits and of guardian to the ordinary man**. The role of the Shaman differs from tribe to tribe as there are some regional and tribal variations to their beliefs in Shamanism. There are, however, several common roles that are shared by every Shaman. A Shaman was a healer, communicator, educator, **prophet and mystic**:"

"**Prophet**: The Shaman had **the ability to perform various forms of prophecy**"

"Healer: The Shaman has Spiritual Healing powers and the ability to treat sickness caused by evil spirits – hence the Westernized name "Medicine Man"

"**Mystic**: The Shaman possessed the **ability to communicate with the spirit world, leaving the body and enter the supernatural world to search for answers**"

"**In many tribes,** including the Cheyenne and Sioux, **the Shaman also had the role of the head warrior or war chief which made him the most powerful and influential man of the tribe.**" (Emphasis added)

Summary Defendant Use of Plaintiff's Trade Secrets (Dream Vision Information)

Defendant having awareness of such highly coveted abilities and seeing Plaintiff's level of repeat accuracy during the course of 2017 utilized his military and otherwise deep state training to regularly and repeatedly influence and manipulate Plaintiff to freely share of her highly sought after information (Dream Visions). Subsequently Defendant and/or his associates utilized the information (Trade Secrets) as their own.

### III.   Additional Reasons in Support of Setting a Scheduling Hearing

1. Defendant will not respond to the 60 (sixty) plus instances of fraud cited without a court order to do so. (SEE Exhibit: MOTION FOR LEAVE OF THE COURT TO AMEND THE COMPLAINT EXHIBIT PRE-LITIGATION COMPLAINT, FAILURE NOTICES AND BILLING STATEMENTS filed Nov 13, 2018; and Exhibit AMENDED GRIEVANCE) (CRCP Rule 11(b))

2. Plaintiff requires a court order to protect her trade secrets (in the form of approximately 500 hand written dream visions and associated information) from further use and misuse by Defendant and extension his associates. (CRS 7-74-103 Injunctive Relief)

3. Plaintiff has lost significant amount of time and money since 2017 due to Defendant's avoidance and evasion tactics, and requires a court order to receive remedy and attribution due and receive compensation for all the additional harassment and defamation of character endured since seeking legal recourse over the past almost 8 months. (CRS 7-74-104 Damages; CRS 7-74-105 Attorney Fees)

Wherefore, Plaintiff moves this honorable court to DENY Defendant's MOTION TO DISMISS FOR FALURE TO STATE A COMPLAINT;  and GRANT Plaintiff's Motion FOR LEAVE OF THE COURT TO AMEND THE COMPLAINT filed November 13, 2018; and Plaintiff having brought this matter before the court within the statute of limitations (CRS 7-74-107 – within three years of discovery) moves this honorable court to set a scheduling hearing, so that Plaintiff may protect her trade secrets in accordance with CUTSA (C.R.S 7-74-101 through 7-74-110) and an Oath of Office to the Constitution of the United States of America and the State of Colorado to uphold such processes and protect the rights and property of the people.

Respectfully Submitted and All Rights Reserved,

*Alyssa Chrystie Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO  81505
AriStoneArt@Ymail.com
970.250.8365

Declaration of Conferral: Plaintiff having attempted conferral (D.C.COLO.LCivR 7.1(a)) with pro se Defendant, James Corey Goode; and Plaintiff having only an email address for contact of Defendant and having exhausted the use thereof, and Defendant not having provided the courts with proper contact information on his legal filings in accordance with C.R.C.P. Rule 11 and Defendant having failed to lawfully enter his out of state attorney Pro Hac Vice (C.R.C.P. Rule 221) or any proper attorney onto this honorable court's record; Plaintiff has been unable to reach Defendant for proper conferral.

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **MOTION TO SET A SCHEDULING HEARING AND ATTACHED EXHIBITS** were sent first class by U.S. Mail, postage prepaid, to Mr. James Corey Goode USPS Certified Mail 7018 0680 0000 7324 9878; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020 and by email to James Corey Goode this 11th day of December, 2018.

*Alyssa Chrystie Montalbano*

Alyssa Chrystie Montalbano, American Citizen

MOTION TO SET SCHEDULING
HEARING EXHIBIT
AMENDED GRIEVANCE
(51 pages)

**Online Grievance Form**
Dec 05, 2018 3:40 PM

---

**I. General Information**
Have you contacted the Client-Attorney Assistance Program?"
No

---

**II. Information About You**

Salutation
Ms.

First Name
Alyssa

Middle Name
Chrystie

Last Name
Montalbano

Address
2536 Rimrock Ave Suite 400-117
Grand Junction, CO 81505



Email Address
AriStoneArt@Ymail.com

Driver's License Number (if applicable)

Date of Birth

Employer's Name
Self - Ari Stone Art LLC

Address
2536 Rimrock Ave Suite 400-117
Grand Junction, CO 81505

Employer's Phone
970-250-8365



---

**II. Information About You - Additional**
Do you understand and write in the English language?
Yes

MOTION TO SET SCHEDULING
HEARING EXHIBIT
AMENDED GRIEVANCE          **December 5, 2018**

# OFFICE OF THE CHIEF DISCIPLINARY COUNSEL STATE BAR OF

# TEXAS GRIEVANCE

## AMENDED GRIEVANCE

Comes now, Alyssa Chrystie Montalbano, and amends the grievance against attorney Valerie Yanaros Wilde, Texas State Bar No. 24075628; Original Grievance 201804992; and BODA Case #61027; with the following:

### Relevant Procedural Background

Ms. Montalbano began due process of law against Ms. Yanaros Wilde's client, James Corey Goode (a public figure) on April 18, 2018.

Since frivolous presentment dated June 5, 2018, Ms. Yanaros Wilde has directly helped Mr. Goode perform avoidance and evasion tactics for 6 (six) months in violation of Federal Rules of Civil Procedure 11(b) / CRCP Rule 11(b), including helping her client open a malicious prosecution case against Ms. Montalbano for a crime not committed, stalking. (See Original Grievance Valerie Yanaros Wilde, pgs 3 – 11)

AMENDED GRIEVANCE VALERIE YANAROS WILDE  12.5.2018                    Page 1 of 12

## ADDITIONAL EVIDENCE IN SUPPORT OF ORIGINALY FILED GRIEVANCE

**Malicious Prosecution General Definition** – The defendant in the initial case (Mr. Goode) becomes the plaintiff (Mr. Goode) in the malicious prosecution suit (Broomfield stalking case 18C103) and the plaintiff (Ms. Montalbano) or prosecutor in the original case (Mesa District Civil Court, case 18CV50)   becomes the defendant (Ms. Montalbano). An action for malicious prosecution is appropriate only when the judicial system has been misused. (http://law.jrank.org/pages/8407/Malicious-Prosecution.html Accessed December 4, 2018)

The Plaintiff in the original case (Ms. Montalbano, case 18CV50) must prove the following four elements:

1. That the malicious case was terminated in her (Ms. Montalbano's) favor

See attached Exhibit:

**Exhibit A:** *Broomfield Combined Courts Register of Actions case closed and Dismissal Order by Magistrate Russell* based on a preponderance of the evidence in favor of Ms. Montalbano.

Ms. Wilde did not enter the Broomfield, Colorado, state court case Pro Hac Vice per CRCP Rule 220. Yet, Ms. Wilde, proceeded to use the malicious case to threaten Ms.

Montalbano with Police and administrative actions in further efforts to coerce Ms. Montalbano to agree to fraudulent criminal charges and to drop fraud allegations against her client.  (See original Grievance various emails)

2. The Defendant (Mr. Goode and his Counsel Ms. Wilde) played an active role in the baseless (Broomfield) case.

See Exhibit A and Original Grievance emails.

and attached Exhibit:

**Exhibit B:** *First and Last page of 15 page Motion for permanent restraining order, showing Ms. Wilde certified* she helped Defendant draft the opening motion and inside which were many knowingly false and improper statements that Ms. Montalbano did not have time to address, due to being noticed by email (Ms. Wilde knowingly failed to serve, See Original Grievance emails date July 23, 2018) barely more than 24 hours prior the hearing, 5 hours away in Broomfield.

Additional evidence filed on the Broomfield court records may be provided upon request.

3. The Defendant in Ms. Montalbano's original case 18CV50 (Mr. Goode) did not have probable cause or reasonable grounds to support the (Broomfield) case

Mr. Goode and Ms. Yanaros Wilde failed to open the stalking case the first attempt on or about June 16, 2018 (one month prior) because "they did not meet the requirements." Ms. Montalbano was informed of this failure over the phone by the Broomfield court clerks. Subsequently Ms. Wilde and Mr. Goode fabricated evidence for the second attempt and fraudulently opened and attained a fraudulent temporary protection order on July 17, 2018, by making knowingly false statements such as Ms. Montalbano made repeat phone calls to Mr. Goode, When Ms. Montalbano does not even have his phone number.

**Mr. Goode has a permanent restraining order against him.** Taken out by DARLING INTERNATIONAL INC, a former employer, signed on October 31, 2014 by the Honorable Judge Tonya Parker, Dallas County District Court, Cause No 14-04807; showing Mr. Goode (and by extension his Counsel) are well aware of what behaviors and actions do and do not constitute the issuance of a protection order and in particular stalking.

The hundreds of email communications sent to Mr. Goode; and the contents thereof subsequently used by himself and/or his associates during 2017 and as were in dispute via case 18CV50 as misappropriated property via fraud; does not constitute stalking. Sending one email two months after (April 1, 2018) Ms. Montalbano was told to stop emailing (February 2, 2018) (to cite copyright issues) does not qualify as stalking. Lawfully serving certified legal documents and seeking remedy outside of litigation does not qualify as stalking.  Yet, these are what Mr. Goode and Ms. Wilde filed as stalking evidence, alongside knowingly false statements. Therefore, the motives for filing the Broomfield case were clearly for an improper purpose.

AMENDED GRIEVANCE VALERIE YANAROS WILDE  12.5.2018                    Page **4** of 12

See Attached Exhibit:

**Exhibit C:**  *Darling International Inc. Permanent Restraining Order against Mr. Goode issued October 31, 2014, District Court of Dallas County, Texas, Cause action DC-14-04807.* In original cause Mr. Goode fabricated an entirely false scenario that he had posted to YouTube, appeared in personally, and alleged being threatened by a former co-worker; when he was the one in actuality threatening the former co-worker.

