**Exhibit 8**
**Mesa Court filed 2nd Motion Claim Constitutional Rights**

| | |
|---|---|
| District Civil Court, Mesa County, Colorado<br><br>Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | **ORIGINAL FILED IN**<br><br>FEB 1 2 2020<br><br>COMBINED COURT<br>BY LITIGANT |
| Plaintiff(s)/Petitioner(s): Alyssa Chrystie Montalbano<br>v.<br>Defendant(s)/Respondent(s): James Corey Goode | ▲  COURT USE ONLY  ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa Chrystie Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505<br><br>Phone Number: 970.250.8365  E-mail: AriStoneArt@Ymail.com<br>FAX Number:_____  Atty. Reg. #: N/A | Case Number: 18CV50<br><br><br><br>Division  10     Courtroom  10 |
| **SECOND MOTION TO CLAIM AND EXERCISE CONSTITUTIONAL RIGHTS<br>and REQUIRE THE PRESIDING JUDGE TO RULE UPON THIS MOTION,<br>and ALL PUBLIC OFFICERS OF THIS COURT TO UPHOLD SAID RIGHTS** | |

**COMES NOW** Plaintiff, Alyssa Chrystie Montalbano, and moves the court, without accepting the jurisdiction of the court devoid of Constitutional law, pursuant to oaths sworn by the presiding judge and the attending public officers:

1. To acknowledge and act in accordance with a United States Federal Court ruling, to wit: "The claim and exercise of a Constitutional Right cannot be converted into a crime." Miller v. U.S. 230 F, 2d 286. 489;

2. To honor, uphold and abide by the oaths taken by the presiding judge and attending court officers, pursuant to the Constitution of the United States of America.

Article VI, Clauses 2 and 3; Article I, section 9, Clause 8, and; Article III Section I; and the Colorado Constitution, Article 12, Section 8 and 10, in this matter;

3. To provide due process of law, pursuant to the First, Fourth, Fifth, Sixth, Seventh, Ninth and Fourteenth Amendments of the Constitution of the United States of America, and pursuant to Article II, Sections 1, 2, 3 6, 7, 9, 10, 14, 15, 16, 16a, 23, 24, 25, 28 of the Colorado Constitution, and as required by the aforementioned oaths taken by the presiding judge and attending court officers, in this matter;

4. To provide equal protection under the law, as required by the National and state Constitutions and pursuant to the referenced oaths;

5. To respect, protect and uphold the Rights of Ms. Montalbano, an American Citizen, in this matter, which Rights are guaranteed in the National and State Constitutions, pursuant to referenced oaths;

6. To acknowledge and uphold the Constitution of the United States of America as the Supreme Law of this court, in this matter, pursuant to the mandate, in Article II, Section One and Two, of the Colorado Constitution, whereby the courts are instituted solely for the will of the people and whenever deemed necessary may be utilized by

the people and the court may not rule on anything repugnant to the Constitution of the United States; and that the National Constitution is the Supreme Law of Colorado;

7.      To acknowledge and so rule that any court and/or judge which denies a Citizen to present evidence in any hearing or trial in total support of their position, which evidence had previously been sent to Defendant and is unrebutted by Defendant and counsel, is perjury of oath and denial of due process of law.  Since neither Defendant nor counsel rebut this evidence (Pre-Litigation Affidavit Complaint and subsequent mailings first dated April 18, 2018 and filed November 13, 2018 with Amended Complaint), then, there is no dispute, and since there is no dispute, there is no controversy, and since there is no controversy, a summary judgment must be issued on behalf of Plaintiff in the amount of $70,000, along with punitive damages, and attorney fees; OR the matter is to be moved into discovery, toward trial, and the Defendant be ordered to appear and answer in accordance with due process of law.

8.      To acknowledge and so rule that this court and no other court and no judge in Colorado has jurisdiction over or can issue a court order against an American Citizen if that court and/or judge:  (a) do not provide due process of law; (b) do not provide equal protection under the law; (c) do not respect and uphold the Constitutional Rights of American Citizens, and in this instant action, the Rights of Ms. Montalbano an American Citizen, pursuant to the Rights guaranteed in the Constitutions of the United

States of America and the Republic of Colorado; (d) act with sufficient force so as to deny the powers of the National and state Constitutions.

**Wherefore** Plaintiff, Ms. Montalbano, respectfully moves this court to grant this Motion for the aforesaid reasons.

Respectfully Submitted and All Rights Reserved,

*Alyssa Chrystie Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

Declaration of Conferral: Plaintiff having attempted conferral (D.C.COLO.LCivR 7.1(a)) with pro se Defendant, James Corey Goode; and Plaintiff having only an email address for contact of Defendant and having exhausted the use thereof, and Defendant not having provided the courts with proper contact information on his legal filings in accordance with C.R.C.P. Rule 11 and Defendant having failed to lawfully enter his out of state attorney Pro Hac Vice (C.R.C.P. Rule 221) or any proper attorney onto this honorable court's record; Plaintiff has been unable to reach Defendant for proper conferral.

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing **SECOND MOTION TO CLAIM AND EXERCISE CONSTITUTIONAL RIGHTS and REQUIRE THE PRESIDING JUDGE TO RULE UPON THIS MOTION, and ALL PUBLIC OFFICERS OF THIS COURT TO UPHOLD SAID RIGHTS** were sent first class by U.S. Mail, postage prepaid, to Mr. James Corey Goode USPS Certified Mail 7018 2290 0001 2184 5415; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020 and by email to James Corey Goode this 12th day of February, 2020.

*Alyssa Chrystie Montalbano*

Alyssa Chrystie Montalbano, American Citizen