**Exhibit 9**
**Mesa Court filed - Motion Injunctive Relief Dream Vision emails**

| | |
|---|---|
| District Civil Court, Mesa County, Colorado<br><br>Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | ORIGINAL FILED IN<br><br>DEC 27 2018<br><br>COMBINED COURT<br>BY LITIGANT |
| Plaintiff(s)/Petitioner(s): Alyssa Chrystie Montalbano<br>v.<br>Defendant(s)/Respondent(s): James Corey Goode | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa Chrystie Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505 | Case Number: 18CV50 |
| Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number: _____ Atty. Reg. #: N/A | Division 10 Courtroom 10 |
| **MOTION FOR PERMANENT INJUNCTIVE RELIEF** ||

Comes now Plaintiff, Alyssa Chrystie Montalbano, pursuant to Colorado Rules of Civil Procedure, Rule 65; CRS 7-74-103; and CRS 7-74-106; for injunctive relief and moves this honorable court to immediately protect Plaintiff's Trade Secret information:

## I.  Relevant Procedural Background

April 18, 2018 Plaintiff began due process of law (over 8 months ago) and noticed Defendant to stop and desist use of Plaintiff's Trade Secret information (Dream Visions) as his own. Plaintiff initially sought a default judgment without full understanding of court legal processes and laws set forth to protect Plaintiff's misappropriated information. Since April 2018 Defendant and his Counsel have avoided and evaded any discussion of Defendant's fraudulent use of Plaintiff's Trade Secret materials (and continue to do so) and as were specifically cited. (See MOTION FOR LEAVE OF THE COURT TO AMEND THE COMPLAINT Exhibit Pre-Litigation Complaint, Failure Notices, and Billing Statements)

MOTION FOR PERMANENT INJUNCTIVE RELIEF                                    Page **1** of **5**

## II.   CONTENT AND SCOPE OF INJUNCTION ORDER

Currently Plaintiff and Defendant are only known to agree on one thing: hundreds of emails were sent by Plaintiff to Defendant (See attached EXHIBIT VERIFIED COMPLAINT filed by Mr. Goode onto the Broomfield court record July 17, 2018 – the amount of emails cited in the Complaint is accurate to Plaintiff's knowledge)

The extent of misuse by Defendant of Plaintiff's materials will be explored during the investigative stages to determine the full scope and degree of misappropriation, along with the discovery of complicit Jane Doe and John Joe associates.

## III.   EVIDENCE OF TRADE SECRETS
### C.R.S. 7-74-106 (Preservation of Trade Secrets)

1. Plaintiff is the owner of Ari Stone Art LLC.

2. Plaintiff has self-published multiple books since 2007, including two specifically related to dreams:

    2-1.   <u>DreamWalker Dream Diary Adventures of Enetka Tulina: & the Trizad of Peace</u> – ISBN: 978-0-9969608-1-6; ASIN: B072TRB9GP; published June 17, 2018 – a collection of Plaintiff's dreams –

    and;

2-2. <u>Dreams The Missing Text: What Are They? Why do We Have Them? And How What We Do in Them Determines Waking 3D Life Experience</u> – ISBN: 978-0-9969608-3-0; ASIN: B07HFJVT3C; published September 16, 2018 – Plaintiff explains what dreams are based on her personal observation of over a thousand documented personal Dream Vision experiences in comparison with what actually occurs in Waking 3D Life and why there are variations.

Plaintiff gifted Defendant a pre-published copy of <u>DreamWalker</u> (See 2-1) at Conscious Life Expo, California, February 2017. Subsequently Plaintiff emailed hundreds of other Dream Visions and related discoveries to Defendant. Some of those discoveries and dreams are contained in <u>Dreams the Missing Text</u> (See 2-2).

3. Plaintiff hired and worked with 3 (three) private contractors (a Writer, Illustrator, and Clerical Assistant/Editor) during 2017 while seeking employment at GAIA TV via a syndicated TV series based on Plaintiff's Dream Visions. Each private contractor was required to sign an NDA (Non-Disclosure Agreement) prior to accessing vast amounts of Plaintiff's dream visions and related information discussions. Plaintiff will provide the NDAs and associated records, should it be requested.

