## Exhibit 10
## Mesa Court filed - Motion Recuse Flynn

| | |
|---|---|
| District Civil Court, Mesa County, Colorado<br><br>Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | ORIGINAL FILED IN<br><br>FEB 1 2 2020<br>COMBINED COURT<br>BY LITIGANT |
| Plaintiff(s)/Petitioner(s): Alyssa Chrystie Montalbano<br>v.<br>Defendant(s)/Respondent(s): James Corey Goode | ▲   COURT USE ONLY   ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa Chrystie Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505 | Case Number: 18CV50 |
| Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number:_____ Atty. Reg. #: N/A | Division   10     Courtroom  10 |
| **MOTION TO RECUSE PERSUANT CRCP 97** | |

Comes now, Plaintiff Alyssa Chrystie Montalbano and moves the court to recuse

Judge Flynn on grounds of prejudice and judicial bias against the case and all evidence

filed in support of Plaintiff's claims, and perjury of his Oath of Office to the Constitution

of the United States of America and the Colorado State Constitution for the following:

1. For all the facts and reasons stated in the 'Motion to Void Judgment Pursuant Rule
   60(B)(3),(4) and (d)(4)' filed on February 12, 2020 and the attached Exhibits are
   incorporated by reference in this Motion as if set forth fully in this Motion herein.

2. Since April 18, 2018 and subsequent opening of this instant case, June 25, 2018,
   the Defendant has avoided and evaded answering for any of his crimes and
   continues to do so and is now being aided by Judge Flynn (insurrection), who is
   actively ignoring fact, law, and evidence in this case and as filed on this public
   court record in full support of Plaintiff's legal and lawful claims.

3. Judge Flynn has violated his oath of office to the Colorado Constitution and the Constitution of the United States of America and must be recused pursuant his Oath of Office and the self-executing 14th Amendment of the Constitution of United States of America sections 3 and 4, and pursuant the Colorado Constitution, Article II, Section 9; and Article 12, Section 10.

4. Through issuing his unlawful January 29, 2020 dismissal orders Judge Flynn has perjured himself (again) and has failed (again) to uphold due process of law and has unreasonably delayed Plaintiff's inalienable Rights to justice since June 25, 2018 (20 months) and in particular (but not limited to) her Constitutional Rights to have safety and happiness, right to a speedy trial by a jury of her peers, freedom of truth in cases of libel where the evidence is to be given to the jury to determine the law in fact, the protection of her private property and that it may not be taken for public use without just compensation. (Colorado Constitution, Article II, Section 3, 6, 10, 14, 15, 23, 25, 28)

There is no law in the State or National Constitutions that place Flynn above the laws he took an Oath to uphold and protect; nor is he granted the authority to choose who he grants or denies inalienable Constitutional rights to. The Constitutions do not grant Flynn the authority to impose his opinion as law, they do not grant him the legal standing to issue orders based on bias or prejudice, or upon his own personal belief systems devoid of any legal or lawful standing; nor does the Constitution grant him the right as a presiding officer of the court to ignore facts, law, and evidence as extensively presented

by Plaintiff in full support of all of her legal and lawful claims in this instant case for 20 months, and for which cannot be denied as being filed as they are public record on this court record, other court records, and public records. If this case is unlawfully dismissed it will be appealed to the Supreme Court and the misconduct will be reported.

Judge Flynn has perjured his oath of office in open denial of this court's public record in issuing the prejudiced and/or biased January 29, 2020 "Orders" where he directly denies fact, law, and evidence. Therefore a fair and impartial trial cannot be had with Judge Flynn presiding in this instant case and he must be recused for perjuring his oath of office and for being prejudice against the subject matter, evidence, and materials of fact provided in this instant case by Plaintiff, and whereby any rulings made devoid of law and that are repugnant to the Constitution of the United States of America and the Colorado Constitution are null and void and without merit and lacking in subject matter and jurisdiction, and as such Flynn has vacated his office through such acts.

Wherefore, in accordance with due process of law, the courts must recuse Judge Flynn for being biased or prejudiced (CRCP 97) against the case and subject matter and for having perjured his Oath of Office and the case must be reassign to a presiding officer who is not prejudice or biased against the case or evidence presented and who will honor their oath of office and in so doing will: 1) Grant the Motion to Void Judgement filed February 12, 2020; 2) will Grant the Amended Complaint filed August 2, 2019 as the operative pleading and will  3) order the Defendant respond on a point by point basis to the presumptive Pre-Litigation Affidavit Complaint; and 4) that an injunctive relief

hearing be immediately set ordering the Defendant to appear and answer so that injunctive relief may finally be obtained by Plaintiff after years of dealing with ongoing harassment by the Defendant; so that Plaintiff, her Intellectual Property, and Trade Secrets may be legally protected once and for all and that the case may be heard by a jury of Plaintiff's peers based on the merits of the case and that all matters at issue so triable may be so tried. (Colorado Constitution, Article II, Section 25)

Alternatively, since Plaintiff believes in the power of love and giving people the opportunity to correct mistakes, should Judge Flynn wish to remain presiding over this complex instance case he may rectify his egregious violations by behaving only in strict accordance with his Oath of Office and thereby the upholdment of due process of law, and he must immediately correct all matters stated as grounds for recusal, void the judgment, and is to Grant the following motions filed with this motion as a sign of good faith he will honor the Constitutions and his Oath of Office to uphold such hereto forward: 1. Second Motion to Claim and Exercise Constitutional Rights, 2. Motion to Demand Court Read All Pleadings, and 3. Motion for Citizens Demand for Trial by Jury; and will immediately set a hearing for injunctive relief; and will agree to recuse himself sua sponte should he be unable to perform his judicial duties in any capacity at any time or is not competent to understand the complex subject matter in this instant case.

Respectfully Submitted and All Rights Reserved,

*Alyssa Chrystie Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

Declaration of Conferral: Plaintiff having attempted conferral (D.C.COLO.LCivR 7.1(a)) with pro se Defendant, James Corey Goode; and Plaintiff having only an email address for contact of Defendant and having exhausted the use thereof, and Defendant not having provided the courts with proper contact information on his legal filings in accordance with C.R.C.P. Rule 11 and Defendant having failed to lawfully enter his out of state attorney Pro Hac Vice (C.R.C.P. Rule 221) or any proper attorney onto this honorable court's record; Plaintiff has been unable to reach Defendant for proper conferral.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **MOTION TO RECUSE PERSUANT CRCP 97** were sent first class by U.S. Mail, postage prepaid, to Mr. James Corey Goode USPS Certified Mail 7018 2290 0001 2184 5415; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020 and by email to James Corey Goode this 12th day of February, 2020.

*Alyssa Chrystie Montalbano*

Alyssa Chrystie Montalbano, American Citizen