# Exhibit 11
## Mesa Court Filed Notice Disqualification Judge Flynn

| | |
|---|---|
| District Civil Court, Mesa County, Colorado<br><br>Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | ORIGINAL FILED IN<br><br>AUG 2 1 2020<br><br>COMBINED COURT<br>BY LITIGANT |
| Plaintiff(s)/Petitioner(s): Alyssa Chrystie Montalbano<br>v.<br>Defendant(s)/Respondent(s): James Corey Goode | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa Chrystie Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505 | Case Number: 18CV50 |
| Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number: _____ Atty. Reg. #: N/A | Division 10   Courtroom 10 |

## NOTICE OF DISQUALIFICATION OF JUDGE

**COMES NOW** Alyssa Chrystie Montalbano, Plaintiff, American Citizen, and gives Notice to the Court of Disqualification of, Brian James Flynn, as presiding Judge in this instant case pursuant The Constitution of the United States of America and Colorado Constitution for the following reasons:

1. Ms. Montalbano incorporates by reference the entire; **MOTION TO VACATE VOID JUDGMENT PURSUANT Colo.R.Civ.P. 60(a) and (b)(2), (3); Colo.R.Civ.P. 59**; filed August 19, 2020 showing in detail multiple and specific instances of clear prejudice by Brian James Flynn against Ms. Alyssa Chrystie Montalbano, an American Citizen, her case, claim, and all evidence filed this court record since June 25, 2018, and shows Flynn's repeat, ongoing, and willful failure to faithfully perform his judicial duties over the course of two years (25 months), in direct opposition to his Oath of Office in this instant case, and thereby he is disqualified as judge through the following Constitutional Rights violations seen in detail in the Motion to Vacate Void Judgment:

(1) PERJURY OF OATH OF OFFICE TO THE STATE AND NATIONAL CONSTITUTIONS

Flynn has invoked the self-executing sections 3 and 4 of the 14th amendment of the United States of America and no longer is a lawful judge, entitled to no benefits of office, including salary and pension; and see the Colorado Constitution, Article II, Section 9 and Article 12, Section 10, through him directly denying Constitutional Rights to an American Citizen in this Court.

(2) DENIED DUE PROCESS OF LAW - IGNORED OR DENIED EVIDENCE

United States Constitution, Article V; Colorado Constitution, Article II, Section 25

(3) DENIED INALIENABLE RIGHTS

United States Constitution, Bill of Rights; Colorado Constitution, Article II, Section 3

(4) DENIED EQUALITY OF JUSTICE, SPEEDY REMEDY, TRIAL BY JURY

United States Constitution, Article V, VII, VIII; Colorado Constitution, Article II, Sections 6 and 10

(5) DENIED SECURITY OF PERSON

United States Constitution, Articles IV and V; Colorado Constitution, Article II, Sections 7, 14, 15

(6) IMPOSED EXCESSIVE AND UNLAWFUL FINES

United States Constitution, Article VIII; Colorado Constitution, Article II, Sections 25

(7) DENIAL OF TRIAL BY JURY

United States Constitution, Article VII; Colorado Constitution, Bill of Rights, Section 23

(8) **DENIAL OF RIGHT TO PETITION FOR REDRESS OF GRIEVANCES**

United States Constitution, Article I; Colorado Constitution, Bill of Rights, Section 24 and 25

(9) **DISPARAGED RIGHTS**

United States Constitution, Articles IX and X; Colorado Constitution, Bill of Rights, Section 28

2. Ms. Montalbano invokes the Colorado Code of Judicial Conduct Rule **2.11, Disqualification,** to wit:

> " (A) A judge shall disqualify himself or herself in any proceeding in which the judge's impartiality* might reasonably be questioned, including but not limited to the following circumstances:
>
> (1) The judge has a personal bias or prejudice concerning a party or a party's lawyer...

Upon reasonable inference of a "bent of mind" that will prevent judge from dealing fairly with party seeking recusal, it is incumbent on trial judge to recuse himself. *Wright v. District Court,* 731 P.2d 661 (Colo. 1987).

**Comment: (Recusal)**

> [1] **Under this Rule, a judge is disqualified whenever the judge's impartiality might reasonably be questioned**, regardless of whether any of the specific provisions of paragraphs (A)(1) through (5) apply. **The term "recusal" is sometimes used interchangeably with the term "disqualification."** [Emphasis added]

And;

"""Impartial," "impartiality," and "impartially" mean absence of bias or prejudice in favor of, or against, particular parties or classes of parties, as well as maintenance of an open mind in considering issues that may come before a judge. See Canons 1, 2, and 4, and Rules 1.2, 2.2, 2.10, 2.11, 2.13, 3.1, 3.12, 3.13, 4.1, and 4.2." Colorado Code of Judicial Conduct, Preamble, Annotation 4.

