## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

▬▬▬▬

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,
Elizabeth Lorie,
Brian James Flynn,
William Campbell,
Matthew Grove,
Diana Terry, and
Christina Gomez

Third-Party Defendants.

————

GAIA INC.

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

————

Jay Weidner

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

**DEFENDANT, COUNTER CLAIMANT, THIRD-PARTY PLAINTIFF
ALYSSA MONTALBANO
RESPONSE AND OBJECTION TO MAGISTRATE ORDER [#316]**

COMES NOW, Defendant, Counterclaimant, Third-Party Plaintiff, Alyssa Chrystie Montalbano, in Response and Objection to Magistrate Mix's Denial [#316] of Montalbano's Motion to Recuse [#303] her and states as follows:

Magistrate Mix incorrectly states the Motion to Recuse her is based on 'unsubstantiated belief' [#316 at 3], this is false.  Magistrate Mix has a pattern of focusing on irrelevant points and writing papers that completely ignore the factual matter at issue, Constitutional Law, so she can support her prejudice views as if they are the law, when they are not.

The Recusal was requested because Magistrate Mix supports Constitutional Civil Rights Violations and supports not upholding the United States Constitution or the Colorado Constitution (Supreme Law of the Land) when it is her duty to do so pursuant her sworn Oath of Office, which makes it self-evident she is unlawfully working to take away American Citizen Montalbano's inalienable Constitutional Rights in this instant case, just like her summoned licensed peers (Flynn, Gomez, Grove, Terry, Campbell, Yanaros, Lorie) have done since June 2018; to prejudicially and unlawfully rule in favor of litigants who have violated the Law.

This opposition to Constitutional Law by Magistrate Mix is clearly seen in the following set of facts fully grounded and supported in Constitutional Law and Case Law in pursuance thereof:

### OATH OF OFFICE DUTY

1. **The Colorado Constitution states at Article XII, Section 8 (Oath) [1]:**

   **Section 8.  Oath of civil officers. Every civil officer**, except members of the general assembly and such inferior officers as may be by law exempted, shall, **before he enters upon the duties of his office, take and subscribe an oath or affirmation to support the constitution of the United States and of the state of Colorado, and to faithfully perform the duties of the office upon which he shall be about to enter.** (Emphasis added)

2. **The Constitution of the United States of America states:**

   **Article VI  [#295-2] [2]**

   "**[T]his Constitution, and the Laws** of the United States which shall be **made in Pursuance thereof**; and all Treaties made, or which shall be made, under the Authority of the United States, **shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby**, **any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.**

   The Senators and Representatives before mentioned, and the Members of the several **State Legislatures, and all executive and judicial Officers,** both of the United States

---

[1] https://law.justia.com/constitution/colorado/cnart12.html#:~:text=(8)%20Persons%20in%20the%20personnel,all%20persons%20having%20like%20duties.

[2] https://constitution.congress.gov/constitution/article-6/

and of the several States, **shall be bound by Oath or Affirmation, to support this Constitution**; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States." (emphasis added)

3. *Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974)*

Note: By law, **a judge is a state officer. The judge then acts not as a judge, but as a private individual (in his person). When a judge acts as a trespasser of the law**, when a judge **does not follow the law**, the Judge **loses subject-matter jurisdiction and the judges' orders are not voidable, but VOID, and of no legal force or effect.**

The U.S. Supreme Court stated that **"when a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility** to the supreme authority of the United States."

https://www.law.cornell.edu/supremecourt/text/386/547 (emphasis added)

4. *Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974)* is case law in pursuance of Constitutional Law.

5. Upon information and belief Magistrate Mix has an Oath of Office to serve as a Magistrate Judge in this instant case and this Federal Court and pursuant said Oath she is duty bound to uphold Constitutional Law and Rights above all other conflicting state law, case law, and any law contrary (opposite) it.

