OFFICE OF THE SECRETARY OF STATE
OF THE STATE OF COLORADO

# CERTIFICATE OF DOCUMENT FILED

I, Jena Griswold, as the Secretary of State of the State of Colorado, hereby certify that, according to the records of this office, the attached document is a true and complete copy of the

Statement of Trade Name Renewal

with Document # 20221593355   of

Alpine Judgment Recovery

(Entity ID # 20151524803   )

filed by Thomas D Seaman
consisting of   2   pages.

This certificate reflects facts established or disclosed by documents delivered to this office on paper through 07/28/2022 that have been posted, and by documents delivered to this office electronically through 07/29/2022 @ 13:22:12 .

I have affixed hereto the Great Seal of the State of Colorado and duly generated, executed, and issued this official certificate at Denver, Colorado on 07/29/2022 @ 13:22:12 in accordance with applicable law. This certificate is assigned Confirmation Number  14199622



*******************************************End of Certificate*******************************************

*Notice: A certificate issued electronically from the Colorado Secretary of State's Web site is fully and immediately valid and effective. However, as an option, the issuance and validity of a certificate obtained electronically may be established by visiting the Validate a Certificate page of the Secretary of State's Web site, http://www.sos.state.co.us/biz/CertificateSearchCriteria.do entering the certificate's confirmation number displayed on the certificate, and following the instructions displayed. Confirming the issuance of a certificate is merely optional and is not necessary to the valid and effective issuance of a certificate. For more information, visit our Web site, http://www.sos.state.co.us/ click "Businesses, trademarks, trade names" and select "Frequently Asked Questions."*



Colorado Secretary of State
Date and Time: 06/18/2022 08:30 AM
ID Number: 20151524803

Document number: 20221593355
Amount Paid: $5.00

Document must be filed electronically.
Paper documents will not be accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

ABOVE SPACE FOR OFFICE USE ONLY

# Statement of Trade Name Renewal of a Person other than a Reporting Entity, a Domestic Limited Partnership or a Dissolved or Delinquent Reporting Entity, or a Converted Entity

filed pursuant to §7-71-105 and §7-71-107 of the Colorado Revised Statutes (C.R.S)

1. The ID number of the statement of trade name to be renewed and the true name of the person transacting business in this state under the trade name are

   ID number: 20151524803
   *(Colorado Secretary of State ID number)*

   True name (if an individual):
   Last: Seaman
   First: Thomas
   Middle: D
   Suffix:

   **OR**

   (other): _____
   *(Caution: Do not provide both an individual and an entity name.)*

2. The trade name under which such person transacts business in this state, as stated in such statement of trade name is

   Alpine Judgment Recovery.

3. The principal address of such person is

   Street address: 283 Meadows Circle
   City: Ridgway
   State: CO
   Postal/Zip Code: 81432
   Country: United States

   Mailing address (leave blank if same as street address): PO Box 1002
   City: Ridgway
   State: CO
   Postal/Zip Code: 81432
   Province: Colorado
   Country: United States

   ☐ The mailing address in the records of the Secretary of State is no longer different than the street address and is no longer required.

4. A brief description of the kind of business transacted or activities conducted or contemplated to be transacted or conducted in this state under such trade name is

   Alpine Judgment Recovery.

5. *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*
☐ This document contains additional information as provided by law.

**Notice:**

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that such document is such individual's act and deed, or that such individual in good faith believes such document is the act and deed of the person on whose behalf such individual is causing such document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S. and, if applicable, the constituent documents and the organic statutes, and that such individual in good faith believes the facts stated in such document are true and such document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is identified in this document as one who has caused it to be delivered.

6. The true name and mailing address of the individual causing this document to be delivered for filing are

| Seaman | Thomas | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

283 Meadows Circle
*(Street number and name or Post Office Box information)*

| Ridgway | CO | 81432 |
|---|---|---|
| *(City)* | *(State)* | *(Postal/Zip Code)* |

| | United States |
|---|---|
| *(Province – if applicable)* | *(Country – if not US)* |

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*
☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

**Disclaimer:**

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).