# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,
Elizabeth Lorie,
Brian James Flynn,
William Campbell,
Matthew Grove,
Diana Terry, and
Christina Gomez

Third-Party Defendants.

―――

GAIA INC.

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

―――

Jay Weidner

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

# THIRD-PARTY PLAINTIFF ALYSSA MONTALBANO
# SUMMONS REQUEST

COMES NOW, Third-Party Plaintiff, Alyssa Chrystie Montalbano and respectfully requests summons be issued for Mr. Thomas D. Seaman as follows:

This action was originally filed March 17, 2020 by James Corey Goode and GOODE ENTERPRISE SOLUTIONS, INC (GES) (Plaintiffs) against Defendant Montalbano and et al. On August 3, 2022 Montalbano filed a pending Motion of Joinder to join Mr. Thomas D Seaman from related case 18CV50 [#27] to this instant case and to Montalbano's pending counterclaims [#217, #308, #315] and respectfully requests this Court, Grant, approve, sign and issue the attached summonses for service of process upon Mr. Thomas D. Seaman upon joinder.

Respectfully Submitted and All Rights Reserved,
/s/ Alyssa Chrystie Montalbano
Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Defendant, Counter-Claimant, Third-Party Plaintiff

## CERTIFICATE OF SERVICE

I certify on this 3rd day of August 2022 a copy of the foregoing Summons Request was filed with the clerk of the court using the CM/ECF system and are lawfully served upon appeared parties counsels, through the Case Management/Electronic Case Filed (CM/ECF) court filing system (FRCP Rule 5) and I certify a copy of this filing will be served on Mr. Thomas D. Seaman in accordance with FRCP Rule 4, and upon pro se litigants Mr. David Wilcock and WILCOCK FOUNDATION, via USPS Certified Mail 7019 1640 0001 9358 6776 appointed agent CORPORATE CAPITAL INC., Mr. Brent Carlson, 7848 W. Sahara Ave, Las Vegas, NV 89117.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen