# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,
Elizabeth Lorie,
Brian James Flynn,
William Campbell,
Matthew Grove,
Diana Terry, and
Christina Gomez

Third-Party Defendants.

----

GAIA INC.

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

----

Jay Weidner

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

# DEFENDANT, COUNTERCLAIMANT, THIRD-PARTY PLAINTIFF ALYSSA MONTALBANO OBJECTION TO ORDER [#323] REFERRING EMERGENCY MOTION [#322] TO MAGISTRATE JUDGE MIX

COMES NOW, Defendant, Counterclaimant, Third-Party Plaintiff, Alyssa Chrystie Montalbano, and Objects to Judge Domenico's Order [#323] referring Montalbano's Emergency Motion [#322] to Magistrate Judge Mix for the following:

1. Montalbano has requested Magistrate Mix's Recusal [#303, filed May 3, 2022] for failure to uphold all Constitutional Laws and Rights this instant case and for being prejudice against pro se litigant Montalbano and biased for her licensed peers who lie on Court records and violate Constitutional Law.

2. Judge Domenico referred Montalbano's Motion to Recuse Magistrate Mix, to Magistrate Mix [#305, May 5, 2022] and Magistrate Mix denied recusal of herself. [#316, July 5, 2022]

3. Montalbano Objected to Magistrate Mix's refusal to recuse herself [#318, filed July 12, 2022] and Montalbano's Objection filing was corrected by the clerks to be entered as an Appeal of Magistrate Mix's denial to recuse herself.

4. The Motion to Recuse Magistrate Mix on Appeal [#303, #318] remains pending before Judge Domenico.

5. Montalbano incorporates by reference her Objection to Magistrate Recommendation filed at Docket 290, March 23, 2022 and it is incorporated fully herein.

6. Montalbano incorporates by reference her Motion to Recuse Magistrate Mix as filed at Docket 303, May 3, 2022, and it is incorporated herein.

7. Montalbano incorporates by reference the pending amended Deprivation Civil Rights violations claim, filed at Docket 315, June 30, 2022, showing in clarified detail the five judicial defendants clear Constitutional Law violations.

8. Montalbano incorporates by reference her 'OBJECTION/Appeal of Magistrate Judge Mix's Decision [#316]', filed at Docket 318, July 12, 2022, and it is incorporated herein.

**WHEREFORE,** for all the facts, reasons, case law and Constitutional Law stated herein and as contained in Montalbano's incorporated filings; Magistrate Mix must be immediately recused for prejudice and bias against Montalbano, and Judge Domenico or a new faithfully performing non-dispositive Judicial Officer assigned this instant action must issue a Lawful and unbiased decision on Montalbano's Emergency Motion pursuant Due Process of Law and an Oath of Office to the State and National Constitutions (Supreme Law of the Land).

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Defendant, Counter-Claimant, Third-Party Plaintiff

**Certificate of Compliance**

I certify the foregoing Motion complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

**CERTIFICATE OF SERVICE**

I certify that on this 5th day of August 2022 a copy of the foregoing Motion was filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5); and upon Mr. David Wilcock and WILCOCK FOUNDATION ("WF"), vi via USPS Certified Mail #7019 1640 0001 9358 6783 appointed agent CORPORATE CAPITAL INC., Mr. Brent Carlson, 7848 W. Sahara Ave, Las Vegas, NV 89117.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen