EXHIBIT G

| | |
|---|---|
| DISTRICT COURT, MESA COUNTY, COLORADO<br><br>Court Address:<br>MESA COUNTY JUSTICE CENTER, 125 NORTH SPRUCE STREET, GRAND JUNCTION, CO, 81501 | DATE FILED: August 5, 2022 8:52 AM<br>CASE NUMBER: 2018CV50 |
| **Plaintiff(s)** ALYSSA-CHRYSTIE MONTALBANO et al.<br><br>v.<br><br>**Defendant(s)** JAMES COREY GOODE | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number:  2018CV50 |
| | Division:  10          Courtroom: |
| **Order:Objection to Order on Motion to Transfer Interest and Amend Judgment** | |

The motion/proposed order attached hereto: GRANTED.

Judge Timbreza is currently suspended with pay, and I have been covering a large majority of his cases. I was unaware that Plaintiff was intending to file an objection and was unable to see how the request made in the motion could prejudice her in any way and that she would have any basis under Colorado law to object. Contrary to Plaintiff's position, the order, like all of my orders in this case, was not entered out of malice and was entered consistent with Colorado law. In any event, given the information provided, my order of 7/20/2022 is vacated as having been improvidently granted and Plaintiff shall have 21 days from today's date to file a response to the original motion.

Issue Date:  8/5/2022

BRIAN JAMES FLYNN
District Court Judge



District Civil Court, Mesa County, Colorado

Mesa County, Colorado
Court Address: 125 North Spruce
P.O. Box 20,000-5030
Grand Junction, CO 81502

FILED IN COMBINED COURT
JUL 2 7 2022
MESA COUNTY COLORADO COURT
MRS. SANDRA LEE DYER

Plaintiff(s)/Petitioner(s): Alyssa Chrystie Montalbano
v.

Defendant(s)/Respondent(s): James Corey Goode

▲     **COURT USE ONLY**     ▲

Attorney or Party Without Attorney (Name and Address):
Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave, Suite 400-117
Grand Junction, Colorado, 81505

Case Number: 18CV50

Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com
FAX Number:_____ Atty. Reg. #: N/A

Division   10          Courtroom  10

## OBJECTION TO ORDER

## ON MOTION TO TRANSFER INTEREST AND AMEND JUDGMENT

Comes now, Plaintiff, Alyssa Chrystie Montalbano, and Objects to Brian James Flynn's

unlawful entry of Order on July 20, 2022 granting the Motion to Transfer Interest and Amend

Judgment as filed July 8, 2022, by Thomas D. Seaman, ALPINE JUDGMENT RECOVERY, and

Mr. James Corey Goode for the following:

1. Chief Judge Brian James Flynn, the original Judicial Officer assigned this instant case,

   is a third-party Defendant in Denver Federal Court pending case

   1:20-CV-00742-DDD-KLM; for prejudice, bias, and Deprivation of Civil Rights in

   this instant case and for placing a fraud on the Mesa District Civil Court through

   denying Plaintiff, Montalbano, her Constitutional Rights and outright lying on this

   Court Record in his color of law dismissal orders and color of law judgment.

EXHIBIT G

Attachment to Order - 2018CV50

2. Case 18CV50 dismissal orders as entered January 29, 2020 and Judgment as entered August 5, 2020 are in Lawful dispute in Denver Federal Court case 1:20-CV-00742-DDD-KLM for Deprivation of Montalbano's Constitutional Civil Rights by Judge Brian James Flynn in this instant case; whereby Mr. Flynn repeatedly issued orders and judgments exactly opposite Constitutional Law and all facts in this case and thereby perjured his Oath of Office to both the State and National Constitutions. (See Exhibit BA filed February 12, 2020 this case, Mr. Flynn Certified Oath of Office)

3. Mr. Flynn knowingly and maliciously entered the order July 20, 2022 granting the Motion; prior the 14 day response time allotted; and this is seen in the following set of facts: 1) Mr. Flynn is a Defendant to Montalbano's claims in a federal lawsuit for Deprivation of Rights in this instant case. 2) Mr. Flynn knew Montalbano was working on an Objection to be timely filed, as Montalbano repeatedly phoned the division 10 clerk, Ms. Becky, regarding the motion and informed her papers were being prepared to be filed and told her that Mr. Flynn is a defendant to Ms. Montalbano's federal claims as related to case 18CV50. 3) Ms. Becky informed Montalbano that Judge Lance Timbreza is the current Officer assigned to case 18CV50 and division 10, not Brian James Flynn (thus no need to file a second motion to recuse Mr. Flynn). 4) Mr. Flynn (until this motion) had a regular pattern in case 18CV50 of leaving motions outstanding typically for months on end and never issuing orders on important motions prior response and reply deadlines allotted in Court Rules to the parties; Mr. Flynn prejudicially took away Ms. Montalbano's time to Respond and lawfully Object to the Motion. These set of facts clearly show Mr. Flynn entered

EXHIBIT G

Attachment to Order - 2018CV50

the order out of malice as he is not even assigned to the case anymore and had to go out of his way to prematurely issue orders on a Motion he knew would only serve to cause more burdens and financial damages to the federal court plaintiff against him, Montalbano.

4. Montalbano incorporates by reference her Objection to the Motion to transfer interest and attached exhibits, as timely filed July 22, 2022, and it is incorporated by reference fully herein showing the details of why Mr. Flynn's Kangaroo Court orders as entered July 20, 2022 are as null and void as his January 29, 2020 orders and August 5, 2020 judgment, as they all still are exactly opposite Constitutional Law and Mr. Flynn has again perjured his Oath of Office by again knowingly failing to follow the Law.

WHEREFORE, for all the facts, reasons, Constitutional Law (Supreme Law of the Land), case law in pursuance of Constitutional Law, all evidence filed in this instant case, related cases, and incorporated by reference the Objection and Exhibits as filed July 22, 2022 Mr. Flynn's orders are null and void, for again being exactly opposite Constitutional Law.

Submitted this 27 day of July 2022 and All Rights Reserved.

*Alyssa Chrystie Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

EXHIBIT G

Attachment to Order - 2018CV50

EXHIBIT G

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **OBJECTION TO ORDER** were sent, to Mr. James Corey Goode USPS Certified Mail 7021 0950 0000 5249 9096; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020 and to Mr. Thomas D. Seaman, ALPINE JUDGMENT RECOVERY, USPS Certified Mail 7021 0950 0000 5249 9102; PO Box 1002, Ridgway, CO 81432.

*Alyssa Chrystie Montalbano*

Alyssa Chrystie Montalbano, American Citizen

EXHIBIT G

Attachment to Order - 2018CV50