IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

Plaintiffs,

v.

WEIDNER, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY,
BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendants.

-------------------

ALYSSA CHRYSTIE MONTALBANO, individually,

Counterclaimant,

v.

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC; DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION
VALERIE YANAROS WILDE, ELIZABETH LORIE,
BRIAN JAMES FLYNN, WILLIAM CAMPBELL, MATTHEW GROVE,
DIANA TERRY, and CHRISTINA GOMEZ,

Third-Party Defendants.

---

## SUBSTITUTION OF COUNSEL OF RECORD ON BEHALF OF DEFENDANT JAY WEIDNER

---

The undersigned, Aaron Belzer of Belzer Law, hereby withdraws as Attorneys for the Defendant Jay Weidner.

**BELZER LAW**
By:

*/s/ Aaron Belzer*
Aaron Belzer, #47826
Counsel for Defendant Jay Weidner

PLEASE TAKE NOTICE that Ashlee N. Hoffman of Burnham Law hereby withdraws as co-counsel for Defendant Jay Weidner.  The undersigned, Matthew Gardner of Burnham Law, hereby substitutes and enters his appearance as counsel for Defendant Jay Weidner.

Respectfully submitted August 26, 2022.

**BURNHAM LAW**
By:

*/s/ Matthew Gardner (Duly Signed)*
Matthew Gardner, #55654
The Burnham Law Firm, P.C.
2760 29th Street, Suite 1E
Boulder, CO 80301
Phone: 303-990-5308
Email: mgardner@burnhamlaw.com
Counsel for Defendant Jay Weidner

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in

Judge Domenico's Practice Standard III(A)(1).

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned does hereby certify that on the 26th day of August, 2022, a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL OF RECORD ON BEHALF OF DEFENDANT JAY WEIDNER** was filed and served via the CM/ECF and all parties as listed below were electronically served via same with the exception of Cliff High, who has been served via email.

**Attorney for Plaintiffs, and Third Party Defendants Light Warrior Legal Fund, LLC, and Valerie Yanaros Wilde, and Counter Defendant Goode Enterprise Solutions, Inc.:**
Valerie Ann Yanaros
Yanaros Law PC
5057 Keller Springs
Suite 300
Addison, TX 76001
Phone: 512-826-7553
Email: valerie@yanaroslaw.com

**Attorneys for Defendants Gaia, Inc., Jirka Rysavy, Brad Warkins, and Kirsten Medvedich**:
Daniel Andrew Dingerson
Ina B. Scher
Davis & Gilbert, LLP
1740 Broadway
New York, NY 10019
Phone: 212-237-1488
Email: ddingerson@dglaw.com
ischer@dglaw.com

**Third Party Defendants Brian James Flynn, William Campbell, Matthew Grove, Dianna Terry, and Christina Gomez**:
Dmitry B. Vilner
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
720-508-6645
Email: Dmitry.Vilner@coag.gov

**Attorney for Defendant Benjamin Zavodnick**:
Michael Jacob Laszlo
Laszlo & Associates, LLC
2595 Canyon Boulevard
Suite 210
Boulder, CO 80302
Phone: 303-926-0410
Email: mlaszlo@laszlolaw.com

**Defendant Alyssa Montalbano,** *Pro Se*:
2536 Rimrock Avenue
Suite 400-117
Grand Junction, CO 81505
970-250-8365
Email: LegalZenACM@Gmail.com

**Third Party Defendant Elizabeth Lorie**:
Timothy M. Murphy
Alicia Margaret Reinken
Robinson & Henry PC
7555 East Hampden Avenue, Suite 600
Denver, CO 80231
Phone: 303-338-2365
Email: tim@robinsonandhenry.com

*/s/ Ashley Tasker (Duly Signed)*
Ashley Tasker, Paralegal