# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,
Elizabeth Lorie,
Brian James Flynn,
William Campbell,
Matthew Grove,
Diana Terry, and
Christina Gomez

Third-Party Defendants.

----

GAIA INC.

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

----

Jay Weidner

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

**DEFENDANT, COUNTER CLAIMANT, THIRD-PARTY PLAINTIFF
ALYSSA MONTALBANO**

**PARTIALLY OPPOSED
EMERGENCY SUPPLEMENTAL MOTION
CONSOLIDATE CASES PURSUANT FRCP 42(a)
AND 28 USC 1441(a) and (c)
AND
EMERGENCY SUPPLEMENTAL MOTION
JOINDER PURSUANT FRCP 19**

COMES NOW, Defendant, Counterclaimant, Third-Party Plaintiff, Alyssa Chrystie Montalbano, and files this Emergency Supplemental Motion to "Emergency Motion Stay Court Case 18CV50 Pursuant 28 USC 2283 and Consolidate Cases Pursuant FRCP 42(a)" [#322] and Emergency Supplemental Motion to "Motion Required Joinder Pursuant FRCP 19" [#320], requesting that case 1:22-CV-02224-KLM (State Court Case 18CV50 removed to Federal Court) and Mr. Thomas D. Seaman be joined this instant case, and states as follows:

## I.   Conferral

Montalbano conferred with all parties and/or their counsels in this instant case regarding this Emergency Motion:

The following parties are **Unreachable** for conferral and marked as **Opposed**: pro se litigants Mr. Wilcock and WILCOCK FOUNDATION; and Mr. Weidner

The following parties **Oppose** the motion and relief requested herein:

Mr. Flynn, Mr. Grove, Mr. Campbell, Ms. Gomez, Ms. Terry, Ms. Lorie, Ms. Yanaros, Mr. Goode, GOODE ENTERPRISE SOLUTIONS, LIGHT WARRIOR LEGAL FUND.

The following parties have **No Position** on the motion or relief requested herein:

GAIA INC., Mr. Rysavy, Mr. Warkins, Ms. Medvedich, and Mr. Zavodnick.

## II. Facts and Law in Support of Emergency Consolidation of Case 18CV50 with this instant federal action

Montalbano incorporates by reference "Defendant, Counter Claimant, Third-Party Plaintiff Alyssa Montalbano Emergency Motion Stay Court Case 18CV50 Pursuant 28 USC 2283 and Consolidate Cases Pursuant FRCP 42(a)" ("The Motion") filed at docket 322, and it is incorporated herein.

1. At the filing of The Motion, case 18CV50 was still in Mesa District Civil State Court.

2. As of August 26, 2022 case 18CV50 was removed to Denver Federal Court with case number 1:22-CV-02224-KLM, pursuant 28 USC 1446 (Removal Generally), 28 USC 1331 (Federal Question), 42 USC 1988 (Constitutional Law), and 28 USC 1441 (a) and (c) (joinder Federal and State claims).

    [#329, Notice Related Case]

3. The Judicial Defendants, (Mr. Flynn, Mr. Grove, Ms. Terry, Ms. Gomez, Mr. Campbell) objected to the Emergency Motion [#322] on grounds that state court cases and federal court cases cannot be consolidated under FRCP 42. [#325 at 4-7] However, case 18CV50 is now in Federal Court and may be consolidated this instant case.

**THEREFORE,** Montalbano requests case 1:22-CV-02224-KLM (case 18CV50 removed) be consolidated this instant case pursuant FRCP 42(a) and joined pursuant 28 USC 1441 (a) and (c).

### III.   Facts and Law in Support of Emergency Joinder Mr. Thomas D. Seaman this instant Federal Action

Montalbano incorporates by reference "Defendant, Counter Claimant, Third-Party Plaintiff Alyssa Montalbano Motion Required Joinder Pursuant FRCP 19" ("The Motion") filed at docket 320, and it is incorporated herein.

1. Mr. Seaman and his claim in 1:22-CV-02224-KLM (case 18CV50 removed) must be joined this instant case pursuant 28 USC 1441 (c) as his claim involves Constitutional Civil Rights violations surrounding the fraud $116,600 judgment amount unlawfully entered by Mr. Flynn during State Court Case 18CV50.

2. Mr. Seaman seeking to collect on Mr. Flynn's Kangaroo Court frauds are the same facts, laws, and matters at issue this instant case; whereby Mr. Flynn knowingly

and maliciously deprived Ms. Montalbano of her Constitutional Rights notably the right to trial by jury for Defamation (Colo.Const., Bill of Rights, Sec. 10) during case 18CV50 (now 1:22-CV-02224-KLM); and Mr. Seaman and his claim must be joined hereto. [#315, Deprivation Rights].

**THEREFORE,** Montalbano again requests that Mr. Seaman and his claim be joined this instant case pursuant FRCP 19, and 28 USC 1441 (a) and (c).

## IV.     CONCLUSION

**WHEREFORE,** for all the aforementioned facts, reasons, and Law, it is urgent Injunctive Relief be immediately Granted, and that this Federal Court Order Case 1:22-CV-02224-KLM consolidated and joined this instant action pursuant FRCP 42(a), and 28 USC 1441(a) and (c); and order Mr. Tomas D. Seaman dba ALPINE JUDGMENT RECOVERY joined this instant action pursuant FRCP 19 and 28 USC 1441(a) and (c); and that this Court grant any other relief it deems just to Ms. Alyssa Chrystie Montalbano.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com

Defendant, Counter-Claimant, Third-Party Plaintiff

**Certificate of Compliance**

I certify the foregoing Motion complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

I certify that on this 12th day of September 2022 a copy of the foregoing Emergency Motion was filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5); and upon Mr. David Wilcock and WILCOCK FOUNDATION ("WF"), via USPS Certified Mail #7021 0950 0001 5240 1678 appointed agent CORPORATE CAPITAL INC., Mr. Brent Carlson, 7848 W. Sahara Ave, Las Vegas, NV 89117.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen