# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,
Elizabeth Lorie,
Brian James Flynn,
William Campbell,
Matthew Grove,
Diana Terry, and
Christina Gomez

Third-Party Defendants.

----

1

GAIA INC.

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

----

Jay Weidner

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

**DEFENDANT, COUNTER CLAIMANT, THIRD-PARTY PLAINTIFF
ALYSSA MONTALBANO
REPLY TO RESPONSE [#332] TO EMERGENCY MOTION [#331]**

COMES NOW, Alyssa Chrystie Montalbano, and files this reply to the Judicial

Defendants Response [#332] to Montalbano's Emergency Motion [#331] and replies as

follows:

The Judicial defendants argue against consolidation of case 18CV50 with this instant

case, alleging it was improperly removed [#332 at 1, No. 1] and proceed to allege they

2

are set to be 'dismissed' from this instant action based on Magistrate Mix's Recommendation [Id. at 2, No. 2] and follow it up with alleging Goode "prevailed" in case 18CV50 against Montalbano [Id. at 2, No 3]. Next they state Montalbano has tried multiple avenues to involve Mr. Thomas D. Seaman/ALPINE JUDGMENT RECOVERY in this instant case [Id at 2 No. 4-5] and that Montalbano is 'attacking' Judge Flynn's conduct. Finally they state remand regarding case 18CV50/1:22-CV-02224-KLM must be decided prior any consolidation decisions. [Id. at 3, No 6].

1. Montalbano has addressed the Motion for Remand within case 1:22-CV-02224-KLM and incorporates by reference the Objection to Motion for Remand in its entirety and it is place fully herein. **(Document 1)**

2. Montalbano has objected to Magistrate Mix's unlawful Order to show cause within case 1:22-CV-02224-KLM and incorporates the Objection by reference in its entirety and it is place fully herein. **(Document 2)**

3. The Motions to Recuse Magistrate Mix must FIRST be resolved in accordance with Constitutional Law, prior any remand orders. [#303; and case 1:22-CV-02224-KLM, Dkt. 12]

4. All Constitutional anomalies as cited in Montalbano's Motions to Recuse Magistrate Mix, must FIRST be resolved in accordance with Constitutional Law prior any forward movement this instant action and the related action

3

(1:22-CV-02224-KLM) pursuant an Oath of Office to the State and National Constitutions.

5. The Constitutional anomaly of Brian Flynn lying inside the Mesa Courthouse that Montalbano brought a frivolous defamation claim [#121-24], must FIRST be resolved pursuant Constitutional Law, prior any remand/consolidation decisions.

6. The Judicial Defendants and their counsels arguments are based on the false premise case 18CV50 was heard in accordance with due process of law and on the false assumption that Brian Flynn didn't lie in the State Courthouse and on the false assumption Brian has freedom (immunities) and State powers (immunities) to lie and break Constitutional Law in courthouses, when he has neither powers.

7. The attached Documents show:

    a. Case 18CV50 and Mesa Courthouse are crime scenes where Brain Flynn willfully and maliciously broke Constitutional Law and lied Montalbano brought a frivolous defamation claim, when he knew it was with merit.

    b. Any remanding of case 1:22-CV-02224-KLM will be a fraud on the Federal Court (treason) and perjury of the remanding Judicial Officer's Oath of Office and the remanding Officer will be lawfully liable for all damages with Brian Flynn and et. al. because they will be knowingly breaking Constitutional Law and perjuring their Oath of Office with him.

4

c. Montalbano's use of court rules support Constitutional Law (Supreme Law of the Land) and empower [Judicial] Officers to enter lawful decision on Montalbano's behalf.

d. Remanding action 1:22-CV-02224-KLM, will continue to break Constitutional Law and corrupt the judicial machinery (treason/perjury).

e. [Judicial] Officers do not have powers to give their co-workers freedom (immunities) to lie in Courthouses and/or break Constitutional Law. The State did not (and cannot) empower Flynn to lie; and the State did not (and cannot) empower Magistrate Mix to give her co-workers powers (immunities) to lie in courthouses or break Constitutional Law.

f. Officers who break Constitutional Law pursuant their binding Oath of Office to the State and National Constitutions automatically vacate their office of public trust through failure to qualify **(Colo. Const., Art. 12, Sec. 10)** and are stripped of their immunities for breaking the Law, also see the Stripping Doctrine. **(Document 1 at 6)**

g. Montalbano has given Magistrate Mix the opportunity to correct her Constitutional Law violation and will withdraw all motions to recuse her if she will behave herself here forward and adhere strictly to only Constitutional Law pursuant her Oath of Office, which includes holding her peers accountable for lying in courthouses and breaking Constitutional Law. **(Document 2)**

8. The Judicial Defendants final argument is that Montalbano's removal is improper and thereby not 'before the court' [#332 at 3, No. 7-11]. However, because Brain Flynn lied and corrupted the judicial machinery itself inside the Mesa County District Civil Courthouse by running his kangaroo court inside of it, case 18CV50 has never been 'before' any actual Court of Law at any time, it has only had the appearance of being before the Court (kangaroo court) due to Flynn's color of office and color of law deceptions performed inside the actual Mesa County Courthouse.  Removal has been performed as a formality to help faithfully presiding Judicial Officers make lawful Constitutional decisions to correct the frauds and perversions that Brian James Flynn committed inside Mesa County's honorable courthouse that corrupted the judicial machinery itself.

Removal has also been performed to protect Alyssa from further malicious and fraudulent damages caused by Brian and his severe lying-in-the-courthouse problems and his horrible prejudices, while still patiently waiting for this stayed instant action to properly and lawfully be moved forward against Brian Flynn and et.al. to correct all their illegal Court frauds and Constitutional civil rights violations. [#315, pending amended Deprivation Rights]

9. 'Removed' Case 18CV50 has the same matters at issue as this instant action's defamation and Trade Secret claims; and everyone can now clearly see that Brian Flynn lied in Mesa Court that no defamation occurred [#121-24], because

6

Magistrate Mix correctly acknowledged James Corey Goode defamed Alyssa Chrystie Montalbano to third parties [#283 at 39]. Montalbano still reasonably expects and relies on this Court's faithfully performing Officers to protect Alyssa from Brian and et. al. and to put a lawful stop to their corruption of the Judicial Machinery and reasonably expects faithfully performing officers to order Flynn and el. al. to proverbially 'knock it off already' and compensate Alyssa Montalbano for over four years (since June 2018) of damages from dealing with Brian's courthouse lies and his co-workers illegal court frauds and other legal abuses. [See #315, pending amended Deprivation Rights claim; and #217: Claim 12 – Civil Conspiracy; Claim 14 - Abuse of Process, and Claim 15 - Malicious Prosecutions]

**WHEREFORE,** the State has only empowered [Judicial] Officers with powers to support and uphold Constitutional Law pursuant an Oath of Office; thereby Montalbano moves this Court's faithfully performing Judicial Officers to support the State and National Constitutions pursuant said Oath to only issue recommendations and orders here forward in 100% support of Constitutional Law; and in particular issue orders to protect Alyssa Montalbano's Constitutional Civil Rights in all matters at issue and in particular her defamation rights [#217 Claim 10 - Defamation] **(Colo. Const. Bill of Rights, Sec. 10)**, due process rights **(U.S. Const. 14th Amendment; Colo. Const., Bill of Rights, Sec. 25)**, equality of justice rights **(Colo. Const. Bill of Rights, Sec. 6)**, and author rights

7

[#217, Claim 7 - Trade Secrets; and Claim 9 - Copyrights] **(U.S. Const., Art. 1, Sec. 8, Cl. 8**), pursuant an Officer's binding duty to the State and National Constitutions requiring them to find supporting court rules, state laws and case law to do so; and that Montalbano's Emergency Motion [#322, #331] be granted in ways that support Constitutional Law; and that this Court grant any other such relief to Alyssa Montalbano as required by Law pursuant an Oath of Office to the State and National Constitutions to do so.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com

Defendant, Counter-Claimant, Third-Party Plaintiff

**Certificate of Compliance**

I certify the foregoing Reply complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

### CERTIFICATE OF SERVICE

I certify that on this 13th day of October 2022 a copy of the foregoing Reply was filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5); and upon Mr. David Wilcock and WILCOCK FOUNDATION ("WF"), via USPS Certified Mail #7021 0950 0001 5240 1692, appointed agent CORPORATE CAPITAL INC., Mr. Brent Carlson, 7848 W. Sahara Ave, Las Vegas, NV 89117.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen