# FOR THE DISTRICT OF COLORADO

# IN THE UNITED STATES DISTRICT COURT

Civil Action No: 1:22-CV-02224-KLM

**Thomas D. Seaman, Individually**
**James Corey Goode, Individually**

**Plaintiffs,**

v.

**Alyssa Chrystie Montalbano, Individually**

**Defendant**

---

## ALYSSA MONTALBANO
## RESPONSE AND OBJECTION TO MOTION FOR REMAND [Dkt. 15]

COMES NOW, Defendant and Plaintiff Alyssa Chrystie Montalbano in Response to Ms. Valerie Yanaros and her client James Corey Goode's Motion for Remand [Dkt. 15] and Objects as follows:

1. Case 18CV50 and Mesa District Civil Courthouse are crime scenes; whereby Constitutional Law was willfully violated by Chief Judge, Brain James Flynn.

2. Brian James Flynn committed the criminal acts of Perjury and Treason in Mesa District Civil Courthouse, case 18CV50, and placed a knowing fraud upon the Mesa Court under Color of Office and Color of Law and corrupted the judicial

machinery of Mesa County. Montalbano incorporates by reference the Deprivation of Rights claim as if placed fully herein and it is placed fully herein. [Dkt. 1-2]

3. Brian Flynn repeatedly refused to uphold the State and National Constitutions and vacated his Office of public trust as 'Chief Judge' and was stripped of his immunities when he chose to break the Law instead of uphold it. No [Judicial] Officer of Constitutional Law (including Magistrate Mix) can or may give Brian Flynn powers (immunities) to break Constitutional Law or powers (immunities) to enforce lawlessness. [Dkt. 12, Motion to Recuse KLM]

## I.  RELEVANT CONSTITUTIONAL LAW AND OATH OF OFFICE SWORN DUTIES BACKGROUND

The follow superior Constitutional Law background and facts have to first be cited and addressed to show why Ms. Valerie Yanaros and Mr. Goode's Remand arguments are perjury and more fraud on the court and shows why any [Judicial] Officer who grants their motion for Remand will be committing the criminal acts of perjury and treason with Yanaros and Flynn to be knowing trespassers of the Supreme Law of the Land with them.

The following facts, law, and evidence show Chief Judge, Brian James Flynn, broke Constitutional Law inside the Mesa District Civil Courthouse, within case 18CV50, and corrupted the judicial machinery of Mesa County (kanagaroo court) and shows that

anyone who willingly supports his lawlessness (Magistrate Mix; and Judicial Defendants (Mr. Grove, Ms. Gomez, Ms. Terry, Mr. Campbell)) or asks Judicial Officers to support Brian's lawlessness (Ms. Yanaros, Ms. Lorie, Mr. Goode, Mr. Seaman; and Mr. Vilner and Mr. Weiser (Judicial Defendant's counsels (Attorney Generals) within case 1:20-CV-00742-DDD-KLM) are trespasser of the Law with Brian Flynn:

1. There is only one requirement to be a Judge, Magistrate, Attorney, or other public servant in the United States of America serving the American People, and that is; take the Oath of Office to the United States Constitution and the Colorado Constitution and to support the Constitutions above state laws, case laws, and any conflicting laws [1].

    **Colorado Constitution, Article XII, Section 8 (Oath)** [2]**:**

    **Section 8. Oath of civil officers. Every civil officer**, except members of the general assembly and such inferior officers as may be by law exempted, shall, **before he enters upon the duties of his office, take and subscribe an oath or affirmation to support the constitution of the United States and of the state of Colorado, and to faithfully perform the duties of the office upon which he shall be about to enter.** (Emphasis added)

---

[1] Officers of the Law (Judges, Magistrates, Lawyers, Attorneys, etc.) are not required (pursuant their Oath of Office) to attend Law School or get licenses to practice Law in Court; they must only uphold Constitutional Law to qualify for their Office.

[2] https://law.justia.com/constitution/colorado/cnart12.html#:~:text=(8)%20Persons%20in%20the%20personnel,all%20persons%20having%20like%20duties.

**Constitution of the United States of America, Article VI** [3]

"**[T]his Constitution, and the Laws** of the United States which shall be **made in Pursuance thereof**; and all Treaties made, or which shall be made, under the Authority of the United States, **shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby**, any **Thing in the Constitution or Laws of any State to the Contrary notwithstanding.**

The Senators and Representatives before mentioned, and the Members of the several **State Legislatures, and all executive and judicial Officers,** both of the United States and of the several States, **shall be bound by Oath or Affirmation, to support this Constitution**; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States." (emphasis added)

Pursuant the above Constitutional Law and Oath taken thereto, perjury is defined as failure to uphold Constitutional Law above State laws and contrary laws.

---

[3] https://constitution.congress.gov/constitution/article-6/

2. Brian James Flynn took the Oath of Office twice **(Exhibit 1)** and was duty bound all during case 18CV50 to uphold Constitutional Law above all other conflicting state laws, case laws, contrary (opposite) laws, and especially above his own bigoted opinions with no basis in reality (aka lies) [Dkt. 15-3, fraud orders BJF].

**Colorado Constitution, Article XII, Section 10:**

> **Section 10. Refusal to qualify vacancy. If any person elected or appointed to any office shall refuse or neglect to qualify** therein within the time prescribed by law, **such office shall be deemed vacant.**
> (Emphasis added)

When an Officer of the Law breaks the Law instead of upholding it, they have vacated their Office of public trust pursuant their sworn Oath of Office (aka failed or refused to qualify).

Brian Flynn failed and refused to qualify as Chief Judge in case 18CV50 because he broke Constitutional Law instead of upholding it and thereby vacated his office of public trust to write fake orders [Dkt. 15-3] and enter knowingly false judgments in his personal capacity and not his professional capacity.

3. The Constitutional vacancy clause is supported by the *Stripping Doctrine* (which notably permits suing Officers (Brian Flynn) in their professional capacity for acting outside the scope of their authority and powers):

This is defined by law as the *Stripping Doctrine*.

In Ex Parte Young, 209 U.S. 123 (1908), the Supreme Court provided an important exception to the 11th Amendment sovereign immunity States enjoy: the Stripping Doctrine.

**The Stripping Doctrine is a legal fiction which allows injunctive relief** against what are essentially state actions. While the 11th Amendment immunizes States from actions by private parties, the Stripping Doctrine argues that **when a state officer takes an unconstitutional action, he acts beyond the scope of his authority, as no State could have authorized him to act unconstitutionally. When acting outside such authority the officer was "stripped" of his official power and cannot invoke the State's immunity, although, he remains subject to the consequences of his official conduct.**

The doctrine is a legal fiction **because the officer, in acting unconstitutionally, was outside his official duties, but the citizen can now sue him for injunctive relief in his official capacity, no remedy could be provided for an otherwise unconstitutional action** (as the State itself is immune from prosecutions). https://supreme.justia.com/cases/federal/us/209/123/ (emphasis added)

Page **6** of **18**

The Stripping Doctrine must be adhered to by all [Judicial] Officers in every Court of Law pursuant their Oath of Office to support Constitutional Law, failure to uphold the Stripping Doctrine, in support of the Constitution's vacancy clause, is to trespass the Supreme Law of the Land with Flynn (perjury) who acted outside the scope of his official duties.

Brian Flynn broke the Following two clearly established inalienable Constitutional Rights in Mesa District Civil Court, case 18CV50 (the crime scene):

A. DEFAMATION RIGHTS – CASE 18CV50 CRIME SCENE [Dkt. 1-2 at 4-13]

The **Colorado Constitution, Bill of Rights**, states:

> "**Section 10.** *Freedom of speech and press.* No law shall be passed impairing the freedom of speech; every person shall be free to speak, write or publish whatever he will on any subject, being responsible for all abuse of that liberty; and **in all suits and prosecutions for libel that truth thereof may be given in evidence, and the jury,** under the direction of the court, **shall determine the law and the fact.**" (emphasis added)

i. Montalbano, an American Citizen, has a clearly established inalienable Constitutional Right to have the jury make determinations of law and fact regarding libel (defamation).

    ii.    Montalbano asked for trial by jury for defamation thirteen times and Brian James Flynn denied this right thirteen times [Dkt. 1-2 at 9, No. 19]; showing it was not a mistake, Brian intentionally took away Alyssa's clearly established Constitutional Defamation Rights.

    iii.    Brian Flynn further showed how bigoted he was against Montalbano, by then flat out lying January 29, 2020 that no defamation was shown to him in case 18CV50 [Dkt 15-3] when he saw defamation per se (Montalbano being falsely called a stalker by Goode via YouTube and etc) on at least four different occasions [Dkt. 1-2 at 5, No 14] along with being shown that Goode and Yanaros opened multiple fraudulent stalking (SLAPP – Strategic Lawsuits Against Public Participation) cases against Montalbano in the Broomfield Combined Courts with lies in their complaints. [Dkt 1-2 at 7, No. 16-18]

    iv.    Magistrate Judge Mix, correctly acknowledged on the Federal Court record in case 1:20-CV-00742-DDD-KLM that Defamation was performed by James Corey Goode against Alyssa Chrystie Montalbano [Dkt. 1-4]; and these same defamation facts were shown to Brian Flynn in case 18CV50, Mesa District Civil Court [Dkt. 1-2 at 5, No 14] and Brian chose to lie they were not shown in the case [Dkt. 15-3].

v.  Brian Flynn broke Constitutional Law, and vacated his office of public trust, by fraudulently stating Alyssa Montalbano brought a frivolous defamation claim in case 18CV50 [Dkt. 15-3], when he knew the defamation claim was with merit.

B. AUTHOR RIGHTS - CASE 18CV50 CRIME SCENE [Dkt. 1-2 at 13-16]

Brian Flynn again broke Constitutional Law by taking away Montalbano's inalienable Right to protect her writings and discoveries in case 18CV50, seen in the following facts:

i.  The **Constitution of the United States of America** provides the following clearly established Rights to authors and inventors:

**Article I, Section 8, Clause 8** [4]

"To promote the Progress of Science and useful Arts, **by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries"** (emphasis added)

ii. Montalbano is an American Citizen and author with tangible and intangible writings and discoveries referred to as "Dream Visions", and Montalbano

---

[4] https://constitution.congress.gov/browse/article-1/section-8/clause-8/

> brought her meritorious (and highly unusual) Trade Secret Intellectual Property claim to Chief Judge Brain Flynn, in Mesa District Civil Court for remedy and relief.

iii. Brian Flynn, had a sworn duty to uphold Author Rights pursuant his Oath of Office **(Exhibit 1)** to the Federal Constitution and in particular: Article I, Section 8, Clause 8 (Author Rights).

iv. Brian Flynn chose again to break Constitutional Law, by fraudulently stating Montalbano's Intellectual Property did not exist at all [Dkt. 15-3] and he again corrupted the Judicial machinery of Mesa County and again perjured his Oath of Office and vacated his Office of public trust.

Brain James Flynn was stripped of all his immunities during case 18CV50 for breaking Constitutional Law. The State cannot empower Brian Flynn to break Constitutional Law (immunities) and Officers of the Supreme Law of the Land (State and National Constitutions) also cannot give immunities to their co-workers in other courthouses to break Constitutional Law, except that they knowingly perjure themselves.

4. Magistrate Mix was asked to be recused [Dkt. 12] because while she acknowledge defamation occurred and correctly recommended the claim move forward to trial by jury per Constitutional Law against James Corey Goode in case

1:20-CV-00742-DDD-KLM [Dkt. 1-4], she simultaneously perjured herself by recommending her co-worker, Brian, be given immunities for breaking Constitutional Law, which she and the State are not empowered to grant pursuant an Oath of Office to Constitutional Law.

5. Because Brian James Flynn broke Constitutional Law in Mesa District Civil Courthouse his fraudulent orders [Dkt. 15-3] and fraudulent judgment may easily be set aside due to *extrinsic fraud* that corrupted the judicial machinery itself and turned the Mesa District Civil Courthouse into a perverted instrument of injustice and thereby a crime scene.

See Fahrenbruch v. People ex rel. Taber, 169 Colo. 70, 76, 453 P.2d 601, 605 (1969). "Intrinsic fraud , on the other hand, is such that the alleged fraud pertains to an issue involved in the original action or where the acts constituting the fraud were or could have been litigated in the original action. Id. at 77, 453 P.2d at 605. While this court's retention of the distinction between "intrinsic" and "extrinsic" fraud has been criticized, see In re Estate of Bonfils, 34 Colo. App. 268, 273-74, 529 P.2d 340, 343 (1974) (Smith, J., dissenting), rev'd 190 Colo. 70, 543 P.2d 701 (1975), ==we permit the setting aside of a judgment in equity on a showing of extrinsic fraud alone in such circumstances because such fraud corrupts the judicial power and serves to turn a court of law into an instrument of injustice. A fraud upon the court , as contemplated by Rule 60(b) is one which interferes with==

Page **11** of **18**

==the judicial machinery itself. Porcelli v. Joseph Schlitz Brewing Co., 78 F.R.D. 499, 500-01 (E.D. Wis.), aff'd 588 F.2d 838 (7th Cir. 1978)==." (emphasis added)

Chief Judge Brian Flynn committed *extrinsic fraud* because he was not a party to the original Defamation or Trade Secret claims against Mr. Goode; and Brian Flynn perjured himself by knowingly corrupting the judicial machinery itself through breaking Constitutional Law.

6. The already legally void case 18CV50 dismissal orders and judgment may easily lawfully and properly be set aside for being repugnant Constitutional Law and for being extrinsic fraud in the Mesa District Civil Courthouse.

   *See Marbury v. Madison, 1 Cranch 137 (1803)*

   ". . .the particular phraseology of the **constitution of the United States confirms and strengthens the principle,** supposed to be essential to all written constitutions, **that a law repugnant to the constitution is void,** and that courts, as well as other departments, are bound by that instrument."
   https://supreme.justia.com/cases/federal/us/5/137/ (emphasis added)

   Marbury v. Madison is case law in pursuance of Constitutional Law and pursuant an Officer's Oath of Office, Marbury v. Madison must be upheld and Brian

Page **12** of **18**

Flynn's Orders must be acknowledge as void and must lawfully be vacated in this Federal Court for being repugnant Constitutional Law.

7. Under Federal Law, which is applicable to all states, the U.S. Supreme Court stated that:

> *Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828).* "**if a court is without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void, and form no bar to a recover sought, even prior to a reversal in opposition to them.**" They constitute no justification **and all persons concerned in executing such judgments or sentences are considered, in law, as trespassers.**" (emphasis added)
> https://supreme.justia.com/cases/federal/us/26/328/

Pursuant Brian Flynn's Oath of Office and case law Elliot v. Piersol, Flynn's Orders and Judgment are already legally null and void even prior this courts reversal of them, as the State cannot and did not empower Flynn to lie or break Constitutional Law, nor did it empower him to operate his kangaroo court inside Mesa District Civil Courthouse. Any person who seeks to enforce or collect on Flynn's frauds, to include Goode, Seaman, Yanaros, Lorie, and Magistrate Mix, they are trespassers of the Law with Flynn pursuant the Supreme Law of the Land and each may be held personally liable for all damages they cause in seeking to enforce Brian's frauds (lies) and lawlessness.

## II.     FACTS AND LAWS RELAVANT TO MOTION FOR REMAND BEING DENIED

Now that Constitutional Law has been established and it has been established Officers in any Court of Law may only enter orders and judgments that fully support Constitutional Law, and it has been shown that Brian Flynn broke Constitutional Law all during case 18CV50 and placed an extrinsic fraud on the State Court, now we will address the Motion for Remand matters at issue.

Ms. Yanaros arguments are premised on the assumption case 18CV50 was actually heard in accordance with Due Process of Law in the Mesa District Civil Courthouse and that Chief Judge Brian James Flynn entered lawful orders in his professional capacity and not in his personal bigoted capacity.  Ms. Yanaros then proceeds to claim she and her client (Mr. Goode) and their newest associate Mr. Thomas D. Seaman dba ALPINE JUDGMENT RECOVERY ("AJR") may actually collect on the 'ripe for enforcement' judgment [Dkt. 15 at 3]. As outlined in the Constitutional Law Background section, Brain broke Constitutional Law, and nobody can collect on his kangaroo court frauds and anyone who tries to enforce or collect on his frauds, are legally trespassers of the Law with him.

The main question and facts; pursuant an Oath of Office to the Constitution of the United States of America and Colorado Constitution; that any and all presiding Judicial Officers of this Removed instant action and related case (1:20-CV-00742-DDD-KLM) must ask themselves regarding Removal and the Motion for Remand is this:

a. Will applying Court Rules and Case Law to the Motion for Remand as ask for by Ms. Yanaros break Constitutional Law or support Constitutional Law?

As outlined in the Constitutional Law background above; remanding the case will mean supporting lawlessness and corruption of the judicial machinery (kangaroo courts) and will in fact be perjury of an Oath of Office of the remanding Officer because they will be breaking Constitutional Law with Brian Flynn and will be supporting a state of anarchy/lawlessness (treason) by being at war with America and its people.

The next main reasons Ms. Yanaros gives to support remand, largely using remand rules, would only make lawful sense had case 18CV50 been heard in accordance with Constitutional Law in the first place. Largely, Ms. Yanaros argues the removal rules as cited and applied by Ms. Montalbano [Dkt. 1, Notice Removal] were not 'anticipated' to be used as they were [Dkt. 15 at 1 and 3]; which does not mean it is not a correct use, only unusual. Ms. Yanaros also alleges Mr. Seaman [5] 'mistakenly' referred to himself as a Plaintiff and Montalbano as a Defendant [Id at 3]. Regardless, it was likely not

---

[5] Note* Ms. Yanaros does not represent Mr. Seaman/ALPINE JUDGMENT RECOVERY as counsel.

anticipated by the removal lawmakers, that a criminal (Brian Flynn) would be sitting on the State Court bench lying in orders and then trying to enforce his lies (perjury) as if law, when they are not.

Simply put, every [Judicial] Officer's first duty is to uphold Constitutional Law; this first duty falls squarely upon the following involved individuals: Magistrate Judge Mix; Judicial Officers: Brain James Flynn, Matthew Grove, Christina Gomez, Diana Terry; [former] Judicial Commissioner, William Campbell; Attorney Generals: Dmitry Vilner, Philip J. Weiser; Attorneys: Valerie Yanaros (counsel for James Corey Goode) and Elizabeth Lorie; the first duty of the aforementioned individuals is not in-fact to their clients or co-workers (peers), it is to the State and National Constitutions pursuant their Oath of Office and pursuant said Oath each named officer may NOT bring any arguments in any Court that promotes fraud and lawlessness, yet each of them has done so repeatedly in this case and related cases (to include 1:20-CV-00742-DDD-KLM) and thereby each has repeatedly perjured themselves and all have broken Constitutional Law by repeatedly seeking court orders granting immunities or privileges to themselves or their clients to break Constitutional Law and each has unlawfully applied case law and other laws in ways clearly repugnant Constitutional Law and have perjured themselves. Failure to uphold Constitutional Law above all else is extrinsic fraud and is corruption of the Judicial Machinery itself.

Conversely, Montalbano has used all court rules, statutes, and case laws in full support of the State and National Constitutions. While Montalbano on occasion may apply court

rules in unusual ways they all support the Supreme Law of the Land [Dkt. 1 Notice Removal; and Dkt. 10 Emergency Motion] and pursuant an Officer's Oath of Office to the State and National Constitutions [Judicial] Officers are empowered to apply the rules as cited by Montalbano because Officers of the Law have only one duty: to uphold and support the State and National Constitutions and Rights contained therein; and for which Montalbano reasonably continues to rely upon faithfully performing [Judicial] Officer to do so in this instant case and related cases.

### III.   CONCLUSION

**WHEREFORE,** Montalbano moves this Courts faithfully performing Judicial Officers to deny the Motion for Remand and lawfully put a proper stop to their co-worker Brian James Flynn's kangaroo courts ran inside Mesa District Civil Courthouse that corrupt the judicial machinery itself; and pursuant an Oath of Office any Officer issuing orders and recommendation this instant case must only find and apply court rules, state laws, and case laws in 100% support of the State and National Constitutions; and Montalbano's Emergency Motion [Dkt. 10] must be granted in ways that uphold the State and National Constitutions and in particular the Bill of Rights contained therein; and that this Court's faithfully performing [Judicial] Officers grant any other such relief it deems just to Montalbano pursuant their Officer's binding Oath of Office and duty to support the State and National Constitutions above all inferior laws and conflicting rules.

| | |
|---|---|
| Dated this 13th Day of October 2022 | Respectfully Submitted and All Rights Reserved, |
| | */s/ Alyssa Chrystie Montalbano* |
| | American Citizen, Defendant |
| | 970.250.8365<br>2536 Rimrock Ave<br>Suite 400-117<br>Grand Junction, CO 81505<br>E-mail: LegalZenACM@gmail.com |

**CERTIFICATE OF SERVICE**

I certify that on this 13th day of October 2022 a true copy of the foregoing Response and attached Exhibit were filed via the CM/ECF filing system and the same delivered by paper mail upon the following pro se party:

**Mr. Thomas D. Seaman**
**dba ALPINE JUDGMENT RECOVERY**
PO Box 1002
Ridgway, CO 81432
USPS Certified Mail 7021 0950 0001 5240 1685

And upon Mr. James Corey Goode via his Counsel via the CM/ECF system:

**Valerie Yanaros**
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553
valerie@yanaroslaw.com

**/s/ Alyssa Montalbano**

Alyssa Montalbano, American Citizen

Page **18** of **18**

FORM 827      OATH OF OFFICE—THE C. F. HOECKEL CO., DENVER 35788

**STATE OF COLORADO**

Mesa .............. County,

Grand Junction ......... City/Town

BOOK 2121 PAGE 713

1706042 03:34 PM 01/10/95
MONIKA TODD CLK&REC MESA COUNTY CO

I, ............ BRIAN J. FLYNN ............ do solemnly swear by the ever living God, that I will support the Constitution of the United States and of the State of Colorado, and faithfully perform the duties of the office of ............ Deputy District Attorney ............

upon which I am about to enter.

.................... Signature

Subscribed and sworn to before me this ...... 10th ...... day of January, 19 95.

.................... Official administering oath

Charles A. Buss, Chief Judge
.................... Title

Mesa County Courthouse
.................... Address

My Commission expires ...... N/A

**NOTE: USE AFFIRMATION ON BACK SIDE ONLY UPON REQUEST!**





Tina Peters, Clerk and Recorder of Mesa County certifies this to be a full, true and correct copy of the original recorded document in my custody.
Date: 2/3/2020   By: _____ Deputy Clerk

MOTION TO VOID JUDGEMENT
PERSUANT RULE 60(B)(3),(4)
EXHIBIT BA
JUDGE FLYNN OATH OF OFFICE

FORM 827     **OATH OF OFFICE**     PARAGON SYSTEMS GROUP     hoe827.frm

## STATE OF COLORADO
COUNTY: MESA
TOWN/CITY: _____

BOOK 2294   PAGE 298

1784997   0151PM 01/14/97
MONIKA TODD CLK&REC MESA COUNTY CO

I, Brian J. Flynn, do solemnly swear by the ever living God, that I will support the Constitution of the United States of America and of the State of Colorado, and faithfully perform the duties of the office of Deputy District Attorney, 21st Judicial District

upon which I am about to enter.



SIGNATURE

[SEAL]   Subscribed and sworn to before me this 14th day of January, 19 97.

Officer administering oath: _____
Charles A. Buss
Title: Chief Judge, District Court; 21st Judicial District
Address: P.O. Box 20000, Grand Junction, CO  81502-5032
My commission expires: N/A

*AN AFFIRMATION IS AVAILABLE ON REVERSE SIDE OF THIS FORM*

Tina Peters, Clerk and Recorder of Mesa County certifies this to be a full, true and correct copy of the original recorded document in my custody.
Date: 2/3/2020   By: _____ Deputy Clerk



MOTION TO VOID JUDGEMENT
PERSUANT RULE 60(B)(3),(4)
EXHIBIT BA
JUDGE FLYNN OATH OF OFFICE