# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----
Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,
Elizabeth Lorie,
Brian James Flynn,
William Campbell,
Matthew Grove,
Diana Terry, and
Christina Gomez

Third-Party Defendants.

----



GAIA INC.

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

----

Jay Weidner

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

## ALYSSA MONTALBANO
## PARTIALLY OPPOSED
## MOTION TO CLAIM AND EXERCISE CONSTITUTIONAL RIGHTS AND REQUIRE PRESIDING JUDGE TO RULE UPON THIS MOTION AND ALL PUBLIC OFFICERS OF THIS COURT

**COMES NOW,** Defendant and Plaintiff, Alyssa Chrystie Montalbano and moves this Court without accepting the jurisdiction of the Court devoid of Constitutional Law, pursuant to oaths sworn by the attending public officers and presiding Judges to Grant this motion and acknowledge and adhere to the following Constitutional Laws:

## I.   CONFERRAL

Montalbano has made efforts to confer with all parties regarding this Motion.

The following parties are **Opposed** to the motion and relief requested herein: Ms. Valerie Yanaros (who just perjured her Oath of Office), Mr. James Corey Goode, LIGHT WARRIOR LEGAL FUND LLC; GOODE ENTERPRISE SOLUTIONS INC;

The following parties are marked as **Opposed** to the relief requested herein **due to not responding** to conferral efforts and/or being unreachable: Mr. David Wilcock, WILCOCK FOUNDATION, Ms. Elizabeth Lorie.

The following parties have **No Position** on the motion or relief requested herein: GAIA Inc., Mr. Jirka Rysavy, Ms. Kiersten Medvedich, Mr. Brad Warkins; Mr. Jay Weidner; Mr. Benjamin Zavodnick; Mr. Brian James Flynn, Mr. Matthew Grove, Ms. Diana Terry, Ms. Christina Gomez, Mr. William Campbell.

Multiple parties were confused during conferral as to the purpose of this motion. Montalbano clarified by email for all parties, the purpose is to determine if this is another Kangaroo Court or a Law abiding Court with faithfully performing Judicial Officers who acknowledge and uphold Constitutional Law above all else pursuant their Oath of Office requiring them to do so. **(Exhibit 1 – Conferral Clarification email)**

## II.     ACKNOWLEDGE CONSTITUTIONAL LAW

1.     To acknowledge and act in accordance with a United States Federal Court ruling, to wit: Miller v. U.S. 230 F, 2d 286, 489 "Execution of process and the performance of duty by constituted officers must not be thwarted. But these agents, **servants of a Government and a society whose existence and strength comes from these constitutional safeguards, are serving law when they respect, not override, these guarantees. The claim and exercise of a constitutional right cannot thus be converted into a crime.**" (emphasis added)

2.     To honor, uphold and abide by the oaths taken by the presiding judge and attending court officers, pursuant to the Constitution of the United States of America, Article VI, Clauses 2 and 3 to wit:

> "**This Constitution**, **and the Laws of the United States which shall be made in Pursuance thereof;** and all Treaties made, or which shall be made, under the Authority of the United States, **shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.**

> The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and **judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution;** but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States." (emphasis added)

And pursuant the Constitution of the State of Colorado, Article 12, Section Eight, in this matter, to wit:

> **"Section 8.  Oath of civil officers. Every civil officer**, except members of the general assembly and such inferior officers as may be by law exempted, shall, **before he enters upon the duties of his office, take and subscribe an oath or affirmation to support the constitution of the United States and of the state of Colorado, and to faithfully perform the duties of the office upon which he shall be about to enter."**
> (Emphasis added)

*Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974)*

> Note: By law, **a judge is a state officer.  The judge then acts not as a judge, but as a private individual (in his person). When a judge acts as a trespasser of the law**, when a judge **does not follow the law**, the Judge **loses subject-matter jurisdiction and the judges' orders are not voidable, but VOID, and of no legal force or effect.**

> The U.S. Supreme Court stated that **"when a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct.  The State has no power to impart to him any immunity from responsibility** to the supreme authority of the United States." (emphasis added)
> https://www.law.cornell.edu/supremecourt/text/386/547

3.  To provide due process of law, pursuant to the First, Fifth, Sixth, Seventh, Ninth, and Fourteenth Amendments of the Constitution of the United States of America, and pursuant the Colorado Constitution, Article II, Sections 1 (Vestment of Power in the People), 3 (Inalienable Rights), 10 (trial by jury for defamation), 23 (trial by jury), and 25 (due process of law), and as required by the aforementioned oaths taken by the presiding judge and attending court officers, in this matter;

4.  To provide equal protection under the law, as required by the National and State Constitutions (Colo. Const. Art. II, Sec. 6), and pursuant to the referenced oaths;

5.  To respect, protect and uphold the Rights of Ms. Montalbano an American Citizen, in this matter, which Rights are guaranteed in the National and State Constitutions, pursuant to referenced oaths;

6.  To acknowledge and uphold the Constitution of the United States of America as the Supreme Law of this court, in this matter, pursuant to the mandate, in Article VI, Clause 2, of the United States Constitution, and that the National Constitution is the Supreme Law of Colorado;

7.  To acknowledge and uphold Colorado Constitution, Bill of Rights, Section 10.

8. To acknowledge and uphold United States Constitution, Article 1, Section 8, Clause 8.

9. To acknowledge and so rule that any court and/or judge who denies a Citizen the right to have evidence in any hearing or trial in total support of her position and as prior delivered to the plaintiffs/defendants, is to deny Constitutional Rights, is perjury of an oath and denial of due process of law.

10. To acknowledge and so rule that this court and no other court and no judge in Colorado has jurisdiction over or can issue a court order against an American Citizen if that court and/or judge: (a) do not provide due process of law; (b) do not provide equal protection under the law; (c) do not respect and uphold the Constitutional Rights of American Citizens, and in this instant action, the Rights of Montalbano an American Citizen, pursuant to the Rights guaranteed in the Constitutions of the United States of America and the State of Colorado; and/or (d) act with sufficient force so as to deny the powers of the National and State Constitutions.

**WHEREFORE,** Defendant and Plaintiff, Alyssa Chrystie Montalbano, respectfully moves this court to grant this Motion for the aforesaid reasons.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Defendant and Plaintiff

**Certificate of Compliance**

I certify the foregoing Motion complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

**CERTIFICATE OF SERVICE**

I certify that on this 8th day of November 2022 a copy of the foregoing Motion was filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5); and upon pro se litigants Mr. David Wilcock and WILCOCK FOUNDATION via USPS Certified Mail #7021 0950 0001 5240 1715 appointed agent CORPORATE CAPITAL INC., Mr. Brent Carlson, 7848 W. Sahara Ave, Las Vegas, NV 89117.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen