**Alyssa Montalbano <legalzenacm@gmail.com>**

## Clarification Motion Conferral
1 message

---

**Alyssa Montalbano** <legalzenacm@gmail.com>                                                Fri, Nov 4, 2022 at 2:21 PM
To: yanaroslaw <valerie@yanaroslaw.com>, Matthew Gardner <mgardner@burnhamlaw.com>, Dmitry Vilner <Dmitry.Vilner@coag.gov>, ischer@dglaw.com, Alicia Reinken <alicia@robinsonandhenry.com>, "Dingerson, Daniel A." <ddingerson@dglaw.com>, Mike Laszlo <mlaszlo@laszlolaw.com>, Aaron Belzer <aaron@burnhamlaw.com>, Ashlee Hoffmann <ashlee@burnhamlaw.com>

Greetings All,

It is a simple motion requiring the Federal Court Officers (Magistrate Mix and Judge Domenico), pursuant to their Oath of Office, to acknowledge Constitutional Law is the supreme law of the land (USA), in Colorado, in Federal Court, and in particular inside of case 1:20-CV-00742-DDD-KLM.

If my motion is denied, then I know I am in another Colorado based kangaroo court and that I legally and lawfully don't have to follow any orders from this case either, because the Laws will just again be broken by men and women who perjure their Oath of Office at will.  People get hurt when Officers break the law and tell lies. I am not ok with that, nor am I willing to participate in Officers' criminal conduct or acts of treason against the American people under false pretenses of 'law'.

Lastly, I realized I mistakenly deleted the following opening paragraph and have added it back into the motion:

> **"COMES NOW,** Defendant and Plaintiff, Alyssa Chrystie Montalbano and moves this Court without accepting the jurisdiction of the Court devoid of Constitutional Law pursuant to oaths sworn by the attending public officers and presiding Judges to Grant this motion and acknowledge and adhere to the following Constitutional Laws:"

If anyone would like to change positions, please let me know.

Respectfully, Alyssa Montalbano
--
_____

This message contains confidential information . If you are not the intended recipient you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.
_____