# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----
Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,
Elizabeth Lorie,
Brian James Flynn,
William Campbell,
Matthew Grove,
Diana Terry, and
Christina Gomez

Third-Party Defendants.

----

GAIA INC.

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

----

Jay Weidner

Counter-Claimant

v.

James Corey Goode,
GOODE ENTERPRISE SOLUTIONS INC,

Counter-Defendants

## NOTICE DISQUALIFCATION MAGISTRATE JUDGE MIX

**COMES NOW** Alyssa Chrystie Montalbano, Defendant, Counter-Claimant, Third-Party Plaintiff, and American Citizen, and gives **NOTICE** to this Federal Court pursuant **Colorado Constitution**, Bill of Rights, Sections 1, 3, 6, 10, 24, and 25; and Article XII, Section 10; **United States Constitution,** Section 6, Clauses 2 and 3; and Bill of Rights, Amendment VII; and Article 1, Section 8, Clause 8;  28 USC 455; and Colorado Code of Judicial Conduct Rules 2.3, 2.4, and 2.11; of Disqualification of Kristen L. Mix as Magistrate Judge, from this instant case for prejudice, bias, and perjury of her Oath of Office to the State and National Constitutions pursuant the following[1]:

---

[1] For the sake of brevity, not all civil rights violations performed by Ms. Mix are listed herein.

1. Montalbano incorporates by reference all the facts, laws and reasons already listed in the pending Motion to Recuse Magistrate Mix [#303] and Montalbano's appealed and pending objection [#318] to her denial [#316] to leave this case alone.

    a. Montalbano reasonably believes Magistrate Mix is involving herself in the politics and public clamor of this public case and she is forbidden from doing so. (CCJC, Rule 2.4).

2. Montalbano incorporates by reference the **Notice of Disqualification of Magistrate Judge Mix**, as filed in related case 1:22-CV-02224-CNS [#329], and the facts, law and evidence, are incorporated fully herein. **(Exhibit 1)**

    a. Magistrate Mix acted with sufficient force so as to deny Montalbano her Constitutional Right to have a trial by jury in case 18CV50 (1:22-CV-02224-CNS) (Colo.Const., Bill of Rights, Sec 10), and whereby she knows Brian James Flynn lied that Montalbano didn't bring him a with merit defamation claim [See Defamation proceed recommendation [#283 at 39] and #325-1 BJF dismissal order] and she refused to correct Brian James Flynn's civil rights violations pursuant her Oath of Office, and instead participated in trying to illegally enforce making Montalbano pay $116,600 [#325-2] to her abuser, Mr. Goode, for something Montalbano didn't even do, i.e. file a frivolous defamation claim in State Court against him. **(Exhibit 1 at No. 5-6;  Also see Exhibit 2 at No. 6)**

    b. Magistrate Mix acted with sufficient force so as to deny Montalbano her Constitutional Author Rights to protect her writings and discoveries in both case 1:22-CV-02224-CNS and this instant case (United States Constitution, Article 1, Section 8, Clause 8), and knew her peer Brian James Flynn lied in his State Court Dismissal Order [#325-1] that Montalbano's Intellectual Property (IP) did not exist, when he knew the IP existed as Montalbano showed she held multiple Federal Copyrights for her IP [#121-25 Copyrights filed Mesa Court Record January 30, 2019] and that the IP emails were the same subject matter of Goode's fraudulent criminal SLAPP stalking lawsuits against Montalbano (who has a clean record). **(Exhibit 1 at Nos. 6.a.(iii.), and Nos. 10-11) (Also see Exhibit 2 at No. 6-7)**

3. Montalbano incorporates by reference her '**Objection (Appeal) and Notice of Void Order [Dkt. 25] for Breaking Eleven Constittional Laws and Civil Rights Violations**' and the facts, laws, and evidence, are incorporated fully herein. **(Exhibit 2)**

    a. Judge Sweeney broke (at least) eleven Constitutional Laws and perjured herself in related Federal case 1:22-CV-02224-CNS [#329] by adopting Magistrate Mix's fraudulent recommendation/orders to remand the removed federal case back to State Court (18CV50 [#27]) and her orders are void for breaking Constitutional Laws and perjuring herself (aka lying under Oath she would uphold Constitutional Law and then refusing to do so in Court when asked to follow all court procedures and be a woman of her sworn word).

4

    b. The Chief Judge this Federal Court, Philip A. Brimmer, and Clerk of Court, Jeffrey Colwell, are being lawfully notified of this problem and asked to rectify her due process of law civil rights violations pursuant their Oath of Office. **(Exhibit 2 at 1 and 18-20)**

4. Magistrate Mix has repeatedly shown clear bias for her peers and prejudice again Montalbano for not being a licensed peer in this instant case and related case, 1:22-CV-02224-CNS, and by her own actions she is disqualified for prejudice and knowingly trespassing Constitutional Law by seeking to enforce legally void orders [#325-1] against an innocent American Citizen.

> *Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828).* Under Federal Law, which is applicable to all states, the U.S. Supreme Court stated that "**if a court is without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void,** and form no bar to a recover sought, **even prior to a reversal in opposition to them.** They constitute no justification **and all persons concerned in executing such judgments or sentences are considered, in law, as trespassers.**" (emphasis added) https://supreme.justia.com/cases/federal/us/26/328/

5. Judge Sweeney and Magistrate Mix knowingly participated with Chief Judge, Brian James Flynn and et.al. in civil rights violations by intentionally taking away Due Process of Law Rights from Montalbano in case 18CV50 [#27] (1:22-CV-02224-CNS [#329]), and acted unlawfully to enforce Flynn's Court frauds of making Montalbano pay for something she didn't do, i.e. bring a frivolous defamation claim to Flynn. Both these officers know Montalbano is innocent and that their peer Flynn is guilty of perjury and both have openly chosen to trespass the law with Flynn and refuse to correct his civil rights violations pursuant due process of law and their Oath of Office requiring them to

5

do so and have perjured themselves.  For these reasons, both these female officers are corrupt and may be summoned as Defendants herein for their participation in civil rights violations with Flynn and et.al. and resultant additional damages they have caused to Montalbano by obstructing justice and due process of law in a high profile public lawsuit.

[#315-1 pending Deprivation Rights claims]

*Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974) "*

Note: By law, **a judge is a state officer.  The judge then acts not as a judge, but as a private individual (in his person). When a judge acts as a trespasser of the law,** when a judge **does not follow the law**, the Judge **loses subject-matter jurisdiction and the judges' orders are not voidable, but VOID, and of no legal force or effect.**

**The U.S. Supreme Court stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct.  The State has no power to impart to him any immunity** from responsibility to the supreme authority of the United States." (emphasis added) https://www.law.cornell.edu/supremecourt/text/386/547

**WHEREFORE**, for the aforementioned facts, laws, and reasons stated herein and incorporated by reference in detail and pursuant Colorado Constitution, Bill of Rights, Sections 1, 3, 6, 10, 24, and 25;  Colorado Constitution, Article XII, Section 10; United States Constitution, Section 6, Clauses 2 and 3;  28 USC 455; and Colorado Code of Judicial Conduct Rule 2.3, 2.4, and 2.11, this is lawful **NOTIFICATION** to this Federal Court and it faithfully performing Officers that **Magistrate Judge Kristen L. Mix is DISQUALIFIED pursuant her Oath of Office** from this instant case for perjury, prejudice, and trespassing the law to cover up for her corrupt peers.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Third-Party Plaintiff, Counter-Claimant, Defendant

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of November 2022 a copy of the foregoing NOTICE and attached Exhibits were filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5); and upon pro se litigants Mr. David Wilcock and WILCOCK FOUNDATION via USPS Certified Mail #7021 0950 0001 5243 7417 appointed agent CORPORATE CAPITAL INC., Mr. Brent Carlson, 7848 W. Sahara Ave, Las Vegas, NV 89117.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen

7