IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 1:22-CV-02224-KLM

Thomas D. Seaman, Individually
James Corey Goode, Individually

Plaintiffs,

v.

Alyssa Chrystie Montalbano, Individually

Defendant

---

## DEFENDANT ALYSSA MONTALBANO
## MOTION TO RECUSE MAGISTRATE MIX PURSUANT 28 USC 455

---

COMES NOW, Defendant, Alyssa Chrystie Montalbano, and moves the Court's faithfully performing judicial Officers to Recuse Magistrate Mix from this instant case pursuant 28 USC 455 for the appearance of personal prejudice and bias and states as follows:

### I. Conferral

Montalbano has made efforts to confer with the parties in this instant case regarding this Motion.

Pro Se Litigant Mr. Seaman dba ALPINE JUDGMENT RECOVERY and pro se litigant (at the time of conferral being sought) Mr. James Corey Goode are unreachable for conferral. Montalbano delivered two emails to both parties regarding this Motion with attached exhibits since September 5, 2022, and no responses was received from Mr. Goode or his counsel of record (Ms. Yanaros) and Mr. Seaman refused to confer.

## II. RELEVANT PROCEDURAL BACKGROUND

This instant case relates directly to pending Denver Federal Court Case 1:20-CV-00742-DDD-KLM for which this case is pending to be joined/consolidated thereto [#1 Notice of Removal; #6 Notice Related Case]; and whereby Magistrate Mix is also a presiding officer over case 1:20-CV-00742-DDD-KLM and has shown prejudice and bias against Ms. Montalbano and will not follow the Law or Court Rules where her peers (Mr. Brian James Flynn) and celebrities (Mr. Goode) are involved and recommends breaking the Law to cover up for them.

## III. ARGUMENTS FOR RECUSAL

1) Montalbano incorporates by reference the pending Motion to Recuse Magistrate Mix from case 1:20-CV-00742-DDD-KLM and it is incorporated herein.

   **(Attached Document 1 – Motion Recuse)**

2) Magistrate Mix refused to recuse herself in case 1:20-CV-00742-DDD-KLM and her denial response is attached hereto. **(Attached Document 2 – Mix Refusal to Recuse)**

3) Montalbano incorporates by reference the pending appealed objection to Magistrate Mix's refusal to recuse herself and it is incorporated herein **(Attached Document 3 Objection);** and whereby the objection and Motion to Recuse remain pending before Judge Daniel Domenico in case 1:20-CV-00742-DDD-KLM.

**WHEREFORE,** Montalbano respectfully requests that Magistrate Mix be recused from this instant case pursuant 28 USC 455 for the appearance of prejudice and bias, and because her complete impartiality in this related case and matter are reasonably in question as she recommends actions in direct conflict with the State and National Constitutions which are the Supreme Law of the Land and for which she has an Oath of Office to uphold and protect above all else and has willfully failed to do so where her licensed peers and celebrities are involved.

Dated this 9th Day of September 2022

Respectfully Submitted and All Rights Reserved,

*/s/ Alyssa Chrystie Montalbano*

American Citizen, Defendant

970.250.8365
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com

## CERTIFICATE OF SERVICE

I certify that on this 9th day of September 2022 a true copy of the foregoing Motion and attached Exhibits were filed via the CM/ECF filing system and the same delivered by paper mail upon the following pro se party:

**Mr. Thomas D. Seaman**
**dba ALPINE JUDGMENT RECOVERY**
PO Box 1002
Ridgway, CO 81432
USPS Certified Mail 7021 0950 0001 5240 1661

And upon Mr. James Corey Goode via his Counsel via the CM/ECF system:

**Valerie Yanaros**
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553
valerie@yanaroslaw.co

**/s/ Alyssa Montalbano**

Alyssa Montalbano, American Citizen

Case No. 1:20-cv-00742-DDD-KAS Document 337-2 Filed 09/12/21 10/19/22 USDC Colorado Page 4 of 4