# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No: 1:22-CV-02224-CNS

Thomas D. Seaman, Individually
James Corey Goode, Individually

Plaintiffs,

v.

Alyssa Chrystie Montalbano, Individually

Defendant

---

## ALYSSA MONTALBANO
## OBJECTION AND NOTICE OF VOID ORDER [Dkt. 25]
## FOR BREAKING ELEVEN CONSTITUTIONAL LAWS
## AND CIVIL RIGHTS VIOLATIONS

---

**COMES NOW,** Alyssa Chrystie Montalbano, and files this **OBJECTION** and lawful **NOTICE OF VOID ORDER** as filed at Docket 25 ("Order") by **Judge Sweeney**; and gives this Federal Court, and its Chief Judge Philip A. Brimmer, and its Clerk of Court Jeffrey Colwell, lawful Notification (USPS Certified Mail #7021 0950 0001 5240 1739, Return Receipt Requested; ALFRED A. ARRAJ, UNITED STATES COURTHOUSE, 901 19th Street, Denver, CO 80294) that the Order is legally and lawfully **VOID for violating Constitutional Law** and the clearly established inalienable Rights contained therein. Judge Sweeney is bound by her Oath of Office to uphold and protect Constitutional Laws first; instead Judge Sweeney placed

1

Constitutional Law second to State process laws to break primary Constitutional process laws (perjury). Pursuant her Oath of Office she lawfully vacated her office as 'Judge' as she is not empowered by "The Court" ,"State of Colorado", or "United States of America" to implement orders that break Constitutional Law in this Denver Federal Court, her lack of judicial powers are seen in the following laws:

For the purpose of this OBJECTION and NOTICE; it is presumed Judge Sweeney has an Oath of Office[1] to the State and National Constitutions to operate in this Federal Court as 'Judge Sweeney' and that Judge Sweeney knows the contents of the United States Constitution and Colorado State Constitution and her duties as outlined therein; and that pursuant her Oath of Office she knows and understands her very first duty (obligation) in this Federal Court is to ensure the State and National Constitutions and Laws contained therein are upheld before conflicting state laws.

For example: Judge Sweeney, pursuant her Oath of Office, may not cite or implement any state remand laws in Court Orders if those state laws break Colorado's superior Constitutional Laws and violate Court process rules. It is reasonable to presume Judge Sweeney knows what lying is and that lying in court and while under oath is against the law. It is also reasonable to presume Judge Sweeney understands if she knowingly breaks Constitutional Laws in Court or refuses to fix mistakenly broken Constitutional Laws, then she has committed the criminal act of perjury[2].

---

[1] If Judge Charlotte N. Sweeney does not in-fact have an Oath of Office to the State and National Constitution, she is disqualified, pursuant U.S. Constitution, Article VI, Clauses 2 and 3.

[2] Black's Law Dictionary Abridged Eighth Edition, p 958. "**perjury,** *n.* The act of an instance of a person's deliberately making material false or misleading statements while under oath. – Also termed *false swearing; false oath;* (archaically) *forswearing*."

2

## I.  CONSTITUTIONAL LAWS

1. United States Constitution, Article VI, Clauses 2 and 3 states:

   "**This Constitution**, **and the Laws of the United States which shall be made in Pursuance thereof;** and all Treaties made, or which shall be made, under the Authority of the United States, **shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.**

   The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and **judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution;** but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States." (emphasis added)

   Pursuant the above clauses the Constitution of the United States of America is the Supreme Law of the Land, and if any other laws come into conflict with it, then those laws must be disregarded. Pursuant the above mandate and Judge Sweeney's Oath of Office binding her thereto; in order for Ms. Charlotte N Sweeney, to qualify as 'Judge Sweeney', Ms. Sweeney must obey and uphold all Constitutional Laws first. As sworn-in judicial officer 'Judge Sweeney' she is forbidden from using inferior state laws to write or file any papers in this Federal Court to break Constitutional Laws. Breaking Constitutional Law means Judge Sweeney has perjured herself and is stripped of her judicial immunities for lying.

   *Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974)*

   Note: By law, **a judge is a state officer.  The judge then acts not as a judge, but as a private individual (in his person). When a judge acts as a trespasser of the law,** when a judge **does not follow the law**, the Judge **loses subject-matter jurisdiction and the judges' orders are not voidable, but VOID, and of no legal force or effect.**

   **The U.S. Supreme Court stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official**

3

> or representative character and is subjected in his person to the consequences of his individual conduct. **The State has no power to impart to him any immunity** from responsibility to the supreme authority of the United States." https://www.law.cornell.edu/supremecourt/text/386/547 (emphasis added)

2. The Colorado Constitution states at Article XII, Section 10:

   **Section 10. Refusal to qualify vacancy. If any person elected or appointed to any office shall refuse or neglect to qualify** therein within the time prescribed by law, **such office shall be deemed vacant.** (Emphasis added)

   It is reasonable to assume Judge Sweeney knows if she lies in Court and/or breaks her Oath of Office, she is automatically removed from her judicial office as 'Judge Sweeney' and is stripped of her judicial immunities for failure to qualify therein and understands this result is automatic because she swore she comprehend her sworn to vacancy duties[3].

3. Colorado Constitution, Bill of Rights, Section 6 states:

   "Section 6. *Equality of justice.* **Courts of justice shall be open to every person**, and a **speedy remedy afforded for every injury to person, property or character**; and right and justice should be administered **without** sale, **denial or delay.**" (emphasis added)

   It is reasonable to assume Judge Sweeney knows she must not cause or participate in the delay of justice. For example: she may not delay justice by covering up for other officers who lie in Court and break Constitutional law to delay remedy to innocent American Citizens (victims of civil or criminal crimes) whose physical bodies were damages, or their tangible or intangible property was taken or damaged, or their good name (character) was damaged by being called a criminal when they have a clean record.

---

[3] If Judge Sweeney did not or does not understand the vacancy clause, then she has demonstrated "incompetence" for her judicial office through failure to comprehend her sworn duties and is disqualified.
Black's Law Dictionary Abridged Eighth Edition, p 634. "**incompetence,** *n.* **1.** The state or fact of being unable or unqualified to do something."

4

4. Colorado Constitution, Bill of Rights, Section 25 states:

> "Section 25. *Due process of law.* No person shall be deprived of life, liberty or property, without due process of law."

It is reasonable to assume Judge Sweeney understands that Due Process of Law means her first duty is to follow all Constitutional laws in this Federal Court and to ensure her fellow American Citizens' life, liberty, and property is not taken from them, unless this Federal Court and/or other Courts and their sworn-in Officers first provide that Citizen with due process of law.

For example: the Colorado Constitution, Bill of Rights, Section 10, requires The Court and its Officers to hold a trial by jury for defamation. If there is no trial by jury for defamation for any reason or because an officer of The Court knowingly lied in court papers there was no defamation, Constitutional Law has been broken and Due Process has not been performed; the result is that neither the defendant or plaintiff can have their financial (or otherwise) property taken away until after The Court ("State of Colorado") and its Judicial Officers provide Due Process of Law and correct the procedural mistake and provide the required trial by jury[4].

5. Judge Sweeney was lawfully notified her peer, Magistrate Mix, wrote many recommendations/orders [Dockets 16, 19, and 20] that broke multiple Constitutional Laws and multiple Due Process Rights with peer Chief Judge, Brian James Flynn of Mesa District Civil Court [Docket 18, 23, and 24] and that Magistrate Judge Mix was disqualified from this instant case [Docket 23, Nov. 8, 2022; Docket 12, Recuse KLM] and the related Federal case (1:20-CV-00742-DDD-KLM) for perjury [Docket 12-1 and

---

[4] A trial by jury is required in the State of Colorado for defamation claims, except that the opposing parties agree to an alternate resolution.

12-3; Pending Recuse KLM, case 1:20-CV-00742-DDD-KLM] and that Montalbano still reasonably expected Judge Sweeney, pursuant her own Oath of Office, to faithfully perform the duties of her Office as Judge [Dockets 10 and 22], even when her peer, Kristen L Mix, blatantly failed to do so. [Dockets 12, 23 and 24]

## II. CONSTITUTIONAL LAWS BROKEN BY JUDGE SWEENEY

### A. Constitutional Defamation Law Broken

6. Colorado Constitution, Bill of Rights, Section 10, guarantees Montalbano the inalienable Right to trial by jury for defamation.

> "[a]nd **in all suits and prosecutions for libel** the truth thereof may be given in evidence, and **the jury, under the direction of the court, shall determine the law and the fact.**" (emphasis added)

Pursuant the above Colorado State Law, Colorado has placed defamation law jurisdiction with the jury and a judge must (fair and impartially) take defamation claims through trial by jury for any orders/judgments involving defamation to be lawfully binding. Without a trial by jury for defamation, due process of law is broken.

a. Judge Sweeney was lawfully notified her co-worker/peer, Chief Judge, Brian James Flynn lied in Mesa District Civil State Court [Docket 23, No 6.a.(ii.)] dismissal orders [Docket 15-3] that no defamation was shown to him and she was notified that Montalbano never had a trial by jury for defamation though repeatedly (13 times) asked for [Docket 1-2 at 4-13, and in particular No. 19]. Montalbano reasonably asked and expected Judge Sweeney to now protect Montalbano from her abusive

6

peer, Mr. Flynn [Docket 10], and to uphold Constitutional Rights pursuant her Oath of Office [Docket 22]. However, the following facts show Constitutional Defamation Laws were intentionally broken by Judge Sweeney:

(i.) Stalking is a criminal only claim in the state of Colorado.

(ii.) Ms. Montalbano has a clean record.

(iii.) Mr. Goode has a lifelong stalking protection order issued against him by a former employer (Darling v. Goode, District Court Dallas County, DC-14-04807). [Docket 10-1, Docket 10-2, Docket 23-12, No. 674]

(iv.) Flynn was shown on the Mesa District Civil Court record in case 18CV50 (this instant removed case) that Montalbano was being defamed as a criminal stalker by a convicted stalker, Mr. Goode, on YouTube and more. [Docket 23-4] Goode and his Counsel, Ms. Yanaros, knew Goode's stalker statements were false, as they lost four (SLAPP[5]) stalking claim efforts/cases against Montalbano, but Goode continued to maliciously defame Montalbano as a criminal stalker both publicly and privately. [Docket 23-12, No 673, 674, 679, 681]

(v.) Flynn maliciously lied he did not see all this State Court filed defamation evidence. [Docket 15-3; Docket 23-4; Docket 1-2, Nos. 10-30]

(vi.) Montalbano showed Judge Sweeney, that Magistrate Mix knew the defamation occurred during the time of case 18CV50 and that the defamation evidence was in-fact filed on the State Court record [Dockets 1-4] and that Judge Flynn also saw it; and that Magistrate Mix stated in the other federal

---

[5] SLAPP – Strategic Lawsuits Against Public Participation

7

        case she was assigned to preside over, 1:20-CV-00742-DDD-KLM, that Montalbano's same defamation claim [Docket 1-9] should proceed [Docket 1-4].

b. Judge Sweeney was lawfully notified her first duty, pursuant her own Oath of Office to the State and National Constitutions was to uphold the State of Colorado's Constitutional Defamation due process of law procedures first [Dockets 18 and 22], and that State Laws required Judge Sweeney and Magistrate Mix to first provide Montalbano with a trial by jury for defamation [Docket 1, No. 5; Dkt. 18, No. 7; Dkt 22, Nos. 3, 7, 10; Dkt. 23, No. 6.a.(ii.)]. Both these female judicial officers were notified Montalbano never had the state law mandated trial by jury and that Chief Judge Brian James Flynn, unlawfully skipped this due process step in State Court via lying.

c. Judge Sweeney was lawfully notified if she was going to follow any of Magistrate Mix's Recommendations [Dockets 16, 19, and 20], she or Magistrate Mix must first provide this Federal Court with due process of law evidence, that a trial by jury was had in Mesa District Civil State Court, case 18CV50 (Colo. Const., Bill of Rights, Sec. 6, 10, and 25) [Docket 23, No 6.a.(ii.); Dkt. 24, No. 3.a.(ii.)] and that if they could not provide this evidence (because it doesn't exist), they were lawfully notified their first duty pursuant their Oath was to correct this Due Process of Law violation. [Docket 10; Dkt. 23, Nos. 4-6; Dkt 24, Nos. 3 and 5] Both these female officers refused and failed to provide this required proof for this Federal Court record. Proof of a trial by jury was required to prove Chief Judge Brian James Flynn followed

8

Colorado's State Defamation Laws (as encapsulated in Colorado Constitution) in the Mesa District Civil Courthouse to reach the dismissal order defamation conclusions [Docket 15-3] and prove the jury (where the State's jurisdiction lay) reached the final judgment verdict to take away $116,600 dollars of Montalbano's private financial property. Because the State of Colorado placed defamation jurisdiction with the jury, the $116,600 judgment [Docket 23-5] is clearly fraudulently. The State of Colorado did not and could not empower Chief Judge Flynn to lie, or Magistrate Mix, or Judge Sweeney, to skip the State's mandated defamation trial by jury step. In these officers' failures to uphold Constitutional Laws they all perjured themselves and they created with them the possibility of State liability.

d. Judge Sweeney was lawfully notified Constitutional Civil Rights violations, where a Chief Judge lies in State court (perjury), is a federal matter [Docket 1, No. 30-32]; and was notified her first duty pursuant her Oath of Office was to uphold Civil Rights and the State's Constitutional Laws and the State's mandated defamation procedures. [Docket 10 Emergency Motion; and Dkt. 23, No. 5]

e. Judge Sweeney was notified her co-worker/peer, Chief Judge, Brian Flynn, maliciously failed to uphold defamation procedure laws and of her sworn duty to first correct her co-worker/peer Flynn's Constitutional Civil Rights violations (perjury/lies) [Docket 10] and of her first duty to ensure this Federal Court upheld the State's Constitutional defamation process laws before other Due Process Laws could be followed [Docket 23, No 4-6; Dkt. 24]. Judge Sweeney, in defiance and dereliction of her sworn duties chose to break Constitutional Laws (Colo. Const., Bill

9

of Rights, Sections 6, 10, and 25) by knowingly refusing to uphold Colorado's Defamation due process laws first, and perjured herself by writing and filing Orders at Docket 25 that clearly violated the State's Laws and could only be written in her personal capacity as the State ('The Court') did not empower her to break Constitutional Laws on its behalf.

f. Further still, Judge Sweeney was notified this instant case was timely removed based on the order Flynn entered August 5, 2022 [Dkt. 8-2], making it clear to Montalbano the case was removable. [Docket 24, No. 5] Magistrate Mix and Judge Sweeny do not have powers to pick a different initiating document [Docket 19 at 2-3] than the order cited by the removing party [Docket 1, No. 22-26], to prejudicially state this instant case was untimely removed based on their knowingly false pretenses. [Dkt. 25 at 1]

g. Judge Sweeney was lawfully notified by Montalbano the State's Constitutional Defamation Law was first expected to be upheld in this Federal Court and case 18CV50 pursuant her Oath of Office [Docket 22, No. 7] Judge Sweeney instead knowingly chose to participate in breaking Constitutional Defamation laws with Flynn and et.al. [Docket 2-1] and perjured herself on this Court record.

B. **Constitutional Author Rights Law Broken**

7. United States Constitution, Article 1, Section 8, Clause 8, guarantees author Montalbano the inalienable Right to protect her writings and discoveries (Intellectual Property).

> "To promote the Progress of Science and useful Arts, **by securing for limited Times to Authors** and Inventors **the exclusive Right to their respective Writings and Discoveries**" (emphasis added)

10

a.  Judge Sweeny and Magistrate Mix were lawfully notified of Constitutional author rights, and of Montalbano's claim to have these Rights upheld [Docket 22, No. 8], and that their co-worker/peer, Chief Judge, Brian James Flynn lied in Mesa District Civil State Court [Docket 23, No 6.a.(ii.)] dismissal orders [Docket 15-3] that Montalbano's writings and discoveries did not exist.

   (i.)  January 29, 2020, Chief Judge Brian James Flynn lied Montalbano's Intellectual Property was not 'tangible or intangible' property and dismissed the Trade Secret Intellectual Property (writings and discoveries) claim as frivolous. [Docket 15-3]

   (ii.)  The United States Federal Copyright Office, in 2017 and again in 2018 [Docket 23-6; Dkt 1-2, No 34], verified Montalbano's Intellectual Property (writings and discoveries) was both tangible (via physical books) and intangible (writings) property belonging to Montalbano, and that Montalbano had both federal and common laws rights to legally protect this property in Courts of Law. Brian Flynn saw these records [Dkt. 23-6] in State Court almost exactly one (1) year prior (January 30, 2019) his fraud dismissal orders.

b.  Judge Sweeney and Magistrate Mix, were both lawfully notified of the United States' due process mandate to uphold author rights, of Flynn's malicious failure to do so, and of their first duty to obey all National Constitutional Laws and processes first and protect author rights pursuant their Oath of Office. [Docket 23, No. 3.a.(i.); Docket 12]. Judge Sweeney was lawfully notified Chief Judge Flynn skipped this critical author-rights due

11

process of law step by lying Montalbano's writings and discoveries did not exist. Judge Sweeney was informed her first duty was to correct Flynn's due process of law and civil rights violations [Docket 10] and ensure this Federal Court provided Montalbano with the guaranteed author Rights protections as mandated in U.S. Constitution, Article 1, Section 8, Clause 8; and Montalbano informed Judge Sweeney she could not skip this author rights process step and move to a different process step of 'remand' laws, until after this Federal Court first provided Montalbano with the guaranteed due process of law author rights protection procedures.

c. Judge Sweeney and Magistrate Mix were both informed if Judge Sweeney was to lawfully implement any of Magistrate Mix's remand recommendations [Docket 16, 19, 20] they must first provide this Federal Court record with evidence Montalbano's author rights were upheld in case 18CV50. To prove Constitutional Law was upheld by their co-worker/peer Chief Judge Brian James Flynn (and not completely destroyed by the man), these women were required to prove Montalbano's IP did not exist as stated in Flynn's dismissal orders [Docket 15-3]. To prove Montalbano's IP did not exist, Judge Sweeney and Magistrate Mix were required to place on this Federal Court record proof that the United States Copyright office lied that Montalbano's Intellectual Property (IP) (writings and discovery) existed and was legally tangible and intangible personal property protectable under Constitutional Laws, state laws, and statutory laws [Docket 23-6]. Proof the Copyright Office lied was required to prove Brian James Flynn did not in-fact lie in his State Court dismissal orders, when he stated Montalbano's IP did not exist and dismissed the claim as frivolous. Judge Sweeney and Magistrate Mix, failed to prove Montalbano's IP didn't exist.

12

d. Judge Sweeney was notified Chief Judge Brian James Flynn was not empowered by the State of Colorado or the United States of America to lie in court or skip nationally mandated author rights due process of law rules and procedures. [Dkt. 1, No. 30; Dkt 18, Nos. 7; Dkt 22; Dkt. 23, No. 6; Dkt. 24, No. 3-4]

e. Judge Sweeney was not empowered by the State of Colorado or the United States of America to skip author rights due process steps. Judge Sweeney is bound by her Oath of Office to ensure author protections and she openly refused to fix Flynn's author-rights process failures and broke National Constitution law [Docket 25]. Pursuant Judge Sweeney's Oath of Office she has perjured herself a second time on this court record.

### C. Constitutional Trial By Jury Law Broken

8. United States Constitution, Bill of Rights, Amendment VII, guarantees the inalienable Right to trial by jury for matters over twenty dollars ($20). (also see Colo. Const., Bill of Rights, Section 23)

> "Jury trial in **civil actions**. In suits at common law, **where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved**" (emphasis added)

a. Judge Sweeney was lawfully notified Montalbano did not have a trial by jury in case 18CV50 (this instant removed case) for the matters exceeding twenty dollars ($20) and was lawfully notified her co-worker, Brian Flynn, took this Right away by lying in the State Court [Docket 24, No. 3].

13

(i.) The starting amount in controversy was $70,000. [Dkt. 23-3]

(ii.) Due to Flynn's malicious state court failures the additional amount of $116,600 [Dkt. 23-5 fraud judgment] is in controversy as a now federal matter. [Dkt 1-2 Pending Deprivation Rights Claim; Dkt. 23-5]

(iii.) Montalbano asked for injunctive relief/hearings/trial by jury 13 times and was denied this right 13 times by Chief Judge Brian James Flynn. [Dkt. 23, No. 6.a.(i.-ii.)]

(iv.) No trial by jury was had in case 18CV50 or its removed Federal case (this instant case) pursuant due process of law.

b. Judge Sweeney was lawfully notified of her first duty to uphold this Constitutional jury law and that Chief Judge Flynn unlawfully skipped this critical due process of law jury step [Docket 23, No. 3.a.(i.)]. Judge Sweeney refused to perform this Constitutionally mandated due process of law jury step for the matters in controversy exceeding $20 dollars ($70,000+ and $116,600+) and knowingly took this inalienable Constitutional Right away, with Flynn and et.al. [Docket 1-2] Pursuant Judge Sweeney's Oath of Office she has knowingly perjured herself a third time on this court record.

9. Colorado Constitution, Bill of Rights, Sections 3, 6, 24 and 25, guarantee Montalbano the inalienable Right to Due Process of Law to (sic)"Section 24. …[a]pply to those invested with the powers of the government for redress of grievances, by petition…" aka file complaints in court for remedy and relief to judicial officers who faithfully uphold Constitutional Law, to ensure Montalbano is not deprived of her money and personal

14

property, unless that Court and its officers first provide the required State and Nationally mandated due process of law steps.

   a. Judge Sweeney openly broke the following Constitutional Laws in her Order [Docket 25]:
      i. Colorado Constitution, Bill of Rights, Section 10
      ii. United States Constitution, Article 1, Section 8, Clause 8,
      iii. United States Constitution, Bill of Rights, Amendment VII
         (also see Colo. Const., Bill of Rights, Sec. 23)

   Judge Sweeney breaking these four clearly established Constitutional Laws also means she broke Colorado Constitution, Bill of Rights, Sections 3, 6, 24 and 25, whereby she destroyed Due Process of Law (sec. 25), destroyed the right to petition for grievance (sec. 24), destroyed Montalbano's right to have State and National Laws actually apply her in State and Federal Courts (sec. 6) and thereby destroyed the State of Colorado's Constitution's inalienable Rights clause (sec. 3). In Judge Sweeney maliciously taking away multiple inalienable Rights rather than upholding them, pursuant Judge Sweeney's Oath of Office she has knowingly perjured herself a fourth, fifth, sixth, and seventh time on this Federal Court record, creating with her frauds and court schemes the possibility of state liability.

10. Montalbano filed a motion specifically requesting Judge Sweeney acknowledge and adhere to her Oath of Office, Constitutional Laws, and Due Process of Law Rights, and informed Judge Sweeney this was her first duty pursuant her Oath and that Montalbano

expected her to be a woman of her sworn word [Docket 22]. Judge Sweeney maliciously ignored and denied these Constitutional Rights on this Court record [Docket 25] for which she is not empowered to do. Pursuant her Oath of Office she knowingly perjured herself an eighth time on this Court record. In denying this motion, Judge Sweeney has verified on this Federal Court record, she was well aware she was perjuring her Oath of Office in writing and filing her illegal papers at Docket 25.

11. Colorado Constitution, Bill of Rights, Section 1, guarantees that the governments powers are placed in the people and may only be used for the good of the people.

   a. Judge Sweeney repeatedly stated under color of law[6] and color of office[7] "The Court" disagreed with Montalbano [Docket 25 at 3] and "The Court" issued the Order [Docket 25 at 4]. However, 'The Court' (Colorado or United States of America) cannot enforce or mandate anything against Constitutional Law and 'The Court' cannot empower its officers to break State and National Constitutional Laws or its due process rights. "The Court" has no powers in and of itself pursuant the State mandate at Colorado Constitution, Bill of Rights, Section 1, stating the power is in the people (not a building or institution) meaning only an individual, such as a faithfully performing Judicial Officer, may enter orders on behalf of 'The Court' and only orders that uphold Constitutional Laws have powers. Judge Sweeney was not empowered by the State of Colorado or the United States of America ('The Court') to

---

[6] Black's Law Dictionary Abridged Eighth Edition, p 222. "**Color of law.** The appearance of semblance, without the substance, of a legal right. The term usu. Implies a misuse of power made possible because the wrongdoer is clothed with the authority of the state."

[7] Black's Law Dictionary Abridged Eighth Edition, p 222. "**Color of office.** The authority or power that is inherent in an office, esp. a public office. Acts taken under the color of an office are vested with, or appear vested with, the authority entrusted to that office."

16

break its Constitutional Laws and process rules in this Federal Court and then fraudulently state "The Court did it" to hide her criminal actions with color of office. Pursuant Judge Sweeney's Oath of Office she has perjured herself a ninth time on this Federal Court record.

b. Judge Sweeney was given limited powers pursuant her Oath or Office that only extend to her upholding Constitutional Law and she was lawfully notified her first duty was in-fact to uphold Constitutional law [Dockets 22]. Judge Sweeney did not uphold Constitutional Law [Docket 25] and thereby was not empowered by the State of Colorado, or the United States of America, or this Federal Court ("The Court"), to break Constitutional Law in any capacity. Instead, Judge Sweeney (pursuant her Oath of Office) was lawfully stripped of any of her perceived judicial immunities for perjuring herself at least nine (9) times. *Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974)* [Docket 22 at 4]

By her own actions, Judge Sweeney, has demonstrated she is untrustworthy and severely incompetent to perform the sworn duties of her office as 'Judge' and that she is openly biased and prejudice for her corrupt peers [Docket 1-2] and will regularly trespass Constitutional Law and perjury herself to cover up for she and her co-workers court frauds and deceptions.

Because Ms. Sweeney has broken (at least) eleven (11) Constitutional Laws and has repeatedly perjured herself on this court record in one single paper [Docket 25]; Ms. Sweeney has verified on this Federal Court record she is knowingly operating her Kangaroo Court[8] inside

---

[8] Black's Law Dictionary Abridged Eighth Edition, p 304. "**Kangaroo court.** 1. A self-appointed tribunal or mock court in which the principles of law and justice are disregarded, perverted or parodied. 2. A court or tribunal

17

this honorable Denver Federal Court and is writing orders in her personal capacity and not her professional capacity, and she is forbidden from doing this (perjury).

Pursuant United States Constitution, Article VI, Clauses 2 and 3, Judge Sweeney is bound by her Oath to only provide this Court with state laws and court rules that support Constitutional Laws and due process of law procedures in the correct order. However, Judge Sweeney instead provided this Court with out of sequence remand rules and also fraudulently stated the case was untimely removed (when it was timely) or that Notices weren't filed (when they were). Because the Orders at Docket 25 break at least eleven Constitutional laws and related due process rights and because the State or United States cannot empower its officers to originate or participate in break its own laws, the Orders are null and VOID even prior any reversals, for Ms. Sweeney corrupting the judicial machinery with Flynn and et.al. (Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974))

**WHEREFORE**, **this is lawful Notification** on this Federal Court record and to this Federal Court's Chief Judge, Philip A. Brimmer and Clerk of Court, Jeffrey P. Colwell, that Charlotte N. Sweeney, has broken (at least) eleven Constitutional Laws in her singular short paper filed at Docket 25, and has perjured her Oath of Office to the State and National Constitutions (U.S. Constitution, Article VI, Clauses 2 and 3); and pursuant Constitutional Law and said Oath she has vacated her Office of public trust (Colo. Const., Article XII, Sec 10) and has acted in her personal capacity (Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974)) and not her professional capacity and created with her the possibility of State liability; and pursuant Constitutional Law the Order is required to be vacated or struck for skipping critical prior

---

characterized by unauthorized or irregular procedures, esp. so as to render a fair proceeding impossible. 3. A sham legal proceding."

required due process of law steps, falsely alleging untimely removal, and Judge Sweeney and co-conspirator Magistrate Mix must be removed from this instant case for perjury and the case replaced back within this Federal court and properly joined to case 1:20-CV-00742-DDD-KLM to protect Montalbano from the criminal acts of Chief Judge, Brian James Flynn in the Mesa District Civil Court, and any malicious acts he performs vicariously through his subservient officers; and this Court properly granting the Emergency Motion at Docket 10 and granting the Constitutional Rights Motion at Docket 22 pursuant an Oath of Office and due process of law.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Defendant and Plaintiff

# CERTIFICATE OF SERVICE

I certify that on this 21st day of November 2022 a true copy of the foregoing OBJECTION and NOTICE was filed via the CM/ECF filing system and the same delivered by paper mail upon the following pro se party:

**Mr. Thomas D. Seaman**
**dba ALPINE JUDGMENT RECOVERY**
PO Box 1002
Ridgway, CO 81432
USPS Certified Mail 7021 0950 0001 5240 1807

And upon Mr. James Corey Goode via his Counsel via the CM/ECF system:

**Valerie Yanaros**
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553
valerie@yanaroslaw.co

And a courtesy paper copy delivered to:

**Chief Judge, Philip A. Brimmer**
**Clerk of Court, Jeffrey Colwell**
ALFRED A ARRAJ
UNITED STATES COURTHOUSE
901 19th Street
Denver, Colorado 80294
USPS Certified Mail 7021 0950 0001 5240 1739

**/s/ Alyssa Montalbano**

Alyssa Montalbano, American Citizen