| | |
|---|---|
| District Civil Court, Mesa County, Colorado<br><br>Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | ORIGINAL FILED IN<br>NOV 2 8 2022<br>COMBINED COURT<br>BY LITIGANT |
| Plaintiff(s)/Petitioner(s): Alyssa Chrystie Montalbano<br>v.<br>Defendant(s)/Respondent(s): James Corey Goode<br><br>-----<br><br>Plaintiff(s)/Petitioner(s): Thomas D. Seaman, James Corey Goode<br>v.<br>Defendant(s)/Respondent(s): Alyssa Chrystie Montalbano | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa Chrystie Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505<br><br>Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number:_____ Atty. Reg. #: N/A | Case Number: 18CV50<br><br>Division 10   Courtroom 10 |

## PLAINTIFF ALYSSA MONTALBANO

## NOTICE OF DISQUALIFCATION ALL JUDICIAL OFFICERS THIS COURT

Pursuant Colo. Const., Bill of Rights, Sec. 1, 6, 10, 24 and 25;
Colo. Const., Art. XII, Sec 10; U.S. Const., Sec 6, Cl. 2 and 3; Colo.R.Civ.P. 97 and
Colorado Code of Judicial Conduct 2.11

Comes now, Plaintiff, American Citizen, and pro se litigant Alyssa Chrystie Montalbano, and NOTICES this Court pursuant Colorado Constitution, Bill of Rights, Sections 1, 6, 10, 24, and 25; Colorado Constitution, Article XII, Section 10; United States Constitution, Article VI, Clauses 2 and 3, Colorado Rules Civil Procedure Rule 97; and Colorado Code of Judicial Conduct Rule 2.11; that all judicial officers this State Court are hereby disqualified from presiding over this instant case for the following:

ii. Flynn denied Montalbano her Constitutional Right to trial by Jury for Defamation at least 13 times and perjured himself at least 13 times. (Colo. Const., Bill of Rights, Sec. 10) **(Ex. CW at 1-13, See No. 19** dates of Injunctive Relief/ Hearings and Jury requests; and see **Statement of Jury Demand filed June 10, 2019)**

iii. Magistrate Judge Mix, in Denver Federal Court, recommended Montalbano's same Defamation claim facts **(Exhibit DA, filed July 22, 2022)** proceed against James Corey Goode in the pending and superseding federal action, 1:20-CV-00742-DDD-KLM. **(Exhibit CZ, filed July 22, 2022)**

iv. Chief Judge Flynn, lied Montalbano's Trade Secret Intellectual Property did not exist when he knew Montalbano held multiple copyrights and that Goode and Montalbano already agreed the approximate 400 emails and attached Intellectual Property belonged to Montalbano, and all Flynn had to do was legally declare it Montalbano's when this case was first opened. **(Ex. CW at Nos. 31-37)**

v. Chief Judge Flynn lied Montalbano dragged out case 18CV50 in his dismissal orders and implemented unlawful punishment fees, when he is the one who unlawfully and abusively dragged out this case by failing to perform his sworn duties and overtly lying. **(Ex. CW at No. 19-20)**

vi. The alleged final judgment amount of $116,600 is in lawful dispute in case 1:20-CV-00742-DDD-KLM, Denver Federal Court against Mr. Flynn and et. al. for lying, violating due process of law, and breaking Constitutional Laws and thereby repeatedly perjuring his Oath of Office. **(Ex. CW, No. 93)**

e. This is lawful notification until this courthouse corrects all civil rights violations and provides due process of law (a trial by jury for defamation) this instant case; nothing written herein by Brian Flynn is valid or legal and is VOID even prior any reversals.

> *Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828).* Under Federal Law, which is applicable to all states, the U.S. Supreme Court stated that "**if a court is without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void,** and form no bar to a recover sought, **even prior to a reversal in opposition to them.** They constitute no justification **and all persons concerned in executing such judgments or sentences are considered, in law, as trespassers.**" (emphasis added) https://supreme.justia.com/cases/federal/us/26/328/

> *Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974)* "
>
> Note: By law, **a judge is a state officer. The judge then acts not as a judge, but as a private individual (in his person). When a judge acts as a trespasser of the law,** when a judge **does not follow the law, the Judge loses subject-matter jurisdiction and the judges' orders are not voidable, but VOID, and of no legal force or effect.**
>
> **The U.S. Supreme Court stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity** from responsibility to the supreme authority of the United States." (emphasis added) https://www.law.cornell.edu/supremecourt/text/386/547

f. Pursuant the State and National Constitutions and laws in pursuance thereof, this is lawful notification to any Officer who participates with Flynn in his corruption of the Judicial Machinery, they may be summoned into case 1:20-CV-00742-DDD-KLM for damages.

**WHEREFORE,** for all the facts, laws, and reasons stated herein and incorporated by reference, this is lawful NOTICE all officers of this court are disqualified for their superior officer, Chief Judge, Brian James Flynn corrupting the judicial machinery itself and breaking Colorado Constitution, Bill of Rights, Section 10, and United States Constitution, Article 1, Section 8, Clause 8; and pursuant an Oath of Office to United States Constitution, Article VI, Clauses 2 and 3 to uphold said rights, Brian Flynn perjured himself and he and his subordinate officers are DISQUALIFIED for failing to uphold Constitutional Law since June 2018 and pursuant Colorado Constitution, Article XII, Section 10, have vacated their office of public trust for failure to qualify therein.

Respectfully Submitted and All Rights Reserved,

*Alyssa Chrystie Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

### CERTIFICATE OF SERVICE

I certify this 28th day of November, 2022, a true and correct copy of the foregoing **NOTICE** was filed with the Mesa District Civil Court and sent first class by United States Postal Service, postage prepaid, to legally pro se litigants: Mr. James Corey Goode USPS Certified Mail 7021 0950 0001 5240 5997; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020; and upon pro se litigant Mr. Thomas D. Seaman dba ALPINE JUDGMENT RECOVERY; PO Box 1002, Ridgway, CO, 81432; USPS Certified Mail 7021 0950 0001 5240 6000

*Alyssa Chrystie Montalbano*
Alyssa Chrystie Montalbano, American Citizen