# ALPINE JUDGMENT RECOVERY
## PO Box 1002
## Ridgway, CO 81432
## (970) 626-9944
## Toll Free (844) 258-2770

November 29, 2022

Hon. Judge Jeremy Chaffin
Mesa County District Court
PO Box 20,000-5030
Grand Junction, CO 81501

Re:  Alyssa-Chrystie Montalbano vs. James Corey Goode;
Civil Action No.: 2018 CV 50

Dear Judge Chaffin:

I own Thomas D. Seaman DBA Alpine Judgment Recovery ("AJR"), a Colorado Sole Proprietorship. It is a licensed Colorado collection agency based in Ridgway, CO. A copy of my Colorado Collection Agency license has been entered into the record for the referenced case.

On June 16, 2022, James Corey Goode ("Goode" or the "Defendant") assigned his judgment in the referenced case to AJR for collection

On June 17, 2022, AJR filed a Motion to Transfer Interest by mail with a copy to Alyssa Chrystie Montalbano, ("Montalbano" or the "Judgment Debtor").

On July 20, 2022, the Court approved the Motion to Transfer Interest. A short time later, AJR received an Objection to Order on Motion to Transfer Interest. I called the Court and spoke to a Court Clerk. She informed me that my Motion to Transfer Interest had been approved and that Ms. Montalbano had missed the deadline to file an Objection to the Motion to Transfer Interest and Amend Judgment.

On July 27, 2022, I had Ms. Montalbano served with Interrogatories which she had 14 days to complete and file with the Court, together with the required enclosures, and with a copy sent to me. I filed an Affidavit of Service with the Court.

Ms. Montalbano failed to comply with the 14-day requirement to answer the Interrogatories, so AJR filed a Motion by mail on August 11, 2022 to hold Ms. Montalbano in contempt of court. AJR is awaiting the Court's approval of that Contempt Motion which will hopefully set a date for a Contempt hearing.

On August 13, 2022, I received a copy of an Order dated August 5, 2022 vacating the previous order of July 20, 2022.

I understand that the Court has now vacated its Order of July 20, 2022. However, the fact remains that Goode has hired AJR to collect the judgment awarded to him in this case. As a licensed collection agency, AJR is permitted to serve debtors with Interrogatories to which debtors must respond within 14 days.

So therefore, vacating the July 20, 2022 Order does not alter the fact that Goode hired AJR as a Colorado Collection Agency to collect this judgment. AJR served Ms. Montalbano with Interrogatories to which she failed to respond within the permitted time, resulting in Ms. Montalbano now being in contempt of court, irrespective of the June 17, 2022 Motion to Transfer Interest and the Court's July 20, 2022 order temporarily disallowing that Motion to Transfer Interest.

This case has been fraught with distractions, complaints against the presiding Judge, filings in Federal Court, etc. The Federal Court has remanded this case back to Mesa District Court. The judgment awarded to my client remains unsatisfied. AJR prays for relief to proceed against the Judgment Debtor to the fullest extent of the law in order to enforce this judgment in a timely manner.

I am hopeful that the Court will approve AJR's Motion for Contempt at its earliest convenience and set a date for a hearing.

Please contact me toll free at (844) 258-2770 or on my home office number (970) 626-9944 should you have questions or to discuss this letter.

Thank you.

Sincerely,

Thomas D. Seaman
Owner

*Alpine Judgment Recovery is a licensed Collection Agency in the State of Colorado pursuant to Title 5, Article 16, Colorado Revised Statutes as amended.*

## CERTIFICATE OF SERVICE

I certify that on <u>November 29, 2022</u> true and accurate copies of this letter were served on the other parties by:

☐Hand Delivery, ☐E-filed, ☐Faxed to this number _____, **or**

☒by placing them in the United States mail, postage pre-paid, and addressed to the following (include name and address):

To:    James Corey Coode
        1140 US Highway 287, Suite 400-266
        Broomfield, CO 80020

        Alyssa-Christie Montalbano
        2536 Rimrock Ave., Suite 400-117
        Grand Junction, CO 81505

_____ ☒Petitioner/Plaintiff or ☐Respondent/Defendant