# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----
Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,
Elizabeth Lorie,
Brian James Flynn,
William Campbell,
Matthew Grove,
Diana Terry, and
Christina Gomez

Third-Party Defendants

Objection Order 336                                              Page **1** of **13**

## ALYSSA MONTALBANO
## OBJECTION TO ORDER 336
## FOR VIOLATING CONSTITUTIONAL LAW

**COMES NOW** Alyssa Chrystie Montalbano, Defendant and Plaintiff, and American Citizen, and Objects to Magistrate Mix's 'Order' filed at docket 336, December 6, 2022, for civil rights violations, placing a fraud on the Denver Federal Court, and thereby violating Montalbano's inalienable Constitutional rights, notably the right to trial by jury; and in support thereof states as follows:

1. Montalbano incorporates by reference the following documents and their attached exhibits as filed this instant case:

    a. "Objection to Order [#323] Referring Emergency motion [#322] to Magistrate Judge Mix", Docket 324, filed August 5, 2022

    b. "Objection to Magistrate Recommendation [#283]", Docket 290, filed March 23, 2022

    c. **Pending** "Opposed Motion to Recuse Pursuant 28 USC 455 and Strike Recommendation [#283]", Docket 303, filed May 3, 2022.

    d. "Response and Objection to Magistrate Order [#316]", Docket 318, filed July 12, 2022

    e. "Notice Disqualification Magistrate Judge Mix", Docket 335, filed November 23, 2022

    f. **Pending** "Emergency Motion to Rule on Motions pursuant Colorado Constitution, Bill of Rights, Section 6, 10, 23, 24, 25, and 28; and United States Constitution, Amendment XIV, Section 1, and Amendment VI, Clauses 2 and 3" Docket 337, filed December 9, 2022.

And they are incorporated fully herein.

2. Montalbano incorporates by reference the following documents and their attachments as filed in related Denver Federal Court case 1:22-CV-02224-CNS [#329]:

   a. "Motion to Recuse Magistrate Mix Pursuant 28 USC 455", [#337-2]

      (Docket 12, September 9, 2022, Case 1:22-CV-02224-CNS)

   b. "Jury Demand", [#337-3]

      (Docket 13, September 9, 2022, case 1:22-CV-02224-CNS)

   c. "Objection to Order to Show Cause [Dkt. 16]", [#337-7]

      filed December 9, 2022

      (Docket 18, October 13, 2022, case 1:22-CV-02224-CNS)

   d. Notice Disqualification Magistrate Judge Mix, [#335-1]

      (Docket 23, November 15, 2022, case 1:22-CV-02224-CNS)

   e. "Objection to Orders at Docket 19 and 20 for Civil Rights Violations" **(EXHIBIT 1)**

      (Docket 24, November 15, 2022, case 1:22-CV-02224-CNS)

   f. "Objection and Notice of Void order [Dkt. 25] for breaking eleven constitutional laws and civil rights violations", [#335-2], filed November 23, 2022, (also see #337-12, filed December 9, 2022)

      (Docket 27, November 21, 2022, case 1:22-CV-02224-CNS)

And they are incorporated fully herein.

**Summary of key points from incorporated documents showing Magistrate Mix's fraud on the Court:**

### OATH OF OFFICE

1. Upon information and belief, Magistrate Mix has an Oath of Office to the State and National Constitution allowing her to operate as a Judicial Officer this Federal Court.

2. Pursuant said Oath, Magistrate Mix swore she would only use state laws to uphold Constitutional laws (United States Constitution, Article VI, Clauses 2 and 3).

### DEFAMATION

3. Colorado Constitution, Bill of Rights, Section 10, gives the jury jurisdiction over defamation claims (not judges) and guarantees Montalbano the right to trial by Jury for defamation. Montalbano did not have a trial by jury in case 18CV50 [#27] (aka removed Denver Federal Court, case 1:22-CV-02224-CNS [#329]) for defamation. Montalbano demanded trial by jury June 10, 2019, case 18CV50 [#337-3 at 4]. Montalbano ask Flynn for trial by jury/injunctive relief/hearings at least 13 times during case 18CV50 [#315-1, No.19]. Judge Flynn did not give Montalbano a trial by jury for defamation [#315-1, Nos. 1-30]. Magistrate Mix knows Montalbano was defamed all during case 18CV50 by Goode [#283 at 39; #315 pending amended Deprivation Rights Claim] and that Montalbano asked Flynn for help to stop defamation and he did not. Montalbano asked Magistrate Mix and Judge Sweeney for a trial by jury for defamation in case 18CV50/1:22-CV-02224-CNS [#337-3]. Judge Flynn, Magistrate Mix and Judge

Sweeney's first due process of law responsibility was to give Montalbano a trial by jury for defamation in case 18CV50, they did not. Judge Flynn, Magistrate Mix, and Judge Sweeney clearly lied when they took their Oath of Office (perjury), because none of them upheld Colorado Constitution, Bill of Rights, Section 10 in case 18CV50/1:22-CV-02224-CNS. They were not authorized by the Constitution to enforce Flynn's fraud on the court via remand. They were only authorized (empowered) to uphold Constitutional Law, and they did not.

**INTELLECTUAL PROPERTY RIGHTS**

4. United States Constitution, Article 1, Section 8, Clause 8, guarantees author Montalbano the Right to protect her writings and discoveries. Flynn lied in case 18CV50 that Montalbano's Intellectual Property did not exist. Pursuant an Oath of Office, the first due process of law step for Judge Flynn, was to protect Montalbano's writings and discoveries, not lie they didn't exist. Montalbano asked Magistrate Mix and Judge Sweeney to protect her author rights in case 18CV50/1:22-CV-02224-CNS [#337-3], and they did not. Magistrate Mix and Judge Sweeney's first due process of law step was to protect Montalbano's Intellectual Property ("IP"). Judge Flynn, Magistrate Mix, and Judge Sweeney clearly lied when they took their Oath of Office (perjury), because none of them upheld United States Constitution, Article 1, Section 8, Clause 8, in case 18CV50/1:22-CV-02224-CNS. They were not authorized by the Constitution to enforce Flynn's fraud on the court via remand. They were only authorized (empowered) to uphold Constitutional Law, and they did not.

**TRIAL BY JURY - CIVIL MATTERS**

5. Colorado Constitution, Bill of Rights, Section 23, guarantees Montalbano the right to trial by jury in civil matters (Trade Secret IP (including common law copyrights/author rights)) with the option the jury may be less than twelve people.  A judge is not a jury. United States Constitution, Amendment VII; guarantees Montalbano the inalienable right to a trial by jury for civil common law matters exceeding twenty dollars ($20) in controversy.  At least seventy thousand dollars ($70,000) was in civil controversy in case 18CV50 since November 13, 2018 (Case 1:22-CV-02224-CNS, Docket 23-3; admitted amended State Court complaint **(Exhibit 2))**, and later at least $116,600 from Flynn's fraud on the court [#315 Deprivation Rights, #325-1 fraud dismissal order; #325-2 fraud judgment; #325-4 Seaman fraud Motion transfer interest]. Montalbano demanded trial by jury, June 10, 2019, case 18CV50 Mesa District Civil Court [#337-3 at 4]. Trial by jury was never had for the civil matter with controversy exceeding twenty dollars.  Judge Flynn, Magistrate Mix, and Judge Sweeney all clearly lied when they took their Oath of Office (perjury), because none of them upheld Colorado Constitution, Bill of Rights, Section 23; or United States Constitution, Amendment VII, in case 18CV50/1:22-CV-02224-CNS. They were not authorized by the Constitution to enforce Flynn's fraud on the court via remand. They were only authorized (empowered) to uphold the Law, and they did not.

**DUE PROCESS OF LAW**

6. Colorado Constitution, Bill of Rights, Sections 24 and 25, guarantee Montalbano the Right to petition those in positions of power (judges) for redress of grievances (Goode defamation and Flynn fraud on the court) and guarantee Montalbano the right to due process of law before any of her private property may lawfully be taken from her. The first required due process of law step in case 18CV50 was to take both claims to the jury. Flynn did not have jurisdiction, the jury did. Flynn did not take any claim to the jury. Magistrate Mix and Judge Sweeney did not take any claim to the jury. Trial by jury was never had in case 18CV50/1:22-CV-02224-CNS. Judge Flynn, Magistrate Mix, and Judge Sweeney all clearly lied when they took their Oath of Office (perjury), because none of them upheld Colorado Constitution, Bill of Rights, Sections 24 and 25 in case 18CV50/1:22-CV-02224-CNS. They were not authorized by the Constitution to enforce Flynn's fraud on the court via remand. They were only authorized (empowered) to uphold the Law, and they did not.

7. Montalbano has an inalienable Right to have Officers in Court who actually tell the truth. (Colo. Const. Bill of Rights, Section 6)

8. All of these officers lying in multiple courts under color of law and color of office, also violated Colorado Constitution, Bill of Rights, Section 3, guaranteeing Montalbano the Inalienable Right to protect her private property (Intellectual Property) and have

happiness by being free from being abused and harassed by a male public figure (Goode) illegally supported by criminally bent minded fake officers (Flynn and et. al.).

**Therefore,** Mesa District Civil Court is a Kangaroo Court (case 18CV50). Denver Federal Court is a Kangaroo Court (Case 1:22-CV-02224-CNS). Brian James Flynn, Magistrate Mix, and Judge Sweeney, all broke Constitutional Law using color of office and color of law. It is self-evident they all clearly lied when they took their Oath of Office swearing they would uphold Constitutional Law, because none of them did (aka perjury and treason).

## ADDITIONAL MATTERS

9. Lastly, none of this lying was really 'unexpected', as Montalbano already saw this situation and experienced it with these officers in a Dream Vision, dated October 9, 2017[1] (hand written, photographed, and emailed to Goode over 5 years ago, on October 10, 2017). It is to be duly noted I was not planning on suing Mr. Goode when the dream occurred or that I would literally be dealing with these people and situations in waking states.  **(EXHIBIT 3** - Dream Vision Contract Trickery Foiled)

The relevant matching facts of the documented Dream Vision and occurred waking state situations and people are as follows:

---

[1] For brevity, only the first page with record date and middle section dream sequence are included. Full record is twenty-seven pages

1. On journal date page I was talking with Goode about Las Vegas.

   a. In waking states, I finally served/summoned Wilcock and WILCOCK FOUNDATION via their Las Vegas address. [#304]

2. In the dream, I felt to be in another galaxy, in a space station, with no one helping me. I was both inside the space station and outside it at the same time. There was a contract piece of paper I was to sign and date. I had a blue G2 pen.

   a. In waking state, I am pro se (by myself) and being in court is like being in another 'galaxy' and I am segregated here. Federal Court papers are also filed via 'cyber-space' ('space'). While I am 'in the courts' I am also 'outside the courts' at the same time, due to Constitutional Laws being broken (see above) making the Colorado Courts into Kangaroo Courts. i.e. I am inside Courts, but not legitimate courts, so not really inside them. State Court requires hand signed papers. I typically use a blue G2 pen. All Court papers are essentially a contract of one form or another.

3. In the dream, I felt the dark matter port holes that Corey Goode had tweet posted prior had brought me to the space station/galaxy.

   a. In waking states, I am dealing with the proverbial 'dark Corey Goode matters' (fraud, copyrights, RICO, defamation, cyberstalking, etc.) and those 'dark matters' are what brought me to the Courts (this galaxy).

4. In the dream, there was one male lying trickster I actually saw (who was also a visible essence). I was at first somewhat believing his lies, then looked into his eyes, read his essence and knew he was lying to me.

    a. In waking states, I have only literally seen Judge Flynn in person when I sat in on a trial by jury to observe him and his courtroom behaviors. I was not a part of the jury or case. Judge Flynn is biologically a male.

    b. Judge Flynn lied in case 18CV50 that no defamation occurred and lied my Intellectual Property did not exist. He was/is being a trickster, lying.

    c. I at first semi-believed Judge Flynn when he told me he would uphold my Constitutional Rights May 14, 2019 [#222-2 at 8], but I wasn't convinced he would uphold them because he officially denied me my Constitutional rights on the Court record and barely interacted with case 18CV50.

    d. Flynn knows he was lying to me and I also now know he was intentionally lying to me.

5. In the dream, there were 3-4 tricksters total and 2-3 not actually seen by me that were supporting the one I saw. Our arguments revolved around the seen trickster's papers. They needed me to sign their papers and even more desperately, they needed me to date the papers for them to be valid/binding on me. They lied to me I would 'die' if I didn't agree to their papers and date them. But, because I knew they were liars, I told them no and refused to date their papers and their 'galaxy/space station' was then being blown apart; I was fine with that.

a. In waking states, I have never seen the three court of appeals officers in person (3 people), we have only interacted through cyberspace and papers regarding Flynn's court paper lies [#325-1, #325-2]. The appeals officers plus Flynn total 4 people; 1 seen, 3 unseen.

b. I have never seen Magistrate Mix or Judge Sweeney in person (2 people), we have only interacted through cyberspace and papers involving Flynn. The two judges plus Flynn total 3 people; 1 seen, 2 unseen.

c. One of the main arguments I have with the three court of appeals judicial officers is over the date of appeal. They say it was untimely appealed [#222 at 4, Judicial Defendants' pending MTD], I say it was timely appealed based on Court Rules tolling time for appeal of final entered judgments [#315-1, Nos. 77-89]. We are arguing about dates. They keep trying to get me to agree to their chosen dates that break court rules by them ignoring tolling of time rules, and I keep telling them no.

d. The main arguments I have right now with Magistrate Mix and Judge Sweeney is they say I did not timely remove case 18CV50 (1:22-CV-02224-CNS) [#336] after Seaman filed his papers. I argue I timely removed the case base on rules that tolled the time for response to Seaman's' complaint and based on Flynn filing another paper showing he was going to try to enforce his frauds [#337-12]. We are arguing about dates. They want me to agree to their dates, I say no. I have never seen Seaman in person. Seaman with Flynn, Magistrate Mix, and Judge Sweeney are 4 people, 1 seen, 3 unseen. Seaman with Flynn and Magistrate Mix are 3 people, 1 seen, 2 unseen.

e.  Flynn is still the main seen trickster I am dealing with in this Court (galaxy) and he is being supported by the unseen tricksters in various intervals to create the 1 seen, 3-4 unseen, scenarios. All our main arguments are over dates: Date of appeal, date of removal, Flynn not timely addressing case 18CV50 matters (Campbell (unseen), Mix (unseen) and Flynn (seen), 3 people, 1 seen 2 unseen)), and I keep refusing to agree to their dates.

f.  I am quite certain my Constitutional Law papers are essentially like blowing apart their proverbial 'galaxy/space station' (i.e Kangaroo Courts) and I am completely fine with that.

The above is one, among many, Trade Secret Intellectual Property records (discoveries/writings) mistakenly delivered by email to Mr. Goode and his associates largely during 2017 [#295-1 certified PLAC] and is filed to further prove my claim[2]. As can be seen, this Dream Vision is clearly in a fixed format; and the people and situations I wrote about in 2017 have since occurred in waking states. I have no problems proving my Trade Secret IP claim on the court record [#217, Trade Secret Claim] once [Judicial] Officers actually follow the Law.

**WHEREFORE,** pursuant an Oath of Office binding [Judicial] Officers to uphold Constitutional Law first (U.S. Const., Art. VI, cl. 2 and 3), Magistrate Mix's recommendation [#336] must be rejected for breaking Colorado Constitution, Bill of Rights, Sections 10 and 23

---

[2] Also see Covid Vaccine dream, prior filed Mesa Court Record before vaccine controversies occurred in waking states. [#231 at 11-15] and see Dream Vision, KLM Remand [#337-7 at 5, and 7-10]

(trial by jury); and United States Constitution, Amendment VII (trial by jury), by seeking to enforce Court fraud under the false auspices of 'remand' and thereby placing a fraud on this Federal Court and perjuring herself; and she must be recused for repeatedly and knowingly failing to perform her sworn Constitutional duties first (Colo. Const., Bill of Rights, Sec 3, 6, 10, 23, 24, 25, 28); together with any other relief deemed just and necessary to uphold the Colorado Constitution and United States Constitution and inalienable Rights contained therein.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Defendant and Plaintiff

### Certificate of Compliance

I certify the foregoing Objection complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

### CERTIFICATE OF SERVICE

I certify that on this 18th day of December 2022 a copy of the foregoing Objection and Exhibits were filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5); and upon pro se litigants Mr. David Wilcock and WILCOCK FOUNDATION via USPS first class mail upon appointed agent CORPORATE CAPITAL INC., Mr. Brent Carlson, 7848 W. Sahara Ave, Las Vegas, NV 89117.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen