IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 1:22-CV-02224-CNS

**Thomas D. Seaman, Individually**
**James Corey Goode, Individually**

**Plaintiffs,**

v.

**Alyssa Chrystie Montalbano, Individually**

**Defendant**

---

ALYSSA MONTALBANO
OBJECTION TO ORDERS AT DOCKET 19 AND 20
FOR CIVIL RIGHTS VIOLATIONS

---

**COMES NOW** Alyssa Chrystie Montalbano, Defendant and Plaintiff, and American Citizen, and OBJECTS to Ms. Kristen L. Mix's[1] orders as unlawfully filed at Dockets 19 and 20 for the following:

1. Montalbano incorporates by reference the Notice of Disqualification of Magistrate Judge, Kristen L. Mix from this instant case, for perjury. [Docket 23]

---

[1] Ms. Mix is referred to without her judicial office title due to her having lawfully vacated her office of public trust through committing the criminal act of perjury of her Oath of Office to the State and National Constitutions. [Docket 23]

2. The following pending motions must *first* be addressed this instant case prior the issuance of any orders involving Ms. Mix's recommendation or 'Orders' [Dockets 16, 19, 20]:

   a. Pending Emergency Motion Protective Order [Docket 10, September 2, 2022]

   b. Pending Motion to Recuse Kristen L. Mix [Docket 12, September 9, 2022]

   c. Pending Motion to Claim and Exercise Constitutional Rights [Docket 22, November 8, 2022]

3. In Ms. Mix's Docket 19 order she alleged the following:

   a. Ms. Mix states [Docket 19 at 2] that Montalbano "asserts that the undersigned and the judge on the underlying state court case, Judge Brian Flynn, have repeatedly violated their oaths of office and repeatedly issued orders which violate the federal Constitutions." This statement is true, and is seen in the following set of facts   (also seen in greater detail in the Notice of Disqualification) [Docket 23]:

      (i.)   Constitution of the United State of America, Bill of Rights, Amendment VII:

      "Jury trial in **civil actions**. In suits at common law, **where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved**" (emphasis added)

>Case 18CV50 (this instant [removed] case) has $70,000 in controversy under Constitutional Law [Docket 23-1 at 2]. Montalbano never had a trial by jury. Montalbano asked to proceed to trial by jury at least thirteen (13) times and Flynn knowingly denied this clearly established Right 13 times. [Docket 1-2, No. 19]

Before Mix's 'orders' [Dockets 16, 19, 20] can be followed (without perjury by the enacting officer), Mix must first provide this federal court with proof Montalbano had a trial by Jury in case 18CV50 pursuant the mandate at United States Constitution, Article VI, Clauses 2 and 3, binding her to support United States Constitution, Bill of Rights, Amendment 7. Mix cannot provide this Due Process of Law proof, because this clearly established Right was taken away by her co-worker/peer Flynn. This means the next 'due process of law' step is to vacate Flynn's already legally void orders/judgment [Dockets 15-3 and 23-5] in this instant [removed] case. Because Flynn broke Constitutional Law in case 18CV50 (aka fraud/corruption of the Judicial Machinery), the newly assigned Federal Court presiding Officer over case 18CV50, Judge Sweeny, must lawfully correct Flynn's derelictions [Docket 1-2] pursuant her Oath of Office to the State and National Constitutions, and must also protect Ms. Montalbano from further abuses by celebrity Goode and et.al. [Docket 1-3; Docket 10, Pending Emergency Motion Protective Order] and must stop the Civil Rights Violations being attempted herein by Ms. Mix [Docket 12 Motion Recuse Mix].

    ii.    Colorado Constitution, Bill of Rights, Section 10:

"[a]nd **in all suits and prosecutions for libel** the truth thereof may be given in evidence, and **the jury, under the direction of the court, shall determine the law and the fact.**" (emphasis added)

Magistrate Judge Mix knows Montalbano was defamed by celebrity Mr. Goode [Docket 1-4 KLM Defamation proceed] and that this defamation occurred all during case 18CV50 as the criminal stalking defamation exhibits she determined were in-fact defamation, were the same exhibits Judge Flynn saw [Docket 1-2, No 11-14; Docket 23-4] and lied were not defamation and illegally dismissed the case [Docket 15-3]. Montalbano never had a trial by jury for defamation and asked Judge Flynn to proceed to trial by jury at least thirteen (13) times [Docket 13-1 jury demand case 18CV50] and Mr. Flynn knowingly denied this Right 13 times under color of office and color of law. [Docket 1-2, No. 19]

Before Mix's 'orders' [Dockets 16, 19, 20] can be followed (without perjury by the enacting officer), Magistrate Mix must *first* provide this federal court with proof Montalbano had a trial by Jury for defamation in case 18CV50 pursuant the mandate at United States Constitution, Article VI, Clauses 2 and 3, binding her to support Colorado Constitution, Bill of Rights, Section 10. Magistrate Mix cannot provide this Due Process of Law evidence, because this clearly established Right

was taken away by her co-worker/peer Mr. Flynn. This means the next 'due process of law' step is to vacate Mr. Flynn's already legally void orders/judgment [Docket 15-3 and 23-5] for lying and breaking Constitutional Law and protect Ms. Montalbano from Ms. Mix [Docket 12 Pending Motion Recuse Mix] and her co-workers' repeat and ongoing civil rights violations and court abuses. [Docket 10, Pending Emergency Motion Protective Order;   Docket 1-2]

    iii.    United States Constitution, Article 1, Section 8, Clause 8 states:

"To promote the Progress of Science and useful Arts, **by securing for limited Times to Authors** and Inventors **the exclusive Right to their respective Writings and Discoveries**" (emphasis added)

The National Constitution guarantees the inalienable right to authors to protect their writings (Intellectual Property) and discoveries for a time. Montalbano brought her fixed format writings and fixed format dream discoveries to Chief Judge Flynn in case 18CV50 to preserve this inalienable Right [Dockets 23-1 and 23-2; Docket 1-2 at 13-22]. Brian James Flynn lied in case 18CV50, that Ms. Montalbano's fixed format Intellectual Property (IP) did not exist at all and he dismissed the Trade Secret Intellectual Property claim/case as frivolous [Docket 15-3], when he knew Montalbano's IP was in legally fixed formats [Docket 1-2 at 13-14; Docket 23-6, Federal copyrights].

    *Before* Ms. Mix's 'orders' [Dockets 16, 19, 20] can be followed (without perjury by the enacting officer), Magistrate Mix must first provide this federal

court with proof Montalbano's IP does not exist (like her co-worker Flynn said in his dismissal order [Docket 15-3]). Pursuant the mandate at United States Constitution, Article VI, Clauses 2 and 3, Magistrate Mix is bound by her Oath to support United States Constitution, Article 1, Section 8, Clause 8 and uphold Montalbano's author Rights. Magistrate Mix cannot provide this Court record with proof that Ms. Montalbano's IP does not exist, because the Copyright Office already stated it did [Docket 23-6].

Failure by Magistrate Mix to provide this Federal Court with the following evidence:

1. A verdict reached by the jury in case 18CV50 regarding defamation;
2. A verdict reached by the jury in case 18CV50 regarding the controversy exceeding $20;
3. Proof Montalbano's Intellectual Property does not exist (despite federal copyrights [Docket 23-6]);

Means the next lawful step pursuant Due Process of Law and superior Constitutional Laws and on-point case law in support thereof (as provided by Montalbano) is to vacate Flynn's already legally void orders [Docket 15-3] and judgment [Docket 23-5] pursuant Due Process of Law and to protect Montalbano from Goode and et.al. [Dockets 10, Pending Emergency Motion]; Flynn and et. al. [Docket 1-2] and Ms. Mix [Docket 12, Pending Motion to Recuse Mix].

4. Ms. Mix goes on to state "She [Montalbano] provides no 'on-point' legal authority in support of this novel proposition of law." [Docket 19 at 2] However, Montalbano is the only one who is providing 'on-point' legal authority because it is all founded in Constitutional Law which is the supreme authority of the State of Colorado and this Federal Court; and pursuant Mix's Oath of Office and the presiding dispositive Officer, Judge Charlotte N. Sweeny's, Oath of Office, Constitutional Law is the only Law that must be followed herein, otherwise perjury is the result. Mix's statement that Constitutional Law is irrelevant (aka 'not on-point') shows Mix is knowingly perjuring her Oath of Office and completely disregarding the State and National Constitutions as the Supreme Law of the Land and is instead openly treating Constitutional Laws as inferior to the conflicting state laws and state rules she provided to break Constitutional Laws [Dockets 16, 19, 20]. Mix's cited state laws and rules are moot because they come into conflict with the Supreme Law of the Land that she is sworn and duty bound to uphold and protect *first* (U.S. Const. Art VI, Cl. 2 and 3) but instead she has knowingly perjured herself by citing inferior state laws and rules to break Constitutional Laws with Flynn.

This instant case is not truly at 'removal/remand' stages because the matter of Fraud on the Mesa District Civil Court must first be addressed and lawfully corrected. This instant [removed] case, pursuant Due Process of Law, is lawfully at the 'vacate fraud order/void fraud judgment' stage [Docket 10 Emergency Motion Protection Order] and Ms. Mix cannot now fraudulently use [remand] rules to participate with Flynn in enforcing broken Constitutional Laws. That's called perjury. [Docket 12 Motion Recuse Mix]

5. Lastly, with respect to the remand/removal process, case 18CV50 was timely removed per due process rules for the following [Docket 1, No. 22-24]:

   a. Plaintiff, Mr. Seaman entered case 18CV50 by filing a motion July 8, 2022 wanting the alleged judgment monies ($116,600) from case 18CV50 to be given to him [Docket 1-5].

   b. Judge Flynn did not wait twenty-one (21) days for Montalbano to respond/object to Mr. Seaman's Motion and instead granted Seaman's motion July 20, 2022. [Docket 1-7]

   c. July 22, 2022, Montalbano timely filed an objection [Docket 1-8] to Mr. Seaman's Motion [Docket 1-5].

   d. July 27, 2020, Montalbano timely filed an Objection to Judge Flynn's premature July 20, 2022 order. [Docket 1-10].

   e. July 27, 2022 (5 days after Flynn's order [Docket 1-7]), Mr. Seaman served Interrogatories. [Docket 1-11; and 8-1]

   f. August 5, 2022, Judge Flynn vacated [Docket 8-2] his July 20, 2022 order [Docket 1-7] and reset Montalbano's response time to Seaman's Motion to being August 26, 2022. This order [Docket 8-2] vacated the prior granted discovery rights and reset [tolled] the time for response/removal of case 18CV50 to also being (at least until) August 26, 2022. [Docket 1, No 24]

g.  It became known from Judge Flynn's order [Docket 8-2] that case 18CV50 was still timely removable, and Montalbano timely removed case 18CV50 within the newly extended response time, August 26, 2022.

h.  Mix is prejudicially ignoring that her co-worker/peer Judge Flynn honorably extended the time for Montalbano to respond to Plaintiff Mr. Seaman's initiating Motion document [Docket 1-5] and that Montalbano timely performed the removal by the new August 26, 2022 response date. Based on discussions with various attorneys Montalbano was informed that the Interrogatories [Docket 8-1] delivered by Mr. Seaman are moot from the state court case being removed to this Federal Court and are also moot from Flynn vacating [Docket 8-2] the original order [Docket 1-7] granting Seaman permission to send them. Regardless, Montalbano still filed a pending Emergency Protective Order Motion this instant [removed] case. [Docket 10]

i.  Montalbano has a right, pursuant the National Constitution, Article VI, Clauses 2 and 3 for Officers to follow Constitutional Law and Court Rules in Court, and a right to have judges/magistrates not litigate from the bench for their peers and famous people; and pursuant Colorado Constitution, Bill of Rights, Sections 6 and 25, Montalbano has a Right to have Court rules equally apply to her and to have non-biased judges/magistrates/officers presiding over the claims.

Because Mix's recommendation/orders [Dockets 16, 19, 20] all violate Constitutional Law, they cannot be adopted or made 'absolute' until she *first* provides this Federal Court with:

1) Proof Montalbano's Intellectual property does not exist like her peer Flynn stated in case 18CV50 dismissal orders [Docket 15-3], (despite Montalbano holding Federal Copyrights [Docket 23-6])

2) Proof that a trial by jury was held for case 18CV50 for defamation and that the jury reached the verdict regarding defamation.

Since Magistrate Mix cannot provides evidence that does not exist and she cannot use inferior state laws and inferior state rules [Dockets 16, 19, 20] to break Constitutional Law, pursuant her oath of office she has openly perjured herself in this instant case by openly breaking (trespassing) Constitutional Laws with Flynn; and Ms. Mix must lawfully be recused [Docket 12 – Pending Motion Recuse Mix] for committing the criminal act of perjury on this Court record, and perjury in the related Federal case 1:20-cv-00742-DDD-KLM that this instant action must be joined thereto or stayed pending resolution of case 1:20-CV-00742-DDD-KLM. [Docket 10 - Pending Emergency Motion]

**WHEREFORE,** for all the reasons stated herein and incorporated by reference, this case is at the "vacate void orders/vacate void judgment" [Dockets 15-3 and 23-5] stage for fraud on the Court performed by Flynn; and Mix's recommendation/orders [Dockets 16, 19, 20] *cannot* be adopted or otherwise made 'absolute' in any capacity this instant case and must be denied, struck, or completely ignored due to Ms. Mix openly violating Constitutional Laws and openly taking away clearly established inalienable Constitutional Rights belonging to Montalbano, notably the Due Process Right to trial by Jury, which was never had in case 18CV50 (this instant [removed] case) for defamation, when this clearly established inalienable Right was asked for at least 13 times by Montalbano [Docket 13-1, Jury demand case 18CV50] and knowingly denied at least 13 times by Mr. Flynn [Docket 1-2, No. 19]; and the following pending Motions must first lawfully be ruled upon pursuant Constitutional Law: 1) Motion to Recuse Mix [Docket 12], 2) Emergency Motion Protective Order [Docket 10]; and 3) Motion Claim Constitutional Rights [Docket 22], pursuant Due Process of Law and prior any [remand] decisions by Judge Sweeny, together with any other relief this Court deems Constitutionally just and fair be granted to American Citizen, Ms. Alyssa Chrystie Montalbano.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Defendant and Plaintiff

CERTIFICATE OF SERVICE

I certify that on this 15th day of November 2022 a true copy of the foregoing OBJECTION was filed via the CM/ECF filing system and the same delivered by paper mail upon the following pro se party:

**Mr. Thomas D. Seaman**
**dba ALPINE JUDGMENT RECOVERY**
PO Box 1002
Ridgway, CO 81432
USPS Certified Mail 7021 0950 0001 5240 1722

And upon Mr. James Corey Goode via his Counsel via the CM/ECF system:

**Valerie Yanaros**
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553
valerie@yanaroslaw.co


**/s/ Alyssa Montalbano**

Alyssa Montalbano, American Citizen