| District Civil Court, Mesa County, Colorado | |
|---|---|
| Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | **ORIGINAL FILED IN**<br>**NOV 1 3 2018**<br>**COMBINED COURT**<br>**BY LITIGANT**<br>▲ COURT USE ONLY ▲ |
| Plaintiff(s): Alyssa Chrystie Montalbano<br>v.<br>Defendant(s): James Corey Goode | |
| Attorney or Party Without Attorney (Name and Address):<br>2536 Rimrock Ave<br>Suite 400-117<br>Grand Junction, Colorado 81505 | Case Number: 18CV50 |
| Phone Number: 970.250.8365   E-mail:<br>FAX Number:    Atty. Reg. #: | Division   10   Courtroom   10 |

**AMENDED COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE**

1. James Corey Goode, defendant(s), is (are) resident(s) of Broomfield County, with a post office address of 1140 US Highway 287, Suite 400-266 Street, City Broomfield, State of Colorado.

2. The amount claimed herein does not exceed the jurisdiction of the court.
   **OR**

3. The amount claimed from James Corey Goode, defendant(s), is/are approximately Seventy Thousand dollars and Zero cents ($ 70,000 ), together with proper interest, costs and any other items allocable by statute or specific agreement.

4. Such claim arises from the following event(s) or transaction(s):

   Defendant presented himself as someone helping humanity. Plaintiff relied on this and as a result was defrauded of approximately 500 handwritten dream visions and associated discoveries (Trade Secret information) by Defendant during 2017, whereby Plaintiff's Trade Secrets were misappropriated by Defendant largely via email, who preyed on Plaintiff's romantic and trusting nature using his military black operation (MILAB) training and Remote Influencing (RI) skills to emotionally manipulate Plaintiff into freely sharing her highly sought after information. Subsequent to Defendant attaining the information for free he and/or his associates would disseminate the information publically, claim the experiences as their own, or allege the information as 'secret insider' intel. This was performed at least a hundred times. No remedy or attribution was given to Plaintiff, while Defendant and his associates profiteered on it. Defendant also prevented the employment of Plaintiff at Gaia TV during 2017 for a competing series based on dreams, as he was regularly using Plaintiff's information as his own on his syndicated show carried there, Cosmic Disclosure. Plaintiff has now lost a year of work along with many personal and professional relationships, due to Defendant defaming Plaintiff as a stalker or similar derogatory term to mutual friends and associates to maintain his fraud. January 12, 2018 Defendant created a derivative work based on approximately 20 of Plaintiff's handwritten dream vision experiences and alleged them as his own. Plaintiff began due process of

law to the best of her abilities April 18, 2018 for remedy and attribution due, once discovering the fraud. Defendant has avoided and evaded, to include opening a malicious prosecution case, July 17, 2018, that Plaintiff got dismissed. This matter is governed by C.R.S. 18-4-401 theft (fraud/con games), C.R.S. 18-4-408 Theft of Trade Secrets, and CUTSA (Colorado Uniform Trade Secret Act). Plaintiff has exhausted all options for remedy and attribution due outside of litigation. See attached Exhibit certified mailings: pre-litigation Complaint, failure notices, and billing statements. (CRE 902(4),(8),(10))

The Defendant(s)  ☐is (are)  ☐is not (are not)  in the military service of the United States. In support of this statement, the Plaintiff(s) set(s) forth the following facts: (State facts concerning military status of the Defendant(s), if the military status of the Defendant(s) is (are) not known, so state here.)
Unknown

5. The Plaintiff(s) ☐does (do) ☒does (do) not demand trial by jury (if demand is made, a jury fee must be paid).

☒ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.

☐ By checking this box, I am acknowledging that I have made a change to the original content of this form.

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

Note: All Plaintiffs filing this complaint must sign, unless the complaint is signed by an attorney.

_Alyssa Chrystie Montalbano_
Signature of Plaintiff(s)

Signature of Attorney for Plaintiff(s) (if applicable)

2536 Rimrock Ave Suite 400-117; Grand Junction, Colorado, 81505
Address(es) of Plaintiff(s)

Telephone Number(s) of Plaintiff(s)
970.250.8365

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **AMENDED COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE** was sent first class U.S. Mail Postage prepaid; to Mr. James Corey Goode, USPS Certified Mail 7018 0680 0000 7324 9861; 1140 US Highway 287, Suite 400-266, Broomfield, CO, 80020 and by email, this 13th day of November 2018.

_Alyssa Chrystie Montalbano_
Alyssa Chrystie Montalbano