# Exhibit 3





Oct 9, 2017 @ 10:33pm

Q: most important for Corey to know right now?

**LAS VEGAS & SPAIN - SHRINE & Protecting THE WAKING UP PEOPLE W/ MAGIK**

I was talking about Las Vegas w/ Corey.

I was at my 'home' but only the garage was the same. I seemed to live somewhat in "the hood" - like Neighborhood a lil more ghetto apartment housing. So one had to be careful about who saw what. It was daylight out like noon. There was grass & lil short makeshift (like wanna-be-real) picket fences. Could have also been a trailer park or mobile home style park. But, definitely NOT the SR's kind. It felt lots of 20's & 30's year old low lifes lived there.

I went to the garage to get something I had to open the garage door to get some light to see. It was now night out (10pm?). The door only opened ½ way up. It seemed to be broken.

Margin notes: garage / only ½ up / people in Van? / or truck / looking for furniture / headboard or sofa / quiz - / [redacted] me / need to listen more. I tell / her shes / right. Dance music / Song about / priests & playing / prophets "cool kids / white robes. in the summer" / blk girl / magik to protect / fly hood

I was going around performing bits of magik. That had to do w/ people & locations. more individuals or small groups. One may have been vampires.

---

7:17am I was somewhere in outerspace, in a ship at first, somewhere "Far, Far, away" another Galaxy even. It was as though others were trying to trick me into believing the Universe was dying & trying to trick me into believing I needed to cut myself in half to die so the Universe might live. They gave me a piece of paper. Etheric 3 or 4 tricksters but only I seen, that gave me the paper like a mad lab steampunk style white lab coat scientist. He was acting like all the 'air' would be sucked out of the universe unless I died. Like somehow my death would restore the oxygen. I was at first thinking that was the only way cause that's what he told me. But I did

Margin notes:
- at at 1st 50 ct fuckers safe killer to get others instead
- guy w/ huge muscles. Is it react to squeeze his bicept. Not involved. wham he gulpi. I ston ftur
- with brown steampunk goggles on his forehead

16/33

say to him there has got to be another way. He grin lied all tricky-like, "nope". I read it in the glint in his eye he knew something else he wasn't telling me. A better way? or a flat out lie. He acted like the Universe was dying & would be dead in seconds maybe 3 to 4 min tops if I didn't sign it. It felt I had arrived there via the "blue" port hole (dark?) matters discovered like In the "BOX" post Corey just did posted that showed that. It felt I was somewhere in the universe in that/those. "They" had brought me here.
I was uncertain & stalling for time. Deciding yet what to do I was filling in the blanks now 3 of 4 spaces. They were telling me it was the only way to save ▓▓▓▓ of the entire Universe! I still wasn't buying it, But was thinking 'what if they are telling the truth & all the "air" will get sucked out of everything (life) if I don't sign. I now signed my name ⊛ BUT I STILL HAD TO date it for it to be complete ⓐ. The guy was salivating at the lips. I was in some kind of white tube like rocket ship. Very advanced

⊛ that was #3 of 4 spots
ⓐ without the date the entire contract was null & void.

17/33

tech. Like a pill (maybe the white pills in the box David W. was warned to stay away from) It was extremely advanced. Like nothing ever seen here in our universe. It felt also like a space station. (Flat circular pancake? style) ⊛ Part of one. It was somehow being destroyed. They tried to tell me once it was destroyed & I was blown out into the Universe of inky blackness I would die, cause I couldn't breath w/out the air they provided in the station. I was floating weightless & had placed the paper (contract white 8½x11) against a rafter to sign it. I was looking into the eyes of the being (largely seemg as energy) & I was reading his essence. Suddenly I knew it all was a flat out lie. There were winds & a suction. Maybe like the 'reverse bomb blast' in the other David dream. ⓑ These mad scientists were trying to convince me the winds that were pulling on me to pull me out into Space (though I also already simultaneously in it) would kill me, that I wouldn't be able to breath. ▮▮▮ may have been there too, only

⊛ with rods (silvery rods) blowing apart now.

(that connected the sections together, it seemed to be)

ⓐ And my winds of change. It could breath, though already in space, Thus I also knew it was all likely a lie.

18/33

more etherial in nature than bodied. Like the mad scientist I could semi-see. The winds were now pulling me up by my feet to pull me out of the device (ship) but I was also already outside it at the exact same moment. I held the paper w/ my name signed on it, to destroy it later, mayhap in a paper shredder. I clutched it. The guy needed me to date it. I would not. I had signed & filled in 2 other bits of info about myself mayhap age & "height" or weight w/a Blue G2 Pilot pen like I am writing w/ now (Pilot G-2 05). I realized it was 'him' & his goons that would die/meet their demise if I did not sign it completely. I was ok with that. lol. It felt, had I signed it I would have been like a white bundle rent in 2 (again).

The winds seemed to suction them away. & I was now suctioned out into the galaxy free to go & choose anywhere I liked.

I was floating, peaceful, weightless. It was vast, I was not afraid. I saw it all like being inside that 'box' w/ all the blue lights. Only this wasn't a box. It was a sphere. Only not a sphere with sides or limits. The only ~~box~~ limits were those imagined, not anything real at all. They would be boundaries placed by preference & for fun. It felt I may have now have somehow shredded after tearing into 4's the white paper, that I may have also folded up into 4's first for easier carrying. It felt I could go anywhere via any portholes I chose or even choose a whole new universe (?).

Then I was in a house, someone else's.※ Don't know what for. It felt those same scientist were here too trying to still trick me but maybe now only 3 and they seemed stuck in the flesh now & they just wanted to nab kill me now & do it in such a way so as not be obvious. They still wanted me to sign a paper. I did not see them. I just knew this to be true. There were others here/there too they seemed to have signed

※ it felt to be a more 3D version of what I'll just call experienced but had picked off the most troublesome ethereal aspect of there.

20/33