**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----
Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,
Elizabeth Lorie,
Brian James Flynn,
William Campbell,
Matthew Grove,
Diana Terry, and
Christina Gomez

Third-Party Defendants

# ALYSSA MONTALBANO
# SUPPLEMENTAL TO
# EMERGENCY MOTION TO RULE ON MOTIONS [#337]

**COMES NOW,** Defendant, Counterclaimant, and Third-Party Plaintiff, Alyssa Chrystie Montalbano and files this Emergency supplemental to EMERGENCY MOTION TO RULE ON MOTIONS [#337] and states immediate and irreparable harm will occur to Montalbano if Montalbano's Motions are not immediately ruled upon to uphold civil rights:

## I.   CONFERRAL

Montalbano has not had time to confer with all parties regarding this Supplemental as it is extremely urgent. The following are the prior positions of the parties to the main motion:

The following parties are marked as **Opposed due to being unreachable for conferral:**
pro se litigants Mr. David Wilcock and WILCOCK FOUNDATION; Ms. Elizabeth Lorie; Mr. Benjamin Zavodnick;

The following parties have **No Position** on the motion or relief requested herein:
GAIA Inc., Mr. Jirka Rysavy, Ms. Kiersten Medvedich, Mr. Brad Warkins; Mr. Jay Weidner; Mr. Brian James Flynn, Mr. Matthew Grove, Ms. Diana Terry, Ms. Christina Gomez, Mr. William Campbell; Ms. Valerie Yanaros, Mr. James Corey Goode, LIGHT WARRIOR LEGAL FUND LLC; GOODE ENTERPRISE SOLUTIONS INC.

## II.     RELEVANT ADDITIONAL PROCEDURAL BACKGROUND

Magistrate Mix and Judge Sweeney remanded case 18CV50 [#27] back to Mesa District Civil State Court, November 16, 2022, via removed case 1:22-CV-02224-CNS [#329], Denver Federal Court.

A new officer was assigned to State Court Case 18CV50, Jeremy L. Chaffin. Mr. Chaffin is enforcing Flynn's court frauds. See attached orders entered by Mr. Chaffin in case 18CV50. **(EXHIBITS 1-3 Chaffin Orders pt 1, pt 2, pt3)** Mr. Chaffin has refused to uphold Constitutional Law, December 15, 2022, and is seeking to force Montalbano to pay Mr. Seaman/AJR/Goode for something Montalbano is completely innocent of and is seeking to force Montalbano to be abused even more than she already has been for the past 4 years for simply seeking to stop defamation by a public figure (Goode) and to have her Intellectual Property legally declared hers. (Why is this so hard for officers of the law to do?)

Montalbano received Judge Chaffin's alleged 'orders', December 20, 2022, by paper mail.

Mr. Seaman served a second set of invasive and inappropriate interrogatories, December 20, 2022 **(EXHIBIT4)**.

Judge Chaffin, Denied Mr. Seaman's request to find Montalbano in 'contempt' for not responding to the first set of interrogatories. Judge Chaffin stated it was not clear that AJR had authority to issue the interrogatories based on Judge Flynn vacating the prior order granting permissions. **(Exhibit 3)**

### III.   DAMAGES THAT WILL OCCUR

Montalbano will be harmed even further emotionally, financially, and personally by the scope of interrogatories and being harassed to pay for something she is completely innocent of by a party who legally and lawfully belongs in this case (Seaman/AJR) and joined with all claims [#320] pending against Mr. Goode (especially the defamation claim) [#217, #308], and against Mr. Flynn (Deprivation Rights) [#315]. Montalbano is very afraid for her personal and physical safety and that of her co-workers, is afraid of being physically assaulted by Mr. Goode or one of his completely insane cult followers, and has severe concerns of identity theft by Goode and his associates who tell lies for a living and harass and extort their critics [#308, RICO]. The interrogatories are a severe invasion of Montalbano's privacy rights (especially since Montalbano didn't even do what Flynn is illegally punishing Montalbano for, alleged frivolous claims). Mr. Goode is also mentally unstable [#217, No. 24, p.] with a pattern of stalking [#217, No. 674, F.], harassing and defaming Montalbano [#217 Defamation, Abuse of Process, and Malicious Prosecution Claims] and his abusive behaviors must be stopped, not further enabled.

Mr. Seaman MUST be IMMEDIATELY JOINED this instant case to prevent additional harassment from Goode and his associates upon Montalbano, and to prevent Montalbano from being harassed for money that Montalbano does not legally or lawfully owe as a trial by Jury was never had in case 18CV50 (Colorado Constitution, Bill of Rights, Section 10 and 23) and Flynn was without jurisdiction over the case, because the jury was given jurisdiction.

Montalbano BEGS this Court to PLEASE stop Mr. Goode and Mr. Flynn's Court frauds and protect Montalbano, pursuant due process of law and an oath of office to do so.

Montalbano is in severe danger, with all these delays and cannot keep having corrupt Officers, Goode, and his associates keep harassing Montalbano via Flynn's state court frauds (lies), whereby Flynn and et. al. are trying to illegally force Montalbano to financially support the very criminals (Goode and et. al) and criminal conduct she lawfully came to Court asking Officers to stop. [#217, #308, #315]

**WHEREFORE,** Montalbano pleads and begs that this harassment be stopped, so Montalbano can have a normal life again, and IMMEDIATELY JOIN Mr. Seaman to this case [#320] and move forward Montalbano's claims [#217, #308, #315] into discovery phases and towards trial.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Defendant and Plaintiff

## Certificate of Compliance

I certify the foregoing Motion complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

I certify that on this 21st day of December 2022 a copy of the foregoing Supplemental Motion was filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5); and upon pro se litigants Mr. David Wilcock and WILCOCK FOUNDATION via USPS first class mail appointed agent CORPORATE CAPITAL INC., Mr. Brent Carlson, 7848 W. Sahara Ave, Las Vegas, NV 89117.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen