Mesa County Court
Mesa County Justice Center
125 North Spruce Street
Grand Junction CO 81501 United States

ALYSSA-CHRYSTIE MONTALBANO
2536 RIMROCK AVE SUITE 400-117
GRAND JUNCTION CO 81505

1-56-1017

To: Alyssa-Chrystie Montalbano

Subject: Service of documents in 2018CV50.

You are being served with documents filed electronically through the Colorado Courts E-Filing system. Please review the following details concerning this service.

- Court Location: Mesa County
- Case Number: 2018CV50
- Filing ID: N/A

Total Sheets in 9X12: 31

2212152016

- Filed Document Title(s):

  - Order:Notice of Disqualifcation all Judicial Officers this Court
  - Order:Response And Objection to Motion to Transfer Interest and Amend Judgment
  - Order:Amended Verified Motion and Affidavit for Citation For Contempt Of Court
- Submitted on Date/Time: Thu Dec 15 18:30:07 MST 2022
- Submitted by Authorizing Organization:
- Submitted by Authorizing Attorney: Mesa County Court

If you have a question about the above listed case, please contact the court.
Information for all Colorado court locations is listed on the Colorado Judical Branch
website http://www.courts.state.co.us/Index.cfm.

| | |
|---|---|
| DISTRICT COURT, MESA COUNTY, COLORADO<br>Court Address:<br>MESA COUNTY JUSTICE CENTER, 125 NORTH SPRUCE STREET, GRAND JUNCTION, CO, 81501<br>**Plaintiff(s)** ALYSSA-CHRYSTIE MONTALBANO et al.<br>v.<br>**Defendant(s)** JAMES COREY GOODE | DATE FILED: December 15, 2022<br><br>⚠ COURT USE ONLY ⚠<br>Case Number: 2018CV50<br>Division: 5   Courtroom: |
| **Order:Notice of Disqualifcation all Judicial Officers this Court** ||

The motion/proposed order attached hereto: DENIED.

This matter comes before the Court on Ms. Montalbano's pro se "Notice of Disqualification [of] all Judicial Officers [of] this Court." Although fashioned as a "Notice" the Court deems this is more appropriately construed as a Motion for Disqualification pursuant to Rule 97 of the Colorado Rules of Criminal Procedure. *See People v. Bergerud*, 223 P.3d 686, 696 (Colo. 2010) (pro se filings must be broadly construed). Having reviewed the record and Ms. Montalbano's motion, I find that a hearing is not necessary in this matter. For the reasons detailed below, Ms. Montalbano's motion for disqualification is DENIED.

A judge must be disqualified in an action if there are circumstances that would "render it improper for him to sit on the trial, appeal, or other proceeding." C.R.C.P. 97. The judge may disqualify himself or a party may move for disqualification. *Id.* "Unless a reasonable person could infer that the judge would in all probability be prejudiced against the petitioner, the judge's duty is to sit on the case." *In re Marriage of Elmer*, 936 P.2d 617, 619 (Colo. App. 1997); *see also* Colo. R. Judicial Conduct 2.7 ("A judge shall hear and decide matters assigned to the judge, except when disqualification is required.").

Ms. Montalbano fails to allege any facts that would lead a reasonable person to infer that this judge would be prejudiced against her, or that it would otherwise be improper for me to preside over this matter. At best, Ms. Montalbano asserts that all judges in the 21st Judicial District must be disqualified based on her allegations related to the Chief Judge. But this judge, as is true for all judges, exercises his independent judgment when evaluating the merits of a case. *Accord* Colo. R. Judicial Conduct 2.4(C) ("A judge shall not convey or permit others to convey the impression that any person or organization is in a position to influence the judge."). Accordingly, Ms. Montalbano's motion to disqualify this judge is DENIED.

Because, at times, matters may be assigned to or covered by other judges in this district, I also address Ms. Montalbano's motion with regard to any other judges in this district. As with this judge, Ms. Montalbano does not allege any basis, other than her allegations regarding Chief Judge Flynn, to disqualify any other judge in this district. And Ms. Montalbano's allegations regarding Chief Judge Flynn are based on rulings that he has made in this case.

"Judicial rulings alone rarely constitute a basis for bias or prejudice," and the information a judge learns in his judicial capacity "usually cannot form the basis for disqualification. *Edmond v. City of Colo. Springs*, 226 P.3d 1248, 1252 (Colo. App. 2010) (internal quotation marks omitted). Here, Ms. Montalbano's repeated motions to disqualify Chief Judge Flynn have all been premised on his rulings in this case. While Ms. Montalbano may disagree with his rulings, they do not demonstrate bias or any other ground for Chief Judge Flynn's disqualification. The fact that Ms. Montalbano has apparently initiated a suit against Chief Judge Flynn does not alter this determination. Indeed, requiring a judge to recuse from a case simply because a litigant filed suit against the judge would encourage frivolous suits and improper forum shopping when a litigant is dissatisfied with the Court's ruling.

Accordingly, Ms. Montalbano's motion is DENIED.

Issue Date: 12/15/2022

*[signature]*

JEREMY L CHAFFIN
District Court Judge

District Civil Court, Mesa County, Colorado

Mesa County, Colorado
Court Address: 125 North Spruce
P.O. Box 20,000-5030
Grand Junction, CO 81502



FILED IN COMBINED COURT
NOV 28 2022
MESA COUNTY COMBINED COURT
MESA COUNTY, COLORADO

Plaintiff(s)/Petitioner(s): Alyssa Chrystie Montalbano
v.
Defendant(s)/Respondent(s): James Corey Goode

------

Plaintiff(s)/Petitioner(s): Thomas D. Seaman, James Corey Goode
v.
Defendant(s)/Respondent(s): Alyssa Chrystie Montalbano

▲ COURT USE ONLY ▲

Attorney or Party Without Attorney (Name and Address):
Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave, Suite 400-117
Grand Junction, Colorado, 81505

Phone Number: 970.250.8365  E-mail: AriStoneArt@Ymail.com
FAX Number: _____  Atty. Reg. #: N/A

Case Number: 18CV50

Division 10   Courtroom 10

## PLAINTIFF ALYSSA MONTALBANO

### NOTICE OF DISQUALIFCATION ALL JUDICIAL OFFICERS THIS COURT

Pursuant Colo. Const., Bill of Rights, Sec. 1, 6, 10, 24 and 25;
Colo. Const., Art. XII, Sec 10; U.S. Const., Sec 6, Cl. 2 and 3; Colo.R.Civ.P. 97 and
Colorado Code of Judicial Conduct 2.11

*Attachment to Order 2018cv50*

Comes now, Plaintiff, American Citizen, and pro se litigant Alyssa Chrystie Montalbano, and NOTICES this Court pursuant Colorado Constitution, Bill of Rights, Sections 1, 6, 10, 24, and 25; Colorado Constitution, Article XII, Section 10; United States Constitution, Article VI, Clauses 2 and 3, Colorado Rules Civil Procedure Rule 97; and Colorado Code of Judicial Conduct Rule 2.11; that all judicial officers this State Court are hereby disqualified from presiding over this instant case for the following:

1. Chief Judge, Brian James Flynn, is a third-party Defendant to Montalbano's counterclaims pending in Denver Federal Court case 1:20-CV-00742-DDD-KLM filed December 22, 2020 (See Notice Related cases filed July 20, 2020), for Deprivation Civil Rights all during this instant action (18CV50). (Ex. CW, filed July 22, 2022)

2. Montalbano incorporates by reference the "SECOND MOTION TO RECUSE OFFICER BRIAN JAMES FLYNN…", filed August 25, 2022, and the facts and laws are incorporated herein.

3. Montalbano incorporates by reference the pending Denver Federal Court, Deprivation Civil Rights claim; filed as Exhibit CW, July 22, 2022 this Court Record; showing the details of Chief Judge, Brian James Flynn's, civil rights violations against Ms. Montalbano via this instant action (18CV50):

    a. The Deprivation of Civil Rights claim involves the fraudulent January 29, 2020 dismissal order and fraudulent August 5, 2020 final judgment ($116,600).

        i. Chief Judge, Brian James Flynn, lied no defamation was shown and dismissed the defamation claim as frivolous (Exhibit CW at 4-13); and took away Montalbano's inalienable Constitutional Right to trial by Jury for defamation and perjured himself. (Colo.Const., Bill of Rights, Section 10).
        (Exhibit CW at Nos. 8-30 – See Nos. 12-14 Defamation dates and dates filed this case)

ii. Flynn denied Montalbano her Constitutional Right to trial by Jury for Defamation at least 13 times and perjured himself at least 13 times. (Colo. Const., Bill of Rights, Sec. 10) (Ex. CW at 1-13, See No. 19 dates of Injunctive Relief/ Hearings and Jury requests; and see **Statement of Jury Demand filed June 10, 2019**)

iii. Magistrate Judge Mix, in Denver Federal Court, recommended Montalbano's same Defamation claim facts (Exhibit DA, filed July 22, 2022) proceed against James Corey Goode in the pending and superseding federal action, 1:20-CV-00742-DDD-KLM. (Exhibit CZ, filed July 22, 2022)

iv. Chief Judge Flynn, lied Montalbano's Trade Secret Intellectual Property did not exist when he knew Montalbano held multiple copyrights and that Goode and Montalbano already agreed the approximate 400 emails and attached Intellectual Property belonged to Montalbano, and all Flynn had to do was legally declare it Montalbano's when this case was first opened. (Ex. CW at Nos. 31-37)

v. Chief Judge Flynn lied Montalbano dragged out case 18CV50 in his dismissal orders and implemented unlawful punishment fees, when he is the one who unlawfully and abusively dragged out this case by failing to perform his sworn duties and overtly lying. (Ex. CW at No. 19-20)

vi. The alleged final judgment amount of $116,600 is in lawful dispute in case 1:20-CV-00742-DDD-KLM, Denver Federal Court against Mr. Flynn and et. al. for lying, violating due process of law, and breaking Constitutional Laws and thereby repeatedly perjuring his Oath of Office. (Ex. CW, No. 93)

b. Mr. Flynn, overtly violated the following Constitutional Rights of Montalbano's during case 18CV50 (Ex. CW):

   i. Right to trial by Jury for Defamation and civil claims (Colo. Const. Bill of Rights, Sec. 10 and 23)

   ii. Right to Due Process of Law (Colo. Const. Bill of Rights, Sec. 25 and 28)

   iii. Right to protect property (Intellectual Property)(Colo. Const. Bill of Rights, Sec. 3)

   iv. Right to fair and impartial treatment (Colo. Const. Bill of Rights, Sec. 6)

   v. Right to protect writings and discoveries (U.S. Const. Art. I, Sec. 8, Cl. 8)

c. Flynn officially denied Montalbano her Constitutional Rights on May 14, 2019 and August 5, 2020 and acted in accordance with those denials all during case 18CV50 and knowingly violated Montalbano's Civil Rights and perjured his Oath of Office. (Ex. CW, No. 24)

d. Brian James Flynn is the Chief Judge of this District Civil Court and as such this entire Courthouse and its officers are deemed corrupt, as the subordinate officers have also failed to take actions (Ex. CW at No. 59 – Chief Executive William Sightler Noticed via USPS Certified Mail 7015 0640 0001 0758 3287, September 4, 2020) to correct their Chief Judge's Constitutional civil rights violations this courthouse and are bound by their Oath of Office to do so and failed, and subordinate officers cannot be trusted to not be bribed, coerced, or otherwise manipulated by their superior Officer Chief Judge Brian James Flynn, to cause further unlawful damages to Federal Court Plaintiff, Montalbano.

e. This is lawful notification until this courthouse corrects all civil rights violations and provides due process of law (a trial by jury for defamation) this instant case; nothing written herein by Brian Flynn is valid or legal and is VOID even prior any reversals.

> *Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828).* Under Federal Law, which is applicable to all states, the U.S. Supreme Court stated that "if a court is without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void, and form no bar to a recover sought, even prior to a reversal in opposition to them. They constitute no justification and all persons concerned in executing such judgments or sentences are considered, in law, as trespassers." (emphasis added) https://supreme.justia.com/cases/federal/us/26/328/
>
> *Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974)* "
>
> Note: By law, a judge is a state officer. The judge then acts not as a judge, but as a private individual (in his person). When a judge acts as a trespasser of the law, when a judge does not follow the law, the judge loses subject-matter jurisdiction and the judges' orders are not voidable, but VOID, and of no legal force or effect.
>
> The U.S. Supreme Court stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States." (emphasis added) https://www.law.cornell.edu/supremecourt/text/386/547

f. Pursuant the State and National Constitutions and laws in pursuance thereof, this is lawful notification to any Officer who participates with Flynn in his corruption of the Judicial Machinery, they may be summoned into case 1:20-CV-00742-DDD-KLM for damages.

NOTICE DISQUALIFICATION ALL OFFICERS                                Page 5 of 6

2212152016 2732 1-56-1017 9

WHEREFORE, for all the facts, laws, and reasons stated herein and incorporated by reference, this is lawful NOTICE all officers of this court are disqualified for their superior officer, Chief Judge, Brian James Flynn corrupting the judicial machinery itself and breaking Colorado Constitution, Bill of Rights, Section 10, and United States Constitution, Article 1, Section 8, Clause 8; and pursuant an Oath of Office to United States Constitution, Article VI, Clauses 2 and 3 to uphold said rights, Brian Flynn perjured himself and he and his subordinate officers are DISQUALIFIED for failing to uphold Constitutional Law since June 2018 and pursuant Colorado Constitution, Article XII, Section 10, have vacated their office of public trust for failure to qualify therein.

Respectfully Submitted and All Rights Reserved,

*Alyssa Chrystie Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

### CERTIFICATE OF SERVICE

I certify this 28th day of November, 2022, a true and correct copy of the foregoing NOTICE was filed with the Mesa District Civil Court and sent first class by United States Postal Service, postage prepaid, to legally pro se litigants: Mr. James Corey Goode USPS Certified Mail 7021 0950 0001 5240 5997; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020; and upon pro se litigant Mr. Thomas D. Seaman dba ALPINE JUDGMENT RECOVERY; PO Box 1002, Ridgway, CO, 81432; USPS Certified Mail 7021 0950 0001 5240 6000

*Alyssa Chrystie Montalbano*
Alyssa Chrystie Montalbano, American Citizen