| | |
|---|---|
| DISTRICT COURT, MESA COUNTY, COLORADO<br>Court Address:<br>MESA COUNTY JUSTICE CENTER, 125 NORTH SPRUCE STREET, GRAND JUNCTION, CO, 81501<br>**Plaintiff(s)** ALYSSA-CHRYSTIE MONTALBANO et al.<br>v.<br>**Defendant(s)** JAMES COREY GOODE | DATE FILED: December 15, 2022<br><br>⚠ COURT USE ONLY ⚠<br>Case Number: 2018CV50<br>Division: 5   Courtroom: |
| **Order: Amended Verified Motion and Affidavit for Citation For Contempt Of Court** ||

The motion/proposed order attached hereto: DENIED.

Given the somewhat tortured procedural history of this case, it is not clear that AJR had authority to issue written interrogatories at the time. *See* Order: Objection to Order on Motion to Transfer Interest and Amend Judgment, issued August 5, 2022. Accordingly, this Motion is DENIED without prejudice.

AJR may reissue and serve written interrogatories, and may pursue further action in the future.

Issue Date: 12/15/2022

*/s/*

JEREMY L CHAFFIN
District Court Judge

| | |
|---|---|
| ☐ County Court ☐ District Court<br>Mesa County, Colorado<br><br>MESA COUNTY DISTRICT COURT<br>125 N. Spruce Street<br>PO Box 20,000-5030<br>Grand Junction, CO 81501 | AUG 15 2022<br><br>▲ COURT USE ONLY ▲ |
| Plaintiff(s)/Petitioner(s):<br><br>ALYSSA-CHRYSTIE MONTALBANO<br><br>v.<br><br>Defendant(s)/Respondent(s):<br><br>JAMES COREY GOODE | |
| Judgment Creditor (Name and Address):<br><br>THOMAS SEAMAN<br>Alpine Judgment Recovery<br>PO Box 1002<br>Ridgway, CO 81432<br><br>Phone Number: (844)-258-2770  E-mail: tds911@yahoo.com<br>FAX Number:                        Atty. Reg. #: | Case Number: 18 CV 50<br><br>Division 10   Courtroom |
| **AMENDED VERIFIED MOTION AND AFFIDAVIT FOR CITATION FOR CONTEMPT OF COURT** | |

*Attachment to Order - 2018CV50*

I, Thomas Seaman, Owner of Alpine Judgment Recovery ("Judgment Creditor" or "AJR") state that Alyssa Chrystie Montalbano (the "Plaintiff" and the "Judgment Debtor"), has failed to comply with an order of this court as follows:

1. On July 27, 2022, a set of Pattern Interrogatories (the "PI's") was served on the Judgment Debtor ordering the following:

Full and Complete Personal and Financial Disclosure regarding Judgment Debtor's home address and phone number; business address and phone number; date of birth; employer name, address, and phone number; any and all sources of income; any and all accounts with banks and other financial institutions; any and all automobiles, trucks, boats or other vehicles owned or leased; any and all firearms owned; relevant details regarding any and all assets sold in the past four years; name, address and phone number of spouse or closest relative; copies of last four years of federal and state tax returns; copy of deed or lease to primary residence; copy of driver's license; copy of last pay stub from employer; copy of last bank statement; and full financial disclosure regarding business if self-employed.


PAID
70.00

2. As of this date, August 11, 2022, the Judgment Debtor owes the Judgment Creditor a total of **$135,534.34** pursuant to the judgment that was awarded on August 5, 2020. The amount of $135,534.34 includes interest at 8.00% p.a. plus AJR's out of pocket expenses and reasonable costs of collection.

   ☒ and ☐ or

   Other: (Identify exactly what the other party has done, or failed to do, in violation of the Order.)

   Judgment Debtor has failed to complete and return the Pattern Interrogatories, together with required enclosures, that were served on her on July 27, 2022.

3. **Describe any circumstances which may show that the other party has the present ability to comply with the Order:**

4. **Describe any circumstances which may show that the other party willfully refused to comply with the Order:**

   Judgment Debtor has failed to complete and return the Pattern Interrogatories, together with required enclosures, that were served on her on July 27, 2022.

5. There has not been a stay of execution or modification of the Order.

6. The actions of the other party are contrary to the Order of this court.

7. I request this court to issue an order to the other party to appear before the court at a specific date and time for a hearing to show cause why there has been a failure and/or refusal to comply with the Order of this court.

8. I hereby request:

   ☒ **Remedial Contempt.** I request that the Court find that the other party is in remedial contempt of this Court's Order. As described above, I attest that the responding party

   (1) did not comply with the Order;
   (2) knew of the Order; and
   (3) has the present ability to comply with the Order.

   As a result, I request this court impose the following sanctions:
   ☒ payment of my costs and reasonable attorney's fees in connection with this contempt proceeding;
   ☒ payment of a fine and/or imprisonment until the other party, who has the present ability to comply, performs the act(s) ordered;
   ☐ other (be very specific) _____

   _____
   _____
   _____
   _____

   and/or

☒ **Punitive Contempt.** I request that the Court find that the Judgment Debtor is in punitive contempt of this Court's Order. As described above, I attest that, beyond a reasonable doubt, the responding party (1) had knowledge of the Order; (2) had the ability to comply with the Order; and (3) willfully refused to comply with the Order.

I request this court to find that the conduct of the Judgment Debtor is offensive to the authority and dignity of the Court, and, to vindicate the dignity of this court, to impose a fine or fixed sentence of imprisonment, or both.

Date: 8-11-22

Signature of ☒ Petitioner ☐ Co-Petitioner/Respondent

Thomas D. Seaman DBA Alpine Judgment Recovery
PO Box 1002
Ridgway, CO 81432
(844) 258-2770

---

### It is important that the party accused of contempt read the following information.

**A party accused of remedial contempt has the following rights:**

1. The right to be represented by a lawyer.
2. The right to a hearing before a judicial officer where the court must find that you were subject to a court order, that you had knowledge of that Order, that you did not comply with the Order, that you had the ability to comply with that Order, and that you have the present ability to comply with that Order.

If you are found to be in remedial contempt of court, the court may require you to pay the other party's court costs and attorney's fees connected with the contempt hearing, to pay a fine, and/or to serve an indefinite jail sentence until you comply with the original order.

**A party accused of punitive contempt has the following rights:**

1. The right to be represented by a lawyer. If you cannot afford a lawyer and if a jail sentence is contemplated, you may apply for a court-appointed lawyer.
2. The right to a jury if a jail sentence in excess of 180 days is contemplated.
3. If the judge initiated the proceedings, the right to have the contempt matter heard by a different judge.
4. The right to plead guilty or not guilty to the charge of contempt.
5. The right to be presumed innocent unless and until the allegation(s) in the motion for contempt is/are proven beyond a reasonable doubt.
6. The right to confront and cross-examine all witnesses against you.
7. The right to present relevant witnesses and evidence at the hearing.
8. The right to request the court to issue subpoenas to compel witnesses to appear and give testimony.
9. The right to remain silent.
10. The right to testify on your own behalf. If you testify, you waive your right to remain silent and the other party may cross-examine you.
11. The right to make a statement on your own behalf prior to the imposition of sanctions, if you are found in contempt of court.

If the court finds beyond a reasonable doubt that you were subject to a lawful court Order, that you had knowledge of that Order, that you had the ability to comply with that Order, that you willfully failed or refused to

JDF 1816   R7/13   VERIFIED MOTION AND AFFIDAVIT FOR CITATION FOR CONTEMPT OF COURT
© 2013 Colorado Judicial Department for use in the Courts of Colorado                                   Page 3 of 4

2212152016 2849 1-56-1017 30

obey that Order, and that such conduct was offensive to the authority and dignity of the court, you may be sentenced to pay a fine or serve a jail sentence.

Attachment to Order - 2018CV50