# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----
Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,
Elizabeth Lorie,
Brian James Flynn,
William Campbell,
Matthew Grove,
Diana Terry, and
Christina Gomez

Third-Party Defendants

SECOND Supplemental to Emergency Motion [#337]                    Page **1** of **10**

**ALYSSA MONTALBANO**
**SECOND SUPPLEMENTAL TO**
**EMERGENCY MOTION TO RULE ON MOTIONS [#337]**

**COMES NOW,** Defendant, Counterclaimant, and Third-Party Plaintiff, Alyssa Chrystie Montalbano and files this SECOND Emergency supplemental to EMERGENCY MOTION TO RULE ON MOTIONS [#337] and states immediate and irreparable harm will occur to Montalbano if Montalbano's Motions are not immediately ruled upon to uphold civil rights:

### I.     CONFERRAL

Montalbano has not had time to confer with all parties regarding this Supplemental as it is still extremely urgent. The following are the prior positions of the parties to the main motion:

The following parties are marked as **Opposed due to being unreachable for conferral:**
pro se litigants Mr. David Wilcock and WILCOCK FOUNDATION; Ms. Elizabeth Lorie; Mr. Benjamin Zavodnick;

The following parties have **No Position** on the motion or relief requested herein:
GAIA Inc., Mr. Jirka Rysavy, Ms. Kiersten Medvedich, Mr. Brad Warkins; Mr. Jay Weidner; Mr. Brian James Flynn, Mr. Matthew Grove, Ms. Diana Terry, Ms. Christina Gomez, Mr. William Campbell; Ms. Valerie Yanaros, Mr. James Corey Goode, LIGHT WARRIOR LEGAL FUND LLC; GOODE ENTERPRISE SOLUTIONS INC.

## II.   RELEVANT ADDITIONAL PROCEDURAL BACKGROUND

Montalbano incorporates by reference Docket 337, "Emergency Motion to Rule on Motions" and it is incorporated herein.

Montalbano incorporates by reference Docket 339, "Alyssa Montalbano Supplemental to Emergency Motion to Rule on Motions [#337]" and it is incorporated herein.

Since the filing of the prior motions and waiting in states of anxiety and distress due to unnecessary delays in this case and lack of timely decisions being made on the emergency motions, the following have now occurred in case 18CV50 that should have been prevented:

Since Judge Chaffin's December 15, 2022 'orders' [#339-1, #339-2, #339-3] that break Constitutional Law with Judge Flynn (fraud on the court), and since Mr. Seaman unlawfully harassing Montalbano for more private and personal (privileged and protected) information for Goode [#339-4 "Second Set of Interrogatories"]; Montalbano has filed the following documents in case 18CV50:

   a. "Motion to Recuse Judge Jeremy L. Chaffin for perjury, bias, and fraud on the court…" filed December 29, 2022. **(Exhibit 1)**

   b. "Notice of Disqualification of Jeremy L. Chaffin for perjury, bias and fraud on the court…" filed December 29, 2022. **(Exhibit 2)**

    c. "Objection Jeremy Chaffin 12/15/2022 Orders and disqualification of Judge for Fraud on the Court…" filed December 29, 2022. **(Exhibit 3)**

    d. "Motion to Quash" filed January 3, 2023 **(Exhibit 4)**

    e. "Motion for Protective Order", filed January 3, 2023 **(Exhibit 5)**

    f. "Motion to Dismiss", filed January 3, 2023 **(Exhibit 6)**

    g. "Answer and Counterclaims" filed with Document 1 and Exhibit DD, January 3, 2023 **(Exhibit 7)**

Case 18CV50 is (again) removable to federal court since December 20, 2022 [#339-4 Seaman served Complaint], and will continue to be removable anytime any party files any paper in case 18CV50, due to Chief Judge Flynn lying while under Oath in case 18CV50 (perjury and fraud on the court). [#217, #308, #315]

Related case 1:22-CV-02224-CNS (18CV50, removed to Denver Federal Court August 26, 2022 [#329]) was remanded November 18, 2022 back to Mesa District Civil Court, by Magistrate Mix and Judge Sweeney, based on the premise case 18CV50 was allegedly 'late' removed by Montalbano, when it was timely. However since Mr. Seaman/AJR's first complaint claims were not even admitted at the time of that removal (See Chaffin orders [#339-1, #339-2, #339-3]), technically Montalbano was exceedingly early in removal and the case should be reopened for consolidation and joinder of case 18CV50 with this instant case.

**January 5, 2023,** Montalbano served upon Thomas D. Seaman doing business as ("dba") ALPINE JUDGMENT RECOVERY ("AJR"), Interrogatories and Production of Documents Request **(Exhibit 8 and Exhibit 7 at 29-30, Document 1)** to verify any lawful judgment exists for their collection pursuant Fair Debt Collection Practices Act (FDCPA) §807 and §809, and pursuant Colorado Constitution, Bill of Rights, Sections 10 and 23; and United States Constitution, Articles VI and VII, requiring the jury to reach a verdict for [Montalbano's] civil claims prior entry of any judgment taking away [Montalbano's] personal property, and pursuant Brian James Flynn's Oath of Office [#247-9] to the State and National Constitutions binding him to uphold defamation rights, author rights, and civil trial by jury rights, in Mesa District Civil Court. Mr. Thomas D. Seaman doing business as ALPINE JUDGMENT RECOVERY has thirty (30) days (pursuant FDCPA) to provide the required verification.

Judge Flynn and Judge Chaffin were also required (instructed) to provide Montalbano with a copy of the jury verdict, pursuit their Oath of Office, to verify Judge Flynn entered a lawful judgment [#325-2] August 5, 2020, pursuant Colorado Constitution, Bill of Rights, Sections 10 and 23; and United States Constitution, Article I, Section 8, Clause 8; and Articles VI and VII. **(Exhibit 1 at No. 5, Motion to Recuse Chaffin, filed December 29, 2022)** Failure by the State Court Judicial Officers (Flynn and Chaffin) to produce the jury verdict for case 18CV50 prior entry of 'judgment' [#325-2] proves fraud on the court by Flynn (and Chaffin), and that Mr. Seaman/AJR are in violation of FDCPA §807 whereby they are falsely alleging they have 'State' authority to collect on the August 5, 2020 judgment, when they do not; as due process of law (Colo. Const., Bill of Rights, Sections 6, 24, and 25) was completely broken in case 18CV50 and whereby the 'State' cannot (and did not) empower its Judicial Officers (Flynn and Chaffin)

to break its Constitutional Laws in its Courts of Law, or to lie in Court while under Oath. For these malicious acts these men were in-fact stripped of their judicial powers for breaking Constitutional Laws in Court, instead of upholding them (perjury and fraud on the court). [See pending Deprivation Rights claim, Docket #315]

Montalbano proposes:

(1) Case 1:22-CV-02224-CNS be ordered reopened, the attached exhibits be filed therein, and case 18CV50 be consolidated and joined with this case [#322]; as there are now clearly federal claims involved in case 18CV50 with Montalbano's counterclaims filed against Mr. Seaman/AJR and that are part of this superseding case and claims. **(Exhibit 7)**

**AND/OR**

(2) Mr. Thomas D. Seaman dba AJR, be immediately joined this instant case [#320, #321] before this Friday, January 13, 2023, to prevent a third removal of case 18CV50 to Denver Federal Court, as Constitutional Law and FRCP 19 require it.

Mr. Seaman /AJR must also be joined hereto, because their claims are clearly based on the same subject matter of this instant case and they are knowingly participants in fraud and have repeatedly refused to drop their false judgment claims against Montalbano, and Montalbano reasonably believes she is entitled to collect damages from Seaman/AJR for harassment and fraud, as seen in the Answer and Counterclaims filed in state court January 3, 2023. **(Exhibit 7)**

This Court and its Officers have a duty to mitigate burdens and expenses from litigants, and in particular, Montalbano. It is excessively burdensome for Montalbano to have to keep writing and filing multiple papers in two (2) or more courts (since 2018) for the same matters (18CV50 [#27], 1:18-CV-02060-RM-GPG [#27], 20CA1775 [#105]; 1:22-CV-02224-CNS [#329]; 1:20-CV-00742-DDD-KLM (this case)) and it would be excessively financially burdensome to have to remove case 18CV50 again to Denver Federal Court, when it is completely unnecessary if this Court's Judicial Officers will simply make a timely Constitutional decision regarding these same matters at issue.

### III. DAMAGES THAT WILL OCCUR

Montalbano will incur even more emotional, financial, personal and professional damages having to remove case 18CV50 a third time, on or before January 19, 2023 (28 USC 1446(b)(1), within 30 days of Seaman's served December 20, 2022 'Complaint' [#339-4]). Montalbano simply needs Judicial Officers of Constitutional Law to faithfully perform their sworn duties (instead of lying in court while under Oath, like Flynn and et.al. [#315 Deprivation Rights]).

Montalbano will make reparations for any damages, if any found due, to Goode or et. al. after a trial by jury is had pursuant Colorado Constitution, Bill of Rights, Section 10 and 23 (trial by jury for defamation); and pursuant United States Constitution, Article VII, requiring a trial by jury for Montalbano's civil claims exceeding twenty dollars ($20) [#217, #308, #315]; and that notably include Montalbano's Intellectual Property ("IP") claims (United States Constitution Article I, Section 8, Clause 8) exceeding $20 [#217, Trade Secret IP (claim 7) and Copyrights

(claim 9)] and whereby Montalbano claims at least $70,000 due [#338-2 at 1] for Goode and et.al. unauthorized and acquiesced to IP uses (fraud) [#295-1 at 19-21, 25, 71 (PLAC)], and whereby Mr. Goode in his September 22, 2022 deposition in related case 1:20-CV-00947-DDD-KLM (also presided over by Magistrate Mix and Judge Domenico) at 10:38:00 AM – 10:41:00 AM, stated under Oath that 'his' Intellectual Property ("IP") was valued as a billion dollar property by a famous Hollywood director and producer, Antoine Fuqua, and whereby Montalbano has claimed since April 2018 [#295-1 PLAC] 'Goode's billion dollar Intellectual Property' is derivative works based on Montalbano's original published and unpublished IP Dream Visions notably emailed to Goode largely during 2017 in fixed formats [#217, Copyright claim] thereby making Montalbano's Trade Secret IP and Copyright IP claims even a billion dollar property claim, which exceeds $20, and Constitutional Law requires a trial by jury in this Federal Court and instant case pursuant its Judicial Officers', Magistrate Mix and Judge Domenico's, Oath of Office to the State and National Constitutions to uphold Montalbano's author rights and civil trial by jury rights.

Failure by Officers of this Court to act to uphold Montalbano's clearly established author, defamation, and trial by jury Constitutional Civil Rights on or before, Friday, January 13, 2023, [#334, Pending Motion Constitutional Rights] will be an action against Constitutional Rights and against Constitutional Laws (perjury) and a fraud on this federal court causing further unlawful and illegal civil rights violations and damages to Montalbano, when she has repeatedly asked for her rights to be upheld by the Judicial Officers herein.

Lastly, Montalbano will consent to Magistrate Mix proceeding in this case, provided she correct all cited Constitutional civil rights violations [#289, #290, #303, #324, #335, #338] and hold her peers accountable for perjury and fraud on the court pursuant her own sworn Oath of Office requiring her to do so.

**WHEREFORE,** Montalbano moves this Court's faithfully performing Judicial Officers to simply perform their sworn duties and uphold Constitutional Laws, and IMMEDIATELY JOIN Mr. Thomas D. Seaman dba ALPINE JUDGMENT RECOVERY to this case [#320, #321] and lift the stay from all of Montalbano's claims [#217, #308, #315, **Exhibit 7**] and move into discovery phases and towards trial pursuant every Judicial Officers' sworn Oath of Office to Colorado Constitution, Bill of Rights, Sections 10 and 23; and United States Constitution, Article I, Section 8, Clause 8; and Articles VI and VII, binding them by Law to do so.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Defendant and Plaintiff

## Certificate of Compliance

I certify the foregoing Motion complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

I certify that on this 8th day of January 2023 a copy of the foregoing SECOND Supplemental Motion and Exhibits were filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5); and upon pro se litigants Mr. David Wilcock and WILCOCK FOUNDATION via USPS first class mail appointed agent CORPORATE CAPITAL INC., Mr. Brent Carlson, 7848 W. Sahara Ave, Las Vegas,  NV 89117.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen