| | |
|---|---|
| District Civil Court, Mesa County, Colorado<br><br>Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | FILED IN COMBINED COURT<br>DEC 29 2022<br>MESA COUNTY COMBINED COURT<br>MESA COUNTY, COLORADO |
| Plaintiff(s)/Petitioner(s): Alyssa Chrystie Montalbano<br>v.<br>Defendant(s)/Respondent(s): James Corey Goode<br>-----<br>Plaintiff(s)/Petitioner(s): Thomas D. Seaman, James Corey Goode<br>v.<br>Defendant(s)/Respondent(s): Alyssa Chrystie Montalbano | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa Chrystie Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505 | Case Number: 18CV50 |
| Phone Number: 970.250.8365  E-mail: AriStoneArt@Ymail.com<br>FAX Number:_____ Atty. Reg. #: N/A | Division  5   Courtroom |

## PLAINTIFF/DEFENDANT ALYSSA MONTALBANO
## MOTION TO RECUSE
## JEREMY L. CHAFFIN AS JUDGE FOR PERJURY, BIAS, AND FRAUD ON THE COURT

Pursuant Colo. Const., Bill of Rights, Sec. 1, 3, 6, 10, 23, 24 and 25;
Colo. Const., Art. XII, Sec. 8 and 10; U.S. Const., Sec 6, Cl. 2 and 3; Colo.R.Civ.P. 97 and
Colorado Code of Judicial Conduct 2.11

Comes now, Plaintiff, American Citizen, and pro se litigant Alyssa Chrystie Montalbano, and files this **MOTION TO RECUSE**, Jeremy L. Chaffin as judge, pursuant Colorado Constitution, Bill of Rights, Sections 1, 3, 6, 10, 23, 24, and 25; Colorado Constitution, Article XII, Sections 8 and 10; United States Constitution, Articles VI and VII; Colorado Rules Civil Procedure Rule 97; and Colorado Code of Judicial Conduct Rule 2.11; for perjury and placing a fraud on this Court and corrupting the judicial machinery itself with his superior officer, Brian James Flynn:

MOTION RECUSE JUDGE JEREMY L. CHAFFIN                                                                Page **1** of **4**

1. Montalbano incorporates by reference "PLAINTIFF/DEFENDANT ALYSSA MONTALBANO OBJECTION JEREMY CHAFFIN 12/15/2022 ORDERS AND DISQULIFICATION AS JUDGE FOR FRAUD ON THE COURT Pursuant Colo. Const., Bill of Rights, Sec. 1, 3, 6, 10, 23, 24 and 25; Colo. Const., Art. XII, Sec. 8 and 10; U.S. Const., Sec 6, Cl. 2 and 3; Colo.R.Civ.P. 97 and Colorado Code of Judicial Conduct 2.11"[1] and it is incorporated fully herein, for Mr. Chaffin's response or rebuttal.

2. Montalbano incorporates by reference "PLAINTIFF/DEFENDANT ALYSSA MONTALBANO NOTICE OF DISQULIFICATION OF JEREMY L. CHAFFIN AS JUDGE FOR PERJURY AND FRAUD ON THE COURT Pursuant Colo. Const., Bill of Rights, Sec. 1, 3, 6, 10, 23, 24 and 25; Colo. Const., Art. XII, Sec. 8 and 10; U.S. Const., Sec 6, Cl. 2 and 3; Colo.R.Civ.P. 97 and Colorado Code of Judicial Conduct 2.11" and it is incorporated fully herein, for Mr. Chaffin's response or rebuttal.

3. Montalbano incorporates by reference, Exhibit CW, filed July 22, 2022, of the pending Federal Claims against Chief Judge Brian James Flynn and it is incorporated herein.

4. Pursuant the aforementioned and incorporated documents, Montalbano hereby requires Judge Chaffin to recuse himself for breaking Constitutional Laws (perjury) and participating in placing a fraud on this honorable court to corrupt the judicial machinery itself.

5. For Judge Chaffin to not be in contempt of The Court and its Constitutional Laws that he is sworn and duty bound to uphold and protect first and to show he is not prejudice or biased against Montalbano he must: (1) provide Montalbano with a copy of the jury verdict from

---

[1] The Objection and Notice of Disqualification are essentially the same, but had to be filed as separate documents and neither are deniable by Judge Chaffin pursuant his Oath of Office. This Motion to Recuse Judge Chaffin gives him opportunity to correct his mistakes or recuse himself for refusal to qualify.

case 18CV50 for inspection to prove the judgment was lawfully entered by Brian James Flynn pursuant Constitutional Law and an Oath of Office to uphold it in this Court, if no such verdict exists in this case (and it does not), then Judge Chaffin must take Montalbano's defamation and trade secret author rights claims to the jury pursuant his own Oath of Office requiring him to do so; and in so doing he must also vacate Brian Flynn's fraud on the court January 29, 2020 dismissal orders and fraud on the court August 5, 2020 judgment for breaking Constitutional Laws and perjuring his Oath of Office.

**WHEREFORE**, for all the facts, laws, and reasons stated herein and stated in the incorporated documents and exhibits, Mr. Jeremy L. Chaffin, by and through his own criminal conduct, acts, failures, and omissions (notably since December 15, 2022 this case) has broken Colorado Constitution, Bill of Rights, Sections, 1, 3, 6, 10, 23, 24, and 25, and United States Constitution, Articles VI and VII, and has shown himself to be prejudice against Montalbano and a supporter of criminal corruption like his superior officer Brian James Flynn, and has vacated his Office of Public trust pursuant his Oath of Office to Colorado Constitution, Article XII, Section 10, for his willful failure to qualify as 'judge' and knowingly participating with Flynn in corrupting the judicial machinery itself (fraud on the court). Pursuant Colorado Code of Judicial Conduct, Rule 2.11 and Colo.R.Civ.P Rule 97, Mr. Chaffin must recuse himself, for breaking Constitutional Laws to cover up for his lying superior officer (Flynn) and being openly bias for male public figures (Goode) who stalk and harass innocent women (Montalbano).

Respectfully Submitted and All Rights Reserved,

*[signature: Alyssa Chrystie Montalbano]*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

**CERTIFICATE OF SERVICE**

I certify this 29th day of December 2022, a true and correct copy of the foregoing **OBJECTION** was filed with the Mesa District Civil Court and sent first class by United States Postal Service, postage prepaid, to legally pro se litigants: Mr. James Corey Goode, 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020; and Mr. Thomas D. Seaman dba ALPINE JUDGMENT RECOVERY; PO Box 1002, Ridgway, CO, 81432.

*[signature: Alyssa Chrystie Montalbano]*

Alyssa Chrystie Montalbano, American Citizen