| | |
|---|---|
| District Civil Court, Mesa County, Colorado<br><br>Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | <br>FILED IN COMBINED COURT<br>DEC 29 2022<br>MESA COUNTY COMBINED COURT<br>MESA COUNTY COLORADO |
| Plaintiff(s)/Petitioner(s): Alyssa Chrystie Montalbano<br>v.<br>Defendant(s)/Respondent(s): James Corey Goode<br>-----<br>Plaintiff(s)/Petitioner(s): Thomas D. Seaman, James Corey Goode<br>v.<br>Defendant(s)/Respondent(s): Alyssa Chrystie Montalbano | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa Chrystie Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505 | Case Number: 18CV50 |
| Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number:_____ Atty. Reg. #: N/A | Division 5   Courtroom |

**PLAINTIFF/DEFENDANT ALYSSA MONTALBANO
NOTICE OF DISQULIFICATION OF JEREMY L. CHAFFIN AS JUDGE FOR PERJURY
AND FRAUD ON THE COURT**

Pursuant Colo. Const., Bill of Rights, Sec. 1, 3, 6, 10, 23, 24 and 25;
Colo. Const., Art. XII, Sec. 8 and 10; U.S. Const., Sec 6, Cl. 2 and 3; Colo.R.Civ.P. 97 and
Colorado Code of Judicial Conduct 2.11

Comes now, Plaintiff, American Citizen, and pro se litigant Alyssa Chrystie Montalbano, and filed this NOTICE of DISQUALIFIED, of Jeremy L. Chaffin as judge in this Court, pursuant Colorado Constitution, Bill of Rights, Sections 1, 3, 6, 10, 23, 24, and 25; Colorado Constitution, Article XII, Sections 8 and 10; United States Constitution, Articles VI and VII; Colorado Rules Civil Procedure Rule 97; and Colorado Code of Judicial Conduct Rule 2.11; for perjury and placing a fraud on this Court and corrupting the judicial machinery itself with his superior officer (boss), Brian James Flynn:

NOTICE DISQUALIFICATION JEREMY CHAFFIN                                   Page 1 of 13

## I.   FRAUD ON THE COURT FACTS AND LAWS AND DISQULIFICATION JEREMY L. CHAFFIN AS JUDGE

Mr. Chaffin is now a solid example of why all Judicial Officers have been disqualified in this Kangaroo Court from presiding over Montalbano's case and claims.

1. Chief Judge, Brian James Flynn, is a third-party Defendant to Montalbano's claims pending in Denver Federal Court case 1:20-CV-00742-DDD-KLM filed December 22, 2020 (See Notice Related cases filed July 20, 2020), for Deprivation Civil Rights (perjury) all during this instant action (18CV50). (Ex. CW, filed July 22, 2022).

2. Montalbano incorporates by reference the "SECOND MOTION TO RECUSE OFFICER BRIAN JAMES FLYNN…", filed August 25, 2022, and the facts and laws are incorporated herein.

3. Montalbano incorporates by reference "PLAINTIFF ALYSSA MONTALBANO NOTICE OF DISQUALIFCATION ALL JUDICIAL OFFICERS THIS COURT Pursuant Colo. Const., Bill of Rights, Sec. 1, 6, 10, 24 and 25; Colo. Const., Art. XII, Sec 10; U.S. Const., Sec 6, Cl. 2 and 3; Colo.R.Civ.P. 97 and Colorado Code of Judicial Conduct 2.11" and the facts and laws are incorporated herein.

    a. Mr. Chaffin denied this Notice, December 15, 2022, when he incorrectly construed it as a Motion. However, the Notice is not a motion and may not be denied.

4. Judge Flynn has a sworn duty to uphold Constitutional Law first, pursuant his Oath of Office to United States Constitution, Article VI, Clauses 2 and 3; and Colorado Constitution, Article XII, Section 8. **(Ex. BA, Flynn Oath of Office, filed February 12, 2020)**

   a. Pursuant said Oath, all Judicial Officers' first duty is to uphold Constitutional Law first; above states laws, any other laws, and especially above their personal opinions that conflict with Constitutional Law.

5. Upon information and belief, Mr. Jeremy L. Chaffin, has an Oath of Office to the State and National Constitutions allowing him to operate as a judicial officer this court, and binding him to uphold and protect all Constitutional Laws first.

6. Montalbano filed motions to claim and exercise her Constitutional Rights in this Court on two overt occasions, and Brian Flynn denied Montalbano her Constitutional Rights (perjury and fraud on the Court):

   a. In May 14, 2019 Orders, Flynn –Denied- Ms. Montalbano's "Motion to Claim and Exercise Constitutional Rights and Require the Presiding Judge to Rule Upon the Motion and All Public Officers of this Court to Uphold Said Rights" filed July 18, 2018.

   b. In August 5, 2020 Orders, Mr. Flynn –Denied- Ms. Montalbano's "Second Motion to Claim and Exercise Constitutional Rights and Require the Presiding Judge to Rule Upon this Motion" filed February 12, 2020.

7. Montalbano showed Chief Judge Flynn she was maliciously defamed as a criminal [stalker] by public figure James Corey Goode on YouTube, Facebook, Twitter, Reddit, private email, and more[1]:

    a. March 25, 2019: Exhibits AM (Facebook Defamation stalker), AO (defamation sexually amoral) AP (defamation sexually amoral, stalker, criminal) filed with "Plaintiff's verified Original Motion for Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction";

    b. August 2, 2019: Exhibits AR (Defamation stalker email to potential mutual employer), AS (Facebook defamation), AT (Federal Court Fake Complaint filing by Yanaros), AU (Reddit defamation: sexually amoral, insane, stalker), AW (Facebook Defamation), AX (Dark Alliance defamation), AY (Goode Dark Alliance and Twitter defamation and threats), filed with "Motion For Leave of the Court to Amend the Complaint" and "Plaintiff's Motion for Preliminary Injunction"

    c. September 9, 2019; Exhibit AZ (sexually amoral defamation) filed with "Motion to Rule on Motions"

    d. July 20, 2020; Exhibits CK (showing Goode working with Aaron Moriarity (to cyberstalk Montalbano) and defame other peers in the same or similar professions as Goode calling them 'cabal' (criminals)), CL, CN, CO (showing Goode declaring he's targeting Montalbano for harassment and promoting fake lawsuits and court fraud) and CR (Dark Alliance = criminal) filed with "Plaintiff's Motion to Void Order of Dismissal PURSUANT Colo.R.Civ.P 60(b)(1),(2),(5) For Mistake, Misconduct, and New Evidence and Plaintiff's Motion for Leave to File Amended Complaint Pursuant CRCP 15"

8. Judge Flynn and Judge Chaffin clearly know Mr. Goode's repeat harassment and defamation acts were knowingly malicious and knowingly false statements by Mr. Goode and his associates as the evidence is clearly contained on this court record and Mr. Goode has a lifelong stalking protection order issued against himself (See "Motion to Set Scheduling Hearing" filed December 11, 2018, Exhibit C, Darling v. Goode Protection Order, Cause No

---

[1] These are samples of defamation, harassment and cyberstalking Exhibits filed this case and are not a complete compilation.

14-04807), and Goode lost four criminal stalking case/claim efforts against Montalbano (even with him lying in court) since mid-June 2018:

    a. Mid-June 2018 Goode's stalking claim was rejected by Broomfield Combined Courts for failure to meet the requirements.

    b. July 17, 2018 - August 6, 2018, Goode's Broomfield Combined Court, stalking case 18C103 (Goode lied he didn't have a lifelong stalking protection order issued against himself and that Montalbano called him all the time, when Montalbano has never had his phone number); case closed/dismissed in Montalbano's favor (see December 11, 2018 and December 27, 2018 filing);

    c. March 2020, Goode opened stalking Case 20C32 in Broomfield Combined Courts (See March 19, 2020 filings) (Goode again lied he did not have a lifelong stalking protection order issued against himself). Case closed in Montalbano's favor.

    d. Denver Federal Court, civil case 1:20-CV-00742-DDD-KLM, Goode filed a criminal stalking claim against Montalbano in a civil case. Stalking claim removed from Goode's complaint, because stalking is a criminal only claim in Colorado.

9. During case 18CV50 Montalbano went to the Police to stop Goode and his associates harassment, because Brain James Flynn was refusing to perform his sworn duties. The police could not stop Goode's harassment without a court order.

    a. June 2019 – Grand Junction Police Department (incident 19-1519 and 19-37060)

    b. June 2019 – Broomfield Police Department (incident 19-351513)

    c. July 4, 2019 – (incident 201918318)

10. Montalbano opened the following Mesa District Civil Court case seeking injunctive relief (a court order to stop defamation and harassment) because Flynn was refusing to uphold the law in case 18CV50:

    a. July 3, 2019 – Mesa District Civil Court (case 19C807)

11. Magistrate Judge Mix, in Denver Federal Court, February 28, 2022, recommended Montalbano's same Defamation claim **(Exhibit DA, filed July 22, 2022)** proceed against James Corey Goode in the pending and superseding federal action, 1:20-CV-00742-DDD-KLM, showing Montalbano's defamation claim is indeed with merit and that Brian Flynn (and now Mr. Chaffin) knew this all during case 18CV50, and refused to uphold the Law in this Court. **(Exhibit CZ, filed July 22, 2022)**

12. Pursuant Colorado Constitution, Bill of Rights, Section 10, the jury had/has jurisdiction of the defamation claim and Judge Flynn and Judge Chaffin have a sworn duty to take the defamation claim to the Jury, and they did not (perjury and fraud on the court). Until a trial by jury is had pursuant due process of law this Court and all its Officers are in contempt of the Court and Constitutional Law.

13. Montalbano showed Chief Judge Flynn that her Trade Secret Intellectual Property was both tangible and intangible personal property belonging to Montalbano and that Goode and Montalbano agreed the emails from Montalbano to Goode belonged to Montalbano. **(See original Complaint filing, June 25, 2018 (with exhibits unrebutted affidavits); and Motion for Permanent Injunctive Relief with Exhibits, filed December 27, 2018; and Exhibit X (Federal Copyrights), filed January 30, 2019; and Exhibit AV, filed August 2, 2019, photograph of Montalbano's artwork used at Goode's public speaking event)**

14. Pursuant United States Constitution, Article I, Section 8, Clause 8, Judge Flynn and Judge Chaffin have a sworn first duty to protect Montalbano's author rights, and they did not (perjury and fraud on the court). Until Montalbano's author rights are upheld by a faithfully performing judicial officer declaring Montalbano's Intellectual Property hers pursuant due

process of law, this court and all its Officers are in contempt of the Court and Constitutional Law.

15. Montalbano demanded trial by jury for her civil claims, February 12, 2019, February 27, 2019, and June 10, 2019. Judge Flynn denied Montalbano her inalienable Constitutional Right to trial by jury, and pursuant his Oath of Office he was not empowered to deny this right in Court (perjury and fraud on the court). Until a trial by jury is had pursuant due process of law this Kangaroo Court and all its Officers (to now openly include Mr. Chaffin) are in contempt of the Court and Constitutional Law.

16. Pursuant Colorado Constitution, Bill of Rights, Sections 10 and 23; and United States Constitution, Article VII, the jury has jurisdiction of all Montalbano's Claims. A judge is not a jury. Judge Chaffin is not a jury. Judge Brian James Flynn is not a Jury. Judge Flynn and Judge Chaffin have a sworn duty to take all of Montalbano's claims to the jury, and they did not (perjury and fraud on the court). Until a trial by jury is had pursuant due process of law this Kangaroo Court and all its Officers are in contempt of the Court and Constitutional Law.

17. McLean v. Jephson, 123 N.Y. 142, 25 N.E. 409. "* * * So when their right to act depends upon the existence of some fact, which they erroneously determine to exist, their acts are void. * * *" **Without jurisdiction, the acts or judgments of the court are void and open to collateral attack.** (emphasis added)

18. A trial by jury has never been had in case 18CV50. Flynn erroneously thought he had powers to enter rulings devoid of a trial by jury and devoid of a jury verdict, when he did not, thereby the August 5, 2020 judgment is void for failure of process and open to collateral attack.

NOTICE DISQUALIFICATION JEREMY CHAFFIN　　　　　　　　　　　　　　　　　　　Page **7** of **13**

19. Colorado Constitution, Bill of Rights, Section 10 and 23; and United State Constitution, Article VII require a trial by Jury in case 18CV50 for due process of law to have been followed and judgments to be valid. No Constitutional Laws were upheld in case 18CV50, making this a Kangaroo Court, because Brian James Flynn corrupted the judicial machinery itself with his repeat lying in Court while under Oath. Flynn has zero authority or powers to deny the Constitutional Laws he is sworn and duty bound to uphold and protect and has zero powers from "The Court" to enter any rulings devoid of the jury pursuant his Oath of Office. Mr. Chaffin also has zero powers or authority to support co-worker Flynn's fraud on the court, pursuant Mr. Chaffin's own Oath of Office and Mr. Chaffin has perjured himself (lied while under Oath in this Court) for his own failures to take this case and claims to the jury. Until a trial by jury is had pursuant due process of law this Kangaroo Court and all its Officers (Flynn and Chaffin) are in contempt of the Court and Constitutional Law.

20. Mr. Chaffin states; "[M]s. Montalbano's allegations regarding Chief Judge Flynn are based on rulings that he has made in this case." As seen under Constitutional Law, Judge Flynn did not have powers or jurisdiction to make any ruling in case 18CV50, the jury did. Brian Flynn erroneously thought he had powers to enter final orders devoid of a trial by jury (perjury), which makes his 'rulings' a Fraud on the Court for him personally totally failing to follow Constitutional Laws pursuant his sworn Oath of Office and instead corrupting the judicial machinery, thereby making his alleged rulings legally null and void. Any Officer who erroneously thinks they can enforce Brian's fraud on the Court, is equally guilty of fraud on the court, to now include Mr. Jeremy L. Chaffin and his own orders are null and void and open to collateral attack.

21. January 29, 2020, Brian Flynn lied while under Oath (perjury), that no defamation was shown and broke Colorado Constitution, Bill of Rights, Section 10 (fraud on the Court). The State and National Constitutions did not give Flynn powers to lie in Court while under Oath or to decide that Defamation laws do not apply to Montalbano. Flynn is a trespasser of the law as is any co-worker who supports his lies and tries to enforce his Court frauds, to now overtly include Mr. Jeremy L. Chaffin, as of December 15, 2022.

22. January 29, 2020, Brian Flynn lied while under Oath (perjury), that Montalbano's Intellectual Property did not exist, and he broke United States Constitution, Article I, Section 8, Clause 8 (fraud on the court). It is not a judicial function for a Judge to lie in Court while under Oath. The State and National Constitutions did not give Flynn powers to lie in Court or to decide that Intellectual Property laws do not apply to Montalbano. Flynn is a trespasser of the law as is any co-worker who supports his lies and tries to enforce his Court frauds, to now openly include Mr. Jeremy L. Chaffin, as of December 15, 2022.

23. Brian Flynn openly breaking Constitutional Laws (perjury) and lying in a Court of law while under Oath (perjury), also broke Colorado Constitution Bill of Rights, Sections 1, 3, 6, 24, and 25; and United States Constitution, Article VI (his Oath of Office); and Article VII (trial by jury for civil matters exceeding $20). Lying to breaking Constitutional Law under color of office and color of law are not judicial functions or protected judicial acts (fraud on the court). Officers who lie and break laws, have no immunities, they only have immunities when they follow and uphold Constitutional Law like they swore they would.

24. *Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974)*

    Note: By law, **a judge is a state officer. The judge then acts not as a judge, but as a private individual (in his person). When a judge acts as a trespasser of the law,** when a judge **does not follow the law, the Judge loses subject-matter jurisdiction and the judges' orders are not voidable, but VOID, and of no legal force or effect.**

    The U.S. Supreme Court stated that **"when a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity** from responsibility to the supreme authority of the United States." https://www.law.cornell.edu/supremecourt/text/386/547 (emphasis added)

25. Judge Flynn did not follow Constitutional Law and thereby operated in his personal capacity as Mr. Flynn in the Mesa Courthouse (fraud on the court) and wrote void dismissal orders and void judgment orders and has no immunities for his criminal conduct and criminal acts. Judge Chaffin also did not follow Constitutional Law and thereby is operating in his personal capacity as Mr. Chaffin in the Mesa Courthouse (fraud on the court) and has also written void orders and has no immunities for his criminal conduct and criminal acts.

26. The Colorado Constitution states at Article XII, Section 10:

    > **Section 10. Refusal to qualify vacancy. If any person elected or appointed to any office shall refuse or neglect to qualify** therein within the time prescribed by law, **such office shall be deemed vacant.** (Emphasis added)

Flynn repeatedly refused to perform his sworn judicial duties (i.e stop defamation, protect author rights, take all claims to the jury) and pursuant his Oath of Office he vacated his office of public trust as 'Judge' in case 18CV50 because he failed to qualify therein and instead acted in his personal and bigoted capacity and not his professional capacity and thereby was stripped of any perceived immunities and lost jurisdiction to be a trespasser of the law and minster of his own prejudices against female pro se litigant Montalbano.

27. *386 U.S. 547 PERSON ET AL. v RAY ET AL.* When a judge acts intentionally and knowingly to deprive a person of his constitutional rights he exercise no discretion or individual judgment; he acts no longer as a judge, but as a "minister" of his own prejudices. [386 U.S. 547, 568]. https://www.law.cornell.edu/supremecourt/text/386/547

28. Brian James Flynn, violated both the State and National Constitutions and thereby the Colorado Code of Judicial Conduct Rule 2.11 and was disqualified as a judge for showing clear prejudice and bias against Montalbano in his repeat refusal to follow the Law and protect Montalbano with Constitutional Laws in this courthouse pursuant his sworn word to do so.

29. Judge Jeremy L. Chaffin has also failed to provide a trial by jury this instant case pursuant his own Oath of Office, and has violated both the State and National Constitutions and thereby the Colorado Code of Judicial Conduct Rule 2.11 and is DISQUALIFIED as a judge for showing clear prejudice and bias against Montalbano in his own repeat refusal to follow Constitutional Law and protect Montalbano with Constitutional Laws in this courthouse pursuant his own sworn word to do so.

30. This Court and its Officers, have no powers or immunities to break the very Constitutional Laws they are sworn, bound, and mandated to uphold and protect.

31. Judge Flynn has failed to provide a trial by jury and jury verdict. Mr. Flynn must provide a Jury verdict to show his judgment in not in contempt of the Court and its Constitutional Laws.

32. Judge Chaffin has failed to provide a trial by jury and jury verdict. Mr. Chaffin must provide a Jury verdict to show Flynn's judgment is not in contempt of The Court and its Constitutional Laws.

33. Until this Court and its Officers (to now openly include Mr. Chaffin), uphold Constitutional Law, this is a Kangaroo Court with American citizens (Flynn and Chaffin) criminally operating under color of office and color of law, with no official powers and all their orders/rulings/judgment written opposite Constitutional Law and devoid of due process of law; to include Flynn's January 29, 2020 dismissal orders and August 5, 2020 judgment; and Jeremy Chaffin's December 15, 2022 orders; are null and void pursuant their Oath of Office for failure to follow and uphold Constitutional Laws first. "The Court" cannot issue orders that break the very Constitutional Laws and foundation it is built upon and mandated to uphold, nor can its Officers break Constitutional Laws and due process of law rights by fraudulently stating the "The Court" orders it, "The Court" has no powers devoid of Constitutional Laws and the processes required to be followed and contained therein. Any officers who write or speaks orders that are opposite Constitutional Law or use states laws to break Constitutional Laws, are guilty of perjury, and have automatically vacated their Office of Public trust pursuant Colorado Constitution, Article 12, Section 10 and their Oath of Office thereto.

**WHEREFORE**, Mr. Jeremy L. Chaffin, by and through his own conduct, acts, and omissions, December 15, 2022, has broken Colorado Constitution, Bill of Rights, Sections, 1, 3, 6, 10, 23, 24, and 25, and United States Constitution, Articles VI and VII, and has shown himself to be criminally corrupt, like his superior officer Brian James Flynn, and Mr. Chaffin has thereby vacated his Office of Public trust pursuant his Oath of Office to Colorado Constitution, Article XII, Section 10, for his willful failure to qualify as 'judge' through him placing a fraud on this court and participating with Flynn in corrupting the judicial machinery itself. Mr. Chaffin is hereby **NOTICED** he is **DISQUALIFIED** under Colorado Code of Judicial Conduct, Rule 2.11 and Colo.R.Civ.P Rule 97, for openly breaking Constitutional Laws with his superior officer (Flynn) and perverting this honorable Mesa District Civil Court into a Kangaroo Court by maliciously failing to take Montalbano's claims to the jury pursuant his own sworn Oath of Office duty, binding him to do so.

Respectfully Submitted and All Rights Reserved,

*Alyssa Chrystie Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

### CERTIFICATE OF SERVICE

I certify this 29th day of December 2022, a true and correct copy of the foregoing **NOTICE OF DISQUALIFICATION** was filed with the Mesa District Civil Court and sent first class by United States Postal Service, postage prepaid, to legally pro se litigants: Mr. James Corey Goode, 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020; and Mr. Thomas D. Seaman dba ALPINE JUDGMENT RECOVERY; PO Box 1002, Ridgway, CO, 81432.

*Alyssa Chrystie Montalbano*
Alyssa Chrystie Montalbano, American Citizen