| | |
|---|---|
| District Civil Court, Mesa County, Colorado<br><br>Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | **ORIGINAL FILED IN**<br><br>JAN 0 3 2023<br><br>COMBINED COURT<br>BY LITIGANT |
| Plaintiff(s)/Petitioner(s): Alyssa Chrystie Montalbano<br>v.<br>Defendant(s)/Respondent(s): James Corey Goode<br>-----<br>Plaintiff(s)/Petitioner(s): Thomas D. Seaman, James Corey Goode<br>v.<br>Defendant(s)/Respondent(s): Alyssa Chrystie Montalbano | ▲   **COURT USE ONLY**   ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa Chrystie Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505<br><br>Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number:_____ Atty. Reg. #: N/A | Case Number: 18CV50<br><br>Division  5   Courtroom |
| **DEFENDANT ALYSSA CHRYSTIE MONTALBANO**<br><br>**MOTION TO DISMISS**<br><br>"PLAINTIFF THOMAS D. SEAMAN DBA ALPINE JUDGMENT RECOVERY'S SECOND SET OF INTERROGATORIES TO PLAINTIFF ALYSSA-CHRYSTIE MONTALBANO" follows<br><br>**COMPLAINT PURUSUANT Colo.R.Civ.P. 12(b)** | |

Comes now, Plaintiff, Defendant and pro se litigant, Alyssa Chrystie Montalbano, and files this **Motion to Dismiss** Plaintiff Mr. Thomas D. Seaman doing business as ("dba") ALPINE JUDGMENT RECOVERY's ("AJR") complaint styled as "PLAINTIFF THOMAS D. SEAMAN DBA ALPINE JUDGMENT RECOVERY'S SECOND SET OF INTERROGATORIES TO PLAINTIFF ALYSSA-CHRYSTIE MONTALBANO" served on December 20, 2022, pursuant Colo.R.Civ.P. 12(b) for failure to state a claim upon which relief can be granted, lack of Jurisdiction (fraud on the court) and violation Colorado Constitution, Bill of Rights, Sections 10 and 23; United States Constitution, Article 1 Section 8, Clause 8; and Article VII; and violation Consumer Fair Debt Collection Practices Act §807 and §809 (CRS 5-16-107 and 109).

## I.   Relevant Procedural Background

1. This case has had a tortious procedural history, due to Officer Brian James Flynn maliciously failing to uphold Colorado Constitution, Bill of Rights, Sections 10 and 23; and United States Constitution, Article 1, Section 8, Clause 8; and Article VII, requiring him pursuant his Oath of Office to take Montalbano's defamation claim, author rights claim, and civil claims exceeding twenty dollars ($20) to the jury.

   a. Judge Flynn has a sworn duty to uphold Constitutional Law first, pursuant his Oath of Office to United States Constitution, Article VI, Clauses 2 and 3. (Exhibit BA. filed February 12, 2020).

   b. Chief Judge, Brian James Flynn, did not uphold or follow Constitutional Law in this Court at any time and did not take any claims to the jury and perjured his Oath of Office and placed a fraud on the court, corrupting the judicial machinery itself.

   c. Judge Jeremy L. Chaffin, did not uphold or follow Constitutional Law in this Court and did not take any claims to the jury and perjured his Oath of Office and placed a fraud on this court, corrupting the judicial machinery itself.

2. Montalbano incorporates by reference "Second Motion to Recuse Officer Brian James Flynn…" filed August 25, 2022, and it is incorporated fully herein.

3. Montalbano incorporates by reference "Motion to Recuse Jeremy L. Chaffin as Judge for Perjury, Bias, and Fraud on the Court…" filed December 29, 2022, and it is incorporated fully herein.

4. Montalbano incorporates by reference "**PLAINTIFF/DEFENDANT ALYSSA MONTALBANO OBJECTION JEREMY CHAFFIN 12/15/2022 ORDERS AND DISQUALIFICATION AS JUDGE FOR FRAUD ON THE COURT** Pursuant Colo. Const., Bill of Rights, Sec. 1, 3, 6, 10, 23, 24 and 25; Colo. Const., Art. XII, Sec. 8 and 10; U.S. Const., Sec 6, Cl. 2 and 3; Colo.R.Civ.P. 97 and Colorado Code of Judicial Conduct 2.11" filed December 29, 2022, and it is incorporated fully herein.

5. Montalbano incorporates by reference "**PLAINTIFF/DEFENDANT ALYSSA MONTALBANO NOTICE OF DISQUALIFICATION OF JEREMY L. CHAFFIN AS JUDGE FOR PERJURY AND FRAUD ON THE COURT** Pursuant Colo. Const., Bill of Rights, Sec. 1, 3, 6, 10, 23, 24 and 25; Colo. Const., Art. XII, Sec. 8 and 10; U.S. Const., Sec 6, Cl. 2 and 3; Colo.R.Civ.P. 97 and Colorado Code of Judicial Conduct 2.11"[1], filed December 29, 2022, and it is incorporated fully herein.

6. Montalbano incorporates by reference, **Exhibit CW**, filed July 22, 2022, of the pending Federal Claims against Chief Judge Brian James Flynn for Deprivation of Constitutional Rights all during this case, and it is incorporated herein.

---

[1] The Objection and Notice of Disqualification are essentially the same, but had to be filed as separate documents for due process of law purposes.

7. Pursuant Colorado Constitution, Bill of Rights, Section 10, Judge Flynn has a sworn duty to take the defamation claim to the Jury, and he did not (perjury).

8. Pursuant United States Constitution, Article I, Section 8, Clause 8, Judge Flynn had a sworn duty to protect Montalbano's author rights, and he did not (perjury).

9. Montalbano demanded trial by jury for her civil claims, February 12, 2019, February 27, 2019, and June 10, 2019. Judge Flynn denied Montalbano her inalienable Constitutional Right to trial by jury (perjury), and corrupted the judicial machinery itself.

10. Pursuant Colorado Constitution, Bill of Rights, Sections 10 and 23; and United States Constitution, Article VII, the jury has jurisdiction of Montalbano's Claims. A judge is not a jury. Judge Flynn is not a jury. Judge Chaffin is not a jury. None of the Officers of this court have jurisdiction of Montalbano's claims or powers to enter rulings devoid of the jury. Judge Flynn has a sworn duty to take Montalbano's claims to the jury, and he did not (perjury). Judge Chaffin has a sworn duty to take Montalbano's claims to the jury, and he did not (perjury).

11. A trial by jury was never had in case 18CV50.

12. Colorado Constitution, Bill of Rights, Section 23 (trial by jury for civil claims); and United State Constitution, Article VII (trial by jury for civil claims exceeding twenty dollars ($20)), were not upheld in case 18CV50. (fraud on the court)

13. January 29, 2020, Brian Flynn lied while under Oath (perjury), that no defamation was shown and broke Colorado Constitution, Bill of Rights, Section 10. (fraud on the court)

14. January 29, 2020, Brian Flynn lied while under Oath (perjury), that Montalbano's Intellectual Property did not exist, and broke United States Constitution, Article I, Section 8, Clause 8. (fraud on the court)

15. Brian Flynn openly breaking Constitutional Law and lying while under Oath, also broke Colorado Constitution Bill of Rights, Sections 1, 3, 6, 24, 25, and 28; and United States Constitution, Article VI (his Oath of Office); and Article VII. (fraud on the court)

16. Chief Judge Brian James Flynn is a defendant to Montalbano's pending Federal Deprivation Rights claims, pending in Denver Federal court case 1:20-CV-00742-DDD-KLM for lying while under oath and breaking Constitutional Laws this instant case.

17. Until a trial by jury is had in case 18CV50 pursuant due process of law and Chief Judge Flynn and Judge Chaffin's Oath of Office to provide due process of law in this Court, all its Officers are in contempt of Constitutional Law and knowing participants in the criminal act of perjury and even possibly treason for being at war against the Supreme Laws of this country, that they are sworn and duty bound to uphold and protect, and they did not. (perjury and fraud on the court)

## II.     Facts and Law in Support of Dismissal of Mr. Seaman/ALPINE JUDGMENT RECOVERY's claims

Mr. Seaman's claim must be dismissed as this court and its judicial officers do not have jurisdiction of case 18CV50, the jury does. The jury has not yet entered a verdict in case 18CV50 by which a judgment may be written pursuant Colorado Constitution, Bill of Rights, Sections 10 and 23; and United States Constitution, Article VII; and pursuant Judge Flynn and Judge Chaffin's Oath of Office they must abide by the State's due process of law rules requiring them to take the claims to the jury just as they swore they would.

1. Mr. Seaman /AJR have fraudulently claimed they have 'State' authority to collect on Flynn's fraud judgment, in violation of CRS 5-16-107 (FDCPA §807); whereby the State cannot break its Constitutional Laws, and he State itself requires a trial by Jury for Montalbano's claims prior entry of any lawful judgment.

2. Montalbano has timely disputed on this court record that any lawful judgment debt exists for collection (See Document 1 filed with Answers and Counterclaims, filed same date this motion), and Montalbano is in process of serving Document 1 upon Thomas D. Seaman/AJR since December 26, 2022 (Exhibit DD, filed with Answers and Counterclaims), for response requiring them to produce a copy of the jury verdict within thirty (30) days of receipt of the written request to verify a lawful judgment debt exists for collection, pursuant Colorado Fair Debt Collection Practices Act, CRS 5-16-107 and 109 (FDCPA §807, §809); and pursuant Colorado Constitution, Bill of Rights, Sections 10 and 23; and United States Constitution, Article VI, Clauses 2 and 3; and Article VII.

3. Montalbano has never received a copy of a post-trial jury verdict from Judge Flynn, Judge Chaffin or Seaman/AJR, to verify any lawful judgment debt is owed and to verify they have State authority to collect. (FDCPA §807, §809)

4. Fraud on the Court performed by Judge Flynn vitiated all this case's proceedings, leaving this Court and its Officers without jurisdiction pursuant their Oath of Office.

**WHEREFORE,** for all the facts, laws, Constitutional Laws, and reasons stated herein and as contained in the cited and incorporated Documents, and because Chief Judge Brian James Flynn and Judge Chaffin have failed to provide a trial by jury and jury verdict with the judgment pursuant Constitutional Laws (Colo. Const., Bill of Rights, Sections 10 and 23; and U.S. Const., Art. VII) and their Oath of Office (U.S. Const., Art. VI) thereto; and Mr. Thomas D. Seaman dba ALPINE JUDGMENT RECOVERY having failed to provide a copy of the jury verdict to verify a lawful judgment debt exists for collection, Mr. Seaman/AJR's debt collection claims must be dismissed, pursuant Colo.R.Civ.P. Rule 12(b) for lack of jurisdiction and failure to state a claim upon which relief may be granted, due to fraud on the court.

Respectfully Submitted and All Rights Reserved,

*Alyssa Chrystie Montalbano*
Defendant, Alyssa Chrystie Montalbano, American Citizen

### CERTIFICATE OF SERVICE

I certify this 3rd day of January 2023, a true and correct copy of the foregoing **MOTION TO DISMISS** was filed with the Mesa District Civil Court and sent first class by United States Postal Service, postage prepaid, to legally pro se litigants: Mr. James Corey Goode, 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020; and Mr. Thomas D. Seaman dba ALPINE JUDGMENT RECOVERY; PO Box 1002, Ridgway, CO, 81432.

*Alyssa Chrystie Montalbano*
Alyssa Chrystie Montalbano, American Citizen