IN THE DISTRICT COURT, MESA COUNTY, COLORADO

FOR COURT USE ONLY

**Alyssa Chrystie Montalbano**
Plaintiff/Petitioner

vs.

**James Corey Goode**
Defendant/Respondent

Case #: **18CV50**
Hearing Date:

## DECLARATION OF SERVICE

Received by **Jennifer Mireles**, on the **2nd day of January, 2023 at 2:24 PM** to be served on **Thomas D. Seaman dba ALPINE JUDGMENT RECOVERY** at 283 Meadows Circle, Ridgway, Ouray County, CO 81432.

I, **Jennifer Mireles**, declare under penalty of perjury that I am 18 years or older and not a party to the action and that on the **5th day of January, 2023 at 10:38 AM**, I **SERVED** the within named defendant at **283 Meadows Circle, Ridgway, Ouray County, CO 81432**, at the usual place of abode, in the manner indicated below:

**PERSONAL SERVICE**, by personally delivering **1** copy(ies) of the below-listed documents to the named Defendant.

**Documents Served: PLAINTIFF/DEFENDANT ALYSSA MONTALBANO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS FROM THOMAS D. SEAMAN DBA ALPINE JUDGMENT RECOVERY**.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **Thomas D. Seaman dba ALPINE JUDGMENT RECOVERY, I delivered the documents to Thomas D. Seaman dba ALPINE JUDGMENT RECOVERY with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**

Service Fee Total: **$75.00**

Per C.R.S. § 13-27-101 I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on  01/06/2023
(date)

at  Ouray County
(city or other location, and state OR county)

Jennifer Mireles
(printed name)

*(signature)*