# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

*Plaintiffs*,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH,

*Defendants*.

ALYSSA CHRYSTIE MONTALBANO, individually,

*Counter-Claimant,*

v.

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

*Counter-Defendants,*

LIGHT WARRIOR LEGAL FUND, LLC;
DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
VALERIE YANAROS WILDE, ELIZABETH LORIE,
BRIAN JAMES FLYNN, WILLIAM CAMPBELL,
MATTHEW GROVE, DIANA TERRY, and
CHRISTINA GOMEZ,

*Third-Party Defendants*

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT JAY WEIDNER

Pursuant to D.C.COLO.LAttyR 5(b), Ashlee N. Hoffmann of Belzer Law, LLC hereby moves this Court for permission to withdraw as counsel of record for Defendant, Jay Weidner. In support of this Motion, undersigned counsel states as follows:

**D.C.COLO.LCivR 7.1(a) Certification**

Undersigned counsel conferred with counsel for all parties and pro se parties, all of whom (except for Alyssa Montalbano, from whom undersigned did not receive a response) indicated that they have no objection to the requested relief.

1. Under D.C.COLO.LAttyR 5(b), undersigned counsel has good cause to withdraw pursuant to Rule 1.16(b) of the Rules of Professional Conduct.

2. Undersigned counsel has left employment with Burnham Law. Defendant Weidner has chosen to continue his representation in this matter with the attorneys of Burnham Law.

3. Matthew R. Gardner of Burnham Law shall continue to appear as counsel of record for Defendant Weidner.  *See* Docket No. 330 (September 1, 2022, NOTICE of Entry of Appearance by Matthew Ryan Gardner on behalf of Jay Weidner).

4. Accordingly, undersigned counsel seeks to withdraw from representation of Defendant Weidner in this matter.

5. This matter has not yet been set for trial. There are currently no pending motions other than the F.R.C.P. 12(b)(6) motions to dismiss.

6. Defendant Jay Weidner is still represented by counsel.  Nevertheless, undersigned counsel has provided written notice to Defendant Jay Weidner that he is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules.

WHEREFORE, for the foregoing reasons, Ashlee N. Hoffmann and Belzer Law, LLC, respectfully request that this Court grant this Unopposed Motion to

Withdraw as Counsel of Record for Defendant Jay Weidner, and for such other and further relief as this Court may deem appropriate.

Respectfully submitted this 13th day of February, 2023.

*s/ Ashlee N. Hoffmann*
**Ashlee N. Hoffmann, #53818**
BELZER LAW, LLC
737 29th Street, Suite 100A
Boulder, CO 80303
Telephone: (720) 817-3799
Fax Number: (720) 215-3867
ashlee@belzerlawfirm.com
*Counsel for Defendant, Jay Weidner*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 13th day of February 2023 a true and correct copy of the foregoing **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT JAY WEIDNER** was electronically filed with the Clerk of the Court, United States District Court for the District of Colorado, using the CM/ECF system and was served upon all parties who have entered their appearance.

Valerie Ann Yanaros, Esq.
Yanaros Law PC
5057 Keller Springs, Suite 300
Addison, TX 76001
*Attorneys for James Corey Goode, Goode Enterprise Solutions, Inc., Light Warrior Legal Fund, LLC, David Wilcock, Wilcock Spiritual Healing and The Empowerment Foundation and Valerie Yanaros Wilde*

Clif High *(via US Mail)*
PO Box 141
Moclips, WA 98562
*Pro Se Defendant*

Michael Jacob Laszlo, Esq.
Laszlo & Associates, LLC-Boulder
2595 Canyon Boulevard, Suite 210
Boulder, CO 80302
*Attorneys for Benjamin Zavodnick*

Dmitry B. Vilner, Esq.
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
*Attorneys for Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, and Christina Gomez*

Daniel Andrew Dingerson, Esq.
Ina B. Scher, Esq.
Davis & Gilbert, LLP
1675 Broadway
New York, NY 10019
*Attorneys for Gaia, Inc., Jirka Rysavy, Brad Warkins and Kiersten Medvedich*

Timothy M. Murphy, Esq.
Bremer Whyte Brown & O'Meara LLP
1999 Broadway, Suite 3250
Denver, CO 80202
*Attorneys for Elizabeth Lorie*

Alicia Margaret Reinken, Esq.
Robinson & Henry P.C.
7555 East Hampden Avenue, Suite 600
Denver, CO 80231
*Attorneys for Elizabeth Lorie*

Matthew R. Gardner, Esq.
Burnham Law Firm P.C.
2760 29th Street, Suite 1E
Boulder, CO 80301
*Attorneys for Jay Weidner*

Alyssa Montalbano *(via US Mail)*
2536 Rimrock Avenue
Suite 400-117
Grand Junction, CO 81505
*Pro Se Defendant/Cross-Claimant/Counter Claimant*

**BELZER LAW, LLC**

By:   *s/ Julie Vogel*
        Julie Vogel, Paralegal

4