**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

*Plaintiffs*,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH,

*Defendants*.

---

ALYSSA CHRYSTIE MONTALBANO, individually,

*Counter-Claimant,*

v.

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

*Counter-Defendants,*

LIGHT WARRIOR LEGAL FUND, LLC;
DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
VALERIE YANAROS WILDE, ELIZABETH LORIE,
BRIAN JAMES FLYNN, WILLIAM CAMPBELL,
MATTHEW GROVE, DIANA TERRY, and
CHRISTINA GOMEZ,

*Third-Party Defendants*

---

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS
COUNSEL OF RECORD FOR DEFENDANT JAY WEIDNER**

THIS MATTER, having come before this Court on counsel's Unopposed

Motion to Withdraw as Counsel of Record, and the Court, being advised in the

premises, ORDERS that counsel's Unopposed Motion to Withdraw as Counsel of

Record for Jay Weidner is granted in all respects and Ashlee N. Hoffmann and Belzer Law, LLC are withdrawn as counsel of record for Defendant Jay Weidner.

Dated: _____ day of _____, 2023.

BY THE COURT:

_____
U.S. District Court Judge