IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE; and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiffs and Counter Defendants,

v.

BENJAMIN ZAVODNICK;
JIRKA RYSAVY;
BRAD WARKINS; and
KIERSTEN MEDVEDICH,
Defendants,
GAIA, INC.; and
JAY WEIDNER,
Defendants and Counter Claimants, and
ALYSSA CHRYSTIE MONTALBANO,

    Defendant, Counter Claimant, and Third-Party Plaintiff,

v.

LIGHT WARRIOR LEGAL FUND, LLC;
DAVID WILCOCK;
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION;
VALERIE YANAROS WILDE;
ELIZABETH LORIE;
BRIAN JAMES FLYNN;
WILLIAM CAMPBELL;
MATTHEW GROVE;
DIANA TERRY; and
CHRISTINA GOMEZ,

    Third-Party Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order , filed on February 17, 2023, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that pursuant to Federal Rule of Civil Procedure 54(b), there is no just reason for delay, judgment is hereby entered in favor of Third-Party Defendants, Light Warrior Legal Fund, LLC; Valerie Yanaros Wilde; Elizabeth Lorie; Brian James Flynn; William Campbell; Matthew Grove; Diana Terry; and Christina Gomez.

DATED at Denver, Colorado this 17th day of February, 2023.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk