IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                              Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH

                              Defendants.

---

## STIPULATION FOR EXTENSION OF DEADLINE TO RESPOND TO MONTALBANO'S COUNTERCLAIMS

---

**COMES NOW,** Corey Goode, David Wilcock and The Wilcock Spiritual Healing and Empowerment Foundation ("TWSHEF"; collectively, "Counter-Defendants"), and respectfully shows and requests as follows:

**D.C.COLO.LCivR 7.1(A) Certification**: undersigned counsel, on behalf of Counter-Defendants and Counter-claimant Alyssa Montalbano ("Montalbano") conferred regarding this motion and both agree to stipulate to the relief requested herein.

1. This Action was commenced by Plaintiffs James Corey Goode and Goode Enterprise Solutions, LLC on March 17, 2020 (Docket 1) and motion practice ensued.

Stipulation of Extension to Respond

2. Montalbano filed her responsive counterclaims (the "Counterclaims") on December 22, 2020 (Docket 120) naming various parties, including Counter-defendants.

3. Montalbano amended her answer and counterclaims on April 26, 2021 (Docket 184) and June 18, 2021 (Docket 217).

4. This Court granted various Motions to Dismiss on February 17, 2023. (Docket 345). The Court dismissed all of Ms. Montalbano's counter- and third-party claims except for Ms. Montalbano's defamation claim against Mr. Goode and the claims against Mr. Wilcock and TWSHEF. Thus, the deadline to respond to Ms. Montalbano's claims is March 3, 2023.

5. Counter-defendants have begun drafting a response to the remaining claims but require more time to draft their response to Ms. Montalbano's remaining claims.

6. This motion is not made for purpose of delay, in bad faith or as a dilatory tactic, but to ensure a full hearing on all the facts and legal issues of this action, secure a just and speedy determination of this case, and ensure that the ends of justice are met

   a) Per local rule 6.1, the parties have stipulated to a 14-day extension of the deadline for Counter-defendants to respond to Montalbano's remaining claims.

7. This request will be served upon all of counsels' respective clients per Local Rule 6.

Stipulation of Extension to Respond

Date: March 3, 2023.                                    Respectfully submitted,

                                                                         /s Valerie Yanaros, Esq.
Valerie Yanaros, Esq.
Texas Bar No. 24075628
Admitted to Practice in the District Court of Colorado
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553
valerie@yanaroslaw.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The below signed certifies that a copy of this filing will be served on each Defendant by ECF on March 3, 2023.

                                                                          /s Valerie Yanaros, Esq.
                                                                          Valerie Yanaros, Esq.

CERTIFICATION OF WORD COUNT: I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).