# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----
Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,


LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
Valerie Yanaros,

Third-Party Defendants.

---
**COUNTER CLAIMANT, THIRD-PARTY PLAINTIFF
ALYSSA CHRYSTIE MONTALBANO
THIRD AMENDED COUNTERCLAIMS COMPLAINT**

---

COMES NOW, Counter-Plaintiff, Counter-Claimant, Alyssa Chrystie Montalbano, complaining of James Corey Goode, GOODE ENTERPRISE SOLUTIONS INC ("GES"), LIGHT WARRIOR LEGAL FUND, LLC ("LWLF"), David Wilcock, THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION (hereafter "WILCOCK FOUNDATION"),  and Valerie Yanaros, and for causes of action will respectfully show unto the court as follows:

## I.   PARTIES

1. **Counter-Plaintiff, Counter-Claimant, Alyssa Chrystie Montalbano**, is a resident of Mesa County, Colorado, and is the owner of Ari Stone Art LLC.

2. **Counter-Defendant, James Corey Goode** is an individual believed to have a place of residence in Broomfield, Colorado, and is the owner of Goode Enterprise Solutions (GES) and may be served via the CM/ECF system and via his Counsel Ms. Yanaros with an address of: 5057 Keller Springs Road, Suite 300, Addison, Texas, 75001-6916 and via USPS Certified Mail at 1140 US HWY 287, Suite 400-266, Broomfield, Colorado, 80020. Mr. Goode is being sued in his individual capacity.

3. **Counter-Defendant, GOODE ENTERPRISE SOLUTIONS (GES)** is a corporation in Colorado owned by James Corey Goode and his wife Stacy Goode with a mailing address of 1140 US HWY 287, Suite 400-266, Broomfield, Colorado, 80020, and may be served via the CM/ECF system via its Counsel Ms. Yanaros. GES is being sued in its corporate capacity.

4. **Third Party Defendant, LIGHT WARRIOR LEGAL FUND, LLC,** is a corporation in Colorado owned by James Corey Goode and may be served via its registered agent, Northwest Registered Agent, LLC, address of 1942 Broadway ST. STE 314C, Boulder, CO 80302. Light Warrior Legal Fund, LLC, is being sued in its corporate capacity.

5. **Third Party Defendant, David Wilcock,** is an individual believed to have two places of residence, one in California and one in Colorado. Upon information and belief Mr. Wilcock's primary place of residence is: 1455 Ridge Road, Nederland, Colorado, 80466 and he may served at this address or wherever he may be found, or by way of publication in a newspaper in Nederland or the Boulder, Colorado areas if he may not be found. Mr. Wilcock is being sued in his individual capacity.

6. **Third Party Defendant, WILCOCK FOUNDATION**, is a 501C3 Tax exempt Nonprofit Organization in the care of David Wilcock, and may be served via its registered agent, CORPORATE CAPITAL INC at 7848 W SAHARA AVE, Las Vegas, NV, 89117.

7. **Third-Party Defendant, Valerie Yanaros,** attorney at Yanaros Law, P.C., may be served at her place of business located at: 5057 Keller Springs Road, Suite 300, Addison, Texas, 75001-6916. Ms. Yanaros is being sued in her individual capacity.

**8.  John and Jane Does,** are individuals believed to be involved in the following claims and will be determined through the discovery process, and may be sued in their individual capacity.

**9.  Unknown Corporate Entities**, unknown subsidiaries and/or corporations are believed to be involved in the following claims and will be determined through the discovery process.

## II.   <u>JURISDICTION AND VENUE</u>

**10.**   This Court has supplemental jurisdiction of the counterclaims claims pursuant 28 USC 1367.

**11.**   The Court has jurisdiction over this action pursuant 28 USC §1331 (Federal questions – Constitutional Law federal jurisdiction), since Ms. Montalbano is suing for relief under Colorado Constitution, Bill of Rights, Section 10, and United States Constitution, Article 1, Section 8, Clause 8, and has supplemental jurisdiction over the related claims.

**12.**   The Court has jurisdiction over this action pursuant 18 USC 1962, RICO, and since Montalbano is suing for relief under 18 USC §1964(c).

**13.**   **VENUE** is proper in the District of Colorado pursuant to 28 USC §1391(b) (venue in general); because some of the Defendants or third party defendants are domiciled and/or reside in the District of Colorado and all or a substantial part of the causes of action and impact of those actions accrued in the District of Colorado against a Colorado resident.

## III.   GENERAL ALLEGATIONS

### RELEVANT BACKGROUND OF PARTIES

14.    The Counter-Plaintiff, Counter Claimant, **Alyssa Chrystie Montalbano,** is a private individual residing in Mesa County Colorado and is the owner of **Ari Stone Art LLC (ASA)** with a primary place of business and mailing address in Grand Junction, Colorado, and incorporated in the state of Wyoming

   a.  Montalbano is a multi-award winning Author, Artist, and Poet that uses the pseudonym of Ari Stone.

   b.  Montalbano is a dream researcher, and writes about and documents dreams (since 2004).

   c.  Montalbano is a Living Now Book Award winning author (2019) for some of her dream research, observations, and theories, contained in her Copyrighted book, "Dreams the Missing Text, What Are They? Why do we Have Them? And how What we do in Them Determines Waking 3D Life Experience". (ISBN 9780996960830)

   d.  Montalbano is an award winning design and craft artist with works seen in Grand Junction, Colorado and online. (www.aristoneart.com)

   e.  Montalbano has a clean record.

15.    Upon information and belief, the Counter-Defendant, **GOODE ENTERPRISE SOLUTIONS (GES),** is a Colorado corporation based out of Broomfield, Colorado, and is owned by James Corey Goode and his wife, Stacy Goode.

   a.  GES products, are available online via the internet.

   b.  GES products are delivered by postal mail.

   c.  GES products, are delivered by broadcast, to include internet, radio, and television.

16.      Upon information and belief the Counter-Defendant, **James Corey Goode,** is a public figure and individual residing in, Broomfield, Colorado.

    **a.**  Goode is a public speaker and public figure.

    **b.**  Goode host's broadcasted shows on television and the internet.

    **c.**  Goode works with multiple associates to create products for sale and notably sells them via GES, to include: videos that are wire broadcast, radio broadcasts, and merchandise products delivered through various postal mail services.

    **d.**  Goode hosts for profit public speaking events or speaks at public events hosted by others.

    **e.**  Goode was a co-host of the Cosmic Disclosure show (June 2015- June 2018), carried at GAIA and broadcast to the public both nationally and internationally.

    **f.**  Goode publicly claims working for the CIA (Central Intelligence Agency) and DOD (Department Of Defense) and that he is a whistleblower of the CIA MKULTRA and MiLab programs. **[#121-3, #121-6] (Exhibits 1 and 2)**

    **g.**  Goode told his Alien, SSP, CIA MKULTRA and MiLab, and "Dark Alliance" narratives on his broadcast show, Cosmic Disclosure, broadcast (streamed) by GAIA. **(Exhibits 1 and 2)**

    **h.**  Goode claims he is in regular physical and literal communication with alien races and via his dreams to notably include the 'Anchar' alien race and 'Blue Avian' (8 foot tall blue bird alien race). **[#121-3]**

    **i.**  Goode publicly claims he has aphasia (commonly part of dementia) from his CIA service in the "20 and Back" program; where Goode goes 20 years into the future and is then age and time regressed to look like he never left. (**Exhibit 1;  Time Stamp 14:00-14:10, CG Aphasia from 20 and Back;** Cosmic Disclosure S7 E28**))**

**17.** **Third Party Defendant, Light Warrior Legal Fund, LLC, (LWLF)**  is a corporation registered with the Colorado Department of State (CDOS) for doing business in Colorado, with a start date of March 5, 2020. **[#121-2 at  p1-p9]** LWLF public records and Goode tweet)

    **a.**  LWLF is owned by Mr. Goode.

    **b.**  LWLF was started by Goode, to receive public financial donations to fund his lawsuit(s) against Montalbano.

**18.**    **Third Party Defendant, David Wilcock**, is a public figure and individual believed to have places of residence in the states of Colorado, California and Arizona.

    **a.**  Wilcock is the former co-host (with Goode) of GAIA's broadcast show, Cosmic Disclosure. (2015-2018)

    **a.**  Part of Wilcock's job as co-host of Cosmic Disclosure was to find and 'vet' 'secret insiders' that were then presented to the public as legitimate 'whistleblowers' of government programs on the Cosmic Disclosure show, including (but not limited to): James Corey Goode, Pete Peterson, and Emery Smith.

    ([#121-4 at p7-8] David Wilcock (DW) Resignation Letter)

b. David Wilcock 'found' the following individuals that he claims are his number one 'secret insiders:' James Corey Goode, Pete Peterson, and Emery Smith. **[#121-4 at p7-8]**

c. Part of Wilcock's job as co-host of Cosmic Disclosure was to interview Goode about his 'experiences' in the covert and illicit government programs, MKULTRA, MiLab, Secret Space Program (SSP), Alien Experiences, dream experiences, and more. **(Exhibits 1 and 2)**

d. Part of Wilcock's job as co-host of Cosmic Disclosure was to also interview other 'whistleblowers' about their experiences in covert and/or illicit government programs. **(Exhibit 3 – Pete Peterson and Wilcock)**

e. Wilcock was formerly employed or privately contracted with GAIA (about 2012 to July 2018) **[#121-4 at p2]**

f. Wilcock is a New York Times bestselling author.

g. Wilcock writes about dreams.

h. Wilcock publicly claims being a dream researcher since 1992 and claims being a highly accurate psychic and dream psychic. (Cosmic Disclosure, Season 7, Episode 4, (1:50 – 1:56) **(Exhibit 2 VIDEO)**

19. Third Party Defendant, **WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION,** is founded by David Wilcock and his (ex)wife Elizabeth Wilcock.

a. The WILCOCK FOUNDATION is a 501(c)(3) non-profit organization, ruled tax exempt by the IRS in 2019.

b. The WILCOCK FOUNDATION classification code is X99, Religion Related, Spiritual Development N.E.C. within the Religion-Related Spiritual Development category.

20. Third-Party Defendant, **Valerie Yanaros**, holds herself up as Mr. Goode's legal Counsel.

    a. Ms. Yanaros is an attorney located in the state of Texas and is not a resident of Colorado.

    b. Upon information and belief Yanaros took an Oath of Office to the Constitution of the United States of America and the Constitution of the State of Texas to practice law in Court.

    c. Upon information and belief, Yanaros is an attorney licensed to practice law in the state of Texas.

    d. Yanaros is not licensed to practice law in the local Colorado State Courts, to include Mesa District Civil State Court and the Broomfield Combined Courts, without first lawfully entering Pro Hac Vice.

    e. Yanaros is required by her Oath to honor and uphold the National and State Constitutions and Due Process of Law.

    f. Yanaros is required by law to follow the Colorado Rules of Professional Conduct when practicing law in the State of Colorado.

21. **GAIA INC** is a "global conscious media and community company that operates a global digital subscription service that caters to a unique subscriber base." (Docket 17, p15 of 65) GAIA is a Colorado based corporation and their subscription services are notably broadcast via the internet and television.

    a. GAIA broadcasts many shows along the lines of metaphysical topics, fringe science, conspiracy theories, historical research, and holistic teachings.

**b.** GAIA notably only produces 'non-fiction' based shows.

**c.** According to GAIA INC reports[1] their subscriber base in the fourth quarter of 2017 was 364,500 subscribers. According to globenewswire[2], GAIA reported 550,000 subscribers in in the fourth quarter of 2018. According to globenewswire[3] GAIA reported 728,000 subscribers in in the fourth quarter of 2020. **(EXHIBIT 4 GAIA subscribers)**

## IV. FACTS AND ALLEGATIONS RELVANT TO ALL CLAIMS GAIA INC COSMIC DISCLOSURE BROADCAST SERIES

**22.** Cosmic Disclosure is a filmed, audio visual, series produced by GAIA and is publicly broadcast and/or streamed to computers, electronic devices, and televisions both nationally and globally.

**23.** Goode and Wilcock were the co-hosts of Cosmic Disclosure, about June 2015 – June 2018 and their show broadcast about June 2015 through March 2020.

**24.** Goode and Wilcock co-wrote the scripts for Cosmic Disclosure. (June 2015 – June 2018)

**25.** Goode and Wilcock claimed they presented the public with legitimate secret insider intel, whistleblowers, dream prophesies, ascension teachings, alien experiences, and news, on their Cosmic Disclosure shows. **(Exhibits 1, 2, and 3)**

---

[1] https://ir.gaia.com/news-events/press-releases/detail/243/gaia-reports-fourth-quarter-and-full-year-2017-results
[2] https://www.globenewswire.com/news-release/2019/03/04/1747561/0/en/Gaia-Reports-FY-2018-Results.html
[3] https://www.globenewswire.com/news-release/2021/03/01/2184682/0/en/Gaia-Reports-Fourth-Quarter-and-Full-Year-2020-Results.html

26. Cosmic Disclosure was broadcast to Montalbano's home in Mesa County, Grand Junction, Colorado, via GAIA and their subscription service, about 2015 to 2020.

27. Montalbano saw Corey Goode, David Wilcock, Pete Peterson (deceased), and Emery Smith, on the Cosmic Disclosure (CD) show and believed them to be legitimate government whistleblowers and dream teachers. **(Exhibits 1, 2, and 3)**

28. Goode and Wilcock were notably using Montalbano's published and unpublished Dream Vision Intellectual Property (IP) materials as content (derivative works) and topics of conversation, on their Cosmic Disclosure show during 2017 and into 2018.

## COREY GOODE AND LIGHT WARRIOR LEGAL FUND PUBLIC CLAIMS BROADCAST AND PUBLISHED

29. Goode publicly claims regularly being under 'attack' by the "Dark Alliance" or "cabal." **([#121-5]** Dark Alliance)

30. Goode and LIGHT WARRIOR LEGAL FUND regularly seek donations of the general public to fight this "Dark Alliance" or "cabal." **[#121-2 at 1-4]**

31. Goode and Wilcock's publicly well-known definition of "Dark Alliance" are people who threaten to murder them; and in general are horrifying criminals such as: murders, rapists, pedophiles, Cabal, Satanists, and human traffickers (who perform sacrifices) through secret Luciferian Rituals and Cult practices. **[#121-2, #121-4 and #121-5]**

32.     Goode publicly claims he is a **Secret Space Program (SSP)** whistleblower and that he was part of the government's covert '20 and back' (military) program, where he goes 20 years into the future and is then age and time regressed to look like he never left. He claims he did this three times and that he began this program around the age of 17. **(Exhibit 1, Video, time stamps 11:00-14:10)**

33.     Goode publicly claims being in the **CIA MKULTRA** mind control program since about the age of 17.

34.     Goode publicly claims being in the **MiLab (MiLitary Abduction)** program since about the age of six (6). **[#121-6 at p2]**

35.     Goode publicly claims being in communication with Alien races in his dream states. **[#121-3 at p4,  #121-6 at p1],** notably 8 foot plus tall Blue Birds or "blue avians' **[#121-3 at p4]**

36.     Goode claims physical contact with his alien friends begins first in dream states. **[#121-3 at p1, p4; 121-6 at p1]**

37.     Goode notably first publicly told his SSP, CIA MKULTRA, MiLab, alien, and otherwise narratives publicly via Cosmic Disclosure. (June 2015 – June 2018) **(Exhibits 1 and 2)**

## DAVID WILCOCK PUBLIC CLAIMS BROADCAST AND PUBLISHED



38.    David Wilcock is famous for his public claims of being the famous (deceased) dream psychic Edgar Cayce reincarnated.

39.    Wilcock regularly publicly claims being under attack by the "Dark Alliance" (cabal). **[#121-2]** Pete Peterson Go Fund Me scam, and **[#121-4,  #121-5,  and #121-7]**

40.    Wilcock regularly asks the public for donations to fight the "Dark Alliance" **[#121-2,  #121-4, #121-5, and #121-7]**

41.    Wilcock regularly profiteers off of national crises (to include the COVID pandemic) by instilling fear and telling people he has the solution(s) and he'll help them if they pay for his courses. (**[#121-7]** Ascension Plan $333)

42.    Wilcock regularly asks the public for donations to support him financially so he can keep presenting the public with his 'secret insider intel', 'whistleblowers', and 'news,' to include Goode's alien narratives. **[#121-2,  #121-4, #121-5, and #121-7]**

43.    Wilcock claims he is a dream prophet and that he foresees the future in his dreams. (**Exhibit 2;** time stamp 1:46 – 2:26)

44.    Wilcock claims he has given psychic dream readings to people, for profit, in the past.

### RELIANCE -PUBLIC

**45.**     Millions of people both nationally and globally, believe Wilcock is telling the truth about being a dream profit, dream psychic, and that he is the dream psychic Edgar Casey reincarnated.

**46.**     Millions of people in the general public and around the world believe Goode and Wilcock's alien stories, Blue Avian claims, dream teachings, (dream) psychic claims, ascension claims, conspiracy theories, religious teachings, 'news' and "secret insider intel" as being true.

**47.**     Montalbano also believed the stories and public claims of Goode and Wilcock as being true and relied on it, about 2016-2018.

### INTERNET – BROADCASTS – PUBLICATIONS

**48.**     Goode and Wilcock's claims impact the lives of millions of people via their network of associates and distribution platforms:

**a.**  Public wire broadcast via GAIA INC Cosmic Disclosure shows (2015-2020) (¶21)

**b.**  Internet platforms to include but not limited to YouTube, podcasts ('radio'), GoFundMe, Facebook, Twitter, Instagram, and Reddit. **[#121-7 at 2]**

**c.**  Published books **[#308-8 and 290-1 Salla books with Goode alien stories]** and Penguin Random House LLC (Wilcock's book publisher);

And that are also received in Mesa County, Colorado, and by Montalbano

**49.** Montalbano has watched and/or read a lot of Goode and Wilcock's broadcasted and published materials in Mesa County, Colorado (about 2016 – 2020).

## **PUBLIC SPEAKING EVENTS**

**50.** Goode and Wilcock's alien and dream narratives have been told at for profit public speaking events to include but not limited to: Conscious Life Expo, MUFON, ESETI, One Love Festival, Ufology Congress Conference (Spain), and Contact in the Desert, where thousands of people travel from all over the world to listen to them speak and pay to attend their events or volunteer work at the event(s) to attend for 'free.'

## **DEFRAUDED  - PUBLIC EVENTS**

**51.** Due to belief in Goode and Wilcock's alien stories, whistleblower claims, and dream prophesy claims:

**a.** Montalbano a resident of Mesa County, Colorado, paid and travelled to attend Goode's public events: Conscious Life Expo, CA (February 19-21, 2017), MUFON, Las Vegas, NV (July 21-24, 2017); and Eclipse of Disclosure, CA (August 2017).

**b.** Montalbano a resident of Mesa County, Colorado, paid and travelled to attend Wilcock's public events: One Love Festival, CA  (October 2016); GAIA, Special Meet Up event with David Wilcock, CO (January 27, 2017);  and Conscious Life Expo, CA  (Feb 19-21, 2017).

**c.** Montalbano gifted in person; to both Goode and Wilcock at Conscious Life Expo, February 2017; a pre-published computer paper printed copy of her Dream Vision book short titled "DreamWalker" (a small collection of Montalbano's magikal dreams). (ASIN : B072TRB9GP; published digitally June 17, 2017) [#121-25 at 3-4]

## DEFRAUDED DREAM JOURNAL RECORDS

52.    **Due to belief** in Goode and Wilcock's public claims (2016-2018) and that they regularly needed donations of all kinds and were legitimate dream researchers, dream prophets, and dream teachers helping humanity; Montalbano sent Goode and by extension David Wilcock approximately 400 emails at SphereBeingAlliance@gmail.com, with approximately 500 Dream Visions (Intellectual Property/dream journals) attached as JPGs in PDF files along with custom dream analyses, private information, and associated dream research comprising thousands of pages of documented records.

## DEFRAUDED  FINANCIALLY - DONATIONS

53.    Montalbano, a resident of Colorado, believed Goode and Wilcock's public claims that they were poor and needed regular financial donations to fight the "Dark Alliance" and "Cabal" and to support their secret insiders. **[#121-2 at 10-24; and  #121-4 at p3, p5, p8, p9; and #121-5,  #121-7]**

54.    Montalbano believed Goode and Wilcock's ongoing claims that they were paid very little by GAIA. **[#121-4 at p3, p8, p9]**

55.    Due to belief in Goode and Wilcock's claims of being poor and their ongoing requests for donations, Montalbano made financial donations to Goode, Wilcock, and/or their associates.

   a.    Montalbano donated $50.00 to Goode and Wilcock's, Mr. Pete Peterson Go Fund Me campaign, promoted heavily by David Wilcock. Montalbano believed Wilcock's stories that Peterson (since deceased) was a whistleblower having his home taken away by the "Dark Alliance" (cabal). (**[#121-2 at p15-24]** Donation Scam–Pete Peterson)

   **b.**  Montalbano donated $50.00 to Mr. Goode/GES for Mrs. Stacy Goode (his wife) to have dental surgery under the belief the Goode's were poor and could not afford regular dental care without financial help. ([#121-2 at p12-14] Donation Scams – PayPal CG)

## MONTALBANO AWARE OF BEING DEFRAUDED

**56.**    Montalbano began to become aware of being defrauded by Goode and Wilcock of her valuable dream research around December 2017.

**57.**    Goode never complained about the content of Montalbano's emails (marriage, sexual, or otherwise), or printed dream journals while receiving the information for free and did not complain of 'stalking.' (2017)

**58.**    After December 2017, Goode and his associates began to hate cyberstalk and publicly and privately defame Montalbano as a criminal stalker and 'Dark Alliance' to third parties because Montalbano wanted remedy and/or attribution for the mistakenly shared Intellectual Property.

**59.**    Goode and his associates (2017 – current) used Montalbano's private dream journal information, to disparage Montalbano to other researchers in the same or similar trades and professions and destroy Montalbano's reputation as someone sexually amoral, stalking Goode.

## **DUE PROCESS APRIL 2018 Pre Litigation Affidavit Complaint (PLAC)**

60.     April 18, 2018 – June 7, 2018, Montalbano served multiple stop and desist notices (PLAC Pre Litigation Affidavit Complaint **[#121-18; #295-1])** upon Goode, GES and by extension Wilcock for remedy and protection of her Intellectual Property.

61. The unrebutted stop and desist affidavits [#295-1] contained a list of presumptive derivative works and/or fake news created by Goode, Wilcock, and their associates during 2017 into early 2018 from Montalbano's emailed dream journal records.

62. Montalbano presumptively claimed approximately $70,000 due in derivative work infringements and other damages based on fair market values according to the Graphic Artists Guild. **[#121-18 at p4-7, p11]**

63. No, lawful reply was received from Goode, GES, or Wilcock.

    *U.S. v. Tweel, 550 F. 2d. 297.*[4] "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading."

## **LAWSUITS**

64. Rather than stop Intellectual property infringement uses or address or rebut the PLAC claims on a point by point basis, Goode and Yanaros opened multiple criminal stalking cases against Montalbano for alleged stalking.

---

[4] https://www.leagle.com/decision/1977847550f2d2971809

65. Yanaros and Goode attempted a first stalking claim against Montalbano, about June 15, 2018, in the Broomfield Combined Courts, Broomfield, Colorado. This first effort was rejected by the Court, as they failed to meet the requirements.

66. Montalbano opened case 18CV50, June 25, 2018, in Mesa District Civil Court, seeking Declaratory and Injunctive relief for the emailed Intellectual Property and to stop Defamation pursuant the PLAC mailings informing Goode and et. al. litigation would commence if they failed to stop and desist or address the claims outside of litigation. [#121-18 at 45]

67. Yanaros and Goode succeeded in filing a second (baseless) 'stalking' claim in the Broomfield Combined Courts, July 17, 2018 – August 6, 2018, case 18C103, alleging 'stalking' against Montalbano for the approximate 400 emails sent to Goode during 2017 and the PLAC mailings.

   a. Goode notably perjured himself on the Broomfield Combined Court Record, July 17, 2018, in his verified complaint, by stating he was not aware of his own life long stalking protection order from October 31, 2014. [#26-5]

68. Case 18C103 was dismissed in Montalbano's favor, August 6, 2018. [#26-2]

69. Goode, and Yanaros filed for a third baseless stalking protection order against Montalbano in the Broomfield Combined Courts March 11, 2020, case 20C32.

   a. Goode again perjured himself on the Broomfield Combined Court Record (20C32), stating he was not aware of his own life long stalking protection order from

October 31, 2014. (District Court Dallas County, Texas, Cause No. DC-14-04807) [#131-4 at 3]

70.   Case 20C32 was administratively closed in Montalbano's favor, June 22, 2020. [#26-4]

71.   Goode opened LIGHT WARRIOR LEGAL FUND LLC, March 5, 2020, to raise money for his lawsuits against Montalbano and others. [#121-2 at 1-9]

Montalbano now states the following causes of action against the following people:

## V.   CAUSES OF ACTION CLAIM COUNTS

**(Prior Count 2)**

(1)   FRAUD Common Law
**Corey Goode,  David Wilcock,
GOODE ENTERPRISE SOLUTIONS INC,
LIGHT WARRIOR LEGAL FUND LLC, WILCOCK FOUNDATION**

72.   Montalbano incorporates the General Allegations in ¶¶1- 71 by reference.

73.   Montalbano, a resident of Mesa County, Colorado, relied on Goode and Wilcock's public claims as being true like millions of other people in the general public (¶¶29-49), and as first seen on the Cosmic Disclosure show broadcast by GAIA (¶¶21-28) and also via other print and broadcast mediums notably to include the internet and books.

74. James Corey Goode, David Wilcock, GOODE ENTERPRISE SOLUTIONS INC ("GES") LIGHT WARRIOR LEGAL FUND LLC ("LWLF") and WILCOCK FOUNDATION, made false representations of facts that were material and they knew they were false. (¶¶29-44) Montalbano's reliance on these facts were justified and this reliance caused injuries, damages, and losses to Montalbano.  (¶¶45-47)

## GAIA SUBSCRIPTION

75. The Montalbano's subscribed to GAIA TV (around 2016-2017[5]) to watch Goode and Wilcock on Cosmic Disclosure, telling their Secret Space Program, MKULTRA, dream teaching and space alien stories, and believed them to be true (estimated subscription cost around $360) Montalbano also subscribed around 2019-2020 to investigate Goode and Wilcock's frauds.

## FRAUD EVENTS

76. Due to belief in Goode and Wilcock's stories (2017), Montalbano paid and travelled to the following events with them presenting:  MUFON Las Vegas; Conscious Life Expo; One Love Festival; GAIA, Special Meet Up; and Eclipse of Disclosure. (¶51) (estimated cost to Montalbano around $7,000 or so)

## ALIEN FICTION STORIES

77. James Corey Goode and David Wilcock claimed they are in literal and actual contact with extraterrestrial aliens, Montalbano relied on this as true. **(Exhibits 1 and 2)** (¶¶16, ¶18, ¶¶29-44)[#121-3; #121-6]

---

[5] Montalbano will need to acquire the exact records from GAIA.

78. Good admitted in his deposition September 26, 2022, time stamps 1:52:00 – 1:57:15, that his alien communications are his made up Intellectual Property, not real alien experiences, and people are delusional if they think they are in contact with his aliens. **(EXHIBIT 5 Goode Deposition, case 1-20-CV-00947 [#25])**

79. Goode knew or had reason to know, that the alien stories he told the general public and Montalbano were false and that he a duty to tell the public his stories were fiction or partially fiction, and he did not.

## **FRAUD GOVERNMENT WHISTLEBLOWERS**

80. Goode and Wilcock claim they are, or have, secret insider government program information and whistleblowers. **(Exhibits 1, 2,  and 3)** [#121-3, #121-6]

81. David Wilcock finds and promotes fraud people and presents them and their information as legitimate to the public, when he knows they are frauds. (¶¶82-84)

82. Wilcock found and promoted the following fake whistleblower, **Pete Peterson** **[#121-2 at p15-24,** Pete Peterson GoFundMe scam]

    a. Montalbano learned, April 25, 2019, that Wilcock's alleged number one whistleblower, Pete Peterson, was a complete fraud; and that Montalbano donated money to a Go Fund Me fund raiser scam promoted by Goode and Wilcock during 2017; when Steven Cambian posted to his YouTube channel, "The Midnight Hour (0013) Pete Peterson & David Wilcock gofundme investigation" Mr. Cambian investigated Pete Peterson (since deceased), who was also seen on the Cosmic Disclosure show. Mr. Cambian discovered

Mr. Peterson's entire resume background was completely fabricated and Wilcock's donation fund raiser for Peterson was based on completely false statements, Wilcock claimed armed police came to Peterson's home just after Cosmic Disclosure episodes released and said they took everything of Petersons' to bury in a bulldozed hole, and threatened Peterson with 90 days in jail if he came within one mile of the dumpsite. (1:28:20 – 1:29:20). [#121-5 at 2, para. 1]

b.  Peterson did not live in the home or legally own it. Peterson had five notices of eviction for the house. No armed police ever were at the home or took anything from the property or bulldozed anything. It was a standard foreclosure. (1:29:20 - 1:36:00) Wilcock's story to raise donations was false.

c.  Montalbano donated $50, August 20, 2017, to Pete Peterson believing he and his home were under attack by the dark alliance and cabal.  [#121-2 at 18-19] (¶55)

d.  Wilcock raked in $55,710 [#121-2 at 17] in illicit donations.

e.  Upon information and belief, Mr. Peterson never got the donations and Mr. Wilcock put them into the WILCOCK FOUNDATION; as the amount of money that appeared in the foundation at that time, was similar to the amount collected for Peterson. **(EXHIBIT 6 – WILCOCK FOUNDATION 2018 Public Tax Returns)**

f.  August 1, 2017, Mr. Peterson created a fake news story about the alleged Draco space alien reptilian race having around 1/3 'good' Draco on Cosmic Disclosure (Seasons 7 Episode 26) after Wilcock received the pre-published dream vision record at Conscious Life Expo February 2017 and after Montalbano published the Kindle book June 2017,

story short titled "Day in a Draco's Shoes" where Montalbano had a dream and wrote about 1/3 'Draco' were 'good'. **(Exhibit 3 VIDEO** Cosmic Disclosure S7E31 time stamp 25:25 – 25:40) **[#121-18 at p40, PLAC No. 3-27]** (**EXHIBIT 7 – Draco Dream Vision published, June 17, 2017** [#121-25 at 3-4, Copyrights])

83.  Wilcock found and promoted the following fake whistleblower **James Corey Goode** (¶16, ¶¶29-37)

   a.  Goode tells the public his alien stories are literal and physical experiences, when he knows they are his made up fictional stories. (¶¶77-79)

   b.  Goode plagiarizes or creates derivative works from multiple authors and artists, including Montalbano, for profiteering. (¶¶121-166, ¶¶168-179, ¶184)

   c.  Goode falsely tells the public he is poor, when he is rich, to profiteer (¶¶91-101)

84.  Wilcock found and promoted the following fake whistleblower **Emery Smith**

   a.  Mr. Smith has an extensive medical background and is prolifically known in the biomedical field, has owned multiple companies, and was involved in a lawsuit with his medical company EMCYTE CORP (Case No. 15-CA-001620, IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA) that involved medical equipment Smith invented and patented, called "Emcyte genesis system".[6]

---

[6] https://patents.justia.com/inventor/emery-smith

b. Mr. Smith's public frauds center around claiming he's autopsied about 3,000 different types of ET (Extra-Terrestrial) humanoids [#308-14 at 1, paragraph 1], when he knows this to be false.

c. Smith's main 'secret insider' photo of him working in the alleged 'labs' doing alien samplings was revealed to be a stock lab photo available online and his image was copy and pasted over the top of the stock photo (by Goode and his associates), to look like Smith was a lab technician to fool people into believing he's performed thousands of alien autopsies, when he has not. [#121-23 ES Fake Lab Photo [7];#308-3]

d. Upon information and belief Mr. Smith has never performed an Extra Terrestrial alien autopsy or interacted with any Extra Terrestrial alien specimen samples.

e. Smith's (ex)girlfriend's father, John, began a YouTube channel, Points on the Curve, talking about Smith's financial and otherwise scams with David Wilcock and arrest records (2020). The channel has since been removed.

f. Kim Cohen, Mr. Smith's former fiancée, publicly exposed on her YouTube channel and BitChute, that  Mr. Smith has a drinking and [medical] drug problem and showed video clips of Mr. Smith acting very strange and appearing intoxicated in some form. **(EXHIBIT 8 VIDEO Cohen & Smith)** [#308-15 screenshots]

g. Upon information and belief Mr. Smith was intoxicated with alcohol or drugs and caused the accident situation that Wilcock falsely promoted as a 'dark alliance' attack for profiteering. [#308-14 at 9-10]

---

[7] http://projectavalon.net/forum4/showthread.php?101752-Cosmic-Disclosure-s-EMERY-SMITH-is-a-hoaxer./page9

h.  Wilcock, Goode and Smith created a fake news story for donations based on Montalbano's original unpublished Intellectual Property emailed to Goode on **October 19, 2017** a literary work about a guy 'Losing a Bullet Bet' and being threatened with being shot, but since the shooter lost the bet, no one was shot/killed. The bullet was described in detail along with a shoddy drawing of it provided.



**November 13, 2017** Wilcock published his fake news story [#308-14][8] about alleged whistleblower Emery Smith being threatened and almost killed. Wilcock proceeded to provide a photo of a bullet [#308-14 at 5] that matched the description of Montalbano's dream record and that Smith had not been shot, but threatened with the bullet. **[#121-18, PLAC 3-18]**. Wilcock sought donations based on the premise Smith ("Paul") was poor and under massive attack from the dark alliance/cabal and in the hospital because of them.

---

[8] https://divinecosmos.com/davids-blog/1224-emery-smith/

85. Goode and Wilcock knew, or had reason to know, that the stories they told the public about Smith doing alien autopsies based on a Photoshopped image were false.

86. Wilcock knew, or should have reasonably known, the stories and whistleblowers he presented to the public as true; including Goode, Smith, and Peterson; were false.

87. Goode told the public he was a legitimate whistleblower, with the intent the public, and Montalbano, would purchase he and GES products.

88. Wilcock told the public Goode, Peterson, and Smith, were legitimate whistleblowers and or under attack by the 'dark alliance' with the intent the public, and Montalbano, would purchase their products, donate money, or otherwise support them.

## BOOKS

89. Montalbano, believing Goode and Wilcock's stories as true, purchased two books by Goode's associate Dr. Michael Salla; filled with Goode's Secret Space Program (SSP) fake news and space alien lies. [**#290-1** – Salla books purchased via Amazon $34.94; **#308-8** Salla book jacket cover claiming detailed disclosure of the alleged 'Secret Space Program' with 'whistleblower' Goode].

90. Upon information and belief, Doctor Michael Salla, created a fake news[9] story about square ships with a 'photoshopped' image, October 20, 2017, based on Montalbano's original unpublished 2010 dream vision of square ships, emailed to Goode June 25, 2017. **(EXHIBIT 9 – email)**

---

[9] https://exopolitics.org/disclosure-of-antigravity-craft-near-macdill-afb/



### FALSE CLAIMS OF BEING POOR

**91.** Goode and Wilcock falsely publicly claim they are poor and ask for donations (2017-2022).

**92.** Goode and Wilcock earn hundreds of thousands and even millions of dollars in product sales or donations per year.

**93.** Ms. Lorie (Goode's alleged Florida counsel, who writes and creates courses Goode sells) claims she and Mr. Goode earned over $700,000 selling the ascension course (2020) she created for them. [#161-5 at 2]

94. In September 26, 2022 deposition, case 1:20-CV-00947 [#25], time stamps 02:15:40 - 2:17:00 PM, Goode stated under oath that David Wilcock earned around four to five million dollars in 2017 and 2018 selling his courses; and that residual income is still in the hundreds of thousands and even millions of dollars the following years. (02:19:00 - 02:20:00)  **(EXHIBIT 10 VIDEO Deposition)**

95. Mr. Wilcock repeatedly told the general public, and Montalbano, he and his associates were poor 2017-2020. [#121-2 at 10, 12, 13, 15-16; #121-4 at 7, 8, 9]

96. According to CNBC, 2017 article[11] to be in the top 1% financially in Colorado (2017), a person needs to earn $410,716 (or more) annually.

97. According to Forbes, July 8, 2022 article[12] to be in the top 1% financially in Colorado (2022), a person needs to earn at least $632,277 annually.

98. Mr. Goode and Mr. Wilcock are in the top 1% financially. Their statements of being poor are false.

99. Goode and Wilcock knew, or had reason to know their public claims of being poor, were false, as they both were earning hundreds of thousands of dollars and millions of dollars per year since 2017.

100. Upon information and belief neither Goode nor Wilcock, were on state benefits (low income/poor) at any time when they told the public they were poor and needed donations and money.

---

[11] https://www.cnbc.com/2017/06/12/how-much-you-have-to-earn-to-be-in-the-top-1-percent-in-every-us-state.html

[12] https://www.forbes.com/advisor/investing/financial-advisor/are-you-in-the-top-1-percent/

101. Goode and Wilcock told the public they were poor, with the intent the public, and Montalbano, would donate money, gifts, or otherwise support them.

## MONTALBANO DONATED

102. Montalbano donated $50 to the Goode's dental donation scheme (¶55) November 29, 2017, under the belief Mr. and Mrs. Goode could not afford dental care because Mr. Wilcock promoted them as being poor, when he knew they were rich. [#121-2 at 10-14]

103. August 20, 2017, Montalbano donated $50 (¶55) under the belief that Mr. Peterson was a legitimate whistleblower and that Cabal/Dark Alliance were stealing his home, not that it was a standard home foreclosure. [#121-2 at 15-19]

## LOVE AND LIGHT CLAIMS & DEFAMATION

104. Goode, LIGHT WARRIOR LEGAL FUND LLC, and Wilcock; publicly claim Goode and Wilcock are men of love and light and ask for donations to support them to fight the "Dark Alliance", "Stalkers", cabal, and criminals (¶¶29-31, ¶¶39-40).

105. Late 2016 to early 2018 Montalbano believed Goode and Wilcock were fighting actual dark alliance [#121-5], stalkers, cabal and criminals, and relied (¶¶45-47) on this as true.

106. Early 2018 and forward, Montalbano learned the "Dark Alliance", cabal, "stalking", and criminal claims were false and that Goode and Wilcock had a pattern of defaming their critics and business competitors as criminals, to destroy their competing business, which later

included defaming Montalbano (2018-current) to multiple third parties as a stalker and criminal when they knew this to be false. (See Abuse of Process and Defamation Claim)

107. In Goode's, September 26, 2022 deposition, time stamps 02:14:00 – 02:15:00, Goode states cyber stalkers are dark forces (same as ""Dark Alliance"). **(Exhibit 10 VIDEO)**

108. Goode and Wilcock falsely defamed the following business competitors, 2018 – current, as stalkers, Dark Alliance, Cabal, pedophiles, and/or criminals; and Ms. Yanaros delivered legal threats or opened lawsuits against most everyone listed below: **[#121-7 at p3, p6-8]**

   A. Alyssa Montalbano (See Defamation, Abuse of Process, Malicious Prosecution)

   B. Mr. Weidner (former employer and critic of Goode's), Goode and Yanaros opened a criminal stalking case against him; and defendant this instant case)

   C. Jason Rice (alleged SSP whistleblower and prior thought to be 'replacing' Goode at GAIA in Cosmic Disclosure), threatened with legal action)

   D. Jimmy Church (radio show host and former promoter of Goode's) and his wife (threatened with legal action)

   E. Richard Dolan (public speaker and critic of Goode's) and his wife; threatened with legal action.

   F. 'Joe from the Carolinas' (YouTube show host, counselor for terminally ill cancer patients, and critic of Goode's); harassed at work by Goode's cult followers and almost lost his job.

   G. CW Chanter (aka Benjamin Zavodnick) (YouTube show host and critic of Goode's); defendant this instant case.

H. Christina Ferrante (YouTube show host and critic of Goode's) ; defamed as a stalker and threatened with legal action (via Florida attorney Liz Lorie) [#121-1 at 5-7].

I. Cliff High (Public speaker and critic of Goode's); Defamed as dark alliance, dismissed defendant this instant case.

J. Dark Journalist (Daniel Liszt) (news reporter and critic of Goode and Wilcock's (¶119); Defamed as dark alliance.

K. MJ Banias (news reporter and critic of Goode and Wilcock's) threatened with legal action. [#121-7 at 7]

L. Yvonne Palermo (spoke up on REALiTY CHeCK YouTube channels showing that Mr. Corey Goode and Mrs. Stacy Goode threatened her by email with kidnapping and murder for exposing them.)

M. Bill Ryan (YouTube show host, founder of Project Avalon website, and critic of Goode's); Goode and Ramsaur used "thug tactics" to coerce Ryan and defamed him.

109. Goode has regularly used defamation and legal coercion tactics, since 2014, to acquire donations and fame and notoriety.  See Darling v. Goode protection order issued against Mr. Goode for making up lies about his former employer claiming they were stalking him (when they were not) and that they were criminal terrorist (when they are not). Goode staged the fake story to be popular and get on the news [#308-7 at 21 line 7]. [#26-5 Permanent Restraining Order against Goode; #308-7 Complaint Darling v. Goode]

110. Goode, GES, Wilcock and LWLF knew, or had reason to know as early as August 2018, their public claims that Montalbano was a stalker/dark forces was false, as Goode lost two criminal stalking cases against Montalbano and Montalbano has a clean record. (See Abuse of Process Claim)

111. Goode and Wilcock told the public their competitors were dark alliance (dark forces) and criminals, with the intent of destroying their competing businesses, destroying critics reputations, and having millions of consumers buy Goode, GES, and Wilcock's products, donate money, or otherwise support them.

## GOODE – APHASIA HEALTH CLAIMS

112. Mr. Goode publicly claimed on Cosmic Disclosure, Season 7, Episode 28, July 11, 2017, as having the neural health illness of aphasia (which is commonly part of dementia), memory issues, and other neurological issues from being in the "20 and Back" program and doing it three times. (¶16 i.) **(Exhibit 1; time stamp 13:30 – 14:30)**

113. Mr. Goode claimed under oath, September 26, 2022, in his deposition that he did not say he had dementia **(Exhibit 5, time stamps 01:49:40 PM – 01:52:10 PM),** and that the "20 and Back" is his Intellectual Property and Trademark and not a real experience. **(Id. 2:00:30 PM - 02:01:30 PM).**

114. Goode knew, or had reasons to know, his public claims of aphasia and other related neural health issues being from his 20 and Back experiences were false and that he had a duty to tell the public the truth, that it was just made up fan fiction for profit, and he did not.

## WILCOCK - EDGAR CAYCE DREAM PSYCHIC CLAIMS

115. Wilcock publicly claims he is the famous dream psychic Edgar Casey reincarnated. and a highly skilled dream psychic (¶38)

116. On **April 7, 2020,** 'Occult Priestess,' stated that David Wilcock told her at a 2017 New Year's Eve party he no longer had visions (dream visions) and that he leaves that to Corey Goode. **[#121-22]**

117. Upon information and belief Mr. Goode is sharing all of Montalbano's emailed Dream Vision records and research with Mr. David Wilcock for use in his dream teaching business.

118. Mr. Steven Cambian on his YouTube channel, Truthseekers, posted "Truthseekers Episode 0006 : "David Wilcock and a box of dildos."  **June 26, 2020** and exposed: David Wilcock had been fraudulently claiming he's the famous dream psychic Edgar Cayce reincarnated. Mr. Cambian contacted the Edgar Cayce Foundation and found out that they have a test (as many people claim to be Mr. Cayce) and that Mr. Wilcock took the test and failed, and that Cayce's family has told Wilcock to stop publicly claiming he's Mr. Cayce reincarnated and Wilcock has not stopped. (Time Stamps 4:00 – 7:00) Upon information and belief this is true.

119. Many other people in the consciousness community also began exposing Wilcock's many and ongoing failed dream predictions. To include news reporter Dark Journalist Tweet posting on April 22, 2020 pointing out another Wilcock failed prediction of "3 days of Darkness"



120.  Wilcock knew, or had reason to know, he is not a legitimate dream psychic and that his public claims of being psychic and Edgar Cayce reincarnated are false.

121. Wilcock told the public he is a highly gifted dream psychic and the famous dream psychic Edgar Cayce reincarnated with the intent the public, and Montalbano, would watch his shows, buy his products, donate money, gifts or otherwise support him.

### PLAGIARIZED OR DERVIATIVE WORK INFRINGEMENTS

122.  Goode and Wilcock create plagiarized works or derivative works based on other original artists' and authors' works that they then repackage and sell for millions of dollars with no attribution or remedy to the original author or artist.

### 20 AND BACK

123.  Michael and Stephanie Relfe claimed via Bill Ryan's YouTube Channel, July 2017, they believed Goode plagiarized their Twenty and Back experiences published on their website https://TheMarsRecords.com in 2000 [13].  (EXHIBIT 11,  20 and Back "The Mars Records")

124. Goode stated September 26, 2022 in his deposition, at approximate time stamp 2:01:00 - 02:03:25, the Twenty and Back program is his Trademark and original IP that was not anywhere else before. (Exhibit 5)

---

[13] Google Books – The Mars Records Book 1 – Published 2000
https://www.google.com/books/edition/The_Mars_Records_Book_1/HrN3rw67cUQC?hl=en&gbpv=1&dq=inauthor:%22Stephanie+Relfe%22&printsec=frontcover

125. Goode's "20 AND BACK" Trademark was registered March 6, 2018. **(EXHIBIT 12)** This registration is at least eighteen years after Michael and Stephenie Relfe published The Mars Records, first discussing the 20 and Back experience.

126. Upon information and belief, Goode plagiarized his 20 and Back story from Michael and Stephenie Relfe's 'Mars Records' books 1 and 2.

127. Mr. Bill Ryan is a publicly outspoken critic of Mr. Goode's; and also claims Goode extensively data mined the Project Avalon forum and its members for story telling materials during the years just prior (at least 2014) Goode becoming a show host (2015) on Cosmic Disclosure. **(EXHIBIT 13)** Montalbano reasonably believes this to be true.

128. Goode stated September 26, 2022 in his deposition at approximate time stamp 03:08:00 - 03:10:00 that he and co-worker Roger Ramsaur conspired together to coerce Bill Ryan at his home (in another country (Ecuador)) via a paid third-party using 'thug tactics' to try to silence Mr. Ryan. Goode also alleged Bill Ryan is a chief cyberstalker of his, when it is clearly the other way around. **(EXHIBIT 14 VIDEO)**

129. Upon information and belief, Goode and Ramsaur harassed and defamed Mr. Ryan for publicly exposing their 20 and Back frauds and data mining of Project Avalon members for stories; and did so with the intention the public would financially support and buy Goode and GES's products, while unfairly destroying competitor Bill Ryan's business and reputation.

130. Goode knew, or had reason to know, the "20 and Back" story/experiences he claims are his original IP and that he is the first to publicly talk about it, is false.

## ARTWORKS USED

131. Artist Jim Nichols – claims Goode used his art on his new book cover and was never contacted by the publisher or Goode for permission. [#308-9 Video]

132. Goode had reasons to know, or should have known, Jim Nichol's artwork should not be used in his business in print or broadcast without the artists consent.

133. Artist, 'Agent K', claims Goode used his original spaceship design and created a derivative work from it, then Goode ignored his emailed questions about it. [#308-9 Video; #308-10]

134. Goode had reasons to know, or should have known, artist 'Agent K's' spaceship artwork should not be used in his business in print or broadcast without the artists consent.

135. Goode's associate, Vivian Davis, used Montalbano's Original artwork "Intuition" on a slide at Eclipse of Disclosure during 2017, and did not cite Montalbano as the original artist or provide any compensation for use. [#121-20]

136. Goode and his associates had reasons to know, or should have known, Montalbano's artwork should not be used in their business in print or broadcast without Montalbano's consent or citing Montalbano as the artist.

## ANCHAR ALIEN  FICTION

137. In Goode's "Mega Update", he claimed he had real experiences with the Anchar aliens to include receiving drugs from them and that the alien's literally remote neural interface with humans [#121-3].

138. Upon information and belief, the 'Anchar' are actually CIA John and Jane Doe humans participating in CIA remote neural Telepathic Behavior Modification.

139. September 26, 2022 in Goode's deposition at approximate time stamp 01:54:00 PM - 01:55:30 PM Goode claims the Anchar aliens are his own made up meditation guides and part of his original IP. **(Exhibit 5)**

140. In the stop and desist PLAC notices [#295-1], Montalbano claimed Goode's Mega Update **(Exhibit 15 and 16)**, involving the Anchar **(Exhibit 15),** was created from twenty (20) of Montalbano's original IP records. (See ¶¶173-180 below)

141. Upon information and belief, Goode's Mega Update Anchar alien experiences, are derivative works based on Montalbano's original published and unpublished Intellectual Property.

142. September 26, 2022 in Goode's deposition at approximate time stamp 02:04:00 – 02:04:30 PM Goode stated part of his public relations job is to present his fictional alien stories to the public as if fully real and true alien experiences, to make sales. **(Exhibit 5)**

143. Goode knew, or reasonably should have known his claim to the public, and Montalbano, that his aliens experiences were all fully real alien experiences, were false.

144. Goode knew, or had reason to know, his alien and alien Anchar stories were fiction or partially fiction and that he had a duty to disclose this to the general public, and he did not.

145. Goode knew, or had reason to know, he was making knowingly false misrepresentations to the public about his alien experiences with the intention that they, and Montalbano, would purchase his products and donate gifts or money to him, Wilcock or GES's businesses.

## BLUE AVIANS (DERIVATIVE WORK)

146. Mr. Goode claims being in contact with a tall Blue Avian (Blue Bird) race in his dreams. (¶16 h.  ¶35) Wilcock claims the Blue Avians have also been in communication with him. **(Exhibit 2 VIDEO, CD S7E4, Time Stamps 2:40-3:10)**

147. Upon information and belief, Goode and Wilcock's Blue Avian narratives are plagiarized derivative works from Bonnie Meyer's Book "Alien Contact: the messages they bring" published February 14, 2006. https://www.amazon.com/Alien-Contact-messages-they-bring/dp/0595384048 whereby Ms. Meyer claims being in contact with a tall blue bird alien. [#308-12]

## BLUE AVIANS (CIA[14] BLUEBIRD)

148.    James Corey Goode publicly claims he has been in the CIA MKULTRA and MiLab mind control programs and that he is allegedly no longer in them. [#231-1 VIDEO]

149. The CIA runs a mind control program called Project BLUEBIRD focusing on Subconscious Isolation (for remote frequency control of people).

---

[14] The CIA and other sectors of the military (DOD/DARPA, DIA, NSA, USAF, ARMY, and etc.) and prestigious Universities (Stanford and Princeton) and science institutions are involved in dream research, Remote Viewing, Remote Influencing, Psychic warfare, neuroscience, and research related to 'sleep-wake' states (dream or hallucination gazes), notably for total (remote) consciousness obliteration, mind control, and militaristic psychic (Radio Frequency) warfare purposes   and can be seen in the following key CIA MKULTRA documents available via the **CIA's website Reading Room** (www.cia.gov/library/readingroom )

**a. Project BLUEBIRD** [#121-9]

**CIA-RDP83-01042R000800010003-1**[15]

The CIA's Project BLUEBIRD (from the 1950's) notably cited a strong and growing interest in the development of ESP (Extra-Sensory Perception) for militaristic use and mind control. BLUEBIRD researched "Subconscious Isolation" (SI) of "**Interrogation Subjects**" via "**Interrogation Teams**" that included a hypnotist, for total mind control of the subject in the experiment room and sought total mind control of the subject after they left the room.

**b.** MKULTRA is a personality splitting program for mind control that uses drugs (notably LSD), abuse (including sexual), hypnosis, microchipping, and invasion of neurological and dream states (Subconscious Isolation) through the use of frequencies directed at the brain and body for total consciousness obliteration.

150. Goode claims being part of interrogation programs. [**#121-6 at p6**]

151. **DoD Psychoenergetic Program Replication Studies**

**CIA-RDP96-00792R000600310001-7**

The CIA calls Remote Action "RA" and studies the influence of physical and biological systems without physical mechanisms. (aka frequency broadcasts)

152. Upon information and belief Goode's Blue Avian (BLUEBIRD) alien friend that he calls "RA" (Tier Eir), is CIA code for 'Remote Action' (RA) for frequency based mind control broadcasts directed at the Targeted Individuals' auditory networks of the brain, which are the hallucination centers associated with dementia.

---

[15] https://www.cia.gov/library/readingroom/docs/CIA-RDP83-01042R000800010003-1.pdf)

153.    Mr. Goode claims under oath he has been in MiLab and a "Secret Program" (not Secret Space Program) in his September 26, 2022 deposition, case 1:20-CV-00947 [#25], **(Exhibit 5 approx. time stamp 01:57:00 – 01:57:30 PM)**

    a.   MiLab is an illicit MKULTRA personality splitting program for mind control, with the added feature that the perpetrators ("military") cause the victim to think they are being abducted by aliens (for illicit experiments, cult rituals, microchipping, or otherwise) rather than being kidnapped by humans working for illicit factions of the 'government' or black operations. [#121-17 at 7]

    b.   Dr. Robert Duncan, former CIA Artificial Intelligence brain and computer interfacing developer and expert, whistle blew that The CIA has a remote brain assault program called S.A.T.A.N. S.A.T.A.N. remotely (neural) **interfaces with the mind** and has a subprogram called VooDoo Doll that remotely **stimulates the Targeted Individual's brain cortices to cause them to feel physical pain (prick, burn, etc) or pleasure (sexual)** in whatever area of the body chosen, **as if physically occurring,** through remote frequency neural stimulation.  (aka frequency broadcasts) The goal of S.A.T.A.N. is typically to cause a suicide or create sociopathic mind controlled assassins.

    c.   CIA agents use alien masks in physical renditions to fool their victims into believing they are having alien visits, alien lab experiments, or alien assaults. [#121-17 at 7]

154.Goode has publicly claimed working with technology like S.A.T.A.N when in the CIA MKULTRA and MiLab programs and that he was required to remotely assassinate others.

    [#231-1 VIDEO]

155.     **The US Army has an SSP division, where SSP stands for Scientific Services Program**. The Scientific Services Program networks researchers and experimenters with funding for vast amounts of neuroscience (brain) research.

https://www.arl.army.mil/business/scientific-services-program/

156.   Goode Claims working in the Texas Army State Guard.  **[#26-5 at p5]** (District Court Dallas County, Texas, Cause No. DC-14-04807 at 4, lines 1-2)

157.     Upon information and belief, Goode's SSP does not in fact stand for Secret Space Program, but is actually the US ARMY's Scientific Services Program (SSP).

158. Bill Ryan, posted to the Project Avalon forum, April 2017, a thread titled "The Truth About Corey Goode" and in it posted messages between Mr. Goode and another person;  and Goode stated he was "now on the pay roll" and had "superiors" **(Exhibit 13 at 3)**

159.   Upon information and belief Goode is on the CIA or 'government' pay roll.

160.   Mr. Randy Maugans, an MKULTRA program experiencer, told Montalbano by Twitter private message September 30, 2019, that Goode is handled by an Intelligence group called "The Avians." **[#121-10 Avian Group]**

   a.   Mr. Maugans also stated the CIA MKULTRA programs use dream states of consciousness for sexual relations or conversely to attempt to assault/kill the Targeted Individual and/or in efforts to 'see the future' (Project Looking Glass). **[#121-10 at p3-4]**

161. In article[16] titled *"Scientists can now speak to people in real-time in their dreams thanks to breakthrough"* published, February 20, 2021 and authored by Joshua Smith, it states:

> ""We found that individuals in REM sleep can interact with an experimenter and engage in real-time communication." said senior author Ken Paller of Northwest University. "We also showed that dreamers are capable of comprehending questions, engaging in working-memory operations, and producing answers."

In short the research showed that awake scientists can literally two-way communicate with sleeping people.

162.  According to a study performed by a team of researchers from the Wisconsin Institute of Sleep and Consciousness, and results published[17] in Nature Neuroscience, April 10, 2017, their EEG research showed the brain is electrically active during dreaming states similar to waking states and their study thereby proved that **dream experiences are actual experiences occurring in the brain** and not some 'confabulation' or 'invention' being made up upon waking. They believe this research to be a valuable gateway into the study of consciousness. (emphasis added)

163. Upon information and belief Goode and Wilcock are managed (handled) by the CIA "Avians" Group (¶146) for Subconscious Isolation program experiments on the general public (and Montalbano), involving the delta and theta brain wave lengths (Sleep and dreaming states) for non-consensual sleep communication experiments.

---

[16]  (retrieved February 21, 2021 articles:https://www.dailystar.co.uk/news/latest-news/scientists-can-now-speak-people-23537715 ; and https://www.cell.com/current-biology/fulltext/S0960-9822(21)00059-2

[17] (retrieved February 20, 2021 https://www.inverse.com/article/30174-dreaming-consciousness-brain-scan-neuroscience-rem-sleep ; and see  Siclari, F., Baird, B., Perogamvros, L. et al. The neural correlates of dreaming. Nat Neurosci 20, 872–878 (2017). https://doi.org/10.1038/nn.4545)

164. **U.S. HAVANA ACT of 2021 (Senate Bill 1828)** [#225-4]

Havana Act 2021, was unanimously passed by the U.S. SENATE to authorize payment to qualified CIA employees for brain injuries from remote frequency neural assaults.

165. Upon information and belief Goode's and Wilcock are part of a current and operational CIA project BLUEBIRD experiment, further managed by John and Jane Does in the Avian Group.

166. Goode knew, or had reason to know, his Blue Avian alien stories were fully fiction or partially fiction and that he had a duty to disclose this to the general public, and he did not.

167. Goode knew, or had reason to know, he was making false misrepresentations to the public about Blue Avian contact being with actual aliens; with the intent that consumers, and Montalbano, would purchase his products and donate gifts or money to him, Wilcock or GES's businesses.

## WILCOCK  PLAGIARIZING WHISTLBLOWER RESEARCH

168. March 16, 2019, Linda Moulton Howe – claimed Mr. David Wilcock plagiarized her whistleblower research and reported it to YouTube. YouTube struck Wilcock's plagiarized video. [#308-11 Video]

## USE OF MONTALBANO'S ORGINAL IP (DERIVIATIVE WORKS)

169. Goode and Wilcock regularly used Montalbano's original IP dream stories as if their own on Cosmic Disclosure and in their fake news stories and to create donation schemes since 2017 and forward. [#295-1, PLAC]

## FAKE NEWS

170.     **On November 4, 2017** Montalbano emailed Goode a dream journal literary work title "ET Exchange Program" where 'ETs' would be 'exchanged' with human families similar to foreign exchange students.

On **November 19, 2017, Teresa Yanaros** (former marketing promoter for Goode's alien narratives and also Plaintiffs' Counsel, Valerie Yanaros' sister), went on Goode's associate's YouTube channel "Stillness in the Storm" and in video titled "NEWS: Trump Investigates, Pedogate Busts, David Wilcock, Starseeds Unite – November 19, 2017" Ms. Teresa Yanaros stated there was going to be an ET (alien) exchange program similar to Montalbano's unpublished dream journal literary work. **([#121-18]** PLAC 3-7) (video has since been removed, upon information and belief Ms. Valerie Yanaros told her sister to hide or remove the video so Montalbano could not screen capture it and file it in this instant case as evidence)

171. Upon information and belief, Goode used Montalbano's original unpublished dream journal IP record as source material, and delivered it to Ms. Teresa Yanaros for her to present the information as if actual news on the "Stillness in the Storm" channel.

**GOODE FAKE LIFESTORY COPYRIGHT INFRINGEMENT**

172. Mr. Cliff High (dismissed defendant to Goode's claims this case) stated on this court record that Mr. Wilcock stole copyrighted materials from his proprietary ALTA Reports (Asymmetric Linguistic Trend Analysis18) and delivered the material to the GAIA TV audience in the guise of being the 'life story' of Mr. Goode [#114 at 3] Mr. High also stated July 1, 2017 in YouTube video "DISCLOSURE INC. THE ART OF THE STEAL! NEW AGE DEEP STATE PART 5 – DARK JOURNALIST" (approx. time stamp 3:00-5:00) published to YouTube channel, DarkJournalist; that Goode and Wilcock used his ALTA software report, to 'predict' coming events and make up stories. This was verified by Mr. High intentionally putting something in the report about Antarctica to see if Mr. Goode and Mr. Wilcock would use it in their public narratives, and they did.

**DERIVATIVE WORK COPYRIGHT INFRINGEMENT "MEGA UPDATE"**

173. On January 12, 2018, Mr. Corey Goode posted a 'literary work' titled "Mega Update," in two parts, on David Wilcock's website https://DivineCosmos.com **(Exhibits 15 and 16)**

174. The January 12, 2018 "Mega Update" was a derivative work and fake news based on approximately twenty (20) of Montalbano's common law and federally copyrighted "Dream Vision" literary works.

---

18 To Montalbano's understanding; ALTA is a computer program invented by Mr. High that outputs predictions of likely trends or events based on internet emotional public chatter keywords.

175.   The following 20 Dream Visions **(Exhibits 17, 18, 19** [19] **)** and derivative work uses are cited in the unrebutted presumptive Pre-Litigation Affidavit Complaint (PLAC) mailings.


Mega Update Part 1 https://divinecosmos.com/davids-blog/1225-abr-legacy/ **(Exhibit 15, also includes photoshopped image of Emery Smith (¶84))**


Mega Update Part 2 https://divinecosmos.com/davids-blog/1225-abr-legacy/2/) **(Exhibit 16)**


A.   "Axe Maze House" **(EXHIBIT 17 at 1-4)** emailed August 9, 2017 to Mr. Goode.

Goode created the "Mega Update" derivative work based on Montalbano's original literary work of axes coming off the ceilings and floors trying to kill Montalbano and her Twin Flame in a room with an axe head chopper guy. In Goode's mutilated derivative work he made himself the experiencer and had hovering axes he was avoiding being killed by in a room and in his rendition a 'reptilian' being was killed by someone welding an axe. **(Exhibit 15  at 12 -13, 15) ([#121-18]** PLAC at 2-6)


B.   "Stopping Bullets with Liquid Blue Spheres" emailed July 11, 2017 **(Exhibit 17 at 5-6)** Goode created the "Mega Update" derivative work presented as 'news' based around (energy) spheres being used to transmute or contain energy. **([#121-18]** PLAC at 2-7) **(Exhibit 15 at 12 'negative being inside containment bubble')**

---

[19] Relevant pages only – does not include full dream vision records for privacy rights. Full records may be provided under seal upon request.

**C.**     "Dragon Morph" emailed August 14, 2017 **(EXHIBIT 17 at 7--8)**

Goode created the "Mega Update" derivative work based around describing the reptilian with a similar particular green color description (such as 'olive green' or 'spring green') as Montalbano's and similar to Montalbano's story he specifically described the face as if his own experience. **(EXHIBIT 15 at 12)** **[#121-18,** PLAC 2-8)

**D.**     "Saving the World with 5 Purple Star Fish Kush Kittens"   emailed August 26, 2017 **(EXHIBIT 17 at 9-13)** Goode created the "Mega Update" derivative work based around strange creatures in water that made him feel nervous, like Montalbano's story. **([#121-18]** PLAC at 2-9) **(Exhibit 15 at 16)**

**E.**     "Druids and Orange Dolphins" emailed August 14, 2017  **(Exhibit 15 at 14-15)**

Goode created the "Mega Update" derivative work based around strange creatures in water that made him feel nervous, like Montalbano's story. **([#121-18]** PLAC at 2-10) **(Exhibit 15 at 16)**

**F.**     "Off Dimension with Corey, Correct Dimension with Corey" (aka The Marriage Dream) emailed December 16, 2017. **(EXHIBIT 17 at 16-22)** **([#121-18]** PLAC 2-11)

Goode created the "Mega Update" derivative work alleging his entire  "off world" "alien" (Blue Avian) experiences occurred on December 16, 2017. Goode utilized many similar elements from "The Marriage Dream" to include the date it was emailed to him, being on stage, overcome with emotion, a planned meeting, and quiet clapping, amidst many other similarities. Goode mutilated the work and replaced Montalbano and

**Page 48 of 122**

the on stage 'marriage' with his Blue Avian Blue Bird alien friend being with him on stage stating legal sounding things and Goode feeling lots of love-emotions from his male alien companion. **(Exhibit 15 at 17-18)**

**G.**    "Soleil" emailed January 2, 2017 and later published in DreamWalker book. **(Exhibit 17 at 23-24)**

Goode created the "Mega Update" derivative work/fake news based around light and solar events and Artificial Intelligences (A.I.) related to Montalbano's dream journal records. **(Exhibit 15 at 6, 9)** **([#121-18] PLAC 2-12)**

**H.**    "A True Story, Japanese Letter circulating A.I. choose colors, Dark Matter with light shined on it" emailed July 3, 2017 **(Exhibit 17 at 25-29)** **([#121-18] PLAC, p13, 2-13)**

Goode created the "Mega Update" derivative work/fake news based around light and solar events and A.I. **(Exhibit 15 at 3)** and posted related Elon Musk A.I. news article about an 'open A.I. letter.' **([#121-18] PLAC 2-13)**

**I.**    On September 21, 2017, Montalbano emailed the following Dream Visions to Goode: "Red triangle craft," Gold under the Candy Store and Abominable (giant) Beings," and "Sapphire Crown Jewel".    Montalbano emailed Goode on January 6, 2018 about a Dream Vision with a living giant. January 10, 2018 Montalbano Facebook posted a public comment that people would 'likely hear about 'living giants soon" quite likely underground and in Antarctica **(Exhibit 18 at 1-2)** **([#121-18] PLAC 2-14 and 2-15)**

Montalbano's dream vision literary work was about a living giant being in captivity in a high security type military installation and the giant was very nice. Goode created the

mutilated "Mega Update" derivative work/fake news alleging a "secret insider" military friend had been living with volatile living giants and that the giants crash landed in Antarctica and the survivors lived underground.  **(Exhibit 16 at 3-4)**

**J.**     "My SSP involvement? – leading argumentative team to work together" emailed October 19, 2017 to Goode. **(Exhibit 18 at 3-14)**

Goode created the mutilated "Mega Update" derivative work/fake news by stating the SSP (Secret Space Program) (Ufology) people could basically never get along or work together. In Montalbano's original literary work she was getting these argumentative "SSP" people to listen to one another and work together. **(Exhibit 16 at 13-14)** **([#121-18]** PLAC 2-16)

**K.**     "Signing Kings contract for large space object to power earth" emailed August 2, 2017 **(Exhibit 18 at 15-21)**

Montalbano's original literary work described a large space object that was derelict and very banged up looking (monstrosity) that looked like a skyscraper shape, and went into detail describing the paneling. Montalbano had to sign a 'king/president's' contract for the elongated space object that was red/orange/rust color. Goode created the "Mega Update" derivative work/fake news based on a large dinged up (by asteroids), holes, and derelict looking red/orange/rust color outer space object (cigar ship shape) that allegedly just entered the solar system and went into detail about panels and that military people were sent to investigate. **([#121-18]** PLAC 2-17)  **(Exhibit 16 at 14-16)**

L.   "River Walk and Stone Age Dinosaur Hologram Show – Pterodactyl" emailed December 10, 2017 **(Exhibit 18 at 22-31)**

In Montalbano's original literary work she was walking in a river with others to attend a prehistoric Dinosaur hologram show and at one point accidentally took off a chunk of a guy's flesh from his face and heard hawk (**raptor**/dinosaur) cries that sounded like a pterodactyl to Montalbano. Goode's derivative "Mega Update" work incorporated the skin flesh chunk that came off the face of a male but instead the skin chunk came off a dead Pterodactyl type 'alien' species that allegedly lived in water in the derelict space object (ship) and that'd since rotted away and when touched by the military people the skin chunk came off. **([#121-18]** PLAC 2-18) **(Exhibit 16 at 13, 16-17)**



January 1, 2018 Goode also tweet posted "Raptor body found? Happy New Year! CG: 'Jurassic Legion Addition: Dino-Like Corpse Featuring Flesh Grabs…"

**M.**     "Forrest and Glyph Kisses Portal" emailed July 8, 2017 **(EXHIBIT 19 at 1-5)**

Goode created the "Mega Update" derivative work based on glyphs and math being used as portals and described glyphs in his derivative work similar to what Montalbano drew in the dream journal record. **([#121-18]** PLAC 2-19) **(Exhibit 16 at 17)**

**N.**     "Watermelon advanced Mathematics of the Universe tech" emailed August 7, 2017 **(EXHIBIT 19 at 6-14 (in particular 8, 13-14)**

In the dream Montalbano was performing math calculations of the universe so fast it was beyond conscious human brain comprehension. Goode created the "Mega Update" derivative work based on (hieroglyphs) being a mixture of a language and a hyper-dimensional math similar to the hyper-dimensional math of the Universe performed by Montalbano in the dream journal record. **(Exhibit 16 at 17)** **([#121-18]** PLAC 2-20)

**176.**     In "Mega Update" Goode also stated the following **(Exhibit 15 at 11)**:

>     Section Titled: "BEGIN COREY GOODE UPDATE"
>
>     *"COREY GOODE: "**I have been receiving a clear uptick in dream communications** with Tear-Eir over the last **ten weeks**."*
>
>     (Tear-Eir is Goode's publicly claimed alien Blue Bird friend)

Upon information and belief Goode's "uptick in 'dream communication" is reference to Montalbano's approximate 500 literary works IP (dream journals) that he defrauded Montalbano of during 2017 and used extensively in his alleged "Mega Update."

177. The "Mega Update" is still published online, and still no remedy or attribution has been given to Montalbano as the source of the stories.

178. Goode, GES, and Wilcock, knew, or should have known since April 2018 [#135-2 USPS Certified Mail PLAC; #295-1, PLAC], Montalbano's original stories should not be turned into derivative works or used in their business, in print or broadcast mediums, without the explicit consent of Montalbano.

179. Goode and Wilcock have never told the public the Mega Update is fiction or partially fiction.

180. Goode and Wilcock, presented the "Mega Update" as if Goode's literal alien contact experiences (Exhibit 15 at 4); when they reasonably knew or should have known this was false; but they presented the story as true with the intent that the general public would trust and rely on them and buy their business products.

**TWEET**

181. January 8, 2018 Montalbano emailed Goode about a dream he'd been in mumbling "why me" regarding himself.  January 11, 2018 Goode Tweeted  he kept allegedly being told by others to read an article that included the lines "Why me and Why now?"  under heading "Anger, Bargaining, & Depression".  (EXHIBIT 20)

182. Upon information and belief, Goode has read all of Montalbano's emails delivered to him 2016 to 2018 and intentionally found articles or posted topics related to the content of Montalbano's emails, with the intent Montalbano would see it and keep sending him Intellectual Property records for free.

## WILCOCK 'UPDATE'[20] Skull Asteroid [21]

183. August 3, 2017 Montalbano emailed Goode Dream Vision titled "Argon Warning" with a skull image drawn with it. On December 25, 2017 David Wilcock published "Stunning New Briefings" that included an image of a skull shaped asteroid. Upon information and belief Mr. Goode delivered the dream journal record to Mr. Wilcock for him to find the skull asteroid 'news' article. **(EXHIBIT 21)**

184. Upon information and belief, Goode shared Montalbano's Intellectual Property records with Wilcock, for him to find news or create fake news related to the content of Montalbano's emails, with the intent Montalbano would see it and keep sending Goode Intellectual Property records for free.

## COSMIC DISCLOSURE - BROADCAST INFRINGEMENT DERVIATIVE WORK

185. Goode and co-host Wilcock also used Montalbano's <u>unpublished</u> Dream Vision IP literary works to create fake news and derivative works seen in the Cosmic Disclosure shows, broadcast by GAIA.

A. "Cigar Ships Beamed Up" (3D Light Puzzle), "Help ETs", "Portal Threads," "Galactic Family," "White Light Magik" emailed June 15, 2017 from AriStoneArt@Ymail.com

---

[20] https://divinecosmos.com/davids-blog/1223-targeted-arrests/
[21] https://www.dailymail.co.uk/sciencetech/article-5201985/Terrifying-dead-comet-looks-like-SKULL.html

to sba.producer@gmail (Roger Richards) and spherebeingalliance@gmail.com with "Dream Intel.pdf" attached **(EXHIBIT 22 Dream Journal 3D Light Puzzle)**

Goode created derivative works/fake news for Cosmic Disclosure, Season 8, Episode 14[22], December 5, 2017,  using Montalbano's original unpublished literary work where Montalbano went up in a wave beam to a spaceship and entered a room with a female teacher and two kids (one boy, one girl) assembling a 3D light puzzle with the mind. In the dream all the beings on the spaceship looked humanoid. In the related dream sequence islanders were looking at Montalbano for being a 'white girl' . In Goode's derivative broadcast work rendition he made himself one of the kids assembling the 3D light puzzle with his mind, stated he noted a distinct brother and sister on the ship (also kids), and the female teacher was a white 'nordic' human looking alien. Goode also claims all the beings he saw looked human. **[#121-18,** PLAC 2-21]  **(EXHIBIT 23 Video)**

186. *Palmer v De Witt,* 47 N.Y. 532, 536 (N.Y. 1872) "The author of a literary work or composition has, by law, a right to the first publication of it. He has a right to determine whether it shall be published at all, and if published, when, where, by whom, and in what form. This exclusive right is confined to the first publication."

187. Goode, GES, and Wilcock, knew or reasonably should have known they have been taking away Montalbano's first publication rights, since April 2018.

---

[22] Montalbano believes some of the episode numbers changed when Goode's episodes were being removed from broadcast.

188. *Bobbs-Merrill Co. v. Straus,* 147 F. 15, 18 (2dCir. 1906) "The owner of the common-law copyright has a perpetual right of property and the exclusive right of first general publication, and may, prior thereto, enjoy the benefit of a restricted publication without forfeiture of the right of general publication." *Aff'd*, 210 U.S. 339, 346 (1908) "At common law an author had a property in his manuscript, and might have redress against anyone who undertook to realize a profit from its publication without authority of the author. *Wheaton v. Peters,* [33 U.S. 591 (U.S. 1834)]

189. Goode, GES, and Wilcock knew, or should have reasonably known, since April 2018 [#295-1 PLAC] that all the emailed Dream Vision Intellectual Property records (2016-2018), belonged to Montalbano and that Montalbano retains rights to be the first to publish her IP and that they should not use it in their business products to profit off of to their benefit and Montalbano's detriment.

## **INTENTION TO DEFRAUD  - RELIANCE**

190. Goode and Wilcock intentionally, knowingly, and repeatedly used Montalbano's original Intellectual Property in their derivative works and public businesses with the intention they would profit from it.

191. Goode and Wilcock made knowingly false representations that they are poor, with the intent the public, and Montalbano, would donate money to them or buy their products.

192. Goode and Wilcock made knowingly false representations that they work with legitimate government whistleblowers or are whistleblowers, with the intention consumers, and

Montalbano, would trust them, buy their products, watch and subscribe to their shows, and attend their for profit events.

193.    Goode and Wilcock made knowingly false representations they use their own Intellectual Property in their public businesses, with the intention that artists and authors, and Montalbano, would think their plagiarized and derivative works were simply spiritual synchronicities, so they could maintain their unauthorized uses for free.

194.  GES, being owned by Mr. Goode, knew the products it sold were not legally theirs, but intentionally continued to use and profiteer off of derivative works or fully plagiarized works, with no attribution, compensation, or regard for the original authors and artists and Montalbano.

195.  Goode, GES and Wilcock, knew or reasonably should have known their alien stories were false, but they intentionally continued to tell them publicly in print and broadcast as if true, to profiteer off of people, and Montalbano, relying on them as true and buying their products.

**LIGHT WARRIOR LEGAL FUND DONATIONS**

196.    Goode has regularly used lawsuits as a way to garner donations off of the public since as early as 2012. [#308-6 at 9 Goode 2012 Facebook post, asking for donations for a lawsuit]

197.    LIGHT WARRIOR LEGAL FUND LLC, made knowingly false representations of 'fight the dark alliance' and other 'criminals' (¶108)  for the purpose of acquiring donations and to fund defamation and harassment campaigns against Goode and Wilcock's business competitors, while simultaneously profiteering off of their business competitors' destruction, including Montalbano. (Defamation Claim ¶¶273-283)

198. Goode, GES, Wilcock, and LWLF, made knowingly false representations and disparaged their business competitors as criminals, stalkers, or dark alliance with the intention of destroying competing businesses and driving consumers to donate money to them and buy their products for profiteering.

## **DAMAGES AND REMEDIES**

199.      As a result of Goode and Wilcock's fraudulent misrepresentations, Montalbano has been directly damaged by purchasing books (¶75), GAIA subscriptions (¶26, ¶89), paying to attend public events (¶51, ¶76), and making monetary donations to their schemes (¶55, ¶102-103).

200.  As a result of Goode and Wilcock's fraudulent misrepresentations, Montalbano has endured years of lawsuits (¶¶64-71) and related financial losses to protect her Intellectual Property and restore her reputation; to include at least $116,600 [#325-2] in damages in Mesa Court, due to being pro se and not having proper legal training to navigate the legal system for remedy and relief.

201.  As a result of Goode and Wilcock's fraudulent misrepresentations that they are dream teachers, dream psychics, and alien dream contactees, Montalbano was damages by relying upon this as true and sharing hundreds of her private Intellectual Property dream journal records with Goode (¶52), Wilcock, and their associates, valued at thousands [#295-1], hundreds of thousands, and even millions or billions of dollars' worth of raw unpublished story materials[23].

---

[23] In Goode's deposition he also stated 'his story' was valued as even a billion dollar market.

202.     Montalbano has suffered loss of professional business growth (sales of her book Dreams The Missing Text [#121-25 at 1-2]) and loss of personal and professional reputation in the spiritual community as a direct result of Goode and LWLF falsely alleging to mutual consumers, peers, and potential employers that Montalbano is a criminal, when Goode and LWLF know this to be false.

203.     Montalbano has suffered emotional damages from ongoing embarrassment, anxiety, and severe emotional distress from these fraudulent misrepresentations and having to address them in court for remedy and relief.

204.     Based upon the facts of Fraud Montalbano believes she is entitled to:

   a.   Declaratory relief for all the emailed unpublished Intellectual Property records delivered by mistake and error to Mr. Goode and GES due to belief in Goode and Wilcock's public frauds.

   b.   Compensation for loss of ARI STONE ART LLC business investments and growth since 2017 due to the fraudulent misrepresentations and having to spends thousands of dollars in court fees, mailing fees and other expenses to investigate the fraud, instead of investing it in Montalbano's own business success;

   c.   Compensation for inability since 2018 to get a full time job due to investigating the fraud and spending thousands of hours litigating it;

   d.   Recovery of all event fees and related services paid for by Montalbano while believing in The Enterprise's frauds,

e.   Recovery of donated money,

**f.**   Compensatory/Actual Damages

**g.**   Presumptively agreed upon damages in the PLAC mailings, to include the unrebutted PLAC contract claims ($68,012) and royalties at a rate of 50% and additional fines and fees for continued misuse since April 18, 2018, plus $50 per day for failure to make payments for presumptively agreed (mis)uses. [#121-18 at p4-7, p 11]

h.   Award of profits that were obtained by the counter-defendants' Goode, Wilcock, and their associates, via their creation and sale of derivative works in both print and broadcast mediums notably presented as fake news or as Goode's alleged life experiences, and as cited in the unrebutted PLAC, be awarded to Montalbano. **[#121-18]**

**i.**   compensation for mistakenly donated Intellectual Property,

j.   Economic losses that are the direct and natural consequence of the misrepresentation. Lewis v. Citizens Agency of Madelia, Inc., 235 N.W.2d 831 (Minn. 1975).

k.   Recovery of all costs involved with investigating The Enterprise's fraud to include compensatory damages for time researching it (April 2018 to current), and legal expenses to include compensation for time spent litigating ($150/hr);

l.   Punitive damages for defendants intentionally disregarding the rights of others and deliberately acting with indifference to that risk;

**m.**   Any other relief the Court deems just.

## **(Prior Count 9)**

## (2)   COPYRIGHT INFRINGMENT COMMON LAW AND FEDERAL TITLE 17

### Goode, GES, Wilcock

205. This Copyright claim is filed pursuant Title 17, Chapter 1, §101-104, 106, 106A; and Remedy and Injunctive Relief sought under Chapter 5, §502, 504, 505, and 512. This court has supplemental common law jurisdiction for Montalbano's unpublished works, and Constitutional Law (United States Constitution, Article 1, Section 8, Clause 8) jurisdiction over the entire copyright claim.

206.   Montalbano incorporates the General Allegations in (¶52, ¶¶56-63) by reference.

207.   Montalbano incorporates by reference the Fraud claim; and in particular paragraphs ¶82 f., ¶84 h., ¶90, ¶¶135-136,, ¶¶169-171, ¶¶173-180, ¶¶185-189.

208. Montalbano is the sole artist and author of the Intellectual Property ("IP") delivered by mistake and error to Mr. Goode and Mr. Wilcock, largely during 2017, by email, due to belief in their frauds.

    a.   Montalbano is the sole owner of Gmail email account, PurpleMagus374@gmail.com and Yahoo email account aristoneart@ymail.com; which are the email addresses used to deliver the approximate 500 Intellectual Property short story records to spherebeingalliance@gmail.com (Goode and GES) and/or sba.producer@gmail (Roger Richards).

    **b.**  Samples that Montalbano is the owner and original author of the IP records are contained in **Exhibits 7,  9, 17, 18–22,** showing emails from Montalbano and the cited addresses, with attached journal files, and images of some pages from the attachments. Full records may be acquired from Gmail and Yahoo via subpoena to further verify Montalbano's authorship and legal rights to all the unpublished and emailed IP.

    **c.**  Montalbano is the sole and original author of all the unpublished dream research and dream journal records delivered via the aforementioned emails.

    **d.**  Montalbano is the sole and original author of all the federally published dream research and dream journal records, seen in the federal Copyrights. [#121-25]

209. For all the reasons stated in the fraud claim and in particular at ¶82 f., ¶84 h., ¶90, ¶¶135-136, ¶¶169-171, ¶¶173-180,  ¶¶185-189; Montalbano's federal and common law copyrights have been infringed by Goode and Wilcock via use in their: fake alien, fake life stories, fake whistleblower stories, and fake news narratives; and Montalbano has sustained economic and   non-economic damages.

210. Goode and Wilcock have taken away Montalbano's right to be the first person to publish her own Intellectual Property works or to decide who publishes related or derivative works based on Montalbano's original IP and right to benefit therefrom.  (Fraud ¶¶186-189 Case Law common law rights)

211. Upon information and belief Goode, GES, Wilcock and their networks of associates will not stop taking away Montalbano's first publication rights unless court ordered to stop.

## DAMAGES

212.     Based upon the facts stated herein, Montalbano believes she is entitled to injunctive relief and to recover damages for the foregoing act of Copyright Infringement to include:

    **a.**  Declare all emails and attachments sent from Montalbano to Goode during 2016 - 2018, legally Montalbano's sole Intellectual Property.

    **b.**  Order the defendants stop using Montalbano's IP in their public businesses and frauds.

    **c.**  Attorney/legal fees, to include compensation for time at the $150/hr agreed PLAC rate and damages of $116,600 plus interest for having to litigate the claim in court and obtaining damages.

    **d.**  Any other relief the Court deems just.

**(Prior COUNT 7)**

**(3)   THEFT OF TRADE SECRETS**

**Public Law 114 – 153 (Defend Trade Secrets Act of 2016)**
**18 USC 1836(b),(c),(d) Civil Proceedings for Trade Secret Misappropriation**
**TRADE SECRET MISAPPROPRIATION C.R.S. § 7-74-101 et seq. (CUTSA)**
**United States Constitution, Article 1, Section 8, Clause 8**
**(Goode and Wilcock)**

213. This Court has jurisdiction of this Trade Secret claim under DTSA Public Law No. 114-153; 18 USC 1836(b), (c), (d); and United States Constitution, Article 1, Section 8, Clause 8.

214.    Montalbano incorporates the General Allegations in ¶¶16, ¶18, ¶¶29-47, ¶¶52, ¶¶56-63 by reference.

215.    Montalbano incorporates by reference the Fraud Claim; and cites with particularity ¶¶115-121 (Wilcock dream psychic frauds) and ¶168 (Wilcock plagiarizing Howe's research) and ¶82 f., ¶84 h., ¶90, ¶¶135-136, ¶¶169-171, ¶¶173-180, ¶¶185-189 (infringements)

216.    In a Trade Secret Misappropriation claim the following must be shown:

1. A Trade Secret exists

2. Reasonable care was taken to keep it secret

3. It was misappropriated through improper means such as misrepresentation and fraud

217. Goode, Wilcock, and their network of associates used improper means and misrepresentation [#121-2, #121-7] to defraud Montalbano of her highly rare and valuable Trade Secret dream journal records and custom analyses with intent for Wilcock to acquire and use them as his own or for that of use by another for fake news creation, fake life story creation, or fake alien story-telling (Fraud Claim) and injured Montalbano since December 2016.

## **TRADE SECRET DETERMINATION**

218.     Montalbano has been documenting her dreams (Dream Visions) in writing, in journals and artist sketch books, since 2004. (tangible personal property, Intellectual Property)

219.     Montalbano's dream research is based on firsthand observations, documenting the empirical data, analyzing the data, experimenting with and testing the information observed and documented, and formulating theories based on the empirical evidence and then revising based on new data. (scientific process, in the field of dream research)

220.     Montalbano's dream research, observations, data collection, and custom analyses of the tangible records and data has proven to be extremely successful regarding the prediction of future waking state occurrences, which are in fact first handwritten into a dream journal record and act much like a predictive computer code, but customized to Montalbano particular neural centers and the codes are organically generated, days, weeks, months, or even years prior the physical waking state occurrence(s) or event(s).  (Trade Secret IP)

221.     A Trade Secret is defined by statute as 'a scientific process' (sic) **"or other information relating to any business or profession which is secret and of value."** (CUTSA CRS 7-74-102(4)) and can essentially be anything that confers value to a business.

222.     According to Psychology Today in internet article titled **"How Do Scientists Study Dreams?"** posted May 15, 2015 by Michael J. Breus Ph.D, it states:

(retrieved November 9, 2020 from https://www.psychologytoday.com/us/blog/sleep-newzzz/2-1505/how-do-scientists-study-dreams

"We can think about **the scientific study of dreams** in different ways.  One approach to dream investigation **involves the study of dream content – the themes, emotions, images, and events that occur and unfold within dreams themselves.**  *Another aspect of dream research looks at the activity of the brain and body while dreaming occurs.*  These two broad avenues often **intersect overlap, with scientific inquiries that examine both dream content** *and dream mechanic.* Some of the latest and most illuminating advances in dream research do just that.  Both ways of investigating dreams can shed light on the nature and purpose behind our very complicated and compelling ability to dream."

"Among other things, this **method of studying dreams has allowed scientists to make associations** *between characteristics of dreams and certain phases of sleep – both REM sleep and non-REM sleep – **and to link dreaming experiences with specific neurological activity.*  Scientists also use dream reports that have been created by people sleeping at home, in their natural sleep settings.**"   (emphasis added)

223.     Montalbano's dream journal records (Dream Visions) and associated discoveries, observations, and theories, are considered scientific research in the field of dream research and thereby a trade secret. **Exhibits 7,  9, 17, 18–22,**

224.     In the field of predictive dream research, having dream journal records (Dream Visions) that actually show in some capacity (literal) coming future waking state events and people, these records are something of great value in the profession of predictive dream research and thereby a trade secret.

225. The following are examples[24] of prior documented dream journal records, belonging to Montalbano, that occurred in waking states post Montalbano's dream journal documentation:

A. Covid vaccine controversy - filed on the Mesa Court record prior waking state occurrences. [#231 at 11-13 and exhibits #231-2]

B. Montalbano's arguments with Judge Flynn in waking states, specific to dates and legal documents, and dream vision prior emailed to Goode during 2017.[#338 at 8-12, and Exhibit #338-3]

C. Montalbano and Wilcock hover car dream conversation prior emailed to Goode during 2017, and prior Wilcock's hover car course scam 2019.[#262 at 10-11 and Exhibits #262-1, #262-2]

D. Recent Ohio train wreck (February 2023) and similar dream vision (dated March 5, 2017) emailed to Goode  July 25, 2017 showing the explosions, poison gasses (fire orange), death of animals and river/drinking water pollution and testing. **(EXHIBIT 24)**

226. All the emails written (over 400) with attached dream vision records and research  sent by Montalbano to Goode (2016 to current) are Montalbano's sole and separate Trade Secret Intellectual Property and Montalbano is the sole Copyright holder of all images, writings, research, discoveries, and graphics contained therein. (Personal Property) (See Copyright Claim ¶¶208)

---

[24] Montalbano can provide dozens more examples if needed.

## <u>MISAPPROPRIATION</u>

227. "For purposes of a claim for trade secret misappropriation by use, the bar for what counts as use of a trade secret is generally low." *Compulife Software Inc. v. Newman*, 959 F.3d 1288 (11th Cir. 2020)

228. The owner of a trade secret has "63. The right to use one's property as one wishes—either to use the property to its own advantage, to exclude another from its use, or to sell, lease, license or transfer such property to another—is fundamental, and being excluded from the rights inherent in one's property constitutes irreparable injury. *See Douglas Dynamics, LLC v. Buyers Products Co.,* 717 F.3d 1336, 1345 (Fed.Cir.2013)" *Port-a-Pour, Inc. v. Peak Innovations, Inc.*, 49 F. Supp. 3d 841, 872 (D. Colo. 2014)

229. For all the reasons stated in the Fraud Claim and in particular ¶¶115-121 (Wilcock dream psychic frauds) and ¶82 f., ¶84 h., ¶90, ¶¶135-136, ¶¶169-171, ¶¶173-180, ¶¶185-189 (infringements), Montalbano's trade secret IP records were misappropriated by Goode and Wilcock and Montalbano was irreparably injured by them using her property as part of their public frauds for profiteering.

230. Goode and Wilcock took away Montalbano's right to exclude them and the public from prematurely viewing or knowing about Montalbano's private Trade Secret records.

231. Mr. Wilcock publicly claims being a dream psychic and the famous dream psychic Edgar Casey reincarnated. Millions of people believe this to be true and Montalbano also reasonably relied on this as true 2016 - 2018. (¶18 h., ¶38, ¶¶43-47, ¶¶115-121)

232. Mr. Wilcock knew, or had reason to know, he is a fraud dream psychic.(¶¶115-121)

233. Montalbano's dream journals are literally predictive of coming waking state people, situations, and events. (Examples ¶¶225)

234. Mr. Goode and Mr. Wilcock have a pattern of regularly plagiarizing or creating derivative works from other authors', artists' and researchers' Intellectual Property. (See Fraud Claim, ¶¶131-136 (artists), ¶¶123-130 (Relfe 20 and Back))

   a. Mr. Wilcock used Mr. High's predictive ALTA software programs as part of he and Goode's public frauds. (¶172)

   b. Mr. Wilcock plagiarized and broadcast Ms. Howe's whistleblower research (¶168)

235. 'Occult Priestess' stated Mr. Wilcock told her he no longer has dream visions and leave it to Corey Goode. Montalbano reasonably believes this to be true. (¶116)

236. Upon information and belief Goode has shared all of Montalbano's Trade Secret dream journal records with Mr. Wilcock with the intent Wilcock will use them publicly or privately, for profit, for alleged 'psychic dream predictions' and/or in his public dream teaching frauds for more profiteering.

237. Goode and Wilcock have injured Montalbano with their specified uses of Montalbano's private IP records in their public frauds  (Fraud Claim ¶82 f., ¶84 h., ¶90, ¶¶135-136, ¶¶169-171, ¶¶173-180,  ¶¶185-189 (infringements))

238.    Montalbano reasonably believes, if her dream journal records in Goode's email box are not legally declared her Trade Secret IP, Goode and Wilcock will continue to use them in their public frauds and Wilcock will attempt using them for accurate dream predictions, and will continue to injure Montalbano by taking away her right to use her own dream journal records and dream research to her own advantage.

## REASONABLE CARE – TRADE SECRET

239.    Montalbano demonstrated reasonable care to protect her trade secret records, seen in the following facts:

a.    Montalbano could not reasonably foresee during 2016 - 2018 that her dream journal records emailed to Goode and Wilcock would turn out to be literal coming waking state people, situations, and events, or that they comprised trade secret property in the field of dream research. No ordinary person with zero specialization in dream research or scientific dream research studies would think this about their dream journal records, and thereby neither did Montalbano when delivering them to Goode and Wilcock by mistake and error for private discussion (2016-2018).

b.    Once Montalbano began to start becoming aware that her dream journal records were Trade Secret Intellectual Property ("IP") and misappropriated via fraud, Montalbano (to the best her limited legal knowledge ability) took reasonable care to protect her IP by serving cease and desist notices (¶¶60-63); [#121-18 PLAC partial] and noticing Goode and Wilcock the records were private and not to be discussed publicly, April 2018 – June 2018. [#295-1 at 25 PLAC "Remedies"]

c.  Montalbano also tried (unsuccessfully) to keep the Trade Secret records private and out of Goode and Wilcock's public frauds, via Mesa District Civil Court, case 18CV50, June 2018 - August 2020, which resulted in over $116,600 in damages. (¶66, ¶200)

d.  Montalbano could not reasonably foresee 2018 to current, that even more of her journal records prior emailed to Goode during 2016-2018 (and some dating back as early as 2010), would continue to literally occur in waking states; making them even more rare and extremely valuable trade secret IP and dream research.

## **DAMAGES**

240.  Based upon the facts-stated herein, Montalbano believes she is entitled to equitable relief to include declaratory and injunctive relief and to recover compensatory monetary damages based upon the foregoing act of Theft of Trade Secrets; to include:

a.  Declare the emails and attached files, Montalbano's Trade Secret Intellectual Property and order Goode and Wilcock to not use them in their public frauds or disclose any of the content publicly or to any associates.

b.  Attorney/legal fees (including self-representation fees $150/hr. and all costs of court litigation and fees (to include $116,600 plus interest in damages) since June 25, 2018),

c.  Exemplary (restitution) damages for circumstances of fraud, malice, and willful wonton disregard to Montalbano's rights and feelings;

d.  Any other relief the Court deems just.

<u>**(Prior Count 10)**</u>

(4)   <u>DEFAMATION</u>

**(Corey Goode, LIGHT WARRIOR LEGAL FUND LLC)**

**241.**   Montalbano incorporates by reference the General Allegation at ¶¶56-71.

**242.**   Montalbano incorporates by reference the Fraud Claim and in particular ¶¶104-111.

**243.**   Montalbano incorporates by reference the Abuse of Process Claim.

**244.**   Montalbano incorporates by reference the Malicious Prosecutions Claim.

**245.**   Goode and LIGHT WARRIOR LEGAL FUND LLC ("LWLF") defamed Montalbano publicly and privately to third parties, intentionally, negligently, or with reckless disregard of the truth and made knowingly false public and private statements about Montalbano accusing her of criminal acts (stalking, murder, rape, pedophilia), sexual misconduct (as someone having an extramarital affair with Goode), and as someone with a mental disease (crazy, insane, delusional), to others in the same or similar trades and professions of predictive dream research, via libel and slander notably overtly since February 2, 2018 and have regularly publicly escalated their hate speech against Montalbano through to current. **[#121-21]**

**246.**   This defamation by Goode, Wilcock, and their associates embarrasses Montalbano as someone sexually amoral and as a criminal, and destroys her reputation within the same trade and profession that Goode and Wilcock are involved in, dreams, and predictive dream research.

247.    Goode, Wilcock, and their associates defame Montalbano to maintain their public frauds, donation schemes, and their unlawful use of Montalbano's Intellectual Property and dream research.

248.    During 2018 through to current, Goode, Wilcock, and their associates have publically defamed Montalbano as a stalker, murderer, rapist, pedophile, Satanist, human trafficker, cult practitioner, and cabal by labeling her with the term "Dark Alliance." [#121-21]

249.    Goode, Wilcock, and their associates, knowingly participate in defamation practices by spreading lies about Montalbano to millions of people (third parties) in the general public via their worldwide broadcasts and publishing networks. [#121-21]

250.    Goode and his associates have defamed Montalbano in her profession and trade, via (but not limited to): Facebook, Twitter, YouTube, and Reddit. Reaching hundreds of thousands and even millions of people (third parties) with their knowingly fraudulent misrepresentations about Montalbano. [#121-21]

251.    Goode and LWLF knew since at least mid-June 2018 that Montalbano is not a criminal stalker, after Goode lost his criminal stalking claims. (¶¶67-68; Abuse of Process  ¶¶296-237, Malicious Prosecution)

252.    Goode and LWLF knew, or had reason to know, Montalbano has a clean record yet continued to maliciously defame Montalbano as a criminal. (Abuse of Process, Malicious Prosecution)

## DEFAMATION IN TRADE, BUSINESS, AND PROFESSION – EMAIL and PHONE

253.    Mr. Goode defamed Ms. Montalbano as a criminal (stalker) to a mutual Gaia Inc. contact, Ms. Kiersten Medvedich, on June 5, 2018. [#121-8]

254.    Mr. Goode had Montalbano contact by phone his then business associates, Mr. Roger Richards, February 2, 2018. (Goode is now suing Richards in USDC case 20-cv-00947-STV) During the phone call, Richards defamed Montalbano as a 'security risk' and denied her attendance at Goode's then coming event with Joan Ocean Company in Hawaii. Montalbano was subsequently embarrassed to have her money refunded by Joan Ocean Company due to these fraudulent statements.

## INTERNET DEFAMATION

### FACEBOOK DEFAMATION

255.    Goode defamed Montalbano as a stalker by direct implication on his Facebook page @BlueAvians on July 17, 2018 with approximately 100,000 page followers by telling his fans he had to obtain a Protection Order. [#121-21 at p1, p2]

256.    Goode also threatened future defamation of Montalbano by stating he 'hoped to make more public statements in the near future' and since then he has proceeded to do so with severe escalations of hate speech. [#121-21 at p2 ]

257.    Goode has threatened to publicly release the private recorded phone call between Montalbano and Richards', which would only serve to further embarrass and humiliate Montalbano. [#121-21 at p4, Reddit screen shot taken March 18, 2019]

258.    March 17, 2019, Goode's Facebook friend and business associate Mr. Chuck Raymond (a 3D animator for Goode) defamed Montalbano as someone sexually amoral stating Montalbano claims to have sex with Goode in his dreams. Montalbano never told Raymond that and had not made any public statements of having sex (in dream states) with Goode either, that was private information contained in the emails and private dream journal records delivered to Goode. ([#121-21] at p6-7 defamation – Chuck Raymond and CG Facebook)

259.    Raymond went on to defame Montalbano on Facebook in her trade of dream research by stating Montalbano is crazy (mentally diseased) thinking she 'foresees the future' in dreams, when this is exactly what his associates Goode and Wilcock are publicly famous for (with zero proof) yet Raymond doesn't call them delusional or crazy. ([#121-21] defamation – Chuck Raymond and CG Facebook)

260.    March 20, 2019, Goode posted to associate Raymond's defamatory hate speech Facebook post and cited the stalking case he lost against Montalbano (with fabricated evidence) and Goode included Montalbano's actual name with his "(Montalbano vs Goode)" making it clear he's knowingly defaming Montalbano as a stalker since his July 17, 2018 Facebook post.

261.    Goode also escalated Montalbano to be part of his public fantasy "Dark Alliance" and pointed out he also defamed Montalbano live on the Edge Of Wonder YouTube channel broadcast. ([#121-21 at p7] Creepy Clown CG Facebook defamation)

**REDDIT DEFAMATION**

https://www.reddit.com/r/CosmicDisclosure/comments/9xujtc/cg_being_sued_for_fraudi nfringement_poster_on/(Retrieved June 27,2019)([#121-21 at p3-5] Reddit defamation)

262.     On or about November 18, 2018 Goode posted on Reddit internet website with "Cosmic Disclosure" user handle seen in the URL and "SBAGoode" user handle, that Montalbano is a stalker, someone with a mental disease, and that he's going to report these behaviors to law enforcement (criminal/extortion) and proceeds to defame Montalbano as someone sexually amoral having an extramarital affair with himself and he refers to the December 16, 2017 marriage dream.

263.     Goode further defamed Montalbano in the Reddit post in her trade of dream research as being 'delusional' for having legitimate 'prophetic' dreams that showed Montalbano knew (via many tangible dream journal records) what Goode and his attorney, Yanaros, were up to before they did the acts in waking states.

## TWITTER  DEFAMATION [#121-21 at p9-12]

264.     About May 22, 2019 through June 19, 2019 on Goode's Twitter account @CoreyGoode with approximately 23,000 followers (during 2019 hate speech campaign); Goode and a group of his organized cyberstalkers, bullied, harassed, and defamed Montalbano publically as a stalker, cyber stalker, "Dark Alliance," someone sexually amoral having an extramarital affair with Goode, someone with a mental disease, and again defamed Montalbano in her trade of predictive dream research and directed Goode's audience to Goode's November 2018 Reddit hate speech campaign.

265.     Goode has posted a variety of Tweets on Twitter defaming Montalbano as "dark alliance" and a "stalker" by her given name and artist pseudonym, Ari Stone.

266.    Goode has directly stated on Twitter he is Targeting the 'Dark alliance' and  thereby he is knowingly Targeting Montalbano.

## YOUTUBE  DEFAMATION [#121-21 at p13-15]

267.    March 18, 2019 Goode on YouTube channel "Edge of Wonder" with approximately 372,000 subscribers (retrieved July 21, 2019) indirectly defamed Montalbano as a stalker, someone sexually harassing him, and defamed Montalbano in her trade of Dream Research by again citing the December 16, 2017 marriage dream, in YouTube video titled, "*Corey Goode - Alliance Update, Antarctica, Supreme Brand Loves Satan - Edge of Wonder #3.*" and approximately 193,000 views. (times stamps; 1:39:00 to 1:43:00)

268.    February 25, 2020 Goode posted to his "Corey Goode" YouTube account a video titled "ALYSSA CHRYSTIE MONTALBANO aka Ari Stone vs. COREY GOODE" with a write up below the video calling Montalbano a stalker.  (sic):

 "*Alleged cyber-stalker ALYSSA  CHRYSTIE  MONTALBANO  aka  @AriStone  has  worked with the #Dark Alliance Jay Weidner . . . .*" [#121-21 at p13]

269.    On March 2, 2020 Goode posted a short 30 second video to YouTube on his  "Corey Goode" YouTube Account with 4.79K subscribers a video titled "Corey Goode – Litigation Agreement Signed – Jay Weidner – Gaia TV – Law Suits incoming" with 4,814 views (retrieved June 21, 2020) and whereby Goode says nothing but is signing papers. In the description box below he defames Montalbano again as an "alleged stalker" directly by name and her artist name of Ari Stone, when it is clear Montalbano does not even qualify as "alleged" stalker as he lost his stalking cases and claims in the Broomfield Combined Courts

on three separate occasions, mid-June 2018, August 6, 2018 (18C103), and again June 22, 2020 (20C32).

270.    This defamation and knowingly false representations are notably first performed by Goode and his associates, and then their false narratives are promoted as being legitimate news or fact(s) by Wilcock and their network of associates.

271.    Upon information and belief there are more instances of hate speech and public defamation against Montalbano, that Montalbano is yet to become aware of and that will likely surface in the discovery phases.

272.    Goode had a duty to first investigate if Montalbano was actually a criminal before he told the public that Montalbano was, and he did not. Montalbano has a clean record, making it clear Goode's defamation of Montalbano being a criminal, was knowingly false.

## LIGHT WARRIOR LEGAL FUND LLC ("LWLF") [25]

273.    Goode and LWLF (a single member LLC of Mr. Goode's) knew or had reason to know, they were publishing false criminal stalker information about Montalbano, since at least August 6, 2018, when Goode lost his first criminal stalking claim in Broomfield Combined Courts (18C103) (¶¶67-68; Fraud ¶¶104-111, ¶¶196-198; Abuse of Process ¶¶296-327, Malicious Prosecution)

---

[25] https://www.lightwarriorlegalfund.org/

274.   August 6, 2018 the TRO was vacated and case 18C103 dismissed and closed in Montalbano's favor. [#26-2]

275.   After August 6, 2018 and to current, LWLF (Goode) has continued to present Goode's Complaint against Montalbano of alleged criminal stalking as if true [26] to obtain donations, when it knows this is false. (Fraud ¶¶196-198)

276.   LWLF (Goode) intentionally misleads the public to believe criminal stalking case 18C103 is still open to obtain donations, when it knows the case is closed, and in Montalbano's favor.  [#121-2 at 1-9; #254-1]

277.   Nowhere on LWLF's (Goode's) website does it state or show that Goode lost the criminal stalking case (18C103) or that the TRO was vacated and case dismissed in Montalbano's favor. [#121-2 at 1-9; #254-1]

278.   Goode and LWLF (a single member LLC of Mr. Goode's) knew or had reason to know, it was publishing false criminal stalker information about Montalbano, since March 11, 2020, when Goode lost his second criminal stalking claim in Broomfield Combined Courts (20C32) telling the same lies in his second complaint (¶¶328-388).

279.   March 11, 2020, case 20C32 was dismissed and closed in Montalbano's favor. [#26-4]

280.   After March 11, 2020 and to current, LWLF (Goode) has continued to publish and make publicly available Goode's second Complaint against Montalbano of alleged stalking as if

---

[26] https://spherebeingalliance.com/documents/goode-v-montalbano-tro.html

true[27], when it knows this is false and continues to damage Montalbano's public reputation. [#121-2 at 1-9; #254-1]

281.     LWLF (Goode) intentionally misleads the public to believe stalking case 20C32 is still open to obtain donations, when it knows the case is closed, and in Montalbano's favor. [#121-2 at 1-9; #254-1]

282.     Nowhere on LWLF's (Goode's) website does it state or show that Goode lost the second criminal stalking case (20C32) or that the case was dismissed and closed in Montalbano's favor. [#121-2 at 1-9; #254-1]

283.     Injunctive Relief is warranted to stop and prevent further escalation of Goode and LIGHT WARRIOR LEGAL FUND LLC's public and private hate speech and defamation campaigns against Montalbano and to restore Montalbano's reputation to what it was prior LWLF and Goode destroying it since 2018 with malicious and false criminal complaints and public and private defamation per se.

## DAMAGES AND INJUNCTIVE RELIEF

284.     It is self-evident Goode and LWLF will continue to escalate their defamation, hate speech, and harassment activities against Montalbano unless the Court orders it stopped.

285.     Montalbano has sustained significant personal, financial, and profession damages since 2018 due to these non-stop and escalating defamation acts, to include loss of investment money, professional opportunities, professional relationships, and friendships.

---

[27] https://spherebeingalliance.com/documents/goode-v-montalbano-tro.html

286.     Upon information and belief the stalking cases have also caused regular day job employers to not hire Montalbano since 2018 due to it appearing Montalbano has some type of 'criminal record'.

287.     Goode and The Enterprise have been consistently destroying Montalbano's personal and professional reputation, career and life with their public hate speech and defamation campaigns heard by hundreds of thousands and even millions of people, and that are humiliating and cause enormous amounts of distress, anxiety, and ongoing stress and depression in Montalbano.

288.     Montalbano believes she is entitled to Injunctive Relief to stop the Defamation:

   a. **Preventative Injunctive Relief:** to restrain Goode, LWLF, and their associates from further publicly or privately defaming Montalbano on and off court records and to stop promoting the defamation to the public as if it's true.

   b. Removal of all public defamation from the internet as posted by Goode, LWLF , Wilcock, and their associates and issue multiple public retraction apologies at all locations they defamed Montalbano and at all media locations they have the most followers, to include but not limited to: Facebook, Reddit, Twitter and YouTube.

289.     Based upon the facts stated herein, Montalbano believes she is entitled to preventive Injunctive Relief for defamation per se and to recover compensatory monetary damages for the foregoing act of Defamation to include:

a.  compensation for harm to Montalbano's reputation, personal humiliation, mental or physical suffering,

b.  loss of income, or earning capability.

c.  Presumed damages for defamation per se of being fraudulently and maliciously called a criminal stalker by Goode, LWLF and their associates on and off Court records that included fabricated evidence for Court and them publicly showing it as if true.

d.  attorney/legal fees and compensation for self-representation ($150/hr) defending against the defamation per se in multiple Courts since June 2018 (to include the $116,600 'judgment' and related damages trying to stop the defamation as a pro se litigant).

e.  Punitive damages for fraud and willful and malicious defamation and any other relief the Court deems just.

**(Prior Count 14)**

**(5)   Abuse of Process**
**(Goode, Yanaros)**

290.     Goode, and Yanaros, had ulterior motives in the use of Colorado Courts that were not proper in the regular conduct of a lawsuit and that caused damages to Montalbano and the legal actions lacked reasonable factual basis or cognizable basis in law. These actions were malicious and designed solely for the purpose of inflicting psychological, financial, and reputational harm against Montalbano through their complicit and ongoing repeat abuse of the legal process and threats of abuse of the legal process to exert pressure on Montalbano to make her refrain from seeking legal remedy against Goode or to intentionally cause Montalbano to make mistakes in multiple courts as a pro se litigant under duress.

291.     Montalbano incorporates by reference the General Allegation, ¶¶1-71 and in particular ¶¶56-71.

292.     Montalbano incorporates by reference the Defamation Claim.

293.     Montalbano incorporates by reference the Fraud Claim.

## GOODE AND YANAROS FAILED BROOMFIELD STALKING CLAIM
## Mid-June 2018

294.     Goode and Yanaros; attempted to file their first baseless stalking claim in the Broomfield Combined Courts about June 15, 2018, rather than respond to or rebut the presumptive PLAC mailings [#295-1]. The case was rejected due to failure to meet the requirements. (¶65)

295.Goode and Yanaros knew, or reasonably should have known, since June 2018 they did not have a legitimate stalking claim against Montalbano.

## GOODE AND YANAROS BROOMFIELD STALKING CASE 18C103
## July 2018 – Aug 2018

296. July 17, 2018 Goode and Yanaros filed stalking case 18C103 with the Broomfield Combined Courts (¶¶67-68) and obtained a Temporary Stalking Protection Order (TRO) against Montalbano. [#131-3 at 1-3]

297. In Goode's July 2018 Complaint [#26-1] he made materially false statements to open the case and obtain the TRO:

    **A.**    Goode did not check the box [#26-1 at 2] in the verified complaint to declare the lifelong stalking protection order issued against himself by his former employer Darling International. (Darling v Goode, District Court Dallas County, DC-14-04807) [#26-5]

    **B.**    Goode claimed in his verified complaint that Montalbano called him all the time by telephone [#26-1 at 2] when she doesn't have his phone number.

    **C.**    Goode claimed in the his verified complaint, the emails sent during 2016 - 2018 comprised stalking, and claimed under penalty of perjury he was threatened in them by Montalbano. [#26-1 at 2]

    **D.**    Goode also claimed he was being stalked, because Montalbano was serving him pre-litigation stop and desist notices (April 2018-June 2018) [#295-1, PLAC] to resolve matters outside of court. [#26-1 at 2]

298. Montalbano had a clean record, until Goode and Yanaros filed criminal case 18C103.

299. Goode and his Texas based counsel, Yanaros, failed to serve the summons on Montalbano for case 18C103.

300.  Goode and Yanaros withheld the case until only the day prior the hearing, located 5 hours away, taking away Montalbano's right to being duly noticed and burdened Montalbano severely with little to no time to write a defense and no time to find or hire legal counsel.

**EMAILS (2016 – 2018)**

301. Yanaros emailed Montalbano, July 15, 2018, regarding Montalbano's emails sent to Goode 2016 – 2018, and stated, "No one has looked at your emails. You have been told this repeatedly by multiple parties" [#294-1 at 1]

302. Yanaros knew, or reasonably should have known, that Goode made a materially false statement in his complaint that he was 'threatened' in the emails from Montalbano, when she clearly knew he 'hadn't read' any of them.

303. Mr. Goode knew, in claiming to his attorney he never read Montalbano's emails, that his sworn complaint statement of being threatened by Montalbano in the emails, was false.

304. Mr. Goode and Ms. Yanaros, knew, or had reason to know, that emails Goode and Yanaros told Montalbano he never read (the equivalent of spam), did not constitute stalking or probable cause for opening a criminal stalking claim.

## POLICE AND ADMINISTRATIVE THREATS

305. Yanaros never entered case 18C103 Pro Hac Vice.

306. July 24, 2018, during the 1st open stalking hearing. Goode was ordered by Magistrate Russell, to retain legitimate Colorado legal counsel (Ms. Yanaros in Texas did not qualify).

307. July 27, 2018, Yanaros threatened Montalbano with police and administrative court actions for serving pro se litigant Goode with copies of court filed papers. [#315-8 at 15 and 27]

308. Yanaros knew, or reasonably should have known, that Montalbano serving copies of court filed papers to pro se litigant, Goode, did not comprise stalking or warrant threats of police or court administrative action.

## GOODE STALKING PROTECTION ORDER

309. Upon information and belief, Ms. Yanaros had Mr. Goode fill in a standard attorney intake contract, requiring Goode to disclose his lifelong stalking protection order [#26-5] prior assisting him with legal papers and Broomfield Combined Court criminal filings.

310.   Ms. Yanaros knew, or reasonably should have known, that Goode's statement in the verified complaint that he was unaware of his own lifelong stalking protection order, was false, and that she had a duty to instruct him to check the box [#26-1 at 2] and declare it, and she did not.

311. Mr. Goode knew he had a lifelong stalking protection order entered against himself, since 2014, and knowingly failed to declare it on the Broomfield Combined Court record.

312. Mr. Goode knew, or had reason to know, as a legal stalker, that Montalbano sending him emails (2016-2018) and stopping when asked (aside from state court communications, 2018 forward), and paying to attend his public events during 2017, and sending notices of pending litigation early 2018, did not constitute stalking.

313. Upon information and belief, Ms. Yanaros instructed Mr. Goode to not disclose his lifelong stalking protection order in the complaint, as otherwise the Broomfield Court might deny their stalking TRO request against Montalbano.

314. Montalbano filed Goode's lifelong stalking protection order information in case 18CV50 December 11, 2018 and again February 4, 2019.

## CIVIL LAWSUIT 18CV50

315. Montalbano opened civil case 18CV50, June 25, 2018, in Mesa District Civil Court, after giving Mr. Goode lawful opportunity to remedy the Intellectual Property uses outside of litigation, April 18, 2018 – June 25, 2018 (¶66).

316. Montalbano was again in communication with Yanaros July 1, 2018 – July 15, 2018, regarding service of process of Goode for civil case 18CV50. **(EXHIBIT 25)**

317. On July 13, 2018, Yanaros stated she and Goode would enter civil case 18CV50 by filing a Motion to Dismiss.  July 15, 2018 Ms. Yanaros stated the only settlement she and Goode would accept was for Montalbano to drop the civil case and claims and accept a criminal stalking protection order instead. [#294-1 at 1] Montalbano declined. **(Exhibit 25)**

318. Two days later, July 17, 2018, Goode and Yanaros opened Broomfield Combined Court stalking case 18C103.

319. Ms. Yanaros knew, or had reason to know, since July 1, 2018, that Goode's statement in his complaint that Montalbano was allegedly stalking him via: 'only threating a lawsuit and not actually opening one', was false, as Ms. Yanaros was in personal communication with Montalbano regarding service of process of Goode for civil case 18CV50 two weeks prior she and Goode opening case 18C103.

## FRAUD ON THE COURT

320. Goode and Yanaros knew, or reasonably should have known, that making multiple knowingly false statements of material fact on the Broomfield Court record to open a criminal stalking to and obtain a criminal TRO against Montalbano because she was seeking legal remedy and relief against Goode for defamation and Intellectual Property infringement, is an abuse of process and the both could reasonably foresee that it would cause severe personal and professional damages to Montalbano.

321. Goode and Yanaros had no probable cause for filing case 18C103, and could not accomplish their goal of obtaining a TRO by using the court as designed (i.e. telling the truth on the court record).

322. Ms. Yanaros, in helping Mr. Goode draft and file criminal court papers against Montalbano, had a duty to ensure Mr. Goode provided materially true information in his complaint, and she did not.

323. Goode and Yanaros placed a fraud on the Broomfield Combined Courts with case 18C103.

## MALICIOUS CRIMINAL CLAIMS – ABUSE OF PROCESS

324. The Colorado Rules of Professional Conduct, CRCP 3.1 (Meritorious Claims and Contentions), 3.3 (Candor Toward the Tribunal), 3.4 (Fairness to Opposing Party and Counsel), 4.1 (Truthfulness in Statements to Others),    4.3 (Communicating with Unrepresented Person, and 4.5 (Threatening Prosecution); forbids attorneys; including out of state attorneys (Yanaros) practicing in Colorado Courts; from opening criminal cases to obtain advantages in civil lawsuits with criminal charges against the civil complaint Plaintiff (¶64-71), and also require them to be honest with opposing parties and not coerce them with threats of criminal charges.

325. Ms. Yanaros had a duty to follow all of the Colorado Rules of Professional Conduct, and she did not.

326. Upon information and belief Goode and Yanaros opened Broomfield Combined Court case 18C103, to gain unfair advantages in the then pending Mesa District Civil case 18CV50 by having criminal charges now showing up on Montalbano's prior clean record.

327. Upon information and belief Case 18C103 was also a SLAPP lawsuit to silence Montalbano from publicly criticizing Goode's public frauds. (Fraud ¶104-111)

## GOODE AND YANAROS BROOMFIELD STALKING CASE 20C32

### March 2020 - June 2020

328.    March 11, 2020 Goode and Yanaros filed stalking case 20C32 against Montalbano in the Broomfield Combined Courts that was administratively closed June 22, 2020 in Montalbano's favor.

329.   Goode again, did not declare his lifelong stalking protection order in the verified complaint.

330.   Ms. Yanaros did not enter case 20C32 pro hac vice.

331.   Ms. Yanaros did not enter Mesa State Court case 18CV50 pro hac vice.

332.   Ms. Yanaros, claimed $116,600 was owed to her for representing Goode in Mesa District Civil State Court case 18CV50. [#325-2 at 4]

333.   Ms. Yanaros, alleging representing Mr. Goode all during case 18CV50, had reason to know or should have known Goode had a stalking protection order issued against himself, since at least December 11, 2018 and again February 4, 2019 (dates Montalbano filed his protection order information in case 18CV50) and had a duty to instruct Goode to disclose this material fact in his second Broomfield Combined Court complaint, and she did not.

334. Goode and his counsel, Yanaros, filed the same criminal stalking complaint and papers on two separate Court Records and cases at the same time (Broomfield Combined Courts and this instant case) (forum shopping).

335.   It is standard knowledge among law students and lawyers, that only the 'State' may prosecute a criminal case (stalking) and not a regular practicing attorney, to include Ms. Yanaros.

336. Ms. Yanaros, as a law school graduate, knew or had reason to know at all times of filing the criminal cases, she did not have authority to prosecute a criminal stalking case or claim

against Montalbano, but continued to threaten Montalbano with criminal lawsuits and continued helping Goode open them with materially false statements in the complaints.

337. Ms. Yanaros, as a law school graduate, knew or had reason to know at all times while she was threatening Montalbano with criminal charges and lawsuits, that she did not have standing to do so and could reasonably foresee she would cause harm to Montalbano.

338. Upon information and belief Case 20C32 was another SLAPP lawsuit to silence Montalbano from publicly criticizing Goode's public frauds. (Fraud ¶104-111)

## **THIS INSTANT CASE 1:20-cv-00742- DDD-KLM   Mar 2020**

339. March 17, 2020 (only 6 days after opening the second Broomfield stalking case) Goode, GES, and Yanaros filed this instant case and alleged criminal stalking against Montalbano among other things. The stalking claim was amended out, for being a criminal claim that Ms. Yanaros could not lawfully prosecute.

340. Ms. Yanaros knew, or reasonably should have known, that attorneys (such as herself) may not bring criminal claims in civil courts.

341. Upon information and belief this instant case is a third SLAPP lawsuit against Montalbano to silence Montalbano from publicly criticizing Goode's public frauds. (Fraud ¶104-111)

## **SLAPP LAWSUITS**

342. SLAPP cases, or Strategic Lawsuits Against Public Participation [#254-3], are lawsuits opened by plaintiffs to silence a defendant from talking publicly about public issues they have a Constitutional first amendment right to speak about.

**343.** 2018 to current, Montalbano has been mildly publicly participating[28] in publicly exposing Goode and Wilcock's public frauds, which are matters of significant public issue. (See Fraud Claim; and Goode's Original Complaint [#1, ¶96] and amended Complaint #111 at ¶¶87-88 Montalbano's Deprogrammer YouTube channel)

**344.** The Fraud claim gives motive for Goode and Yanaros to open the criminal stalking cases against Montalbano, to maintain Goode and Wilcock's unlawful IP uses and continue profiteering.

**345.** The Defamation claim gives motive for Goode and Yanaros to open criminal stalking cases against Montalbano in efforts to make Goode's false criminal stalking statements appear true to the general public and to profiteer with LWLF while simultaneously destroying current or emerging business competitors (Montalbano). (¶¶104-111; ¶¶196-198)

## DAMAGES AND RELIEF

**346.** Montalbano's clean record, reputation, business, dream teachings, and dream book sales have been damaged by Goode and Yanaros' repeat and frivolous criminal cases.

**347.** Ms. Montalbano was damaged financially, having to retain legal counsel and defend against multiple vexatious and malicious extortion cases of Goode and Yanaros' that had no reasonable basis in the law or probable cause.

---

[28] Montalbano has primarily sought relief and 'exposure' via the courts, rather than public discussions or exposures.

348.     Montalbano has been damaged by having to invest most all her time, since June 2018, addressing multiple lawsuits, and researching the law(s) and other matters.

349.     Montalbano's personal and professional reputation  have and continue to be damaged by the ongoing extortion, abuse of process, malicious prosecutions, harassment and libel and slander (defamation).

350.     Montalbano has been damaged emotionally, having to endure enormous amounts of anxiety, stress, and depression due to these repeat vexatious, malicious, and baseless cases.

351.     Montalbano's sleep cycles have been interrupted along with her dream recall, which is crucial to her profession of predictive dream research.

352.     Montalbano's personal life has been severely impacted as she cannot enjoy spending time with her family or friends, or enjoy regular daily life, due to dealing with these many malicious and vexatious cases.

353.     Ms. Montalbano's professional life as an artist and author has been severely damaged as professional associates don't want to work with Montalbano for fear of their own safety, their family's safety, lawsuits, extortion, public defamation, and being harassed like Montalbano has been and has endured for years.

354.     Based upon the facts stated herein, Montalbano believes she is entitled to injunctive relief and to recover damages for the foregoing act of Abuse of Process to include:

**Injunctive Relief**

a.   Order Goode and Yanaros to stop lying on court records and opening vexatious cases against Montalbano.

**Monetary Damages**

b.   Actual damages proximately caused as a result of the proceedings, emotional distress, humiliation, injury to reputation, loss of time and business since June 2018, attorney/legal fees, self-representation fees ($150/hr), and punitive damages for willful and malicious abuse of process to extort Montalbano and any other relief the Court deems just.

**(Prior Count 15)**
**(6)   MALICIOUS PROSECUTIONS**
**(Goode, Yanaros)**

355.     Montalbano incorporates by reference the General Allegations at ¶¶67-68.

356.     Montalbano incorporates by reference the abuse of process claim; and in particular ¶¶296-327.

357.     Upon information and belief, Broomfield stalking case claim (July 17, 2018 thru August 6, 2018, 18C103) was a Malicious Prosecution case.

    **a.**   Montalbano was a plaintiff in then pending Mesa District Civil Court case 18CV50, June 25, 2018, against defendant Goode [#27].

    **b.**   Civil case Defendant Goode and counsel Yanaros filed criminal case 18C103, July 17, 2018, in Broomfield Combined Courts, against civil case Plaintiff Montalbano.(¶¶296-327)

    **c.**   Broomfield criminal case 18C103 was terminated in Montalbano's favor. [#26-2]

    **d.**   Goode and Yanaros acted with malice to bring the charges by opening the case with a materially false complaint. (¶¶296-327)

    **e.**   Goode and Yanaros did not have probable cause to open case 18C103. (¶¶296-327)

## <u>DAMAGES AND INJUNCTIVE RELIEF</u>

358.    Montalbano's clean record, reputation, business, dream teachings, and dream book sales have been damaged by Goode and Yanaros' malicious criminal case.

359.    Montalbano has been financially damaged by having to spend thousands of dollars to hire legal counsel and defend against the malicious case.

360.    Montalbano believes she is entitled to the following Injunctive Relief for Malicious Prosecution:

   **a. Preventative Injunctive Relief:** Restrain Goode and Yanaros from filing any more malicious and baseless criminal cases and claims against Montalbano.

361.    Based upon the facts stated herein, Montalbano believes she is entitled to injunctive relief and to recover damages for the foregoing act of Malicious Prosecution to include actual damages proximately caused as a result of the proceedings, emotional distress, humiliation, injury to reputation, loss of time and business, attorney/legal fees, compensation for Montalbano's times in self-representation ($150/hr), and punitive damages, along with preventive Injunctive Relief and any other relief the Court deems just.

**(Prior Count 19)**

## (7)   Negligence

**James Corey Goode, David Wilcock, Valerie Yanaros,**
**LIGHT WARRIOR LEGAL FUND LLC ("LWLF"),**
**GOODE ENTERPRISE SOLUTIONS INC ("GES")**

362.   This is an action for Negligence against the following defendants: James Corey Goode, David Wilcock, Valerie Yanaros, LIGHT WARRIOR LEGAL FUND LLC ("LWLF"), and GOODE ENTERPRISE SOLUTIONS INC ("GES"), each had a duty they breached and could reasonably foresee would cause proximate damages to Montalbano.

363.   Montalbano incorporates by reference the Fraud Claim.

364.   Montalbano incorporates by reference the Copyrights Claim.

365.   Montalbano incorporates by reference the Trade Secret Claim.

366.   Montalbano incorporates by reference the Defamation Claim.

367.   Montalbano incorporates by reference the Abuse of Process Claim.

368.   Montalbano incorporates by reference the Malicious Prosecution Claim.

**COREY GOODE**

(Defamation, Fraud, Abuse of Process, Malicious Prosecutions)

369. Goode had a duty to tell the truth in the Broomfield Combined Courts, and he did not.

(Abuse of Process)

370. Goode could reasonably foresee that opening two criminal stalking cases against Montalbano with materially false statements in his complaints, would cause personal, professional, and severe emotional damages and legal burdens to Montalbano. (Abuse of Process)

371. Goode had a duty to tell the general public and multiple third parties the truth about Montalbano, that she was not a criminal, stalker, or someone sexually amoral, and he did not. (Fraud ¶¶104-111)

372. Goode could reasonably foresee that telling multiple third parties, mutual consumers, mutual peers, and mutual potential employers (GAIA) that Montalbano was a criminal, stalker, and sexually amoral, when he knew this to be false, would cause personal, professional, and severe emotional damages and harm to Montalbano. (Defamation)

## JAMES COREY GOODE, GES, AND DAVID WILCOCK

(Fraud, Defamation, Copyrights, Trade Secrets)

373. Goode, GES, and Wilcock had a duty to disclose to the public (and Montalbano) that the alien contact stories, government stories, Secret Space Program (SSP) stories, were fiction or partially fiction and they did not.  (Fraud ¶¶77-79, ¶¶137-145)

374. Goode, GES, and Wilcock had a duty to disclose to the public (and Montalbano) that the whistleblowers they presented to the public as legitimate; were in-fact paid actors or people just making up stories, and they did not. (Fraud ¶¶80-88)

375. Goode, GES, and Wilcock had a duty to disclose to the public that the alien contact stories, government stories, Secret Space Program (SSP) stories, were derivative Intellectual Property ("IP") works based on Montalbano's original IP dream journal records or other artists' or authors' original IP works, and they did not.  (Fraud ¶¶122-198)

376. Goode and Wilcock had a duty to disclose to the public (and Montalbano) they were not in-fact poor while seeking donations based on the claims they were poor, and they did not. (Fraud ¶¶91-101)

377. Goode, GES, and Wilcock, could reasonably foresee that stealing and using Montalbano's original art and IP records as if their own to create and profiteer off of unauthorized derivative works since 2017, while lying to the general public about the source of the stories, would cause harm to the original author (Montalbano) by taking away her right to be the first person to publish her own unpublished IP works and benefit therefrom. (Fraud ¶82 f., ¶84 h., ¶90, ¶¶135-136,, ¶¶169-171, ¶¶173-180,  ¶¶185-189; Copyrights; Trade Secrets)

378. Goode, GES, and Wilcock received multiple stop and desist notices April 2018 – June 2018 [#135-2; #295-1, PLAC] demanding they stop use of Montalbano's original IP in their public business and frauds, and they did not. (¶56-71)

379. Goode, GES, and Wilcock had a duty to stop and desist their unauthorized use of Montalbano's Intellectual Property records as soon as they were notified to do so, April 2018, and they did not.

380. Goode, GES, and Wilcock could reasonably foresee after the notices, that their continued unauthorized use of Montalbano's original IP would result in civil litigation, and that litigation would financially, personally, and professionally burden and damage Montalbano; and Montalbano has been damaged in the amount of at least $116,600 (and accruing interest) due

to having to address their ongoing public frauds in the Mesa Court and multiple other courts thereafter to include this instant case.

381.     Goode and Wilcock had a duty to disclose to the public that Montalbano was not in-fact a criminal, "Dark Alliance", or criminal stalker, and they did not. (¶¶29-31; ¶¶39-40;  ¶58; Fraud ¶¶104-111; Defamation)

382.     Goode and Wilcock could reasonably foresee that telling mutual consumers and peers that Montalbano was a criminal, when they knew this to be false, would severely damage Montalbano's reputation, her competing business, and would cause other emotional and financial burdens and damages. (¶¶29-31; ¶¶39-40;  ¶58; Fraud ¶¶104-111; Defamation)

## LIGHT WARRIOR LEGAL FUND LLC (Goode)

(Fraud, Defamation, Abuse of Process, Malicious Prosecution)

383.     LIGHT WARRIOR LEGAL FUND LLC ("LWLF"), a single member LLC company owned by Mr. Goode and formed in Colorado [#308-6 at 6-7], collects money for Mr. Goode, to sue people in court [#121-2 at 1-9;  #254-1].

384.     LWLF (Goode), holds itself out to the public on its website, as a business collecting money for legitimate lawsuits [#121-2 at 1-4], when it knows this to be false. (Fraud ¶¶104-111; Abuse of Process, Malicious Prosecutions)

385.     LWLF (Goode), had a duty to ensure it was in-fact collecting money for legitimate lawsuits and not frivolous or malicious lawsuits solely opened to destroy its (Goode's) business

competitors' reputations (to include Montalbano's) [#121-2 at 1-9;  #254-1] and it did not. (Fraud ¶¶104-111; Abuse of Process, Malicious Prosecutions)

386.    LWLF (Goode), had a duty to investigate and verify first if each person it stated were criminals on its website, were in-fact criminals, and it did not.

387.    As a business collecting money to fund lawsuits, LWLF (Goode), had a duty to ensure the information it published on its website about the people it is suing, are in fact true or that it had reason to believe it is true.

388.    LWLF knew, or reasonably should have known, that Goode's two Broomfield Combined Court stalking complaints were false, and that both lawsuits were dismissed and closed in Montalbano's favor (not Goode's) (¶¶67-70; #26-2   case 18C103 Register Actions, #26-4 case 20C32 Register Actions); but LWLF continued to publish both of Goode's materially false complaints and continued to ask the public for donations to fight Montalbano in court under the false premise Montalbano was a criminal stalker, when it knew this to be false. (Fraud ¶¶104-111; Abuse of Process, Malicious Prosecutions)

389.    LWLF did not tell the public at any time, Montalbano has a clean record.

390.    LWLF did not post anywhere on its website, at any time, that Goode lost both of the stalking cases. Nor did LWLF disclose to the public on its website that the TRO Goode obtained against Montalbano was in-fact immediately vacated.

391.    LWLF, had a duty to disclose the full truth about the stalking cases to the general public, and it did not.

392.     LWLF (Goode), could reasonably foresee that collecting money from the public to fund multiple frivolous SLAPP (Strategic Lawsuits Against Public Participation) lawsuits (¶¶342-345) and malicious criminal prosecution cases against Montalbano based on unprivileged communications to third parties of knowingly false statements about Montalbano, (Fraud ¶¶104-111) would cause severe ongoing court burdens, and ongoing harassment from its sole proprietor (Goode) against Montalbano, and that it would inflict excessive financial harm, personal, professional, reputational, legal, and emotional damages upon Montalbano.

### **Valerie Yanaros**

(Abuse of Process, Malicious Prosecutions)

393.     Ms. Valerie Yanaros, a Texas based attorney has been representing or alleging herself as representing Mr. Goode as legal counsel in multiple Colorado courts since 2018.

394.     Yanaros has a duty to uphold Colorado attorney rules of ethical obligations, encapsulated in the Colorado Code of Professional Conduct, to notably include: Rule 4.5 (Malicious Prosecutions for advantages in Civil Cases), Rule 3.1 (Meritorious Claims and Contentions), Rule 3.3 (Condor with Tribunal), Rule 4.1 (Truthfulness in Statements to Other), Rule 4.3 (Dealing with Unrepresented Person); and Pro Hac Vice Rule, Colo.R.Civ.P 205.5(3); and she did not.

395.     Ms. Yanaros had a duty to ensure the complaints she and Goode filed in criminal court, were in-fact materially true, and she did not. (Abuse of Process, ¶¶296-338, Malicious Prosecution)

396.     Ms. Yanaros had a duty to be respectful towards Montalbano and not threaten police, administrative, or criminal actions for matters that did not warrant police actions or criminal threats, and she did not. (Abuse of Process, ¶¶305-308)

397.     Ms. Yanaros could reasonably foresee that not following attorney rules of conduct and participating with Goode in opening multiple malicious criminal stalking (SLAPP) lawsuits (Abuse of Process ¶327, ¶338, ¶¶342-345, Malicious Prosecution) and other SLAPP lawsuits in multiple Colorado courts (Abuse of Process ¶341) against Montalbano (who prior had a clean record) with materially false complaints, would cause severe ongoing court burdens, personal burdens, professional burdens, massive financial burdens, and would inflict emotional damages and harm upon Montalbano as a pro se litigant.

## DAMAGES

398.     Montalbano has been directly (proximately) damaged (injured), since 2017, from all the aforementioned individuals' negligence and gross negligence and as a direct proximate result has:

a.    Been damaged at least $116,600 (plus interest) to investigate and stop fraud and defamation via court.

b.    Lost use of at least $70,000 worth of original Intellectual Property.

c.  Been unable to retain a full time job since 2018 due to having to litigate on her own behalf in multiple courts (Mesa Court, Colorado Appellate Court, Broomfield Combined Court, Denver Federal Court) and having to spend at least 50%-70% of her life and time addressing these ongoing legal problems, public frauds, and related burdens;

d.  Had to visit police and sheriff stations trying to stop harassment, and whereby Montalbano has not needed to visit Colorado police or sheriff stations until dealing with the aforementioned individuals' gross negligence;

  (i)  Broomfield, Colorado Police Department (Incident# 19-351513), June 2019

  (ii)  Grand Junction or Broomfield Police department, July 4, 2019. (Incident # 201938318)

e.  Had to go on Colorado state food and medical benefits, due to not being able to get a full time job or even reasonable part time job due to having to spend so much time dealing with the gross negligence of the aforementioned individuals and upon information and belief being denied employment due to the criminal stalking cases being on the record;

f.  Not being able to spend proper time with her daughter since 2018, resulting in her daughter having to engage in counseling sessions with a certified professional due to the stress and strain of the ongoing lawsuits and harassment to her mom, Alyssa Montalbano;

g.  Loss of over five years of investments and time in her own art business (since 2018), Ari Stone Art LLC, costing thousands of dollars and years of stinted growth;

h.  Accrued years of ongoing personal and professional damages and lack of growth in her legitimate dream research and dream book sales; and Montalbano is no longer able to release Dream the Missing Text 2 as originally planned, June 2023, due to spending thousands of hours and years writing and researching court papers instead of working on Book 2.

i.  Endured years of harassment from Goode and his associates both in and out of courts causing enormous amounts of emotional distress;

j.  Battled with ongoing depression, hopelessness, anxiety, feelings of panic, crying, and anger, due to the gross negligence of the aforementioned individuals;

k.  Loss of her impeccable reputation in the spiritual community, when Montalbano has/had a clean record, is an upstanding member of society and doesn't, drink, smoke, sleep around, or do drugs;

l.  Unable to attend college full time, due to having to spend so much time addressing the gross negligence of the aforementioned individuals in multiple Colorado courts.

m.  No time to get proper sleep, rest, or otherwise take needed breaks (even during holidays to include Christmas) or go on vacation, as whatever extra bits of money Montalbano earned or has saved, is subsequently spent addressing the gross negligence of the aforementioned individuals to defend Montalbano's civil right to the pursuit of happiness;

n.  No time to spend with friends, make new friends, or enjoy life, and barely any time to spend with her immediate family that she lives with, directly due to the gross negligence

of the aforementioned individuals and their non-stop defamation, fraud, harassment, and resultant ongoing litigation issues;

399.     Montalbano believes she is entitled to be compensated by Goode, GES, LWLF, Wilcock, and Yanaros for the aforementioned Negligent acts to include: non-economic losses, emotional distress, lost wages since June 2018, lost business investments, lost time and business growth; punitive damages for Gross Negligence; damages for vicarious negligence whereby LWLF and GES are liable for its owner Goode's negligence, and Negligence per se damages whereby Yanaros failed to uphold rules of professional conduct, and each must compensate Montalbano for years of gross negligence.

**(Prior Count 1)**

**(8)   RICO 18 USC 1962, 1964(c)**

**(Goode, GES, LWLF, Wilcock, WILCOCK FOUNDATION, Yanaros)**

400.     In a RICO claim it has been established that the following four elements must be shown

(1) Conduct

(2) Of an Enterprise

(3) Through a Pattern

(4) Of Racketeering Activity

401.     **The Association-in-fact Enterprise is as follows:**  James Corey Goode, GES, LIGHT WARRIOR LEGAL FUND, David Wilcock, WILCOCK FOUNDATION, Valerie Yanaros,

402.    Montalbano incorporates by reference the Fraud Claim.

403.    Montalbano incorporates by reference the Copyright Claim

404.    Montalbano incorporates by reference the Trade Secret Claim

405.    Montalbano incorporates by reference the Defamation Claim.

406.    Montalbano incorporates by reference the Abuse of Process Claim.

407.    Montalbano incorporates by reference the Malicious Prosecution Claim.

408. 18 USC 1962(c) makes it "unlawful for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt."

409. Under 18 USC 1964(c), an individual may sue in any appropriate United States court and recover three fold damages sustained and the cost of the suit, including reasonable attorney fees, for any violation of 18 USC 1962.

410. Goode, GES, LIGHT WARRIOR LEGAL FUND, Wilcock, WILCOCK FOUNDATION, and Valerie Yanaros, willfully or knowingly committed and conspired to the commission of "racketeering activities" through a "pattern" involving an "association in fact," and effected interstate or foreign commerce in violation of 18 USC 1962.

411.    The Enterprise Defendants have engaged in a pattern of racketeering by committing at least two predicate acts after the effective date of RICO and within 10 years of each individual act. The Enterprise Defendants have violated 18 USC 1343 federal wire fraud, 18 USC 1341 federal mail fraud, and 18 USC 1832 Theft of Trade Secrets, which are identified by 18 USC 1961(1) as indictable predicate acts for purposes of racketeering.

412.    For all the reasons cited in the Fraud claim, The Enterprise Defendants, have engaged in a pattern of racketeering to unlawfully acquired sales and profits, through commission of wire and mail frauds, whereby the Defendants told knowingly fake alien stories (Fraud ¶¶77-79, ¶¶137-167), fake criminal stalking stories (Fraud ¶¶104-111) and fake news stories (Fraud ¶168, ¶¶169-198), via television (¶¶22-28, ¶¶48, Fraud ¶¶73-75), internet (¶¶48-49), and published books (Fraud ¶¶89-90), and have also sold and mailed physical products based on their fake stories, and have also ran knowingly false donation schemes (¶¶53-55, Fraud ¶82 (Peterson), ¶84 h. (Smith),  ¶¶¶102-103 (Montalbano donated); to profiteer off of millions of people, including Montalbano.

   a.  **Goode and Wilcock** make false claims of being poor (Fraud, ¶¶91-101), tell fake alien stories, fake news stories, fake psychic predictions, fake dream claims, and fake donation stories for profiteering. (Fraud, Copyrights, Trade Secrets)

   b.  **Wilcock** finds and promotes fake government whistleblowers. (Fraud, ¶¶80-88)

   c.  **Goode and Wilcock** tell lies to the general public that their business competitors (¶108) are criminals and 'dark alliance'. (Fraud ¶¶104-111, Defamation Claim; #121-5 "Dark Alliance" defined)

   d.  **Valerie Yanaros** then tries to make Goode and Wilcock's defamation of their biggest competitors and most prominent critics appear true by threatening and/or opening malicious and frivolous criminal or civil lawsuits against them (¶108), whereby she and Goode also write and file materially false criminal complaints to open criminal cases and obtain fraudulent TROs against competitors. (Abuse of Process, Malicious Prosecution)

e.  **Valerie Yanaro**s also threatens Goode and Wilcock's critics and business competitors exposing their public frauds[29] with civil litigation (SLAPP lawsuits) (Abuse of Process ¶¶342-345) and criminal charges to coerce them to be silent. (Fraud ¶149; Abuse of Process, Malicious Prosecution)

f.  **LIGHT WARRIOR LEGAL FUND LLC**, collects money from the public for Yanaros and Goode to sue competitors, based on posting knowingly misleading, defamatory, and closed criminal cases to its website (Fraud ¶¶104-111, Defamation ¶¶273-283), prior fraudulently opened by Goode and Yanaros, to coerce its business competitors and public critics to be silent. (Fraud ¶196-198 (LWLF donations), Abuse of Process, Malicious Prosecution); [#121-2 at 1-9 (LWLF website and LLC); #254-1 (LWLF criminal lawsuit claims)]

g.  **GOODE ENTERPRISE SOLUTIONS INC,** participates in Goode and Wilcock's donation schemes in the sales of their fake story products by wire (GAIA TV), (Fraud ¶¶27-28, ¶¶93; **Exhibits 1, 2, 3, 23** (VIDEO Cosmic Disclosure), Copyrights, Trade Secrets) and mail. GES (Goode) was prior contracted with GAIA for the Cosmic Disclosure shows.

h.  Upon information and belief Wilcock placed the Pete Peterson donation scheme monies into the **WILCOCK FOUNDATION** and used them to continue to fund The Enterprises rackets. (Fraud, ¶82 e,; **Exhibit 6 WF 2018 Taxes)**

---

[29] Whom Ms. Valerie Yanaros' sister, Teresa Yanaros, prior worked with marketing and promoting Goode and Wilcock's public frauds via her YouTube channel, other YouTube channels, and also was a speaker at Goode's for profit Eclipse of Disclosure event. (¶¶170-171)

i. Upon information and belief, Goode and Wilcock work with one or more **John or Jane Does, for the Central Intelligence Agency (CIA)** or similar Intelligence interests (such as the DOD, DARPA, USAF, Military), that assist in orchestrating their public frauds. (Fraud ¶¶148-167)

413. For all the reasons cited in the Fraud Claim, Copyright Claim, Trade Secret Claim, Defamation Claim, Abuse of Process Claim, Malicious Prosecution Claim, The Enterprise Defendants, have used the Colorado Courts to further their public wire and mail frauds.

414. For all the reasons cited in the Fraud and Trade Secret claim, The Enterprise defendants have misappropriated Montalbano's Trade Secret Intellectual Property for use in Goode and Wilcock's public frauds.

415. For all the reasons cited herein and in the related claims, the Enterprise Defendants, knowingly worked together to achieve their unlawful goals and acted intentionally and knowingly with reckless disregard towards others and could reasonably foresee that what they were doing would severely hurt others, and in particular Montalbano.

## DAMAGES AND INJUNCTIVE RELIEF

416. Based upon the facts of the foregoing civil act of RICO and Racketeering of Corrupt Organizations; Montalbano believes she is entitled to recover:

a. Actual damages: from The Enterprise, for Event fees, travel expenses, donations, subscription to program fees (Cosmic Disclosure), and unrebutted PLAC agreement damages of $68,012, for unlawful and illicit use of Montalbano's Intellectual Property

within their Racketeering activities and $116,600 (plus interest) for having to litigate their rackets in multiple courts since June 2018 seeking remedy and relief.

**b.** Consequential damages: from The Enterprise, for compensation for loss of business investments, loss of business growth, loss of reputation, loss of investments to private contractors that fell through due to The Enterprises' ongoing racketeering acts, and loss of time since April 2018 due to having to litigating the claims and dealing with multiple malicious prosecution cases.

**c.** Non-economic damages (for mental suffering),

**d.** Attorney/legal fees: to include all costs of this and related malicious lawsuits since June 2018, actual fees, court fees, judgment fees $116,600, self-help fees, and all legal mailing expenses since April 2018, and compensation from Goode/GES as acquiescenced to by them specifically for Montalbano's time spent in self-representation since April 18, 2018 and as cited in the unrebutted PLAC agreements at a rate of $150/hr should Montalbano have to litigate the claims. **[#121-18 at p4]**

**e.** Punitive damages for malicious intent

**f.**  Treble damages for fraud by The Enterprise and any other relief the Court deems just.

**(Prior Count 12)**

## (9)   CIVIL CONSPIRACY
### Common Law
**(Goode, GES, LWLF, Wilcock, WILOCK FOUNDATION, Yanaros)**

417.    Montalbano incorporates by reference the Fraud Claim

418.    Montalbano incorporates by reference the Copyright Claim

419.    Montalbano incorporates by reference the Trade Secret Claim

420.    Montalbano incorporates by reference the Defamation Claim

421.    Montalbano incorporates by reference the Abuse of Process Claim

422.    Montalbano incorporates by reference the Malicious Prosecutions Claim

423.    Montalbano incorporates by reference the RICO Claim

424.    Montalbano incorporates by reference the Unjust Enrichment Claim

425.    For all the reasons stated in the RICO claim at ¶¶412-415 showing the meeting of the minds to conspire to defraud - James Corey Goode, GOODE ENTERPRISE SOLUTIONS INC, LIGHT WARRIOR LEGAL FUND LLC, WILCOCK FOUNDATION, David Wilcock, and Valerie Yanaros conspired together to accomplish their unlawful objective of converting Montalbano's private Intellectual Property materials for use as their own and to profiteer off the general public and Montalbano (Unjust Enrichment) with derivative works (Fraud, Copyrights, Trade Secrets) and defamation SLAPP lawsuit schemes against Montalbano (Defamation, Abuse of Process, Malicious Prosecution)  and caused willful and malicious injury to Montalbano.

426.     These people and entities were in mutual agreement over the course of action and they intentionally and unlawfully acted together to promote Goode and Wilcock's public frauds and caused damages to Montalbano. (RICO ¶¶412-415)

427.     Goode GES, LWLF, Wilcock, WILCOCK FOUNDATION, and Yanaros are in agreement to harm, harass, alarm, and destroy Montalbano's competing dream teaching business and personal reputation so Goode and Wilcock's fraud alien stories and fraud dream psychic businesses and reputations will thrive.

428.     Ms. Montalbano has suffered severe personal and professional damages to her reputation and business since 2017, due to Goode, GES, LWLF, Wilcock, and Yanaros' frauds, harassment, and defamation activities

## **DAMAGES**

429.     Based upon the facts cited herein Montalbano believes she is entitled to injunctive relief and to recover damages jointly and severally for the foregoing act of Civil Conspiracy premised on the underlying civil claims of: Fraud, Copyrights, Trade Secrets, Defamation, Abuse of Process, Malicious Prosecution, RICO, and Unjust Enrichment; to include: attorney/legal fees, actual damages, and punitive damages, along with preventive Injunctive Relief for willful and malicious harassment and extortion by a group of complicit people that caused deprivation and injury to Montalbano, and any other relief the Court deems just.

(Prior COUNT 3)

## (10)  Violation of the Colorado Consumer Protection Act (CCPA)
## C.R.S. 6-1-105(b) and (h)

### (Goode, Wilcock)

430.    Montalbano incorporates by reference the Fraud Claim.

431.    Montalbano incorporates by reference the Copyright Claim

432.    Montalbano incorporates by reference the Trade Secret Claim

433.    Montalbano incorporates by reference the Defamation Claim

434.    Montalbano incorporates by reference the Abuse of Process Claim

435.    Montalbano incorporates by reference the Malicious Prosecutions Claim

436. To prove a private cause of action under the CCPA, a plaintiff must show: (1) that the defendant engaged in an unfair or deceptive trade practice; (2) that the challenged practice occurred in the course of the defendant's business, vocation or occupation; (3) that it significantly impacts the public as actual or potential consumers of the defendant's goods, services, or property; (4) that the plaintiff suffered injury in fact to a legally protected interest; and (5) that the challenged practice caused the plaintiff's injury. *Rhino Linings USA,* 62 P.3d at 146-47 (citing *Hall v. Walter*, 969 P.2d 224 (Colo. 1998)).

437. To establish the public impact element of a CCPA claim, a claimant must prove, among other things, that the alleged deceptive trade practice "significantly impact[s] the public as actual or potential consumers." *Hildebrand v. New Vista Homes II, LLC*, 252 P.3d 1159, 1169 (Colo. App. 2010) (citing *Hall v. Walter*, 969 P.2d at 234) (emphasis added).

438. For all the reasons cited in the Fraud claim Goode and Wilcock have violated the Colorado Consumer Protection Act and in particular C.R.S. 6-1-105(b) and (h), whereby Goode and Wilcock "Either knowingly or recklessly makes a false representation as to the source, sponsorship, approval, or certification of goods, services, or property" (Fraud ¶¶77-88, ¶¶122-198) and "Disparages the goods, services, property, or business of another by false or misleading representation of fact. (Fraud ¶¶104-111; Defamation)

## DECEPTIVE TRADE PRACTICES DURING REGULAR BUSINESS

439. The defendants engaged in unfair and deceptive trade practices that occurred during the regular course of their business, vocation or occupation:

    **a.** Goode and Wilcock broadcast (via GAIA TV ¶¶21 (**Exhibits 1, 2, 3, 23** VIDEO Cosmic Disclosure); and the Internet ¶¶48-49) and publish knowingly false alien stories (¶¶77-79, ¶¶137-145), false Whistleblower stories (¶80-88), fake news stories (¶169-180) fake stories they are poor (Fraud ¶¶91-101), fake stories Wilcock is a dream psychic and the famous dream psychic Edgar Cayce reincarnated (¶18 h., ¶38, Fraud ¶¶115-121), run donation schemes (¶55, ¶82 a-e, ¶84 h., ¶102-103; ¶¶196-198) and profiteer off the general public during the regular course of their business. (**Exhibit 10** Deposition Goode stating Wilcock makes Millions)

    **b.** Goode and Wilcock also told their fake stories at public events with hundreds to thousands of attendees as part of their regular business. (¶¶50-51)

c.   Goode and Wilcock knowingly use other authors' and artists' original Intellectual Property and falsely claim it is their personal experiences, another's experiences, or their own research, when they know this to be false and during the regular course of their business. (Fraud: ¶¶123-130 (Relfe 20 and Back) ¶¶131-136 (artists), ¶168 (Linda Howe Whistleblower Research), ¶172 (Cliff High ALTA research))

d.   Goode and Wilcock knowingly used Montalbano's original Intellectual Property and falsely claim it as their personal experiences, another's experiences, or their own research, when they know this to be false, during their regular course of business.. ¶82 f., ¶84 h., ¶90, ¶¶135-136,, ¶¶169-171, ¶¶173-180,  ¶¶185-189.

e.   Goode and Wilcock knowingly disparage their competitors, critics, and/or artists and authors they steal Intellectual Property from as criminals, when they know this to be false for profiteering and destruction of competing businesses and reputations of critics, during their regular course of business.  (Fraud ¶¶196-198, ¶¶196-198;  Defamation)

f.   Goode also abuses the Colorado Courts (with Yanaros) to try and make he and Wilcock's competitors and critics that they disparage as criminals (Fraud ¶¶196-198, ¶¶196-198, Defamation) appear true, when he knows this to be false, during Goode's regular course of business.  (Abuse of Process, Malicious Prosecutions)

**SIGNIFICANT PUBLIC IMPACT**

440. Goode and Wilcock's fraud significantly impact the public as actual or potential consumers of the defendant's goods, services, or property, into the millions.

    **a.**  Goode and Wilcock's fake stories have reached at least half a million people via GAIA TV broadcasts of Cosmic Disclosure. (¶21 c. GAIA Subscribers over 700k)

    **b.**  Goode and Wilcock's fake stories, false claims of being poor, false psychic claims, false dream teachings, false claims of being under attack by the 'dark alliance', and donation schemes have reached millions of people via their internet networks [#121-7 at 2, para 3] and published books. (¶48, ¶¶89-90)

    **c.**  Goode and Wilcock acquire millions of dollars in products sales, event sales, or donations from the general public based on their fake stories being presented as true, when they know they are false. (**Exhibit 10** Deposition Goode stating Wilcock makes Millions)

## MONALBANO INJURY IN FACT

**441.**  Montalbano has also suffered injury in fact to her legally protected interests (Fraud, Copyrights, Trade Secrets, Defamation) and Goode and Wilcock's frauds (the challenged practice) caused Montalbano's injury.

    **a.**  Goode and Wilcock have acquired money from Montalbano via product sales, event attendance, and donations, due to belief in their public frauds (2016-2018) (¶51 and ¶76 event attendance, ¶89 books, ¶102-103 donations, ¶75 GAIA TV subscription,

    **b.**  Goode and Wilcock knowingly used Montalbano's original Intellectual Property and falsely claimed it as their personal experiences, another's experiences, 'news', or their own research, when they knew this to be false. (¶52 Intellectual Property losses,

Fraud IP losses ¶82 f., ¶84 h., ¶90, ¶¶135-136,, ¶¶169-171, ¶¶173-180, ¶¶185-189; Copyrights, Trade Secrets)

c.  Goode and Wilcock knowingly disparaged competitor and critic Montalbano as a criminal, when they knew this to be false, and caused damages to Montalbano personally and professionally. (Fraud ¶¶104-111, ¶196-198; Defamation, Abuse of Process, Malicious Prosecution)

## DAMAGES

442.  Based upon the facts stated herein Montalbano believes she is entitled to recover damages and injunctive relief based upon the foregoing act of Violation of the Colorado Consumer Protection Act; and prejudgment and post judgment interest on actual damages pursuant HB 19-1289, section 4, 6-1-113; or at the rate provided in 13-21-101, whichever is greater; from the date of first seeking legal relief in court June 25, 2018 and to include actual damages as alleged in the unrebutted PLAC agreements of $68,012 [#121-18 at p5-7 and p11], punitive damages, self-representation compensation ($150/hr, attorney/legal fees and judgment damages ($116,600) plus interest) and any other relief the Court deems just.

**(Prior Count 20)**
**(11)  UNJUST ENRICHMENT**
*See Pulte Home Corp., Inc. v. Countryside Cmty. Ass'n, Inc.*, 2016 CO 64,

**Goode, GES, LWLF, Wilcock, WILCOCK FOUNDATION, Yanaros**

443.    Montalbano incorporates by reference the Fraud Claim.

444.    Montalbano incorporates by reference the Copyright Claim

445.    Montalbano incorporates by reference the Trade Secret Claim

446.    Montalbano incorporates by reference the Defamation Claim.

447.    Montalbano incorporates by reference the Abuse of Process Claim.

448.    Montalbano incorporates by reference the Malicious Prosecution Claim.

449.    Montalbano incorporates by reference the RICO Claim.

450.    Montalbano incorporates by reference the Civil Conspiracy Claim.

451.    For all the reasons stated in the incorporated claims, Goode, GES, LWLF, Wilcock, WILCOCK FOUNDATION and Yanaros are being Unjustly Enriched at Montalbano's expense. They received these benefits under circumstance of fraud and malice and it would be unjust for them to retain the benefit of such without commensurate compensation to Montalbano.

## DAMAGES

452.    Based upon the facts stated herein, Montalbano believes she is entitled to injunctive relief and to recover damages for the foregoing act of Unjust Enrichment; to include economic and non-economic losses arising from the conduct and to be calculated from the date of the first email delivered to Goode December 2016, for pain and suffering, punitive damages, legal fees (to include $150/hr for self-representation), court damages (to include $116,600 plus interest) and any other relief the Court deems just.

## VI.    <u>CONCLUSION AND PRAYER FOR RELIEF</u>

Wherefore based on all the facts and foregoing claims contained herein; Montalbano seeks the following Injunctive Relief against the aforementioned counter-defendants and third party defendants.

A. Enter injunctive relief baring the defendants from any of the aforementioned harmful conduct.

B. Declare Montalbano's Intellectual Property legally hers.

C. Order defendants stop and desist all unlawful use of all of Montalbano's IP materials.

D. Find that all defendants and corporations are liable for their grievances.

E. Order all defendants pay actual and non-economic damages for their fraudulent activities performed against Montalbano.

F. Order defendants pay for the additional damages Montalbano has incurred from their fraudulent misrepresentations regarding Montalbano and for damages incurred from Montalbano's initial reliance on them.

G. Grant Montalbano special damages, due to willful, reckless, wanton, egregious, unfair, unethical, deceptive and unscrupulous conduct by defendants.

H. Grant Montalbano attorney fees, cost and interest, to include compensating Montalbano for acting as her own attorney since April 2018.

I. Grant Montalbano all monetary and other relief available at law and in equity.

## VII.    <u>DEMAND FOR TRIAL BY JURY</u>

Pursuant the Constitution of the United States of America, Bill of Rights, Article VII (FRCP 38(a)), and the Colorado Constitution, Article II, section 10, Montalbano demands trial by jury (FRCP 38) to protect her constitutional rights, private property, and right to life, liberty, the pursuit of happiness and to due process of law for all claims stated herein.

Dated this 17th day of March 2023

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Counter-Claimant, Third-Party Plaintiff, Defendant

### CERTIFICATE OF SERVICE

I certify that on this 17th day of March 2023 a copy of the foregoing Third Amended Complaint was filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5); and upon pro se litigants Mr. David Wilcock and WILCOCK FOUNDATION via USPS first class mail appointed agent CORPORATE CAPITAL INC., Mr. Brent Carlson, 7848 W. Sahara Ave, Las Vegas, NV 89117.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen