## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and  KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant, Third-Party Plaintiff

v.

James Corey Goode, individually
And GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

HEALING AND EMPOWERMENT FOUNDATION
Valerie Yanaros Wilde,  Elizabeth Lorie,
Brian James Flynn, William Campbell,
Matthew Grove,  Diana Terry,
Christina Gomez

Third-Party Defendants.

---

## COUNTER CLAIMANT, THIRD-PARTY PLAINTIFF
## ALYSSA CHRYSTIE MONTALBANO
## ~~FIRST~~ THIRD AMENDED COUNTERCLAIMS COMPLAINT

---

COMES NOW, Counter-Plaintiff, Counter-Claimant, Alyssa Chrystie Montalbano, complaining of James Corey Goode, GOODE ENTERPRISE SOLUTIONS INC ("GES"), LIGHT WARRIOR LEGAL FUND, LLC ("LWLF"),; David Wilcock, THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION (hereafter "WILCOCK FOUNDATION"), and Valerie Yanaros, ~~Elizabeth Lorie, Brian James Flynn,~~ ~~William Campbell, Matthew Grove, Diana Terry, and Christina Gomez,~~ and for causes of action will respectfully show unto the court as follows:

## I.   PARTIES

1. **Counter-Plaintiff, Counter-Claimant, Alyssa Chrystie Montalbano**, is a resident of Mesa County, Colorado, and is the owner of Ari Stone Art LLC.

2. **Counter-Defendant, James Corey Goode** is an individual believed to have a place of residence in Broomfield, Colorado, and is the owner of Goode Enterprise Solutions (GES) and may be served via the CM/ECF system and via his Counsel Ms. Yanaros with an address of: 5057 Keller Springs Road, Suite 300, Addison, Texas, 75001-6916 and via USPS

Certified Mail at 1140 US HWY 287, Suite 400-266, Broomfield, Colorado, 80020. Mr. Goode is being sued in his individual capacity.

3. **Counter-Defendant, GOODE ENTERPRISE SOLUTIONS (GES)** is a corporation in Colorado owned by James Corey Goode and his wife Stacy Goode with a mailing address of 1140 US HWY 287, Suite 400-266, Broomfield, Colorado, 80020, and may be served via the CM/ECF system via its Counsel Ms. Yanaros. GES is being sued in its corporate capacity.

4. **Third Party Defendant, LIGHT WARRIOR LEGAL FUND, LLC,** is a corporation in Colorado owned by James Corey Goode and may be served via its registered agent, Northwest Registered Agent, LLC, address of 1942 Broadway ST. STE 314C, Boulder, CO 80302. Light Warrior Legal Fund, LLC, is being sued in its corporate capacity.

5. **Third Party Defendant, David Wilcock,** is an individual believed to have two places of residence, one in California and one in Colorado. Upon information and belief Mr. Wilcock's primary place of residence is: 1455 Ridge Road, Nederland, Colorado, 80466 and he may served at this address or wherever he may be found, or by way of publication in a newspaper in Nederland or the Boulder, Colorado areas if he may not be found. Mr. Wilcock is being sued in his individual capacity.

6. **Third Party Defendant, WILCOCK FOUNDATION**, is a 501C3 Tax exempt Nonprofit Organization in the care of David Wilcock, and may be served via its registered agent, CORPORATE CAPITAL INC at 7848 W SAHARA AVE, Las Vegas, NV, 89117.

7.  **Third-Party Defendant, Valerie Yanaros,** attorney at Yanaros Law, P.C., may be served at her place of business located at: 5057 Keller Springs Road, Suite 300, Addison, Texas, 75001-6916. Ms. Yanaros is being sued in her individual capacity.

8.  ~~**Third-Party Defendant, Elizabeth (Liz) Lorie,** attorney at LL LEGAL, PLLC, is believed to reside in the state of Florida. Ms. Lorie's true law firm address is unknown as she provided a fake address for legal communication while extorting a witness. Ms. Lorie provided the following fake law firm address: Harbourside Place, 110 Front Street, Suite 300, Jupiter, Florida 33477 (USPS mail was returned as 'refused' and 'not at this address'). (**Exhibit 1** – Lorie Fake Law Firm Address [1]) Ms. Lorie then provided the Mesa District Civil Court record with the following post office address: P.O. Box 7656, Jupiter, Florida, 33468. Ms. Lorie, may be served by publication in the Newspaper in Jupiter, Florida, area or wherever she may be found. Ms. Lorie is being sued in her individual capacity.~~

9.  ~~**Third-Party Defendant, Brian James Flynn** is an individual residing in Grand Junction, Mesa County, Colorado, and is the Chief Judge for the 21st Judicial District. Chief Judge Flynn may be served at his place of employment at the Mesa County Justice Center located at 125 N Spruce St., Grand Junction, CO 81501, or wherever he may be found. Chief Judge Flynn is being sued in his individual capacity.~~

---

[1] ~~Filed as exhibit CB Mesa Court Record March 19, 2020 – Lorie fake law firm address~~

10. ~~**Third-Party Defendant, William Campbell,** is an individual employed at the Colorado Commission on Judicial Discipline and may be served at his place of employment located at 1300 Broadway, Denver, Colorado, 80203, or by publication if he may not be found. Mr. Campbell is being sued in his individual capacity.~~

11. ~~**Third-Party Defendant, Matthew Grove,** is an individual employed at the Colorado Court of Appeals. Judge Grove may be served at his place of employment at the Colorado Court of Appeals located at 2 East 14th Avenue, Denver, CO 80202, or by publication if he may not be found. Judge Grove is being sued in his individual capacity.~~

12. ~~**Third-Party Defendant, Christina Gomez,** is an individual employed at the Colorado Court of Appeals. Judge Gomez may be served at her place of employment at the Colorado Court of Appeals located at 2 East 14th Avenue, Denver, CO 80202, or by publication if she may not be found. Judge Gomez is being sued in her individual capacity.~~

13. ~~**Third-Party Defendant, Diana Terry,** is an individual employed at the Colorado Court of Appeals. Judge Terry may be served at her place of employment at the Colorado Court of Appeals located at 2 East 14th Avenue, Denver, CO 80202, or by publication if she may not be found. Judge Terry is being sued in her individual capacity.~~

14. **John and Jane Does,** are individuals believed to be involved in the following claims and will be determined through the discovery process, and may be sued in their individual capacity.

15. **Unknown Corporate Entities**, unknown subsidiaries and/or corporations are believed to be involved in the following claims and will be determined through the discovery process.

## II.   <u>JURISDICTION AND VENUE</u>

16.   <u>This Court has supplemental jurisdiction of the claims pursuant 28 USC 1367.</u>

17.   The Court has jurisdiction over this action pursuant ~~to;~~ 28 USC §1331 (Federal questions – Constitutional Law federal jurisdiction)~~. and §1343 (Civil rights and elective franchise); and~~ since Ms. Montalbano is suing for relief under <u>Colorado Constitution, Bill of Rights, Section 10, and United States Constitution, Article 1, Section 8, Clause 8, and has supplemental jurisdiction over the related claims.</u> ~~42 USC §1983 (Civil action for deprivation of rights) and 42 USC §1988 (Attorney Fees in vindication of civil rights).~~

18.   The Court has jurisdiction over this action pursuant 18 USC ~~§1964(c) and~~ 1962,  ~~18 USC §1961,~~ RICO,  ~~and the following prohibited acts: §1341 (relating to mail fraud); §1343 (relating to wire fraud); §1589(a)(3), (c), (Forced Labor – threatened abuse of law of legal process and psychological, financial, and reputational harm); §1590 (Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor); §1831 (Economic Espionage) and §1832 (Theft of trade secrets); §1951 and §1952 (interference with commerce by threats or violence / extortion); and §1956 (Laundering of monetary instruments);~~ and since Montalbano is suing for relief under 18 USC §1964(c).

19. ~~The Court has jurisdiction over this action pursuant Title 17 Copyrights, and since Ms. Montalbano is suing for relief under 28 USC §1338.~~

20. ~~The Court has jurisdiction over this action pursuant DEFEND TRADE SECRETS ACT OF 2016 (18 USC §1832 Theft of trade secrets), and since Montalbano is suing for relief under 18 USC §1836(b) (Civil Proceedings – Private Civil Actions).~~

21. ~~The Court has supplemental jurisdiction over the related claims.~~

22. **VENUE** is proper in the District of Colorado pursuant to 28 USC §1391(b) (venue in general); ~~18 USC §1965 (RICO – Venue and process),~~ because some of the Defendants, ~~cross-defendants,~~ or third party defendants are domiciled and/or reside in the District of Colorado and all or a substantial part of the causes of action and impact of those actions accrued in the District of Colorado against a Colorado resident.

~~**III.** **SUMMARY OF CASE AND CLAIMS**~~

~~This counterclaim complaint is extensively long due to the severe problems of prejudice and/or disbelief about Montalbano's Trade Secret claims (seeing and documenting things in dream states prior them occurring in waking states). In addition to that problem, the number of people who have jumped onto the proverbial harassment-of-Montalbano-bandwagon in and out of multiple Courts has also significantly increased the length of allegations along with the severe and growing number of causes of action because the simple matters were never lawfully addressed by Brian James Flynn ('Judge') in case 18CV50, Mesa District Civil Court, since~~

June 25, 2018 and he and other 'judges' have knowingly assisted Goode and Yanaros in their obstruction of justice and violation of Montalbano's civil rights.

Montalbano has stated the claims very simply prior, i.e. Intellectual Property and Trade Secret Intellectual Property stolen via public figures' dream teaching frauds and donation schemes, that adversely impact the lives of millions of people including Montalbano; and Montalbano is stalked in dream states by Goode via his CIA MKULTRA and MiLab (mind control) programs and training, and Montalbano is also cyberstalked and defamed by Goode and his associates in waking states along with them employing repeat abuse of process and malicious prosecutions to extort and coerce Montalbano into dropping charges. Montalbano (still) requires legal investigation to find out what Artificial Intelligence technologies and CIA/military programs are being used by Goode and Wilcock to neurologically and remotely stalk her and how many people and corporations are involved. Montalbano needs Injunctive Relief to stop the ongoing defamation, harassment, malicious lawsuits, and extortion practices of Goode and Yanaros, and for her Intellectual Property to be legally declared hers and to order Goode and his associates to stop using it and/or selling it as their own.

In addition to that, there are many others in the public who have spoken up about all the same problems as Montalbano and who are also victims of the same sleep and waking state stalking, harassment, and defamation, by Goode, Wilcock, and their associates and are also complaining about the ongoing deceptive trade practices by Goode, Wilcock, Yanaros, and Lorie, that have also caused them damages. Lastly, the likelihood of human trafficking by

Goode, Wilcock, and The Enterprise utilizing remote mind control technologies also needs to be legally investigated.

That is the simple summary of the problem.

However, due to the faulty (and literally programmed) belief systems of many people, the following will explain in fuller details some of the science that created the problem(s), show how it is possible via frequencies to knowingly invade dream states for the purpose of mind control via the CIA MKULTRA programs coupled with neuroscience, and will also explain why and how Montalbano's Trade Secret research is in fact science in her field of 'predictive dream research' and show that her claims are based on data and records (science) and as such are protectable by law. Montalbano is in the same field of research as Goode, Wilcock, and the CIA, and whereby the 'CIA' has likely invested quadrillions of the American people's tax dollars into their black operation projects in effort to illicitly discover what Montalbano has researched, documented, and discovered organically. The CIA would refer to Montalbano's research as "Subconscious Isolation."

Finally, it would be highly illogical to think the 'CIA' programs, having invested likely quadrillions of dollars into development, neuroscience research, and related A.I. technology production (including microscopic microchips called smart dust) would not in fact have obtained a degree of success and equally illogical to think their programs would not in fact operate and be readily observable in the very states of mind and consciousness they intentionally target and invade for remote neurological electric (frequency) driving of the brain for mind control; aka dreaming and lucid dreaming states; that occur in the Delta, Theta, and Alpha brain wave

~~frequency states, that are also referred to as 'sleep-wake' states in multiple U.S. patents and the CIA's MKULTRA 'consciousness obliteration' research records.~~

~~The following gives factual and technical background of the CIA MKULTRA problem(s) along with the accompanying causes of actions against multiple individuals, public servants, and corporations participating in this public problem and performing ongoing harassment and obstruction of justice against Montalbano with her case and claims and that Montalbano has been seeking to legally address and correct the problems since April 2018 in accordance with due process of law and her inalienable Constitutional civil rights.~~

## IV.   GENERAL ALLEGATIONS

### RELEVANT BACKGROUND OF PARTIES

**23.**    The Counter-Plaintiff, Counter Claimant, **Alyssa Chrystie Montalbano,** is a private individual residing in Mesa County Colorado and is the owner of **Ari Stone Art LLC (ASA)** with a primary place of business and mailing address in Grand Junction, Colorado, ~~ASA is~~ and incorporated in the state of Wyoming, ~~but is domiciled in the State of Colorado for the purpose of determining jurisdiction.~~

    **a.**   Montalbano is a multi-award winning Author, Artist, and Poet that uses the pseudonym of Ari Stone.

    **b.**   Montalbano is a dream researcher, and writes about and documents dreams (since 2004).

    **c.**   ~~Montalbano has been documenting dreams since 2004.~~

d. ~~Montalbano's dream research and dream journal records (referred to as 'Dream Visions') are not religious or faith based, they are an empirical data collection of first hand observations coupled with theories based on the empirical evidence. (science in the field of dream research)~~

e. ~~Montalbano's dream journal records are created and fixed literary works and all hold common law copyrights and some federal copyrights.~~

f. Montalbano is a Living Now Book Award winning author (2019) for some of her dream research, observations, and theories, contained in her Copyrighted book, "Dreams the Missing Text, What Are They? Why do we Have Them? And how What we do in Them Determines Waking 3D Life Experience". (ISBN 9780996960830)

g. ~~Montalbano's unique designs, art, and fine craft products have been seen in many local art galleries on Main Street in Grand Junction, Colorado, along with her self-published dream books, tarot journals, and coloring books.~~

h. ~~Montalbano's art, fine art crafted products, and books are seen and sold online via the internet and delivered by both post mail and broadcast (internet).~~

i. <u>Montalbano is an award winning design and craft artist with works seen in Grand Junction, Colorado and online.</u> (www.aristoneart.com)

j. ~~Montalbano has never been in the military or knowingly a part of any CIA MKULTRA, MiLab, black operation, or otherwise related programs or experiments.~~

k. Montalbano has a clean record.

24.     Upon information and belief, the Counter-Defendant, **GOODE ENTERPRISE SOLUTIONS (GES),** is a Colorado corporation based out of Broomfield, Colorado, and is owned by James Corey Goode and his wife, Stacy Goode.

    **a.**  GES products, are available online via the internet.

    **b.**  GES products are delivered by postal mail.

    **c.**  GES products, are delivered by broadcast, to include internet, radio, and television.

25.     Upon information and belief the Counter-Defendant, **James Corey Goode,** is a public figure and individual residing in, Broomfield, Colorado.

    **a.**  Goode is a public speaker and public figure.

    **b.**  Goode host's broadcasted shows on television and the internet.

    **c.**  Goode works with multiple associates to create products for sale and notably sells them via GES, to include: videos that are wire broadcast, radio broadcasts, and merchandise products delivered through various postal mail services.

    **d.**  Goode hosts for profit public speaking events or speaks at public events hosted by others. ~~Goode regularly seeks free labor (volunteers) from the public to help with the production of his GES products and/or work for free at his public for profit speaking events, under the premise that the volunteer(s) will receive the 'good will of the people' as the medium of exchange.~~

e. ~~Goode solicits for donations based on his public claims, notably to include his alien experiences with 8 foot plus tall Blue Birds he calls 'Blue Avians' and that he is fighting the 'Dark Alliance.'~~ **([#121-2] Donation Scams** [2] **and; [#121-3] Goode Claims)** [3]

f. Goode was a co-host of the Cosmic Disclosure show (June 2015- June 2018), carried at GAIA and broadcast to the public both nationally and internationally.

g. Goode publicly claims working for the CIA (Central Intelligence Agency) and DOD (Department Of Defense) and that he is a whistleblower of the CIA MKULTRA and MiLab programs. **[#121-3, #121-6] (Exhibits 1 and 2)**

h. Goode told his Alien, SSP, CIA MKULTRA and MiLab, and "Dark Alliance" narratives on his broadcast show, Cosmic Disclosure broadcast (streamed) by GAIA. **(Exhibits 1 and 2)**

i. ~~Goode wrote the Cosmic Disclosure scripts with co-host David Wilcock. (June 2015 – June 2018)~~

j. ~~Goode was formerly employed or privately contracted with GAIA (June 2015 – June 2018)~~

k. ~~Cosmic Disclosure was broadcast globally via GAIA about June 2015- March 2020, with the episodes containing Goode in them.~~

---

[2] ~~Filed as exhibits CI, CJ and CQ Mesa Court Record July 20, 2020 – Donation scams~~
[3] ~~Filed as exhibit BN Mesa Court Record February 21, 2020 – "Mega Update"~~

l. ~~Cosmic Disclosure episodes with Goode in them were removed from public access by GAIA around March 2020.~~

m. ~~Goode was no longer employed or contracted by GAIA at the time Montalbano attempted service of Process for case 18CV50 on June 27, 2018 by Boulder County Sheriff's Office. (Number: C-18001458)~~ [4]

n. ~~Goode has told his 'Alien', SSP, MKULTRA, MiLab, and "Dark Alliance" narratives on major broadcast shows such as The Jenny McCarthy Show. (2019 – current)~~

o. ~~Goode claims contact with his Blue Avian aliens and other alien friends of his begin in dreams and that they use neural interfacing.~~ **[#121-3 at p1, p3;  #121-4 at p1]**

p. Goode claims he is in regular <u>physical and literal</u> communication with alien races <u>and</u> via his dreams <u>to notably include the 'Anchar' alien race and 'Blue Avian' (8 foot tall blue bird alien race)</u>. **[#121-3 ~~at p4; 121-4 at p1~~]**

q. <u>Goode publicly claims he has aphasia (commonly part of dementia) from his CIA service in the "20 and Back" program; where Goode goes 20 years into the future and is then age and time regressed to look like he never left.</u>

r. ~~Goode publicly claims having the following (neural) health disorders.~~ **[26-5 at p5]**

    (i.) ~~(Temporal) Dementia  (Cosmic Disclosure S7 E28)~~ [5]

---

[4] ~~Poof of failed service of Goode at GAIA filed Mesa Court Record July 3, 2018~~

(ii.)   **(EXHIBIT 1; Time Stamp 14:00-14:10 – Aphasis from 20 and Back experiences;** Aphasia (Cosmic Disclosure S7 E28))

(iii.)   C-PTSD (Complex – Post Traumatic Stress Disorder) (District Court Dallas County, Texas, Cause No. DC-14-04807 at 5, lines 9-11) [6] [#308-7 at 22]

(iv.)   Brain Trauma (Traumatic Brain Injury)  (Id. at 5, line 9) [#308-7 at 22]

(v.)   Epilepsy (Seizure Disorders)  (Id. at 5, line 9) [#308-7 at 22]

(vi.)   Eye Retinal Detachment (surgery) (Id. at 8, line 6) [#308-7 at 25]

26. Upon information and belief, Goode has the following skills, training, and military background he claims in his LinkedIn profile

(Retrieved https://www.linkedin.com/in/corey-goode-7024621)

a.  Worked in the **Physical/Electronic Surveillance field** and has worked as a **Network/VM/CITRIX Support/Security**. (Virtual Machines and **computer hacking** 'prevention')

b.  Has advanced knowledge and skills of working with **HyperVisor/VDI Virtualization as a Senior Specialist** (programs that work remotely with networking, computing, storing and processing services via the internet, similar to Google Cloud)

---

[5] Filed as video exhibit BQ Mesa Court Record February 21, 2020 – Cosmic Disclosure  S7E28
[6] Filed as exhibit Z Mesa Court Record February 4, 2019, and exhibit BP February 21, 2020 – Darling v Goode

c.  Has advanced **knowledge of working with satellites, radios (HAM), and remote frequency broadcasts** and performed these services for the **U.S. Department of Defense (DOD) focusing on Civilian Network Connectivity**. (frequency broadcast specialist)

d.  Claims working in "C41 — Command, Control, **Communications, Computers and Intelligence.**" and with FEMA/MEMS.

(i.)  Claims working in the Texas Army State Guard.  **[#26-5 at p5]** [#308-7 at 25]

(District Court Dallas County, Texas, Cause No. DC-14-04807 at 4, lines 1-2)

27.  Goode's LinkedIn page, on or about May 13, 2017 claimed the following skills and background training (retrieved  http://projectavalon.net/forum4/showthread.php?97313-The-Truth-about-Corey-Goode/page14&s=917e6d09bd1a4601d1d50ec285efd9dc post #280)

**a.**  Goode has **actively practiced** Remote Viewing (RV) since 1998 to current.



("REMOTE VIEWING – Definitions retrieved from CIA document CIA-RDP96-00789R003300210001-2 at p9 (sic) "The Acquisition and Description, by Mental Means, of Information Blocked from Ordinary Perception by Distance, Shield, or Time." and "REMOTE

~~VIEWER – A Person who Perceives, Communicates with, and/or Perturbs Characteristics of a Designated Target, Person, or Event."~~

**b.** ~~Claims working for **Microsoft**, XO Communications, and **ABSG/US Bio** (a pharma company that produces flu vaccines and etc.)~~

**c.** ~~Claims working for "Beal Bank," **Federal Reserve Bank** of Dallas, Citigroup Bank and Santander (Bank of Spain).~~

**d.** ~~Claims witnessing a lot of corruption while working in the IT field.~~

28. **Third Party Defendant, Light Warrior Legal Fund, LLC, (LWLF)** is a corporation registered with the Colorado Department of State (CDOS) for doing business in Colorado, with a start date of March 5, 2020. **[#121-2 at p1-p9]** LWLF public records and Goode tweet)

   **a.** LWLF is owned by Mr. Goode.

   **b.** LWLF was started by Goode, to receive public financial donations to fund his lawsuit(s) against Montalbano.

29. **Third Party Defendant, David Wilcock**, is a public figure and individual believed to have places of residence in the states of Colorado, California and Arizona.

   **a.** Wilcock is the former co-host (with Goode) of GAIA's broadcast show, Cosmic Disclosure. (2015-2018)

**b.** ~~Cosmic Disclosure episodes with Wilcock in them with co-host Goode were broadcast globally via GAIA's network, about June 2015 – March 2020.~~

**c.** ~~Wilcock wrote the scripts with Goode for the show Cosmic Disclosure. (June 2015 – June 2018)~~

**d.** Part of Wilcock's job as co-host of Cosmic Disclosure was to find and 'vet' 'secret insiders' that were then presented to the public as legitimate 'whistleblowers' of government programs on the Cosmic Disclosure show, including (but not limited to): James Corey Goode, Pete Peterson, and Emery Smith. (**[#121-4 at p7-8]** David Wilcock (DW) Resignation Letter)

**e.** David Wilcock 'found' the following individuals that he claims are his number one 'secret insiders:' James Corey Goode, Pete Peterson, and Emery Smith. **[#121-4 at p7-8]**

**f.** Part of Wilcock's job as co-host of Cosmic Disclosure was to interview Goode about his 'experiences' in the covert and illicit government programs,  MKULTRA, MiLab, Secret Space Program (SSP), Alien Experiences, dream experiences, and more. **(Exhibits 1 and 2)**

**g.** Part of Wilcock's job as co-host of Cosmic Disclosure was to also interview other 'whistleblowers' about their experiences in covert and/or illicit government programs. **(Exhibit 3 – Pete Peterson and Wilcock)**

**h.** Wilcock was formerly employed or privately contracted with GAIA (about 2012 to July 2018) **[#121-4 at p2]**

**i.** Wilcock is a New York Times bestselling author.

**j.** Wilcock writes about dreams.

**k.** Wilcock publicly claims being a dream researcher since 1992 <u>and claims being a highly accurate psychic and dream psychic</u>. (Cosmic Disclosure, Season 7, Episode 4) [7] <u>1:50 – 1:56)</u> **<u>(EXHIBIT 2 VIDEO)</u>**

**l.** ~~Wilcock publicly claims practicing Remote Viewing and Telepathic Communications since 1996 [8].~~

**30.** Third Party Defendant, **WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION,** is founded by David Wilcock and his <u>(ex)</u>wife Elizabeth Wilcock.

**a.** The WILCOCK FOUNDATION is a 501(c)(3) non-profit organization, ruled tax exempt by the IRS in 2019.

**b.** The WILCOCK FOUNDATION classification code is X99, Religion Related, Spiritual Development N.E.C. within the Religion-Related Spiritual Development category.

---

[7] ~~Filed as video exhibit BR Mesa Court Record February 21, 2020 – Cosmic Disclosure S7E4~~
[8] ~~Id at 7. Mesa video exhibit BR.~~

31. ~~Third Party Defendant, **Brian James Flynn**, is the Chief Judge of the 21st Judicial District of Colorado.~~

    a. ~~Mr. Flynn was assigned as the presiding Officer (Judge) of Montalbano's case, 18CV50, filed against Goode, June 25, 2018. Montalbano sought Declaratory and Injunctive Relief against Goode for Constitutional violations in the form of fraud and theft of Trade Secret Intellectual Property along with seeking relief from defamation and organized stalking.~~

    b. ~~Flynn was not a party in case 18CV50.~~

    c. ~~Flynn took an Oath of Office to both the Constitution of the United States of America and the Colorado State Constitution on January 19, 1995 and again January 14, 1997. [9]~~

    d. ~~Flynn is required by his Oath to honor and uphold the National and State Constitutions and Due Process of Law.~~

    e. ~~A Judge's duties entail reviewing facts, law, and evidence filed in a case and then impartially making decisions, orders, and rulings based on such.~~

    f. ~~Flynn's job in case 18CV50 was to honor his Oath of Office, uphold Constitutional Civil Rights and Laws, read filed papers and issue orders based on fact, law, and evidence and to oversee Due Process of Law in case 18CV50.~~

---

[9] Certified copies of Flynn's Oath of Office were filed as exhibit BA on the Mesa Court Record February 12, 2020

g. ~~Flynn is required by law to follow the Colorado Code of Judicial Conduct in the State of Colorado when performing his judicial duties and presiding over legal cases in the Mesa District Civil Court.~~

32. ~~Third Party Defendant,~~ **William Campbell,** ~~works for the Colorado Commission on Judicial Discipline.~~

a. ~~The Judicial Commission's primary function is to perform discipline of Judges not performing their judicial duties.~~

b. ~~Upon information and belief Campbell took an Oath of Office to the both the Constitution of the United States of America and the Colorado State Constitution.~~

c. ~~Campbell is required by his Oath to honor and uphold the National and State Constitutions and protect Constitutional civil rights of American citizens, through overseeing and ensuring honorable performance of judges in select courts, to include the Mesa District Civil Court.~~

d. ~~Mr. Campbell's job is to discipline and/or remove a judge for failure to faithfully perform their duties or for incompetently performing their duties.~~

33. ~~Third Party Defendant,~~ **Matthew Grove**, ~~is a Judge in the Colorado Court of Appeals.~~

a. ~~Mr. Grove was assigned as the presiding Officer (Judge) of Montalbano's appealed case 18CV50, with assigned appeal case number, 2020CA1775, in the Colorado Court of Appeals.~~

**b.** ~~Montalbano appealed case 18CV50 seeking to have Flynn's civil Rights violation reviewed and corrected.~~

**c.** ~~Grove was not a party in case 18CV50 or 2020CA1775.~~

**d.** ~~Upon information and belief Grove took an Oath of Office to both the Constitution of the United States of America and the Colorado State Constitution.~~

**e.** ~~Grove is required by his Oath to honor and uphold the National and State Constitutions and Due Process of Law.~~

**f.** ~~Grove's duties as a Judge, entail reviewing facts, law, and evidence filed in a case and then impartially making decisions, orders, and rulings based on such.~~

**g.** ~~Grove's job in case 2020CA1775 was to honor his Oath of Office, uphold Constitutional Civil Rights and Laws, follow Court Rules, read filed papers and issue orders based on facts, law, and evidence and to oversee Due Process of Law.~~

**h.** ~~Grove is required by law to follow the Colorado Code of Judicial Conduct in the State of Colorado when performing his judicial duties and presiding over legal cases.~~

**34.** ~~Third Party Defendant,~~ **~~Christina F. Gomez~~**~~, is a Judge in the Colorado Court of Appeals.~~

a. ~~Ms. Gomez was assigned as the presiding Officer (Judge) of Montalbano's appealed case 18CV50 with assigned appeal case number, 2020CA1775, in the Colorado Court of Appeals.~~

b. ~~Montalbano appealed case 18CV50 seeking to have Flynn's civil Rights violation reviewed and corrected.~~

c. ~~Gomez was not a party in case 18CV50 or 2020CA1775.~~

d. ~~Upon information and belief Gomez took an Oath of Office to the both the Constitution of the United States of America and the Colorado State Constitution.~~

e. ~~Gomez is required by her Oath to honor and uphold the National and State Constitutions and Due Process of Law.~~

f. ~~Gomez's duties as a Judge, entail reviewing facts, law, and evidence filed in a case and then impartially making decisions, orders, and rulings based on such.~~

g. ~~Gomez's job in case 2020CA1775 was to honor her Oath of Office, uphold Constitutional Civil Rights and Laws, follow Court Rules, read filed papers and issue orders based on facts, law, and evidence and to oversee Due Process of Law.~~

h. ~~Gomez is required by law to follow the Colorado Code of Judicial Conduct in the State of Colorado when performing her judicial duties and presiding over legal cases.~~

35. ~~Third Party Defendant,~~ **Diana Terry**~~, is a Judge in the Colorado Court of Appeals.~~

Page **23** of **341**

a. ~~Ms. Terry was assigned as the presiding Officer (Judge) of Montalbano's appealed case of 18CV50 with assigned appeal case number, 2020CA1775, in the Colorado Court of Appeals, seeking to have Flynn's civil Rights violations reviewed and corrected.~~

b. ~~Montalbano appealed case 18CV50 seeking to have Flynn's civil Rights violation reviewed and corrected.~~

c. ~~Terry was not a party in case 18CV50 or 2020CA1775.~~

d. ~~Upon information and belief Terry took an Oath of Office to the both the Constitution of the United States of America and the Colorado State Constitution.~~

e. ~~Terry is required by her Oath to honor and uphold the National and State Constitutions and Due Process of Law.~~

f. ~~Terry's duties as a Judge, entail reviewing facts, law, and evidence filed in a case and then impartially making decisions, orders, and rulings based on such.~~

g. ~~Terry's job in case 2020CA1775 was to honor her Oath of Office, uphold Constitutional Civil Rights and Laws, follow Court Rules, read filed papers and issue orders based on facts, law, and evidence and to oversee Due Process of Law.~~

h. ~~Terry is required by law to follow the Colorado Code of Judicial Conduct in the State of Colorado when performing her judicial duties and presiding over legal cases.~~

36. Third-Party Defendant, **Valerie Yanaros**, holds herself up as Mr. Goode's legal Counsel.

    **a.** Ms. Yanaros is an attorney located in the state of Texas and is not a resident of Colorado.

    **b.** Upon information and belief Yanaros took an Oath of Office to the Constitution of the United States of America and the Constitution of the State of Texas to practice law in Court.

    **c.** Upon information and belief, Yanaros  is an attorney licensed to practice law in the state of Texas.

    **d.** Yanaros is not licensed to practice law in the local Colorado State Courts, to include Mesa District Civil State Court and the Broomfield Combined Courts, without first lawfully entering Pro Hac Vice.

    **e.** Yanaros is required by her Oath to honor and uphold the National and State Constitutions and Due Process of Law.

    **f.** Yanaros is required by law to follow the Colorado Rules of Professional Conduct when practicing law in the State of Colorado.

37. ~~**Third Party Defendant, Elizabeth Lorie,** holds herself up as both Mr. Goode and Mr. Wilcock's legal Counsel.~~ **[#121-1 at p6-7]**

    **a.** ~~Ms. Lorie is located in the state of Florida.~~

b. ~~Upon information and belief Lorie took an Oath of Office to the Constitution of the United States of America and the Constitution of the State of Florida to practice law in the Court.~~

c. ~~Upon information and belief, Ms. Lorie is an attorney practicing law in the state of Florida.~~

d. ~~Lorie is not licensed to practice law in the local Colorado State Courts, to include Mesa District Civil State Court and the Broomfield Combined Courts, without first lawfully entering Pro Hac Vice.~~

e. ~~Lorie is required by her Oath to honor and uphold the National and State Constitutions.~~

f. ~~Lorie is required to follow the Colorado Rules of Professional Conduct when practicing law in the State of Colorado.~~

38. **GAIA INC** is a "global conscious media and community company that operates a global digital subscription service that caters to a unique subscriber base." (Docket 17, p15 of 65) GAIA is a Colorado based corporation and their subscription services are notably broadcast via the internet and television.

a. GAIA broadcasts many shows along the lines of metaphysical topics, fringe science, conspiracy theories, historical research, and holistic teachings.

b. GAIA notably only produces 'non-fiction' based shows.

    c.   According to GAIA INC reports[10]  their subscriber base in the fourth quarter of 2017 was 364,500 subscribers. According to globenewswire[11], GAIA reported 550,000 subscribers in in the fourth quarter of 2018. According to globenewswire[12] GAIA reported 728,000 subscribers in in the fourth quarter of 2020. **(EXHIBIT 4 GAIA subscribers)**

    d.  ~~Cosmic Disclosure episodes containing Goode and Wilcock, were carried and broadcast via GAIA to hundreds of thousands and even potentially millions of people around the world, 2015 – current.~~

## V.   FACTS AND ALLEGATIONS RELVANT TO ALL CLAIMS GAIA INC COSMIC DISCLOSURE BROADCAST SERIES

39.  ~~**The Enterprise is as follows:** James Corey Goode, GES, LIGHT WARRIOR LEGAL FUND LLC, David Wilcock, WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION, Valerie Yanaros, Elizabeth Lorie, Brian James Flynn, John and Jane Does, and Unknown Corporate Entities.~~

---

[10] https://ir.gaia.com/news-events/press-releases/detail/243/gaia-reports-fourth-quarter-and-full-year-2017-results
[11] https://www.globenewswire.com/news-release/2019/03/04/1747561/0/en/Gaia-Reports-FY-2018-Results.html
[12] https://www.globenewswire.com/news-release/2021/03/01/2184682/0/en/Gaia-Reports-Fourth-Quarter-and-Full-Year-2020-Results.html

40. ~~The~~ **"Public Servants"** ~~helping The Enterprise are as follows: Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, Christina Gomez, Valerie Yanaros Wilde, and Elizabeth Lorie. Hereafter "Public Servants"~~

41. Cosmic Disclosure is a filmed, audio visual, series produced by GAIA ~~Cosmic Disclosure was~~ and is publicly broadcast and/or streamed ~~by GAIA~~ to computers, electronic devices, and televisions both nationally and globally.

42. ~~Cosmic Disclosure is still being broadcast by GAIA. (2015 to Current)~~

43. Goode and Wilcock were the co-hosts of Cosmic Disclosure, about June 2015 – June 2018 <u>and their show broadcast about June 2015 through March 2020</u>.

44. <u>Goode and Wilcock co-wrote the scripts for Cosmic Disclosure.  (June 2015 – June 2018)</u>

45.    Goode and Wilcock claimed they presented the public with <u>legitimate</u> secret insider intel, whistleblowers, dream prophesies, ascension teachings, alien experiences, and news, on their Cosmic Disclosure shows. **(Exhibits 1, 2, and 3)**

46. Cosmic Disclosure was broadcast to Montalbano's home in Mesa County, Grand Junction, Colorado, via GAIA and their subscription service, about 2015 to 2020~~19~~.

47.    Montalbano saw Corey Goode, David Wilcock, Pete Peterson (deceased), ~~Mark McCandlish (deceased),~~ and Emery Smith, on the Cosmic Disclosure (CD) show <u>and believed them to be legitimate government whistleblowers and dream teachers.</u>~~., and is aware of Jason~~

~~Rice being in more recent CD episodes without Goode or Wilcock in them. (2015 – current)~~ **(Exhibits 1, 2, and 3)**

48.   ~~Montalbano watched the broadcast Cosmic Disclosure episodes with Goode and Wilcock, from Mesa County, Grand Junction, Colorado, in her place of residence~~

49.   Goode and Wilcock were notably using Montalbano's <u>published and unpublished</u> Dream Vision Intellectual Property (IP) materials as content (derivative works) and topics of conversation, on their Cosmic Disclosure show during 2017 and into 2018. ~~(See Claim 9 Copyright Infringement)~~

## COREY GOODE <u>AND LIGHT WARRIOR LEGAL FUND</u> PUBLIC CLAIMS BROADCAST AND PUBLISHED

## <u>DARK ALLIANCE</u>

50.   ~~Goode's mental and otherwise health claims are matters of serious public issue. (¶24, p) (16. m.)~~

51.   ~~Upon information and belief, Goode's mental and otherwise health claims are a result of his Military, CIA, MKULTRA, MiLab, and SSP, mind Control program experiences.~~

52.   ~~Upon information and belief Goode's temporal dementia is hereditary on his father's side, who was diagnosed with it, and recently passed.~~

53.     Goode publicly claims regularly being under 'attack' by the "Dark Alliance" or "cabal." ([#121-5] ~~Dark Alliance)~~ [13]

54.     Goode and LIGHT WARRIOR LEGAL FUND regularly seeks donations of the general public to fight this "Dark Alliance" or "cabal." ([#121-2 at 1-4] ~~Donation Scams — Light Warrior Legal Fund)~~

55.     Goode and Wilcock's publicly well-known definition of "Dark Alliance" are people who threaten to murder them; and in general are horrifying criminals such as: murders, rapists, pedophiles, Cabal, Satanists, and human traffickers (who perform sacrifices) through secret Luciferian Rituals and Cult practices. [#121-2, #121-4 and #121-5]

56.     Goode publicly claims he is a **Secret Space Program (SSP)** whistleblower and that he was part of the government's covert '20 and back' (military) program, where he goes 20 years into the future and is then age and time regressed to look like he never left. He claims he did this three times and that he began this program around the age of 17. . **(Exhibit 1, Video, time stamps 11:00-14:10)** ~~(Statement made by Goode via YouTube channel, Ninety Degree Turns, video titled "#10: Exclusive Never Before Revealed info About the Moon W/ Corey Goode (1/2)" posted July 25, 2019.)~~ [14]

---

[13] ~~Filed as exhibit CR Mesa Court Record July 20, 2020 – Dark Alliance~~
[14] ~~Filed as video exhibit BS Mesa Court Record February 21, 2020 – YT video~~

57.   ~~The US ARMY has an SSP program, where SSP is the acronym for Scientific Services Program, where neuro science is heavily researched and developed.~~ (¶¶194)

58.   Goode publicly claims being in the **CIA MKULTRA** mind control program since about the age of 17.[15] [Also #121-3]

59.   ~~CIA~~ ~~MKULTRA is a personality splitting program for mind control that uses drugs (notably LSD), abuse (including sexual), hypnosis, microchipping, and invasion of neurological and dream states (Subconscious Isolation) through the use of frequencies directed at the brain and body for total consciousness obliteration.~~ ~~(CIA Project Bluebird ¶130, and Telepathic Behavior Modification ¶137;~~

60.   Goode publicly claims being in the **MiLab (MiLitary Abduction)** program since about the age of six (6). (**[#121-6 at p2]** ~~CG MiLab age 6)~~ [16]

61.   ~~MiLab is an illicit MKULTRA personality splitting program for mind control, with the added feature that the perpetrators ("military") cause the victim to think they are being abducted by aliens (for illicit experiments, cult rituals, microchipping, or otherwise) rather than being kidnapped by humans working for illicit factions of the 'government' or black operations.~~ [#121-17 at 7]

---

[15] ~~Id at 11. Mesa video exhibit BS.~~
[16] ~~Filed as exhibit BO Mesa Court Record February 21, 2020 - Psychic Wars with Corey Goode~~

62. ~~Goode publicly claims these deep state~~ **(black operation) programs** ~~(CIA MKULTRA, MiLab, SSP) were/are very dark, involved torture, and that he was required to do remote killings (aka frequency based/Directed Energy Weapon (DEW) assassinations).~~ [17] ~~[#231-1]~~

63. ~~Goode claims being hand selected by the military since childhood for these illicit programs (MKULTRA, MiLab, SSP) due to his rare and strong~~ **Intuitive Empath (IE)** ~~abilities, such as being able to~~ **astral project** ~~at will from his body. (travel in a soul type form, without the physical body, similar to dream states of consciousness and remote viewing)~~ [18]

64. Goode <u>publicly</u> claims being in communication with Alien races in his dream states. **[#121-3 at p4,  #121-6 at p1],** notably 8 foot plus tall Blue Birds or "blue avians' **[#121-3 at p4]**

65. Goode claims <u>physical</u> contact with his alien friends begins <u>first</u> in dream states. **[#121-3 at p1, p4; 121-6 at p1]**

66. ~~Goode notably claims he is regularly in contact with the "Blue Avian" alien race. An alleged alien race of 8 foot plus tall Blue Birds.~~ **[#121-3 at p4]**

67. ~~Goode notably claims dream and physical contact with an 8 foot plus tall Blue Avian named, Ra Tier Eir, whom he claims is the religious deity from the Law of One, Ra texts.~~

---

[17] ~~Id at 11. Mesa video exhibit BS.~~
[18] ~~Id at 11. Mesa video exhibit BS.~~

68. Upon information and belief, "Ra Tier Eir", is a human John or Jane Doe CIA agent or similar government/military employee.

69. Upon information and belief "Ra Tier Eir" (John or Jane Doe) is one of Goode's mind control program handlers. **[#121-3 at p5]**

70. Upon information and belief "Ra Tier Eir" (John or Jane Doe) frequency and otherwise assaults Goode neurologically in and out of his home and after the assaults Goode is neurological altered and hypnotized to falsely think he's having 'loving' experiences with 'aliens.' **[#121-3 at p4-5]**

71. Goode claims being in contact with a female 'alien' named Aree. **[#121-3 at p2]**

72. Aree gives Goode drugs (The Elixir of Isis) and has him strip naked for ritual (ceremony) purposes with her and her 'alien' friends. **[#121-3 at p2]**

73. Upon information and belief, "Aree" is a human John or Jane Doe CIA agent or similar government/military employee. **[#121-3 at p5]**

74. Upon information and belief "Aree" (John or Jane Doe) is one of Goode's mind control program handlers. **[#121-3 at p5]**

75. Upon information and belief, "Aree" (John or Jane Doe) assaults Goode (including sexually), neurologically and otherwise; and after the assaults Goode is neurological altered and hypnotized to falsely think he's having 'loving' experiences. **[#121-3 at p2]**

76.   ~~Goode claims he is Enoch (from the Christian Bible) reincarnated and that his 'alien' friends told him this and that he is a voice piece for these 'alien gods' races to humanity.~~

77.   ~~Upon information and belief Goode's 'alien god friends' are John and Jane Doe CIA agents or similar government/military/black operation employees~~ ~~and are his mind control program handlers that assaults him (including sexually), neurologically, and otherwise; and after the assaults Goode is neurological altered and hypnotized to falsely think he's having 'loving' experiences.~~

78.   ~~Goode claims he and his "aliens'" messages and teachings are of 'Love and Light' and that people who follow his alien teachings will have their vibration (frequencies) raised for 'ascension.'~~ ~~([#121-7] Ascension Plan $333 - at 6 of 20)~~ [19]

79.   ~~Upon information and belief, Goode's 'raised vibrations' are remote neural frequency assault broadcasts on higher frequency spectrums, with lower frequency data packed into them.~~

80.   ~~Goode and Wilcock's publicly proclaimed 'Ascension plan' is a belief system similar to the Christian Rapture. Only instead of Jesus coming and thousands of people disappearing, the aliens will come and take people away via 'ascending' through 'raised vibrations' where people will just 'vibrate' so 'high' they'll just 'disappear'.~~ **[#121-7 at p3-5]**

---

[19] Filed as exhibit CH Mesa Court Record July 20, 2020 – Ascension Plan $333

81. ~~Upon information and belief anyone in the public who 'ascends' with Goode, Wilcock, or their 'alien friends' will in fact be MiLitary Abducted (kidnapped) and used for illicit purposes to include (but not limited to) amoral human experimentation, frequency and neurological torture, body part organ harvesting, human trafficking, sexual assaults, pedophilia, drug and microchip injections, ritual abuse and/or use within black operation programs as mind controlled assets (like Goode and Wilcock) for spreading propaganda/dis-info.~~

82. Goode notably first publicly told his SSP, CIA MKULTRA, MiLab, alien, and otherwise narratives publicly via Cosmic Disclosure. (June 2015 – June 2018) **(Exhibits 1 and 2)**

83. ~~Goode's narratives and claims are wire broadcast, radio broadcast, published, and tangible goods or services are created by Goode, Wilcock, and The Enterprise, that are then sold to the general public based on Goode and Wilcock's public narratives and alien claims,~~

## DAVID WILCOCK PUBLIC CLAIMS BROADCAST AND PUBLISHED

84. David Wilcock is famous for his public claims of being the famous (deceased) dream psychic Edgar Cayce reincarnated.

85. ~~Wilcock is famous for his public claims that he is a highly skilled and developed dream psychic.~~ **[#121 at p6]**



86. Wilcock regularly publicly claims being under attack by the "Dark Alliance" (cabal). **[#121-2]** Pete Peterson Go Fund Me scam, and **[#121-4, #121-5, and #121-7]**

87.     Wilcock regularly asks the public for donations to fight the "Dark Alliance." **[#121-2, #121-4, #121-5, and #121-7]**

88.     Wilcock regularly profiteers ~~and launder's money~~ off of national <u>crises</u> ~~crisis's~~ (to include the COVID pandemic) by instilling fear and telling people he has the solution(s) and he'll help them if they pay for his courses. ([**#121-7**] Ascension Plan $333)

89.     Wilcock regularly asks the public for donations to support him financially so he can keep presenting the public with his 'secret insider intel', 'whistleblowers', and 'news,' to include Goode's alien narratives. **[#121-2,  #121-4, #121-5, and #121-7]**

90.     ~~Wilcock claims he's been doing dream recall and dream research since 1992. (Cosmic Disclosure S7 E4)~~ [20] ~~(Cosmic Disclosure S7 E4)~~

91.     ~~Wilcock claims doing Remote Viewing and Telepathic communications since about 1996.~~ [21]

---

~~[20] Filed as video exhibit BR Mesa Court Record February 21, 2020 – Cosmic Disclosure S7E4~~
~~[21] Id at 17. Mesa video exhibit BR.~~

92.     Wilcock claims he is a dream prophet and that he foresees the future in his dreams. **(Exhibit 2;** time stamp 1:46 – 2:26)

93.     Wilcock claims he has given psychic dream readings to people, for profit, in the past.

## **RELIANCE - PUBLIC**

94.     Millions of people both nationally and globally, believe Wilcock is telling the truth about being a dream profit, dream psychic, and that he is the dream psychic Edgar Casey reincarnated.

95.     ~~Wilcock claims he is in dream contact with Goode's Blue Avian aliens.~~[22]

96.     ~~Wilcock regularly publicly claims he is a psychic channel receiving Telepathic Communications and messages, include from the 'Blue Avians'.~~

97.     ~~Upon information and belief Wilcock is in radio frequency broadcast (telepathic) communication with the 'CIA' or similar covert faction and is being radio broadcast messages directly to his brain by John and Janes Does sitting at computers in remote locations.~~ ~~(CIA Telepathic Behavior Modification, ¶137)~~

98.     ~~Upon information and belief Wilcock's is mind control handled by John and Jane Does associated with Goode.~~

---

[22] ~~Id at 17. Mesa exhibit BR.~~

99. ~~Wilcock stated in 2011 he was worried about being Narcohypnotized and cried live on the Kerry Cassidy radio show and he was extremely scared about having been 'death' threatened. In 2019 Wilcock 'changed' to saying he was never threatened like that.~~ [23]

100. ~~The CIA 'sleep wake' state mind control programs targeting dream states can be observed and documented in dream states. (Delta, Theta, Alpha: ½ Hz – 10Hz)~~ (¶¶130-206)

101. ~~Montalbano has thousands of pages of handwritten dream journal records of what has turned out to be observations of these illicit CIA mind control programs.~~

102. ~~Approximately 500 of Montalbano's dream journal records, comprising thousands of pages, were mistakenly delivered/donated to Goode and Wilcock during 2017, due to belief in their public claims, and are referred to as "Dream Visions." (Intellectual Property / fixed literary works)~~

## ~~BROADCAST AND PUBLISHED PUBLIC NARRATIVES BELIEVED  BY MILLIONS~~

103. ~~The Enterprise spreads Goode and Wilcock's alien, ascension, and dream narratives to millions of people all over the world.~~ **[#121-7 at p2]**

104. ~~The Enterprise targets the Consciousness, fringe, conspiracy, and dream research Communities.~~

---

[23] ~~Video exhibit BU filed on Mesa Court Record February 21, 2020 – Documented in YouTube video titled: "Threats, Intimidation & New Age  MADNESS  Warped Podcast #3" and posted to Warped Podcast YouTube channel, December 13, 2019 – DW narcohypnotized~~

105. ~~The Enterprise and its network of associates heavily promote Goode and Wilcock's dream, ascension, and alien narratives to millions of people as being true and 'secret insider intel' and 'news' via both published and broadcast mediums.~~

106. ~~Goode, Wilcock, and their network of associates regularly solicit for donations and free labor from the public based on their claims.~~ **[#121-2, #121-5, #121-7]**

107. ~~Donations and monies received by The Enterprise from sales based on Goode and Wilcock's public claims and alien narratives are notably received via: GES, WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION, LIGHT WARRIOR LEGAL FUND, GAIA INC, and other known or unknown corporate fiction entities or individuals.~~

108. Millions of people in the general public and around the world believe Goode and Wilcock's alien stories, Blue Avian claims, dream teachings, (dream) psychic claims, ascension claims, conspiracy theories, religious teachings, 'news' and "secret insider intel" as being true.

109. Montalbano also believed the stories and public claims of Goode and Wilcock as being true and relied on it, <u>about 2016-2018.</u>

### INTERNET – BROADCAST<u>S</u> – PUBLICATIONS

110. Goode and Wilcock's claims <u>impact the lives of millions of people via their network of associates and distribution platforms:</u>

a.  Public wire broadcast via GAIA INC Cosmic Disclosure shows (2015-2020)

b.  Internet platforms to include but not limited to YouTube, podcasts ('radio'), GoFundMe, Facebook, Twitter, Instagram, and Reddit. **[#121-7 at 2]**

c.  Published books **[#308-8 and 290-1 Salla books with Goode alien stories]** and Penguin Random House LLC (Wilcock's book publisher);

And that are also received in Mesa County, Colorado, and by Montalbano

111.  ~~Goode and Wilcock's claims~~ ~~are publicly wire broadcast, radio broadcast, published in books and articles, and tangible and intangible goods or services that are created and sold to the general public by The Enterprise, and that are also received in Mesa County, Colorado.~~

112.  ~~Goode and Wilcock's alien narratives and dream claims are told via the internet, to include but not limited to: Facebook, Twitter, YouTube, Instagram, and Reddit; and are broadcast to televisions and personal electronic devices and the broadcasts are also received in Mesa County, Colorado.~~

113.  ~~Through The Enterprise's network of associates, Goode and Wilcock's claims are broadcast and heard by millions of people around the world.~~

114.  ~~Through The Enterprise's network of associates, Goode and Wilcock's claims are broadcast, published and read by millions of people around the world via major platforms like Amazon.com and book publishing company,~~ ~~Penguin Random House LLC (Wilcock's book publisher).~~

115.     Montalbano has watched and/or read a lot of Goode and Wilcock's broadcasted and
published materials in Mesa County, Colorado (about 2016 – 2020). ~~(2015 to current)~~

## PUBLIC SPEAKING EVENTS

116.     Goode and Wilcock's alien and dream narratives have been told at for profit public
speaking events to include but not limited to: Conscious Life Expo, MUFON, ESETI, One
Love Festival, Ufology Congress Conference (Spain), and Contact in the Desert, where
thousands of people travel from all over the world to listen to them speak and pay to attend
their events or volunteer work at the event(s) to attend for 'free.'

## DEFRAUDED  - PUBLIC EVENTS

117. Due to belief in Goode and Wilcock's alien stories, whistleblower claims, and dream
     prophesy claims:

   a.   Montalbano a resident of Mesa County, Colorado, paid and travelled to attend Goode's
        public events: Conscious Life Expo, CA (February 19-21, 2017), MUFON, Las Vegas,
        NV (July 21-24, 2017); and Eclipse of Disclosure, CA (August 2017).

   b.   Montalbano a resident of Mesa County, Colorado, paid and travelled to attend Wilcock's
        public events: One Love Festival, CA  (October 2016); GAIA, Special Meet Up event
        with David Wilcock, CO (January 27, 2017);  and Conscious Life Expo, CA  (Feb 19-21,
        2017).

   c.   Montalbano gifted in person; to both Goode and Wilcock at Conscious Life Expo,
        February 2017; a pre-published computer paper printed copy of her Dream Vision book

short titled "DreamWalker" (a small collection of Montalbano's magikal dreams).

(ASIN : B072TRB9GP; published digitally June 17, 2017) [#121-25 at 3-4]

## **DEFRAUDED DREAM JOURNAL RECORDS**

118.  **Due to belief** in Goode and Wilcock's public claims (2016-2018) and that they regularly needed donations of all kinds and were legitimate dream researchers, dream prophets, and dream teachers helping humanity; Montalbano sent Goode and by extension David Wilcock approximately 400 emails at SphereBeingAlliance@gmail.com, with approximately 500 Dream Visions (Intellectual Property/dream journals) attached as JPGs in PDF files along with custom dream analyses, private information, and associated dream research comprising thousands of pages of documented records.

119.  ~~Montalbano sent these records due to Goode's extensive and non stop dream visits and Wilcock's fairly regular dream visits as well.~~

120.  ~~Montalbano sent her dream journal records and dream research due to seeing her IP 'synchronistically' used by Goode and Wilcock on a regular and ongoing basis.~~

## **DEFRAUDED  FINANCIALLY - DONATIONS**

121.  Montalbano, a resident of Colorado, believed Goode and Wilcock's public claims that they were poor and needed regular financial donations to fight the "Dark Alliance" and "Cabal" and to support their secret insiders. **[#121-2 at 10-24;; and  #121-4 at p3, p5, p8, p9; and #121-5,  #1215-7]**

122.     Montalbano believed Goode and Wilcock's ongoing claims that they were paid very little by GAIA. [#121-4 at p3, p8, p9]

123.     Due to belief in Goode and Wilcock's claims of being poor and their ongoing requests for donations, Montalbano made financial donations to Goode, Wilcock, and/or their associates.

   a.  Montalbano donated $50 to Goode and Wilcock's, Mr. Pete Peterson Go Fund Me campaign, promoted heavily by David Wilcock. Montalbano believed Wilcock's stories that Peterson (since deceased) was a whistleblower having his home taken away by the "Dark Alliance" (cabal). ([#121-2 at p15-24] Donation Scam–Pete Peterson)[24]

   b.  Montalbano donated money $50 to Mr. Goode/GES for Mrs. Stacy Goode (his wife) to have dental surgery under the belief the Goode's were poor and could not afford regular dental care without financial help. ([#121-2 at p12-14] Donation Scams – PayPal CG)[25]

124.     Montalbano lost tens of thousands of dollars in investments due to Goode and Wilcock's public frauds and schemes and as promoted by The Enterprise.

125.     Montalbano has lost thousands of pages of Intellectual Property due to belief in Goode and Wilcock's public frauds.

---

[24] Filed as exhibit CQ Mesa Court Record July 20, 2020 - Pete Peterson donation scam
[25] Filed as exhibit CJ Mesa Court Record July 20,2020 - Corey Goode donation scam

126. ~~Montalbano has lost the goodwill of the public due to The Enterprises' subsequent organized destruction of Montalbano's professional relationships and reputation both publicly and privately.~~

127. ~~Local artist in Mesa County, Colorado, also did not want to work with, or stopped working with Montalbano for fear of being defamed, harassed, or extorted by The Enterprise for being associated with Montalbano.~~

## CIA, DREAM, ~~REMOTE VIEWING,~~ TELEPATHIC BEHAVIOR MODIFICATION PROGRAMS

128. ~~Goode uses his Remote Viewing, Remote Influencing, Astral Projection, and other CIA MKULTRA neural interfacing abilities and/or neural interfacing technologies to regularly Target and interact (interface) with Montalbano in her sleep-wake states (dreams)~~

129. ~~Goode possesses all the needed skills for remote neural interfacing, neural targeting, remote neural monitoring, and remote neural stalking of Montalbano.~~ (¶¶25-26)

130. ~~The CIA and other sectors of the military (DOD/DARPA, DIA, NSA, USAF, ARMY, and etc.) and prestigious Universities (Stanford and Princeton) and science institutions are involved in dream research, Remote Viewing, Remote Influencing, Psychic warfare, neuroscience, and research related to 'sleep-wake' states (dream or hallucination gazes), notably for total (remote) consciousness obliteration, mind control, and militaristic psychic~~

(Radio Frequency) warfare purposes [26] and can be seen in the following key CIA MKULTRA documents available via the CIA's website Reading Room and that are related to this case and claims. (www.cia.gov/library/readingroom)

**131.** **Project BLUEBIRD** [#121-9]

**CIA-RDP83-01042R000800010003-1**

The CIA's Project BLUEBIRD (from the 1950's) notably cited a strong and growing interest in the development of ESP (Extra-Sensory Perception) for militaristic use and mind control. BLUEBIRD researched "Subconscious Isolation" (SI) of "Interrogation Subjects" via "Interrogation Teams" that included a hypnotist, for total mind control of the subject in the experiment room and sought total mind control of the subject after they left the room. (Retrieved from https://www.cia.gov/library/readingroom/docs/CIA-RDP83-01042R000800010003-1.pdf) ([#121-9] BLUEBIRD - SI) [27]

**132.** Upon information and belief Goode's main 'alien friends' alleged to be Blue Avians, are a modern day version of CIA Project BLUEBIRD and are a remote neural experiment on the general public with Artificial Intelligences and haptic-feedback (feeling physical) holograms.

**133.** Goode claims being part of interrogation programs. [#121-6 at p6]

---

[26] Senate Hearings of 1977 regarding MKULTRA filed as exhibit BC Mesa Court Record February 21, 2020 showing university and science centers all studying mind control and neuroscience, and that many Targeted Individuals for the mind control programs don't know that they are being non-consensually experimented on.
[27] Full 29 page record filed as exhibit AK Mesa Court Record February 27, 2019 – CIA Project BLUEBIRD

134.   Mr. Randy Maugans, an MKULTRA program experiencer, told Montalbano by Twitter private message September 30, 2019, that Goode is handled by an Intelligence group called "The Avians." ([#**121-10**] Avian Group)

135.   Upon information and belief Goode, Wilcock, and The Enterprise are part of "The Avian" group. [**#121-10**]

136.   **DoD Psychoenergetic Program Replication Studies** [28] **CIA-RDP96-00792R000600310001-7**

RA (Remote Action) studies of influencing physical and biological systems without physical mechanisms. (aka frequency broadcasts)

137.   Upon information and belief Goode's Blue Avian (BLUEBIRD) alien friend that he calls "RA" (Tier Eir), is CIA code for 'Remote Action' (RA) for frequency based mind control broadcasts directed at the Targeted Individuals' auditory networks of the brain, which are the hallucination centers associated with dementia.

138.   **Section IV – Telepathic Behavior Modification DST-1810S-387-75** **CIA  RDP96-00792R000600320004-3** ([#**121-11**] Telepathic Behavior Modification) [29]

---

[28] Filed as exhibit BD Mesa Court Record February 21, 2020 - DoD Psychoenergetics
[29] Filed as exhibit BE Mesa Court Record February 21, 2020 - Telepathic Behavior Modification

CIA Stargate Collection — research showing "consciousness obliteration" has already been thoroughly tested and successful developed, through placing Targeted Individuals (TI) into "Sleep-Wake" states for full remote behavior modification (telepathy) via radio frequency broadcasts directed at the brain and body. The broadcast of nasty thoughts (hypnotism) to the TI reduced their physical white blood cell count and thereby damaged their physical health. This remote 'telepathy' is also recommended for use in spreading of Propaganda via "well-liked influencers" of the world through remotely mind controlling them and feeding them the propaganda broadcast data directly to their brains. (aka 'telepathy') https://www.cia.gov/library/readingroom/search/site/CIA-RDP96-00792R000600320004-3

139.   Upon information and belief Goode and Wilcock are Telepathically Behavior Modified, and are 'well-liked' assets, for the spreading of 'CIA' mind control propaganda.

140. Upon information and belief  the Enterprise, deceptively promotes CIA Telepathic Behavior Modification radio frequency broadcasts as alien contact, alien dream contact, contact with gods, or telepathically channeled information from alleged benevolent beings, angels, ghosts, or similar apparitions for the purpose of preparing them for illicit physical Military Abductions.

141.   **Neurophysiological Correlates To Remote Viewing (U) [30]**
        **CIA-RDP96-00789R002200320001-2**

---

[30] Filed as exhibit BG Mesa Court Record February 21, 2020 - Neurophysiological Correlates to RV

SRI International (Stanford Research Institute) research related to manipulations of the nervous system via the 10hz frequency, associated with the Alpha brain states (awake but drowsy) that are also active during lucid dreaming.

142.   Upon information and belief The Enterprise, is broadcasting the 1/2hz to 10hz frequency with hypnotic messages, piggy backed onto a more notable frequency (like 5G) for mind control of Goode and Wilcock's followers.

143.   **Anomalous Cognition In Lucid Dreams**
        **CIA-RDP96-00789R003100140001-2**
        ([#121-12] Anomalous Cognition in Lucid Dreams) [31]

SAIC (Science Applications International Corporation) — mentions having an office in Colorado Springs—Research dealing with the connections between the brain states and REM (Rapid Eye Movement) and shows the importance of the 2hz to 4hz, and 8hz to 10hz frequencies that are active during dream states and lucid dream states. The Alpha wave frequencies are shown to be equated more with the subjects "Thoughts" and thereby the more "Lucid Dream" states rather than "Dreams."

144.   Upon information and belief The Enterprise, is broadcasting 'lucid' state and 'dream' state frequencies with hypnotic messages encoded to falsely cause Goode and Wilcock's followers to think they are hearing from their Blue Avians, rather than 'CIA' agent John and Jane Does using computers and radio broadcast equipment.

---

[31] Fuller records filed as exhibit BI Mesa Court Record February 21, 2020 - AC Lucid Dreams

145. ~~Psychic Warfare Exploring The Mind Frontier~~
~~CIA-RDP96-00788R001001420001-3~~
~~([#121-13] Psychic warfare – brain link and electronic chip alterations)~~ [32]

~~United States Air Force Air War College Air University – discusses PSI (Psychic) type abilities and their value for (remote and touchless) warfare (and occurs in dream states, 1/2hz to 10hz). It discusses psychotronic weapons (frequencies) and the **Brain Link** (like Google Neuralink – high bandwidth A.I. machine brain and human brain interfaces via frequencies), distant **telepathy**, **mental thought implantation**, CIA **remote viewing**, along with **emotion teleporters**, and addresses the ability of **mental thoughts being able to impact electronics and manipulate microchips**. It also mentions the world famous psychic, **Edgar I. Cayce** (who David Wilcock claims being, ¶82), on page 35 at paragraph 3. It also states Soviet psychics could accurately pin point missiles despite the 'shell games', on page 36.~~

146. ~~Upon information and belief, The Enterprise, is working with corporations and neural interfacing programs like Microsoft and Google Neuralink and/or similar programs like the DOD's Sentient World Simulation to brain/neural interface with their audience(s) via radio frequency broadcasts (via the FCC) for remote mind control.~~ **[#121-3 at p1]**

147. ~~The White House Washington Memorandum For General Haig~~
~~LOC-HAL0452-1-2-6~~ ~~([#121-14] Psywar)~~[33]

---

[32] ~~Fuller records filed as exhibit BJ Mesa Court Record February 21, 2020 - Psychic Warfare~~
[33] Filed as exhibit BK Mesa Court Record February 21, 2020 - Memorandum Psywar

Memorandum Psywar — seeking to develop psychic warfare. (aka frequency broadcast warfare)

**148.** Goode, Wilcock, and The Enterprise, are developing psychic warfare and experimenting on Montalbano. **[#121-6 at p2]**

**149.** **Development of a Remote PK Switch** [34]
        **CIA-RDP96-00788R002000230002-4**

US ARMY — research focused on PK (PsychoKinesis) switches. The movement of physical objects due to mental concentration upon them without physical stimuli (aka using frequencies) and shows some of the math involved with remote viewing, microcomputers, and multidimensional space.

**150.** Upon information and belief The Enterprise is exploring the development of PK research via Goode and Wilcock's alien narrative followers and 'mass meditations'.

**151.** EEG (Electroencephalogram) Heterodyning Cloning is the medical term for making a 'digital snapshot' of a person's "brain signature." A brain signature is unique like a snowflake and no two are alike). The brain signature can then be used to remotely neural interface, via a person's regular home computer, with the individual whose brain signature they have. Illicit or ordinary use of EEG clones can be traced via computer Internet Protocol (IP) addresses.

---

[34] Filed as exhibit BL Mesa Court Record February 21, 2020 - PK Switch

152. Upon information and belief, Mr. Goode and Mr. Wilcock have obtained Montalbano's EEG Heterodyning Clone remotely via Goode's MKULTRA programs, like S.A.T.A.N., [#121-17] and have access to Montalbano's EEG Heterodyning Clone and use it to remotely (dream and waking state) neural interface with Montalbano, and Montalbano documents many of these neural interfacing experiments in her dream journals.

153. Remote Artificial Intelligence neural (frequency) stalking (brain interfacing) and organized cyberstalking are tactics employed by the CIA. (See ¶155, ¶¶179-187, S.A.T.A.N. and C.H.R.I.S.T., and ¶191; #121-17)

154. Someone stalked physically or remotely by the CIA or similar intelligence, is known as a Targeted Individual or TI.

155. Montalbano is a Targeted Individual organized stalked by Goode, The Enterprise, and their network of associates. ([#**121-21 at p11-15**] Defamation – CG Targeting Montalbano Tweet screenshot February 28, 2020 at 7:05pm)

## ORGANIZED STALKING AND SENSITIZATION

156. Organized Stalking and Sensitization are defined as followed on https://jeezcanada.com/sensitization-and-gangstalking/

**"Sensitization and gangstalking
An essential part of organized gang stalking is the intensive sensitization techniques and methods aimed at making targeted individuals aware that they are under surveillance.** To call this type of surveillance covert, as is sometimes the case, is not accurate, however.

In order to be s**ensitized to the various types of harassment used to stress and disorient their victims, it is necessary that TIs become aware of whatever stimulus is being directed at them.** The **monitoring process** in this context is by definition overt,

then—at least to the target—because it is **employed for the psychological purpose of emotional manipulation**. In other words, one of the chief goals is to produce fear.

**The casual observer, however, will rarely have the opportunity to witness the multiple cases of repetitive behaviour involved. TIs who tell others** about their experiences, then, **risk being labelled as crazy** or diagnosed with paranoid schizophrenia.

One tactic regularly a part of an **intensive sensitization component is directed conversation.** This is a term which describes a kind of **stalking where groups of people—complete strangers** or sometimes neighbours who are known only by sight—congregate in a public or commercial space. **The stalkers carry on a conversation** somewhere where they won't be observed, for example like a fast-food restaurant, **and make the personal life of the target the topic of their conversation.** The only reason that the target can hear what they are saying is because their hearing **has been sensitized to a number of verbal NLP anchors.** Normally when someone sits in a crowded space all they can hear is a high-pitched hum. Most people would usually only catch the odd word or two—assuming they were even eavesdropping.

**However, when different groups of stalkers use variant versions of the same conversational topic, all they need to do to ensure that a target will become aware that they are being talked about is to use a common set of anchors."** (Emphasis added)

157.    Montalbano has been organized stalked and 'sensitized' as a Targeted Individual (TI) by Goode, Wilcock, and their network of associates.

158.    Goode, Wilcock, and their network of associates regularly used key words, terms, and similar stories that only Montalbano and they would know they were similar, because they were contained in the hundreds of dream journal records delivered to Goode by email.

159.    In Goode and his associates organized stalking and sensitization practices against Montalbano, they have repeatedly defamed Montalbano as 'crazy.'

160.    Stalking is a crime and criminal claim in the state of Colorado, with no known civil tort.

161. ~~It is defamation per se to knowingly, falsely, and maliciously accuse someone of committing crimes, such as stalking, to a third party.~~

162. ~~Goode and his associates have knowingly and maliciously defamed Montalbano in both print and broadcast formats to third parties, as a criminal stalker.~~ (See Claim 10 Defamation)

## NEUROLOCIAL BRAIN WAVES AND DREAM STATES

163. ~~The **Alpha, Delta, and Theta states are of significant importance** to this case and claims. In a slide image from an article called "Brain fingerprinting" published April 16, 2016 the following Hertz brain wave states are shown to be associated with different states of consciousness as follows:~~

~~(retrieved from https://www.slideshare.net/komminenipullarao/brain-fingerprinting-60981945)~~

a. ~~Beta 14hz — 30hz Awake, Normal Alert Consciousness~~

b. ~~**Alpha 9hz-13hz** Physically and mentally relaxed, awake but drowsy~~

c. ~~**Delta below 4hz** Deep (dreamless) sleep, loss of body awareness~~

d. ~~**Theta      4-8hz** Reduced consciousness, deep mediation, dreams, light sleep,   REM sleep~~



e. ~~Gamma 30hz and above Heightened perception~~

164. ~~According to extensive frequency research performed by Wilhelm Reich (Australian doctor of medicine and psychoanalyst, 1897 – 1957) and seen simply in article titled "Increasing medical concerns over "Electro-Smog" it shows the brain and all organs in the human body vibrate at various frequencies and thereby can be altered by external frequency broadcasts and also shows the brain has magnetite crystal receptors inside that act as antenna receivers and transmitters. (retrieved~~ http://www.emfmeasuring.n.nu/)



**RELEVANT PATENTS AND FREQUENCIES (Alpha, Delta, Theta)**

165. ~~Hertz frequencies associated with the CIA Mind Control program records, dream states of neural consciousness, telepathic broadcasts, and frequency uploads and downloads of personal human body bio data and thoughts via Radio Frequency (RF) broadcasts via the FCC (Federal Communication Commission) carrier waves using satellites, antennas, and regular everyday devices like cell phones, TVs, and Computers, to direct frequencies at the~~

Targeted Individual's brain and  body for intentional consciousness obliteration and physical health alterations, can be seen in the following relevant United States Patents:

166. **Apparatuses and methods for remotely monitoring and altering brain waves**

**UNITED STATES PATENT US3951134A (1974)**
https://patents.google.com/patent/US3951134A/en

Obtained by Dome and Margolin Inc.   for remote (broadcast) brain (neural) and computer interfaces through frequencies as early as the 1970's.   Discusses how frequencies are remotely broadcast (contactless) directly to a Targeted Individual's (TI) brain using Radio Frequencies (RF) that also **deliver the signals to and from computers via satellites and antennas** that are being monitored with the data and reviewed by people.  **With this patent, what a person is thinking can be viewed on a computer screen through the electrical signals received. The frequencies delivered to the TI's brain bypass the skull casing and directly interact with the neural tissue.** This causes physical neurological changes in the TI along with physical body chemical alterations.

These broadcasts notably use the RF (Radio Frequency) signals on the VHF (Very High Frequency, 30MHz to 300 MHz), UHF (Ultra High Frequency, 300 MHz to 3GHz), or SHF (Super High Frequency, 3GHz to 30 GHz") (Frequency Hertz spectrum ranges obtain from: https://www.rfcafe.com/references/electrical/freq_bands.htm).   These higher frequency Hertz spectrums are associated with 5G.

167. Upon information and belief, The Enterprise, is using 5G bandwidths and other FCC bandwidths and satellites and antennas, to nonconsensual explore the development of this

type of consciousness altering frequency broadcast research upon Goode and Wilcock's followers generally and Montalbano specifically.

168.   **Nervous System Manipulation By Electromagnetic Fields From Monitors**

**UNITED STATES PATENT US6506148B2 (July 2001)**

**[#121-15 at p1]** [35] https://patents.google.com/patent/US6506148B2/en

US Patent obtained by Hendricus Loos – Discusses how Televisions, Computer Monitors, and VCRs, are used to broadcast 1/2hz, 2.4hz, and 10hz frequencies (drowsy, dreaming and lucid dreaming frequencies; i.e. Alpha, Delta, Theta) on Radio Frequency (RF) waves at Targeted Individuals (TI) **for electrical driving of the brain**, **by stimulating the human nervous system through electromagnetic fields applied remotely and externally to the human body.** Depending on the frequency used, effects include: ptosis of the eyelids, relaxation, **drowsiness,** pressure on the brow, **seeing moving patterns** with closed eyes, **tense feelings in the stomach**, tonic smile, sudden loose stools, and **sexual excitement**. In short: everyday use items like personal cell phones, televisions, dvd players, radios, computers, ipods and etc, are used for nervous system manipulation broadcasts.

169.   Goode, Wilcock, and The Enterprise, are exploring the development of this consciousness altering frequency research on Goode and Wilcock's followers and on Montalbano specifically.

170.   **Subliminal Acoustic Manipulation Of Nervous Systems**

---

[35] Filed as exhibit BF Mesa Court Record February 21, 2020 - Patents Hendricus Loos

**UNITED STATES PATENT 6017302A** (January 25, 2000)

https://patents.google.com/patent/US6017302A/en

([#121-15 at p2] Patent Samples) [36]

US Patent obtained by Hendricus Loos—Commonly referred to as **Voice to Skull Technology (V2K) or Voice of God**—frequencies are delivered by "subliminal atmospheric pulses that are tuned to the resonant frequencies." The **1/2hz** frequency (Delta—deep sleep) affects the nervous system and may cause relaxation, **drowsiness,** and s**exual excitement**. The **2.5Hz** frequency (Delta—deep sleep) **slows certain cortical (brain) processes** and also may cause **sleepiness,** dizziness, and disorientation. It is **recommended for use in Law Enforcement** standoffs **to remotely impact a 'perpetrator' by broadcasting frequencies** at them to disorient them. This patent also discusses broadcasts to the **vestibular nerve and cutaneous sensory pathways** (the ear / auditory network) sections of the brain. These neural centers are **associated with Dementia and Aphasia** (hallucinations and memory alterations). It also mentions these frequencies can be used clinically to perhaps treat **epileptic seizure**s. (all medical conditions Goode claims having) (¶24, p)

171.   Upon information and belief the Enterprise, is exploring the development of this consciousness altering frequency research (V2K) on Goode and Wilcock's followers by broadcasting messages to their followers' auditory networks that cause symptoms of dementia (hallucinations) and the followers are deceptively told they are in contact with Goode and Wilcock's aliens.

---

[36] Fuller filing filed as exhibit BF Mesa Court Record February 21, 2020 - Patents Hendricus Loos

172. ~~Methods and Systems for Altering Consciousness~~
     **~~US Patent 5,289,438 (February 22, 1994)~~**

     ~~Shows the various states of the brain commonly known as Alpha, Beta, Delta, Theta, and Gamma and explains how~~ **~~specific frequencies can be broadcast directly to the brain to alter the Targeted Individual's personality (consciousness)~~**~~. It states, in science circles, there are correlations between the electroencephalographic (EEG) wave rhythms exhibited by the brain and various states of human consciousness.~~

173. ~~The Enterprise, is exploring the development of this type of consciousness altering frequency research on Goode and Wilcock's followers and are specifically targeting the dream and lucid dreaming (sleep-wake) states of neural consciousness known as Alpha, Delta, and Theta to alter and control peoples' personalities and 'beliefs' remotely.~~

174. **~~Methods and Apparatus for Associative Memory~~**
     **~~US Patent 5,995,954~~** ~~(Nov 30, 1999)~~

     ~~Sponsored by the Government with support from the Defense Advanced Research Projects Agency (DARPA) — it explains about~~ **~~Artificial Intelligence neural networks and human neural networks~~** ~~as they relate to memory formation and brain states of consciousness with mathematical explanations.~~

175. ~~Upon information and belief,~~ ~~The Enterprise, is exploring the development of neural memory alterations on Goode and Wilcock's followers in sleep-wake states and upon Montalbano specifically.~~

176. ~~**Cryptocurrency System Using Body Activity Data**~~

~~**WO 2020/060606 A1 (also published as US16138518) (March 26, 2020)**~~

~~https://patents.google.com/patent/WO2020060606A1/en~~  ~~([#**121-16**] WO 2020/060606 A1)~~

~~Patent recently obtained by Microsoft. This patent alleges being for a cryptocurrency app for standard cell phones. The app uploads and downloads a person's bio data to and from the (Google) Cloud and can tell things like: how many steps a person has taken or if they are performing 'required tasks', and if the person is 'performing' correctly they will be awarded cryptocurrency.~~

177. ~~Upon information and belief, The Enterprise, is working with Microsoft, Google, Neuralink, and similar companies and projects, and is non-consensually exploring the development of this neural networking and biological data collection and processing research on Goode and Wilcock's followers and on Montalbano specifically.~~

178. ~~Upon information and belief some of these remote frequency broadcast technologies are located in Goode's home in Broomfield, Colorado, that are being used on Montalbano.~~

179. ~~Upon information and belief some of these remote frequency broadcast technologies are located in various government or related military installations, and are being used on Montalbano.~~

## ~~CIA ARTIFICIAL INTELLIGENCE FREQUENCY PROGRAMS - EXPERT~~

180. ~~**Expert, Robert Duncan,** former CIA and brilliant Artificial Intelligence (A.I.) technology developer and programmer, exposed the following (related to this case) CIA~~

MKULTRA Artificial Intelligence programs called C.H.R.I.S.T.**;** and S.A.T.A.N. with a subprogram called VooDoo Doll; in his book titled "Project: Soul Catcher Volume Two Secrets of Cyber and Cybernetic Warfare Revealed" by Robert Duncan and the Mind Hacking Strategy Group. On p224-p239 Duncan shows the A.I. S.A.T.A.N. program and how it is used on Targeted Individuals.  **([#121-17]** S.A.T.A.N.**)** [37]

**a.   S.A.T.A.N. (Silent Assassination Through Adaptive Networks) and Voodoo Doll**

S.A.T.A.N. is a remote neural monitoring technology used for: **remote torture, psychic assassinations, and/or sexual encounters.** (aka frequency broadcasts)

S.A.T.A.N. remotely (neural) **interfaces with the mind** and has a subprogram called VooDoo Doll that remotely **stimulates the Targeted Individual's brain cortices to cause them to feel physical pain (prick, burn, etc) or pleasure (sexual)** in whatever area of the body chosen, **as if physically occurring,** through remote frequency neural stimulation.  (aka frequency broadcasts)

The goal of S.A.T.A.N. is typically to cause a suicide or create sociopathic mind controlled assassins.

S.A.T.A.N. works wirelessly and utilizes Radio Frequency (RF) waves and is also known as Touchless Torture.  (aka frequency broadcasts)

---

[37] Filed as exhibit CS Mesa Court Record July 20, 2020 - CIA A.I. programs S.A.T.A.N. and C.H.R.I.S.T.

181. ~~Goode has publicly claimed working with technology~~ that sounds ~~like S.A.T.A.N when in the CIA MKULTRA and MiLab programs and that he was required to remotely assassinate others.~~[38]

182. ~~Goode has regularly used S.A.T.A.N. to attempt to assassinate Montalbano in sleep (dream) states or conversely visits for sex.~~

183. ~~Upon information and belief, The Enterprise, is exploring the development of S.A.T.A.N. technology on Goode and Wilcock's followers and are deceptively presenting the neural stimulation broadcasts as 'spiritual' experiences, 'love' (Twin Flames, Soulmates), and/or 'alien' experiences.~~

184. ~~Upon information and belief Mrs. Goode participates in the S.A.T.A.N. program with Goode and she publicly uses the codename of Phoenix as her internet user handle which is associated with S.A.T.A.N. [#121-17 at p3] and is the same username she used when she and Goode were threatening Ms. Palermo with kidnapping. (¶318, ¶398)~~

185. ~~C.H.R.I.S.T. (Common Human Routines Inference Software Technology)~~

~~CIA artificial Intelligence program C.H.R.I.S.T. (Common Human Routines Inference Software Technology) has a main message of (sic):~~

---

[38] ~~Id at 12. Mesa video exhibit BS.~~

"Conform or be destroyed. You are with us or against us."

This program is a behavior pattern prediction and classification software that originally had its coveted data base and original control by the CIA/NSA located in Colorado. The program is a personality segmentation program that monitors and tracks things like a person's: shopping patterns, interest groups, travel, lifestyle, web browsing patterns, phone and email speech prints, TV watching patterns, books and movie patterns, and more. [#121-17 at p1]

186. Upon information and belief, The Enterprise is using this program with public hate speech (such as "Dark Alliance," stalkers, etc.) against Montalbano and others who refuses to conform to Goode and Wilcock's alien narratives in order to destroy their lives.

187. ~~Upon information and belief, The Enterprise, is using C.H.R.I.S.T. technology broadcasts on Goode and Wilcock's followers to promote their successfully mind controlled assets (groupies/cult followers) who help spread their dream and alien propaganda (illicit mind control programs).~~

188. ~~Upon information and belief, The Enterprise, is using C.H.R.I.S.T. technology to generate product sales globally through tracking and monitoring cult followers and general patterns of public interest to nonconsensual manipulating unsuspecting people into purchasing The Enterprises' 'alien' narratives and knowingly false 'spiritual' 'ascension' products.~~

## OTHER EXPERTS & TESTIMONY ON FREQUENCY TECHNOLOGY

189. ~~The Following~~ YouTube Videos have Expert Testimony exposing ~~the Artificial Intelligence interconnection with the human Organic Brain via frequencies:~~

    a. ~~DARPA 2045 Initiative creates Virtual Avatar Overlords by linking humans to A.I. Control Grid - A SIMULATED REALITY~~
    ~~https://youtu.be/s7rF2fsDGGg~~

    b. ~~DNA Frequency Bioweapon Links Targeted Individuals to Artificial Intelligence Hive Mind Control Grid - A SIMULATED REALITY~~
    ~~https://youtu.be/iEgZQgP9SMs~~

    c. ~~AI: THE PLAN TO INVADE HUMANITY - The AI Organization~~
    ~~https://youtu.be/Hzg7Rw-mX4k~~

## MKULTRA EXPERT TESTIMONY

190. ~~CIA MKULTRA program experiencer and able to provide expert testimony, Randy Maugans, has~~ stated  the CIA MKULTRA programs use dream states of consciousness for sexual relations or conversely to attempt to assault/kill the Targeted Individual and/or in efforts to 'see the future' (Project Looking Glass). [#121-10 at p3-4]

191. ~~Upon information and belief Goode, Wilcock, and The Enterprise, participate in an intelligence program similar to CIA Project Looking Glass, with a focus on finding and locating people like Montalbano, who can accurately foresee future events via dream states.~~

## REMOTE FREQUENCY ASSAULTS BECOMING MORE COMMON IN THE NEWS AND LEGAL COALITIONS FORMED

192. ~~Remote frequency assaults directed at the Targeted Individual's brain (and body) have become an increasing problem not only in America but in other countries as well, with the advances in modern day technologies and Artificial Intelligences:~~

a. ~~American and Canadian diplomats in Cuba and China were likely hit with microwave weapons (DEW) during 2018.~~

~~Stieber, Z. (2018, September 3). Microwave Weapons' Eyed as Possible Source of Mystery Ailments for US Diplomats in Cuba. THE EPOCH TIMES. https://www.theepochtimes.com/microwave-weapons-eyed-as-possible-source-of-mystery-ailments-for-us-diplomats-in-cuba_2639950.html/amp~~

b. ~~Task Force EU Coalition~~ —seek to expose covert Neuro Weapons used against innocent people all over the planet and stop the associated gangstalking. Nils Melzer, The UN Special Rapporteur on Torture presented his findings on Mind Control to the 75th UN General Assembly on October 15, 2020. www.Cyber-Torture.com (United Nations Human Rights Office of the High Commission, Resolution 1985/33)

c. http://www.TargetTruth.org is a **Colorado based organization** working to bring awareness about remote electronic assaults, gangstalking, and harassment performed in Colorado along with providing a support network for Targeted Individuals and seeking to educate lawyers and others in similar professions about the seriousness of the electronic weapons and remote electronic assaults and organized stalking.

d. http://www.getlambs.com is a company producing everyday clothing such as headwear and underwear to block neural and sexual organ remote electronic frequency assaults.

## UNITED STATES DEPARTMENT OF DEFENSE (DOD)—SENTIENT WORLD SIMULATION

193.~~The~~ US Department of Defense**; whom Mr. Goode worked for in the particular area of 'Civilian Network Connectivity' with radios, satellites, and antennas (remote frequency broadcast specialist) (¶25c); has a program called the "**Sentient World Simulation**." A program where every person (in the world) is equal to being a node in a** digital super computer Artificial Intelligence brain **and all people in the world can have their thoughts monitored and watched in real time on PC screens, via speeds of light (frequency) data (bio and neural) uploads and downloads.**

194. ~~Montalbano believes Goode is still working with the DOD and currently with the Sentient World Simulation program to remotely collect and monitor Montalbano's neural and body data activity while awake and sleeping.~~

## ~~SSP SCIENTIFIC SERVICES PROGRAM US ARMY~~

195. ~~The US Army has an SSP division, where SSP stands for Scientific Services Program. The Scientific Services Program networks researchers and experimenters with funding for vast amounts of neuroscience (brain) research.~~
   ~~https://www.arl.army.mil/business/scientific-services-program/~~

196. ~~Upon information and belief, Goode's SSP does not in fact stand for Secret Space Program, but is actually the US ARMY's Scientific Services Program (SSP)~~

## ~~REMOTE NEURAL (DREAM STATE) VISITS AND WAKING STATE SIMILAR ACTS AND ACTIONS (2017 – current)~~

## ~~MR AND MRS GOODE DREAM STATE VISITS~~

## SCIENCE, THE BRAIN AND DREAMS

197. ~~According to a study performed by a team of researchers from the Wisconsin Institute of Sleep and Consciousness, and results published in Nature Neuroscience, April 10, 2017, their~~ ~~EEG research showed the brain is electrically active during dreaming states similar to waking states and their study thereby proved that dream experiences are actual experiences occurring in the brain and not some 'confabulation' or 'invention' being made up upon waking.~~ ~~They believe this research to be a valuable gateway into the study of consciousness. (emphasis added) (retrieved February 20, 2021 https://www.inverse.com/article/30174-dreaming-consciousness-brain-scan-neuroscience-rem-sleep ; and see  Siclari, F., Baird, B., Perogamvros, L. *et al.* The neural correlates of dreaming. *Nat Neurosci* 20, 872–878 (2017). https://doi.org/10.1038/nn.4545)~~

198. ~~In article  titled "*Scientists can now speak to people in real-time in their dreams thanks to breakthrough*"[39] published, February 20, 2021 and authored by Joshua Smith, it states:~~

> ~~""We found that individuals in REM sleep can interact with an experimenter and engage in real-time communication." said senior author Ken Paller of Northwest University.  "We also showed that dreamers are capable of comprehending questions, engaging in working-memory operations, and producing answers."~~

---

[39] retrieved February 21, 2021 articles:
https://www.dailystar.co.uk/news/latest-news/scientists-can-now-speak-people-23537715 ; and
https://www.cell.com/current-biology/fulltext/S0960-9822(21)00059-2

In short the research showed that awake scientists can literally two-way communicate with sleeping people.

199.        In article published in 2017 it was scientifically proven by researchers from the Wisconsin Institute of Sleep and Consciousness that dreams are actual neural experiences and not confabulations created upon waking.  (¶456)

200.        In article published February 21, 2021 it was scientifically proven that two-way communication between a sleeping person and an awake-experimenter occurred.  (¶458)

201.        Many examples of Goode visiting Montalbano in dream states (remote neural stalking) before he communicates directly with Montalbano in waking states in similar speech and keywords (organized stalking) are cited in the unrebutted Pre-Litigation Affidavit Complaint (PLAC) [40] first dated April 18, 2018.  The following are some examples:

a.   On May 22, 2017 Goode used his astral projection, remote influencing, CIA MKULTRA training and abilities, and/or frequency based technologies to intimately visit Montalbano. Shortly thereafter, in waking states, Goode directly communicated

_____

[40] PLAC (77 pages) filed as exhibit with November 13, 2018 Amended Complaint by way of right and is filed with the Mesa CLERK AND RECORDER office with Reception #2843230 as of June 7, 2018.  The entire PLAC records will be filed this court record upon request.

with Montalbano via Facebook messenger to reinforce the sexual remote neural dream stalking stimulus with physical stimulus. (Empirical data collection) ([#121-18 at p38] PLAC at No. 3-23)

b. Goode again romantically visited Montalbano December 15, 2017 in a Dream Vision where he married Montalbano. (aka 'The Marriage Dream') Highly decorated military personnel were also present. Montalbano emailed this dream to Goode upon waking, December 16, 2017, and asked about it. Goode again communicated with Montalbano directly by email to reinforce the remote neural dream interactions with physical stimulus. (Empirical data collection) ([#121-18 at p20, p42] at No. 2-11 and No. 3-35)

202. Other unrebutted examples of Goode's repeat dream visits to Montalbano during 2017 with the subsequent physical stalking stimulus are seen in the unrebutted Pre-Litigation Affidavit Complaint Amended see Exhibit at Docket 121-18 and in particular at PLAC Numbers, 2-11, 3-15, 3-20, 3-30, 3-40, and 3-41.

203. Current documented examples of Goode's ongoing (dream/neural) visits to Montalbano during the course of litigation (2018 to current), are seen in the Affidavit & Tangible Dream Vision Trade Secret Evidence filed February 12, 2020 on the Mesa District Civil State Court Record showing 22 Dream Visions occurring during the course of litigation (June 2018 to Current) that included eight (8) from Goode's email box that he received during 2017 from Montalbano;

a. A notable Dream Vision (DV) was documented on March 18, 2019. In it Mr. Goode is calculating Montalbano's trust funds to determine how much he can sue Montalbano for in waking states. Eight (8) months later in waking states on November 20, 2019, Goode threatened to go after Montalbano's trust funds in his hate speech reply to a YouTube video Montalbano posted. ([#121-19] CG Trust Fund calculating) [41]

**MR AND MRS WILCOCK DREAM STATE VISITS**

---

[41] Filed as exhibit BB - DV sample 17a and 18 Mesa Court Record February 12, 2020 – Dream Vision sample occurring during the course of litigation

204. Mr. Wilcock also used his abilities to remote neural interface with Montalbano in dream states and can be seen in the unrebutted PLAC Exhibit at docket #121-18, p7, at No. 2-6. Where he and his wife informed Montalbano of their then coming 'secret' wedding.

205. Upon information and belief these 'neural interfacings' by Wilcock and Goode are performed to gather neural data off of Montalbano and review it in conjunction with Montalbano's detailed dream journal records as a type of 'blind' scientific dream study.

## GOODE, WILCOCK, THE ENTERPRISE, AND ASSOCIATES AWARE OF MONTLABANO'S ABILITIES

206. Goode, Wilcock, The Enterprise, and their associates were aware of Montalbano's abilities to see thing in dreams (Dream Visions) before they occurred.  This knowledge was evidenced during Goode's August 2017 Eclipse of Disclosure public for profit speaking event. Goode's close associate (believed to be name Vivian Davis and his personal assistant at the time) used Montalbano's original Energetic Portal Design artwork on a slide titled "Modern Day Shamans." No remedy or attribution was given to Montalbano as the artist at any time. ([#121-20] Shaman) [42]

---

[42] Filed as Exhibit AL Mesa Court Record March 25, 2019 – Montalbano's art on Shaman slide at CG event

207. ~~Goode and Wilcock have had training by CIA Remote Viewing and Remote Influencing professionals, to include Mr. Gerald O'Donnell. (in the 1980's O'Donnell was recruited by a Western European Intelligence Agency to join and counter remote view (sense) the fully-functional extrasensory perception unit of the Soviet KGB and GRU (Soviet Military Intelligence).  Retrieved https://probablefuture.com/about-gerald-odonnell/~~

208. ~~Goode claims working with Mr. O'Donnell since 1993.~~

209. ~~Montalbano had/has no special training in 'shamanic dream' matters, remote viewing, remote influencing, is not religious, and has never (knowingly) been in the military or CIA programs related to dreams or dream research (MKULTRA/MiLab/SSP/neural interfacing).~~

## MONTALBANO AWARE OF BEING DEFRAUDED

210. Montalbano began to become aware of being defrauded by Goode and Wilcock of her valuable dream research around December 2017.

211. Goode~~, Wilcock, The Enterprise, and/or their associates~~ never complained about the content of Montalbano's emails (marriage, sexual, or otherwise), or printed dream journals while receiving the information for free and did not complain of 'stalking.' (2017)

212. After December 2017, Goode and his associates began to hate cyberstalk and publicly and privately defame Montalbano as a criminal stalker and 'Dark Alliance' to third parties <u>because Montalbano wanted remedy and/or attribution for the mistakenly shared Intellectual Property</u>.

213. Goode and his associates <u>(2017–current)</u> used Montalbano's private dream journal information, ~~as a way~~ to disparage Montalbano to other researchers in the same or similar trades and professions and destroy Montalbano's reputation as someone sexually amoral, stalking Goode.

## DUE PROCESS APRIL 2018 Pre Litigation Affidavit Complaint (PLAC)

214. April 18, 2018 – June 7, 2018, Montalbano <u>served multiple stop and desist notices (PLAC Pre Litigation Affidavit Complaint [#121-18; #295-1])</u> upon Goode, GES and by extension Wilcock ~~began Due Process of Law against Goode,~~ for remedy and protection of her Intellectual Property. ~~records and began serving what is referred to as the PLAC or Pre-Litigation Affidavit Complaint mailings, notarized affidavits with certificates of service.~~ ([#121-18] (PLAC—April 18, 2018—June 7, 2018 filed with Mesa CLERK AND RECORDER with reception #2843230 dated June 7, 2018)

215. ~~Montalbano USPS Certified Mail [#135-2] return receipt requested mail served Goode the first presumptive affidavit mailings on or about April 20, 2018 at both Goode's Broomfield business address (GES) and Gaia Inc, Headquarters.~~

216. ~~Weidner and Rysavy were USPS Certified Mail served~~ [43]  ~~Courtesy Copies of the PLAC noticing them of copyright infringement and the allegation against Goode and Wilcock for fraud, defamation, and organized stalking (Ruse De Guerre) in both sleep and waking states.~~

217. ~~The PLAC mailings were presumptive affidavits for Goode and GES, or any lawful party on their behalf, to rebut or meet the allegations and shifted the burden of proof to being on Goode and GES, should they fail to respond.~~ ~~(FRE 301 presumptions, and FRE 902 (4), (8), (10) self-authenticating documents / presumptions)~~

218. ~~Goode, GES, or any lawful party on their behalf, failed to lawfully respond, rebut, or meet the PLAC presumptions. (April 18, 2018 – June 7, 2018)~~

219. The unrebutted ~~Pre-Litigation Affidavit Complaint (PLAC) mailings~~ stop and desist affidavits [#295-1] contained a ~~compiled~~ list of presumptive derivative works and/or fake news created by Goode, Wilcock, ~~The Enterprise,~~ and their associates during 2017 into early 2018 from Montalbano's emailed dream journal records.

---

[43] Filed as exhibit P Mesa Court Record September 11, 2018 – USPS Certified Mail records

220. ~~The unrebutted PLAC contained specific instances of presumptive romantic organized stalking by Goode, Wilcock, and their complicit Associates in both dream and waking states.~~

221. ~~The unrebutted PLAC cited instances of dream journal records Montalbano sent to Goode by email and the subsequent news article or event that Goode, Wilcock, or The Enterprise, broadcast, published, or internet posted with the same or similar content of Montalbano's emailed dream journal records.~~

222. ~~In the unrebutted PLAC Montalbano presumptively accused Goode, Wilcock, and their associates of Fraud, Theft, Defamation, IP theft, and Interference with a Prospective Business Relationship with GAIA.~~

223. Montalbano presumptively claimed approximately $70,000 due in derivative work infringement and other damages based on fair market values according to the Graphic Artists Guild. [#121-18 at p4-7, p11]

224. No, lawful reply was received from Goode, GES, or Wilcock.

*U.S. v. Tweel, 550 F. 2d. 297.[44]* "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading."

---

[44] https://www.leagle.com/decision/1977847550f2d2971809

### LAWSUITS

225. Rather than stop Intellectual property infringement uses or address or rebut the PLAC claims on a point by point basis, Goode and Yanaros opened multiple criminal stalking cases against Montalbano for alleged stalking.

~~enlisted the counsel of Ms. Valerie Yanaros, Yanaros Law, P.C., around June 2018.~~

226. ~~Ms. Yanaros, began to extort Montalbano by email, post mail, and phone, with threats of criminal lawsuits for alleged criminal stalking, a crime not committed by Montalbano.~~

227. ~~Montalbano filed the unrebutted presumptive and self-authenticating affidavit claims with the Mesa County Clerk and Recorder Office for use in litigation as evidence of unrebutted presumptive claims due for a default judgment in the Mesa Court. (Mesa CLERK AND RECORDER reception #2843230 filed June 7, 2018)~~

228. ~~Flynn (Chief Judge, Mesa District Civil Court) ignored the self-authenticating PLAC records and Court Rules for Evidence in case 18CV50.~~

### ~~FIVE (5) RETAILITORY LAWSUIT FILINGS BY GOODE AND YANAROS~~

229. ~~Goode and Yanaros retaliated against Montalbano with stalking charges for the PLAC~~
~~mailings. (June 2018)~~

230. ~~Goode and Yanaros avoided and evaded addressing the PLAC claims and only offered~~
~~Montalbano criminal charges, for crimes not committed, as solutions; and for~~
~~Montalbano to pay more money to Goode via extortion. (April 2018 to current)~~

~~First Retaliatory Lawsuit Filing by Goode and Yanaros~~ <u>LAWSUITS</u>

231. Yanaros and Goode attempted a first stalking claim against Montalbano, about
June 15, 2018, in the Broomfield Combined Courts, Broomfield, Colorado. This first
effort was rejected by the Court, as they failed to meet the requirements.

~~CASE 18CV50, Montalbano's First and Only Case Filing Against Goode~~

232. Montalbano opened case 18CV50, June 25, 2018, in Mesa District Civil Court, seeking
Declaratory and Injunctive relief <u>for the emailed Intellectual Property and to stop Defamation</u>
<u>pursuant the PLAC mailings informing Goode and et. al. litigation would commence if they</u>
<u>failed to stop and desist or address the claims outside of litigation.</u> <u>[#121-18 at 45]</u>

233. ~~Chief Judge of Mesa County, Mr. Brian James Flynn, was assigned to case 18CV50.~~

234. Brian James Flynn did not engage with case 18CV50 for over 5 months. (June 25, 2018 – November 27, 2018)

235. Flynn did not address the Complaint(s) until over 9 months after filing. (May 14, 2019, case 18CV50 Mesa District Civil Court)

236. Montalbano endured ongoing extortion, defamation, and harassment both on and off multiple court records publicly and privately by Goode, Yanaros, and their network of associates. (June 2018 – May 2019)

237. Flynn's second time to address the Complaint(s) was January 29, 2020 to dismiss the case. (Over 19 months after case filing of 18CV50 in Mesa District Civil Court)

238. Montalbano endured escalated extortion, hate campaigns, public defamation, and cyber harassment and smear campaigns both on and off court records by Goode, Yanaros, and their network of complicit associates. (May 2019 – January 2020)

239. Goode proceeded pro se in case 18CV50 the entire case and never lawfully entered Ms. Yanaros or Ms. Lorie Pro Hac Vice in the case. (June 25, 2018 – September 15, 2020)

240. Flynn never ordered Goode to enter Ms. Yanaros or Ms. Lorie Pro Hac Vice in case 18CV50.

241. ~~Goode was served copies of all papers filed in case 18CV50 by Montalbano, and Montalbano attempted conferral with him Goode on motions and related matters. (June 2018 to September 2020)~~

242. ~~Flynn never ordered the opposing party to confer on any motions or papers filed by Montalbano in case 18CV50. (June 2018 – September 2020)~~

~~Second Retaliatory Filing by Goode and Yanaros~~

243. Yanaros and Goode ~~attempted and~~ succeeded in filing a second (baseless) 'stalking' claim in the Broomfield Combined Courts, July 17, 2018 – August 6, 2018, case 18C103, alleging 'stalking' against Montalbano for the approximate 400 emails sent to Goode during 2017 <u>and the PLAC mailings.</u> ~~containing Montalbano's copyrighted materials (IP) and for the presumptive PLAC mailings.~~

244. Goode notably perjured himself on the Broomfield Combined Court Record, July 17, 2018, in his verified complaint, by stating he was not aware of his own life long stalking protection order from October 31, 2014. [#26-5]

245. Case 18C103 was dismissed in Montalbano's favor, August 6, 2018~~20~~. [#26-2]

246. Montalbano informed Flynn in case 18CV50 of the baseless Broomfield Combined Court stalking case and of Goode perjuring himself. Flynn did nothing.

**Third Retaliatory Filing by Goode and Yanaros**

247. August 13, 2018 Goode and Yanaros 'removed' case 18CV50 to the Denver Federal Court. (1:18-cv-02060-RM-GPG)

248. Goode and Yanaros did not tell Montalbano about the removal.

249. Yanaros filed a fake complaint [45] on the Denver Federal Court Record. (1:18-cv-02060-RM-GPG, Dkt. 26) [#26-6]

250. Magistrate Gallagher issued dismissal recommendation orders calling Montalbano 'delusional' based on the fake complaint filed by Yanaros. [#36-9]

251. Thereafter, Goode, Yanaros, and their complicit associates used Magistrate Gallagher's "delusional" statement to further publicly defame Montalbano as someone with a mental disease in her trade and profession.

---

[45] Fake complaint exhibit filed Mesa Court Record December 11, 2018 and again as Exhibit AT on August 2, 2019

252. ~~Montalbano informed Flynn in case 18CV50 of the fake complaint, defamation, and improper removal. Flynn did nothing.~~

253. ~~Montalbano asked Flynn to sanction the opposing party. Flynn did nothing.~~

~~Fourth Retaliatory Filing by Goode and Yanaros~~

254.   Goode, and Yanaros filed for a third baseless stalking protection order against Montalbano in the Broomfield Combined Courts March 11, 2020, case 20C32.

   a.   Goode again perjured himself on the Broomfield Combined Court Record (20C32), stating he was not aware of his own life long stalking protection order from October 31, 2014. (District Court Dallas County, Texas, Cause No. DC-14-04807) [#131-4 at 3]

255.   Case 20C32 was administratively closed in Montalbano's favor, June 22, 2020. [#26-4]

256. Goode opened LIGHT WARRIOR LEGAL FUND LLC, March 5, 2020, to raise money for his lawsuits against Montalbano and others. [#121-2 at 1-9]

257. ~~Flynn was notified, March 19, 2020 in Objection to Goode's Attorney Fees in case 18CV50, of the third baseless criminal stalking case filing effort (Broomfield case 20C32). Flynn did nothing to stop the civil rights violations.~~

~~Fifth Retaliatory (extortion) Filing by Goode and Yanaros~~

258. ~~Goode, and Yanaros, filed for a criminal stalking and civil RICO claim against Montalbano and other Defendants in the Denver Federal Court, March 17, 2020. (this instant case)~~

259. ~~Montalbano informed Flynn of this new malicious case via the Mesa District Civil Court Record in case 18CV50, March 19, 2020 in Objections to Goode's Attorney Fees, and asked Flynn again to amend his erroneous January 29, 2020 dismissal orders and do his job. Flynn did nothing.~~

260. ~~Flynn maintained his prejudiced and issued his second set of 'orders' on August 5, 2020 to deny Montalbano's her Constitutional Civil Rights a second time on the Court Record.~~

## BRIAN JAMES FLYNN, CHIEF JUDGE MESA COUNTY, CONSTITUTIONAL CIVIL RIGHTS VIOLATIONS DURING CASE 18CV50

261. Flynn overtly further denied Montalbano her Constitutional Civil Rights through denial of the following (unopposed) motions: [#121-24]

   a.  In May 14, 2019 'orders'  Flynn  denied  "Motion to Claim and Exercize Constitutional Rights and Require the Presiding Judge to Rule upon the Motion and All Public Officers of the Court to Uphold Said Rights" (July 18, 2018)

   b.  In August 5, 2020 'judgment orders' Flynn  denied  "Second Motion to Claim and Exercize Constitutional Rights and Require the Presiding Judge to Rule upon the Motion and All Public Officers of the Court to Uphold Said Rights" (Feb 12, 2020)

   c.  In August 5, 2020 'judgment orders' Flynn  denied  "Motion Demand Court Read all Pleadings Plaintiff Files with this Court and Adhere to Constitutionally Compliant Case Law, and More Particularly the Bill of Rights in its Rulings" (Feb 12, 2020)

   d.  In August 5, 2020 'judgment orders' Flynn maintained his opposition against the Constitutions and showed additional willful failure to follow the Judicial canons (RJD 2.11) that require him to recuse himself if he is prejudice with a clear 'bent of mind.' See  denied  "Motion to Recuse pursuant CRCP 97" (Feb 12, 2020)

262. Flynn denied Montalbano's her Constitutional Civil Rights for well over 2 years to have a Trial by Jury in case 18CV50 for matters involving Defamation and as is specifically preserved for Trial by Jury (not trial by Judge) in the Colorado State Constitution, Article II, Section 10.

263. Flynn denied Montalbano's Civil Right to have a Trial by Jury for Civil matters in controversy exceeding twenty dollars. Montalbano's case had approximately $70,000 presumptively due. (Constitution of the United States of America, Bill of Rights, Article VII)

## FLYNN IGNORED WITNESSES / EXPERT TESTIMONY

264. Flynn ignored multiple witnesses for case 18CV50 to include: Mr. Randy Maugans (expert MKULTRA witness), Christina Ferrante, and Steven Cambian.

265. Flynn was notified in case 18CV50 of members in the general public, expected to be subpoenaed by Montalbano to testify, and that were also being defamed and harassed by Goode, Wilcock, and The Enterprise, to include defendants in this instant case Mr. Zavodnick, Mr. Weidner, Mr. High; and other parties not in this case. Flynn did nothing.

## FLYNN IGNORED ABUSE OF PROCESS AND EXTORTION

266. Ms. Elizabeth Lorie (Goode and Wilcock's alleged Florida based attorney) harassed Montalbano's witness, Ms. Christina Ferrante (an individual publicly exposing Goode and Wilcock's public frauds with public records) on behalf of Goode and Wilcock. While Ms. Lorie was extorting Ms. Ferrante by email, Lorie provided Ferrante with a fake law firm address for legal communication. (December 2019) [121-1]

267. Flynn was informed of Lorie providing a fake law firm address while harassing Ms. Ferrante. Flynn did nothing.

268. Flynn delayed and obstructed Montalbano's case, 18CV50 for over 2 years, and then imposed excessive fines against Montalbano in direct violation of Constitutional Law. (Colorado Constitution, Bill of Rights, sections 25 (Due Process); Constitution of the United States of America, Bill of Rights, Article V (due process) and Article VIII (excessive fines))

269. Flynn did not follow due process of law in case 18CV50 and did not require the opposing party to follow due process of law at any time. (June 2018 to September 2020)  (claim 15)

Alternative Remedy for Relief Sought by Montalbano 2018, 2019, 2020 Due to Flynn Failures in case 18CV50 – Police – TRO – Judicial Commission – Texas State Bar

270.        During case 18CV50, Montalbano spoke with the Grand Junction police Department, June 2019, seeking protection of her Constitutional Rights and to stop the ongoing cyber harassment, defamation, and cyberbullying by Goode and his associates. (Incident # 19-15191 and Incident #19-37060)  Montalbano was told she had to go through the Court to get injunctive relief.  The same Court Montalbano was already seeking relief in, via case 18CV50, and that Flynn was presiding over.

271. ~~During case 18CV50, Montalbano spoke with the Broomfield, Colorado Police Department Officers Pena and Pihlak by phone, June 2019, and the cyberstalking and cyberbullying division to have them stop Goode and his associates from harassing and defaming Montalbano and was told she had to go through the Court to get injunctive relief. (Incident# 19-351513) The same Court Montalbano was already seeking relief in, via case 18CV50, and that Flynn was presiding over.~~

272. ~~Montalbano tried for a separate TRO protection order in the Mesa District Civil State Court, for stalking against Goode, July 3, 2019, and was told by Judge Grattan it was more a harassment and defamation situation (not criminal level stalking). (Case 19C807) The very same issues Montalbano had been trying for months to get Flynn to issue Injunctive Relief for in case 18CV50.~~

273. ~~Montalbano again spoke with either the Grand Junction or Broomfield Police department, July 4, 2019. (Incident # 201938318) and was told she had to go through the Court to get injunctive relief for harassment. The same Court Montalbano was already seeking relief in, via case 18CV50 for harassment, and that Flynn was presiding over.~~

274. ~~Montalbano contacted the Colorado Commission on Judicial Discipline on the following 3 occasions: 1) January 13, 2019  2) September 30, 2019  3) August 31, 2020; requesting Flynn be replaced for lack of interaction with case 18CV50 and Constitutional Civil Rights Violations.~~

275. The Judicial Commission, Mr. William Campbell, did nothing about Flynn's ongoing failures to perform his judicial duties, incompetence, and prejudice against Montalbano.

276. Montalbano filed complaints against Ms. Yanaros (Goode's Texas based attorney) twice with the Texas State Bar, in efforts to get Yanaros and Goode to follow due process of law in case 18CV50, the same case Flynn was expected to order (sanction) them to uphold Due Process of law. Flynn did nothing. (2019)

277. Montalbano wrote the Chief Executive of the Mesa District Civil Court, Mr. William Slighter, informing him of Flynn's Constitutional Civil Rights Violations and asked him to remove Flynn as he was disqualified pursuant due process of law; and CRCP Rule 97 states it is the Chief Administrators job to replace disqualified judges. Slighter did nothing.

278. Montalbano's case (18CV50) and claims have never been heard in Court in accordance with Due Process of Law because Brian James Flynn knowingly obstructed justice by violated his Oath of Office, and intentionally warring against the Constitutions.

279. After June 25, 2018 case filing (18CV50), and after First Amended Complaint filing November 13, 2018 in the Mesa District Civil Court, many people in the public began to speak up about Goode, Wilcock, and The Enterprise's frauds.

280.    Flynn did not permit Montalbano to amend the Complaint at any time after November 13, 2018 to conform the pleading with the vast amounts of evidence filed on the Mesa Court record and pursuant due process of law that requires a Judge to freely permit the amending of a complaint when justice so requires it.

281.    Flynn denied the following complaint amending efforts by Montalbano: February 2019, August 2019, and July 2020.

## COLORADO COURT OF APPEALS VIOLATIONS

282. Montalbano appealed case 18CV50 to the Colorado Court of Appeals pursuant Court of Appeal Rules, October 14, 2020. (2020CA1775)

283. Three Judges, Mr. Matthew Grove, Ms. Christina F. Gomez, and Ms. Diana Terry, denied a timely filed appeal 'with prejudice' and supported Flynn in his civil rights violations against Montalbano, sought to conceal them, and violated their Oath of Office. (perjury)

## TWO TROJAN NETWORK HACKS TO MONTALBANO'S HOME NETWORK

284.    Montalbano's home internet network was Trojan hacked on two separate occasions and both coincided with after Goode was emailed for conferral regarding Amending of the State Court Complaint in case 18CV50.

A. ~~August 9, 2019 — Montalbano's Home WiFi Network was Trojan hacked the first time and Montalbano's mother's cell phone was completely destroyed along with all information and photos and Montalbano's mother had to purchase a new cell phone.~~

B. ~~Montalbano foresaw the first Trojan Hack in a dream about a week prior.~~

C. ~~About July 2020 — Montalbano's home network was Trojan hacked a second time. The network security company informed the Montalbano's that over 1,000 efforts were being made to hack into the home network, 'normal' hacks are maybe around 100 tries at one time.  The attacker typed "Fuck You" when they were being stopped from entering the system.~~

D. ~~The Montalbano's home WiFi network has never been hacked at any time, up until Montalbano dealing with Goode and Wilcock's public frauds.~~

Montalbano now states the following causes of action against the following people:

## VI.    CAUSES OF ACTION CLAIM COUNTS

### (Prior Count 1)

(1)   RICO 18 USC ~~1961~~ 1962, 1964(c)

(Goode, GES, LWLF, Wilcock, WILCOCK FOUNDATION, Yanaros)

~~(The Enterprise, Public Servants)~~

285.　　　In a RICO claim it has been established that the following four elements must be shown

　　　　　(1) Conduct

　　　　　(2) Of an Enterprise

　　　　　(3) Through a Pattern

　　　　　(4) Of Racketeering Activity

286.　　　The Association-in-fact Enterprise is as follows:  James Corey Goode, GES, LIGHT WARRIOR LEGAL FUND, David Wilcock, WILCOCK FOUNDATION, Valerie Yanaros, ~~Elizabeth Lorie, Brian James Flynn, unknown John and Jane Does, and unknown Corporate Entities.~~

287.　Montalbano incorporates by reference the Fraud Claim.

288.　Montalbano incorporates by reference the Copyright Claim

289.　Montalbano incorporates by reference the Trade Secret Claim

290.　Montalbano incorporates by reference the Defamation Claim.

291.　Montalbano incorporates by reference the Abuse of Process Claim.

292.　Montalbano incorporates by reference the Malicious Prosecution Claim.

293.　18 USC 1962(c) makes it "unlawful for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt."

294. Under 18 USC 1964(c), an individual may sue in any appropriate United States court and recover three fold damages sustained and the cost of the suit, including reasonable attorney fees, for any violation of 18 USC 1962.

295. Goode, GES, LIGHT WARRIOR LEGAL FUND, Wilcock, WILCOCK FOUNDATION, and Valerie Yanaros, willfully or knowingly committed and conspired to the commission of "racketeering activities" through a "pattern" involving an "association in fact," and effected interstate or foreign commerce in violation of 18 USC 1962.

296. The Enterprise Defendants have engaged in a pattern of racketeering by committing at least two predicate acts after the effective date of RICO and within 10 years of each individual act. The Enterprise Defendants have violated 18 USC 1343 federal wire fraud, 18 USC 1341 federal mail fraud, and 18 USC 1832 Theft of Trade Secrets, which are identified by 18 USC 1961(1) as indictable predicate acts for purposes of racketeering.

297. For all the reasons cited in the Fraud claim, The Enterprise Defendants, have engaged in a pattern of racketeering to unlawfully acquired sales and profits, through commission of wire and mail frauds, whereby the Defendants told knowingly fake alien stories (Fraud ¶¶77-79, ¶¶137-167), fake criminal stalking stories (Fraud ¶¶104-111) and fake news stories (Fraud ¶168, ¶¶169-198), via television (¶¶22-28, ¶¶48, Fraud ¶¶73-75), internet (¶¶48-49), and published books (Fraud ¶¶89-90), and have also sold and mailed physical products based on their fake stories, and have also ran knowingly false donation schemes (¶¶53-55, Fraud ¶82 (Peterson), ¶84 h. (Smith), ¶¶¶102-103 (Montalbano donated); to profiteer off of millions of people, including Montalbano.

a. **Goode and Wilcock** make false claims of being poor (Fraud, ¶¶91-101), tell fake alien stories, fake news stories, fake psychic predictions, fake dream claims, and fake donation stories for profiteering. (Fraud, Copyrights, Trade Secrets)

b. **Wilcock** finds and promotes fake government whistleblowers. (Fraud, ¶¶80-88)

c. **Goode and Wilcock** tell lies to the general public that their business competitors (¶108) are criminals and 'dark alliance'. (Fraud ¶¶104-111, Defamation Claim; #121-5 "Dark Alliance" defined)

d. **Valerie Yanaros** then tries to make Goode and Wilcock's defamation of their biggest competitors and most prominent critics appear true by threatening and/or opening malicious and frivolous criminal or civil lawsuits against them (¶108), whereby she and Goode also write and file materially false criminal complaints to open criminal cases and obtain fraudulent TROs against competitors. (Abuse of Process, Malicious Prosecution)

e. **Valerie Yanaro**s also threatens Goode and Wilcock's critics and business competitors exposing their public frauds[46] with civil litigation (SLAPP lawsuits) (Abuse of Process ¶¶342-345) and criminal charges to coerce them to be silent. (Fraud ¶149; Abuse of Process, Malicious Prosecution)

---

[46] Whom Ms. Valerie Yanaros' sister, Teresa Yanaros, prior worked with marketing and promoting Goode and Wilcock's public frauds via her YouTube channel, other YouTube channels, and also was a speaker at Goode's for profit Eclipse of Disclosure event. (¶¶170-171)

f. **LIGHT WARRIOR LEGAL FUND LLC**, collects money from the public for Yanaros and Goode to sue competitors, based on posting knowingly misleading, defamatory, and closed criminal cases to its website (Fraud ¶¶104-111, Defamation ¶¶273-283), prior fraudulently opened by Goode and Yanaros, to coerce its business competitors and public critics to be silent. (Fraud ¶196-198 (LWLF donations), Abuse of Process, Malicious Prosecution); [#121-2 at 1-9 (LWLF website and LLC); #254-1 (LWLF criminal lawsuit claims)]

g. **GOODE ENTERPRISE SOLUTIONS INC,** participates in Goode and Wilcock's donation schemes in the sales of their fake story products by wire (GAIA TV), (Fraud ¶¶27-28, ¶¶93; **Exhibits 1, 2, 3, 23** (VIDEO Cosmic Disclosure), Copyrights, Trade Secrets) and mail. GES (Goode) was prior contracted with GAIA for the Cosmic Disclosure shows.

h. Upon information and belief Wilcock placed the Pete Peterson donation scheme monies into the **WILCOCK FOUNDATION** and used them to continue to fund The Enterprises rackets. (Fraud, ¶82 e,; **Exhibit 6 WF 2018 Taxes)**

i. Upon information and belief, Goode and Wilcock work with one or more **John or Jane Does, for the Central Intelligence Agency (CIA)** or similar Intelligence interests (such as the DOD, DARPA, USAF, Military), that assist in orchestrating their public frauds. (Fraud ¶¶148-167)

298.   For all the reasons cited in the Fraud Claim, Copyright Claim, Trade Secret Claim, Defamation Claim, Abuse of Process Claim, Malicious Prosecution Claim, The Enterprise Defendants, have used the Colorado Courts to further their public wire and mail frauds.

299.   For all the reasons cited in the Fraud and Trade Secret claim, The Enterprise defendants have misappropriated Montalbano's Trade Secret Intellectual Property for use in Goode and Wilcock's public frauds.

300.   For all the reasons cited herein and in the related claims, the Enterprise Defendants, knowingly worked together to achieve their unlawful goals and acted intentionally and knowingly with reckless disregard towards others and could reasonably foresee that what they were doing would severely hurt others, and in particular Montalbano.

301.   ~~The "Public Servants" helping The Enterprise are as follows: Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, Christina Gomez, Valerie Yanaros, and Elizabeth Lorie. Hereafter "Public Servants"~~

302.        Goode, Wilcock, their associates, and The Enterprise have a pattern of racketeering through using their public: alien, dream psychic claims, stalking, and 'dark alliance' narratives (that are fake news (fraud)) and false public claims of being poor, to launder money via receiving donations and making for profit sales of products based on their knowingly false pretenses. Montalbano believed their fake news, alien, dream psychic claims and related narratives notably 2016-2017 and was defrauded of vast amounts of Intellectual Property and rare Trade Secret dream research records via donation. Montalbano also donated money to The Enterprises various donation schemes and paid to attend their public for profit speaking events while believing their fake news narratives as true, because they publicly claim they are true and the details are seen in Claims: 2, 3, 4, 5, 7, 8, 9, 11, 12 and 20; and exhibits #121-4, #121-5, #121-7.

303.        Goode, Wilcock, their associates, and The Enterprise have a pattern of soliciting the general public for involuntary servitude via remote neural mind control (MKULTRA) broadcasts that targets the sleep states of consciousness and they falsely present these dream state neural interfacings as 'alien' or 'spiritual' experiences and the details are seen in  Claim: 6; and exhibits #121-3, #121-6, #121-7,  #121-9, #121-11 thru #121-17]

304.—————After Goode, Wilcock, and their associates, obtained Montalbano's money, time, and private (Intellectual) property for free (¶¶100-126), they then used their same public narrative frauds and schemes as a way to defame, harass, and destroy Montalbano's personal life, business, and reputation by now saying Montalbano was a stalker and part of their fantasy 'dark alliance' in order to maintain their public fraud, theft, laundered money, and unlawful use of Montalbano's Intellectual Property as their own and as part of their unlawful Racketeering activities and the details are seen in Claims: 2-5, 7-12, 14-20 ;               and exhibits #121-2, #121-8,  #121-18, #121-19, #121-20, #121-21,  #121-22.

305.—————The Enterprise has a pattern of stealing and/or using legitimate researchers' work in the same or similar trades and professions as Goode and Wilcock and then destroying the real researchers' public reputations, like Montalbano's and the details are seen in Claims 2, 3, 10, and 12; and ¶¶319-320.

306.—————Goode, Wilcock, their associates, and The Enterprise used their public frauds to destroy Montalbano's reputation as a legitimate dream researcher in the same trade and profession as Goode and Wilcock to hundreds of thousands of people in the general public, who still believe their fake news and alien dream claims are true and the details are seen in Claims 2, 3, 4, 5, 7, 10, 11, 12, 17, 18, 19, and 20; and Exhibit #121-21.

307. ~~Goode and Yanaros abused the legal system, June 2018 to current, to repeatedly threaten and extort Montalbano to be silent and drop charges. The other Public Servants participated in this extortion through their willful failure to stop the ongoing racketeering acts, defamation, fraud, theft, harassment, abuse of process, and malicious prosecutions, since June 2018 to current, in direct violation of their Oath of Office and sworn duties, and even overtly denied Montalbano her Constitutional Rights and Due Process of Law on multiple Court records and the details are seen in~~ ~~Claims: 10 thru 20; and [#121-21, #121-24]~~

308. ~~Montalbano incorporates the General Allegations in~~ ~~¶¶1-281~~ ~~by reference as evidence of (1) Conduct (2) Of an Enterprise (3) Through a Pattern (4) Of Racketeering Activity.~~

309. ~~Montalbano incorporates all~~ ~~20 Claims~~ ~~by reference as evidence of (1) Conduct (2) Of an Enterprise (3) Through a Pattern (4) Of Racketeering Activity.~~

## DAMAGES AND INJUNCTIVE RELIEF

310. Based upon the facts of ~~all Twenty Claims and upon~~ the foregoing <u>civil</u> act of RICO and Racketeering of Corrupt Organizations; Montalbano believes she is entitled to recover:

a. Actual damages: from The Enterprise, ~~Public Servants, Goode, and Wilcock~~ for Event fees, travel expenses, donations, subscription to program fees (Cosmic Disclosure), and unrebutted PLAC agreement damages of $68,012, for unlawful and illicit use of Montalbano's Intellectual Property ~~and Trade Secret IP~~ within their Racketeering

activities <u>and $116,600 (plus interest) for having to litigate their rackets in multiple courts since June 2018 seeking remedy and relief.</u>

**b.** Consequential damages: from The Enterprise ~~and Public Servants,~~ for compensation for loss of business investments, loss of business growth, loss of reputation, loss of investments to private contractors that fell through due to The Enterprises' ongoing racketeering acts, and loss of time since April 2018 due to having to litigating the claims and dealing with multiple malicious prosecution cases.

**c.** Non-economic damages (for mental suffering),

**d.** Attorney/legal fees: to include all costs of this and related malicious lawsuits since June 2018, actual fees, court fees, ~~false~~ judgment fees $116,600, self-help fees, and all legal mailing expenses since April 2018, and compensation from Goode/GES as acquiescenced to by them specifically for Montalbano's time spent in self-representation since April 18, 2018 and as cited in the unrebutted PLAC agreements at a rate of $150/hr should Montalbano have to litigate the claims. **[#121-18 at p4]**

**e.** Punitive damages for malicious intent

**f.**  Treble damages for fraud by The Enterprise and any other relief the Court deems just.

<span style="background-color: yellow">**Prior COUNT 2**</span>

(2) <span style="background-color: yellow">~~FRAUDULENT MISRREPRESENATION (FRAUD) Common Law~~</span>

~~(The Enterprise)~~ <u>Corey Goode,  David Wilcock,</u><br>
<u>GOODE ENTERPRISE SOLUTIONS INC,</u><br>
<u>LIGHT WARRIOR LEGAL FUND LLC</u><br>
<u>WILCOCK FOUNDATION</u>

311. Montalbano incorporates the General Allegations in ~~¶¶1—281~~ ¶¶1-71 by reference.

312.      Montalbano, a resident of Mesa County, Colorado, relied on Goode and Wilcock's public claims (¶¶16-17, ~~¶19~~ ¶¶31-64) as being true like millions of other people in the general public (**¶¶29-49**),~~,~~ and as first seen on the Cosmic Disclosure show broadcast by GAIA (¶¶21-28) ~~(¶¶23-30)~~ and also via other print and broadcast mediums notably to include the internet and books.

313. <u>James Corey Goode, David Wilcock, GOODE ENTERPRISE SOLUTIONS INC ("GES") LIGHT WARRIOR LEGAL FUND LLC ("LWLF") and WILCOCK FOUNDATION,</u> ~~The Enterprise~~ made false representations of facts that were material and they knew they were false. (¶¶29-44) ~~(¶¶31-64)~~ Montalbano's reliance on these facts were justified and this reliance caused injuries, damages, and losses to Montalbano. (¶¶45-47) ~~(¶¶71-77)~~

## GAIA SUBSCRIPTION

314. The Montalbano's subscribed to GAIA TV (around 2016-2017[47]) to watch Goode and Wilcock on Cosmic Disclosure, telling their Secret Space Program, MKULTRA, dream teaching and space alien stories, and believed them to be true (estimated subscription cost around $360)

## FRAUD EVENTS

315. Due to belief in Goode and Wilcock's stories (2017), Montalbano paid and travelled to the following events with them presenting:  MUFON Las Vegas; Conscious Life Expo; One Love Festival; GAIA, Special Meet Up; and Eclipse of Disclosure. (¶51) (estimated cost to Montalbano around $7,000 or so)

## ALIEN FICTION STORIES

316. James Corey Goode and David Wilcock claimed they are in literal and actual contact with extraterrestrial aliens, Montalbano relied on this as true. **(Exhibits 1 and 2)** (¶¶16, ¶18, ¶¶29-44)[#121-3; #121-6]

317. Good admitted in his deposition September 26, 2022, time stamps 1:52:00 – 1:57:15, that his alien communications are his made up Intellectual Property, not real alien experiences, and

---

[47] Montalbano will need to acquire the exact records from GAIA.

people are delusional if they think they are in contact with his aliens. **(EXHIBIT 5 Goode Deposition, case 1-20-CV-00947 [#25])**

318. Goode knew or had reason to know, that the alien stories he told the general public and Montalbano were false and that he a duty to tell the public his stories were fiction or partially fiction, and he did not.


## FRAUD GOVERNMENT WHISTLEBLOWERS

319. Goode and Wilcock claim they are, or have, secret insider government program information and whistleblowers. **(Exhibits 1, 2, and 3)** [#121-3, #121-6]

320. David Wilcock finds and promotes fraud people and presents them and their information as legitimate to the public, when he knows they are frauds. (¶¶82-84)

321. Wilcock found and promoted the following fake whistleblower, **Pete Peterson** **[#121-2 at p15-24,** Pete Peterson GoFundMe scam]

   a. Montalbano learned, April 25, 2019, that Wilcock's alleged number one whistleblower, Pete Peterson, was a complete fraud; and that Montalbano donated money to a Go Fund Me fund raiser scam promoted by Goode and Wilcock during 2017; when Steven Cambian posted to his YouTube channel, "The Midnight Hour (0013) Pete Peterson & David Wilcock gofundme investigation" Mr. Cambian investigated Pete Peterson (since deceased), who was also seen on the Cosmic Disclosure show. Mr. Cambian discovered

Mr. Peterson's entire resume background was completely fabricated and Wilcock's donation fund raiser for Peterson was based on completely false statements, Wilcock claimed armed police came to Peterson's home just after Cosmic Disclosure episodes released and said they took everything of Petersons' to bury in a bulldozed hole, and threatened Peterson with 90 days in jail if he came within one mile of the dumpsite. (1:28:20 – 1:29:20). [#121-5 at 2, para. 1]and made up stories by Wilcock when what actually happened was a standard home foreclosure.

b. Mr. Peterson was further exposed as a fraud by his former employer, Mr. Jay Weidner, on his REALiTY CHeCK YouTube channel

c. Peterson did not live in the home or legally own it. Peterson had five notices of eviction for the house. No armed police ever were at the home or took anything from the property or bulldozed anything. It was a standard foreclosure. (1:29:20 - 1:36:00) Wilcock's story to raise donations was false.

d. Montalbano donated $50, August 20, 2017, to Pete Peterson believing he and his home were under attack by the dark alliance and cabal. [#121-2 at 18-19] (¶55)

e. Wilcock and The Enterprise raked in about $55,710 000 [#121-2 at 17] in illicit donations. It is unknown where the donations actually went.

f.  Upon information and belief, Mr. Peterson never got the donations and Mr. Wilcock put them into the WILCOCK FOUNDATION as the amount of money that appeared in the foundation at that time, was similar to the amount collected for Peterson. **(EXHIBIT 4 – WILCOCK FOUNDATION 2018 Public Tax Returns)**

g.  August 1, 2017, Mr. Peterson created a fake news story about the alleged Draco space alien reptilian race having around 1/3 'good' Draco on Cosmic Disclosure (Seasons 7 Episode 26) after Wilcock received the pre-published dream vision record at Conscious Life Expo February 2017 and after Montalbano published the Kindle book June 2017, story short titled "Day in a Draco's Shoes" where Montalbano had a dream and wrote about 1/3 'Draco' were 'good'.  **(Exhibit 3 VIDEO** Cosmic Disclosure S7E31 time stamp 25:25 – 25:40) **[#121-18 at p40, PLAC No. 3-27] (EXHIBIT 7 – Draco Dream Vision published, June 17, 2017 [#121-25 at 3-4, Copyrights])**

322.  Wilcock found and promoted the following fake whistleblower **James Corey Goode** (¶16, ¶¶29-37)

a.  Goode tells the public his alien stories are literal and physical experiences, when he knows they are his made up fictional stories. (¶¶77-79)

b.  Goode plagiarizes or creates derivative works from multiple authors and artists, including Montalbano, for profiteering. (¶¶121-166, ¶¶168-179, ¶184)

c.  Goode falsely tells the public he is poor, when he is rich, to profiteer (¶¶91-101)

323. Wilcock found and promoted the following fake whistleblower **Emery Smith**

    a. Mr. Smith has an extensive medical background and is prolifically known in the biomedical field, has owned multiple companies, and was involved in a lawsuit with his medical company EMCYTE CORP (Case No. 15-CA-001620, IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA) that involved medical equipment Smith invented and patented, called "Emcyte genesis system".[48]

    b. Mr. Smith's public frauds center around claiming he's autopsied about 3,000 different types of ET (Extra-Terrestrial) humanoids [#308-14 at 1, paragraph 1], when he knows this to be false.

    c. Smith's main 'secret insider' photo of him working in the alleged 'labs' doing alien samplings was revealed to be a stock lab photo available online and his image was copy and pasted over the top of the stock photo (by Goode and his associates), to look like Smith was a lab technician to fool people into believing he's performed thousands of alien autopsies, when he has not.

---

[48] https://patents.justia.com/inventor/emery-smith

http://projectavalon.net/forum4/showthread.php?101752-Cosmic-Disclosure-s-EMERY-SMITH-is-a-hoaxer./page9  [#121-23- ES Fake Lab Photo[49]; #308-3]

d.  Upon information and belief Mr. Smith has never performed an Extra Terrestrial alien autopsy or interacted with any Extra Terrestrial alien specimen samples.

e.  Smith's (ex)girlfriend's father, John, began a YouTube channel, Points on the Curve, talking about Smith's financial and otherwise scams with David Wilcock and arrest records. (2020). The channel has since been removed.

f.  Kim Cohen, Mr. Smith's former fiancée, publicly exposed on her YouTube channel and BitChute, that  Mr. Smith has a drinking and [medical] drug problem and showed video clips of Mr. Smith acting very strange and appearing intoxicated in some form. **(EXHIBIT 8 VIDEO Cohen & Smith)** [#308-15 screenshots]

g.  Upon information and belief Mr. Smith was intoxicated with alcohol or drugs and caused the accident situation that Wilcock falsely promoted as a 'dark alliance' attack for profiteering. [#308-14 at 9-10]



---

[49] http://projectavalon.net/forum4/showthread.php?101752-Cosmic-Disclosure-s-EMERY-SMITH-is-a-hoaxer./page9



h. Wilcock, Goode and Smith created a fake news story for donations based on Montalbano's original unpublished Intellectual Property emailed to Goode on **October 19, 2017** a literary work about a guy 'Losing a Bullet Bet' and being threatened with being shot, but since the shooter lost the bet, no one was shot/killed. The bullet was described in detail along with a shoddy drawing of it provided.

**November 13, 2017** Wilcock published his fake news story [#308-14][50] about alleged whistleblower Emery Smith being threatened and almost killed. Wilcock proceeded to provide a photo of a bullet [#308-14 at 5] that matched the description of Montalbano's dream record and that Smith had not been shot, but threatened with the bullet. [**#121-18, PLAC 3-18**]. Wilcock sought donations based on the premise Smith ("Paul") was poor and under massive attack from the dark alliance/cabal and in the hospital because of them.

---

[50] https://divinecosmos.com/davids-blog/1224-emery-smith/

324. Goode and Wilcock knew, or had reason to know, that the stories they told the public about Smith doing alien autopsies based on a Photoshopped image were false.

325. Wilcock knew, or should have reasonably known, the stories and whistleblowers he presented to the public as true; including Goode, Smith, and Peterson; were false.

326. Goode told the public he was a legitimate whistleblower, with the intent the public, and Montalbano, would purchase he and GES products.

327. Wilcock told the public Goode, Peterson, and Smith, were legitimate whistleblowers and or under attack by the 'dark alliance' with the intent the public, and Montalbano, would purchase their products, donate money, or otherwise support them.

## BOOKS

328. Montalbano, believing Goode and Wilcock's stories as true, purchased two books by Goode's associate Dr. Michael Salla; filled with Goode's Secret Space Program (SSP) fake news and space alien lies. [#290-1 – Salla books purchased via Amazon $34.94; #308-8 Salla book jacket cover claiming detailed disclosure of the alleged 'Secret Space Program' with 'whistleblower' Goode].

329. Upon information and belief, Doctor Michael Salla, created a fake news[51] story about square ships with a 'photoshopped' image, October 20, 2017, based on Montalbano's original unpublished 2010 dream vision of square ships, emailed to Goode June 25, 2017. **(EXHIBIT 9 – email)**




## FALSE CLAIMS OF BEING POOR

330. Goode and Wilcock falsely publicly claim they are poor and ask for donations (2017-2022).

331. Goode and Wilcock earn hundreds of thousands and even millions of dollars in product sales or donations per year.

---

[51] https://exopolitics.org/disclosure-of-antigravity-craft-near-macdill-afb/

332. Ms. Lorie (Goode's alleged Florida counsel, who writes and creates courses Goode sells) claims she and Mr. Goode earned over $700,000 selling the ascension course (2020) she created for them. [#161-5 at 2]

333. In September 26, 2022 deposition, case 1:20-CV-00947 [#25], time stamps 02:15:40 - 2:17:00 PM, Goode stated under oath that David Wilcock earned around four to five million dollars in 2017 and 2018 selling his courses; and that residual income is still in the hundreds of thousands and even millions of dollars the following years. (02:19:00 - 02:20:00) **(EXHIBIT 10 VIDEO Deposition)**

334. Mr. Wilcock repeatedly told the general public, and Montalbano, he and his associates were poor 2017-2020. [#121-2 at 10, 12, 13, 15-16; #121-4 at 7, 8, 9]

335. According to CNBC, 2017 article[52] to be in the top 1% financially in Colorado (2017), a person needs to earn $410,716 (or more) annually.

336. According to Forbes, July 8, 2022 article[53] to be in the top 1% financially in Colorado (2022), a person needs to earn at least $632,277 annually.

337. Mr. Goode and Mr. Wilcock are in the top 1% financially. Their statements of being poor are false.

_____

[52] https://www.cnbc.com/2017/06/12/how-much-you-have-to-earn-to-be-in-the-top-1-percent-in-every-us-state.html

[53] https://www.forbes.com/advisor/investing/financial-advisor/are-you-in-the-top-1-percent/

338. Goode and Wilcock knew, or had reason to know their public claims of being poor, were false, as they both were earning hundreds of thousands of dollars and millions of dollars per year since 2017.

339. Upon information and belief neither Goode nor Wilcock, were on state benefits (low income/poor) at any time when they told the public they were poor and needed donations and money.

340. Goode and Wilcock told the public they were poor, with the intent the public, and Montalbano, would donate money, gifts, or otherwise support them.


## MONTALBANO DONATED

341. Montalbano donated $50 to the Goode's dental donation scheme (¶55) November 29, 2017, under the belief Mr. and Mrs. Goode could not afford dental care because Mr. Wilcock promoted them as being poor, when he knew they were rich. [#121-2 at 10-14]


342. August 20, 2017, Montalbano donated $50 (¶55) under the belief that Mr. Peterson was a legitimate whistleblower and that Cabal/Dark Alliance were stealing his home, not that it was a standard home foreclosure. [#121-2 at 15-19]


## LOVE AND LIGHT CLAIMS & DEFAMATION

343.  Goode, LIGHT WARRIOR LEGAL FUND LLC, and Wilcock; publicly claim Goode and Wilcock are men of love and light and ask for donations to support them to fight the "Dark Alliance", "Stalkers", cabal, and criminals (¶¶29-31, ¶¶39-40).

344.  Late 2016 to early 2018 Montalbano believed Goode and Wilcock were fighting actual dark alliance [#121-5], stalkers, cabal and criminals, and relied (¶¶45-47) on this as true.

345.  Early 2018 and forward, Montalbano learned the "Dark Alliance", cabal, "stalking", and criminal claims were false and that Goode and Wilcock had a pattern of defaming their critics and business competitors as criminals, to destroy their competing business, which later included defaming Montalbano (2018-current) to multiple third parties as a stalker and criminal when they knew this to be false. (See Abuse of Process and Defamation Claim)

346. In Goode's, September 26, 2022 deposition, time stamps 02:14:00 – 02:15:00, Goode states cyber stalkers are dark forces (same as ""Dark Alliance"). **(Exhibit 10 VIDEO)**

347.  Goode and Wilcock falsely defamed the following business competitors, 2018 – current, as stalkers, Dark Alliance, Cabal, pedophiles, and/or criminals; and Ms. Yanaros delivered legal threats or opened lawsuits against most everyone listed below: **[#121-7 at p3, p6-8]**

    A. Alyssa Montalbano (See Defamation, Abuse of Process, Malicious Prosecution)

    B. Mr. Weidner (former employer and critic of Goode's), Goode and Yanaros opened a criminal stalking case against him and defendant this instant case)

C.  Jason Rice (alleged SSP whistleblower and prior thought to be 'replacing' Goode at GAIA in Cosmic Disclosure), threatened with legal action)

D.  Jimmy Church (radio show host and former promoter of Goode's) and his wife (threatened with legal action)

E.  Richard Dolan (public speaker and critic of Goode's) and his wife; threatened with legal action.

F.  'Joe from the Carolinas' (YouTube show host, counselor for terminally ill cancer patients, and critic of Goode's); harassed at work by Goode's cult followers and almost lost his job.

G.  CW Chanter (aka Benjamin Zavodnick) (YouTube show host and critic of Goode's); defendant this instant case.

H.  Christina Ferrante (YouTube show host and critic of Goode's) ; defamed as a stalker and threatened with legal action (via Florida attorney Liz Lorie) [#121-1 at 5-7].

I.  Cliff High (Public speaker and critic of Goode's); Defamed as dark alliance, dismissed defendant this instant case.

J.  Dark Journalist (Daniel Liszt) (news reporter and critic of Goode and Wilcock's (¶119); Defamed as dark alliance.

K.  MJ Banias (news reporter and critic of Goode and Wilcock's) threatened with legal action. [#121-7 at 7]

L. Yvonne Palermo (spoke up on REALiTY CHeCK YouTube channels showing that Mr. Corey Goode and Mrs. Stacy Goode threatened her by email with kidnapping and murder for exposing them.)

M. Bill Ryan (YouTube show host, founder of Project Avalon website, and critic of Goode's); Goode and Ramsaur used "thug tactics" to coerce Ryan and defamed him.

348. Goode has regularly used defamation and legal coercion tactics, since 2014, to acquire donations and fame and notoriety. See Darling v. Goode protection order issued against Mr. Goode for making up lies about his former employer claiming they were stalking him (when they were not) and that they were criminal terrorist (when they are not). Goode staged the fake story to be popular and get on the news [#308-7 at 21 line 7]. [#26-5 Permanent Restraining Order against Goode; #308-7 Complaint Darling v. Goode]

349. Goode, GES, Wilcock and LWLF knew, or had reason to know as early as August 2018, their public claims that Montalbano was a stalker/dark forces was false, as Goode lost two criminal stalking cases against Montalbano and Montalbano has a clean record. (See Abuse of Process Claim)

350. Goode and Wilcock told the public their competitors were dark alliance (dark forces) and criminals, with the intent of destroying their competing businesses, destroying critics

reputations, and having millions of consumers buy Goode, GES, and Wilcock's products, donate money or otherwise support them.

## GOODE – APHASIA HEALTH CLAIMS

351.  Mr. Goode publicly claimed on Cosmic Disclosure, Season 7, Episode 28, July 11, 2017, as having the neural health illness of aphasia (which is commonly part of dementia), memory issues, and other neurological issues from being in the "20 and Back" program and doing it three times. (¶16 i.) **(Exhibit 1; time stamp 13:30 – 14:30)**

352.  Mr. Goode claimed under oath, September 26, 2022, in his deposition that he did not say he had dementia **(Exhibit 5, time stamps 01:49:40 PM – 01:52:10 PM),** and that the "20 and Back" is his Intellectual Property and Trademark and not a real experience. **(Id. 2:00:30 PM - 02:01:30 PM).**

353.  Goode knew, or had reasons to know, his public claims of aphasia and other related neural health issues being from his 20 and Back experiences were false and that he had a duty to tell the public the truth, that it was just made up fan fiction for profit, and he did not.

## WILCOCK - EDGAR CAYCE DREAM PSYCHIC CLAIMS

354. Wilcock publicly claims he is the famous dream psychic Edgar Casey reincarnated. and a highly skilled dream psychic (¶38)

355. On **April 7, 2020,** 'Occult Priestess,' stated that David Wilcock told her at a 2017 New Year's Eve party he no longer had visions (dream visions) and that he leaves that to Corey Goode. **[#121-22]** ~~DW no more dream visions)~~ [54]

356. Upon information and belief Mr. Goode is sharing all of Montalbano's emailed Dream Vision records and research with Mr. David Wilcock for use in his dream teaching business.

357. Mr. Steven Cambian on his YouTube channel, Truthseekers, posted "Truthseekers Episode 0006 : "David Wilcock and a box of dildos." **June 26, 2020** and exposed: David Wilcock had been fraudulently claiming he's the famous dream psychic Edgar Cayce reincarnated. Mr. Cambian contacted the Edgar Cayce Foundation and found out that they have a test (as many people claim to be Mr. Cayce) and that Mr. Wilcock took the test and failed, and that Cayce's family has told Wilcock to stop publicly claiming he's Mr. Cayce reincarnated and Wilcock has not stopped. (Time Stamps 4:00 – 7:00) Upon information and belief this is true.

358. Many other people in the consciousness community also began exposing Wilcock's many and ongoing failed dream predictions. To include news reporter Dark Journalist Tweet posting on



---

[54] ~~Id at 43. Mesa exhibit CT~~

April 22, 2020 pointing out another Wilcock failed prediction of "3 days of Darkness"

359.  Wilcock knew, or had reason to know, he is not a legitimate dream psychic and that his public claims of being psychic and Edgar Cayce reincarnated are false.

360. Wilcock told the public he is a highly gifted dream psychic and the famous dream psychic Edgar Cayce reincarnated with the intent the public, and Montalbano, would watch his shows, buy his products, donate money, gifts or otherwise support him.

## PLAGIARIZED OR DERVIATIVE WORK INFRINGEMENTS

361.  Goode and Wilcock create plagiarized works or derivative works based on other original artists' and authors' works that they then repackage and sell for millions of dollars with no attribution or remedy to the original author or artist.

## 20 and BACK

362.  Michael and Stephanie Relfe claimed via Bill Ryan's YouTube Channel, July 2017, they believed Goode plagiarized their Twenty and Back experiences published on their website https://TheMarsRecords.com in 2000 [55].  **(EXHIBIT 11,  20 and Back "The Mars Records")**

363. Goode stated September 26, 2022 in his deposition, at approximate time stamp 2:01:00 - 02:03:25, the Twenty and Back program is his Trademark and original IP that was not anywhere else before. **(Exhibit 5)**

364. Goode's "20 AND BACK" Trademark was registered March 6, 2018. **(EXHIBIT 12)** This registration is at least eighteen years after Michael and Stephenie Relfe published The Mars Records, first discussing the 20 and Back experience.

365. Upon information and belief, Goode plagiarized his 20 and Back story from Michael and Stephenie Relfe's 'Mars Records' books 1 and 2.

366. Mr. Bill Ryan is a publicly outspoken critic of Mr. Goode's; and also claims Goode extensively data mined the Project Avalon forum and its members for story telling materials during the years just prior (at least 2014) Goode becoming a show host (2015) on Cosmic Disclosure. **(EXHIBIT 13)** Montalbano reasonably believes this to be true.

367. Goode stated September 26, 2022 in his deposition at approximate time stamp 03:08:00 - 03:10:00 that he and co-worker Roger Ramsaur conspired together to coerce Bill

---

[55] Google Books – The Mars Records Book 1 – Published 2000
https://www.google.com/books/edition/The_Mars_Records_Book_1/HrN3rw67cUQC?hl=en&gbpv=1&dq=inauthor:%22Stephanie+Relfe%22&printsec=frontcover

Ryan at his home (in another country (Ecuador)) via a paid third-party using 'thug tactics' to try to silence Mr. Ryan. Goode also alleged Bill Ryan is a chief cyberstalker of his, when it is clearly the other way around. **(EXHIBIT 14 VIDEO)**

368. Upon information and belief, Goode and Ramsaur harassed and defamed Mr. Ryan for publicly exposing their 20 and Back frauds and data mining of Project Avalon members for stories; and did so with the intention the public would financially support and buy Goode and GES's products, while unfairly destroying competitor Bill Ryan's business and reputation.

369. Goode knew, or had reason to know, the "20 and Back" story/experiences he claims are his original IP and that he is the first to publicly talk about it, is false.

**ARTWORKS USED**

370. Artist Jim Nichols – claims Goode used his art on his new book cover and was never contacted by the publisher or Goode for permission. [#308-9 Video]

371. Goode had reasons to know, or should have known, Jim Nichol's artwork should not be used in his business in print or broadcast without the artists consent.

372. Artist, 'Agent K', claims Goode used his original spaceship design and created a derivative work from it, then Goode ignored his emailed questions about it. [#308-9 Video; #308-10]

373. Goode had reasons to know, or should have known, artist 'Agent K's' spaceship artwork should not be used in his business in print or broadcast without the artists consent.

374. Goode's associate, Vivian Davis, used Montalbano's Original artwork "Intuition" on a slide at Eclipse of Disclosure during 2017, and did not cite Montalbano as the original artist or provide any compensation for use. [#121-20]

375. Goode and his associates had reasons to know, or should have known, Montalbano's artwork should not be used in their business in print or broadcast without Montalbano's consent or citing Montalbano as the artist.

**ANCHAR ALIEN FICTION**

376. In Goode's "Mega Update", he claimed he had real experiences with the Anchar aliens to include receiving drugs from them and that the alien's literally remote neural interface with humans [#121-3].

377. Upon information and belief, the 'Anchar' are actually CIA John and Jane Doe humans participating in CIA remote neural Telepathic Behavior Modification.

378. September 26, 2022 in Goode's deposition at approximate time stamp 01:54:00 PM - 01:55:30 PM Goode claims the Anchar aliens are his own made up meditation guides and part of his original IP. **(Exhibit 5)**

379. In the stop and desist PLAC notices [#295-1], Montalbano claimed Goode's Mega Update **(Exhibit 15 and 16)**, involving the Anchar **(Exhibit 15),** was created from twenty (20) of Montalbano's original IP records. (See ¶¶173-180 below)

380. Upon information and belief, Goode's Mega Update Anchar alien experiences, are derivative works based on Montalbano's original published and unpublished Intellectual Property.

381. September 26, 2022 in Goode's deposition at approximate time stamp 02:04:00 – 02:04:30 PM Goode stated part of his public relations job is to present his fictional alien stories to the public as if fully real and true alien experiences, to make sales. **(Exhibit 5)**

382. Goode knew, or reasonably should have known his claim to the public, and Montalbano, that his aliens experiences were all fully real alien experiences, were false.

383. Goode knew, or had reason to know, his alien and alien Anchar stories were fiction or partially fiction and that he had a duty to disclose this to the general public, and he did not.

384. Goode knew, or had reason to know, he was making knowingly false misrepresentations to the public about his alien experiences with the intention that they, and Montalbano, would purchase his products and donate gifts or money to him, Wilcock or GES's businesses.

**BLUE AVIANS (DERIVATIVE WORK)**

385. Mr. Goode claims being in contact with a tall Blue Avian (Blue Bird) race in his dreams. (¶16 h.  ¶35) Wilcock claims the Blue Avians have also been in communication with him. **(Exhibit 2 VIDEO, CD S7E4, Time Stamps 2:40-3:10)**

386. Upon information and belief, Goode and Wilcock's Blue Avian narratives are plagiarized derivative works from Bonnie Meyer's Book "Alien Contact: the messages they bring" published February 14, 2006.  https://www.amazon.com/Alien-Contact-messages-they-bring/dp/0595384048 whereby Ms. Meyer claims being in contact with a tall blue bird alien. [#308-12]

**BLUE AVIANS (CIA[56] BLUEBIRD)**

387.    James Corey Goode publicly claims he has been in the CIA MKULTRA and MiLab mind control programs and that he is allegedly no longer in them. [#231-1 VIDEO]

388. The CIA runs a mind control program called Project BLUEBIRD focusing on Subconscious Isolation (for remote frequency control of people).

---

[56] The CIA and other sectors of the military (DOD/DARPA, DIA, NSA, USAF, ARMY, and etc.) and prestigious Universities (Stanford and Princeton) and science institutions are involved in dream research, Remote Viewing, Remote Influencing, Psychic warfare, neuroscience, and research related to 'sleep-wake' states (dream or hallucination gazes), notably for total (remote) consciousness obliteration, mind control, and militaristic psychic (Radio Frequency) warfare purposes   and can be seen in the following key CIA MKULTRA documents available via the **CIA's website Reading Room** (www.cia.gov/library/readingroom )

**a. Project BLUEBIRD [**#121-9]

**CIA-RDP83-01042R000800010003-1**[57]

The CIA's Project BLUEBIRD (from the 1950's) notably cited a strong and growing interest in the development of ESP (Extra-Sensory Perception) for militaristic use and mind control. BLUEBIRD researched "Subconscious Isolation" (SI) of "**Interrogation Subjects**" via "**Interrogation Teams**" that included a hypnotist, for total mind control of the subject in the experiment room and sought total mind control of the subject after they left the room.

**b.** MKULTRA is a personality splitting program for mind control that uses drugs (notably LSD), abuse (including sexual), hypnosis, microchipping, and invasion of neurological and dream states (Subconscious Isolation) through the use of frequencies directed at the brain and body for total consciousness obliteration.

**389.** Goode claims being part of interrogation programs. [**#121-6 at p6]**

**390.** **DoD Psychoenergetic Program Replication Studies**

**CIA-RDP96-00792R000600310001-7**

The CIA calls Remote Action "RA" and studies the influence of physical and biological systems without physical mechanisms. (aka frequency broadcasts)

---

[57] https://www.cia.gov/library/readingroom/docs/CIA-RDP83-01042R000800010003-1.pdf)

391.    Upon information and belief Goode's Blue Avian (BLUEBIRD) alien friend that he calls "RA" (Tier Eir), is CIA code for 'Remote Action' (RA) for frequency based mind control broadcasts directed at the Targeted Individuals' auditory networks of the brain, which are the hallucination centers associated with dementia.

392.    Mr. Goode claims under oath he has been in MiLab and a "Secret Program" (not Secret Space Program) in his September 26, 2022 deposition, case 1:20-CV-00947 [#25], (Exhibit 5 approx. time stamp 01:57:00 – 01:57:30 PM)

   a.  MiLab is an illicit MKULTRA personality splitting program for mind control, with the added feature that the perpetrators ("military") cause the victim to think they are being abducted by aliens (for illicit experiments, cult rituals, microchipping, or otherwise) rather than being kidnapped by humans working for illicit factions of the 'government' or black operations. [#121-17 at 7]

   b.  Dr. Robert Duncan, former CIA Artificial Intelligence brain and computer interfacing developer and expert, whistle blew that The CIA has a remote brain assault program called S.A.T.A.N. S.A.T.A.N. remotely (neural) interfaces with the mind and has a subprogram called VooDoo Doll that remotely stimulates the Targeted Individual's brain cortices to cause them to feel physical pain (prick, burn, etc) or pleasure (sexual) in whatever area of the body chosen, as if physically occurring, through remote

frequency neural stimulation. (aka frequency broadcasts) The goal of S.A.T.A.N. is typically to cause a suicide or create sociopathic mind controlled assassins.

    c.  <u>CIA agents use alien masks in physical renditions to fool their victims into believing they are having alien visits, alien lab experiments, or alien assaults.</u> [#121-17 at 7]

393. Goode has publicly claimed working with technology like S.A.T.A.N when in the CIA MKULTRA and MiLab programs and that he was required to remotely assassinate others. [#231-1 VIDEO]

394. **The US Army has an SSP division, where SSP stands for Scientific Services Program**. The Scientific Services Program networks researchers and experimenters with funding for vast amounts of neuroscience (brain) research.

https://www.arl.army.mil/business/scientific-services-program/

395. Goode Claims working in the Texas Army State Guard. **[#26-5 at p5]**

    (District Court Dallas County, Texas, Cause No. DC-14-04807 at 4, lines 1-2)

396. Upon information and belief, Goode's SSP does not in fact stand for Secret Space Program, but is actually the US ARMY's Scientific Services Program (SSP).

397. Bill Ryan, posted to the Project Avalon forum, April 2017, a thread titled "The Truth About Corey Goode" and in it posted messages between Mr. Goode and another person; and Goode stated he was "now on the pay roll" and had "superiors" **(Exhibit 13 at 3)**

398.  Upon information and belief Goode is on the CIA or 'government' pay roll.

399.  Mr. Randy Maugans, an MKULTRA program experiencer, told Montalbano by Twitter private message September 30, 2019, that Goode is handled by an Intelligence group called "The Avians."  [**#121-10** Avian Group]

   a. Mr. Maugans also stated the CIA MKULTRA programs use dream states of consciousness for sexual relations or conversely to attempt to assault/kill the Targeted Individual and/or in efforts to 'see the future' (Project Looking Glass). [**#121-10 at p3-4**]

400. In article[58] titled *"Scientists can now speak to people in real-time in their dreams thanks to breakthrough"* published, February 20, 2021 and authored by Joshua Smith, it states:

   ""We found that individuals in REM sleep can interact with an experimenter and engage in real-time communication." said senior author Ken Paller of Northwest University. "We also showed that dreamers are capable of comprehending questions, engaging in working-memory operations, and producing answers."

---

[58] https://www.dailystar.co.uk/news/latest-news/scientists-can-now-speak-people-23537715 ; and https://www.cell.com/current-biology/fulltext/S0960-9822(21)00059-2

In short the research showed that awake scientists can literally two-way communicate with sleeping people. (retrieved February 21, 2021 articles:

401.  According to a study performed by a team of researchers from the Wisconsin Institute of Sleep and Consciousness, and results published[59] in Nature Neuroscience, April 10, 2017, their EEG research showed the brain is electrically active during dreaming states similar to waking states and their study thereby proved that dream experiences are actual experiences occurring in the brain and not some 'confabulation' or 'invention' being made up upon waking. They believe this research to be a valuable gateway into the study of consciousness. (emphasis added)

402.  Upon information and belief Goode and Wilcock are managed (handled) by the CIA "Avians" Group  (¶146) for Subconscious Isolation program experiments on the general public (and Montalbano), involving the delta and theta brain wave lengths (Sleep and dreaming states) for non-consensual sleep communication experiments.

403. U.S. HAVANA ACT of 2021 (Senate Bill 1828) [#225-4]

Havana Act 2021, was unanimously passed by the U.S. SENATE to authorize payment to qualified CIA employees for brain injuries from remote frequency neural assaults.

---

[59] (retrieved February 20, 2021 https://www.inverse.com/article/30174-dreaming-consciousness-brain-scan-neuroscience-rem-sleep ; and see  Siclari, F., Baird, B., Perogamvros, L. et al. The neural correlates of dreaming. Nat Neurosci 20, 872–878 (2017). https://doi.org/10.1038/nn.4545)

404. Upon information and belief Goode's and Wilcock are part of a current and operational CIA project BLUEBIRD experiment, further managed by John and Jane Does in the Avian Group.

405.  Goode knew, or had reason to know, his Blue Avian alien stories were fully fiction or partially fiction and that he had a duty to disclose this to the general public, and he did not.

406.  Goode knew, or had reason to know, he was making false misrepresentations to the public about Blue Avian contact being with actual aliens; with the intent that consumers, and Montalbano, would purchase his products and donate gifts or money to him, Wilcock or GES's businesses.

**WILCOCK  PLAGIARIZING WHISTLBLOWER RESEARCH**

407. March 16, 2019, Linda Moulton Howe – claimed Mr. David Wilcock plagiarized her whistleblower research and reported it to YouTube. YouTube struck Wilcock's plagiarized video. [#308-11 Video]

**USE OF MONTALBANO'S ORGINAL IP (DERIVIATIVE WORKS)**

408. Goode and Wilcock regularly used Montalbano's original IP dream stories as if their own on Cosmic Disclosure and in their fake news stories and to create donation schemes since 2017 and forward. [#295-1, PLAC]

**FAKE NEWS**

409.     **On November 4, 2017** Montalbano emailed Goode a dream journal literary work title "ET Exchange Program" where 'ETs' would be 'exchanged' with human families similar to foreign exchange students.

On **November 19, 2017, Teresa Yanaros** (former marketing promoter for Goode's alien narratives and also Plaintiffs' Counsel, Valerie Yanaros' sister), went on Goode's associate's YouTube channel "Stillness in the Storm" and in video titled "NEWS: Trump Investigates, Pedogate Busts, David Wilcock, Starseeds Unite – November 19, 2017" Ms. Teresa Yanaros stated there was going to be an ET (alien) exchange program similar to Montalbano's unpublished dream journal literary work. **([#121-18]** PLAC 3-7) (video has since been removed, upon information and belief Ms. Valerie Yanaros told her sister to hide or remove the video so Montalbano could not screen capture it and file it in this instant case as evidence)

410. Upon information and belief, Goode used Montalbano's original unpublished dream journal IP record as source material, and delivered it to Ms. Teresa Yanaros for her to present the information as if actual news on the "Stillness in the Storm" channel.

**GOODE FAKE LIFESTORY COPYRIGHT INFRINGEMENT**

411. Mr. Cliff High (dismissed defendant to Goode's claims this case) stated on this court record that Mr. Wilcock stole copyrighted materials from his proprietary ALTA Reports

(Asymmetric Linguistic Trend Analysis60) and delivered the material to the GAIA TV audience in the guise of being the 'life story' of Mr. Goode [#114 at 3] Mr. High also stated July 1, 2017 in YouTube video "DISCLOSURE INC. THE ART OF THE STEAL! NEW AGE DEEP STATE PART 5 – DARK JOURNALIST" (approx. time stamp 3:00-5:00) published to YouTube channel, DarkJournalist; that Goode and Wilcock used his ALTA software report, to 'predict' coming events and make up stories. This was verified by Mr. High intentionally putting something in the report about Antarctica to see if Mr. Goode and Mr. Wilcock would use it in their public narratives, and they did.

### DERIVATIVE WORK COPYRIGHT INFRINGEMENT "MEGA UPDATE"

412.    On January 12, 2018, Mr. Corey Goode posted a 'literary work' titled "Mega Update," in two parts, on David Wilcock's website https://DivineCosmos.com **(Exhibits 15 and 16)**

413.    The January 12, 2018 "Mega Update" was a derivative work and fake news based on approximately twenty (20) of Montalbano's common law and federally copyrighted "Dream Vision" literary works.

---

60 To Montalbano's understanding; ALTA is a computer program invented by Mr. High that outputs predictions of likely trends or events based on internet emotional public chatter keywords.

414.   The following 20 Dream Visions **(Exhibits 17, 18, 19** [61] **)** and derivative work uses are cited in the unrebutted presumptive Pre-Litigation Affidavit Complaint (PLAC) mailings.

Mega Update Part 1 https://divinecosmos.com/davids-blog/1225-abr-legacy/ **(Exhibit 15, also includes photoshopped image of Emery Smith (¶84))**

Mega Update Part 2 https://divinecosmos.com/davids-blog/1225-abr-legacy/2/) **(Exhibit 16)**

A.   "Axe Maze House" **(EXHIBIT 17 at 1-4)** emailed August 9, 2017 to Mr. Goode.

Goode created the "Mega Update" derivative work based on Montalbano's original literary work of axes coming off the ceilings and floors trying to kill Montalbano and her Twin Flame in a room with an axe head chopper guy. In Goode's mutilated derivative work he made himself the experiencer and had hovering axes he was avoiding being killed by in a room and in his rendition a 'reptilian' being was killed by someone welding an axe. **(Exhibit 15 at 12 -13, 15)** (**[#121-18]** PLAC at 2-6)

B.   "Stopping Bullets with Liquid Blue Spheres" emailed July 11, 2017 **(Exhibit 17 at 5-6)** Goode created the "Mega Update" derivative work presented as 'news' based around (energy) spheres being used to transmute or contain energy.

[61] Relevant pages only – does not include full dream vision records for privacy rights. Full records may be provided under seal upon request.

([#121-18] PLAC at 2-7) **(Exhibit 15 at 12 'negative being inside containment bubble')**

C.     "Dragon Morph" emailed August 14, 2017 **(EXHIBIT 17 at 7--8)**

Goode created the "Mega Update" derivative work based around describing the reptilian with a similar particular green color description (such as 'olive green' or 'spring green') as Montalbano's and similar to Montalbano's story he specifically described the face as if his own experience. **(EXHIBIT 15 at 12)** [#121-18, PLAC 2-8)

D.     "Saving the World with 5 Purple Star Fish Kush Kittens"   emailed August 26, 2017 **(EXHIBIT 17 at 9-13)** Goode created the "Mega Update" derivative work based around strange creatures in water that made him feel nervous, like Montalbano's story. ([#121-18] PLAC at 2-9) **(Exhibit 15 at 16)**

E.     "Druids and Orange Dolphins" emailed August 14, 2017 **(Exhibit 17 at 14-15)**

Goode created the "Mega Update" derivative work based around strange creatures in water that made him feel nervous, like Montalbano's story. **([#121-18]** PLAC at 2-10) **(Exhibit 15 at 16)**

F.     "Off Dimension with Corey, Correct Dimension with Corey" (aka The Marriage Dream) emailed December 16, 2017. **(EXHIBIT 17 at 16-22)** ([#121-18] PLAC 2-11)

Goode created the "Mega Update" derivative work alleging his entire "off world" "alien" (Blue Avian) experiences occurred on December 16, 2017. Goode

utilized many similar elements from "The Marriage Dream" to include the date it was emailed to him, being on stage, overcome with emotion, a planned meeting, and quiet clapping, amidst many other similarities. Goode mutilated the work and replaced Montalbano and the on stage 'marriage' with his Blue Avian Blue Bird alien friend being with him on stage stating legal sounding things and Goode feeling lots of love-emotions from his male alien companion. **(Exhibit 15 at 17-18)**

G.   "Soleil" emailed January 2, 2017 and later published in DreamWalker book. **(Exhibit 17 at 23-24)**

Goode created the "Mega Update" derivative work/fake news based around light and solar events and Artificial Intelligences (A.I.) related to Montalbano's dream journal records. **(Exhibit 15 at 6, 9)** **([#121-18]** PLAC 2-12)

H.   "A True Story, Japanese Letter circulating A.I. choose colors, Dark Matter with light shined on it" emailed July 3, 2017 **(Exhibit 17 at 25-29)** **([#121-18]** PLAC, p13, 2-13)

Goode created the "Mega Update" derivative work/fake news based around light and solar events and A.I. **(Exhibit 15 at 3)** and posted related Elon Musk A.I. news article about an 'open A.I. letter.' **([#121-18]** PLAC 2-13)

I.   On September 21, 2017, Montalbano emailed the following Dream Visions to Goode: "Red triangle craft," Gold under the Candy Store and Abominable (giant) Beings," and "Sapphire Crown Jewel".    Montalbano emailed Goode on January 6, 2018 about a

Dream Vision with a living giant. January 10, 2018 Montalbano Facebook posted a public comment that people would 'likely hear about 'living giants soon" quite likely underground and in Antarctica **(Exhibit 18 at 1-2)** (**[#121-18]** PLAC 2-14 and 2-15)

Montalbano's dream vision literary work was about a living giant being in captivity in a high security type military installation and the giant was very nice. Goode created the mutilated "Mega Update" derivative work/fake news alleging a "secret insider" military friend had been living with volatile living giants and that the giants crash landed in Antarctica and the survivors lived underground.  **(Exhibit 16 at 3-4)**

J.   "My SSP involvement? – leading argumentative team to work together" emailed October 19, 2017 to Goode. **(Exhibit 18 at 3-14)**

Goode created the mutilated "Mega Update" derivative work/fake news by stating the SSP (Secret Space Program) (Ufology) people could basically never get along or work together. In Montalbano's original literary work she was getting these argumentative "SSP" people to listen to one another and work together. **(Exhibit 16 at 13-14)** (**[#121-18]** PLAC 2-16)

K.   "Signing Kings contract for large space object to power earth" emailed August 2, 2017 **(Exhibit 18 at 15-21)**

Montalbano's original literary work described a large space object that was derelict and very banged up looking (monstrosity) that looked like a skyscraper shape, and went

Page **133** of **341**

into detail describing the paneling. Montalbano had to sign a 'king/president's' contract for the elongated space object that was red/orange/rust color. Goode created the "Mega Update" derivative work/fake news based on a large dinged up (by asteroids), holes, and derelict looking red/orange/rust color outer space object (cigar ship shape) that allegedly just entered the solar system and went into detail about panels and that military people were sent to investigate. (**[#121-18]** PLAC 2-17) **(Exhibit 16 at 14-16)**

**L.**   "River Walk and Stone Age Dinosaur Hologram Show – Pterodactyl" emailed December 10, 2017 **(Exhibit 18 at 22-31)**

In Montalbano's original literary work she was walking in a river with others to attend a prehistoric Dinosaur hologram show and at one point accidentally took off a chunk of a guy's flesh from his face and heard hawk (**raptor/**dinosaur) cries that sounded like a pterodactyl to Montalbano. Goode's derivative "Mega Update" work incorporated the skin flesh chunk that came off the face of a male but instead the skin chunk came off a dead Pterodactyl type 'alien' species that allegedly lived in water in the derelict space object



(ship) and that'd since rotted away and when touched by the military people the skin chunk came off. (**[#121-18]** PLAC 2-18) **(Exhibit 16 at 13, 16-17)**

January 1, 2018 Goode also tweet posted "Raptor body found? Happy New Year! CG: 'Jurassic Legion Addition: Dino-Like Corpse Featuring Flesh Grabs…"

**M.**   "Forrest and Glyph Kisses Portal" emailed July 8, 2017  **(EXHIBIT 19 at 1-5)**

Goode created the "Mega Update" derivative work based on glyphs and math being used as portals and described glyphs in his derivative work similar to what Montalbano drew in the dream journal record. (**[#121-18]** PLAC 2-19) **(Exhibit 16 at 17)**

**N.**   "Watermelon advanced Mathematics of the Universe tech" emailed August 7, 2017 **(EXHIBIT 19 at 6-14 (in particular 8, 13-14)**

In the dream Montalbano was performing math calculations of the universe so fast it was beyond conscious human brain comprehension. Goode created the "Mega Update" derivative work based on (hieroglyphs) being a mixture of a language and a hyper-dimensional math similar to the hyper-dimensional math of the Universe performed by Montalbano in the dream journal record. **(Exhibit 16 at 17)** (**[#121-18]** PLAC 2-20)

415.   In "Mega Update" Goode also stated the following **(Exhibit 15 at 11)**:

Section Titled: "BEGIN COREY GOODE UPDATE"

*"COREY GOODE: "**I have been receiving** a **clear uptick in dream communications** with Tear-Eir over the last **ten weeks**."*

(Tear-Eir is Goode's publicly claimed alien Blue Bird friend)

Upon information and belief Goode's "uptick in 'dream communication" is reference to Montalbano's approximate 500 literary works IP (dream journals) that he defrauded Montalbano of during 2017 and used extensively in his alleged "Mega Update."

416. The "Mega Update" is still published online, and still no remedy or attribution has been given to Montalbano as the source of the stories.

417. Goode, GES, and Wilcock, knew, or should have known since April 2018 [#135-2 USPS Certified Mail PLAC; #295-1, PLAC], Montalbano's original stories should not be turned into derivative works or used in their business, in print or broadcast mediums, without the explicit consent of Montalbano.

418. Goode and Wilcock have never told the public the Mega Update is fiction or partially fiction.

419. Goode and Wilcock, presented the "Mega Update" as if Goode's literal alien contact experiences **(Exhibit 15 at 4)**; when they reasonably knew or should have known this was false; but they presented the story as true with the intent that the general public would trust and rely on them and buy their business products.

**TWEET**

**420.** January 8, 2018 Montalbano emailed Goode about a dream he'd been in mumbling "why me" regarding himself.  January 11, 2018 Goode Tweeted  he kept allegedly being told by others to read an article that included the lines "Why me and Why now?"  under heading "Anger, Bargaining, & Depression".  **(EXHIBIT 20)**

**421.** Upon information and belief, Goode has read all of Montalbano's emails delivered to him 2016 to 2018 and intentionally found articles or posted topics related to the content of Montalbano's emails, with the intent Montalbano would see it and keep sending him Intellectual Property records for free.

**WILCOCK 'UPDATE'[62] Skull Asteroid [63]**

**422.** August 3, 2017 Montalbano emailed Goode Dream Vision titled "Argon Warning" with a skull image drawn with it. On December 25, 2017 David Wilcock published "Stunning New Briefings" that included an image of a skull shaped asteroid. Upon information and belief Mr. Goode delivered the dream journal record to Mr. Wilcock for him to find the skull asteroid 'news' article. **(EXHIBIT 21)**

---

[62] https://divinecosmos.com/davids-blog/1223-targeted-arrests/
[63] https://www.dailymail.co.uk/sciencetech/article-5201985/Terrifying-dead-comet-looks-like-SKULL.html

423. Upon information and belief, Goode shared  Montalbano's Intellectual Property records with Wilcock, for him to find news or create fake news related to the content of Montalbano's emails, with the intent Montalbano would see it and keep sending Goode Intellectual Property records for free.

## COSMIC DISCLOSURE - BROADCAST INFRINGEMENT DERVIATIVE WORKS

424.    Goode and co-host Wilcock also used Montalbano's unpublished Dream Vision IP literary works to create fake news and derivative works seen in the Cosmic Disclosure shows, broadcast by GAIA.

A.    "Cigar Ships Beamed Up" (3D Light Puzzle), "Help ETs", "Portal Threads," "Galactic Family," "White Light Magik" emailed June 15, 2017 from AriStoneArt@Ymail.com to sba.producer@gmail (Roger Richards) and spherebeingalliance@gmail.com with "Dream Intel.pdf" attached (EXHIBIT 22 Dream Journal 3D Light Puzzle)

Goode created derivative works/fake news for Cosmic Disclosure, Season 8, Episode 14[64] December 5, 2017, using Montalbano's original unpublished literary work where Montalbano went up in a wave beam to a spaceship and entered a room with a female teacher and two kids (one boy, one girl) assembling a 3D light puzzle with the mind. In the dream all the beings on the spaceship looked humanoid. In the

---

[64] Montalbano believes some of the episode numbers changed when Goode's episodes were being removed from broadcast.

related dream sequence islanders were looking at Montalbano for being a 'white girl' . In Goode's derivative broadcast work rendition he made himself one of the kids assembling the 3D light puzzle with his mind and the female teacher a white 'nordic' human looking alien and he also claimed all the beings he saw looked human. [#121-18, PLAC 2-21] (EXHIBIT 23 Video)

~~Goode and Wilcock had associate Pete Peterson create a derivative work/fake news for Cosmic Disclosure, Season 7, Episode 31, (August 1, 2017) at approx. time stamp 25:50, where their fake whistleblower, Peterson, stated that about 1/3 of 'Dracos' are 'good' and like priests and ministers as if it was actual 'news.' ([#121-18] PLAC 2-3)~~

425.   *Palmer v De Witt,* 47 N.Y. 532, 536 (N.Y. 1872) "The author of a literary work or composition has, by law, a right to the first publication of it. He has a right to determine whether it shall be published at all, and if published, when, where, by whom, and in what form. This exclusive right is confined to the first publication."

426.   Goode, GES, and Wilcock, knew or reasonably should have known they have been taking away Montalbano's first publication rights, since April 2018.

427.   *Bobbs-Merrill Co. v. Straus,* 147 F. 15, 18 (2dCir. 1906) "The owner of the common-law copyright has a perpetual right of property and the exclusive right of first general publication, and may, prior thereto, enjoy the benefit of a restricted publication without forfeiture of the

right of general publication." *Aff'd*, 210 U.S. 339, 346 (1908) "At common law an author had a property in his manuscript, and might have redress against anyone who undertook to realize a profit from its publication without authority of the author. *Wheaton v. Peters*, [33 U.S. 591 (U.S. 1834)]

**428.**     Goode, GES, and Wilcock knew, or should have reasonably known, since April 2018 [#295-1 PLAC] that all the emailed Dream Vision Intellectual Property records (2016-2018), belonged to Montalbano and that Montalbano retains rights to be the first to publish her IP and that they should not use it in their business products to profit off of to their benefit and Montalbano's detriment.

**429.** Montalbano incorporates by reference all ~~20 Claims~~ as evidence of fraudulent misrepresentations that caused injuries, damages, and loss to Montalbano.

**Montalbano learned the claims by Goode and Wilcock were not true when:**

**430.**     Goode, Wilcock, The Enterprise, and their associates (mis)used Montalbano's Intellectual Property and associated dream research as their own experiences and/or information in their print and broadcast materials to include use on Cosmic Disclosure (broadcast) and the internet and books (print and broadcast). (¶¶113-126;and Claims 4, 5, 7, 8, and 9)

**431.**     When: Goode and Wilde began to extort Montalbano with stalking charges mid June 2018 and provided fabricated evidence for the Broomfield Combined Court Record to obtain a fraudulent Temporary Protection Order (TRO) July 17, 2018 and refused to negotiate any

~~moral solutions in any way that fit with the facts and evidence. (2018 to current)~~ ~~(¶¶211-279; Claims 14, 15, 16, 17, and 18)~~

432. ~~When: After Goode and Wilde repeatedly lost their baseless stalking claims on three separate occasion, Goode and his complicit associates publicly and maliciously continued to defame Montalbano as a stalker and someone sexually amoral to hundreds of thousands of people in the general public and refused to stop defaming Montalbano as a criminal stalker when asked (2018 to current). (¶¶211-279; Claims 10, 14, 15, 16, 17, and 18)~~

433. ~~When: Goode began to publicly defame Montalbano as "Dark Alliance"~~ ~~and a criminal stalker~~ ~~[#121-8 at 2]~~ ~~after obtaining vast amounts of Montalbano's Intellectual Property for free, and after Montalbano wanted remedy and attribution for her work. (2018-current) ([#121-21] Defamation)~~ [65] ~~(Claims 7 thru 20)~~

434. ~~Flynn was aware of the defamation and fraudulent misrepresentations occurring against Montalbano all during case 18CV50. Flynn did nothing and thereby participated in it.~~[66] ~~(Claims 12, 13, and 19)~~

435. ~~Montalbano knew Goode was not love and light based or trying to bring unity to the consciousness community (as he publicly claims), after enduring over 2.5 years of his ongoing organized cyberstalking, defamation, cyberbullying, harassment and extortion~~

---

[65] ~~Many defamation exhibits were filed on the Mesa Court Record all during case 18CV50 seeking injunctive relief to include Exhibits:  AM, AO, AP, March 25, 2019;  AS, AU, AW, AY August 2, 2019;  AZ September 9, 2019; CC March 19, 2020;  and  CL, CM, CN, CO, CP filed July 20, 2020.~~
[66] ~~Id. at 41. Mesa exhibits of defamation.~~

activities and Goode refusing to stop and instead escalated hate speech against Montalbano, when Montalbano has never retaliated publicly or privately. **[#121-21]**(Claims 10 thru 20)

436.    Montalbano knew Goode and Wilcock were not legitimate dream researchers or dream teachers after Montalbano had delivered vast amounts of her Trade Secret IP dream journal records with thousands of pages of evidence of Montalbano's accurate dream foreseeing abilities, and Goode and his associates chose to publicly defame and extort Montalbano (**[#121-21 at p3]** Reddit screenshot taken March 20, 2019) for stating she foresees the future in dreams, when all the records in Goode's email box attest to this as fact. (Claims 7 and 8)

437.    When: Goode and/or Wilcock failed to provided evidence publicly that either of them are legitimate dream psychics, dream teachers, and/or alien contactees as claimed.

438.    Montalbano knew Goode and Wilcock's alien and dream teachings were false, when Montalbano learned about the related declassified CIA MKULTRA records and compared those records with her dream journal (Dream Vision) records and with Goode and Wilcock's massive amounts of dream visits and found these records and imagery matched how the programs operate.

439.    Montalbano further learned Goode was a fake CIA MKULTRA whistleblower when Montalbano began communication with Mr. Randy Maugans (Expert MKULTRA program experiencer and witness) who explained to Montalbano that her Dream Visions had a lot of

MKULTRA symbology and codec in them and that the CIA MKULTRA programs use dream states for sexual encounters as well as murder efforts. **[#121-10]**

### **Knowingly False Public Statements by Corey Goode about Alyssa Montalbano**

440.   Goode and The Enterprise knew their public statements about Montalbano being a 'stalker' were false when Goode and Yanaros repeatedly lost their Bromfield Combined Court stalking cases even with fabricated evidence and perjury on 3 separate occasions. (¶¶225-279; Claims 14, 15, and 16)

441.   Goode knew his "Dark Alliance" defamation of Montalbano was false as Montalbano has never threatened him, his family, or any of his associates at any time (publicly or privately).

442.   Goode knew his defamation of Montalbano as being 'crazy,' 'delusional,' or otherwise 'insane' for dream foreseeing were false because Montalbano sent vast amounts of Dream Vision records (dream journal) evidence to him (Dec 2016 to current) showing her abilities are based on tangible records, facts, and evidence and Goode and his associates were well aware of Montalbano's abilities since at least August 2017. **[#121-20]** (Claims 7, 8 and 9)

### **False Dream Prophet and False Dream Teacher - David Wilcock -**

443.   Montalbano learned David Wilcock was a fraud dream prophet, fraud psychic, fraud dream teacher, and regularly unlawfully used other researchers' work as his own when:

A.  **March 7, 2019** ~~YouTube channel, unSpirituality, posted video "Linda Moulton Howe EXPOSES David Wilcock" with a clip from public figure Linda Moulton Howe's YouTube channel Earthfiles, where Ms. Howe exposed that David Wilcock stole her legitimate secret insider information and research, and presented it as thought his own on his own YouTube channel. Ms. Howe reported Wilcock to YouTube and Wilcock's video was struck for copyright infringement.[67]~~

B.  ~~When: **April 19, 2019** YouTube channel, unSpirituality, posted video "David Wilcock EXPOSED—The Smoking Gun" and played an audio recording believed to be Wilcock calling in to the Art Bell Radio show, fraudulently claiming he was from the year 2072 (time traveler) saying he worked for the President at Area 51, is the reincarnation of Edgar Cayce, and 'predicted' a bunch of disasters for around 1999 and 2000 that never occurred.~~

~~On September 25, 2019, Steven Cambian, did a voice analysis (similar to what is used by police) to determine the voice was David Wilcock and posted it in YouTube video titled "SHOCKING PROOF of David Wilcock on Art Bell Show—VOICE ANALYSIS."~~

C.  ~~When: news reporter Mr. Daniel James posted to YouTube, **December 13, 2019**, video titled, "Threats, Intimidation & New Age MADNESS" and played Mr. Wilcock crying on a radio show in 2011 worried he'd be narcohypnotized then~~

---

[67] Exhibit CT was filed on the Mesa Court Record July 20, 2020 showing this public problem with Wilcock

played Wilcock in 2019 on Edge of Wonder YouTube channel stating he was never threatened.[68]

**D.** On **April 7, 2020,** 'Occult Priestess,' stated that David Wilcock told her at a 2017 New Year's Eve party he no longer had visions (dream visions) and that he leaves that to Corey Goode.  **([#121-22]** DW no more dream visions)[69]

**E.** When  many other people in the consciousness community also began exposing Wilcock's many and ongoing failed dream predictions. To include news reporter Dark Journalist Tweet posting on **April 22, 2020** pointing out another Wilcock failed prediction of "3 days of Darkness"[70]

**F.** When  Mr. Steven Cambian on his YouTube channel, Truthseekers, posted "Truthseekers Episode 0006 : "David Wilcock and a box of dildos." **June 26, 2020** and exposed:[71]

    (i.) David Wilcock had been fraudulently claiming he's the famous dream psychic Edgar Cayce reincarnated. Mr. Cambian contacted the Edgar Cayce Foundation and found out that they have a test (as many people claim to be Mr. Cayce) and that Mr. Wilcock took the test and failed, and that Cayce's family has told Wilcock to stop publicly claiming he's Mr. Cayce reincarnated and Wilcock has not stopped. (Time Stamps 4:00 – 7:00)

---

[68] Id at 20. Mesa exhibit BU
[69] Id at 43. Mesa exhibit CT
[70] Id at 43. Mesa exhibit CT
[71] Id at 43. Mesa exhibit CT

(ii.) That David Wilcock has thousands of failed predictions documented online and that one of Mr. Wilcock's SSP 'whistleblowers' is said to be a convicted child molester. (Time Stamps 7:00 – 12:00)

(iii.) That David Wilcock's books are about 50% to 60% copy and pasted works when checked with plagiarism checkers. (Time Stamps 16:30 – 17:30)

**G.** When Ms. Christina Ferrante started a YouTube channel, Stina Maria, exposing Goode, Wilcock, The Enterprise, and their associates ongoing false statements with public records, and exposed that Wilcock is not poor (as he publicly claims) and own two million dollar homes, one in Colorado and one in California and that he started a 501c3 to receive 'money' without paying taxes. **[#121-7 at p6]**

**H.** When MJ Banias wrote an article exposing that Wilcock claims he is not a religious teacher, yet he opened a 501c3 corporation and checked the box that it was for his religious organization and that he profiteers on national disasters. **[#121-7 at p3]**

**I.** Montalbano learned, April 25, 2019, that Wilcock's alleged number one whistleblower, Pete Peterson, was a complete fraud; and that Montalbano donated money to a Go Fund Me fund raiser scam promoted by Goode and Wilcock during 2017; when Steven Cambian posted to his YouTube channel, "The Midnight Hour (0013) Pete Peterson & David Wilcock gofundme investigation" Mr. Cambian investigated David Wilcock's then number one 'whistleblower' (before Goode came along) Pete Peterson (since deceased), who was also seen on the Cosmic Disclosure

show. Mr. Cambian discovered Mr. Peterson's entire resume background was completely fabricated and Wilcock's donation fund raiser for Peterson was based on completely false statements, and made up stories by Wilcock when what actually happened was a standard home foreclosure.

**J.** Wilcock and The Enterprise raked in about $55,000 in illicit donations. It is unknown where the donations actually went. **([#121-2 at p15-24]** Pete Peterson GoFundMe scam) (Mr. Cambian is willing to testify)

444. Mr. Peterson was further exposed as a fraud by his former employer, Mr. Jay Weidner, on his REALiTY CHeCK YouTube channel.

445. Mr. Peterson was also cited as one of Mr. Goode's associates 'synchronistically' disseminating bits of Ms. Montalbano's Dream Vision information as his own on Cosmic Disclosure, during 2017. (Cosmic Disclosure S7E31) ([#121-18 at p40] PLAC at 3-27)

446. Upon information and belief, David Wilcock and Elizabeth Wilcock, started their non-profit WILCOCK FOUNDATION to launder money obtained from their ongoing illicit donation schemes to avoid paying taxes. (Claim 11)

447. More of these instances of donation frauds and schemes by the Wilcock's are likely to be seen in the discovery phases.

**False Whistleblower Claims (Goode)**

448. Montalbano learned Goode, was a fraud whistleblower when his former employer at Gaia Inc, Mr. Jay Weidner, began to publicly speak up starting May 8, 2019 on his YouTube

channel, REALiTY CHeCK, and stated Goode also used his film stories as part of his alien narratives in the Comic Disclosure show.

449.   Montalbano further learned Goode's claims of being in the Secret Space Program 20 and Back was more plagiarized work when she learned of Michael and Stephanie Relfe who were the actual whistleblowers and made the information available for free to the public in their published internet books around 2000, via the website http://TheMarsRecords.com/ and have publicly stated that Goode plagiarized their work and experiences.[72]

450.   Montalbano learned via watching Bill Ryan's YouTube Channel, AlphaZebra, that Goode extensively data-mined the ProjectAvalon.net internet community of spiritual seekers, experiencers, and legitimate whistleblower members for their stories, insider experiences, and testimonies, just prior Goode contracting with GAIA and co-hosting Cosmic Disclosure with David Wilcock.[73]

451.   Montalbano learned that Goode regularly extorts others to prevent witnesses from talking, when Ms. Yvonne Palermo spoke up on REALiTY CHeCK YouTube channels showing that Mr. Corey Goode and Mrs. Stacy Goode threatened her by email with kidnapping and murder for exposing them.

452.   Montalbano learned that Goode regularly extorts others, like Montalbano who question his public narratives with lawsuits when Montalbano saw Dark Journalist's (Daniel Liszt) Facebook post dated August 17, 2017.

---

[72] Filed as exhibit V Mesa Court Record January 30, 2019 – Bill Ryan YT and Relfe's say CG plagiarized their 20 and back experience as his own.
[73] Id. at 48. Mesa exhibit V

https://www.facebook.com/DarkJournalist/posts/breaking-news-corey-goode-has-recently-made-paranoid-claims-about-being-threaten/1498682610178701/

453.   Montalbano learned that Goode, Wilcock, Wilde, and Lorie regularly extort legitimate researchers, like Montalbano, in the same or similar professions as Goode and Wilcock, or those publicly exposing their racketeering activities, when others publicly showed (via the internet) that they also received threats or legal extortion letters from Ms. Yanaros and/or Ms. Lorie ordering them to cease and desist exposing Goode and Wilcock's deceptive trade practices or else lawsuits would be opened against them to include (but not limited to): **[121-7 at p3, p6-8]**

N.   Mr. Weidner (former employer opened a fraud stalking case against him)

O.   Jason Rice (alleged SSP whistleblower threatened with legal action)

P.   Jimmy Church (radio show host) and his wife threatened with legal action)

Q.   Richard Dolan (public speaker)  and his wife threatened with legal action)

R.   Joe from the Carolinas (YouTube show host) (Harassed at his work and almost lost his job)

S.   CW Chanter (aka Benjamin Zavodnick) (YouTube show host)

T.   Christina Ferrante (YouTube show host) (defamed as a stalker and threatened with legal action)

U.   Cliff High (Public speaker) (Defamed as dark alliance)

V.   Dark Journalist (Daniel Liszt) (news reporter) (Defamed as dark alliance)

W. MJ Banias (news reporter) **(Exhibit 7** at 8 of 20) (threatened with legal action)

a.   Patty Greer (Crop circle researcher and public speaker)

454.  ~~More of these instances of fraud and extortion by The Enterprise and complicit associates are likely to be seen in the discovery phases.~~

### ~~Multiple Fraud Whistleblowers via Cosmic Disclosure show~~

455.  ~~Montalbano learned GAIA has a pattern of streaming fraud 'secret insiders', and fraud whistleblowers, via Cosmic Disclosure when:~~

A. ~~David Wilcock was publicly exposed as a fraud (¶310)~~

B. ~~Corey Goode, alleged whistleblower found by Wilcock, was publicly exposed as a fraud. (¶¶315-321)~~

C. ~~Pete Peterson, alleged whistleblower found by Wilcock, was publicly exposed as a fraud. (¶310 I; ¶311; ¶512 C )~~

D. ~~Jason Rice was publicly exposed as a fraud (also seen on Cosmic Disclosure) by:~~

a. ~~YouTuber 'Joe from the Carolinas' on channel, Beyond Theory, posted "Jason Rice Polygraph PROBLEMS!? LATEST Secret Space Program Insider Evaluation", published October 5, 2018, and exposed that Rice's polygraph examiner, Brian Hall, was lying about being accredited by the APA (American Polygraph Association) as Joe contacted the APA and requested records and was informed Hall was not certified or listed with them. (around 6min to 8min time stamps) Hall administered the 'polygraph test' on Rice to 'supposedly' validate Rice was a legitimate Secret Space Program experiencer and Intuitive Empath telling the truth. This was~~

performed for GAIA for the Cosmic Disclosure series and GAIA promoted the fraudulent polygraph test as legitimate.

**E.** Emery Smith, alleged whistleblower found by Wilcock, was publicly exposed as a fraud. Upon information and belief, Emery Smith is currently the main 'secret insider' for the Cosmic Disclosure shows that are still being produced and broadcast via GAIA. Montalbano knew Smith was a fraud when:

(i.) When YouTuber channel, The Pursuit of Happiness, showed Smith's lawsuit for other deceptive trade practices within his own companies. (video since removed) (Filing # 28894585 IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA)

i. Smith's main 'secret insider' photo of him working in the alleged 'labs' was revealed to be a stock lab photo available online and his image was copy and pasted over the top of the stock photo, to look like he was a lab technician to convince people of his public claims he does alien autopsies. http://projectavalon.net/forum4/showthread.php?101752-Cosmic-Disclosure-s-EMERY-SMITH-is-a-hoaxer./page9 ([#121-23] ES Fake Lab Photo)

(ii.) When Smith's girlfriend's father, John, began a YouTube channel, Points on the Curve, talking about Smith's financial and otherwise scams with David Wilcock and arrest records. (2020) The channel has since been removed.

456. ~~David Wilcock and GAIA, had a moral responsibility and ethical obligation to the general public to ensure they are/were finding/providing and contracting honorable and legitimate researchers and whistleblowers and not frauds.~~

457. ~~GAIA and its corporate officers (Rysavy, Warkins, Medvedich, Weidner) failed to properly vet or look into the backgrounds of Goode, Wilcock, Peterson, Smith, and Rice, and/or knowingly failed to verify that any of these individuals were actual legitimate researchers, 'insiders,' or 'whistleblowers' and negligently contributed to the resultant damages to Montalbano.~~

458. ~~Goode and Wilcock knowingly broadcast fake news via Cosmic Disclosure and presented it as if true and did not state it was fiction.~~

459. ~~Goode and Wilcock published and broadcast via the internet their fake stories of being alien contactees, dream psychics and having government whistleblowers, when they knew this to be false and did not state their stories were fiction.~~

460. ~~'Judge' Flynn was notified in case 18CV50 of these ongoing public frauds and schemes and Flynn did nothing. (June 2018 – September 2020)~~

461. ~~Flynn made himself a knowing and willing part of The Enterprise and their fraudulent misrepresentations through his willful and repeated failures to faithfully perform his judicial duties in case 18CV50 and knowing failure to stop civil criminal acts.~~

## LAWSUITS AND DEFAMATION FOR DONATIONS (Goode, Wilcock, Yanaros, Lorie)

462.   Goode, Wilcock, Yanaros, and Lorie, participate in legal extortion (color of official right) to gain Goode and Wilcock public fame, notoriety, new followers, and to promote their knowingly fraudulent "Dark Alliance" and 'stalker' misrepresentations to obtain illicit donations (money laundering) from the public. **([#121-2] Light Warrior Legal Fund LLC)**

463.   Goode started the for-profit, Light Warrior Legal Fund LLC, to <u>fund his defamation and harassment of Montalbano and his other business competitors via Colorado courts.</u>   launder money people donate under the false pretext of donating to fight the 'dark alliance'. **[#121-2]**

464.   Goode knowingly fraudulently states people like Montalbano are "Dark Forces" and "Dark Alliance" in order to garner illicit donations from potentially hundreds and even thousands of people in the general public to pay for Goode, Wilcock, Yanaros, and Lorie's ongoing Civil Rights Violations and extortion of Montalbano, witnesses, and other valid researchers. **[#121-1, #121-2, #121-21]**

465.   Wilcock promotes Goode's deceptions and extortion practices as true and also asks for donations of the general public to support The Enterprise's money laundering schemes.

466.   Goode and The Enterprise, have used these fraudulent misrepresentations to destroy the reputation, business, and life of Ms. Montalbano. (2018 to current)

467.    ~~Goode has regularly used lawsuits as a way to garner donations off of the public since as early as 2012.~~[74]

## INTENTION TO DEFRAUD  - RELIANCE

468.    Goode and Wilcock intentionally, knowingly, and repeatedly used Montalbano's original Intellectual Property in their derivative works and public businesses with the intention they would profit from it.

469.    Goode and Wilcock made knowingly false representations that they are poor, with the intent the public, and Montalbano, would donate money to them or buy their products.

470.    Goode and Wilcock made knowingly false representations that they work with legitimate government whistleblowers or are whistleblowers, with the intention consumers, and Montalbano, would trust them, buy their products, watch and subscribe to their shows, and attend their for profit events.

471.    Goode and Wilcock made knowingly false representations they use their own Intellectual Property in their public businesses, with the intention that artists and authors, and Montalbano, would think their plagiarized and derivative works were simply spiritual synchronicities, so they could maintain their unauthorized uses for free.

---

[74] ~~Exhibit of Goode's Facebook post from 2012 requesting donations for a lawsuit, filed as Exhibit CI Mesa Court Record July 20, 2020~~

472. GES, being owned by Mr. Goode, knew the products it sold were not legally theirs, but intentionally continued to use and profiteer off of derivative works or fully plagiarized works, with no attribution, compensation, or regard for the original authors and artists and Montalbano.

473. Goode, GES and Wilcock, knew or reasonably should have known their alien stories were false, but they intentionally continued to tell them publicly in print and broadcast as if true, to profiteer off of people, and Montalbano, relying on them as true and buying their products.

**LIGHT WARRIOR LEGAL FUND DONATIONS**

474. Goode has regularly used lawsuits as a way to garner donations off of the public since as early as 2012. [#308-6 at 9 Goode 2012 Facebook post, asking for donations for a lawsuit]]

475. LIGHT WARRIOR LEGAL FUND LLC, made knowingly false representations of 'fight the dark alliance' and other 'criminals' (¶108) for the purpose of acquiring donations and to fund defamation and harassment campaigns against Goode and Wilcock's business competitors, while simultaneously profiteering off of their business competitors' destruction, including Montalbano. (Defamation Claim ¶¶273-283)

476. Goode, GES, Wilcock, and LWLF, made knowingly false representations and disparaged their business competitors as criminals, stalkers, or dark alliance with the intention of

destroying competing businesses and driving consumers to donate money to them and buy their products for profiteering.

## DAMAGES AND REMEDIES

477.    As a result of Goode and Wilcock's fraudulent misrepresentations, Montalbano has been directly damaged by purchasing books (¶75), GAIA subscriptions (¶26, ¶89), paying to attend public events (¶51, ¶76), and making monetary donations to their schemes (¶55, ¶102-103).

478. As a result of Goode and Wilcock's fraudulent misrepresentations, Montalbano has endured years of lawsuits and related financial losses to protect her Intellectual Property and restore her reputation; to include at least $116,600 [#325-2] in damages in Mesa Court, due to being pro se and not having proper legal training to navigate the legal system for remedy and relief.

479. As a result of Goode and Wilcock's fraudulent misrepresentations that they are dream teachers, dream psychics, and alien dream contactees, Montalbano was damages by relying upon this as true and sharing hundreds of her private Intellectual Property dream journal records with Goode (¶52), Wilcock, and their associates, valued at thousands [#295-1], hundreds of thousands, and even millions or billions of dollars' worth of raw unpublished story materials[75].

---

[75] In Goode's deposition he also stated 'his story' was valued as even a billion dollar market.

480.   Montalbano has suffered loss of professional business growth (sales of her book Dreams The Missing Text [#121-25 at 1-2]) and loss of personal and professional reputation in the spiritual community as a direct result of Goode and LWLF falsely alleging to mutual consumers, peers, and potential employers that Montalbano is a criminal, when Goode and LWLF know this to be false.

481.   ~~As a result of Goode and Wilcock's fraudulent misrepresentations and the promotion of the fraudulent misrepresentations by The Enterprise and Montalbano's reliance on these fraudulent misrepresentations as being true; Montalbano was damaged; initially through delivering vast amounts of her original Intellectual Property and legitimate Trade Secret IP dream research and materials to Goode and then via dealing with enormous amounts of harassment both in and out of the Court systems. (2017 to current)~~

482.   Montalbano ~~has lost professional and personal relationships, financial investments, private contractors, business opportunities, mutual friends and associates, and~~ has suffered emotional damages from ongoing embarrassment, anxiety, and severe emotional distress from these fraudulent misrepresentations and having to address them in court for remedy and relief. ~~and extortion tactics.~~

483.   Based upon the facts of Fraud ~~of all 20 claims~~, Montalbano believes she is entitled to:

a. <u>Declaratory relief for all the emailed unpublished Intellectual Property records delivered by mistake and error to Mr. Goode and GES due to belief in Goode and Wilcock's public frauds.</u>

~~recover compensatory damages based upon the foregoing act of~~ Fraudulent Misrepresentation ~~to recover~~

b. <u>Compensation for</u> loss of <u>ARI STONE ART LLC</u> business investments and growth since 2017 due to the fraudulent misrepresentations <u>and having to spends thousands of dollars in court fees, mailing fees and other expenses to investigate the fraud, instead of investing it in Montalbano's own business success;</u>

c. <u>Compensation for inability since 2018 to get a full time job due to investigating the fraud and spending thousands of hours litigating it;</u>

d. Recovery of all event fees and related services paid for by Montalbano while believing in The Enterprise's frauds,

e. Recovery of donated money,

f. Compensatory/Actual Damages

g. Presumptively agreed upon damages in the PLAC mailings, to include the unrebutted PLAC contract claims ($68,012) and royalties at a rate of 50% and additional fines and fees for continued misuse since April 18, 2018, plus $50 per day for failure to make payments for presumptively agreed (mis)uses.

Page **158** of **341**

**[#121-18 at p4-7, p11]**

h.  Award of profits that were obtained by the counter-defendants' Goode, Wilcock, their associates, ~~and The Enterprise,~~ via their creation and sale of derivative works in both print and broadcast mediums notably presented as fake news, and as cited in the unrebutted PLAC, be awarded to Montalbano. **[#121-18]**

i.  compensation for <u>mistakenly</u> donated Intellectual Property,

j.  <u>Economic losses that are the direct and natural consequence of the misrepresentation. Lewis v. Citizens Agency of Madelia, Inc., 235 N.W.2d 831 (Minn. 1975).</u>

k.  recovery of all costs involved with investigating The Enterprise's fraud to include compensatory damages for time researching it (April 2018 to current), and legal expenses to include compensation for time spent litigating  <u>($150/hr)</u>;;

l.  ~~and Actual damages~~

m.  <u>Punitive damages for defendants intentionally disregarding the rights of others and deliberately acting with indifference to that risk;</u>

n.  ~~and~~ Any other relief the Court deems just.

**~~Prior~~ COUNT 3**

**(3)   Violation of the Colorado Consumer Protection Act (CCPA)**
**C.R.S. 6-1-105(b) and (h)**

**(Goode, Wilcock)**

~~**C.R.S. §6-1-101, et seq.**~~
~~**C.R.C.P. Rule 9(b)**~~
~~**(The Enterprise)**~~

484.   ~~Montalbano incorporates the General Allegations in ¶¶1-281 by reference.~~

485.   Montalbano incorporates by reference the Fraud Claim.

486.   Montalbano incorporates by reference the Copyright Claim

487.   Montalbano incorporates by reference the Trade Secret Claim

488.   Montalbano incorporates by reference the Defamation Claim

489.   Montalbano incorporates by reference the Abuse of Process Claim

490.   Montalbano incorporates by reference the Malicious Prosecutions Claim

491. To prove a private cause of action under the CCPA, a plaintiff must show: (1) that the defendant engaged in an unfair or deceptive trade practice; (2) that the challenged practice occurred in the course of the defendant's business, vocation or occupation; (3) that it significantly impacts the public as actual or potential consumers of the defendant's goods, services, or property; (4) that the plaintiff suffered injury in fact to a legally protected interest; and (5) that the challenged practice caused the plaintiff's injury. *Rhino Linings USA*, 62 P.3d at 146-47 (citing *Hall v. Walter*, 969 P.2d 224 (Colo. 1998)).

492. To establish the public impact element of a CCPA claim, a claimant must prove, among other things, that the alleged deceptive trade practice "significantly impact[s] the public as actual or potential consumers." *Hildebrand v. New Vista Homes II, LLC*, 252 P.3d 1159, 1169 (Colo. App. 2010) (citing *Hall v. Walter*, 969 P.2d at 234) (emphasis added).

493. For all the reasons cited in the Fraud claim Goode and Wilcock have violated the Colorado Consumer Protection Act and in particular C.R.S. 6-1-105(b) and (h), whereby Goode and Wilcock "Either knowingly or recklessly makes a false representation as to the source, sponsorship, approval, or certification of goods, services, or property" (Fraud ¶¶77-88, ¶¶122-198) and "Disparages the goods, services, property, or business of another by false or misleading representation of fact. (Fraud ¶¶104-111; Defamation)

## DECEPTIVE TRADE PRACTICES DURING REGULAR BUSINESS

494. The defendants engaged in unfair and deceptive trade practices that occurred during the regular course of their business, vocation or occupation:

a. Goode and Wilcock broadcast (via GAIA TV ¶¶21 (**Exhibits 1, 2, 3, 23** VIDEO Cosmic Disclosure); and the Internet ¶¶48-49) and publish knowingly false alien stories (¶¶77-79, ¶¶137-145), false Whistleblower stories (¶80-88), fake news stories (¶169-180) fake stories they are poor (Fraud ¶¶91-101), fake stories Wilcock is a dream psychic and the famous dream psychic Edgar Cayce reincarnated (¶18 h., ¶38, Fraud ¶¶115-121), run donation schemes (¶55, ¶82 a-e, ¶84 h., ¶102-103; ¶¶196-198) and profiteer off the general public during the regular course of their business. (**Exhibit 10** Deposition Goode stating Wilcock makes Millions)

b. Goode and Wilcock also told their fake stories at public events with hundreds to thousands of attendees as part of their regular business. (¶¶50-51)

c. Goode and Wilcock knowingly use other authors' and artists' original Intellectual Property and falsely claim it is their personal experiences, another's experiences, or their own research, when they know this to be false and during the regular course of their business. (Fraud: ¶¶123-130 (Relfe 20 and Back) ¶¶131-136 (artists), ¶168 (Linda Howe Whistleblower Research), ¶172 (Cliff High ALTA research))

**d.** Goode and Wilcock knowingly used Montalbano's original Intellectual Property and falsely claim it as their personal experiences, another's experiences, or their own research, when they know this to be false, during their regular course of business.. ¶82 f., ¶84 h., ¶90, ¶¶135-136,, ¶¶169-171, ¶¶173-180, ¶¶185-189.

**e.** Goode and Wilcock knowingly disparage their competitors, critics, and/or artists and authors they steal Intellectual Property from as criminals, when they know this to be false for profiteering and destruction of competing businesses and reputations of critics, during their regular course of business. (Fraud ¶¶196-198, ¶¶196-198; Defamation)

**f.** Goode also abuses the Colorado Courts (with Yanaros) to try and make he and Wilcock's competitors and critics that they disparage as criminals (Fraud ¶¶196-198, ¶¶196-198, Defamation) appear true, when he knows this to be false, during Goode's regular course of business. (Abuse of Process, Malicious Prosecutions)


**SIGNIFICANT PUBLIC IMPACT**

495. Goode and Wilcock's fraud significantly impact the public as actual or potential consumers of the defendant's goods, services, or property, into the millions.


**a.** Goode and Wilcock's fake stories have reached at least half a million people via GAIA TV broadcasts of Cosmic Disclosure. (¶21 c. GAIA Subscribers over 700k)

**b.** Goode and Wilcock's fake stories, false claims of being poor, false psychic claims, false dream teachings, false claims of being under attack by the 'dark alliance', and donation schemes have reached millions of people via their internet networks [#121-7 at 2, para 3] and published books. (¶48, ¶¶89-90)

**c.** Goode and Wilcock acquire millions of dollars in products sales, event sales, or donations from the general public based on their fake stories being presented as true, when they know they are false. (**Exhibit 10** Deposition Goode stating Wilcock makes Millions)

**496.MONALBANO INJURY IN FACT**

**497.Montalbano has also suffered injury in fact** to her legally protected interests (Fraud, Copyrights, Trade Secrets, Defamation) and Goode and Wilcock's frauds (the challenged practice) caused Montalbano's injury.

**a.** Goode and Wilcock have acquired money from Montalbano via product sales, event attendance, and donations, due to belief in their public frauds (2016-2018) (¶51 and ¶76 event attendance, ¶89 books, ¶102-103 donations, ¶75 GAIA TV subscription,

**b.** Goode and Wilcock knowingly used Montalbano's original Intellectual Property and falsely claimed it as their personal experiences, another's experiences, 'news', or their

own research, when they knew this to be false. (¶52 Intellectual Property losses, Fraud IP losses ¶82 f., ¶84 h., ¶90, ¶¶135-136,, ¶¶169-171, ¶¶173-180, ¶¶185-189; Copyrights, Trade Secrets)

    **c.**   Goode and Wilcock knowingly disparaged competitor and critic Montalbano as a criminal, when they knew this to be false, and caused damages to Montalbano personally and professionally. (Fraud ¶¶104-111, ¶196-198; Defamation, Abuse of Process, Malicious Prosecution)

498.   The Enterprise has engaged in unfair and deceptive trade practices. These deceptions occurred during the course of their regular business practices and significantly impacts the public, even into the millions of both actual and potential consumers. [#121-7] Montalbano has suffered injury in fact to legally protected interests (Intellectual Property) along with other damages. (Claims 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, 12, and 20) (in particular & not limited to C.R.S. 6-1-105(1)(h)   Disparages the goods and services of another)

499.   Goode, Wilcock, their associates and The Enterprise have disparaged the goods, services, property, and business of Montalbano by making false and misleading representation of facts and knowingly misleading statements of fact concerning Montalbano and have disparaged her character, legitimate dream research, and work. (2017 to Current)

(Claims: 1, 2, 4, 5, 10, 12, 14, 15, 16, 17, 18, 19 and 20)

500. Montalbano incorporates by reference all 20 Claims as evidence of violation of the Colorado Consumer Protection Act.

### FRAUDULENT MISREPRESENTATIONS IMPACT MILLIONS OF PEOPLE'S LIVES

501. The fraudulent misrepresentations by the Goode, Wilcock, The Enterprise, and their network of associates significantly negatively impact millions of people's lives in the general public who are regularly and repeatedly divested of their time, talents, and money in support of The Enterprise's false 'Dark Alliance' narratives, fake whistleblowers, and fake news, often presented as 'secret insider' intel or 'ascension', including Montalbano a resident of Mesa County, Colorado. (Claims: 1, 2, 4, 5, 7, 9, 11, 12 and 20 ;  ECF #121, Exhibits 2, 3, 5, 7, 18)

502. Goode and Wilcock have around half a million followers across their social media platforms. [#121-7 at p2, p10]

503. Millions of people watch and listen to Goode and Wilcock on YouTube. [#121-7 at p10]

504. Goode is heavily promoted by Wilcock and The Enterprise to millions of people.

505. Wilcock is heavily promoted by Goode and The Enterprise to millions of people.

### FRAUDULENT MISREPRESENTATION TO DESTROY LEGITIMATE RESEARCHERS

506. Goode and Wilcock uses their public frauds and fake news stories (¶¶320-322) to destroy the reputations of other professionals in the same or similar fields or trade of research as

themselves to unfairly prevent competition with their own products, to include Montalbano. (Claims: 1, 2, 4, 5, and 10 thru 20)

507.    Goode and Wilcock use their public frauds and deceptions to destroy the lives of those publicly exposing their public frauds to include, but not limited to: Jay Weidner, Jimmy Church, Dark Journalist (aka Daniel Liszt), Clif High, CW Chanter (aka Benjamin Zavodnick), Richard Dolan, Linda M Howe, Bill Ryan, MJ Banias, Christina Ferrante, and Montalbano. **[#121-7  at p6-9]**

508.    Goode and Wilcock use their public frauds and donations schemes to steal Intellectual Property and Trade Secret research from valid researchers like Montalbano and then fraudulently call all their use of other people's work and research, 'synchronicity.' (¶310 A; Claims: 7, 8, and 9)

### **CULT TEACHINGS AND PRACTICES**

509.    Goode and Wilcock use their false public 'alien god' teachings and destruction of the world claims to instill fear in the masses and garner illicit donations and enrollment of students into their false 'ascension' courses as the alleged solution that will save the public from destruction by 'ascension.' **[#121-7]** (Claim 11)

510.    Goode and Wilcock use their false 'alien god' and related teachings to obtain free labor from the general public (volunteers).

511.    Goode and Wilcock use their false 'alien god' and related teachings to obtain financial donations from hundreds of thousands in the general public. (Claim 11)

512. ~~Goode and Wilcock operate their deceptive trade practices like a cult.~~ **[121-7 at p5]**

## DAMAGES

513. Based upon the facts <u>stated herein</u> Montalbano believes she is entitled to recover damages and injunctive relief based upon the foregoing act of Violation of the Colorado Consumer Protection Act; and prejudgment and post judgment interest on actual damages pursuant HB 19-1289, section 4, 6-1-113; or at the rate provided in 13-21-101, whichever is greater; from the date of first <u>seeking legal relief in court</u> June 25, 2018 and to include actual damages as alleged in the unrebutted PLAC agreements of $68,012 **[#121-18 at p5-7 and p11]**, punitive damages, self-representation compensation (<u>$150/hr</u>, attorney/legal fees <u>and judgment damages ($116,600) plus interest)</u> and any other relief the Court deems just.

<mark>~~**RICO**~~</mark>
<mark>~~**CLAIM 4**~~</mark>
<mark>~~**(4)   FRAUDS AND SWINDLES (MAIL) 18 USC 1341**~~</mark>
~~**(The Enterprise, Public Servants)**~~

514. ~~Montalbano incorporates the General Allegations in ¶¶1-281 by reference.~~

515. ~~The Enterprise devised a scheme and artifice to defraud the general public of their time, money, and precious resources. This scheme was also used to defraud Montalbano of her highly rare and extremely valuable dream research, talents, time, and vast amounts of Intellectual Property, through The Enterprise making false promises to the general public that Goode and Wilcock were legitimate dream teachers, dream psychics, alien contactees,~~

~~government program whistleblowers, spiritual people, and people of 'love and light' helping humanity. The Enterprise devised the 'Blue Avian' alien narratives, false ascension (spiritual) teachings, and related fake news stories to accomplish their unlawful goals and used the mail delivery services to take and receive therefrom.~~

516.   ~~Montalbano incorporates by reference all~~ 20 Claims ~~as evidence of a scheme.~~

517.   ~~The Enterprise published books, articles, and other related materials or products, such as T-shirts, hats, comic books, and mugs, based on their fraudulent alien narratives and fake news stories, that were delivered by mail, along with The Enterprise receiving money by mail based on their public narratives and Montalbano purchased some of their books.~~

518.   ~~Goode and the Public Servants used paper mail to deliver knowingly fraudulent extortion papers and alleged legal documents or alleged 'court' orders to Montalbano under color of official right and delivered them by paper mail to Montalbano.~~ (Claims 15, 16, 17, and 18)

## **DAMAGES**

519.   ~~Based upon the facts of all~~ 20 Claims ~~Montalbano believes she is entitled to recover damages based upon the foregoing act of~~ Frauds and Swindles (mail); ~~to include: actual damages such as book purchases, punitive damages, and attorney/legal fees and any other remedy and relief the Court deems just and proper. See Claim Damages:~~ 1 RICO, and 10, 11, 12, 13, 14, 15, and 16 ~~for further mail specific damages.~~

## RICO
## CLAIM 5
### (5)   FRAUDS BY WIRE, RADIO, OR TELEVISION – 18 USC 1343
#### (The Enterprise)

**520.** Montalbano incorporates the General Allegations in ¶¶1-281 by reference.

**521.** The Enterprise devised a scheme and artifice to defraud the general public of their time, money, and precious resources. This scheme was also used to defraud Montalbano of her highly rare and extremely valuable dream research, talents, time, and vast amounts of Intellectual Property, through The Enterprise making false promises to the general public that Goode and Wilcock were legitimate dream teachers, dream psychics, alien contactess, government program whistleblowers, spiritual people and people of 'love and light' helping humanity. The Enterprise devised the 'Blue Avian' alien narratives, false ascension (spiritual) teachings, false "Dark Alliance" narratives, and related fake news stories to accomplish their unlawful goals and created media for wire, televisions, and radio that is delivered to electronic devices used by millions of people around the world who see and hear these stories and believe them to be true. (Claims 1-3, 6-12, 14-20)

**522.** Montalbano incorporates by reference all 20 Claims as evidence of fraudulent misrepresentations.

**523.** These fraudulent misrepresentations were notably first produced and broadcast and/or streamed by GAIA with David Wilcock and Corey Goode in their show, "Cosmic Disclosure."

524. The Enterprise and network of associates aggressively marketed and promoted these broadcast narratives to the general public. **[#121-7]**

525. The Enterprise's fraudulent wire, radio, and television broadcasts have notably been seen via the internet in the following known (and not limited to) platforms:

   a. Facebook
   b. YouTube
   c. Reddit
   d. Twitter
   e. Instagram
   f. Podcasts
   g. GoFundMe
   h. Radio Shows
   i. Netflix
   j. Amazon
   k. PayPal
   l. Zazzle Store

## **DAMAGES**

526. Based upon the facts of all 20 Claims Montalbano believes she is entitled to recover damages based upon the foregoing act of Frauds by Wire, Radio, or Television; to include actual damages, punitive damages, and attorney/legal fees and any other relief the Court deems just. See Claim Damages: 1 RICO, 2, 3, 6, 7, 8, 9, 10, 11, 12, 17, 18, 19, 20 for further broadcast related damages.

## **RICO**
## **CLAIM 6**
### **(6) ENTICEMENT INTO SLAVERY HUMAN TRAFFICKING 18 USC 1590**
### **(Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor)**
### **(The Enterprise, Public Servants)**

527.    Montalbano incorporates the General Allegations in ¶¶1–281 by reference

528.    Upon information and belief, Goode, Wilcock, The Enterprise, and John and Jane Does, use Goode's fraudulent 'Blue Avian' and 'alien' narratives to entice children, young adults and mature adults all over the world, into being MiLab (MiLitary Abduction) kidnapped and placed into involuntary servitude (volunteers) and/or human trafficked via remote neural interfacing.

529.    Montalbano incorporates the allegations in COUNT 12 Civil Conspiracy; COUNT 13 Civil Act for Deprivation of Rights; COUNT 14 Abuse of Process; COUNT 15 Malicious Prosecutions; and COUNT 16 Extortion by reference as evidence of obstruction of justice by The Enterprise and Public Servants.

530.    The Enterprise and Public Servants have shown a pattern of racketeering to obstruct and prevent the investigation and/or enforcement of stopping these acts; via obstructing Montalbano's original case 18CV50.

531.    The Enterprise and Public Servants have shown a pattern of racketeering via extorting Montalbano and her witnesses via repeat abuse of the legal system.

532.    These acts of obstruction of justice and Civil Rights violations were knowingly performed by the following Public Servants:

    a.  **Mr. Brian James Flynn** - Mesa District Civil Court, Chief Judge – promoted a state of anarchy by outright denying Montalbano her Constitutional Civil Rights on the Mesa court record on two separate occasions and refused to stop civil rights violations by Goode, Yanaros, Lorie, and refused to enter legal investigation of civil-criminal acts involving CIA mind control programs and remote neural interfacing.

b. ~~**Mr. William Campbell** – Colorado Judicial Commission – refused to remove or investigate Flynn for failing to perform his judicial duties in case 18CV50, and did not report Flynn's Civil Rights violations and instead wrote papers to justify and conceal them.~~

c. ~~**Mr. William Sightler** – Mesa District Civil Court, Court Executive – did not remove or report Flynn for Civil Rights Violations and also justified and concealed them.~~

d. ~~**Mr. Matthew D. Grove** – Colorado Court of Appeals, Judge – denied a timely filed appeal, obstructed justice, and supported Flynn's unconstitutional orders and sought to conceal Flynn's perjury and ongoing Civil Rights Violations against Montalbano and to 'permanently' take away Montalbano's Constitutional Civil Rights by participating in fraudulently writing unlawful dismissal 'with prejudice' orders.~~

e. ~~**Ms. Christina F. Gomez** – Colorado Court of Appeals, Judge – denied a timely filed appeal, obstructed justice, and supported Flynn's unconstitutional orders and sought to conceal Flynn's perjury and ongoing Civil Rights Violations against Montalbano and to 'permanently' take away Montalbano's Constitutional Civil Rights by participating in fraudulently writing unlawful dismissal 'with prejudice' orders.~~

f. ~~**Ms. Diana Terry** – Colorado Court of Appeals, Judge – denied a timely filed appeal, obstructed justice, and supported Flynn's unconstitutional orders and sought to conceal Flynn's perjury and ongoing Civil Rights Violations against Montalbano and to~~

~~'permanently' take away Montalbano's Constitutional Civil Rights by participating in fraudulently writing unlawful dismissal 'with prejudice' orders.~~

g.  ~~**Ms. Valerie Yanaros** - Goode's Texas based attorney – did not report Flynn's Civil Right violations all during case 18CV50 and did not report the other public servants' similar oath violations to include: Ms. Lorie, Mr. Grove, Ms. Terry, and Ms. Gomez. (18 USC §2382 – misprision of treason) Ms. Yanaros also personally placed multiple frauds upon multiple courts (Mesa, Broomfield, and Denver Federal) against Montalbano.~~ **(Claims 14 and 15)**

h.  ~~**Ms. Elizabeth Lorie** – Goode and Wilcock's Florida based attorney – did not report Flynn or Wilde for their Civil Rights violations and extorted witnesses (Ms. Ferrante) in Montalbano's case~~

### ~~TRAFFICKING AND INVOLUNTARY SERVITUDE~~

533.  ~~Upon information and belief the manipulation into involuntary servitude predominantly involves remotely neural scanning the Targeted Individual's (TI) brain to non consensually obtaining their digital brain signature, medically termed 'EEG Heterodyning Cloning'. Once the EEG clones are obtained (related to CIA MKULTRA A.I. S.A.TA.N. technology and DOD Sentient World Simulation), it is believed they are used to remote neural interface with Goode and Wilcock's alien cult followers to mind control them via dream states. These remote neural interfaces are observable by the Targeted Individual/victim (such as Montalbano) as dream state (neural) interactions and/or felt as physical sensations of the body during waking states to include euphoria, sexual, depression, and anxiety. Good and Wilcock fraudulently tell~~

their cult followers these illicit neural interfacing interactions are 'spiritual experiences' with their 'loving aliens'. **[ECF #121, Exhibits  3, 6, 7, 17, 19]**

534.   Scientists have proven in a recent dream study that two-way communication (dialogue) in real time occurred between a sleeping person and the awake person experimenting on them. (See ¶458 for article details)

535.   Scientists have also proven that dreams are actual tangible electrical neural experiences occurring and not just 'confabulations' created upon waking. (See  ¶456 for article details)

536.    Montalbano has personally experienced and documented these repeat, non-stop, and ongoing sleep and waking state neural interfacing communications in her dream journals as directly related to Goode (¶¶196-200), Wilcock (¶¶201-202) , their associates, and John and Jane Does participating in their public mind control 'Blue Avian' frauds. There are essentially no aliens but there are a lot of military people, lab doctors, MIBs, corporate people, A.I. technologies, underground tunnels, drugs, injections, hypnosis, sexual assaults, and similarly situated (much worse) problems and all are associated with the MKULTRA mind control programs (Subconscious Isolation) that intentionally target the dream states for psychic warfare via neural interfacing and that Goode publicly claims participating in. **[#121-3,  #121-6,  #121-9, #121-17]**

537.   These types of remote frequency based neural and body interfacing assaults are referred to as "rape mind" by Cyrus A. Parsa, CEO of The AI Organization, who has extensively worked with these types of technologies and has technical knowledge of how these remote interfacings work and he will be sought as an expert.

538. ~~EEG Heterodyning Clones and their use via computers to remote Virtual Reality (VR) interface with the Targeted Individual (TI) may be traced by computer Internet Protocol (IP) addresses. Goode possesses the skills required to VR interface with Montalbano and Montalbano believes he is doing so. (¶¶25-26)~~

539. ~~EEG Heterodyning Cloning (as related to CIA MKULTRA S.A.T.A.N **[#121-17]**.) is notably illicitly used for remote VR sex or conversely remote electronic assaults, and by Doctors in the medical field for tasks such as remote removal of brain tumors using frequencies and light only. Montalbano's believes Goode and Wilcock have and are using her EEG Heterodyning Clone.~~

540. ~~Montalbano has extensive records of 'dream state' (neural) interfacing communications with Goode and Wilcock and can prove their visits via her extensive dream journal records, because like organized stalking there is a similar trail of evidence, notably Goode and Wilcock tell Montalbano in 'dreams' (neural broadcasts) what they are planning to do to or with her in waking states; then they and/or their associates do the similar or same acts in waking states. (**[#121-18, #121-19]** and see ¶¶196-201)~~

541. ~~It is believed that Goode obtained Montalbano's EEG Clone remotely via his CIA MKULTRA program connections and/or purchased it via the dark web.~~

542. ~~Non consensually using someone's EEG Heterodyning Clone is considered a unique form of human trafficking and Montalbano believes she is a victim of this type of trafficking compliments of Wilcock and Goode's public dream frauds and CIA MKULTRA and MiLab~~

mind control programs Goode publicly claims being in since childhood and states he actively participated in their remote assault assassinations via TI neural interfacing technologies.

543.     It is believed the main form of human trafficking The Enterprise is currently involved in is done via using illicitly obtained EEG Heterodyning Clones (CIA S.A.T.A.N. **[#121-17]**) and that they are sold via black markets and/or illicitly used by themselves for 'dream' (neural) state experiments, illicit research, involuntary servitude (mind control), sexual encounters, or assaults with Goode and Wilcock's followers, such as having been directly experienced by Montalbano. **[#121-3, #121-6, #121-18]**

544.     The brain cannot distinguish the difference between a physical experience and an electronically induced (remote neural) experience. The feelings and sensations will be the same to the TI due to the stimulation of the brain's neurological centers being the same. In short, use of an EEG Heterodyning Clone brain signature for remote sex between two people will feel like physical sex to the parties involved, especially in dream states.

545.     It is believed these 'dream state' (neural interface) interactions fraudulently promoted by Goode and Wilcock as 'alien' or 'dream' experiences are intentionally designed to lead to physical encounters and/or physical assaults with the MKULTRA MiLAb programs after the TI victims is remotely hypnotized to falsely think they are going to have 'loving' physical experiences with Goode, Wilcock, or their 'alien friends' rather than being further illicitly neurologically assaulted and experimented upon. **[#121-3 and #121-6]**

546.   ~~The CIA MKULTRA mind control programs extensively use hypnosis to make people falsely think they are having alien encounters. This deception shields the actual human assailants, like Goode and Wilcock, from repercussions for assaults (it is not viable to sue an E.T. alien for remote frequency assaults, physical assaults, or illicit lab experiments).~~ **[ECF #121, Exhibits: 9, 10, 11, 12, 13, 14, 15, 16, and 17 at p7]**

547.   ~~Goode, Wilcock, their associates, and John and Jane Does have tried repeatedly to remotely hypnotize Montalbano in neural dream states. Montalbano has extensively documented these remote neural assault efforts in her dream journals. Science has determined dreams are literal neurological experiences and two-way communication able.~~ (¶456 and ¶458)

548.   ~~Montalbano believes the frequency broadcast to her brain and body may be traced via the FCC carrier waves, 5G, and IP addresses, via Goode, Wilcock, and their associates' personal computers, laptops, cell phones, and similarly situated electronic devices in or at their homes and/or at locations they travel to for participation and research in the MKULTRA mind control programs directly targeting dream neural states.~~

549.   ~~Upon information and belief, Goode, Wilcock and The Enterprise, are working with public figures and famous actors, for the purpose of human trafficking and/or involuntary servitude via mass remote neural interfacing (mind control) and EEG Heterodyning Cloning.~~

550.   ~~Goode and Wilcock have been on the Jenny McCarthy internet broadcast show.~~

551.   ~~Upon information and belief, Goode and Wilcock have been on Jenny McCarthy's internet broadcast radio show for the purpose of spreading Goode's fraudulent 'Blue Avian'~~

narratives and "Dark Alliance" claims to millions of people globally with the intent of involuntary servitude and/or human trafficking via mind control and the spreading of propaganda.

552.   The Playboy Mansion is said to be physically connected with the 'underground tunnel systems' and PlayBoy (Hugh Hefner) is said to be inextricably linked with the CIA and MKULTRA.

553.   Goode claims having gone to the 'inner earth tunnels' with his alleged 'alien' friends. ([#121-3 at p2] "inner earth")

554.   Upon information and belief, Goode is working with humans in black operation programs for illicit human trafficking via remote neural broadcasts that operate and/or have a base of operation in the underground tunnel systems (DUMB Deep Underground Military Bases). [#121-3 and #121-6]

555.   Wilcock claims being close friends with actor/musician, Mr. Steven Tyler.

556.   Mr. Tyler's name is stated to be on the Jeffrey Epstein "Lolita Express" Jet's passenger list. This particular plane's passengers were known to be associated with Epstein's massive child pedophilia and ritual (child) abuse, believed to be performed on 'Jeffrey Epstein Island.' (Retrieved November 21, 2020 from https://joekennedy.biz/politics/conspiracy-theories/jeffrey-epsteins-lolita-express-to-pedo-island-flight-list-who-is-who-on-it/2020/07/16)

557.   Upon information and belief Goode and Wilcock are working with Mr. Tyler for the purpose of involuntary servitude and/or human trafficking via mind control.

558.    Mr. Corey Goode and Mrs. Stacy Goode, threatened former co-worker, Yvonne Palermo via email, with kidnapping; as Ms. Palermo was publicly exposing their threats and deceptive trade practices.

559.    Wilcock and Goode work with the Edge of Wonder YouTube hosts Benjamin Chasteen and Rob Counts to broadcast their propaganda narratives to hundreds of thousands of people.

560.    Upon information and belief, Goode, Wilcock and The Enterprise, are working with Benjamin Chasteen and Rob Counts, for the purpose of involuntary servitude and/or human trafficking via mind control.

561.    Benjamin Chasteen and Rob Counts (The Edge of Wonder YouTube channel cohosts) are associated with the Falun Gong/Falun Dafa religion.

562.    Mr. Chasteen and Mr. Counts are, or have been, employed by THE EPOCH TIMES. [#121-7 at p9]

563.    THE EPOCH TIMES is a far-right international multi-language newspaper and media company affiliated with the Falun Gong new religious movement, based in the United States. The newspaper is part of the Epoch Media Group, which also operates New Tang Dynasty Television.

564.    According to the CEO of The A.I. Organization, Cyrus A. Parsa, (who has consulted on Human Organ Trafficking) practitioners of the Falun Gong/Falun Dafa religion are harvested extensively (hundreds of thousands) for body part organs. This particular religious group is

selected for extensive harvesting due to them being brainwashed (involuntary servitude) and having healthier lifestyles, which makes for healthier human organs for illegal organ trafficking, notably hundreds of thousands of organs are illicitly harvested and used in China and these processes are associated with overt remote neural A.I. mind control programs (Google, NeuraLink, Alphabet, DeepMind, Facebook, and more) and biochemical alterations. (see USDC case 3:2019cv02407, Docket 1 at 5)  Mr. Parsa will be required as an expert.

565.  Based upon information and belief, Wilcock's wife, Elizabeth Wilcock, is a Falun Gong/Falun Dafa practitioner and actively participates in locating people for human tracking via this 'religious belief' system for mind control.

566.  Goode, Wilcock, The Enterprise, and John and Jane Does, are targeting the younger generation, such as teenagers and young adults via comic books, for human trafficking, via Goode's 'Blue Avian' alien narratives, and related Blue Avian alien propaganda that is both published and broadcast locally and abroad and that Montalbano also fell prey to believing.

567.  David Wilcock claimed leaving GAIA due to 'Luciferian' practices and abuse being performed there. This is believed to be fake news and a projection onto others of what Wilcock is involved in. (**[#121-4]** Wilcock Resignation Letter from GAIA)

568.  Based on Montalbano's personal experiences it is believed these illicit neural trafficking programs first seek to mind control (hypnotize) the Targeted Individual (TI) in sleep-wake states.

569. The Enterprise, Goode, and John and Jane Does, have approached Montalbano in dream (sleep-wake) states threatening to body organ part harvest Montalbano, who told them no, then they tried to take Montalbano by force, which didn't work out so well for them. (Dream Vision dated and titled "2018_07_12_JUL_BORG_SHIP_LASER_SCAN_DEATH_THREATS and blogged July 13, 2018 at: http://aristoneart.blogspot.com/2018/07/20180712jul-borg-ship-laser-scan-death.html?m=1

570. Goode and Wilcock in particular, and The Enterprise generally, have been trying to entice Montalbano into involuntary servitude for years via remote neural (dream) states and mind control.

571. Alleged 'Alien Abductions' became a more regular occurrence in the general public, with the 'advent' of MiLab (MiLitary Abductions) program. The expert testimony of Dr. Helmut Lammer and Marion Lammer authors of "MILABS: MILITARY MIND CONTROL & ALIEN ABDUCTION" will be sought.

**DAMAGES**

572. Based upon the facts of all Twenty Claims stated herein, Montalbano believes she is entitled to injunctive relief and to recover damages based upon the foregoing act of Enticement into Slavery Human Trafficking via mind control; to include:

  a. **Injunctive Relief** to stop all non-consensual remote neural broadcasts and any illicit use of Montalbano's EEG Heterodyning clone; and

  b. Economic and non-economic damages to include damages for pain and suffering, psychological trauma, and loss of enjoyment of activities.

  c. Attorney/legal fees and any other remedy and relief the Court deems just.

d. ~~See Claim 1, 5, and 7 for more RICO damage specifics.~~

~~**RICO**~~
**Prior COUNT 7**
~~(7)~~   Theft of Trade Secrets ~~18 USC 1832~~
**Public Law 114 – 153 (Defend Trade Secrets Act of 2016)**
**18 USC 1836(b) Civil Proceedings for Trade Secret Misappropriation**
**TRADE SECRET MISAPPROPRIATION C.R.S. § 7-74-101 et seq. (CUTSA)**
**United States Constitution, Article 1, Section 8, Clause 8**
~~**(The Enterprise, Public Servants)**~~
**(Goode and Wilcock)**

573. This Court has jurisdiction of this Trade Secret claim under DTSA Public Law No. 114-153; 18 USC 1836(b), (c), (d); and United States Constitution, Article 1, Section 8, Clause 8.

574.   Montalbano incorporates the General Allegations in ¶¶16, ¶18, ¶¶29-47, ¶¶52, ¶¶56-63 by reference.

575.   Montalbano incorporates by reference the Fraud Claim; and cites with particularity ¶¶115-121 (Wilcock dream psychic frauds) and ¶168 (Wilcock plagiarizing Howe's research) and ¶82 f., ¶84 h., ¶90, ¶¶135-136, ¶¶169-171, ¶¶173-180, ¶¶185-189 (infringements)

576.   In a Trade Secret Misappropriation claim the following must be shown:

1. A Trade Secret exists

2. Reasonable care was taken to keep it secret

3. It was misappropriated through improper means such as misrepresentation and fraud

1. Goode, Wilcock, ~~The Enterprise,~~ and their network of associates used improper means and misrepresentation [#121-2, #121-7] to defraud Montalbano of her highly rare and valuable Trade Secret dream journal records and custom analyses with intent <u>for Wilcock</u> to acquire and use them as <u>his</u> ~~their~~ own or for that of use by another <u>for fake news creation, fake life story creation, or fake alien story-telling</u> (Fraud Claim) and ~~deprived~~ <u>injured</u> Montalbano ~~of them~~ since December 2016. ~~(Claims 1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, and 20)~~

577. ~~Montalbano incorporates by reference all 20 Claims as evidence of improper means and misrepresentations to defraud Montalbano of her trade secrets and maintain unlawful use.~~

578. ~~Goode, Wilcock, the CIA, and Montalbano all work in the trade and profession of predictive dream research and the collection of data via dream journaling.~~


**<u>TRADE SECRET DETERMINATION</u>**

579. Montalbano has been documenting her dreams (Dream Visions) in writing, in journals and artist sketch books, since 2004. (tangible personal property, Intellectual Property)


580. ~~Montalbano's Trade Secret dream research is NOT faith based or religious based. (i.e. something that is not tangible or intangible)~~

581.   Montalbano's dream research is based on firsthand observations, documenting the empirical data, analyzing the data, experimenting with and testing the information observed and documented, and formulating theories based on the empirical evidence and then revising based on new data. (scientific process, in the field of dream research)

582.   Montalbano's dream research, observations, data collection, and custom analyses of the tangible records and data has proven to be extremely successful regarding the prediction of future waking state occurrences, which are in fact first handwritten into a dream journal record and act much like a predictive computer code, but customized to Montalbano particular neural centers and the codes are organically generated, days, weeks, months, or even years prior the physical waking state occurrence(s) or event(s).  (Trade Secret IP)

583.   ~~Montalbano's will repeatedly prove her Trade Secret claim of seeing and documenting events in dream states prior their waking state occurrences through the discovery process and providing additional records, including Dream Vision records prior filed on other court records during the course of litigation.~~

584.   ~~Title 17, US Copyright Code,  defines Intellectual Property as:~~
        ~~"A work is "fixed" in a tangible medium of expression when its embodiment in a copy or phonorecord, by or under the authority of the author, is sufficiently permanent or stable to permit it to be perceived, reproduced, or otherwise communicated for a period of more than transitory duration. A work consisting of sounds, images, or both, that are~~

being transmitted, is "fixed" for purposes of this title if a fixation of the work is being made simultaneously with its transmission."

585. Montalbano's dream journals and records; referred to as Dream Visions; are tangible and intangible personal property and Intellectual Property that Montalbano is the sole owner of.

586. Mr. Brian James Flynn was severely incompetent in case 18CV50 and could not comprehend that Intellectual Property is tangible and intangible personal property and he wrote and issued orders January 29, 2020 based on his incompetence.[76] [#121-24]

587. A Trade Secret is defined by statute as 'a scientific process' (sic) **"or other information relating to any business or profession which is secret and of value."** (CUTSA CRS 7-74-102(4)) and can essentially be anything that confers value to a business.

588. Flynn was incompetent and could not comprehend that in the field of predictive dream research, having already documented dreams that are extremely accurate at predicting future coming waking state events (and even literal events) is something secret and of great value in the trade of predictive dream research.

---

[76] Flynn entered his January 29, 2020 orders into case 18CV50 in the Mesa District Civil Court, stating "Dream Visions" were not tangible or intangible when they are in fact Intellectual Property and some with federal Copyrights and Flynn's orders were in direct opposition to Montalbano's Copyright records filed on the Mesa Court Record one year prior (January 30, 2019).

a.  ~~and whereby Montalbano documented Flynn writing fraudulent court orders and being supported by 3 others in the background (Court of Appeals public servants) in a dream vision dated October 9, 2017 and emailed to Goode October 10, 2017.~~[77]

589.  According to Psychology Today in internet article titled **"How Do Scientists Study Dreams?"** posted May 15, 2015 by Michael J. Breus Ph.D, it states:

(retrieved November 9, 2020 from https://www.psychologytoday.com/us/blog/sleep-newzzz/2-1505/how-do-scientists-study-dreams

"We can think about **the scientific study of dreams** in different ways.  One approach to dream investigation **involves the study of dream content – the themes, emotions, images, and events that occur and unfold within dreams themselves.**  *Another aspect of dream research looks at the activity of the brain and body while dreaming occurs.*  These two broad avenues often **intersect overlap, with scientific inquiries that examine both dream content** *and dream mechanic.*  Some of the latest and most illuminating advances in dream research do just that.  Both ways of investigating dreams can shed light on the nature and purpose behind our very complicated and compelling ability to dream."

"Among other things, this **method of studying dreams has allowed scientists to make associations** *between characteristics of dreams and certain phases of sleep – both REM sleep and non-REM sleep – **and to link dreaming experiences with specific neurological activity.**  **Scientists**

---

[77] ~~Montalbano showed Flynn this Dream Vision as Mesa Court filed record Exhibit BB Sample 7, February 12, 2020.  Montalbano also filed this record with the Colorado Court of Appeals, along with another dream foreseeing the three Judges' legal abuses.~~

**also use dream reports that have been created by people sleeping at home, in their natural sleep settings.**" (emphasis added)

590.    Montalbano's dream journal records (Dream Visions) and associated discoveries, observations, and theories, are considered scientific research in the field of dream research and thereby a trade secret. **Exhibits 7, 9, 17, 18–22,**

591.    In the field of predictive dream research, having dream journal records (Dream Visions) that actually show in some capacity (literal) coming future waking state events and people, these records are something of great value in the profession of predictive dream research and thereby a trade secret.

592. The following are examples[78] of prior documented dream journal records, belonging to Montalbano, that occurred in waking states post Montalbano's dream journal documentation:

    **A.** Covid vaccine controversy - filed on the Mesa Court record prior waking state occurrences. [#231 at 11-13 and exhibits #231-2]

    **B.** Montalbano's arguments with Judge Flynn in waking states, specific to dates and legal documents, and dream vision prior emailed to Goode during 2017.[#338 at 8-12, and Exhibit #338-3]

---

[78] Montalbano can provide dozen more examples if needed.

**C.** <u>Montalbano and Wilcock hover car dream conversation prior emailed to Goode during 2017, and prior Wilcock's hover car course scam 2019.</u>[#262 at 10-11 and Exhibits #262-1, #262-2]

**D.** <u>Recent Ohio train wreck and similar dream vision emailed to Goode during 2017 showing the explosions, poison gasses, death of animals and river pollution.</u> **(EXHIBIT 24)**

593.   ~~A "Dream Vision" is a handwritten record (dream journal) of what Montalbano observes and experiences in dream (sleep) states and upon waking documents the experience in a physical journal in great detail. One night of records may contain one (1) to seven (7) dream sequences and range from 10 to 30 pages in a 9"x 12" artist's sketchbook with 125 sheets (250pgs) per book. On average, Montalbano fills up one sketchbook with observations every four (4) to six (6) weeks.~~

594.   ~~The predictive factor of Montalbano's dream journals can be explained via neuroscience and the frequency interconnections with the Artificial Intelligence neural network interfaces.~~

595.   ~~Montalbano's dream journal records, as mistakenly delivered to Goode by email due to belief in his public frauds, are in a "fixed" format and are Trade Secret Intellectual Property.~~

596.   All the emails written (over 400) <u>with attached dream vision records and research</u> ~~and~~ sent by Montalbano to Goode (2016 to current) are Montalbano's sole <u>and separate Trade</u>

Secret Intellectual Property and Montalbano is the sole Copyright holder of all images, writings, research, discoveries, and graphics contained therein. (Personal Property) (See Copyright Claim ¶¶208)

## **MISAPPROPRIATION**

597. "For purposes of a claim for trade secret misappropriation by use, the bar for what counts as use of a trade secret is generally low." *Compulife Software Inc. v. Newman*, 959 F.3d 1288 (11th Cir. 2020)

598.  The owner of a trade secret has "63. The right to use one's property as one wishes—either to use the property to its own advantage, to exclude another from its use, or to sell, lease, license or transfer such property to another—is fundamental, and being excluded from the rights inherent in one's property constitutes irreparable injury. *See Douglas Dynamics, LLC v. Buyers Products Co.,* 717 F.3d 1336, 1345 (Fed.Cir.2013)" *Port-a-Pour, Inc. v. Peak Innovations, Inc.*, 49 F. Supp. 3d 841, 872 (D. Colo. 2014)

599. For all the reasons stated in the Fraud Claim and in particular ¶¶115-121 (Wilcock dream psychic frauds) and ¶82 f., ¶84 h., ¶90, ¶¶135-136, ¶¶169-171, ¶¶173-180, ¶¶185-189 (infringements), Montalbano's trade secret IP records were misappropriated by Goode and Wilcock and Montalbano was irreparably injured by them using her property as part of their public frauds for profiteering.

600. Goode and Wilcock took away Montalbano's right to exclude them and the public from prematurely viewing or knowing about Montalbano's private Trade Secret records.

601. Mr. Wilcock publicly claims being a dream psychic and the famous dream psychic Edgar Casey reincarnated. Millions of people believe this to be true and Montalbano also reasonably relied on this as true 2016 - 2018. (¶18, ¶¶45-47, ¶¶190-195)

602. Mr. Wilcock knew, or had reason to know, he is a fraud dream psychic.(¶¶115-121)

603. Montalbano's dream journals are literally predictive of coming waking state people, situations, and events. (Examples ¶¶225)

604. Mr. Goode and Mr. Wilcock have a pattern of regularly plagiarizing or creating derivative works from other authors', artists' and researchers' Intellectual Property. (See Fraud Claim, ¶¶131-136 (artists), ¶¶123-130 (Relfe 20 and Back))

    a.  Mr. Wilcock used Mr. High's predictive ALTA software programs as part of he and Goode's public frauds. (¶172)

    b.  Mr. Wilcock plagiarized and broadcast Ms. Howe's whistleblower research (¶168)

605. 'Occult Priestess' stated Mr. Wilcock told her he no longer has dream visions and leave it to Corey Goode. Montalbano reasonably believes this to be true. (¶116)

606. Upon information and belief Goode has shared all of Montalbano's Trade Secret dream journal records with Mr. Wilcock with the intent Wilcock will use them publicly or privately,

for profit, for alleged 'psychic dream predictions' and/or in his public dream teaching frauds for more profiteering.

607.     Goode and Wilcock have injured Montalbano with their specified uses of Montalbano's private IP records in their public frauds  (Fraud Claim ¶82 f., ¶84 h., ¶90, ¶¶135-136, ¶¶169-171, ¶¶173-180,  ¶¶185-189 (infringements))

608.     Montalbano reasonably believes, if her dream journal records in Goode's email box are not legally declared her Trade Secret IP, Goode and Wilcock will continue to use them in their public frauds and Wilcock will attempt using them for accurate dream predictions, and will continue to injure Montalbano by taking away her right to use her own dream journal records and dream research to her own advantage.

**REASONABLE CARE – TRADE SECRET**

609.     Montalbano demonstrated reasonable care to protect her trade secret records, seen in the following facts:

   a.   Montalbano could not reasonably foresee during 2016 - 2018 that her dream journal records emailed to Goode and Wilcock would turn out to be literal coming waking state people, situations, and events, or that they comprised trade secret property in the field of dream research. No ordinary person with zero specialization in dream research or scientific dream research studies would think this about their dream journal records, and

Page **192** of **341**

thereby neither did Montalbano when delivering them to Goode and Wilcock by mistake and error for private discussion (2016-2018).

b.  Once Montalbano began to start becoming aware that her dream journal records were Trade Secret Intellectual Property ("IP") and misappropriated via fraud, Montalbano (to the best her limited legal knowledge ability) took reasonable care to protect her IP by serving cease and desist notices (¶¶60-63); [#121-18 PLAC partial] and noticing Goode and Wilcock the records were private and not to be discussed publicly, April 2018 – June 2018. [#295-1 at 25 PLAC "Remedies"]

c.  Montalbano also tried (unsuccessfully) to keep the Trade Secret records private and out of Goode and Wilcock's public frauds, via Mesa District Civil Court, case 18CV50, June 2018 - August 2020, which resulted in over $116,600 in damages. (¶66, ¶200)

d.  Montalbano could not reasonably foresee 2018 to current, that even more of her journal records prior emailed to Goode during 2016-2018 (and some dating back as early as 2010), would continue to literally occur in waking states; making them even more rare and extremely valuable trade secret IP and dream research.

**THEFT OF TRADE SECRETS**

610. Flynn knowingly participated in the theft of Montalbano's Trade Secret IP materials when he entered his erroneous January 29, 2020 'dismissal Orders' stating Montalbano's Dream Vision records were not tangible or intangible or personal property. [#121-24]

611. Largely during 2017, Goode and Wilcock knowingly misappropriated for themselves, through their public frauds and donation schemes (Claims 1, 2, 3, 4, and 5), Montalbano's Trade Secret IP dream journal records and associated research, comprising thousands of pages, notably via Goode's business email address, SphereBeingAlliance@gmail.com.

612. The dream journal records Goode and his associates received by email largely during 2017; referred to as Dream Visions; were predominantly photographed (JPGs) of handwritten dream journal records of Montalbano's placed into PDF files. (fixed format)

613. Goode, Wilcock, and The Enterprise knew Montalbano was/is a legitimate dream researcher (2017 forward) with rare abilities to see many things in dreams first and physically document the records, prior the similar waking state event occurrence(s). [#121-20,          ¶¶203-206]

614. Goode and Wilcock knowingly misappropriated Montalbano's predictive Trade Secret dream research for Wilcock to use them as his own, because Wilcock was no longer having Dream Visions of his own and was leaving that to Corey Goode. [#121-22]

615. Goode and Wilcock knowingly misappropriated Montalbano's valuable predictive dream research to themselves, because they knew Wilcock is a fraud dream psychic.

616. Goode, Wilcock, and their associates intentionally organize romantic cyberstalked Montalbano during 2017 and called their organized romantic 'love' based cyberstalking communications and use of Montalbano's materials "synchronicity." (See Claim 9; [#121-18])

617. Montalbano donated her dream journal records and extensive research for free to Goode and Wilcock due to belief in their publicly broadcast narratives, dream teaching claims, dream psychic claims, ongoing dream visits, and regular requests of the public for donations.

618. Upon information and belief, Goode delivered Montalbano's dream journal records and emails to Wilcock.

619. ~~Upon information and belief Wilcock is using Montalbano's legitimate dream research to further his own alleged dream research and take credit for Montalbano's work and research, and/or conversely to intentionally twist it into disinformation in his most recently published book "Awakening in the Dream."~~

~~CONTRACT THROUGH MISAPPROPRIATION~~

620. ~~The misappropriated Trade Secret Intellectual Property dream journal records are secret and of great value. With exception of Goode and Wilcock; reasonable care was taken by Montalbano to keep her Trade Secrets, secret.~~

621. ~~Montalbano's dream journal records, research, and custom analyses, are secret and of great value and are not generally known to the public.~~

622. ~~Other people that Ms. Montalbano has worked with (private contractors) or currently works with, regarding her dream journal records and research, have signed Non-Disclosure Agreements (NDA).~~

623. ~~A contract was formed between the parties (Goode, GES, Wilcock, and Montalbano) with a theory of recovery, when Montalbano donated her (Trade Secret) dream journal records and research to Goode and Wilcock under false pretenses.~~

624. ~~It was understood by Montalbano that her donated proprietary dream journal records and customized analysis information would be use by Goode, Wilcock, and The Enterprise; for the purpose of helping humanity understand the truth about dreams and that the goodwill of the public would be received as the mutual exchange of consideration.~~

625. ~~Goode, Wilcock, and The Enterprise, are the parties whom breached the 'contract' through operating deceptive trade practices that include: racketeering, extortion, and money laundering.~~ (Claims 1, 11, and 18)

626. ~~Goode and Wilcock, breached the contract when they and their complicit associates made knowingly fraudulent and public misrepresentations about Montalbano being a criminal stalker; released private information from Montalbano's dream journal records to making her look sexually amoral; defamed Montalbano as a pedophile ("Dark Alliance"); denigrated Montalbano's legitimate predictive dream research; and systematically and overtly publicly destroyed Montalbano's business and public reputation to other artists, mutual consumers, potential employers, and peers in the same or similar trades and professions since early 2018 to current.~~ (Claim 10 defamation)

627. ~~Goode and Wilcock further breached the contract when they extorted Montalbano, via Texas based attorney Valerie Yanaros, and witnesses via Florida based attorney Elizabeth Lorie.~~

628. Montalbano's dream journal records were never intended to be published by Goode, Wilcock, or their associates as though their own stories or experiences, be used to create fake news, or be used in violation of copyright laws, notably as derivative works, for illicit profiteering and money laundering by The Enterprise.

629. Flynn made himself a part of The Enterprise by knowingly and willingly participated in Goode and Wilcock's theft of Montalbano's Trade Secret Intellectual Property, by knowingly and willingly failing to faithfully perform his judicial duties for well over 2 years in case 18CV50, or 'performing' his duties with severe incompetence and prejudice. (Claim 15)

## TRADE SECRET DETERMINATION

630. The CIA and similar government Intelligence interests, scientific researchers, and prestigious universities, have invested millions, billions, and even likely trillions and quadrillions of dollars to obtain information and research like what Montalbano has researched and documented in her dream journals.

631.     According to a study performed by a team of researchers from the Wisconsin Institute of Sleep and Consciousness, and results published in Nature Neuroscience, April 10, 2017, their EEG research showed the brain is electrically active during dreaming states similar to waking states and their study thereby proved that dream experiences are actual experiences occurring in the brain and not some 'confabulation' or 'invention' being made up upon waking. They believe this research to be a valuable gateway into the study of consciousness. (emphasis added) (retrieved February 20, 2021 https://www.inverse.com/article/30174-dreaming-consciousness-brain-scan-neuroscience-rem-sleep ; and see  Siclari, F., Baird, B., Perogamvros, L. *et al*. The neural correlates of dreaming. *Nat Neurosci* 20, 872–878 (2017). https://doi.org/10.1038/nn.4545)

632.     Montalbano's dream journal records prove the interconnection of consciousness, organic brains, and the highly sophisticated A.I. neural networks used specifically for remote neural interfacing, and these records are extremely valuable.

633. In article titled "*Scientists can now speak to people in real-time in their dreams thanks to breakthrou*gh" published, February 20, 2021 and authored by Joshua Smith, it states:

>  ""We found that individuals in REM sleep can interact with an experimenter and engage in real-time communication." said senior author Ken Paller of Northwest University. "We also showed that dreamers are capable of comprehending questions, engaging in working-memory operations, and producing answers."

In short the research showed that awake scientists can literally two-way communicate with sleeping people. (retrieved February 21, 2021 articles:

~~https://www.dailystar.co.uk/news/latest-news/scientists-can-now-speak-people-23537715 and; and~~ https://www.cell.com/current-biology/fulltext/S0960-9822(21)00059-2 )

634. ~~Montalbano's dream journal records prove Goode, Wilcock, and others are communicating with Montalbano in dream states and these records are extremely valuable.~~

635. ~~Upon information and belief Good, Wilcock, their associates and The Enterprise, have non-consensually given Montalbano's dream journal records, custom analyses, and resultant information to the CIA, DOD, DARPA, NSA, USAF, and/or other similar Intelligence Agencies and/or interests.~~

636. ~~Upon information and belief, Goode, Wilcock, The Enterprise, and John and Jane Does in CIA MKULTRA/MiLAb scientific dream research programs, are studying Montalbano's dream journal records with Montalbano's brain (wave) activity, since at least 2017.~~

637. ~~Upon information and belief, Goode is non-consensually remote neural monitoring Montalbano and her brain waves while Montalbano is dreaming (sleeping) and is operating satellites and antennas that broadcast the data to a computer screen he has access to.~~(¶¶25-26)

638. ~~Goode has threatened to release more of Montalbano's private records publically and Montalbano is reasonably afraid he will do so.~~ [#121-21 at p4] (Claims 10, 17, 18 and 19)

639. ~~If Montalbano's Trade Secret research were further released publicly by Goode, Wilcock, The Enterprise, and/or their associates, it would be exceedingly damaging to Montalbano's company, profession, research and work, as this type of information is exceedingly rare, secret, and of great value to Montalbano's profession, trade, and field of predictive dream research.~~

~~MONETARY RECOVER FOR DAMAGES AND INJURY UNDER CUTSA and Defend Trade Secrets Act of 2016~~

640. ~~Montalbano has been injured in fact through Goode, Wilcock, and The Enterprise's public frauds, malicious, or willful and wanton disregard to Montalbano's Constitutional Civil Rights, and the Court or jury may award damages under these statutes to Montalbano.~~

641. ~~Montalbano has been injured in fact through the Public Servants legal frauds, malicious, or willful and wanton disregard to Montalbano's Constitutional Civil Rights, and the Court or jury may award damages under these statutes to Montalbano.~~

642. Montalbano has been damaged, personally, professionally, and emotionally, by delivering vast amounts of her Trade Secret dream journal records to Goode and Wilcock, and through them continuing to have unrestrained access and use of Montalbano's dream journal records and associated data since December 2016.

643. Montalbano has been damaged personally, professionally, and emotionally, by Brian James Flynn, Chief Judge Mesa County, since June 25, 2018, through his obstruction of justice in case 18CV50 and by the Public Servants through them supporting Flynn's violations.

## ATTORNEY FEES AND INJUNCTIVE RELIEF UNDER CUTSA

644. Montalbano believes she is entitled to attorney/legal fees and to declaratory and preventive Injunctive Relief for malicious misappropriation:

a. Declaratory Relief: declaring the approximate 500 hand written dream journal records, custom analyses, research, results, and associated emails donated to Goode, Wilcock, and The Enterprise, by mistake and error largely during 2017 and to current, as being Montalbano's sole and separate Trade Secret Intellectual Property, dream journal records, analyses, results, and research; (also see Claim 9)

b. Preventative Injunctive Relief: to restrain Goode, Wilcock, The Enterprise, and their associates, from further public or private dissemination and (mis)use of Montalbano's

~~Trade Secret materials as their own or giving the information to an associate for (mis)use or dissemination of the same, or to publicly embarrass and defame Montalbano.~~

**c.** ~~The emailed records in Goode, GES, and GAIA email boxes, are to also be ordered to not be shared, emailed, or otherwise electronically copied, stored, or delivered by Goode, Wilcock, or any other associate(s) within or without The Enterprise, and the records are to be preserved throughout the course of litigation.~~

<u>DAMAGES</u>

**645.** Based upon the facts-stated herein, Montalbano believes she is entitled to equitable relief to include declaratory and injunctive relief and to recover compensatory monetary damages based upon the foregoing act of <span style="color:blue">Theft of Trade Secrets</span>; to include:

**a.** <u>Declare the emails and attached files, Montalbano's Trade Secret Intellectual Property and order Goode and Wilcock to not use them in their public frauds or disclose any of the content publicly or to any associates.</u>

**b.** ~~Reasonable royalties for (mis)use of Trade Secret IP (neural codes, equal to computer software program code IP) to create fake news, at a rate of 50% of all royalties Goode, Wilcock, and their associates received from the specified uses of Montalbano's materials and agreed upon in the unrebutted PLAC contracts.~~ <span style="color:blue">**[#121-18 at p3-7 and p11]**</span>

**c.** ~~Unjust enrichment~~ <span style="color:blue">(See Claim 20)</span> ~~to be calculated from the date of the first certified PLAC affidavit mailing dated April 18, 2018~~ <span style="color:blue">**[#121-18, p1]**</span> ~~for (mis)use of Trade Secret IP neural codes to create fake news and money laundering racketeering schemes.~~

**d.** Attorney/legal fees (including self-representation fees $150/hr. and all costs of court litigation and fees (to include $116,600 plus interest in damages) since June 25, 2018),

**e.** Exemplary (restitution) damages for circumstances of fraud, malice, and willful wonton disregard to Montalbano's rights and feelings (Claims 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20)

**f.** and Any other relief the Court deems just.

**g.** See Claim 1, for further RICO damage specifics.

## RICO
## COUNT 8

### (8)   Economic Espionage 18 USC 1831
### (The Enterprise)

646. Montalbano incorporates the General Allegations in ¶¶1-281 by reference.

647. Upon information and belief, The Enterprise, has misappropriated Montalbano's highly rare and extremely valuable and coveted Trade Secret dream research and given it to both national and international intelligence agencies for study, such as to China or other eastern based intelligences. These Trade Secret records of Montalbano's were obtained by The Enterprise through deception, via Goode and Wilcock's public alien narratives, donation schemes, and related fake news frauds and swindles.

648. ~~Montalbano incorporates by reference all~~ 20 Claims ~~as evidence of improper means and misrepresentations to defraud Montalbano of her trade secrets and distribute them internationally.~~

## ~~DAMAGES~~

649. ~~Based upon the facts of all Twenty Claims stated herein, Montalbano believes she is entitled to injunctive relief and to recover damages based upon the foregoing act of~~ Economic Espionage~~; to include actual damages, punitive damages, and attorney/legal fees and any other relief the Court deems just.~~

650. ~~See Claim 1 RICO and 7 Trade Secrets, for damage specifics.~~

## COUNT 9

## (9)   COPYRIGHT INFRINGMENT COMMON LAW AND FEDERAL TITLE 17
### (The Enterprise)
### (Goode and Wilcock)

**651.** This Copyright claim is filed pursuant Title 17, Chapter 1, §101-104, 106, 106A; and Remedy and Injunctive Relief sought under Chapter 5, §502, 504, 505, and 512. This court has supplemental common law jurisdiction for Montalbano's unpublished works, and Constitutional Law (United States Constitution, Article 1, Section 8, Clause 8) jurisdiction over the entire copyright claim.

**652.** Montalbano incorporates the General Allegations in (¶52, ¶¶56-63)  ¶¶1-281 by reference.

**653.**  Montalbano incorporates by reference the Fraud claim; and in particular paragraphs ¶82 f., ¶84 h., ¶90, ¶¶135-136,, ¶¶169-171, ¶¶173-180,  ¶¶185-189.

**654.** Montalbano is the sole artist and author of the Intellectual Property ("IP") delivered by mistake and error to Mr. Goode and Mr. Wilcock, largely during 2017, by email, due to belief in their frauds.

  **a.** Montalbano is the sole owner of Gmail email account, PurpleMagus374@gmail.com and Yahoo email account aristoneart@ymail.com; which are the email addresses used

Page **206** of **341**

to deliver the approximate 500 Intellectual Property short story records to
spherebeingalliance@gmail.com (Goode and GES) and/or sba.producer@gmail
(Roger Richards).

 

    **b.** Samples that Montalbano is the owner and original author of the IP records are
contained in **Exhibits 7, 9, 17, 18–22,** showing emails from Montalbano and the
cited addresses, with attached journal files, and images of some pages from the
attachments. Full records may be acquired from Gmail and Yahoo via subpoena to
further verify Montalbano's authorship and legal rights to all the unpublished and
emailed IP.

    **c.** Montalbano is the sole and original author of all the unpublished dream research and
dream journal records delivered via the aforementioned emails.

    **d.** Montalbano is the sole and original author of all the federally published dream
research and dream journal records, seen in the federal Copyrights. [#121-25]

**655.** For all the reasons stated in the fraud claim and in particular at ¶82 f., ¶84 h., ¶90,
¶¶135-136, ¶¶169-171, ¶¶173-180, ¶¶185-189; Montalbano's federal and common law
copyrights have been infringed by Goode and Wilcock via use in their: fake alien, fake life
stories, fake whistleblower stories, and fake news narratives; and Montalbano has sustained
economic and   non-economic damages.

656. Goode and Wilcock took away Montalbano's right to exclude them and the public from prematurely viewing or knowing about Montalbano's private Trade Secret records.

657. Goode and Wilcock have taken away Montalbano's right to be the first person to publish her own Intellectual Property works or to decide who publishes related or derivative works based on Montalbano's original IP and right to benefit therefrom.  (Fraud ¶¶186-189 Case Law common law rights)

658. Upon information and belief Goode, GES, Wilcock and their networks of associates will not stop taking away Montalbano's first publication rights unless court ordered to stop.

659. Montalbano incorporates by reference all 20 Claims as evidence of improper means and misrepresentations to defraud Montalbano of her intellectual property.

660. This copyright claim involves Montalbano's original self-published and Award winning and federally copyrighted book "Dreams the Missing Text" ([#121-25] Copyrights) [79]

---

[79] Filed as exhibit X Mesa Court Record January 30, 2019 - Copyrights

661. This claim involves Montalbano's original Kindle published and federally copyrighted book "DreamWalker Dream Diary Adventures of Enetka Tulina" [#121-25]

662. This claim involves approximately 470 original literary works, authored by Montalbano, comprising thousands of pages of writing and graphics that are common law copyright protected.

LITERARY WORKS

663. Largely during 2017 Montalbano donated to James Corey Goode, David Wilcock, The Enterprise, and their associates, approximately 500 original created, handwritten, and photographed common law copyrighted and fixed literary works, via Goode's work email address at SphereBeingAlliance@Gmail.com. This collection of original literary works largely electronically delivered are referred to as "Dream Visions." (Title 17 USC §102)

664. The approximate 500 literary works, comprising thousands of pages, were initially all common law copyrighted materials and publicly unpublished works. (2017) (Title 17 USC 104(a) unpublished works)

665. Approximately 30 of these original literary works, called 'Dream Visions,' were later self-published by Montalbano in her book "DreamWalker" June 2017. (Title 17 USC 104(b) published works)

666. Montalbano retains all rights and copyright protections of the 'created' and 'fixed' works.

667. Montalbano is the sole owner, sole artist, sole creator, and sole author of all the "Dream Vision" literary works (Intellectual Property) written and emailed electronically to Goode's email box SphereBeingAlliance@Gmail.com from AriStoneArt@Ymail.com and PurpleMagus374@gmail.com.

668. Montalbano is the sole owner, sole artist, sole creator, and sole author of all the "Dream Vision" literary works (IP) written and emailed electronically to GAIA's email box via employee: Jaymi Bauer (Chief Marketing Officer, GAIA) at jaymi.bauer@gaia.com.

669. Montalbano shared (donated) a design artwork titles "Intuition" [#121-20] and other art with Goode via the Slack app during 2017, while seeking to work for Goode as a volunteer.

## DEFRAUDED OF LITERARY WORKS AND ART

670. Montalbano donated/shared her Intellectual Property due to belief in The Enterprises public frauds, and under the false pretense that the 'good will of the people' would be the medium of exchange.

671. Montalbano began to become aware of being defrauded of her Intellectual Property around December 2017 and began due process of law April 18, 2018 against Goode and his associates for fraud, theft of Intellectual Property, and defamation.

672. Montalbano United States Post Office Certified Mail served with return receipt requested the self-authenticating presumptive Pre-litigation Affidavit Complaint (PLAC), first dated April 18, 2018, along with the associated fines and fees due against Goode and his associates for presumptive use of materials as derivative works and cited fraud and theft.[80]

([#121-18] PLAC Certificates of Service) (FRE 301 — Presumptions in Civil Cases; FRE 902 (4),(8), and (10) — Evidence that is Self-Authenticating)

673. Courtesy copies of the PLAC, billing statements, fine and fees, were served upon GAIA headquarters in Boulder Colorado upon Mr. Jirka Rysavy and Mr. Jay Weidner.

([#121-18] Certificate of Service dated April 18, 2018 and May 16, 2018)

---

[80] Silence is acquiescence.
*Connally v. General Construction Co., 269 U.S. 385, 391* Notification is "the first essential of due process of law."
https://supreme.justia.com/cases/federal/us/269/385/
Also see: *U.S. v. Tweel, 550 F. 2d. 297.* "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading."
https://www.leagle.com/decision/1977847550f2d2971809

674. In the presumptive PLAC mailings, Montalbano cited approximately 70 specific instances of use of her copyrighted materials by Goode, Wilcock, and their associates and organized romantic cyberstalking for response. ([#121-18] PLAC 48 page Notice)

675. Montalbano cited approximately $70,000 due in damages for the unauthorized use(s) based on the standard rates outlined in the Graphic Artists Guild book, plus fines. ([#121-18] Certificates of Service and Billing Statements 001, 002, and Fines and Fees)

676. Montalbano cited uses in Goode and Wilcock's broadcast show Cosmic Disclosure and other print and broadcast mediums typically used as modge-podge derivative works, mutilated works, and as part of their modge-podge fake news stories.

677. Goode, or any lawful party on his behalf, failed to legally or lawfully respond, rebut, or meet the Pre-Litigation Affidavit Complaint (PLAC) presumptions stated therein. [81]

678. Unrebutted affidavits stand as truth in a court of law and in commerce.

679. The unrebutted PLAC mailings (77 pages) legally shifted the burden of proof to be upon Goode, Wilcock, and their associates, to produce evidence to rebut or meet the claims. (FRCP 301)

---

[81] Id at 54. *U.S. v. Tweel, 550 F. 2d. 297.*

680. Montalbano opened case 18CV50, June 25, 2018, in Mesa District Civil Court against Goode for the unrebutted presumptive PLAC claims of fraud, defamation, and theft, seeking Injunctive Relief and declaratory relief.

681. Flynn ignored and denied the rules of presumptions and evidence all during case 18CV50 and unlawfully denied the validity of the unrebutted PLAC mailings. (FRE 301, FRE 902 (4), (8), (10); Colo.R.Evid. 301; Colo.R.Evid, 902 (4), (8), (10))

682. Flynn ignored that Goode had already acquiesced and agreed with Montalbano to all the presumptive PLAC claims, through his willful silence and failure to respond and whereby denial does not constitute a response.[82]

683. Flynn prejudicially and irrationally denied that Intellectual Property is in fact both tangible and intangible personal property because the literary work collection was referred to as "Dream Visions." Flynn knowingly ignored this as the Copyright records were filed almost exactly one year prior his January 29, 2020 orders. [#121-24]

BREACH OF CONTRACT – FRAUD

684. Goode, Wilcock and the Enterprise, breached the 'contract' by running public frauds, money laundering schemes, creating unauthorized derivative works, and extorting Montalbano since early 2018 after Montalbano wanted remedy, attribution, and legal protection for all her common law copyrighted and fixed literary works, graphics, and artworks mistakenly donated.

---

[82] Id at 54. *U.S. v. Tweel, 550 F. 2d. 297.*

## DERIVATIVE WORK COPYRIGHT INFRINGEMENT "MEGA UPDATE"

685. On January 12, 2018, Mr. Corey Goode posted a 'literary work' titled "Mega Update," in two parts, on David Wilcock's website https://DivineCosmos.com

686. The January 12, 2018 "Mega Update" was a derivative work and fake news based on approximately twenty (20) of Montalbano's common law and federally copyrighted "Dream Vision" literary works.

687. The following 20 Dream Visions and derivative work uses are cited in the unrebutted presumptive Pre-Litigation Affidavit Complaint (PLAC) mailings.

Mega Update Part 1 https://divinecosmos.com/davids-blog/1225-abr-legacy/

Mega Update Part 2 https://divinecosmos.com/davids-blog/1225-abr-legacy/2/)

A.     "Axe Maze House" emailed August 9, 2017 to Mr. Goode.

Goode created the "Mega Update" derivative work based on Montalbano's original literary work of axes coming off the ceilings and floors trying to kill Montalbano and her Twin Flame in a room with an axe head chopper guy. In Goode's mutilated derivative work he made himself the experiencer and had hovering axes he was avoiding being killed by in a room and in his rendition a 'reptilian' being was killed by someone welding an axe. ([#121-18] PLAC at 2-6)

B.     "Stopping Bullets with Liquid Blue Spheres" emailed July 11 June 28, 2017

Goode created the "Mega Update" derivative work presented as 'news' based around (energy) spheres being used to transmute or contain energy. ([#121-18] PLAC at 2-7)

C.      "Dragon Morph" emailed August 14, 2017

Goode created the "Mega Update" derivative work based around describing the reptilian with a similar particular green color description (such as 'olive green' or 'spring green') as Montalbano's and similar to Montalbano's story he specifically described the face as if his own experience. ([#121-18] PLAC at 2-8)

D.      "Saving the World with 5 Purple Star Fish Kush Kittens"

Goode created the "Mega Update" derivative work based around strange creatures in water that made him feel nervous, like Montalbano's story. ([#121-18] PLAC at 2-9)

E.      "Druids and Orange Dolphins" emailed August 14, 2017

Goode created the "Mega Update" derivative work based around strange creatures in water that made him feel nervous, like Montalbano's story. ([#121-18] PLAC at 2-10)

F.      "Off Dimension with Corey, Correct Dimension with Corey" (aka The Marriage Dream) emailed December 16, 2017. ([#121-18] PLAC 2-11)

Goode created the "Mega Update" derivative work alleging his entire "off world" "alien" (Blue Avian) experiences occurred on December 16, 2017. Goode utilized many similar elements from "The Marriage Dream" to include the date it was emailed to him, being on stage, overcome with emotion, a planned meeting, and quiet clapping, amidst many other similarities. Goode mutilated the work and replaced Montalbano and the on-stage 'marriage' with his Blue Avian Blue Bird alien friend being with him on stage stating legal-sounding things and Goode feeling lots of love emotions from his male alien companion.

G. "Soleil" emailed January 2, 2017 and later published in DreamWalker book.

Goode created the "Mega Update" derivative work/fake news based around light and solar events and Artificial Intelligences (A.I.) related to Montalbano's dream journal records. ([#121-18] PLAC 2-12)

H. "A True Story, Japanese Letter circulating A.I. choose colors, Dark Matter with light shined on it" emailed July 3, 2017 ([#121-18] PLAC, p13, 2-13)

Goode created the "Mega Update" derivative work/fake news based around light and solar events and A.I. and posted related Elon Musk A.I. news article about an 'open A.I. letter.' ([#121-18] PLAC 2-13)

I. On September 21, 2017, Montalbano emailed the following Dream Visions to Goode: "Red triangle craft," Gold under the Candy Store and Abominable (giant) Beings," and "Sapphire Crown Jewel". Montalbano emailed Goode on January 6, 2018 about a Dream Vision with a living giant. January 10, 2018 Montalbano Facebook posted a public comment that people would 'likely hear about 'living giants soon.'' ([#121-18] PLAC 2-14 and 2-15)

Montalbano's dream vision literary work was about a living giant being in captivity in a high security type military installation and the giant was very nice. Goode created the mutilated "Mega Update" derivative work/fake news alleging a "secret insider" military friend had been living with volatile living giants.

**J.** "My SSP involvement? — leading argumentative team to work together" emailed October 19, 2017 to Goode.

Goode created the mutilated "Mega Update" derivative work/fake news by stating the SSP (Secret Space Program) people could basically never get along or work together. In Montalbano's original literary work she was getting these argumentative "SSP" people to listen to one another and work together. (**[#121-18]** PLAC 2-16)

**K.** "Signing Kings contract for large space object to power earth" emailed August 2, 2017

Montalbano's original literary work described a large space object that was derelict and very banged up looking (monstrosity) that looked like a skyscraper shape, and went into detail describing the paneling. Montalbano had to sign a 'king/president's' contract for the elongated space object. Goode created the "Mega Update" derivative work/fake news based on a large dinged up (by asteroids), holes, and derelict looking outer space object (cigar ship shape) that allegedly just entered the solar system and went into detail about panels and that military people were sent to investigate. (**[#121-18]** PLAC 2-17)

**L.** "River Walk and Stone Age Dinosaur Hologram Show — Pterodactyl" emailed December 10, 2017

In Montalbano's original literary work she was walking in a river with others to attend a prehistoric Dinosaur hologram show and at one point accidentally took off a chunk of a guy's flesh from his face and heard hawk (raptor/dinosaur) cries that sounded like a pterodactyl to Montalbano. Goode's derivative "Mega Update" work incorporated the skin flesh chunk that came off the face of a male but instead the skin chunk came off a dead Pterodactyl type 'alien' species that allegedly lived in water in the derelict space object (ship) and that'd since rotted away and when touched by the military people the skin chunk came off. (**[#121-18]** PLAC 2-18)

**M.**    "Forrest and Glyph Kisses Portal" emailed July 8, 2017

Goode created the "Mega Update" derivative work based on glyphs and math being used as portals and described glyphs in his derivative work similar to what Montalbano drew in the dream journal record. (**[#121-18]** PLAC 2-19)

**N.**    "Watermelon advanced Mathematics of the Universe tech" emailed August 7, 2017

In the dream Montalbano was performing math calculations of the universe so fast it was beyond conscious human brain comprehension. Goode created the "Mega Update" derivative work based on (hieroglyphs) being a mixture of a language and a hyper-dimensional math similar to the hyper-dimensional math of the Universe performed by Montalbano in the dream journal record. (**[#121-18]** PLAC 2-20)

688. In "Mega Update" Goode also stated the following:

Section Titled: "BEGIN COREY GOODE UPDATE"

"COREY GOODE: "*I have been receiving* a *clear uptick in dream communications* with Tear-Eir over the last *ten weeks*."

(Tear-Eir is Goode's publicly claimed alien Blue Bird friend)

Upon information and belief Goode's "uptick in 'dream communication" is reference to Montalbano's approximate 500 literary works IP (dream journals) that he defrauded Montalbano of during 2017 and used extensively in his alleged "Mega Update."

689. Goode, Wilcock, The Enterprise, and their network of complicit associates promoted Goode's derivative work "Mega Update" to millions of people as being true (news), via Cosmic Disclosure broadcasts by GAIA (audio video) and via the internet (YouTube and etc), radio (podcasts and etc), and print (books and etc). (January 2018 to current)

690. Goode, Wilcock, GAIA, The Enterprise, and their network of associates, made 'financial gains' from this "Mega Update" story.

691. Montalbano was not given remedy or attribution at any time as the source.

692.    Goode, Wilcock, and The Enterprise, launder(ed) the illicitly obtained money through their corporations (See Claim 11) based on the derivative work being presented as 'true' news and as being Goode's personal experiences, when they were in fact Montalbano's personal experiences and original Intellectual Property dream journal records.

## COSMIC DISCLOSURE – BROADCAST INFRINGEMENT DERVIATIVE WORKS

693.    Goode and co-host Wilcock also used Montalbano's Dream Vision IP literary works to create fake news and derivative works seen in the Cosmic Disclosure shows, broadcast by GAIA.

A.    April 13, 2017 Montalbano emailed Goode about her original literary work "Description of Time Travel Chair and Use" and described the form of travel (for a time travel chair) as the soul coming out and 'shrinking,' and how the chair utilized DNA and that calibrating was also involved.  ([#121-18]  PLAC 2-2)
Goode created a derivative works/fake news for Cosmic Disclosure, Season 7, Episode 19 (May 9, 2017), at approx time stamp 15:30; about portal travel now being like shrinking and calibrating.

B.    "Magik Silver Sparkles & Manifesting Gifts" and "Inter-Dimensional Home" contained in pre-published 'DreamWalker' book gifted in-person to Goode and Wilcock at Conscious Life Expo, February 9-12, 2017.

Goode created a derivative works/fake news for Cosmic Disclosure, Season 7, Episode 24, (June 13, 2017) at approx. time stamps 10:00-20:00, and he now describes 'spheres' similar to Montalbano's description of manifesting gifts via silver sparkles. ([#121-18] PLAC 2-3)

C.      Chapter 3 "ALIENS AND TECHNOLOGY" contained in pre-published DreamWalker book and gifted in-person to Goode and Wilcock at Conscious Life Expo, February 9-12, 2017, with the following dream journal records: "Vampire relations a Day in a Draco's Shoes August 2, 2016" , "A.I. Alien in Movie Screen & Messed up Portal December 22, 2016," "Magik A.I. Realm through Turkey Bacon December 30, 2016," and "Blue Beings and Advanced Technology May 16, 2016" In it Montalbano stated about1/3 of the 'Draco' were good.

Goode created a derivative works/fake news for Cosmic Disclosure, Season 7, Episode 26, (June 27, 2017) at approx. time stamps 11:00-30:00, where he blends the information contained in the aforementioned literary works, notably to include talking about an 'electronic net' used to kill or capture beings and in Goode's mutilated rendition another 'alien' is murdered with the technology.

Goode and Wilcock had associate Pete Peterson create a derivative work/fake news for Cosmic Disclosure, Season 7, Episode 31, (August 1, 2017) at approx. time stamp 25:50, where their fake whistleblower, Peterson, stated that about 1/3 of 'Dracos' are 'good' and like priests and ministers as if it was actual 'news.' ([#121-18] PLAC 2-3)

D.      "Cigar Ships Beamed Up" (3D Light Puzzle), "Help ETs", "Portal Threads," "Galactic Family," "White Light Magik" emailed June 15, 2017 from AriStoneArt@Ymail.com

to_sba.producer@gmail_(Roger_Richards)_and_spherebeingalliance@gmail.com_with "Dream Intel.pdf" attached

Goode created derivative works/fake news for Cosmic Disclosure, Season 8, Episode 14[83] using Montalbano's original literary work about a 3D light puzzle assembled with the mind by kids. In Goode's derivative broadcast work rendition he made himself one of the kids assembling the 3D light puzzle with his mind. Further still, in Montalbano's original literary dream vision collection work a device was used to convey emotions to and from ETs (Extra Terrestrial) and Montalbano changed the energies to happy. In Goode's derivative broadcast work he spoke of using a device to relay ET emotions. ([#121-18] PLAC 2-21)

## GOODE AND WILCOCK ASSOCIATE INFRINGEMENT - DERVIATIVE WORKS

694. On November 4, 2017 **Montalbano emailed Goode a dream journal literary work title "ET Exchange Program" where 'ETs' would be 'exchanged' with human families similar to foreign exchange students.**

On **November 19, 2017, Teresa Yanaros** (former marketing promoter for Goode's alien narratives and also Plaintiffs' Counsel, Valerie Yanaros' sister), went on Goode's associate's YouTube channel "Stillness in the Storm" and in video titled "NEWS: Trump Investigates, Pedogate Busts, David Wilcock, Starseeds Unite — November 19, 2017"          Ms. Teresa

---

[83] Montalbano believes some of the episode numbers changed when Goode's episodes were being removed from broadcast.

Yanaros stated there was going to be an ET (alien) exchange program similar to Montalbano's dream journal literary work. Ms. Teresa Yanaros alleged the information was from another source and presented it as if it was 'actual' news. ([#121-18] PLAC 3-7) (video has since been removed)

695.        On June 25, 2017 **Montalbano emailed Goode a dream journal record of seeing 'square ships' (space craft).**

**On October 20, 2017** Goode and Wilcock's close associate Dr. Michael Salla posted to his




website   exopolicits.org what is believed to be fake news of an alleged photo taken by an alleged 'trusted secret insider' of square ships near MacDill AFB.([#121-18] PLAC 3-8)

## DAVID WILCOCK INFRINGEMENT DERVIATIVE WORKS

696.In part 2, of Goode's alleged "Mega Update," (January 12, 2018) Wilcock states his book "Awakening in the Dream" completely changed due to Goode's information in the alleged "Mega Update."

Section Titled: **"MEGA GROWING OPPORTUNITIES"**

"[DW: ~~Some of what he received~~ was personal for me. ~~I found it incredibly interesting, and~~ it has completely changed how I am writing *Awakening in the Dream*.]"

~~On August 9, 2017, Goode and Wilcock received a synopsis of approximately 68 Dream Visions (dream journal records) from Montalbano that specifically involved David Wilcock. ([#121-18] PLAC 2-6)~~

697. ~~Wilcock changed how he was writing his book, "Awakening in the Dream," because of Montalbano's copyrighted Intellectual Property dream journal research and records.~~

698. ~~Wilcock also further regularly made 'synchronistic' (organize cyberstalking) public statements about receiving and reading Montalbano's dream journal records (literary works).~~ ([#121-18] PLAC 3-1)

699. ~~On June 15, 2017 Montalbano emailed Goode dreams of Montalbano performing very advanced magik (magik performed in dreams is very rare for most dream journal records and even more rare how much and varied Montalbano performs in dream states) of emitting light from her hands that changed 'blackened' hearts and then encompassed the entire world and removed the veil of lies. Three days later, on June 18, 2017, Wilcock made the following statement on Facebook:~~



> ~~"*AA very massive dream appeared hree mornings ago, portending a major leap forward* in the defeat of the Cabal and towards major disclosure . . .~~

> ~~. . . This dream was utterly amazing and more than enough to convince me that now is the **time to put this prophesy out there**."~~

~~Wilcock was referring to Montalbano's dream journal literary work records delivered three days prior to Goode and his then business manager, Mr. Richards.~~ **([#121-18]** ~~PLAC at 3-1)~~

## ~~WILCOCK FAKE NEWS INFRINGEMENT DERVIATIVE WORKS~~

700. ~~Wilcock and his associates regularly used Montalbano's original literary works to create fake news, that he, Goode, and The Enterprise profiteered off of and as seen in the following example from the unrebutted Presumptive Pre-Litigation Affidavit Complaint (PLAC):~~



701. ~~Montalbano emailed~~ Wilcock, Goode and Smith created a fake news donation story based on Montalbano's original Intellectual Property emailed to ~~Goode on~~ ~~October 19, 2017~~ a literary work about a guy 'Losing a Bullet Bet' and being threatened with being shot, but since the shooter lost the bet, no one was shot/killed. The bullet was described in detail along with a shoddy drawing of it provided.

~~November 13, 2017~~ Wilcock published his fake news story about alleged whistleblower Emery Smith being threatened and almost killed. Wilcock proceeded to provide a photo of a bullet [#308-14 at 5] ~~that matched the description of Montalbano's dream record and that Smith had not been shot, but threatened with the bullet. ([#121-18]~~ PLAC 3-18) and they sought donations based on the premise Smith was poor and under massive



attack from the dark alliance/cabal and in the hospital because of them - https://divinecosmos.com/davids-blog/1224-emery-smith/]

702. ~~The unrebutted PLAC contains many other examples of unrebutted infringements by Goode, Wilcock, The Enterprise, and associates.~~ [#121-18]

703. ~~Goode, GES, or any proper party on their behalf, failed to respond or rebut the presumptions in the PLAC mailings and thereby Goode and GES legally agreed that they, Wilcock, and their associates have in fact infringed on Montalbano's IP as claimed.~~

704. ~~Flynn ignored the fact that the only orders he could lawfully write and issue in case 18CV50, without Goode rebutting with his own evidence everything in the PLAC, were those in favor of Montalbano, and Flynn violated due process of law.~~

705. ~~Many of Goode, Wilcock, and their associates' public 'alien' or 'news' narratives, are similar to Montalbano's dream journal literary works mistakenly donated to Goode and Wilcock during 2017.~~

706. ~~Goode has continued to use Montalbano's IP for his unauthorized derivative works.~~

A. ~~Goode has used in his current comic book narratives the "Time Keeper Boy" dream vision emailed to him on July 2, 2017. In Montalbano's original literary work, there is a~~

young boy who kept in a little box with a round porthole window and only his face is seen pressed up to the glass. Montalbano drew a rough image in her dream journal. In Goode's derivative work he again made himself the experiencer as the young boy and alleges when he was 'off world' with the SSP programs that he'd look out the round porthole windows with his face right up to the glass. His associates created a derivative work image.

707. Goode, Wilcock, and their associates have a pattern of regularly using other people's Intellectual property and calling it their own and/or creating derivative works and then not responding to the original author/artist when asked about their use.

A. Wilcock plagiarized Ms. Linda Moulton Howe's legitimate whistleblower research as his own on his YouTube channel. Howe reported him to YouTube and Wilcock's video was copyright struck.

B. Goode plagiarized Jim Nichol's spaceship art and experience as his own and created derivative work images, and then would not respond to Nichol's when asked about it.

C. Goode has also plagiarized Michael and Stephanie Relfe's SSP '20 and back' experiences as being his own.

708. ~~Goode and Wilcock call their Intellectual Property theft scam of knowingly plagiarizing or unlawfully creating derivative works belonging to others, "synchronicity."~~

709. ~~Upon information and belief Goode, Wilcock, and The Enterprise are unlawfully profiteering by selling Montalbano's original Intellectual Property to their friends and associates in Hollywood and similar entertainment professions, for use as content in films, movies, television series, radio shows, books, or otherwise broadcast or published content without remedy or attribution to Montalbano and to the detriment of Montalbano.~~

710. ~~Goode, Wilcock, The Enterprise, and their complicit network of associates, will continue (mis)using Montalbano's Intellectual Property to create fake news, derivative works, donation scheme stories, and illicitly profiteer and money launder, unless immediately restrained by a Court Order.~~

### ~~REMEDY, DAMAGES, INJUNCTIVE RELIEF – TITLE 17 CHAPTER 5 §501-505~~

711. ~~Goode has publicly threatened to publicly release more of Montalbano's dream journal literary work Intellectual Property and Montalbano is reasonably afraid he will do so, unless restrained by a Court order.~~ [#121-21]

712. **Montalbano believes she is entitled to the following Injunctive Relief for copyright infringement:**

a. **Declaratory Relief:** declaring the approximate 500 hand written Dream Vision literary works and associated common law copyrighted emails ~~donated to Goode and by extension Wilcock by mistake and error largely during 2017 and through to current,~~ as ~~being~~ Montalbano's sole and separate Intellectual Property, literary works, fixed works, art, and copyrighted materials.

b. **Preventative Injunctive Relief:** to restrain Goode, Wilcock, ~~The Enterprise,~~ and their complicit associates, from further public or private dissemination and (mis)use of Montalbano's literary works as their own and/or giving the information to an associate to create derivative works and/or fake news.

c. ~~The literary records in Goode and GESs' email box ([SphereBeingAlliance@gmail.com](mailto:SphereBeingAlliance@gmail.com) ) and other email boxes of The Enterprise are to also be ordered to not be shared, emailed, or otherwise electronically copied, stored, printed, or delivered by Goode, Wilcock, or any other associate(s) within or without The Enterprise, and the records are to be preserved throughout the course of litigation.~~

## ~~DAMAGES~~

713. Based upon the facts ~~of all Twenty Claims~~ stated herein, Montalbano believes she is entitled to injunctive relief and to recover damages for the foregoing act of Copyright Infringement to include:

a.  Declare all emails and attachments sent from Montalbano to Goode during 2016 - 2018, legally Montalbano's sole Intellectual Property.

b.  Order the defendants stop using Montalbano's IP in their public businesses and frauds.

c.  Attorney/legal fees, to include compensation for time at the $150/hr agreed PLAC rate and damages of $116,600 plus interest for having to litigate the claim in court and obtaining damages.

d.  ~~Compensatory/actual damages presumptively agreed upon damages in the PLAC mailings, to include the unrebutted PLAC contract claims ($68,012) and royalties at a rate of 50% and additional fines and fees for continued misuse since April 18, 2018, plus $50 per day for failure to make payments for presumptively agreed (mis)uses. [#121-18 at p4-7, p11]~~

e.  ~~Award of profits that were obtained by the counter defendants' Goode, Wilcock, and their associates, and The Enterprise, via their creation and sale of derivative works in both print and broadcast mediums notably presented as fake news, or as Goode's alleged life experiences, and as cited in the unrebutted PLAC, be awarded to Montalbano. [#121-18]~~

f. ~~Declaratory and preventive Injunctive Relief for willful and malicious infringement and~~

Any other relief the Court deems just.

**COUNT 10**
(10) **DEFAMATION** ~~CRS 13-80-103~~
~~(The Enterprise, Public Servants)~~
**Corey Goode, LIGHT WARRIOR LEGAL FUND LLC**

714. Montalbano incorporates the General Allegations at ¶¶56-71 ~~in ¶¶1-281 by reference.~~

715. Montalbano incorporates by reference the Fraud Claim and in particular ¶¶104-111.

716. Montalbano incorporates by reference the Abuse of Process Claim.

717. Montalbano incorporates by reference the Malicious Prosecutions Claim.

718. Goode and LIGHT WARRIOR LEGAL FUND LLC ("LWLF") ~~Wilcock, Yanaros and their associates (believed to be working for The Enterprise), have~~ defamed Montalbano publicly and privately to third parties, intentionally, negligently, or with reckless disregard of the truth and ~~have~~ made knowingly false public and private statements about Montalbano accusing her of criminal acts (stalking, murder, rape, pedophilia), sexual misconduct (as someone having an extramarital affair with Goode), and as someone with a mental disease (crazy, insane, delusional), to others in the same or similar trades and professions of predictive dream research, via libel and slander notably overtly since February 2, 2018 and have regularly publicly escalated their hate speech against Montalbano through to current. [#121-21] ~~(Claims 1, 2, 3, 4, 5, 12, 13, 14, 15, 16, 17, 18, 19, 20)~~

719. ~~Montalbano incorporates by reference all~~ 20 Claims ~~as evidence of defamation by knowingly false statements by a group of people performing a pattern of racketeering to destroy Montalbano's life.~~

720. This defamation by Goode, Wilcock, and their associates ~~promoted by the Enterprise and not stopped by the Public Servants pursuant their Oath of Office,~~ embarrasses Montalbano as someone sexually amoral and as a criminal, and destroys her reputation within the same trade and profession that Goode and Wilcock are involved in, dreams, and predictive dream research.  ~~(Claims 7, 8, 9, 12, 13, 14, 15, 16, 17, 18, and 19)~~

721. Goode, Wilcock, and their associates defame Montalbano to maintain their public frauds, donation schemes, and their unlawful use of Montalbano's Intellectual Property ~~and Trade Secret~~ dream research.  ~~(Claims 7, 8, 9, 11, 12, and 20)~~

722.   During 2018 through to current, Goode, Wilcock, and their associates have publically defamed Montalbano as a stalker, murderer, rapist, pedophile, Satanist, human trafficker, cult practitioner, and cabal by labeling her with the term "Dark Alliance." **[#121-21]**

723.   Goode, Wilcock, and their associates, knowingly participate in defamation practices by spreading lies about Montalbano to millions of people (third parties) in the general public via their worldwide broadcasts and publishing networks. **[#121-21]** ~~(Claims 1, 2, 3, 4, 5)~~

724.   Goode and his associates have defamed Montalbano in her profession and trade, via (but not limited to): Facebook, Twitter, YouTube, and Reddit. Reaching hundreds of thousands and

even millions of people (third parties) with their knowingly fraudulent misrepresentations about Montalbano. **[#121-21]**

725.  Goode and LWLF knew since at least mid-June 2018 that Montalbano is not a criminal stalker, after Goode lost his criminal stalking claims. (¶¶67-68; Abuse of Process  ¶¶296-237, Malicious Prosecution)

726.  Goode and LWLF knew, or had reason to know, Montalbano has a clean record yet continued to maliciously defame Montalbano as a criminal. (Abuse of Process, Malicious Prosecution)

## DEFAMATION IN TRADE, BUSINESS, AND PROFESSION – EMAIL and PHONE

727. Mr. Goode defamed Ms. Montalbano as a criminal (stalker) to a mutual Gaia Inc. contact, Ms. Kiersten Medvedich, on June 5, 2018. [#121-8] [84]

---

[84] Filed by Goode on Denver Federal Court Record case 1:18-cv-02060-RM-GPG- Dkt. 34-5 on  09/10/18 – CG called Montalbano a stalker to Medvedich via email;  and also filed as Exhibit AR on Mesa Court Record August 2, 2019 - Medvedich

728. Mr. Goode had Montalbano contact by phone his then business associates, Mr. Roger Richards, February 2, 2018. (Goode is now suing Richards in USDC case 20-cv-00947-STV) During the phone call, Richards defamed Montalbano as a 'security risk' and denied her attendance at Goode's then coming event with Joan Ocean Company in Hawaii. Montalbano was subsequently embarrassed to have her money refunded by Joan Ocean Company due to these fraudulent statements.

## INTERNET DEFAMATION

### FACEBOOK DEFAMATION

729. Goode defamed Montalbano as a stalker by direct implication on his Facebook page @BlueAvians on July 17, 2018 with approximately 100,000 page followers by telling his fans he had to obtain a Protection Order.[85]  [#121-21 at p1, p2]

730. Goode also threatened future defamation of Montalbano by stating he 'hoped to make more public statements in the near future' and since then he has proceeded to do so with severe escalations of hate speech. [#121-21 at p2 ] [86]

---

[85] The same date Goode obtained the TRO in Broomfield Combined Court 18C103 against Montalbano.
[86] Filed as exhibit AS Mesa Court Record August 2, 2019 – CG FB stalker post July 17, 2018

731. Goode has threatened to publicly release the private recorded phone call between Montalbano and Richards', which would only serve to further embarrass and humiliate Montalbano. [#121-21 at p4, Reddit screen shot taken March 18, 2019]

732. March 17, 2019, Goode's Facebook friend and business associate Mr. Chuck Raymond (a 3D animator for Goode) defamed Montalbano as someone sexually amoral stating Montalbano claims to have sex with Goode in his dreams. Montalbano never told Raymond that and had not made any public statements of having sex (in dream states) with Goode either, that was private information contained in the emails and private dream journal records delivered to Goode. ([#121-21] at p6-7 defamation – Chuck Raymond and CG Facebook) [87]

733. Raymond went on to defame Montalbano on Facebook in her trade of dream research by stating Montalbano is crazy (mentally diseased) thinking she 'foresees the future' in dreams, when this is exactly what his associates Goode and Wilcock are publicly famous for (with zero proof) yet Raymond doesn't call them delusional or crazy. ([#121-21] defamation – Chuck Raymond and CG Facebook)

---

[87] Filed as exhibit AP Mesa Court Record March 25, 2019 and as Exhibit AW August 2, 2019 - Chuck Raymond and Goode Facebook slander against Montalbano

734.March 20, 2019, Goode posted to associate Raymond's defamatory hate speech Facebook post and cited the stalking case he lost against Montalbano (with fabricated evidence) and Goode included Montalbano's actual name with his "(Montalbano vs Goode)" making it clear he's knowingly defaming Montalbano as a stalker since his July 17, 2018 Facebook post.

735.Goode also escalated Montalbano to be part of his public fantasy "Dark Alliance" and pointed out he also defamed Montalbano live on the Edge Of Wonder YouTube channel broadcast. ([#121-21 at p7] Creepy Clown CG Facebook defamation)[88]

**REDDIT DEFAMATION**

https://www.reddit.com/r/CosmicDisclosure/comments/9xujtc/cg_being_sued_for_fraudinfringement_poster_on/(Retrieved June 27,2019)([#121-21 at p3-5] Reddit defamation)[89]

---

[88] Id at 60. Mesa exhibit AP.
[89] Fuller filings filed as exhibits: AO on Mesa Court Record March 25, 2020; and AU August 2, 2019

**736.** On or about November 18, 2018 Goode posted on Reddit internet website with "Cosmic Disclosure" user handle seen in the URL and "SBAGoode" user handle, that Montalbano is a stalker, someone with a mental disease, and that he's going to report these behaviors to law enforcement (criminal/extortion) and proceeds to defame Montalbano as someone sexually amoral having an extramarital affair with himself and he refers to the December 16, 2017 marriage dream.

**737.** Goode further defamed Montalbano in the Reddit post in her trade of dream research as being 'delusional' for having legitimate 'prophetic' dreams that showed Montalbano knew (via many tangible dream journal records) what Goode and his attorney, Yanaros, were up to before they did the acts in waking states.[90]

<u>TWITTER  DEFAMATION</u> [91] **[#121-21 at p9-12]**

---

[90] Filed as exhibit AN Mesa Court Record March 25, 2019 – email to Ms. Wilde of prior documented Dream Visions by Montalbano showing she knew what they were up to before they did the acts in waking states.

[91] Twitter defamation exhibits were filed on the Mesa Court Record as: Exhibit AY August 2, 2019 (with motion to amend the November 13, 2018 complaint) ; Exhibit AZ September 9, 2019; and Exhibits CL, CM, and CO,  July 20, 2020 (with motion to amend the November 13, 2018 complaint)

738.    About May 22, 2019 through June 19, 2019 on Goode's Twitter account @CoreyGoode with approximately 23,000 followers (during 2019 hate speech campaign); Goode and a group of his organized cyberstalkers, bullied, harassed, and defamed Montalbano publically as a stalker, cyber stalker, "Dark Alliance," someone sexually amoral having an extramarital affair with Goode, someone with a mental disease, and again defamed Montalbano in her trade of predictive dream research and directed Goode's audience to Goode's November 2018 Reddit hate speech campaign.

739.    Goode has posted a variety of Tweets on Twitter defaming Montalbano as "dark alliance" and a "stalker" by her given name and artist pseudonym, Ari Stone.

740.    Goode has directly stated on Twitter he is Targeting the 'Dark alliance" and thereby he is knowingly Targeting Montalbano.

## YOUTUBE  DEFAMATION [#121-21 at p13-15]

741. March 18, 2019 Goode on YouTube channel "Edge of Wonder" with approximately 372,000 subscribers (retrieved July 21, 2019) indirectly defamed Montalbano as a stalker, someone sexually harassing him, and defamed Montalbano in her trade of Dream Research by again citing the December 16, 2017 marriage dream, in YouTube video titled, "*Corey Goode - Alliance Update, Antarctica, Supreme Brand Loves Satan - Edge of Wonder #3.*" and approximately 193,000 views. (times stamps; 1:39:00 to 1:43:00)

**742.** February 25, 2020 Goode posted to his "Corey Goode" YouTube account a video titled "ALYSSA CHRYSTIE MONTALBANO aka Ari Stone vs. COREY GOODE" with a write up below the video calling Montalbano a stalker.  (sic):

*"Alleged cyber-stalker ALYSSA CHRYSTIE MONTALBANO aka @AriStone has worked with the #Dark Alliance Jay Weidner . . . ."* **[#121-21 at p13]**

**743.** On March 2, 2020 Goode posted a short 30 second video to YouTube on his "Corey Goode" YouTube Account with 4.79K subscribers a video titled "Corey Goode – Litigation Agreement Signed – Jay Weidner – Gaia TV – Law Suits incoming" with 4,814 views (retrieved June 21, 2020) and whereby Goode says nothing but is signing papers. In the description box below he defames Montalbano again as an "alleged stalker" directly by name and her artist name of Ari Stone, when it is clear Montalbano does not even qualify as "alleged" stalker as he lost his stalking cases and claims in the Broomfield Combined Courts on three separate occasions, mid-June 2018, August 6, 2018 (18C103), and again June 22, 2020 (20C32).

**744.** ~~Brian James Flynn, 'Judge' assigned to case 18CV50, was regularly informed of this repeat and ongoing harassment and defamation being both published and broadcast against Montalbano to third parties. Flynn did nothing to stop the defamation pursuant his judicial duties, and instead Flynn flat out lied in his alleged January 29, 2020 orders that defamation was not shown to be occurring.~~ [#121-24]

745. ~~Flynn made himself an unlawful party in the defamation and harassment against Montalbano through his malicious and willful failure to faithfully perform his judicial duties which required him pursuant his Oath of Office to stop the civil rights violations.~~

746. ~~The three Colorado Court of Appeal Judges; Gomez, Grove and Terry, participated in this ongoing harassment and defamation by refusing to honorably perform their judicial duties and investigate Flynn's civil rights violations in case 18CV50 when appealed and then proceeded to also lie in their own 'orders'~~ [¶¶278-279; ¶¶663-666] ~~to conceal Flynn's judicial and civil rights violations in direct violation of due process of law, court rules, and Montalbano civil rights.~~

747. ~~The public servants all participated in the defamation against Montalbano through their repeat failures to stop it.~~ (Claim 15, 16, 17, and 18)

748. This defamation and knowingly false representations are notably first performed by Goode and his associates, and then their false narratives are promoted as being legitimate news or fact(s) by Wilcock and their network of associates, ~~who are believed to be working for The Enterprise.~~

749. Upon information and belief there are more instances of hate speech and public defamation against Montalbano, that Montalbano is yet to become aware of and that will likely surface in the discovery phases.

750.   Goode had a duty to first investigate if Montalbano was actually a criminal before he told the public that Montalbano was, and he did not. Montalbano has a clean record, making it clear Goode's defamation of Montalbano being a criminal, was knowingly false.

## LIGHT WARRIOR LEGAL FUND LLC ("LWLF") [92]

751.   Goode and LWLF (a single member LLC of Mr. Goode's) knew or had reason to know, they were publishing false criminal stalker information about Montalbano, since at least August 6, 2018, when Goode lost his first criminal stalking claim in Broomfield Combined Courts (18C103) (¶¶67-68; Fraud ¶¶104-111, ¶¶196-198; Abuse of Process   ¶¶296-327, Malicious Prosecution)

752.   August 6, 2018 the TRO was vacated and case 18C103 dismissed and closed in Montalbano's favor. [#26-2]

753.   After August 6, 2018 and to current, LWLF (Goode) has continued to present Goode's Complaint against Montalbano of alleged criminal stalking as if true [93] to obtain donations, when it knows this is false. (Fraud ¶¶196-198)

754.   LWLF (Goode) intentionally misleads the public to believe criminal stalking case 18C103 is still open to obtain donations, when it knows the case is closed, and in Montalbano's favor.  [#121-2 at 1-9; #254-1]

---

[92] https://www.lightwarriorlegalfund.org/

[93] https://spherebeingalliance.com/documents/goode-v-montalbano-tro.html

755.   Nowhere on LWLF's (Goode's) website does it state or show that Goode lost the criminal stalking case (18C103) or that the TRO was vacated and case dismissed in Montalbano's favor. [#121-2 at 1-9; #254-1]

756.   Goode and LWLF (a single member LLC of Mr. Goode's) knew or had reason to know, it was publishing false criminal stalker information about Montalbano, since March 11, 2020, when Goode lost his second criminal stalking claim in Broomfield Combined Courts (20C32) telling the same lies in his second complaint (¶¶328-388).

757.   March 11, 2020, case 20C32 was dismissed and closed in Montalbano's favor. [#26-4]

758.   After March 11, 2020 and to current, LWLF (Goode) has continued to publish and make publicly available Goode's second Complaint against Montalbano of alleged stalking as if true[94], when it knows this is false and continues to damage Montalbano's public reputation. [#121-2 at 1-9; #254-1]

759.   LWLF (Goode) intentionally misleads the public to believe stalking case 20C32 is still open to obtain donations, when it knows the case is closed, and in Montalbano's favor. [#121-2 at 1-9; #254-1]

---

[94] https://spherebeingalliance.com/documents/goode-v-montalbano-tro.html

760. <u>Nowhere on LWLF's (Goode's) website does it state or show that Goode lost the second criminal stalking case (20C32) or that the case was dismissed and closed in Montalbano's favor.</u> [#121-2 at 1-9; #254-1]

761. Injunctive Relief is warranted to stop and prevent further escalation of Goode <u>and LIGHT WARRIOR LEGAL FUND LLC's</u> public and private hate speech and defamation campaigns against Montalbano <u>and to restore Montalbano's reputation to what it was prior LWLF and Goode destroying it since 2018 with malicious and false criminal complaints and public and private defamation per se</u>.

## DAMAGES AND INJUNCTIVE RELIEF

762. It is self-evident Goode <u>and LWLF</u> ~~Yanaros, and The Enterprise~~ will continue to escalate their defamation, hate speech, and harassment activities against Montalbano unless the Court orders it stopped.

763. Montalbano has sustained significant personal, financial, and profession damages <u>since 2018</u> ~~for well over three (3) years~~ due to these non-stop and escalating defamation acts, to include loss of investment money, professional opportunities, professional relationships, and friendships.

764. <u>Upon information and belief the stalking cases have also caused regular day job employers to not hire Montalbano since 2018 due to it appearing Montalbano has some type of 'criminal record'.</u>

765. Goode and The Enterprise have been consistently destroying Montalbano's personal and professional reputation, career and life with their public hate speech and defamation campaigns heard by hundreds of thousands and even millions of people, and that are humiliating and cause enormous amounts of distress, anxiety, and ongoing stress and depression in Montalbano.

766. Goode and The Enterprise have been consistently destroying Montalbano's personal and professional reputation, career and life with their public hate speech and defamation campaigns heard by hundreds of thousands and even millions of people, and that are humiliating and cause enormous amounts of distress, anxiety, and ongoing stress and depression in Montalbano.

767.     Montalbano believes she is entitled to Injunctive Relief to stop the Defamation:

a.  **Preventative Injunctive Relief:** to restrain Goode <u>LWLF</u> ~~Wilcock, Yanaros~~ and their associates from further publicly or privately defaming Montalbano on and off court records and ~~for The Enterprise~~ to stop promoting the defamation to the public as if it's true.

b.  Removal of all public defamation from the internet as posted by Goode, <u>LWLF</u> , Wilcock, <u>and</u> their associates ~~and The Enterprise~~, and issue multiple public retraction

apologies at all locations they defamed Montalbano and at all media locations they have the most followers, to include but not limited to: Facebook, Reddit, Twitter and YouTube.

**768.** Based upon the facts <u>stated herein</u> ~~of all Twenty Claims~~,, Montalbano believes she is entitled to preventive Injunctive Relief for defamation per se and to recover compensatory monetary damages for the foregoing act of Defamation to include:

   **a.**  compensation for harm to Montalbano's reputation, personal humiliation, mental or physical suffering,

   **b.**  loss of income, or earning capability.

   **c.**  Presumed damages for defamation per se of being fraudulently and maliciously called a criminal stalker by Goode, <u>LWLF</u> ~~Yanaros,~~ and their associates on and off Court records that included fabricated evidence for Court and them publicly showing it as if true.

   **d.**  attorney/legal fees and compensation for self-representation ($150/hr) defending against the defamation per se in multiple Courts since June 2018 <u>(to include the $116,600 'judgment' and related damages trying to stop the defamation as a pro se litigant).</u>

   **e.**  Punitive damages for fraud and willful and malicious defamation and any other relief the Court deems just.

## ~~RICO~~
## ~~COUNT 11~~
### ~~(11)  MONEY LAUNDERING 18 USC 1956 RICO~~
### ~~(The Enterprise, Public Servants)~~

769. ~~Montalbano incorporates the General Allegations in ¶¶1-281 by reference.~~

770. ~~The Enterprise knowingly used personal property and research that does not legally or lawfully belong to them and that they knew did not belong to them, to include Montalbano's Intellectual Property and Trade Secrets, and The Enterprise created derivative works, fake news, fake "Dark Alliance" stories, and fake "Blue Avian alien" narratives to unlawfully obtain monetary proceeds from millions of people in the general public through their deceptive trade practices and other unlawful activities.~~ [#121-7]  ~~The Enterprise has worked diligently to covered up and conceal the true source of ownership of information, research, and materials they receive through their ongoing deceptive trade practices used to carry out their money laundering schemes. The Enterprise also works with corrupt Public Servants in the legal system to obstruct justice, and maintain and promote their money laundering activities.~~  ~~(See all 20 Claims)~~

771. ~~Montalbano incorporates by reference all~~ ~~20 Claims~~ ~~as evidence of fraud to launder money via performance of the unlawful specified activities.~~

772. ~~Goode possess the knowledge to money launder, having worked within Beal Bank, Federal Reserve Bank of Dallas, Texas.~~ ~~(¶26, e)~~

773. Upon information and belief, Goode directly assists The Enterprise in laundering millions and even potentially billions of dollars through their known and unknown corporate fictions and/or subsidiaries

774. Upon information and belief Goode assists in money laundering through setting up bank accounts to route The Enterprise's money nationally and internationally.

775. Upon information and belief, Goode works with a network of complicit John and Jane Doe bankers and banking associates.

776. Upon information and belief the John and Jane Doe banking network of associates help The Enterprise conceal laundered monies.

777. Upon information and belief the John and Jane Doe banking network of associates help The Enterprise conceal and route portions of laundered monies to black operation CIA or similarly situated illicit programs.

778. The following people and corporate fictions or legal entities knowingly participate in The Enterprise's money laundering schemes:

A.     GOODE ENTERPRISE SOLUTIONS (GES) / James Corey Goode (¶2, ¶¶23-26)

(i.)     Upon information and belief GES and Goode are receiving money in connection with involuntary servitude and human trafficking related to mind control services. (Claims 6)

(ii.)    GES and Goode are receiving money in connection with Montalbano's stolen Copyrighted materials and Trade Secrets. (Claims 7, 8, and 9)

**B.    WILCOCK FOUNDATION / David Wilcock  (¶5,  ¶¶28-29)**

(i.)    Upon information and belief David Wilcock and his wife Elizabeth Wilcock founded the WILCOCK FOUNDATION to launder The Enterprises money without paying taxes.

(ii.)    Upon information and belief the money laundered through the WILCOCK FOUNDATION is concealed from the public and the Wilcocks intentionally hide where the money received is actually coming from and going to.

(iii.)    Upon information and belief the WILCOCK FOUNDATION and David Wilcock are receiving money in connection with involuntary servitude and human trafficking related to mind control services. (Claims 6)

(iv.)    Upon information and belief the WILCOCK FOUNDATION and David Wilcock are  receiving money in connection with Montalbano's stolen Copyrighted materials and Trade Secrets and from the Peterson donation scam Montalbano donated to. **[#121-2 at p15-24]** (Claims 1, 2, 3, 5, 7, 8, and 9)

**C.    LIGHT WARRIOR LEGAL FUND, LLC /James Corey Goode (¶2, ¶4,  ¶¶24-27)**

(i.)    Upon information and belief LIGHT WARRIOR LEGAL FUND is receiving money in connection with involuntary servitude and human trafficking related to mind control services. (Claims 6)

(ii.) LIGHT WARRIOR LEGAL FUND and Goode are receiving money based on Goode and his associates' fraudulent misrepresentations and extortion activities being performed against Montalbano. (See all 20 Claims)

**D. YANAROS LAW, P.C. / Valerie Yanaros (¶7, ¶35)**

(i.) Upon Information and belief YANAROS LAW and Yanaros are receives money from LIGHT WARRIOR LEGAL FUND and Goode for its services to The Enterprise of extorting Montalbano and witnesses against Goode and Wilcock. (Claims 12, 13, 14, 15, and 16)

**E. LL LEGAL, PLLC / Elizabeth Lorie (¶8, ¶36)**

(i.) Upon Information and belief LL LEGAL, PLLC, and Elizabeth Lorie are receiving money from LIGHT WARRIOR LEGAL FUND, Goode, and Wilcock, for its services to The Enterprise and extorting Montalbano's witnesses. (Claims 12, 13, 14, 15, and 16) [#121-1]

(ii.) Upon Information and belief LL LEGAL, PLLC, and Elizabeth Lorie are receiving money from the WILCOCK FOUNDATION and the Wilcocks for her services to The Enterprise and extorting Montalbano's witnesses. (Claims 12, 13, 14, 15, and 16) [#121-1]

**F. UNKNOWN CORPORATE FICTIONS AND SUBSIDIARIES / John and Jane Does (¶¶14-15)**

(i.)     Upon information and belief unknown Corporate Fictions, Subsidiaries, and John and Jane Does, are receiving money in connection with involuntary servitude and human trafficking by The Enterprise. (Claims 6)

(ii.)    Upon information and belief unknown Corporate Fictions, Subsidiaries, and John and Jane Does, are receiving money in connection with Montalbano's stolen Copyrighted materials and Trade Secrets. (Claims 7, 8, and 9)

(iii.)   Upon information and belief some of these unknown fictions are Hollywood (film) corporate entities, publishing companies, and John and Jane Does receiving money in connection with Montalbano's stolen Copyrighted materials and Trade Secrets. (Claims 7, 8, and 9)

(iv.)    Upon information and belief some of these unknown fictions are CIA, government, or black operation corporate entities and John and Jane Does receiving money in connection with Montalbano's stolen Copyrighted materials and Trade Secrets. (Claims 7, 8, and 9)

**G.     MESA COUNTY JUSTICE CENTER / Brian James Flynn (¶9,  ¶30)**

(i.)     The Mesa County Justice Center unlawfully received money from Montalbano through case 18CV50.  Montalbano paid to have her case heard in accordance with Due Process of Law and by a jury and instead was given a prejudice and Color of Official Right (extortion) Judge, Brian James Flynn, who knowingly committed acts of ongoing perjury in the Mesa County Courthouse denying

Constitutional Rights (treason) on the court record to be a minister of his own prejudice. [95] (Claim 13)

(ii.) Mesa County Justice Center, via Brian James Flynn, also imposed extortion fines of $116,600 against Montalbano on behalf of The Enterprise under color of official right; to bring more laundered money to The Enterprise via abuse of the Mesa County justice system. (Claim 13, 14, 15, and 16)

## H. COLORADO COURT OF APPEALS / Mathew Grove, Christina Gomez, Diana Terry (¶¶11-13, ¶¶32-34)

(i.) The Colorado Court of Appeals, unlawfully took money from Montalbano when Grove, Gomez, and Terry, rejected a timely filed appeal, costing Montalbano hundreds of dollars and over a hundred thousand dollars when viewed in conjunction with Flynn's extortion orders that they refused to lawfully correct. (Claims 13, 14, and 16)

(ii.) The Colorado Court of Appeals unlawfully received money from Montalbano via case 2020CA1775, as Montalbano paid to have case 18CV50 and Flynn's civil rights violations reviewed in accordance with Due Process of Law and instead was given three more Color of Official Right (extortion) Judges unlawfully assigned to her case, named Grove, Gomez, and Terry.

---

[95] *386 U.S. 547 PERSON ET AL. v RAY ET AL.* When a judge acts intentionally and knowingly to deprive a person of his constitutional rights he exercise no discretion or individual judgment; he acts no longer as a judge, but as a "minister" of his own prejudices. [386 U.S. 547, 568]. https://www.law.cornell.edu/supremecourt/text/386/547

(Claims 13, 14, and 16)

779. The Pete Peterson "Go Fund Me" fund raiser promoted by Wilcock, Goode, and The Enterprise, and that Montalbano donated to, was a money laundering scheme. (¶310 I; ¶311; ¶512 C  Claims 1, 2, 3, 9, 12, and 20;  and [#121-2])

780. The Emery Smith fund raiser promoted by Wilcock, Goode, and The Enterprise; that (mis)used Montalbano's IP to create a fake news story, was a money laundering scheme.
(¶322 E, and ¶520;  Claims 2 and  9)

781. Goode and Wilcock's Blue Avian, alien, whistleblowers, and secret insider intel claims are fake news money laundering schemes. (Claims 1, 2, 3, 4, 5, 7, 8,  9, 10, 20)

782. Mr. Goode and Mrs. Goode's dental donation request was a money laundering scheme, based on the premise they couldn't 'afford' dental care on their own and that Montalbano donated to. [#121-2 at p10]

783.        Goode and Wilcock's requests for donations to fight the "Dark Alliance" are money laundering schemes.  (Claim 10 and; [#121-2] Light Warrior Legal Fund; [#121-5,  #121-7,  and 121-21])

784. ~~Goode and Wilcock's 'ascension' and related 'spiritual' teachings and classes are money laundering schemes that profiteer off of public disasters and public panic to include profiteering off of the COVID pandemic.~~ [#121-7 at p10]

785. ~~The aforementioned companies and individuals knew the monetary instruments and financial transactions they transacted were unlawfully obtained and they used the proceeds of the monies received to continue to promote their specified unlawful activity to increase and more aggressively promote and grow their public frauds and schemes to obtain even more illicit money via broadcast and published mediums.~~

## **<u>DAMAGES</u>**

786. ~~Based upon the facts of all Twenty Claims stated herein, Montalbano believes she is entitled to recover damages from The Enterprise for the foregoing act of~~ Money Laundering ~~from the specified unlawful activities of not more than $500,000 or twice the value of the property involved in the transactions, whichever is greater, (18 USC 1956(a)(1)(B) and any other relief the Court deems just.~~

787. ~~For damage from The Enterprises' specified unlawful activities and property involved See Claims:  1 RICO;  2, 3 ,4, 5, and 6 relating to Fraud; 7 and 8 Trade Secrets;          9 Copyrights; 10 defamation per se,  12 Civil Conspiracy, 13 Deprivation of Rights;        14 Abuse of Process; 15 Malicious Prosecutions;16 Extortion; and 20 Unjust Enrichment.~~

## COUNT 12
(12)  CIVIL CONSPIRACY
~~42 USC 1985 Conspiracy to interfere with civil rights; and~~ Common Law ~~Civil Conspiracy~~
Goode, GES, LWLF, Yanaros, Wilcock, WILOCK FOUNDATION
~~(The Enterprise, Public Servants)~~

788. ~~Montalbano incorporates the General Allegations in ¶¶1–281 by reference.~~

789. Montalbano incorporates by reference the RICO Claim

790. ~~The Following individuals: Goode, Wilcock, and Public Servants: Yanaros, Lorie, Flynn, Campbell, Grove, Gomez, and Terry conspired with The Enterprise to impede, hinder, obstruct, and~~ For all the reasons stated in the RICO claim at ¶¶412-415 showing the meeting of the minds to conspire to defraud - James Corey Goode, GOODE ENTERPRISE SOLUTIONS INC, LIGHT WARRIOR LEGAL FUND LLC, WILCOCK FOUNDATION, David Wilcock, ~~defeat the due course of justice (due process of law) and~~ conspired together ~~to repeatedly deny Montalbano equal protection of the laws, while extorting Montalbano. The Enterprise conspired with many individuals~~ to accomplish their unlawful objectives of converting Montalbano's private ~~property~~ (Intellectual Property~~), money, and Trade Secret~~ materials for use as their own and to profiteer off the general public and Montalbano (Unjust Enrichment) with derivative works (Fraud, Copyrights, Trade Secrets) and defamation SLAPP lawsuit schemes against Montalbano (defamation, Abuse of Process, Malicious Prosecution) to ~~and to take away Montalbano's Constitutional Civil Rights under Color of Law, Color of Office, and Color of Official Right,~~ and caused willful ~~deprivation~~ and malicious injury to Montalbano.

791. ~~Montalbano incorporates by reference all~~ 20 Claims ~~as evidence of The Enterprise working with others to cause deprivation and injury to Montalbano.~~

792. ~~The Enterprise and Public Servants, performed extortion, harassment, and defamation against Montalbano to maintain Goode and Wilcock's public frauds and money laundering schemes and to maintain their unlawful and continued unauthorized use of Montalbano's private Intellectual Property, donated monies, and exceedingly rare Trade Secret research. (2017 to Current)~~ (Claims 7-11, and 13-20)

793. These people and entities were in mutual agreement over the course of action and they intentionally and unlawfully acted together to promote Goode and Wilcock's public frauds and caused damages to Montalbano.

794. ~~Mr. Goode works closely with Mr. David Wilcock to disseminate their fraudulent public narratives to millions of people globally and that are broadcast to Mesa County.~~ ([ECF #121, Exhibits 2, 4, 5, 7, 21]; and Claims 1, 2, 3, 4 and 5)

795. ~~Goode works with Texas based attorney, Ms. Yanaros, as part of his Civil Conspiracy to maintain his public frauds and schemes through Abuse of Process and Malicious Prosecutions, also known as Color of Law, Color of Office, and Color of Official Right.~~ (Claims 13, 14, 15, and 16)

796. Goode and Wilcock work with Florida base attorney, Ms. Elizabeth (Liz) Lorie, as part of their Civil Conspiracy to maintain their public frauds and schemes through Abuse of Process and extortion also known as Color of Law, Color of Office and Color of Official Right.

([#121-1]; and Claims 13, 14, 15, and 16)

797. Goode conspired with Yanaros, Lorie, Flynn, Campbell, Grove, Gomez, and Terry, as part of their civil conspiracy to interfere with civil rights to prevent Montalbano from exposing Goode Wilcock and The Enterprise's public frauds and schemes through deprivation of rights, also known as Color of Law, Color of Office and Color of Official Right.

(Claims  13, 14, 15, and 16)

798. During 2017 Mr. Goode, worked with his Associates (believed to be employed by The Enterprise), to romantic organize cyberstalking Montalbano and used public 'synchronistic' methods to covertly communicate with Montalbano, notably via internet posts and video uploads. ([#121-18] PLAC)

799. Goode and Wilcock worked with Mr. Pete Peterson, (since diseased) to disseminate Montalbano's information on Cosmic Disclosure show (¶512 C) and later Goode, Wilcock, and their associates promoted the Pete Peterson Go Fund Me (scam) on August 19, 2017 and that Montalbano donated to. [#121-2 at p14-24]

800. Goode worked/works with World-Renowned Remote Viewing and Influencing Expert, Mr. Gerald O'Donnell to intelligence gather from Montalbano January 1, 2018. Mr. O'Donnell had Montalbano call him to discuss her Artificial Intelligence based Dream Visions.

801. Goode worked with Mr. Roger Richards, February 2, 2018. Richards defamed Montalbano as a 'security risk' on the phone call and denied her attendance at Goode's then coming event with Joan Ocean Company in Hawaii based on that false representation.

802. Goode worked with associate Mr. Chuck Raymond to defame Montalbano via a Facebook hate campaign.[96] Prior this hate campaign, Mr. Raymond was considered a friend-acquaintance of Ms. Montalbano's and there had been no arguments. [#121-21 at p6-7]

---

[96] Id at 60. Mesa exhibit AP.

803. Goode had associate Aaron Moriarity monitor and surveil Montalbano and her Facebook posts. Montalbano was not aware of Mr. Moriarity's direct association with Goode until Goode retweeted a tweet, February 2020, about Mr. Moriarity being associated with him to "spread the truth." [97]

804. Goode overtly worked with multiple internet associates of his on Twitter to harass and defame Montalbano to thousands of third parties and forward his fraudulent misrepresentations. [98] [#121-21 at p9-12]

805. Goode and Wilcock worked with The Edge of Wonder channel YouTube hosts, Ben Chasteen and Rob Counts, to defame and spread hate speech about Montalbano to hundreds of thousands of people and to spread their false 'alien' and 'dark alliance' narratives along with fake news. [#121-21 at p7]

806. Goode worked with the Public Servants to harass and defame Montalbano via multiple court records with knowingly fraudulent filings, papers, orders, and statements. (Claims 13, 14, 15, and 16)

807. Upon information and belief, Goode and Wilcock work with one or more **John or Jane Does, for the Central Intelligence Agency (CIA)** or similar Intelligence interests (such as the DOD, DARPA, USAF, Military), that assist in orchestrating their public frauds.

---

[97] Filed as Exhibit CK Mesa Court Record March 19, 2020 – CG associate Aaron Moriarity
[98] Filed as Exhibit AY Mesa Court Record September 9, 2019 and Exhibit AZ September 9, 2019 – Twitter defamation

808. ~~Upon information and belief, Goode and Wilcock work with one or more John or Jane Does for the United States Army or similar Intelligence interests, and in particular but not limited to, the Scientific Services Program (SSP) where neuroscience is heavily researched, and that they assist in orchestrating their public frauds.~~

809. Goode <u>GES, LWLF, Wilcock, WILCOCK FOUNDATION, and Yanaros</u> ~~and his associates, The Enterprise, and Public Servants, were and~~ are in agreement to harm, harass, alarm, and destroy Montalbano's <u>competing dream teaching</u> business and personal reputation <u>so Goode and Wilcock's fraud alien stories and fraud dream psychic businesses and reputations will thrive</u>.

810. ~~The Enterprise has directly assisted Goode in spreading his fraudulent narratives and fake news through the production, promotion, and broadcast of Cosmic Disclosure at GAIA and related broadcast and published 'news' outlets.~~

811. The Public Servants have directly assisted Goode and Wilcock in spreading their fraudulent narratives through their willful and malicious failure to perform their judicial duties and provide equality of justice in case 18CV50 / 2020CA1775.

812. These people are assisting Goode and Wilcock in order to help them and The Enterprise maintain their public frauds, theft, and unlawful use of Montalbano's private Property and have taken overt actions to achieve their unlawful goals.

813. These people have all violated, denied, and impeded the following Constitutionally secured rights of Montalbano's: Colorado Constitution, Bill of Rights, Sections: 1 (vestment of political power – in the people for their good), 2 (sovereign), 3 (inalienable rights), 6 (equality of justice), 7 (security of person and property), 9 (treason), 10 (freedom of speech and press ), 14 (taking private property for private use), 15 (taking property for public use), 16 (criminal prosecutions), 16a (rights of crime victims), 23 (trial by jury), 24 (right to petition), and 25 (due process of law), 28 (rights reserved not disparaged) ; and Constitution of the United Stated of America, Bill of Rights, Article I (freedom of speech and press),), IV (security of person), V (due process of law), VI (speedy trial by jury), VII (trial by jury in civil actions), VIII (excessive fines), IX (reserved rights), X (powers), XIV (due process of law)

814. ~~Mr. Goode, Mr. Wilcock, The Enterprise, and their network of complicit associates have been (mis)using and disseminating Montalbano's Trade Secret research and Intellectual Property materials as their own since 2017 and for their own public acclaim, frauds, donation schemes, production of 'fake news,' tracking actual news, and for illicit and unethical profiteering and to the continued detriment of Montalbano.~~ (Claims 7, 8, 9)

815. Ms. Montalbano has suffered severe personal and professional damages to her reputation and business <u>since 2017,</u>, due to Goode, <u>GES, LWLF,</u> Wilcock, <u>and Yanaros'</u> ~~their associates, Public Servants, and The Enterprise's,~~ frauds, ~~extortion,~~ harassment, and defamation activities ~~for over three (3) years.~~

## <u>DAMAGES</u>

816. Based upon the facts <u>cited herein</u> ~~of all Twenty Claims,~~ Montalbano believes she is entitled to injunctive relief and to recover damages jointly and severally for the foregoing act of Civil Conspiracy premised on the underlying civil claims of: ~~Claim 1 RICO and its sub-claims~~ 4, 5, 6, 7, 8, 11, and 16; and 2 Fraud, ~~3 violation of the CCPA, 9~~ Copyrights, ~~10~~ Defamation, ~~13 civil rights violations, 14~~ abuse of process, ~~15~~ malicious prosecutions, ~~17 privacy rights, 18 IIED, 19 Negligent Infliction Emotional Distress,~~ <u>Negligence</u> and ~~20~~ Unjust Enrichment; to include attorney/legal fees, actual damages, and punitive damages, along with preventive Injunctive Relief for willful and malicious harassment and extortion by a group of complicit people that caused deprivation and injury to Montalbano, and any other relief the Court deems just.

## (13)  CIVIL ACT FOR DEPRIVATION OF RIGHTS 42 USC 1983 (Public Servants)

817. Montalbano incorporates the General Allegations in ¶¶1-281 by reference.

818. Goode and Ms. Valerie Yanaros (Goode's legal counsel based in Texas) worked with the following public servants: Brian James Flynn (chief Judge Mesa County), Elizabeth Lorie (Goode and Wilcock's alleged legal counsel based in Florida), Grove, Gomez and Terry (Colorado Court of Appeals Judges), and William Campbell (Colorado Judicial Commission), hereafter "Public Servants", to implement its Civil Rights Violations against Montalbano.  (June 2018 to current)

819. Montalbano incorporates by reference Claims 12, 14, 15, and 16 as evidence of acts to deprive Montalbano of her Constitutional civil rights.

820. Goode worked with the Public Servants to deprive Montalbano, of her Constitutional Civil Rights under color of statute, color of law, color of office, and color of official right (extortion). The Enterprise and the Public Servants worked together to conceal and promote civil-criminal acts rather than prevent them pursuant their Oath of Office, Court Rules, and their judicial and/or public servant duties. The Enterprise and Public Servants caused severe and ongoing personal, professional, and financial damages to Montalbano through them all knowingly and maliciously denying Montalbano's Constitutional Civil Rights via Courts of alleged law and abuse of the legal system and consistently maliciously took away Montalbano's inalienable right to Due Process of Law and equality of justice.

## FLYNN DUE PROCESS VIOLATIONS – CASE DISMISSAL  JANUARY 29, 2020 –  CASE 18CV50

821. Flynn dismissed case 18CV50 under Color of Law, Color of Office, and Color of Official Right (extortion), January 29, 2020 (dismissal orders) ([#121-24] Flynn Orders)  and issued a bias and prejudiced 'final Judgment' against Montalbano August 5, 2020, and final disposition of the case 'Order' September 15, 2020.

822. Flynn knowingly denied Montalbano her Constitutional Civil Rights on two separate occasions on the Mesa District Civil State Court record, case 18CV50, and Flynn became a Trespasser of the Law and lost jurisdiction [99]:

   a.      In May 14, 2019 Orders, Flynn Denied Ms. Montalbano's "Motion to Claim and Exercise Constitutional Rights and Require the Presiding Judge to Rule Upon the Motion and All Public Officers of this Court to Uphold Said Rights" filed July 18, 2018.

   b.      In August 5, 2020 Orders, Mr. Flynn Denied Ms. Montalbano's "Second Motion to Claim and Exercise Constitutional Rights and Require the Presiding Judge to Rule Upon this Motion" filed February 12, 2020. [#121-24]

823. It is not a judicial function to deny a litigant their Constitutional Civil Rights on the Court Record. Flynn was thereby stripped of any perceived immunity and is personally liable for the consequences of his conduct and for operating under color of law. [100]

---

[99] *Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974)*
Note: By law, a judge is a state officer. The judge then acts not as a judge, but as a private individual (in his person). When a judge acts as a trespasser of the law, when a judge does not follow the law, the Judge loses subject-matter jurisdiction and the judges' orders are not voidable, but VOID, and of no legal force or effect.
The U.S. Supreme Court stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States." https://www.law.cornell.edu/supremecourt/text/386/547
[100] Id at 72. *Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974)*

824. Flynn vacated his Office of public trust through knowingly and willingly violating his Oath of Office during case 18CV50, in the Mesa District Civil Court, and thereby all Flynn's Orders in case 18CV50 are null and Void and open to collateral attack [101] in this instant case. [102]

825. Flynn overtly lost jurisdiction of Case 18CV50, May 14, 2019, when he denied Montalbano her Constitutional Rights and rendered all his 'orders' in case 18CV50 VOID for knowing and willful failure to follow Due Process of Law and provide equality of justice. [103]

---

[101] McLean v. Jephson, 123 N.Y. 142, 25 N.E. 409. "* * * So when their right to act depends upon the existence of some fact, which they erroneously determine to exist, their acts are void. * * *" Without jurisdiction, the acts or judgments of the court are void and open to collateral attack.

[102] Constitution of the United States of America, Bill of Rights, Article XIV sections 3 and 4; and Colorado Constitution Article II, Section 9 (Oath) and Article XII, Section 10 (vacancy)

[103] *Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828).* Under Federal Law, which is applicable to all states, the U.S. Supreme Court stated that "if a court is without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void, and form no bar to a recover sought, even prior to a reversal in opposition to them. They constitute no justification and all persons concerned in executing such judgments or sentences are considered, in law, as trespassers." https://supreme.justia.com/cases/federal/us/26/328/

826. Flynn issued orders knowingly repugnant to the Constitution on multiple occasions and rendered all his orders in case 18CV50 VOID. [104] ([#121-24] August 5, 2020 'orders' denying Montalbano her Constitutional rights)

827. Yanaros and Lorie, (attorneys) did nothing to stop or report Flynn's civil rights violations and are trespassers in law with Flynn. [105]

828. Campbell, employee at the Judicial Commission, knew Flynn was failing to perform his judicial duties (2019 – 2020) and that Flynn repeatedly violated Montalbano's civil rights. Campbell refused to perform his duty to remove or discipline Flynn and is a trespasser in law. [106]

829. Flynn's May 14, 2019 and August 5, 2020 orders were clearly rendered in violation of due process of law and thereby are void. [107]

---

[104] *Marbury v. Madison, 1 Cranch 137 (1803).* ". . .the particular phraseology of the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is void, and that courts, as well as other departments, are bound by that instrument." https://supreme.justia.com/cases/federal/us/5/137/

[105] Id at 76. *Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828).*

[106] Id at 76. *Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828).*

[107] *Pennoyer v. Neff, 95 U.S. 714.* " A judgment rendered in violation of due process is void." https://supreme.justia.com/cases/federal/us/95/714/ (emphasis added)

830. Flynn issued orders repugnant to Constitution and then denied he was prejudice and refused to recuse himself pursuant the Colorado Code of Judicial Conduct when asked by Montalbano via "Motion to Recuse Pursuant CRCP 97" filed February 12, 2020 and Flynn further violated Due Process of Law and Montalbano's inalienable Right to Equality of Justice.[108] [#121-24]

831. Flynn overtly, maliciously, and knowingly acted to deprive Montalbano of her Constitutional Civil Rights since May 14, 2019, and acted as a 'minister' of his own prejudice in case 18CV50 and was no longer a judge.[109]

832. Flynn's main 'reasons' for Dismissal January 29, 2020 (without ever having a trial by jury) were as follows: [#121-24]

   1. Dream Visions are not tangible or intangible.

   2. Montalbano showed no print or broadcast defamation.

   3. Montalbano's case and claims were baseless/frivolous.

---

[108] Under the Colorado Code of Judicial Conduct Rule 2.11, Disqualification, to wit:

" (A) A judge shall disqualify himself or herself in any proceeding in which the judge's impartiality* might reasonably be questioned, including but not limited to the following circumstances:

(1) The judge has a personal bias or prejudice concerning a party or a party's lawyer…

Upon reasonable inference of a "bent of mind" that will prevent judge from dealing fairly with party seeking recusal, it is incumbent on trial judge to recuse himself. Wright v. District Court, 731 P.2d 661 (Colo. 1987). https://law.justia.com/cases/colorado/supreme-court/1987/86sa364-0.html

[109] Id. at 65.  386 U.S. 547 PERSON ET AL. v RAY ET AL.

4. Montalbano prolonged litigation and is to pay attorney fees to the opposing party.

## ERROR 1 - FLYNN DENIED INTELLECTUAL PROPERTY IS TANGIBLE AND INTANGIBLE

833. Flynn prejudicially ignored and denied the fact that Montalbano's Intellectual Property is tangible and intangible personal property according to Copyright Laws because it is referred to as "Dream Visions." Flynn violated Due Process of Law and did not give equal protection of rights to Montalbano. [110]

834. Flynn also prejudicially denied that approximately 400 emails with PDF files are tangible and fixed formats because the records were referred to as "Dream Visions." Flynn violated Montalbano's Constitutional Civil Rights and right to equality of justice.

## ERROR 2 - FLYNN DENIED THAT STALKING IS A CRIMINAL ACT, THAT THE INTERNET IS PUBLISHED AND BROADCAST MEDIUMS and DEFMATION PER SE IS BEING MALCIOUSLY LABELLED A CRIMINAL TO A THIRD PARTY

835. Flynn ignored the fact that stalking is a criminal claim in the state of Colorado and that there is no civil tort.

---

[110] *Duncan v. Missouri, 152 U.S. 377, 382 (1894).* "Due process of law and the equal protection of the laws are secured if the laws operate on all alike, and do not subject the individual to an arbitrary exercise of the powers of government." https://supreme.justia.com/cases/federal/us/152/377/

836. Flynn ignored that defamation per se is a 'plaintiff' being falsely, maliciously, and knowingly accused of a criminal act by a 'defendant' to a third party by any means available and is not limited to only published or broadcast mediums.

837. Flynn lied in his January 29, 2020 orders that no defamation had been shown by Montalbano and he violated Montalbano's Civil Right to Due Process of Law and equality of justice. [#121-24]

838. It is not a judicial function for a Judge to lie in court orders.

839. Flynn knew about the malicious defamation per se being performed by Goode and his associates against Montalbano to hundreds of thousands (and potentially millions) of third-parties, in both published and broadcast mediums, as it was filed on the Mesa District Civil Court Record on the following dates as the following exhibits: ([#121-21] defamation samples)

(i.)      Exhibits AM, AO, AP; filed March 25, 2019;
(ii.)     Exhibits AR, AS, AT, AU, AV, AW, AX, AY; filed August 2, 2019
(iii.)    Exhibit AZ filed September 9, 2019;
(iv.)     And Exhibits CL, CN, CO, and CR filed July 20, 2020 Amended and Supplemental Complaint, that Flynn unlawfully denied.

840. Flynn knew about the three malicious and baseless stalking cases filed or attempted to be filed by Goode and Yanaros (2018-2020) against Montalbano, and that they repeatedly lost their vexatious cases even with fabricated evidence, as Flynn was noticed multiple time on the Mesa District Civil Court Record with repeat requests by Montalbano for Injunctive Relief. Flynn did nothing and instead continued to maliciously violate Montalbano's civil rights.

841. Flynn ignored the fact that Goode knowingly, repeatedly, and maliciously defamed Montalbano as a criminal stalker to hundreds of thousands of third parties, as it was performed after Goode and Yanaros repeatedly lost their (3) baseless stalking claims in the Broomfield Combined Courts and Flynn did nothing to stop the acts.

842. Flynn knowingly denied Montalbano her Constitutional right to give defamation evidence to the jury to determine the truth of the matter. The Colorado State Constitution specifically protects this Right for matters of libel in Article II, Section 10 (sic)

"Section 10. *Freedom of speech and press.* No law shall be passed impairing the freedom of speech; every person shall be free to speak, write or publish whatever he will on any subject, being responsible for all abuse of that liberty; and **in all suits and prosecutions for libel that truth thereof may be given in evidence, and the jury,** under the direction of the court, shall determine the law and the fact." (emphasis added)

843. Flynn knowingly deprived Montalbano of equal protection of the law, discriminated against Montalbano, and ruled in favor of another party completely arbitrary to the law and violated Montalbano's Constitutional Civil Rights. [111]

## ERROR 3 - FLYNN IGNORED CIA RECORDS, A.I. TECHNOLOGY, AND PATENTS SHOWING A PLAUSIBLE CLAIM UPON WHICH RELIEF COULD BE GRANTED

844. Flynn ignored all exhibits filed by Montalbano in case 18CV50 in full support of her unusual case and claims filed as Exhibits: A thru Z, AA thru AZ, BA thru BZ, CA thru CV, and miscellaneous non-alphabet labelled exhibits. [112]

---

[111] *Giozza v. Tiernman, 148 U.S. 657, 662 (1893),* Citations Omitted. "Undoubtedly it (the Fourteenth Amendment) forbids any arbitrary deprivation of life, liberty, or property, and secures equal protection to all under like circumstances in the enjoyment of their rights. . . It is enough that there is not discrimination in favor of one as against another of the same class. . . . And due process of law within the meaning of the [Fifth and Fourteenth] amendment is secured if the laws operate on all alike, and do not subject the individual to an arbitrary exercise of the powers of government. Leeper v. Texas, 139 U. S. 462." https://supreme.justia.com/cases/federal/us/148/657/

[112] *Bonner v. Circuit Court of St. Louis, 526 F.2d 1331, 1334 (8ᵗʰ Cir. 1975)* "(A) complaint should not be dismissed merely because a plaintiff's allegations do not support the particular legal theory he advances, for the court is under a duty to examine the complaint to determine if the allegations provide for relief on any possible theory." (quoting Bramlet v. Wilson, 495 F.2d 714, 716 (8ᵗʰ Cir. 1974). Thus, if the court were to entertain any motion to dismiss this court would have to apply the standards of *White v. Bloom.* https://case-law.vlex.com/vid/526-f-2d-1331-595984874

*621 F2d 276 White v. Bloom.* "A court faced with a motion to dismiss a pro se complaint alleging violations of civil rights must read the complaint's allegations expansively, Haines v. Kerner, **404 U.S. 519**, 520-21, 92 S.Ct. 594, 596, 30 L.Ed.2d 652 (1972), and take them as true for purposes of deciding whether they state a claim. Cruz v. Beto, **405 U.S. 319**, 322, 92 S.Ct. 1079, 1081, 31 L.Ed.2d 263 (1972). Moreover, "the court is under a duty to examine the complaint to determine if the allegations provide for relief on any possible theory." Bonner v. Circuit Court of St. Louis, 526 F.2d 1331, 1334 (8th Cir. 1975) (quoting Bramlet v. Wilson, **495 F.2d 714**, 716 (8th Cir. 1974)). https://openjurist.org/621/f2d/276/white-v-bloom

845. Flynn knowingly denied the following plausible causes of action and plausible claims and injunctive relief requested in multiple amended complaints and hearing requests since November 13, 2018:  Fraudulent Misrepresentation (Fraud); Trade Secret Misappropriation C.R.S. § 7-74-101 Et Seq. (CUTSA); Violation of the Colorado Consumer Protection Act (CCPA) C.R.S. §6-1-101, Et Seq.  C.R.C.P. Rule 9(B);  Civil Conspiracy;  Abuse Of Process; Malicious Prosecutions, Defamation CRS 13-80-103; Intentional Intrusion on Privacy Rights—DISCLOSURE; Intentional Infliction of Emotional Distress CRS 7-74-104(2);  and Unjust Enrichment CRS 7-74-104  See Lewis v. Lewis, 189 P.3d 1134 (Colo 2008).

846. Flynn ignored CIA MKULTRA records, patents, and  neuroscience research showing how the CIA uses frequencies and A.I. technology to remote influence Targeted Individuals (like Montalbano) via dream states (remote neural broadcasts) and ignored that Montalbano provided plausible theories upon which relief could be granted and showed specifically how Goode was and is directly involved.

847. Flynn ignored public records, self-authenticating records, and Court Rules regarding evidence all during case 18CV50, to include but not limited to:

a.        Mesa CLERK AND RECORDER reception #2843230 filed June 7, 2018

b.        Broomfield Combined Court Records proving perjury and malicious intent by opposing party.

c.      ~~Texas Court records showing a lifelong stalking protection order against Goode and that Goode lied on the Broomfield court record through knowingly denying he had a stalking protection order of his own, while he fraudulently obtained one against Montalbano.~~

d.      ~~Denver Federal Court showing perjury and fraudulent document filings and abuse of process by opposing party.~~

e.      ~~Copyright records showing Montalbano's "Dream Visions' are legally tangible and intangible Intellectual Property.~~

848. ~~Flynn ignored multiple Witnesses and an Expert CIA MKULTRA Witness/experiencer.~~

849. ~~Flynn ignored that Ms. Elizabeth Lorie (opposing party, Goode's, Florida based counsel) harassed and extorted a witness (Ms. Ferrante) and provided a fake law firm address for legal communications while doing so. [#121-1]~~

850. ~~Flynn did not require the opposing party, to follow due process of law at any time  and notably did not require the following:~~

a.      ~~Follow Court Rules and due process of law~~

b.      ~~Follow Colorado Rules of Professional Conduct~~

c.      ~~Confer on Motions~~

d.      ~~Enter out of state counsel(s) Pro Hac Vice~~

e.      ~~Tell the truth in filed papers~~

851. Flynn repeatedly refused to let Montalbano lawfully amend the Complaint since November 13, 2018 to conform it to the vast amounts of evidence on the Record and severely violated Montalbano's Civil Rights.

852. It is not a judicial function to deny and ignore public records, facts, law, and evidence in a case to prejudicially rule in favor of one party to the detriment of another.

## ERROR 4 – FLYNN DELAYED CASE 18CV50 – OBSTRUCTION OF JUSTICE

853. Flynn knowingly prolonged and delayed case 18CV50 through his repeat and ongoing pattern of ignoring the Complaint(s), amended complaints, jury requests, and all papers file by Montalbano's in full support of her claims.

854. Flynn denied Montalbano's ongoing requests for Injunctive Relief, Discovery, and/or Hearings seen through him willfully ignoring and/or denying the following six (6) Motions for a Hearing or Trial by Jury:

  a.   Motion to Set Scheduling Hearing filed December 11, 2018 – denied

  b.   Motion to Set Hearing for Motion to Amend Complaint filed November 1, 2019 – denied

  c.   Complaint and Jury Demand filed February 27, 2019 – denied

  d.   Motion for Citizens Demand of Trial By Jury filed February 12, 2020 – denied

  e.   Second Motion to Set Hearing For Motion to Amend Complaint and Preliminary Injunction January 3, 2020 – denied

f.      ~~Statement of Jury Demand for the November 13, 2018 Amended Complaint and statement filed June 10, 2019     denied   through unconstitutional dismissal of this instant case completely devoid of Due Process of law, and thereby Void January 29, 2020 'orders.'~~

855. ~~**Brian James Flynn, knowingly denied Montalbano her constitutionally secured right to a trial by jury.**~~  ~~**(Colorado Constitution, Article II, Sections: 3, 6, 10, 25; and Constitution of the United States of America, Bill of Rights, Articles, V, VII)**~~

856. ~~**Flynn repeatedly issued unconstitutional orders in violations of due process of law and made knowing jurisdictional errors and thereby his orders are void and open to collateral attack in this instant case.**~~[113]

857. ~~**Because Flynn knowingly violated his Oath of Office (perjury), Flynn was stripped of any judicial immunity pursuant '*Stripping Doctrine*' for acting in his personal capacity, under Color of Law, Color of Office, and Color of Official Right, all during case 18CV50 and not as a judge.**~~[114]

---

[113] ~~*McLean v. Jephson, 123 N.Y. 142, 25 N.E. 409.* "*Page 150 This proposition cannot be predicated of this case, either in fact or in law; some of the duties of assessors are judicial in their nature, and as to them while acting within the scope of their authority, they are protected from attack, collaterally, to the same extent as other judicial officers; but they are subordinate officers, possessing no authority, except such as is conferred upon them by statute, and it is a well-settled and salutary rule that such officers must see that they act within the authority committed to them. * * * So when their right to act depends upon the existence of some fact, which they erroneously determine to exist, their acts are void. * * *"~~ ~~https://www.courtlistener.com/opinion/3600537/mclean-v-jephson/~~ ~~Without jurisdiction, the acts or judgments of the court (officer) are void and open to collateral attack.~~

[114] ~~This is defined by law as the *Stripping Doctrine*.~~
~~In Ex Parte Young, 209 U.S. 123 (1908), the Supreme Court provided an important exception to the 11th Amendment sovereign immunity States enjoy: the Stripping Doctrine.~~
~~The Stripping Doctrine is a legal fiction which allows injunctive relief against what are essentially state actions. While the 11th Amendment immunizes States from actions by private parties, the Stripping Doctrine argues that when a state officer takes and unconstitutional action, he acts beyond the scope of his authority, as no State could have authorized him to act unconstitutionally. When acting outside such authority the officer was "stripped" of his official power and cannot invoke the State's immunity, although, he remains subject to the consequences of his official conduct.~~
~~The doctrine is a legal fiction because the officer, in acting unconstitutionally, was outside his official duties, but the citizen can now sue him for injunctive relief in his official capacity, no remedy could be provided for an otherwise unconstitutional action (as the State itself is immune from prosecutions).~~
~~https://supreme.justia.com/cases/federal/us/209/123/~~

## PUBLIC SERVANT CIVIL RIGHT VIOLATIONS

858. William Campbell, Colorado Judicial Commission employee and public servant, knowingly failed to remove Flynn from case 18CV50 for failure to faithfully perform his judicial duties or discipline him for civil rights violations when he (Judicial Commission) was repeatedly asked on three separate occasions by Montalbano. (2019-2020)

859. Mr. Campbell's job, in fact and law, is to remove prejudice judges who repeatedly and willfully fail to perform their judicial duties or incompetently perform their duties. Flynn did not faithfully perform his judicial duty and Campbell sought to conceal the violations and made up excuses as to why Flynn was not performing his job, aka. just too busy.

860. Mr. William Sightler, Chief Executive Mesa District Civil Court, was notified about Flynn's violations and asked to replace Flynn pursuant CRCP Rule 97 where it states the Court Administrator (now referred to as Court Executive) is to replace disqualified Judges. Sightler also supported Flynn's civil rights violations against Montalbano.

861. ~~Ms. <u>Yanaros</u> did nothing to stop or report Flynn's civil rights violations against Montalbano, and did nothing to stop her own civil rights violations, and instead unlawfully and maliciously capitalized on them for her client, Mr. Goode and violated her first duty to her Oath of Office, due process of law, and equal protection of the law.~~

862. ~~Ms. Lorie, overtly and unlawfully participating in case 18CV50 on behalf of Goode by extorting witnesses, and did nothing to stop her own or the civil rights violations of others and instead unlawfully and maliciously capitalized on them for herself and her client, Mr. Goode.~~

863. ~~Case 18CV50, that Flynn was presiding over, was appealed to the Colorado Court of Appeals, 2020CA1775, to have Flynn's civil rights violations looked at and corrected pursuant due process of law.~~

864. ~~Grove, Gomez and Terry, Colorado Court of Appeal 'Judges' were assigned to the case and they conspired together and refused Montalbano's timely appealed case and lied in their first dismissal 'with prejudice' orders the case was not timely appealed and completely ignored Montalbano filed a post-trial motion under Rule 59 that tolled the time for appeal.~~

865. Grove, Gomez, and Terry, vacated their Offices of public trust through violating their Oath of Office and Due Process of Law during case 2020CA1775 (case 18CV50) in the Colorado Court of Appeals, and thereby all of their Orders are null and Void and open to collateral attack in this instant case.[115]

866. Montalbano has been severely damaged personally, professionally, and financially due to the Public Servants willful failure to perform their duties. (2018, 2019, and 2020)

**DAMAGES**

867. Based upon the facts of all Twenty Claims stated herein, Montalbano believes she is entitled to injunctive relief and to recover damages for the foregoing act of Civil Act for Deprivation of Rights to include:

Injunctive Relief

a. Order and Judgment reversals (if applicable)

(i)   All judgments and orders in case 18CV50 and 20CA1775 be reversed and/or set aside for fraud on the Mesa District Civil Court and Colorado Court of Appeals by the Public Servants.

---

[115] Id. at 86. McLean v. Jephson, 123 N.Y. 142, 25 N.E. 409.

(ii) ~~Brian James Flynn's Orders and Judgments as entered devoid of due process of law in case 18CV50 are to be reversed, to notably include the judgment of $116,600 entered completely devoid of due process of law.~~

(iii) ~~All Colorado Court of Appeal dismissal 'with prejudice' orders and/or judgments entered by Gomez, Grove, and Terry devoid of due process of law are to be reversed and set aside for fraud on the Court.~~

**~~Compensatory Relief~~**

**~~c.~~** ~~Compensatory damages to include:~~

(i) ~~Special damages for the $116,600 fraudulent judgment and cost of all court filing fees, paper mailing expenses, and all other related costs and expenses for case 18CV50 and its appealed case 2020CA1775 be awarded to Montalbano.~~

(ii) ~~General damages such as cost for time for self-representation and related expenses for years of Montalbano's personal life and time being spent in legal research (April 2018 to current) and study specifically due to having to address these ongoing willful civil rights (due process) violations and deceptions performed by Flynn, Grove, Gomez, Terry, Campbell,~~ <u>~~Yanaros~~</u> ~~Wilde, and Lorie; and damages incurred for the related loss of time, business growth, and investments for the same.~~

**~~d.~~** ~~Pecuniary damages~~

**e.** ~~Attorney/legal fees, to include those incurred by Montalbano for enduring malicious prosecution cases outside of case 18CV50.~~ (Claims 14, 15, and 16)

**f.** ~~Punitive damages, for willful and malicious civil rights violations and any other relief the Court deems just.~~

### ~~RICO~~
### Prior Count 14

(14)  Abuse of Process
~~18 USC 1589(a)(3), (c) Forced Labor   abuse of process (threatened abuse of law of legal process and psychological, financial, and reputational harm)~~
(Goode ~~and~~ Yanaros, ~~GES, Public Servants~~)

**868.** ~~Montalbano incorporates the General Allegations in ¶¶1-281 by reference and in particular ¶¶211-279.~~

869. Goode and Yanaros, and Flynn, had ulterior motives in the use of Colorado Courts judicial proceedings that were not proper in the regular conduct of a lawsuit and that caused damages to Montalbano and the legal actions lacked reasonable factual basis or cognizable basis in law. These actions were malicious and designed solely for the purpose of inflicting psychological, financial, and reputational harm against Montalbano through their complicit and ongoing repeat abuse of the legal process and threats of abuse of the legal process to exert pressure on Montalbano to make her refrain from seeking legal remedy against Goode or to intentionally cause Montalbano to make mistakes in multiple courts as a pro se litigant under duress.

870. Montalbano incorporates by reference the General Allegation, ¶¶1-71 and in particular ¶¶56-71.

871. Montalbano incorporates by reference the Defamation Claim.

872. Montalbano incorporates by reference the Fraud Claim.

873. Montalbano incorporates by reference Claims 12, 13, 15, and 16 as evidence of exerting legal pressure on Montalbano via abuse of process.

**ABUSE OF PROCESS AND MALICIOUS PROSECUTIONS**

874. ~~'Judge' Brian James Flynn participated in abuse of process against Montalbano in case 18CV50, through his willful failure to follow due process of law, faithfully perform his judicial duties, honor his Oath of Office, provide equality of Justice, and uphold Constitutional Civil rights.~~

875. ~~Goode and Yanaros performed abuse of process through knowingly filing multiple baseless cases against Montalbano with no reasonable basis in fact or law.~~

## GOODE AND YANAROS ~~FAILED~~ BROOMFIELD STALKING CLAIM Mid-June 2018

876. Goode and <u>Yanaros</u> ~~Wilde,~~ attempted to file their first baseless stalking claim in the Broomfield Combined Courts about June 15, 2018 ~~to extort Montalbano for the~~ 2018 <u>rather than respond to or rebut the</u> presumptive PLAC mailings **[#295-1].** ~~that Goode failed to rebut or respond to.~~ The case was rejected due to failure to meet the requirements. (¶65)

877. <u>Goode and Yanaros knew, or reasonably should have known, since June 2018 they did not have a legitimate stalking claim against Montalbano.</u>

## GOODE AND YANAROS ~~FAILED~~ BROOMFIELD STALKING CASE 18C103 July 2018 – Aug 2018

878. July 17, 2018 Goode and Yanaros filed <u>stalking</u> case 18C103 with the Broomfield Combined Courts and <u>obtained a Temporary Stalking Protection Order (TRO) against Montalbano.</u> ~~in that case they did the following willful acts that are not proper in the regular conduct of a lawsuit:~~[116]

879. <u>In Goode's July 2018 Complaint [#26-1] he made materially false statements to open the case and obtain the TRO:</u>

A. Goode ~~perjured himself by~~ ~~checking the~~ <u>did not check the box [#26-1 at 2]</u>  in the verified complaint <u>to declare the lifelong stalking protection order issued against himself by his former employer</u>  ~~box he was unaware of his own lifelong stalking protection order with his former employer,~~ Darling International. (Darling v Goode, District Court Dallas County, DC-14-04807) [#26-5]

B. Goode claimed in his verified complaint that Montalbano called him all the time by telephone [#26-1 at 2] when she doesn't have his phone number.

C. <u>Goode claimed in the his verified complaint, the emails sent during 2016 - 2018 comprised stalking, and claimed under penalty of perjury he was threatened in them by Montalbano. [#26-1 at 2]</u>

---

[116] Filed as Exhibit Register of Actions and Exhibits A and B with 'Motion to Impose Sanctions' December 11, 2018 showing case 18C103 was dismissed in Montalbano's favor.

**D.** Goode also claimed he was being stalked, because Montalbano was serving him pre-litigation stop and desist noticed (April 2018-June 2018) [#295-1, PLAC] to resolve matters outside of court. [#26-1 at 2]

~~**E.** Goode and Yanaros knew they did not have a plausible stalking claim against Montalbano due to their failed case filing effort one month prior, June 2018.~~

880. Montalbano had a clean record, until Goode and Yanaros filed criminal case 18C103.

881. Goode and his Texas based counsel, Yanaros, ~~knowingly~~ failed to serve the summons on Montalbano for case 18C103.

882. Goode and Yanaros ~~knowingly~~ withheld the case until only the day prior the hearing, located 5 hours away, taking away Montalbano's right to being duly noticed and burdened Montalbano severely with little to no time to write a defense and no time to find or hire legal counsel.

**EMAILS (2016 – 2018)**

883. Yanaros emailed Montalbano, July 15, 2018, regarding Montalbano's emails sent to Goode 2016 – 2018, and stated, "No one has looked at your emails. You have been told this repeatedly by multiple parties" [#294-1 at 1]

Page **289** of **341**

884. Yanaros knew, or reasonably should have known, that Goode made a materially false statement in his complaint that he was 'threatened' in the emails from Montalbano, when she clearly knew he 'hadn't read' any of them.

885. Mr. Goode knew, in claiming to his attorney he never read Montalbano's emails, that his sworn complaint statement of being threatened by Montalbano in the emails, was false.

886. Mr. Goode and Ms. Yanaros, knew, or had reason to know, that emails Goode and Yanaros told Montalbano he never read (the equivalent of spam), did not constitute stalking or probable cause for opening a criminal stalking claim.

## POLICE AND ADMINISTRATIVE THREATS

887. Yanaros never entered case 18C103 Pro Hac Vice.

888. July 24, 2018, during the 1st open stalking hearing. Goode was ordered by Magistrate Russell, to retain legitimate Colorado legal counsel (Ms. Yanaros in Texas did not qualify).

889. July 27, 2018, Yanaros threatened Montalbano with police and administrative court actions for serving pro se litigant Goode with copies of court filed papers. [#315-8 at 15 and 27]

890. Yanaros knew, or reasonably should have known, that Montalbano serving copies of court filed papers to pro se litigant, Goode, did not comprise stalking or warrant threats of police or court administrative action.

**GOODE STALKING PROTECTION ORDER**

891. Upon information and belief, Ms. Yanaros had Mr. Goode fill in a standard attorney intake contract, requiring Goode to disclose his lifelong stalking protection order [#26-5] prior assisting him with legal papers and Broomfield Combined Court criminal filings.

892. Ms. Yanaros knew, or reasonably should have known, that Goode's statement in the verified complaint that he was unaware of his own lifelong stalking protection order, was false, and that she had a duty to instruct him to check the box [#26-1 at 2] and declare it, and she did not.

893. Mr. Goode knew he had a lifelong stalking protection order entered against himself, since 2014, and knowingly failed to declare it on the Broomfield Combined Court record.

894. Mr. Goode knew, or had reason to know, as a legal stalker, that Montalbano sending him emails (2016-2018) and stopping when asked (aside from state court communications, 2018 forward), and paying to attend his public events during 2017, and sending notices of pending litigation early 2018, did not constitute stalking.

895. Upon information and belief, Ms. Yanaros instructed Mr. Goode to not disclose his lifelong stalking protection order in the complaint, as otherwise the Broomfield Court might deny their stalking TRO request against Montalbano.

896. Montalbano filed Goode's lifelong stalking protection order information in case 18CV50 December 11, 2018 and again February 4, 2019.

**CIVIL LAWSUIT 18CV50**

897. Montalbano opened civil case 18CV50, June 25, 2018, in Mesa District Civil Court, after giving Mr. Goode lawful opportunity to remedy the Intellectual Property uses outside of litigation, April 18, 2018 – June 25, 2018 (¶66).

898. Montalbano was again in communication with Yanaros July 1, 2018 – July 15, 2018, regarding service of process of Goode for civil case 18CV50. **(EXHIBIT 25)**

899. On July 13, 2018, Yanaros stated she and Goode would enter civil case 18CV50 by filing a Motion to Dismiss.  July 15, 2018 Ms. Yanaros stated the only settlement she and Goode would accept was for Montalbano to drop the civil case and claims and accept a criminal stalking protection order instead. [#294-1 at 1] Montalbano declined. **(Exhibit 25)**

900. Two days later, July 17, 2018, Goode and Yanaros opened Broomfield Combined Court stalking case 18C103.

901. Ms. Yanaros knew, or had reason to know, since July 1, 2018, that Goode's statement in his complaint that Montalbano was allegedly stalking him via: 'only threating a lawsuit and not actually opening one', was false, as Ms. Yanaros was in personal communication with

Montalbano regarding service of process of Goode for civil case 18CV50 two weeks prior she and Goode opening case 18C103.

**FRAUD ON THE COURT**

902. Goode and Yanaros knew, or reasonably should have known, that making multiple knowingly false statements of material fact on the Broomfield Court record to open a criminal stalking to and obtain a criminal TRO against Montalbano because she was seeking legal remedy and relief against Goode for defamation and Intellectual Property infringement, is an abuse of process and the both could reasonably foresee that it would cause severe personal and professional damages to Montalbano.

903. Goode and Yanaros had no probable cause for filing case 18C103, and could not accomplish their goal of obtaining a TRO by using the court as designed (i.e. telling the truth on the court record).

904. Ms. Yanaros, in helping Mr. Goode draft and file criminal court papers against Montalbano, had a duty to ensure Mr. Goode provided materially true information in his complaint, and she did not.

905. Goode and Yanaros placed a fraud on the Broomfield Combined Courts with case 18C103.

**MALICIOUS CRIMINAL CLAIMS**

906. The Colorado Rules of Professional Conduct, CRCP 3.1 (Meritorious Claims and Contentions), 3.3 (Candor Toward the Tribunal), 3.4 (Fairness to Opposing Party and Counsel), 4.1 (Truthfulness in Statements to Others), 4.3 (Communicating with Unrepresented Person, and 4.5 (Threatening Prosecution); forbids attorneys; including out of state attorneys (Yanaros) practicing in Colorado Courts; from opening criminal cases to obtain advantages in civil lawsuits with criminal charges against the civil complaint Plaintiff (¶64-71), and also require them to be honest with opposing parties and not coerce them with threats of criminal charges.

907. Ms. Yanaros had a duty to follow all of the Colorado Rules of Professional Conduct, and she did not.

908. Upon information and belief Goode and Yanaros opened Broomfield Combined Court case 18C103, to gain unfair advantages in the then pending Mesa District Civil case 18CV50 by having criminal charges now showing up on Montalbano's prior clean record.

909. Upon information and belief Case 18C103 was also a SLAPP lawsuit to silence Montalbano from publicly criticizing Goode's public frauds. (Fraud ¶104-111)

910. ~~Goode and Yanaros knowingly obtained a fraudulent Temporary Protection Order against Montalbano with fabricated evidence.~~

911. Goode claimed in his verified complaint that Montalbano called him all the time by telephone when she doesn't have his phone number.

912. ~~Goode~~ **perjured himself by** ~~checking the verified complaint box he was unaware of his own lifelong stalking protection order with his former employer, Darling International.~~ [117] ~~(Darling v Goode, District Court Dallas County, DC-14-04807)~~

913. ~~Goode's TRO against Ms. Montalbano was vacated at the~~ ~~July 24, 2018, during the 1st open~~ **stalking** ~~hearing. Goode was ordered by Magistrate Russell, to retain legitimate Colorado legal counsel (Ms. Yanaros in Texas did not qualify).~~

914. ~~Goode continued to write and file papers with Yanaros.~~

915. ~~Goode alleged, July 24, 2018 in court, he'd have his then associate Mr. Roger Richards (business manager) testify against Ms. Montalbano and the TRO order was reinstated. Ms. Montalbano Vi Coactus signed it and the case was continued to August 6, 2018.~~

916. ~~Montalbano retained legal counsel and appeared at the 2nd hearing, August 6, 2018. The Broomfield TRO was vacated again and the case dismissed in Montalbano's favor, when Mr. Goode, any proper legal counsel on his behalf, or witness on his behalf, failed to appear for the continuance hearing as requested and Goode was instead in the state of Texas, the same state Ms. Yanaros is in.~~

---

[117] Filed as exhibit Broomfield case 18C103 Mesa Court Record December 11, 2018, and Exhibit C with Amended Grievance Exhibit (against Wilde); and exhibit BP Mesa Court Record February 21, 2020 – Darling v Goode showing perjury.

917. Goode and Yanaros performed extortion against Montalbano with this case and threatened Montalbano with police and administrative actions for crimes not committed (stalking) and in direct violation of the Colorado Rules of Professional Conduct. (CRCP 3.1 Meritorious Claims and Contentions)

## GOODE AND YANAROS FAILED DENVER FEDERAL COURT REMOVAL – FAKE COMPLAINT Aug 2018-Dec 2018

918. August 13, 2018 Goode and his Texas based counsel, Ms. Yanaros, removed case 18CV50 to the Denver Federal Court, with case number 1:18-cv-02060-RM-GPG and in that case they did the following willful acts that are not proper in the regular conduct of a lawsuit:

A.    Goode and Yanaros 'removed' case 18CV50 to the Denver Federal Court alleging Federal statutes were invoked and did not file the PLAC (77pgs), or the complaint and summons from case 18CV50 (60pgs), and instead they filed a Fake Complaint (7pages) with no statutes or laws cited, on the Denver Federal Court Record.[118]

B.    Goode and Yanaros, failed to confer or inform Montalbano of the removal.

C.    Goode and Yanaros filed a fake register of actions.[119]

---

[118] Filed as Exhibit H with Amended Grievance Mesa Court Record and related evidence with Motion to Impose Sanctions filed December 11, 2018 – showing the fake complaint filing

[119] Filed as exhibit F Mesa Court Record with Amended Grievance December 11, 2018

D.     Goode and Yanaros, filed non-stamped court filed documents that knowingly mislead the presiding officers (Judge Moore and Magistrate Gallagher) to think the Broomfield stalking case, 18C103, was still pending when it had in fact been dismissed in Ms. Montalbano's favor.

E.     Goode and Yanaros, repeatedly failed to serve Montalbano copies of documents they filed on multiple Court records, even though Montalbano repeatedly asked them to and had to phone the courts regularly asking if anything was filed by them.

F.     During this 'removal', Flynn did not close case 18CV50 up until about a week prior case remand, with his very first orders in case 18CV50 on November 27, 2018 (5 months after filing) stating he was closing the case due to removal. Flynn's lack of proper case management caused massive amounts of confusion for Montalbano and the Court Clerks. (August 13, 2018 – November 27, 2018)

919. After Montalbano won her Motion for Remand from Denver Federal Court (December 3, 2018), Flynn proceeded to deny Montalbano her Constitutional Civil Rights the first time in case 18CV50 on May 14, 2019, in his first orders in case 18CV50 regarding the complaint(s) (11 months after filing), and Flynn lost jurisdiction of case 18CV50 for being at war with the Constitution and violating his Oath of Office. [120]

## GOODE'S FLORIDA COUNSEL, LORIE, FAKE LAW FIRM ADDRESS Dec 2019

920. December 2019, Mr. Goode obtained legal assistance from a Florida based attorney, Ms. Elizabeth (Liz) Lorie, who harassed and extorted one of Montalbano's witnesses, Ms. Ferrante, by email, on behalf of Goode and Wilcock, and Lorie knowingly provided a fake law firm address for legal communication. [#121-1] [121]

921. Flynn was notified of this and ignored that Lorie was extorting a witness and provided a fake law firm address, these acts are not proper in the regular conduct of a lawsuit.

[120] *Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958).* "9. No state legislator or executive or judicial officer can war against the Constitution without violating his solemn oath to support it. P. 358 U. S. 18." https://supreme.justia.com/cases/federal/us/358/1/

[121] Id at 1. Mesa exhibit CB

**GOODE AND YANAROS ~~FAILED~~ BROOMFIELD STALKING CASE 20C32**
**March 2020 - June 2020**

922. March 11, 2020 Goode and Yanaros filed stalking case 20C32 against Montalbano in the Broomfield Combined Courts that was administratively closed June 22, 2020 in Montalbano's favor~~; and in that case they did the following willful acts that are not proper in the regular conduct of a lawsuit:~~

923.    Goode again, did not declare his lifelong stalking protection order in the verified complaint.

924.    Ms. Yanaros did not enter case 20C32 pro hac vice.

925.    Ms. Yanaros did not enter Mesa State Court case 18CV50 pro hac vice.

926.    Ms. Yanaros, claimed $116,600 was owed to her for representing Goode in Mesa District Civil State Court case 18CV50. [#325-2 at 4]

927.    Ms. Yanaros, alleging representing Mr. Goode all during case 18CV50, had reason to know or should have known Goode had a stalking protection order issued against himself, since at least December 11, 2018 and again February 4, 2019 (dates Montalbano filed his protection order information in case 18CV50) and had a duty to instruct Goode to disclose this material fact in his second Broomfield Combined Court complaint, and she did not.

A.    ~~Fabricated more evidence to try again for another baseless stalking claim against Montalbano.~~

Page **300** of **341**

~~**B.**   Ignored the doctrine of Res Judicata and alleged stalking for the same reasons stated July 17, 2018 and as dismissed in Montalbano favor August 6, 2018.~~

~~**C.**   Goode again perjured himself denying his own lifelong stalking protection order.~~ [122]

~~**D.**   Goode again lied Montalbano phoned him all the time when she still doesn't have his number and it has never been placed on any court record.~~

**928.** Goode and his counsel, Yanaros, filed the same <u>criminal stalking complaint and</u> papers on two separate Court Records and cases at the same time (Broomfield Combined Courts and this instant case) (forum shopping).

**929.** <u>It is standard knowledge among law students and lawyers, that only the 'State' may prosecute a criminal case (stalking) and not a regular practicing attorney, to include Ms. Yanaros.</u>

**930.** <u>Ms. Yanaros, as a law school graduate, knew or had reason to know at all times of filing the criminal cases, she did not have authority to prosecute a criminal stalking case or claim against Montalbano, but continued to threaten Montalbano with criminal lawsuits and continued helping Goode open them with materially false statements in the complaints.</u>

---

[122] Id at 90. Darling v Goode

931. Ms. Yanaros, as a law school graduate, knew or had reason to know at all times while she was threatening Montalbano with criminal charges and lawsuits, that she did not have standing to do so and could reasonably foresee she would cause harm to Montalbano.

932. Upon information and belief Case 20C32 was another SLAPP lawsuit to silence Montalbano from publicly criticizing Goode's public frauds. (See ¶¶104-111)

E. ~~Goode and Yanaros, failed to notice the Broomfield Combined Court of their similar case, evidence, and claims filed in this instant case.~~

F. ~~Performed extortion against Montalbano.~~

933. ~~Flynn was notified of this third baseless stalking case filing effort in case 18CV50 on the Mesa District Civil Court record, and asked again to honorably perform his judicial duties pursuant his Oath of Office. Flynn refused to behave honorably and continued to be a minister his own prejudice against Montalbano.~~ [123]

## THIS INSTANT CASE 1:20-cv-00742- DDD-KLM   Mar 2020

934. March 17, 2020 (only 6 days after opening the second Broomfield stalking case) Goode, GES, and Yanaros filed this instant case and alleged criminal stalking against Montalbano

---

[123] Id at 65. *386 U.S. 547 PERSON ET AL. v RAY ET AL.*

among other things. The stalking claim was amended out, for being a criminal claim that Ms. Yanaros could not lawfully prosecute.

935. Ms. Yanaros knew, or reasonably should have known, that attorneys (such as herself) may not bring criminal claims in civil courts.

936. Upon information and belief this instant case is a third SLAPP lawsuit against Montalbano to silence Montalbano from publicly criticizing Goode's public frauds. (See ¶¶104-111).

**SLAPP LAWSUITS**

937. SLAPP cases, or Strategic Lawsuits Against Public Participation [#254-3], are lawsuits opened by plaintiffs to silence a defendant from talking publicly about public issues they have a Constitutional first amendment right to speak about.

938. 2018 to current, Montalbano has been mildly publicly participating[124] in publicly exposing Goode and Wilcock's public frauds, which are matters of significant public issue. (See Fraud Claim; and Goode's Original Complaint [#1, ¶96] and amended Complaint #111 at ¶¶87-88 Montalbano's Deprogrammer YouTube channel)

939. The Fraud claim gives motive for Goode and Yanaros to open the criminal stalking cases against Montalbano, to maintain Goode and Wilcock's unlawful IP uses and continue profiteering.

---

[124] Montalbano has primarily sought relief and 'exposure' via the courts, rather than public discussions or exposures.

**940.** The Defamation claim gives motive for Goode and Yanaros to open criminal stalking cases against Montalbano in efforts to make Goode's false criminal stalking statements appear true to the general public and to profiteer with LWLF while simultaneously destroying current or emerging business competitors (Montalbano). (¶¶104-111; ¶¶196-198)

1. ; and in this case they did the following willful acts that are not proper in the regular conduct of a lawsuit:

    A.    Filed a RICO claim after the statute of limitations.

    B.    Filed a SLAPP (Strategic Lawsuit Against Public Participation) case against Montalbano and other individuals publicly exposing Goode and Wilcock's public frauds and schemes, in efforts to silence them.

    C.    Filed this instant case to further defame Montalbano by making more knowingly false statements against Montalbano on court records as if 'fact.'

    D.    Made 16 baseless claims against Ms. Montalbano.

    E.    Tried again for baseless stalking claims against Montalbano.

    F.    Filed the same papers on this Court record as in the Broomfield case, 20C32 (March 11, 2020) that was administratively closed in Ms. Montalbano's favor.

G.     Goode and GES are using this baseless case to promote The Enterprises' public frauds and defamation against Montalbano and to significantly grow their cult following while systematically destroying Montalbano's life and business.

H.     Goode, GES, Yanaros, and Lorie, are using this instant case to launder money via Light Warrior Legal Fund, LLC to reinvest in, and promote, their fraudulent public narratives and fake news against Montalbano.

I.     Performed extortion against Montalbano.

2. Flynn was also informed about this instant case, and again asked by Montalbano to faithfully perform his duties.  Flynn again refused and instead denied Montalbano her Constitutional Civil Rights a second time on the Mesa District Civil Court Record, August 5, 2020 **[#121-24]**

3. Denial of Constitutional Civil Rights to a civil litigant by a 'Judge' is not proper in the regular conduct of a lawsuit, is an abuse of process, and is a denial of due process of law.<sup>125</sup>

## **2020CA1775 COLORADO COURT OF APPEALS CASE 18CV50 APPEALED**

4. October 13, 2020 Montalbano appealed case 18CV50 to the Colorado Court of Appeals, appellate case 2020CA1775, for all of Flynn's civil rights violations to be addressed pursuant due process of law by the Court of Appeals 'Judges'; and in this case the following Public Servants did the following willful acts that are not proper in the regular conduct of a lawsuit:

A. The three Colorado Court of Appeal 'Judges': Grove, Terry, and Gomez ("three individuals") placed multiple knowing frauds upon the Colorado Court of Appeals and

---

<sup>125</sup> Simmons v. United States, 390 U.S. 377 (1968). "The claim and exercise of a Constitutional right cannot be converted into a crime" . . . "a denial of them would be a denial of due process of law." https://supreme.justia.com/cases/federal/us/390/377/

against Montalbano to extort, coerce, and take away Montalbano's civil rights and conceal Flynn's violations.

**B.** Denied a timely filed appeal 'with prejudice' and without any case briefs.

**C.** Lied it was not timely appealed in orders they fraudulent first signed as a corporate fiction "BY THE COURT" and not in their judicial capacity. A corporate fiction may not take an Oath of Office and thereby may not hold an office of public trust, thus the orders were null and void as BY THE COURT had a permanent disability. (Constitution of the United States of America, Article XIV, Clauses 3 and 4 – Disability to hold office in certain cases).

**D.** Willfully failed to write any constitutional compliant orders and expected their personal 'opinions' to be treated as law.

**E.** Issued orders repugnant to the Constitution to conceal Flynn's civil rights violations.

**F.** Issued orders contrary to court rules.

**G.** Refused to investigate Flynn's corruption and denial of Montalbano's Constitutional Civil rights in accordance with due process of law.

**H.** The three individuals knowingly issued three sets of fraudulent extortion orders against Montalbano (October 21, 2020, November 19, 2020, and December 10, 2020) and violated their Oath of Office and Due Process of Law.

5. ~~It is not proper in the regular conduct of a lawsuit for judges to lie in Court orders in direct opposition to Court Rules that is an abuse of process.~~

6. ~~It is not proper in the regular conduct of a lawsuit for Judges to knowingly write orders that take away civil rights that is an abuse of process.~~

7. ~~Grove, Terry, and Gomez conspired with Flynn, Goode, and Yanaros, to extort Montalbano through abuse of process, color of law, color of office, and color of official right in cases 2020CA1775 (18CV50).~~

8. ~~Flynn, Grove, Terry, and Gomez did not follow court rules, due process of law, or Constitutional Law and violated their Oath of Office and are trespassers in law with Flynn and all lost subject-matter jurisdiction and all of their orders in case 2020CA1775 (18CV50 ) are void and of no force or effect [126] and are open to collateral attack in this instant case. [127]~~

9. ~~Montalbano will further prove these actions lacked a reasonable factual or cognizable basis in law.~~

## DAMAGES AND RELIEF

941. <u>Montalbano's clean record, reputation, business, dream teachings, and dream book sales have been damaged by Goode and Yanaros' repeat and frivolous criminal cases.</u>

---

[126] ~~Id at 72. *Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974)*~~
[127] ~~Id at 86.  McLean v. Jephson, 123 N.Y. 142, 25 N.E. 409.~~

Page **307** of **341**

942.    Ms. Montalbano was damaged financially, having to retain legal counsel and defend against multiple vexatious and malicious extortion cases of Goode and Yanaros' that had no reasonable basis in the law or probable cause. ~~and from having to defend against prejudice and vexatious Judges failing to honorably perform their judicial duties.~~

943. Montalbano has been damaged by having to invest most all her time, since June 2018 ~~for well over two and a half years~~, addressing multiple lawsuits. ~~baseless lawsuit after baseless lawsuit opened by Goode and his improper Texas based counsel, Yanaros,~~ and researching the law(s) and other matters ~~due to them, Flynn, Grove, Gomez, and Terry, committing ongoing acts of treason instead of performing their sworn upon duties.~~

944. Montalbano's personal and professional reputation  have and continue to be damaged by the ongoing extortion, abuse of process, malicious prosecutions, harassment and libel and slander (defamation) ~~Goode and Yanaros perform via Abuse of Process on multiple court records with their knowingly false declaratory pronouncements that have no basis in the law or in fact and evidence.~~

945. Montalbano has been damaged emotionally, having to endure enormous amounts of anxiety, stress, and depression due to these repeat vexatious, malicious, and baseless cases ~~and dealing with multiple dishonorable Judges and Public Servants within and without case 18CV50.~~

946. Montalbano's sleep cycles have been interrupted along with her dream recall, which is crucial to her profession of predictive dream research.

947. Montalbano's personal life has been severely impacted as she cannot enjoy spending time with her family or friends, or enjoy regular daily life, due to dealing with these many malicious and vexatious cases, ~~avoidance and evasion tactics, and extortion practices of The Enterprise and Public Servants.~~

948. Ms. Montalbano's professional life as an artist and author has been severely damaged as professional associates don't want to work with Montalbano for fear of their own safety, their family's safety, lawsuits, extortion, public defamation, and being harassed like Montalbano has been and has endured for years.

949. Based upon the facts ~~of all Twenty Claims~~ stated herein, Montalbano believes she is entitled to injunctive relief and to recover damages for the foregoing act of Abuse of Process to include:

**Injunctive Relief**

a. Order Goode and <u>Yanaros</u> to stop lying on court records and stop opening ~~frivolous, baseless,~~ vexatious, ~~and malicious~~ cases against Montalbano.

**Monetary Damages**

**b.** Actual damages proximately caused as a result of the proceedings, emotional distress, humiliation, injury to reputation, loss of time and business since June 2018, attorney/legal fees, self-representation fees, and punitive damages for willful and malicious abuse of process to extort Montalbano and any other relief the Court deems just.

**c.** ~~See claims 12, 13, 15, and 16, for related damage specifics.~~

**Count 15**
(15)  **MALICIOUS PROSECUTIONS**
**(Goode, Yanaros)**

950. ~~Montalbano incorporates the General Allegations in ¶¶1-281 by reference and in particular ¶¶211-279.~~

951. Montalbano incorporates by reference the General Allegations at ¶¶98-111.

952. Montalbano incorporates by reference the abuse of process claim; and in particular ¶¶299-332.

953. ~~Goode and Yanaros, were party to multiple actions against Montalbano that were resolved in Montalbano's favor. There was no probable cause for the actions and Goode and Yanaros lacked either a reasonable or good faith belief that the actions would be successful or were warranted in any way. The actions were brought with malice and improper motives and Montalbano suffered damages as a result.~~

954. ~~Montalbano incorporates be reference the allegations in~~ ~~Claims 12, 13, 14, and 16,~~ ~~as evidence of malicious prosecutions and malicious civil rights violations.~~

955. ~~the 1st failed Broomfield stalking case (mid-June 2018) was a Malicious Prosecution effort.~~

956. ~~The 2nd failed~~ Upon information and belief, Broomfield stalking case claim (July 17, 2018 thru August 6, 2018, 18C103) was a Malicious Prosecution case.

    a. Montalbano was a plaintiff in then pending Mesa District Civil Court case 18CV50, June 25, 2018, against defendant Goode [#27].

    b. Civil case Defendant Goode and counsel Yanaros filed criminal case 18C103, July 17, 2018, in Broomfield Combined Courts, against civil case Plaintiff Montalbano.(¶¶296-327)

    c. Broomfield criminal case 18C103 was terminated in Montalbano's favor. [#26-2]

    d. Goode and Yanaros acted with malice to bring the charges by opening the case with a materially false complaint. (¶¶296-327)

    e. Goode and Yanaros did not have probable cause to open case 18C103. (¶¶296-327)

957. ~~The improper removal of case 18CV50 to the Denver Federal Court August 13, 2018 through December 3, 2018 and filing a fake complaint, was a malicious act.~~

958. The 3rd failed Broomfield stalking case claim, 20C32, (March 11, 2020 thru June 22, 2020) was a Malicious Prosecution case.

959. This instant case as filed by Goode and Wilde Yanaros, is a Malicious Prosecution case.

960. Upon information and belief, all five (5) of these opposing party case filing efforts, to obtain stalking protection orders or stalking judgments against Montalbano, were performed maliciously and constitute Malicious Prosecutions, extortion, and violation of the Colorado Codes of Professional Conduct and of Montalbano civil rights.

## DAMAGES AND INJUNCTIVE RELIEF

961. Montalbano's clean record, reputation, business, dream teachings, and dream book sales have been damaged by Goode and Yanaros' malicious criminal case.

962. Montalbano has been financially damaged by having to spend thousands of dollars to hire legal counsel and defend against the malicious case.

963. Montalbano has been severely personally, professionally, financially and emotionally damaged by all these ongoing malicious and baseless case efforts.

964. Montalbano suffers severe anxiety anytime the doorbell rings thinking it's going to be another process server for another malicious case by the opposing party.

965. ~~Montalbano has suffered severe interference with her professional life and art career since April 18, 2018, having to spend the last two and half years being her own full time lawyer and paying for what legal counsel she can afford along the way.~~

966. ~~Montalbano's business Ari Stone Art LLC has suffered severely and is on the brink of closing due to having to spend all her time, investment seed money, and resources on defending herself legally and spending vast amounts of time researching the law and writing papers instead of promoting her art and building professional relationships and consumer goodwill.~~

967. ~~Montalbano's publishing business through Ari Stone Art LLC has suffered severely as she has not been able to invest her time and resources into promoting her award winning book "Dreams The Missing Text" and has not been able to spend time writing business proposals for major book distributors or film producers for television series, due to having to spend most all her time researching the law and defending against these many and varied malicious cases and working extremely hard to have her own claims heard in order to protect her rare and exceedingly valuable Intellectual Property.~~

968. Montalbano believes she is entitled to the following Injunctive Relief for Malicious Prosecutions:

Preventative Injunctive Relief: Restrain Goode and ~~Wilde~~ <u>Yanaros</u> from filing any more malicious and baseless <u>criminal</u> cases and claims against Montalbano.

969. Based upon the facts ~~of all Twenty Claims~~ stated herein, Montalbano believes she is entitled to injunctive relief and to recover damages for the foregoing act of Malicious Prosecutions to include actual damages proximately caused as a result of the proceedings, emotional distress, humiliation, injury to reputation, loss of time and business, attorney/legal fees, compensation for Montalbano's times in self-representation (\$150/hr), and punitive damages, along with preventive Injunctive Relief and any other relief the Court deems just. ~~See claims 12, 13, 14, and 16 for related damage specifics.~~

**RICO**
**COUNT 16**
**(16)  Extortion 18 USC 1951, 1952(a)(3) and (b)**
**(The Enterprise, Public Servants)**

970. ~~Montalbano incorporates the General Allegations in ¶¶1-281 by reference and in particular ¶¶211-279.~~

971. ~~Goode, Wilcock, Yanaros, Lorie, their associates and Flynn, used extortion to maintain Goode and Wilcock's unlawful use of Montalbano's valuable Trade Secret research and Intellectual Property. They used the Court system and abuse of process to threaten and instill fear in Montalbano with multiple fraudulent criminal charges for crimes not committed, opened multiple baseless cases against Montalbano under color of law, color of office, and color of official right and threatened Montalbano with police and court discipline for crimes not committed. Goode and Yanaros worked with Judges, other attorney's, and other Public Servants working in their official capacity in Colorado Courts or related positions of public trust to violate Montalbano's Constitutional Civil Rights and destroy her business (commerce).  After these people consistently violated Montalbano's Civil Rights and right to Due Process of Law for well over two years (June 2018 to Current), under Color of Law, Color of Office, and Color of Official Right, Flynn imposed excessive and extortionary fines against Montalbano.~~

972. Montalbano incorporates by reference all 20 Claims as evidence of The Enterprise and Public Servants extorting Montalbano with fear, threats, and Color of Official Right to obtain and maintain the unlawful use of her private property with repeat efforts to coerce Montalbano into dropping claims against Goode.

## DAMAGES

973. Based upon the facts of all 22 Claims, Montalbano believes she is entitled to injunctive relief and to recover damages for the foregoing act of extortion to include actual damages proximately caused as a result of the proceedings, emotional distress, humiliation, injury to reputation, loss of time and business, attorney/legal fees, statutory damages, and punitive damages, along with any other relief the Court deems just.

974. See claims 1, 12, 13, 14, and 15, for extortion damage related to legal threats to conceal The Enterprise's unlawful RICO acts.

## Count   17

(17)  Intentional Intrusion on Privacy Rights – DISCLOSURE
(The Enterprise)

975. Montalbano incorporates the General Allegations in ¶¶1-281 by reference.

976. ~~Goode and Wilcock with their network of associates publicized and disclosed private information about Montalbano to hundreds, thousands, hundreds of thousands, and even millions of people in the general public, via (but not limited to) YouTube, Twitter, Facebook, and Reddit, that placed Montalbano in a false light before the public. It was performed with malice as the information disclosed was not of legitimate public concern and privacy was expected pursuant the unrebutted PLAC mailings.~~ [#135-1]. ~~Montalbano has suffered mental anguish, shame, and humiliation beyond what any ordinary person should endure.~~

977. ~~Montalbano incorporates by reference all~~ 20 Claims ~~as evidence of public disclosure of private information with malice.~~

978. ~~Goode, Wilcock, and their associates (believed to be working for The Enterprise), have publicly and repeatedly disseminated the private December 16, 2017 dream journal record of Montalbano's where she experienced marrying Mr. Goode in a dream. Goode and his associates also made public statements about the sexual content of some of Montalbano's private dream experiences, delivered to Goode, and that were not of genuine public interest. Goode and his associates repeatedly use this private information about Montalbano for the purpose of falsely representing her as someone sexually amoral to hundreds of thousands and even millions of people in the general public.~~

979. ~~It is highly offensive and objectionable that Goode is using Montalbano's private dream experiences, privately shared with him, to publicly shame and embarrass Montalbano as someone sexually amoral, when the matter is not of legitimate public concern and that was never prior publicly discussed by Montalbano.~~

980. ~~Goode is using this invasion of Montalbano's privacy and false representations of her to advertise his fictional public narratives and gain public fame, notoriety, and followers.~~

981. ~~Goode and Yanaros have also used the court system as a way to release Montalbano's private information publicly, to include her private place of residence and personal contact number. This is a danger to Montalbano as Goode's followers have been violent towards others that he's publicly doxxed and defamed as 'dark alliance',~~ [128]

982. ~~Goode has threatened to release more of Montalbano's private information publicly and the private phone call with Mr. Richards, and Montalbano is reasonably concerned he will do so.~~ [#121-21]

## ~~DAMAGES AND REMEDY~~

983. ~~Injunctive Relief is warranted to stop and prevent further shaming and embarrassing of Montalbano through Goode and his network of associates, releasing private information about Montalbano publicly and that is not of legitimate public concern and that Goode is not authorized to publicly disclose and that places Montalbano in public contempt and at risk of being physically assaulted.~~

984. ~~Montalbano believes she is entitled to Injunctive Relief to stop the release of her private information publicly:~~

a. ~~**Preventative Injunctive Relief:**~~ to restrain Goode, Wilcock, Wilde ~~Yanaros~~, their associates, and The Enterprise, from further releasing Montalbano private information

---

[128] Filed as exhibit CP Mesa Court Record July 20, 2020 – court doxxing

~~publicly or discussing Montalbano's private dream journal records publicly or~~

~~privately without the express written and certified consent of Montalbano.~~

985. ~~Based upon the facts of all Twenty Claims, Montalbano believes she is entitled to injunctive relief and to recover damages for the foregoing act of Intentional Intrusion on Privacy Rights to include economic and non-economic losses arising from the conduct, for pain and suffering, and punitive damages, along with any other relief the Court deems just.~~

## ~~Count  18~~
### ~~(18)  Intentional Infliction of Emotional Distress CRS 7-74-104(2)~~
### ~~(The Enterprise, Public Servants)~~

986. ~~Montalbano incorporates by reference all allegations and claims in this complaint, in their entirety, as if set fully herein and is set fully herein, as evidence of Intentional Infliction of Emotional Distress.~~

987. ~~The Enterprise and Public Servants engaged in outrageous conduct with the intent to cause Montalbano severe emotional distress and Montalbano has suffered severe and ongoing emotional distress.~~

988. ~~Goode and Yanaros' repeat and ongoing abuse of process and filing multiple vexatious and malicious prosecution cases since June 2018 through to current with fabricated papers and documents are evidence of outrageous conduct used for Intentional Infliction of Emotional Distress upon Montalbano, and Montalbano was and continues to be severely emotionally distressed by these.~~ (Claims 14, 15, and 16)

989. ~~Upon information and belief Goode, Wilcock, The Enterprise, and John and Jane Does, are engaged in remote neural harassing and broadcasting to Montalbano's brain via electronic neural frequency assault signals using computers, Virtual Reality equipment, computer networks, computer systems, and other interactive electronic mediums (Virtual Reality equipment) for Goode's CIA MKULTRA/MiLab mind control program and non-consensual experimentation on Montalbano intended to harass and emotionally distress her, and that are received by Montalbano, in Mesa County, Colorado notably while sleeping and are documented in her dream journals.~~

990. ~~Goode claims working with remote frequency assassination programs like CIA S.A.T.A.N. for IIED upon others, and Montalbano believes he is using this and/or related technology to sleep state communicate with Montalbano and in efforts to emotionally distress or mind control Montalbano.~~ (¶60)

991. ~~Mr. Goode, Ms. Yanaros, Ms. Lorie, and their network of associates, have engaged in IIED through harassing Montalbano via organized public and private cyberstalking, cyberbullying, defamation, and via abuse of the legal system to extort and bully Montalbano to silence to Intentionally Inflict Emotional Distress.~~ (Claims 14, 15, and 16)

992. ~~Goode and his associates have directed knowingly obscene language and false criminal accusation at Montalbano via the internet to Inflict Intentional Emotional Distress.~~ (Claim 10; and #121-21).

993. ~~Goode and his associates cyberbullied and harassed Montalbano by repeatedly threatening and insulting her as a criminal stalker and "Dark Alliance," (murderer, rapist, pedophile, etc)), someone mentally diseased (crazy/delusional), or sexually amoral (having an extramarital affair with Goode) to others in the same trade and profession of dream research or similar trades and professions~~ (Claims 7, 9) ~~and Intentionally Inflicted Emotion Distress.~~ (Claims 1, 2, 3, 4, 5, 6, 10, 12, 13, 14, 15, 16, 17, and 19)

994. ~~Goode, Yanaros, and Lorie, harassed, extorted, or bullied Montalbano and/or her witnesses speaking up about Goode and Wilcock's public frauds, and violated Montalbano's Civil Rights and Intentionally Inflicted Emotional Distress.~~ ~~(Claims 12, 13, 14, 15, 16, 17, 18, and 19)~~

995. ~~Goode, his associates, and the Public Servants, have been repeatedly asked by Montalbano, notably since April 2018, to stop their unlawful acts and civil rights violation and all have failed and Intentionally Inflicted Emotional Distress on Montalbano.~~

996. ~~Mr. Wilcock participates in IIED of Montalbano by promoting Goode's fraudulent "Dark Alliance" narratives (that fraudulently include Montalbano) as being true, when they are knowingly false. [ECF #121-4, exhibits 2, 4, 5, 10 and 21]~~

997. ~~'Judges' Flynn, Grove, Gomez, and Terry, lying on Court records and denying Montalbano's Constitutional civil rights on Court records in direct opposition to their Oath of Office is outrageous conduct used for Intentional Infliction of Emotional Distress upon Montalbano, and Montalbano was and continues to be severely emotionally distressed by this.~~

998. ~~Campbell participated in IIED on Montalbano through his failure to remove Flynn from case 18CV50 for denial of Constitutional Rights on the Court record and failure to faithfully perform his judicial duties, when asked pursuant Judicial Commission rules.~~

999. ~~Goode, Yanaros, Wilcock, and their network of associates, ongoing and repeat public defamation and harassment of Montalbano as a criminal (Dark Alliance/stalker) and someone sexually amoral and/or crazy in her trade and profession, since early 2018, is evidence of outrageous conduct used for Intentional Infliction of Emotional Distress upon Montalbano, and Montalbano was and continues to be severely emotionally distressed by these acts.~~

1000. ~~Upon information and belief Goode Trojan Hacked Montalbano's home network on two separate occasions to IIED. (¶280)~~

1001. ~~The Enterprise promoting Goode and Wilcock's 'dark alliance' and stalking frauds as true (that knowingly falsely include Montalbano) is evidence of outrageous conduct used for Intentional Infliction of Emotional Distress upon Montalbano, and Montalbano was and continues to be severely emotionally distressed by these.~~

## DAMAGES AND REMEDY

1002.    ~~Based upon the facts of all Twenty Claims stated herein, Montalbano believes she is entitled to injunctive relief and to recover damages for the foregoing act of~~ ~~Intentional Infliction of Emotional Distress~~~~; to include economic and non-economic losses arising from the conduct, for pain and suffering, punitive damages and any other relief the Court deems just.~~

1003.    ~~Injunctive Relief is warranted to stop and prevent:~~

**a.** ~~Extortion cases, threats, and abuse of process.~~

**b.** ~~Escalation of any remote neural broadcasts.~~

**c.** ~~Cyberstalking, Cyberbullying, Defamation, and Harassment activities being performed against Montalbano.~~

**d.** ~~Damage to Montalbano's private property, to include (but not limited to) Trojan hacks to the home WiFi network and related electronic devices.~~

**Prior ~~Count 19~~**

**(19)  Negligence**  ~~Negligent Infliction of Emotional Distress~~
~~(The Enterprise, Public Servants)~~

James Corey Goode, David Wilcock, Valerie Yanaros,
LIGHT WARRIOR LEGAL FUND LLC ("LWLF"),
GOODE ENTERPRISE SOLUTIONS INC ("GES")

1004.    ~~Montalbano incorporates all allegations and claims as set forth in this entire complaint as if set fully herein and is set fully herein.~~

1005.    This is an action for Negligence against the following defendants: James Corey Goode, David Wilcock, Valerie Yanaros, LIGHT WARRIOR LEGAL FUND LLC ("LWLF"), and GOODE ENTERPRISE SOLUTIONS INC ("GES"), each had a duty they breached and could reasonably foresee would cause proximate damages to Montalbano.

1006.    Montalbano incorporates by reference the Fraud Claim.

1007.    Montalbano incorporates by reference the Copyrights Claim.

1008.    Montalbano incorporates by reference the Trade Secret Claim.

1009.    Montalbano incorporates by reference the Defamation Claim.

1010.    Montalbano incorporates by reference the Abuse of Process Claim.

1011.    Montalbano incorporates by reference the Malicious Prosecution Claim.

**COREY GOODE**

(Defamation, Fraud, Abuse of Process, Malicious Prosecutions)

1012.    Goode had a duty to tell the truth in the Broomfield Combined Courts, and he did not.

(Abuse of Process)

1013.    Goode could reasonably foresee that opening two criminal stalking cases against Montalbano with materially false statements in his complaints, would cause personal,

professional, and severe emotional damages and legal burdens to Montalbano. (Abuse of Process)

1014.   Goode had a duty to tell the general public and multiple third parties the truth about Montalbano, that she was not a criminal, stalker, or someone sexually amoral, and he did not. (Fraud ¶¶104-111)

1015.   Goode could reasonably foresee that telling multiple third parties, mutual consumers, mutual peers, and mutual potential employers (GAIA) that Montalbano was a criminal, stalker, and sexually amoral, when he knew this to be false, would cause personal, professional, and severe emotional damages and harm to Montalbano. (Defamation)

**JAMES COREY GOODE, GES, AND DAVID WILCOCK**

(Fraud, Defamation, Copyrights, Trade Secrets)

1016.   Goode, GES, and Wilcock had a duty to disclose to the public (and Montalbano) that the alien contact stories, government stories, Secret Space Program (SSP) stories, were fiction or partially fiction and they did not.  (Fraud ¶¶77-79, ¶¶137-145)

1017.   Goode, GES, and Wilcock had a duty to disclose to the public (and Montalbano) that the whistleblowers they presented to the public as legitimate; were in-fact paid actors or people just making up stories, and they did not. (Fraud ¶¶80-88)

1018.   Goode, GES, and Wilcock had a duty to disclose to the public that the alien contact stories, government stories, Secret Space Program (SSP) stories, were derivative Intellectual Property ("IP") works based on Montalbano's original IP dream journal records or other artists' or authors' original IP works, and they did not.  (Fraud ¶¶122-198)

1019.   Goode and Wilcock had a duty to disclose to the public (and Montalbano) they were not in-fact poor while seeking donations based on the claims they were poor, and they did not. (Fraud ¶¶91-101)

1020.   Goode, GES, and Wilcock, could reasonably foresee that stealing and using Montalbano's original art and IP records as if their own to create and profiteer off of unauthorized derivative works since 2017, while lying to the general public about the source of the stories, would cause harm to the original author (Montalbano) by taking away her right to be the first person to publish her own unpublished IP works and benefit therefrom. (Fraud ¶82 f., ¶84 h., ¶90, ¶¶135-136,, ¶¶169-171, ¶¶173-180,  ¶¶185-189; Copyrights; Trade Secrets)

1021.   Goode, GES, and Wilcock received multiple stop and desist notices April 2018 – June 2018 [#135-2; #295-1, PLAC] demanding they stop use of Montalbano's original IP in their public business and frauds, and they did not. (¶56-71)

1022.   Goode, GES, and Wilcock had a duty to stop and desist their unauthorized use of Montalbano's Intellectual Property records as soon as they were notified to do so, April 2018, and they did not.

1023.   Goode, GES, and Wilcock could reasonably foresee after the notices, that their continued unauthorized use of Montalbano's original IP would result in civil litigation, and that litigation would financially, personally, and professionally burden and damage Montalbano; and Montalbano has been damaged in the amount of at least $116,600 (and accruing interest) due to having to address their ongoing public frauds in the Mesa Court and multiple other courts thereafter to include this instant case.

1024.   Goode and Wilcock had a duty to disclose to the public that Montalbano was not in-fact a criminal, "Dark Alliance", or criminal stalker, and they did not. (¶¶29-31; ¶¶39-40; ¶58; Fraud ¶¶104-111; Defamation)

1025.   Goode and Wilcock could reasonably foresee that telling mutual consumers and peers that Montalbano was a criminal, when they knew this to be false, would severely damage Montalbano's reputation, her competing business, and would cause other emotional and financial burdens and damages. (¶¶29-31; ¶¶39-40; ¶58; Fraud ¶¶104-111; Defamation)

**LIGHT WARRIOR LEGAL FUND LLC (Goode)**

(Fraud, Defamation, Abuse of Process, Malicious Prosecution)

1026.   LIGHT WARRIOR LEGAL FUND LLC ("LWLF"), a single member LLC company owned by Mr. Goode and formed in Colorado [#308-6 at 6-7], collects money for Mr. Goode, to sue people in court [#121-2 at 1-9; #254-1].

Page **329** of **341**

1027. LWLF (Goode), holds itself out to the public on its website, as a business collecting money for legitimate lawsuits [#121-2 at 1-4], when it knows this to be false. (Fraud ¶¶104-111; Abuse of Process, Malicious Prosecutions)

1028. LWLF (Goode), had a duty to ensure it was in-fact collecting money for legitimate lawsuits and not frivolous or malicious lawsuits solely opened to destroy its (Goode's) business competitors' reputations (to include Montalbano's) [#121-2 at 1-9; #254-1] and it did not. (Fraud ¶¶104-111; Abuse of Process, Malicious Prosecutions)

1029. LWLF (Goode), had a duty to investigate and verify first if each person it stated were criminals on its website, were in-fact criminals, and it did not.

1030. As a business collecting money to fund lawsuits, LWLF (Goode), had a duty to ensure the information it published on its website about the people it is suing, are in fact true or that it had reason to believe it is true.

1031. LWLF knew, or reasonably should have known, that Goode's two Broomfield Combined Court stalking complaints were false, and that both lawsuits were dismissed and closed in Montalbano's favor (not Goode's) (¶¶67-70; #26-2  case 18C103 Register Actions, #26-4 case 20C32 Register Actions); but LWLF continued to publish both of Goode's materially false complaints and continued to ask the public for donations to fight Montalbano in court under the false premise Montalbano was a criminal stalker, when it knew this to be false. (Fraud ¶¶104-111; Abuse of Process, Malicious Prosecutions)

1032.   LWLF did not tell the public at any time, Montalbano has a clean record.

1033.   LWLF did not post anywhere on its website, at any time, that Goode lost both of the stalking cases. Nor did LWLF disclose to the public on its website that the TRO Goode obtained against Montalbano was in-fact immediately vacated.

1034.   LWLF, had a duty to disclose the full truth about the stalking cases to the general public, and it did not.

1035.   LWLF (Goode), could reasonably foresee that collecting money from the public to fund multiple frivolous SLAPP (Strategic Lawsuits Against Public Participation) lawsuits (¶¶342-345) and malicious criminal prosecution cases against Montalbano based on unprivileged communications to third parties of knowingly false statements about Montalbano, (Fraud ¶¶104-111) would cause severe ongoing court burdens, and ongoing harassment from its sole proprietor (Goode) against Montalbano, and that it would inflict excessive financial harm, personal, professional, reputational, legal, and emotional damages upon Montalbano.

**Valerie Yanaros**

(Abuse of Process, Malicious Prosecutions)

1036.   Ms. Valerie Yanaros, a Texas based attorney has been representing or alleging herself as representing Mr. Goode as legal counsel in multiple Colorado courts since 2018.

1037.    Yanaros has a duty to uphold Colorado attorney rules of ethical obligations, encapsulated in the Colorado Code of Professional Conduct, to notably include: Rule 4.5 (Malicious Prosecutions for advantages in Civil Cases), Rule 3.1 (Meritorious Claims and Contentions), Rule 3.3 (Condor with Tribunal), Rule 4.1 (Truthfulness in Statements to Other), Rule 4.3 (Dealing with Unrepresented Person); and Pro Hac Vice Rule, Colo.R.Civ.P 205.5(3); and she did not.

1038.    Ms. Yanaros had a duty to ensure the complaints she and Goode filed in criminal court, were in-fact materially true, and she did not. (Abuse of Process, ¶¶296-338, Malicious Prosecution)

1039.    Ms.  Yanaros had a duty to be respectful towards Montalbano and not threaten police, administrative, or criminal actions for matters that did not warrant police actions or criminal threats, and she did not. (Abuse of Process, ¶¶305-308)

1040.    Ms. Yanaros could reasonably foresee that not following attorney rules of conduct and participating with Goode in opening multiple malicious criminal stalking (SLAPP) lawsuits (Abuse of Process ¶327, ¶338, ¶¶342-345, Malicious Prosecution)  and other SLAPP lawsuits in multiple Colorado courts (Abuse of Process ¶341) against Montalbano (who prior had a clean record) with materially false complaints, would cause severe ongoing court burdens, personal burdens, professional burdens, massive financial burdens, and would inflict emotional damages and harm upon Montalbano as a pro se litigant.

## DAMAGES

1041.   Montalbano has been directly (proximately) damaged (injured), since 2017, from all the aforementioned individuals' negligence and gross negligence and as a direct proximate result has:

   **a.**   Been damaged at least $116,600 (plus interest) to investigate and stop fraud and defamation via court.

   **b.**   Lost use of at least $70,000 worth of original Intellectual Property.

   **c.**   Been unable to retain a full time job since 2018 due to having to litigate on her own behalf in multiple courts (Mesa Court, Colorado Appellate Court, Broomfield Combined Court, Denver Federal Court) and having to spend at least 50%-70% of her life and time addressing these ongoing legal problems, public frauds, and related burdens;

   **d.**   Had to visit police and sheriff stations trying to stop harassment, and whereby Montalbano has not needed to visit Colorado police or sheriff stations until dealing with the aforementioned individuals' gross negligence;

      (i)   Broomfield, Colorado Police Department (Incident# 19-351513), June 2019

      (ii)   Grand Junction or Broomfield Police department, July 4, 2019. (Incident # 201938318)

Page **333** of **341**

e. Had to go on Colorado state food and medical benefits, due to not being able to get a full time job or even reasonable part time job due to having to spend so much time dealing with the gross negligence of the aforementioned individuals and upon information and belief being denied employment due to the criminal stalking cases being on the record;

f. Not being able to spend proper time with her daughter since 2018, resulting in her daughter having to engage in counseling sessions with a certified professional due to the stress and strain of the ongoing lawsuits and harassment to her mom, Alyssa Montalbano;

g. Loss of over five years of investments and time in her own art business (since 2018), Ari Stone Art LLC, costing thousands of dollars and years of stinted growth;

h. Accrued years of ongoing personal and professional damages and lack of growth in her legitimate dream research and dream book sales; and Montalbano is no longer able to release Dream the Missing Text 2 as originally planned, June 2023, due to spending thousands of hours and years writing and researching court papers instead of working on Book 2.

i. Endured years of harassment from Goode and his associates both in and out of courts causing enormous amounts of emotional distress;

j. Battled with ongoing depression, hopelessness, anxiety, feelings of panic, crying, and anger, due to the gross negligence of the aforementioned individuals;

k. Loss of her impeccable reputation in the spiritual community, when Montalbano has/had a clean record, is an upstanding member of society and doesn't, drink, smoke, sleep around, or do drugs;

l. Unable to attend college full time, due to having to spend so much time addressing the gross negligence of the aforementioned individuals in multiple Colorado courts.

m. No time to get proper sleep, rest, or otherwise take needed breaks (even during holidays to include Christmas) or go on vacation, as whatever extra bits of money Montalbano earned or has saved, is subsequently spent addressing the gross negligence of the aforementioned individuals to defend Montalbano's civil right to the pursuit of happiness;

n. No time to spend with friends, make new friends, or enjoy life, and barely any time to spend with her immediate family that she lives with, directly due to the gross negligence of the aforementioned individuals and their non-stop defamation, fraud, harassment, and resultant ongoing litigation issues;

1042. Montalbano believes she is entitled to be compensated by Goode, GES, LWLF, Wilcock, and Yanaros for the aforementioned Negligent acts to include: non-economic losses, emotional distress, lost wages since June 2018, lost business investments, lost time and business growth; punitive damages for Gross Negligence; damages for vicarious negligence whereby LWLF and GES are liable for its owner Goode's negligence, and Negligence per se damages whereby Yanaros failed to uphold rules of professional conduct, and each must compensate Montalbano for years of gross negligence.

1043.      The Enterprise engaged in Negligence per se, and Negligently Inflicted Negligent Emotional Distress upon Montalbano.

1044.      The Public Servants engaged in negligence per se with their reckless and negligent conduct through their repeat failure to faithfully perform their sworn to duties pursuant their Oath of Office and performed acts in opposition to the State and National Constitution and against Montalbano's Civil Rights.

1045.      The Enterprise and Public Servants negligently caused enormous amounts of emotional distress, financial losses, and other damages to Montalbano for well over two and half years that they all could have prevented and could reasonably foresee would cause damages.

1046.    DAMAGES AND REMEDY

1047.      Based upon the facts of all Twenty Claims stated herein, Montalbano believes she is entitled to injunctive relief and to recover damages for the foregoing act of Negligent Infliction of Emotional Distress; to include economic and non-economic losses arising from the conduct, for pain and suffering, punitive damages and any other relief the Court deems just.

**COUNT 20**
(20)  UNJUST ENRICHMENT ~~CRS 7-74-104~~
*See Pulte Home Corp., Inc. v. Countryside Cmty. Ass'n, Inc.*, **2016 CO 64,**
*See Lewis v. Lewis, 189 P.3d 1134 (Colo 2008)*
~~(The Enterprise, Public Servants)~~
Goode, GES, LWLF, Wilcock, Yanaros

1048.      **Montalbano incorporates by reference the Fraud Claim.**

1049.      **Montalbano incorporates by reference the Copyright Claim**

1050.      **Montalbano incorporates by reference the Defamation Claim.**

1051.      **Montalbano incorporates by reference the Civil Conspiracy Claim.**

1052.      **Montalbano incorporates by reference the Abuse of Process Claim.**

1053.      **Montalbano incorporates by reference the Malicious Prosecution Claim.**

1054.      **Montalbano incorporates by reference the RICO Claim**

1055.    ~~Montalbano incorporates all allegations and claims as set forth in this entire complaint as if set fully herein and is set fully herein.~~

1056.    **For all the reasons stated in the incorporated claims, Goode, GES, LWLF, Wilcock, WILCOCK FOUNDATION and Yanaros,** ~~The Enterprise and their network of associates,~~ are being Unjustly Enriched **at Montalbano's expense.** ~~by Montalbano's Trade Secret materials, Intellectual Property, and private information.~~  They received these benefits under circumstance of fraud **and malice** ~~and at Montalbano's expense~~ and it would be unjust for them to retain the benefit of such without commensurate compensation to Montalbano.

1057.    ~~The Public Servants are being unjustly enriched through abuse of the legal system and violation of their Oath of Office (color of official right). They received these benefits under circumstance of fraud and at Montalbano's expense and it would be unjust for them to retain the benefit of such without commensurate compensation to Montalbano.~~

**DAMAGES**

1058.     Based upon the facts ~~of all Twenty Claims~~ stated herein, Montalbano believes she is entitled to injunctive relief and to recover damages for the foregoing act of Unjust Enrichment; to include economic and non-economic losses arising from the conduct and to be calculated from the date of the first <u>email delivered to Goode December 2016,</u> ~~certified PLAC affidavit mailing dated April 18, 2018,~~ for pain and suffering, punitive damages, <u>legal fees (to include $150/hr for self-representation), court damages (to include $116,600 plus interest)</u> and any other relief the Court deems just.

# VII.    <u>CONCLUSION AND PRAYER FOR RELIEF</u>

Wherefore based on all the facts and foregoing ~~twenty~~ claims contained herein; Montalbano seeks the following Injunctive Relief against the aforementioned counter-defendants and third party defendants.

**A.** Enter injunctive relief baring the defendants from any of the aforementioned harmful conduct.

Page **339** of **341**

**B.** Declare Montalbano's Intellectual Property / Trade Secret IP legally hers.

**C.** Order defendants stop and desist all unlawful use of all of Montalbano's IP materials.

**D.** Find that all defendants and corporations are liable for their grievances.

**E.** Order all defendants pay actual and non-economic damages for their fraudulent activities performed against Montalbano.

**F.** Order defendants pay for the additional damages Montalbano has incurred from their fraudulent misrepresentations regarding Montalbano and for damages incurred from Montalbano's initial reliance on them.

**G.** Grant Montalbano special damages, due to willful, reckless, wanton, egregious, unfair, unethical, deceptive and unscrupulous conduct by defendants.

**H.** Grant Montalbano attorney fees, cost and interest, to include compensating Montalbano for acting as her own attorney since April 2018.

**I.** Grant Montalbano all monetary and other relief available at law and in equity.


## VIII.    DEMAND FOR TRIAL BY JURY

Pursuant the Constitution of the United States of America, Bill of Rights, Article VII (FRCP 38(a)), and the Colorado Constitution, Article II section 10 Montalbano demands trial by jury (FRCP 38) to protect her constitutional rights, private property, and right to life, liberty, the pursuit of happiness and to due process of law for all claims stated herein.


Dated this 29th day of May 2021

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

**Page 340 of 341**

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Counter-Claimant, Third-Party Plaintiff, Defendant

**CERTIFICATE OF SERVICE**

I certify that on this 29th day of May 2021 a copy of the foregoing Second Amended Counterclaims Complaint (SACC) was filed with the clerk of the court using the CM/ECF system and are lawfully served upon Plaintiff's Counsel and appeared Defendants through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5) and a copy delivered to Mr. High by email.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen