**TABLE OF CONTENTS**
**THIRD AMENDED COUNTERCLAIMS COMPLAINT**          ¶¶          Page

**I. Parties**                                                                 1-9         2 - 4

                                                                       Alyssa Montalbano    1
                                                                       James Corey Goode    2
                                     GOODE ENTERPRISE SOLUTIONS INC    3
                                      LIGHT WARRIOR LEGAL FUND LLC    4
                                                          David Wilcock    5
                                                     WILCOCK FOUNDATION    6
                                                         Valerie Yanaros    7
                                                       John and Jane Does    8
                                            Unknown Corporate Entities    9

**II. Jurisdiction and Venue**                                       10-13       4

**III. General Allegations - Background of Parties**   14-21       5 - 10

                                                     Alyssa Montalbano    14
                           GOODE ENTERPRISE SOLUTIONS INC    15
                                          James Corey Goode    16
                         LIGHT WARRIOR LEGAL FUND LLC    17
                                             David Wilcock    18
                                     WILCOCK FOUNDATION    19
                                         Valerie Yanaros    20
                                                             GAIA    21

**IV. Facts and Allegations Relevant to All Claims**   22-71       10 – 20

                         Gaia Inc Cosmic Disclosure Broadcast Series    22-28
       Corey Goode and LWLF Public Claims Broadcast And Published    29-37
            David Wilcock Public Claims Broadcast And Published    38-44
                                       Reliance - Public    45-47
                            Internet – Broadcast – Publications    48-49
                                   Public Speaking Events    50
                                  Defrauded - Public Events    51
                         Defrauded Dream Journal Records    52
                      Defrauded Financially - Donations    53-55
               Montalbano Aware of Being Defrauded    56-59
                         Due Process of Law PLAC    60-63
                                             Lawsuits    64-71

**V. Causes of Action**

| | | |
|---|---|---|
| **1. Fraud (Prior Count 2)** (Goode, GES, LWLF, Wilcock, WILCOCK FOUNDATION) | **72-204** | **20-60** |
| GAIA Subscription | 75 | |
| Fraud Events | 76 | |
| Alien Fiction Stories | 77-79 | |
| **Fraud Government Whistleblowers** | **80-88** | |
| Pete Peterson | 82 | |
| Corey Goode | 83 | |
| Emery Smith | 84 | |
| BOOKS | 89-90 | |
| False Claims of Being Poor | 91-101 | |
| Montalbano Donated ($50 CG dental - $50 Peterson) | 102-103 | |
| Love and Light Claims & Defamation | 104-111 | |
| Goode Aphasia Health Claims | 112-114 | |
| Wilcock – Edgar Cayce Dream Psychic Claims | 115-121 | |
| **Plagiarized Or Derivative Work Infringements** | **122-168** | |
| 20 and Back | 123-130 | |
| Artworks Used | 131-136 | |
| Anchar Alien Fiction | 137-145 | |
| Blue Avians (Derivative Work) | 146-147 | |
| Blue Avians CIA BLUEBIRD | 148-167 | |
| Wilcock Plagiarizing Whistleblower Research | 168 | |
| **Use of Montalbano's Original IP (Derivative Works)** | **169-189** | |
| Fake News | 170-171 | |
| Goode Fake Life story Copyright Infringement (High) | 172 | |
| Derivative Work Copyright Infringement "Mega Update" | 173-180 | |
| Tweet CG 'Why me' | 181-182 | |
| Wilcock Update Skull Asteroid | 183-184 | |
| Cosmic Disclosure – Broadcast Infringement Derivative Works | 185 | |
| (copyrights case law) | 186-189 | |
| Intention to Defraud – Reliance | 190-195 | |
| LWLF Donations | 196-198 | |
| Damages | 199-204 | |
| **2. Copyrights (Prior Count 9)** (Goode, GES, Wilcock) | **205-212** | **61-63** |

**3. Trade Secrets (Prior Count 7)** (Goode, Wilcock)     **213 -226**     **64-71**

| | |
|---:|:---|
| Trade Secret Determination | 218-226 |
| Misappropriation | 227-238 |
| Reasonable Care – Trade Secret | 239 |
| Damages | 240 |

**4. Defamation (Prior Count 10)** (Goode, LWLF)     **241-289**     **72-82**

| | |
|---:|:---|
| Defamation in Trade, Business, and Profession | 253-254 |
| **Internet Defamation** | **255-283** |
| Facebook | 255 – 261 |
| Reddit | 262-263 |
| Twitter | 264-266 |
| YouTube | 267-272 |
| LWLF Defamation | 273-283 |
| Damages and Relief | 284-289 |

**5. Abuse of Process (Prior Count 14)** (Goode, Yanaros)     **290-354**     **83-94**

| | |
|---:|:---|
| First Criminal Stalking Claim Broomfield Court | 294-295 |
| **Second Criminal Stalking Claim Broomfield Case 18C103** | **296-327** |
| Emails (2016-2018) | 301-304 |
| Police and Administrative Threats | 305-308 |
| Goode Stalking Protective Order | 309-314 |
| Civil Lawsuit 18CV50 | 315-319 |
| Fraud on the Court | 320-323 |
| Malicious Criminal Claims- Abuse of Process | 324-327 |
| Third Criminal Stalking Claim Broomfield Case 20C32 | 328-338 |
| This Instant Case 1:20-CV-00742 | 339-341 |
| SLAPP Lawsuits | 342-345 |
| Damages | 346-354 |

**6. Malicious Prosecutions (Prior Count 15)** (Goode, Yanaros)     **355-361**     **95-96**

| | | |
|---|---|---|
| **7. Negligence (Prior Count 19)** (Goode, GES, LWLF, Wilcock, Yanaros) | **362-399** | **97-106** |
| Corey Goode | 369-372 | |
| Corey Goode, GES, David Wilcock | 373-382 | |
| LWLF | 383-392 | |
| Valerie Yanaros | 393-397 | |
| Damages | 398-399 | |
| **8. RICO (Prior Count 1)** (Goode, GES, LWLF, Wilcock, WILCOCK FOUNDATION, Yanaros) | **400-416** | **106-111** |
| **9. Civil Conspiracy (Prior Count 12)** (Goode, GES, LWLF, Wilcock, WILCOCK FOUNDATION, Yanaros) | **417-429** | **112-113** |
| **10. Violation Colorado Consumer Protection Act (Prior Count 3)** (Goode, Wilcock) | **430-442** | **114-118** |
| Deceptive Trade Practices During Regular Business | 439 | |
| Significant Public Impact | 440 | |
| Montalbano Injury In Fact | 441 | |
| Damages | 442 | |
| **11. Unjust Enrichment (Prior Count 20)** (Goode, GES, LWLF, Wilcock, WILCOCK FOUNDATION, Yanaros) | **443-452** | **119** |
| **VI. Conclusion** | | **120** |
| **VII. Demand for Trial by Jury** | | **121** |
| **Certificate of Service** | | **122** |