# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----
Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,


LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
Valerie Yanaros,

Third-Party Defendants.

**COUNTERCLAIMANT AND THIRD PARTY PLAINTIFF**

**ALYSSA MONTALBANO**

**EXHIBIT LIST FOR THIRD AMENDED COUNTERCLAIMS COMPLAINT ("TACC")**

**Exhibit 1** - VIDEO Cosmic Disclosure, Season 7, Episode 28: Dementia, Aphasia, Neural Issues, SSP (Goode and Wilcock)

**Exhibit 2** - VIDEO Cosmic Disclosure, Season 7, Episode 4: Dreams, Telepathy, Remote Viewing (Goode and Wilcock)

**Exhibit 3** - VIDEO Cosmic Disclosure, Season 7, Episode 31: Draco 1/3 good (Peterson and Wilcock)

**Exhibit 4 –** GAIA Subscribers 2017-2020

**Exhibit 5** - VIDEO Goode Deposition: MiLab, SSP, TM 20 and Back, Anchar fiction

**Exhibit 6 –** WILCOCK FOUNDATION tax records

**Exhibit 7 –** Montalbano published Draco Dream Vision (1/3 Draco good)

**Exhibit 8 –** VIDEO Bitchute Kim Cohen & Emery Smith

**Exhibit 9 –** Montalbano email to Goode, Square Ships dream vision

**Exhibit 10** - VIDEO Goode Deposition, Wilcock earns millions of dollars, Dark alliance stalkers

**Exhibit 11** - 20 and Back "The Mars Records" Michael and Stephanie Relfe (2000)

**Exhibit 12 –** Goode Trademark 20 and Back (2018)

**Exhibit 13 -** Bill Ryan Truth about Corey Goode post

**Exhibit 14 –** VIDEO Goode Dpeosition, Trademark 20 and Back

**Exhibit 15 –** Goode and Wilcock Mega Update part 1 (highlighted)

**Exhibit 16** – Goode and Wilcock Mega Update part 2 (highlighted)

**Exhibit 17** – Montalbano Dreams Visions part 1 of 3 (highlighted)

**Exhibit 18** - Montalbano Dreams Visions part 2 of 3 (highlighted)

**Exhibit 19** - Montalbano Dreams Visions part 3 of 3 (highlighted)

**Exhibit 20** – Montalbano email to Goode "Why Me" – Goode post "Why Me"

**Exhibit 21** – Montalbano email to Goode skull dream vision – Wilcock skull asteroid post

**Exhibit 22** – Montalbano email to Goode unpublished dream vision 3D Light Puzzle

**Exhibit 23**  VIDEO - Cosmic Disclosure, Season 8, Episode 14:  Goode 3D Light Puzzle story

**Exhibit 24** – trade secret example - Montalbano emailed to Goode dream vision 'toxic gasses' and recent waking state Ohio train wreck toxic gasses

**Exhibit 25** – Montalbano and Yanaros emails June 2018 – August 2018

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Counter-Claimant, Third-Party Plaintiff

# <u>CERTIFICATE OF SERVICE</u>

I certify that on this 17th day of March 2023 a copy of the foregoing 25 Exhibits for THIRD AMENDED COUNTERCLAIMS COMPLAINT ("TACC") and copy of this certificate of service were filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties' counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system pursuant FRCP 5 and all video exhibits pursuant, ECF Rule 4.8(f);

And served digital copies on disc upon pro se litigants:

Mr. David Wilcock and WILCOCK FOUNDATION via USPS first class mail appointed agent CORPORATE CAPITAL INC., Mr. Brent Carlson, 7848 W. Sahara Ave, Las Vegas, NV 89117;

And conventional video Exhibits mailed to:

Clerk of the Court at Alfred A. Arraj United States Courthouse, Room A105, 901 19th Street, Denver, Colorado, 80294-3589

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen