# EXHIBIT 4
## GAIA Subscribers

February 26, 2018



# Gaia Reports Fourth Quarter and Full Year 2017 Results

## Subscribers Increase 80% with Streaming Revenue up 94%

BOULDER, Colo., Feb. 26, 2018 (GLOBE NEWSWIRE) -- Gaia, Inc. (NASDAQ:GAIA), a conscious community and media company, reported financial results for the fourth quarter and full year ended December 31, 2017.

**Fourth Quarter 2017 vs. Same Year-Ago Quarter**

- 80% subscriber growth generated 94% increase in streaming revenues
- Total revenues up 77%
- Gross margin up 50 basis points to 86.2%

**2017 vs. 2016**

- Subscriber count grew to 364,500 with a 78% increase in streaming revenues
- Total revenues up 64%
- Gross margin up 260 basis points to 86.1%

"The fourth quarter was highlighted by achieving our 80% subscriber growth rate target we announced in mid-2016, with lower than expected customer acquisition costs, resulting in another sequential quarter of declining operating losses," said Jirka Rysavy, Gaia's CEO. "Subscriber growth rate accelerated from 73% in the third quarter and 52% in the year-ago quarter."

Gaia's paying subscriber count increased 80% to 364,500 on December 31, 2017, from 202,300 on December 31, 2016. This is 300% higher than in the third quarter of 2015 when Gaia operated profitably, but with only 20% revenue growth.

During the quarter, Gaia grew its geographic subscriber footprint to over 170 countries, expanded its Spanish library, and launched Gaia in German and French.

**Fourth Quarter 2017 Financial Results**

Total revenues in the fourth quarter increased 77% to $8.4 million from $4.8 million in the same year-ago quarter. This was due to 94% growth in streaming revenues, which was driven by the 80% increase in paying subscribers versus December 31, 2016, achieving the company's target for the year.

Gross profit in the fourth quarter increased 78% to $7.3 million compared to $4.1 million in the year-ago quarter. Gross margin increased 50 basis points to 86.2% from 85.7% in the

   Gaia Reports FY 2018 Results                    SIGN IN    

# Gaia

## Gaia Reports  FY 2018 Results

March 04, 2019 16:05 ET | Source: Gaia, Inc.

BOULDER, Colo., March 04, 2019 (GLOBE NEWSWIRE) -- Gaia, Inc. (NASDAQ: GAIA), a conscious media and community company, reported {nancial results for the fourth quarter and full year ended December 31, 2018.

2018 vs. 2017





- 55% growth in revenues
- Gross margin up 90 basis points to 87.0%
- 51% growth in subscriber base to 550,000 from 364,500

Fourth Quarter 2018 vs. Same Year-Ago Quarter



- 47% growth in revenue (50% in streaming revenues)
- Gross margin up 100 basis points to 87.2%

...

"During the third quarter of 2018 when we surpassed the 500,000 paid subscriber milestone, we began to shift our customer acquisition focus primarily towards non-yoga subscribers and announced that over 80% of the subscribers acquired in the third quarter were in the Seeking Truth and Transformation channels," said Jirka Rysavy, Gaia's Chairman and CEO. "We have continued this focus in the fourth quarter and into 2019. In January we increased the monthly subscription price for new subscribers to $11.99, while grandfathering our existing subscribers until their {rst renewal in 2020."

"With the general increase in the implied cost of growth capital, we decided to increase the target minimum ratio between a subscriber's lifetime value and the cost to acquire them from our original target of 2:1, which we used for the past two years, to 3:1. As of February, this goal has been accomplished. We plan to further increase this ratio to 3.5:1, transition to positive EBITDA by the end of September 2019 and maintain revenue growth of around 30% going forward."

Gaia plans on commencing the marketing of its new $299 all access annual subscription in the second quarter with the announcement of the initial line-up of live events that will take place on its campus. This initial line-up of industry leaders includes Gregg Braden, Joe Dispenza, Caroline Myss and Graham Hancock. The {rst event will take place in June 2019.

2018 Financial Results

 Gaia Reports Fourth Quarter and Full Year 2020 Results    SIGN IN    

# Gaia Reports Fourth Quarter and Full Year 2020 Results

Fourth Quarter Revenues up 27%, Generates $3.9 Million in Cash

March 01, 2021 16:05 ET | Source: Gaia, Inc.








BOULDER, Colo., March 01, 2021 (GLOBE NEWSWIRE) -- Gaia, Inc. (NASDAQ: GAIA), a conscious media and community company, reported {nancial results for the fourth quarter and full year ended December 31, 2020.

Highlights

- 27% increase in revenues from the year-ago quarter
- Second sequential quarter of positive earnings and cash |ow
- Added 129,000 members during the year, ending with 728,000 paying members

"We had a very successful year in 2020, generating net income and cash | ows while maintaining our revenue grow th rate over 20%," said Paul Tarell, Gaia's CFO. "Beginning in July we reached the scale necessary to sustainably grow and maintain pro{ tability."

Fourth Quarter 2020 Financial Results

Revenues in the fourth quarter increased 27% to $18.6 million from $14.7 million in the year-ago quarter. This was primarily due to grow th in members and an increase in average revenue per member. Paying members increased to 727,600 as of December 31, 2020 with net member additions for the quarter of 30,300.

Gross pro{t in the fourth quarter increased 27% to $16.2 million compared to $12.8 million in the year-ago quarter. Gross margin increased to 87.1% versus 86.9% in the year-ago quarter.

Total operating expenses were $15.7 million, or 84% of revenues in the fourth quarter of 2020 compared to $15.3 million, or 104% of revenues in the year-ago quarter. The signi{cant reduction as a percentage of revenues is due to continued ef{ciency improvements in {xed operating expenses and reducing customer acquisition costs as a percentage of revenue to 43% from 50% in the year-ago quarter.

Net income in the fourth quarter was $0.3 million or $0.02 per share, which improved from a net loss of $2.8 million or $(0.15) per share in the year ago quarter.

EBITDA improved to $3.5 million compared to $0.2 million in the year-ago quarter and has continued to increase sequentially.