Case No. 1:20-cv-00742-DDD-KAS Document 356-7 filed 03/17/23 USDC Colorado pg 1 of 5

# EXHIBIT 7
## Draco 33% 1/3 good





www.AriStoneArt.com

DreamWalker Dream Diary Adventures of Ēnetka Tulina & the Trizad for Peace

ISBN-10: 0-9969608-1-3

ISBN-13: 978-0-9969608-1-6

Copyright 2017 Ari Stone Art, LLC

Author-Artist Ari Stone (Alyssa Montalbano)

All Rights Reserved. Printed in the USA

www.Amazon.com    retail

www.CreateSpace.com    wholesale

# Vampire Relations a Day in a Draco's Shoes

## August 2, 2016

Ēnetka found herself at one of her dad's former car dealerships. All over the premises bad vampires or wraith like beings were doing all manner of bad and disgusting things to the human beings there. Much like the Wraith in the Stargate tv shows, they would suck out the energy of the human with the palm of their hand, until the human withered and died. At least the bad vampire-wraiths were doing that. Ēnetka didn't quite know what to label them, as they seemed to be multiple species blended into one; wraith, vampire, Draco, reptile, and dragon. The bad ones were performing blood rituals, satanic séances, and were sexually molesting the children, babies, and women, and they would eat the men. Ēnetka was thoroughly disgusted at what she was about to do next, but it seemed to be the only way to rid the human population of the worst of them.

4 mins left in chapter                                    32%

could now understand how they felt little to nothing at all and how the ones that did the horrific things mostly did them because they would feel 'something'/'anything'. Some of them had apparently decided that was better than nothing at all, or it was simply primal urges. She was amazed that any of them at all chose to be 'good' considering they didn't even seem to get the positive feelings that most humans, and other beings, get to experience from making 'upright' choices. These feelings are taken for granted by humans. She felt that maybe 30% of this species, give or take 3%, were choosing to do good anyway. Having first-hand knowledge of what they see and how they experience life; by having been dropped into that form, Ēnetka was incredibly relieved when she woke up and could 'feel' again. She realized then and there what a gift it was to be in a form that could feel so much, so deeply, including love, and many other varied and colorful emotions. She also knew that something must be done in order to help this species, especially the ones already choosing to do good and getting no seeming 'reward' of feeling good, even when choosing 'right'. It occurred to her that those choosing to do right with no positive feeling rewards, may indeed be even nobler than other species choosing to do right that get the good feelings for it. She decided this was completely unfair and somehow this must be corrected. All species deserved to feel love and goodness from positive

1 min left in chapter                                    38%