# EXHIBIT 9
# Email Square Ships

Dream Intel: How to Ascend(?), how to overcome the "prior" agenda with Love; Aliens & 22-23 shapes; spaceship crash I release...

From:  aristoneart (aristoneart@ymail.com)

To:  sba.producer@gmail.com; spherebeingalliance@gmail.com

Date:  Sunday, June 25, 2017 at 06:22 AM MDT

Howdy,   I feel you also need to see these.

Here is the TOC

-Aliens give me 22-23 shapes to get to Drs
-Overcoming the "Prior" agenda through Love - no fighting
Pg 3-5

Dead bodies, spaceship crash, released silver light beings to assist on Earth
Pg 6-8

DIY turn shadow people into a tent that wants to have sex with you! Lol
Pg 9-10

Where "the Trizad of Peace" came from.  Pg 11

How to Transmute (Ascend?) Teleport ... can be done even if still dealing with serious personal anger issues like I was in 2007 and why it's important to raise vibration.  Pg 12-15

-MY sky lab, in a sky city?
-Christianity stuff
pg 16-20

Square Spaceships "the square ones" pg 21

New Rulers filled with Love and Gratitude  pg 22

How to fly lecture - by me  pg 23

DW and I dream maps - me rewriting / fixing pg 24 - 25

How will I meet my TF? Pg  26

Chess Master  pg 27-35


Again sorry so messy in writings, apparently it's how this lil artist 'rolls with it'.... I also try to write as fast as I can (I'm gonna venture out on a limb that that's obviously).... time for some zzzzs now.... took longer than I thought. But,  was a labor of love, so time flew by. :)

Good Night for me...Good Mornings to you...

Enjoy,  Alys


Sent from my Verizon, Samsung Galaxy smartphone

Howdy,   I feel you also need to see these.


Here is the TOC
-Aliens give me 22-23 shapes to get to Drs
-Overcoming the "Prior" agenda through Love - no fighting
Pg 3-5

Dead bodies, spaceship crash, released silver light beings to assist on Earth
Pg 6-8

DIY turn shadow people into a tent that wants to have sex with you! Lol
Pg 9-10

Where "the Trizad of Peace" came from.  Pg 11

How to Transmute (Ascend?) Teleport ... can be done even if still dealing with serious personal anger issues like I was in 2007 and why it's important to raise vibration.  Pg 12-15
-MY sky lab, in a sky city?
-Christianity stuff
pg 16-20

Square Spaceships "the square ones" pg 21

New Rulers filled with Love and Gratitude  pg 22

How to fly lecture - by me  pg 23

DW and I dream maps - me rewriting / fixing pg 24 - 25

How will I meet my TF? Pg  26

Chess Master  pg 27-35


Again sorry so messy in writings, apparently it's how this lil artist 'rolls with it'.... I also try to write as fast as I can (I'm gonna venture out on a limb that that's obviously).... time for some zzzzs now.... took longer than I thought. But,  was a labor of love, so time flew by. :)
Good Night for me...Good Mornings to you...
Enjoy,  Alys


Sent from my Verizon, Samsung Galaxy smartphone


Dream Intel 1111.pdf
25.7MB