# EXHIBIT 11

## Bill Ryan YT - 20 and Back and Relfe

(612) Richard Dolan talks to Bill Ryan in depth: Corey Goode, Andy Basiago, Bill Tom...   Page 1 of 16



Richard Dolan talks to Bill Ryan in depth: Corey Goode, Andy Basiago, Bill Tompkins, MUFON, and more

104,541 views

👍 1.5K    👎 221    ↗ SHARE    ≡+ SAVE    •••

AlphaZebra
Published on Jul 10, 2017

SUBSCRIBED 39K 🔔

** Edit, 4 August. Part 2 is now here: http://youtu.be/AGz_ha30lqg **

Recorded on 6 July 2017, this is a groundbreaking conversation with Richard Dolan, one of the very most respected and arguably important voices in Ufology.

For many months, Richard has said almost nothing about the widespread, concerning, serious problems of 'whistleblower' credibility. Here, at last, he speaks out, in full; and while he is careful and respectful as always, he does NOT mince his words.

To put it simply: Richard makes new, clear, on-record statements, and breaks new ground. Anyone who cares about the current serious problems in the Ufology research community has to hear this out, in full... right to the very end.

The problems, as many reading this will know, have been caused by various degrees of irresponsibility and/or very sloppy vetting (in some cases, no vetting whatsoever), and the over-eagerness of some individuals and organizations to offer celebrity platforms for claimed 'witnesses' who, Richard Dolan and Bill Ryan both argue cogently, have almost no credibility whatsoever.

Contrary to the inevitable claims of some, this is not an 'attack'. This is a DEFENSE of the field, a commitment — and a call to others — to retain respectability and high standards of evidence and research.

This is ALL about standards. And some people and organizations out there may not care an iota about research standards; their agenda seems to be sensationalism, popularity, money, commercialism, and a disturbingly populist, cult-like 'New Age' message that belongs NOWHERE in this serious field of research.

Here are a bunch of links that may be important and valuable.

The original, 17 year old '20-and-back' story, meticulously detailed and published in two free books, that many (including Michael and Stephanie Relfe) believe was plagiarized by Corey Goode. — http://TheMarsRecords.com

* Stephanie Relfe's e-mail to Bill Ryan, 4 June 2017:

(612) Richard Dolan talks to Bill Ryan in depth: Corey Goode, Andy Basiago, Bill Tom...  Page 2 of 16

Dear Bill,

Thank you for your words of support re The Mars Records and enlightening people about Goode.

We have posted your interview at http://TheMarsRecords.com.

Best regards, Stephanie Relfe

The interview Stephanie Relfe refers to is Bill Ryan's 3-part interview with Daniel Liszt, the 'Dark Journalist':
— 1: http://youtube.com/watch?v=qApt0XhbS0E
— 2. http://youtube.com/watch?v=p0ct3YAqEtM
— 3: http://youtube.com/watch?v=hp0yEEtDmjA

Kevin Randle's 4 July 2017 blog post, entitled "Are Some Tales Just too Wild to Believe: Corey Goode and Andrew Basiago":
— http://kevinrandle.blogspot.com/2017/...



Bill Ryan's 2007 'Jumproom to Mars' conversation with David Wilcock (Ryan was the first to coin the word JUMPROOM that Basiago always uses. Prior to his invention of the term, IT DID NOT EXIST... a clear marker of conscious or unconscious plagiarism):
— http://youtube.com/watch?v=VMwJmIRF7ZE

'Jumproom to Mars' transcript:
— http://projectcamelot.org/lang/en/dav...

Raw, unedited, mp3 files of Corey Goode's original interview with Christine Anderson, Sept-Oct 2014:
— http://projectavalon.net/Corey_Dallas...
— http://projectavalon.net/Corey_Dallas...

* Note: this is discussed at length by Richard Dolan and Bill Ryan, but in this, his very first interview, Corey Goode never ONCE mentioned the 'Blue Avians', the 20-and-back program, or even the word 'Mars'. All that suddenly happened later, as soon as he was granted a high-profile TV platform.

Bill Ryan's original 'The Truth About Corey Goode' piece:
— http://projectavalon.net/forum4/showt...

More details published by Bill Ryan in reply to Corey Goode's rejoinder:
— http://projectavalon.net/Bill_Ryan_fu...

MP3 audio of this video conversation:
— http://projectavalon.net/Richard_Dola...

Richard Dolan contact:
— http://RichardDolanPress
— keyholepub@gmail.com

Bill Ryan contact:
— http://projectavalon.net/forum4/forum...
— bill@projectavalon.net

Join the Project Avalon Forum:
— http://projectavalon.net/join

Donate to the Project Avalon forum (thank you!! Genuinely needed)
— http://projectavalon.net/donate

And lastly, here's a zip file of all the images used in this video (21 Mb):
— http://projectavalon.net/Richard_Dola...

Thanks to everyone ~~ let's all work together to restore respectability and high standards to this very important field.

| Executive producer | AlphaZebra |
| Category | Education |

SHOW LESS

1,143 Comments    SORT BY



2/19/23, 5:18 PM                The Mars Records Book 1: Clearing Sessions with a Biofeedback Meter Where a ... - Stephanie Relfe - Google Books

Try the new Google Books ›

**Books**

Add to my library     Write review

## Try the new Google Books

Check out the new look and enjoy easier access to your favorite features

GET PRINT BOOK

No eBook available

Amazon.com
Barnes&Noble.com
Books-A-Million
IndieBound

Find in a library
All sellers »

**Get Textbooks on Google Play**

Rent and save from the world's largest eBookstore. Read, highlight, and take notes, across web, tablet, and phone.

**Go to Google Play Now »**

▸ My library

▸ My History

Books on Google Play

## The Mars Records Book 1: Clearing Sessions with a Biofeedback Meter Where a Man Regained Hidden Memories of Military Service on Mars (with Meter Readings)

Stephanie Relfe
Relfe, Michael, 2000 - 377 pages

0 Reviews

Search inside

Preview this book »

## What people are saying - Write a review

We haven't found any reviews in the usual places.

## Related books

The Mars Record...
Stephanie Relfe

The Mars Force ...
Stephanie Relfe

# THE MARS RECORDS

## Biofeedback Meter Sessions
## Where a Man Regained Hidden Memories
## Of Military Service on Mars

## With Meter Readings

**Version 1.2**

*by Stephanie Relfe B.Sc. (Syd.)*



Signature Not Verified

VeriSign

Copyrighted material

*Copyright © 2000 Stephanie Relfe*
*All rights reserved*

Any part of this book may be copied at anytime, provided that:

1. It is not taken out of context or modified in any way.

2. Credit is always given to www.metatech.org or to the original publisher.

All articles not written by Stephanie Relfe are the property of their respective owners and were acquired under the public domain of the internet.

Other copies of this book are available for free by downloading at

**www.metatech.org**
**www.themarsrecords.com**

*Mail Address*

To obtain a mail address for Stephanie Relfe, please visit www.metatech.org or send an email to :
**mail@metatech.org**

(If you don't have an internet connection or friend to email for you, please visit an internet café, library or kinko's copy shop).

Copyrighted material

