# EXHIBIT 12

## Goode Trademark 20 and Back

 **United States Patent and Trademark Office**

**Home**|Site Index|Search|FAQ|Glossary|Contacts|eBusiness|eBiz alerts|News

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Wed Feb 22 03:17:23 EST 2023

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:            OR   Jump   to record:            **Record 4 out of 12**

( Use the "Back" button of the Internet Browser to return to TESS)

**20 AND BACK**

| | |
|---|---|
| **Word Mark** | **20** AND **BACK** |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: paper goods, namely, comic books; Comic strips; Posters; Magazines featuring printed stories in illustrated form and comic book stories and artwork; Printed periodicals in the field of comic book stories and artwork; Printed visuals in the nature of comic book stories and artwork; Series of fiction books; trading cards, namely, collectible trading cards. FIRST USE: 20140501. FIRST USE IN COMMERCE: 20140501

IC 025. US 022 039. G & S: clothing; namely, T-shirts, sweatshirts, pajamas, hats, bandanas, socks, Halloween and masquerade costumes for men, women and children. FIRST USE: 20140501. FIRST USE IN COMMERCE: 20140501

IC 041. US 100 101 107. G & S: entertainment services in the field of film and television, namely, the production and distribution of motion picture films, animated movies, television programs and creation, production and distribution of computer generated images for motion picture films, animated movies, videos, animated videos, television programs; animation production services; providing television and motion picture audio and visual special effects animation services for film, video and television; film studios services, namely, pre-production, and post-production for motion pictures, videos, animation and television programs; production of sound recordings; providing on-line non-downloadable interactive computer game software over an electronic network that may be accessed network-wide by network users; providing online computer games; providing websites featuring information in the field of entertainment relating to comic books, motion picture films, animated television programs and video games; providing news and information in the field of entertainment relating to comic books, motion picture films, animated television programs and video games over an electronic network; amusement park and theme park services; educational services, namely, developing, arranging and conducting educational seminars and programs in the field of comic books; and subscription-based online on video services, namely, providing films not downloadable via video-on-demand transmission services. FIRST USE: 20140501. FIRST USE IN COMMERCE: 20140501 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87821401 |
| **Filing Date** | March 6, 2018 |
| **Current Basis** | 1A |

| | |
|---|---|
| Original Filing Basis | 1A |
| Published for Opposition | February 12, 2019 |
| Owner | (APPLICANT) Goode Enterprise Solutions, Inc. CORPORATION TEXAS 1140 US HW 287 Ste 400-266 Broomfield COLORADO 80020 |
| Attorney of Record | VALERIE YANAROS |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |