# EXHIBIT 13

## Bill Ryan and Goode message



mods had all rejected).

The recorded audio took a great deal of editing, to make the published version a lot more coherent than the original really was. There were many long pauses, hesitations, ramblings, and stumblings. Corey stated that he was on quite heavy pain medication, was on disability, had problems with his memory, and had not been working for quite a while. (He lied about this later, publicly claiming that he'd been earning a 'six figure income'. This was a flat-out falsehood.) I have all the original raw audio archived.

All this time, he'd been continuing to make valid and interesting contributions to the forum. It seemed as if he might know something, somehow, but by the time we reached December 2014 it was clear that he was damaged or compromised in some way.

Further problems appeared that same month, when it became known that Corey was 'counseling' over 30 Milabs (military abductees), despite being quite unqualified to do anything of the sort. The forum has a duty of protection, as Milabs are real people with often real and very serious problems, that need the most expert help.

We didn't know who all these people were, as Corey was doing this behind the scenes using the forum as a kind of catchment area. We received a report from one person (a current forum member) who'd been shocked, appalled and angered that Corey had totally (and sensationally) misrepresented her story to myself. That's all documented, also.

His wife Stacy then joined the forum, with username **SilverPhoenix**. All her posts can be searched for. For reasons unknown, she made an incorrect statement in a forum post that I'd been a member of the Church of Scientology: she cited the wrong 'Bill Ryan' in her 'research' — an American, an older person, and certainly not myself.

I edited her post to correct it — quite mildly — but as circumstance would have it, I was already late for an appointment and had to leave before I could PM her to let her know why I'd made the edit. I returned 4 hours later to find that all hell had broken loose, and that she was protesting she'd been 'censored'.

Corey took her side in the ensuing fracas, while Stacy continued to vent, very much out of control. In one of her several very long posts she revealed that Corey had been in extensive contact with higher authorities — one of whom was a 'senior member of the Church of Scientology', which might raise an eyebrow or two — to assemble a 'dossier' on me and one other unnamed person that extended to over 70 pages. All this can be read in detail on this thread:

- https://projectavalon.net/forum4/show...ogy-References

(Very possibly connected with this, Corey had a couple months earlier been granted security access to the FBI database, and could use this to check up on any person he wanted — something he Skyped to me in person.)

The ensuing firefight, all of which was instigated by Stacy and Corey, resulted in Stacy being unsubscribed, at which point Corey left of his own accord. He was never banned from the forum.

What happened after that was that Corey opened a blog page, now taken down by him (but all of which has been archived), which was brimming with falsehoods and a deliberate, concerted attempt to smear Avalon publicly.

Coincidentally with that, he was now talking with David Wilcock, recounting a suddenly highly polished, enhanced and embellished version of the hesitant and fragmented story he'd told Christine. I wrote to David to warn him of the documented history, but he was not interested. (Kerry also tried to warn David, but that, too, was not heeded.)

I have correspondence from one person who claimed to be intel-connected (this is unproven, and there are reasons to doubt this, which is entirely another story) that Corey had, in January 2015, been recorded under surveillance, without his knowledge or permission, and had been planning with Stacy, in their home, what story to invent to tell David Wilcock. (His webcam and computer audio had been remotely activated, something we all now know is simple for the agencies to do.)

Again, this is unproven, but the claim was credible. It seemed that Corey was seeking stardom (he needed the money, very urgently), and that while the intel

agencies knew exactly what was happening — they often do, of course — they were quietly sanctioning all this, as it played right into their agenda.

It seems quite possible that Corey had NOT been instructed to go public with invented or embellished stories, but that when he did, he received full, passive 'support'. (Or — the entire roll-out of events might have been pre-programmed, just like setting up the cycle on a washing machine. This can be done, too.)

The same person who reported the existence of the surveillance video shared a screenshot of a Skype text chat with Corey, in which Corey confirmed that he was 'now on the pay roll', and referred to 'a superior'. What exactly that means is quite an interesting question.



Even though this summary is a long one, there's not nearly enough room here to dissect his claims about the Secret Space Program, the 'Blue Avians', how he was a kind of selected special envoy to major multilateral United-Nations-style ET meetings, the 100 Jupiter-sized spheres that he claimed were in the Solar system (of course invisible, and undetectable by any known means), and ridiculous extremes like the Hollow Earth.

Even his claim to have been age-regressed and memory-wiped was a direct copy-and-paste of the extraordinary (but plausible and well-documented) claim by **Michael Relfe** from a decade and a half earlier.

As I've explained previously, *if he'd really had the experiences he claimed, he'd never be allowed to talk.* (Kerry and I were told that genuine Camelot whistleblower Henry Deacon (real name Arthur Neumann), after his impromptu public statement on stage with Bob Dean at the July 2009 Barcelona Exopolitics Conference that he had been to Mars, *"would never be allowed to talk about that again":* a prediction, or a warning, that appears to have been very accurate.)

As I've also mentioned elsewhere, one might imagine the possibility of Ed Snowden having his own show on Gaia. It'd never happen: he'd be marched away in handcuffs within hours of appearing at the studio. 😊

The extremely strong likelihood is that Corey is, as they say, 'damaged goods'. (**As Richard Dolan said** to Jimmy Church, rather in exasperation: *"I think that there's something desperately wrong with some of these individuals who come out as so-called whistleblowers. There's something not right about them."*)