# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----
Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,


LIGHT WARRIOR LEGAL FUND, LLC;
David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION
Valerie Yanaros,

Third-Party Defendants.

## NOTICE OF ELECTRONIC CONVENTIONAL VIDEO FILING

COMES NOW, Alyssa Chrystie Montalbano, Counter Claimant and Third-Party Plaintiff, and files this Notice of Electronic Filing of conventional video material:

**Exhibit 14** to THIRD AMENDED COUNTERCLAIMS COMPLAINT, Deposition of James Corey Goode September 26, 2022, Denver Federal Court case 1:20-CV-00947 [#25]. (3:06:45 PM -  3:15:56 PM)

03:08:00 - 03:10:00 Goode stating he and Roger Ramsaur conspired together to coerce Bill Ryan at his home (in another country (Ecuador)) via a paid third-party using 'thug tactics' to try to silence Mr. Ryan. Goode also alleged Bill Ryan is a chief cyberstalker of his.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Counter-Claimant, Third Party Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 17th day of March 2023 a copy of the foregoing NOTICE and conventional video Exhibit were mailed to the Clerk of the Court at Alfred A. Arraj United States Courthouse, Room A105, 901 19th Street, Denver, Colorado, 80294-3589; and are lawfully served upon appeared parties and counsels pursuant ECF Rule 4.8(f).

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen