Case No. 1:20-cv-00742-DDD-KAS   Document 356-15   filed 03/17/23   USDC Colorado   pg 1 of 19

**EXHIBIT 15**

2/20/23, 8:28 PM                    Corey Goode Mega-Update: Ancient Builder Race- Recovering Humanity's Billion-Year Legacy | Divine Cosmos

# Corey Goode Mega-Update: Ancient Builder Race- Recovering Humanity's Billion-Year Legacy

Posted by David Wilcock | Jan 12, 2018 | David's Blog | Jump to Comments (319) 💬

- **Part One: Corey Goode Mega-Update: Ancient Builder Race- Recovering Humanity's Billion-Year Legacy**
- Part Two: The Anshar and Oumuamua
- All Pages

The Secret Space Program has landed on and entered Oumuamua, the mysterious cigar-shaped "asteroid" that NASA announced in December.

What they found was a technological wonderland that they estimate to be over a billion years old — from what insiders call the *Ancient Builder Race.*

The Ancient Builder Race apparently left crystalline domes, pyramids, obelisks and underground cities all throughout our solar system as well as many neighboring ones.

This was described in *The Ascension Mysteries,* along with compelling NASA imagery of some of these ruins on the Moon, asteroids and elsewhere.

This stunning "homecoming" is only one of a series of events that transpired in the world of the Secret Space Program as of December 2017.

Corey Goode was brought out on two major occasions for his most remarkable series of visitations and experiences since at least the winter of 2016, if not the very beginning.

These experiences involve all of the characters we have met throughout this entire saga. Many of the storylines have been resolved in remarkable ways.

The ultimate takeaway is that we have turned a pivotal corner in the war against the dark forces on earth, in our solar system and beyond.

In my personal estimation, this is also the best and most interesting update Corey has ever written. I am happy and honored to help in its release.

**SOME ORIENTATION IS NECESSARY**

In order to fully understand what you are about to read, it is important to note that this is the latest installment in a very epic narrative that began in March 2015.

It was at this time that Corey was brought up to an alleged secret base on the moon, known as Lunar Operations Command or LOC, for the first time in many years.

This happened almost immediately after he had finished giving me his entire testimony over the phone in the preceding four months, all of which I was documenting for reference.

Corey claims to have worked for the Secret Space Program or SSP, an unacknowledged top-secret build-out of humanity in space that has occurred since the mid-20th century.

The reason I took Corey seriously is that by this point, I had spoken to many other insiders with very high-level security clearance who had revealed to me how real all of this was.

**VERY HIGH STAKES**

I recently described the top ten of these insiders in *Stunning New Briefings,* which emerged as a gift on Christmas Day 2017.

That same article debuted another long-term insider who has been quietly passing me intel for ten years — Emery Smith.

2/20/23, 8:28 PM                                  Corey Goode Mega-Update: Ancient Builder Race- Recovering Humanity's Billion-Year Legacy | Divine Cosmos



Emery claims to have autopsied some three thousand different species of ET while working at Sandia Labs on Kirtland Air Force Base.

Many of the things he told me were later independently verified by other insiders, including Corey Goode.

The depth and sophistication with which these different witness testimonies all fit together has convinced me that they are telling the truth, and referring to a greater whole that does indeed exist.

Emery decided he had to come forward after having everything stolen, an armor-piercing bullet left on his countertop, and then a head-on collision.

We formally announced his debut episode on Cosmic Disclosure to the world on Christmas Day, after a "soft launch" of the episode had occurred the week before.

The very next day, three black SUVs abducted his dog. Within hours he became so sick with apparent influenza that he had to go to the emergency room.

As we launch this article, he is again receiving hospital care for this severe illness.

These events only further seemed to confirm that "someone" — namely the Deep State — very much did not want him to come forward with this stunning intel.

**COREY STRUCK WITH THE SAME FLU**

Sadly, a very similar thing just happened to Corey. He was supposed to be going on the air with Jimmy Church last night in conjunction with this article's originally-intended release.

Instead, both Corey and his daughter became so sick with the same severe influenza that I had to fill in for him at the last minute, upon his direct request.

He had a fever of 103, which is not seriously life threatening unless it went higher. He also has had unrelated, strong pain in his eye after a surgical procedure.

I am saying this to let you know that he should be fine. This is not likely to be life-threatening. He was out by the following morning.

Nonetheless, the timing — and the similarity with what happened to Emery — is very suspect. Emery is again in a hospital now.

That only makes it even more urgent that we get this briefing out to you, and frame it with enough context that you can understand it even if you are new to this.

**VARIOUS WAYS TO FAMILIARIZE YOURSELF**

If you have been watching Cosmic Disclosure, our weekly show on Gaia, the overview I am about to give should be familiar to you.

We have discussed these various characters and storylines extensively over the last two and a half years, in a half-hour episode per week.

Furthermore, I went through the entire storyline in this article and its "big picture" implications in last night's radio show, which I feel is a "must listen" for you to better understand all of this.

My appearance begins at the 32:27 mark, and continues on for two and a half hours. Somehow we managed to get through all the contents of this article.

Corey was very impressed with how we were able to cover each key element of this entire briefing in the course of one three-hour program.

https://divinecosmos.com/davids-blog/1225-abr-legacy/                                                                                                                             2/19

Case No. 1:20-cv-00742-DDD-KAS   Document 356-15   filed 03/17/23   USDC Colorado   pg 3 of 19

2/20/23, 8:28 PM                                    Corey Goode Mega-Update: Ancient Builder Race- Recovering Humanity's Billion-Year Legacy | Divine Cosmos

Listen to "FADE to BLACK host: Jimmy Church guest: Corey Goode" on Spreaker.

CLICK HERE TO HIT THE WEDNESDAY, JANUARY 10TH RADIO SHOW PAGE

## THE BREAKAWAY CIVILIZATION

In order to understand what you are about to read, it is necessary to have enough room in your imagination for a very epic re-envisioning of reality as we know it.

This vision goes significantly beyond what most people are used to hearing in the UFO community, even in the more esoteric versions out there.

The Roswell crash and other such advanced wreckage supposedly allowed us to achieve interplanetary and interstellar travel.

As a result, we covertly began building bases in many different areas throughout our solar system, including the Moon, Mars and other planets' moons as well.

The "Brain Drain" in the 1950s was the beginning of a massive effort to relocate 35 million individuals in that decade alone — truly the cream of the crop in their various fields — out to these locations.

This has since turned into what Richard Dolan would call a "Breakaway Civilization", with a population in the hundreds of millions.

We are dealing with a group that has far more technological advancement than anything else we see on earth, and whose members are almost completely forbidden from ever returning.

This Secret Space Program, or SSP, was originally founded and controlled by very negative-leaning elements on earth that we call the Deep State, Cabal, New World Order or Illuminati.

Despite the super-high technology, in many ways life in the SSP is signifcantly worse than life on earth because of this sinister influence.

## WHO IS REALLY AT THE TOP?

At the higher levels, we find out that the Deep State is in turn being controlled by highly negative reptilian-looking humanoid ETs called the Draco or the Saurians.

Multiple insiders I have spoken to have confirmed the existence of these types of beings, including the late William Tompkins. They are openly visible in the SSP.

During WWII, Tompkins personally debriefed 23 different American spies embedded in Germany's secret space program, and heard about these malevolent ETs working directly with the Nazis.

Corey's intel recenty revealed that the Draco are in turn infested with "nanites" of a predatory, malevolent artificial intelligence, or AI.

This AI basically wants to destroy all biological life. Ultimately even the Draco are just pawns the AI is manipulating in a greater game to achieve this goal.

What was referred to in various religious texts as Satan, or "The Adversary," appears to be a vague description of this negative consciousness that will only interface with us through technology.

It knows that if it takes upon flesh, it becomes subject to karma and judgment — and therefore it will only interface with us through non-biological means.

The AI has successfully wiped out entire planets, solar systems, and possibly even galaxies, but in this case it appears we are winning the war.

Yep. We're *waaay* down the rabbit hole here, as you can already tell by now. Yet, these stories check out remarkably well among all the highest-level insiders.

## A BRIEF WORD ABOUT EXTRATERRESTRIALS

Now that Emery has come forward, I can speak more precisely about some of the things I learned over the years.

It turns out that our galaxy is literally bursting with Earth-like planets and intelligent civilizations. NASA has publicly estimated there are over 40 billion Earth-like planets in our galaxy alone.

Case No. 1:20-cv-00742-DDD-KAS   Document 356-15   filed 03/17/23   USDC Colorado   pg 4 of 19

2/20/23, 8:28 PM                                   Corey Goode Mega-Update: Ancient Builder Race- Recovering Humanity's Billion-Year Legacy | Divine Cosmos

What you learn "on the inside" is that intelligent civilizations invariably have bodies that are humanlike or at least hominid in appearance.

Emery calls this "the five-star formation" — the head, two arms and two legs. It isn't always this way, but it again is very common.

The complex biosphere we see on Earth allegedly appears in much the same way on other Earthlike planets.

What changes, however, is the exact species on that planet that ends up developing into a humanlike form.

You can therefore have humanlike beings with characteristics that reflect every type of life we see here on earth, including insects, aquatics, mammals, birds and reptiles.

Thankfully, 95 percent of all space-faring civilizations out there are positive and benevolent. The Draco Reptilians are effectively the bullies of our galaxy.

## THE SSP ALLIANCE AND THE SPHERE BEINGS

Corey's testimony about the hidden interstellar community around us has gone significantly beyond the clues I gathered from other insiders.

At the same time, he knew many dozens of specific, highly classified data points I had already assembled, and never shared anywhere online.

None of us could have possibly expected what happened in March 2015, when Corey had an SSP craft land in his yard and bring him up to the LOC.

As we have reported before, Corey was brought into a conference room filled with people of all different races from earth, wearing the usual space-program one-piece jumpsuits.

They were key members of an alliance that had formed within the SSP, seeking to break the secrecy and return all of their technology and facilities to the people here.

Corey was asked to stand up on stage in front of these people by Gonzales, an SSP Alliance member he had just met. He was given no further instructions.

Suddenly, the crowd was shocked as two unfamiliar-looking, tall ETs appeared behind Corey as he stood there.

This next illustration shows what we have called the Blue Avian race as well as the Golden Triangle race. One of each appeared behind Corey.



## THE BIG CONFERENCE AND THE LAW OF ONE

At this point, Corey became a conduit for these beings to speak to the assembled crowd. For whatever reason, the beings could not communicate with the SSP Alliance directly.

They needed an intermediary to do so — and they chose Corey.

This happened immediately after Corey had spent four months telling me everything he knew about the SSP, and had just come forward with his real name.

The SSP Alliance realized they were dealing with a very significant new ET group. One of the first questions they asked was, "Are you the Ra from the Law of One?"

Case No. 1:20-cv-00742-DDD-KAS Document 356-15 filed 03/17/23 USDC Colorado pg 5 of 19

2/20/23, 8:28 PM                   Corey Goode Mega-Update: Ancient Builder Race- Recovering Humanity's Billion-Year Legacy | Divine Cosmos



The Law of One is a series of five books, channeled by L/L Research Company between 1981 and 1983. It has formed the basis of my entire life's work ever since I began reading it in 1996.

I heard about it in late 1995 in a book by Scott Mandelker, Ph.D., who said it was by far the greatest philosophical and spiritual treatise he had ever read.

His doctorate was in East-West psychology, and he felt that it captured the deepest essence of Buddhist and other Eastern religious teachings perfectly.

The Law of One was the result of 20 years' worth of research into trying to perfect channeling, after the pioneering work of W.B. Smith proved it could be very accurate under certain circumstances.

The verbiage was very dense, almost as if the source needed to create a new language to articulate certain concepts. I would often stay on one page for 45 minutes.

The material was so heavy, and connected so many dots for me, that I actually moved in with Carla Rueckert and Jim McCarty from early 2003 to the end of 2005.

I was the first person to live in the questioner Don Elkins' room after his death. When I moved in, everything was exactly as it had been ever since he died in 1984.

The most surprising thing for me after I moved in was how *ordinary* Carla and Jim appeared to be.

## SURPRISING VALIDATIONS

Another surprising determination during this time was that I had figured out a lot more of what the Law of One was saying than Carla had — even though her voice spoke the words.

You can read the entire Law of One series free online, and do targeted keyword searches, at lawofone.info.

It can also be very helpful to own paperback copies of the books, which are available at llresearch.org.

I truly do consider this the Ph.D. of channeled material. Don Elkins, a Ph.D. physicist, often had a very hard time understanding what he was being told.

When I found it, I soon realized it was the most profound, game-changing material I had ever gotten my hands on.

My first book *The Source Field Investigations* extensively validated the scientific models in the Law of One. Then, *The Synchronicity Key* explored its many clues into the science of cycles.

The third and most recent book, *The Ascension Mysteries,* gave often-requested personal info in the first half and a Law of One-validating cosmic history of our solar system in the second half.

Even after three 500-page books exploring these topics, I feel I have barely scratched the surface of all the data contained in the Law of One series. There is nothing else like it available, period.

## CONFIRMATION

By the time Corey had re-appeared at the LOC as an invited guest, the Alliance knew who he was, and that he had been working with me.

The Alliance knew the only way they could speak to these beings, who called themselves Guardians, was through this person they requested by name — Corey Goode.

Case No. 1:20-cv-00742-DDD-KAS   Document 356-15   filed 03/17/23   USDC Colorado   pg 6 of 19

2/20/23, 8:28 PM                              Corey Goode Mega-Update: Ancient Builder Race- Recovering Humanity's Billion-Year Legacy | Divine Cosmos

When asked "Are you the Ra from the Law of One," the Blue Avian only answered, "I am Ra Tear-Eir."

Each answer in the Law of One series begins with the same first three words: "I am Ra."

This was a compelling clue. It was actually a dead giveaway when you understand how carefully these beings must protect free will.

When I asked the same question after hearing all of this, and wanted an answer, I clearly heard "Go outside now" in my mind. A beautiful rainbow over the valley was waiting for me.

About a year later, the beings finally confirmed to Corey that they were indeed the authors of the Law of One material. By that point Corey and I had already become certain of the connection.

In all my years of studying the Law of One, I could never possibly have expected that these beings would actually show up in physical form.

I had always assumed they would remain hidden indefintiely, and only appear after a stunning quantum leap in our evolution that most people call Ascension.

## THE SOLAR FLASH AND ASCENSION

Another key aspect of Law of One scholarship, which is also rooted in a variety of other forms of research, is the idea that we are going through Ascension now.

This may not be visible to us, as life can seem to be very depressing and harsh — but there are much greater forces at play here.

As I have been discussing every week now in my show *Wisdom Teachings,* our entire solar system is undergoing massive climate change like we see on earth.

These are huge, discontinuous events, and the scientific data has all been updated right to the present. It keeps getting more and more intense. It is a must-see.

We are seeing the sun and planets becoming brighter, hotter, more magnetic, having more ozone and charged particles, more X-ray emissions, and so forth.

Thirty-five different ancient traditions, as compiled by historians Santillana and von Dechend, all predicted we would enter into a "Golden Age" after going through this process.

The best of these traditions clearly predict that this quantum leap will be kicked into high gear as the sun gives off an epic flash of bright white light — much greater than usual.

The entire second-to-last season of *Wisdom Teachings* was all dedicated to the many different prophecies we find of this event.

It is woven throughout all major religions as well as many other ancient traditions. The similarities suggest there must have been a unified, hidden effort to predict this for our time.

## GRADUATION

The people in the Secret Space Program have identified that these changes are being caused by a very hot and magnetic interstellar cloud our solar system is drifting into.

NASA only formally announced the data to support this with the work of Dr. Merav Opher beginning in 2009, as I have been reporting on *Wisdom Teachings.*

The SSP has taken Roswell-type ships out there and studied this "frothy" cloud in detail, as well as the profound effect it is having on our solar system.

The visible charge-up of our planets is a major signpost of this coming solar energy flash. Everything is measurably building up to a grand crescendo.

The entire visual appearance of some of the planets has changed radically in just the last few years, as one example.

2/20/23, 8:28 PM Corey Goode Mega-Update: Ancient Builder Race- Recovering Humanity's Billion-Year Legacy | Divine Cosmos



Saturn 2011



Uranus 2006







Neptune 2011 and 2017

William Tompkins told me everyone on the inside knows this event is coming, but each person may have a completely different idea of what it is and what it will do.

The Law of One's perspective is woven throughout all five of the books, and makes it very clear that this will be a profound evolutionary leap for humanity.

Case No. 1:20-cv-00742-DDD-KAS   Document 356-15   filed 03/17/23   USDC Colorado   pg 9 of 19

2/20/23, 8:28 PM                         Corey Goode Mega-Update: Ancient Builder Race- Recovering Humanity's Billion-Year Legacy | Divine Cosmos

Only the most negative beings will be adversely affected by this process. For them it will indeed be deadly.

Everyone else either "graduates," if they are ready, or gets safe passage in a cosmic Noah's Ark-type situation to a new planet to continue in "third density."

## FOURTH DENSITY

The people who stay with the earth end up transforming into "fourth density." You still have a physical, human-looking body — only at its core it is more energetic and capable.

This is what so many different ancient prophecies, from all over the world, have been telling us will happen for thousands of years, in less-specific terms than the Law of One.

This prophecy of Ascension is also the cornerstone of the major world's religious teachings, including Judaism, Christianity, Islam, Buddhism and Hinduism.

The fourth-density body will be far more telepathic, will have an awareness of the afterlife and reincarnation, and will have the potential for great feats like telekinesis and levitation.

Our everyday, waking awareness will have elements that are similar to a psychedelic experience, which we will need to learn to adapt to.

The Law of One makes it very clear that this graduation is not automatic. You have to earn it by being a good person.

This literally translates as being at least fifty-one percent focused on "service to others," meaning that you are a loving, forgiving and compassionate soul.

You can be 49 percent manipulative and controlling, or "service to self," and still be able to graduate. At your core, you simply have to be more loving than controlling and manipulative.

If there is one thing you take out of everything you are reading here, I hope it will be to put this practice of compassion to work in your own life, starting now.

## GIANT SPHERES AND 2012

I was widely attacked on the internet when the Mayan Calendar end-date came and went without any solar flash or Ascension-related events.

The scholarship surrounding this date was extremely rich, but I also knew as we got close to it that we were not ready for this to happen as a planet.

The SSP Alliance was very interested in understanding why hundreds of huge, planet-sized spheres had drifted into our solar system and cloaked, many in 2012.

Ra explained to the gathered crowd, through Corey, that these spheres were able to prevent the solar flash from happening until we, as a collective, were spiritually prepared for it.

One of the most important preparations we must go through is getting at least some degree of cosmic disclosure — about who we really are and what is really going on.

Exposing the true ugliness of the Deep State, including satanism and pedophilia, is only the first step of this process.

Far more important is that we see the barriers of secrecy come down around UFOs and the existence of the secret space program.

The awe-inspiring psychological shifts this will cause in the mass public will lead to widespread spiritual awakenings that will much more directly prepare us for this shift.

In fact, the Law of One says that we will ultimately determine when the shift happens by our collective, overall level of spiritual advancement.

## WHEN WILL IT HAPPEN?

Since 2012 was obviously a bust, most people believe that the whole story was 'fake' and has been discredited. Nothing could be further from the truth.

Interplanetary climate change keeps getting more and more intense. Disclosure is ramping up on Earth, big time. The good are getting better and the bad are getting worse.

Millions of people are having powerful dreams and other visionary experiences on an ever-increasing basis. We are heading right into Ascension at top speed.

Although no one knows for sure when the flash is anticipated to happen, the SSP has used various methods to calculate an approximate, expected time window.

When we combine what the various beings who have spoken to Corey have told us, as well as these insiders, it appears this will happen by or before 2023.

It might be sooner than that, but it is apparently not likely to be any later. Again, the real key has to do with our overall readiness for it as a collective.

The SSP Alliance was very interested in what Ra had to say about this event, and its consequences, in that very interesting meeting of March 2015.

The Alliance heard that the giant spheres would "buffer" the transition to make it smoother, and eventually phase out of existence entirely as we got close.

That is now happening. The spheres have already just about disappeared. That is just one small part of Corey's latest briefings from the ET side of things.

## THE ANCIENT BUILDER RACE

There are many interesting characters that have appeared in the Corey Goode / Cosmic Disclosure saga. At times I will insert paragraphs to help explain the back-story as we go along.

One key point that is worth addressing before we get started, however, is this notion of the Ancient Builder Race as it relates to the Law of One.

First of all, there are two different SSPs — the Navy / Interstellar program Corey was in, and the Air Force / MIC program other insiders I know are aware of.

The MIC (military-industrial complex) program is predominantly centered in cloaked, flying aircraft carriers like we saw in *The Avengers.* They have craft that cannot leave our solar system.



As a whole, they were apparently designed for a "Partial Disclosure" scenario, so that the deeper Navy / Interstellar SSP could still remain secret.

If the MIC SSP members were questioned, even under torture, they would only reveal what they believed — which is that they were the best game in town.

The MIC SSP people are well aware that our solar system is a "cosmic junkyard" of very ancient, crystalline ruins — such as domes, obelisks, pyramids and underground cities.

The oldest of these ruins date back some 2.5 billion years. The people who built them are invariably referred to as the *Ancient Builder Race.*

Very little is known about these people, simply because all written inscriptions had been scratched off, and their technologies largely plundered.

## DIRECT CONNECTION WITH THE LAW OF ONE

After Corey shared this with me, I eventually realized this was directly connected to material in the Law of One.

Specifically, the civilization calling itself Ra said it had originated on the planet Venus in our solar system.

They explained that they built pyramids and obelisks, and reached a profoundly high level of technology before their own Ascension into fourth density.

Furthermore, it is very clearly stated that they had evolved out of third density on Venus approximately 2.6 billion years ago as we measure time.

I had never forgotten that after reading it in 1996.

The Klerksdorp stone spheres appear to be intelligently built, and were found embedded in rock strata that is about 2.8 billion years old.



This may be one small archeological clue to support the idea that this civilization had visited Earth during this same timeframe.

The data is much greater within the SSP. They have dated many different ancient ruins as being one to two billion years old, if not more so, with advanced methods.

I didn't immediately figure out that Ra was the Ancient Builder Race, but once I did, it answered many different questions raised by Corey's material.

The exact timing of Oumuamua's entrance into our solar system does not appear to be an accident in light of what Corey witnessed in December 2017.

This cosmic saga you are about to read culminates with the MIC SSP discovering a surviving, ancient ship from the Ancient Builder Race — and going inside.

Again, this ship is being called Oumuamua by NASA. It may soon become the most significant tool for disclosure that we have ever seen.

## WITHOUT FURTHER ADO….

Let's now dive directly into Corey's latest update. As I said before, at various points I will insert paragraphs of back-story in case you are new to this.

All of what you are about to read was written by Corey and based on his alleged in-person experiences in December of 2017.

Hardly anything has been modified except for small corrections in grammar and sentence structure.

## BEGIN COREY GOODE UPDATE

COREY GOODE: I had been receiving a clear uptick in dream communications with Tear-Eir over the last ten weeks.

[DAVID WILCOCK: Tear-Eir is the key being from Ra that Corey has been working with since this all started.]

Most of the communications that I received were dealing with the preparations being made by various races for the arrival of the two new guardian races that were members of the Sphere Being Alliance.

[DW: The Sphere Being Alliance includes the spheres themselves, as they are alive, as well as five different high-level ET groups including the Blue Avians and the Golden Triangle beings.]

During this timeframe, I have also had a large number of briefings. This included a few meetings with Earth Alliance, SSP Alliance and the Anshar. I also had a very strange and intense encounter with Gonzales and the Mayans.

[DW: The Anshar are humanlike beings living in huge cities under the earth's surface.

They are directly discussed multiple times in the Law of One series, but not with this same name.

The Mayans are a group of humans from the Mayan civilization who made their way into space thanks to the ET contact they had at the time.]

## LARGE-SCALE MEETINGS

These briefings all led up to large-scale meetings between the Sphere Being Alliance, the Super Federation and the Draco Federation.

[DW: The Super-Federation is a group of at least 60 different ET races that have been tinkering with our genetics on Earth for thousands of years.

We will have much more to say about them as we go on. The Draco Federation is an alliance of the evil, reptilian ETs and other groups under their control.]

Case No. 1:20-cv-00742-DDD-KAS   Document 356-15   filed 03/17/23   USDC Colorado   pg 12 of 19

2/20/23, 8:28 PM                    Corey Goode Mega-Update: Ancient Builder Race- Recovering Humanity's Billion-Year Legacy | Divine Cosmos

Most recently I was brought to a meeting where the Inner Earth Groups, Sentinels and the Sphere Being Alliance Delegates from the local 52 stars in our stellar neighborhood were introduced to the new guardians.

[DW: The Sentinels appeared as guardians of Ancient Builder Race ruins that Corey allegedly visited on the planet Venus in 2016, as an invited guest.]

Consequently, the Blue Avians and Golden Triangle Beings left us with a message before saying goodbye to our density.

## SURROUNDED WITH BOXES

I will start back in the time frame of mid-October of 2017. I was in the living room of the house we just moved out of in Plano, Texas.

It was around 3:30 AM. I was looking over art that we were thinking of using in the graphic novel we are working on, which interestingly enough is going to be titled *Return of the Guardians.*

I was surrounded by boxes and plastic crates from all of the packing to move to Colorado.

Without warning, I found myself transported by a flash of light to the Mayan Ship, which was somewhere in the Earth's orbit. I found myself in one of the long corridors that I had seen on prior visits.

I normally feel an incredible "blissed out" energy while on the Mayan Vessels. This time the energy was very frantic.

## ENGAGED IN BATTLE

Gonzales quickly grabbed me and started pulling me towards a double wide door that lead into a room.

[DW: As we said before, Gonzales was also in contact with the Sphere Beings and was Corey's main affiliate within the SSP Alliance.]

Ever since he had gone through the "Mayan Healing" I had only seen a smile in his eyes. Now, however, the look in his eyes was one of concern.

I planted my feet and put my hand on one of the bulkheads to try to stop and get an idea of what was going on. This was highly unusual activity on a Mayan Vessel.

I saw Mayans holding large stones that looked like huge axe heads.

They were holding either side or "edge" of these devices, and were using them as either a shield or a weapon.

They cautiously entered into the room ahead of us. They looked very much as if they were engaged in battle.

Gonzales told me that there was no time to explain as he pulled me by my arm towards the doorway.

He stated that they needed me to walk into the room and let myself be seen. He said "That is all you have to do."

I was about to protest and demand more info when he shoved me right through the doorway.

## REPTILIAN BEING IN A CONTAINMENT BUBBLE

I found myself standing in the opening of a room, similar to the ones in which I had previously received medical treatment.

[DW: The Mayan group specializes in providing healing to the survivors of the trauma from the secret space program and its darkest activities.]

I saw about a dozen Mayans standing and pointing their weapons towards the other end of the room, where a being was floating inside a containment bubble… about halfway between the floor and ceiling.

I immediately felt the emotions of the Mayans. They were extremely emotionally stressed. Prior to this I had never felt anything but peace and love from them.

I then noticed between five and seven Mayans laying on the floor who were obviously dead. Their "stone axe head" weapons were floating about 2 feet above the floor.

I looked back to the being still floating on the other side of the room. It was a reptilian-type being with a bone structure that looked more like a human.

It had what looked like olive green snake skin stretched across the human looking bones and had a slightly elongated head/ skull.

What you are seeing is an approximate image, used in part from conventionally-available sources, to help illustrate what this scene looked like.

2/20/23, 8:28 PM	Corey Goode Mega-Update: Ancient Builder Race- Recovering Humanity's Billion-Year Legacy | Divine Cosmos



**SIMILAR TO THE HIGHEST-RANKING DRACO**

There was a weird mirage effect that didn't allow me to see his face or eyes very clearly, but I could see that his facial features also looked fairly human.

I could see the slit pupils of his eyes opening and closing.

This motion brought about rhythmic flashes of yellow and black within its pupils, reminiscent of what I witnessed within the eyes of the Royal White Draco.

[DW: Early in this saga, Corey met the commander of the Draco empire, a 14-foot-tall white-colored being.



It did very similar things with its eyes, and this had a terrifying hypnotic effect.]

This being was about seven feet tall, and had a very defined and wiry muscular structure. He was barefoot, clothed in a black one-piece suit, and draped in a brown, blue and gold shawl or cape.

**SNAP!**

This being jerked its head over in my direction and started addressing me by the name the Blue Avians call me, "Raw-Hanush-Eir."

It got to the middle of "Hanush" when there was a loud SNAP!

I realized at that moment that I was not there to negotiate anything. I was there to be the distraction which would allow this being to be killed.

**HANUSH = ENOCH**

[DW: As I said on the radio show with Jimmy Church, the term "Hanush" appears to be synonymous with "Enoch," as in the Book of Enoch.

The exact Hebrew spelling is *khanokh,* or *kn.n.kh,* which translates as teacher, one who guides, and messenger.

Case No. 1:20-cv-00742-DDD-KAS   Document 356-15   filed 03/17/23   USDC Colorado   pg 14 of 19

2/20/23, 8:28 PM                          Corey Goode Mega-Update: Ancient Builder Race- Recovering Humanity's Billion-Year Legacy | Divine Cosmos

The Book of Enoch is as old as the book of Genesis, and equally important. It describes a race of giants on earth that became cannibalistic to humans.

These giants used Enoch to petition the benevolent Elohim for mercy, after they learned that a great flood was coming that would balance their karma.

They asked to be airlifted to safety and were denied.

Very interestingly, the Draco White Royal similarly used Corey to beg to be released from our solar system before the upcoming solar flash — and was denied.

For this reason, I have speculated that "Enoch" is essentially a political term in the ET world that could also be akin to "Diplomat" or "Ambassador."

In our present time, Corey appears to have been thrust into this role. It is not Messianic, nor should he be seen as anything special, just as with Carla, Jim, Don and myself.

Corey has had many difficulties and threats, and has had a very hard time adjusting to all the strange things that have been happening to him.]

**"YOU HAVE DONE WELL"**

Mayans immediately flooded the room to attend to their dead, and to secure the body of the Reptilian being that had just been taken out.

Gonzales rushed into the room with them, and walked up to its body.

He then approached me to let me know that I had done well.

I was still a bit shocked and definitely not happy that I had been used to distract a being so as to allow its assassination, without any warning or explanation.

**A DRACO CAPTIVE**

Gonzales saw that I was upset and stopped, put his hands out in the air and took a long slow breath as he lowered his arms. He paused for a moment with his eyes closed.

Then he looked at me and said, "Okay, we are very sorry to have put you through that. We were transferring a recent Draco captive that was a VIP."

"We had captured him hours before, in a cavern system deep below the African continent."

"Apparently, the Mayans over-estimated their ability to contain him with their stasis technology."

Gonzales went on to tell me that this reptilian was being transferred to a special detention facility when it regained consciousness, and began attacking the Mayans one by one.

He explained that the Draco and Super Federation groups used this facility as a prison for beings who have violated a certain agreement that was made long ago.

He said he wanted to give me more info… but there was, again, no time.

He looked over at a Mayan standing by one of the floating stone control panels as it flashed its normal variety of colors, lights and symbols.

Gonzales looked back at me and said, "Allow them to see what just occurred."

Before I could ask who he was talking about, there was a flash of light.

**DISAPPOINTED THEY COULDN'T DELIVER THE PRISONER ALIVE**

I found myself standing in a huge cavern along with Gonzales, a handful of the Mayans and the body of the reptilian being.

We were in a cavernous area in which the walls led up to two separate plateaus, about 90 feet above us. On one ledge I could see tall blonde beings, along with the group known as Ebens.

On the other ledge were various types of insectoids, including ant-like beings as well as mantis-like beings. Both groups seemed to keep looking back as if they were communicating with someone on their ledge that was out of our view.

Suddenly, something that felt like a chorus of minds began connecting with my own thoughts.

They were all playing back the events that I had just witnessed on the Mayan vessel. It seemed to replay in my head over a dozen times before they disengaged their connection.

I was still very confused and in a bit of shock from the ordeal. I noticed that the Mayans and Gonzales were obviously going through the same replay of events in their heads.

When it was over, I had time to notice that the Mayans and Gonzales were more than a bit disappointed that they were unable to deliver their prisoner alive.

I was going to approach Gonzales to inquire more about what had just occurred when I was delivered back home with a flash of light.

Case No. 1:20-cv-00742-DDD-KAS Document 356-15 filed 03/17/23 USDC Colorado pg 15 of 19

2/20/23, 8:28 PM	Corey Goode Mega-Update: Ancient Builder Race- Recovering Humanity's Billion-Year Legacy | Divine Cosmos

I was determined not to let this go, and set the intention to demand more info from Gonzales at one of our future meetings.

## COMMENTARY BY DAVID WILCOCK

[DW: As I pointed out on the radio show, it is interesting to look at this event as being a synchronistic mirror of what we are also seeing here on Earth.

The latest briefings I have been reporting have indicated that 40,000 different people have been arrested in 2017 for child trafficking and related crimes.

This purge is now finally working its way up to top Deep State operatives, many of whom are listed in some 10,000 different sealed indictments.

We are hearing that many top people have already been brought to detention facilities on Navy ships and even at Guatanamo Bay in Cuba.

It therefore appears that similar strides are being made in the "space war" as we are seeing here on earth.

Specifically, top Draco elites are being arrested, detained and hopefully questioned.

The above VIP witness apparently could have revealed a great deal more of the Draco's plans.

The Mayans under-estimated how powerful it was.

Since these beings know who Corey is and what his role is at this time, his sudden appearance gave them just enough distraction to defeat this being before it killed anyone else.

It is very interesting, therefore, to see this as a clear indication that the war is being won on both fronts — both on earth as well as in space.]

## DREAM COMMUNICATIONS AND THE BLUE ORB

CG: I did my best to forget the frightening experience with Gonzales and the Mayans and get back into "work mode."

Several of our projects needed attention. Almost immediately, once again, I began to receive dream communications from Tear-Eir.

In one of these dream-state communications, I was told that I should prepare for a series of meetings with the Super Federation and the "Council at Saturn" in the next few days.

On Saturday, December 16, 2017, at a little after 3:30 AM, a blue orb appeared in my room. I got up and put on the nice clothes that I had laid out next to my bed the night before.

[DW: It is very interesting that this was the same day that the officially-sanctioned Tom DeLonge UFO disclosure occurred, as I discussed on Christmas.]

As I buttoned up my shirt, I mused for a moment on how much I looked like I was going in to Gaia Studios to shoot an episode of *Cosmic Disclosure.*

I then faced the orb and indicated that I was ready to be transported.

As usual, I was given very little information on what to expect or what would be expected of me.

## ARRIVAL AT THE SUPER FEDERATION BASE

I arrived in a secluded area by the stairs, close to some decorative plants in the foyer of the Super Federation Base, close to Jupiter.

I recognized immediately where I was and began to scan the area to see who was among those standing close by.

I noticed Gonzales and three Mayans standing not far away. As soon as Gonzales noticed me, he sprinted over to me, leaving his escorts behind.

He put a hand on each of my shoulders and asked, "Are you ready for this?" I replied ,"Ready for what?" and went on to tell him that I had no idea what was going on.

Gonzales lit up as he smiled, and said "Typical. It's probably for the best. You would be out of your mind with nervousness."

I narrowed my eyes at him and was about to comment further when Gonzales looked over at the Mayans, nodded at them, and then guided me up the foyer stairs to one of the doors of the conference hall.

I asked "What, no ridiculous purple suit this time?" He smiled and then quickly returned his glance forward, walking me past groups of different beings preparing for the conference.

## THE AQUATIC BEINGS

As we walked further into the hall, I noticed that it was unusually full. There was a variety of different beings present that I either hadn't seen in decades or were unfamiliar to me all together.

Among the species I was unfamiliar with was a small group of Aquatic beings that stuck out because of their atmospheric needs.

There were five completely different types of Aquatics, three of which didn't have legs or feet, but instead had tails.

Some of the tails looked similar to what you would see on a walrus (aquatic mammal-looking) while others looked more Eel-like.

One of the artists who is working on the new SBA Comic and Graphic Novel, Steve Cefalo, made a depiction here of one of the Aquatic beings.

You can find out more about this project at ReturnoftheGuardians.com.



## GIVING YOU THE CREEPS

The three beings without legs were suspended in cylinders of water that were floating above the floor.

The water must have been contained in a cylindrical force field that maintained environmental control around their bodies.

These beings were making me feel very uncomfortable on an intuitive level. As we walked past them, I leaned over to Gonzales and asked, "Do those Aquatic beings in the water give you the creeps?"

Gonzales paused and pulled a smart glass pad out of his jacket. He looked at the pad for a moment as he was accessing it and then handed it to me.

He said that they are maintaining a large number of experiments in our oceans, and consequently do not like humans very much. They consider us a cancer to this planet's oceans and wildlife.

He said the last thing you want to do is accidentally find yourself in any of the waters they're performing experiments in.

I looked down and pulled up on the smart glass pad. It revealed a classified military report from the Korean War era.

## THE KOREAN WAR INCIDENT

According to this report, during the Korean war there was a US bomber that had to ditch in the ocean off of the Korean Peninsula.

The crew of the plane was able to get out a distress call before crashing into the frigid Pacific water. The crew survived the crash, and was able to grab a lot of gear before jumping into life rafts.

The plane sank very quickly, leaving the survivors in three different lifeboats, spread out about 100 yards apart.

They started to use paddles to try to bring the survivors together to increase their chances of survival. Suddenly screams were heard from one of the life rafts. It was dusk, so visibility was decreasing.

What the survivors witnessed next was hard for them to wrap their minds around.

They saw what looked like a human figure launch out of the water and pull one of the survivors into the water by their life vest. The human figure was fighting to pull the survivor underwater but was unable to, due to his life jacket.

Screams were heard from one of the other life boats as more of these human-looking figures launched into the air, attempting to pull survivors into the water.

The group on the third boat was made up of the pilot and flight crew, who quickly pulled out their side-arms and readied themselves for defense.

## THE SOLDIERS WERE ATTACKED

The soldiers were scanning their immediate area for a ship or submarine that these enemy divers may have come from.

Then, suddenly three aquatic beings leapt onto the edge of their life raft, grasping at the survivors. The pilot and another crew member opened fire, killing all three of the aquatic beings. They left the beings' bodies floating on the life raft.

Case No. 1:20-cv-00742-DDD-KAS   Document 356-15   filed 03/17/23   USDC Colorado   pg 17 of 19

2/20/23, 8:28 PM                                  Corey Goode Mega-Update: Ancient Builder Race- Recovering Humanity's Billion-Year Legacy | Divine Cosmos

The survivors stayed in a back-to-back defense posture until daylight came. The carcasses of two of the fallen aquatic beings were draped with their tails hanging in the water, allowing their comrades to snatch the bodies back into the ocean.

In response, the pilot pulled the remaining body all the way onto the raft, so as to have a specimen to hand over to the military… if they survived.

The surviving men were, in fact, rescued eight hours later by the US Navy.

The body of the aquatic being was removed and sent for study, while the official report stated that the survivors were merely suffering from the mental trauma of the crash and the subsequent series of shark attacks that had taken their crewmates.

I will be giving a more complete presentation on these beings and the information regarding oceanic experiments, bases and vehicles on March 18th in Kona, Hawaii with Joan Ocean and Michael Salla.

You can get more info here about the "Waves of Disclosure" event here:
http://www.joanocean.com/Seminars.html#COREY

**FIELDS GENERATING NATIVE ATMOSPHERES**

I was more than a little disturbed by the report, and began to look around at the other beings present at the gathering.

I asked Gonzales if they too have the same sort of field generating their native atmospheres.

He stated, "Yes, just like the aquatics, each of them has a field around them that produces their own planet's atmosphere."

"There is one around the both of us right now."

**YOUR TURN IN THE CHAIR**

He looked up at the domed ceiling above us and then down at the deck. He paused and said, "This space station is very advanced and very ancient."

"It is able to scan any being that arrives, so as to replicate their biological needs instantly."

"It also has the ability to interface with each being on a consciousness level, and facilitate bi-directional communications between all present."

Gonzales walked over to one of the horseshoe-shaped seating areas for delegates, and stopped to look around.

I asked "Are you in the chair today, or am I?"

He responded, "No, you are up there," while pointing to the speaker's platform. He started to chuckle as I broke my horrified gaze from the speaker platform back to where he was standing.

He had a big grin on his face. "Don't worry, how could a meeting between the Super Federation and the Guardians be a bad thing?"

He looked around. "Okay, now walk up onto the platform and think to yourself, "I am ready to begin.""

I asked, "Begin what?" He just sat down without answering me, a smirk across his face.

**"I AM READY"**

I walked up to the platform and turned to the assembly. Every eye in the assembly hall was on me. I could feel the anticipation of the beings in the room.

I looked over at the Earth Delegation. I recognized the person in the seat as one of the members of the Council of 200, with whom I had had prior encounters.

I was starting to get a bit shaky when I figured I would just get it over with. I thought to myself, "I am ready."

Immediately, Tear-Eir and the Golden Triangle Being were standing behind me, very much in the same manner as when they had first appeared with me in front of the SSP Alliance at the LOC.

Tear-Eir addressed me and said "Repeat everything exactly as I communicate it to you," to which I nodded in agreement. I then turned to the delegation once more, and began to speak.

I then spoke the words, "We greet you in the love and light of the one infinite creator." At this time, both Tear-Eir and the Golden Triangle being put their palms forward and bowed. I mimicked what they did.

I felt a very deliberate, yet loving energy coming from Tear-Eir. It seemed he was opening more of himself up to me than he had previously.

I was overcome with emotion. Though I was not crying, tears were streaming down my face to where I couldn't see the assembly very well.

**THE SUPER-FEDERATION BROKE COSMIC LAW**

I continued to speak for Tear-Eir, not really understanding much of what I said.

There were some cosmic legal statements, and then I was directed into speaking about the twenty-two genetic programs being run by the Super Federation.

Case No. 1:20-cv-00742-DDD-KAS Document 356-15 filed 03/17/23 USDC Colorado pg 18 of 19

2/20/23, 8:28 PM                Corey Goode Mega-Update: Ancient Builder Race- Recovering Humanity's Billion-Year Legacy | Divine Cosmos

Tear-Eir was having me address groups of beings by both their name and where they came from.

[DW: I asked him for specifics, and he said there are deliberate protective protocols that create amnesia on these sorts of details. This is in keeping with the Law of One directives on protecting free will.]

Tear-Eir began to discuss cosmic agreements over these programs that have been made and broken over oceans of time.

It seems that each of the fifty-two stars in our local star cluster have gone through similar genetic programs.

[DW: These Super-Federation groups have been taking DNA from all over the galaxy and blending it with us in these programs, super-charging us for Ascension.]

Tear-Eir then announced that the Super Federation as they knew it would soon be disbanded, as had been done in countless other star systems. This was in full accordance with cosmic law.

Tear-Eir further stated that soon two more Guardian races would come to replace the Blue Avians and Golden Triangle Beings.

At that point, the new Guardians would guide the Super Federation through consolidating and closing down these programs.

### REMEMBER THE PONCE SYSTEM

Immediately about a third of the assembly stood up and began speaking and pleading their cases all at once. Some were speaking, while most were reaching out telepathically.

[DW: The Super-Federation beings had believed that they would continue "managing" us for thousands more years after the solar flash.

They felt as if we were their creations, not autonomous beings. Thus everyone was very upset in being told they were going to lose all control over us.]

Some sort of automated system in the space station blocked the communications. Some of them were moving their arms around and were talking, but no sound was heard.

Tear-Eir then had me say "remember the Ponce System."

I had a flash of some sort of military conflict between a few of the Super Federation groups and a Guardian group that was enforcing a similar situation in a far-away star system, long ago.

The incident seemed significant to everyone present, except the Earth Delegation and myself.

### A SEAT AT THE COUNCIL

The delegates returned to their seats and waited for me to address them again.

Tear-Eir then had me state, "Humanity has had much to overcome. In this new phase, this council will soon disband.

"Humanity's "Cosmic Family" will assist them in healing and guiding them through the management of their own genetic and spiritual growth.

"This council will attend to its members incarnated on Earth, until which time humanity requests that you remove them.

"Humanity will be offered an official seat at a new Super Federation Council.

"These Cosmic Family members will use their experiences as a part of these programs to help guide this council in further ongoing programs across this Galaxy."

Tear-Eir then had me say, "In Service to All, In Service of the One."

### "DO YOU KNOW WHAT THIS MEANS?"

Then he and the Triangle Being disappeared, leaving me once again alone on the stage. When I looked down at the seat Gonzales was in, he stood up and did a quiet clapping motion of his hands.

I quickly walked down to him, and he once again guided me by my elbow towards the exit.

We walked briskly out of the conference room and past the three Mayans who were standing in the same place as when we had left them.

He walked me back to my original spot, close to the plants, and spun me around. He said "Do you know what this means?"

I looked at him and said, "Humanity will not be controlled and experimented on by dozens of ET races who think they are gods?"

He smiled and said, "They are the gods from our myths…. But, yes. And it means that the Galactic Federation, which the Sphere Being Alliance is a part of, will now assist us with the Draco Empire.

"They will not remove them for us, but will provide support that allows us to clean up our own house.

We will really only have to contend with the AI threat until the series of solar events clear them from the Sol System."

### WE WILL BE RESPONSIBLE FOR ROOTING OUT THE DRACO

Case No. 1:20-cv-00742-DDD-KAS   Document 356-15   filed 03/17/23   USDC Colorado   pg 19 of 19

2/20/23, 8:28 PM                          Corey Goode Mega-Update: Ancient Builder Race- Recovering Humanity's Billion-Year Legacy | Divine Cosmos

I was shocked and said, "The Sphere Being Alliance is non-violent; how will they confront the reptilians?"

He said, "I think we will have to watch that play out together. After the series of solar events, the Draco will be energetically expelled from this system.

"An incompatible energy will emanate from the Sun for about a thousand years.

"Many reptilians will try to remain hidden on Earth in temporal fields and within heavily shielded bases deep in the Earth, as they have for prior cycles.

"Humans will be responsible for rooting them out of their hiding places.

"During that time, the Draco will be unable to return to this system."

**THOUSAND-YEAR ENERGY FIELD**

I asked, "Why for only a thousand years?" Gonzales looked at me and said, "Sounds Biblical, doesn't it?

"The Earth is near a Super Gate. Those are quite special.

[DW: I checked on this data point for *The Ascension Mysteries* and found NASA data confirming that there is a huge "plasma chimney" near our sun that may head out to a neighboring galaxy.]

"Cosmic law prevents closing down Super Gates to travel for any certain race.

"The only alternative is to block their access to a system the super-gate is near. After Humanity has been through disclosure and the solar events, the reptilians will be of little threat."

I asked "Who manages this energy field for the thousand-year period?"

He stated, "The thousand-year energy fields seem to be a natural part of the cosmic web's cycles and energy flow."

He stated that according to his info, this thousand-year cycle is "not something set up by Galactic Federation assets."

At that point a blue orb appeared once again, and zig-zagged around.

Some of the beings that attended the conference were watching the orb as it zagged close to my chest, and then transported me out of their sight.

**CLICK HERE TO CONTINUE TO PART TWO**

453 Like    Hits: 8,367,934

Pages: 1 2   SHOW ALL

## ABOUT THE AUTHOR



### David Wilcock

David Wilcock is a professional lecturer, filmmaker and researcher of ancient civilizations, consciousness science and new paradigms of energy and matter. He is rewriting entire branches of science and leading a new narrative of human history, one that includes races of highly advanced beings that we share earth and space with. The Golden thread that weaves his work together is the science of Ascension - a solar-system-wide transformation that elevates earth and humanity to a higher phase of spiritual advancement. David's message is one of unity and love, encouraging people to live a life of goodness and harmony. He is a cosmic reporter of poignant news and events in the Ascension timeline and drama.