# EXHIBIT 16

Corey Goode Mega-Update: Ancient Builder Race- Recovering Humanity's Billion-Year Legacy | Divine Cosmos

# Corey Goode Mega-Update: Ancient Builder Race- Recovering Humanity's Billion-Year Legacy

Posted by David Wilcock | Jan 12, 2018 | David's Blog | Jump to Comments (319) 💬



- Part One: Corey Goode Mega-Update: Ancient Builder Race- Recovering Humanity's Billion-Year Legacy
- **Part Two: The Anshar and Oumuamua**
- All Pages

### PART TWO: THE ANSHAR AND OUMUAMUA
### CLICK HERE FOR PART ONE

**THE ANSHAR TEMPLE COMPLEX**

COREY GOODE: I expected to be transported to my bedroom where I was picked up, but instead I found myself standing in the Anshar Temple Complex.



I saw Aree and her sister walking towards me with very big smiles on their faces.



They greeted me with enthusiastic hugs, and guided me down one of the halls that led to the cavern where their city once was.

We boarded one of the Anshar Buses and entered the temporal anomaly.

We landed on a domed rooftop, which had a landing platform similar to a helipad on stilts.

We entered a door in the roof, and quickly continued into a small room that had two oval tubes going down into the floor. They were barely big enough for a person to fit in.

The delegation I was with began to stand in the tubes and float downward, two by two.

When it was my turn I stepped into the tube, expecting to drop.

I felt like I was on firm ground, even though I could see the head of one of the delegates disappearing below me. When I went down, I had the exact same sensation as if I was going down an elevator.

We walked through the building, where there were a number of Anshar walking around and performing their daily business.

**FLYING LIKE SUPERMAN**

I noticed an area up ahead where people were entering. They looked as if they were coming and going through a solid wall with no doors.

We followed a group out through the exit. I felt a quick static tingle as we passed through the wall.

When we came out and looked around, I noticed we were in more of a rural-looking area of the Anshar city.

We walked down onto a very narrow street, which revealed Anshar of all ages walking and flying around like Superman. This was quite stunning to see.

I noticed the inhabitants smiling as they were bustling around, doing their normal routines.

There was very little noise pollution or even sounds of people making the types of background noises that I am accustomed to hearing. It was very quiet and serene.

I was then guided to a very large domed building that was a community living area where Aree and her sister live.

**GROWING OPPORTUNITIES**

I was told that I was going to be prepared for upcoming "growing opportunities" that I would be presented with in the next year.

[DW: This usually means some type of difficult karma that you have to work through on your spiritual path. Suffering is seen as an "opportunity" in the Law of One.]

They would also prepare me to greet the Guardians in a ceremony in the near future.

I was told to keep this information and the bulk of the conversations I have with her people to myself for now.

[DW: Some of what he received was personal for me. I found it incredibly interesting, and it has completely changed how I am writing *Awakening in the Dream*.]

I was informed that I was being allowed to stay with the Anshar for a short period of time during this preparation. I would be brought back for a longer period of time later in the year.

I was concerned about not having clothing or toiletries with me. Aree noted my concern. Without me even communicating this, she responded by saying, "We will provide for all of your needs."

**PRIVATE ACCOMMODATIONS**

She walked me to a small room with a bed, and motioned to relevant items set upon the bed.

I looked and saw clothing that seemed like it was out of a 1980's Sears or JC Penney catalog.

There was also a small bag of toiletries that had items looking equally as old.

I was with them for what seemed like a couple of days. I had to take a normal sleep cycle on two different occasions while I was there.

The Anshar didn't really sleep. They just spent forty minutes or so in one of the egg-shaped chairs every few days.



During my stay, while sitting around in a circle of the egg-shaped chairs learning to access their neural network, Gonzales walked into the room.

He looked exhausted, and a bit thin and gaunt.

**GONZALES AND THE GIANTS**

He seemed to know I was in the room, and was looking around for me. I stood up and walked towards him with a cautious look on my face.

He saw me walking towards him, and dropped into one of the empty chairs close by. I sat in a chair, interfaced with it and guided mine towards his.

I told him he looked like hell.

His response was that hell is basically where he had just come from. I was immediately curious, and asked him to explain.

He told me he had been dealing with a group of red-haired giant refugees for over a year now. He said that most of these beings are heavily traumatized and very unpredictable.

**THEY ONCE HAD A VAST EMPIRE**

He went on to tell me how this red-haired race had ruled large areas on the surface of the Earth during different time periods, just before and after the last ice age.

He stated that they felt they were abandoned by their creator race, and were left to live on their own.

They now know that their "creator race" was mostly destroyed in a cataclysm prior to the last ice age.



[DW: When I asked Corey about this, he reconfirmed that these beings were genetically manufactured by a race that crash-landed here roughly 55,000 years ago in the area we now call Antarctica.

These are the "Fallen Angels" referred to in the Book of Enoch and other scriptural texts.

In terms of cosmic history, they appear to be the surviving descendants of a race that destroyed their planet in our solar system, forming the Asteroid Belt.

Jim Vieira has identified over 1500 examples of giant skeleton findings in mainstream media articles from the 1800s and early 1900s.

One common trait is that they might have double sets of teeth. This is a genetic abnormality caused by the improper mixing of different DNA types.]



**THE SURVIVING GIANTS**

Gonzales stated that among other things, the Giants were used by the Pre-Adamites to enforce their rule over humanity.

This empire was also enforced with the use of their genetically-created chimera beings and other such genetic experiments we have described before.

When the Pre-Adamites disappeared, the humans turned on the giants.

The surviving giants had to live mostly underground or near the surface in caves. They were dealing with a level of starvation and disease they had never before experienced.

They would go on hunting parties to obtain any meat that they could. Many of these hunting parties would come back with human captives, who they would then eat one at a time.

This went on for thousands of years, from the time of the Ice Age / "Atlantis" cataclysm up until more recent history, when humans began to rise in population and become more organized.

**THEY REMAINED HIDDEN**

At this point, the human groups began to hunt the giants. Many of the giants' family groups were tracked down and killed by these human hunting parties.

This drove them deeper and deeper underground, where it became more and more difficult to find the type of nourishment and large number of calories their bodies needed.

Many died as they learned to adapt to the Inner Earth. They soon became a menace for a few lesser-advanced Inner Earth dwellers, as they hunted one of these groups into extinction.

This was a time of great suffering and anxiety for these beings. Many from their royal and priest castes began to put themselves into stasis using Ancient Builder Race and Pre-Adamite technologies.

The red-haired giants from these two castes left clear instructions for their remaining people. They were to remain hidden, and they would manage their numbers to be able to survive in the few sanctuaries that had been located.

These areas had types of fish, shellfish and types of lichen and fungus that would sustain their small population until a designated time when they would return.

## REFUSING TO RECEIVE HEALING

Gonzales stated that he had been attempting to make an agreement with this race that would allow the Mayans to come down and provide healing technologies for them.

They had traumas and physical issues that developed from remaining underground, with a diet that had barely sustained them.

He went on to tell me that about twenty-six of the beings in these Royal/Priest castes had been retrieved from stasis chambers and returned to the surviving giants.

The bulk of these giants were being held in facilities that were controlled by either the Cabal, or by assets of the Draco.

He stated that over 130 more of these Stasis Beings had been taken to these areas. Among the giants being held in these facilities were an entire ruling-class family.

Gonzales said that the giants in the sanctuaries are so psychologically messed up that he can barely deal with them at all.

He said they were completely irrational. They refuse to receive healing until the rest of their Royals/ Priests are returned.

Since the Alliance and Anshar had liberated a few of them in the past, the giants expected them to be able to liberate the rest of their people.

## HOW WOULD YOU LIKE TO TAG ALONG?

Gonzales has been unable to convince any of them at this point to accept the healing gifts from the Mayans, and to then work together to try to locate and rescue the rest of their people.

He said it was a huge mess that got even worse when he was asked to leave the Anshar City last year, because of some erratic behavior he was exhibiting at the time.

He said it was very strange that they had been more responsive to him before he received his healing than they were now.

As he sat back, I saw a twinkle in his eye. He smiled and asked, "How would you like to tag along on my next trip?"

"It wouldn't be the first time you had a conversation with someone who wanted to eat you."

I laughed. "As long as it is not a similar experience as the Royal White Reptilian, I am good to go."

He assured me that there was no danger with the Anshar guards present.

## THE ELDERS WARMED UP TO ME

Aree and her sister then came and joined us at this point.

It was interesting to see the rest of Aree's family group react to Gonzales. They all kept themselves a minimum of twenty feet away from him.

[DW: This is precisely what insider Pete Peterson recently said this same group does when they are around us. His people call the Anshar the Tall Whites.]

When Gonzales came in, I noticed the elders getting up to guide the children out of the commons area fairly quickly.

I noticed the Anshar were the acting same way towards me when I first arrived. They would put a hand out to keep their children from approaching me too closely.

They seemed to gather in small groups that would glance over at me, as if they were in some sort of discussion.

Their reaction began to shift after they saw Aree take me by the arm or hand a few times, guiding me to the dining area or to speak with one of the Elders.

By the day Gonzales arrived, the children were walking up close enough for me to reach out and touch them, though I was instructed not to.

The Elders warmed up to me soon afterward, and I began to have more interactions with them.

## TIME TO GREET THE GUARDIANS

The elders were about two feet taller than the younger Anshar. They looked very frail, and their wrists and other bones looked extremely thin.

[DW: This again is precisely the same thing I recently heard from Pete, in a seemingly unrelated briefing. As these beings age, they eventually get taller.]

Most of the Elders didn't walk around but flew around, similar to Superman.

I found myself completely in awe as I saw them just lift off, turn in the air and then slowly fly away.

Aree and her sister visited with Gonzales and me for a little while.

Once we had finished all of our conversations, I was told that it was time for "The Hanush to greet the Guardians."

We would soon be going to the Council of Saturn Embassy for the meeting.

I said goodbye to the members of Aree's family that I had met.

## A CEREMONY TO CELEBRATE

We then made our way back to the Anshar bus craft. We flew out of the temporal anomaly and landed back in the cavern.

We walked through the hallway back to the Temple Complex. When we got to the large domed room, I could see members of the seven different inner-earth groups standing in a line, going to the cleansing room.

I was taken past the front of the line and into the cleansing room. We completed the cleansing ceremony and put on our robes and sandals.

Aree had a small, light-brown bag hanging by her hip. She took my clothes and put them into the bag.

Then she looked up, telling me that a ceremony was about to take place, and that I would be sharing the honor of this ceremony with them.

It was explained that the ceremony's purpose was to celebrate and prepare for the meeting with the Guardians.

I told her it was my honor. She seemed happy and playful. There didn't seem to be any concern or preoccupation over maintaining their timeline.

## THE ELIXIR OF ISIS

As I took in the space, I noticed everyone around me was carrying the same excited energy.

Something like a guided prayer and meditation service then occurred. At the end of the ceremony, goblets of the Elixir of Isis were passed around.

[DW: The Law of One revealed that Ra, Isis and other historic Egyptian figures were originally positive, and their stories were later co-opted by negative Cabal-type religious groups.]

I took a glass and held it like I would a glass of champagne. Aree noticed. With a big smile, she held up her glass, waved her hand over it and moved her lips, as if saying a prayer.

She took a long steady sniff of the drink while holding the glass up to her face with both hands. She then held the glass out and then up slightly, before taking a drink.

I did the best I could to repeat what she had done before taking a drink of the elixir, which was sweet at first but had a slightly bitter aftertaste that was similar to having chewed on a flower petal.

Aree and her sister were both giggling and looking at me, as I'm sure my facial expression changed to match how I felt.

## A GREAT DEAL OF JOY

An immediate feeling of intense euphoria overcame me. I felt a strange, yet powerful connection with all of the Inner Earth Groups present.

When it was over, they all began hugging one another, and hugging me. There was a great deal of joy and excitement in the room.

They then began to do something similar to a type of deep throat humming, while still hugging and patting each other on the back.

I noticed Aree's sister motioning in my direction. I looked at Aree, who was waving for me to come in her direction.

The three of us then walked down the passageways, back to the main domed room where I am usually greeted.

There were two Anshar guarding each door, just like last time.

## BOARDING THE CRAFT WITH THE OMEGA GROUP

We walked down another passageway and came back out into the cavern where the city used to be.

I observed a very large saucer-shaped craft that was parked on the cavern floor.

As my eyes adjusted to the cavern's lower light, I could see a ramp coming out of the craft.

I then saw three men from the Omega group waiting for us at the base of the ramp.



In this case, they were wearing one-piece jump suits that were royal blue. Their suits had a yellow, eight-pointed star on the left side of their chests.

I boarded the craft and was seated while I watched the rest of the Anshar delegation board slowly find their way to their chairs.

Aree and her sister came and sat on either side of me.

Aree leaned in and told me we were going back to the base close to Saturn — to meet the "Saturn Council."

[DW: This is another direct connection with the Law of One. The Council of Saturn is the local center where the protective Guardians administer to our solar system.

As I said on the radio show, negative info has been planted about this group in UFOlogy to make it appear evil. This is definitely not the case in the Law of One.]

**THE WITNESSES**

When we arrived, we were met by more of the military-looking Omega Group. We were then escorted into the meeting hall.

The last time I was here, the room was empty except for Aree and the Sentinels.

This time, there were about forty representatives from the inner earth groups.

There was also a slightly larger group of beings standing in a group at the far end of the room.

I looked closer and saw Micca waving at me from the group. Aree instructed me to head over and join the other group, who she called "The Witnesses."

As I began to walk across the room to greet Micca, I was startled as Tear-Eir and the Golden Triangle Being suddenly appeared in the middle of the room.

**YOU ARE THE FIFTY-THIRD**

Tear-Eir greeted me, and asked me to count the witnesses.

I counted fifty-two, and reported this number to Tear-Eir. He said "You are the fifty third." He indicated with his hand that I should join them.

I joined Micca, who greeted me as if he hadn't seen me in years.

He was very excited and he began to introduce me to the others in our group who were close enough to hear him.

Corey Goode Mega-Update: Ancient Builder Race- Recovering Humanity's Billion-Year Legacy | Divine Cosmos



[DW: Micca is from a human ET group that once visited Earth and were known as the Olmecs. They left giant stone heads in Mesoamerica that looked like they do.]



The Blue Avians introduced us to the Olmecs through Corey, and said they would be able to help us as we go through our own Ascension process here on Earth.

The Olmecs have only recently defeated the Draco on their home planet — as in just three of their generations ago. They live for about three hundred of our years.]

Micca stated that all of the beings who were now present in this room had been in contact with either the Blue Avian or Golden Triangle Beings prior to their star systems' transitions.

The various inner earth groups approached the Guardians group by group. They would then bow and communicate with the Guardians.

**THE SENTINELS APPEARED**

Once the inner-earth groups had finished their meet-and-greet with the Guardians, the Sentinels appeared.

[DW: The Sentinels are a gray-skinned human group who had only appeared previously as guards for the massive Ancient Builder Race ruins Corey visited on Venus.

They appear to be projections of what were once living beings within this Ancient Builder Race society that vanished long ago.

They are not artificial intelligence, but do seem to be some form of projection from another realm.

Little else is known about them. They do not normally appear in any other SSP activities. Gonzales is the only other person from here ever to have seen them.]

The Sentinels greeted the Guardians and started to communicate.



## THE DEFEAT OF THE NEGATIVE FORCES

When this communication started, many streaks and tongues of different colored lights were flashing and darting in swarms.

This light show was flickering all around the Guardians and the Sentinels. I was unaware of what was being communicated during this time.

Once this meeting was over, everyone shuffled back to standing in a giant circle around those meeting in the middle of the room.

Once again, Tear-Eir addressed the assembly through me.

He stated that the spheres that had been buffering the cosmic energy waves and quarantining our solar system were now almost completely phased out of our reality.

He further revealed that many of the negative ET groups would have either called in reinforcements or escaped as the war escalated.

However, the blockade set up by the Galactic Federation around our solar system, as of the end of 2014, had prevented all of this.

It was explained that the only avenue of escape left to these negative forces would be via the cosmic web portal system.

Tear-Eir stated that all portal travel is being heavily monitored by the Galactic Federation to track down any negative humans or non-terrestrials who are able to escape.

The extremely small number who do manage to escape will be on the run for the rest of their lives.

## PROVIDING SUPPORT AND MEETING THE NEW GUARDIANS

Tier-Eir then had me address the Witnesses.

He had me communicate that each witness is a conduit of this higher-density information. We are tasked with the duty of bringing this knowledge to the group consciousness within each of our star systems.

It was further stated that each of us had incarnated from various groups within the Galactic Federation.

Hundreds of thousands of beings from that same soul group were living back on our home planets. Each of us provided each star system with energetic and physical support.

This is done for every star system as it goes through this energetic transition.

It was then revealed that we would meet the two new Guardian groups.

Furthermore, we would be in regular communication with these groups as we moved up to the energetic transition, as we passed through it, and as we then adjusted to its aftereffects.

This relationship will help to safely guide us as we shift into an era of true self-management.

## THE BLUE AVIANS RETURNING TO THEIR NATIVE DENSITY

We were told to prepare for the introduction to the New Guardians. The room then flashed with a brilliant blue light. I felt every molecule in my body begin to vibrate.

The room filled with literally thousands of blue orbs. Two new species of higher-density beings were now standing there before us.

I looked over at Tear Eir, who was now standing with Raw-Rain-Eir and Raw-Mare-Eir, the two other Blue Avians who I have met in the past.

He turned to the group of Witnesses, and stated that he and the other two Blue Avians would no longer manifest physically in our reality. Instead, they would be in frequent contact with us through our dreams.

He stated that each of us are doing important dreamwork, and training with others on our planet.

We should expect that this will increase dramatically. Every night we are in classrooms full of astral students.

We have been doing this dreamwork since becoming delegates, and our higher selves have been shielding us from remembering too many details.

During the Eclipse of Disclosure event last summer, I heard many reports from people talking about getting downloads in both dream and waking states.

We have just launched the new Full Disclosure Project website, and have all eighteen presentations available to the public to view for free at www.fulldisclosureproject.org.

## WE HAVE TO BECOME OUR OWN SAVIORS

Tear-Eir stated that we have reached the point where we have to decide to get off of our knees and become our own saviors.

We are at the beginning of the "Great Awakening" that will lead to our very own Consciousness Renaissance.

He stated that many starseeds came here to experience this density, and to offer energetic assistance during the transition. These same beings were now fully awakening to their predetermined missions.

He also said that our ability to manifest has significantly strengthened thanks to the dramatic energetic increase our entire solar system is now undergoing.

He stated that if we begin to use our experiences and skills to further assist the rapid expansion of our consciousness, we will discover ways to manifest the most optimal reality.

Each of us can decide to take up the mission and assist in demanding the release of hidden technologies.

We can choose to do whatever is in our power to assist the growth in spirituality and consciousness that is being offered to the rest of humanity.

Tear-Eir and the other Blue Avians, along with the Golden Triangle Beings, then had me say, *"In Service to All, In Service of the One."*

They then turned both palms forward and bowed toward each group of the delegation. Once they bowed to the group of Witnesses, they then slowly faded out of view.

## GOING BACK HOME

The New Guardians addressed us and began to give us some cosmic ground rules for going forward.

They told us to not share the information at this time. This even included any descriptions of their physical appearance. Then they disappeared.

The excitement in the room was amazing as blue orbs came and took each of the witnesses out of the room, one by one.

Aree sprinted up to me and gave me a huge hug. She then pulled my clothes out of her bag, and pointed to an area to change.

I handed her the robe and sandals, and watched as a blue sphere zig-zagged patiently around the both of us. I indicated I was ready for transport, and soon I was off in a blue blur.

I expected to ride back with the inner earth groups, but was instead delivered home.

According to the clock, I was only gone about 10 minutes, although I felt as if I had been away from home for days.

## PREPARE FOR A MEETING WITH THE SSP

As usual, after these types of encounters, I spent the next few days in deep thought. I can often go so deep in thought that I am unaware of my surroundings.

I was going over every detail in my head so thoroughly that I often felt as if I was barely tethered to the ground.

I was, however, pulled back down to ground level very quickly when I received a message that I should prepare for a meeting with the SSP (Secret Space Program) Alliance at the Lunar Operations Command.

I was certain that they wanted a full report on the previous events. I was admittedly a bit nervous about the meeting.

After all, the SSP Alliance was forced to go dark specifically because of the information that Sigmund had extracted from me.

I was made to feel responsible for the deaths of two respected SSP Alliance members, as well as having outed a few more.

## A COMMUNITY OF RETIRED PERSONNEL

Gonzales had recently communicated to me that there was a huge community of retired Air Force and CIA personnel in the area where I had moved to in Colorado.

This was confirmed when I walked around with my son on Halloween to meet the neighbors.

A number of them had worked for government agencies. The couple living directly in front of me were geologists who had retired from the CIA.

I was told that many sensors and devices have been placed around my home to monitor any types of energetic or atmospheric changes that occur when I am visited or picked up by off-world groups.

## THE ORB IN THE FOOTBALL FIELD

I was instructed to drive to a local football field that belongs to the local school district, and wait to be picked up. At about 2 AM, I got in my car and drove to the specified location.

I sat in my car for about twenty minutes until I saw a white orb in the sky. It was very bright, and was descending from the sky in my direction.

The white orb then disappeared, almost like a bubble popping. In its place was the dart craft that I was familiar with from my previous trip to the LOC.

The dart drifted slowly down and landed between where I parked and the football field. It gave me a ways to walk before I could board the craft.

As I walked up, the door opened.

I looked in and only saw the two crew in the front. One of them motioned to me to get in and buckle up. I got in and buckled up the harness from my seat as we lifted off.

## THE LUNAR OPERATIONS COMMAND

Before long, we were approaching the moon. It was amazing how quickly the moon went from a small point in the sky to appearing so large that we seemed to almost be at risk of hitting it.

We passed by the crater that the LOC is located in more than once. There is a technology that causes a mirage effect, hiding the LOC. It was still activated at this time.

Once the masking technology was deactivated, I could see the LOC spread out beneath me with green, red and white flashing lights on the structures.

I heard that we were cleared for landing. We flew straight for the hole in the crater near the LOC.

When we entered the lava tube cavern that the LOC is built into, I could see the rest of the bell-shaped structure that went down to the floor of the cavern.

I could see the two bays where craft were landing and taking off. They would then head off in various directions, as dictated by the lava tubes they had to travel through in this case.

We landed in one of the bays and disembarked from the dart. The flight crew walked off the platform and down a catwalk and some metal stairs going down.

## AN ELEVATOR RIDE TO MUCH DEEPER LEVELS

I was met by Gonzales, who was wearing a US Air Force dress uniform. I looked at him and said, "Back to that old charade, eh?"

He then made a stern face that said, "Cut it out."

We went down a few flight of stairs and then to a small elevator. A young female was standing there in a similar uniform as the one Gonzales was wearing.

She greeted us and told us she would be our escorts for the duration of our visit. She took us in the elevator, ran a card through a card reader and then placed her hand under some sort of RF scanner.

The elevator began to move so quickly that I didn't have time to pay attention to how many floors we passed.

I now found myself much further down into the LOC than I had ever been permitted to go before.

As I looked around, I was a bit disappointed. All I saw were doors and hallways that were exactly like what you would see at a scientific facility here on Earth.

I will be working with some artists to help develop out new depictions of the areas I was given access to on the LOC.

I will be releasing them through SecretSpaceProgram.com, along with Jordan Sather's new twelve-part webinar series, "Disclosing the Secret Space Program".

## MEETING THE SSP ALLIANCE

I was guided to a floor that looked similar to one that I had seen before. There were a lot of meeting rooms as well as one large elevator that was at the far end of the floor.

Gonzales and I were taken into a conference room. A handful of people who were sitting around a conference table all stood up at once.

As we walked in, I scanned the room to see some of the SSP Alliance members who I had met with previously. They seemed very nervous to meet Gonzales and me.

I then glanced back at the far end of the table, and was shocked to see Sigmund sitting down and smirking at me!



[DW: Sigmund was a high-ranking Air Force colonel who was supposed to be a key figure as the MIC SSP was disclosed to humanity in an epic surprise.

We would suddenly find out that we already had interplanetary-capable craft, and had found "Ancient Builder Race" ruins throughout the solar system.

Part of the "reveal" was supposed to include the idea that there were no actual living ETs found in our solar system — only ancient ruins.

This surprise was intended to throw off any 'heat' that the Deep State might be getting as the Alliance moved to finally defeat them.

Sigmund abducted and tortured Corey twelve different times, and used him to "out" members of the SSP Alliance.

However, hair samples revealed trace elements Sigmund knew had to be from off-planet locations.

He investigated thoroughly and eventually discovered that Corey was telling the truth about the Navy / Interstellar SSP.

After this happened, the Deep State operatives apparently tried to take Sigmund out. We eventually found out that he had to go on the run.]

**INTUITIVE EMPATH?**

I said to Sigmund, "Wow, this is where you have been."

I continued, "I'm a bit shocked to see you here after giving my report, where I felt as if you may have been infiltrating the SSP Alliance."

Sigmund stood up and began to shout at me.

He said I had no idea what he has given up to be here. He yelled, "I lost everything!"

He pointed his finger at my face, and said "Intuitive Empath my ass."

There was an awkward pause before one of the men said, "Please sit down so we can begin."

**YOU STILL DON'T BELIEVE?**

I sat there while Gonzales gave a detailed and classified report about his time with the Mayans. He also described a series of other beings he visited with the Mayans.

I was then asked to give a report of the recent meetings with the Sphere Being Alliance, the Anshar and the Super Federation.

As I gave the report, Sigmund sounded out with his disbelief as soon as the Blue Avians were mentioned.

I asked "After all you have seen, even after joining the SSP Alliance, you still don't believe?"

He replied back, "I have seen the video of the first LOC meeting. I saw the Big Blue Birds. Everyone did. I just don't believe it."

He went on to say that he has seen all kinds of technologies that could be used to make everyone see these things.

**NORTH KOREA COULD BE A TRIGGER**

He then asserted that he thought the "Nordics" were screwing around with our heads again.

I was about to ask him what he meant by "again" when the meeting was called back to get on point.

[DW: The MIC SSP people do know about the Nordics or "Tall Whites." They were also taught that these beings can project many other forms, like advanced holograms.

This was another method the Deep State used on the MIC SSP higher-ups to attempt to "debunk" any cases where they inadvertently saw ETs.]

I finished my reports and answered about a dozen questions from those around the table.

One of the men at the table began to talk about the timeframe that the MIC SSP planned to disclose certain info to the public.

The scenario of using a war with NOKO (North Korea) to disclose hidden technologies was discussed, as I have mentioned before.

We also talked about the mainstream media-sanctioned UFO disclosure effort by the former guitarist of Blink-182, Tom Delonge.

**COMPROMISED BEYOND REPAIR**

I asked them why Delonge was not working with anyone in the Ufology field.

Sigmund piped up over the person who was about to answer me. He said, "Because it is compromised beyond any type of repair."

He went on to say that Ufology had been infiltrated by operatives of the MIC, who had been feeding the experts disinfo for decades.

He went on to state that he was personally involved in pulling a number of psy-ops on this community over the years.

He said that Ufology and the esoteric communities had also been infiltrated by what he called an "Illuminati Luciferian Order."

He said this group is attempting to seed these fields with the religions of the "Illuminati."

He said that many of those in places of influence are either members of this order or have allowed themselves to be influenced by this "Order."

I interjected, "I haven't seen widespread evidence of this. Most of the people I have delt with are eager to be of service.

"I know there are a fair share of narcissists and sociopaths who prey on light workers, but I have only run into people with that type of energy a handful of times."

**NO WAY TO PUT ASIDE UFO RELIGIONS**

He ignored me and stated, "Once the cat is out of the bag about the widespread satanism and human trafficking, ANYONE associated with Lucifer or Satan will be running and hiding.

"The populace will not care about the subtle or not-so-subtle differences between these societies. They will lump them all in together."

One of the men commented that after it all breaks, he expected that a huge number of people will rush back to conservative churches and belief systems from their childhoods.

Gonzales spoke up in disagreement.

"I have my doubts on that theory. After the number of pastors and clergy who will be exposed as being a part of these networks, I would be surprised if anyone returns to organized religion."

Sigmund once again seemed to ignore what was being said.

He stated that these communities had been gamed so many times that there was no way for them to ever put aside their "UFO Religions and Professional Egos," and actually come together.

Yet, this type of organization would be exactly what we would need for us to properly demand disclosure.

**WHY WOULD THEY?**

Sigmund then said, "Now think about how this community reacted during the blatant Rothschild attempt to foment a 'Civil War' in this community, while also attempting to discredit a number of individuals in the field."

[DW: This was a direct reference to the efforts of what we have called the Dark Alliance. It included death threats against Corey, Emery and myself, as well as massive, ongoing smear campaigns.]

He continued: "Why would the Air Force and DIA choose to disclose these technologies through the Ufology community?"

He went on to say that the DIA and Air Force determined that they needed to disclose certain information in a way that couldn't be directly tied to the field of Ufology.

They planned on making this a nuts-and-bolts type of disclosure that would even leave out the most pragmatic UFO researchers.

We moved on to a few other topics, including a "flyover tour" we would receive of the LOC and the lava-tube passages. This would involve traveling to another facility called "LOC Bravo".

**I HAVE A TREAT….**

The person leading the meeting then brought our attention to a large smart-glass pad monitor that was lowering from the ceiling.

Sigmund stood up and said "I have a treat for the both of you." He walked up to the monitor and stared at it while talking.

He said they had been monitoring what appeared to be a derelict space craft that was headed towards our Sol System.

This would prove to be the same cigar-shaped "asteroid" that NASA and the mainstream media dubbed *Oumuamua,* and had publicized widely in this same timeframe.

The ship was monitored as it approached the area where the Outer Barrier had been erected by the Sphere Being Alliance.

The SSP expected the craft to crash into the barrier. They were shocked when it passed directly through that region with no ill effect on the craft whatsoever.

It turns out that the barrier had already been depleted by then, but this was the first time the SSP Alliance had ever realized what had happened.

**WAIT UNTIL YOU HEAR WHAT WE FOUND**

Sigmund puffed up proudly and stated, "I led an expedition to see who this craft belonged to. Wait until you hear what we found."

Suddenly we started seeing all sorts of readings and telemetry on the monitor. I could also hear what sounded like an old NASA radio transmission.

There were beeps along with a pilot calling in positions of his craft, as well as the one he was trying to dock with.

That lasted for about five minutes as I saw the two craft spiraling closer and closer together.



As the pilot matched the spin of the object they were approaching, you could see a long cigar-shaped structure that had shiny patches of what looked like ice on the outside.

It was obviously made of stone, and looked as if it had been through many meteor showers and collisions.



The video broke to a scene where a few people who were suited up in space suits were pushing themselves through what looked like a bored-out hole going down into the rock.

## ENTERING THE VESSEL

The shuttle had docked with the mystery vessel close to what looked like a metallic oval dome, which was sitting about a third of the way down its fuselage.

It appeared to have been breached many times, and was full of holes and dents from obvious impacts.

In the next scene, you could see the men in a weightless environment, with lights on their chests, helmets and the tops of their wrists.

They split up and were talking to each other through the communications systems in their suits.

One of them was chipping samples out of the icy residue on the floors and walls.

This same frozen, organic sludge was on the outside of the ship as well. It appeared like foamy, dirty lake water that had been frozen.

The ship was obviously very ancient. It had been boarded and stripped of technology many times by unknown races.

Sigmund stated that when they tested the sludge later, they determined that it was partly the remains of the original crew.

There were many panels removed from the walls, ceilings and floors, leaving empty compartments where technology was once located.

## "I FOUND SOMETHING!"

As they looked around, one of the men called out, "I found something!"

I watched as the man with the camera pushed himself through a few open panels in the floors and ceilings to get to the floor of the craft that he was being called to.

He entered into a room that looked like it had recently been unsealed. The panel was wedged against the wall, almost blocking the door.

The video scene then went to two men taking video and photos of some beings that were located after morgue-like drawers had been pulled open.

## AQUATIC BEINGS IN STASIS

On the table was the frozen-stiff body of a strange-looking being. It looked somewhat like a pterodactyl, with pale blue skin that was almost white.

They were pulling open other drawers and seeing a few other types of beings.

One of these beings looked orange or peach-colored, and appeared to be a mammal at first.

I later found out that this was an aquatic being of some sort, which seemed related to a squid or octopus.

It was about 10 feet tall, and had tentacles as arms and legs. Three long fingers and toes extended off of the tentacles.

Tiny, almost invisible suction cups were located on the underarm area and the hands.

This confirmed that it was one of the original crew. They found that a great deal of the ship's common areas had once been pressurized with water.

[DW: In light of the potential identity of the Ancient Builder Race, as we will discuss, it is interesting to note the similarities between these beings and the Golden Triangle beings.

We could be looking at a very prolonged evolutionary shift over almost unthinkable amounts of time.]

## WHOSE TECHNOLOGY IS THIS?

They continued through the process of bagging up the bodies and transporting them to their ship.

As they did this, the bodies started coming apart and floating around the cabin they were in.

One of the men grabbed a piece of paneling and used it like a spatula to scrape off the rest of the remains and load them into bags.

At this point Gonzales asked, "Whose technology is this?"

Sigmund looked over at us both and responded.

"Well, we can only date the organics back to a little under a billion years ago. We tracked its trajectory to a star system not too far away.

"This craft was apparently stuck in that system's orbit for millions of years before it was pulled to our system by our star."

## WOULD THIS BE THE ANCIENT BUILDER RACE?

Gonzales said, "So, would this be the Ancient Builder Race?"

Sigmund smiled and slowly pointed his index finger to the tip of his nose. This indicated Gonzales was correct.

Gonzales started asking questions faster than Sigmund could answer. Sigmund put his hand up to indicate that Gonzales should stop talking, which he did.

Sigmund then said, "Yes, we did find some amazing technology, though most of it had been removed long ago."

He then said, "But wait, you haven't heard the best part!"

## WRITING AND GLYPHS

He then continued on with the video. At this point, someone excitedly called out that they had found something else.

The camera showed them entering into a room where there were two types of writing and glyphs on the walls and ceilings. There were several rooms like this.

What was so exciting is that this was the first time we had ever seen or had access to any type of writing from the Ancient Builder Race.

The SSP was well aware that in every other Ancient Builder Race site we had ever found, any written inscriptions had been scratched out.

It was as if some later interloping ET race had wanted to destroy any ability for us to reconstruct their history.

There were some very intricate hieroglyph-looking characters, along with a large amount of glyphs on the wall that were made of long lines, dashes and dots.

## A MULTI-DIMENSIONAL LANGUAGE

Sigmund stated that there were similar ancient languages that they had become aware of on Earth, as well as a few other stars in our local stellar neighborhood.

He said that they were able to decipher the glyphs fairly easily.

They later determined that the hieroglyphs were a mixture of a language and a hyper-dimensional form of mathematics.

They were able to interpret most of the messages from the craft, and have sent the results to a few of their research groups.

The conversation then headed into classified operational information that I am responsible for keeping to myself, for now.

**LET'S TAKE A TRIP**

Once we finished the meeting, Sigmund stood up and said, "Now let's take a trip to the LOC Bravo location.

"You must keep all of this information confidential until told otherwise. Understood?"

Gonzales and I both answered yes, and arose from the table.

We were taken to the larger elevator on that floor of the LOC, and then rode it down.

We came out into an open area that was another bay for spacecraft.

**THE GREAT HALL**

I saw that we were under the same floor in the lava cavern that we had flown down into when we entered the crater hole during our arrival.

We were taken to a larger shuttle craft that then flew out of the bay. We soon found ourselves flying down a long lava tube at a great rate of speed.

We came out into another large cavern area where I saw human-made structures on the floor of the cavern. They were built around an opening.

We first flew up to a small facility that looked like it may rise up to the lunar surface, with structures built above ground like the LOC.

I saw men and a few women walking around this facility in both Air Force uniforms as well as NASA clothing. We were greeted by a few Ph.D. types who were very excited to see us.

They told us that we would be suited up and then transported down to "The Great Hall."

**HUGE, ANCIENT MACHINES**

We were put in the same environmental suits that I had worn in my prior SSP service.

We then went through a bit of a training session with the Ph.D. types on using the equipment, which was very basic.

We traveled back to the bay where we loaded up on the same shuttle and flew down to the cavern floor.

At this point, we passed through the dug-out hole that opened into a cavernous area. It was the Great Hall.

This area was so tremendous in size that both Gonzales' and my minds were blown.

There were all sorts of HUGE and ancient machines with tractor tracks on them.

There were also long beams made out of a grey crystalline material.

The beams were lying broken and shattered on the ground. There were large circular tunnels heading out in multiple directions from this one area.

**YOU HAVE BEEN HERE BEFORE**

I told Gonzales that I had never seen anything like it.

Sigmund looked over at me and said "Corey, you have been here before. You just don't remember."

I looked at Gonzales, who looked as puzzled as I was.

I asked if it was on one of my previous 20 and backs, to which Sigmund nodded a yes.

He said, "One day in the not too far future, I will be standing here with a reporter from a major television network."

He then continued, "For now, we must still keep what you are shown here today confidential."

I was then taken on an amazing tour, which I have apparently been on before.

We walked down a few flights of stairs into an area that had a train system.

We boarded the train and toured the giant ancient facilities for nearly five hours.

**IT WAS VERY AMAZING**

I would love to say more about what I saw at this time, but for various reasons I was asked not to report on it.

All I can say is that it was very amazing.

If we do indeed get to see these facilities in the future, it will be an incredibly powerful turning point for humanity as we know it.

Once we were done, we were taken to a mess hall, and allowed to eat and shower.

We were then taken back to the LOC, where we both boarded separate dart craft and were flown back to our homes.

**END OF COREY GOODE'S UPDATE**

## CONCLUSION BY DAVID WILCOCK

There is a true wealth of information here for us to contemplate, analyze and speculate on.

Overall, what we are seeing is a decisive shift for the positive in the war for freedom, both here on earth as well as in our solar system.

Some of the timelines Corey was warned about, as little as six months ago, indicated we could end up in a Draco-dominated slave society.

We were urged to step up, support each other and walk in our spiritual truth. I personally heeded these warnings and got much more involved in the battle.

Therefore, I was greatly relieved to hear these updates. It now definitely appears that we are on a very positive timeline, if not the "Optimal Temporal Reality" Corey had been briefed on before.

I admit that I am disappointed I did not get to meet the Blue Avians in person before they departed from our reality.

Up until now, my only interaction with the world Corey has experienced is through dreams and related visionary states of consciousness.

There have been multiple ways in which I have used these methods to validate what Corey is saying to my own satisfaction.

This includes direct meetings with the Anshar and other such beings in dreams.


## THE STEPS TO CONTACT

You can imagine that for some time now, I have struggled with believing Corey on the one hand, and wishing I could see these places for myself on the other.

Each time I have asked about this, the answer that came back was that I had not yet developed a strong-enough spiritual and meditative alignment to be ready.

This does make sense, as the Law of One requirements for the highest levels of spirituality are extremely stringent.

Corey did not suffer from this same "free will clause" in the Law of One sense, since he had already consciously remembered his work in the SSP.

Part of what I have decided to do in the new book is to frankly outline the guidance I have received as to what I would need to do to be ready for contact.

It hit me after Corey's three-day trip to the Inner Earth, and the messages he brought back for me, that the guidelines I was given were truly archetypal.

We can ALL benefit from putting these same concepts to practice.


## LOTS OF WORK TO GET THERE

I am in the final stages of making a series of rather sweeping changes in my life that should help to create far more peace and tranquility.

This includes the distinct possibility of moving, even though I have been very happy with where I was. I hope to finally nail this down very soon.

It is very interesting to think about the perspective of beings who live in these higher densities or dimensions. In some ways it is very foreign to us.

They live in a realm of unconditional love. The kind of hate we routinely encounter here, such as in social media, doesn't even exist as a thought — at least in the positive groups.

I was told that I have a very well-developed intellectual capacity, but that I am only half as effective as I would be if I started applying it spiritually.

I have all the tools needed to be much more adept in this area. I simply am not applying them to my everyday life.

The Law of One had said "the distortion of busy-ness" can be damaging to any type of Higher Self contact — and I have been very, very busy this past year.

All of us can take time to relax, slow down, breathe and center into the core of our being.


## THESE THINGS WILL HAPPEN

You may not want to believe in Ascension, or that any of what you just read is real. I get that, and am not threatened by it.

Even if you can only interface with this as science fiction — though I do believe Corey is telling the truth — you can still benefit from it.

All of us must journey through the passage known as death. No one has found a workaround for that… at least not yet.

Ascension is very different than death. It is a spontaneous evolution — a rebirth.

This doesn't just happen to us. It has to be earned… through diligent effort and focus.

However, the term "effort" can be misleading, as a major part of the requirement is simply being relaxed, happy and forgiving of yourself and others.

Many spiritual traditions have suggested that Earth is a school, and if we have learned the lesson, we move on to greater levels.

Ascension is just another meditation on a similar concept — but without the aspect of physical death involved.

## LEARNING TO GROUND AND CENTER

I believe the information on being overly intellectual in my focus applies to just about all of us who are interested in this field.

So often I have seen comments railing about how there may be no "New Information" in a given post. This is a great example of over-intellectualizing.

The Ageless Wisdom taught in the Law of One and so many other texts is always with you, in your heart.

The Tibetan Buddhist monks expressed it as seeing that the Universe is ultimately comprised of "Awareness that is Empty."

You then meditate on yourself as a projection of that same Awareness. This is best done in beautiful nature settings.

The Law of One did say a "sylvan atmosphere" — meaning a home surrounded by trees — is the best place to live for this type of work.

Tibetan monks who meditated on Empty Awareness for 13 years, and were able to have every thought be a loving thought, activated Rainbow Body.

This is much more difficult and advanced than the fourth-density Ascension we are heading into, but it is ever possible.

I hope these concepts can help you start making happier and more loving choices today. The payoff could be beyond your wildest imagination.

## UPDATE NEXT MORNING: VERY INTENSE TIMES

The personal struggles with the "fight to the death against bureaucracy" that I mentioned on Jimmy's show reached a peak right around the time we were releasing this data.

I can only laugh when I think about how incredibly hard it was to get this done — particularly before the end of yesterday.

This type of spiritual interference is called "negative greeting" in the Law of One. Carla always used to say, "The more negative greeting you get, the more you know you are on the right track!"

There were incredible forces trying to stop this from happening — almost unlike any I've ever seen in my life. And look at what has happened to Corey and Emery.

Thankfully, that whole conglomerate of issues appears to have resolved, just between the time of the radio show and the final publication of this article.

## IN THE YEAR 2525…

I passed out very soon after getting this online. I got up, checked the hit counter and we had already broken 25,000 in the middle of the night.

Best of all, it was… you guessed it… a numerical synchronicity. This time it was 25252 — three 2's and two 5s:



Tweet    G+

Like   Gian Prit Singh Khalsa and 2.8K others like this.

Hits: 25,252

This is reminiscent of the classic Zager and Evans song "In the Year 2525," which was a meditation on humanity's future:

Zager And Evans - In The Year 2525

When I checked back again it was almost exactly at the number of the precession, 25,920 years — which is the length of the cycle that culminates in Ascension and the solar flash:



2.9K people like this. Be the first of your friends.

Hits: 25,922

**A LIST OF THANKS**

We have a growing team that helps make these updates possible. We don't want to end this article without paying them all a big thank you.

SBA would like to give thanks to the artists and professionals who have helped contribute to this article:

Charels Pemberton, Dorothy August, Daniel Gish, Arthur Herring, Jacqueline Gan-Glatz, Jason Parsley, Rene McCann, René Armenta, Sam Ritchie, Simon Esler, Larissa Stamirowski, Vashta Nerada, Steve Cefalo, Bryon Worthen.

SBA would also like to give special thanks to Lidia for your incredible support.

Additionally, we are grateful to William Tompkins, Corey Goode, Emery Smith, Pete Peterson and other insiders who have come forward and risked their lives for disclosure.

And thank you for helping support this mission by spreading the word and sharing this with like-minded friends and family members!

Since some have asked about the original 26-page document I got from Corey, I will say that I only made very minor changes.

This included breaking up a few long sentences, fixing a few spelling mistakes, adding more paragraph spacings and creating sub-headings.

Corey did a really great job with this. He was very specific on not wanting me to add to his own writings except for basic editing, and I did not.

453
Like     Hits: 8,367,939

## Pages: 1 **2**   SHOW ALL

---

## ABOUT THE AUTHOR



**David Wilcock**

David Wilcock is a professional lecturer, filmmaker and researcher of ancient civilizations, consciousness science and new paradigms of energy and matter. He is rewriting entire branches of science and leading a new narrative of human history, one that includes races of highly advanced beings that we share earth and space with. The Golden thread that weaves his work together is the science of Ascension - a solar-system-wide transformation that elevates earth and humanity to a higher phase of spiritual advancement. David's message is one of unity and love, encouraging people to live a life of goodness and harmony. He is a cosmic reporter of poignant news and events in the Ascension timeline and drama.