

## EXHIBIT 17
## A. Axe Maze House

"where You are, there I'll be"

Booby Trap Axe house

1/10/17

7:05 I was at some kind of house, it seemed to be both Labyrynth & booby trap maze. It seemed like everything in it was rigged w/booby traps to keep the owner single. I was both me & male competitor & observer.

At first I'd just gone in to get a new shirt on w/another hispanic looking girl we entered a room & there was a huge axe that came down from the ceiling & just missed me as I'd layed down for a second.

Then I was observing as the guy now went in to do/get something. We were considering buying this home, though it also seemed to be owned by the seller (my grandpa). the guy went & sat on a toilet onto a raised platform like room section & a axe w/ the headchopper guy was there threatening to use it on the guy as he used the bathroom & toilet as rest seat to sit on. He was like, No, I would not like to die

"IDEAS CAME IN AN UNINTERRUPTED STREAM AND THE ONLY DIFFICULTY I HAD WAS TO HOLD THEM FAST ..."

that way right now. He was also on a mission to change his clothes. I watched as he'd go from room to room each w/ an axe of some sort. The hispanic girl (about 19 or early 20's) seemed to not have any of the guiotire axe master problems.

Then finally the guy decided, he needed something else (as dual me & observer) he decided to change his shirt, as the hispanic girl told him he could wear the magic shirt and she couldn't cause she'd already tried & it didn't work for her. But since this was his first time It'd work for him, she threw 3 shirts at him/me. One was the ~~red sleeved~~ burgungy sleeved shirt mom gave me in waking 3DL & the other the blue one, the 3rd was ~~the~~ my w3DL skull sugar skull tatoo sleeve da sleeved shirt. I started putting on the burgundy one & the mexican girl said, "no, not that one, I've already used it... that one!" she pointed toward the skull one. I took off (again, now for a second time) my shirt & put on the skull one. It was a lil snug feeling all of them, but I managed. Then I/he sat on the raised area & another blade came swinging down from behind, as she yelled "DUCK" & I/he leaned back to a lie down position as the blade missed & went over & back to a rest position. I/he

(2022) FRIDAY 4:22
b.Mos/imati

dh comon...!

said loud like, "ARE you kidding me! Isn't there a single room in this house that ISN'T boobie trap ped/rigged w/ something to kill me!"

Then I/he was gong to leave the house. Just then the entire house began to (like a picture billboard kinda sign changing to the 2nd or 3rd sign) turn to flat 2D squares & fold & turn, like 1'x1' or 2'by2' & and turn & shape d reform into a completely odd labyrinth, reminiscent to m.c. esher style perspective rooms. we were now walking on very weird altered perspectives & halls or stairwells. I'd still wanted out but was like at least this is a better challenge



to navigate than ridiculous axes coming down at one in every room, designed to kill you) intruders.

The hispanic girl called over to me, "Don't worry, you're ok, I'm ok, you've got the magic shirt on now, we'll all be just fine"

The labyrinth maze felt huge, like a whole unusual castle mansion d realm/world all to itself d one I'd yet to explore. But I needed to first find the map.



7:29am

sliding glass doors main entry

blade swing

sitting caged area axe came from ceiling

Room changed it went like flat d reformed w/all new square placement d into a maze labyrinth



# EXHIBIT 17
## B. Liquid Blue Spheres

blue light balls

April 8, 2014
@ 9:49am   DREAM

There were "bad" people trying to get me by throwing things at me and or one of them in particular tried to shoot me.

I mostly recall the bullet coming at me & deciding I'd had enough. I spoke in my mother tongue and as the bullet came at me, I made a bluish/white liquidy water appearing like ball and in my hands and as the bullet came the ball went to it, and eveloped it... turned it to "love & light" and I sent the energies back to the "bad" person to heal them.

I realized to use the other person's energy and as other things (little shards of shapes or shards of glass or things) by others in the row w/the main guy, I'd speak my language hold my hands out & the negative energies they tried to harm me (cut or kill) with, would instantly be enveloped in a little liquid blue white watery ball stopped in mid air & then redirected the healed energies back to the thrower.

me. But, I didn't want to hurt him. I wanted to determine if I should heal



him & wanted to try to talk w/ him. It
seemed he did catch up to me. And
it seemed we were able to work it /something
out & be friends. Albeit seeming somewhat
precarious yet. I may have tried sending
more blue/white light into him. But, think
I 'woke' up to some degree after and
then slept till waking after 9 to write
about what I recalled most of the dream.
There seemed to be more details. But these
I recall best. The details, remaining w/ me
more as feelings of peace, love, joy.....HA!
that was it! I spoke /change that into the
energies being hurled at me, being sent
back to the sender. I also feel empowered.

gun guy ———— main throwers. may have been one more or two
more on this side.

mostly
irrelevant
& then not
there          me

# EXHIBIT 17
# C. Dragon Morph

it now finally felt like my spheres (pearls) were being cast before those who could finally start to both see & understand them. But, it would take some time yet. 10:57am But at least it/this was a start!

———

DRAGON MORPH

oh yeah earlier dream sequence.

b-friend. There were long heavy wood looking cafeteria restaurant style tables & people & kids eating at them.

I told my b-fri I needed to go take care of something 1st in the restroom. I think we lip kissed & released hands and I went off after telling him I'd be right back.

I went into the now empty girls/womens restroom & looked

then, I looked & was like sigh, ok. I figured that I wasn't scared. Just looking

even more & saw                    more reptilian/Draco & a

soft (like a spring) green hue      nose blended down

now like a ridge                    more a continuous

11:18am    That's when I transitioned to the Improv scene.

**EXHIBIT 17**

**D. Star Fish Kush Kittens**

7/30/16 ≈ 1am

DREAM

SAVING THE WORLD w/ 5 PURPLE KUSH STAR Fish KITTENS

10:4 1am

I had to go get help for the masses. They didn't know what was coming. A flood.? I felt like I was labeled a super hero. ~~too~~ But, the semi-bad guys were trying to prevent me from getting into the water. But, I made my way to the yhatt/fancy marina Housboat edge & jumped in the water.

I swam a lil short ways & found the help I was looking for, 5 purple spike spine ball fish.

made me think of big harty kooshballs There were 3 bigger than my right hand, 1 medium hand sized & one small. I instructed them to attach onto my vest, so they would be safe from the current.

as Station   Alaskan mining   ncss-secret
50's Diner   McGyver guy   morphing
            bp PP          ncient C

It felt like I briefly became lucid, to perform some 'magik' & move the waters aside & to make conscious note, it was only a dream, so I could breath "in water". I swam & the Star koosh fish also were very cute sweet baby like kittens. the super cute striped brown, grey, white type I like & like persian (teacup & big look) kittens. I'd first informed them of the dangers & asked if they still wanted to go w/ me on the mission. They said yes, & I held/ attached them on. It was actually after that we swam off.

The water was murkey brown & hard to see through. It seemed to be teaming w/ life & bacterias. It was hard to see, but there seemed to be just enough light like a very dull spotlight through the water & about 3ft around me to semi-see. I knew where I was going, the star koosh-fish kittens may have been my guide, at any rate I felt energetically (empathed) my way forward. I went with, around, & toward the current. I knew it would ultimately take me to my needed destination.

we then arrived at a sort of cabal

me/crimpled connector &   him-there're   GNOME   Ga
white laceweddinggown   morking's gather.

police station & I though felt of Zootopia (the show my daughter likes. 3D animation) & saw above me through the wood plank deck room floor boards the female bunny lead w/ the purple Eyes. I knew she meant well, But with her cop programming she'd still be trouble & she was! She bought the lie that anyone that wanted to be free or wanted to free all the other 'slaves' must be bad. But, even though she was not entirely certain & was questioning things, & not sure she really should send anyone after me, she did. I was like uh-oh, she spotted me/us through the floor boards.

We'd somehow 1st managed to attend a party above the water. I was in a dress on in that barely covered

Alaskan mining   Station   locks-secre
McGuyver guy   50's Diner   morphina
bp lpp   ncent C

...till I could safely escape back to the water. It also seemed strappless or rather had spaghetti straps that were about as useless as if it had none. ▮▮▮▮ was there for a brief minute or two or three.

It seemed they would be bound to

thought felt my way through the floor boards, & dove, into the water/or passed through the floor to water, like a person would jump into/off a tall waterfall into the water feet first, legs wrapped & arms across the chest.

I was able to see enough again in the murkey water, still all the while w/ my 5 kittens, that felt sorta like my orints lilly bunnies. I also thought of munchi, kona & Holly Molly.
Boston Terriers, Grey White kitty
I had gotten what I came for, whatever that was, & now needed to go & shine the light of water on my DNA & thereby the DNA of others to change & wake them, us, all up.

I again was swimming w/ in & around the current to go back, but also go forward to where my next destination stop spot might be. Again, I had reminded myself, it was only a dream so I could breath in the water, the kittens seemed to be purple kush balls as we entered the water I empathed to them too, that they could also breath cause they were w/ me & within my field safely. That felt to be a 3ft range for that particular time, due to my being in stealth mode & (trying to) keeping my energy more off their radars to spot.

Then I woke up.

# EXHIBIT 17
# E. Druids and Dolphins

July 19-20, 2006    DREAM   Druids & Dolfins
*orange*

I was on a mission to protect myself & others.
from the Druids(?). We sailed across some waters
perhaps a large river. I was sailing by myself
but yet there were 2(?) others w/ me.
We landed at the destiny embankment. It was
like a mysted wooded cove/glen. Like being in
a redwood rain forest. w/ rich browns & soft
dark sunlight. The others went searching out
the 'evil' Druids (KKK?) lair in order to destroy &
expose them. I stayed at the embankment.
there were some type of monsters in the water.
like dolfins but also w/ spikes and spines. they
were usually percieved as dangerous. There was
a stack of CD's & DVD's I was sifting through
for clues on the embankment ███████ returned & I
told her that all the Beatles & (some other major
group... Beastie Boys?)) were missing from the
collection. We decided this very suspicious. I went
up to the tree w/ the hidden room that they
had found.  I opened the tree door & it was
very small inside not a room at all rather a
very narrow hall w/ cupboards to the right & left
& white walls I could barely fit down the width
of the hall & 3 to 4 steps later and one shift
to the left I was at the end of it. There
were 2 vents about 12" wide x 4" tall. one

Druids
Dolfins
Save

at the end of the hall. The other back toward the door & to my right. Both were near the floor. I immediately knew we had found the Druids main lair & that the vents are how they'd been getting around undetected! I hurredly & somewhat nervously backed out of the hall (since there wasn't enough room to turn around. The ceiling was very low too I could touch it w/ my arms raised). I called out & told the others we had found it and had to (bring back ████ evidence (?)). We went back down to the embankment. The waters were unsafe or rather "scary" but I knew I had to get into them to get the necessary proof. The others were not so certain (may have been ████████████) & were watching from the shore. Nervous but strong I dove in & began speaking w/ the Dolfin creatures they were orangish brown & I grabbed hold onto the dorsal fin. I semi-paniced but not really & requested the dolfin go back to the shore w/ it's friends to get my friends to safety w/ me & them. We went back. The Druids seemed to be returning but not exactly physically, my friends reluctantly jumped in & we all screened away w/ the dolfins, through what felt like swampland river/lake. We may have wound back in our city.

# EXHIBIT 17
## F. "Marriage Dream"

Dec 15, 2017
@ 11:53pm

5:27am

There was a house I was inside of and something to do ▮▮▮▮▮. It also felt to do w/ the ancient morphing coin.

There were some guys (2) that came in looking around as if to rob the joint. Looking like old school racoon robbers, one had a caiou vibe. There was some guy I was supposed to go on a date with.

5:46am



Something I heard pre-sleep and somehow didn't manage to write the additional reference info and thought I had.  But,  I only vaguely recall it now and only as a feeling, not so much as words.

"Changes in IT office Patent

"OFF" DIMENSION w/ CG

I was at a restaurant, it seemed owned by my friend... ok CG... in another guise not one I recognized him in odd.... off... different.

He then decided to employ me as like a floor mopper upper type girl (a door girl). Like just so I could work there. He liked me though something felt "off" about the whole thing. Like in the wrong reality or wrong dimension. Like everyone was there. But, it wasn't right. It wasn't

BBQ
pork rolls
Alyssa   Tileam
water bottle
wrong Alyssa
whip cream



Reverse | CORRECT DIMENSION w/ Corey

Halmark movie I for _____ of how the Corset took her forward in time, but she went back in time to 'live happily ever after' where she came from.

Pre that I was in what was like a horse or a station wagon only bigger like a 50's car backseat. I was the man. I looked like Corey. I had a young perfect looking to me girl assistant. I really liked her. But, I thought she'd never really like me. So I quietly worked w/ her, helping her. I also seemed to be her too. As her I was wondering if



(WBDU)
ReM I pulled up Dan Akroyd military movies
I saw the M*Auto Navy vs
SGT. Bilko w/
Steve Martin,
Probs we'll see both w/they'd prob
be pretty boring to watch again so...
is hilarious!
DA is dream from
I about those
ghosts in that
movie that scared me
team

Like golden chevron patches on sleeves/arms

When all of a sudden I was the girl again
& now my honey had an official military brass (?)
meeting to take place in our seats/office car right
where we were 5 to 6 of his high up & decorated
or lots of official patches & arm badges & shiney
name tags came in & they sat on our seats inside
like this meeting had been planned a long time it
was also like 5 or 6 pm & getting dark out. They one
looking like Dan Akroad maybe the frame M*Hales Navy show &
seemed to clap Corey on the shoulder & say

**In our office work car, there were seats aimed in both directions, like old school station wagons. The brass guys seemed to sit on the seat aimed forward.**

something like "well, man, what's it gonna be?" indicating about me & that they had given their approval. I, as the man, had been worried some about that, if I'd have the official approval(s) that I needed. But this meeting had been set to officially acknowledge I'd been accepted in as the girl.

Now I was the girl again and observing all this & realized it was to see if I received the military approvals (they also briefly shifted into white Navy uniforms the nasty & then back to the dark blk/blue (almost cop like) military uniforms. My man now seemed way more relaxed & now it was time to 'present' me to his buddies... I figured like 1 or 2 or 3 or 5 maybe a dozen over time... but no....

he now lead me & took me into the inner workings only reserved for those 'inside' the brass(?)

He had tons of buddies come up to him & shake his hand congratulating him like we'd just gotten married (or were about to) & they'd officially sorta smile & nod at me & some would grip shake my hand too w/ 2 hands. But all seemed to do that w/ my man. They all respected him greatly and



https://www.instagram.com/p/BYmPCgHAWjL/

It turned out he was extremely well known by the community as being like a genious or something. The wiz kid & one of only a few throughout the ranks. Maybe like 8 or 9 ish or so w/in this communities group & he was sorta the go-to guy for super top level problems. I thought of him like that Rubix cube genious kid I videod. Done w/ the cube in like 10 seconds! He was like that w/in this community. Now we were in a sort of stadium style place filed w/ hundreds... ...thousands of military brass all aimed up front to the center stage area; there did not appear to be one empty seat. He now (to my surprise) lead me w/him up to the front stage. & the Dan Akroid type guy now in a white sailor type suit & hat w/ a small row of men behind him w/ their new wives behind him. It was now our turn (I had no idea this was to happen like this) & then we walked up to 'Dan' and he announced over the round microphone that we were official (like he'd just married us now) & now I was an official part of the community & accepted in & had free reign of the base now & could go 'anywhere' relatively speaking (but maybe literally) I wanted now cause I was



Gmail - DREAMS Dimensions (COBRA info)

 Gmail

**Alyssa Montalbano <purplemagus374@gmail.com>**

## DREAMS Dimensions (COBRA info)
1 message

**purplemagus374** <purplemagus374@gmail.com>                    Sat, Dec 16, 2017 at 5:07 PM
To: SphereBeing Alliance <spherebeingalliance@gmail.com>

Season 1 info to follow a little later.  I have to go over that info yet and then share my thoughts regarding how all this connects with the plasma thing/s. But, wanted you to get started with this section of the info.



Sent from my Verizon, Samsung Galaxy smartphone

 **DREAMS Dimensions.pdf**
7754K

DREAM: Soleil visited and spoke with me

# EXHIBIT 17
# G. Soleil

From:  Ari Stone (aristoneart@ymail.com)

To:  spherebeingalliance@gmail.com

Date:  Tuesday, January 3, 2017 at 12:51 PM MST

Hi Again Corey,

This is my 'dream' from last night. I am sharing this with you so you can also use it as a tool to better evaluate me, who I am, and see if/how my "dream" info fits in with your info/intel. I won't share all

███████████████████████████████████████████████████████████████████████████████

**Soleil**

**DREAM SEQUENCE**

**wrote around 9:23am 1/3/2017**

A family friend had moved to our town (though it looked nothing like where I live now, it was supposed to be here) and his neighbor (a prominent doctor) whom lived directly across the street from him had been shot by a young (possibly gang related) black kid (I have nothing against black, green, purple, or any other color skin…just so you know! Lol) and taken to the hospital.

I was then in our family friend's home and there was a gal whom had danced for Cirque Du Soleil and she said she'd dances with ███████ and thought it was cute he didn't know she was an actual professional dancer at the time for the company he said she should dance for. I was then transforming a cat into a rabbit and ██████████ turned it into a ¾ whole watermelon (without its skin) and I was like "Nooooooo I wasn't done yet! the poor thing…" Then I finished transforming it back into a rabbit, after turning into a squirrel or ferret or something like that at first by mistake, and the Earth began to shake like an mini earthquake.

Then, I felt the dark energies in the main sections of the house and it tried to cut off my breath, I just tried moderately to will it away and that helped enough, but I just didn't feel up to doing much more, so I called in my family (spiritual in the "heavens") to help me as I knew it was a bigger task and needed more help to 'git er done'. It was then like we were a row of line backers, only it was me and light. I could feel their being-ness and forms only it was light energy to the left and right of me, with me in the middle. I visualized the force of the light radiating out from me.

Then I was with the sun, flying with him both inside and adjoined next to him (it felt like I was joined at the hip or arm with him).  He appeared to me as a large ball of cool looking volcanic lava bursting with beautiful rich lava like hues, much like the sun images we see, only with very rich backs with contrasting reds and he was big compared to me, but not in his full planet form size, maybe about the size of large bedroom and spherical and he reminded me also of a neat smiling emoji.  He was telling me all sorts of cool things as we flew over what looked like the ocean out a ways but I could perceive what looked like a city behind us.  Maybe even New York.  The water zoomed by below us, as the Sun (Soleil) was telling me all sorts of cool things of import to remember.  I interrupted him mid thoughts to say, "I love everything you are talking about and want to learn more, however, those are really big and hard words to remember when going back from this state to my body form and upon waking up. You know?."  He then, much to regret as well, cut it short and just said, "Lorenz's Distribution and Lorenz's (rice) Factory" It seemed they might be the key mafia/head family evil operation that badness was being run through.

It seemed at the same time as this or immediately after in such a fashion as to overlap or simultaneously overlay, I was also back in the house and all of the light of the sun, that could be, was being blasted (painlessly and beautifully) out from the inside of me to outside.  It was like thousands of rayz of warm goldeny yellow white sunlight and had made the shadow (people?)energies dissipate or leave.  I couldn't fully tell if its energies were transformed fully into the light or if a small segment had slinked off trying to hide. It felt more transformed but maybe like a drop/snoggle had ran off to hide, but it largely felt transformed and my friend's home now friend cleared.

Then I woke up . . . .

---

www.AriStoneArt.com

**DreamWalker Dream Diary Adventures of Ēnetka Tulina & the Trizad for Peace**

ISBN-10: 0-9969608-1-3

ISBN-13: 978-0-9969608-1-6

**Copyright 2017 Ari Stone Art, LLC**

**Author-Artist Ari Stone (Alyssa Montalbano)**

**All Rights Reserved. Printed in the USA**

www.Amazon.com   retail

www.CreateSpace.com   wholesale

*DreamWalker Dream Diary Adventures of Ēnetka Tulina & the Trizad of Peace*

by

Ari Stone

A Magical Dream Guide to Reality, Synchronicity, & Magik.

---

*SOLEIL*

**January 3, 2017**

**9:23am**

A good family friend of Ēnetka's dad had moved into the neighborhood near their own.  It turned out that the doctor guy across the street from the friend's new home had just been shot and taken to the hospital.  He was a very prominent figure.  The neighborhood seemed to be having more gang related violence and the doctor had been shot by a young black kid for some reason.

Then Ēnetka was in the friend's home.  He had a very hot (sexy) twenties something blond dancer chick washing and cleaning up tons of dishes.  The dishwasher was already chocked full. Ēnetka got a paper towel slightly wet and wiped up some bread crumbs and sesame seed off the kitchen center island area where the girl was doing some of the dishes.  The two got to talking and Ēnetka found out the girl had dated Ēnetka's brother, but he



# EXHIBIT 17
## H.   A.I. Letter

12/20/15 @ ≈ 5am.

A TRUE STORY

A Japanese letter affecting A.I. colors on purpose. bad A.I. mistress. oil of life or hidden salt water (dark matter?)

There was some kind of letter in Japanese circulating around, that was affecting robot (A.I) color. But each A.I got to choose their color, but only 2 could be the same color. The 'bad' ones were trying to control who would be/choose what color. A bad head A.I servant female told one 'lower' 'household' servant to say/choose green so he did. Then they asked a 'dumb' servant girl what her favorite color was (being certain she'd never say blue) & she said "blue" she then lit up blue color. The A.I before her that said green, lit up too & glowed green. It had something to do with 'life missions' & the letter circulating in Japanese, that somehow seemed to be a letter from me, but not me, but me, as the big main Japanese head grand poopa type guy. The bad A.I were still trying to get their hands on it & were not happy the sweet but ditzy A.I had said blue was her favorite color. It was more like a blue violet. There was another "human" servant (or non-A.I)

A mystery to solve, to save the world.

guy who asked me what was going on. I
said I don't really know, but it has to do
w/ some Japanese letter circulating around.

Before that I was in some kind of an (under)
old massive warehouse building, testing
salt (? or otherwise) water (like a PH tester)
for something, that told me if it was the
ancient water or not & if it was safe
or not (radio-active?). I was looking at
it for the Pro Wave 101 device, as a means
to share about the Pro Wave 101 with others.
mayhap it was an alien species goo, or the
'new' form of communication ████ has been
waiting for (in waking life). the water had a
layer of shiney oil GANS like speckles, the
life source (creation) energies to spawn life.
It was in the dark place under the warehouse
building & amid the foundation stilts. Though
it was only a few paces/steps from the
access door I came in through & light flooded
the area so I could see fairly well. I wanted

main bass. I'd also intended to use the water/oil/GANS oil surface collection, to put it on the AI's to change them, to wake them up, to turn them (human?) (organic?). I was not in any immediate danger. But knew if I were to rock the boat, I needed to do it fast quickly, & very big publicly.

I must find out about this "Japanese" letter & decifer what its code really means. The AI colors had to do with life puposes/destiny & only 2 could be the exact same shade or hue of color. I was releaved when the very sweet but very ditzy AI said blue. as it some how threw a whole monkey wrench in the bad AI's plan to be select blue. For some reason the head mistress AI had to wait till all the others chose a color/st. I don't know why, she couldn't just do it first or she was afraid/uncertain just yet if blue really was the total "best" color/destiny to be. She wanted total power & control, she a goon AI henchman with her two, as her fan/support club, she was very insecure but demanding. Typical ego (idiat) selfish serving entity. Easy to control & manipulate when you know how (they need/operate). & I planed to control/use her.

To use her to free the slaves totally, completely.
I didn't know how, or when, but I was to continue
to watch her for the opening and when the
time was right, days, years, a lifetime(?) the
plan would unfold. But though, I too needed
to see this letter, though I knew it was a plant,
I simply was so curious/in need of/ to know
what was being written, to observe it effect on
her choices & behaviors, to study a plan of
affect.

(from the ocean coming in to shore
The salt water, with the oil          under
the warehouse (like a pier w/ thinner doc legs)
it seemed to be "dark matter"...but it was
only percieved as such, because it was
hidden in the dark under the warehouse building
w/ no light on it. Once the door was open
& light flooded in it appeared to be actually
clear (like water) & crystaline refracting
(or capable of) all the colors of the rainbow
like many multi-faceted diamonds, the size
of minature sparkles all throughout
the waters of life. I thought of Plasma & Nanos
& the productive energies. These were all tied in together
an one. But how? The question was how since
I had this answer, all would be well, all would
fit/fall together. The answers were here. The answers
were clear.

I thought of my Chineasy book, as the cypher, or key/tool to unlock or potentially be able to understand the Japanese letter. It also seemed the AI's here did also not know Japanese & would need an interpreter/specialist to help them. Mayhap I could use that as a tool. ~~give it to them~~ At any rate it would buy me time. Maybe 1, 2 or 3 days even to ~~egg~~ find & cypher it myself, from ~~the~~ my friend's, my fellow slave AI's whom were also innocent & kind & did not need to be controlled either. It was time. But for what ~~the free~~ ~~I knew~~ I knew what I wanted (freedom) but was the rest of the world ready for it? Could ~~they think too~~ I knew I had divine protection. But, timing timing was everything, ALL the cogs in the wheel(s) must fit together. All fit together, to turn the crank of time to manifest all is well properly.

Different shapes, are different elements. Do they correlate w/ the periodic table? or beyond?