# EXHIBIT 18
# I. Living Giant



 **Ari Stone**
January 10, 2018 · 🌐

Hey everyone, for those of you who don't know . . . I  "see" things . . . turns out, I'm a highly advanced shaman and what I see connects with things linked with current events that puzzle many people from time travel, dimensions and portals, to the Nazca being (aliens) found.  It is now time for me to share with each of you my shamanic dream vision journeys.

I am in process of writing my first dream blog.

There is a good chance we will be hearing in the news that they (government or leaked news)  have a living giant (Not in stasis) being kept somewhere with very high security.  Quite possibly underground in the Antarctic.

My dreams are memories retained in my cells of past lives, current lives, and future time line lives.  In dream realms I have worked with many souls, including presidents, other known people in society, and even some of you here who are my friends.

With many of the poorly behaved beings finally being taken out of power it has become safe for me to share with each of you my story, reawakened memories, and future vision for a society living lives genuinely in love in a single unified timeline.  The messages I tech are that of love (magik) in its many and varied expressions, from healing with white light sparkles, to manifesting what you need, and teaching genuine self acceptance.

My first story will reveal a faulty time line future where the ICC (Interplanetary Corporate Conglomerates) were successful with their regime and where two Men In Black detain and stamp us with advanced nanite technologies. We are then taken aboard a command vessel spaceship (by the "Game Changers" (3:13 - Chevron crafts - Earth Alliance group as mentioned in S6 E1 Cosmic Disclosure) where I am shown a giant being kept in captivity. I am brought in because I have my hand in the till regarding this matter, which will be revealed later as I just learned why this morning.

With each dream vision, I will share connecting 3D data so you may also see what I see and how what we do in dream realms funnels down into the 3D experience we call life.

Take back your power in dreams . . . take back your power in 3D life.

I believe you will enjoy my shamanic dream vision journeys no matter what your personal beliefs about my experiences are. If you would like to ask me a question about my dream, please post a comment on my blog.

Sign Up Now and Follow My "DreamWalker Magik" Blog

My Current Theory:

Astral = 4D

Dreams = 5D and above

Your ability to pull back in 4D and higher density experiences is dependent



ARISTONEART.BLOGSPOT.COM

**DreamWalker Magik**

As of January 10, 2018 this blog will be of my personal dreams and the ...

Like     Comment     Share

Write a comment...

# EXHIBIT 18
# J. My SSP Involvement



My pre-sleep directive "Show me my involvement with SSP"

Leading Argumentative Team to Work Together

Slit Experiment Something Gone Wrong

DW Very Unhappy with Me (jealous?)

Oct 18, 2017
@ 10:41 pm

Show me my involvement w/ SSP.

*(margin notes, left side):*
I would
like to have
help
· all guy
teachers
forms
meter
he would
probably
run me
Also how to
mother
to dea
to ask
mythical, I had myself
long ago told.
said that
elsewhere
I find in
risible
apologized

I was at first w/a group of people. At
first it was like I was just 'one of the students'
and in a circle around 20 or so of us.
At first seemed everyone was talking over the
top of each other, each one going on about
how great they and their own thoughts
or processes were/are to the exclusion
of the group like they were/are the
best. Each trying to show the other up.
then all just talking either over the one
speaking or to each other, while a classmate
spoke. I'd had enough. I stood up & went
inside the center of the circle & said
(my voice at first was quiet d I had a hard time
getting it out. then it worked) "Enough!
Rule Number 1! Each person <u>LISTENS</u>
when another is speaking!" They were some

still talking & arguing amongst themselves.
I said. "I'm Serious! No more talking
when another is speaking & sharing!"
Most of them shut up. There was still one or
two more talking. I said to them "SHUT IT!"
They finally did. I continued, "Now to make
this WORK we all have to Get along &
show respect to one another & LISTEN
to one another, & help one another &
WORK TOGETHER." Another slightly heavier
set girl started to talk to someone again.
by this point I was so incredibly annoyed
& exasperated. I threw my arms up in the
air in a fist & said, "That's it! I am
leaving! If you guys can't follow even
just ONE SIMPLE direction, you are
NOT a team of people I can work
with! AND I'll just Go & Find another
group! One that is far more mature than
this! Can listen to one another & works
together as a TEAM!" The girl shut up
now and everyone seemed to know I wanted

me as the team leader. They knew/believed If I was leading we would win, whatever it was we were entering a group project for. A good handful began appologizing to me & to one another & begging me profusely to stay (we were in some type of computer classroom & outside on a grassy knoll). I relented, cause I hadn't really wanted to leave in the first place, cause finding another team to work w/ at this late hour of the competition would have been hard & even more exasperating.

I now again stated, "We must all LISTEN to one another, each other, when each person talks! We need to look at what each person has created"... each had their own individual projects like a mini replica in their hands of something. "...and we must look at the best aspects of each one & think & look together as a group to decide/determine how to best utilize the best features & skills of another

to add it to our group project. It seemed now we had to walk to a large meadow field that also had bleachers like a football stadium (I thought of the (color) (Red) Earth Love dream of Earth wanting to marry couples now in love)

**4:57am** It seemed everyone was talk-arguing as we walked along. I again scold-chide told them, "WE MUST ALL WORK TOGETHER for this to work! Each one of us can't do it alone anymore. This is a TEAM/GROUP effort AND Quit arguing amongst yourselves! Each one/person has something valuable to offer!"

As we arrived at the stadium style seats, everyone was finally started to decide to get along & play nice together. Though there was still a palpable tension in the air.

These bleachers were set on a grassy hill knoll & had seating for thousands. Like a baseball stadium long side might. Only it was all set outdoors & into the grassy knoll hill.

I now got up in front of the group. We were somewhere near the top section of the stadium. & I began to issue instruction & rules to follow in order for our project together to work. Though it still felt like opposite polarity magnets together in the group, everyone was finally working together, though the opposite polarity push was palpable. But, they were now finally striving to work together even though it was evident it was extremely hard for them!

The heavyier set-build girl, was speaking w/ a younger thinner (maybe black) girl. But, it was ok, cause it was now her/their turn to speak & share. The group was now listening somewhat to one another even if still yet somewhat hap-hazardly. Then they finished & a 30$-ish to 40's young man got up & spoke. They were doing MUCH better now & were finally acting more like a team. I was proud of them. But we weren't out of the proverbial woods just yet.

Now there was some speaker up front. An event host/announcer that was to share about the event/competition & how to enter & participate w/in the rules & guidlines for the projects each team was to produce w/in the competition guidélines. It seemed there would be a panel of judges around 10-12 & they would cast their point votes (1 to 10) for projects & teams at the end.

I now walked my team across the bleachers section to a spot down on the grassy knoll hillside. It felt sort of like when I was at the one Love Festival in the back by the tree watching David Wilcock speak.

We all found spots nearby & were sort of shrouded by trees & some spots views were blocked by trees, but it was only really important that we be able to listen & hear (which we could, the speaker system here was loud) the announcer list and give the rules & game competition

guidlines. My team was finally NOT arguing
w/ one another & finally working a lil better
together. But, the tension was still somewhat
high and mildly explosive. So I knew we
still had to be extra careful. We all took
spots on the grassy hillside & some were
taking notes now of the rules (2 or 3) for
the team to review & have for later, along
w/ the handed out 8½x11 white sheet of
paper w/ the check box rules listed on it.
Like 50 to 100 of them. Reminded me of the
ol' dealership check inspection list sheet I made
for dad for the employees to use.

Seating was a lil crowded but, I found a
semi-open space & sat right next to one
of my teammates (touching my right side)
& I leaned back as if to nap on the hillside
& put my arms behind my head.

Then another team came & sat down & they
were being loud & boisterous & very rude (imo)

Their team leader. A man in his 40's, maybe 47
even. Also somewhat handsome reminded

me of ▭▭▭▭▭▭. In appearance maybe or a combo being like the Hus/Kyosyu Ss? even was him. And he sat just a bit behind me & put out his feet so his socked foot was (literally) right next to my face & head & like he'd just taken off his shoes & maybe had smelly sock feet going on & he was being rather jovial about it. But I just found it & him rather rude to do that. There was a whole hillside he didn't need to put his feet right their on either side of my face/head area. I was miffed! (lol!). I turned around to look at him & he now took on a McGyver [macGyver] look & I told him I did not like that & there was a whole hillside he could use & sit anywhere at. He seemed to like me though and it was like he'd done it to get my attention to notice him. I then went on (like him & his rowdy group were disruptive & like they could cause my team to argue again.) "We have worked VERY Hard to get/be here AND working as team. You need to stop doing that! Because

everyone here is valuable and has something important to say! Each one of my team is very special!" He began to understand, though still a bit boisterous arrogant, but not because he intended to be 'arrogant' it just came off that way to me because it seemed his team was being a lil thoughtless & not listening or being respectful of the rules announcers about to & having just begun speaking. The 2 or 3 people documenting notes for the team seemed uninterrupted by this guy & his team & were ok taking notes.

Now this guy behind me (sock guy) began to jovially appologize to me & my team saying that was never (i.e. not) his intent to make anything hard for us. He was just bubbly & outspoken. He looked more like FJ now but still a blend. He was intrigued by me & now he seemed to move up to sit next to me on my left.

We now seemed to be more like friends, but it was cause he was now actively

working to earn my friendship. I still felt tense toward him. But softening.

Then he felt more like one being & he was now telling me about this famous cheese that he once took home to his mother.

Now we were both in a new location as he was telling the story I was watching it & experiencing it w/ him. I think some old guy had given him a piece of some very famous cheese. It was only about sugar cube size & wrapped in a red paper it seemed like a soft cheese like a brie cheese inside w/ only maybe a very thin outer shell layer. He'd wanted to help the very famous old man (for his cheese making) to make the cheese. He'd wanted to learn the cheese making secrets as his apprentice but I think he said he was too scared to ask. So, he just taken the cheese home to his mother.

Once there w/ his mother she told him this cheese was magikal (magik) & that it was

*This was the famous "Tevis" cheese.*

very special & even sacred & It was amazing he (her son) had even gotten it. He now seemed to have a little DW vibe. With a glint & hint of mischief in his eyes & a sparkle. He opened up the small cube of cheese & took two bites to eat ½ of it & seemed to hold it up & profer it to me to try. I'm not sure if I accepted it or not, but maybe . . .

Then I woke up.

oh, it also felt like w/ the mother scene there was also a picnic basket somewhere involved and as though a red & white checkered through Italian style table cover blanket, that he seemed to have out on the ground for me to have a picnic w/ him on it. There may have been wine goblets & red wine in them, or grape juice (?).

5:54/am

# EXHIBIT 18
# K. Kings Contract Space Object



Inter-Dimensional Ray Guns 2-6

Signing kings contract for large space object to power Earth 7-13

Rescuing my Pirate Boyfriend 14-18

Changing Water Color with Magik 19-20

Magik to Deflect Alien Church Lie Ray 21-23

Aliens use Apple Cider Vinegar for Mind Control 24-29

What To Do? 30

Becoming One With Objects – "Walter" watches 31-32

Alternate Realities-Dimension "Clay" & Being 'with' "Walter" 33-38

Parallel Universe Military Peace Guy (Putin?) 39-42

Silver Ocean, My Spaceship, Book of Colors 43-45

Walking Worlds – via Obelesks (?) 46-48



it was some type/kind of agreement to allow something into our solar system to help us. Though I wasn't totally sure it was good & I seemed to be signing for someone else.

At first I was sitting in a semi circle w/ 3 other natives around a non-lit fire plate pit at night. The stars shone brightly.

Then their king arrived to sign the papers. I looked for my/our head representative & still expecting him (only about 50+ now) to show. It seemed my people had written it or their king's cabinet.

The contract looked so badly printed the words were barely telligable by any of us. It looked like a bad copy, of a copy, of a copy, of a copy & so forth. w/ super scrudgy black letters & maybe more of an Arial style type font.

It seemed the first line said something like this,

Gaia

Bloc slit throat Good
den Energy
looking for Pass

I ___name of witness___ of ___kingdom/position,___
being of sound mind & body to witness
to this day the following signings
below

The rest of the contract was just
the one side of the page & seemed to
be for some kind of negotiation to
put a large red/orange/rust color
very
object into our atmosphere or
rather visible from the planet & it was
'supposed' to power things. Like provide
power for the entire planet.

some kind of paneling reminiscent
to my TL3 plates
made me think of a sort of odd
bullet.
• ← human
would be
like a spec or very small
next to it.

It was large like
a city sky skraper
or a space station.

The Mawri like guy to my right took
the document & signed his name at
the bottom. I pointed out to the king
that there top spot was for a witness
to sign & not either of the contract

friend Mcave of you

signees, as it was about a witness.
The king agreed & put his name
& title/place/or postion in the slots.
Then signed below. I also pointed
out they needed to date it. They
did, but I didn't know w/ what
date, I assumed for today's date
of Nov.¹⁸ But felt more like Oct or
   something.
Then I took the document, still
no USA representative & I pulled
out & signed it w/ my teal (lt greenblue)
pen. There was no 3ʳᵈ line, as I
think the king wasn't supposed to
sign below too, but he did. So I
was like oh well, I'll just sign it
by making a lne/s for me.
I could barely put my name in cause
I started a lil' too far to the right &
was like, dang, I should have printed
my name a lil lower/even closer to the bottom
page edge so I'd have more room to sign.
I had to write/sign my last name up *the side (like this.) ↗

I'd planned to take a photo of it
w/ my cell phone*, but, then it seemed
*(as it was highly unlikely there'd be a copy
machine nearby or that I'd want *cuz it'd be too in it.

the king had to go & took the contract w/ him, got back in his black limo w/ his 1 or 2 secret service men in tow & off they drove.

I'd hoped I'd done the right thing signing for our representative. I also seemed this 'thing/device' was also somehow capable of cleaning up our planet. I still wasn't sure it wasn't a scam or trick to do the exact opposite especially since I didn't get or even photo a copy of the contract. But the native's felt legit to me. honest. It was more 'our' contract I didn't trust. Then

then I was at home, in my fancy castle in a tower type/style room. I was sitting in my bed, I looked out my window & saw the thing that I'd signed the contract for okaying. It looked more like a monstrocity/eye sore to me. But I thought/felt it was supposed to help us/me. Then, it seemed the king had sent over a copy of the contract or that I now had one (a picture)

It was in outerspace atmosphere & looked huge like a blimp in the sky.



of it in my phone. I reminded
myself I'd have to look at it
again later.
I was sitting or laying at first,
snuggled up under the covers, then
mostly sitting & looking when the
thought vibration of the new better
quality print image/picture of the
contract came.

5:46 am

### 3D WAKING LIFE

today is
Sat 11.19.16   I just did a google for "satellite launch"
as see that "America's new, super-expensive
weather satellite launches Saturday"
I followed a link of "the Atlas V rocket
carrying GOES-R satellite moved to
the launch pad on Friday" that the
rocket looks like the one in my dream
from the other day w/ the bald musician
guy.
This "weather" satellite is the first
of a new generation of "weather"
satellites. that's supposed to provide
real time data.
looking at more pictures of the
"weather" satellite pre-launch it





# EXHIBIT 18
# L. River Walk Pterodactyl

(oops started on wronge page...oh well...)

Dec 10, 2017
6:45am

RIVER WALK – STONEAGE DINOSAUR HOLOGRAM SHOW

I was at first w/ a cat...Billy? swimming down the river & like I rescued him first and maybe put him on the shoreside but also like he clung to me. There was a young boy (teenage ≈ 17 or 18) swimming w/ me. He seemed to be my son & I felt to be older. Like 48 (or 47) & like I looked some like Michelle Pfifer (sp?). The water was very blue & very clean. Reminded me of the river water in New Zealand at those waterfalls I snapped photos at. I had on a blue swimsuit (bikini I think)

The river flowed in 2 directions. We swam down the first stretch & to the cove like area. I told my son(?) we needed to stop there cause the waters were too dangerous beyond that. He agreed. We both swam into the cove. The water was so pretty.

There were some others swimming

Huka Falls (Waikato River)

guys all wont get in my pants PICCA

Rescue swimming down rapid school Boy at cave w/ long my teenage son?

me in blue swimsuit bikini Bible another section show to begin Teradactol heard those hologram show blonde guy tells way trying to hit on me phone I accidently peel off part of his face/skin Injured him mad going to Tourso people get me. & crowd. Looking for Cat/Heart to Catch him in pool/lake I threw him in cave & whispered into

show to stars I fly up. in air then T.K. send I fly back down



https://www.greatlaketaupo.com/things-to-do/must-do/huka-falls/

Dec 10, 2017
12:44am

Most important (need) to know
Best possible life path, Destiny, Fate,
  Love, Life, ART, Honor, TF-W3DL
  Unity, Peace, Joy, FUN

CONT...

down the river too now. Some rowdy boys too.
We now were to catch some type of hologram projection
Show. Like you'd see at an Exploritorium on a huge
domed ceiling- We swam down the river but somehow
it was placid now (& not the reverse rapids)

club & we were in another section (the domed area). The
  domed way high up (like 100ft) ceiling was
  lovely pinks & blues & mild oranges.
  to create a sunset look. It was
  going to be a projection show
  of dinosaurs like a history lesson
  But, also somehow like the holograms
might be 'feelable'

As I was in the water & this area was now more walkable
& like I was now only knee to mid thigh deep & I
had on a sheer white veil style swimsuit wrap for

**What causes Huka Falls?**
The Waikato River, normally up to 100-metres wide, abruptly narrows to just 15 metres as it crosses a hard volcanic ledge north of Lake Taupo. This causes a huge volume of water to collide and funnel through the rocky gorge, forming the spectacularly powerful falls and rapids.

There are plenty of stunning walks and mountain biking trails alongside the falls and the Waikato River. Bring a picnic and spend the day!

**Activities around Huka Falls**
**Walking tracks**
You can stroll from Spa Park in Taupo



my waist & hips area over the blue swimsuit (like my blue frilly bikini) and a small group of about 5 or 6 boys (late teens I think just out of Hs. & freshmen at University) I thought of Monsters Inc & Monsters University & the Monster feet ▢ just got as early x-mas stuff



(※) It looked more like if you got a Bananas Fun Park slide skin burn. No blood or anything. Just like raw (rugburn style) skin. Sorta white & Lt yellow & fleshy tone colors.

Then I grabbed his chin w/my Right thumb, index & middle finger firm & forcefully to tell him "NO" (there were prob about 150 people in the red movie theater style seats) as he was trying to sort

w/ him somehow. He seemed to usually get his way. He was a player & known for 'sleeping' around w/the girls. As I pulled my hand away on his face (still pinchgripping) expecting his skin to just be pulled, instead it peeled off! A chunk ≈ 1"x 2" came off and I was like oops! & he said "Did you just peel off some of my face!!" (※)

Then it was like at first he just started to walk off, but then his friends' chatter of "oh.. she's gonna get it now..." & stuff like that caused him to turn



area that seemed to be for the celebrities & singers & speakers to enter & check in at. I didn't know who any of them were but it was like If I was in certain circles, I should know who they are, so they weren't super famous, but 'generally' well known in their ~~inter~~ circles.

There were about 15 to 20 in the group & one was a dark haired Indian (American Indian) Man of about 40. They seemed to have a few instruments. Like a Tuba, a tambourine (sp?) & maybe a trumpet & a guitar, someone may have had one snare drum too. They sorta had both an indian & gypsy vibe & lightly circus feel. I was just looking to see if Corey was with them to see about speaking w/him about things I've seen & the like but he wasn't in the group. So I politely nodded & smiled & turned & walked away, as it felt they thought I might be a groupie, when I had no idea who any of them were! lol!

As I was still swim-walking back toward a normal seat not in the water, I saw a man (that energetically reminded me of IZ (the Hawaiian singer) but had a sort of marine military vibe & like a sagewise one in a cream color gown w/a wizards staff) sitting drawing & on the ground w/ a cream heart rock that looked

⊛ I was reminded of my own drawing on the ground dream.

polished & smooth like a chalcedony type stone. But shaped like the very cool heart rock I found & got on my trail walks & put w/ my sunglasses for a cool photo I took. He had it set on the ground ≈ 1 ft in front of him & to his left.

Oh yeah, I think ~~████~~ to divert the crowd of boys being very vocal toward me, I'd grabbed my son to take a picture w/ me w/ my cell phone as a selfie & we took 3 I think. He reminded me again of

[redacted]

So now the show was starting. I noted historic looking foliage plants around. Like stuff you might see in the stone ages & then they played sounds like thunder & rain (reminded me of the cool

Rainforest café's that I love to go to when I can) & maybe made the sky flicker-flash once like lightning for show. Then, I decided I needed to

fly lift off. It seemed a lil belabored my 1st attempt, as though too much water on me weighing me down, but then I managed to succeed the 2nd ⊛ time. Mostly to get away from so many rowdy boys trying to get me to like them sexually.

So I flew way high up, but not too high cause I'd have hit the ceiling & it also felt I could literally 'bump into'

⊛ Both times I 'flapped' my arms like wings & would catch the overhead to pull me up by them as I'd lower my arms, it'd raise up my body till I got above the dance area — harder to fly / lift off out of.

the holograms? if they started to come out. But that they were also still pass through able yet too. But, like you could feel them maybe ¼ to ½ as if solid state matter. Then I heard a loud bird sound that sounded like a tyradactyl to me & I thought I better get down & into my seat (next to my son) before that guy arrives. I think the sound was actually that of a hawk or an eagle (I'll have to google it) But it was very loud I thought it to be a Tyradactyl sound for sure in the dream. They continued to play rain sounds & thunder. I now flew down to the not-in-the-river red-movie-theater-style-seats & sat next to my 'son'. An announcer voice came on talking about the history now of the dinosaurs & also specifically of the T-rex (& I thought of those lil arms they had up top & how frustrating those must be. lol) & possibly the Herbivors in general & Omnivors.

8:03am

9:38am



W3DL   3:43pm (3:33pm)

It is a Hawk cry I heard. Red-Tailed Hawk
& they are considered a Raptor! I had no idea!

Red-tailed hawk screaming
https://youtu.be/33DWqRyAAUw

Identifying Raptors
https://youtu.be/usx6_88R8uk