# EXHIBIT 19
# M. Glyph Kisses Portal



Portal Glyph KISS

4.3.2017
@ 9:57

What did I

DREAM Forrest & June 17, 2016
GLYPH KISS @ 6:47am

I was outside the camino house in the back yard. Someone was looking for me. I was hiding, cause I didn't want to deal w/ them. It was like it was ▓▓▓▓▓ ▓▓▓▓▓, then... I dunno. I was hiding in the cloak of the forrest, in the dark. But, it wasn't night yet. I saw blackberry brambles, but seemed to be hiding under & around the cool warm leaves. I think Lilly was w/ me, or I was trying to catch her to protect her, as night was coming. I was crawling on my belly. I think my whole

GLYPH KISS

in a home in the system, so I was hiding & living in the woods. I was crawling away from the house. The bunny w/ me.

There seemed to be some kind of marshmellow ghost like the good ghost (Homer?) in ghostbusters. I was now deeper in the woods. There was some guy. I could see ▓▓▓▓ but did seem to move my way. They made me think of Dorothy, the tin man, Lion, & scarecrow looking for the wizard, in the wizard of oz. I was worried this guy... (military?) would rat me out to them. I just







GLYPH KISS

there may have been 2 more glyphs on the right (which would have been his mouths left)

2 more glyphs — maybe smaller inside like ¼ the size of the other 3, that were fairly large. Maybe my palms' size.

these ones seemed more rounded in nature

← All like this semi pointy tips & made me think of a friendly coiled up garden snake, like it was pulsing, living breathing.

cw flow

maybe something like these.

The walls were soft like mouth flesh & squishy like mouth flesh. Been listening to D.W. & Corey G. in real life & ~~Henry~~ William talk about the blue portals. seen throughout history (William Henry) & Corey the sphere beings of the alliance.

This guy kinda had a look like the super kind, sweet & gentle guy from "Switched @ Birth" dating/marrying Emmets mom.

It seemed to activate or feel the portals. You had to touch the glyphs with your fingers or palms or hands, but it was more about

# EXHIBIT 19
# N. Mathematics of Universe



2 – I was Being Watched and Observed...I knew...

3 – My realization, BPLPP and TF are one, current thoughts

4–8  Roger R. Mission (?) Camp, helping Jordan S. find his wallet

8–11  Teresa Y. Camp circle. ▮▮▮▮ helps me get back into circle & I understand and use watermelon advanced mathematics of the universe tech

11–14  CG spied on, delivers a message

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6.21.17
6:52pm

most important for me to know on my most peaceful, joyful loving, life path w/ my BPLPP?

9:07pm  I was being watched and observed by a 'couple' to see what I would, or would not choose, like they 'lived' where the bunnies are/stay in my room. They wanted to see whom I contacted & would contact,

the floor & like trying to ensure I don't know they are 'there'. But, I felt them & they knew I knew & may have empathed back to "(?)"our cover's blown,...mayday mayday. I'm going down." I was like, "You know you could always just "ask me, I'll tell ya yooknow?" They knew I knew, but it still seemed about the choice.



Next step for me on my most joyful, peaceful, life path with my BPLPP.

12:46am Pre-sleep watched YT vids on chemtrails, CERN, Double suns, Holographic tech etc.

6:27

R.R.
J.S.
T.Y.
S.P.?
wallet check book
w/ my sweatshirt
vending

I was at some kind of learning camp w/others. Like a wk long retreat. At first I was in a class and like everyone else, working on my photoshop assignment. But, then it was like it was all done... time up. So everyone was now packing to go home. Then they all left & got stuff out of their rooms. I wasn't ready/done yet, so was feeling a lil frustered still trying. There Itu This whole time I seemed to be doing my work out a the back of a van. With the hatch up. I had my blue Pers harddrive plugged in, like it was a audio soundboard Jack plug & I was still looking at the sky for signs (?) to formulate my my answers. But, everyone was now done for sure & had their suitcases all packed up to go home & many had already got on the bus or in their cars & had left or were leaving. It was like Roger Richards told me again, times up, its time to go, & I was like trying to pack my suitcase



(it was night) but struggling & then I had unplugged my hard drive but realized I'd not put the file onto my drive from the 'public' computer desktop. Class work desktop computer. & I unplugged my drive already & I think now Jordan Sather & Teresa Yanaros had drove off to get outa there already & I was now stressed out trying to frantically plug my USB blue pers HD (4TB) back in to get my files on it. Then I couldn't remember the name of the file and was getting very flustered looking for it on the big tv like screen inside the backside of the van & it was like R.R. came over again to say time was up & I was like, "Yeah I know I'm trying to find my file to put it on my HD" to work from home on it again. Now I was looking to open Photoshop again 🖼 to have it open the 'most recent' file for me & try to find out what I'd named it & where I'd stored it from there. It seemed I was working on a constellations & star chart file (like the Nibiru & Planet H something or other YT vid I watched first 10min of & need to finish last 4 or so) I was putting together connections of signs (& omens?) to interpret the meaning. Everyone else was done, but but it felt like they'd only maybe looked at & saw & documented the obvious signs. I knew & was seeing the deeper connections & signs still. I knew there was something more yet that I needed to find to finish connecting the dots. I was only like 1/3 or 2/3rd done now & still needed to search more yet. I was having a head

[margin note:] mathematician scale it's  ??? me, guy liked me to focused circle, sat by him, I was crowded out, then it expanded to include me

debate with myself about what would be faster try to look through all files & names on the desktop or wait for photoshop to reopen/fire up. It was like R.R. was looking on over my shoulder now to tell me, by his presence, come on hurry up. It was then, like, someone was like I need my wallet & looking for it. then they found it. The vending machine a part of the left inside of the car had dropped it out into the bottom part on top of my grey sweatshirt (I wore to bed) w/one other item (my white music earbuds I think) He (J.S.?) was a lil frontic or frenetic that he needed it right then! by his more panic frenetic energy. & so I stopped my own stuff & pushed openin the Vending door (long slot like the old ones we used to have at the dealership) & grabbed out the walet that'd fallen on top of my sweatshirt (& looked like my world compass style checkbook from my freeman on the Land day closed account days) & I reached in & grabbed it out & handed it to him & moved my sweatshirt aside, inside the machine, then realized I was still flustered myself trying to get my files before the entire camp was gone (no tents or site, but more a retreat-like learning camp) & the Vending machine well was hecka deep (like 2'4" ) & I didn't have time to get down on my stomach to reach in w/ the length of my arm to get the other item he needed. I think R.R.(?) came over then to help him get it instead, cause I told him I didn't have time to dig around in there for the rest of it myself, cause I

J.S. = Jordan Sather (sp?)

Ruthee from NZ

was still trying to get my own files onto the HD still! He was cool w/ that & relieved to have back his wallet. Then it was like I had the 3 thing all going on at once... packing... trying to find my file... helping J.S. get his wallet... I was rushed & feeling super rushed and everyone pulling out now & me still in the van... flustered to be (what felt) so far behind but, I knew I knew & was discovering thing far more ~~import~~ deeper than anyone else & at level ultimately more important. I then flew up into the sky & to release my ~~V~~ frustration held up my arms & yelled "aaaaahhhh" for like 3 sec. & ~~asked~~ R.R. was like "Feel better now?" & like ~~see~~ humerously "we all could hear that you know." I knew that too. But, had to do it anyways. lol. Then I came back down. R.R. was like are you done yet it's time to go. Then it was like I was to drive the van, and I went to the driver side & put the key (like my car key) into the ignition & started it, but I still was needing & trying to get my file onto the HD drive (which I'd also earlier struggled somae to plug it in, the most prominent aspect was the USB to the HD box plug & port plugin) & I was thankful it wasn't broken (like ▇ phone power plug in port) I think I may have finally started to open PS & was now in process of downloading/transfering my file to my drive again R.R. was like 'are you ready yet? we have to go now.' I was like yeah almost the file is like ½ way done transfering it now just waiting on it to finish. I felt so flustered & like I



was so 'far behind' (like I'd come into class-camp, way late like months late & had to do all the catchup work in 2 to 3 days) but I also knew I knew & saw the deeper connects & that sometimes took a lil more time. Now it seemed R.R. closed the hatch to the van & it then felt it could finish download/transferring my file because now I was to drive the lead research (?) & spy (?) observation van. The van felt to be super high tech w/ its equipment, but most it was unseen. I was now in the driver seat not sure where to go (home?)(to work?) when R.R. came over to the window ⊛ & was like "you are to drive this & to follow me/us to where we are going." I had no 'conscious' idea exactly where that'd be & like there was no time to ask as he was directing everyone left to leave, like 3 other cars, saying "move-out, move-out, move-out" like a military general might. w/ a karate-chop style arm motion each time or like a grand plane traffic controller might direct a plane in to park w/ the light sticks.※ It was mostly dark/night this whole time. And at some point it also seemed I unplugged my USB drive, though it still seemed to be plugged in having the file transferred. We all seemed to now be 'rolling' out.

    Then I was with a group of people, we started out with just like 4 to 5 of us & more were coming like 20

⊛ I think about this time. It started to rain really strong stopped ?? But, also stopped about as we were to head out.

and we all were getting in a circle, with maybe T.Y. (Teresa Yanaros) directing us now. We seemed to need to ensure the circle was big enough. I sat down next to my former YWAM mate [redacted] the one I had the Shadow people experience with) & a young guy friend of hers, cute, wanted to sit next to her (or rather between she & I. She was to my right) to sit next to me. It was like he was crushin' on me & like I didn't know, but I did, but I was too busy. & [redacted] (more empath felt) told me "he likes you, you know." I wasn't really all to interested. I was more interested in the my work. But Now more & more people came the circle got filled in w/ like 30 people now & I somehow got pushed out by everyone else coming & sitting. But, then it was like the [redacted] friend guy (he felt like a lil like young military) very sweet natured & 'bright' eyed (sparkle of life & still) & in military camo, came over (kinda made me fleatingly think of [redacted] brother [redacted] who liked me, that I thought was cute & wrote to but never really had any desire or connection to/with.) & very kindly & gentlmanly held out his hand for me to take & lead me back over to the circle to make sure I had a spot & had others scootch over enough for us to share it. But he sat behind me & I between his legs & like he had his arms around me though I wasn't interested or feeling it 'that way' (more than friends) but I enjoyed his presence & was thinking maybe I should give him more thought or a chance

[margin note, left side, written vertically:] Not sure the group meeting both felt like for kids stuff but also not. & like it was a group meeting about SEA stuff & how to proceed.

So then we were (military Guy... I think/feel mayhap ) were on a cart-roller coaster ride now, going slow, on tracks kinda like a train through the forest & he was again sitting behind me & me between his legs on a like rocket shaped (red & white) coaster ride 🚀 again w/ his arms around me. I ~~decided~~ had in my hands a ~~water~~ 3/4 cut long 🍉 watermelon that had on it a type of advanced computer calculator system (like to launch a rocket) w/ glowing green numbers & then also switch to a more solar powered style numbers blk grey #'s w/ a more lt brown grey background. like a solar powered calc. There was also a small lever (like a casino machine) w/ a black ~~$~~ nob end on it all set into the watermelon flesh/fruit section. I decided maybe I needed to give/~~pay~~ him a chance & started to try to talk about all the numbers. I was continuing to punch numbers, to compute & talk & think like a mad scientist (brilliant) would. Then he & I's cart~~s~~ seemed to become 2 carts & I kept on going on about the numbers & patterns & connections & signs. But, now it was like his cart ~~was~~ was a seperate cart behind me & now he had like 5-7 friends w/ him that he was telling them I was basically crazy w/ all my stuff (but not really in a mean way, just like he didn't get it & thought me ~~like~~ maybe too weird & crazy for him after all) & like ~~they~~ he tried to play it off like 'funny' but I knew he was serious & thought that of me. But, I didn't care all too much anyways cause I never felt that way for him, cause I ~~knew~~ felt he could never fully understand or deeper connect w/ me, & this was my attempt to see if he could understand the nature of the universe enough to ~~talk~~ w/ me & connect. But, he could not. I kept calculating



like I knew what I was doing, my heart-soul-spirit knew, but my head & mind were kinda like, "what does this all mean?" But, I knew I was doing it right, even though I couldn't explain it to/my 8:08am head & it seemed like gibberish someone to my mind.