# EXHIBIT 20

2/28/23, 10:11 PM                                  Gmail - a LIVING MUMMY discovered?

                               **Alyssa Montalbano <purplemagus374@gmail.com>**

## a LIVING MUMMY discovered?
1 message

**purplemagus374** <purplemagus374@gmail.com>                   Mon, Jan 8, 2018 at 9:35 AM
To: SphereBeing Alliance <spherebeingalliance@gmail.com>

Corey,  All I recall about this section of the dream was that a living mummy was discovered. It was wrapped up like usual it seemed,  but but it was alive somehow  It was more like a message received right at waking, than a dream.

So if these guys (like whoever it is that find these things) find a white wrapped up mummy.... they need to check for signs of life before they do anything.  I had to write and share that info now, still writing some other things....

Oh and "Why you?" ...ask me...

Alys

Sent from my Verizon, Samsung Galaxy smartphone



**January 11, 2018 Screenshot**



## Anger, Bargaining & Depression

*CG Q to me in dream*

*CG got this link from multiple people via email says he has not fully read it. lol.*

As an individual accepts the reality of ET presence or realizes that they are an abductee or a contactee, they may start to ask, "Why me and Why now?" Realization that his reality has been turned upside down, that instead of being on top of the world he is a bottom-feeder, or that he is not as intelligent as he initially thought, can bring about anger and frustration which is often directed out at world and at random. When anger does not bring about inner peace, he may turn on to bargaining especially with their God or the ETs themselves. I believe the bargaining stage maybe an emotional reaction which could be easily

**January 11, 2018 Screenshot**