# EXHIBIT 21



Alyssa Montalbano <purplemagus374@gmail.com>

## DREAM: Ar - Argon Warning? Just woke from it
1 message

**purplemagus374** <purplemagus374@gmail.com>     Thu, Aug 3, 2017 at 10:34 AM
To: SBA Email <spherebeingalliance@gmail.com>

Just woke from what appears to be a warning. Was felt-told to send it asap. Dunno entirely what Argon is... going to look it up now....

Sent from my Verizon, Samsung Galaxy smartphone



**Dream Argon Warning.pdf**
1424K



8.2.2017
11:52 pm

② MOST IMPORTANT KEY FOR ME TO KNOW RIGHT NOW? USUAL QUALIFIER in Love & optimal timeline for all. Peace, Love, Joy, Beauty, wealth, success. & full access to my powers in W3DL.

① First answer: What is the cloud formation I saw? & why
General info from my Galactic family of love light, peace, hope, joy.

① There was a priest going over the church prophesies. He was the priest who gave the prophesies. They (he) was going over all

8.3.17
6:22am

sunny, cheery, spacious, Goldeny. It also had to do with a "Pirate" ship.

8.3.17  ②   Argon Ar  (●oo•)   | 4  |
10:16am                          | 23 | 1

I drove by different entry doors under overhange areas. It had a semi-tropical vibe, but not tropical. Just felt decoraded up like it. I got to his 'appartment' door and the #1⊛ was on the right, & the #23 on the door and a #4 like inside the door. But the numbers also seemed to read 1234.

I went inside or pushed open the door.

I think I saw warning signs in or at the fireplace walls like someone had died before of gas afixiation or bug poison sprays & now there was a warning sign, to warn all those who entered this place was/is toxic. It felt vacated. There was a skull

⊛ I think is white



# Stunning New Briefings: Mass Indictments, Targeted Arrests and Disclosure

Posted by David Wilcock | Dec 25, 2017 | David's Blog | Jump to Comments (185)

- Part One: Stunning New Briefings: Mass Indictments, Targeted Arrests and Disclosure
- Section Two: Remarkable New Insider Briefings
- All Pages

On 12/21, we received remarkable high-level briefings about the takedown of the Deep State now in process.

Hours later we called the now-legendary 4Chan insider Mega Anon, who confirmed almost everything we heard in the briefings as being true.

She added much more detail we had never heard before, almost all of which is included in the second section of this report. I am very glad she reached out and made personal contact with us.

Mass indictments of arch-criminals are already happening. We can prove that 4,289 sealed indictments have appeared just between October 30 and November 22, 2017.

The normal limit is not more than 1000 sealed indictments *for the entire year.*

We are now also seeing many quiet arrests of lower and mid-level Deep State operatives.

Many higher-level people from the Deep State are apparently now wearing ankle bracelets with GPS monitoring to prevent them from fleeing the country.

[UPDATE: The Deep State is attacking the s--t out of this with hacks. Best bet is to use a Mac and stay away from Google browsers and/or Android phones.]

[UPDATE, 12/27: Three black SUVs followed our insider Emery and abducted his dog last night. The dog was found and is alive. More at the end.]

UFO DISCLOSURE HAS BEGUN

Just as our insiders had predicted, a limited UFO disclosure is now starting to happen as the Deep State's back is up against the wall.

This is the last card they have left to play. They are hoping that they can throw off the 'heat' by getting us captivated in a magnificent new story.

Disclosure is only the latest in a series of very exciting signposts that true change is upon us.

So much new information has come in from high-level briefings that this is only the first of a series that will be at least three parts in length.

This first section illustrates how the Alliance "mass arrest" strategy has evolved – taking the Cabal/Deep State completely by surprise.

The accusations and resignations we are seeing in the open world, such as of politicians and Hollywood figures, barely begins to cover the full story.

This information will certainly trigger mega-hack attacks on this site and increase personal risks – so please help us spread the word ASAP!

And Merry Christmas! Here's some Disclosure under the tree for you to unwrap and enjoy this holiday season.

"SOFT DISCLOSURE" BEGAN ON SATURDAY, DECEMBER 16th

On Saturday, December 16th, the New York Times and Politico both announced that we are not alone in the universe…nor in our airspace.

For really the first time in recorded, modern history, UFOs are being treated with complete seriousness — by whatever is left of the mainstream media [MSM].

This included military films of strange UFOs in flight, as well as statements from Pentagon insiders that unusual, non-terrestrial alloys have been found.

This was exactly the type of craft we were told would start being released to the public in the "Partial Disclosure" scenario.

I go through multiple slides of this sort of craft, as seen in predictive Hollywood movies, beginning at 2:07:04 in The Antarctic Atlantis, a YouTube video with over 1.2 million views.

Furthermore, Goode and other insiders have said that once they declassify anti-gravity, the rotor-style propellers would be replaced with anti-gravity generating engines.

If you start at precisely 2:10:28, you can hear the exact moment where I predicted that very thing on stage in February of this year.



12/19: Drudge Top Story: Boeing Unveiling Secret VTOL Plane
http://www.dailymail.co.uk/sciencetech/article-5192113/Boeing-teases-plane-change-future-air-power.html

The radical design combines fixed-wing technology from planes with rotary-wing technology from helicopters.

SAME DAY: MORE ON OUMUAMUA BEING POTENTIALLY VERY ANCIENT

This same day, December 19th, we heard results from initial analyses of Oumuamua.

It continues to defy expectations. It does not at all have the characteristics of a comet, as would be expected — and it is very, very ancient.

12/19: The Icy Secrets of an Interstellar Visitor (Oumuamua)
https://www.theatlantic.com/science/archive/2017/12/oumuamua-asteroid-composition/548627/

The earliest analysis of the light from 'Oumuamua, conducted by its discoverers in Hawaii, revealed a strange, fast-spinning, cigar-like object unlike anything they've ever seen. The latest analyses continue to produce tantalizing results, further challenging long-standing predictions for the first visitor to our solar system.

'Oumuamua has a thick crust of carbon-rich material, hardened by years of exposure to cosmic radiation in interstellar space, that could be protecting an icy interior, according to a new analysis in *Nature Astronomy* of the object in visible and near-infrared wavelengths.

The coating could explain why 'Oumuamua shows no signs of being a comet, the kind of object scientists long expected would coast into our solar system.

'Oumuamua didn't show signatures of ice or minerals found in rock, which means it's neither icy nor rocky, at least not exactly. But it did show signs of carbon compounds...

If 'Oumuamua has ice, as a comet would, it may be hiding beneath a mantle half a meter thick, formed after hundreds of millions — perhaps even billions — of years of bombardment by high-energy particles.

12/21: STRANGE, SKULL-SHAPED ASTEROID MAY BE INTENTIONAL

This one may appear to be a stretch, but then again maybe not.

If the Deep State truly has an elaborate presence in space, it wouldn't be hard for them to sculpt an asteroid with a death-like skull symbolising mining machines.

The skull and crossbones, after all, is one of the most common symbols of the Cabal. And this asteroid does look "too good to be true," in the natural sense.

It is also interesting to note that this creepy asteroid last came by on the ritually significant date of All Hallow's Eve — and was announced as returning again, exactly on the Winter Solstice.

Both dates are of key signiﬁcance in the occult religion of the Deep State.



12/21: Skull-Shaped Asteroid To Make Close Pass By Earth
http://www.dailymail.co.uk/sciencetech/article-5201985/Terrifying-dead-comet-looks-like-SKULL.html

· The space rock ﬁrst passed our planet on October 31, 2015, in time for Halloween
· Experts studying the 2015 ﬂyby published a paper detailing their observations
· The comet's approach led to claims that it could spell doom for planet Earth
· Its comeback will give scientists opportunity to study the strange object again

Halloween has very dark origins in European history as the day called Samhain, which featured human sacriﬁces.

The Winter Solstice is the darkest, most difﬁcult day of the year due to it having the latest sunrise and earliest sunset.

If the features of this asteroid were deliberately sculpted by the Deep State, it could have been intended to give a subconscious message of "death from space."

One of the bullet points in the list at the top of the article said, "it could spell doom for planet Earth."

This could again be used as a type of occult foreshadowing, in an attempt to get the public fearing an "alien invasion" in light of the "sanctioned disclosure" now underway.

Nope. Not buying it. Sorry, guys.

SAME DAY: DIGG GETS EXCITED ABOUT ETs BEING REAL

Also on 12/21, the content-aggregator site Digg, which pools the most popular articles online, had a feature entitled "Aliens Deﬁnitely Exist:"

12/21: Digg – Aliens Deﬁnitely Exist
http://digg.com/2017/aliens-are-real

Oh Hell Yeah Baby, Aliens Are Deﬁnitely Real

By now, you've probably already read that the Pentagon was secretly investigating reports of unidentiﬁed ﬂying objects from 2007 to 2012. They have the videos. They have the freaking alloys. Alloys!

I know you know all this. But I just want to point out two things.

First, I think it's fantastic that we're all just excited and welcome the existence of extra terrestrials on this planet. Not in a delusional "Abduct me baby!" kind of a way, but "Heck, this planet could use an outside actor to really come in and shake things up."

This planet has been running on autopilot for the past few millennia, it's about dang time some consultants come in and determine if humanity really is all it's cracked up to be.

Second, the group that now possess the alloys, To the Stars Academy of Arts and Sciences, was co-founded by none other than Blink 182 frontman Tom DeLonge.

We are now aware of the presence of aliens because of the guy who released an album called "Take Oﬀ Your Pants And Jacket."