# EXHIBIT 22
## 3D Light Puzzle

Dream Intel: Dimension Rescue, Cigar Ships, Help ETs, Portal Threads, Galactic Family, White Light Magik

From:   aristoneart (aristoneart@ymail.com)

To:       sba.producer@gmail.com; spherebeingalliance@gmail.com

Date:   Thursday, June 15, 2017 at 11:40 AM MDT

Hi Roger,

  I know you guys are busy and I feel these are important for you to read as soon as possible, as things coming to light often parallel my dreams, old and new.

  I've also recently come into contact with someone whom you guys may even know or know of, [redacted]

Anywho, with the selected dreams in the attached PDF file,  I just took photos of my original chicken-scratch dream diary writings... so kudos if you can read everything fine, a gold star AND a brownie button! Yay!    Also... I'm terrible at spelling without a spell checker and prob even worse with history stuff (that's a lil Alyssa trivia for later), but I feel confident you guys'll be able to make heads and tails of it. If not, feel free to ask me to interpret my writing.

:) Alyssa

Mini TOC

Dimension Rescue of Little Boy  2-4
Galactic Family Visit  5-6
Cigar Ships  Beamed Up.    7-10
Vail of Lies Removed 11-12
White Light Sparkles stop smucks 13-16
Spaceship willing Abductee, ETs need my help  17-19

Parallel Portal, Home Earth. Universe. Smaller. Wrong trajectory, try again.  20-21

Portal Threads. Gold Eyes.  22-26

Magik light up crystals,  better than Arthur's sword, used to expell lying and cheating players.    26-33

Sent from my Verizon, Samsung Galaxy smartphone
Hi Roger,
  I know you guys are busy and I feel these are important for you to read as soon as possible, as things coming to light often parallel my dreams, old and new.
  I've also recently come into contact with someone whom you guys may even know or know of, [redacted]
Anywho, with the selected dreams in the attached PDF file,  I just took photos of my original chicken-scratch dream diary writings... so kudos if you can read everything fine, a gold star AND a brownie button! Yay!    Also... I'm terrible at spelling without a spell checker and prob even worse with history stuff (that's a lil Alyssa trivia for later), but I feel confident you guys'll be able to make heads and tails of it. If not, feel free to ask me to interpret my writing.
:) Alyssa
Mini TOC
Dimension Rescue of Little Boy  2-4Galactic Family Visit  5-6
Cigar Ships  Beamed Up.    7-10
Vail of Lies Removed 11-12
White Light Sparkles stop smucks 13-16
Spaceship willing Abductee, ETs need my help  17-19

Parallel Portal, Home Earth. Universe. Smaller. Wrong trajectory, try again.  20-21

Portal Threads. Gold Eyes.  22-26

Magik light up crystals,  better than Arthur's sword, used to expell lying and cheating players.    26-33

Sent from my Verizon, Samsung Galaxy smartphone


Dream Intel.pdf
19.8MB



Just for fun... 3 is also my favorite number.

Dimension Rescue Little Boy  2-4
Galactic Family Visit  5-6
Cigar Ships  Beamed Up.  7-10
Vail of Lies Removed  11-12
White Light Sparkles stop smucks 13-16
Spaceship Abductee ETs need my help  17-19

Parallel Portal, Home Earth. Universe. Smaller.  20-21

Portal Threads. Gold Eyes.  22-26

Magik light up crystals, better than Arthur's sword, used to expell lying and cheating players.  26-33



SHIPS
Nov 22, 2012 @ 7:51am
I "dreamed" I got to go up on
the ship.
I saw 2 cigar shapped ships
& was beamed up. I felt myself
myself turn into wave energy
to go up.
I started out in a cool designed
Art style room. The walls looked
more 'normal' but had really cool
circles on them. very eclectic style
browns, pinks etc.
Then I went through the door to
another room. The walls were also
very beautiful, circular designs again
but on what looked like glass & colors.
very intricate. I said wow I don't
get to see this kind of art everyday.
this kind of beauty. I got teary eyed
w/ joy.
Then, I went through to another room
There was one (female) teacher & 2 young kids
about 7, 8 or 9. One girl, one boy,
The boy seemed "slow" though. They
were putting together a 3D light

BEAMED UP TO CIGAR SHIPS WAVE ENERGY

puzzle. It was bilt like a beautiful house or multi layered building like a castle but not a castle.

I reached out & touched the pieces they looked like lighted clear beautiful colored glass. they let me look.

Then the puzzle was all unbuilt again on the table. She (the teacher said) go ahead & try. I didn't really know where to begin. & felt thought to the boy who the teacher seemed to somewhat 'tested' with "that he knew better what to do than I did. ~~And the the~~ His focus needed to be greater. the table was small & round. I smiled & said I wanted to see more of the ship.

I went through another door. ~~& another~~ through an empty room that appeared Earth like (cement) was like huh...

went through another door to a small empty room w/ a door open to a room that had some kind of business meeting going on 5 "older" men. I pulled down a hatch from the ceiling & held onto the "T" shape of the rope

[:: oh I got teary eyed seeing beautiful things; I thought felt to the ETs which brought me :: it's ok. Don't worry. These are tears of happiness & joy cause I don't get to see/experience this kind of beauty everyday in Earth reality. H did ensure I stopped crying prior to the biz meeting swinging. lol.]



1st to guy notice me

2nd to notice me.

teacher & lead biz guy

I started having fun swinging.
The meeting was going on... I
swang into the room just a lil bit.
one biz guy looked at me, I swang
back in a lil more, another noticed me
I swang back & forth a bunch more
times till I was literally swinging up
~~over~~ above the table (just barely) & went
right between 2 suits (biz guys) who were
seated w/ their backs sort of to me. I
almost brushed them each time I
passed. I was smiling big, looking
to get some smiles outa them too
they seemed so intent on their meeting.
The 1st guy did smile & find it amusing.
The other's took more time but their
energy smiled too finally. I was
giddy w/ delight going in.... and.. out
over their "serious" meeting & oop
gone again.
Once they'd all smiled, I stopped
& walked around their table by the

Removing veils of lies. CONT

1st guy & went through another door. I felt my physical body get hotter & knew I was to return soon. I was like no, no ~~not~~ but knew it had to be done.

Prior that I'd ~~go~~ come in to tell my body to integrate the higher waves, to self cool & it was ok. I then had to wake up.

Right prior to the former writings...

I was in 'Tonga' but not Tonga. Another remote island. With things (house structures) on it here & there that were beautiful, but no one seemed to be there. [redacted] & myself found nice homes & or lots we liked that we wanted to ask about.

Then we found a pretty small house w/ plumbing flood issues in it. We stayed there, just outside. I went into the bathroom, peed, & washed my hands in the mostly totally full sink. I got ~~the~~ part of my hands in the ~~p~~ sink flood waters cause it was only about 1/4" from

the spout. As I walked out I heard a teenage boy call back to his mom about seeing me, a white girl.
I went back outside, where mom was sleeping next to dad.
She woke & said she'd read in her book there were people in the homes.

The boy's mom came out all fancied up later & became our tour guide. ~~My~~ she asked who would be considered a cousin. [redacted] said that my cousin was my grandmother! I said "no" "that is not true [redacted] sisters, kids ([redacted] are my cousins)." she said "no they are not, they are your grandmothers."
The guide lady & [redacted] were super chummy & walked off.
I ~~sto~~ said/decided "I've had enough of this!"
I walked, glided, flew to a large open meadow field, by the ocean edge.

There were teenage looking 'Tongans' spackled around the area & watching me. I put up my hands, & stopped them from useless banter (gossiping). I then changed the color of the sky from a subtle blue to a subtle purple (or vice versa) (very light pastel, same sky. different tinge) I had partway removed a large chunk of the veil (of lie/lies) I spoke another language w/ strength & power as I moved my hands & the energies. The veil was a veil of lies. I removed it, now truth light(s) could be seen & flood the land(s). The Tongans were looking up, as was I. they were seeing truth. I was about to fly off & leave, looking for my ship. Then, 2 cigar shaped & beautiful lights of orange came. I flew up & then went into their wave beam & said "Yes" "Yes" "Yes" "I am going up." I knew things below could now progress because their was truth now revealed.

Once in the ship. I found myself on a table like a silver metal table only for transition. I struggled to make my eyes "see" (open) finally I got them working, got up & the former sequence took place.

All the beings I saw looked humanoid.

Many for the 1st time. They were bemused.