# EXHIBIT 24

### Toxic Orange Gas Cloud & Ohio Train Wreck

3/15/23, 10:08 AM                                 Gmail - Dreams: DNA burst, Re-write AI code?, Orange Poison sprays

    **Alyssa Montalbano <purplemagus374@gmail.com>**

## Dreams: DNA burst, Re-write AI code?, Orange Poison sprays
1 message

**purplemagus374** <purplemagus374@gmail.com>          Tue, Jul 25, 2017 at 9:33 PM
To: SBA Email <spherebeingalliance@gmail.com>



Sent from my Verizon, Samsung Galaxy smartphone

📄 **Dreams DNA burst - Orange Gas Clouds_2.pdf**
11201K



DNA Burst and mind control VCR stuff pg 2–8

Rewriting AI program? pg 9–11

MUFON Slide note – Orange Gases pg 12

– PT1: Surviving the Winter Eating Gold and Orange Leaves, shapeshifting into a bumble bee,  our "1950 car" is cut up and put on display like in a museum.  PG 13–17
–PT2: Toxic Orange Gas, shapeshifting,  looking for signs of wildlife and bug life.  PG 18–20

–Chemtrails or Area 51
–Toxic Orange Gas Spray on Asian family
 Pg 21–27



pre-sleep Q: what do I need to tell Corey    3.5.2017

I had survived the winter in the forrest
in a protective cave-like place in the
Earth. Me ⬜ & a golden Retriever
had survived eating gold & orange leaves.
we'd filled our 'home' w/. our golden Retriever g.r.
left, as we slept, on the 1st day there
was no snow. The rich family of
ours thought us all lost in the
snow storm & dead. But the gr.
went back to our rich uncle at 1st
day of fully no snow. the Uncle almost
cried when he saw the g.r. & said
he was like his best friend too & he
laid down & (spooned) the g.r. & kissed
him so happy to see him again.
In the bramble-branch-cave home, I woke
& was excited & wondered where the gr.
had gone, but realized he'd left to go get
help & that it was finally Spring! There were
yellow-gold & orange leaves (maple tree I think
and something else) all over our floors. we had
a small but a few "rooms" in our structure,
like a bramble den. ⬜ said aloud, where'd
the dog go? And thought he'd left us, first
sign chance he could. I said he'd prob
gone to get us help (like lassie would) at

Du rude, needs to heal    2017.03.07
his own ego issues    3 days
G-presleep msgs    the stuff

the 1st sign he could. Then I got my 4k backpack on & put a few things in it & was out the bramble-den home myself [ ] came out too but after I was already far away on the labyrinth like grey-brown dirt path. I was heading back to the rich uncles home. Where we used to live. At the [ ] I arrived at the mansion & he was overjoyed & teary eyed to see me & had thought/presumed us dead in the snow storm & thought only the dog had survived. But, we'd survived by bringing in (filing originally) leaves into our den-cave & ate them all winter to survive.

Then we (drove [ ] me) were w/ [ ] front, & me back seat we were going to relax & watch a movie at a theatre. We parked our hip lil 1950's black & silver style car, like the old model car roadsters I used to like to build. I grabbed my Tan ½shell helmet w/ LEDs around the bottom opening rim of my blk backpack. We walked/went inside the cafeteria-like building from the gravel parking lot, to a room w/ tables but nice soft padded grey towel cloth chairs. We sat down

Toxic Orange Gas ball spray

& ate the meal served, I think it was steak & mashed (garlic?) potatoes & peas. possibly round fancy wedge cut carrot slices. We ate. I got hot & took off my blue sweatshirt zip up hoodie (my fav. hoodie in W3DL) & put it on the floor under my seat, w/ my back pack & helmet. then we all got up & went to the area where the movie was to play. I then worried about my stuff possibly getting stolen so I asked _____ for the car keys to put my stuff back in the car, cause I'd not be able to fit it all under the seat in front of me once inside (like an airplane seat only underneath) tops reg. stored more theater chairs/seats. He gave me the key blob (it was like mine in W3DL) I went back to the cafeteria & began to stuff my hoodie into the backpack & the backpack was already somehow almost too stuffed full. I got it in, then grabbed my helmet w/ my left hand & swung the backpack w/ my r hand over my right shoulder & strode-walked out. I went out to the parking lot & could not seem to see the car. I decided since I only had like 3 to 5 min from the moment I'd asked for the keys, I'd better fly to locate the car, so I flew. I flew to where the car should be & was spotted by a 'rent a cop'

DW rude, needs to heal his own ego issues     2017.03.07     3 keys     the stuff

parking lot guard. He was excited & 'sure'
he'd seen someone fly & wanted to run
tests on me like a lab-rat, or rather the
'scientists' he'd ultimately bring me to. I
landed back on the ground by the where
the car should have been & was like 'where
is the car? Then [redacted] were coming out
now too; & I empath told them (as they
were at least 100ft away near the rear entrance)
the car wasn't there; they'd decided to
collect their stuff up too from the cafeteria
w/ same concern & put it in the car.
Then I still wanted to look around
fast & by flying so I shrunk down,
(I thought what I wanted to be) at first
I thought a bug, a fly, ... then ew,
no, someone would try to squish me, or
swat me any chance they got or just
saw me, too dangerous! So I decided on
shrinking down into a cute fuzzy bumble-bee.
& so I was one. My backpack, helmet, & papers
in hand (like my sketch book & writing papers)
all shrunk down w/ me. I wore the pack
on my back & held the other 2 as I flew.
I heard the security guard saying
"I know I saw a person flying"
on his radio to another person

Toxic Orange Gas spill spray

somewhere. I landed in a circular display park & saw 2 cut off front ends (hood & front seats) of 2 fancy black w/ white side accent 1950's corvette front ends. I was asking "is that _our_ car!" "what did you do with it!?" Then I landed on the ground as the bumble bee & shape shifted back into my human form as I walked-ran in hopes to not be noticed, & so since it was just past dusk & mostly dark now that I'd be able to convince the guard he'd just not noticed me in the shadows, but that I was always there, just moving now. Then I shape shifted into my form & was like "is that our car!?" "what did you do to it!? Why is it all cut up!?" in a very firm, but calm tone. My dad now arrived & I told him, "Look what they've done to our car!" they thought it a museum piece (relic) to put on display." I couldn't put my pack & gear in that now! sigh!. It was prob and the movie had likely started now and I was prob missing seeing the too most important' stuff at the beginning now in order to understand the whole rest of the purpose to the movie-story.

3.6.2017
3:52am  Then I woke up.

DW rude, needs to heal his own ego issues       2017.03.07
3 keys
G pres deep msgs    The stuff

Toxic Gas Orange spray spill.

5.44am   Some kind of Poison Red-orange-brown gas was released.

I was at some type of water hole w/ a waterfall. There were 3 big firework style explosions. I was like, "what was that!?!" then I heard a 4th & looked above the water hole & a huge thick cloud spray of red-orange smoke was now being sprayed at all over. I ▮▮▮ have transformed back into the bumble bee & took flight up-up-up and staying above the toxic poisons that were rolling out all over & across the ground & down to polute/destroy the drinking water. There were others down below like ▮▮▮ ▮▮▮ ...not where the smoke was yet. I changed back to human form & went. I went down & inside the hotel they were in & into their room. ▮▮▮ ▮▮▮ was there too. At first (I think) ▮▮▮ got mad & told me off. I was like, huh, what'd I do? Then ▮▮▮ told me off mad. then ▮▮▮ came in att muttering & unhappy about something & I asked & she got mad at me & told me off. that was it! I got a lil mad & yelled "Why is everyone being so mean? What's wrong w/ you people? I'm asking how

you all are, because I care about you.
Geeze!.. Then ▮▮▮▮ mutter went off.
Now ▮▮▮▮▮ turned out to be ▮▮▮▮▮ of
I wondered if K had told ▮▮▮▮▮ that
▮▮▮▮▮ had commited suicide or that another
friend had, or that ▮▮▮▮▮ had tried or
was thinking about it. or dead already. I couldn't
tell which. selfishly, I thought well cause if she
had at least we wouldn't have to worry about
her anymore or deal w/ all her drama anymore.
Then ▮▮▮▮ came in & the smoke now was
beginning to get to & fil up the hotel. I
wondered if it was the poison smokes fault
everyone was acting so crazy. Then ▮▮▮▮
saw me transform back into a bumble
bee & she said all she'd wanted was to
be able to do that but since she couldn't
yet tell she wanted to do was ride on me.
she was now small bumble-bee-size but
still human form, I had saddle on me now,
I said, hang on we have to go quick, fast,
to get out of here!" she did, & I took off
we flew I flew us back outside back &
followed up a waterway stream till there
was no more orange-red-brown smoke
threat & I lowered down by the rised shore
embankment & ▮▮▮ let ▮▮▮▮ down. I

Dw rude, needs to heal
his own ego issues          2017.03.07
3 Keus

was looking for signs of living wildlife. I told a lady, "I'm looking for wildlife, but it seems like the poisons have killed a lot of it off." She agreed & went off. She felt like a scientist researcher. But, not one responsible for the smoke. More a surveyer to see how to fix the damage that'd just been done. Then I spotted a lil chihuahua like dog, (that looked like Patsy ▓▓▓ real dog in W3DL) & I gave her a bowl of fresh clean safe water to drink. There were 3 other little dogs there too now ▓▓▓ had now) arrived looking to 'save the day'. He saw 'Patsy' & immediately cute talked to her, saying how much he loved her & how special she was as he rolled her over onto her back and lovingly pet rubbed her belly. I told him the same thing I'd told the scientist lady & he agreed said he was also looking for wildlife too, to see how extensive the damage was & to find any animals that he could, to help them, too, if he could. I was looking & listening for crickets, grass-hoppers & other night bugs & bug sounds to find the poison (end) perimeter(s)

Then I woke up.

## News about Ohio Train Wreck Explosion

bing.com/news



### Ohio attorney general sues Norfolk Southern over East Palestine train derailment

Ohio Gov. Mike DeWine and other officials have pledged to hold Norfolk Southern …

USA TODAY · 21h

---

Communities urge EPA to take over testing for cancer-causing chemicals at Ohio…



yahoo! · 18h

---

### Ohio AG to announce 'next steps toward accountability' in East Palestine toxic train derailment

yahoo! · 23h

---

Ohio sues Norfolk Southern over toxic East Palestine train derailment



CBS NEWS · 19h

---

### Ohio sues Norfolk Southern over toxic train derailment

AP NEWS · 21h · on MSN

---

See more news

Feedback

# The Sydney Morning Herald

World   North America   Pollution

# Ohio train derailment reveals the dark side of plastics

**Zahra Hirji**

February 16, 2023 — 1.19pm

A Norfolk Southern Railway freight train carrying hazardous materials derailed in fiery fashion in East Palestine, Ohio, on the night of February 3.

The risk of some of those dangerous materials exploding prompted officials to allow the train operator to run what's called a "controlled explosion" on February 6, releasing known carcinogens and a black smoke into the air. Although residents and businesses were evacuated beforehand and have since been allowed back, many remain hesitant to return home.



Melissa Smith took this photo of the train fire from her farm in East Palestine, Ohio, on Friday, February 3.  AP

Environmental and public health advocates also raised concerns after chemicals contaminated waterways that feed into the Ohio River. A federal investigation into what caused the crash is continuing, as is environmental

monitoring inside and outside Ohio.

US Environmental Protection Agency administrator Michael Regan announced on Wednesday (US time) that he would head to East Palestine the next day to visit the disaster scene and meet residents and emergency responders.

The disaster highlights the dangers of the world's growing reliance on plastics, which are made from two key chemicals of concern, vinyl chloride and butyl acrylate.

"This tragedy reminds us we have to pay attention not to just what happens to plastic when you are done with it, but the whole life cycle of using massive amounts of toxic chemicals that have to be transported all over the world to make plastic products," said Judith Enck, a former administrator at the EPA during the Obama administration and now an activist against plastic pollution.



The wreckage of the freight train at East Palestine, Ohio, seen in drone footage on Saturday, February 4. AP

## What do we know about the crash?

About 9pm on Friday, February 3, an eastbound Norfolk Southern freight train travelling from Madison, Illinois, and heading to Conway, Pennsylvania, derailed in East Palestine, Ohio.

The train was carrying a mix of items including malt liquor, frozen vegetables and five main hazardous chemicals: ethylene glycol monobutyl ether, ethylhexyl acrylate, isobutylene, butyl acrylate and vinyl chloride.

The National Transportation Safety Board said that of the train's 150 cars, 38 derailed and an additional 12 were damaged by a fire that lasted for days; 11 of the 20 cars carrying hazardous materials derailed.



A black plume rises over East Palestine, Ohio, as a result of a controlled detonation of a portion of the derailed Norfolk Southern train on February 6. **AP**

There were no fatalities or injuries in the derailment and fire. Investigations into what caused the derailment are ongoing, but surveillance video footage shows the bottom of one rail car overheating beforehand.

"Engineers from the NTSB Materials Laboratory will examine the rail car wheel and axle that potentially experienced a mechanical issue," NTSB spokesperson Jennifer Gabris wrote in an email to Bloomberg Green.

## Why was there a controlled explosion?

In the days following the crash, at least one train car carrying toxic materials started to experience a dramatic rise in pressure. This prompted concerns of a possible "catastrophic explosion" that could send a deadly spray of shrapnel across a wide area.

Case No. 1:20-cv-00742-DDD-KLM   Document 356-24   filed 03/17/23   USDC Colorado   pg 15 of 29

3/15/23, 10:42 AM                              Ohio train derailment: Why did a controlled explosion happen after East Palestine chemical spill?



Ohio National Guard Civil Support Team members prepare to enter an incident area in East Palestine, Ohio, to assess remaining hazards with a lightweight inflatable decontamination system. AP

To prevent this from happening, Ohio Governor Mike DeWine, Pennsylvania Governor Josh Shapiro, Norfolk Southern and others decided to perform a controlled explosion of five cars carrying chemicals including vinyl chloride, a known carcinogen.

It is unknown how much of the vinyl chloride, which is used to make polyvinyl chloride that's found in many plastic products and other chemical materials, leaked into the environment ahead of the explosion or during it. Roughly 4700 people live in East Palestine. Residents and businesses within a few kilometres of East Palestine in both Ohio and Pennsylvania were evacuated ahead of time. Following this explosion on Monday, February 6, residents were allowed to return home starting on Wednesday, February 8.

## What about air contamination?

The EPA conducted a range of air monitoring procedures after the crash, including real-time air monitoring using stationary devices set up around the disaster zone and East Palestine community, roving monitoring using hand-held devices and aerial monitors using an ASPECT (Airborne Spectral Photometric Environmental Collection Technology) plane.

3/15/23, 10:42 AM                     Ohio train derailment: Why did a controlled explosion happen after East Palestine chemical spill?



An employee of environmental contractor HEPACO works in a creek along Sumner Street in downtown East Palestine, Ohio on Sunday February 5. AP

Only particulate matter was detected above the screening levels, and no chemicals or gases were identified at a hazardous level. By the evening of February 13, the EPA had discontinued its community-level air monitoring for phosgene and hydrogen chloride, which can be produced when vinyl chloride combusts. The EPA has been monitoring for chemicals known to be on the train, as well as other materials that those chemicals can break down into or generate upon combustion.

With Norfolk Southern, the EPA also screened the air inside 396 homes and found "no detections" of vinyl chloride or hydrogen chloride; 100 homes still need to be tested.

But this doesn't mean there weren't chemicals in the air, possibly at dangerous levels. In one of the EPA's daily updates, the agency noted that "residents in the area and tens of miles away may smell odours coming from the site", a result of the byproducts of the controlled burn having a low odour threshold.



Booms are placed in a stream that flows through the centre of East Palestine, Ohio, as the clean-up continues.  AP

Public health experts also warn that testing indoor air quality isn't sufficient, especially a week after an event, when chemicals and gases may have dissipated.

"What they have to test is the furniture,  the rugs, anything that will  absorb contaminants," says Enck. The EPA did not respond by the time of publication to questions about whether it was testing furniture.

## Has there been water contamination?

Soon after the crash, emergency response crews found contaminated run-off  at two surface streams — Sulphur Run and Leslie Run — prompting  the construction of booms and underflow dams to restrict the flow of contaminated water.

Operations to collect contaminated mud and water have continued, with the Ohio EPA taking the lead on water sampling. At least one of the streams empties into the Ohio River, a drinking  source for several states, prompting additional  water sampling across state lines.

3/15/23, 10:42 AM                                    Ohio train derailment: Why did a controlled explosion happen after East Palestine chemical spill?



The clean-up of portions of the freight train that derailed in East Palestine, Ohio,.  AP

Although officials have largely declared the drinking water in East Palestine and elsewhere safe, some communities are being advised to drink bottled water.

About 3500 fish have died in the impacted waterways, the Ohio Department of Natural Resources said. The primary toxic chemical identified in the water is butyl acrylate, which is used to make polymers and resins, including those found in plastics and paint.

## Who is responding to the crash?

A complicated web of local, state, and federal officials are responding to the disaster, along with Norfolk Southern and its contractors.

East Palestine's city officials have contributed to the emergency response, while both the Ohio National Guard and US Department of Defence contributed to modelling done ahead of the controlled explosion.

The NTSB is running the safety investigation into what caused the crash and will ultimately issue safety recommendations after it is done.

The EPA took initial water and soil sampling around the crash site, and is the primary source for air monitoring in the community; the EPA is also working with Norfolk Southern to do indoor air screening inside the homes of those who have requested it.

The Ohio EPA is the point agency for water sampling in and around the site, while the Ohio River Valley Water Sanitation Commission and other water utilities along the Ohio River are doing their own water sampling.

**Bloomberg**



3/15/23, 9:55 AM                    Waterways along Ohio River still contaminated following train derailment carrying hazardous materials: Officials - ABC News

   VIDEO     LIVE     SHOWS     GUNS IN AMERICA              LOG IN     | Stream on hulu

## Waterways along Ohio River still contaminated following train derailment carrying hazardous materials: Officials

A plume filled with contaminants is currently floating down the Ohio River.

By <u>Julia Jacobo</u>
February 14, 2023, 5:48 PM

      



Ohio governor calls on Congress to act in wake of train derailment
Gov. Mike DeWine provides an update on the train derailment that occurred in East...                    <u>Read More</u>

---

Waterways along the Ohio River are still contaminated with hazardous materials following a train derailment that spilled multiple toxic chemicals, but officials are confident that those waterways are contained and not affecting water supplies, they announced during a press conference on Tuesday.

Four tributaries over a space of 7.5 miles are contaminated, director of Ohio Department of Natural Resources Mary Mertz told reporters during a news conference on Tuesday.

According to Mertz, the contaminated waterways has led to the deaths of at least 3,500 fish. Mertz also stated that officials have detected 12 different species of dead fish, but none of those species are threatened or endangered. There is also no evidence that non-aquatic species have been impacted.

However, there does not appear to be any increase in the number of fish killed since the initial derailment, Mertz said.

Waterways along Ohio River still contaminated following train derailment carrying hazardous materials: Officials - ABC News



A black plume and  reball rise over East Palestine, Ohio, as a result of a controlled detonation of a portion of the derailed Norfolk and Southern trains Monday, Feb. 6, 2023.
Gene J. Puskar/AP, FILE

The Norfolk Southern Railroad train derailed in East Palestine, Ohio, on Feb. 3 while traveling from Illinois to Pennsylvania. It contained several types of hazardous materials, such as vinyl chloride, a highly volatile colorless gas produced for commercial uses, as well as ethylene glycol monobutyl ether, ethylhexyl acrylate and isobutylene, according to a list of the cars that were involved in the derailment and the products they were carrying released by Norfolk Southern.

No vinyl chloride or pre-product has been detected in the water, Tiffani Kavalec, chief of the Ohio Environmental Protection Agency's division of surface water, told reporters in Tuesday's news conference. The contamination mostly consists of fire contaminant combustion materials, Kavalec said.

MORE: There were more toxic chemicals on train that derailed in Ohio than originally reported, data shows

Health officials are tracking a plume filled with contaminants that is currently floating down the river at about one mile an hour, Kavalec said. Around 3 p.m. on Tuesday, it was near Huntsville, West Virginia.

"There are very very low levels of volatile organic compounds in the Ohio River itself," she said. "It appears it's been very diluted."

The contamination dissipates to non-detectable levels near Little Beaver Creek, Kavalec said, adding it's not affecting the drinking supply for residents.

Waterways along Ohio River still contaminated following train derailment carrying hazardous materials: Officials - ABC News

"We're pretty confident that these low levels are not getting passed on to the customers," she said.



This photo taken with a drone shows the continuing cleanup of portions of a Norfolk Southern freight train that derailed Friday night in East Palestine, Ohio, Feb. 9, 2023.
Gene J. Puskar/AP, FILE

Bruce Vanderhoff, director of the Ohio Department of Health, advised residents who are living on private water systems to get their wells tested, especially if they are pregnant, breastfeeding or preparing baby formula.

Most of the residents in East Palestine are on municipal water, Vanderhoff said.

---

MORE: Why the toxins from the Ohio train derailment could have posed deadly threats for residents nearby

---

Surveillance video of the crash appears to show a wheel bearing in the final stage of overheat moments before the derailment, the National Transportation Safety Board announced on Tuesday in a press release.

Following the crash, emergency response teams worked to immediately slow the contamination of waterways from the runoff, while firefighters worked to extinguish the blaze, DeWine said.

For days, large plumes of smoke containing vinyl chloride, phosgene, hydrogen chloride and other gases were emitted during a controlled release and burn at the crash site, prompting officials to issue mandatory evacuation orders for homes and businesses within a 1-mile radius.



This photo taken with a drone shows portions of a Norfolk Southern freight train that derailed Friday night in East Palestine, Ohio, Feb. 4, 2023.
Gene J. Puskar/AP, FILE

DeWine decided that the controlled burn was the best course of action after he was advised that a catastrophic explosion was likely, which would result in shrapnel being flung out for up to a mile from the site, he said.

"My objective is to do everything we can to get this cleaned up as quickly as we can," the governor said.

---

MORE: Ohio train derailment: Evacuation order lifted, residents can return home

---

The hazardous materials that burned in the wreckage of the train derailment in Ohio had the potential to be deadly if evacuations not been ordered, experts told ABC News last week. Residents living in nearby homes were contacted at least three times before the controlled burn began, Dewine said.

The evacuation orders were lifted on Feb. 8 after air and water samples taken the day before were deemed safe, officials said.

There were 20 total hazardous material cars in the train consist, 10 of which derailed, according to the NTSB. Five of the 10 cars containing toxins also contained vinyl chloride, officials said.

A total of 38 cars derailed, which caused a fire that damaged an additional 12 cars, according to the NTSB.

Waterways along Ohio River still contaminated following train derailment carrying hazardous materials: Officials - ABC News



A man takes photos as a black plume rises over East Palestine, Ohio, as a result of a controlled detonation of a portion of the derailed Norfolk Southern train, Feb.6, 2023.

Gene J. Puskar/AP, FILE

The train was not considered a "high hazardous material train," and therefore the railroad was not required to notify state officials about what the cars were containing, DeWine said.

"If this is true, and I'm told it's true, this is absurd," Dewine said. "We need to look at this. Congress needs to look at how these things are handled."

The tank cars are currently being decontaminated, according to the NTSB. Once the decontamination process has completed, NTSB investigators will return to Ohio to complete a thorough examination of the tank cars.

No detections of vinyl chloride or hydrogen chloride were identified for the 291 homes that had been screened, according to the EPA. As of Monday evening, 181 homes remained to be screened. Local schools and the library were screened yesterday, the EPA announced.

MORE: Ohio train derailment: Controlled burn of toxic chemicals went 'as planned,' PA gov says

The fume inhalation of vinyl chloride could cause dizziness, nausea, headache, visual disturbances, respiratory problems and other health-related issues, Ashok Kumar, a professor in the University of Toledo's department of civil and environmental engineering, told ABC News last week.

Hydrogen chloride fumes could irritate the throat and cause skin problems, while phosgene fumes may lead to chest constriction and choking, Kumar said.

Vanderhoff emphasized that volatile organic compounds are a part of "everyday life" and are typically inhaled if in the presence of burning wood or natural gas or someone who is smoking.

"Most people can be around these volatile organic compounds at low levels without really feeling health effects," he said. "At higher levels, especially over a longer period of time, then we can have longer-term health effects."



This photo taken with a drone shows portions of a Norfolk and Southern freight train that derailed Friday night in East Palestine, Ohio, Feb. 4, 2023.
Gene J. Puskar/AP, FILE

Norfolk Southern announced in a statement Tuesday that it has helped 1,000 families as well as a number of businesses in the community. The railway operator has also distributed $1.2 million to families to cover costs related to the evacuation.

Alan Shaw, the CEO Norfolk Southern, pledged that the railway operator would guarantee the cleanup from the accident, Dewine said.

A lawsuit filed by two residents of East Palestine on Feb. 9 called for the rail operator to pay for medical screenings and related care for anyone living within a 30-mile radius of the crash site, as well as undetermined damages, The Associated Press reported.

"Norfolk Southern is responsible for this problem," DeWine siad. "We fully expect them to live up to what the CEO committed to me. Is that they will pay for everything."

The NTSB is conducting a safety investigation to determine the probable cause of the derailment, the agency said.

*ABC News' Amanda Maile and Peter Charalambous contributed to this report.*

3/15/23, 9:55 AM                    Waterways along Ohio River still contaminated following train derailment carrying hazardous materials: Officials - ABC News

abc NEWS

**ABC News Network** | **Privacy Policy** | **Your US State Privacy Rights** | **Children's Online Privacy Policy** | **Interest-Based Ads** |
**About Nielsen Measurement** | **Terms of Use** | **Do Not Sell or Share My Personal Information** | **Contact Us**

Copyright © 2023  ABC News Internet Ventures. All rights reserved.

3/15/23, 10:02 AM                          East Palestine, Ohio, train derailment killed 43,000 animals, fish



---

**Railroad Accidents and Disasters**        Add Topic

# East Palestine train derailment killed more than 43,000 fish and animals, officials say

 **Paige Bennett**
The Repository

Published 7:31 a.m. ET Feb. 24, 2023 | **Updated 8:17 a.m. ET Feb. 24, 2023**

### Key Points

Natural resource officials estimate more than 43,000 animals have died in and around East Palestine, Ohio.

Officials estimated 38,222 minnows and around 5,550 other species, such as other fish, crayfish and amphibians, were killed during the derailment.

None of the species killed are threatened or endangered, officials say.

---

The Ohio Department of Natural Resources estimate more than 43,000 animals have died in and around East Palestine roughly three weeks after the train derailment.

Agency Director Mary Mertz said Thursday that officers have been on site every day since the Feb. 3 derailment of a Norfolk Southern train carrying toxic chemicals and believe all the fish killed as a result of the incident died immediately.

Officials estimated 38,222 minnows and around 5,550 other species – such as other fish, crayfish and amphibians – were killed during the derailment. The deaths occurred in a five-mile span within the impact area.

None of the species killed are threatened or endangered, Mertz said.

"Because the chemicals were contained, we haven't seen any additional signs of aquatic life suffering," she said.

**NTSB:** Ohio train derailment happened moments after crew warned of axle overheating

**Politics:** White House blames Trump administration and Republicans over East Palestine, Ohio spill

The ODNR held a virtual news conference Thursday morning to discuss the impact on wildlife of the derailment and chemical burn of vinyl chloride to prevent a potential explosion.

The U.S. Environmental Protection Agency has identified four other substances that leaked into the air, water and soil during the derailment: butyl acrylate, ethylhexyl acrylate, ethylene glycol monobutyl ether and isobutylene.

## Other reports of animals dying after East Palestine train derailment

There have been anecdotal reports of animals in and around East Palestine becoming sick or dying. Murray & Murray, a Sandusky-based law firm, filed a lawsuit against Norfolk Southern that claims animals and fish are dying as far as 20 miles away from the derailment site.

A West Virginia University student who took videos of waterways in East Palestine told Cleveland 19 News he found tens of thousands of dead fish and frogs in the water.

Mertz said ODNR hasn't seen an impact on species that feed on or interact with the ones killed. The agency received reports of three dead birds and an opossum in the area and sent the animals to the Ohio Department of Agriculture for testing, which found no evidence of chemical poisoning.

"We have no reason to believe that those terrestrial animal deaths were as a result of the spill," she said.

**Voices:** Toxins don't play politics. After derailment, East Palestine deserves answers, not games.

A majority of the dead fish have been removed from the waterways.

ODNR will continue to monitor the environmental impact during cleanup. There is no time estimate for how long it will take for the ecological system to recover.

East Palestine, Ohio: train derailment killed 43,000 animals, fish

## How did ODNR calculate aquatic deaths in East Palestine?

Mertz said ODNR officers arrived in East Palestine the morning after the derailment to survey the waterways to determine the impact on aquatic life. The Ohio EPA advised ODNR personnel that it was too dangerous to enter the water without specialized equipment. In response, ODNR consulted with Enviroscience, an environmental consulting firm that was already on site working to contain the spill.

Enviroscience used ODNR's standards to survey the water for dead aquatic species. They established four collection stations and gathered data on Feb. 6 and 7.

Officials previously said they found roughly 3,500 dead fish in local waterways, including 12 different species. Mertz said this estimate was based on visual observations, and the confirmed sample was 2,938 aquatic species, which was slightly smaller than the initial estimate.

Wildlife investigators at ODNR then applied a science-based calculation to the sample number to determine the total number of dead aquatic species.

**What's everyone talking about?** Sign up for our trending newsletter to get the latest news of the day.

*Follow reporter Paige Bennett on Twitter @paigembenn.*