# EXHIBIT 25

## Montalbano and Yanaros emails

2/26/23, 1:17 PM                            Gmail - Re: Court Summons Service Location Requested

                        Alyssa Montalbano <purplemagus374@gmail.com>

## Re: Court Summons Service Location Requested
1 message

**yanaroslaw** <valerie@yanaroslaw.com>                                    Sun, Jul 15, 2018 at 2:44 PM
To: purplemagus374 <purplemagus374@gmail.com>
Cc: goodetech@yahoo.com, Roger Richards <sba.producer@gmail.com>, aristoneart <aristoneart@ymail.com>

> Ms. Montalbano:
>
> Apologies, motion attached.
>
> Cheers,
>
> Valerie Yanaros Wilde, Esq.
> Yanaros Law, P.C.
> 5057 Keller Springs Road Suite 300
> Addison, Texas 75001
> Telephone: (512) 826-7553
> Fax: (469) 718-5600
>
> **Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.
>
>
>
> ---- On Sun, 15 Jul 2018 13:44:00 -0500 **yanaroslaw** <valerie@yanaroslaw.com> wrote ----
>
>> There is another option that we have chosen to use, which is that we file a responsive pleading with the court. Attached is a courtesy copy of that motion that
>> will arrive for filing with Mesa County Court on Monday morning.
>>
>> I was not referring to electronic *filing*, I was referring to electronic *service*. We will proceed with our plan as outlined (both mail service and e-service) and recoup the costs from you if and when the court grants our motion.
>>
>> As of right now, Mr. Goode has filed the Motion to Dismiss pro se. If we must undertake motion practice beyond the Motion to Dismiss, the costs of entering my pro hac vice appearance as well as a removal to federal court will mount on the already building costs.
>>
>> As shown in Mr. Goode's motion, your claims are completely baseless. No one has looked at your emails. You have been told this repeatedly by multiple parties. Even if anyone had, the alleged correlations or "synchronicities" you draw are so absolutely tangential (if related at *all*) in concept and time that no reasonable person could draw the conclusions you do.
>>
>> If you truly--per your email to me from last night--are interested in settlement, then we are prepared to accept:
>>
>>> 1. a full dismissal of the suit with prejudice,
>>> 2. the paying of all costs and fees incurred in dealing with your baseless claims,
>>> 3. a signed settlement wherein you agree to:
>>>     1. completely stop all contact with Mr. Goode, any of his family, colleagues, or otherwise related entities,

    2. refrain from posting any content related to Mr. Goode, his family, colleagues or otherwise related entities
    3. agree to a complete release of claims against Mr. Goode related to the subject matter of the lawsuits
    4. a covenant not to sue related to the same
4. cooperate in order for the Protective Order to be effectuated as quickly as possible

Otherwise, we will wait to hear the court's ruling on Mr. Goode's motion.

Finally, whether the Rules permitted it or not--you are NOT to come anywhere physically close to my client.

Cheers,

Valerie Yanaros Wilde, Esq.
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Sat, 14 Jul 2018 10:40:57 -0500 **purplemagus374 <purplemagus374@gmail.com>** wrote ----

> Ms. Yanaros Wilde,
>
> As I understand it there are 3 viable options for service of Mr Goode from myself as a non-attorney pro se litigant:
>
> 1) Mr. Goode may option to waive service by filling the appropriate form with the courts.
>
> 2) Mr. Goode my agree to be process served by a civil officer from the Boulder Sheriffs department and I will arrange (mail the documents Monday) for agreed service next week and he may directly negotiate service time and location with the sheriffs department or even arrange to walk in and be served by the civil officer.
>
> 3) If you (Ms Yanaros Wilde) wish to be served on behalf of Mr. Goode,  I will need proof of your identity and authority; as already stated; after such time I would mail the summons and filings to a sheriff in your area to serve the summons on you at your place of business.
>
> To my understand,  I may not serve any of you the summons directly in order to meet the rules of civil procedure for proper service of summons, as I am a party of interest in this matter/plaintiff.
>
> Please let me know how Mr. Goode would like to proceed?.
>
> Sincerely,  Alyssa Montalbano
>
> Sent from my Verizon, Samsung Galaxy smartphone
>
> -------- Original message --------

From: yanaroslaw <valerie@yanaroslaw.com>
Date: 7/13/18 1:46 PM (GMT-07:00)
To: Alyssa Montalbano <purplemagus374@gmail.com>
Cc: Corey Goode <goodetech@yahoo.com>
Subject: Re: Court Summons Service Location Requested

Alyssa:

Please note that we will be pursuing attorney's fees incurred in dealing with your unfounded, baseless and vexatious action, and these fees are mounting with each time you insist on using certified mail.

You are under a duty to mitigate costs in litigation, and the Court will not look favorably on your refusal to accept electronic service after you yourself have requested it and after we have consented to it.

We will proceed to e-serve as well as serve via mail per your email below.

Cheers,

**Valerie Yanaros Wilde, Esq.**
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Fri, 13 Jul 2018 14:36:03 -0500 **Alyssa Montalbano <purplemagus374@gmail.com>** wrote ----

> Ms. Yanaros Wilde,
>
> Please note, electronic service and filing is currently limited to attornies only.
>
> I will be happy to "serve" a hard copy of the summons to you on behalf of Mr. Goode after you verify your identity to me with a certified copy of your oath of office along with a verified affidavidt by yourself attesting that it is you who took that oath of office, along with a verified statement by Mr. Goode that you have authority to speak on his behalf.
>
> After providing me with verification of your identity and authority, I will be happy to further discuss service or otherwise with only you, until such time I have to view you as a third party.
>
> Please ensure all legal and lawful response copies are sent to me via regular post mail to the address provided in the documents and in accordance with due process.
>
> I do not consent to receive electronic filings, since I may not electronically respond in return.
>
>
> Thank You, Alyssa Montalbano
>
>
>
> On Fri, Jul 13, 2018, 12:47 PM yanaroslaw <valerie@yanaroslaw.com> wrote:

> Alyssa:
>
> I am authorized to accept service on behalf of Mr. Goode. We will respond to your filing with our Motion to Dismiss today.

Because you stated in your email below that your message was "sent in accordance with C.R.C.P. Rules 4 and 5", I assume you are consenting to electronic service unless you state otherwise. We consent to electronic service as well, and so will serve all copies of any pleadings to the email address above "purplemagus374@gmail.com" as well as the copied email "aristoneart@ymail.com" (as noted on your pleading) after filing with the Court.

As stated before, you are *not* to send any communications addressed to my client (or concerning my client to Gaia). There is no reason to do so.

**Please confirm receipt of this email.**

Cheers,

**Valerie Yanaros Wilde, Esq.**
Yanaros Law, P.C.
5057 Keller Springs Road Suite 300
Addison, Texas 75001
Telephone: (512) 826-7553
Fax: (469) 718-5600

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Sun, 01 Jul 2018 16:11:49 -0500 **purplemagus374 <purplemagus374@gmail.com>** wrote ----

> Please provide me with a location and time where Mr. Goode may be served his court summons this week by a local police or sheriff in his area. If you do not wish to provide me with this information, you may phone the Boulder Sheriff civil department and ask for Mike Blea, who attempted service at Gaia Inc June 27, 2018, case number 18001458. I will re-provide the summons to Mr Blea by Tuesday (or Wednesday at the latest) this week for service if Mr. Goode will cooperate, please provide me with your answer by Monday 9pm.

Failure to cooperate with personal service of court summons will result in a request for a public newspaper summons to be run 4 consecutive weeks in a local Boulder newspaper.

Please let me know if Mr. Goode will cooperate with personal service from a civil officer or not, so I may inform the courts of current status and/or petition for service by Publication this Monday or Tuesday at the latest. I deem performing a skip trace or any other attempt to attain personal information of Mr. Goode's inappropriate for this matter unless court ordered to do so.

Thank you, Alyssa Montalbano

This message is sent in accordance with C.R.C.P. Rules 4 and 5.

Sent from my Verizon, Samsung Galaxy smartphone

Sent from my Verizon, Samsung Galaxy smartphone

2/26/23, 1:17 PM                                           Gmail - Re: Court Summons Service Location Requested

**MTD_GOODE_Montalbano_FINAL.pdf**
125K