# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant, Third-Party Plaintiff

v.

James Corey Goode, Individually
.

Counter-Defendants,

David Wilcock, Individually
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION

Third-Party Defendants.

# THIRD-PARTY PLAINTIFF
# ALYSSA CHRYSTIE MONTALBANO
# RESPONSE TO WILCOCK AND WILCOCK FOUNDATION
# MOTION TO DISMISS [#354]

COMES NOW, Third Party Plaintiff, Alyssa Chrystie Montalbano, and objects to David Wilcock and WILCOCK FOUNDATION Motion to Dismiss filed at Docket 354 and titled "Third-Party Defendants Light Warrior Legal Fund, LLC and Valerie Yanaros' Motion to Dismiss Under F.R.C.P. 12(b)(6) and 12(b)(1)" and objects as follows:

1. Montalbano has filed a Third Amended Counterclaims Complaint ("TACC") [#355-1] at Docket 355 with a Motion to amend judgment and orders [#345, #346, #347]; filed same day as Wilcock and WILCOCK FOUNDATION's Motion to Dismiss, March 17, 2023.

2. Mr. Wilcock and WILCOCK FOUNDATION's Motion to Dismiss, is their first time responding to Montalbano's Complaint and in particular the SACC [#217].

3. Montalbano's complaint has not been amended at any time based on any responses or legal arguments raised by Wilcock or WILCOCK FOUNDATION.

4. Montalbano requests the TACC be admitted with regard to Wilcock and WILCOCK FOUNDATION for response.

5. With the pending TACC, Montalbano has reduced the complaint length by 82 pages, removed 9 claims, and has corrected perceived errors. In particular the Fraud claim has been corrected to cite material facts within this case in a cohesive form and provides additional exhibits in support of prior alleged 'conclusory' statements.

6. With the pending TACC, Montalbano has also addressed the criminal RICO claims to be a civil RICO claim. Additionally, the RICO claims were dismissed without prejudice for being criminal claims, and the civil TACC RICO claim should be admitted against Mr. Wilcock and WILCOCK FOUNDATION for response.

7. The TACC eliminates 'scavenger hunts' or any confusion about Montalbano's claims against the remaining parties and in particular Wilcock and WILCOCK FOUNDATION and places them on proper notice.

8. With the pending TACC the Violation of CCPA, also places defendants Wilcock and WILCOCK FOUNDATION on proper notice and shows their frauds and schemes impact the lives of millions of people, in addition to Montalbano.

9. Montalbano has not made any 'bazaar' allegations of 'robot mind control' [#354 at 6] in the SACC or TACC, but has specifically cited the American CIA programs Goode is involved in and specifically cited Goode and Wilcock as the individuals implementing the programs. The TACC has rearranged this information to be in the fraud claim and incorporates Goode's deposition from related case 1:20-CV-00947-DDD-KLM.[#25]

10. Montalbano has addressed the Trade Secret and Copyright matters in the TACC, and has provided exhibits of her Intellectual Property ("IP") records showing ownership of the Intellectual Property and supports the alleged 'conclusory' statements with material facts; and whereby Wilcock and WILCOCK FOUNDATION have used Montalbano's IP records to create fake news and donations schemes (derivative works) for profiteering and have directly damaged Montalbano for years.

11. The Civil Conspiracy claim has been amended in the TACC to specify each person's exact role in the fraud and how they worked together to damage Montalbano, to also include Ms. Yanaros' role via abuse of process, malicious criminal cases, and SLAPP lawsuits to silence Wilcock's public critic (Montalbano).

12. The Defamation claim is only sought against Goode and LIGHT WARRIOR LEGAL FUND LLC in the TACC, and as such Montalbano does not object to its dismissal against Wilcock and WILCOCK FOUNDATION.

13. The TACC amends the NIED claim to simply be a negligence claim that clearly defines what each party did that directly caused proximate damages to Montalbano.

14. The following claims are requested to be moved to discovery and trial against Wilcock and/or WILCOCK FOUNDATION ("WF") in the TACC:
    a. Fraud (Wilcock, WF),
    b. Copyrights (Wilcock),
    c. Trade Secrets (Wilcock),
    d. Negligence (Wilcock, WF),
    e. RICO (Wilcock, WF),
    f. Civil Conspiracy (Wilcock, WF),
    g. Violation CCPA (Wilcock, WF),
    h. Unjust Enrichment (Wilcock, WF),

Montalbano consents to the dismissal of the other claims against Wilcock and WILCOCK FOUNDATION upon admission of the TACC [#355-1].

15. Wilcock and WILCOCK FOUNDATION ("WF") evaded entry of appearance into this case and service of process and prevented timely conferrals and communication since **December 2020** (1 year, 5 months) [#169, #187, #225]. See Dockets #186 (WF served, April 26, 2021 Original Complaint), #206 (Wilcock served April 26, 2021 Original Complaint), #218 Motion default judgment (June 19, 2021), #219 default judgment entered June 21, 2021; #228 Default judgment vacated, March 17, 2022; #304 Wilcock and WF served SACC, April 29, 2022; #306 Wilcock and WF first entry of appearance **May 20, 2022**, via stipulation for extension of time to respond to the SACC filed by Ms. Yanaros as Limited Scope representation. Mr. Wilcock and WF have not provided any information for actual conferrals with them regarding the SACC or TACC allegations and have only had occasional limited representation via Ms. Yanaros and are typically unreachable for conferrals and simply deny or evade complaint allegations against them, making conferrals for complaint amendments including them impossible since the first filing of the counterclaims [#120, Original counterclaims filed December 22, 2020].

**WHEREFORE,** the Third Amended Counterclaims Complaint [#355] should be admitted against Wilcock and WILCOCK FOUNDATION for response and they should be ordered to Answer, as justice so requires it; together with any additional relief this court deems just.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Counter-Claimant, Third-Party Plaintiff, Defendant

**Certificate of Compliance**

I certify the foregoing Response complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

**CERTIFICATE OF SERVICE**

I certify that on this 23rd day of March 2023 a copy of the foregoing Response was filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties' counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5); and upon pro se litigants Mr. David Wilcock and WILCOCK FOUNDATION via USPS first class mail appointed agent CORPORATE CAPITAL INC., Mr. Brent Carlson, 7848 W. Sahara Ave,  Las Vegas,  NV 89117.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen