# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION

Third-Party Defendants.

**THIRD-PARTY PLAINTIFF, COUNTERCLAIMANT
ALYSSA MONTALBANO
PARTIALLY OPPOSED
MOTION TO AMEND COUNTERCLAIMS COMPLAINT [#217],
PURSUANT FRCP 15(a)(2)**

COMES NOW, Alyssa Chrystie Montalbano, Third-Party Plaintiff and Counter Claimant, and moves the Court to Grant the amending of the Counterclaims Complaint at Docket 217, pursuant FRCP 15(a)(2), as specific to third-party defendants David Wilcock, WILCOCK FOUNDATION ("Wilcock Defendants") and counter defendants Goode, and GES*[1], for the following:

## I. Conferral

Montalbano has conferred with all appeared parties and/or their counsels in this instant case regarding this Motion.

The following parties are **Opposed** to the relief requested herein:

Counter Defendants: Mr. Corey Goode and GOODE ENTERPRISE SOLUTIONS INC*;

Third-Party Defendants: David Wilcock, WILCOCK FOUNDATION

The following parties have **No Position** on the motion or relief requested herein:

LIGHT WARRIOR LEGAL FUND LLC, Valerie Yanaros.

---

[1] See Nos. 5 and 10 below and Footnote 2

The following parties are **marked as Opposed** due to being **unreachable** for conferral:

Terminated Cross-Defendants: GAIA INC, Mr. Jirka Rysavy, Mr. Brad Warkins, Ms. Kiersten Medvedich, and Mr. Jay Weidner;

Non-Party to counterclaims: Mr. Benjamin Zavodnick;

## II.     Relevant Procedural Background

1. On June 18, 2021, Montalbano's Second Amended Counterclaims Complaint [#217] was admitted for response. Multiple Motions to Dismiss were filed, excluding Wilcock and WILCOCK FOUNDATION ("Wilcock Defendants").

2. The Wilcock Defendants appeared in this instant case, May 20, 2022, by way of filing a stipulation for extension of time with Ms. Montalbano, via Ms. Yanaros. [#306]

3. On April 5, 2022 Montalbano filed a motion to amend the SACC (without attaching a proposed complaint) [#292] and filed two proposed Third Amended Counterclaims Complaints ("TACC") on June 6, 2022 [#308, to amend RICO claim] and June 30, 2022 [#315 to amend Deprivation of Rights Claim] only attaching proposed amendments for the cited claims.

4. Montalbano incorporates by reference, Section titled "New Evidence and Stay of Discovery Delays" on pages 6 - 9 of Montalbano's Motion to Amend Judgment [#355, filed March 17, 2023], explaining the SACC amendment delays since July 2022.

5. On February 17, 2023, judgment was entered dismissing the following defendants: LIGHT WARRIOR LEGAL FUND LLC, Valerie Yanaros, Elizabeth Lorie, Brian James Flynn, William Campbell, Matthew Grove, Diana Terry and Christina Gomez. [GOODE ENTERPRISE SOLUTIONS INC was not cited as dismissed in the clerks entered judgment [#346] or terminated parties [#347], but was cited in the original order [#345] as 'dismissed']

6. On March 17, 2023 pro se litigants Mr. David Wilcock and WILCOCK FOUNDATION, by and through their limited scope counsel, Ms. Valerie Yanaros, filed their Motion to Dismiss [#354] Montalbano's Second Amended Counterclaims Complaint ("SACC") [#217]. This motion is the Wilcock Defendants' first time addressing any of Montalbano's claims in this case.

7. On March 17, 2023 (shortly after the Wilcock Defendants filed their Motion to Dismiss) Montalbano filed a Third Amended Counterclaims Complaint ("TACC") [#355-1], along with a Motion to Amend Judgment [#355] requesting the amending of the judgment and re-admittance of claims and various parties on ground of new evidence and mistake [#355 at 3-6], excluding directly addressing the Wilcock Defendants as the claims pending against them were not addressed, adjudicated, or dismissed in Judge Domenico's dismissal orders [#345], clerk entered judgment [#346] or clerk terminated parties [#347].

8. All the SACC claims [#217] remain pending before the Court with regard to the Wilcock Defendants.

9. Corey Goode is also addressed in this Motion to Amend the SACC claims specific to the claim remaining pending against him, Defamation.

10. To the extent any or all claims remain pending against GES, who does not appear to have officially been dismissed by the clerk entered judgment or entered termination of parties from Montalbano's claims, GES is also cited to respond to this motion and amended TACC claims including them.

11. Montalbano filed a Response [#358], March 23, 2023, to Wilcock and WILCOCK FOUNDATION's pending Motion to Dismiss the SACC; and cited the TACC [#355-1] requesting it be admitted regarding the Wilcock defendants.

12. The Wilcock Defendants by and through their limited scope counsel, Ms. Yanaros, filed their Reply April 6, 2023. [#359]

13. Montalbano has recently learned it is prudent to file this Motion to Amend the SACC complaint and cite the pending TACC, with regard to Wilcock, WILCOCK FOUNDATION, Corey Goode, and GES*[2].

### III.   ARGUMENTS FOR AMENDING

**FRCP 15**

14. Pursuant FRCP 15(a)(2), a party may amend their pleading with consent from the opposing party or the court's leave and the court is to freely give leave when justice so requires it.

---

[2] *(if applicable)

Montalbano requests the amended TACC [#355-1] and attached exhibits [Docket 356] be admitted for response by the Wilcock defendants, GES*, and Corey Goode as justice so requires it.

## IV. AMENDMENTS PROPOSED

15. Montalbano incorporates by reference:

    1) Proposed Third Amended Counterclaims Complaint ("TACC") [#355-1]

    2) TACC Redline [#355-2]

    3) TACC Table of Contents [#355-3]

    4) TACC additional Exhibits [Docket 356],

    And they are incorporated fully herein.

16. Montalbano proposes the following TACC claim amendments be admitted for response with specific regard to Wilcock, WILCOCK FOUNDATION, Goode, and GES*:

    (1) **Fraud** (Goode, GES, LWLF, Wilcock, WILCOCK FOUNDATION)

    (2) **Copyrights** (Goode, GES, Wilcock)

    (3) **Trade Secrets** (Goode, Wilcock)

    (4) **Defamation** (Goode, LWLF)

    (5) **Negligence** (Goode, GES, LWLF, Wilcock, WILCOCK FOUNDATION, Yanaros)

    (6) **RICO** (Goode, GES, LWLF, Wilcock, WILCOCK FOUNDATION, Yanaros)

    (7) **Civil Conspiracy** (Goode, GES, LWLF, Wilcock, WILCOCK FOUNDATION, Yanaros)

    (8) **Violation Colorado Consumer Protection Act** (Goode, Wilcock)

    (9) **Unjust Enrichment** (Goode, GES, LWLF, Wilcock, WILCOCK FOUNDATION, Yanaros)

17. The proposed TACC was filed almost the same time of the Wilcock Defendants Motion to Dismiss and thereby the TACC was written without any prior arguments by the Wilcock Defendants being incorporated into the proposed TACC.

18. The Wilcock Defendants' Motion to Dismiss [#354] arguments are directed at the SACC [#217] and not the pending TACC [#355] and incorporates prior made Motion to Dismiss arguments by Ms. Yanaros on behalf of her other clients: Goode, GES, LWLF, and herself; along with citing the dismissal orders and judgment regarding other defendants [#345, #346, #347].

19. Montalbano has made amendments that address SACC claim short comings cited by other defendants' Motions to Dismiss (including Ms. Yanaros' prior arguments) and has incorporated amendments that address Magistrate Mix and Judge Domenico's various dismissal orders and judgments directed at the SACC. Montalbano incorporates by reference pages 5 – 6, and 11 – 19, of the Motion to Amend Judgment [#355], as reasons to admit the TACC against the Wilcock Defendants, Goode, and GES*.

20. This is Montalbano's fourth request to amend the SACC complaint; whereby the other three were denied [#345] due to delay in filing proposed amendments; and this is the first request with the fully amended TACC included.

**WHEREFORE,** for all the aforementioned reasons, Montalbano moves the Court to Grant this Motion to Amend the Counterclaims Complaint's [#217] and admit the Third Amended Counterclaims Complaint [#355-1] against David Wilcock, WILCOCK FOUNDATION, Goode, and GES*, pursuant FRCP 15(a)(2) to liberally grant amending of the complaint as justice so requires it, and to liberally construe pro se litigant Montalbano's claims; together with any other relief the Court deems just.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Counter-Claimant, Third-Party Plaintiff

**Certificate of Compliance**

I certify the foregoing Motion complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

**CERTIFICATE OF SERVICE**

I certify that on this 8th day of April 2023 a copy of the foregoing Motion was filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5); and upon pro se litigants Mr. David Wilcock and WILCOCK FOUNDATION via USPS first class mail upon appointed agent CORPORATE CAPITAL INC., Mr. Brent Carlson, 7848 W. Sahara Ave, Las Vegas, NV 89117.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen