# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION

Third-Party Defendants.

Motion Surreply

---

**THIRD PARTY PLAINTIFF ALYSSA MONTALBANO
MOTION TO SURREPLY TO**
"THIRD PARTY DEFENDANTS DAVID WILCOCK, THE WILCOCK SPIRITUAL
HEAING AND EMPOWERMENT FOUNDATION REPLY IN SUPPORT OF THEIR
MOTION TO DISMISS UNDER F.R.C.P. 12(b)(6) AND 12(b)(1)" [#359]

---

**COMES NOW,** Alyssa Chrystie Montalbano, Third-Party Plaintiff, and moves the Court to Grant this Motion to Surreply **(Proposed Document 1)** to "THIRD PARTY DEFENDANTS DAVID WILCOCK, THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION REPLY IN SUPPORT OF THEIR MOTION TO DISMISS UNDER F.R.C.P. 12(b)(6) AND 12(b)(1)" [#359] filed April 6, 2023 (the "Reply") and shows as follows that Wilcock and WILOCK FOUNDATION have presented the new arguments of "Rooker-Feldman" and "collateral estoppel" in their Reply:

**D.C.COLO.L.CivR 7.1(a) Certification**: Ms. Montalbano made efforts to confer with Mr. David Wilcock and WILCOCK FOUNDATION via their occasional and Limited Scope counsel Ms. Yanaros and was unable to reach Ms. Yanaros or the Wilcock Defendants for conferral and thereby they are marked as opposed to the relief requested herein.

**RELEVANT PROCEDURAL BACKGROUND**

1. On March 17, 2023 Mr. David Wilcock and WILCOCK FOUNDATION, by and through their limited scope counsel, Ms. Valerie Yanaros, filed a Motion to Dismiss [#354] Montalbano's Second Amended Counterclaims Complaint [#217].

2. On March 17, 2023 Montalbano filed a Third Amended Counterclaims Complaint [#355-1], along with a Motion to Amend Judgment [#355] requesting the amending of the judgment and re-admittance of claims against various parties, not including Wilcock or WILCOCK FOUNDATION, as neither defendant or any claims against them were dismissed.

3. The TACC remains pending admittance with regard to Wilcock and WILCOCK FOUNDATION on its own merits.

4. Montalbano filed a Response [#358], March 23, 2023, to Wilcock and WILCOCK FOUNDATION's very first filed and pending Motion to Dismiss the SACC.

5. Wilcock and WILCOCK FOUNDATION by and through its limited scope counsel, Ms. Yanaros, filed their Reply April 6, 2023. [#359]

    a. Wilcock and WILCOCK FOUNDATION have made a new and inapplicable argument of 'Rooker-Feldman" and "collateral estoppel".

**CONCLUSION**

**WHEREFORE,** Montalbano respectfully requests the following Surreply be admitted to the Court record to address the new arguments and show they do not apply to the Wilcock Defendants.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Defendant and Third-Party Plaintiff

**Certificate of Compliance**

I certify the foregoing Motion complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

### CERTIFICATE OF SERVICE

I certify that on this 13th day of April 2023 a copy of the foregoing Motion was filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5); and upon pro se litigants Mr. David Wilcock and WILCOCK FOUNDATION via USPS first class mail upon appointed agent CORPORATE CAPITAL INC., Mr. Brent Carlson, 7848 W. Sahara Ave, Las Vegas, NV 89117.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen