# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION

Third-Party Defendants.

# THIRD PARTY PLAINTIFF ALYSSA MONTALBANO SURREPLY TO
"THIRD PARTY DEFENDANTS DAVID WILCOCK, THE WILCOCK SPIRITUAL HEAING AND EMPOWERMENT FOUNDATION REPLY IN SUPPORT OF THEIR MOTION TO DISMISS UNDER F.R.C.P. 12(b)(6) AND 12(b)(1)" [#359]

**COMES NOW,** Third-Party Plaintiff, Alyssa Chrystie Montalbano, in Surreply to "THIRD PARTY DEFENDANTS DAVID WILCOCK, THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION REPLY IN SUPPORT OF THEIR MOTION TO DISMISS UNDER F.R.C.P. 12(b)(6) AND 12(b)(1)" filed April 6, 2023 at Docket 359 (the "Reply"), and Replies as follows to Wilcock and WILCOCK FOUNDATION's ("Wilcock Defendants") new arguments of Rooker-Feldman and Collateral Estoppel:

## FACTS AND LAW IN SUPPORT OF DENIAL OF ROOKER FELDMAN AND COLLATERAL ESTOPPEL

1. Wilcock and WILCOCK FOUNDATION make their new argument of "Rooker-Feldman" and "Collateral Estoppel" on pages 2-3, section II, of their Reply[1] [#359] in support of their Motion to Dismiss [#354] Montalbano's SACC Claims [#217].

## ROOKER-FELDMAN

"The "Rooker–Feldman doctrine" provides that lower federal courts lack subject matter jurisdiction over a case if the exercise of jurisdiction over that case would result in the reversal or modification of a state court judgment. 28 U.S.C.A. § 1257." In re Rey, 324 B.R. 449 (Bankr. E.D.N.Y. 2005), aff'd, No. 05 CV 3535 (JG), 2006 WL 1420349 (E.D.N.Y. May 22, 2006)

---

[1] It is to be duly noted the Wilcock Defendants' MTD [#354 at 3] does incorporate prior made dismissal arguments by Ms. Yanaros, however Ms. Yanaros improperly incorporates the entirety of her other defendants' filings at Dockets 227 and 233 without specificity. It was reasonably presumed Rooker-Feldman and Collateral Estoppel were not included as they (among other arguments) do not specifically apply to the Wilcock Defendants.

2. This federal case, 1:20-CV-00742-DDD-KLM, is the first case Mr. David Wilcock and WILCOCK FOUNDATION ("WF") have been summoned into by Montalbano.

3. Wilcock and WF, have never been summoned into any State Court cases by, or involving, Montalbano; and therefore there are no state court judgments.

4. There are no pending State Court cases or judgments against Mr. Wilcock or WF, involving the SACC, Montalbano, or facts in the SACC against the Wilcock Defendants.

5. The Wilcock Defendants' Rooker-Feldman argument fails as a matter of law, and must be denied.

## COLLATERAL ESTOPPEL

""Collateral estoppel" means that when an issue of ultimate fact has once been determined by a valid and final judgment, that issue cannot again be litigated between the same parties in any future lawsuit." *Riley v. Calloway*, 882 F.3d 738 (7th Cir. 2018)

6. There has been no final judgment entered in any State or Federal Court between the following parties: Montalbano, Wilcock, and WILCOCK FOUNDATION.

7. There has been no final judgment entered in this instant case regarding Mr. Wilcock, WILCOCK FOUNDATION, and Montalbano.

8. The Wilcock Defendants', Collateral Estoppel argument fails as a matter of law, and must be denied.

**WHEREFORE,** Mr. David Wilcock and WILCOCK FOUNDATION's new arguments of 'Rooker-Feldman' and 'Collateral Estoppel' are to be denied for failure as a matter of law to apply, as none of the SACC claims pending between the Wilcock Defendants and Montalbano have been litigated in any State Court, Federal Court, or any other Court, and a Third Amended Counterclaims Complaint [#355-1, TACC] remains pending for admission.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Defendant and Third-Party Plaintiff

**Certificate of Compliance**

I certify the foregoing Surreply complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

**CERTIFICATE OF SERVICE**

I certify that on this 13th day of April 2023 a copy of the foregoing Surreply was filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5); and upon pro se litigants Mr. David Wilcock and WILCOCK FOUNDATION via USPS first class mail upon appointed agent CORPORATE CAPITAL INC., Mr. Brent Carlson, 7848 W. Sahara Ave, Las Vegas, NV 89117.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen