# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION

Third-Party Defendants.

# ALYSSA MONTALBANO
# SUPPLEMENTAL TO TACC TRADE SECRET CLAIM

Montalbano files this supplemental to the TACC Trade Secret claim[1] [#355-1] to provide new dream vision evidence; further showing Montalbano's Trade Secret claim is with merit.

January 30, 2021, Montalbano documented in her dream vision journal a record involving Judge Domenico, and the original hand written journal record was subsequently lightly redacted and uploaded to Montalbano's website, "AriStoneArt", January 31, 2021. **(EXHIBIT A)**

### 2021_01_30_JAN Federal Court Judge is Angry

https://aristoneart.com/2021/01/31/federal-court-judge-is-angry/

password: trashmart00742

This record further proves Montalbano's Trade Secret claim is true and correct by showing Montalbano already knew what Judge Domenico thought about the counterclaim complaint (and Montalbano) as early as January 30, 2021, almost exactly two (2) years prior him filing the dismissal orders, February 17, 2023 [#345].

This is only one of many records involving information about this case, people herein, and likely situations to occur. This record permits Judge Domenico to see himself in a journal record, instead of just all the other judges.

As stated prior, Montalbano will be able to navigate this situation, especially if it does involve the CIA and/or related government agencies and/or programs.

---

[1] This supplemental is not an addition/amendment to the TACC [#355] as the record was not delivered to Goode, but is provided to further prove Montalbano's extraordinary Trade Secret claim is factual and evidentially based.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Defendant, Counterclaimant, Third-Party Plaintiff

**Certificate of Compliance**

I certify the foregoing Supplemental to Pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

**CERTIFICATE OF SERVICE**

I certify that on this 21th day of April 2023 a copy of the foregoing Supplemental and Exhibit were filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5); and upon pro se litigants Mr. David Wilcock and WILCOCK FOUNDATION via USPS first class mail upon appointed agent CORPORATE CAPITAL INC., Mr. Brent Carlson, 7848 W. Sahara Ave, Las Vegas, NV 89117.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen