# EXHIBIT A







# Ari Stone Art 

## Protected: Federal Court Judge is Angry

Government, Legal Case, Present / By AriArt

Click below to download 4 page PDF of Dream Vision

Federal-Court-Judge-is-Angry                                                                                     Download

Previous Post

Next Post

Search …

### Categories

Copyrights January 30, 2021 Ari Stone
All Rights Reserved

January 30, 2021
@ 10:31 pm

12:43 am

Judg? DD
Trashmart
w/ that complant of
yours & w/ what you've
gotten us into
lady up front   the people
               looking into

**Passion & Inspiration**

JUDGE DOMENICO(?) ~~IT IS~~ CALLS MY COUNTERCLAIMS COMPLAINT "TRASHMART" & IS ANGRY HE CANT DISMISS ALL MY CLAIMS & THAT I PUT HIM IN THIS SITUATION

3:39am There was alot going on but I recall being at a place outdoors & nightish w/ a group of others.

There was some sort of 'event' going on, with a small crowd of like 100 people & sorta them being 'investigators'/investigative & at first I was nearer a smaller group of people who seemed talking to & about me a male or two in particular. Hazy recall

Then, I ~~was~~ walked over to the main event area & a lady was up front speaking that ~~ever~~ looked some like Scorpia (from She Ra) but not so much energetically like her. & just a human form (no pincers or etc) & ~~they~~ she had mentioned someones name & I think then some one in the audience crowd said they were related or the like & asked them to not investigate (like a daughter to not investigate her mom or just a family friend) the person (like ~~sp~~ skip trace & history research) & the speaker lady then okay'd that & would not do it. & told the others in the crowd to also not look into that person.

Then they had up on their projector screen ▓▓▓▓ name & to have people investigate who he was & they didn't know he was ▓▓▓▓ I didn't want them messing around w/ him or his life because of ▓▓▓▓▓▓▓▓ I waved over the speaker lady to me & had her lean down & hold the mic away & I held my R hand cupped to her L ear & whispered to her to not have me on the mic & that ▓▓▓▓▓▓ & if they could not look into him or look him up... she was not going to do that for me. She went back up front & didn't say to the crowd he was ▓▓▓▓ but told them to investigate who he was.

Then a guy (Daniel Domenico? Judge in Fed Court?) he was really unhappy w/ my complaint/counterclaims & he seemed doing double speak about it. He was both angry about it, scornful & also scoffing & like he'd just drag it out & dismiss dump it later but also like he was angry cause he couldn't & he said something derogatory about me & like he was only keeping it around cause I was negotiating w/ Daniel Dingerson right now & like if I wasn't doing that he'd have dumped it long ago & prob would after that. He was scoffing that I didn't want to or wasn't amending the complaint.



Then he came over near me & said "Trash Mart" which is what his opinion was of my complaint & he was also angry about what 'I'd gotten him into' w/ my complaint. He was angry about it actually being dangerous & some he could not dismiss & it basically pissed him off & he was also talking in terms (as if red colors) angrily about the deep state/CIA sections, ~~but~~ & feeling to do w/ the DW involvement too. He was very angry & he did not like me (?) or just the situation. ~~So~~ But, he knew he could not dismiss some sections of my complaint ~~so~~ & he was angry about this & grumble talking about what I'd gotten him into. He wanted to 'dismiss' the entire thing. ~~So instead~~ But, since he knew certain things he couldn't he was angrily trying to discourage me & giving me a piece of his mind to try to make me feel foolish, stupid & utterly ridiculous for it.

I did plan to amend the complaint w/ DD but it'd be a little while yet. But, DDD wanted to dismiss it & me entirely & it made him very angry the entire situation & 'what I'd gotten him into'. Like red devil ~~satin~~ Satan colors & people & like he wanted to say it was all frivolous... but he couldn't legally, but w/ some things like he'd try to get rid of it any way he could but



also like he could not get rid of it all. This angered him the most. There was a lot more

4:16am details but recall a lil hazy.

It felt like something (a decision) by him would need to or would be made in the next 30-45 days & like he wanted to just drag it out & then dump it all, but again, he knew he could not dump other claims. But, it felt him most angry about the Gaia stuff, but like that'd be the section he'd dump, & the others he wanted to, like the human trafficking & the CIA description programs. He did not like those! & like he'd dump the related claim(s), but he knew he could not dump the others, so he was angry so 'scared' abot being put in this position by me & like something could (like bad people hurt him) or might happen to him if it had to move fwd & he knew some claims against some people had to & this greatly upset him. But, he had given me a piece of his mind & he hoped to convince me w/ that, tottes that the whole thing of mine was stupid, but the dicotomy w/in him was then more the 'to himself' angry talk of what I'd gotten

4:29am him into & very clearly he could not ignore those claims.

