# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant, Third-Party Plaintiff

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION

Third-Party Defendants.

1

**THIRD-PARTY PLAINTIFF, COUNTERCLAIMANT
ALYSSA MONTALBANO
REPLY TO**

"PLAINTIFF JAMES COREY GOODE, GOODE ENTERPRISE SOLUTIONS, INC.'S, DAVID WILCOCK AND THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION'S RENEWED RESPONSE IN OPPOSITION TO DEFENDANT MONTALBANO'S MOTION TO AMEND" [#365]

**COMES NOW,** Alyssa Chrystie Montalbano, Third-Party Plaintiff and Counter Claimant in Reply to David Wilcock, WILCOCK FOUNDATION, LIGHT WARRIOR LEGAL FUND LLC, and James Corey Goode (hereafter "Defendants") "[R]ENEWED RESPONSE IN OPPOSITION…" filed at Docket 365; and in support of Montalbano's Motion to Amend [#361] replies as follows:

1. Ms. Yanaros, Counsel for Defendants, asks this court to use the same reasoning of Magistrate Judge Gallagher in case 1:18-cv-02060-RM-GPG [#365 at 2]. Ms. Yanaros is (again) asking this Court to make decisions and reasoning based on her knowing fraud on the court. Seen in the following:

    a. Montalbano filed a complaint in Mesa District Civil Court, June 25, 2018. [#247-12]

    b. On August 13, 2018, Ms. Yanaros removed Montalbano's State Court claims to Denver Federal Court. [#61-10 at 1]

2

c. Ms. Yanaros; an attorney with approximately eight (8) years of experience [#325-2 at 4], should reasonable know where to find a state court filed complaint on the Court record to re-file it in federal court during a case removal.

d. Ms. Yanaros filed the following fake complaint [#26-6; and Register of Actions #61-10, Docket 26]. Papers not filed on any Court record by Montalbano.

e. Ms. Yanaros obtained a fraudulent recommendation from Magistrate Judge Gallagher based on her fake complaint filing. [#131-2; and Register of Actions #61-10, Docket 57]

f. Since then, Ms. Yanaros has repeatedly asked all subsequent officers of all courts to use the same reasoning; reasoning based on fake papers she filed, and not on any actual complaint filed by Montalbano.

g. A new recommendation based on Montalbano's actual complaint filing, was never given by Magistrate Judge Gallagher.

h. The case (18CV50/1:18-cv-02060) was then remanded and Ms. Yanaros used the fake recommendation to have Judge Flynn grant her Motion to Dismiss.

i. Ms. Yanaros asks for her fraud on the Court to be perpetuated (again).

j.  It is not proper conduct in the course of a lawsuit to file fake papers and obtain fake recommendations to gain unfair advantages in a lawsuit.

2. The Defendants state this is Montalbano's seventh request to amend. This is not exactly correct, it is the first request to amend the SACC [#217] with the fully amended TACC complaint attached. [#361 at Nos. 3-4, 7, and 20]

3. It is true the Court has denied various amendment requests [#365 at 2], however none of the prior requests had a fully amended complaint attached. The reasons for this delay are outlined in the pending Motions to Amend:

   a.  Docket 355, filed March 17, 2023 – Motion to Amend Judgment (Specific to the dismissed defendants to Montalbano's claims) [#355 at 6-10]

   b.  Docket 361, filed April 8, 2023 – Motion to Amend Complaint (Specific to the remaining defendants to Montalbano's claims) [#361 at Nos. 3-4, 7 and 20]

4. Ms. Yanaros incorporates her legal arguments from Dockets 227 ('renewed MTD') and 354 (Wilcock Defendants' MTD).

   In Reply, Montalbano incorporates by reference her legal arguments in 355 (Motion to Amend Judgment); 358 (Response to Wilcock Defendants' MTD); and (if admitted) 362 (pending Surreply to Wilcock Defendants MTD); and 363 (Reply to Goode and GES Response to Motion to Amend judgment 355).

5. Lastly, the Defendants argue Montalbano's TACC does not cure any of the prior deficiencies [#365 at 2, Section III], yet they have (again) not addressed the new evidence of Goode's related Federal Court case [#25, 20-cv-00947] deposition [Docket 356, Exhibits 5, 10, and 14] being integrated into the TACC, and in particular with the fraud claim allegations.  Montalbano reasonably believes this Court can conclude with the amended TACC fraud claim, that it meets the burden of proof of 'clear and convincing evidence'.

6. Montalbano also reasonably believes the pending TACC may be admitted on grounds of new evidence, and that the remaining/readmitted defendants may fittingly be ordered to Answer and compensate Montalbano for years of damages (since 2017).

**WHEREFORE,** Montalbano's Third Amended Counterclaims Complaint (TACC) [#355-1] and new exhibits [#356] should be admitted against the remaining Defendants for new evidence and reasonably plead claims upon which relief may be granted; and that this Court award any other such relief it deems just to Montalbano.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Counter-Claimant, Third-Party Plaintiff

**Certificate of Compliance**

I certify the foregoing Reply complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

**CERTIFICATE OF SERVICE**

I certify that on this 6th day of May 2023 a copy of the foregoing Reply was filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5); and upon pro se litigants Mr. David Wilcock and WILCOCK FOUNDATION via USPS first class mail upon appointed agent CORPORATE CAPITAL INC., Mr. Brent Carlson, 7848 W. Sahara Ave, Las Vegas, NV 89117.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen