IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KLM

JAMES COREY GOODE, and
GOODE ENTERPRISE SOLUTIONS, INC,

      Plaintiffs and Counter Defendants,

v.

GAIA, INC,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

      Defendants.

ALYSSA MONTALBANO,

      Defendant, Counter Claimant, and Third-Party Plaintiff,

v.

DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION,

      Third-Party Defendants.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant Alyssa Montalbano's **Motion to Dismiss Second Amended Complaint (#111)** [#352] (the "Motion"). On review of the docket, it does not appear that Plaintiffs have filed a Response to the Motion [#352], despite the deadline for doing so having passed. *See* D.C.COLO.LCivR 7.1(d). The Court will provide Plaintiffs with one additional opportunity in which to do so. Accordingly,

- 1 -

IT IS HEREBY **ORDERED** that, **no later than June 28, 2023**, Plaintiffs shall file either (1) a Response to the Motion [#352] or (2) a Notice stating that they do not intend to file a Response.  In the event that a Response is not filed, the Court will adjudicate the Motion [#352] without the benefit of Plaintiffs' input and/or take other appropriate action.

Dated: June 7, 2023