# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually

Counter-Defendants,

David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION

Third-Party Defendants.

# DEFENDANT ALYSSA MONTALBANO
# UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY
### TO "PLAINTFF JAMES COREY GOODE AND GOODE ENTERPRISE SOLUTIONS, INC.'S RESPONSE TO MONTALBANO'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)"

Defendant, Alyssa Chrystie Montalbano, files this Motion for Extension of Time to Reply ("Motion") to "PLAINTFF JAMES COREY GOODE AND GOODE ENTERPRISE SOLUTIONS, INC.'S RESPONSE TO MONTALBANO'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)" [#368] ("Response") pursuant F.R.C.P. 26(b) and for good cause, for the following:

## I.   CONFERRAL

Montalbano has conferred with the Plaintiffs' counsel, Ms. Yanaros, regarding this Motion and the Plaintiffs are unopposed to the relief requested herein.

## II.   RELEVANT PROCEDURAL BACKGROUND

1. On February 17, 2023 Judge Domenico *sua sponte* granted Montalbano permission to file a Motion to Dismiss. [#348 at 9, Footnote 3]

2. March 9, 2023, Montalbano filed a Motion to Dismiss ("MTD") [#352] the Second Amended Complaint ("SAC") [#111].

3. The Plaintiffs did not file a Response.

4. June 7, 2023, Magistrate Mix *sua sponte* granted Plaintiffs 21 days from the date of the Minute Order [#367] to file a Response to Montalbano's MTD.

5. Plaintiffs filed a Response June 28, 2023.

### III.    FACTS IN SUPPORT OF EXTENSION OF TIME

1. Montalbano is proceeding pro se and is prejudiced by not having legal counsel.

2. The Reply time includes an official Holiday (4th of July).

3. The Response has numerous case laws cited. Montalbano is a very slow reader and will have to look up and verify each case law, review their treatment, and investigate if there are superseding rulings.

4. Montalbano also needs additional time to investigate the local rule issues cited in the Response.

5. Montalbano works part time, is a halftime paralegal student in college (with a heavy summer work load), has a growing small business to manage, and is a single parent with regular daily life obligations.

6. Montalbano's first review of the Response was July 2, 2023, due to other life obligations.

**WHEREFORE,** Montalbano requests this unopposed Motion for Extension of Time be granted and that the ordinary 14 day Reply due date of July 12, 2023 be increased by 7 days, for a new due date of July 19, 2023.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Defendant, Counter-Claimant, Third-Party Plaintiff

**Certificate of Compliance**

I certify the foregoing Motion complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of July 2023 a copy of the foregoing Motion to For Extension of Time was filed with the clerk of the court using the CM/ECF system and is lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5); and upon pro se litigants Mr. David Wilcock and WILCOCK FOUNDATION via USPS first class mail appointed agent CORPORATE CAPITAL INC., Mr. Brent Carlson, 7848 W. Sahara Ave, Las Vegas,  NV 89117.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen