IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-RBJ

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

               Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH

               Defendants.

---

**ENTRY OF APPEARANCE ON BEHALF OF DEFENDANT JAY WEIDNER**

---

Samuel J. Scheurich of The Burnham Law Firm, P.C hereby enters his appearance as counsel in this case for Defendant, Jay Weidner. Attorney Scheurich certifies that he is a member in good standing of the bar of this Court pursuant to D.C.COLO.LAttyR 5(a)(3)(c).

Date: July 12, 2023

            Respectfully submitted,

            */s/ Samuel J. Scheurich, Esq.*
            Samuel J. Scheurich, Esq.
            Colorado Bar Number 46270
            The Burnham Law Firm, P.C.
            2760 29th Street, Suite 1E
            Boulder, CO 80301
            303-990-5308
            sam@burnhamlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 12, 2023, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/EDF system which will send notification of such filing to the following e-mail addresses:

Daniel Andrew Dingerson
Ina B. Scher
Davis & Gilbert, LLP
1740 Broadway
New York, NY 10019
212-237-1488
212-468-4888 (fax)
ddingerson@dglaw.com
*Attorneys for Gaia, Inc.*

James Lee Gray
Melissa Y. Lou
Holland & Hart LLP-Denver
555 17th Street
Suite 3200
Denver, CO 80202
303-295-8000
303-295-8261 (fax)
lgray@hollandhart.com
*Attorneys for Clif High*

Michael Jacob Laszlo
Laszlo & Associates, LLC-Boulder
2595 Canyon Boulevard
Suite 210
Boulder, CO 80302
303-926-0410
303-443-0758 (fax)
mlaszlo@laszlolaw.com
*Attorney for Benjamin Zavodnick*

Valerie Ann Yanaros
Yanaros Law PC
5057 Keller Springs
Suite 300
Addison, TX 76001
512-826-7553
valerie@yanaroslaw.com
*Attorney for Goode Enterprise Solutions, Inc.*
*and James Corey Goode*

                                                                */s/ Jennifer N. Bacani*

                Jennifer N. Bacani, Paralegal
                The Burnham Law Firm, P.C.