# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually

Counter-Defendants,


David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION

Third-Party Defendants.

---

## DEFENDANT ALYSSA MONTALBANO
## MOTION TO EXCEED WORD LIMIT FOR REPLY
## TO RESPONSE [#368] TO MOTION TO DISMISS [#352]

---

Defendant, Alyssa Chrystie Montalbano, files this Motion to Exceed Word Limit for her Reply to Plaintiffs' (Goode and GES') Response [#368] to Montalbano's Motion to Dismiss [#352] and states as follows:

### I.    Conferral

Due to time limitations, Montalbano has not conferred with the Plaintiffs by or through their counsel regarding this motion and they are hereby marked as opposed.

### II.    Facts in Support of Granting this Motion

Montalbano has made efforts to file this motion 3 business days before the requested Extension of Time due date of July 19, 2023, pursuant DDD Civ. P.S. III(A)(5). [#369 pending Motion Extension of Time, filed July 3, 2023]

Plaintiffs' counsel alleges in the Response [#368] the Motion to Dismiss was improper and a Motion for Judgment on the Pleading should have been filed [*Id.* at 3-4] Montalbano is proceeding pro se and does not always know, or understand, every single court procedure or how or when to perform it. However, as described in greater detail in

the Reply **(See attached Document 1 at 2)**, the MTD [#352] may be converted into a Motion for Summary Judgment under F.R.C.P. 56.

In DDD Civ. P.S. III(A)(1) word limits are removed for motions filed under Fed. R. Civ. P. 56, because they address factual matters alleged at issue or in dispute between the parties, DDD Civ. P.S. III(E)(1). While the Reply is not written as a Motion for Summary Judgment (as Montalbano still has to learn about those and how to correctly write one), Montalbano has Replied to matters the Plaintiffs allege in their Response as material and addressed them to the best of her current ability in the Reply.

Montalbano has attached the proposed **Reply** as **Document 1** for review and admission.

**WHEREFORE,** Montalbano requests this Motion to Exceed Word Limit be granted and the Unopposed Motion for Extension of Time to Reply [#369] be granted and that Montalbano's Reply **(Document 1)** be admitted to this Court record.

Respectfully Submitted and All Rights Reserved,

/s/ Alyssa Chrystie Montalbano

Alyssa Chrystie Montalbano, American Citizen

2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com
Defendant, Counter-Claimant, Third-Party Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 15th day of July 2023 a copy of the foregoing Motion to Exceed Word Limit and attached Document 1 (Reply) and Exhibits, were filed with the clerk of the court using the CM/ECF system and is lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5); and upon pro se litigants Mr. David Wilcock and WILCOCK FOUNDATION via USPS first class mail appointed agent CORPORATE CAPITAL INC., Mr. Brent Carlson, 7848 W. Sahara Ave, Las Vegas, NV 89117.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen