# EXHIBIT 1



EXHIBIT CK
5 pages



**Ari Stone**
Jan 21 at 6:56 PM · 🌐
2020

Ari Stone Facebook post

A great YouTube video by Natasha Hynes, regarding Corey Goode's public frauds and schemes and showing his bad behavior patterns and many that he's hurt in the community.

All things I've been dealing with as well, only in the court record.

Please share to help others see the truth as well. So they don't make the same mistake myself and others... See More



YOUTUBE.COM
**Is Corey Goode a Fraud?**
Is Corey Goode a Fraud? Thank you to all the independe...

👍❤️ Chantel Rose and 3 others                    33 Comments



  Chantel Rose and 3 others >

Ari Stone
Facebook
Jan 21, 2020 post

 **Carol Janzen**
Dropped all of these guys so long ago the only one i listen to is Emery sometimes. At least he is normal and talks to you like your a person. He is a good guy

17w   Like   Reply   👍3

 **Ari Stone**
I would have too had I not been in the situation I'm in.  I largely talk about it via Twitter or my new YouTube Channel for that purpose

YouTube.com/deprogrammer

I will also be sharing on this channel about my Dream Visions that have already occured or are occurring, so people can see what I've seen and how dreams work. My particular dream journey involves both Corey Goode and David Wilcock rath... See More   👍1

YOUTUBE.COM
Deprogrammer

17w   Like   Reply

 **Aaron Moriarity**
Corey has always said he is no guru and he does not have all the answers, he only knows what he has experienced, he is dropping info the cabal does not want anyone to believe, so they have been attacking him, so sad, the one that called for unity in the community. So sad to see people falling for the divide and concur tactics of the embedded cia ufo researchers, you know the ones, the ones that are always showing up in the fake news msm. ==Corey is for real, I feel sad for you all, falling for the cabal crap again.==

17w   Like   Reply   👍❤3

View 25 previous replies...

 Ari Stone Carol Janzen Thank you.  I saw t...

Carol Janzen Aaron Moriarity - I am really...

Carol Janzen Ari Stone Good to hear, would...

 **Aaron Moriarity**
Why would he include in his story very embarrassing and awkward parts like when he was told by another ssp to take his clothes off and put them onto a pedestal, then a Woman came up to him and handed him the clothes he was to put on, all while is buddy was laughing at him. Think about that, if I was making up a story, I would not make up something that makes me look bad.

16w   Like   Reply

Ari Stone Aaron Moriarity It is unclear what...

 Write a comment...    



Facebook
Jan 21, 2020





screenshot
Feb 28, 2020
@7:07pm

only fully
discovered association
w/ mr. Goode from
these tweets.