# EXHIBIT 3



Auditory Hallucination Networks
http://news.unm.edu/news/15-million-g...

A.I. Brain Mapping Algorithms
https://lifeboat.com/blog/2018/03/new...

Screenshot CIA Website Project BLUEBIRD
https://www.cia.gov/library/readingro...

(00:14:40) Screenshot The Black Vault Website
https://www.theblackvault.com/documen...

(00:15:41) Screenshot SSP Alien Psychic Wars with Corey Goode
https://www.spherebeingalliance.com/v...

(00:15:57) Screenshot OffPlanet Radio
Http://Radio.OffPlanetMedia.Net

(00:25:04) Screenshot SSP Scientific Services Program
https://www.arl.army.mil/business/sci...

(00:26:43) CIA Project Artichoke/Bluebird
https://www.cia.gov/library/readingro...

(00:28:07) Book Amazon: "The Invisible Crime" by Michael F. Bell
https://amzn.to/2tKumzj

(00:35:32) Book Amazon: "MILABS Military Mind Control & Alien Abduction" by Dr. Helmut Lammer & Marion Lammer
https://amzn.to/2Q7YYlC

(00:35:50) Article: "From Alien Abductions Via MKUltra to an Implanted Cyber-Situation" by Dr Helmut Lammer  Truth Campaign Magazine 15
http://all.net/journal/deception/MKUL...

(00:46:58)  Ari Stone's BLOG - "Borg Ship Laser Scan Death Threats"
http://aristoneart.blogspot.com/2018/...
or https://aristoneart.com/2018/07/13/379/

(00:47:21) Screenshot CG Mega Update pt 1– Dream Contact and Astral Students
https://spherebeingalliance.com/blog/...

(00:48:19) Google Patent Scroll Hendricus Loos
https://patents.google.com/?inventor=...

(00:48:28) Patent: V2K "Subliminal acoustic manipulation of nervous systems"
https://patents.google.com/patent/US6...

(00:48:34) Patent:  TV and PC Monitor EMFs "Nervous system manipulation by electromagnetic fields from monitors"
https://patents.google.com/patent/US6...

(00:50:19) CG Mega Update Pt 2 – "The Anshar Temple Complex"
https://spherebeingalliance.com/blog/...

(00:50:46) Patent:  "Method and system for altering consciousness"
https://patents.google.com/patent/US5...

(00:51:40) "Law of One and SSPs Consequences of Channeling." Cosmic Disclosure. Season 7, Episode 4,  GAIA TV, Jan. 2017.

(00:53:48) Book Amazon: "Project Soul Catcher VOLUME TWO Secrets of Cyber and Cybernetic Warfare Revealed" by Robert Duncan and The Mind Hacking Strategy Group
https://amzn.to/34RitUS


MUSIC and AUDIO CREDITS - See Video Credits - All Audio Used in Accordance with the Following Terms via

https://FreeSound.org

Creative Commons
https://creativecommons.org/publicdom...
Attribution – Non Commercial
https://creativecommons.org/licenses/...