# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually

Counter-Defendants,

David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION

Third-Party Defendants.

# NOTICE OF RELATED CASE

Pursuant to D.C.Colo.L.CivR 3.2 and Cal. Rules of Court 3.300 **(Exhibit 1)**, Defendant, Third-Party Plaintiff, and Counter-Claimant, Alyssa Montalbano, respectfully files this Notice of Related Case, to advise the Court that the above-captioned case is related to the following action:

**Case Number:** 3:23-cv-02518-JD,

Northern District of California, United States District Court, filed May 23, 2023.

**Parties:** *Dustin Neff v. SBA Entertainment, LLC, a Colorado limited liability company; Goode Enterprise Solutions Inc., a Colorado corporation; and Does 1-10, inclusive.*

**Judge Assigned:** Judge James Donato

**Attorneys Representing Parties in Related Case:**

Scott Alan Burroughs, Esq. and Frank R. Trechsel, Esq., for Plaintiff Dustin Neff.

Valerie Yanaros, for Defendants GOODE ENTERPRISE SOLUTIONS, INC. ("GES") and SBA Entertainment LLC ("SBA").

**Type of Action:** Copyright Infringement, Contributory Copyright Infringement, and violation Digital Millennium Copyright Act.

**Reason Cases are Related:**

The cases involve one or more of the same parties

[#111 Plaintiffs' SAC; and #355-1 Montalbano pending TACC]:

1. GES; [#111, #355-1 ¶3]

2. Yanaros [*Id.* ¶7];

3. John and Jane Does [*Id.* ¶8]; and

4. Unknown Corporate Entities [*Id.* ¶9]

The cases involve the same or similar incidents and questions of law:

1. **Fraud** [*Id.* at 20, Claim 1], mutual defendant GES.

    Neff is another victim of GES's public frauds having his graphic work plagiarized as part of GES and *et. al.* fake stories *Id.* ¶¶ 122-147, 168-195.

2. **Copyright Infringement** [*Id.* at 61, Claim 2], mutual defendant GES and substantially similar question of law involved. Neff Complaint is based on unauthorized use of Neff's original graphic work by GES and associates. Montalbano's complaint includes unauthorized use of Montalbano's original graphic work by GES associate. *Id.* ¶¶ 135, 412a.

3. **RICO** [*Id.* at 106, Claim 8], mutual defendant GES and related pending defendant Yanaros. Neff is another victim of GES's rackets having his graphic work plagiarized and used in the rackets, see *Id.* Fraud ¶¶ *supra*.

4. **Violation Colorado Consumer Protection Act** [*Id.* at 114, Claim 10].

Neff is another victim of Goode and Wilcock's massive public frauds that continue to significantly negatively impact the lives of millions of people.

The unknown Does 1-10, cited in *Neff v SBA Ent.* complaint, are likely the same people and corporations Montalbano's claims seek to discover and recover damages from.

Relating the cases may eliminate parallel litigation or duplicate use of judicial resources during discovery or trial.

**Status of Case:** Pending

**Earliest Filed Case:**  1:20-cv-00742-DDD-KLM, District of Colorado, United States District Court, filed March 17, 2020.

Ms. Yanaros; counsel for GES in both cases; knew of both cases and did not notify either Court of the existence of the other possible related case **(Exhibit 2, *Neff v. SBA Ent.* Register Actions)**. Montalbano, having become aware of this possible related case in the past 10 days, respectfully files this Notice of Related Case pursuant Local Rule 3.2 and Cal. Rule 3.300; and attaches a courtesy copy of Los Angeles Superior Court, Judge Randolph M. Hammock's, June 2022 article titled, "To relate, or not to relate? That is the question." **(Exhibit 3)** regarding the requirement of filing Notice for any possible related case to prevent forum shopping and minimize the prospect of conflicting

results pursuant *Harris v. Rojas*, 281 Cal.Rptr.3d 452, 454, 66 Cal.App.5th 817, 820 (Cal.App. 2 Dist., 2021) **(Exhibit 4 *Harris v. Rojas*)**. Pursuant Local Rule 3.2(d) and Cal. Rule 3.300(h)(1)(A), the earlier filed case's presiding officers have discretionary authority to determine if *Neff v. SBA Ent.* must be ordered related and assigned this Federal Court and if relating the cases will reduce duplicate use of judicial resources (Cal. Rule 3.300(a)(4)).

A courtesy copy of this Notice of Related Case has been United States Postal Service mailed to: DONIGER / BURROUGHS, Attn: Scott Alan Burroughs, Frank R. Trechsel, 603 Rose Avenue, Venice, California 90291.

Dated this 24th day of July 2023.

                                        Respectfully Submitted and All Rights Reserved,

*/s/ Alyssa Chrystie Montalbano*

Pro Se Litigant, Defendant, Counter-Claimant, Third-Party Plaintiff, Paralegal student

970.250.8365
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com

## CERTIFICATE OF SERVICE

I certify that on this 24th day of July 2023 a copy of the foregoing Notice of Related Case was filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system (FRCP Rule 5); and upon Mr. David Wilcock and WILCOCK FOUNDATION via United States Postal Service first class mail with tracking to their appointed agent: CORPORATE CAPITAL INC., c/o Mr. Brent Carlson, 7848 W. Sahara Ave, Las Vegas, NV 89117; and upon potential related case parties: DONIGER / BURROUGHS, Attn: Scott Alan Burroughs, Frank R. Trechsel, 603 Rose Avenue, Venice, California 90291, attorneys for Plaintiff Dustin Neff.

**/s/ Alyssa Montalbano**

Alyssa Montalbano, Pro Se Litigant, Paralegal student