Query   Reports   Utilities   Help   Log Out

ADRMOP,AO279

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:23-cv-02518-JD

| | |
|---|---|
| Neff v. SBA Entertainment, LLC et al | Date Filed: 05/23/2023 |
| Assigned to: Judge James Donato | Jury Demand: Plaintiff |
| Cause: 17:101 Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Dustin Neff**     represented by     **Frank Rinard Trechsel**
Doniger / Burroughs
603 Rose Avenue
Venice, CA 90291
(310) 590-1820
Email: ftrechsel@donigerlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Alan Burroughs**
Doniger / Burroughs
603 Rose Avenue
Venice, CA 90291
(310) 590-1820
Email: scott@donigerlawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SBA Entertainment, LLC**

**Defendant**

**Does 1 through 10**

**Defendant**

**Goode Enterprise Solutions Inc.**     represented by     **Valerie Yanaros**
Yanaros Law, P.C.
Texas
8300 Douglas Avenue, Suite 800
Dallas, TX 75225
512-826-7553
Email: valerie@yanaroslaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 05/23/2023 | 1 | COMPLAINT against Does 1 through 10, Goode Enterprise Solutions Inc., SBA Entertainment, LLC ( Filing fee $ 402, receipt number ACANDC-18292934.). Filed byDustin Neff. (Attachments: # 1 Civil Cover Sheet)(Burroughs, Scott) (Filed on 5/23/2023) (Entered: 05/23/2023) |
| 05/23/2023 | 2 | REPORT on the filing or determination of an action regarding *a copyright* (cc: form mailed to register). (Burroughs, Scott) (Filed on 5/23/2023) (Entered: 05/23/2023) |
| 05/23/2023 | 3 | Proposed Summons. (Burroughs, Scott) (Filed on 5/23/2023) (Entered: 05/23/2023) |
| 05/23/2023 | 4 | Case assigned to Judge James Donato.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. (ark, COURT STAFF) (Filed on 5/23/2023) (Entered: 05/23/2023) |
| 05/24/2023 | 5 | **Initial Case Management Scheduling Order with ADR Deadlines: Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. Case Management Statement due by 8/17/2023. Initial Case Management Conference set for 8/24/2023 11:00 AM in San Francisco, Courtroom 11, 19th Floor. (hdj, COURT STAFF) (Filed on 5/24/2023) (Entered: 05/24/2023)** |
| 05/24/2023 | 6 | Summons Issued as to Goode Enterprise Solutions Inc., SBA Entertainment, LLC. (hdj, COURT STAFF) (Filed on 5/24/2023) (Entered: 05/24/2023) |
| 06/08/2023 | 7 | SUMMONS Returned Executed by Dustin Neff. SBA Entertainment, LLC served on 6/8/2023, answer due 6/29/2023. (Burroughs, Scott) (Filed on 6/8/2023) (Entered: 06/08/2023) |
| 06/08/2023 | 8 | SUMMONS Returned Executed by Dustin Neff. Goode Enterprise Solutions Inc. served on 6/8/2023, answer due 6/29/2023. (Burroughs, Scott) (Filed on 6/8/2023) (Entered: 06/08/2023) |
| 06/30/2023 | 9 | STIPULATION WITH PROPOSED ORDER re 1 Complaint, *First 30-day Extension* filed by Goode Enterprise Solutions Inc.. (Yanaros, Valerie) (Filed on 6/30/2023) (Entered: 06/30/2023) |
| 07/06/2023 | 10 | **ORDER. For Dkt. No. 9, defendant GES may file a responsive pleading by July 30, 2023. Signed by Judge James Donato on 7/6/2023.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(jdlc3, COURT STAFF) (Filed on 7/6/2023) (Entered: 07/06/2023)** |