# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS, and KIERSTEN
MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant, Third-Party Plaintiff,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION

Third-Party Defendants.

# ALYSSA MONTALBANO
## SUPPLEMENTAL TO NOTICE OF RELATED CASE [#372]

Montalbano files this supplemental to the Notice of Related Case [#372, Jul. 24, 2023] in further support of her Trade Secret claim[1] [#355-1, TACC, March 17, 2023] to provide new dream vision evidence; further showing Montalbano's Trade Secret claim is with merit.

March 17, 2023 (approximately two (2) months prior Mr. Neff opening his case against Goode), Montalbano documented in her dream vision journal a record involving Goode and Yanaros and a carpool trip to Court in San Francisco, California **(EXHIBIT A)**.

May 2-9, 2023 Montalbano blogged the dream online at her website, "AriStoneArt"[2] **(EXHIBIT B):**

### 2023_03_17_MAR Ride with Lucinda and Gorik to SF Court

https://aristoneart.com/2023/05/02/2023_03_17_mar-ride-with-lucinda-and-gorik-to-sf-court/

password: TravelTrailerG

On May 23, 2023, Mr. Dustin Neff opened Court Case 3:23:cv-02518-JD in San Francisco, California, **(EXHIBIT C – Civil Cover Sheet)** against Goode Enterprise Solutions Inc.; a Plaintiff this instant case and company of Mr. James Corey Goode.

The key takeaways are as follows:

1. The dream occurred on the same date of the Third Amended Counterclaims Complaint filing. [#355-1, TACC, Mar. 17, 2023]

---

[1] This supplemental is not an addition/amendment to the TACC [#355-1] as the record was not delivered to Goode, but is provided to further prove Montalbano's extraordinary Trade Secret claim is based in fact and evidence.

[2] Names were changed for the blogged version and password protected for privacy, and revealed now since it has occurred in some capacity in waking states.

2.  In the dream Goode, Yanaros, and Montalbano were carpooling to San Francisco, California, for Court, during summer weather.  Yanaros did not think there was any 'parking' near the destination, but Montalbano did and wanted to input the directions into Yanaros' phone.

   a.  Two months after the dream and in waking states, Plaintiff Dustin Neff opened claims in Court in San Francisco ("SF"), California, against GES (Goode), May 23, 2023.

   b.  Ms. Montalbano learned of the CA case and filed a Notice of Related Case, July 24, 2023, seeking to relate the cases to save the Court and litigants money; (aka 'carpooling' to save money and in the summer month of July)

   c.  Ms. Yanaros did not file a Notice in either court of the possible related cases, but Montalbano did due to reasonable belief they are related; (i.e. Yanaros believed there was no parking near the SF Court location and Montalbano was convinced there was and wanted to input the directions into Yanaros' phone).

   d.  Ms. Yanaros is seeking Pro Hac Vice entry into the San Francisco, California Court Case **(EXHIBIT D)**; (i.e. trying to find a way to the SF Courthouse).

This record is simply another example that Montalbano's Trade Secret claim is true and correct and requires no belief system to observe the evidence and permits the Judicial Officers of this instant case to further verify Montalbano's rare and unprecedented Trade Secret Claim is true and correct.

A courtesy copy of this Supplemental to Notice of Related Case [#372], has been post mailed to Dustin Neff's counsels at: DONIGER/BURROUGHS, Attn: Scott Alan Burroughs, Frank R. Trechsel, 603 Rose Avenue, Venice, California 90291.

Respectfully Submitted and All
Rights Reserved,

*/s/ Alyssa Chrystie Montalbano*

Pro Se Litigant, Defendant,
Counter-Claimant, Third-Party
Plaintiff, Paralegal student

970.250.8365
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com

## CERTIFICATE OF SERVICE

I certify that on this 5th day of August 2023 a copy of the foregoing Supplemental and Exhibit were filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5); and upon pro se litigants Mr. David Wilcock and WILCOCK FOUNDATION via USPS first class mail upon appointed agent CORPORATE CAPITAL INC., Mr. Brent Carlson, 7848 W. Sahara Ave, Las Vegas, NV 89117; and upon potential related case parties: DONIGER / BURROUGHS, Attn: Scott Alan Burroughs, Frank R. Trechsel, 603 Rose Avenue, Venice, California 90291, attorneys for Plaintiff Dustin Neff.

/s/ Alyssa Montalbano

Alyssa Montalbano, Pro Se Litigant, Paralegal Student