# EXHIBIT A

March 17, 2023
1:20am

Something fun & exciting for me & Inspiring –

IN SUV w/ VAL DRIVING CG & I TO SF FOR COURT – I SLEEP SOME IN 'BED' IN BACK – CG ASKS ME "WILL YOU BE MY LINE DANCING PARTNER?" SUV LEFT IN THE HOOD – WALK – & VAL TALK w/ 2 INFORMANTS (INFO PEOPLE) w/ THICK COKE BOTTLE GLASSES

I was going w/ CG & VYanaros to go to 'Court' in San Francisco. We were all going together to save us all money, so carpooling. Val was driving, CG front passenger seat, me back 1st row seat of SUV. They had actually set it up for me as a bed (like [redacted] w/ her Lt. comforter

VY CG me, SF her SUV
sleep (me back)
CG – will you be my line dancing partner?
Gas station – VY bathroom
me – can I go inside & get a toothbrush & toothpaste
VY back – up.
can't get to 'hotel' place
park in the hood.
V – These people are poor, they won't have to [illegible] house there once
do anything. like bloods & crypts. climbing
park, right – me – it'll get stolen here
well ask them how do you get here
to park the car guarantee they
have a parking lot.
walk, swings coke bottle glasses, lady
then guy. bluehin VY working a deal (info) I'd pee don
swing – VY / me I know you went pee & I'd
but some of the rest of us didn't already
like to get to the place already
stops, giggles. Tin Foil hat beanie down
showing, CG sees too, guy girl
homeless people

on it & white sheets underneeth. I laid on top of it w/ my head behind CG's seat, so I could only see Yanaros. As I lay there I seemed to think it was odd CG & VY were going in the same vehicle, like him & her had something they could argue about, or had argued & fought before & like it made sense for me to ride w/ her, but not him. Like they were more at odds, than me & her. But, we all rode together anyways. & Moderately silently.

I was glad she was driving, as I actually trusted her driving skills & knew it'd be safer w/ her driving than me, as I'd been having issues w/ feeling dizzy lately in the cars like in rain or snow, but it was good weather, just getting dark out. No snow or anything, basically

a nice balmy (more summerlike) ~~or spr~~ drive. They both knew I was really tired so were letting me rest in the back. ~~tee~~ I'd rest & slept for a while now in the back, but still also alert to my suroundings, in case they tried to pull anything funny, but it felt neither would.

I sorta woke up a lil & Corey leaned around cause he actually wanted to see me as I was sorta adjusting myself & opening my eyes some. He wanted to lighten the mood & interact w/me by joking around & he said "will you be my linedancing partner?" he was serious though about wanting to partner up w/me to dance, like where we were going would have that, but also like it didn't & he was trying to be funny, ~~that~~ cause we all were going to court, but he was serous about wanting to partner dance w/me. I thought of

my H.S. P.E. days & more so, [redacted] Christian school line dancing in the parking lot in like 4th - 6th grade.. CG's face looked older & more ~~scraggy~~ skin from age or possibly smoking. but just not smooth & more 'old' guy skin but natural aging (not Vax aging) He turned around again into his seat & I didn't give an answer.

Val now pulled into a gas station nearish to our destination (like a few blocks or so away) & I had been so sleepy still I cont. to lay & rest partly fall asleep again. It felt Corey wanted to even watch me sleep & I wanted still to be appealing, but wasn't gonna do anything on purpose that way, he was attracted just w/ me 'as is'. while V. was out filling up w/ gas. I tried to wake up enough to get up ~~wanting to~~ thinking I should help & get up cause I needed toothpaste & a toothbrush as I hadn't brushed my teeth in a while (like now in W3DC)

& I didn't want anyone (esp. CG) to smell my breath, Though nobody would probbe that close to me anyway or kissing me.

CG turned around again to see me, as I mumbled out "I need to get a toothbrush & toothpaste can I get out here and get it." This felt a rough more ghetto area so I wasn't just jumping out. CG thought I'd be enjoying the fullness of the actually very comfortable bed in the back seat & be under the covers. But, I'd been on top the whole time (like now in W3DL on my bunk bed, cause sleeping in the wrong direction...head at foot of bed) too tired to go under covers. I then seemed to sorta start to think about it & was ~~pa~~ working to get under them when CG helped me by lifting them for me. He really wanted me to be comfortable & enjoy the bedding & to rest. He was being sweet actually.

DV A.I. date of Organic A.I not brushed teeth in 80+ yrs

I was falling asleep again, as Val got in the her SUV again & I tried again to wake up ~~& asked her~~. She pulled up to the gas station store section & went inside. It felt she went pee & came back out & got back in. I tried again to wake up & asked sorta sleepy mumble slur, If I could or should (like last chance) go inside to ~~the~~ get a toothbrush & toothpaste now. I was slow hesitant w/ it, but she didn't really seem to hear me & began creep rolling backing up. I tried to get up again; but then she was backing up a lil faster & she was leaving. But, now ~~she was~~ I was realizing she was a lil stressed about finding our location but for parking. She'd stopped to ask some for directions on how to park near there, but she was convinced there was no way to get to the

parking near the hotel & so she was just now looking for a spot to leave the SUV here. for the night. I now was seeing hoodlumish

9:04am people coming out of around our vehicle, ~~but~~ like gang style peopile, but more focused on their own stuff than us. I realized now, I'd moved to slow & wasn't gonna be able to get a toothbrush or toothpaste. (I'd planned to just get a basic (yuck) Colgate travel tube & travel brush)

she was looking to just leave the SUV anywhere near hear. I told her "there has to be a way to get there in a vehicle;" she was convinced there wasn't, but like she was using a regular paper map <DV Pangea> ~~I~~ said "I can just feed in the address to google maps & see if there's a route" but like I needed to do it on her phone, & she was convinced there were no routes or parking there. I was not & thought that highly

unlikely & it'd be bad for a hotels busines to not have any parking there.

she now parked the vehicle* at a random house w/ a yard & sidewalks & sorta in plain view & got out briefly. I was seeing more gang people going by, but all more like Avg-people or gang people dressed to look like Avg-people. She got in again & moved us a litl bit more to ~~the~~ another spot by the house & parked saying "There's no way there from here" more gang people looking more like crypts were moving by us toward the house (≈20) & ≈ 6-10 'bloods' (more brown = Tans) were also going to the house. The 'crypts' (blue team) had more medium blue turbins on (but not turbin, more so just squarish round flat top hats ⊛ same w/ the Tan team. As we got out & began to walk, Val leading the way, I was

⊛ the hat is actually a Muslim kufi hat. (3/19/23 update)

⊛ saying "It'll get stolen here" she was convinced it'd be fine & said "These people are poor, they won't do anything" she seemed to think they were too poor to steal a vehicle. like not in their legue of knowledge or want or need. I was ~~again~~ thinking this flawed thinking & and again saying it'd get stolen & commented "We could call them & we'll ask them how do you get there to park the car. I guarantee they'll have a parking lot." she still didn't think so. I gave her the benefit of the doubt that maybe there was something weird about the place, but, doubted it.

We walked in the more night now w/ street lights here & there & crossed the empty street to get to the other side. A swingset was here & Val got on & began swinging & even having some fun & fine w/ delay.

⊛ while looking back at the vehicle, noting it was a darker blue color, more boxy & slightly older SUV, maybe more so an older Blazer ~~[illegible]~~ ~~[illegible]~~ 1990s style > still in good condition, but a lil worn down paint looking. Like a lighter shade of Navy blue.

<DV I rescue DW, reverse explosion & Beth on swing> I said to her (*) "Look, ~~I know you got to go (pee) to the bathroom back there, but some of the rest of us didn't & I'd like to get to the hotel so I can go too~~." I didn't need to pee a ton, just a lil bit (like now). She ~~stopped~~ slowed swinging & ~~got off~~. Corey came over. As she got off she was giggling ~~[illegible]~~ looking at me. I then realized I had on my new tin foil hat (the one I made yesterday & wore again to bed tonight w/ the blk benie over it) & ~~[illegible]~~ that my black benie was mostly off it now. She was giggling I was wearing it. CG then came over & saw too, & thought it a lil funny too but didnt really want to laugh to not embarass me but he sorta did giggle a lil bit as I began to pull my blk benie over it again.

(*) "I know you went pee & all but some of the rest of us didn't & I like to get to the place already."

There was one female near the swings too, but I felt none of these people would care, cause most 'poor' people know about the frequency stuff & needing to protect the brain from it, while 'regular' people think them 'crazy', so noone here would really care, but I still felt a lil funny as it was a more bed time thing, not out in public thing. A lil bit of the blue painters tape bottom liner could be seen, but mostly all hidden.

I followed Val over to a short wall she likely intended to go over, but 1st she spoke w/ an adult female w/ semi-thick glasses on. Who felt more homeless, I knew that lady would likely know about frequency stuff for sure, like the homeless lady w/ the eye implant spy stuff showing it on YouTube. So I again wasn't concerned of being thought of as less by her. A bike (bicycle) also was laying down

near us. Val seemed to have made a deal w/ the lady. Like give her a few bucks for info or something & the lady might be back if she had more info & could get more $. But, not so certain she'd have or find more, just a happen to know or see one thing kinda thing (I think). (lil hazy). The lady left.

A guy now came over, w/ even super thicker glasses (like [redacted] from GVCCC church) & a med to lt blue blocky ~~frm~~, transluscent frames. He was in a suit & more clean cut, but also like a more worn or tatty suit, but still dapper & clean. He was actually kinda cute w/ nicely cut shorter (just above ears) brow hair & ≈ 35-40ish & handsome looking to me. Val was also doing an info exchange w/ him too & neither really seemed to care I was there hearing it. She seemed to work more

regularly w/ this guy. Like a bizguy deal informant, but he also felt mildly homeless or just tatty or 'dark' but also like middle of the road on that. Like in the light his appearance was as if in shadows & like that was his usual look. To look like in the shadows darker than most, even w/ light on him. He seemed 'ok' not like a murder or the like, but 'shady' if needed, though appearing to most fully clean cut

(W3DL) A long time ago CG had stated in a video how he likes to do line style dancing & how he ~~[illegible]~~ was shy, but he liked doing that & would use that as a way to engage w/ someone & think he said he did that w/ [redacted] originally.

9:54am

Then I basically woke up.