

☆ 🔒    aristoneart.com    ↻

 Ari Stone Art    ≡

**EXHIBIT B**

# Protected: 2023_03_17_MAR Ride with Lucinda and Gorik to SF Court

Gorik, Government, Legal Case / By AriArt

2023_03_17_MAR Ride with Lucinda and Gorik to SF Court

©2023 MARCH All Rights Reserved Ari Stone

Directive: Something fun and exciting and inspiring for me

IN SUV WITH LUCINDA AND GORIK FOR COURT

I now found myself in an SUV in the back passenger middle row seat. Lucinda Swimple, the attorney, was driving and Gorik Nip Kaplan, her client, was seated in the front passenger seat. Lucinda also nicknamed Luc; pronounced like loose; and Gorik had

---

☐ **2023_03_17_MAR Ride with Lucinda and Gorik to SF Court** — Password protected, Classic editor    ▲

Edit (block editor)

Edit (classic editor)    Quick Edit

Trash    View    Purge from cache

| | |
|---|---|
| Author | AriArt |
| Categories | Gorik, Government, Legal Case |
| Tags | — |
| Comments | — |
| Date | Published 2023/05/02 at 10:00 pm |

☐ **2022_07_29_JUL Janitor – 3 Terrorist Men and Magik Enhancement** — Password protected, Classic editor    ▼

Edit (block editor)



11:46

4G 81%

IN SUV WITH LUCINDA AND
GORIK FOR COURT

I now found myself in an SUV in
the back passenger middle row
seat. Lucinda Swimple, the

| Word count: 2382 | Last edited by AriArt on May 9, 2023 at 7:35 pm |

## Publish

Preview Changes

🔑 Status: **Published** Edit

👁 Visibility: **Password protected** Edit

🕐 Revisions: **4** Browse

📅 Published on: **May 2, 2023 at 22:00** Edit

Purge from cache

Move to Trash                    Update

## Format

🔘 📌 Standard

⚪ 🖼 Gallery

⚪ 🖼 Image

---

11:46

4G 81%

Set featured image

## Excerpt

Excerpts are optional hand-crafted summaries
of your content that can be used in your
theme. Learn more about manual excerpts.

## Revisions

👤 AriArt, 3 months ago (May 9, 2023 @
19:35:44)

👤 AriArt, 3 months ago (May 2, 2023 @
22:28:02)

👤 AriArt, 3 months ago (May 2, 2023 @
22:27:44) [Autosave]

👤 AriArt, 3 months ago (May 2, 2023 @
22:00:00)

## Send Trackbacks

Send trackbacks to:

Separate multiple URLs with spaces

Trackbacks are a way to notify legacy blog

# Ari Stone Art

☰

## Protected: 2023_03_17_MAR Ride with Lucinda and Gorik to SF Court

Gorik, Government, Legal Case / By AriArt

2023_03_17_MAR Ride with Lucinda and Gorik to SF Court

©2023 MARCH All Rights Reserved Ari Stone

Directive: Something fun and exciting and inspiring for me

IN SUV WITH LUCINDA AND GORIK FOR COURT

I now found myself in an SUV in the back passenger middle row seat. Lucinda Swimple, the attorney, was driving and Gorik Nip Kaplan, her client, was seated in the front passenger seat. Lucinda also nicknamed Luc; pronounced like loose; and Gorik had actually set up my back 'seat' row as a bed for me to rest on, with a nice pillowy comforter to get under. They both knew I was tired.  We were on our way to 'San Francisco' for Court and riding together to save us all money by carpooling. I was too tired to get under the comforter, so was just resting on top of it with my head behind Gorik's seat and only Swimple in my line of sight.

As I lay there resting, I thought it odd that Gorik and Luc were riding in the same vehicle. It felt they had something to argue about or had just argued and fought about 'it' prior our carpool ride, so it didn't really make sense for them to be in the same vehicle.  It actually made more sense for me to ride with Lucinda than Gorik. He seemed more at odds with her than me. We all rode together anyways in moderate silence.

I was actually rather glad Luc was driving. I actually trusted her driving skills and knew it'd be safer with her driving than me, as I'd been having issues with feeling dizzy in the car while driving, as if

driving during a snow storm at night and all the snow being like a dizzying spinning disco ball in the headlights or like rain pouring down and reflecting off the headlights creating a similar effect. But, the weather here was not of snow or rain, it was actually a nice balmy and more summery night drive.  Luc and Gor knew I was really tired, so were letting me rest in the back.  I'd actually slept a little while now, but was also still very alert to my surroundings, in case either of them tried to pull anything funny, but it felt neither would.

I sort of woke up some now and Gorik leaned around his seat to look at me, as he wanted to see me now.  I adjusted myself and opened my eyes some.  He wanted to lighten the mood and interact with me by joking around and said, "Will you be my line dancing partner?" he was serious though about wanting to partner up with me to dance. He was asking it like our destination would have line dancing, but it didn't really seem to. He was just trying to be funny cause we all knew we were going to court. Though Gorik knew that, he was actually serious about wanting to partner dance with me. I thought of my High School Physical Education days over twenty years ago, and even before that the line dancing at Patseyville Christian School in the parking lot during 4th to 6th grade.  Gorik's face looked older and his skin more scraggle looking with age or possibly from smoking.  It wasn't smooth, but appeared more as 'natural old guy' skin rather than vaccine skin aging.  He turned back around again in his seat to face forward.  I didn't give him an answer.

Lucinda now pulled in to a gas station near our destination, possibly within a few blocks and got out to pump gas. I was so sleepy still I continued to rest and partly fell asleep.  It felt Gorik even wanted to watch me sleep.  I wanted to be appealing, but I wasn't going to do anything on purpose. However, he liked me 'as is'.  I tried again to wake up again. I needed toothpaste and a toothbrush, as I hadn't brushed my teeth in a while (like now in Waking 3D Life (W3DL)).  I didn't want anyone to smell my breath, especially Gorik. Though odds were slim anyone would be that close to me or kissing me.

(DV **2018_11_30_NOV AI GUY ARMPIT TICKLE-HURT HE CLEANS UP FOR ME**

https://aristoneart.com/2019/09/29/2018_11_30_nov-ai-guy-armpit-tickle-hurt-he-cleans-up-for-me/
 pswd: finaldraftyet222-2 )

Gorik turned around again to see me.  I mumbled out, "I need to get a toothbrush and toothpaste. Can I get out here and get it?."  This felt to be a more rough and ghetto neighborhood area, which is why I was asking if I could get out here, and wasn't just rushing out the vehicle.  Gorik thought I'd be enjoying the fullness of the bed they made me in the back seat and that I would be under the covers. The bedding was actually very comfortable, but I still remained on top of the covers as I was still too tired to go 'under cover' (like now in W3DL, sleeping inverted in my bunk bed . . . head at feet area . . . since my bed is too uncomfortable for my back to always lay in the 'correct' direction).   I was thinking more seriously now about going under the covers and how that'd like be even more comfortable, so I began to work at getting under them. Gorik reached back and helped me by lifting the covers up for

me get under them fairly easily.  He really wanted me to be comfortable and enjoy the bedding and to rest.  He was being really sweet actually.

I was then falling asleep again, just as Luc was getting back into the SUV and pulled up and parked near the gas station convenience store building and got out and went inside.  It felt she went inside to go pee and then came back out and got back into the driver seat.  I tried again to wake up and asked her sort of sleepy-mumble-slur if I could or should go inside to get a toothbrush and toothpaste now.  It felt this might be my last chance before reaching our destination.  I was talking very slow and hesitant, but she didn't seem to hear me and began to creep roll backup to leave.  I tried again to wake up.  Luc was backing up a little faster now and then was pulling out forward and leaving.

I was realizing now Lucinda was actually a little stressed about finding our location, but specifically with regard to parking.  She stopped again a little bit away from the gas station to ask for directions on how to park near our destination.  She was convinced there was no way to get to the parking lot near the hotel; so she was now looking for a spot to simply park and leave the SUV for the night.  I was awake a tiny bit now and looking outside the windows I could see some hoodlumish people coming out and around our vehicle.  They looked like gang style people, but they were more focused on their own things than on us.  I realized now, I'd moved too slow and was not going to be able to get a toothbrush or tooth paste.  I'd just planned to go inside the gas station and get a basic Colgate toothpaste (yuck) travel tube and travel toothbrush.  Luc was looking for anywhere she could just leave the SUV anywhere near where we were at now.  I said, "There has to be a way to get there in a vehicle."  She was convinced there was no way to get to the hotel parking lot in our vehicle and that we'd have to walk. She seemed using a regular paper map. (DV Pangea)  I spoke up again, "I can just feed in the address to Google Maps and see if there's a route."  One would ordinarily think it could be input on your own cell phone, but in this instance, it felt I had to do it on her cell phone.  She was still convinced there were no routes or parking there.  I did not agree with her.  It was highly unlikely a hotel would not have regular vehicle access to their parking lot, as it'd be very bad for a business to not have any parking.

Luc now parked the vehicle at a random house with a yard, sidewalks, and the SUV sorta in plain sight and she got out again briefly.  I watched as even more gang people went by. They all looked just like average people or were gang people dressed up to pass as average people in regular clothes. Then, Lucinda got in again and drove us to another spot by the house and parked saying, "There's no was there from here."  More 'Crypts' (Crips) gang-looking people were moving by us and towards the house.  There looked to be around twenty Crips. About six to ten Bloods (in more brown-tan colors) were also heading towards the house.  The Crips (Blue Team) had on a medium blue color turban hat; or rather a squarish-round-flat-top hat; and the Tan Team also had on the same style flat top hats only

in tan coloring (On 3/19/2023 I learned this type of hat is a Muslim Kufi).  Lucinda had us all get out here.

Lucinda was leading the way. I followed, as did Gorik. I looked back at the vehicle noting it was a lighter shade of navy blue with a slightly worn looking paint job. I thought it might be a 1990's(?) style Blazer, due to its more boxy shape.  I turned back around and remarked again to Luc, "It'll get stolen there." She Luc was convinced it'd be fine and responded, "These people are poor.  They won't do anything."  She seemed to think they were too poor to steal a vehicle; like it was out of the gang people's league of knowledge, want, or need.  I thought her thinking flawed and again told her "It'll get stolen there.", then I further offered, "We could call them and ask how to get to there to park the car. I guarantee they'll have a parking lot."  Lucinda still didn't think so.  I decided to give her the benefit of the doubt, maybe there was something weird about the place, but I doubted it.

We continued to walk. It was more night out now. Street lights were lit up here and there lighting our way.  We crossed the empty street and stood by a swing set.Luc got on one and began to swing and was even having some fun and she was fine with this delay. (DV Galactic Rescue)  While she swang I said to her, "I know you went pee and all, but some of the rest of us didn't and I'd like to get to the place already."  I didn't need to pee a ton, just a little bit.  She slowed her swinging.  Gorik came over towards us, as Luc got off the swing and began to giggle some while looking at me.  I now realized I had on my new tin foil hat (the one I'd made in W3DL yesterday and wore again to bed tonight) and that my black beanie was mostly off of it now.  She was giggling that I was wearing it.  Gorik Kaplin was now near enough to see me wearing it too and also thought it was a little funny.  He didn't really want to laugh so as not to embarrass me, but he did sort of giggle a little bit as I began to pull my black beanie fully down again to fully cover it.  There was another lady near the swing set, but I felt none of the people around here would care, because most 'poor' people would already know about the frequency stuff and needing to protect the brain from it; while 'regular' people with money would think them 'crazy'. Basically, no one here would really care, but I still felt a lil funny as it was a more bedtime thing and not an 'out-in-public' thing. A little bit of the blue painters tape I used around the bottom edge rim of the tin foil hat, could be seen, but mostly it was hidden now.

I followed Luc over to stand near a short wall she likely intended to climb over. But, now she was talking with an adult female wearing semi-thick glasses , who felt to be homeless. I felt the lady would know about frequency stuff for sure, like the homeless lady with the eye implant spy stuff shown in a YouTube video.  So, I wasn't concerned of being thought of as less by her. As they spoke, I also noted a bicycle laying down near us.  Lucinda seemed have made a deal with the lady and maybe gave her a few bucks for info or something.  The lady might come back if she had more info and could get more money.  But, I wasn't so certain the lady would have, or find, more information.  It felt more so she just happened to know or see one thing. (Hazy) The lady left.

A man now came over wearing glasses even thicker than the lady's. His glasses reminded me of Tod from Great River Christian Community Church who wore those 'coke bottle' thick glasses that made his dark brown eyes look super tiny and distorted.  This man's glass lenses were set in a medium to light blue translucent color blocky frame. He wore a more tatty and worn looking suit, but still clean cut and dapper looking.  He looked about 35-40 years old and had brown hair cut to rest just above his ears.  He was actually kind of cute, even handsome to me to me.  Lucinda was also doing an info exchange with him too.  Neither of them seemed to care I was there hearing it.  She seemed to work regularly with this guy. Like a business-guy-deal informant. He also felt mildly homeless, or just tatty or 'dark', but also middle of the road on that.  Like in the light his appearance was that of someone in the shadows, and like that was his usual look; to look like in the shadows and darker than most, even with light on him.  He seemed 'ok', not like a murderer or the like, but 'shady' if needed while appearing to most fully clean cut.

Then, I basically woke up.

 ← Previous Post          Next Post →

Search …

## Categories

Select Category

## Archives

Select Month

Copyright © 2023 Ari Stone Art | Powered by Astra WordPress Theme