# EXHIBIT D

1  IT IS HEREBY STIPULATED by and between Plaintiff, Dustin Neff ("Plaintiff"), and
2  Defendant, Goode Enterprise Solutions Inc. ("GES"), by and through their respective counsel, that
3  pursuant to Federal Rule of Civil Procedure 6(a), and Local Rule 6-1, GES may have to and
4  including August 31, 2023, to file a responsive pleading in this matter, as GES is investigating the
5  claims and is interested in engaging in settlement negotiations without the cost and expense of filing
6  a responsive pleading. GES' counsel is also in the process of applying to appear Pro Hac Vice and
7  acquire local counsel in this matter. This does not alter the date of any event, or any deadline
8  already scheduled by the Court, and this is the second extension provided by Plaintiff.

10  Date: July 31st, 2023.

Respectfully submitted,
/s Valerie A. Yanaros, Esq.
Valerie Yanaros, Esq.
Texas Bar No. 24075628
Applying to Appear Pro Hac Vice in
the Northern District Court of
California
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553
valerie@yanaroslaw.com

**ATTORNEY FOR DEFENDANT GES**

/s Frank R. Trechsel, Esq./
Scott Alan Burroughs, Esq.
Frank R. Trechsel, Esq.
DONIGER/BURROUGHS

**ATTORNEYS FOR PLAINTIFF**

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

By /s/ Valerie Yanaros
Valerie Yanaros
Attorney for Defendant,
Goode Enterprise Solutions, Inc.