# ROBINSON & HENRY, P.C.

———— Attorneys at Law ————

Denver Office • 7555 East Hampden Avenue, Suite 600, Denver, Colorado 80231

Timothy M. Murphy
tim@robinsonandhenry.com
*licensed in CO, NE, AZ*

May 28, 2021

*Via E-mail Only*
Alyssa Montalbano
legalzenacm@gmail.com

      Re: Elizabeth Lorie ─ 1:20-cv-00742-DDD-KLM

Dear Ms. Montalbano:

      As you know, our firm has been retained by and entered our appearance on behalf of Elizabeth Lorie regarding the above-captioned case. As an initial matter, thank you for not objecting to our request for an extension of time to file an Answer. Per your prior request, we are only sending this letter to you via e-mail rather than U.S. mail.

      Respectfully, please accept this letter as our formal demand you immediately rescind and dismiss all claims you have asserted against Ms. Lorie.

      Candidly, your claims and accusations against Ms. Lorie are patently baseless, frivolous, and without merit. To wit:

      Ms. Lorie never provided you with a "fake address" for her law firm. Additionally, Ms. Lorie never engaged in any "deceptive" trade practices with you at any point whatsoever. Your complaint against Ms. Lorie lodges farcical and wildly absurd accusations, such as "human trafficking [by way of] utilizing remote mind control technologies"; or that Ms. Lorie failed to follow any legal, procedural process. Furthermore, the idea that Ms. Lorie has violated the code of professional ethics in any way is ludicrous.

      Finally, bringing a RICO claim against Ms. Lorie for racketeering, conspiracy, and extortion is inane and, again, without any merit in fact or law. As such, you are hereby demanded to immediately dismiss all claims against Ms. Lorie in the above-captioned matter. Your refusal or failure to take any and all necessary action to dismiss your frivolous claims against Ms. Lorie before end of business on **Monday, June 7, 2021** will result in our filing of a responsive pleading which may include counterclaims, dispositive motions, and requests for attorney's fees to be paid by you.

**EXHIBIT 1 Page 1 of 2**



Re: Elizabeth Lorie
May 28, 2021
Page 2 of 2

We appreciate your immediate attention to this matter. Please direct any communications regarding Ms. Lorie to our office.

Very Truly Yours,

Timothy M. Murphy, Esq.

 For the Firm

cc:      Elizabeth Lorie, *via e-mail*

EXHIBIT 1 Page 2 of 2