IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KAS

JAMES COREY GOODE, and
GOODE ENTERPRISE SOLUTIONS, INC,

    Plaintiffs and Counter Defendants,

v.

GAIA, INC,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

    Defendants.

ALYSSA MONTALBANO,

    Defendant, Counter Claimant, and Third-Party Plaintiff,

v.

DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION,

    Third-Party Defendants.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Defendant Alyssa Montalbano's **Unopposed Motion for Extension of Time to Reply to "Plaintiff James Corey Goode and Goode Enterprise Solutions, Inc.'s Response to Montalbano's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6)"** [#369] and on Defendant Alyssa Montalbano's **Motion to Exceed Word Limit for Reply to Response [#368] to Motion to Dismiss [#352]** [#371] (collectively, the "Motions").

    IT IS HEREBY **ORDERED** that the Motions [#369, #371] are **GRANTED**. Defendant Alyssa Montabano's Reply [#371-1] in support of her Motion to Dismiss [#352], along with the attached exhibits [#371-2, #371-3, #371-4] are accepted as filed. The Clerk

of Court is **directed** to file the Reply [#371-1] and attached exhibits [#371-2, #371-3, #371-4] as a separate entry on the electronic docket.

Dated: August 11, 2023