# EXHIBIT 2




**EBAY**
AriStoneArtLLC
https://www.ebay.com/usr/aristoneartllc

**ZAZZLE**
https://www.zazzle.com/store/aristoneart

**YOUTUBE**

AriStoneArt
▶ / aristoneart

**VIDEO CLIPS**

DARPA 2045 Initiiative creates Virtual Avatar Overlords by linking humans to A.I. Control Grid - A SIMULATED REALITY
▶ • DARPA 2045 Initia...

CERN admits their real Mission THE STAIRWAY TO HEAVEN - RichieFromBoston
▶ • Video

Corey Goode on AI and Ascension – SBA Presents Ninety Degree Turns - SphereBeing Alliance
▶ • Corey Goode on AI...

Patent Pub #060606 Parallels Mark of the Beast, For Mining Digital Currency via Human Activity - Leak Project
▶ • Patent Pub #06060...

DNA Frequency Bioweapon Links Targeted Individuals to Artificial Intelligence Hive Mind Control Grid - A SIMULATED REALITY
▶ • DNA Frequency Bio...

A.I. Blockchain Digital DNA Mind Control through your Digital Twin in The Sentient World Simulation - A SIMULATED REALITY
▶ • A.I. Blockchain D...

Threats, Intimidation & New Age MADNESS – Warped Podcast #3 - Warped Podcast
▶ • Threats, Intimida...

▶ • A.I. Blockchain D...

Threats, Intimidation & New Age MADNESS – Warped Podcast #3 - Warped Podcast
▶ • Threats, Intimida...

The Cult Of Corey Goode (The Cosmic Con – Ep 2) - The Context
▶ • The Cult Of Corey...

AI: THE PLAN TO INVADE HUMANITY - The AI Organization
▶ • AI THE PLAN TO IN...

CIA Documents and Patents

Controlled Offensive Behavior - USSR
https://www.cia.gov/library/readingro...

"Method and system for altering consciousness"
https://patents.google.com/patent/US5...

Psychic Warfare Exploring the Mind Frontier
https://www.cia.gov/library/readingro...

CIA Project BLUEBIRD
https://www.cia.gov/library/readingro...

CIA Telepathic Behavior Modification
https://www.cia.gov/library/readingro...

Nervous system manipulation by electromagnetic fields from monitors
https://patents.google.com/patent/US6...

V2K "Subliminal acoustic manipulation of nervous systems"
https://patents.google.com/patent/US6...

CIA Russell Targ - Remote Viewing – Stargate Collection
https://www.cia.gov/library/readingro...

"CLASSIFIED DOCUMENTS on NANO DOMESTIC QUELL Kill Switch Program RE...."
RevMichelleHopkinsMann
▶ • CLASSIFIED DOCUME...

Chapters ⓘ                                View all