# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KAS

JAMES COREY GOODE, individually and,
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant,

v.

James Corey Goode, individually

Counter-Defendants,


David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION

Third-Party Defendants.

1

# ALYSSA MONTALBANO
# OPPOSED MOTION TO EXCEED WORD LIMIT FOR RESPONSE TO MOTION FOR SANCTIONS [#376]

Alyssa Chrystie Montalbano, files this Motion to Exceed Word Limit for her RESPONSE to Defendant Ms. Elizabeth Lorie's, "THIRD-PARTY DEFENDANT ELIZABETH LORIE'S RENEWED MOTION FOR SANCTIONS AGAINST ALYSSA MONTALBANO" [#376] for the following:

### I.  Conferral

Montalbano has conferred with Defendant Lorie via her counsel, Alicia Reinken, (via Joe Novak due to limited email access for Ms. Reinken), regarding this motion and they are Opposed to the relief requested herein.

### II.  Certification

Montalbano has file this motion three (3) business days before the Response filing due date (August 31, 2023), pursuant DDD Civ. P.S. III(A)(5).

### I.  Facts in Support of Granting this Motion

Montalbano requests a word limit increase of 1,350 words for the following:

2

The Motion for Sanctions [#376] is wholly improperly filed by Ms. Lorie and her counsel Ms. Reinken and the extra words are needed for the following:

1) There are approximately twelve (12) different and interrelated matters to cite in breach of F.R.C.P. 11 in conjunction with corresponding on-point case law.

2) Approximately 800 – 1,200 words are direct quotes from on-point cases or other papers that should not be reduced and show clearly how the Motion for Sanctions [#376] is barred in all Circuit Courts in America.

3) There are multiple false and misleading statements in the Motion for Sanctions that have to be specifically cited and the actual facts [re]pointed out.

4) Magistrate Judge Starnella is newly assigned to this complex case and is not familiar with Lorie and her Counsels' past conduct of making false statements in and out of Court and these matters have to be re-pointed out.

5) This instant case has over 370 Docket filings and there are multiple related cases and Montalbano has to cite some procedural background from related case 18CV50 [#27], Mesa District Civil Court, whereby Montalbano was semi-recently granted a Protection Order against Goode, and reasonably believes Lorie's improperly filed Motion for Sanctions is related to the granted Protection Order. [#161-3, 18CV50, Lorie attorney fees request]

The extra words will make it easy to adjudicate the Motion for Sanctions with minimal time requirements for the presiding Officers, as Montalbano has spent over 100 hours during the past two and a half weeks researching and writing the Response.

The proposed Response and Exhibits are attached hereto for consideration and admission.

**WHEREFORE,** Montalbano requests this Motion to Exceed Word Limit be Granted to increase the Response word limit from 4,000 words to 5,350 words to expedite the disposition of the untimely and noncomplying Motion for Sanctions [#376].

Dated this 28th day of August 2023.

Respectfully Submitted and All Rights Reserved,

*/s/ Alyssa Chrystie Montalbano*

Pro Se Litigant, Defendant, Counter-Claimant, Third-Party Plaintiff, Paralegal student

970.250.8365
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com

## CERTIFICATE OF SERVICE

I certify that on this 28th day of August 2023 a copy of the foregoing Motion to Exceed Word Limit and attached Proposed Response and Exhibits were filed with the clerk of the court using the CM/ECF system and is lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system. (FRCP Rule 5); and upon pro se litigants Mr. David Wilcock and WILCOCK FOUNDATION via USPS first class mail appointed agent CORPORATE CAPITAL INC., Mr. Brent Carlson, 7848 W. Sahara Ave, Las Vegas, NV 89117.

/s/ Alyssa Montalbano

Alyssa Montalbano, American Citizen