8/13/23, 8:27 PM                          Gmail - Re: Elizabeth Lorie  -  1:20-cv-00742-DDD-KLM

                                                            **Alyssa Montalbano <legalzenacm@gmail.com>**

---

## Re: Elizabeth Lorie  -  1:20-cv-00742-DDD-KLM
1 message

---

**Alyssa Montalbano** <legalzenacm@gmail.com>                    Fri, May 28, 2021 at 5:34 PM
To: Julie Vogel <julie@robinsonandhenry.com>
Cc: Tim Murphy <tim@robinsonandhenry.com>, Joe Novak <joe@robinsonandhenry.com>

Mr. Murphy,

 I am in receipt of your letter.

 Unfortunately, denial of claims against Ms. Lorie and statements by your firm with no evidence in support of those statements (such as Ms. Lorie not providing a fake law firm address, when my USPS records show it be fake, #121-1) and then threatening me with more legal drama, does not "move me" to release claims. Nor do statements that my claims are allegedly "baseless". Feel free to file "counterclaims",  I will address them at that time.

If you'd like to address the claims against Ms Lorie, on a point by point basis with me, rather than a blanket statement letter. I will look at the evidence you have to support her innocence and make decisions based on those facts regarding her role in the RICO frauds and schemes.

Respectfully, Alyssa Montalbano

mobile 970.250.8365

On Fri, May 28, 2021, 4:28 PM Julie Vogel <julie@robinsonandhenry.com> wrote:

> Good afternoon, Ms. Montalbano:
>
>
> Please find the attached letter from Mr. Murphy regarding the above-referenced case for your response. Please let me know if you have any questions or need anything else in this regard.
>
>
> Thank you,
>
> Julie
>
>
> --
>
> *Julie Vogel*
>
> Paralegal | Robinson & Henry, P.C.
>
> Main: (303) 688-0944 | Direct: (720) 931-2329
>
> Fax: (303) 284-2942
>
> Email: julie@robinsonandhenry.com

7555 East Hampden Avenue, Suite 600 | Denver, CO 80231

RobinsonAndHenry.com


**Customer Service Issue:**

Please email CustomerService@RobinsonAndHenry.com detailing the facts of your issue, we will respond within 24 hrs.


**Confidential:**
This transmission contains confidential and/or privileged information intended only for the use of the individual(s) named. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately at (303) 688-0944 so that we can arrange for the return of the documents to us at no cost to you.