| | |
|---|---|
| DISTRICT COURT, MESA COUNTY, COLORADO<br>Court Address:<br>MESA COUNTY JUSTICE CENTER, 125 NORTH SPRUCE STREET, GRAND JUNCTION, CO, 81501<br>**Plaintiff(s)** ALYSSA-CHRYSTIE MONTALBANO et al.<br>v.<br>**Defendant(s)** JAMES COREY GOODE | DATE FILED: May 4, 2023 |
| | ⚠ COURT USE ONLY ⚠<br>Case Number: 2018CV50<br>Division: 5    Courtroom: |
| **Order:Motion for Protective Order** | |

The motion/proposed order attached hereto: GRANTED.

As stated on the record in the May 4, 2023, hearing, this motion is GRANTED. Alpine Judgment Recovery ("AJR") shall use any personal or financial identifying information obtained from interrogatories completed by Ms. Montalbano (hereinafter the "protected information") only for the purpose of collecting the judgement from this matter. Except as is necessary for such purposes, AJR may not share the protected information with any third-party. AJR shall not share the protected information with James Goode without further order of the Court.

Issue Date: 5/4/2023

*/s/ JCLF*

JEREMY L CHAFFIN
District Court Judge

| | |
|---|---|
| **DISTRICT COURT, MESA COUNTY, COLORADO**<br>Court Address:<br>MESA COUNTY JUSTICE CENTER, 125 NORTH SPRUCE STREET, GRAND JUNCTION, CO, 81501<br>**Plaintiff(s)** ALYSSA-CHRYSTIE MONTALBANO et al.<br>v.<br>**Defendant(s)** JAMES COREY GOODE | DATE FILED: May 19, 2023<br><br>⚠ **COURT USE ONLY** ⚠<br>Case Number: 2018CV50<br>Division: 5    Courtroom: |
| **Order:AJR's Motion to Vacate and Reverse the Protection Order dated May 4, 2023** ||

The motion/proposed order attached hereto: DENIED.

AJR's request to vacate the protection order is DENIED. AJR is reminded of its obligations under the protection order as reiterated in a contemporaneous order. *See* Order:Motion for Enhanced Protection Order Ex Parte Interrogatory Filing, issued May 19, 2023.

Issue Date: 5/19/2023

*/s/ JCLC*

JEREMY L CHAFFIN
District Court Judge

Page1 of1

2305193082 1484 1-49-1016 17

| | |
|---|---|
| **DISTRICT COURT, MESA COUNTY, COLORADO**<br>Court Address:<br>MESA COUNTY JUSTICE CENTER, 125 NORTH SPRUCE STREET, GRAND JUNCTION, CO, 81501<br>**Plaintiff(s)** ALYSSA-CHRYSTIE MONTALBANO et al.<br>v.<br>**Defendant(s)** JAMES COREY GOODE | DATE FILED: May 19, 2023 |
| | ⚠ **COURT USE ONLY** ⚠<br>Case Number: 2018CV50<br>Division: 5    Courtroom: |
| **Order:Motion for Enhanced Protection Order Ex Parte Interrogatory Filing** | |

The motion/proposed order attached hereto: DENIED.

The Court's previously ordered protection order remains. The Court will not dictate the legal counsel AJR elects to utilize, nor will it preclude AJR from appropriately utilizing the information provided to lawfully collect on the judgment in this case.

The Court reiterates that AJR is prohibited from utilizing the protected information for any other purpose beyond pursuing collection of the judgment in this matter. AJR may not disclose the protected information to any other third-party, except as is necessary to pursue collection of the judgment in this matter. Additionally, AJR may not disclose any protected information to Mr. Goode without further order of the Court. Should AJR share protected information with any legal counsel they shall be informed of and are subject to the protective order in this case.

It is not entirely clear whether Ms. Montalbano has provided her responses to the interrogatories to AJR. If she has not yet done so, she is ordered to immediately produce copies to AJR.

Issue Date: 5/19/2023

*/s/ JCLF*

JEREMY L CHAFFIN
District Court Judge