IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-RBJ

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

    Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH

    Defendants.

## MOTION OF WITHDRAWAL AS ATTORNEY OF RECORD FOR DEFENDANT JAY WEIDNER

The undersigned attorney, Matthew R. Gardner, Esq. of Gardner Legal Services, LLC, attorney for Defendant Jay Weidner, provides this Motion of Withdrawal ("MOTION") as Attorney of Record, pursuant to D.C.COLO.L. Atty. R. 5, and affirms to the Court, the client and all other attorneys and parties of record:

1. Good cause exists for the withdrawal of Matthew R. Gardner because he is no longer a member of the firm Burnham Law Firm, P.C., and does not represent Defendant Jay Weidner in any capacity, and attorneys at the firm Burnham Law Firm, P.C., continue to represent Defendant Jay Weidner in this action.

2. Notice is hereby given to Defendant Jay Weidner that:

    a. He is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules.

3. The above notice is being served on Defendant Jay Weidner through his attorney of record in this matter, Samuel J. Scheurich, who continues as current representative of Defendant Jay Weidner in this matter.

4. Defendant Jay Weidner will continue to be represented by counsel who are already attorney of record for it in this matter.

WHEREFORE, Matthew R. Gardner, Esq. of Gardner Legal Services, LLC, respectfully requests this Court allow for his withdrawal as attorney of record for Defendant Jay Weidner.

Date: November 2, 2023

**GARDNER LEGAL SERVICES, LLC**
By:

*s/ Matthew R. Gardner (Duly Signed)*
Matthew R. Gardner, #55654
Gardner Legal Services, LLC
#1155
1601 29th Street, Suite 1292
Boulder, CO 80301
Phone: 303.800.3429
matthew@gardnerlegalservices.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on November 2, 2023, a true and correct copy of the foregoing document was filed with the Court via CM/ECF and served on the following:

Daniel Andrew Dingerson
Ina B. Scher
Davis & Gilbert, LLP
1740 Broadway
New York, NY 10019
212-237-1488
212-468-4888 (fax)
ddingerson@dglaw.com
*Attorneys for Gaia, Inc.*

James Lee Gray
Melissa Y. Lou
Holland & Hart LLP-Denver
555 17th Street
Suite 3200
Denver, CO 80202
303-295-8000
303-295-8261 (fax)
lgray@hollandhart.com
*Attorneys for Clif High*

Michael Jacob Laszlo
Laszlo & Associates, LLC-Boulder
2595 Canyon Boulevard
Suite 210
Boulder, CO 80302
303-926-0410
303-443-0758 (fax)
mlaszlo@laszlolaw.com
*Attorney for Benjamin Zavodnick*

Valerie Ann Yanaros
Yanaros Law PC
5057 Keller Springs
Suite 300
Addison, TX 76001
512-826-7553
valerie@yanaroslaw.com
*Attorney for Goode Enterprise Solutions, Inc.*

*and James Corey Goode*

Samuel J. Scheurich
The Burnham Law Firm, P.C.
2760 29th Street, Suite 1E
Boulder, CO 80301
303-990-5308
sam@burnhamlaw.com
*Attorney for Jay Weidner*

**GARDNER LEGAL SERVICES, LLC**
By:

*s/ Ashley Tasker (Duly Signed)*
Ashley Tasker, Paralegal

*In accordance with C.R.C.P. 121 §1-26 a printed or printable copy of this e-filed or e-served document, with original, electronic, or scanned signature(s), is available for inspection by authorized individuals or the Court upon request for such periods of time as applicable under law.*