IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-RBJ

JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC.

    Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH

    Defendants.

---

**PROPOSED ORDER RE: MOTION OF WITHDRAWAL AS ATTORNEY OF RECORD FOR DEFENDANT JAY WEIDNER**

---

THE COURT, having reviewed the *Motion of Withdrawal as Attorney of Records for Defendant Jay Weidner*, and being fully advised in the premises, hereby

ORDERS that *the Motion of Withdrawal as Attorney of Records for Defendant Jay Weidner* is GRANTED;

ORDERS that Matthew Gardner, Esq. of Gardner Legal Services, LLC is hereby withdrawn as counsel of record for Defendant Jay Weidner.

Dated this _____ day of _____, 2023.

                                                      BY THE COURT:

                                                      _____
                                                      District Court Judge