# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant, Third-Party Plaintiff,

v.

James Corey Goode, individually, and
GOODE ENTERPRISE SOLUTIONS INC.

Counter-Defendants,

David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND
EMPOWERMENT FOUNDATION

Third-Party Defendants.

1

# ALYSSA MONTALBANO
# MOTION TO STAY RECONSIDERATION OF TACC [#355]

COMES NOW, Alyssa Chrystie Montalbano, Counterclaimant, Third Party Plaintiff, and pending to be dismissed Defendant [#381 Recommendation], and files this Motion to Stay Reconsideration of the Third Amended Counterclaims Complaint (TACC) [#355] for the following:

1. A post-judgment, C.R.C.P. Rule 60(b) motion, has been filed in the related state court case 18CV50 [#27], Mesa District Civil Court, on January 4, 2024 **(Exhibit 1)**. The motion seeks relief from the judgment attorney fees ($116,600) for the crime of the Unauthorized Practice of Law (UPL) in Colorado by Goode's two out-of-state attorneys Valerie Ann Yanaros and Elizabeth Lorie. They practiced law in Colorado for over five years without a license from the Colorado Supreme Court. These same attorney fees are at issue in this federal action. Montalbano also requested an Independent Equitable Action in the state court and filed a proposed Equitable Action Complaint **(Exhibit 2)** with the motion.

2. The decisions reached in State Court may impact every pending TACC claim. In particular, they may impact dismissed[1] defendant Texas attorney Valerie Ann Yanaros and the judgment damages of $116,600 plus interest.

3. Upon State Court resolution, Florida attorney Elizabeth Lorie may also need to be reconsidered as a defendant in this case. The rulings may also impact decisions regarding Lorie's pending Motion to Impose Sanctions against Montalbano [#376].

---

[1] Ms. Yanaros has been dismissed [#346], but has been requested to be readmitted in the proposed TACC.

I.      Conferral

Montalbano has made efforts to confer with all parties in this case and/or their counsels regarding this motion.

The following parties have **No Position** on the motion or relief requested herein: Jay Weidner, Benjamin Zavodnick, GAIA INC., Jirka Rysavy, Brad Warkins, Kiersten Medvedich, James Corey Goode and GES.

The following parties are **marked as Opposed** due to being **unreachable** for conferral: David Wilcock and WILCOCK FOUNDATION.

II.     Relevant Procedural Background

June 25, 2018, Montalbano opened case 18CV50 in Mesa District Civil Court [#222-4, 18CV50 Register of Actions] against Mr. James Corey Goode. Montalbano sought injunctive relief from defamation and declaratory relief for Trade Secret Intellectual Property [#247-12 Original State Court Complaint]. These ongoing issues are in dispute in this federal case. Montalbano's defamation claim is pending to proceed against Goode [#345, Order adopting recommendation]. Her Trade Secret claim is pending reconsideration in the TACC [#355-1 at 64]. Case 18CV50 was dismissed in Goode's favor and Chief Judge Flynn awarded $116,600 in attorney fees [#325-2]. The SACC [#217] and TACC cite these same fees as damages.

This federal case has proceeded very slowly since April 26, 2021. On that date, then Magistrate Judge Mix, granted the Motion to Stay Discovery [#100, #182]. No decisions have been made regarding the TACC (filed March 17, 2023). The State Court's decisions may impact TACC claim facts [#355-1] and the pending to proceed SACC defamation claim facts [#217

(SACC), #345 Orders on SACC]. This entire instant case also remains stayed pending resolution of the remaining Motions to Dismiss plaintiff Goode and GES's complaint [#117 Zavodnick MTD; #128 GAIA defendants MTD; #129 Weidner MTD; #381 KAS Recommendation grant Montalbano MTD].

### Facts and Law in Support of Granting Stay of TACC Reconsideration

This federal case has been stayed since April 26, 2021.  A specific stay of the TACC's reconsideration will not prejudice this case or parties. The State Court's decisions regarding the Unauthorized Practice of Law by Texas attorney Yanaros and Florida attorney Lorie will likely impact the TACC claim facts and the pending to proceed SACC defamation claim facts.

The following five factors are considered when deciding on a stay. *See* granted Motion to Stay, #100 at 4 (describing the five stay factors). The five factors weigh in favor of the requested stay of TACC reconsideration:

1. Montalbano is the Plaintiff of the TACC. She will not be prejudiced by a specific stay of reconsideration of the TACC. It is in Montalbano's interest for reconsideration to be stayed pending resolution of the related state court matters, as the decisions will likely directly impact the TACC claims.

2. The defendants will not be burdened by the stay as this entire federal case is already stayed and discovery has not been entered.

3. It is in this Federal Court's interest to wait until after the State Court reaches decisions regarding the criminal Unauthorized Practice of Law offenses, as the UPL offenses originated in the State Court and are being addressed therein under UPL laws. The State Court's UPL determinations may impact decisions regarding the

4

pending TACC. In particular, regarding dismissed defendants Yanaros and Lorie. Claims may need to be amended to reflect the State Court's rulings.

4. Non-parties will not be burdened by the specific TACC stay. The stay allows for better determination of what claims and defendants should be properly readmitted.

5. The public will not be prejudiced by the specific TACC stay. Their only interest is in the efficient and just resolution of this case.

"*Younger* requires federal courts to refrain from ruling when it could interfere with ongoing state proceedings." *Columbian Fin. Corp. v. Stork*, 811 F.3d 390, 393 (10th Cir. 2016). Rulings made regarding the TACC [and Sanction Motion] could interfere with the ongoing state court UPL proceedings. All factors weigh in favor of the requested stay.

**WHEREFORE**, Montalbano respectfully requests this Motion be granted and that this Court stay reconsideration of the TACC [#355] pending resolution of Montalbano's state court post-judgment motion and proposed independent equitable action complaint.

Respectfully Submitted and All Rights Reserved,

*/s/ Alyssa Chrystie Montalbano*

Pro Se Litigant, Defendant, Counterclaimant, Third-party Plaintiff, Paralegal student

970.250.8365
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com

5

**Certificate of Compliance**

I certify the foregoing Motion complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

I certify that on this 9th day of January 2024 a copy of the foregoing Motion to Stay and attached Exhibits were filed with the clerk of the court using the CM/ECF system and are lawfully served upon relevant parties counsels and upon appeared Defendants, through the Case Management/Electronic Case Filed (CM/ECF) court filing system (FRCP Rule 5); and upon pro se litigants Mr. David Wilcock and WILCOCK FOUNDATION via USPS first class mail upon appointed agent CORPORATE CAPITAL INC., Mr. Brent Carlson, 7848 W. Sahara Ave, Las Vegas, NV 89117.

/s/ Alyssa Montalbano

Alyssa Montalbano, Pro Se Litigant, Paralegal Student