# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually
And GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
CLIF HIGH,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH

Defendants.

----

Alyssa Chrystie Montalbano, Individually

Counter-Claimant

v.

James Corey Goode, individually

**DEFENDANT, COUNTERCLAIMANT, ALYSSA MONTALBANO
MOTION TO STAY FEES AND COSTS**

COMES NOW, Alyssa Chrystie Montalbano, Defendant and Counterclaimant, and respectfully moves this Court to stay the determination of [attorney] fees and costs against plaintiffs', James Corey Goode and GOODE ENTERPRISE SOLUTIONS, INC., ("GES"), pursuant Fed.R.Civ.P. Rule 54, for the following:

1. This primary RICO case was initiated by Plaintiffs', Goode and GES, March 17, 2020. They summoned Montalbano as a Defendant, May 12, 2020 [#14].

2. All of Goode's claims against defendant Montalbano were recommended to be dismissed with prejudice by Magistrate Judge Starnella on November 1, 2023 [#381]. The recommendation was adopted by Judge Daniel Domenico, March 29, 2024 [#384]. All of Goode and GES's claims against Montalbano were dismissed with prejudice.

3. Montalbano's defamation counterclaim [#217] is pending to proceed against Goode.

4. Under F.R.C.P. 54(b), a judgment has not been entered regarding the plaintiffs' claims stating "no reason for delay." This instant case is not fully concluded.

5. Montalbano cannot determine full litigation fees, attorney fees, costs, or damages, until full conclusion of this case and specific to Montalbano's counterclaim/s.

6. It is common practice to permit fees, costs, and damages to be fully assessed at the conclusion of a case.

WHEREFORE, Montalbano respectfully requests that all fees, costs, restitution, statutory and other damages, associated with plaintiff Goode's dismissed claims, be determined together at the conclusion of this case with Montalbano's counterclaim/s.

Dated this 8th day of April 2024.

Respectfully Submitted and All Rights Reserved,

*/s/ Alyssa Chrystie Montalbano*

Pro Se Litigant, Defendant, Counter-Claimant, Third-Party Plaintiff, Paralegal student

970.250.8365
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com

**Certificate of Compliance**

I certify the foregoing Motion complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

### CERTIFICATE OF SERVICE

I certify that on this 8th day of April 2024 a copy of the foregoing Motion was filed with the clerk of the court using the CM/ECF system and are lawfully served upon Plaintiff's Counsel and appeared Defendants through the Case Management/Electronic Case Filed (CM/ECF) court filing system (FRCP Rule 5), and a copy delivered via USPS mail upon Mr. David Wilcock and THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION via appointed agent, Mr. Tim Harris, located at 7848 W Sahara Ave, Las Vegas, NV 89117.

**/s/ Alyssa Montalbano**

Alyssa Montalbano, Pro Se Litigant, Paralegal Student