IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KAS

JAMES COREY GOODE, and
GOODE ENTERPRISE SOLUTIONS, INC,

    Plaintiffs and Counter Defendants,

v.

GAIA, INC,

    Defendant and Counter Claimant,

and

JAY WEIDNER, and
ALYSSA MONTALBANO,

    Counter Claimants.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court sua sponte. On April 26, 2021, the Court imposed a stay pending adjudication of the current and potentially forthcoming dispositive motions in the case. *Order* [#182]. On March 31, 2024, the District Judge issued an Order [#390] resolving all remaining dispositive motions. Accordingly,

    IT IS HEREBY **ORDERED** that the stay imposed on April 26, 2021, is **LIFTED**. *See Order* [#182]. Given that a Scheduling Conference has not yet been held in this case, the Court will set one by separate order.

    Dated: April 9, 2024

- 1 -