# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-742-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
CLIF HIGH,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

Defendants.

-----------------

ALYSSA CHRYSTIE MONTALBANO, individually,

Counter-Claimant,

v.

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION
VALERIE YANAROS WILDE,
ELIZABETH LORIE,
BRIAN JAMES FLYNN,
WILLIAM CAMPBELL,
MATTHEW GROVE,

DIANA TERRY, and
CHRISTINA GOMEZ,

Third-Party Defendants.

---

**STIPULATION FOR DEFENDANT GAIA, INC. TO FILE AMENDED ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT AND PLAINTIFFS' TO FILE RESPONSE TO COUNTERCLAIMS**

---

WHEREAS, on March 31, 3024, the Court granted, in part, the Motion to Dismiss filed by Defendant Gaia Inc. ("Gaia"), with the exception of Plaintiffs' breach of contract claim "to the extent it alleges breach of the Performance Bonus and licensing royalty provisions of the written contracts" (Dkt. 390);

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), "if the court denies [a motion to dismiss], the responsive pleading must be served within 14 days after notice of the court's action";

WHEREAS, 14 days after notice of the Court's Order would make Gaia's responsive pleading to Plaintiffs' remaining breach of contract claim due by Sunday, April 14, 2024;

WHEREAS, pursuant to Federal Rule of Civil Procedure 6(a)(1)(C), "if the last day [in the period to file when stated in days] is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday", Gaia's responsive pleading to Plaintiffs' remaining breach of contract claim is due by Monday, April 15, 2024;

WHEREAS, in order to comply with Colorado Revised Statute 13-80-109 concerning certain counterclaims it sought to assert against Plaintiffs, and despite the pendency of Gaia's motion to dismiss, Gaia filed a Joint Motion for Leave to File Counterclaims in Compliance with Colorado Revised Statute § 13-80-109 (Dkt. 157);

WHEREAS the Court entered an Order on May 6, 2021 granting the Motion for Leave to File Counterclaims (Dkt. 191);

WHEREAS, Gaia thereafter filed an answer asserting various counterclaims on May 10, 2023 (Dkt. 193);

WHEREAS, given the pendency of Gaia's Motion to Dismiss, Gaia denied all of Plaintiffs' allegations at that time;

WHEREAS, in light of the Court's March 31, 2024, Order, Gaia seeks to amend its answer to respond to Plaintiffs' allegations concerning the remaining breach of contract claim and assert defenses to those claims, as well as re-assert its counterclaims;

WHEREAS, pursuant to the Federal Rule of Civil Procedure 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave";

WHEREAS, counsel for Plaintiffs hereby provides written consent for Gaia to file an amended pleading;

WHEREAS, the Court furthered ordered on May 6, 2021, that "Plaintiffs must serve their answer or otherwise respond to any such counterclaims by Defendant Gaia, Inc. within twenty-one days of the Court's ruling on [Dkt. No.] 128 Motion to Dismiss";

WHEREAS, pursuant to the Court's Order on May 6, 2021, Plaintiffs must respond to Gaia's counterclaims by Monday, April 22, 2024;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), "any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later";

3

WHEREAS, the later of the time to respond to the original pleading or 14 days after the amended pleading would be April 29, 2024 (if Gaia files its amended pleading on April 15, 2024);

WHEREAS, pursuant to District Court of Colorado Local Civil Rule 6.1 "[t]he parties may stipulate in writing to one extension of not more than 21 days beyond the time limits prescribed by the Federal Rules of Civil Procedure to respond to a pleading or amended pleading" and where such stipulation "shall be effective on filing, unless otherwise ordered"; and,

WHEREAS, the stipulated dates herein for Gaia to file an amended answer and for Plaintiffs to respond to the counterclaims do not impact the date of the Scheduling and Planning Conference set by the Court's April 9, 2024 Order (Dkt. 394);

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant Gaia, Inc., through their respective undersigned counsel, that (1) Gaia may file an amended answer to the Second Amended Complaint by April 15, 2024; and, (2) Plaintiffs' time to respond to the counterclaims in the amended answer is extended to May 6, 2024 (i.e., 21 days after April 15, 2024, and an extension of less than 21 days beyond the time limits prescribed by the Federal Rules of Civil Procedure).

Dated: April 10, 2024          **YANAROS LAW, P.C.**
Dallas, Texas

　/s/ *Valerie Yanaros*
　 Valerie Yanaros, Esq.
　 8300 Douglas Avenue Suite 800
　 Dallas, Texas 75225
　 Telephone: (512) 826-7553
　 Email: valerie@yanaroslaw.com

*Attorneys for Plaintiffs James Corey Goode and Goode Enterprise Solutions, Inc.*

Dated: April 10, 2024          **DAVIS+GILBERT LLP**
New York, New York

　/s/ *Daniel A. Dingerson*
　 Daniel A. Dingerson
　 1675 Broadway
　 New York, New York 10019
　 Telephone: (212) 468-4800
　 Facsimile: (212) 468-4888
　 Email: ddingerson@dglaw.com

*Attorneys for Defendant Gaia, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on April 10, 2024, I caused a copy of the foregoing Stipulation for Defendant Gaia, Inc. to File Amended Answer to Plaintiffs' Second Amended Complaint and Plaintiffs' to File Response to Counterclaims to be served on all other parties by filing it on the Court's ECF system.  I further certify that in compliance with D.C.COLO.LCivR 6.1(c), I have also served the foregoing on this firm's client, Gaia, Inc.

               /s/ Daniel A. Dingerson
               Daniel A. Dingerson