**GOODE ET AL v ZAVODNICK, BENJAMIN**

| Date | Attorney | Task | Time | Rate | Amount |
|---|---|---|---|---|---|
| 6/6/2020 | MJL | Review complaint; westlaw research re: jurisdiction / RICO | 1.4 | $350 | $490.00 |
| 6/9/2020 | MJL | Services in connection with drafting MTD; call with Benjamin | 3.7 | $350 | $1,295.00 |
| 6/10/2020 | MJL | Revisions / edits to MTD | 1.7 | $350 | $595.00 |
| 7/21/2020 | MJL | Review Amended Complaint (.6), exhibits; email with Benjamin (.1) | 0.7 | $350 | $245.00 |
| 8/3/2020 | MJL | Further drafting of motion to dismiss; editing to 4,000 words per judge Dominico's rules; research re recent case law w/ respect to youtube and personal jurisdiction; send to Benjamin for review | 4.2 | $350 | $1,470.00 |
| 8/14/2020 | MJL | Call with Benjamin re: MTD and case status. N/CReview of Plaintiff MTN for extension of time | 0.3 | $350 | $105.00 |
| 8/14/2020 | MJL | Review email from Atty Yanaros; respond; email to Benjamin. | 0.3 | $350 | $105.00 |
| 8/26/2020 | MJL | Review Response to MTD; exhibits (.6); email to BenjaminCall with Benjamin (.4) | 1 | $350 | $350.00 |
| 9/8/2020 | MJL | Draft reply in support of MTD; finalize. | 5.2 | $350 | $1,820.00 |
| 9/9/2020 | MJL | Draft reply in support of MTD; research / analysis of cases refuting Plaintiffs' arguments; review of second amended complaint in connection with Plaintiff's Response. | 5.6 | $350 | $1,960.00 |
| 9/10/2020 | MJL | Draft response to motion to file second complaint (4.2)Review emails and court orders (.1) | 4.3 | $350 | $1,505.00 |
| 12/21/2020 | MJL | Drafting motion to dismiss second amended complaint; legal research; draft updated declaration. | 11.3 | $350 | $3,955.00 |
| 1/13/2021 | MJL | Review Plaintiff's Response to MTD | 1.2 | $350 | $420.00 |
| 1/25/2021 | MJL | Services in connection with drafting and researching reply brief in support of MTD. | 8.6 | $350 | $3,010.00 |
| 2/1/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 2/1/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 2/2/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 2/2/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 2/2/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 2/2/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---:|---|---|---:|---:|---:|
| 2/2/2021 | MJL | Review email and attachment from Yanaros | 0.1 | $350 | $35.00 |
| 2/3/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 2/4/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 2/4/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 2/10/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 2/10/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 2/10/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 2/10/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 2/23/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 2/23/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 2/23/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 2/23/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 2/25/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 2/27/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 3/3/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 3/8/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 3/9/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 3/9/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 3/12/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 3/13/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 3/15/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 3/15/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 3/15/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 3/15/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 3/18/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 3/19/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 3/22/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 3/26/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 3/29/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 3/30/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 4/5/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 4/5/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 4/6/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---:|---|---|---:|---:|---:|
| 4/7/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 4/8/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 4/10/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 4/16/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 4/26/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 4/26/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 4/26/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 4/26/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 4/27/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 4/28/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 4/29/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 4/29/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 4/29/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 4/29/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 5/6/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 5/10/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 5/10/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 5/10/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 5/12/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 5/15/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 5/20/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 5/21/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 5/24/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 5/24/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 5/25/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 5/28/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 5/29/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 5/29/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 5/31/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 6/1/2021 | MJL | Review email and attachment from Montalbano | 0.1 | $350 | $35.00 |
| 6/2/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 6/3/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 6/4/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---:|---|---|---:|---:|---:|
| 6/8/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 6/8/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 6/10/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 6/14/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 6/14/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 6/15/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 6/18/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 6/18/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 6/19/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 6/21/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 6/21/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 6/23/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 6/25/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 6/29/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 7/1/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 7/2/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 7/2/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 7/2/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 7/7/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 7/7/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 7/12/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 7/13/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 7/14/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 7/15/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 7/16/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 7/16/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 7/16/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 7/21/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 7/21/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 7/26/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 7/27/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 7/27/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 7/27/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---:|---|---|---:|---:|---:|
| 7/28/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 8/2/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 8/2/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 8/4/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 8/5/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 8/10/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 8/11/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 8/12/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 8/12/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 8/19/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 8/25/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 8/27/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 9/8/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 10/14/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 10/14/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 10/14/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 10/22/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 10/29/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 12/10/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 12/13/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 12/17/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 12/20/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 12/22/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 12/28/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 12/30/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 12/31/2021 | MJL | Receive / Review Docket Entry | 0.1 | $350 | $35.00 |
| 1/4/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 1/4/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 1/11/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 1/16/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 2/14/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 2/17/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 2/17/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/18/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 2/22/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 2/22/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 2/22/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 2/23/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 2/23/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 2/28/2022 | MJL | Receive / Review Docket Entry; review pleadings and reasoning of Judge Mix re: 12(b)(2) dismissal | 2 | $375 | $750.00 |
| 3/7/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 3/8/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 3/8/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 3/8/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 3/17/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 3/20/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 3/23/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 4/5/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 4/5/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 4/8/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 4/12/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 4/12/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 4/12/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 4/13/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 4/13/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 4/25/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 4/29/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 4/29/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 4/29/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 5/3/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 5/3/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 5/5/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 5/20/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 5/20/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 6/6/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---:|---|---|---:|---:|---:|
| 6/7/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 6/9/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 6/10/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 6/10/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 6/15/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 6/23/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 6/26/2022 | MJL | Review email and attachment from Montalbano | 0.1 | $375 | $37.50 |
| 6/30/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 7/5/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 7/8/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 12-Jul | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 7/15/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 8/3/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 8/5/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 8/5/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 8/5/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 8/17/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 8/19/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 8/26/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 8/26/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 8/30/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 9/1/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 9/5/2022 | MJL | Review email and attachment from Montalbano | 0.1 | $375 | $37.50 |
| 9/12/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 9/29/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 10/13/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 11/2/2022 | MJL | Review email and attachment from Montalbano | 0.1 | $375 | $37.50 |
| 11/8/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 11/14/2022 | MJL | Email correspondence with Plaintiff's Counsel and Court's Chambers | 0.2 | $375 | $75.00 |
| 11/23/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 12/6/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 12/7/2022 | MJL | Review email and attachments from Montalbano re amended complaint | 0.2 | $375 | $75.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---:|---|---|---:|---:|---:|
| 12/9/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 12/18/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 12/21/2022 | MJL | Receive / Review Docket Entry | 0.1 | $375 | $37.50 |
| 1/8/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 1/21/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 2/13/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 2/13/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 2/16/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 2/17/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 2/17/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 2/17/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 2/17/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 2/17/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 2/22/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 3/3/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 3/9/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 3/9/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 3/14/2023 | MJL | Review email and Attachments from Montalbano Re Rule 59/60 Motion | 0.2 | $425 | $85.00 |
| 3/17/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 3/17/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 3/17/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 3/17/2023 | MJL | Review email and Attachments from Montalbano Re Rule 15/59/60 Motion | 0.2 | $425 | $85.00 |
| 3/21/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 3/23/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 4/6/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 4/7/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 4/8/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 4/13/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 4/16/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 4/21/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 4/21/2023 | MJL | Review email and Attachments from Montalbano | 0.2 | $425 | $85.00 |
| 4/28/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |

| Date | Atty | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/6/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 6/7/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 6/28/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 7/3/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 7/12/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 7/15/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 7/24/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 7/27/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 8/5/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 8/7/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 8/10/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 8/11/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 8/11/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 8/28/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 9/7/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 11/1/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 11/2/2023 | MJL | Receive / Review Docket Entry | 0.1 | $425 | $42.50 |
| 1/9/2024 | MJL | Receive / Review Docket Entry | 0.1 | $465 | $46.50 |
| 3/29/2024 | MJL | Receive / Review Docket Entry | 0.1 | $465 | $46.50 |
| 3/29/2024 | MJL | Receive / Review Docket Entry | 0.1 | $465 | $46.50 |
| 3/29/2024 | MJL | Review court order granting MTD; email Benjamin | 0.4 | $465 | $186.00 |
| 3/30/2024 | MJL | Email to Plaintiff's counsel re: attorney fee conferral | 0.1 | $465 | $46.50 |
| 3/30/2024 | MJL | Draft motion for atty fees; legal research on law of application of Colorado statute to recovery of atty fees in federal court | 2 | $465 | $930.00 |
| 4/3/2024 | MJL | Email to Plaintiff's counsel re: fees motion conferral | 0.1 | $465 | $46.50 |
| 4/5/2024 | MJL | Call to Plaintiff's counsel re: fees motion conferral | 0.1 | $465 | $46.50 |
| 4/8/2024 | MJL | Receive / Review Docket Entry | 0.1 | $465 | $46.50 |
| 4/8/2024 | MJL | Receive / Review Docket Entry | 0.1 | $465 | $46.50 |
| 4/8/2024 | MJL | Email to Plaintiff's counsel re: fees motion conferral | 0.1 | $465 | $46.50 |
| 4/9/2024 | MJL | Review email from Atty Yanaro re Conferral and discussion on settlement (.1); Call w/ Benjamin (.2) | 0.3 | $465 | $139.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/12/2024 | MJL | Drafting motion for fees; legal research and analyis of USDC Colo case law re: hourly rates and reasonabless; drafting declaration | 2.6 | $465 | $1,209.00 |
| | | Subtotal: | 83.2 | | $30,438.00 |
| 6/8/2020 | VLV | Review of Complaint, Exhibits, Law and notes for Motion to Dismiss | 1.5 | $325 | $487.50 |
| 6/8/2020 | VLV | Drafting Motion to Dismiss | 3 | $325 | $975.00 |
| 6/9/2020 | VLV | Drafting Motion to Dismiss | 3.5 | $325 | $1,137.50 |
| 6/10/2020 | VLV | Revising Motion to Dismiss | 1.2 | $325 | $390.00 |
| 7/23/2020 | VLV | Review of Amended Complaint, and Drafting revisions to Motion to Dismiss, | 2.2 | $325 | $715.00 |
| 7/24/2020 | VLV | Revisions to Motion to Dismiss - RICO claims and no future amendments section | 2.2 | $325 | $715.00 |
| 8/3/2020 | VLV | Review draft Motion to Dismiss | 0.6 | $325 | $195.00 |
| 4/9/2024 | VLV | Drafting Motion for Attorney Fees | 2.5 | $385 | $962.50 |
| 4/9/2024 | VLV | Review Order of Dismissal | 0.2 | $385 | $77.00 |
| 4/10/2024 | VLV | Revisions to Motion for Attny Fees | 0.7 | $385 | $269.50 |
| 4/12/2024 | VLV | Drafting Declaration for VV and TL | 0.5 | $385 | $192.50 |
| | | Subtotal: | 18.1 | | $6,116.50 |
| 9/10/2020 | TEL | Services in connection with Zavodnick Response to Plaintiffs' further Motion to Amend Complaint. | 1 | $395 | $395.00 |
| | | Subtotal: | 1 | | $395.00 |

**Expenses**

| Date | | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Jun-20 | Exp | Westlaw | 1 | $95 | $95.00 |
| 20-Sep | Exp | Westlaw | 1 | $150 | $150.00 |
| Dec-20 | Exp | Westlaw | 1 | $150 | $150.00 |
| 21-Jan | Exp | Westlaw | 1 | $250 | $250.00 |
| Mar-24 | Exp | Westlaw | 1 | $250 | $250.00 |
| Apr-24 | Exp | Westlaw | 1 | $250 | $250.00 |
| | | | | Subtotal: | $1,145.00 |
| | | TOTAL: | 102.3 | | $38,094.50 |