# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KAS

JAMES COREY GOODE; and
GOODE ENTERPRISE SOLUTIONS, INC.,

      Plaintiffs and Counter Defendants,

v.

BENJAMIN ZAVODNICK;
JIRKA RYSAVY;
BRAD WARKINS; and
KIERSTEN MEDVEDICH,

      Defendants,

GAIA, INC.; and
JAY WEIDNER,

      Defendants and Counter Claimants, and

ALYSSA MONTALBANO,

      Defendant, Counter Claimant, and Third-Party Plaintiff,

v.

DAVID WILCOCK; and
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT
FOUNDATION,

      Third-Party Defendants.

## DECLARATION OF THEODORE E. LASZLO, JR.

I, Theodore E. Laszlo, Jr, pursuant to 28 U.S. Code § 1746 declare as follows:

      1.      I am over 18 years of age, and I have personal knowledge of the matters stated in this Declaration.

      2.      I am the Founding Partner at LaszloLaw and am authorized to make the

statements and representations herein.

3.      I have been practicing law since 1980.

4.      I am licensed to practice law in Colorado, Ohio, and Washington. I am also admitted in several federal district courts and courts of appeals including the Tenth Circuit Court of Appeals.

5.      I have participated in multiple court and jury trials in my career.

6.      In June 2020, Mr. Zavodnick engaged LaszloLaw to represent him in this matter.

7.      In connection with my work on this case, my hourly rate at the time services commenced in 2020 was $395.00 per hour.  My current hourly rate is $510.00 per hour, both of which are reasonable in the community and commensurate with the rates of attorneys with like skill and experience.

8.      The fees associated with the services I provided total $197.50.  This figure represents 0.5 hours of attorney time.

9.      Michael J. Laszlo's hourly rate at the time services commenced in 2020 was $350.00 per hour.  His current hourly rate is $465.00.  These rates are also reasonable in the community and commensurate with the rates of attorneys with like skill and experience.

10.     No time spent was wasted, inappropriate or unnecessary.  The fees charged by the attorneys at LaszloLaw are reasonable and commensurate with attorneys with like skill and experience.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 12, 2024, in Boulder, Colorado

Theodore E Laszlo, Jr.