IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KAS

JAMES COREY GOODE; and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiffs and Counter Defendants,

v.

BENJAMIN ZAVODNICK;
JIRKA RYSAVY;
BRAD WARKINS; and
KIERSTEN MEDVEDICH,

    Defendants,

GAIA, INC.; and
JAY WEIDNER,

    Defendants and Counter Claimants, and

ALYSSA MONTALBANO,

    Defendant, Counter Claimant, and Third-Party Plaintiff,

v.

DAVID WILCOCK; and
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION,

    Third-Party Defendants.

## DECLARATION OF VERONICA L. VECCHIO

I, Veronica L. Vecchio, pursuant to 28 U.S. Code § 1746 declare as follows:

    1.    I am over 18 years of age, and I have personal knowledge of the matters stated in this Declaration.

    2.    I am an Associate at LaszloLaw and am authorized to make the statements and

representations herein.

3. I have been practicing law since 2004.

4. I am licensed to practice law in the states of Colorado and Illinois. I am also admitted in the United States District Court for the Northern District of Illinois and the United States District Court for the District of Colorado.

5. I have participated in multiple court and jury trials in my career.

6. In connection with my work on this case, my hourly rate at the time services commenced in 2020 was $325.00 per hour. My current hourly rate is $385.00 per hour, both of which are reasonable in the community and commensurate with the rates of attorneys with like skill and experience.

7. The fees associated with the services I provided total $6,116.50. This figure represents 18.1 hours of attorney time.

8. The figures set forth above were determined by reviewing pertinent time keeping and billing records maintained by LaszloLaw as a matter of course. A copy of these records is attached to Benjamin Zavodnick's Motion for Attorney Fees Pursuant to C.R.S. § 13-17-201 as Exhibit B. The billing records reflect the work performed and the party responsible for the work performed in chorological order.

9. Michael J. Laszlo's rate at the commencement of the case, in 2020, was $350.00 per hour. His current hourly rate is $465.00. Both rates charged by Michael J. Laszlo are reasonable in the community and commensurate with the rates of attorneys with like skill and experience.

10. No time spent was wasted, inappropriate or unnecessary. The fees charged by LaszloLaw are reasonable and commensurate with attorneys with like skill and experience.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 12, 2024, in Boulder, Colorado.

Veronica L. Vecchio

_____