IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-RBJ

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                                        Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH

                                        Defendants.

---

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JAY WEIDNER'S COUNTERCLAIMS PURUSUANT TO F.R.C.P. 41(a)

---

Jay Weidner, by and through his undersigned counsel, Samuel J. Scheurich of The Burnham Law Firm, P.C. hereby submits this *Notice of Voluntary Dismissal of Defendant Jay Weidner's Counterclaims Pursuant to F.R.C.P. 41(a)* and notifies the Court as follows:

1. On March 31, 2024, the Court granted Jay Weidner's Motion to Dismiss [129]. *See* [390].

2. Therefore, no claims remained against Jay Weidner, and only his Counterclaims remain in this matter [210], filed on June 8, 2021.

3. Pursuant to F.R.C.P. 41, Jay Weidner hereby voluntarily dismisses those claims. *See* F.R.C.P. 41(a)(i).

Date: April 12, 2024

                                        Respectfully submitted,

                                        */s/ Samuel J. Scheurich, Esq.*
                                        Samuel J. Scheurich, Esq.

Colorado Bar Number 46270
The Burnham Law Firm, P.C.
12737 E. Euclid Drive
Centennial, CO 80111
303-990-5308
sam@burnhamlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 12, 2024, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/EDF system which will send notification of such filing to the following e-mail addresses:

Daniel Andrew Dingerson
Ina B. Scher
Davis & Gilbert, LLP
1740 Broadway
New York, NY 10019
212-237-1488
212-468-4888 (fax)
ddingerson@dglaw.com
*Attorneys for Gaia, Inc.*

James Lee Gray
Melissa Y. Lou
Holland & Hart LLP-Denver
555 17th Street
Suite 3200
Denver, CO 80202
303-295-8000
303-295-8261 (fax)
lgray@hollandhart.com
*Attorneys for Clif High*

Michael Jacob Laszlo
Laszlo & Associates, LLC-Boulder
2595 Canyon Boulevard
Suite 210
Boulder, CO 80302
303-926-0410
303-443-0758 (fax)
mlaszlo@laszlolaw.com
*Attorney for Benjamin Zavodnick*

Valerie Ann Yanaros
Yanaros Law PC
5057 Keller Springs
Suite 300
Addison, TX 76001
512-826-7553
valerie@yanaroslaw.com
*Attorney for Goode Enterprise Solutions, Inc.*
*and James Corey Goode*

                                                              */s/ Jennifer N. Bacani*

Jennifer N. Bacani, Paralegal
The Burnham Law Firm, P.C.