# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-742-DDD-KAS

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
CLIF HIGH,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

Defendants.

-----------------

ALYSSA CHRYSTIE MONTALBANO, individually,

Counter-Claimant,

v.

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Counter-Defendants,

LIGHT WARRIOR LEGAL FUND, LLC;
DAVID WILCOCK,
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION
VALERIE YANAROS WILDE,
ELIZABETH LORIE,
BRIAN JAMES FLYNN,
WILLIAM CAMPBELL,
MATTHEW GROVE,

DIANA TERRY, and
CHRISTINA GOMEZ,

Third-Party Defendants.

**NOTICE OF FILING OF DEFENDANT GAIA, INC.'S FIRST AMENDED ANSWER AND COUNTERCLAIMS TO THE SECONDED AMENDED COMPLAINT OF PLAINTIFFS' JAMES COREY GOODE AND GOODE ENTERPRISE SOLUTIONS, INC.**

Pursuant to D.C.COLO.LCivR 15.1(a), Defendant Gaia, Inc. ("Gaia") hereby provides notice of filing ("Notice") of its First Amended Answer ("Amended Answer") to the Second Amended Complaint of Plaintiffs James Corey Goode and Goode Enterprise Solutions, Inc.

As further required by D.C.COLO.LCivR 15.1(a), Gaia is also filing as Exhibit 1 to this Notice, a copy of the Amended Answer which strikes through the text that has been deleted from the original Answer (Dkt. 193), and underlines the text that has been added to the Amended Answer.

Dated: April 15, 2024
       New York, New York

**DAVIS+GILBERT LLP**

/s/ *Daniel A. Dingerson*
Daniel A. Dingerson
1675 Broadway
New York, New York 10019
Telephone: (212) 468-4800
Facsimile: (212) 468-4888
Email: ddingerson@dglaw.com

*Attorneys for Defendant Gaia, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, I caused a copy of the foregoing Notice of Filing of Defendant Gaia Inc.'s Amended Answer to the Second Amended Complaint of Plaintiffs James Corey Goode and Goode Enterprise Solutions, Inc. to be served on all other parties by filing it on the Court's ECF system.

    /s/ Daniel A. Dingerson
    Daniel A. Dingerson