IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-RBJ

JAMES COREY GOODE, individually,
and GOODE ENTERPRISE
SOLUTIONS INC.

                              Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF
HIGH, BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH

                              Defendants.

_____

**MOTION FOR WITHDRAWAL AS ATTORNEY OF RECORD FOR DEFENDANT JAY WEIDNER**
_____

The undersigned attorney, Samuel J. Scheurich of The Burnham Law Firm, P.C., attorney for Defendant, Jay Weidner, hereby submits this Motion for Withdrawal ("Motion") as Attorney of Record for Defendant, pursuant to D.C.COLO.LAttyR 5(b). Good cause exists for this Motion, based on the following reasons:

1. Mr. Weidner is no longer a party to this matter as the claims against him have been dismissed and he has withdrawn his counterclaims.

2. Mr. Weidner has no further Court rules to comply with or time limitations to adhere to, and has been advised of the same.

3. Mr. Weidner has been advised of this Motion by his attorneys and consents to

it.  He will no longer require representation in this matter.

WHEREFORE, based on the good cause set forth above, Samuel J. Scheurich of The Burnham Law Firm, P.C. respectfully requests that this Court allow for his withdrawal as attorney of record for Defendant Jay Weidner.

Dated: April 18, 2024.

Respectfully submitted,

*/s/ Samuel J. Scheurich*
Samuel J. Scheurich, Esq.
Colo. Atty. #46270
The Burnham Law Firm, P.C.
12737 E. Euclid Drive
Centennial, CO 80111
303-990-5308
sam@burnhamlaw.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on April 18, 2024, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/EDF system which will send notification of such filing to the following e-mail addresses:

Daniel Andrew Dingerson
Ina B. Scher
Davis & Gilbert, LLP
1740 Broadway
New York, NY 10019
212-237-1488
212-468-4888 (fax)
ddingerson@dglaw.com
*Attorneys for Gaia, Inc.*

James Lee Gray
Melissa Y. Lou
Holland & Hart LLP-Denver
555 17th Street
Suite 3200
Denver, CO 80202
303-295-8000
303-295-8261 (fax)
lgray@hollandhart.com
*Attorneys for Clif High*

Michael Jacob Laszlo
Laszlo & Associates, LLC-Boulder
2595 Canyon Boulevard
Suite 210
Boulder, CO 80302
303-926-0410
303-443-0758 (fax)
mlaszlo@laszlolaw.com
*Attorney for Benjamin Zavodnick*

Valerie Ann Yanaros
Yanaros Law PC
5057 Keller Springs
Suite 300
Addison, TX 76001
512-826-7553
valerie@yanaroslaw.com

*Attorney for Goode Enterprise Solutions, Inc.*
*and James Corey Goode*

                                                        */s/ Jennifer N. Bacani*
                                                        Jennifer N. Bacani, Paralegal
                                                        The Burnham Law Firm, P.C.