# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, Individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs, Counter-Defendants

v.

GAIA, INC.,
Alyssa Chrystie Montalbano, Individually

Defendants, Counter-Claimants,

----

Alyssa Chrystie Montalbano, Individually

Third-Party Plaintiff,

v.

LIGHT WARRIOR LEGAL FUND, LLC.
Valerie Yanaros,
David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION

Third-Party Defendants.

1

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3 and 4, Third-Party Plaintiff, Counter-Claimant, and Pro Se Litigant, Ms. Alyssa Chrystie Montalbano, files this Notice of Appeal to the United States Court of Appeals for the Tenth Circuit from the order entered March 29, 2024 [#384]; as pertaining to the Judgment [#346], Motion to Amend Dismissal Orders and Judgment [#355], Motion to Amend Complaint [#355, #361], Motion to Stay [#383], and all other matters deemed merged with the appealable order.

Dated this 23rd day of April 2024.

Respectfully Submitted and All Rights Reserved,

*/s/ Alyssa Chrystie Montalbano*

Pro Se Litigant, Defendant, Counter-Claimant, Third-Party Plaintiff, Paralegal Student

970.250.8365
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of April 2024 a copy of the foregoing Notice was filed with the clerk of the court using the CM/ECF system and are lawfully served upon Plaintiff's Counsel and appeared Defendants through the Case Management/Electronic Case Filed (CM/ECF) court filing system (FRCP Rule 5), and a courtesy copy delivered via USPS mail upon Mr. David Wilcock and THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION via appointed agent, Mr. Tim Harris, located at 7848 W Sahara Ave, Las Vegas, NV 89117.

**/s/ Alyssa Montalbano**

Alyssa Montalbano, Pro Se Litigant, Paralegal Student