# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiffs and Counter Defendants,

v.

GAIA, INC.,

    Defendants and Counter-Claimant, and

ALYSSA MONTALBANO,

    Defendant, Counter-Claimant, and Third-Party Plaintiff

---

## UNOPPOSED MOTION TO RESCHEDULE PLANNING CONFERENCE

---

Counterclaimant, Alyssa Montalbano, files this unopposed motion to reschedule the May 15, 2024, Scheduling/Planning Conference [#394] to mid to late June 2024 or early July 2024 for the following:

    **I.**     **CONFERRAL**

Counter-Claimant Ms. Montalbano has conferred with Counter-Defendant Goode's counsel, Ms. Yanaros, and GAIA's counsel, Mr. Dingerson regarding this Motion, from April 15, 2024 to April 24, 2024. They are unopposed to the relief requested herein.

1

## II.     RELEVANT BACKGROUND

1. On October 12, 2020, a joint motion to stay discovery was filed [#100]. It was granted on April 26, 2021, by Magistrate Mix [#182]. The case was stayed pending resolution of multiple Motions to Dismiss.

2. March 29, 2024 – March 31, 2024 Judge Domenico dismissed multiple parties and claims from this case [#384 - #390]. Ms. Montalbano remains a counterclaimant (Defamation) against Mr. Goode [#381]. GAIA and Goode also have matters pending resolution [#390].

3. On April 9, 2024 the stay was lifted from this instant case [#393], and an order entered setting a Scheduling/Planning Conference for May 15, 2024 at 10:30 a.m. [#394].

## III.    FACTS IN SUPPORT OF RESCHEDULING

Montalbano requests the scheduling/planning conference be moved into mid to late June 2024 or early July 2024 for the following:

1. Montalbano's brother passed on Sunday, April 7, 2024 and the Montalbano family needs time to process and manage affairs.

2. Montalbano is in the finals weeks of this college semester and has a full load. The semester ends May 3, 2024. Montalbano cannot fit in more reading, researching, or writing into her workload until after the semester ends. Montalbano is a slow reader and there is a significant amount of rules and related matters to read through regarding planning and discovery.

2

3. The planning conference requires the parties to meet 21 days prior the scheduling conference, making the due date April 24, 2024. Montalbano has met with the parties (April 24, 2024, 10AM - 12PM), however additional time is still needed to adequately prepare for discovery phases due to 1 and 2 above.

4. Montalbano is also a single parent with regular daily responsibilities in addition to numbers 1 through 3 above.

5. Montalbano respectfully requests the planning conference be set for any date and time from June 13-14, 24-28, or July 1-2, 2024. All parties have agreed to any of these dates or times.

This motion is not written for purposes of delay, but is filed due to major life circumstances occurring, having an already overburdened workload, and not expecting the stay to be lifted.

**WHEREFORE,** Montalbano requests this unopposed motion be granted and that the Scheduling/Planning Conference be moved from May 15, 2024 to any date or time in mid to late June 2024 or early July 2024 as agreed on by the parties and to not prejudice Montalbano's case.

Dated this 24rd day of April 2024.

        Respectfully Submitted and All Rights Reserved,

        */s/ Alyssa Chrystie Montalbano*

        Pro Se Litigant, Defendant, Counter-Claimant, Third-Party Plaintiff, Paralegal student

> 970.250.8365
> 2536 Rimrock Ave
> Suite 400-117
> Grand Junction, CO 81505
> E-mail: LegalZenACM@gmail.com

**Certificate of Compliance**

I certify the foregoing Motion complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

I certify that on this 24th day of April 2024 a copy of the foregoing motion was filed with the clerk of the court using the CM/ECF system and are lawfully served upon Plaintiff's Counsel and appeared Defendants through the Case Management/Electronic Case Filed (CM/ECF) court filing system (FRCP Rule 5), and a courtesy copy delivered via USPS mail upon Mr. David Wilcock and THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION via appointed agent, Mr. Tim Harris, located at 7848 W Sahara Ave, Las Vegas, NV 89117.

**/s/ Alyssa Montalbano**

Alyssa Montalbano, Pro Se Litigant, Paralegal Student