IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KAS

JAMES COREY GOODE, and
GOODE ENTERPRISE SOLUTIONS, INC,

    Plaintiffs and Counter Defendants,

v.

GAIA, INC,

    Defendant and Counter Claimant,

and

ALYSSA MONTALBANO,

    Counter Claimant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Counter Claimant's Alyssa Montalbano's **Unopposed Motion to Reschedule Planning Conference** [#406] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#406] is **GRANTED**. The Scheduling Conference set for May 15, 2024, at 10:30 a.m. is **VACATED** and **RESET** to **June 13, 2024**, at **11:00 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that, **no later than June 6, 2024**, the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures.

    Dated: May 6, 2024