4.  The Defendant in Ms. Montalbano's case 18CV50 (Mr. Goode) initiated and continued the (Broomfield) case with an improper purpose

See Exhibit A - Broomfield Register of Actions.

The Broomfield stalking case was initiated and continued by Mr. Goode and Ms. Wilde from July 17, 2018 through to the continuance hearing date of August 6, 2018. Mr. Goode told the Broomfield courts, in open court on July 24, 2018, his counsel, Ms. Wilde, told him he could get the Protection Order. Mr. Goode further alleged in open court; after the fraudulently attained Temporary Protection Order was vacated due to a preponderance of the evidence; Mr. Goode then fraudulently alleged he would have witnesses testify against Ms. Montalbano. No witnesses could possibly exist because Ms. Montalbano has never stalked Mr. Goode in any way. Magistrate Russell informed Mr. Goode in open court only one continuance was permitted per party. Mr. Goode used his.  The case was continued to August 6, 2018. Mr. Goode failed to appear and filed a

motion asking for a second continuance, alleging an ailing father in convalescent care, in Texas, clearly the same state Ms. Wilde resides in.

Before, during, and after the malicious prosecution case, Ms. Wilde repeatedly threatened Ms. Montalbano with police and administrative actions since June 5, 2018 (See emails filed with Original Grievance) for serving Mr. Goode copies of legal papers filed with the courts.

Ms. Wilde has a volatile and abusive nature.   As already stated, on July 17, 2018 Ms. Wilde assisted Mr. Goode in opening the malicious prosecution case in Broomfield, Colorado.  One day after, **July 18, 2018, Ms. Wilde was arrested on family assault charges.**

See Attached Exhibit:

**Exhibit D:** *Ms. Wilde Assault causes bodily injury family violence, 7/18/2018, Arlington Texas Police Department.*

The Broomfield case was clearly knowingly initiated and continued for an improper purpose; to avoid and evade case 18CV50 and to gain unfair and unethical advantage through fraudulent criminal charges. It was used to harass, burden, and delay.

On August 13, 2018 (3 days after the Grievance was filed) Ms. Wilde (without any conferral with Ms. Montalbano) severely improperly removed Mesa District Civil state

court case 18CV50 to the Denver Federal Courts alleging Federal Statutes and continued more avoidance and evasion tactics on behalf of her family friend Mr. Goode. (See page 10 section titled "Personal Relationship With Her Client"). The removal was so severely deficient in process that Mesa District Civil Court repeatedly told Ms. Montalbano the case was pending up until just recently receiving by paper mail December 3, 2018 the Order from Judge Flynn that the Mesa Court Case 18CV50 was closed unless remanded, dated November 27, 2018 (Exhibit E) and is well over three (3) months after Ms. Wilde and Mr. Goode initiated the removal delay tactic on August 13, 2018 to allow Ms. Wilde entry into the case without a Pro Hac Vice, Colorado based, attorney and as a convenience for herself to electronically file, along with relocate the case to a court again near her client and 5 hours away from Ms. Montalbano; in addition to being further efforts to confuse and frustrate Ms. Montalbano.  The Mesa Court clerks were equally confused by the 'removal' for months.

**Exhibit E:** *Mesa District Civil Court case closed unless ordered remanded* back, dated November 27, 2018 (3 months after improper removal by Ms. Wilde), signed by the Honorable Judge Flynn.

## <u>ADDITIONAL VIOLATIONS IN FEDERAL COURT</u>

Ms. Wilde knowingly and willingly further assisted Mr. Goode in his fraud by fabricating evidence for the federal courts, most notably via a 'concocted' register of actions (Exhibit F), a knowingly filed and not court stamped Reply that made it appear the stalking case was still pending for the federal court when it had been dismissed (Exhibit G), and Ms. Wilde knowingly filed incorrect documents alleged as the Complaint from state court (Exhibit H - Docket 73-1). The document Ms. Wilde filed as the Complaint was never filed by Ms. Montalbano on any court record as a Complaint and includes as the main body of the alleged Complaint a letter never filed on any court record, ever, by Ms. Montalbano.

Furthermore, Ms. Wilde knowingly and repeatedly failed to serve copies of all court filed documents to Ms. Montalbano for the Federal court as well. (Exhibit J at 2 of 2, No. 2) This failure spanned months of time and Ms. Wilde was constantly noticed to serve filed records and failed to do so. (See Original Grievance emails)  The only reason to not serve the opposing party is to gain unfair and unethical tactical advantages by attempting to take away the opposing party's right to respond.

As of December 3, 2018, the federally removed case was remanded back to the originating state court, (Exhibit K).

See Attached Exhibits:

**Exhibit F:** *Fabricated state court Register of Actions at Docket 14, and Judge Moore Memorandum* (Docket 30, dated September 6, 2018) *citing it as 'concocted.'* Along with ordering Defendant, Mr. Goode, and his counsel, Ms. Widle, to file actual court stamped documents.

**Exhibit G:** *Non Court stamped Reply of Defendant's at Docket 1-4* filed August 13, 2018 by Ms. Wilde: making the stalking case appear open and ongoing when it was closed and was pointed out for the courts by Ms. Montalbano; and *Ms. Montalbano's State Court Objection to the Reply filing due to Ms. Wilde's failure to serve.*

**Exhibit H:** *Knowingly improper Complaint filed by Ms. Wilde*, Ms. Wilde did not file the initiating state court summons and documents as the Complaint. (Summons and documents can be provided upon request). Also attached is the struck through by Ms. Montalbano improper Complaint, with face of Motion to Amend the Complaint (pg 1 of 5 only), along with proposed FRCP Rule 8(a) / CRCP Rule 8(a) Amended Complaint.

**Exhibit J:** *Notice to Serve filed on Federal Court record. Ms. Wilde did not comply.*

**Exhibit K:** *Order Granting Ms. Montalbano's Motion for Remand December 3, 2018*

After this many repeat 'mistakes' for half a year (6 months), and many more not cited herein, occurring during Ms. Wilde 'legally counseling' her client, Mr. Goode, these repeat and consistently damaging to Ms. Montalbano 'mistakes,' can no longer be construed as 'mistakes,' but as willing and knowing complicity in helping her client, Mr. Goode, maintain his fraud and the misappropriation of Ms. Montalbano's trade secrets to Mr. Goode.

## PERSONAL RELATIONSHIP WITH HER CLIENT

Ms. Wilde has never lawfully entered the state court case 18CV50 Pro Hac Vice (she was well aware she was expected to do so) and unlawfully placed her name and contact information on the state court papers with legally Pro Se litigant Mr. Goode and demanded Ms. Montalbano communicate only with her (See Original Grievance Emails Exhibit). While Ms. Wilde may become a defendant in the case, she currently is not a defendant and as such is not a lawful party to the case and is without proper legal authority to place her information on the out of state Colorado court record and demand treatment as lawful legal counsel. Ms. Wilde has been gaming the court system(s) to help her client, Mr. Goode, avoid, evade, and maintain his fraud since first mailing of her frivolous and without merit presentment dated June 5, 2018. (See Original Grievance and exhibit Frivolous Presentment dated June 5, 2018 from Ms. Wilde) It has now been 7 (seven) months since Mr. Goode was served the original pre-litigation affirmed complaint (delivered USPS Certified Mail April 20, 2018) and, to date, Mr. Goode has not responded to any of the 60 plus specifically cited instances of his fraud. Mr. Goode and Ms. Wilde have only ever consistently "denied" allegations as their response and are in direct violation of FRCP Rule 11(b) / CRCP Rule 11(b). Additional evidence of such can be provided upon request.

Ms. Wilde is likely another complicit associate of Mr. Goode's fraud. Ms. Valerie Yanaros Wilde's sister, Teresa Yanaros, has worked closely with Mr. Goode and has been known publically as having a very close and personal friendship with Mr. Goode,

to include a YouTube broadcast of Ms. Teresa Yanaros and her then male partner at Mr. Goode's then Texas home for an intimate friend's and family only pool party. Ms. Teresa Yanaros was later employed by Mr. Goode as the Director of Operations of the Full Disclosure Project and assisted with low-level administrative work for Sphere Being Alliance (SBA) Media, both known to be business productions of Mr. Goode's. (https://thedivinefrequency.com/2018/10/28/teresa-yanaros-compass-calibration/ Accessed December 4, 2018).   Ms. Teresa Yanaros was also cited as an associate of Mr. Goode's using and disseminating Ms. Montalbano's trade secret materials in the pre-litigation complaint; and whereby the Trade Secret materials had been delivered to Mr. Goode prior to her use of the information and whereby Ms. Teresa Yanaros alleged the information as being from another source. This is a regular aspect to Mr. Goode's cited fraud, he and/or his associates disseminate Ms. Montalbano's information, or Mr. Goode directly alleges Ms. Montalbano's trade secret materials as his own, or as secret insider intel where he can't reveal the source.


Furthermore, Ms. Wilde has never offered any solutions to Ms. Montalbano over the course of six (6) months other than fraudulent criminal charges, fines, more financial hardship, more Constitutional right violations, frivolous litigation, and further defamation of Ms. Montalbano's character as solutions. These are all unreasonable and unethical behaviors and violate almost every code of professional attorney conduct in the state of Colorado as well as the state of Texas. (See Original Grievance pages 1-3, No. 1 through No. 8 listing violated rules)

Therefore, with respect to the forgoing, Original Grievance, and additional attached evidence herein; and whereby more evidence can be provided upon request; Ms. Wilde and her firm, YANAROS LAW PC, are to be properly disciplined in order to stop this type of criminal conduct, abuse of the legal system, and to stop and prevent Ms. Wilde and her firm from placing any further frauds upon the courts and causing further harm to individuals seeking lawful and proper recourse through the legal system.

Respectfully submitted, All Rights Reserved

*Alyssa Chrystie Montalbano*

Alyssa Chrystie Montalbano, American Citizen

State of ___CO___, County of ___Mesa___

Signed before me on this ___5___ day of ___Dec 2018___, by ___Kimberly Blossom___

Notary Public ___Kimberly Blossom___

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

**EXHIBIT A**
Broomfield Court Register of
Actions and Dismissal Order

*Register of Actions*
*Broomfield 18C103*

Back to Search    1 Matches    Current page 1 of 1    ⏮ ◀ Goto Page 1 ▼    Go    ▶ ⏭ Results per Page 25 ▼    Go

| Case Number | Name | Date of Birth | Party | Date Filed | Status | Description | Location | Source |
|---|---|---|---|---|---|---|---|---|
| 2018C103(County) | Montalbano, Alyssa Chrystie | 01/01/1980 | Defendant | 07/17/2018 | Closed | Protection Order | Broomfield | State |

1 Matches    Current page 1 of 1    ⏮ ◀ Goto Page 1 ▼    Go    ▶ ⏭ Results per Page 25 ▼    Go

Copyright © 2018 LexisNexis Risk Solutions. All rights reserved.    Terms & Conditions    Privacy Policy    Site Map    (154) J86

EXHIBIT A
Broomfield Court Register of
Actions and Dismissal Order

## Goode, James Corey Vs. Montalbano, Alyssa Chrystie

**Case Number:** 2018C103(County)          **Date Filed:** 2018-07-17

| Summary | | |
|---|---|---|
| | Judge | Jacque Lyn Russell |
| | Court | Broomfield County |
| | Division | C |
| | EFiled | Y |
| | Appealed | |
| | Case Closed Date | 08/06/2018 |

| Case Status | Closed |
|---|---|

| Judge or Magistrate | Name | BAR Number |
|---|---|---|
| | Jacque Lyn Russell | 22046 |

| Agency | Agency | Agency Case | Tkt/Summons Nbr | Arrest Nbr |
|---|---|---|---|---|

| Related Cases | Location | Case Number | Related Reason | Name |
|---|---|---|---|---|

| Participants | Litigant | Attorney |
|---|---|---|
| | Montalbano, Alyssa Chrystie | Wilson, Kelly B |
| | Defendant 1 | Role Private Attorney |
| | DOB 01/01/1980 | BAR 45856 |
| | Gender Female | Primary Attorney Y |
| | Race Other | |
| | Toney, Kelly B | |
| | Role Private Attorney | |
| | BAR 45856 | |
| | Primary Attorney Y | |
| | Goode, James Corey | |
| | Plaintiff 1 | |
| | DOB 02/22/1970 | |
| | Gender Male | |
| | Race Caucasian | |

| Charges | Count | Date | Details |
|---|---|---|---|

| Scheduled Events | Date | Time | Details |
|---|---|---|---|
| | 07/17/2018 | 130 PM | Status Hearing Held Judge Jacque Lyn Russell Room C Temporary Restraining Ord Hrg Status Held and Continued Judge Jacque Lyn Russell |

**EXHIBIT A**
Broomfield Court Register of
Actions and Dismissal Order

|  |  |  |
|---|---|---|
| 07/24/2018 | 330 PM | Room C Permanent Restraining Ord Hrg Status Hearing Held Judge Jacque Lyn Russell |
| 08/06/2018 | 1000 AM | Room C Permanent Restraining Ord Hrg |

**Proceedings**

| Date | Code | Description |
|---|---|---|
| 07/17/2018 | TROG | Temp Protection Order-granted |
| 07/17/2018 | ORDR | Order |
| 07/17/2018 | FOTH | Filing Other |
| 07/17/2018 | EXHB | Exhibit-attach To Pleading/doc |
| 07/17/2018 | CTRO | Complaint-tro |
| 07/17/2018 | AFFI | Affidavit |
| 07/24/2018 | TROV | Temp Protection Order-vacated |
| 07/24/2018 | TROG | Temp Protection Order-granted |
| 07/24/2018 | PORD | Proposed Order |
| 07/24/2018 | ORDR | Order |
| 07/24/2018 | ORDR | Order |
| 07/24/2018 | ORDR | Order |
| 07/24/2018 | ORDR | Order |
| 07/24/2018 | ORDR | Order |
| 07/24/2018 | MOTN | Motion |
| 07/24/2018 | MOTN | Motion |
| 07/24/2018 | MOTN | Motion |
| 07/24/2018 | MINC | Minute Order (print) |
| 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| 07/24/2018 | EXHB | Exhibit-attach To Pleading/doc |
| 07/25/2018 | ORDR | Order |
| 08/03/2018 | PORD | Proposed Order |
| 08/03/2018 | MOTN | Motion |
| 08/03/2018 | ENTR | Entry Of Appearance |
| 08/06/2018 | TROV | Temp Protection Order-vacated |

**EXHIBIT A**
Broomfield Court Register of
Actions and Dismissal Order

| | | | |
|---|---|---|---|
| 08/06/2018 | ORDR | Order | |
| 08/06/2018 | MINC | Minute Order (print) | |
| 08/06/2018 | CLAD | Case Closed | |

| Judgments | # | Date | Details |
|---|---|---|---|
| | | | |

| Bond Information | ID | Details | |
|---|---|---|---|

| Financial Summary | Un-Assigned Rcp's | Received |
|---|---|---|
| | ---------------- | -------- |
| | Civil Action Tax | $1.00 |
| | Civil Filing Fee | $30.00 |
| | Court Security Cash Fund | $5.00 |
| | Justice Center Cash Fund | $37.00 |
| | Stabilization Fund - USER Fee | $24.00 |
| | Total Un-Assigned | $97.00 |

**EXHIBIT A**
Broomfield Court Register of
Actions and Dismissal Order

| | |
|---|---|
| COUNTY COURT, BROOMFIELD COUNTY, COLORADO | |
| Court Address:<br>17 Descombes Dr., Broomfield, CO, 80020 | DATE FILED: August 6, 2018 5:43 PM<br>CASE NUMBER: 2018C103 |
| Plaintiff(s) JAMES COREY GOODE<br><br>v.<br><br>Defendant(s) ALYSSA CHRYSTIE MONTALBANO | |
| | ⚠ COURT USE ONLY ⚠ |
| | Case Number: 2018C103<br>Division: C          Courtroom: |

### ORDER DENYING SECOND MOTN FOR CONTINUANCE OF TEMPORARY RESTRAINING ORDER HEARING

The motion/proposed order attached hereto: DENIED.

Denied in open court on 8/7/2018. C.R.S. 13-14-106(1)(b) allows for only one continuance per party, upon a finding of good cause. This Court had previously granted a continuance to the Plaintiff on 7/24/2018.

Issue Date: 8/6/2018

*Jacque Lyn Russell*

JACQUE LYN RUSSELL
Magistrate

**EXHIBIT B**
Broomfield Motion Protection
Order by VYW/CG

## UNITED STATES COUNTY COURT FOR THE
## COUNTY OF BROOMFIELD COLORADO

**JAMES COREY GOODE,**

§
§
§

*Petitioner,*

§
§

v.

§
§

**ALYSSA-CHRYSTIE**
**MONTALBANO,**

§
§
§

**CAUSE NO.: C0802018C 000103**

*Defendant,*

§
§
§
§
§

FILED IN BROOMFIELD COUNTY
COMBINED COURT

JUL 2 4 2018

### MOTION TO GRANT PERMANENT RESTRAINING ORDER AND IN THE ALTERNATIVE FOR CONTINUANCE/REISSUANCE OF PERMANENT RESTRAINING ORDER HEARING

COMES NOW Mr. James Corey Goode ("Mr. Goode") and submits to the Court his Motion to Grant Permanent Restraining Order against Alyssa Christie Montalbano ("Defendant") and in the Alternative for Continuance/Reissuance of Permanent Restraining Order Hearing. Mr. Goode incorporates by reference his Brief Accompanying Verified Complaint (Docket 1) and shows:

### RELEVANT PROCEDURAL POSTURE

Mr. Goode filed his Motion for Protective Order and Supporting Brief on July 17, 2018. That afternoon his motion and argument was heard by the Honorable Jacque Russell and after reviewing the evidence presented to her she

1807240044 2766 66-1015 2(

Signed this July 24, 2018

Respectfully,
/s James Corey Goode
James Corey Goode

**C.R.C.P. 11(b) Statement:** In helping to draft the pleading or paper filed by the pro se party, the attorney certifies that, to the best of the attorney's knowledge, information and belief, this pleading or paper is (1) well-grounded in fact based upon a reasonable inquiry of the pro se party by the attorney, (2) is warranted by existing law or a good faith argument for the extension, modification or reversal of existing law, and (3) is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

Valerie Yanaros Wilde,
Attorney for Defendant (Per CRCP 11(b))
5057 Keller Springs, Suite 300
Addison, TX 75001
(512) 826-7553
TX State Bar No. 24075628

EXHIBIT C
Darling International / Goode
Protection Order

439F- 000315

CAUSE NO 14-04807

| | | |
|---|---|---|
| DARLING INTERNATIONAL INC , | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff | § | |
| | § | |
| v | § | DALLAS COUNTY, TEXAS |
| | § | |
| JAMES "COREY" GOODE | § | |
| | § | |
| Defendant | § | 116th JUDICIAL DISTRICT |

## AGREED PERMANENT INJUNCTION

This Court, after due consideration of the request and agreement of the parties, Plaintiff Darling International Inc (now known as Darling Ingredients Inc.) ("Plaintiff" or "Darling") and Defendant James "Corey" Goode ("Defendant" or "Goode") in the above-captioned matter, hereby ORDERS, ADJUDGES, and DECREES this Agreed Permanent Injunction ("Permanent Injunction") of this Court

Defendant, a former employee of Darling, and Defendant's agents, servants, and those persons acting in concert or participation with him / them who receive actual notice of this Permanent Injunction by personal service or otherwise, shall be and hereby are enjoined and prohibited from the following

1. Committing or threatening any acts of violence or harassment against Darling, its officers, directors, board members, executives, investors, and/or employees (collectively, "Protected Parties");

2. Threatening or harassing Darling and/or the Protected Parties in person, by telephone, e-mail, social media and/or internet posting, including YouTube, or any other means of in person, written, or electronic communication,

3. Making a threat to Darling and/or the Protected Parties or engaging in harassment through another person against Darling and/or the Protected Parties,

4. Going within 200 yards of Darling's operations and facilities as set forth on EXHIBIT A to this Permanent Injunction, including Darling's corporate headquarters at 251 O'Connor Ridge Boulevard, Ste 300, Irving, Texas 75038, the physical location of any meeting of the Board of Directors (which meeting locations Mr Goode has actual knowledge of), Darling's facility at 1240 Sargent Road, Dallas, Texas 75203, and the personal residence of Mr Cooper Wilson located at 1005 W. Winding Creek, Grapevine, Texas 76051,

5. Stalking, following, or engaging in conduct directed specifically to Darling and/or the Protected Parties, which is reasonably likely to harass, annoy, alarm, abuse, torment, or embarrass Darling and/or the Protected Parties, or disrupt the business operations of Darling;

**EXHIBIT C**
Darling International / Goode
Protection Order

6. Making or posting threatening, harassing, and/or defamatory comments or postings about Darling and/or the Protected Parties on social media websites or the internet generally; and/or

7. Disrupting the workplace or operations of Darling by telephone, fax, e-mail, or other forms of communication, directed or sent to the office(s) or facilities of Darling as set forth on **EXHIBIT A**, or by telephoning, faxing, emailing, or otherwise communicating with any employee or Protected Party at the office(s) of Darling set forth on **EXHIBIT A**, in a manner which is reasonably likely to disrupt Darling's workplace or operations or with the intent of doing so, or accessing the computer system(s) and/or computer network of Darling.

The parties have agreed, and the Court finds, that this Permanent Injunction, including **EXHIBIT A**, which is fully incorporated herein by reference, is specific in its terms and describes in reasonable detail, and not by reference to the complaint or other document, the act or acts sought to be restrained and that it gives fair notice to Defendant of what he is prohibited from doing and for what period of time he is prohibited from doing the prohibited acts   Defendant has agreed, and the Court finds that Defendant has agreed, not to challenge the clarity or the specificity of the language of this Permanent Injunction if he is cited for contempt for violating this order  Defendant has further agreed and consented to, and the Court finds that Defendant has agreed and consented to, the release of the bond posted by Plaintiff in this matter.

The Court finds that both parties have decided to agree to the entry of this Permanent Injunction and have decided to and agree to forgo the opportunity to conduct a hearing before the Judge on Plaintiffs' request for a temporary injunction and to forgo a jury trial on Plaintiff's request for a permanent injunction for reasons that each party is informed and is satisfied are sufficient and because the parties have agreed to resolve this dispute without the necessity, time, and expense of proceeding to trial   Therefore, this Court finds that there is good and sufficient reason, backed by facts and legal arguments known to the parties and/or their counsel, for them to request that this Court enter this Permanent Injunction, and for this Court to find that there is good and sufficient reason for this Court to sign and order this Permanent Injunction   The Court further orders that the $250 00 bond posted by Plaintiff be released from the registry of the Court and returned to Plaintiff.

Each party shall pay its own attorneys' fees and court costs.

SIGNED this _31st_ day of October 20 14 , at _2:25_ o'clock, a m./p.m.


THE HONORABLE JUDGE
**TONYA PARKER PRESIDING**

AGREED PERMANENT INJUNCTION                                                      2

**EXHIBIT C**
Darling International / Goode
Protection Order

JACKSON LEWIS P.C.

By

Dan Hartsfield
State Bar No. 09170800
dan.hartsfield@jacksonlewis.com
Justin H. Smith
State Bar No. 24041943
justin.smith@jacksonlewis.com
Cynthia Uduebor Washington
State Bar No. 24047012
cynthia.washington@jacksonlewis.com

500 N. Akard, Suite 2500
Dallas, Texas 75204
Phone: (214) 520-2400
Fax      (214) 520-2008

**ATTORNEYS FOR PLAINTIFF,
DARLING INTERNATIONAL INC.**

Date·  October 30th, 2014

By.

James "Corey" Goode
2715 Forrest Grove Drive
Richardson, Texas, 75080
Phone· 469-377-0620
e-mail: GoodeTech@Yahoo.com

**DEFENDANT, *PRO SE***

Date   October 30th, 2014

**EXHIBIT C**
Darling International / Goode
Protection Order

# EXHIBIT A

**Current addresses of Darling's operations / facilities in Texas**

251 O'Connor Ridge Blvd #300
Irving, TX, 75038

264 FM 2336
Bastrop, TX, 78602-9732

8423 Quintana
San Antonio, TX, 78211

1240 Sargent Rd
Dallas, TX, 75203
(provided on the draft)

3701 Schalker Dr
Houston, TX, 77026

900 W. Ave A
Robstown, TX, 78380

701 FM 2812
Edinburg, TX, 78542

**EXHIBIT D**
Wilde Assault Charges
Arlington Police Department

Return To Report Search



Public Version

*Arlington Police Department*
*Arlington, Texas*

Printed at: 12/1/2018 6:32:13 PM

## INCIDENT INFORMATION

**2018-01990029**

| | |
|---|---|
| Reported Date | Nature of Call |
| 7/18/2018 | DISTURBANCE DOMESTIC |

Call Number

Status
ARREST REPORT

| Location | City | PRA | Beat | Sector | District |
|---|---|---|---|---|---|
| 6004 GREEN FOREST CT | ARLINGTON | 422A | 520 | X | SOUTH |

Location Name

| From Date | From Time | To Date | To Time |
|---|---|---|---|
| 7/18/2018 | 00:30 | 7/18/2018 | 00:30 |

Officer
2688 / JAMES MAY

Offense
ASSAULT CAUSES BODILY INJURY FAMILY
VIOLENCE

## PERSON INFORMATION

Name
YANAROS, VALERIE ANN

Involvement
ARRESTEE

Supplement
0000

| Race | Sex | Age |
|---|---|---|
| W | F | 33 |

**EXHIBIT D**
Wilde Assault Charges
Arlington Police Department

Name
WILDE, GREGORY A

Involvement                                                          Supplement
VICTIM                                                               0000

Race          Sex          Age
W             M            35

## VEHICLE INFORMATION

N/A

## PROPERTY INFORMATION

N/A

## BRIEF SUMMARY

Suspect knowingly and intentionally hit her husband with an open hand and closed fist causing him to feel pain, and have visible bodily injury.

EXHIBIT E
Mesa Court  Case Removed
and Closed Order Nov 2018

| | |
|---|---|
| DISTRICT COURT, MESA COUNTY, COLORADO | DATE FILED: November 27, 2018 |
| Court Address:<br>Mesa County Justice Center, 125 North Spruce Street, Grand Junction, CO, 81501 | |
| **Plaintiff(s)** ALYSSA-CHRYSTIE MONTALBANO | |
| v. | |
| **Defendant(s)** JAMES COREY GOODE | ⚠ COURT USE ONLY ⚠ |
| | Case Number: 2018CV50 |
| | Division: 10        Courtroom: |

## ORDER CLOSING THE CASE AS THE NOTICE OF REMOVAL LEFT THIS COURT WITHOUT JURISDICTION TO ACT ON PLAINTIFF'S PENDING MOTIONS

The taking of these actions "effect[ed] the removal" such that "the State court shall proceed no further unless and until the case is remanded" by the federal court. 28 U.S.C. § 1446(d); see also *Loctite Corp. v. Dist. Court of Denver*, 718 P.2d 252, 253 (Colo. 1986) ("The law is clear that the removal to federal court divested the state court of jurisdiction"; jurisdiction is not restored in the state court unless the action is remanded by the federal court.)

There has been no remand of this action and, therefore, this Court is without jurisdiction to act on Plaintiffs' motions and the case is ordered closed.

Issue Date: 11/27/2018

BRIAN JAMES FLYNN
District Court Judge

Mesa County Court
Mesa County Justice Center
125 North Spruce Street
Grand Junction CO 81501 United States

**EXHIBIT E**
Mesa Court Case Removed
and Closed Order Nov 2018



ALYSSA-CHRYSTIE MONTALBANO
2536 RIMROCK AVE SUITE 400-117      265-1006
GRAND JUNCTION CO 81505


To:      Alyssa-Chrystie Montalbano


Subject:  Service of documents in 2018CV50.

You are being served with documents filed electronically through the
Colorado Courts E-Filing system.  Please review the following details
concerning this service.

- Court Location: Mesa County
- Case Number: 2018CV50

- Filing ID: N/A
- Filed Document Title(s):
  - ORDER CLOSING THE CASE AS THE NOTICE OF REMOVAL LEFT THIS COURT WITHOUT
    JURISDICTION TO ACT ON PLAINTIFF'S PENDING MOTIONS
- Submitted on Date/Time: Tue Nov 27 18:30:02 MST 2018
- Submitted by Authorizing Organization:
- Submitted by Authorizing Attorney: Mesa County Court

If you have a question about the above listed case, please contact the court.
Information for all Colorado court locations is listed on the Colorado Judical Branch
website http://www.courts.state.co.us/Index.cfm.

| 08/27/2018 | 22 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 18 it, 16 Response to Motion filed by attorney Valerie Wilde. The document was scanned converted directly to portable document format (PDF). **DO NOT REFILE THE MENT. Action to take -** future documents must be filed pursuant to D.C.COLO.LCivR nd 1.3(f) of the Electronic Case Filing Procedures (Civil cases). (Text Only Entry) (cthom, ) (Entered: 09/04/2018) |
|---|---|---|

**EXHIBIT F**
Federal Court Fabricated
Register of Actions and
Memorandum 'concocted'

| 08/31/2018 | 19 | CONSENT to Jurisdiction of Magistrate Judge by Plaintiff Alyssa-Christie Montalbano. All parties do not consent. (Attachments: # 1 Envelope)(jgonz, ) (Entered: 09/04/2018) |
|---|---|---|
| 08/31/2018 | 20 | MOTION for Remand by Plaintiff Alyssa-Christie Montalbano. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Envelope)(jgonz, ) (Entered: 09/04/2018) |
| 09/04/2018 | 21 | CASE REASSIGNED pursuant to 19 Consent/Non-Consent to Jurisdiction of Magistrate Judge. All parties do not consent. This case is randomly reassigned to Judge Raymond P. Moore. All future pleadings should be designated as 18-cv-02060-RM. (Text Only Entry) (jgonz, ) (Entered: 09/04/2018) |
| 09/04/2018 | 23 | ORDER REFERRING CASE to Magistrate Judge Scott T. Varholak. Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this case is referred to the assigned United States Magistrate Judge to (1) convene a scheduling conference under Fed. R. Civ. P. 16 (b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2, (2) conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause, (3) hear and determine pretrial matters, including discovery and other non-dispositive motions, (4) conduct a pretrial conference and enter a pretrial order, and (5) conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions. Court sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. On the recommendation or informal request of the magistrate judge or on the request of the parties by motion, this court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding. Entered by Judge Raymond P. Moore on 9/4/2018. (Text Only Entry) (rmsec ) (Entered: 09/04/2018) |
| 09/04/2018 | 24 | MINUTE ORDER: With the assignment of this matter, the parties are advised that throughout this case they are expected to be familiar and comply with not only the Local Rules of this District, but also Judge Raymond P. Moore's Civil Practice Standards, which may be found at: http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRaymondPMoore.aspx. SO ORDERED by Judge Raymond P. Moore on 9/4/2018. (Text Only Entry) (rmsec ) (Entered: 09/04/2018) |
| 09/04/2018 | 25 | MEMORANDUM regarding 15 MOTION to Dismiss for Failure to State a Claim filed by James Corey Goode, 20 MOTION to Remand filed by Alyssa-Christie Montalbano. Motions referred to Magistrate Judge Scott T. Varholak. Entered by Judge Raymond P. Moore on 9/4/2018. (Text Only Entry) (rmsec) (Entered: 09/04/2018) |
| 09/05/2018 | 27 | ORDER REASSIGNING MAGISTRATE JUDGE The case is REASSIGNED to Magistrate Judge Gordon P. Gallagher and all future filings in this case shall reflect the case number of 18-cv-02060-RM-GPG. ORDERED by Judge Raymond P. Moore on 9/5/2018. (cthom, ) (Entered: 09/05/2018) |
| 09/05/2018 | 28 | OBJECTIONS to 1 Notice of Removal, by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/05/2018) |
| 09/05/2018 | 29 | NOTICE re 19 Consent to Jurisdiction of Magistrate Judge by Counter Claimant James Corey Goode (Wilde, Valerie) (Entered: 09/05/2018) |
| 09/06/2018 | 30 | MINUTE ORDER: This matter comes before the Court sua sponte. The reference in ECF No. 25 of the motion to remand (ECF No. 20) is withdrawn. On or before September 10, 2018, defendant is ORDERED to respond to the motion to remand. In doing so, among other things, defendant is instructed to state the specific date he received a copy of plaintiff's complaint as |

CM/ECF - U.S. District Court:cod                                                                   Page 4 of 7

EXHIBIT F
Federal Court Fabricated
Register of Actions and
Memorandum 'concocted'

| | | |
|---|---|---|
| | | alleged in paragraph 3 of the notice of removal. (See ECF No. 1 at 2.) In addition, on or before September 7, 2018, defendant is ORDERED to file a copy of the motion to dismiss that was actually filed in State court. In other words, unlike the current version, the motion to dismiss should contain the stamp of the State court indicating when it was filed (i.e., like the document at ECF No. 1-3; none of the other exhibits attached to the notice of removal contain a stamp). At the same time, defendant shall also file a copy of the entire State court docket sheet as required by this District's Local Rule 81.1(b). To be clear, whatever it is that defendant's counsel concocted and filed at ECF No. 14 is NOT the register of actions for the state court case. SO ORDERED by Judge Raymond P. Moore on 9/6/2018. (Text Only Entry) (rmsec) (Entered: 09/06/2018) |
| 09/07/2018 | 31 | ORDER vacating Scheduling Conference set for 9/19/2018 at 10:00 AM with Magistrate Judge Vaholak. Magistrate Judge may re-set this conference at an appropriate time. By Magistrate Judge Gordon P. Gallagher on September 7, 2018. Text Only Entry (gpgsec) (Entered: 09/07/2018) |
| 09/07/2018 | 32 | SUPPLEMENT/AMENDMENT *and Motion in Fulfillment of Court Order (Docket 30)* by Defendant James Corey Goode. (Attachments: # 1 Exhibit A--Goode MTD As Filed, # 2 Exhibit B--Order Service By Publication, # 3 Exhibit C--Record Search 08302018)(Wilde, Valerie) (Entered: 09/07/2018) |
| 09/07/2018 | 33 | First MOTION for Extension of Time to *File Case Register of State Court Action* by Defendant James Corey Goode. (Wilde, Valerie) (Entered: 09/07/2018) |
| 09/10/2018 | 34 | RESPONSE to 20 MOTION to Remand filed by Defendant James Corey Goode. (Attachments: # 1 Declaration Goode, # 2 Declaration Wilde, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit, # 6 Exhibit 1, # 7 Exhibit 2)(Wilde, Valerie) (Entered: 09/10/2018) |
| 09/11/2018 | 35 | ORDER: Scheduling Conference set for 10/30/2018 10:00 AM in Room 323 (Grand Junction) before Magistrate Judge Gordon P. Gallagher. A Scheduling Conference is set in GRAND JUNCTION, Colorado at the Wayne Aspinall Federal Building - United States Courthouse, 400 Rood Avenue, Grand Junction, CO 81501 before U.S. Magistrate Judge Gordon P. Gallagher. The parties shall comply with the Instructions to Scheduling Order for U.S. Magistrate Judge Gordon P. Gallagher which can be found at www.cod.uscourts.gov. Parties concerned regarding travel time and expense to Grand Junction for appearances before the Magistrate Judge are referred to this Magistrate Judge's policy in that regard which can be found at the above website. By Magistrate Judge Gordon P. Gallagher on September 11, 2018. Text Only Entry (gpgsec) (Entered: 09/11/2018) |
| 09/17/2018 | 36 | AMENDMENT to Objection to Notice of Removal by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 37 | AMENDMENT "Two-To Incorrectly Filed Objection to First Motion for Extension of Time to File Court Register of the State Court Action No. 18cv-50" by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 38 | OBJECTIONS to "Amendments to Document Filed from the State Court Action Pursuant to D.C.Colo.L.Civ.R 81.1" by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 39 | AMENDMENTS to "Incorrectly Filed Objection to First Motion for Extension of Time to File Court Register of the State Court Action No. 18cv-50" by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 40 | MOTION to "Reduce Sanctions Safe Harbor Time to 7 Days or Less" by Plaintiff Alyssa-Christie Montalbano. (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 41 | NOTICE of E-Service to Defendant Counsel by Plaintiff Alyssa-Christie Montalbano (cthom, ) (Entered: 09/17/2018) |
| 09/17/2018 | 42 | Second MOTION for Extension of Time to *File Case Register of State Court Action* by Defendant James Corey Goode. (Attachments: # 1 Wilde Declaration)(Wilde, Valerie) (Entered: 09/17/2018) |

EXHIBIT F
Federal Court Fabricated
Register of Actions and
Memorandum 'concocted'

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

ALYSSA-CHRISTIE                     §
MONTALBANO                          §
Plaintiff,                          §
                                    §        C.A. NO.: 1-18-CV-02060-STV
                                    §
v.                                  §        JURY TRIAL DEMANDED
                                    §
JAMES COREY GOODE,                  §
Defendant.                          §
                                    §

### REGISTER OF ACTIONS AND PARTY INFORMATION
### PURSUANT TO RULE 81.1

Defendant James Corey Goode ("Mr. Goode") hereby files this Register of

Actions pursuant to D. C. COLO. L. Civ. R. 81.1. Mr. Goode is still awaiting a

full record from Mesa County Court but is filing this Register of Actions (the

"Register") as he understands reflects the current Mesa County Court docket. Mr.

Goode will amend his Register as necessary as soon as he receives the official

docket from Mesa County Court. All documents filed by Mr. Goode are denoted

by "Defendant" in the Register under "Filing Party" and all documents filed by

Plaintiff Alyssa Montalbano ("Plaintiff") are denoted by "Plaintiff" in the

Register under "Filing Party".

**REGISTER OF ACTIONS AND PARTY INFORMATION**          **PAGE 1**

EXHIBIT F
Federal Court Fabricated
Register of Actions and
Memorandum 'concocted'

| Date Filed | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|
| 06/25/18 | Plaintiff | Complaint | Motion to Order Cease and Desist Unauthorized Use of Intellectual Property, Dream Visions, Copyrighted Materials and Defamation of Character | Public |
| 07/03/18 | Plaintiff | Affidavit in Support of Service by Publication | Affidavit in Support of Order for Service by Publication | Public |
| 07/13/18 | Defendant | Motion to Dismiss | Defendant James Corey Goode's Motion to Dismiss for Failure to State a Complaint Under C.R.C.P. 12(b)(5)[1] | Public |
| 07/18/18 | Plaintiff | Response to Motion to Dismiss | Reply (sic) to Defendants (sic) Motion to Dismiss for Failure to State a Complaint | Public |
| 07/31/18 | Defendant | Reply to Response to Motion to Dismiss | Reply to Plaintiff's Response to Mr. Goode's Motion to Dismiss for Failure to State a Complaint | Public |

---

[1] The Applicable Rule in the District Court for the District of Colorado is Federal Rule of Civil Procedure 12(b)(5), and should the Court require an amendment to the Motion to Dismiss to reflect the Federal Rule, Defendant respectfully reserves the right and requests leave to amend such pleading under Federal Rule of Civil Procedure 81(c)(2).

**REGISTER OF ACTIONS AND PARTY INFORMATION**          **PAGE 2**

EXHIBIT F
Federal Court Fabricated
Register of Actions and
Memorandum 'concocted'

Mr. Goode believes there are at least two (2) other filings in this case, [1] the

Order for Service by Publication from Judge Lynn and [2] some other filing by

Plaintiff that was filed within the last few weeks. Mr. Goode will have these

documents to file with this Court within the next week or two upon receipt from

Mesa County and will do so prior to the Scheduling Conference set for 9/19/2018

at 10:00 AM in Courtroom A 402 before The Honorable Judge Scott T. Varholak

(Dkt. 11).


Dated: August 28, 2018                    Respectfully Submitted,


                                          s/ VALERIE YANAROS WILDE
                                          VALERIE YANAROS WILDE
                                          YANAROS LAW, P.C.
                                          5057 KELLER SPRINGS, SUITE 300
                                          ADDISON, TEXAS 75001
                                          TELEPHONE: (512) 826-7553
                                          FAX: (469) 718-5600
                                          VALERIE@YANAROSLAW.COM

                                          ATTORNEY FOR DEFENDANT
                                          JAMES COREY GOODE


## CERTIFICATE OF SERVICE

THE UNDERSIGNED COUNSEL HEREBY CERTIFIES THAT ON THIS 20TH DAY OF
AUGUST A COPY OF THE FOREGOING WAS FILED WITH THE CLERK OF COURT USING
THE CM/ECF SYSTEM. A COPY OF THIS DOCUMENT WILL BE SERVED UPON THE
PLAINTIFF IN ACCORDANCE WITH FRCP 4.

                                          /S VALERIE YANAROS WILDE
                                          VALERIE YANAROS WILDE


**REGISTER OF ACTIONS AND PARTY INFORMATION**            **PAGE 3**

*↳ Aug 13, 2018*
*(7 days after case closed)*

**EXHIBIT G**
Non Court stamped Reply and
Objection for failure to serve

| ☒ District Court ☐ Juvenile Court | |
|---|---|
| ___Mesa_____ County, Colorado Court Address: 125 North Spruce P.O. Box 20000-5030 Grand Junction, CO 81502 | |
| ___Alyssa-Christie Montalbano_____ Plaintiff and James Corey Goode Defendant | *No COURT STAMP →* ▲ **COURT USE ONLY** ▲ |
| Attorney or Party Without Attorney (Name and Address): Alyssa-Chrystie Montalbano 2536 Rimrock Ave, Suite 400-117 Grand Junction Colorado 81505 Phone Number:  970-250-8365        E-mail: aristoneart@ymail.com FAX Number:                    Atty. Reg. #: | Case Number: 18CV50 Division 10        Courtroom 10 |
| **REPLY TO PLAINTIFF'S RESPONSE TO MR. GOODE'S MOTION TO DISMISS FOR FAILURE TO STATE A COMPLAINT** | |

Mr. Goode files this Reply to Plaintiff's Reply (sic) to Mr. Goode's Motion to Dismiss for Failure

to State a Complaint ("Plaintiff's Response"):

*This was never served on Ms Montalbano. discovered it due to Accessing PACER.gov AND soon after filed an Objection*

**Argument and Authorities**

Mr. Goode does not intend to further waste this Court's time, but in an effort to address any

newly-presented matters, tenders this brief reply. Plaintiff, again, does not clearly lay out any cognizable

claims supported by evidence, but instead rehashes her previous "arguments". Most notably, Plaintiff

alleges that "per estoppel Ms. Montalbano is the stalked victim and not Mr. Goode". (Plaintiff's

Response at 2, Paragraph (b)). This, of course, makes zero sense, as Mr. Goode has attempted to avoid

any and all contact with Plaintiff at all times. Importantly, in a Suit for Protective Order in Broomfield

County Court, CAUSE NO.: C0802018C 000103, Judge Lynn has continued Mr. Goode's Motion for

*case closed Aug 6, 2018*

Protective Order until a hearing date to further address Plaintiff's stalking of Mr. Goode, and her

dismissal of Plaintiff's "Motions" that she filed that were similarly-plead in form and substance to her

EXHIBIT G
Non Court stamped Reply and
Objection for failure to serve



☐ County Court ☒ District Court

Mesa County, Colorado
Court Address: 125 North Spruce
P.O. Box 20,000-5030
Grand Junction, CO 81502

**ORIGINAL FILED** in

**AUG 30 2018**

**COMBINED COURT**
**BY LITIGANT**

Plaintiff(s)/Petitioner(s): Alyssa-Chrystie: Montalbano
v.

Defendant(s)/Respondent(s): James Corey Goode

⚠                COURT USE ONLY                ⚠

Attorney or Party Without Attorney (Name and Address):
Alyssa-Chrystie: Montalbano, American Citizen
2536 Rimrock Ave, Suite 400-117
Grand Junction, Colorado, 81505

Case Number: 18CV50

Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com
FAX Number:                      Atty. Reg. #: N/A

Division   10      Courtroom   10

**OBJECTION TO REPLY TO PLAINTIFF'S RESPONSE TO MR. GOODE'S MOTION TO DISMISS**
**FOR FAILURE TO STATE A COMPLAINT**

Plaintiff, Ms. Alyssa Chrystie Montalbano, objects to Mr. Goode's "Reply to Plaintiff's Response to Mr. Goode's Motion to Dismiss for Failure to State a Complaint" for failure by Defendant to serve a copy on Plaintiff and for Defendant evading answering Complaint as served on him for response as of April 18, 2018 and Amended and served May 16, 2018:

1.    Ms. Montalbano is doing her best to follow due process of law.  Mr. Goode is not. (EXHIBIT M - Motion For Remand for Multiple Violations of Due Process, mailed for filing with the Denver Federal Court, August 29, 2018)

EXHIBIT H
Improper Complaint and
Motion to Amend

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| Alyssa Chrystie Montalbano | § | |
| Plaintiff | § | CIVIL ACTION NO.: |
| | § | 1:18-cv-02060-RM-GPG |
| v. | § | |
| | § | |
| James Corey Goode | § | JURY TRIAL DEMANDED |
| Defendant | § | |
| | § | |
| | § | |

## MOTION TO AMEND COMPLAINT BY FILING STATE COURT SIMPLIFIED CIVIL PROCEDURE COMPLAINT AS COMPLAINT

Plaintiff, Alyssa Chrystie Montalbano, pursuant to D.C.COLO.LCivR 15.1, FRCP Rule 15(a), and FRCP Rule 8(a), moves this honorable Federal Court to allow the filing of the Amended Complaint for the following:

### I.    Background

Plaintiff opened case 18CV50 June 25, 2018 in Mesa District Civil State Court not understanding the proper court processes to state her 77 page complaint (EXHIBIT Pre-Litigation Complaint) in accordance with FRCP Rule 8(a).



EXHIBIT H
Improper Complaint and
Motion to Amend

$12.90

Goode Media Publishing LLC
Goode EnterpR. Solutions Inc.
1140 US HWY 287
Suite 400-260
Broomfield, CO 80020

FROM: Alyssa-Chrystie...
2536 R... Ave
STE...
...oundary, CO 81505

PRIORITY MAIL

266

UNITED STATES
POSTAL SERVICE

CERTIFIED MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

EXHIBIT H
Improper Complaint and
Motion to Amend

## CERTIFICATE OF SERVICE

It is hereby certified, that on  June   4   2018 , the undersigned mailed to the following addresses:

James Corey Goode
GOODE MEDIA PUBLISHING, LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US Highway 287
Suite 400-256
Broomfield, Colorado 80020

James Corey Goode
C/O: GAIA INC
833 West South Boulder Road
Building G
Louisville, Colorado 80027

Hereinafter, "Recipient," the documents and sundry papers pertaining to "Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate"

1.   Notice of Default in Dishonor

2.   Courtesy Copy of this Certificate of Service

by Certified Mail No. 7018 0680 0002 3149 0630 and 7018 0680 0002 3149 0685 Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Courtesy copies, sent by Certified Mail with Return Receipt to CEO, Jirka Rysavy GAIA INC Certified Mail No. 7018 0680 0002 3149 0708 and Senior Director of Content Production, Jay Weidner GAIA INC Certified Mail No. 7018 0680 0002 3149 0739 at the following address: 833 West South Boulder Road Building G, Louisville, CO 80027.

Signed this  4  day of June 2018
With Prejudice and All Rights Reserved,

Alyssa Chrystie Montalbano
Alyssa   Chrystie  Montalbano (UCC 1-308)

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

State of  CO   County of  Mesa
Signed before me on this
of June  2018  by Kimberly D Blossom
Notary Public  Kimberly D Blossom

KIMBERLY D. BLOSSOM
KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20004010245
MY COMMISSION EXPIRES APRIL 20, 2022

Certificate of Service June 4, 2018

**EXHIBIT H**
Improper Complaint and
Motion to Amend

~~June 4, 2018~~

*Struck letter pages 3-5
NEVER filed on any court
record by Ms. Montalbano*

~~Corey,~~

~~I am offering you the apprenticeship because you need to learn how to really protect yourself.~~

~~Locking yourself into more rules and deeper layers of fear (what you call 'greater security')
ultimately will not get you the results you seek. It works somewhat belabored, but is hackable,
because the method focuses on the problem and not the solution. That means, the method resides
in the same energetic frequencies you are trying to avoid, therefore access remains available to those
who also operate on it. Think of it like a 50 story building. You're on the first floor and all the
people you wish to avoid are also on the 1st floor. Now, imagine each floor is an energetic frequency
and you can only go up a floor when you adjust your frequency. Setting up more low vibration
frequency (fear based) safety (fighting) protocols on the 1st floor, still keeps you on the same level
and make you reasonably accessible to all those you wish to avoid because maybe you're only just
down the hallway from the people trying to 'get you'. Now granted you can barricade yourself in a
room and keep on piling up more junk in front of the door to the room, but generally and
rationally speaking how long can you hold out? What rations do you have, food, water, sleep, etc?~~

~~Basically, staying on the 1st level floor (battlefield) you'll always be fighting and ultimately it's only
a matter of time before the barricades are broke into.~~

~~Now, imagine each floor you go up not only are the people nicer (higher vibration) but those still
into fighting battlefield style cannot go up a floor and behave that way, they must also raise their
vibration and become 'nicer'. Now, what happens if you successfully raise your vibration, (love) to
live on the 50th floor? I can tell you, it's rather nice on the 50th floor, overall very peaceful and
joyful. However, while its very nice up here on the 50th floor and the rooftop view is also lovely,
I'm still in this same building as you because I have chosen this 'lot' to vibrationally and tonally heal,
I still have those from the 1st floor call me up on the building phones (dreams) somewhat regularly
to ask me to join them on the 1st floor by asking if they can kill me or my friends still playing on~~

EXHIBIT H
Improper Complaint and
Motion to Amend

the 1st floor with them. From AI controlled forms, to mafia, shadow people, to whatever or whoever else wants me to 'play ' the fear drama game. I tell them "no" in a variety of ways and my life in 3D continues to be peaceful. 90% of the time my methods include giving them love and light, about 10% of the time (if they are a higher vibrational troublemaker) I will use more mundane methods to tell them no, because they can learn what they need from that and grow. In all instances, the method applied brings their vibration up closer to my level. So they too may one day join me on the 50th floor. When everyone in the building makes it to the 50th floor, a new building and wonderful life can be chosen, where we all live in peace and harmony.

I greatly enjoy when those of the lower floors ask me to play with them, Why? . . . Because I get to heal and change them. ☺ After I wrote most of this letter to you, I went back to sleep and had one of the highest level ethereal controller types that are rarely ever seen come to me. He wanted to eat me, he was extremely tall and lean and had two huge MIB like beings with him. Now why on god's green earth would I be glad about this being coming to me and wanting to eat me? Because I got to give him the light he so desperately needed to start his healing process. He softened and changed. This was done for the lower level players as well that I worked with before revealing his level to the others in the room that I was teaching how to do what I do. This main upper level more ethereal seated being then needed some time to integrate the energies, but he was able to control himself some now. He made me think of a Soros type. I will then wait till the lower level combatant(s) come to me again to heal them further or look for them to join me on the 50th floor once they complete their healing processes. I greatly enjoy seeing them whole and healed and have learned a great deal of patience and neutrality over the years.

I can help you and teach you how to do these things as well and how to live a truly peaceful life according to the resonance of your own heart wisdom, which will elevate you above being fearful and the troubles associated thereof.

The things you read in that PDF file in Dee and were 'surprised' by and 'didn't know what to say' . . . I meant every word. I was surprised by you being surprised, because that didn't fit the 3D evidence as

**EXHIBIT H**
Improper Complaint and
Motion to Amend

~~we both know and thus the pending litigation. I much prefer we make slime together and my dream data be correct. You?~~

~~Because I believe in my abilities and what I have seen in soul spirit realms, I will continue to offer you The Remedy as an option. I do this for you. It is very important at this stage that you accept it, even if you only do it initially to keep from having the allegations go onto public record. I must teach you and the others how to genuinely protect yourselves. This is very serious. Once you are clear in your heart, you will have the ability to clearly choose if you want to continue your studies with me or not. I'm a very easy going person, except where lower density behaviors are concerned and I am very firm on my position and I continue to live in heart spaces of peace, joy, love, and freedom, while maintaining a highly critical eye. It's an interesting mix.~~

~~I do what I do for your safety. I ask that you set your fears aside regarding me and look to see what actually "is." This will ultimately allow you to free your mind and once that happens my work will be complete and you may freely choose if you wish to continue your studies with me or we can adapt the work together arrangement.~~

~~Regardless to if the legal evidence is correct, or my dreams, or any blend thereof. . . You are obviously interested in what I do and my information. For your conscious awareness, I continue to be interested in developing a healthy interpersonal relationship with you, while I teach you how to do what I do and correctly implement the true messages of love and light. No fighting.~~

~~Thank you, Alyssa~~

EXHIBIT H
Improper Complaint and
Motion to Amend

# ~~NOTICE OF DEFAULT IN DISHONOR~~

*Part of affirmed Pre-litigation Notices of failure to respond for use as evidence upon opening lawsuit*

~~Certified Mail#    7018 0680 0002 3149 0630 and 7018 0680 0002 3149 0685~~

~~Date:    June 4, 2018~~    ~~June 11, 2018~~

~~Petitioner:    Alyssa Chrystie Montalbano~~
~~ARI STONE ART LLC~~
~~2536 Rimrock Ave~~
~~Suite 400-117~~
~~Grand Junction, Colorado 81505~~

*Corey,*
*I will give you One Week (June 11, 2018 deadline) to Accept my Offer for Remedy Revised.*

~~Respondent:    James Corey Goode~~
~~GOODE MEDIA PUBLISHING LLC~~
~~GOODE ENTERPRISE SOLUTIONS INC~~
~~1140 US HIGHWAY 287~~
~~SUITE 400-266~~
~~BROOMFIELD, COLORADO 80020~~

~~Reference:    Courtesy Notice Stop and Desist Use of Intell...~~    ~~Litigate~~
~~Dated April 18, 2018~~

*Otherwise I file a civil suit AW*
~~Public Record and open~~
~~a legal case    AM~~

~~This instrument is a Notice of Default in Dishonor upon the instrument(s) delivered by the Petitioner dated April 18, 2018 with the U.S.P.S. Certified Mail No. 7016 2070 0000 0810 0095 and received by the Respondent on or about April 20, 2018 at the address referenced above and subsequent presentment with Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.~~

~~PRESENTMENT: On April 20, 2018, Alyssa Chrystie Montalbano presented the following instrument(s) for response:~~

~~1.    Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate dated April 18, 2018~~

~~2.    Notice of Written Correspondence dated April 18, 2018~~

~~3.    Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice) dated April 18, 2018~~

~~4.    Courtesy Copy Certificate of Service dated April 18, 2018~~

~~PRESENTMENT: On May 16, 2018, Alyssa Chrystie Montalbano presented the following instrument(s) for response with the U.S.P.S. Certified Mail No. 7018 0680 0002 3149 0632 and 7018 0680 0002 3149 0777 and received by the Respondent on or about May 18, 2018 at the address referenced above and the following address: C/O GAIA INC, 833 West South Boulder Road Building G, Louisville, CO 80027.~~

~~1.    Notice of Fault in Dishonor dated May 16, 201~~

~~2.    Updated and Corrected Copy: Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate - AMENDED  dated May 16, 2018~~

~~3.    AMENDMENT ONE dated May 16, 2018~~

~~4.    ADDENDUM ONE dated May 16, 2018~~

~~5.    FINES & FEES For Intellectual Property Use and Copyright Infringements dated May 16, 2018~~

~~Notice of Default in Dishonor~~    ~~Page 1 of 2~~

EXHIBIT H
Improper Complaint and
Motion to Amend

6.  Certified Billing Statement 001 dated May 16, 2018

7.  OFFER FOR REMEDY – REVISED dated May 16, 2018

8.  Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice) - REVISED dated May 16, 2018

9.  CC: Notice of Written Correspondence dated April 10, 2018

10.  Courtesy Copy of Certificate of Service dated May 16, 2018

PRESENTMENT: On May 29, 2018, Alyssa Chrystie. Montalbano presented the following instrument(s) for response with the U.S.P.S. Certified Mail No. 7018 0680 0002 3149 0784 and 7018 0680 0002 3149 0647 and received by the Respondent on or about May 31, 2018 at the address referenced above and the following address: C/O GAIA INC, 833 West South Boulder Road Building G, Louisville, CO 80027.

1.  Certified Billing Statement 002 dated May 28, 2018

2.  Courtesy Copy Certificate of Service dated May 29, 2018

DISHONOR: By the terms and conditions of the instrument, the Respondent is under the duty and obligation to timely and in good faith protest and/or honor the presentment within 14 (fourteen) business days. Allowing 14 (fourteen) business days plus reasonable mailing time for the acceptance have passed and Petitioner shows no record of protest and/or honor to the presentment with a legal, or lawful response. Petitioner deems the instrument(s) to have been dishonored on May 16, 2018, and therefore a confession of judgment on the merits is warranted.

Allowing 14 (fourteen) business days for the acceptance, and an additional ten (10) days on the opportunity to cure, Notice of Fault in Dishonor, and the time allowed having passed for acceptance, and the Petitioner showing no record of acceptance, Petitioner now deems the instrument(s) to have been dishonored on May 16, 2018 and the Notice of Fault in Dishonor to have been dishonored on June 3, 2018, thereby comprising a confession of judgment on the merits.

DEFAULT: For the Respondent(s) failure to honor the offer, places the Respondent(s) at fault. For the Respondent(s) failure, refusal, or neglect in the presentment of a verified response to the Presentments and to the Notice of Fault in Dishonor, Respondent(s) thereby acquiesce and tacitly agree with all terms, conditions and stipulations set forth within the Notice of Fault in Dishonor and by Alyssa Chrystie. Montalbano.

In a continued effort to settle outside of litigation the Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice) - REVISED dated May 16, 2018, though dishonored, shall remain an available option for Respondent to accept as remedy due Petitioner (Instructor) outside litigation, unless otherwise certified in writing.

Signed this 4 day of June, 2018
With Prejudice and All Rights Reserved,

*Alyssa Chrystie-Montalbano*

Alyssa Chrystie. Montalbano (UCC 1-308)
Owner ARI STONE ART LLC
Artist Ari Stone

State of ___ County of ___

Signed before me, on this ___

of ___ ___ by ___

NOTARY PUBLIC ___

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20004010248
MY COMMISSION EXPIRES APRIL 06, 2022

Notice of Default in Dishonor                                    Page 2 of 2

**EXHIBIT H**
Improper Complaint and
Motion to Amend

# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| Alyssa Chrystie Montalbano | § | CIVIL ACTION NO.: |
| Plaintiff | § | 1:18-cv-02060-RM-GPG |
| v. | § | |
| James Corey Goode | § | JURY TRIAL DEMANDED |
| Defendant | § | |

*FEDERAL VERSION OF STATE COURT AMENDED COMPLAINT Requesting leave of state court Nov 13, 2018*

## AMENDED COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE

1. James Corey Goode____, defendant(s), is (are) resident(s) of __Broomfield____ County, with a post office address of ___1140 US Highway 287, Suite 400-266__ Street, City Broomfield_, State of Colorado____.

2. The amount claimed herein does not exceed the jurisdiction of the court.
**OR**

3. The amount claimed from James Corey Goode_, defendant(s), is/are approximately Seventy Thousand dollars and Zero cents ($ 70,000 ), together with proper interest, costs and any other items allocable by statute or specific agreement.

4. Such claim arises from the following event(s) or transaction(s):

Defendant presented himself as someone helping humanity. Plaintiff relied on this and as a result was defrauded of approximately 500 handwritten dream visions and associated discoveries (Trade Secret information) by Defendant during 2017, whereby Plaintiff's Trade Secrets were misappropriated by Defendant largely via email, who preyed on Plaintiff's romantic and trusting nature using his military black operation (MILAB) training and Remote Influencing (RI) skills to emotionally manipulate Plaintiff into freely sharing her highly sought after information. Subsequent to Defendant attaining the information for free he and/or his associates would disseminate the information publically, claim the experiences as their own, or allege the information as 'secret insider' intel. This was performed at least a hundred times. No remedy or attribution was given to Plaintiff, while Defendant and his associates profiteered on it. Defendant also prevented the employment of Plaintiff at Gaia TV during 2017 for a competing series based on dreams, as he was regularly using Plaintiff's information as his own on his syndicated show carried there, Cosmic Disclosure. Plaintiff has now lost

EXHIBIT H
Improper Complaint and
Motion to Amend

a year of work along with many personal and professional relationships, due to Defendant defaming Plaintiff as a stalker or similar derogatory term to mutual friends and associates to maintain his fraud. January 12, 2018 Defendant created a derivative work based on approximately 20 of Plaintiff's handwritten dream vision experiences and alleged them as his own. Plaintiff began due process of law to the best of her abilities April 18, 2018 for remedy and attribution due, once discovering the fraud. Defendant has avoided and evaded, to include opening a malicious prosecution case, July 17, 2018, that Plaintiff got dismissed.   This matter is governed by C.R.S. 18-4-401 theft (fraud/con games), C.R.S. 18-4-408 Theft of Trade Secrets, and CUTSA (Colorado Uniform Trade Secret Act).
   Plaintiff has exhausted all options for remedy and attribution due outside of litigation.   See attached Exhibit certified mailings: pre-litigation Complaint, failure notices, and billing statements. (CRE 902(4),(8),(10))

The Defendant(s)  ☐is (are)  ☐is not (are not)  in the military service of the United States.  In support of this statement, the Plaintiff(s) set(s) forth the following facts:  (State facts concerning military status of the Defendant(s), if the military status of the Defendant(s) is (are) not known, so state here.)

   Unknown

5.  The Plaintiff(s) ☐does (do)  ☑ does (do) not   demand trial by jury (if demand is made, a jury fee must be paid).

☑  By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.

☐ By checking this box, I am acknowledging that I have made a change to the original content of this form.

**WARNING:  ALL FEES ARE NON-REFUNDABLE.  IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

Note:  All Plaintiffs filing this complaint must sign, unless the complaint is signed by an attorney.

   s/Alyssa Chrystie Montalbano
Signature of Plaintiff(s)                                          Signature of Attorney for Plaintiff(s) (if applicable)

 2536 Rimrock Ave Suite 400-117; Grand Junction, Colorado, 81505
Address(es) of Plaintiff(s)

Telephone Number(s) of Plaintiff(s)
 970.250.8365

**CERTIFICATE OF SERVICE**

I certify that on this 15th day of November 2018 a copy of the foregoing was filed with the clerk of the court using the CM/ECF system and is lawfully served upon Defendant's counsel by service through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5)

/s Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen

CRCCP FORM 2 SC   3-18   COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE

EXHIBIT J
Notice on Federal Court
Record to VYW to Serve ACM

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

## FOR THE DISTRICT OF COLORADO

SEP 17 2018

JEFFREY P. COLWELL
CLERK

Alyssa-Chrystie: Montalbano            §
                                        §
        Plaintiff                       §     CIVIL ACTION NO.:
                                        §     1:18-cv-02060-RM-GPG
        v.                              §
                                        §
James Corey Goode                       §     JURY TRIAL DEMANDED
                                        §
        Defendant                       §
                                        §
                                        §

### NOTICE OF E-SERVICE TO DEFENDANT COUNSEL

Plaintiff, Alyssa Chrystie Montalbano, files this notice to the courts and Defendant's counsel that hereafter all service of filed Federal Court documents will be made upon Defendant Counsel in accordance with FRCP Rule 5(b)(2)(E) by way of CM/ECF filing system and per Defendant Counsel consent (FRCP Rule 5(b)(2)(F) in the following way:

1.      Plaintiff will mail physical copies to the Denver based Federal filing Court Clerks Office, who will then upload received documents to the CM/ECF system, at which time Defendant's Counsel will be lawfully served in accordance with CM/ECF filing notifications.

NOTICE OF E-SERVICE TO DEFENDANT COUNSEL                           Page **1** of 2

EXHIBIT J
Notice on Federal Court
Record to VYW to Serve ACM

2.    Pro Se Plaintiff still may not lawfully receive electronic service with the CM/ECF filing system, as Plaintiff may not register to upload files and thereby is no allowed to receive lawful service via the system. Therefore, Plaintiff continues to require being served hard copies of everything by postal mail (and as stated prior) by Defendant's Counsel, who is to lawfully serve a copy of <u>everything filed</u> and is to also affirm such service for the court record. This means Defendant Counsel is to <u>actually mail</u> the documents the same date of filing or on the first business day postal service is available after CM/ECF filing and with a service that will reach Plaintiff within 1 to 3 days of filing.

Respectfully Submitted and All Rights Reserved,

*Alyssa Chrystie Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
AriStoneArt@Ymail.com
970.250.8365

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing **NOTICE OF E-SERVICE TO DEFENDANT COUNSEL** was sent first class by U.S. Mail, postage prepaid, to Ms. Valerie Yanaros Wilde USPS Certified Mail 7018 0680 0000 7324 9809; 5057 Keller Springs Rd, Suite 300, Addison, TX 75001, this 15 day of September, 2018.

*Alyssa Chrystie Montalbano*

Alyssa Chrystie Montalbano, American Citizen

NOTICE OF E-SERVICE TO DEFENDANT COUNSEL

Page **2** of 2



**EXHIBIT K**
Motion for Remand
GRANTED Order

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 18-cv-02060-RM-GPG

ALYSSA-CHRISTIE MONTALBANO,

      Plaintiff,

v.

JAMES COREY GOODE,

      Defendant.

---

## ORDER

---

    This matter is before the Court on Plaintiff's "Opposed Motion for Leave of the Court to Amend the Motion for Remand at Document 20" (ECF No. 62), which the Court construed as motion to remand under 28 U.S.C. § 1447(c), and the Court's order (ECF No. 75) directing Defendant to show cause why this matter should not be remanded to the Mesa County District Court of the State of Colorado, where it originated, for lack of subject-matter jurisdiction. Upon consideration of Defendant's response to the Court's order (ECF No. 78) and the applicable rules, statutes, and case law, the motion to remand is granted.

    Jurisdiction is a threshold question that a federal court must address before reaching the merits of a case, and "[t]he burden of establishing subject-matter jurisdiction is on the party asserting jurisdiction." *Montoya v. Chao*, 296 F.3d 952, 955 (10th Cir. 2002). Plaintiff is asserting claims under state law only, and Defendant has not met its burden of establishing subject-matter jurisdiction.

**EXHIBIT K**
Motion for Remand
GRANTED Order

Accordingly, the Court ORDERS

(1)  that Plaintiff's motion to remand (ECF No. 62) is GRANTED, and

(2)  that pursuant to 28 U.S.C. § 1447(c), due to this Court's lack of subject-matter

jurisdiction, this case is REMANDED to the Mesa County District Court of the State of

Colorado, where it was originally filed.

DATED this 3rd day of December, 2018.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge

EXHIBIT K
Motion for Remand
GRANTED Order

**From:**  Cathy Pearson/COD/10/USCOURTS
**To:**    Mesa.court@judicial.state.co.us

**Date:**  Monday, December 03, 2018 12:10PM
**Subject:**  Remand Order from Judge Raymond P. Moore

Good afternoon,

Attached is the certified Order from Judge Raymond P. Moore, remanding case 18-cv-02060 to your court.  Your case number is 18-cv-50.

Thank you.

Sincerely,

Cathy Pearson
U.S. District Court -- Denver
Courtroom Deputy for
Judge Raymond P. Moore

Attachments:

18-2060 Remand Order CERTIFIED.pdf



**CENTRAL INTELLIGENCE AGENCY**

MOTION TO SET SCHEDULING
HEARING EXHIBIT
CIA RUSSELL TARG

Report Threats

عربي   中文   E

HOME      ABOUT CIA      CAREERS & INTERNSHIPS      OFFICES OF CIA      NEWS & INFORMATION      LIBRARY      KIDS' ZONE

## Library

**Library**
Publications
Center for the Study of Intelligence

**Freedom of Information Act Electronic Reading Room**

How to File a FOIA Request

How to Check on the Status of Your FOIA Request

How to File a Privacy Act Request

Frequently Requested Records

Annual Reports

Historical Collections

CREST: 25-Year Program Archive

President's Daily Brief

Documents Related to the Former Detention and Interrogation Program

Your Rights

Other FOIA Programs

Frequently Asked Questions

Kent Center Occasional Papers

Intelligence Literature

Reports

Related Links

CIA Home   Library   Electronic Reading Room

**Search Query for FOIA ERR:**

[                    ]
[ Search ]

FOIA Category Search | Advanced Search | Search Help

### REMOTE VIEWING OF NATURAL TARGETS. SRI. RUSSELL TARG AND HAROLD PUTHOFF

**Document Type:** CREST

**Collection:** STARGATE

**Document Number (FOIA) /ESDN (CREST):** CIA-RDP96-00787R000500410001-3

**Release Decision:** RIFPUB

**Original Classification:** K

**Document Page Count:** 28

**Document Creation Date:** November 4, 2016

**Document Release Date:** June 11, 1998

**Sequence Number:** 1

**Case Number:**

**Publication Date:** August 26, 1974

**Content Type:** REPORT

**File:**  **Attachment  Size**
📄 CIA-RDP96-00787R000500410001-3.pdf  2.01 MB    **Body:** REMOTE VIEWING OF NATURAL TARGETS

Russell Targ and Harold Puthoff
Stanford Research Institute
Electronics and Bioengineering Laboratory
To be presented at the Conference on Quantum Physics and Parapsychology
Geneva, Switzerland, August 26-27, 1974
Approved For Release 2000/08/07 : CIA-RDP96-00787R000500410001-3
Approved For Release 2000/08/07 : CIA-RDP96-00787R000500410001-3
REMOTE VIEWING OF NATURAL TARGETS
This paper presents a series of experiments in which a subject is

🖨 Printer-friendly version



**About CIA**

Today's CIA

Leadership

CIA Vision, Mission & Values

**Careers & Internships**

Career Opportunities

Student Opportunities

Application Process

**News & Information**

Press Releases & Statements

Speeches & Testimony

CIA & the War on Terrorism