### IV.  IRREPARABLE HARM IF INJUNCTION NOT ISSUED

Plaintiff will suffer further professional, personal, and financial damages, if an immediate declaration is not entered by the courts on behalf of Plaintiff to immediately protect her Trade Secret information as contained in the hundreds of emails, from further dissemination and/or (mis)use by Defendant. Due to the complexity of the case, scope it may develop into, and Defendant's repeat delay tactics to impede Plaintiff from receiving legal protections and remedy due, it could take months and even years to fully litigate the content and subject matter. Without a declaratory injunctive order, further irreparable professional, personal, and financial damages will be incurred by Plaintiff if the information is further prematurely and inappropriately disseminated by Defendant.

**Wherefore,** Plaintiff moves this honorable court, pursuant to C.R.S. 7-74-103 and C.R.S. 7-74-106 to immediately protect Plaintiff's information, associated research, and discoveries as contained within the hundreds of emails sent by Plaintiff to Defendant largely during 2017; containing very rare and valuable information pertinent to Plaintiff's business; be legally declared as Trade Secrets belonging to Plaintiff along with all the attached writings, discoveries, and information contained therein.

Respectfully Submitted and All Rights Reserved,

*Alyssa Chrystie Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

Declaration of Conferral: Plaintiff having attempted conferral (D.C.COLO.LCivR 7.1(a)) with pro se Defendant, James Corey Goode; and Plaintiff having only an email address for contact of Defendant and having exhausted the use thereof, and Defendant not having provided the courts with proper contact information on his legal filings in accordance with C.R.C.P. Rule 11 and Defendant having failed to lawfully enter his out of state attorney Pro Hac Vice (C.R.C.P. Rule 221) or any proper attorney onto this honorable court's record; Plaintiff has been unable to reach Defendant for proper conferral.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **MOTION FOR INJUNCTIVE RELIEF, (PROPOSED) ORDER FOR DECLARATORY INJUNCTIVE RELIEF AND ATTACHED EXHIBIT** were sent first class by U.S. Mail, postage prepaid, to Mr. James Corey Goode USPS Certified Mail 7018 0680 0002 3148 5988; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020 and by email to James Corey Goode this 27th day of December, 2018.

*Alyssa Chrystie Montalbano*

Alyssa Chrystie Montalbano, American Citizen

| | |
|---|---|
| District Civil Court, Mesa County, Colorado<br><br>Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | ORIGINAL FILED IN<br><br>DEC 27 2018<br><br>COMBINED COURT<br>BY LITIGANT |
| Plaintiff, Alyssa Chrystie Montalbano<br><br>v.<br><br>Defendant: James Corey Goode | ▲   COURT USE ONLY   ▲<br><br>Case Number: 18CV50<br><br>Division 10   Courtroom 10 |
| (PROPOSED) ORDER FOR DECLARATORY INJUNCTIVE RELIEF | |

ORDER FOR DECLARATORY INJUNCTIVE RELIEF - Upon reading the MOTION FOR PERMANENT INJUNCTIVE RELIEF of the Plaintiff on file herein. IT IS HEREBY DECLARED that all emails sent by Plaintiff during 2016 through 2018 to Defendant, containing very rare and valuable information (Dream Visions) pertinent to Plaintiff's business; are hereby legally declared as Trade Secrets belonging to Plaintiff along with all the attached writings, discoveries, and information contained therein and are the sole and separate property of Plaintiff's.

Respectfully submitted, All Rights Reserved

*Alyssa Chrystie Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

☐ GRANTED      ☐ DENIED

DATED, this _____ day of _____, 20_____.

BY THE COURT:

_____
U.S. MAGISTRATE / JUDGE

EXHIBIT MOTION FOR PERMANENT INJUNCTIVE RELIEF
VERIFIED COMPLAINT (1 of 4)

|  |  |
|---|---|
| ☐ Municipal Court ☒ County Court ☐ District Court ☐ Denver Juvenile ☐ Denver Probate<br>__Broomfield____ County, Colorado<br>Court Address:<br><br>17 Descombes Dr, Broomfield, CO 80020<br>Petitioner: __James Corey Goode__<br>Date of Birth: ____2-22-1970____<br>v.<br>Respondent: ___Alyssa Chrystie Montalbano_____<br>Date of Birth: ____?1971 (approx. 38 years old) _____ | FILED IN BROOMFIELD COUNTY COMBINED COURT<br><br>JUL 17 2018<br><br>▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Pending pro hac vice: ~~Valerie Yanaros Wilde~~<br>~~5057 Keller Springs, Suite 300, Addison TX 75001~~<br><br>Phone Number: ~~512-826-7553~~   E-mail: ~~valerie@yanaroslaw.com~~<br>FAX Number:     Atty. Reg. #: ~~TX 24075628~~<br>The address of the Protected Person may be omitted from the written order of the Court, including the Register of actions. | Case Number:<br><br>18C 103<br><br>Division     Courtroom |
| **VERIFIED ☐ COMPLAINT ☒ MOTION FOR CIVIL PROTECTION ORDER** | |

I, _____James Corey Goode_____ (name of person) request this Court to issue a Civil Protection Order, and in support of this request state the following:

1. I am seeking this Civil Protection Order as a victim of the following: (Mark the applicable circumstances.)
   ☐ Domestic Abuse (§13-14-101(2), C.R.S.)
   ☒ Stalking (§18-3-602, C.R.S.)
   ☐ Sexual Assault (§18-3-402(1), C.R.S.)
   ☐ Unlawful Sexual Contact (§18-3-404, C.R.S.)
   ☐ Abuse of the Elderly or an At-Risk Adult (§26-3.1-101(1) and (7), C.R.S.)
   ☐ Physical Assault, Threat or other situation.

2. I reside or am employed in the County of ___Broomfield_____, State of ___Colorado_____, and _____Alyssa Chrystie Montalbano_____ resides or is employed in the County of ___Mesa_____, State of ___Colorado_____. I know _____Alyssa Chrystie Montalbano__ because: she is a fan of the shows, conferences and various media that I appear in that comprise my day-to-day work. She started attempting to contact me repeatedly after seeing the show I appear in on Gaia TV, "Cosmic Disclosure" and some of the work that I do with another Writer and TV and Radio personality, David Wilcock.

3. The other Protected Persons are (list full name, date of birth, sex, and race):

| Full Name of Protected Person | Date of Birth | Sex | Race | Full Name of Protected Person | Date of Birth | Sex | Race |
|---|---|---|---|---|---|---|---|
| ███████████ | ███ | | | ███████████ | ███ | | |

JDF 402  R3/18   VERIFIED COMPLAINT/MOTION FOR CIVIL PROTECTION ORDER
Page 1 of 4
   (1) Court Copy       (2) Petitioner Copy       (3) Respondent Copy

EXHIBIT MOTION FOR PERMANENT INJUNCTIVE RELIEF
VERIFIED COMPLAINT (2 of 4)

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

☒ I have completed and attached the form titled "Affidavit Regarding Children" JDF 404 as children are identified as Protected Persons above.

4. a) The most recent incident that causes me to ask for a Civil Protection Order occurred on or about ____06/14/2018_____ (date), at about __08:14 am__ (time), in ___Broomfield_____ (County), when _____ (name of person) did the following to me and/or the above named Protected Persons: *Be specific: What was the threat or acts of violence? Where did this occur? Were the minor children or other Protected Persons present? Was a weapon involved?*

_____I received three additional certified letters from Alyssa Montalbano sent to my P.O. Box. These letters are attached herewith. They threaten, among other bizarre accusations and claims, to sue me for alleged theft of intellectual property and request multiple inappropriate situations. Further letters have been sent to my place of business that further defame my character and work. See attached brief and evidence._____

b) The most serious incident that causes me to ask for a Civil Protection Order occurred on or about _____April 1, 2018_____(date), at about __1:23 a.m.____(time), in ___Broomfield_____ (County), when _____Alyssa Christie Montalbano_____ (name of person) did the following to me and/or the above named Protected Persons: *Be specific: What was the threat or acts of violence? Where did this occur? Were the minor children or other Protected Persons present? Was a weapon involved?*

_____Sent an incredibly bizarre email communication after she agreed to cease contact with me on February 2, 2018 (see attached brief). In it she references the Conference we forbade her to attend that I was presenting at due to her 400 emails and repeated calls, letters, etc. In her email she says "did something occur in Hawaii? I ask because of a couple dreams. One, you may not be aware of anything... in the dream you were playing (yes in a disguise) and I scooped you up so the sniper on the hill wouldn't shoot you and eat you. I took you and placed you somewhere safe. You seemed oblivious the entire time. In the next dream (disguise again) you seemed to have caught a cold or had something occur that reminded me of my trip to Hawaii as a kid with my bff when she got sucked into the undertow by the shore and when she got back on shore she puked this clear mucally type bile vomit onto the sand. We promptly buried it and moved to the next cabana. :::grin::: Something similar to the bile - vomit was seen in the dream but with shuffles like a really bad cold and you were having a hard time breathing. I helped keep you breathing. Did you have any kind of ocean incident or catch a cold or have any kind of breathing issues?"_____

c) Any other past incidents of violence or threats? *Be specific: What was the threat or acts of violence? Where did this occur? Were the minor children or other Protected Persons present? Was a weapon involved?*

_____She has been making and continues to make threats of defamation or lawsuits. The attached communications show the most recent._____

d) Are you aware of any other Protection Orders currently in effect against you or the other person?
☐ Yes ☒ No  If **Yes**, list any relevant information, such as the issuing Court, State, and date of the order:

EXHIBIT MOTION FOR PERMANENT INJUNCTIVE RELIEF
VERIFIED COMPLAINT (3 of 4)

5. I believe that I and/or the other Protected Persons named in this action are in imminent danger from ____Alyssa Chrystie Montalbano_____ (name of person):

   ☒ Harm to my/our life or health if he/she is not restrained as requested.

   ☒ Physical or emotional harm to my/our emotional health or welfare if he/she is not excluded from the family home or the home of another.

6. ☒ I request that I be permitted to omit my address from this Verified Complaint/Motion for Civil Protection Order, because I fear that including my address will endanger me and/or the other Protected Persons.

7. I request the following relief from the Court that ____Alyssa Chrystie Montalbano____ (name of person):

   a) ☒ Be ordered to refrain from contacting, harassing, injuring, stalking, touching, sexually assaulting, molesting, intimidating, and threatening me or other protected persons.

   b) ☒ Be ordered to have **no contact** at all with me or the other Protected Persons.
   or
   ☐ Be allowed only the following limited contact with me or the other Protected Persons: **Be specific.**

   c) ☒ Be excluded from my home at (address): **If you checked section 6, do not provide your address.**

   d) ☒ Be ordered to stay at least ___1000__ yards from the following places. (address or description)
   **If you checked section 6, do not provide your address.**
   ☒ Home: _____
   ☐ Work: Name: _____ Address: _____
   ☐ School: Name: _____ Address: _____
   ☐ Other: _____

   e) ☒ Be ordered to have **no contact** with the minor children and that I be awarded temporary care and control and Interim Decision-Making Responsibilities for the children.
   or
   ☐ Be awarded temporary care and control of the children and that the other person be given Parenting Time with the children and Interim Decision-Making Responsibilities as follows: **Be specific.**

   f) ☒ Be ordered to refrain from molesting, injuring, taking, transferring, encumbering, concealing, or disposing of or threatening harm to an animal owned, possessed, leased, kept or held by me or my minor child(ren), or other protected persons. Arrangements for possession and care are as follows:

JDF 402   R3/18   VERIFIED COMPLAINT/MOTION FOR CIVIL PROTECTION ORDER
Page 3 of 4
(1) Court Copy          (2) Petitioner Copy          (3) Respondent Copy

EXHIBIT MOTION FOR PERMANENT INJUNCTIVE RELIEF
VERIFIED COMPLAINT (4 of 4)

g) ☐ Be ordered, if this is a domestic abuse protection order, to not possess and/or purchase a firearm, ammunition, or other weapon AND to relinquish any firearm or ammunition within the time ordered by the Court.

h) ☒ Be ordered to refrain from interfering with me or other protected persons at our place of employment or place of education and from engaging in conduct that impairs my or other protected person's employment, educational relationships, or environment.

i) ☒ Other:
Be ordered that she does not attend any event, conference or meeting that myself and/or my family or colleagues are attending and/or speaking or presenting at

☒ I understand that once a Civil Protection Order is issued it cannot be modified or dismissed by me or the other person without permission of the Court.

☒ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.
☒ By checking this box, I am acknowledging that I have made a change to the original content of this form.

**VERIFICATION**

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the __17__ day of __July__, __2018__ at __Broomfield county__
                    (date)         (month)          (year)       (city or other location, and state OR country)

_____
(Printed name of ☐Petitioner ☐Respondent)

(Signature of ☒Petitioner ☐Respondent)

_____
Attorney, if applicable

Stop: If you checked box number 6, do not fill in your address and telephone number.

Address

Telephone Number

**Notice:** Colorado Revised Statutes §13-14-105 identifies that a temporary injunction may be issued by the Court and that upon personal service or upon waiver and acceptance of service by the Restrained Person, is to be in effect against the Restrained Person for a period determined to be appropriate by the Court. This injunction restrains the Restrained Person from:

JDF 402   R3/18   VERIFIED COMPLAINT/MOTION FOR CIVIL PROTECTION ORDER
Page 4 of 4
    (1) Court Copy          (2) Petitioner Copy          (3) Respondent Copy