3. Ms. Montalbano invokes Colo.R.Civ.P Rule 97 to wit "A judge shall be disqualified in an action in which he is interested or prejudice."

4. "A judgment rendered in violation of due process is void.", *Pennover v. Neff*, 95 U.S. 714

5. "It is judge's duty to pass only upon legal sufficiency of facts alleged in affidavit and when motion and supporting affidavits allege facts which demonstrate that judge has a "bent of mind", **refusal of judge to disqualify himself constitutes abuse of discretion.** *Goebel v. Benton*, 830 P.2d 995 (Colo 1992). [Emphasis Added]

   a. Flynn has shown a clear "bent of mind" and "abuse of discretion" in his (Void) August 5, 2020 orders denying Ms. Montalbano's "Motion to Recuse Pursuant CRCP 97" as filed February 12, 2020.

   b. Flynn showed a clear "bent of mind" through outright and repeatedly Denying Ms. Montalbano her Inalienable Constitutional Rights on two very obvious occasions via the following unopposed Motions and unconstitutional (Void) Orders of his:

      (i) In May 14, 2019 Orders, Flynn –Denied- Ms. Montalbano's "Motion to Claim and Exercise Constitutional Rights and Require the Presiding Judge to Rule

Upon the Motion and All Public Officers of this Court to Uphold Said Rights" filed July 18, 2018, and clearly perjured his Oath to the Constitutions.

(ii) In August 5, 2020 Orders, Mr. Flynn –Denied- Ms. Montalbano's "Second Motion to Claim and Exercise Constitutional Rights and Require the Presiding Judge to Rule Upon this Motion" filed February 12, 2020, and again perjured himself.

c. Mr. Flynn has repeatedly shown prejudice against Ms. Montalbano and has warred against the Constitutions by clearly and repeatedly denying Ms. Montalbano's Inalienable Right to a Trial by Jury for her Civil case and claims by him overtly denying the following six (6) Motions for a Hearing or Trial by Jury:

(i) Motion to Set Scheduling Hearing filed December 11, 2018 - denied

(ii) Motion to Set Hearing for Motion to Amend Complaint filed November 1, 2019 - denied

(iii) Complaint and Jury Demand filed February 27, 2019 - denied

(iv) Motion for Citizens Demand of Trial By Jury filed February 12, 2020– denied

(v) Second Motion to Set Hearing For Motion to Amend Complaint and Preliminary Injunction January 3, 2020 – denied

(vi) Statement of Jury Demand for the November 13, 2018 Amended Complaint and statement filed June 10, 2019 - denied - through unconstitutional dismissal of this instant case completely devoid of Due Process of law, and thereby Void January 29, 2020 'orders.'

d.  Flynn showed severe prejudice to all evidence filed by Ms. Montalbano on this Court record since June 25, 2018 (over 25 months) in full support of Plaintiff's claims and willfully violated Constitutional Rights to Due Process of Law. See all evidence filed this court record since June 25, 2018 and all Exhibits filed from A-Z, AA-AZ, BA-BZ, CA-CU, and misc. exhibits also filed, See Exhibit List filed July 20, 2020)

e.  Flynn showed clear prejudice and "bent of mine" through irrationally denying that literary works and published records are tangible materials, because the subject matter Plaintiff writes about is titled "Dream Visions."

   (i)  In January 29, 2020 (Void) 'orders' Flynn stated that "Dream Visions" are 'not tangible or intangible' in spite of copyrights being issued to Plaintiff and being published records legally declared (tangible) literary works, and for which Mr. Flynn maintained his clearly prejudice and irrational viewpoint through to the writing of his completely Void August 5, 2020 Judgment. (See Exhibit X filed January 30, 2019 – copyrights)

f.  Flynn further showed severe bias and "bent of mind" in favor of the Defendant when he completely denied that YouTube, Twitter, Reddit, and email, are in fact published and broadcast mediums:

   (i)  In January 29, 2020 (Void) Orders Flynn denied that Mr. Goode repeatedly and maliciously defamed Ms. Montalbano to thousands of people via these mediums as a "stalker" and that it was malicious because it was performed after Mr. Goode repeatedly lost his stalking cases in the Broomfield

Combined Courts even with fabricated evidence. (Exhibits: AO, AP, AR, AS, AU, AW, AX and AY filed August 2, 2019 – defamation exhibits) Flynn maintained this highly prejudice and clearly irrational view through to his Void August 5, 2020 Judgment. (See Exhibits: CL, CM, CN, CO, CR (defamation exhibits) filed July 20, 2020 with Amended Complaint - denied) (Colorado Constitution, Bill of Rights, Section 10 – matters of libel shall be given to the Jury)

g. Flynn showed a clear "bent of mind" in favor of the Defendant and his out of state Texas based Counsel, Ms. Wilde, by not requiring either of them to follow Due Process of Law court rules at any time, to notably include never ordering Ms. Wilde to correctly enter the case Pro Hac Vice, and never ordering the defendant to Confer on Motions, or provide proper contact information for conferral this court record.

h. Flynn showed further obvious prejudice, and thereby legally disqualified himself, through further Due Process violations by ignoring public record evidence showing Mr. Goode lied on the Broomfield Court Record each 'stalking' case filing (18C103 and 20C32) by stating he did not have a stalking protection order against himself when it is public record with the Texas Courts that he does. (See MOTION TO SET SCHEDULING HEARING Exhibit AMENDED GRIEVANCE Exhibit C Darling International / Goode Protection Order Cause No. 14-04807 District Court of Dallas County, Texas 116th Judicial District filed December 11, 2018; and See - denied - Motion for Judicial Notice filed July 20, 2020 with public records in full support of Ms. Montalbano's claims)

    i. Flynn showed additional "bent of mind" and bias in clear favor of the Defendant's Counsel when he completely ignored Ms. Wilde filed a fake complaint on the Denver Federal Court record during their improper removal of this case, August 13, 2018 – December 3, 2018. (Exhibit H filed December 11, 2018 – Fake Complaint; and again as Exhibit AT filed August 2, 2019 with Motion to Amended Complaint; and See Motion to Impose Sanctions filed December 11, 2018 –denied -)

6. Ms. Montalbano has challenged this Court's Jurisdiction, based on the facts that Flynn is clearly prejudiced against Ms. Montalbano, the case subject matter, and he has overtly warred against the Constitutions, violated his Oath of Office, and thereby rendered this Court incompetent; and whereby any Presiding Officer or Court that fails to uphold Due Process of Law, no lawful jurisdiction exists, and all rulings made with such lack are Void. "If this requirement of the (Bill of Rights) is not complied with, the court no longer has jurisdiction to proceed." *Johnson v. Zerbst*, 304 U.S. 458, 468 ; "A judgment rendered in violation of due process is void.", *Pennover v. Neff*, 95 U.S. 714.

7. Both the National Constitution and the Colorado Constitution, specifically, Article II, Sections 1, 2, and 3, declare the primacy of position of the People and uphold their Rights of Sovereignty. Further, both Constitutions limit the power of government, in this case, the courts, to deny, restrict, remove or ignore those Sovereign Rights.

"Rights can only be taken away by due process in accordance with the Constitution.", *Hale v. Henkle*, 201 U.S. 43 at 74; *Yick Wo vs. Hopkins and Woo Lee vs. Hopkins*, 118 U.S. 356.

Public Officers serve for the good of the Citizens, under oaths sworn to faithfully perform their duties, under the Constitutions, in exchange for the Public Trust. (Exhibit BA filed February 12, 2020 – Flynn's Oath of Office taken twice) **When a judge perjures his oath, he invokes the self-executing Sections 3 and 4 of the Fourteenth Amendment to the National Constitution, immediately vacates his office,** forfeits all eligibility to receive public funds, as in salaries and pensions, loses any immunity offered by his former position and is no longer a lawful judge.

8. Federal and state laws, court rules of procedure and Supreme Court rulings require judges to perform their duties impartially, objectively and fairly, and to rule on matters based upon just consideration of evidence presented, in compliance with due process of law. The National Constitution, pursuant to Article III, Section 1, mandates that "judges shall hold their offices in good behavior". When a judge acts in conspiracy and collusion with one party to the detriment of the other party, renders decisions in opposition to Acts of Congress, violates Citizens' Rights, denies the powers of the Constitutions, and, hence, commits treason, that judge is not serving in "good behavior". In consideration of an appearance before such a judge, any prudent Citizen would reasonably conclude that the presiding officer, pursuant to their oath, would most likely not demonstrate impartiality, objectivity and fairness in the conduct of his office, nor uphold and provide due process.

9. By and through his own actions, Mr. Flynn has demonstrated that he is untrustworthy and will not faithfully and impartially perform his duties pursuant his oath, and Mr. Flynn has repeatedly shown bias ("bent of mind") in this instant case and has thereby Disqualified himself by his own acts, actions, and lack thereof.

Wherefore, Ms. Montalbano, Plaintiff, American Citizen, respectfully gives Notice of Disqualification of Brian James Flynn as Judge in case 18CV50, to this Court, for the aforesaid reasons.

Respectfully Submitted and All Rights Reserved,

*Alyssa Chrystie Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **NOTICE OF DISQUALIFICATION OF JUDGE** were sent first class by U.S. Mail, postage prepaid, to Mr. James Corey Goode USPS Certified Mail 7015 0640 0001 0758 3270; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020 and by email to James Corey Goode this 21st day of August, 2020.

*Alyssa Chrystie Montalbano*

Alyssa Chrystie Montalbano, American Citizen