## AUTHOR INAILENABLE CONSTITUTIONAL RIGHT FACTS

6. The **Constitution of the United States of America** provides the following clearly established Rights to authors and inventors:

> **Article I, Section 8, Clause 8 [#295-5][3]**
>
> "To promote the Progress of Science and useful Arts, **by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries"** (emphasis added)

7. Chief Judge Brian James Flynn, Magistrate Judge Mix, Judge Daniel Domenico, and Judicial Officers; have a sworn duty to uphold Author Rights pursuant their Oath of Office [#247-9, Flynn Oath of Office] to the Federal Constitution, Article I, Section 8, Clause 8.

8. Montalbano is an American Citizen and an author [#217 (SACC) ¶¶476-488], with an inalienable Constitutional Author Rights to protect her writings and discoveries in Court, pursuant Federal Constitution, Article I, Section 8, Clause 8.

9. The Library of Congress, U.S. Copyright Office, has Federally recognized Montalbano as an author and her writings as legally protectable Intellectual Property by Law and Montalbano has provided these record for both the Mesa District Civil Court and now this Denver Federal Court proving she is the

---

[3] https://constitution.congress.gov/browse/article-1/section-8/clause-8/

owner of the property in legal dispute. [#121-25; and #217, Copyrights and Trade Secret claims]

10. Montalbano has shown her related unpublished writings (approx. 500 short stories [#217 (SACC), ¶482], delivered by mistake and error to Mr. Goode via email) are part of the same controversy as the Federally published writings [#290 at 35-38, Montalbano Objection to unconstitutional Magistrate Recommendation] and that they all are legally Intellectual Property (writings) in fixed formats (Email, JPGs, PDFs, Photos, Drawings/Digital Art, Word files, and etc.) qualifying for legal protection in this Court pursuant U.S. Constitution, Article I, Section 8, Clause 8 [Id at 37]; Copyright Laws, and supplemental jurisdiction laws [Id. at 36;   #217, Claim 9 - Copyrights]

11. Chief Judge Brian James Flynn is the first Judicial Officer to unlawfully take away Montalbano's inalienable Constitutional Right to protect her writings and discoveries in Mesa District Civil Court by lying on the Court record in his color of law 'Orders' that Montalbano's writings didn't exist, because the collection of literary works were titled Dream Visions. [#121-24 at 3 "[d]ream visions are neither tangible or intangible property...."].

12. The Colorado Constitution states in the Bill of Rights, Section 6:

"**Section 6. Equality of justice. Courts of justice shall be open to every person, and a speedy remedy affordable for every injury to person, property or character,** and right and justice should be administered **without** sale, **denial or delay****.**" (emphasis added)

13. Montalbano has an inalienable Right to have all Judicial Officers in any Court, at all times, follow Constitutional Law and be fair and impartial without denial or delay pursuant their Oath of Office to support Colorado Constitution, Bill of Rights, Section 6.

14. Montalbano, an American Citizen, has directly sustained years of ongoing injury to her person [#217, RICO (Proposed Amendments, Docket 308-2) and Deprivation Rights (Proposed Amendments, Docket 315-1)], property (Intellectual Property) [#217 Trade Secrets, and Copyright claims], and character [Id. Defamation, and Violation CCPA claims] as a direct result of Judge Brian James Flynn lying on the Mesa Court Record in case 18CV50 that Montalbano's IP didn't exist and taking away Montalbano's inalienable Constitutional Right to Equality of Justice.

15. Magistrate Mix, a Federal Judge, has a sworn duty to uphold American Citizens' inalienable Rights to be treated fair and impartial in Court and to give speedy remedy for Constitutional Civil Rights violations, injury to person, property and character pursuant her Oath of Office to Colorado Constitution, Bill of Rights, Section 6.

16. *Marbury v. Madison, 1 Cranch 137 (1803).*

"...the particular phraseology of the **constitution of the United States confirms and strengthens the principle,** supposed to be essential to all written constitutions, **that a law repugnant to the constitution is void,** and that courts, as well as other departments, are bound by that instrument." https://supreme.justia.com/cases/federal/us/5/137/ (emphasis added)

17. *Marbury v. Madison, 1 Cranch 137 (1803)* is case law/state law/common law in pursuance of Constitutional Law.

18. Flynn's dismissal orders [#121-24] regarding Montalbano's inalienable Constitutional Author Rights were exactly opposite Constitutional Law and legally repugnant the Constitution and thereby void pursuant case law *Marbury v. Madison, 1 Cranch 137 (1803)* in pursuance of Constitutional Law.

19. Magistrate Mix, like her licensed peer Brian James Flynn before her, also wants to unlawfully take away pro se litigant author Montalbano's clearly established inalienable Constitutional Author Rights to protect her Writings and Discoveries (Intellectual Property), by unlawfully dismissing the Copyright and Trade Secret claims 'with prejudice'. [#283 at 36 and 38, 'dismiss with prejudice' Trade Secrets and Copyright claims]

20. Because Magistrate Mix's Recommendation is exactly opposite Constitutional Law regarding Author Rights [#283 at 32-38], pursuant her Oath of Office to Colorado Constitution, Article XII, Section 8, and U.S. Constitution Article VI, and case law *Marbury v. Madison, 1 Cranch 137 (1803)* in pursuance of

Constitutional Law, her exactly opposite Constitutional Law Recommendation and her exactly opposite supporting state laws and case laws to promote her opposite view, are all repugnant the Constitution and legally without merit/void. The Constitution is the Law, not Magistrate Mix's opposite legal opinions.

21. Montalbano filed an Objection [#290] to Magistrate Mix's Recommendation [#283] because she wants to do the exact opposite of Constitutional Law and take away Montalbano's inalienable author Rights (just like Flynn) rather than uphold said Rights pursuant her sworn Oath of Office and bonded duty requiring her to do so in this Federal Court and in this instant case.

22. Montalbano filed a Motion to Recuse Magistrate Mix [#303] because she 'Recommends' (and wants) this Court and Judge Domenico to also not follow the Law (trespass) with her and third-party defendant Brian James Flynn; and in support of her position denying the Motion to Recuse her, she provides this Court with case law/state law/inferior law to support her exactly opposite Constitutional Law positions [#316, Order Denying Montalbano's Motion to Recuse], when she is required, by Law, pursuant her Oath of Office to the Federal U.S. Constitution, Article VI, and Colorado Constitution, Article XII, Section 8, to find and cite case law only in pursuance of Constitutional Law; she did not.

23. Magistrate Mix proceeds to deny Montalbano's Motion to Recuse her stating:

"[I] remain convinced that my Recommendation [#283] and rulings are correct and well-grounded in applicable legal authority." [#316 at 4].

However, Montalbano just factually showed Magistrate Mix's personal 'convictions' about her 'correct' 'legal authority' are exactly opposite Constitutional Law (Supreme Law of the Land), and in particular her 'convictions' are exactly opposite the Law with respect to upholding Montalbano's clearly established inalienable Constitutional author Rights. Pursuant Magistrate Mix's Oath of Office to Colorado Constitution, Article XII, Section 8, and U.S. Constitution Article VI, her Recommendation regarding Montalbano's Trade Secrets and Copyright claims (directly involving Montalbano's author Rights to her writings and discoveries) cannot be adopted without making the adopting Officer (Judge Domenico) a trespasser in the Law with her and Flynn by willfully taking away Constitutionally secured Author Rights (perjury).

The above set of facts, clearly show Magistrate Mix (like her licensed peer Brian James Flynn before her) is overtly biased for rich and famous authors (Goode and Wilcock) running massive public donation frauds and schemes, over a poor non-famous (original) author (Montalbano), who is honest, hardworking, and a victim of these famous mens' frauds notably since 2017 (5 years).  Magistrate Mix's bias is

so strong for Mr. Goode, Mr. Wilcock, and Mr. Flynn, that she is completely fine with

perjuring her own Oath of Office on this Federal Court Record and also completely

fine Recommending other Judicial Officers (Judge Domenico) commit perjury with

her, which (she knows) would in turn directly unlawfully further financially fund and

promote Goode, Wilcock, and the Enterprise's massive public frauds, fake news, and

money laundering racketeering schemes, and would also continue to give The

Enterprise free and unrestrained (unlawful) use of Montalbano's original writings and

discoveries that do NOT belong to them, and these unlawful acts can only be stopped

with a Court Order by a faithfully performing Judicial Officer following the Law and

simply declaring Montalbano's Intellectual Property hers. [#217 Copyright and Trade

Secret claims, see Damages and Injunctive Relief;  #308-2,  RICO proposed

amendments]


**DEFAMATION INAILENABLE CONSTITUTIONAL RIGHT FACTS**

The next set of facts further show Magistrate Mix's Recommendation and personal

'conviction' that she is 'correct' is clear and simple prejudice and bias for her licensed

peers and (again) rich and famous authors committing massive public frauds; as she is

(again) in direct opposition with Constitutional Law and her Recommendation is that

this Court also fund The Enterprise and their public frauds and schemes through

unlawfully supporting Brian Flynn's color of law Judgment of $116,600 to Goode for

Flynn lying on Mesa Court Record in case 18CV50 [#121-24 at 3], this time as related to Montalbano's Defamation claim [#217, Claim 10]:

*24.* It has already been well established that Magistrate Mix (and all Judicial Officers) must uphold Constitutional Law above all else pursuant their Oath of Office and bonded duty to do so, and it is self-evident Judicial Officers doing the exact opposite of Constitutional Law are legally perjuring [4] said Oath (aka trespassing the Law). (*Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974))*

25. The **Colorado Constitution, Bill of Rights**, states:

> **"Section 10.** *Freedom of speech and press.* No law shall be passed impairing the freedom of speech; every person shall be free to speak, write or publish whatever he will on any subject, being responsible for all abuse of that liberty; and **in all suits and prosecutions for libel that truth thereof may be given in evidence, and the jury,** under the direction of the court, **shall determine the law and the fact.**" (emphasis added)

26. Montalbano, an American Citizen, has a clearly established inalienable Constitutional Right to have the jury make determinations of law and fact regarding libel (defamation).

---

[4] Black's Law Dictionary Abridged Eighth Edition: "**perjury,** n. The act or an instance of a person's deliberately making material false or misleading statements while under oath –Also termed *false swearing; false oath;* (archaically) *foreswearing.*"

27. Chief Judge Brain James Flynn took away this clearly established Constitutional Right in Mesa District Civil Court, case 18CV50, by lying no defamation was shown in dismissal orders [#121-24 at 3] and he repeatedly denied Montalbano her inalienable Constitutional Right to trial by Jury for defamation (2018-2020). [See #315-1 at 9-10, No. 19, (proposed amendments Deprivation Rights) Flynn denying Montalbano hearings and trials on 13 separate occasions for ongoing defamation and harassment]

28. Under Federal Law, which is applicable to all states, the U.S. Supreme Court stated that:

> *Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828).* "**if a court is without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void, and form no bar to a recover sought, even prior to a reversal in opposition to them.** They constitute no justification **and all persons concerned in executing such judgments or sentences are considered, in law, as trespassers.**" (emphasis added)
> https://supreme.justia.com/cases/federal/us/26/328/

29. *Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828)* is case law/state law/common law, in pursuance of Constitutional Law.

30. Flynn has a basic civil duty to tell the truth in Court and a sworn judicial duty pursuant his Oath of Office to uphold Colorado Constitution, Bill of Rights, Section 10, and take Montalbano's defamation claim to the Jury. Flynn did not.

31. Flynn's order/judgment in case 18CV50 [121-24 at 3] were now a second time directly opposite (repugnant) Constitutional Law, this time with respect to Defamation. Flynn did not follow the Law; and pursuant case law *Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828)* in pursuance of Constitutional Law **(U.S. Constitution, Article VI)** Flynn is legally a trespasser of the Law; and pursuant case law *Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974)* in pursuance of Constitutional Law Flynn's opposite Constitutional Law orders stripped him of jurisdiction and immunity and legally made him and everyone else who supports his Color of Law State Court 'Orders/Judgments' trespassers of the Law with Flynn pursuant Case Laws in pursuance of Constitutional Law, pursuant an Oath of Office that only case law in pursuance of Constitutional Law may stand (Colorado Constitution, Article XII, Section 8, and U.S. Constitution Article VI).

32. Magistrate Mix, this instant case, correctly acknowledges defamation occurred, but seeks to only partially uphold Constitutional Defamation Rights by Recommending the Defamation claim move forward only against Mr. Goode. [#283 at 39-42]

33. However, Magistrate Mix's Recommendation simultaneously asks this Court, other Officers and attorneys in this instant case, and Judge Domenico, to completely ignore (turn a blind eye to) the fact that their licensed Judicial Officer peer, Chief Judge Brian James Flynn, lied on the Mesa District Court

Record in his dismissal orders January 29, 2020 [#121-24 at 3] that no defamation was shown to him; when Flynn in-fact saw the exact same defamation facts and exhibits as filed in this instant case and knowingly chose to legally trespass the Constitution's Defamation Laws. [#315-1, ¶¶10-30, Proposed Deprivation Civil Rights Claim - Defamation facts and exhibits seen by Flynn]

34. Magistrate Mix is seeking to "execute" (enforce) Brian Flynn's knowingly fraudulent State Court orders/judgments; that are clearly repugnant Constitutional Law; and pursuant case law *Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828)* and *Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974* in pursuance of Constitutional Law(**U.S. Constitution, Article VI**) and pursuant Magistrate Mix's own Oath of Office, she is legally and by Constitutional Law a trespasser of the Law (committing perjury) with Officer Brian James Flynn.

35. Magistrate Mix, does not Recommend any correction of Flynn's clearly violative of Constitutional Law orders/judgment [#121-24 at 3, #222-4 at 9] or any corrections/remedy for his willful repeat failure to follow Constitutional Law all during case 18CV50 that directly resulted in $116,600 worth of unlawful financial damages to Montalbano (among other damages still accruing) since 2018. Instead Magistrate Mix, now wants Judge Domenico to

also trespass the Law with her, Brian James Flynn, and all the other summoned

Judicial Defendants (Gomez, Grove, Terry, Campbell) by 'dismissing' Mr.

Flynn (and them) unlawfully from this instant case and completely ignoring the

fact that Flynn repeatedly lied on the Mesa District Civil Court Record and that

Flynn repeatedly perjured his Oath of Office by repeatedly doing the exact

opposite of Constitutional Law all during case 18CV50; and to ignore that the

Court of Appeals Officers unlawfully denied a timely filed appeal after entry of

judgment in case 18CV50 [#315-1, ¶77]; and to completely ignore that

Campbell did nothing pursuant his own Oath of Office about fraud committed

by Flynn in Mesa Court. [See proposed amendments Deprivation Rights at

Docket 315-1, for clear details outlining their grievances with Constitutional

Law and case law in pursuance thereof]

   In short, Magistrate Mix's reasons in support of her not recusing herself [#316]

and in support of her unconstitutional Recommendation [#283] being adopted, is that she

is 'convinced' her 'legal authority' conclusions are 'correct'. Yet, Montalbano just

showed (again) her 'legal authority'/conclusions are exactly opposite Constitutional Law

and she is in-fact legally a trespasser of the Law pursuant her own Oath of Office and

pursuant facts well-grounded in Constitutional Law and pursuant facts well-grounded in

case law in pursuance of Constitutional Law.

The bottom line is, regardless to how much case law Magistrate Mix cites in any papers of hers in support of her exactly opposite-Constitutional-Law positions, her positions will continue to remain exactly opposite (repugnant) Constitutional Law;  and because her 'legal authority' conclusions are exactly opposite the Supreme Law of the Land, her 'convictions' (personal belief system) that she is 'correct' cannot Lawfully be used as any type of basis for any Recommendation or Orders in this instant case and pursuant her Oath of Office to Colorado Constitution, Article XII, Section 8, and U.S. Constitution Article VI,  her Recommendation must be thrown out (struck) for being repugnant Constitutional Law and for her committing the criminal act of perjury on this Federal Court Record for knowingly trying to issue orders and recommendations repugnant Constitutional Law, which is the Supreme Law of the Land, and for which she is duty bound by her Oath of Office to support above all else and pursuant said Oath she may only legally provide this Court with case law and state law in pursuance of Constitutional Law, and she did not (aka perjury).

It is for these reasons reiterated in greater detail herein and other related Constitutional Law reasons cited in brevity in Montalbano's Objection [#290] to Magistrate Mix's unconstitutional Recommendation [#283], that Montalbano filed the Motion to Recuse [#303] Magistrate Mix, as she is a trespasser of the Law and wants other Officers (Judge Domenico) in this Denver Federal Court and instant case to trespass the Law with her and her summoned third-party defendant peers (Flynn, Gomez, Grove, Terry, Campbell, Yanaros, and Lorie).

Regardless to which claim(s) of Montalbano's proceed forward, Magistrate Mix has shown she will not proceed fairly or impartially with respect to pro se litigant Montalbano and that she is predisposed to not uphold the Law in this Court and will readily trespass the Law (commit perjury) with her licensed peers and will also readily recommend trespassing the Law to let rich and famous authors (Goode and Wilcock) get away with Intellectual Property theft from a non-famous poor (original) author through their massive public donation frauds and racketeering schemes. Therefore, Magistrate Mix must be recused pursuant her own Oath of Office and pursuant her Oath of Office to **Colorado Constitution, Article XII, Section 10**:

> **Section 10.  Refusal to qualify vacancy. If any person elected or appointed to any office shall refuse or neglect to qualify** therein within the time prescribed by law, **such office shall be deemed vacant.** (Emphasis added)

Magistrate Mix has failed to qualify as a Judge by willfully failing to faithfully uphold Constitutional Law (perjury) and has Lawfully vacated her Office of public trust pursuant her Oath, and has failed to honor and uphold Montalbano's inalienable Constitutional Right to have Equality of Justice and equal application of the Law; and because Magistrate Mix is still 'convinced' that her exactly opposite Constitutional Law 'legal authority'/conclusions are 'correct' in spite of all evidence, facts, and Law to the contrary in this case; there is a clear disconnect in her logic (prejudice and bias) that overtly shows she will not follow the Law moving forward and will continue to find unlawful reasons and repugnant case law in pursuance of trespassing Constitutional Law rather than

finding state and case laws in pursuance of Constitutional Law, and for these reasons she must be recused.

WHEREFORE, for all the aforementioned reasons, Montalbano Objects to Magistrate Mix remaining a presiding Judicial Officer over this instant case in any capacity and respectfully demands her immediate recusal for overt bias and prejudice, as she is not fair or impartial with regard to pro se litigant and non-famous author Montalbano and has repeatedly shown she will not follow the Law and will in-fact do and recommend the exact opposite of the Law (trespass /perjury) to prejudicially rule in favor of her licensed peers and famous authors to cause further unlawful and unsanctioned damages to pro se Plaintiff Montalbano and she must be immediately recused; and a faithfully performing Judicial Officer must be assigned to this case, who will in-fact Lawfully guide the case through discovery phases and trial by supporting all their legal conclusions only with Constitutional Law and citing only case law and state law in full pursuance thereof pursuant their own Oath of Office thereto; and that the Court grant Montalbano any other such relief it deems just.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Defendant, Counter-Claimant, Third-Party Plaintiff

**Certificate of Compliance**

I certify the foregoing Response complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

I certify that on this 12th day of July 2022 a copy of the foregoing Response was filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5); and upon Mr. David Wilcock and WILCOCK FOUNDATION by post mail via their appointed agent in Las Vegas, NV, via USPS Certified Mail #7022 0410 0002 8766 1097.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen