ALLMTN,APPEAL,JD1,MJ CIV PP

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: <u>1:20–cv–00742–DDD–KAS</u>

Goode et al v. Gaia, Inc. et al

Assigned to: Judge Daniel D. Domenico

Referred to: Magistrate Judge Kathryn A. Starnella

Case in other court:  USCA–10th Circuit, 24–01171

Cause: 28:1332 Diversity–Racketeering (RICO) Act

Date Filed: 03/17/2020

Jury Demand: Both

Nature of Suit: 470 Racketeer/Corrupt Organization

Jurisdiction: Federal Question

**<u>Plaintiff</u>**

**James Corey Goode**
*individually*

represented by **Valerie Ann Yanaros**
Yanaros Law, P.C.
8300 Douglas Avenue
Suite 800
Dallas, TX 75225
512–826–7553
Email: <u>valerie@yanaroslaw.com</u>
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Goode Enterprise Solutions, Inc.**

represented by **Valerie Ann Yanaros**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Gaia, Inc.**

represented by **Angela Marie Dunay**
Davis & Gilbert, LLP
1675 Broadway
New York, NY 10019
212–468–4995
Email: <u>adunay@dglaw.com</u>
*ATTORNEY TO BE NOTICED*

**Daniel Andrew Dingerson**
Davis & Gilbert, LLP
1675 Broadway
New York, NY 10019
212–468–4800
Fax: 212–468–4888
Email: <u>ddingerson@dglaw.com</u>
*ATTORNEY TO BE NOTICED*

**Ina B. Scher**
Davis & Gilbert, LLP
1675 Broadway

New York, NY 10019
212–468–4800
Fax: 212–468–4888
Email: ischer@dglaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jay Weidner**
*TERMINATED: 03/31/2024*

represented by **Aaron B. Belzer**
The Burnham Law Firm, P.C.
2760 29th Street
Suite 1E
Boulder, CO 80301
720–817–3799
Fax: 720–215–3867
Email: aaron@belzerlawfirm.com
*TERMINATED: 02/16/2023*

**Ashlee Nicole Hoffmann**
The Burnham Law Firm, P.C.
2760 29th Street
Suite 1E
Boulder, CO 80301
303–817–3799
Email: ashlee@belzerlawfirm.com
*TERMINATED: 02/16/2023*

**Matthew Ryan Gardner**
The Burnham Law Firm, P.C.
2760 29th Street
Suite 1E
Boulder, CO 80301
303–800–3429
Email: matthew@gardnerlegalservices.com
*TERMINATED: 03/29/2024*
*ATTORNEY TO BE NOTICED*

**Samuel J. Scheurich**
The Burnham Law Firm, P.C.
2760 29th Street
Suite 1E
Boulder, CO 80301
303–990–5308
Email: sam@burnhamlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Clif High**
*TERMINATED: 08/12/2021*

represented by **Clif High**
PO Box 141
Moclips, WA 98562
360–276–0049
PRO SE

**James Lee Gray**
Condit Csajaghy Bugos Gray LLC
695 South Colorado Boulevard
Suite 270
Denver, CO 80246
720–287–6607
Fax: 720–287–6605
Email: lee@gbs–law.com
*TERMINATED: 09/11/2020*

**Melissa Y. Lou**
Holland & Hart LLP
P. O. Box 8749
555 17th Street
Suite 3200
Denver, CO 80201–8749
303–295–8236
Email: MYLou@hollandhart.com
*TERMINATED: 09/14/2020*

**Defendant**

**Benjamin Zavodnick**
*TERMINATED: 03/29/2024*

represented by **Michael Jacob Laszlo**
Clark Hill PLC
2595 Canyon Boulevard
Suite 210
Boulder, CO 80302
303–926–0410
Email: mlaszlo@clarkhill.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alyssa Chrystie Montalbano**
*[Pro Se E–Filer, effective 5/28/2020]*
*TERMINATED: 03/29/2024*

represented by **Alyssa Chrystie Montalbano**
2536 Rimrock Avenue
Suite 400–117
Grand Junction, CO 81505
970–250–8365
Email: LegalZenACM@Gmail.com
PRO SE

**Defendant**

**Jirka Rysavy**
*TERMINATED: 03/31/2024*

represented by **Daniel Andrew Dingerson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ina B. Scher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brad Warkins**
*TERMINATED: 03/31/2024*

represented by  **Daniel Andrew Dingerson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ina B. Scher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kiersten Medvedich**
*TERMINATED: 03/31/2024*

represented by  **Daniel Andrew Dingerson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ina B. Scher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Alyssa Chrystie Montalbano**
*[Pro Se E−Filer, effective 5/28/2020]*
*TERMINATED: 02/04/2021*

represented by  **Alyssa Chrystie Montalbano**
(See above for address)
PRO SE

V.

**Cross Defendant**

**Gaia, Inc.**
*TERMINATED: 02/04/2021*

represented by  **Daniel Andrew Dingerson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ina B. Scher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Brad Warkins**
*TERMINATED: 02/04/2021*

represented by  **Daniel Andrew Dingerson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Kiersten Medvedich**
*TERMINATED: 02/04/2021*

represented by  **Daniel Andrew Dingerson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Jay Weidner**
*TERMINATED: 01/11/2021*

represented by  **Aaron B. Belzer**
(See above for address)
*TERMINATED: 02/16/2023*

**Ashlee Nicole Hoffmann**

(See above for address)
*TERMINATED: 02/16/2023*

**Samuel J. Scheurich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Jirka Rysavy**                                   represented by   **Daniel Andrew Dingerson**
*TERMINATED: 02/04/2021*                           (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Alyssa Chrystie Montalbano**
*[Pro Se E−Filer, effective 5/28/2020]*

V.

**Counter Defendant**

**James Corey Goode**                              represented by   **Valerie Ann Yanaros**
*individually*                                     (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Goode Enterprise Solutions, Inc.**               represented by   **Valerie Ann Yanaros**
*TERMINATED: 02/17/2023*                           (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Alyssa Chrystie Montalbano**                     represented by   **Alyssa Chrystie Montalbano**
*TERMINATED: 03/29/2024*                           (See above for address)
                                                    PRO SE

V.

**ThirdParty Defendant**

**Light Warrior Legal Fund, LLC**                  represented by   **Valerie Ann Yanaros**
*TERMINATED: 02/17/2023*                           (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**David Wilcock**                                  represented by   **Valerie Ann Yanaros**
*TERMINATED: 03/29/2024*                           (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Wilcock Spiritual Healing and**                  represented by   **Valerie Ann Yanaros**

**Empowerment Foundation, The**
*TERMINATED: 03/29/2024*

(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Valerie Yanaros Wilde**
*TERMINATED: 02/17/2023*

represented by **Valerie Ann Yanaros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Elizabeth Lorie**
*TERMINATED: 02/17/2023*

represented by **Alicia Margaret Reinken**
Robinson & Henry PC
1805 Shea Center Drive
Suite 180
Highlands Ranch, CO 80129
720–597–3656
Fax: 303–470–0620
Email: alicia@robinsonandhenry.com
*ATTORNEY TO BE NOTICED*

**Timothy Michael Murphy**
Wilson Elser Moskowitz Edelman &
Dicker LLP
1225 17th Street
Suite 2750
Denver, CO 80202
303–572–5314
Email: tim.murphy@wilsonelser.com
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Brian James Flynn**
*TERMINATED: 02/17/2023*

represented by **Dmitry B. Vilner**
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
720–508–6645
Email: Dmitry.Vilner@coag.gov
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**William Campbell**
*TERMINATED: 02/17/2023*

represented by **Dmitry B. Vilner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Matthew Grove**
*TERMINATED: 02/17/2023*

represented by **Dmitry B. Vilner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Diana Terry**
*TERMINATED: 02/17/2023*

represented by   **Dmitry B. Vilner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Christina Gomez**
*TERMINATED: 02/17/2023*

represented by   **Dmitry B. Vilner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Gaia, Inc.**

represented by   **Daniel Andrew Dingerson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ina B. Scher**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**James Corey Goode**
*individually*

represented by   **Valerie Ann Yanaros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Goode Enterprise Solutions, Inc.**
*TERMINATED: 04/12/2024*

represented by   **Valerie Ann Yanaros**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Jay Weidner**
*TERMINATED: 04/12/2024*

represented by   **Aaron B. Belzer**
(See above for address)
*TERMINATED: 02/16/2023*

**Ashlee Nicole Hoffmann**
(See above for address)
*TERMINATED: 02/16/2023*

**Samuel J. Scheurich**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**James Corey Goode**
*individually*

represented by   **Valerie Ann Yanaros**
(See above for address)

*TERMINATED: 04/12/2024*                                   *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Goode Enterprise Solutions, Inc.**          represented by  **Valerie Ann Yanaros**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Gaia, Inc.**                                represented by  **Daniel Andrew Dingerson**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Ina B. Scher**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**James Corey Goode**                         represented by  **Valerie Ann Yanaros**
*individually*                                               (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Goode Enterprise Solutions, Inc.**          represented by  **Valerie Ann Yanaros**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/07/2024 | 416 | NOTICE OF APPEAL as to 411 Clerk's Judgment, 409 Order on Motion for Order, by Counter Claimant Alyssa Chrystie Montalbano (Montalbano, Alyssa) (Entered: 05/07/2024) |
| 05/06/2024 | 415 | Minute ORDER by Magistrate Judge Kathryn A. Starnella on 6 May 2024. IT IS HEREBY ORDERED that the Unopposed Motion to Reschedule Planning Conference 406 is GRANTED. The Scheduling Conference set for May 15, 2024, at 10:30 a.m. is **VACATED and RESET to June 13, 2024, at 11:00 a.m.** in Courtroom C–204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. IT IS FURTHER ORDERED that, no later than **June 6, 2024,** the parties shall submit their proposed scheduling order.(cmadr, ) (Entered: 05/07/2024) |
| 05/06/2024 | 414 | ANSWER/REPLY to 401 Amended Answer to Complaint,, Counterclaim, by James Corey Goode(individually), Goode Enterprise Solutions, Inc..(Yanaros, Valerie) (Entered: 05/06/2024) |
| 05/06/2024 | 413 | NOTICE of Entry of Appearance by Angela Marie Dunay on behalf of Gaia, Inc.Attorney Angela Marie Dunay added to party Gaia, Inc.(pty:dft) (Dunay, Angela) (Entered: 05/06/2024) |

| 05/03/2024 | 412 | RESPONSE to 396 MOTION for Attorney Fees *and costs* filed by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Yanaros, Valerie) (Entered: 05/03/2024) |
|---|---|---|
| 05/03/2024 | 411 | FINAL JUDGMENT by Clerk on 5/3/2024 in favor of Wilcock Spiritual Healing and Empowerment Foundation, The, David Wilcock against Alyssa Chrystie Montalbano re: 409 Order on Motion for Order entered by Judge Daniel D. Domenico on 5/2/2024. (rkeec) (Entered: 05/03/2024) |
| 05/02/2024 | 410 | ORDER REFERRING MOTIONS:<br><br>403 Motion to Withdraw as Attorney *of Record* filed by Jay Weidner; and 406 First Motion to Reset *Scheduling/Planning Conference* filed by Alyssa Chrystie Montalbano.<br><br>Motions referred to Magistrate Judge Kathryn A. Starnella by Judge Daniel D. Domenico on 5/2/2024. Text Only Entry (dddlc1, ) (Entered: 05/02/2024) |
| 05/02/2024 | 409 | ORDER overruling 400 (Objections) Motion for Order. Pursuant to Federal Rule of Civil Procedure 54(b), the Clerk of Court is DIRECTED to enter partial final judgment in favor of Third–Party Defendants David Wilcock and The Wilcock Spiritual Healing and Empowerment Foundation in accordance with Doc. 384, this Order, and the other orders filed during the pendency of this case. SO ORDERED by Judge Daniel D. Domenico on 5/2/2024. (rkeec) (Entered: 05/02/2024) |
| 04/25/2024 | 408 | USCA Appeal Fees received $ 605.00, receipt number 110413; Full Payment (USCA Case No. 24–1171) (cmadr, ) (Entered: 04/25/2024) |
| 04/24/2024 | 407 | USCA Case Number 24–1171 for 404 Notice of Appeal, filed by Alyssa Chrystie Montalbano. (cmadr, ) (Entered: 04/25/2024) |
| 04/24/2024 | 406 | First MOTION to Reset *Scheduling/Planning Conference* by Counter Claimant Alyssa Chrystie Montalbano. (Montalbano, Alyssa) (Entered: 04/24/2024) |
| 04/24/2024 | 405 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 404 Notice of Appeal, filed by Alyssa Chrystie Montalbano to the U.S. Court of Appeals. (Pro Se, Fee not paid and 1915 motion not filed,) (Attachments: # 1 Preliminary Record)(cmadr, ) (Entered: 04/24/2024) |
| 04/23/2024 | 404 | NOTICE OF APPEAL as to 384 Order on Motion to Dismiss,,,,,,, Order on Motion to Amend/Correct/Modify,,,, Order on Motion to Alter Judgment,,,,,,, Order on Motion for Leave,,,, Order on Report and Recommendations,,,, Order on Motion to Stay,,, by Counter Claimant Alyssa Chrystie Montalbano (Montalbano, Alyssa) (Entered: 04/23/2024) |
| 04/18/2024 | 403 | MOTION to Withdraw as Attorney *of Record* by Counter Claimant Jay Weidner, Cross Defendant Jay Weidner, Defendant Jay Weidner. (Scheurich, Samuel) (Entered: 04/18/2024) |
| 04/15/2024 | 402 | NOTICE of Filing Amended Pleading re 401 Amended Answer to Complaint,, Counterclaim, by Defendant Gaia, Inc. (Attachments: # 1 Exhibit 1)(Dingerson, Daniel) (Entered: 04/15/2024) |
| 04/15/2024 | 401 | AMENDED ANSWER to 111 Amended Complaint, with Jury Demand, COUNTERCLAIM against James Corey Goode, Goode Enterprise Solutions, Inc. by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Dingerson, Daniel) |

| | | |
|---|---|---|
| | | (Entered: 04/15/2024) |
| 04/12/2024 | 400 | OBJECTIONS to *Order #384* by Counter Claimant Alyssa Chrystie Montalbano. (Montalbano, Alyssa) Modified to indicate this is a MOTION on 5/2/2024 (cmadr, ). (Entered: 04/12/2024) |
| 04/12/2024 | 399 | Counter Claimant Jay Weidner and his claims against Counter Defendants James Corey Goode and Goode Enterprise Solutions, Inc. terminated pursuant to 397 Notice of Voluntary Dismissal filed on 4/12/2024. Text Only Entry (dddlc1, ) (Entered: 04/12/2024) |
| 04/12/2024 | 398 | ORDER REFERRING MOTION: 396 Motion for Attorney Fees *and costs* filed by Benjamin Zavodnick. Motion referred to Magistrate Judge Kathryn A. Starnella by Judge Daniel D. Domenico on 4/12/2024. Text Only Entry (dddlc1, ) (Entered: 04/12/2024) |
| 04/12/2024 | 397 | NOTICE *of Voluntary Dismissal of Defendant Jay Weidner's Counterclaims Pursuant to F.R.C.P. 41(a)* by Counter Claimant Jay Weidner (Scheurich, Samuel) (Entered: 04/12/2024) |
| 04/12/2024 | 396 | MOTION for Attorney Fees *and costs* by Defendant Benjamin Zavodnick. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Laszlo, Michael) (Entered: 04/12/2024) |
| 04/10/2024 | 395 | STIPULATION *for Defendant Gaia, Inc. to File Amended Answer to Plaintiffs' Second Amended Complaint and Plaintiffs' to File Response to Counterclaims* by Defendant Gaia, Inc.. (Dingerson, Daniel) (Entered: 04/10/2024) |
| 04/09/2024 | 394 | ORDER SETTING SCHEDULING/PLANNING CONFERENCE by Magistrate Judge Kathryn A. Starnella on 9 April 2024. Proposed Scheduling Order due 5/8/2024. Scheduling Conference set for 5/15/2024 10:30 AM in Courtroom C204 before Magistrate Judge Kathryn A. Starnella. (Attachments: # 1 Continuation of Main Document, # 2 Continuation of Main Document) (cmadr, ) (Entered: 04/09/2024) |
| 04/09/2024 | 393 | Minute ORDER by Magistrate Judge Kathryn A. Starnella on 9 April 2024. IT IS HEREBY ORDERED that the stay imposed on April 26, 2021, is LIFTED. See Order 182 . Given that a Scheduling Conference has not yet been held in this case, the Court will set one by separate order. (cmadr, ) (Entered: 04/09/2024) |
| 04/08/2024 | 392 | ORDER REFERRING MOTION: 391 First Motion to Stay re 384 Order filed by Alyssa Chrystie Montalbano. Motion referred to Magistrate Judge Kathryn A. Starnella by Judge Daniel D. Domenico on 4/8/2024. Text Only Entry (dddlc1, ) (Entered: 04/08/2024) |
| 04/08/2024 | 391 | First MOTION to Stay re 384 Order on Motion to Dismiss,,,,,,, Order on Motion to Amend/Correct/Modify,,,, Order on Motion to Alter Judgment,,,,,,, Order on Motion for Leave,,,, Order on Report and Recommendations,,,, Order on Motion to Stay,,, by Counter Claimant Alyssa Chrystie Montalbano. (Montalbano, Alyssa) (Entered: 04/08/2024) |
| 03/31/2024 | 390 | ORDER ON MOTIONS TO DISMISS.<br><br>Gaia, Inc.'s Motion to Dismiss, Doc. 128 , is GRANTED IN PART and DENIED IN PART. The plaintiffs' declaratory–judgment claim against Gaia is DISMISSED WITHOUT PREJUDICE, and the plaintiffs' other claims against Gaia are |

| | | |
|---|---|---|
| | | DISMISSED WITH PREJUDICE, with the exception of the breach–of–contract claim to the extent it alleges breach of the Performance Bonus and licensing royalty provisions of the written contracts;<br><br>Jay Weidner's Motion to Dismiss, Doc. 129 , is GRANTED, and the plaintiffs' claims against Mr. Weidner are DISMISSED WITH PREJUDICE;<br><br>Jirka Rysavy, Brad Warkins, and Kiersten Medvedich's Motion to Dismiss, Doc. 175 , is GRANTED. The plaintiffs' slander per se and libel per se claims against Mr. Rysavy, Mr. Warkins, and Ms. Medvedich are DISMISSED WITHOUT PREJUDICE, and the plaintiffs' other claims against those defendants are DISMISSED WITH PREJUDICE.<br><br>SO ORDERED by Judge Daniel D. Domenico on 3/31/2024. Text Only Entry (dddlc1, ) (Entered: 03/31/2024) |
| 03/29/2024 | 389 | ORDER GRANTING 117 Motion to Dismiss for Lack of Personal Jurisdiction. Plaintiffs' claims against Defendant Benjamin Zavodnick are DISMISSED WITHOUT PREJUDICE. By Judge Daniel D. Domenico on 3/29/2024. (dddlc1, ) (Entered: 03/29/2024) |
| 03/29/2024 | 388 | ORDER DENYING 376 Motion for Sanctions. By Judge Daniel D. Domenico on 3/29/2024. (dddlc1, ) (Entered: 03/29/2024) |
| 03/29/2024 | 387 | Party Alyssa Chrystie Montalbano ([Pro Se E–Filer, effective 5/28/2020]) terminated pursuant to 384 Order entered in this case on 3/29/2024 by Judge Daniel D. Domenico. Text Only Entry. (rkeec) (Entered: 03/29/2024) |
| 03/29/2024 | 386 | ORDER GRANTING 382 Motion to Withdraw as Attorney. The Clerk of Court is instructed to terminate attorney Matthew Ryan Gardner as counsel of record, and to remove this name from the electronic certificate of mailing. Defendant and Counter Claimant Jay Weidner will continue to be represented by attorney Samuel J. Scheurich. SO ORDERED by Judge Daniel D. Domenico on 3/29/2024. Text Only Entry (dddlc1, ) (Entered: 03/29/2024) |
| 03/29/2024 | 385 | ORDER GRANTING 379 Motion for Leave to Exceed Word Limit for Response to Motion for Sanctions. Doc. 379–1 is accepted as Ms. Montalbano's response to 376 Motion for Sanctions. SO ORDERED by Judge Daniel D. Domenico on 3/29/2024. Text Only Entry (dddlc1, ) (Entered: 03/29/2024) |
| 03/29/2024 | 384 | ORDER adopting Report and Recommendations re 381 Report and Recommendations. Granting 352 Motion to Dismiss, and the plaintiffs claims against Ms. Montalbano are DISMISSED WITH PREJUDICE. Granting 354 Motion to Dismiss. Ms. Montalbano's Claims Four through Six, Eight, Eleven, and Sixteen against those third–party defendants are DISMISSED WITHOUT PREJUDICE, and her remaining claims against those third–party defendants are DISMISSED WITH PREJUDICE. Denying 355 Motion to Amend/Correct/Modify. Denying 355 Motion to Alter Judgment. Denying 361 Motion to Amend/Correct/Modify. Granting 362 Motion for Leave. Denying 383 Motion to Stay. SO ORDERED by Judge Daniel D. Domenico on 3/29/2024.(rkeec) Modified on 3/29/2024 to modify spacing and punctuation (rkeec). (Entered: 03/29/2024) |
| 01/09/2024 | 383 | First MOTION to Stay re 355 MOTION to Amend/Correct/Modify 217 Answer to Complaint, 345 Order on Motion for Recusal,,,,, Order on Motion to Dismiss |

| | | |
|---|---|---|
| | | Party,,,,,,,,,,,,,,,,,,,,,, Order on Report and Recommendations,,,,, Order on Motion to Amend/Correct/Modify,,,,,,,,,,,,,, Or MOTION to Alter Judgment re 346 Clerk's Judgment, 347 Terminated Party, by Defendant Alyssa Chrystie Montalbano, ThirdParty Plaintiff Alyssa Chrystie Montalbano, Counter Claimant Alyssa Chrystie Montalbano. (Attachments: # 1 Exhibit State Court Motion and Exhibits, # 2 Exhibit State Court proposed Equitable Action Complaint and Exhibits)(Montalbano, Alyssa) (Entered: 01/09/2024) |
| 11/02/2023 | 382 | MOTION to Withdraw as Attorney *of Record* by Defendant Jay Weidner. (Attachments: # 1 Proposed Order (PDF Only) re Motion of Withdrawal as Attorney of Record for Defendant Jay Weidner)(Gardner, Matthew) (Entered: 11/02/2023) |
| 11/01/2023 | 381 | RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE by Magistrate Judge Kathryn A. Starnella on 1 November 2023. IT IS HEREBY RECOMMENDED that the Motion to Dismiss Second Amended Complaint 352 be GRANTED and that Plaintiffs' claims against Defendant Montalbano be DISMISSED with prejudice. (cmadr, ) (Entered: 11/01/2023) |
| 09/07/2023 | 380 | REPLY to Response to 376 MOTION for Sanctions *against Alyssa Montalbano* filed by ThirdParty Defendant Elizabeth Lorie. (Reinken, Alicia) (Entered: 09/07/2023) |
| 08/28/2023 | 379 | MOTION for Leave to *Exceed Word Limit* 376 MOTION for Sanctions *against Alyssa Montalbano* by ThirdParty Plaintiff Alyssa Chrystie Montalbano. (Attachments: # 1 Proposed Document Response to Motion for Sanctions #376, # 2 Exhibit 1 – Case Law: Roth v Green, # 3 Exhibit 2 – Case Law: Rusk v Fidelity, # 4 Exhibit 3 – Case Law: Carlson Dockets 130 and 130–1, # 5 Exhibit 4 – Montalbano email to Murphy, # 6 Exhibit 5 – Case Law: Huggins v. Lueder, # 7 Exhibit 6 – 18CV50 Granted PO)(Montalbano, Alyssa) (Entered: 08/28/2023) |
| 08/11/2023 | 378 | REPLY to Response to 352 MOTION to Dismiss *SAC Docket 111* filed by Defendant Alyssa Chrystie Montalbano pursuant to 377 Minute Order. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (athom, ) (Entered: 08/11/2023) |
| 08/11/2023 | 377 | MINUTE ORDER by Magistrate Judge Kathryn A. Starnella on 08/11/2023. The Motions [# 369 , # 371 ] are **GRANTED**. Defendant Alyssa Montabano's Reply [# 371 –1] in support of her Motion to Dismiss [# 352 ],along with the attached exhibits [# 371 –2, # 371 –3, # 371 –4] are accepted as filed. (athom, ) (Entered: 08/11/2023) |
| 08/10/2023 | 376 | MOTION for Sanctions *against Alyssa Montalbano* by ThirdParty Defendant Elizabeth Lorie. (Attachments: # 1 Exhibit Exhibit 1 – Letter)(Reinken, Alicia) (Entered: 08/10/2023) |
| 08/07/2023 | 375 | REASSIGNING MAGISTRATE JUDGE. This action is reassigned to Magistrate Judge Kathryn A. Starnella upon her appointment. All future pleadings should reference Magistrate Judge Starnella at the end of the civil action number (such as 20–cv–00742–DDD–KAS). Unless otherwise ordered, the dates and times for all previously scheduled matters will be maintained and will now be handled by Magistrate Judge Starnella in Courtroom C–204. Her chambers are located in Room C–253 of the Byron G. Rogers Courthouse. Her telephone number is 303–335–2770. (Text only entry) (jtorr, ) (Entered: 08/07/2023) |
| 08/05/2023 | 374 | SUPPLEMENT/AMENDMENT to 372 Notice of Case Association, by Defendant Alyssa Chrystie Montalbano, ThirdParty Plaintiff Alyssa Chrystie Montalbano, Counter Claimant Alyssa Chrystie Montalbano. (Attachments: # 1 Exhibit A – DV SF Court, # 2 Exhibit B – Blog DV SF Court, # 3 Exhibit C – SF Civil Cover Sheet, |

| | | # 4 Exhibit D – SF Pro Hac Vice)(Montalbano, Alyssa) (Entered: 08/05/2023) |
|---|---|---|
| 07/27/2023 | 373 | ORDER REFERRING MOTIONS: 369 First Motion for Extension of Time to File Response/Reply as to 352 , and 371 Motion for Leave to *Exceed Word Limit for Reply* to 352 filed by Alyssa Chrystie Montalbano. Motions referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 7/27/2023. Text Only Entry (dddlc1, ) (Entered: 07/27/2023) |
| 07/24/2023 | 372 | NOTICE OF CASE ASSOCIATION *Neff v SBA Ent.* by Alyssa Chrystie Montalbano, Alyssa Chrystie Montalbano (Attachments: # 1 Exhibit 1 – CRC Rule 3.300, # 2 Exhibit 2 – Neff v SBA Register Actions, # 3 Exhibit 3 – Article Judge Hammock, # 4 Exhibit 4 – Harris v Rojas Case Law)(Montalbano, Alyssa) (Entered: 07/24/2023) |
| 07/15/2023 | 371 | MOTION for Leave to *Exceed Word Limit for Reply* 352 MOTION to Dismiss *SAC Docket 111* by Defendant Alyssa Chrystie Montalbano. (Attachments: # 1 Proposed Document Reply, # 2 Exhibit 1– Exhibit CK Mesa Court, # 3 Exhibit 2 – YT citations 01, # 4 Exhibit 3 – YT Citation 02)(Montalbano, Alyssa) (Entered: 07/15/2023) |
| 07/12/2023 | 370 | NOTICE of Entry of Appearance *on Behalf of Defendant Jay Weidner* by Samuel J. Scheurich on behalf of Jay WeidnerAttorney Samuel J. Scheurich added to party Jay Weidner(pty:cc), Attorney Samuel J. Scheurich added to party Jay Weidner(pty:crd), Attorney Samuel J. Scheurich added to party Jay Weidner(pty:dft) (Scheurich, Samuel) (Entered: 07/12/2023) |
| 07/03/2023 | 369 | First MOTION for Extension of Time to File Response/Reply as to 352 MOTION to Dismiss *SAC Docket 111* by Defendant Alyssa Chrystie Montalbano. (Montalbano, Alyssa) (Entered: 07/03/2023) |
| 06/28/2023 | 368 | RESPONSE to 352 MOTION to Dismiss *SAC Docket 111* filed by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Yanaros, Valerie) (Entered: 06/28/2023) |
| 06/07/2023 | 367 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 06/07/2023. IT IS HEREBY ORDERED that, no later than June 28, 2023, Plaintiffs shall file either (1) a Response to the Motion to Dismiss Second Amended Complaint (#111) 352 or (2) a Notice stating that they do not intend to file a Response. In the event that a Response is not filed, the Court will adjudicate the Motion 352 without the benefit of Plaintiffs' input and/or take other appropriate action. (alave, ) (Entered: 06/08/2023) |
| 05/06/2023 | 366 | REPLY to Response to 361 MOTION to Amend/Correct/Modify 217 Answer to Complaint filed by ThirdParty Plaintiff Alyssa Chrystie Montalbano, Counter Claimant Alyssa Chrystie Montalbano. (Montalbano, Alyssa) (Entered: 05/06/2023) |
| 04/28/2023 | 365 | RESPONSE to 361 MOTION to Amend/Correct/Modify 217 Answer to Complaint filed by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc., Third Party Defendants David Wilcock, Wilcock Spiritual Healing and Empowerment Foundation, The. (Yanaros, Valerie) (Entered: 04/28/2023) |
| 04/21/2023 | 364 | SUPPLEMENT/AMENDMENT to 355 MOTION to Amend/Correct/Modify 217 Answer to Complaint, 345 Order on Motion for Recusal,,,,, Order on Motion to Dismiss Party,,,,,,,,,,,,,,,,, Order on Report and Recommendations,,,,, Order on Motion to Amend/Correct/Modify,,,,,,,,,,,,,, Or MOTION to Alter Judgment re 346 Clerk's Judgment, 347 Terminated Party, by Defendant Alyssa Chrystie Montalbano, |

| | | |
|---|---|---|
| | | ThirdParty Plaintiff Alyssa Chrystie Montalbano, Counter Claimant Alyssa Chrystie Montalbano. (Attachments: # 1 Exhibit A)(Montalbano, Alyssa) (Entered: 04/21/2023) |
| 04/16/2023 | 363 | REPLY to Response to 355 MOTION to Amend/Correct/Modify 217 Answer to Complaint, 345 Order on Motion for Recusal,,,,, Order on Motion to Dismiss Party,,,,,,,,,,,,,,,,, Order on Report and Recommendations,,,,, Order on Motion to Amend/Correct/Modify,,,,,,,,,,,,,, Or MOTION to Alter Judgment re 346 Clerk's Judgment, 347 Terminated Party, filed by ThirdParty Plaintiff Alyssa Chrystie Montalbano, Counter Claimant Alyssa Chrystie Montalbano. (Montalbano, Alyssa) (Entered: 04/16/2023) |
| 04/13/2023 | 362 | MOTION for Leave to *Surreply* 359 Reply to Response to Motion by ThirdParty Plaintiff Alyssa Chrystie Montalbano. (Attachments: # 1 Proposed Document Surreply)(Montalbano, Alyssa) (Entered: 04/13/2023) |
| 04/08/2023 | 361 | MOTION to Amend/Correct/Modify 217 Answer to Complaint by ThirdParty Plaintiff Alyssa Chrystie Montalbano, Counter Claimant Alyssa Chrystie Montalbano. (Montalbano, Alyssa) (Entered: 04/08/2023) |
| 04/07/2023 | 360 | RESPONSE to 355 MOTION to Amend/Correct/Modify 217 Answer to Complaint, 345 Order on Motion for Recusal,,,,, Order on Motion to Dismiss Party,,,,,,,,,,,,,,,,,,, Order on Report and Recommendations,,,,, Order on Motion to Amend/Correct/Modify,,,,,,,,,,,,,, Or MOTION to Alter Judgment re 346 Clerk's Judgment, 347 Terminated Party, filed by Counter Defendants James Corey Goode, Goode Enterprise Solutions, Inc., Third Party Defendants David Wilcock, Wilcock Spiritual Healing and Empowerment Foundation, The. (Yanaros, Valerie) (Entered: 04/07/2023) |
| 04/06/2023 | 359 | REPLY to Response to 354 MOTION to Dismiss filed by Third Party Defendants David Wilcock, Wilcock Spiritual Healing and Empowerment Foundation, The. (Yanaros, Valerie) (Entered: 04/06/2023) |
| 03/23/2023 | 358 | RESPONSE to 354 MOTION to Dismiss filed by ThirdParty Plaintiff Alyssa Chrystie Montalbano. (Montalbano, Alyssa) (Entered: 03/23/2023) |
| 03/21/2023 | 357 | Conventionally Submitted Material: 1 CD – Video Exhibits to 356 Exhibits in Support of 355 MOTION to Amend/Correct/Modify 217 Answer to Complaint, 345 Order on Motion for Recusal, Order on Motion to Dismiss Party, Order on Report and Recommendations, Order on Motion to Amend/Correct/Modify, Or MOTION to Alter Judgment re 346 Clerk's Judgment, 347 Terminated Party, by ThirdParty Plaintiff Alyssa Chrystie Montalbano, Counter Claimant Alyssa Chrystie Montalbano. Material placed in the oversized filing area A–1–7. Text Only Entry (athom, ) (Entered: 03/21/2023) |
| 03/17/2023 | 356 | Exhibits in Support of 355 MOTION to Amend/Correct/Modify 217 Answer to Complaint, 345 Order on Motion for Recusal,,,,, Order on Motion to Dismiss Party,,,,,,,,,,,,,,,,, Order on Report and Recommendations,,,,, Order on Motion to Amend/Correct/Modify,,,,,,,,,,,,,, Or MOTION to Alter Judgment re 346 Clerk's Judgment, 347 Terminated Party, by ThirdParty Plaintiff Alyssa Chrystie Montalbano, Counter Claimant Alyssa Chrystie Montalbano. (Attachments: # 1 Conventionally Submitted 1 – VIDEO Exhibit, # 2 Conventionally Submitted 2 – VIDEO Exhibit, # 3 Conventionally Submitted 3 – VIDEO Exhibit, # 4 Exhibit 4 – GAIA Subscribers, # 5 Conventionally Submitted 5 – VIDEO Exhibit, # 6 Exhibit 6 – WF Tax Records 2018, # 7 Exhibit 7 – DV Draco, # 8 Conventionally Submitted 8 |

| | | |
|---|---|---|
| | | – VIDEO Exhibit, # <u>9</u> Exhibit 9 – DV Square Ships, # <u>10</u> Conventionally Submitted 10 – VIDEO Exhibit, # <u>11</u> Exhibit 11 – 20 and Back Relfe, # <u>12</u> Exhibit 12 – 20 and Back Goode, # <u>13</u> Exhibit 13 – Bill Ryan post CG text, # <u>14</u> Conventionally Submitted 14 – VIDEO Exhibit, # <u>15</u> Exhibit 15 – Mega Update pt1, # <u>16</u> Exhibit 16 – Mega Update pt2, # <u>17</u> Exhibit 17 – Dream Visions A–H, # <u>18</u> Exhibit 18 – Dream Visions i–L, # <u>19</u> Exhibit 19 – Dream Visions M–N, # <u>20</u> Exhibit 20 – ACM email 'Why Me" and CG Tweet "Why me", # <u>21</u> Exhibit 21 – ACM email DV skull – DW skull post, # <u>22</u> Exhibit 22 – DV 3D Light Puzzle, # <u>23</u> Conventionally Submitted 23 – VIDEO Exhibit, # <u>24</u> Exhibit 24 – emailed DV Toxic Gasses – Ohio Train Wreck Toxic Gasses, # <u>25</u> Exhibit 25 – Montalbano and Yanaros emails)(Montalbano, Alyssa) (Entered: 03/17/2023) |
| 03/17/2023 | <u>355</u> | MOTION to Amend/Correct/Modify <u>217</u> Answer to Complaint, <u>345</u> Order on Motion for Recusal,,,,, Order on Motion to Dismiss Party,,,,,,,,,,,,,,,,,, Order on Report and Recommendations,,,,, Order on Motion to Amend/Correct/Modify,,,,,,,,,,,,,, Order on Appeal of Magistrate Judge Decision to District Court,,,, , MOTION to Alter Judgment re <u>346</u> Clerk's Judgment, 347 Terminated Party, by ThirdParty Plaintiff Alyssa Chrystie Montalbano, Counter Claimant Alyssa Chrystie Montalbano. (Attachments: # <u>1</u> Proposed Document TACC (Clean), # <u>2</u> Proposed Document TACC (Redline), # <u>3</u> TOC TACC, # <u>4</u> Exhibit List TACC)(Montalbano, Alyssa) (Entered: 03/17/2023) |
| 03/17/2023 | <u>354</u> | MOTION to Dismiss by Third Party Defendants David Wilcock, Wilcock Spiritual Healing and Empowerment Foundation, The. (Yanaros, Valerie) (Entered: 03/17/2023) |
| 03/09/2023 | <u>353</u> | ORDER REFERRING MOTION: <u>352</u> Motion to Dismiss *SAC Docket 111* filed by Alyssa Chrystie Montalbano. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 3/9/2023. Text Only Entry (dddlc1, ) (Entered: 03/09/2023) |
| 03/09/2023 | <u>352</u> | MOTION to Dismiss *SAC Docket 111* by Defendant Alyssa Chrystie Montalbano. (Montalbano, Alyssa) (Entered: 03/09/2023) |
| 03/03/2023 | <u>351</u> | STIPULATION for Extension of Time to Answer or Respond to the Complaint by Third Party Defendants Wilcock Spiritual Healing and Empowerment Foundation, The, David Wilcock, Counter Defendant James Corey Goode. Wilcock Spiritual Healing and Empowerment Foundation, The answer due 3/17/2023; David Wilcock answer due 3/17/2023; James Corey Goode(individually) answer due 3/17/2023. (Yanaros, Valerie) (Entered: 03/03/2023) |
| 02/22/2023 | 350 | ORDER DENYING AS MOOT <u>103</u> Defendant Clif High's Motion Seeking Injunctive Relief in light of <u>252</u> Order Adopting Recommendation of United States Magistrate Judge. Plaintiffs' claims against Mr. High have been dismissed, and Mr. High did not assert any counterclaim. SO ORDERED by Judge Daniel D. Domenico on 2/22/2023. Text Only Entry (dddlc1, ) (Entered: 02/22/2023) |
| 02/17/2023 | 349 | ORDER Denying as moot <u>334</u> Motion to Clarify. Overruling <u>289</u> APPEAL OF MAGISTRATE JUDGE DECISION to District Court pursuant to <u>345</u> Order entered by Judge Daniel D. Domenico on 2/17/2023. Text Only Entry. (rkeec) (Entered: 02/17/2023) |
| 02/17/2023 | <u>348</u> | ORDER OVERRULING OBJECTIONS AND ADOPTING RECOMMENDATIONTO DENY MOTION TO CONSOLIDATE AND STAY. Defendant/Counter Claimant/Third–Party Plaintiff Alyssa Montalbano's Motion for |

| | | |
|---|---|---|
| | | Required Joinder Pursuant to FRCP 19 (Doc. 320 ) is DENIED. Ms. Montalbano's Objection to Order 336 for Violating Constitutional Law (Doc. 338 ) is OVERRULED. The Recommendation of United States Magistrate Judge (Doc. 336 ) is ACCEPTED and ADOPTED. Ms. Montalbano's Emergency Motion to Stay Court Case 18CV50 Pursuant to 28 U.S.C. § 2283 and Consolidate Cases Pursuant to FRCP 42(a) (Doc. 322 ) is DENIED. Ms. Montalbano's Partially Opposed Emergency Supplemental Motion to Consolidate Cases Pursuant to FRCP 42(a) and 28 U.S.C. § 1441(a) and (c) and Emergency Supplemental Motion for Joinder Pursuant to FRCP 19 (Doc. 331 ) is DENIED. Ms. Montalbano's Emergency Motion to Rule on Motions (Doc. 337 ), her Supplemental to Emergency Motion to Rule on Motions [#337] (Doc. 339 ), and her Second Supplemental to Emergency Motion to Rule on Motions (Doc. 340 ) are DENIED AS MOOT. By Judge Daniel D. Domenico on 02/17/2023. (athom, ) (Entered: 02/17/2023) |
| 02/17/2023 | 347 | Parties Christina Gomez, Matthew Grove, Light Warrior Legal Fund, LLC, Elizabeth Lorie, Diana Terry, Valerie Yanaros Wilde, William Campbell and Brian James Flynn terminated pursuant to 345 Order and 346 Final Judgment filed in this case on 2/172023. Text Only Entry. (rkeec) (Entered: 02/17/2023) |
| 02/17/2023 | 346 | FINAL JUDGMENT by Clerk on 2/17/2023 re 345 Order entered by Judge Daniel D. Domenico on 2/17/2023. (rkeec) (Entered: 02/17/2023) |
| 02/17/2023 | 345 | ORDER Denying 335 Motion for Recusal. Granting in part and denying in part 221 Motion to Dismiss Party. Granting 222 Motion to Dismiss. Granting in part and denying without prejudice in part 227 Motion to Dismiss. Granting in part and denying without prejudice in part 233 Motion to Dismiss. Adopting Report and Recommendations re 283 Report and Recommendations. Denying 292 Motion to Amend/Correct/Modify. Denying 308 Motion to Amend/Correct/Modify. Denying 315 Motion to Amend/Correct/Modify. Overruling 318 APPEAL OF MAGISTRATE JUDGE DECISION to District Court. Pursuant to Federal Rule of Civil Procedure 54(b), I have determined that there is no just reason for delay, and the Clerk of Court is DIRECTED to enter partial final judgment in favor of Third–Party Defendants Light Warrior Legal Fund, LLC; Valerie Yanaros Wilde; Brian James Flynn; William Campbell; Matthew Grove; Diana Terry; and Christina Gomez in accordance with this Order and the other orders filed during the pendency of this case. SO ORDERED by Judge Daniel D. Domenico on 2/17/2023. (rkeec, ) (Entered: 02/17/2023) |
| 02/16/2023 | 344 | ORDER GRANTING 342 and 343 Unopposed Motions to Withdraw as Counsel. The Clerk of Court is instructed to terminate attorneys Aaron B. Belzer and Ashlee Nicole Hoffmann as counsel of record, and to remove these names from the electronic certificate of mailing. Defendant/Counter Claimant Jay Weidner will continue to be represented by attorney Matthew Ryan Gardner. SO ORDERED by Judge Daniel D. Domenico on 2/16/2023. Text Only Entry (dddlc1, ) (Entered: 02/16/2023) |
| 02/13/2023 | 343 | MOTION to Withdraw as Attorney by Counter Claimant Jay Weidner, Cross Defendant Jay Weidner, Defendant Jay Weidner. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order Granting Motion to Withdraw as Counsel for Jay Weidner)(Hoffmann, Ashlee) (Entered: 02/13/2023) |
| 02/13/2023 | 342 | MOTION to Withdraw as Attorney by Counter Claimant Jay Weidner, Cross Defendant Jay Weidner, Defendant Jay Weidner. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order Granting Motion to Withdraw as Counsel for Jay Weidner)(Belzer, Aaron) (Entered: 02/13/2023) |

| 01/21/2023 | 341 | NOTICE OF CASE ASSOCIATION *1:23−CV−00145−RM−GPG* by Alyssa Chrystie Montalbano, Alyssa Chrystie Montalbano (Montalbano, Alyssa) (Entered: 01/21/2023) |
|---|---|---|
| 01/08/2023 | 340 | Emergency MOTION to Supplement 337 Emergency MOTION to Expedite *Ruling on [Emergency] Motions*, 339 Emergency MOTION to Supplement 337 Emergency MOTION to Expedite *Ruling on [Emergency] Motions* by Defendant Alyssa Chrystie Montalbano, ThirdParty Plaintiff Alyssa Chrystie Montalbano, Counter Claimant Alyssa Chrystie Montalbano. (Attachments: # 1 Exhibit 1 – ACM Motion Recuse JLC, # 2 Exhibit 2 – ACM Notice Disqualification JLC, # 3 Exhibit 3 – ACM Objection JLC Order, # 4 Exhibit 4 – ACM Motion Quash, # 5 Exhibit 5 – ACM Motion Protective Order, # 6 Exhibit 6 – ACM MTD TDS/AJR Complaint, # 7 Exhibit 7 – ACM Answers & CC TDS/AJR Complaint, # 8 Exhibit 8 – POS on TDS/AJR)(Montalbano, Alyssa) (Entered: 01/08/2023) |
| 12/21/2022 | 339 | Emergency MOTION to Supplement 337 Emergency MOTION to Expedite *Ruling on [Emergency] Motions* by Defendant Alyssa Chrystie Montalbano, ThirdParty Plaintiff Alyssa Chrystie Montalbano, Counter Claimant Alyssa Chrystie Montalbano. (Attachments: # 1 Exhibit 1– Orders pt1, # 2 Exhibit 2– Orders pt2, # 3 Exhibit 3– Orders pt3, # 4 Exhibit 4–TDS/AJR 2nd Interrogatories)(Montalbano, Alyssa) (Entered: 12/21/2022) |
| 12/18/2022 | 338 | OBJECTION to 336 Report and Recommendations filed by Defendant Alyssa Chrystie Montalbano, ThirdParty Plaintiff Alyssa Chrystie Montalbano, Counter Claimant Alyssa Chrystie Montalbano. (Attachments: # 1 Exhibit 1 – ACM Objection Orders 19 & 20, # 2 Exhibit 2 – State Court Amended Complaint, # 3 Exhibit 3– DV Contract Trickery Foiled)(Montalbano, Alyssa) (Entered: 12/18/2022) |
| 12/09/2022 | 337 | Emergency MOTION to Expedite *Ruling on [Emergency] Motions* by Defendant Alyssa Chrystie Montalbano, ThirdParty Plaintiff Alyssa Chrystie Montalbano, Counter Claimant Alyssa Chrystie Montalbano. (Attachments: # 1 Exhibit 1 – ACM non−consent, # 2 Exhibit 2 – ACM Motion Recuse KLM, # 3 Exhibit 3 – ACM Jury Demand, # 4 Exhibit 4 – CG Motion Remand, # 5 Exhibit 5 – ACM Response Remand, # 6 Exhibit 6 – KLM Order Show Cause, # 7 Exhibit 7 – ACM Objection KLM Order – DV KLM, # 8 Exhibit 8 – KLM Order Absolute, # 9 Exhibit 9 – ACM Notice Disqualification KLM, # 10 Exhibit 10 –ACM Objection KLM Absolute Order, # 11 Exhibit 11 – ACM Notice Removal, # 12 Exhibit 12 – ACM Objection CNS Order, # 13 Exhibit 13 – ACM State Court Disqualification All Judges, # 14 Exhibit 14 – TDS State Court Contempt Letter)(Montalbano, Alyssa) (Entered: 12/09/2022) |
| 12/06/2022 | 336 | RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE by Magistrate Judge Kristen L. Mix on 12/06/2022. IT IS HEREBY RECOMMENDED that the Emergency Motion [to] Stay Court Case 18CV50 Pursuant [to] 28 USC 2283 and Consolidate Cases Pursuant [to] FRCP 42(a) 322 be DENIED. (alave, ) (Entered: 12/06/2022) |
| 11/23/2022 | 335 | NOTICE *Disqualification Magistrate Judge Mix* by Defendant Alyssa Chrystie Montalbano, ThirdParty Plaintiff Alyssa Chrystie Montalbano, Counter Claimant Alyssa Chrystie Montalbano (Attachments: # 1 Exhibit NOTICE Disqualification KLM 1:22−CV−02224, # 2 Exhibit NOTICE Void Order CNS 11 Civil Rights Violations)(Montalbano, Alyssa) Modified on 11/29/2022 to change event to motion for recusal (angar, ). (Entered: 11/23/2022) |

| 11/08/2022 | 334 | MOTION to Clarify *Claim and Exercise Constitutional Rights* by Defendant Alyssa Chrystie Montalbano, ThirdParty Plaintiff Alyssa Chrystie Montalbano, Counter Claimant Alyssa Chrystie Montalbano. (Attachments: # 1 Exhibit Conferral Clarifier Email)(Montalbano, Alyssa) (Entered: 11/08/2022) |
|---|---|---|
| 10/13/2022 | 333 | REPLY to Response to 331 Emergency MOTION to Supplement 322 Emergency MOTION to Consolidate Cases *18CV50 & 1:20−CV−00742−DDD−KLM*Emergency MOTION to Stay *Case 18CV50*, 320 MOTION for Joinder filed by ThirdParty Plaintiff Alyssa Chrystie Montalbano. (Attachments: # 1 Exhibit Document 1, # 2 Exhibit Document 2)(Montalbano, Alyssa) (Entered: 10/13/2022) |
| 09/29/2022 | 332 | RESPONSE to 331 Emergency MOTION to Supplement 322 Emergency MOTION to Consolidate Cases *18CV50 & 1:20−CV−00742−DDD−KLM*Emergency MOTION to Stay *Case 18CV50*, 320 MOTION for Joinder filed by Third Party Defendants William Campbell, Brian James Flynn, Christina Gomez, Matthew Grove, Diana Terry. (Attachments: # 1 Exhibit A)(Vilner, Dmitry) (Entered: 09/29/2022) |
| 09/12/2022 | 331 | Emergency MOTION to Supplement 322 Emergency MOTION to Consolidate Cases *18CV50 & 1:20−CV−00742−DDD−KLM*Emergency MOTION to Stay *Case 18CV50*, 320 MOTION for Joinder by Defendant Alyssa Chrystie Montalbano, ThirdParty Plaintiff Alyssa Chrystie Montalbano, Counter Claimant Alyssa Chrystie Montalbano. (Montalbano, Alyssa) (Entered: 09/12/2022) |
| 09/01/2022 | 330 | NOTICE of Entry of Appearance by Matthew Ryan Gardner on behalf of Jay WeidnerAttorney Matthew Ryan Gardner added to party Jay Weidner(pty:dft) (Gardner, Matthew) (Entered: 09/01/2022) |
| 08/30/2022 | 329 | NOTICE OF CASE ASSOCIATION *1:22−CV−02224−KLM* by Alyssa Montalbano, Alyssa Montalbano (Montalbano, Alyssa) (Entered: 08/30/2022) |
| 08/26/2022 | 328 | MINUTE ORDER STRIKING 327 Notice *of Substitution of Counsel* filed by Gaia, Inc., Jay Weidner. Withdrawal of appearance may only be effected by a court order entered after service of a motion to withdraw showing good cause. Mr. Gardner may file an Entry of Appearance that complies with Local Atty. R. 5(a), and Mr. Belzer and Ms. Hoffman may file a motion to withdraw that complies with Local Atty. R. 5(b). SO ORDERED by Judge Daniel D. Domenico on 8/26/2022. Text Only Entry (dddlc1, ) (Entered: 08/26/2022) |
| 08/26/2022 | 327 | **STRICKEN** – NOTICE *of Substitution of Counsel* by Defendants Gaia, Inc., Jay Weidner, Counter Claimant Jay Weidner (Gardner, Matthew) Modified on 8/26/2022 to strike pursuant to 328 Minute Order (athom, ). (Entered: 08/26/2022) |
| 08/19/2022 | 326 | REPLY to Response to 322 Emergency MOTION to Consolidate Cases *18CV50 & 1:20−CV−00742−DDD−KLM*Emergency MOTION to Stay *Case 18CV50* filed by Defendant Alyssa Montalbano, ThirdParty Plaintiff Alyssa Montalbano, Counter Claimant Alyssa Montalbano. (Montalbano, Alyssa) (Entered: 08/19/2022) |
| 08/17/2022 | 325 | RESPONSE to 322 Emergency MOTION to Consolidate Cases *18CV50 & 1:20−CV−00742−DDD−KLM*Emergency MOTION to Stay *Case 18CV50* filed by Third Party Defendants William Campbell, Brian James Flynn, Christina Gomez, Matthew Grove, Diana Terry. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit)(Vilner, Dmitry) (Entered: 08/17/2022) |

| 08/05/2022 | 324 | OBJECTIONS to 323 Order Referring Motion, by Defendant Alyssa Montalbano, ThirdParty Plaintiff Alyssa Montalbano, Counter Claimant Alyssa Montalbano. (Montalbano, Alyssa) (Entered: 08/05/2022) |
|---|---|---|
| 08/05/2022 | 323 | ORDER REFERRING MOTION: 322 Emergency Motion to Consolidate Cases and to Stay *Mesa District Civil State Court, case 18CV50* filed by Alyssa Montalbano. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 8/5/2022. Text Only Entry (dddlc1, ) (Entered: 08/05/2022) |
| 08/05/2022 | 322 | Emergency MOTION to Consolidate Cases *18CV50 & 1:20−CV−00742−DDD−KLM*, Emergency MOTION to Stay *Case 18CV50* by Defendant Alyssa Montalbano, ThirdParty Plaintiff Alyssa Montalbano, Counter Claimant Alyssa Montalbano. (Montalbano, Alyssa) (Entered: 08/05/2022) |
| 08/03/2022 | 321 | Proposed SUMMONS REQUEST re 320 Motion for Joinder as to Thomas D. Seaman by ThirdParty Plaintiff Alyssa Montalbano. (Attachments: # 1 Summons)(Montalbano, Alyssa) Modified on 8/3/2022 to add text (athom, ). (Entered: 08/03/2022) |
| 08/03/2022 | 320 | MOTION for Joinder by Defendant Alyssa Montalbano, ThirdParty Plaintiff Alyssa Montalbano, Counter Claimant Alyssa Montalbano. (Attachments: # 1 Exhibit 1 – TDS Motion Amend Judgment, # 2 Exhibit 2 – Flynn Order, # 3 Exhibit 3 – ACM Objection Order, # 4 Exhibit 4 – TDS Interrogatories, # 5 Exhibit 5 – ACM Objection TDS Motion, # 6 Exhibit 6 – SOS TDS Address)(Montalbano, Alyssa) (Entered: 08/03/2022) |
| 07/15/2022 | 319 | REPLY to Response to 315 Third MOTION to Amend/Correct/Modify 217 Answer to Complaint – *Deprivation Civil Rights* filed by ThirdParty Plaintiff Alyssa Montalbano. (Montalbano, Alyssa) (Entered: 07/15/2022) |
| 07/12/2022 | 318 | Response and OBJECTION/Appeal of Magistrate Judge Decision to District Court re 316 Order on Motion for Recusal by Defendant Alyssa Montalbano, ThirdParty Plaintiff Alyssa Montalbano, Counter Claimant Alyssa Montalbano. (Montalbano, Alyssa) Modified on 7/14/2022 to correct event and text (athom, ). (Entered: 07/12/2022) |
| 07/08/2022 | 317 | RESPONSE to 315 Third MOTION to Amend/Correct/Modify 217 Answer to Complaint – *Deprivation Civil Rights Pursuant to FRCP 15(a)(2)* filed by Third Party Defendants William Campbell, Brian James Flynn, Christina Gomez, Matthew Grove, Diana Terry. (Vilner, Dmitry) (Entered: 07/08/2022) |
| 07/05/2022 | 316 | ORDER by Magistrate Judge Kristen L. Mix on July 5, 2022. IT IS HEREBY ORDERED that the Motion 303 is DENIED.(csarr, ) (Entered: 07/05/2022) |
| 06/30/2022 | 315 | Third MOTION to Amend/Correct/Modify 217 Answer to Complaint – *Deprivation Civil Rights* by ThirdParty Plaintiff Alyssa Montalbano, Counter Claimant Alyssa Montalbano. (Attachments: # 1 Proposed Document Clean TACC Deprivation Rights, # 2 Proposed Document Redline TACC Deprivation Rights, # 3 Exhibit 1 – Mesa Exhibits AQ–AY, # 4 Exhibit 2– Mesa Exhibits AM AO AP, # 5 Exhibit 3 – Mesa Aug 2019 Motion Amend Complaint, # 6 Exhibit 4 – Mesa Rule on Motions Exhibit AZ, # 7 Exhibit 5 – Mesa Exhibits CK –CO, # 8 Exhibit 6 – Mesa Motion Sanctions and Exhibits, # 9 Exhibit 7 – Mesa Motion Scheduling Hearing, # 10 Exhibit 8 – Mesa Second Motion Claim Constitutional Rights, # 11 Exhibit 9 – Mesa Motion Injunctive Relief IP declaration, # 12 Exhibit 10 – Mesa Motion recuse, # 13 Exhibit 11 – Mesa Notice Disqualification Judge)(Montalbano, Alyssa) (Entered: |

| | | 06/30/2022) |
|---|---|---|
| 06/23/2022 | 314 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on June 23, 2022. This matter is before the Court on Third–Party Defendants David Wilcock and The Wilcock Spiritual Healing and Empowerment Foundation's unopposed Joint Motion for Extension of Deadline to Respond to Montalbano's Counterclaims 312 (the "Motion"). IT IS HEREBY ORDERED that the Motion 312 is GRANTED. The deadline for Third–Party Defendants David Wilcock and The Wilcock Spiritual Healing and Empowerment Foundation to answer or otherwise respond to Third–Party Plaintiff Alyssa Montalbano's operative counterclaims is extended to 14 days after an order issues on Ms. Montalbano's Partially Opposed Third Motion to Amend Counterclaims Complaint, RICO Claims, Pursuant [to] FRCP 15(a)(2) 308 .(csarr, ) (Entered: 06/23/2022) |
| 06/15/2022 | 313 | ORDER REFERRING MOTION: 312 Joint Motion for Extension of Time to File Answer or Otherwise Respond filed by Wilcock Spiritual Healing and Empowerment Foundation, The, David Wilcock. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 6/15/2022. Text Only Entry (dddlc1, ) (Entered: 06/15/2022) |
| 06/10/2022 | 312 | Joint MOTION for Extension of Time to File Answer or Otherwise Respond re 217 Answer to Complaint, 308 Third MOTION to Amend/Correct/Modify 217 Answer to Complaint by Third Party Defendants David Wilcock, Wilcock Spiritual Healing and Empowerment Foundation, The. (Yanaros, Valerie) (Entered: 06/10/2022) |
| 06/10/2022 | 311 | NOTICE of Entry of Appearance by Valerie Ann Yanaros on behalf of David Wilcock, Wilcock Spiritual Healing and Empowerment Foundation, The (Yanaros, Valerie) (Entered: 06/10/2022) |
| 06/09/2022 | 310 | Conventionally Submitted Material : 1 CD – Video Exhibits to Third MOTION to Amend/Correct/Modify 217 Answer to Complaint 308 by ThirdParty Plaintiff Alyssa Montalbano, Counter Claimant Alyssa Montalbano. Material placed in the oversized filing area A–1–4 of the Clerk's Office. Text Only Entry (athom, ) (Entered: 06/09/2022) |
| 06/07/2022 | 309 | Statement of Conferral re *Montalbano's Partially Opposed Third Motion to Amend Counterclaims Complaint [DOC. 308]* by Third Party Defendants William Campbell, Brian James Flynn, Christina Gomez, Matthew Grove, Diana Terry. (Vilner, Dmitry) Modified on 6/9/2022 to correct event text (athom, ). (Entered: 06/07/2022) |
| 06/06/2022 | 308 | Third MOTION to Amend/Correct/Modify 217 Answer to Complaint by ThirdParty Plaintiff Alyssa Montalbano, Counter Claimant Alyssa Montalbano. (Attachments: # 1 Proposed Document RICO Redline, # 2 Proposed Document RICO Clean, # 3 Exhibit 1 – ES Photo Fraud, # 4 Exhibit 2 – Goode & Taresa Yanaros, # 5 Exhibit 3 – TY ACM Texts, # 6 Exhibit 4 – Mesa Court Exhibit CI, # 7 Exhibit 5 – Darling v Goode Complaint, # 8 Exhibit 6 – Salla Book Goode SSP Fraud, # 9 Exhibit 7 – VIDEO Nichols, # 10 Exhibit 8 – K Spaceship Art, # 11 Exhibit 9 – VIDEO Howe, # 12 Exhibit 10 – Bonnie Meyer Blue Bird Book, # 13 Exhibit 11 – VIDEO Brain Computer Experts, # 14 Exhibit 12 – DW ES Fraud Attack, # 15 Exhibit 13 – Cohen on ES)(Montalbano, Alyssa) (Entered: 06/06/2022) |
| 05/20/2022 | 307 | STIPULATION for Extension of Time to Answer or Respond to the Complaint by Third Party Defendants Wilcock Spiritual Healing and Empowerment Foundation, The, David Wilcock. Wilcock Spiritual Healing and Empowerment Foundation, The answer due 6/10/2022; David Wilcock answer due 6/10/2022. (Yanaros, Valerie) |

| | | |
|---|---|---|
| | | (Entered: 05/20/2022) |
| 05/20/2022 | 306 | NOTICE of Entry of Appearance by Valerie Ann Yanaros on behalf of David Wilcock, Wilcock Spiritual Healing and Empowerment Foundation, TheAttorney Valerie Ann Yanaros added to party David Wilcock(pty:3pd), Attorney Valerie Ann Yanaros added to party Wilcock Spiritual Healing and Empowerment Foundation, The(pty:3pd) (Yanaros, Valerie) (Entered: 05/20/2022) |
| 05/05/2022 | 305 | ORDER REFERRING MOTION: 303 First Motion for Recusal *of Magistrate Mix* filed by Alyssa Montalbano. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 5/5/2022. Text Only Entry (dddlc1, ) (Entered: 05/05/2022) |
| 05/03/2022 | 304 | SUMMONS Returned Executed by Alyssa Montalbano. David Wilcock served on 4/29/2022, answer due 5/20/2022; Wilcock Spiritual Healing and Empowerment Foundation, The served on 4/29/2022, answer due 5/20/2022. (Montalbano, Alyssa) (Entered: 05/03/2022) |
| 05/03/2022 | 303 | First MOTION for Recusal *of Magistrate Mix* by Defendant Alyssa Montalbano, ThirdParty Plaintiff Alyssa Montalbano, Counter Claimant Alyssa Montalbano. (Montalbano, Alyssa) (Entered: 05/03/2022) |
| 04/29/2022 | 302 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 04/29/2022. IT IS HEREBY ORDERED that the Motion 295 is DENIED without prejudice.(alave, ) (Entered: 04/29/2022) |
| 04/29/2022 | 301 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 04/29/2022. IT IS HEREBY ORDERED that the Motion 297 is DENIED.(alave, ) (Entered: 04/29/2022) |
| 04/29/2022 | 300 | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL by Magistrate Judge Kristen L. Mix on 04/29/2022. It is hereby ORDERED that Ms. Montalbanos Motion 278 is DENIED without prejudice.(alave, ) (Entered: 04/29/2022) |
| 04/25/2022 | 299 | SUMMONSES issued by Clerk. (athom, ) (Entered: 04/25/2022) |
| 04/13/2022 | 298 | ORDER REFERRING MOTION: 297 First Motion to Clarify re 293 Order on Motion for Extension of Time to File filed by Alyssa Montalbano. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 4/13/2022. Text Only Entry (dddlc1, ) (Entered: 04/13/2022) |
| 04/13/2022 | 297 | First MOTION to Clarify re 293 Order on Motion for Extension of Time to File, by ThirdParty Plaintiff Alyssa Montalbano. (Montalbano, Alyssa) (Entered: 04/13/2022) |
| 04/12/2022 | 296 | ORDER REFERRING MOTION: 295 Motion for Discovery *Motion for JUDICIAL NOTICE* filed by Alyssa Montalbano. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 4/12/2022. Text Only Entry (dddlc1, ) (Entered: 04/12/2022) |
| 04/12/2022 | 295 | MOTION for Discovery *Motion for JUDICIAL NOTICE* by Defendant Alyssa Montalbano, ThirdParty Plaintiff Alyssa Montalbano, Counter Claimant Alyssa Montalbano. (Attachments: # 1 Exhibit PLAC Cert, # 2 Exhibit US Const. Article 6, # 3 Exhibit Colo. Const. Bill of Rights, # 4 Exhibit Colo. Const. Art. 12 sec 8, 10, # 5 Exhibit US Const. Art. 1 sec 8, # 6 Exhibit US Const. Art 1 sec 9, # 7 Exhibit US Const. 17th Amend.)(Montalbano, Alyssa) (Entered: 04/12/2022) |

| 04/12/2022 | 294 | REPLY to Response to Objection to 283 Report and Recommendations,,,, filed by ThirdParty Plaintiff Alyssa Montalbano, Counter Claimant Alyssa Montalbano. (Attachments: # 1 Exhibit VYW CG emails no read, # 2 Exhibit Campbell Court News)(Montalbano, Alyssa) (Entered: 04/12/2022) |
|---|---|---|
| 04/08/2022 | 293 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 04/08/2022. IT IS HEREBY ORDERED that the Motion to Extend Time to Serve Third Party Defendants David Wilcock and Wilcock Foundation 275 is GRANTED. The deadline for Third–Party Plaintiff Alyssa Montalbano to serve David Wilcock and the Wilcock Foundation with the Amended Third–Party Complaint, accompanying exhibits, and summons is extended to May 9, 2022.(alave, ) (Entered: 04/08/2022) |
| 04/05/2022 | 292 | Third MOTION to Amend/Correct/Modify 217 Answer to Complaint /Counterclaims by ThirdParty Plaintiff Alyssa Montalbano, Counter Claimant Alyssa Montalbano. (Montalbano, Alyssa) (Entered: 04/05/2022) |
| 04/05/2022 | 291 | RESPONSE to Objection to 283 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE re 233 MOTION to Dismiss Second Amended Counterclaims filed by Valerie Yanaros Wilde, Light Warrior Legal Fund, LLC, 227 Renewed MOTION to Dismiss Amended Counterclaims filed by filed by Third Party Defendants William Campbell, Brian James Flynn, Christina Gomez, Matthew Grove, Diana Terry. (Vilner, Dmitry) (Entered: 04/05/2022) |
| 03/23/2022 | 290 | OBJECTION to 283 Report and Recommendations filed by ThirdParty Plaintiff Alyssa Montalbano, Counter Claimant Alyssa Montalbano. (Attachments: # 1 Exhibit Salla Books Goode Frauds)(Montalbano, Alyssa) (Entered: 03/23/2022) |
| 03/20/2022 | 289 | Third Party Plaintiff Alyssa Montalbano OBJECTION to 286 Order on Motion to Lift Stay, Objection by Third Party Plaintiff Alyssa Montalbano, Counter Claimant Alyssa Montalbano. (Montalbano, Alyssa) Modified on 4/6/2022 to edit event type per chambers. (sphil, ). (Entered: 03/20/2022) |
| 03/17/2022 | 288 | ORDER. Third–Party Plaintiff Alyssa Montalbano's Response to Recommendation(Doc. 281 ) is OVERRULED WITHOUT PREJUDICE. The Recommendation of United States Magistrate Judge (Doc. 274 ) is ACCEPTED and ADOPTED. The Clerk of Court is directed to SET ASIDE the Entry of Default as to David Wilcock and The Wilcock Spiritual Healing and Empowerment Foundation (Doc. 219 ). Third–Party Plaintiff Alyssa Montalbano's Motion for Clerk's Entry of Default and Default Judgment Against David Wilcock and Wilcock Foundation Pursuant to Fed. R. Civ. P. 55(a) and (b)(1), Fed. R. Civ. P. 12(a)(1)(B), and Fed. R. Civ. P. 4(d), (e), and (h) (Doc. 218 ) is DENIED WITHOUT PREJUDICE. By Judge Daniel D. Domenico on 03/17/2022. (athom, ) (Entered: 03/17/2022) |
| 03/08/2022 | 287 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 03/08/2022. IT IS HEREBY ORDERED that the Motion 280 is GRANTED. The Clerk of the Court is directed to maintain the following document UNDER RESTRICTION at LEVEL 2: Exhibits A–B 279 .(alave, ) (Entered: 03/09/2022) |
| 03/08/2022 | 286 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 03/08/2022. IT IS HEREBY ORDERED that the PartiallyOpposed Motion to Lift Stay of Discovery 262 is DENIED. A Recommendation regarding Ms. Montalbano's claims is currently pending before the District Judge. If the Recommendation is accepted, many of Ms. Montalbano's claims will be dismissed. The Court finds it appropriate to wait until it is clear which claims will proceed in this matter before lifting the stay of discovery.(alave, ) (Entered: 03/09/2022) |

| 03/08/2022 | 285 | ORDER GRANTING IN PART 284 Motion for Extension of Time and to Exceed Word Limit. Defendant Alyssa Montalbano's objections, if any, to 283 Recommendation of United States Magistrate Judge must be filed on or before 3/23/2022 and must not exceed 8,000 words. SO ORDERED by Judge Daniel D. Domenico on 3/8/2022. Text Only Entry (dddlc1, ) (Entered: 03/08/2022) |
|---|---|---|
| 03/07/2022 | 284 | First MOTION for Extension of Time to File Response/Reply as to 283 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE re 233 MOTION to Dismiss *Second Amended Counterclaims* filed by Valerie Yanaros Wilde, Light Warrior Legal Fund, LLC, 227 Renewed MOTION to Dismiss *Amended Counterclaims* filed by by ThirdParty Plaintiff Alyssa Montalbano, Counter Claimant Alyssa Montalbano. (Montalbano, Alyssa) (Entered: 03/07/2022) |
| 02/28/2022 | 283 | RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE by Magistrate Judge Kristen L. Mix on 02/28/2022. IT IS HEREBY RECOMMENDED that the State Defendants' Motion 222 be GRANTED and that all claims against Defendants Flynn, Grove, Gomez, Terry, and Campbell be DISMISSED as outlined above. IT IS FURTHER RECOMMENDED that Ms. Lorie's Motion 221 be GRANTED in part and DENIED without prejudice in part, and that all claims against Ms. Lorie be DISMISSED, as outlined above, and that Ms. Lorie be DISMISSED from this lawsuit. IT IS FURTHER RECOMMENDED that Mr. Goode and GES's Motion 227 be GRANTED in part and DENIED without prejudice in part, and that all claims against GES be DISMISSED, as outlined above, that GES be DISMISSED as a Counter Defendant in this lawsuit, and that all claims except for Ms. Montalbano's Claim Ten (defamation) against Mr. Goode be DISMISSED. IT IS FURTHER RECOMMENDED that LWLF and Ms. Yanaros's Motion 233 be GRANTED in part and DENIED without prejudice in part, that all claims against LWLF and Ms. Yanaros be DISMISSED, as outlined above, and that LWLF and Ms. Yanaros be DISMISSED from this lawsuit. (alave, ) (Entered: 02/28/2022) |
| 02/23/2022 | 282 | ORDER REFERRING MOTIONS: 278 First Motion to Appoint Pro Bono Counsel – Motion to Appoint Counsel and 280 First Motion for Leave to Restrict filed by Alyssa Montalbano. Motions referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 2/23/2022. Text Only Entry (dddlc1, ) (Entered: 02/23/2022) |
| 02/23/2022 | 281 | OBJECTION to 274 Report and Recommendations filed by ThirdParty Plaintiff Alyssa Montalbano. (Montalbano, Alyssa) (Entered: 02/23/2022) |
| 02/22/2022 | 280 | First MOTION for Leave to Restrict by Defendant Alyssa Montalbano, ThirdParty Plaintiff Alyssa Montalbano, Counter Claimant Alyssa Montalbano. (Montalbano, Alyssa) (Entered: 02/22/2022) |
| 02/22/2022 | 279 | RESTRICTED DOCUMENT – Level 2: by Defendant Alyssa Montalbano, ThirdParty Plaintiff Alyssa Montalbano, Counter Claimant Alyssa Montalbano.. (Montalbano, Alyssa) (Entered: 02/22/2022) |
| 02/22/2022 | 278 | First MOTION to Appoint Pro Bono Counsel –, MOTION to Appoint Counsel by Defendant Alyssa Montalbano, ThirdParty Plaintiff Alyssa Montalbano, Counter Claimant Alyssa Montalbano. (Attachments: # 1 Exhibit Chile Neuro Rights Law)(Montalbano, Alyssa) (Entered: 02/22/2022) |
| 02/18/2022 | 277 | ORDER REFERRING MOTION: 275 Motion for Extension of Time to *Serve David Wilcock and WILCOCK FOUNDATION* filed by Alyssa Montalbano. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 2/18/2022. Text Only Entry (dddlc1, ) (Entered: 02/18/2022) |

| 02/17/2022 | 276 | SUMMONS REQUEST as to David Wilcock WILCOCK FOUNDATION re 217 Answer to Complaint by ThirdParty Plaintiff Alyssa Montalbano. (Attachments: # 1 Summons DW and WF)(Montalbano, Alyssa) (Entered: 02/17/2022) |
|---|---|---|
| 02/17/2022 | 275 | MOTION for Extension of Time to *Serve David Wilcock and WILCOCK FOUNDATION* by ThirdParty Plaintiff Alyssa Montalbano. (Montalbano, Alyssa) (Entered: 02/17/2022) |
| 02/14/2022 | 274 | RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE by Magistrate Judge Kristen L. Mix on 02/14/2022. IT IS HEREBY RECOMMENDED that the Motion 218 be DENIED without prejudice and that the Clerk of Court's Entry of Default 219 as to Mr. Wilcock and the Wilcock Spiritual Healing and Empowerment Foundation be STRICKEN. (alave, ) (Entered: 02/15/2022) |
| 01/16/2022 | 273 | REPLY to Response to 262 First MOTION to Lift Stay filed by ThirdParty Plaintiff Alyssa Montalbano, Counter Claimant Alyssa Montalbano. (Attachments: # 1 Exhibit VY Yrs Exp)(Montalbano, Alyssa) (Entered: 01/16/2022) |
| 01/11/2022 | 272 | REPLY to Response to 262 First MOTION to Lift Stay filed by ThirdParty Plaintiff Alyssa Montalbano. (Attachments: # 1 Exhibit Weidner Retirement)(Montalbano, Alyssa) (Entered: 01/11/2022) |
| 01/04/2022 | 271 | Third Party Plaintiff SURREPLY to 243 Reply re: 221 MOTION to Dismiss Party *Elizabeth Lorie* filed by ThirdParty Plaintiff Alyssa Montalbano. (Attachments: # 1 Exhibit A)(agarc, ) (Entered: 01/05/2022) |
| 01/04/2022 | 270 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 1/4/2022. The Motion [# 248 ] is GRANTED. The Clerk of Court shall accept and separately file on the electronic docket Third–Party Plaintiff Alyssa Montalbano's Surreply [#248–1] and accompanying Exhibit A [#248–2] in connection with Elizabeth Lorie's Motion to Dismiss [#221]. (agarc, ) (Entered: 01/05/2022) |
| 12/31/2021 | 269 | RESPONSE to 262 First MOTION to Lift Stay filed by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc., Third Party Defendants Light Warrior Legal Fund, LLC, Valerie Yanaros Wilde. (Yanaros, Valerie) (Entered: 12/31/2021) |
| 12/30/2021 | 268 | RESPONSE to 262 First MOTION to Lift Stay filed by Defendant Jay Weidner. (Hoffmann, Ashlee) (Entered: 12/30/2021) |
| 12/28/2021 | 267 | REPLY to Response to 262 First MOTION to Lift Stay filed by ThirdParty Plaintiff Alyssa Montalbano. (Montalbano, Alyssa) (Entered: 12/28/2021) |
| 12/22/2021 | 266 | NOTICE of Entry of Appearance by Alicia Margaret Reinken on behalf of Elizabeth LorieAttorney Alicia Margaret Reinken added to party Elizabeth Lorie(pty:3pd) (Reinken, Alicia) (Entered: 12/22/2021) |
| 12/20/2021 | 265 | ORDER REFERRING MOTION: 262 First Motion to Lift Stay filed by Alyssa Montalbano. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 12/20/2021. Text Only Entry (dddlc1, ) (Entered: 12/20/2021) |
| 12/17/2021 | 264 | RESPONSE to 262 First MOTION to Lift Stay *of Discovery* filed by Third Party Defendants William Campbell, Brian James Flynn, Christina Gomez, Matthew Grove, Diana Terry. (Vilner, Dmitry) (Entered: 12/17/2021) |
| 12/13/2021 | 263 | Conventionally Submitted Material : 1 CD – Exhibit 1 and Exhibit 10 to First MOTION to Lift Stay 262 by Defendant Alyssa Montalbano, ThirdParty Plaintiff |

| | | |
|---|---|---|
| | | Alyssa Montalbano, Counter Claimant Alyssa Montalbano. Material placed in the oversized filing area A−1−2 of the Clerk's Office. Text Only Entry (athom, ) (Entered: 12/14/2021) |
| 12/10/2021 | 262 | First MOTION to Lift Stay by Defendant Alyssa Montalbano, ThirdParty Plaintiff Alyssa Montalbano, Counter Claimant Alyssa Montalbano. (Attachments: # 1 Exhibit 1 – NOTICE Conventional Video Filing DW Hover Cars, # 2 Exhibit 2 – ACM IP Record, # 3 Exhibit 3 – MM Death, # 4 Exhibit 4 – MM Email 03.19.18, # 5 Exhibit 5 – MM Email 11.17.19, # 6 Exhibit 6 – MM Senate Testify, # 7 Exhibit 7 – MM Email 03.21.18, # 8 Exhibit 8 – MM Email 03.19.18, # 9 Exhibit 9 – MM Email 01.15.18, # 10 Exhibit 10 – NOTICE Conventional Video Filing Sather on CG DW)(Montalbano, Alyssa) (Entered: 12/10/2021) |
| 10/29/2021 | 261 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 10/29/2021. IT IS HEREBY ORDERED that the Motion to Strike Motion to [File] Surreply of Alyssa Montalbano and the Accompanying Surreply 250 is denied. (Entered: 10/29/2021) |
| 10/22/2021 | 260 | Exhibits in Support of 194 Restricted Document – Level 2 *public versions of Exhibits A through E* by Defendant Gaia, Inc.. (Dingerson, Daniel) (Entered: 10/22/2021) |
| 10/14/2021 | 259 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 10/14/2021. IT IS HEREBY ORDERED that the Motion to Exceed Word Limit Imposed by DDD Civ. P.S. III(A)(1) 244 is deemed WITHDRAWN and the Clerk of Court shall terminate the gavel on the Motion 244 .(alave, ) (Entered: 10/15/2021) |
| 10/14/2021 | 258 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 10/14/2021. IT IS HEREBY ORDERED that the Motion to Stay 228 is GRANTED to the extent that: IT IS FURTHER ORDERED that the Motion for Default 218 is DENIED without prejudice in part to the extent Ms. Montalbano seeks entry of default judgment against Mr. Wilcock. Because the remainder of the Motion for Default 218 explicitly seeks entry of default judgment under Fed. R. Civ. P. 55(b)(1) as to Wilcock Spiritual Healing and Empowerment Foundation, because, according to Ms. Montalbano, she seeks a sum certain against that party, the Clerk of Court must make the determination whether entry of default judgment is appropriate. Accordingly, IT IS FURTHER ORDERED that the Clerk of Court shall determine the remaining portion of the Motion for Default 218 concerning the appropriateness of entry of default judgment under Fed. R. Civ. P. 55(b)(1) as to Wilcock Spiritual Healing and Empowerment Foundation.(alave, ) (Entered: 10/15/2021) |
| 10/14/2021 | 257 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 10/14/2021. IT IS HEREBY ORDERED that the Motion to Restrict Access Pursuant to Local Rule 7.2(c) 198 is GRANTED in part, as follows. IT IS FURTHER ORDERED that the Clerk of the Court is directed to maintain the following document UNDER RESTRICTION at LEVEL 2:1 Exhibits A−E 194 . IT IS FURTHER ORDERED that, no later than October 22, 2021, Defendant Gaia Inc. shall file public versions of Exhibits A through E with the following portions only remaining redacted: (1) regarding Exhibit A, the 2015 Contract shall have paragraphs 6(A)−(C) (concerning compensation) fully redacted; (2) regarding Exhibit B, the 2016 Contract shall have paragraphs 6(A)−(E) (concerning compensation) fully redacted; (3) regarding Exhibit C, the August 2017 Amendment shall have Section II (concerning compensation and amending sub−paragraphs from section 6 of the 2016 Contract) fully redacted; (4) regarding Exhibit D, the November 2017 Amendment shall have Section II (concerning compensation and amending a sub−paragraph from section 6 of the 2016 Contract) fully redacted; and (5) regarding Exhibit E, the Relocation Benefit |

| | | |
|---|---|---|
| | | Agreement shall have paragraphs 2 and 3 (concerning compensation) fully redacted.(alave, ) (Entered: 10/15/2021) |
| 09/08/2021 | 256 | REPLY to Response to 233 MOTION to Dismiss *Second Amended Counterclaims* filed by Third Party Defendants Light Warrior Legal Fund, LLC, Valerie Yanaros Wilde. (Attachments: # 1 Exhibit)(Yanaros, Valerie) (Entered: 09/08/2021) |
| 08/27/2021 | 255 | RESPONSE to 250 MOTION to Strike 248 MOTION for Leave to *Surreply to* 243 Reply to Response to Motion *to Dismiss* filed by ThirdParty Plaintiff Alyssa Montalbano. (Montalbano, Alyssa) (Entered: 08/27/2021) |
| 08/25/2021 | 254 | RESPONSE to 233 MOTION to Dismiss *Second Amended Counterclaims* filed by ThirdParty Plaintiff Alyssa Montalbano. (Attachments: # 1 Exhibit LWLF, # 2 Exhibit Emails ACM CG, # 3 Exhibit SLAPP Laws, # 4 Exhibit Email VY ACM, # 5 Exhibit Declaration, # 6 Exhibit Rule 60 Motion 2–12–20, # 7 Exhibit Notice)(Montalbano, Alyssa) (Entered: 08/25/2021) |
| 08/19/2021 | 253 | REPLY to Response to 222 MOTION to Dismiss *Montalbano's Counterclaims Complaint In support of Motion to Dismiss* filed by Third Party Defendants William Campbell, Brian James Flynn, Christina Gomez, Matthew Grove, Diana Terry. (Vilner, Dmitry) (Entered: 08/19/2021) |
| 08/12/2021 | 252 | ORDER Adopting 236 Recommendation of United States Magistrate Judge. Defendant Clif High's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) (Doc. 114 ) is GRANTED. Plaintiffs' claims against Defendant Clif High are DISMISSED WITHOUT PREJUDICE. By Judge Daniel D. Domenico on 08/12/2021. (athom, ) (Entered: 08/12/2021) |
| 08/12/2021 | 251 | ORDER REFERRING MOTION: 250 Motion to Strike 248 Motion for Leave to *Surreply to* 243 Reply to Response to Motion *to Dismiss* filed by Elizabeth Lorie. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 8/12/2021. Text Only Entry (dddlc1, ) (Entered: 08/12/2021) |
| 08/12/2021 | 250 | MOTION to Strike 248 MOTION for Leave to *Surreply to* 243 Reply to Response to Motion *to Dismiss* by ThirdParty Defendant Elizabeth Lorie. (Attachments: # 1 Proposed Order (PDF Only) re Third Party Defendant Elizabeth Lories Motion to Strike Motion to Surreply of Alyssa Montalbano and the Accompanying Surreply)(Murphy, Timothy) (Entered: 08/12/2021) |
| 08/11/2021 | 249 | ORDER REFERRING MOTION: 248 Motion for Leave to *Surreply to* 243 Reply to Response to Motion filed by Alyssa Montalbano. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 8/11/2021. Text Only Entry (dddlc1, ) (Entered: 08/11/2021) |
| 08/10/2021 | 248 | MOTION for Leave to *Surreply to* 243 Reply to Response to Motion by ThirdParty Plaintiff Alyssa Montalbano. (Attachments: # 1 Proposed Document Exhibit 1 – Surreply, # 2 Exhibit A – Boulder Complaint pgs)(Montalbano, Alyssa) (Entered: 08/10/2021) |
| 08/05/2021 | 247 | RESPONSE to 222 MOTION to Dismiss *Montalbano's Counterclaims Complaint* filed by ThirdParty Plaintiff Alyssa Montalbano. (Attachments: # 1 Exhibit 1–Indiana Trial Rules, # 2 Exhibit 2–Foster Flynn Case, # 3 Exhibit 3–CJD Rules, # 4 Exhibit 4–CJD 3x Complaints, # 5 Exhibit 5–CJD Colo Const, # 6 Exhibit 6–Orders Sept 2020, # 7 Exhibit 7–Appeals Rules, # 8 Exhibit 8–18CV50 Cover Sheet, # 9 Exhibit 9–Flynn Oath, # 10 Exhibit 10–Mesa Illustr Filings, # 11 Exhibit |

| | | |
|---|---|---|
| | | 11–SAC1 SAC2, # 12 Exhibit 12–Original Complaint, # 13 Exhibit 13–CRS No Judicial, # 14 Exhibit 14–CGIA overview, # 15 Exhibit 15–Notice Sightler, # 16 Exhibit 16–Notice 22 Judges, # 17 Exhibit 17–emails)(Montalbano, Alyssa) (Entered: 08/05/2021) |
| 08/04/2021 | 246 | NOTICE re 244 MOTION for Leave to File Excess Pages *WITHDRAWAL* by ThirdParty Plaintiff Alyssa Montalbano (Montalbano, Alyssa) (Entered: 08/04/2021) |
| 08/02/2021 | 245 | ORDER REFERRING MOTION: 244 Motion for Leave to File Excess Pages filed by Alyssa Montalbano. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 8/2/2021. Text Only Entry (dddlc1, ) (Entered: 08/02/2021) |
| 08/02/2021 | 244 | MOTION for Leave to File Excess Pages by ThirdParty Plaintiff Alyssa Montalbano. (Montalbano, Alyssa) (Entered: 08/02/2021) |
| 07/28/2021 | 243 | REPLY to Response to 221 MOTION to Dismiss Party *Elizabeth Lorie* filed by ThirdParty Defendant Elizabeth Lorie. (Murphy, Timothy) (Entered: 07/28/2021) |
| 07/27/2021 | 242 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 07/27/2021. IT IS HEREBY ORDERED that the Motions # 237 , # 239 are GRANTED. Third– Party Alyssa Montalbano shall respond to Third–Party Defendants Light Warrior Legal Fund, LLC and Valerie Yanaros Motion to Dismiss Under F.R.C.P. 12(b)(6) and 12(b)(1)# 233 no later than August 26, 2021. Third–Party Defendant Elizabeth Lorie shall file a Reply in support of her Motion to Dismiss # 221 no later than August 4, 2021. (alave, ) (Entered: 07/28/2021) |
| 07/27/2021 | 241 | REPLY to Response to 227 Renewed MOTION to Dismiss *Amended Counterclaims* filed by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Yanaros, Valerie) (Entered: 07/27/2021) |
| 07/27/2021 | 240 | ORDER REFERRING MOTION: 239 Motion for Extension of Time to File Response/Reply as to 221 Motion to Dismiss Party *Elizabeth Lorie* filed by Elizabeth Lorie. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 7/27/2021. Text Only Entry (dddlc1, ) (Entered: 07/27/2021) |
| 07/26/2021 | 239 | MOTION for Extension of Time to File Response/Reply as to 221 MOTION to Dismiss Party *Elizabeth Lorie* by ThirdParty Defendant Elizabeth Lorie. (Attachments: # 1 Proposed Order (PDF Only))(Murphy, Timothy) Modified on 10/21/2021 ECF 242 . (alave, ). (Entered: 07/26/2021) |
| 07/21/2021 | 238 | ORDER REFERRING MOTION: 237 First Motion for Extension of Time to File Response/Reply as to 233 Motion to Dismiss *Second Amended Counterclaims* filed by Alyssa Montalbano. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 7/21/2021. Text Only Entry (dddlc1, ) (Entered: 07/21/2021) |
| 07/21/2021 | 237 | First MOTION for Extension of Time to File Response/Reply as to 233 MOTION to Dismiss *Second Amended Counterclaims* by Third Party Plaintiff Alyssa Montalbano. (Montalbano, Alyssa) Modified on 10/21/2021 pursuant to ECF 242 . (alave, ). (Entered: 07/21/2021) |
| 07/16/2021 | 236 | RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE re 114 MOTION to Dismiss filed by Clif High. The Court respectfully RECOMMENDS that the Motion # 114 be GRANTED, by Magistrate Judge Kristen L. Mix on 7/16/2021. (jgonz, ) (Entered: 07/19/2021) |
| 07/16/2021 | 235 | |

| | | |
|---|---|---|
| | | ORDER REFERRING MOTION: 233 Motion to Dismiss *Second Amended Counterclaims* filed by Valerie Yanaros Wilde, Light Warrior Legal Fund, LLC. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 7/16/2021. Text Only Entry (dddlc1, ) (Entered: 07/16/2021) |
| 07/16/2021 | 234 | MINUTE ORDER granting 223 Unopposed Motion for Extension of Time. Third–Party Alyssa Montalbano shall respond to the Motion to Dismiss Alyssa Chrystie Montalbanos Counterclaims Complaint # 222 no later than August 6, 2021, by Magistrate Judge Kristen L. Mix on 7/16/2021.(jgonz, ) (Entered: 07/16/2021) |
| 07/15/2021 | 233 | MOTION to Dismiss *Second Amended Counterclaims* by Third Party Defendants Light Warrior Legal Fund, LLC, Valerie Yanaros Wilde. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Yanaros, Valerie) (Entered: 07/15/2021) |
| 07/14/2021 | 232 | Conventionally Submitted Material : 1 CD – Exhibit 1 to Response to Motion, 231 by Counter Claimant Alyssa Montalbano. Material placed in the oversized filing area A–1–1 of the Clerk's Office. Text Only Entry (athom, ) Modified on 7/15/2021 to add text (athom, ). (Entered: 07/15/2021) |
| 07/13/2021 | 231 | RESPONSE to 227 Renewed MOTION to Dismiss *Amended Counterclaims* filed by Counter Claimant Alyssa Montalbano. (Attachments: # 1 Exhibit 1 – NOTICE Conventional Video Filing, # 2 Exhibit 2 – Trade Secret Evidence)(Montalbano, Alyssa) (Entered: 07/13/2021) |
| 07/12/2021 | 230 | NOTICE of Change of Address/Contact Information by Valerie Ann Yanaros (Yanaros, Valerie) (Entered: 07/12/2021) |
| 07/07/2021 | 229 | ORDER REFERRING MOTIONS: 227 Renewed Motion to Dismiss *Amended Counterclaims* filed by James Corey Goode, Goode Enterprise Solutions, Inc. and 228 Motion to Stay re Motion for Default Judgment as to *David Wilcock and WILCOCK FOUNDATION* filed by Alyssa Montalbano. Motions referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 7/7/2021. Text Only Entry (dddlc1, ) (Entered: 07/07/2021) |
| 07/07/2021 | 228 | MOTION to Stay re 218 MOTION for Entry of Default as to *David Wilcock and WILCOCK FOUNDATION* MOTION for Default Judgment as to *David Wilcock and WILCOCK FOUNDATION* by ThirdParty Plaintiff Alyssa Montalbano. (Montalbano, Alyssa) (Entered: 07/07/2021) |
| 07/02/2021 | 227 | Renewed MOTION to Dismiss *Amended Counterclaims* by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Yanaros, Valerie) (Entered: 07/02/2021) |
| 07/02/2021 | 226 | STIPULATION for Extension of Time to Answer or Respond to the Complaint */Amended Counterclaims* by Third Party Defendants Valerie Yanaros Wilde, Light Warrior Legal Fund, LLC. Valerie Yanaros Wilde answer due 7/23/2021; Light Warrior Legal Fund, LLC answer due 7/23/2021. (Yanaros, Valerie) (Entered: 07/02/2021) |
| 07/02/2021 | 225 | RESPONSE to 221 MOTION to Dismiss Party *Elizabeth Lorie* filed by ThirdParty Plaintiff Alyssa Montalbano. (Attachments: # 1 Exhibit DW USPS Refusal, # 2 Exhibit Lorie Legal Extortion, # 3 Exhibit Patent remote brain monitoring, # 4 Exhibit HAVANA Act Neuroweapons)(Montalbano, Alyssa) (Entered: 07/02/2021) |
| 07/01/2021 | 224 | |

| | | |
|---|---|---|
| | | ORDER REFERRING MOTIONS: 221 Motion to Dismiss Party *Elizabeth Lorie* filed by Elizabeth Lorie; 222 Motion to Dismiss *Montalbano's Counterclaims Complaint* filed by Christina Gomez, William Campbell, Diana Terry, Matthew Grove, Brian James Flynn; and 223 First Motion for Extension of Time to File Response to Motion to Dismiss *Montalbano's Counterclaims Complaint* filed by Alyssa Montalbano. Motions referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 7/1/2021. Text Only Entry (dddlc1, ) (Entered: 07/01/2021) |
| 06/29/2021 | 223 | First MOTION for Extension of Time to File Response/Reply as to 222 MOTION to Dismiss *Montalbano's Counterclaims Complaint* by ThirdParty Plaintiff Alyssa Montalbano. (Montalbano, Alyssa) (Entered: 06/29/2021) |
| 06/25/2021 | 222 | MOTION to Dismiss *Montalbano's Counterclaims Complaint* by Third Party Defendants William Campbell, Brian James Flynn, Christina Gomez, Matthew Grove, Diana Terry. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P)(Vilner, Dmitry) (Entered: 06/25/2021) |
| 06/23/2021 | 221 | MOTION to Dismiss Party *Elizabeth Lorie* by ThirdParty Defendant Elizabeth Lorie. (Attachments: # 1 Proposed Order (PDF Only) Order Granting Motion to Dismiss)(Murphy, Timothy) (Entered: 06/23/2021) |
| 06/21/2021 | 220 | ORDER REFERRING MOTION: 218 Motion for Default Judgment as to *David Wilcock and WILCOCK FOUNDATION* filed by Alyssa Montalbano. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 6/21/2021. Text Only Entry (dddlc1, ) (Entered: 06/21/2021) |
| 06/21/2021 | 219 | **SET ASIDE** – Clerk's ENTRY OF DEFAULT as to David Wilcock, Wilcock Spiritual Healing and Empowerment Foundation, The re 218 MOTION for Entry of Default, by Clerk. Text Only Entry (athom, ) Modified on 3/17/2022 to set aside pursuant to 288 Order (athom, ). (Entered: 06/21/2021) |
| 06/19/2021 | 218 | MOTION for Entry of Default as to *David Wilcock and WILCOCK FOUNDATION*, MOTION for Default Judgment as to *David Wilcock and WILCOCK FOUNDATION* by Defendant Alyssa Montalbano, ThirdParty Plaintiff Alyssa Montalbano, Counter Claimant Alyssa Montalbano. (Attachments: # 1 Affidavit Service of Process Expenses)(Montalbano, Alyssa) (Entered: 06/19/2021) |
| 06/18/2021 | 217 | ANSWER to 111 Second Amended Complaint, by Alyssa Montalbano.(nmarb, ) (Entered: 06/18/2021) |
| 06/18/2021 | 216 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 6/18/21 denying as moot 195 Motion to Dismiss for Failure to State a Claim; granting 207 Motion for Extension of Time to Answer or Otherwise Respond. The deadline for Third–Party Defendants to respond to Third–Party Plaintiff Montalban's SecondAmended Complaint is extended to July 2, 2021; and granting 208 Motion to Amend/Correct/Modify. The Clerk of Court shall accept Third–Party Plaintiff Montalbano's Answer and Second Amended Complaint [#204−1] for filing, as of the date of this Minute Order.(nmarb, ) (Entered: 06/18/2021) |
| 06/15/2021 | 215 | ORDER REFERRING MOTIONS: 207 Motion for Extension of Time to File Answer or Otherwise Respond *to Alyssa Chrystie Montalbano's Third–Party Claims* filed by Christina Gomez, William Campbell, Diana Terry, Matthew Grove, Brian James Flynn and 208 Unopposed Second Motion to Amend Counterclaims |

| | | |
|---|---|---|
| | | Complaint Pursuant to FRCP 15(a)(2) filed by Alyssa Montalbano. Motions referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 6/15/2021. Text Only Entry (dddlc1, ) (Entered: 06/15/2021) |
| 06/14/2021 | 214 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 06/14/21 granting 201 201 MOTION for Extension of Time to File Answer or Otherwise Respond. Third party defendant Elizabeth Lorie answer due 7/6/2021. (nmarb, ) (Entered: 06/14/2021) |
| 06/14/2021 | 213 | MINUTE ORDER denying as moot 161 Motion for Service by Publication, by Magistrate Judge Kristen L. Mix on 06/14/21.(nmarb, ) (Entered: 06/14/2021) |
| 06/10/2021 | 212 | **DOCKETING ERROR** Modified to show docketing error on 6/11/2021 (cthom, ). (Entered: 06/11/2021) |
| 06/08/2021 | 211 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 210 Answer to Amended Complaint, Counterclaim filed by attorney Aaron Bardin Belzer. The format for the attorneys signature block is not correct. **DO NOT REFILE THE DOCUMENT. Action to take –** future documents must be filed pursuant to D.C.COLO.LCivR 5.1(a) and 4.3(d) of the Electronic Case Filing Procedures (Civil Cases). (Text Only Entry) (athom, ) (Entered: 06/08/2021) |
| 06/08/2021 | 210 | ANSWER to 111 Amended Complaint, *and*, COUNTERCLAIM against James Corey Goode, Goode Enterprise Solutions, Inc. by Jay Weidner.(Belzer, Aaron) (Entered: 06/08/2021) |
| 06/04/2021 | 209 | STIPULATION for Extension of Time to Answer or Respond to the Complaint *or Counterclaim* by Third Party Defendants Valerie Yanaros Wilde, Light Warrior Legal Fund, LLC. Valerie Yanaros Wilde answer due 6/28/2021; Light Warrior Legal Fund, LLC answer due 6/28/2021. (Yanaros, Valerie) (Entered: 06/04/2021) |
| 06/03/2021 | 208 | Second MOTION to Amend/Correct/Modify 204 Notice of Filing Amended Pleading by ThirdParty Plaintiff Alyssa Montalbano, Counter Claimant Alyssa Montalbano. (Montalbano, Alyssa) (Entered: 06/03/2021) |
| 06/02/2021 | 207 | MOTION for Extension of Time to File Answer or Otherwise Respond *to Alyssa Chrystie Montalbano's Third–Party Claims* by Third Party Defendants William Campbell, Brian James Flynn, Christina Gomez, Matthew Grove, Diana Terry. (Vilner, Dmitry) (Entered: 06/02/2021) |
| 05/31/2021 | 206 | SUMMONS Returned Executed by Alyssa Montalbano. David Wilcock served on 4/26/2021, answer due 5/17/2021. (Montalbano, Alyssa) (Entered: 05/31/2021) |
| 05/29/2021 | 205 | RESPONSE to 195 Renewed MOTION to Dismiss for Failure to State a Claim filed by Counter Claimant Alyssa Montalbano. (Attachments: # 1 Exhibit Trade Secret Evidence)(Montalbano, Alyssa) (Entered: 05/29/2021) |
| 05/29/2021 | 204 | NOTICE of Filing Amended Pleading re 184 Answer to Amended Complaint by Counter Claimant Alyssa Montalbano (Attachments: # 1 Exhibit SACC, # 2 Exhibit SACC Redline)(Montalbano, Alyssa) (Entered: 05/29/2021) |
| 05/28/2021 | 203 | ORDER REFERRING MOTIONS: 198 Motion for Leave to Restrict filed by Gaia, Inc., and 201 Motion for Extension of Time to File Answer or Otherwise Respond filed by Elizabeth Lorie. Motions referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 5/28/2021. Text Only Entry (dddlc1, ) (Entered: 05/28/2021) |

| 05/25/2021 | 202 | RESPONSE to 201 MOTION for Extension of Time to File Answer or Otherwise Respond filed by ThirdParty Plaintiff Alyssa Montalbano. (Montalbano, Alyssa) (Entered: 05/25/2021) |
|---|---|---|
| 05/24/2021 | 201 | MOTION for Extension of Time to File Answer or Otherwise Respond by ThirdParty Defendant Elizabeth Lorie. (Attachments: # 1 Proposed Order (PDF Only) re Motion for Extension of Time)(Murphy, Timothy) (Entered: 05/24/2021) |
| 05/24/2021 | 200 | NOTICE of Entry of Appearance by Timothy M. Murphy on behalf of Elizabeth LorieAttorney Timothy M. Murphy added to party Elizabeth Lorie(pty:3pd) (Murphy, Timothy) (Entered: 05/24/2021) |
| 05/21/2021 | 199 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 5/21/21 denying as moot 169 Motion for Service by Publication; denying 187 Motion to Clarify.(nmarb, ) (Entered: 05/21/2021) |
| 05/20/2021 | 198 | MOTION for Leave to Restrict by Defendant Gaia, Inc.. (Dingerson, Daniel) (Entered: 05/20/2021) |
| 05/15/2021 | 197 | ADVISORY NOTICE TO ATTORNEY AND COURT: Under D.C.COLO.LAttyR 3(a), Ashlee Nicole Hoffmann was administratively removed from the court's attorney roll and barred from filing electronically under CM/ECF for failing to pay the 2020 Biennial Fee. Counsel must complete a Bar/ECF application through counsel's existing Attorney Services Portal account and pay the full application fee to be restored to the attorney roll and CM/ECF. Counsel, however, need not pay any delinquent biennial fees. Upon reinstatement, counsel must file a Notice of Entry of Appearance in this case. (Text Only Entry) (mfred) (Entered: 05/15/2021) |
| 05/12/2021 | 196 | ORDER REFERRING MOTION: 195 Renewed Motion to Dismiss for Failure to State a Claim filed by James Corey Goode, Goode Enterprise Solutions, Inc. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 5/12/2021. Text Only Entry (dddlc1, ) (Entered: 05/12/2021) |
| 05/11/2021 | 195 | Renewed MOTION to Dismiss for Failure to State a Claim by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Yanaros, Valerie) (Entered: 05/11/2021) |
| 05/10/2021 | 194 | RESTRICTED DOCUMENT – Level 2: by Defendant Gaia, Inc... (Dingerson, Daniel) (Entered: 05/10/2021) |
| 05/10/2021 | 193 | ANSWER to 111 Amended Complaint, , COUNTERCLAIM against James Corey Goode, Goode Enterprise Solutions, Inc. by Gaia, Inc..(Dingerson, Daniel) (Entered: 05/10/2021) |
| 05/10/2021 | 192 | REPLY to Response to 175 MOTION to Dismiss *Plaintiffs' Second Amended Complaint and Memorandum in Support Reply Memorandum in Support* filed by Defendants Kiersten Medvedich, Jirka Rysavy, Brad Warkins. (Dingerson, Daniel) (Entered: 05/10/2021) |
| 05/06/2021 | 191 | ORDER GRANTING 157 Joint Motion for Leave to File Counterclaims. Defendants Gaia, Inc. and Jay Weidner may file and serve counterclaims pursuant to Colo. Rev. Stat. 13–80–109. Plaintiffs must serve their answer or otherwise respond to any such counterclaims by Defendant Gaia, Inc. within twenty–one days of the Court's ruling on 128 Motion to Dismiss. Plaintiffs must serve their answer or otherwise respond to any such counterclaims by Defendant Weidner within twenty–one days of the Court's ruling on 129 Motion to Dismiss. SO ORDERED by Judge Daniel D. Domenico on |

| | | 5/6/2021. Text Only Entry (dddlc1, ) (Entered: 05/06/2021) |
|---|---|---|
| 04/29/2021 | 190 | SUMMONS Returned Executed by Alyssa Montalbano. Elizabeth Lorie served on 4/28/2021, answer due 5/19/2021. (Montalbano, Alyssa) (Entered: 04/29/2021) |
| 04/29/2021 | 189 | CERTIFICATE of Mailing/Service re 120 Answer to Amended Complaint,, Crossclaim,, Counterclaim, 161 First MOTION for Service by Publication *, Certified Mail, Email, Substitution or Court Order* by ThirdParty Plaintiff Alyssa Montalbano. (Attachments: # 1 Exhibit POS UNITED STATES)(Montalbano, Alyssa) (Entered: 04/29/2021) |
| 04/29/2021 | 188 | ORDER REFERRING MOTION: 187 Motion to Clarify re 169 Second Motion for Service by Publication *Substitution, Certified Mail, or Registered Mail, to Grant Completed Service of Process upon David Wilcock Pursuant FRCP 4(e)(2)(C)* filed by Alyssa Montalbano. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 4/29/2021. Text Only Entry (dddlc1, ) (Entered: 04/29/2021) |
| 04/28/2021 | 187 | MOTION to Clarify re 169 Second MOTION for Service by Publication *Substitution, Certified Mail, or Registered Mail, to Grant Completed Service of Process upon David Wilcock Pursuant FRCP 4(e)(2)(C)* by ThirdParty Plaintiff Alyssa Montalbano. (Attachments: # 1 Exhibit POS Wilcock, # 2 Exhibit Refused USPS)(Montalbano, Alyssa) (Entered: 04/28/2021) |
| 04/27/2021 | 186 | SUMMONS Returned Executed by Alyssa Montalbano. Wilcock Spiritual Healing and Empowerment Foundation, The served on 4/26/2021, answer due 5/17/2021. (Montalbano, Alyssa) (Entered: 04/27/2021) |
| 04/26/2021 | 185 | BRIEF in Opposition to 175 MOTION to Dismiss *Plaintiffs' Second Amended Complaint and Memorandum in Support* filed by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Attachments: # 1 Exhibit)(Yanaros, Valerie) (Entered: 04/26/2021) |
| 04/26/2021 | 184 | ANSWER to 36 Second Amended Complaint, by Alyssa Montalbano. (Filed this date pursuant to 183 Order. )(nmarb, ) (Entered: 04/26/2021) |
| 04/26/2021 | 183 | ORDER by Magistrate Judge Kristen L. Mix on 4/26/21 denying as moot 131 Motion to Dismiss; granting 155 Motion to Amend/Correct/Modify. Defendant Montalbano's Amended Answer [#155−1] is accepted for filing as of the date of this Order.(nmarb, ) (Entered: 04/26/2021) |
| 04/26/2021 | 182 | ORDER by Magistrate Judge Kristen L. Mix on 4/26/21 granting 100 Motion to Stay; granting 102 Motion to Stay. Discovery is stayed pending further order of the Court. (nmarb, ) (Entered: 04/26/2021) |
| 04/16/2021 | 181 | NOTICE of Entry of Appearance by Dmitry B. Vilner on behalf of William Campbell, Brian James Flynn, Christina Gomez, Matthew Grove, Diana TerryAttorney Dmitry B. Vilner added to party William Campbell(pty:3pd), Attorney Dmitry B. Vilner added to party Brian James Flynn(pty:3pd), Attorney Dmitry B. Vilner added to party Christina Gomez(pty:3pd), Attorney Dmitry B. Vilner added to party Matthew Grove (pty:3pd), Attorney Dmitry B. Vilner added to party Diana Terry(pty:3pd) (Vilner, Dmitry) (Entered: 04/16/2021) |
| 04/10/2021 | 180 | REPLY to Response to 161 First MOTION for Service by Publication *, Certified Mail, Email, Substitution or Court Order* filed by ThirdParty Plaintiff Alyssa Montalbano. (Montalbano, Alyssa) (Entered: 04/10/2021) |

| 04/08/2021 | 179 | REPLY to Response to 157 Joint MOTION for Leave to *File Counterclaims in Compliance with Colorado Revised Statute 13−80−109* filed by Defendant Gaia, Inc.. (Dingerson, Daniel) (Entered: 04/08/2021) |
| --- | --- | --- |
| 04/07/2021 | 178 | WAIVER OF SERVICE Returned Executed by Alyssa Montalbano. Light Warrior Legal Fund, LLC waiver sent on 4/7/2021, answer due 6/6/2021; Valerie Yanaros Wilde waiver sent on 4/7/2021, answer due 6/6/2021. (Montalbano, Alyssa) (Entered: 04/07/2021) |
| 04/06/2021 | 177 | WAIVER OF SERVICE Returned Executed by Alyssa Montalbano. William Campbell waiver sent on 4/6/2021, answer due 6/5/2021; Brian James Flynn waiver sent on 4/6/2021, answer due 6/5/2021; Christina Gomez waiver sent on 4/6/2021, answer due 6/5/2021; Matthew Grove waiver sent on 4/6/2021, answer due 6/5/2021; Diana Terry waiver sent on 4/6/2021, answer due 6/5/2021. (Montalbano, Alyssa) (Entered: 04/06/2021) |
| 04/05/2021 | 176 | RESPONSE to 161 First MOTION for Service by Publication *, Certified Mail, Email, Substitution or Court Order* filed by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Yanaros, Valerie) (Entered: 04/05/2021) |
| 04/05/2021 | 175 | MOTION to Dismiss *Plaintiffs' Second Amended Complaint and Memorandum in Support* by Defendants Kiersten Medvedich, Jirka Rysavy, Brad Warkins. (Dingerson, Daniel) (Entered: 04/05/2021) |
| 03/30/2021 | 174 | ORDER GRANTING 167 Unopposed Motion for Leave to Exceed the Word Limit. Defendants Jirka Rysavy, Brad Warkins, and Kiersten Medvedich may file a single motion to dismiss not to exceed 4,000 words and may incorporate by reference the arguments made in Defendant Gaia, Inc.'s motion to dismiss (Doc. 128 ). SO ORDERED by Judge Daniel D. Domenico on 3/30/2021. Text Only Entry (dddlc1, ) (Entered: 03/30/2021) |
| 03/29/2021 | 173 | RESPONSE to 157 Joint MOTION for Leave to *File Counterclaims in Compliance with Colorado Revised Statute 13−80−109* filed by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Yanaros, Valerie) (Entered: 03/29/2021) |
| 03/26/2021 | 172 | REPLY to Response to 155 First MOTION to Amend/Correct/Modify 120 Answer to Amended Complaint,, Crossclaim,, Counterclaim, *Third Party Claims* filed by Counter Claimant Alyssa Montalbano. (Montalbano, Alyssa) (Entered: 03/26/2021) |
| 03/22/2021 | 171 | RESPONSE to 155 First MOTION to Amend/Correct/Modify 120 Answer to Amended Complaint,, Crossclaim,, Counterclaim, *Third Party Claims* filed by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Yanaros, Valerie) (Entered: 03/22/2021) |
| 03/22/2021 | 170 | ORDER REFERRING MOTION: 169 Second Motion for Service by Publication *Substitution, Certified Mail, or Registered Mail,* filed by Alyssa Montalbano. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 3/22/2021. Text Only Entry (dddlc1, ) (Entered: 03/22/2021) |
| 03/19/2021 | 169 | Second MOTION for Service by Publication *Substitution, Certified Mail, or Registered Mail,* by ThirdParty Plaintiff Alyssa Montalbano. (Attachments: # 1 Exhibit DW failed service, # 2 Exhibit DMV Reject, # 3 Exhibit Certificates Service, # 4 Exhibit USPS Certified Mail, # 5 Exhibit USPS BW Signature Confirmation, # 6 Exhibit TaxExemptWorld WF c/o DW)(Montalbano, Alyssa) (Entered: 03/19/2021) |

| 03/18/2021 | 168 | ORDER REFERRING MOTION: 161 First Motion for Service by Publication , *Certified Mail, Email, Substitution or Court Order* filed by Alyssa Montalbano. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 3/18/2021. Text Only Entry (dddlc1, ) (Entered: 03/18/2021) |
|---|---|---|
| 03/15/2021 | 167 | Unopposed MOTION for Leave to File Excess Pages *[ Exceed Word Limit Imposed by DDD Civ. P.S. III (A)(1) ]* by Defendants Kiersten Medvedich, Jirka Rysavy, Brad Warkins. (Dingerson, Daniel) (Entered: 03/15/2021) |
| 03/15/2021 | 166 | NOTICE of Change of Address/Contact Information by Ina B. Scher (Scher, Ina) (Entered: 03/15/2021) |
| 03/15/2021 | 165 | NOTICE of Change of Address/Contact Information by Daniel Andrew Dingerson (Dingerson, Daniel) (Entered: 03/15/2021) |
| 03/15/2021 | 164 | Third Party SUMMONSES issued by Clerk. (athom, ) (Entered: 03/15/2021) |
| 03/15/2021 | 163 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 159 Reply to Response to Motion filed by attorney Aaron Bardin Belzer. The format for the attorneys signature block is not correct. **DO NOT REFILE THE DOCUMENT. Action to take –** future documents must be filed pursuant to D.C.COLO.LCivR 5.1(a) and 4.3(d) of the Electronic Case Filing Procedures (Civil Cases). (Text Only Entry) (athom, ) (Entered: 03/15/2021) |
| 03/15/2021 | 162 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 158 Reply to Response to Motion, 157 Joint MOTION for Leave to *File Counterclaims in Compliance with Colorado Revised Statute 13−80−109* filed by attorney Daniel Andrew Dingerson. **DO NOT REFILE THE DOCUMENT. Action to take –** counsel must submit a change of contact request through the Attorney Services Portal Account pursuant to D.C.COLO.LAttyR 5(c) and 3.5 of the Electronic Case Filing Procedures (Civil cases). (Text Only Entry) (athom, ) (Entered: 03/15/2021) |
| 03/13/2021 | 161 | First MOTION for Service by Publication , *Certified Mail, Email, Substitution or Court Order* by ThirdParty Plaintiff Alyssa Montalbano. (Attachments: # 1 Exhibit Certificates of Service, # 2 Exhibit USPS Certified Mail, # 3 Exhibit Lorie post Address, # 4 Exhibit ACM VYW email, # 5 Exhibit Lorie email address)(Montalbano, Alyssa) (Entered: 03/13/2021) |
| 03/12/2021 | 160 | SUMMONS REQUEST as to LIGHT WARRIOR LEGAL FUND LLC, David Wilcock, WILCOCK FOUNDATION, Valerie Yanaros Wilde, Elizabeth Lorie, Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, Christina Gomez, UNITED STATES re 121 Exhibits,, 120 Answer to Amended Complaint,, Crossclaim,, Counterclaim, by ThirdParty Plaintiff Alyssa Montalbano. (Attachments: # 1 Summons Third−Party Defendants)(Montalbano, Alyssa) (Entered: 03/12/2021) |
| 03/09/2021 | 159 | REPLY to Response to 129 MOTION to Dismiss *the Second Amended Complaint* filed by Defendant Jay Weidner. (Belzer, Aaron) (Entered: 03/09/2021) |
| 03/09/2021 | 158 | REPLY to Response to 128 MOTION to Dismiss *Plaintiffs' Second Amended Complaint and Brief in Support* filed by Defendant Gaia, Inc.. (Dingerson, Daniel) (Entered: 03/09/2021) |
| 03/08/2021 | 157 | Joint MOTION for Leave to *File Counterclaims in Compliance with Colorado Revised Statute 13−80−109* by Defendant Gaia, Inc.. (Dingerson, Daniel) (Entered: |

| | | |
|---|---|---|
| | | 03/08/2021) |
| 03/03/2021 | 156 | ORDER REFERRING MOTION: 155 First Motion to Amend/Correct/Modify 120 Answer to Amended Complaint, Crossclaim, Counterclaim, *Third Party Claims* filed by Alyssa Montalbano. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 3/3/2021. Text Only Entry (dddlc1, ) (Entered: 03/03/2021) |
| 02/27/2021 | 155 | First MOTION to Amend/Correct/Modify 120 Answer to Amended Complaint,, Crossclaim,, Counterclaim, *Third Party Claims* by ThirdParty Plaintiff Alyssa Montalbano, Counter Claimant Alyssa Montalbano. (Attachments: # 1 Proposed Document FACC, # 2 Proposed Document Redline FACC)(Montalbano, Alyssa) (Entered: 02/27/2021) |
| 02/25/2021 | 154 | NOTICE of Entry of Appearance by Ina B. Scher on behalf of Kiersten Medvedich, Jirka Rysavy, Brad WarkinsAttorney Ina B. Scher added to party Kiersten Medvedich(pty:dft), Attorney Ina B. Scher added to party Jirka Rysavy(pty:dft), Attorney Ina B. Scher added to party Brad Warkins(pty:dft) (Scher, Ina) (Entered: 02/25/2021) |
| 02/23/2021 | 153 | RESPONSE to 129 MOTION to Dismiss *the Second Amended Complaint by Jay Weidner* filed by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Attachments: # 1 Exhibit A)(Yanaros, Valerie) (Entered: 02/23/2021) |
| 02/23/2021 | 152 | RESPONSE to 128 MOTION to Dismiss *Plaintiffs' Second Amended Complaint and Brief in Support by Gaia, Inc.* filed by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Yanaros, Valerie) (Entered: 02/23/2021) |
| 02/23/2021 | 151 | ORDER GRANTING 150 Joint Motion to Extend Time to Respond to 111 Second Amended Complaint. Defendants Jirka Rysavy, Brad Warkins, and Kiersten Medvedich must answer or otherwise respond to the Second Amended Complaint on or before 4/5/2021. SO ORDERED by Judge Daniel D. Domenico on 2/23/2021. Text Only Entry (dddlc1, ) (Entered: 02/23/2021) |
| 02/23/2021 | 150 | Joint MOTION for Extension of Time to File Answer or Otherwise Respond re 111 Amended Complaint, by Defendants Kiersten Medvedich, Jirka Rysavy, Brad Warkins. (Dingerson, Daniel) (Entered: 02/23/2021) |
| 02/10/2021 | 149 | MINUTE ORDER STRIKING 146 Stipulation for Extension of Time to Answer/Respond to Complaint pursuant to 148 Letter. The document was filed in error. SO ORDERED by Judge Daniel D. Domenico on 2/10/2021. Text Only Entry (dddlc1, ) (Entered: 02/10/2021) |
| 02/10/2021 | 148 | LETTER re: 146 Stipulation for Extension of Time to Answer/Respond to Complaint, by Defendants Gaia, Inc., Kiersten Medvedich, Jirka Rysavy, Brad Warkins. (Dingerson, Daniel) (Entered: 02/10/2021) |
| 02/10/2021 | 147 | STIPULATION for Extension of Time to Answer or Respond to the Complaint by Defendants Jirka Rysavy, Brad Warkins, Kiersten Medvedich.. (Dingerson, Daniel) (Entered: 02/10/2021) |
| 02/10/2021 | 146 | **STRICKEN** – STIPULATION for Extension of Time to Answer or Respond to the Complaint by Defendants Brad Warkins, Kiersten Medvedich, Jirka Rysavy. Brad Warkins answer due 3/15/2021; Kiersten Medvedich answer due 3/15/2021; Jirka Rysavy answer due 3/15/2021. (Dingerson, Daniel) Modified on 2/24/2021 to strike pursuant to 149 Minute Order (athom, ). (Entered: 02/10/2021) |

| 02/04/2021 | 145 | Cross Defendants Gaia, Inc., Brad Warkins, Kiersten Medvedich, and Jirka Rysavy, and Cross Claimant Alyssa Montalbano terminated pursuant to 144 Notice of Stipulation of Voluntary Dismissal Without Prejudice filed on 2/4/2021. Text Only Entry (dddlc1, ) (Entered: 02/04/2021) |
| --- | --- | --- |
| 02/04/2021 | 144 | STIPULATION re 120 Answer to Amended Complaint,, Crossclaim,, Counterclaim, *Notice of Voluntary Dismissal of Crossclaims Without Prejudice* by Defendants Gaia, Inc., Kiersten Medvedich, Jirka Rysavy, Brad Warkins. (Dingerson, Daniel) (Entered: 02/04/2021) |
| 02/03/2021 | 143 | ORDER GRANTING 140 Joint Unopposed Motion for Extension of Time to *File Anti−SLAPP Special Motion to Dismiss*. Defendant Jay Weidner must file any special motion to dismiss pursuant to Colo. Rev. Stat. 13−20−1101 within twenty−one days of the court's ruling on 129 Motion to Dismiss. Defendant Gaia, Inc. must file any such motion within twenty−one days of the court's ruling on 128 Motion to Dismiss. Defendants Jirka Rysavy, Brad Warkins, and Kiersten Medvedich must file any such motion within twenty−one days of the court's ruling on their respective forthcoming motions to dismiss 111 Second Amended Complaint; if these defendants do not file a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b), any special motion to dismiss pursuant to Colo. Rev. Stat. 13−20−1101 must be filed within twenty−one days of their respective answers to 111 Second Amended Complaint. SO ORDERED by Judge Daniel D. Domenico on 2/3/2021. Text Only Entry (dddlc1, ) (Entered: 02/03/2021) |
| 02/02/2021 | 142 | ORDER GRANTING 138 Motion for Extension of Time to File Response. Plaintiff's response to 129 Motion to Dismiss due on or before 2/23/2021. SO ORDERED by Judge Daniel D. Domenico on 2/2/2021. Text Only Entry (dddlc1, ) (Entered: 02/02/2021) |
| 02/02/2021 | 141 | ORDER GRANTING 137 Motion for Extension of Time to File Response. Plaintiff's response to 128 Motion to Dismiss due on or before 2/23/2021. SO ORDERED by Judge Daniel D. Domenico on 2/2/2021. Text Only Entry (dddlc1, ) (Entered: 02/02/2021) |
| 02/02/2021 | 140 | Joint MOTION for Extension of Time to *File Anti−SLAPP Special Motion to Dismiss Pursuant to Section 13−20−1101, C.R.S.* by Defendants Gaia, Inc., Kiersten Medvedich, Jirka Rysavy, Brad Warkins, Jay Weidner. (Hoffmann, Ashlee) (Entered: 02/02/2021) |
| 02/02/2021 | 139 | NOTICE of Entry of Appearance by Daniel Andrew Dingerson on behalf of Kiersten Medvedich, Jirka Rysavy, Brad WarkinsAttorney Daniel Andrew Dingerson added to party Kiersten Medvedich(pty:crd), Attorney Daniel Andrew Dingerson added to party Kiersten Medvedich(pty:dft), Attorney Daniel Andrew Dingerson added to party Jirka Rysavy(pty:crd), Attorney Daniel Andrew Dingerson added to party Jirka Rysavy(pty:dft), Attorney Daniel Andrew Dingerson added to party Brad Warkins(pty:crd), Attorney Daniel Andrew Dingerson added to party Brad Warkins(pty:dft) (Dingerson, Daniel) (Entered: 02/02/2021) |
| 02/01/2021 | 138 | Unopposed MOTION for Extension of Time to File Response/Reply as to 129 MOTION to Dismiss *the Second Amended Complaint* by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Yanaros, Valerie) (Entered: 02/01/2021) |
| 02/01/2021 | 137 | Unopposed MOTION for Extension of Time to File Response/Reply as to 128 MOTION to Dismiss *Plaintiffs' Second Amended Complaint and Brief in Support* by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Yanaros, Valerie) |

| | | |
|---|---|---|
| | | (Entered: 02/01/2021) |
| 01/25/2021 | 136 | REPLY to Response to 117 MOTION to Dismiss for Lack of Jurisdiction filed by Defendant Benjamin Zavodnick. (Laszlo, Michael) (Entered: 01/25/2021) |
| 01/24/2021 | 135 | RESPONSE to 131 MOTION to Dismiss *Counterclaim* filed by Counter Claimant Alyssa Montalbano. (Attachments: # 1 Exhibit, # 2 Exhibit)(Montalbano, Alyssa) (Entered: 01/24/2021) |
| 01/22/2021 | 134 | ORDER GRANTING 133 Joint Motion for Extension of Time to Answer or Otherwise Respond. Cross Defendant Gaia, Inc. shall answer or otherwise respond to 120 Crossclaim on or before 3/4/2021. SO ORDERED by Judge Daniel D. Domenico on 1/22/2021. Text Only Entry (dddlc1, ) (Entered: 01/22/2021) |
| 01/22/2021 | 133 | Joint MOTION for Extension of Time to File Answer or Otherwise Respond re 120 Answer to Amended Complaint,, Crossclaim,, Counterclaim, by Cross Defendant Gaia, Inc., Defendant Gaia, Inc.. (Dingerson, Daniel) (Entered: 01/22/2021) |
| 01/13/2021 | 132 | ORDER REFERRING MOTION: 131 Motion to Dismiss *Counterclaim* filed by James Corey Goode, Goode Enterprise Solutions, Inc. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 1/13/2021. Text Only Entry (dddlc1, ) (Entered: 01/13/2021) |
| 01/12/2021 | 131 | MOTION to Dismiss *Counterclaim* by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Yanaros, Valerie) (Entered: 01/12/2021) |
| 01/12/2021 | 129 | MOTION to Dismiss *the Second Amended Complaint* by Defendant Jay Weidner. (Belzer, Aaron) (Entered: 01/12/2021) |
| 01/12/2021 | 128 | MOTION to Dismiss *Plaintiffs' Second Amended Complaint and Brief in Support* by Defendant Gaia, Inc.. (Dingerson, Daniel) (Entered: 01/12/2021) |
| 01/11/2021 | 130 | Cross Defendant Jay Weidner terminated pursuant to 126 Stipulation of Dismissal filed on 1/11/2021. Text Only Entry (dddlc1, ) (Entered: 01/12/2021) |
| 01/11/2021 | 127 | RESPONSE to 117 MOTION to Dismiss for Lack of Jurisdiction filed by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Attachments: # 1 Exhibit)(Yanaros, Valerie) (Entered: 01/11/2021) |
| 01/11/2021 | 126 | STIPULATION *of Dismissal of Alyssa Montalbano's Crossclaims Against Jay Weidner* by Cross Defendant Jay Weidner. (Attachments: # 1 Proposed Order (PDF Only) Re: Notice of Stipulation of Dismissal of Alyssa Montalbano's Crossclaims Against Jay Weidner)(Hoffmann, Ashlee) (Entered: 01/11/2021) |
| 01/08/2021 | 125 | REPLY to Response to 114 MOTION to Dismiss filed by Defendant Clif High. (athom, ) (Entered: 01/08/2021) |
| 01/07/2021 | 124 | STIPULATION for Extension of Time by Cross Defendant Gaia, Inc., Defendant Gaia, Inc.. (Dingerson, Daniel) (Entered: 01/07/2021) |
| 01/06/2021 | 123 | BRIEF in Opposition to 114 MOTION to Dismiss *by Defendant High* filed by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Yanaros, Valerie) (Entered: 01/06/2021) |
| 12/22/2020 | 122 | SUMMONSES issued by Clerk. (athom, ) (Entered: 12/22/2020) |

| 12/22/2020 | 121 | Exhibits in Support of 120 Answer to Amended Complaint,, Crossclaim,, Counterclaim, *and Third−Party Claims* by Defendant Alyssa Montalbano, Cross Claimant Alyssa Montalbano, Counter Claimant Alyssa Montalbano. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit)(Montalbano, Alyssa) (Entered: 12/22/2020) |
|---|---|---|
| 12/22/2020 | 120 | *Alyssa Chrystie Montalbano* ANSWER to 111 Amended Complaint, , CROSSCLAIM against Gaia, Inc., Brad Warkins, Kiersten Medvedich, Jay Weidner, Jirka Rysavy, COUNTERCLAIM against James Corey Goode, Goode Enterprise Solutions, Inc. by Alyssa Montalbano.(Montalbano, Alyssa) (Entered: 12/22/2020) |
| 12/22/2020 | 119 | NOTICE of Change of Address/Contact Information *Email Change* by Defendant Alyssa Montalbano (Montalbano, Alyssa) (Entered: 12/22/2020) |
| 12/21/2020 | 118 | SUMMONS REQUEST as to Warkins, Rysavy, Medvedich by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Attachments: # 1 Summons Warkins, # 2 Summons Rysavy, # 3 Summons Medvedich)(Yanaros, Valerie) (Entered: 12/21/2020) |
| 12/21/2020 | 117 | MOTION to Dismiss for Lack of Jurisdiction by Defendant Benjamin Zavodnick. (Attachments: # 1 Exhibit Declaration of Benjamin Zavodnick)(Laszlo, Michael) (Entered: 12/21/2020) |
| 12/17/2020 | 116 | ORDER REFERRING MOTION: 114 Motion to Dismiss filed by Clif High. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 12/17/2020. Text Only Entry (dddlc1, ) (Entered: 12/17/2020) |
| 12/17/2020 | 115 | STIPULATION for Extension of Time to Answer or Respond to the Complaint *Second Amended* by Defendant Jay Weidner. Jay Weidner answer due 1/12/2021. (Hoffmann, Ashlee) (Entered: 12/17/2020) |
| 12/16/2020 | 114 | MOTION to Dismiss Pursuant to Fed.R.Civ P. 12(b)(2) and 12(b)(6) by Defendant Clif High. (athom, ) (Entered: 12/16/2020) |
| 12/14/2020 | 113 | STIPULATION for Extension of Time to Answer or Respond to the Complaint *Regarding Time to Respond to the Second Amended Complaint* by Defendant Gaia, Inc.. Gaia, Inc. answer due 1/12/2021. (Dingerson, Daniel) (Entered: 12/14/2020) |
| 12/09/2020 | 112 | ORDER DENYING AS MOOT 43 Motion to Dismiss in light of 111 Second Amended Complaint. By Judge Daniel D. Domenico on 12/9/2020. Text Only Entry (dddlc1, ) (Entered: 12/09/2020) |
| 12/08/2020 | 111 | SECOND AMENDED COMPLAINT against Gaia, Inc., Clif High, Kiersten Medvedich, Alyssa Montalbano, Jirka Rysavy, Brad Warkins, Jay Weidner, Benjamin Zavodnick, filed by Goode Enterprise Solutions, Inc., James Corey Goode.(nmarb, ) Modified on 12/8/2020 to show filed pursuant to 110 Order. (nmarb, ). (Entered: 12/08/2020) |
| 12/08/2020 | 110 | ORDER by Magistrate Judge Kristen L. Mix on 12/8/20 DENYING as moot 42 Motion to Dismiss; and GRANTING 61 Motion to Amend/Correct/Modify. Plaintiffs' Second Amended Complaint [#61−1] is accepted for filing as of the date of this Order.(nmarb, ) (Entered: 12/08/2020) |

| 11/16/2020 | 109 | REPLY to Response to 100 Joint MOTION to Stay filed by Defendants Gaia, Inc., Jay Weidner. (Dingerson, Daniel) (Entered: 11/16/2020) |
|---|---|---|
| 11/03/2020 | 108 | RESPONSE to 103 MOTION for Order to *Enjoin Plaintiffs* filed by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Attachments: # 1 Exhibit A)(Yanaros, Valerie) (Entered: 11/03/2020) |
| 11/02/2020 | 107 | RESPONSE to 100 Joint MOTION to Stay *Discovery* filed by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Attachments: # 1 Exhibit A)(Yanaros, Valerie) (Entered: 11/02/2020) |
| 10/30/2020 | 106 | RESPONSE to 102 MOTION to Stay *Discovery* filed by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Attachments: # 1 Exhibit A)(Yanaros, Valerie) (Entered: 10/30/2020) |
| 10/23/2020 | 105 | NOTICE OF CASE ASSOCIATION by Alyssa Montalbano (Attachments: # 1 Exhibit Notice of Appeal)(Montalbano, Alyssa) (Entered: 10/23/2020) |
| 10/13/2020 | 104 | ORDER REFERRING MOTION: 102 Motion to Stay filed by Clif High. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 10/13/2020. Text Only Entry (dddlc1, ) (Entered: 10/13/2020) |
| 10/13/2020 | 103 | MOTION Seeking Injunctive Relief by Defendant Clif High. (Attachments: # 1 Exhibits) (rvill, ) (Entered: 10/13/2020) |
| 10/12/2020 | 101 | ORDER REFERRING MOTION: 100 Joint Motion to Stay filed by Gaia, Inc. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 10/12/2020. Text Only Entry (dddlc1, ) (Entered: 10/12/2020) |
| 10/12/2020 | 100 | Joint MOTION to Stay by Defendant Gaia, Inc.. (Dingerson, Daniel) (Entered: 10/12/2020) |
| 10/09/2020 | 102 | Opposed MOTION to Stay Discovery by Defendant Clif High. (rvill, ) (Entered: 10/13/2020) |
| 10/07/2020 | 99 | RESPONSE to 96 Order on Motion for Extension of Time to Answer or Otherwise Respond,, Order on Motion for Leave to Appear,, Order on Motion to Continue,,, by Defendant Alyssa Montalbano. (Attachments: # 1 Exhibit 1)(Montalbano, Alyssa) (Entered: 10/07/2020) |
| 10/07/2020 | 98 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 10/7/20 DENYING 89 Defendant Cliff High's Motion for Written Scheduling Communications. The Court has attached a letter to this Minute Order which more fully explains theresponsibilities a pro se litigant must fulfill. (Attachments: # 1 Attachment 1)(nmarb, ) (Entered: 10/07/2020) |
| 10/05/2020 | 97 | REPLY to Response to 61 Second MOTION to Amend/Correct/Modify 36 Amended Complaint, filed by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Attachments: # 1 Exhibit A)(Yanaros, Valerie) (Entered: 10/05/2020) |
| 10/02/2020 | 96 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 10/2/20 DENYING as moot 82 Motion for Extension of Time to Answer or Otherwise Respond re 95 Proposed Scheduling Order ; DENYING as moot 84 Motion for Leave to Appear ; DENYING without prejudice 91 Motion to Continue; GRANTING 93 Motion for Extension of Time to Answer or Otherwise Respond. The Proposed Scheduling Order [#95] is STRICKEN. (nmarb, ) (Entered: 10/05/2020) |

| 10/01/2020 | 95 | **STRICKEN** Proposed Scheduling Order by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Yanaros, Valerie) Modified on 10/5/2020 to strike pursuant to 96 Minute Order. (nmarb, ). (Entered: 10/01/2020) |
|---|---|---|
| 10/01/2020 | 94 | ORDER REFERRING MOTION: 93 Unopposed Motion for Extension of Time to File Answer or Otherwise Respond *to Operative Complaint* filed by Jay Weidner. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 10/1/2020. Text Only Entry (dddlc1, ) (Entered: 10/01/2020) |
| 10/01/2020 | 93 | Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond *to Operative Complaint* by Defendant Jay Weidner. (Hoffmann, Ashlee) (Entered: 10/01/2020) |
| 10/01/2020 | 92 | ORDER REFERRING MOTION: 91 Joint Motion to Continue *the October 8, 2020, Scheduling/Planning Conference* filed by Gaia, Inc. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 10/1/2020. Text Only Entry (dddlc1, ) (Entered: 10/01/2020) |
| 09/30/2020 | 91 | Joint MOTION to Continue *the October 8, 2020, Scheduling/Planning Conference* by Defendant Gaia, Inc.. (Dingerson, Daniel) (Entered: 09/30/2020) |
| 09/30/2020 | 90 | ORDER REFERRING MOTION: 89 Motion for Written Scheduling Communications filed by Clif High. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 9/30/2020. Text Only Entry (dddlc1, ) (Entered: 09/30/2020) |
| 09/29/2020 | 89 | MOTION for Written Scheduling Communications by Defendant Clif High. (athom, ) (Entered: 09/30/2020) |
| 09/29/2020 | 88 | MINUTE ORDER. In accordance with efforts to minimize the spread of COVID−19, ALL counsel or parties who wish to participate in, or members of the public who wish to listen into, the Scheduling Conference set on October 8, 2020, at 9:30 a.m. SHALL do so by TELEPHONE by calling the Court at 888−363−4749, Access Code: 2115325#, at the time of the hearing. by Magistrate Judge Kristen L. Mix on 9/29/2020. Text Only Entry (klmlc2, ) (Entered: 09/29/2020) |
| 09/28/2020 | 87 | ORDER REFERRING MOTION: 84 Motion for Leave to Appear *by Telephone* filed by Alyssa Montalbano. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 9/28/2020. Text Only Entry (dddlc1, ) (Entered: 09/28/2020) |
| 09/28/2020 | 86 | ORDER GRANTING 83 Unopposed Motion for Leave to Exceed the Word Limit. Defendant Weidner may file a motion to dismiss not to exceed 8,000 words. Plaintiffs' response to the motion shall not exceed 8,000 words, and Mr. Weidner's reply, if any, shall not exceed 4,000 words. SO ORDERED by Judge Daniel D. Domenico on 9/28/2020. Text Only Entry (dddlc1, ) (Entered: 09/28/2020) |
| 09/28/2020 | 85 | ORDER REFERRING MOTION: 82 Motion for Extension of Time to File Answer or Otherwise Respond re 41 Notice of Filing Amended Pleading, 36 Amended Complaint, 61 Second Motion to Amend/Correct/Modify 36 Amended Complaint filed by Alyssa Montalbano. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 9/28/2020. Text Only Entry (dddlc1, ) (Entered: 09/28/2020) |
| 09/28/2020 | 84 | MOTION for Leave to Appear *by Telephone* by Defendant Alyssa Montalbano. (Montalbano, Alyssa) (Entered: 09/28/2020) |

| 09/28/2020 | 83 | Unopposed MOTION for Leave to File Excess Pages by Defendant Jay Weidner. (Hoffmann, Ashlee) (Entered: 09/28/2020) |
|---|---|---|
| 09/28/2020 | 82 | MOTION for Extension of Time to File Answer or Otherwise Respond re 41 Notice of Filing Amended Pleading, 36 Amended Complaint, 61 Second MOTION to Amend/Correct/Modify 36 Amended Complaint, by Defendant Alyssa Montalbano. (Montalbano, Alyssa) (Entered: 09/28/2020) |
| 09/25/2020 | 81 | RESPONSE to 61 Second MOTION to Amend/Correct/Modify 36 Amended Complaint, filed by Defendant Clif High. (athom, ) (Entered: 09/28/2020) |
| 09/25/2020 | 80 | RESPONSE to 61 Second MOTION to Amend/Correct/Modify 36 Amended Complaint, filed by Defendant Clif High. (athom, ) (Entered: 09/28/2020) |
| 09/24/2020 | 79 | REPLY to Response to 61 Second MOTION to Amend/Correct/Modify 36 Amended Complaint, filed by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Attachments: # 1 Exhibit A)(Yanaros, Valerie) (Entered: 09/24/2020) |
| 09/22/2020 | 78 | ORDER GRANTING IN PART 77 Unopposed Motion to Exceed Word Limitation. Defendant Gaia, Inc. may file a motion to dismiss not to exceed 8,000 words. Plaintiffs' response to the motion shall not exceed 8,000 words, and Gaia's reply, if any, shall not exceed 4,000 words. SO ORDERED by Judge Daniel D. Domenico on 9/22/2020. Text Only Entry (dddlc1, ) (Entered: 09/22/2020) |
| 09/22/2020 | 77 | MOTION for Leave to File Excess Pages *[ Defendant Gaia, Inc.'s Unopposed Motion to Exceed the Word Limit Imposed by DDD Civ. P.S. III (A)(1) ]* by Defendant Gaia, Inc.. (Attachments: # 1 Proposed Order (PDF Only))(Scher, Ina) (Entered: 09/22/2020) |
| 09/21/2020 | 76 | RESPONSE to 61 Second MOTION to Amend/Correct/Modify 36 Amended Complaint, filed by Defendant Jay Weidner. (Attachments: # 1 Exhibit Exhibit 1)(Hoffmann, Ashlee) (Entered: 09/21/2020) |
| 09/18/2020 | 75 | NOTICE of Entry of Appearance by Ashlee Nicole Hoffmann on behalf of Jay WeidnerAttorney Ashlee Nicole Hoffmann added to party Jay Weidner(pty:dft) (Hoffmann, Ashlee) (Entered: 09/18/2020) |
| 09/15/2020 | 74 | NOTICE of Change of Address or Telephone Number by Defendant Clif High. (athom, ) (Entered: 09/15/2020) |
| 09/14/2020 | 73 | REPLY to Response to 42 MOTION to Dismiss filed by Defendant Clif High. (athom, ) (Entered: 09/15/2020) |
| 09/14/2020 | 72 | NOTICE of Change of Address/Contact Information by Defendant Clif High (rvill, ) (Entered: 09/15/2020) |
| 09/14/2020 | 71 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 9/14/20 GRANTING 65 Motion to Withdraw as Attorney. Attorney Melissa Y. Lou terminated. IT IS FURTHER ORDERED that Defendant High shall confirm his mailing address, e–mail address, and telephone number by filing a Notice of Contact Information withinseven days of the date of this Minute Order. Failure to comply with this Order may result in sanctions, up to and including ENTRY OF JUDGMENT AGAINST DEFENDANT for failure to comply with a Court order. Pursuant to D.C.COLO.LCivR5.1(c), if Defendant Highs contact information changes in the future, he must file a Notice of Change of Contact Information within five days of the change.(nmarb, ) . (Additional attachment(s) added on 9/14/2020: # 1 Attachment 1) |

| | | |
|---|---|---|
| | | (nmarb, ). (Entered: 09/14/2020) |
| 09/11/2020 | 70 | ORDER granting 64 Motion to Withdraw as Attorney. Attorney J. Lee Gray is relieved of any further representation of Defendant Clif High. The Clerk of Court is instructed to terminate Attorney Gray as counsel of record, and to remove this name from the electronic certificate of mailing. Defendant High shall continue to be represented by Attorney Melissa Lou. by Magistrate Judge Kristen L. Mix on 9/11/2020. Text Only Entry(klmlc2, ) (Entered: 09/11/2020) |
| 09/10/2020 | 69 | RESPONSE to 61 Second MOTION to Amend/Correct/Modify 36 Amended Complaint, filed by Defendant Benjamin Zavodnick. (Laszlo, Michael) (Entered: 09/10/2020) |
| 09/10/2020 | 68 | ORDER REFERRING MOTION: 61 Second Motion to Amend 36 Amended Complaint filed by James Corey Goode, Goode Enterprise Solutions, Inc. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 9/10/2020. Text Only Entry (dddlc1, ) (Entered: 09/10/2020) |
| 09/10/2020 | 67 | ORDER REFERRING MOTION: 42 Motion to Dismiss filed by Clif High. Motion referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 9/10/2020. Text Only Entry (dddlc1, ) (Entered: 09/10/2020) |
| 09/10/2020 | 66 | ORDER REFERRING MOTIONS: 64 , 65 Unopposed Motions to Withdraw as Attorney filed by Clif High. Motions referred to Magistrate Judge Kristen L. Mix by Judge Daniel D. Domenico on 9/10/2020. Text Only Entry (dddlc1, ) (Entered: 09/10/2020) |
| 09/10/2020 | 65 | Unopposed MOTION to Withdraw as Attorney by Defendant Clif High. (Attachments: # 1 Proposed Order (PDF Only))(Lou, Melissa) (Entered: 09/10/2020) |
| 09/09/2020 | 64 | Unopposed MOTION to Withdraw as Attorney by Defendant Clif High. (Attachments: # 1 Proposed Order (PDF Only))(Gray, James) (Entered: 09/09/2020) |
| 09/08/2020 | 63 | REPLY to Response to 43 MOTION to Dismiss for Lack of Jurisdiction filed by Defendant Benjamin Zavodnick. (Laszlo, Michael) (Entered: 09/08/2020) |
| 09/07/2020 | 62 | RESPONSE to 42 MOTION to Dismiss filed by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Attachments: # 1 Exhibit A)(Yanaros, Valerie) (Entered: 09/07/2020) |
| 08/31/2020 | 61 | Second MOTION to Amend/Correct/Modify 36 Amended Complaint, by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Attachments: # 1 Second Amended Complaint, # 2 Redline Second Amended Complaint, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N)(Yanaros, Valerie) (Entered: 08/31/2020) |
| 08/25/2020 | 60 | ORDER GRANTING 55 Motion for Extension of Deadlines. Plaintiffs' response to 42 Motion to Dismiss due on or before 9/8/2020. SO ORDERED by Judge Daniel D. Domenico on 8/25/2020. Text Only Entry (dddlc1, ) (Entered: 08/25/2020) |
| 08/25/2020 | 56 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 55 MOTION/STIPULATION for Extension of Time **and every other document filed in this case** by attorney Valerie Ann Yanaros. Attorney has used an incorrect signature format in violation of D.C.COLO.LCivR 5.1(a) and 4.3(a) of the Electronic Case Filing Procedures (Civil cases). **DO NOT** |

| | | |
|---|---|---|
| | | **REFILE THE DOCUMENT.** In the future, **the filer must affix an electronic s/signature and s/followed by a typed, not an inked, signature to all future documents**. (Text Only Entry) (athom, ) (Entered: 08/25/2020) |
| 08/24/2020 | 59 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 55 Stipulation for Extension of Deadlines. Pursuant to Local Civ. R. 6.1(a), parties may only stipulate to an extension of time to respond to "a pleading or amended pleading, interrogatories, requests for production of documents, or requests for admissions." Parties may not stipulate to an extension of time to respond to a motion. **DO NOT REFILE THE DOCUMENT. Action to take –** future requests to extend time to respond to or reply in support of a motion must be filed as a motion for extension of time pursuant to Local Civ. R. 6.1(b). (Text Only Entry) (dddlc1, ) (Entered: 08/25/2020) |
| 08/24/2020 | 58 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 53 Plaintiffs' Response to 43 Motion to Dismiss. Responses and accompanying briefs are to be combined in one paper. The court will consider [Doc. 54 ] as Plaintiffs' response to 43 Motion. **DO NOT REFILE THE DOCUMENT. Action to take –** future documents must comply with DDD Civ. P.S. III(A)(3). (Text Only Entry) (dddlc1, ) (Entered: 08/25/2020) |
| 08/24/2020 | 57 | Utility Setting/Resetting Deadlines/Hearings: Gaia, Inc. answer due **10/12/2020**; Alyssa Montalbano answer due **10/12/2020**; Jay Weidner answer due **10/12/2020** pursuant to 52 Order. Text Only Entry (athom, ) Modified on 9/23/2020 to correct text for answer due dates (athom, ). (Entered: 08/25/2020) |
| 08/24/2020 | 55 | MOTION/STIPULATION for Extension of Time by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc. (Yanaros, Valerie) Modified on 8/25/2020 to correct event (athom, ). (Entered: 08/24/2020) |
| 08/24/2020 | 54 | BRIEF in Opposition to 43 MOTION to Dismiss for Lack of Jurisdiction filed by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Yanaros, Valerie) (Entered: 08/24/2020) |
| 08/24/2020 | 53 | RESPONSE to 43 MOTION to Dismiss for Lack of Jurisdiction filed by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Attachments: # 1 Proposed Order (PDF Only))(Yanaros, Valerie) (Entered: 08/24/2020) |
| 08/24/2020 | 52 | ORDER GRANTING 51 Unopposed Joint Motion to Strike or Continue Defendants' Response Date to the Operative Complaint. Defendants shall answer or otherwise respond to the operative complaint on or before 10/12/2020. SO ORDERED by Judge Daniel D. Domenico on 8/24/2020. Text Only Entry (dddlc1, ) (Entered: 08/24/2020) |
| 08/24/2020 | 51 | Unopposed MOTION to Strike *or Continue Defendants' Response Date to the Operative Complaint* by Defendant Gaia, Inc.. (Dingerson, Daniel) (Entered: 08/24/2020) |
| 08/24/2020 | 50 | NOTICE OF CASE ASSOCIATION by Alyssa Montalbano (Montalbano, Alyssa) (Entered: 08/24/2020) |
| 08/20/2020 | 49 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 44 Notice of Entry of Appearance filed by attorney Aaron Bardin Belzer. The s/signature did not match the filers name on the account for which the login and password are registered. **DO NOT REFILE THE** |

| | | |
|---|---|---|
| | | DOCUMENT. **Action to take** – future documents must be filed pursuant to D.C.COLO.LCivR 5.1(a) and 4.3(c) of the Electronic Case Filing Procedures (Civil cases). **Also this document does not contain attorney Hoffmann's s/ signature. Pursuant to D.C.COLO.LCivR 5.1(a) and 4.3(c) of the Electronic Case Filing Procedures (Civil cases), Ashlee Nicole Hoffmann must re–file the above referenced document which must contain her s/ signature using her own log in and password.** (Text Only Entry) (athom, ) (Entered: 08/20/2020) |
| 08/19/2020 | 48 | ORDER DENYING WITHOUT PREJUDICE 46 Partially Opposed Motion for Extension of Deadlines. Plaintiffs request leave to file a second amended complaint but did not attach as an exhibit to the motion a copy of the proposed amended pleading that strikes through the text to be deleted and underlines the text to be added, as required by Local Civ. R. 15.1(b). SO ORDERED by Judge Daniel D. Domenico on 8/19/2020. Text Only Entry (dddlc1, ) (Entered: 08/19/2020) |
| 08/18/2020 | 47 | BRIEF in Opposition to 46 MOTION for Extension of Time to *file Second Amended Complaint* filed by Defendant Clif High. (Gray, James) (Entered: 08/18/2020) |
| 08/14/2020 | 46 | MOTION for Extension of Time to *file Second Amended Complaint* by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Yanaros, Valerie) (Entered: 08/14/2020) |
| 08/11/2020 | 45 | ORDER by Magistrate Judge Kristen L. Mix on 8/11/12 Setting a Scheduling/Planning Conference. Proposed Scheduling Order due by 10/1/2020. Scheduling/Planning Conference set for 10/8/2020 09:30 AM in Courtroom A 401 before Magistrate Judge Kristen L. Mix. (Attachments: # 1 Attachment 1, # 2 Attachment 2) (nmarb, ) (Entered: 08/11/2020) |
| 08/05/2020 | 44 | NOTICE of Entry of Appearance by Ashlee Nicole Hoffmann on behalf of Jay WeidnerAttorney Ashlee Nicole Hoffmann added to party Jay Weidner(pty:dft) (Hoffmann, Ashlee) (Entered: 08/05/2020) |
| 08/03/2020 | 43 | MOTION to Dismiss for Lack of Jurisdiction by Defendant Benjamin Zavodnick. (Attachments: # 1 Exhibit A)(Laszlo, Michael) (Entered: 08/03/2020) |
| 08/03/2020 | 42 | MOTION to Dismiss by Defendant Clif High. (Attachments: # 1 Exhibit 1 – Decl of Cliff High)(Gray, James) (Entered: 08/03/2020) |
| 07/25/2020 | 41 | NOTICE of Filing Amended Pleading re 36 Amended Complaint, by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc. (Attachments: # 1 Exhibit)(Yanaros, Valerie) (Entered: 07/25/2020) |
| 07/22/2020 | 40 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 36 Amended Complaint, filed by attorney Valerie Ann Yanaros. Attorney has used an incorrect signature format in violation of D.C.COLO.LCivR 5.1(a) and 4.3(a) of the Electronic Case Filing Procedures (Civil cases). **DO NOT REFILE THE DOCUMENT.** In the future, the filer must affix an electronic s/signature and s/followed by a typed, not an inked, signature to all future documents. (Text Only Entry) (athom, ) (Entered: 07/22/2020) |
| 07/22/2020 | 39 | ORDER REFERRING CASE to Magistrate Judge Kristen L. Mix. Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this case is referred to the assigned United States Magistrate Judge to (1) convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of Local Civ. R. 16.2, (2) conduct such status conferences and issue |

| | | |
|---|---|---|
| | | such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause, (3) hear and determine pretrial matters, including discovery and other non−dispositive motions, (4) conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions, and (5) pursuant to Local Civ. R. 16.6 and at the discretion of the Magistrate Judge, convene such early neutral evaluation and/or settlement conferences and direct related procedures as may facilitate resolution of this case without the necessity of a motion or prior authorization of the undersigned. SO ORDERED by Judge Daniel D. Domenico on 7/22/2020. Text Only Entry (dddlc1, ) (Entered: 07/22/2020) |
| 07/22/2020 | 38 | CASE REASSIGNED pursuant to 37 Minute Order. This case is randomly reassigned to Judge Daniel D. Domenico. All future pleadings should be designated as 20−cv−00742−DDD. (Text Only Entry) (rvill, ) (Entered: 07/22/2020) |
| 07/22/2020 | 37 | MINUTE ORDER re: 35 Letter filed by Gaia, Inc. I informed the parties that my daughter works in a clerical position at the law firm of Holland & Hart and offered to recuse if requested by any party. Because a party has informed Chambers that it wishes for me to recuse, I now recuse myself from further participation in this case and return the case to the Clerk for reassignment. By Judge R. Brooke Jackson on 7/22/2020. Text Only Entry (rbjsec. ) (Entered: 07/22/2020) |
| 07/20/2020 | 36 | AMENDED COMPLAINT against Gaia, Inc., Clif High, Alyssa Montalbano, Jay Weidner, Benjamin Zavodnick, Jirka Rysavy, Brad Warkins, Kiersten Medvedich, filed by James Corey Goode, Goode Enterprise Solutions, Inc.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit)(Yanaros, Valerie) (Entered: 07/20/2020) |
| 07/17/2020 | 35 | LETTER re: 33 Minute Order,, by Defendant Gaia, Inc.. (Scher, Ina) (Entered: 07/17/2020) |
| 07/14/2020 | 34 | MINUTE ORDER, Motions denied: 16 MOTION to Dismiss filed by Gaia, Inc., 23 MOTION to Dismiss for Lack of Jurisdiction filed by Benjamin Zavodnick, 24 MOTION for Leave to *Restrict Access Pursuant to Local Rule 7.2(c)* 18 Restricted Document – Level 2 filed by Gaia, Inc., and 26 MOTION to Dismiss for Failure to State a Claim *FRCP 8,9(b), and 12(b)(6)* filed by Alyssa Montalbano. The parties are directed to review and comply with this Court's practice standards regarding motions to dismiss and motions for protective orders. If, after compliant letters are submitted the Court agrees that a motion to dismiss is appropriate, the parties will comply with the Courts practice standards regarding length of briefs. Meanwhile, the Court directs the parties to contact Chambers at jackson_chambers@cod.uscourts.gov to set a Scheduling Conference within the next 30 days. The Court is aware of the Yanaros email but directs the parties to proceed as indicated in this minute order. By Judge R. Brooke Jackson on 7/14/2020. Text Only Entry (rbjsec.) (Entered: 07/14/2020) |
| 06/29/2020 | 33 | MINUTE ORDER: I wish to inform the parties that my daughter, who is not a lawyer, works in a clerical position with the law firm of Holland & Hart which represents a defendant in this case. The position is not in the litigation department, and I do not believe her employment would cause any bias or prejudice for or against parties represented by that law firm. Nevertheless, I will respect and honor a request by any party who wishes that I recuse from further participation in this case. By Judge R. Brooke Jackson on 6/29/2020. Text Only Entry (rbjsec. ) (Entered: 06/29/2020) |

| 06/29/2020 | 32 | ORDER granting 31 MOTION for Extension of Time to File First Amended Complaint, Respond to First Amended Complaint, and Prepare Proposed Scheduling Order. The Court requests that counsel jointly contact Chambers at jackson_chambers@cod.uscourts.gov within 14 days to set a scheduling conference on a date after 8/31/2020. By Judge R. Brooke Jackson on 6/29/2020. Text Only Entry(rbjsec.) (Entered: 06/29/2020) |
|---|---|---|
| 06/26/2020 | 31 | MOTION for Extension of Time to *File First Amended Complaint, Respond to First Amended Complaint, and Prepare Proposed Scheduling Order* by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Yanaros, Valerie) (Entered: 06/26/2020) |
| 06/26/2020 | 30 | CASE REASSIGNED pursuant to 28 Consent to Jurisdiction of Magistrate Judge. All parties do not consent. This case is randomly reassigned to Judge R. Brooke Jackson. All future pleadings should be designated as 20–cv–00742–RBJ. (Text Only Entry) (nmarb, ) (Entered: 06/26/2020) |
| 06/26/2020 | 29 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 6/26/20 re: 28 Consent to Jurisdiction of Magistrate Judge filed by James Corey Goode, Goode Enterprise Solutions, Inc.. At least one party in this civil action does not consent to have a United States Magistrate Judge conduct all proceedings. Accordingly, IT IS HEREBY ORDERED that this case shall be assigned to a District Judge under D.C.COLO.LCivR 40.1(c)(8) and D.C.COLO.LCivR 40.1(a). (nmarb, ) (Entered: 06/26/2020) |
| 06/25/2020 | 28 | CONSENT to Jurisdiction of Magistrate Judge by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc. All parties do not consent.. (Yanaros, Valerie) (Entered: 06/25/2020) |
| 06/24/2020 | 27 | NOTICE OF CASE ASSOCIATION by Alyssa Montalbano (Montalbano, Alyssa) (Entered: 06/24/2020) |
| 06/24/2020 | 26 | MOTION to Dismiss for Failure to State a Claim *FRCP 8,9(b), and 12(b)(6)* by Defendant Alyssa Montalbano. (Attachments: # 1 Exhibit L 18C103 Broomfield Combined Court Verified Complaint, # 2 Exhibit M 18C103 Broomfield Combined Court Register of Actions, # 3 Exhibit N Mesa Clerk and Recorder Reception 2843230, # 4 Exhibit O 2020C32 Broomfield Combined Court, # 5 Exhibit P District Court Dallas County Cause No 14–04807, # 6 Exhibit Q 1:18–cv–02060–RM–GPG Docket 26 fake complaint, # 7 Exhibit R 18CV50 Dismissal Order 01–29–2020, # 8 Exhibit S Copyrights, # 9 Exhibit T 18CV50 Exhibit List)(Montalbano, Alyssa) (Entered: 06/24/2020) |
| 06/18/2020 | 25 | NOTICE *of Related Case* by Defendant Clif High (Gray, James) (Entered: 06/18/2020) |
| 06/17/2020 | 24 | MOTION for Leave to *Restrict Access Pursuant to Local Rule 7.2(c)* 18 Restricted Document – Level 2 by Defendant Gaia, Inc.. (Scher, Ina) (Entered: 06/17/2020) |
| 06/10/2020 | 23 | MOTION to Dismiss for Lack of Jurisdiction by Defendant Benjamin Zavodnick. (Attachments: # 1 Affidavit of Zavodnick)(Laszlo, Michael) (Entered: 06/10/2020) |
| 06/09/2020 | 22 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 6/9/20 GRANTING 9 Motion for Extension of Time to Answer or Otherwise Respond. Alyssa Montalbano answer due 6/24/2020.(nmarb, ) (Entered: 06/09/2020) |
| 06/09/2020 | 21 | |

| | | NOTICE of Entry of Appearance by Daniel Andrew Dingerson on behalf of Gaia, Inc.Attorney Daniel Andrew Dingerson added to party Gaia, Inc.(pty:dft) (Dingerson, Daniel) (Entered: 06/09/2020) |
|---|---|---|
| 06/08/2020 | 20 | NOTICE *Gaia, Inc.'s Local Rule 3.2 Notice of Related Cases* by Defendant Gaia, Inc. (Scher, Ina) (Entered: 06/08/2020) |
| 06/08/2020 | 19 | CORPORATE DISCLOSURE STATEMENT. (Scher, Ina) (Entered: 06/08/2020) |
| 06/08/2020 | 18 | RESTRICTED DOCUMENT – Level 2: Talent Agreement, by Defendant Gaia, Inc... (Scher, Ina) Modified on 6/9/2020 to add description of document. (nmarb, ). (Entered: 06/08/2020) |
| 06/08/2020 | 17 | BRIEF in Support of 16 MOTION to Dismiss filed by Defendant Gaia, Inc.. (Scher, Ina) (Entered: 06/08/2020) |
| 06/08/2020 | 16 | MOTION to Dismiss by Defendant Gaia, Inc.. (Scher, Ina) (Entered: 06/08/2020) |
| 06/05/2020 | 15 | SUMMONS Returned Executed by James Corey Goode, Goode Enterprise Solutions, Inc.. Clif High served on 5/22/2020, answer due 6/12/2020. (Yanaros, Valerie) (Entered: 06/05/2020) |
| 06/05/2020 | 14 | SUMMONS Returned Executed by James Corey Goode, Goode Enterprise Solutions, Inc.. Alyssa Montalbano served on 5/12/2020, answer due 6/2/2020. (Yanaros, Valerie) (Entered: 06/05/2020) |
| 06/05/2020 | 13 | WAIVER OF SERVICE Returned Executed by James Corey Goode, Goode Enterprise Solutions, Inc.. Gaia, Inc. waiver sent on 4/8/2020, answer due 6/8/2020. (Yanaros, Valerie) (Entered: 06/05/2020) |
| 06/04/2020 | 12 | STIPULATION for Extension of Time to Answer or Respond to the Complaint by Defendant Clif High.. (Gray, James) (Entered: 06/04/2020) |
| 06/04/2020 | 11 | NOTICE of Entry of Appearance by Melissa Y. Lou on behalf of Clif HighAttorney Melissa Y. Lou added to party Clif High(pty:dft) (Lou, Melissa) (Entered: 06/04/2020) |
| 06/03/2020 | 10 | NOTICE of Entry of Appearance by James Lee Gray on behalf of Clif HighAttorney James Lee Gray added to party Clif High(pty:dft) (Gray, James) (Entered: 06/03/2020) |
| 06/01/2020 | 9 | First MOTION for Extension of Time to File Answer or Otherwise Respond re 1 Complaint,, by Defendant Alyssa Montalbano. (Montalbano, Alyssa) (Entered: 06/01/2020) |
| 03/30/2020 | 8 | SUMMONSES issued by Clerk. (Attachments: # 1 Magistrate Judge Consent Form) (nmarb, ) (Entered: 03/30/2020) |
| 03/29/2020 | 7 | SUMMONS REQUEST as to Gaia, High, Weidner, Zavodnick, Montalbano re 1 Complaint,, by Plaintiffs James Corey Goode, Goode Enterprise Solutions, Inc.. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Proposed Order (PDF Only))(Yanaros, Valerie) (Entered: 03/29/2020) |
| 03/18/2020 | 6 | ORDER by Magistrate Judge Kristen L. Mix on 3/18/20 Setting Scheduling/Planning Conference. Proposed Scheduling Order due by 7/13/2020. Scheduling/Planning Conference set for 7/20/2020 10:00 AM in Courtroom A 401 before Magistrate Judge Kristen L. Mix. (Attachments: # 1 Attachment 1, # 2 Attachment 2) (nmarb, ) |

| | | (Entered: 03/18/2020) |
|---|---|---|
| 03/18/2020 | 5 | MINUTE ORDER. Pursuant to D.C.COLO.LCivR 40.1(c)(4), the deadline to file the Consent/Non–Consent to United States Magistrate Judge Jurisdiction form [#4] is July 6, 2020. by Magistrate Judge Kristen L. Mix on 3/18/2020. Text Only Entry (klmlc2, ) (Entered: 03/18/2020) |
| 03/18/2020 | 4 | Magistrate Judge consent form issued pursuant to D.C.COLO.LCivR 40.1, direct assignment of civil actions to full time magistrate judges. No summons issued. (trvo, ) (Entered: 03/18/2020) |
| 03/18/2020 | 3 | Case assigned to Magistrate Judge Kristen L. Mix. Text Only Entry. (trvo, ) (Entered: 03/18/2020) |
| 03/18/2020 | 2 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: Valerie Ann Yanaros. Attorney has used an incorrect signature format in violation of D.C.COLO.LCivR 5.1(a) and 4.3(a) of the Electronic Case Filing Procedures (Civil cases). **DO NOT REFILE THE DOCUMENT.** In the future, the filer must affix an electronic s/signature and s/followed by a typed, not an inked, signature to all future documents.(Text Only Entry) (trvo, ) (Entered: 03/18/2020) |
| 03/17/2020 | 1 | COMPLAINT *for RICO, Lanham Act and Other Federal, State and Common Law Violations* against All Defendants (Filing fee $ 400,Receipt Number 1082–7210787)Attorney Valerie Yanaros Wilde added to party James Corey Goode(pty:pla), Attorney Valerie Yanaros Wilde added to party Goode Enterprise Solutions, Inc.(pty:pla), filed by James Corey Goode, Goode Enterprise Solutions, Inc.. (Attachments: # 1 Civil Cover Sheet Cover Sheet, # 2 Exhibit A – GES Registered Marks, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K)(Wilde, Valerie) (Entered: 03/17/2020) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, Individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs, Counter-Defendants

v.

GAIA, INC.,
Alyssa Chrystie Montalbano, Individually

Defendants, Counter-Claimants,


----


Alyssa Chrystie Montalbano, Individually

Third-Party Plaintiff,

v.

LIGHT WARRIOR LEGAL FUND, LLC.
Valerie Yanaros,
David Wilcock,
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION

Third-Party Defendants.

1

## SECOND NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3 and 4(a)(1)(A), Third-Party Plaintiff, Counter-Claimant, and Pro Se Litigant, Ms. Alyssa Chrystie Montalbano, files this Second Notice of Appeal to the United States Court of Appeals for the Tenth Circuit from the second partial final judgment [#409, #411] entered May 2-3, 2024, and all other matters deemed merged, including Montalbano's overruled Objection [#400] to Order [#384]. The first notice of appeal was filed on April 23, 2024 [#404] and appealed the first partial final judgment [#345, #346, #347, #384]. This second notice of appeal involves third-party defendants David Wilcock and THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION and is merged with the earlier filed notice [#404] as these defendants were dismissed for the same reasons.

Dated this 7th day of May 2024.

Respectfully Submitted and All Rights Reserved,

*/s/ Alyssa Chrystie Montalbano*

Pro Se Litigant, Defendant, Counter-Claimant, Third-Party Plaintiff, Paralegal Student

970.250.8365
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com

2

**CERTIFICATE OF SERVICE**

I certify that on this 7th day of May 2024 a copy of the foregoing Notice was filed with the clerk of the court using the CM/ECF system and are lawfully served upon Plaintiff's Counsel and appeared Defendants through the Case Management/Electronic Case Filed (CM/ECF) court filing system (FRCP Rule 5), and a courtesy copy delivered via USPS mail upon Mr. David Wilcock and THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION via appointed agent, Mr. Tim Harris, located at 7848 W Sahara Ave, Las Vegas, NV 89117.

**/s/ Alyssa Montalbano**

Alyssa Montalbano, Pro Se Litigant, Paralegal Student

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Daniel D. Domenico**

Civil Action No. 1:20-cv-00742-DDD-KAS

JAMES COREY GOODE; and
GOODE ENTERPRISE SOLUTIONS, INC.,

      Plaintiffs and Counter Defendants,

v.

GAIA, INC.,

      Defendant and Counter Claimant, and

ALYSSA MONTALBANO,

      Counter Claimant.

---

## ORDER

---

Counter Claimant Alyssa Montalbano objects to my orders dismissing her claims and denying her renewed motion to file a third-amended pleading. Doc. 400 (objecting to Doc. 384). For the following reasons, Ms. Montalbano's objections are overruled, and final judgment as to her third-party claims is certified for appeal.

### BACKGROUND

Plaintiffs and Counter Defendants James Corey Goode and his company Goode Enterprise Solutions, Inc. brought claims against Ms. Montalbano. *See* Doc. 111. Ms. Montalbano moved to dismiss the plaintiffs' claims against her, and I granted that motion. Doc. 384 at 6.

Ms. Montalbano also brought counterclaims against the plaintiffs and third-party claims against numerous third-party defendants. *See* Docs. 120, 121. She has twice amended her answer, counterclaims,

and third-party claims: first on April 26, 2021, Doc. 184, and again on June 18, 2021, Doc. 217.[1]

On February 17, 2023, I adopted the recommendation of United States Magistrate Judge Kristen L. Mix to dismiss all of Ms. Montalbano's counterclaims except her defamation claim against Mr. Goode, and to dismiss all of her third-party claims except those asserted against Third-Party Defendants David Wilcock and The Wilcock Spiritual Healing and Empowerment Foundation (the "Wilcock Defendants"), who at that time had not yet responded to Ms. Montalbano's operative pleading. Doc. 345 at 6-31. I also denied Ms. Montalbano's multiple motions for leave to file a third-amended pleading. *Id.* at 34-36. Final judgment was entered that same day with respect to Ms. Montalbano's third-party claims that were dismissed. Doc. 346. On March 17, 2023, Ms. Montalbano filed a motion titled "Partially Opposed Motion to Amend Judgment and Dismissal Orders [#345, #346, #347] Pursuant FRCP 15, 59, 60." Doc. 355. I construed that motion as a motion for reconsideration, and I denied it along with her later-filed renewed motions to file third-amended counterclaims and third-party claims and to stay my ruling on the motion for reconsideration. Doc. 384 at 3-5 (denying Docs. 355, 361, 383).

On March 29, 2024, I also dismissed Ms. Montalbano's third-party claims against the Wilcock Defendants for the same reasons her other third-party claims had been dismissed. Doc. 384 at 5-6. Final judgment has not yet been entered with respect to Ms. Montalbano's third-party claims against the Wilcock Defendants.

---

[1]   Although Ms. Montalbano's operative pleading is titled "First Amended Counterclaims Complaint," Doc. 217 at 29, she has in fact revised the pleading twice. *See* Doc. 155-2 at 29-260; Doc. 204-2 at 29-248.

On April 12, 2024, Ms. Montalbano filed a document titled "Objection to Order [#384]," Doc. 400, which is addressed in this Order. On April 23, 2024, Ms. Montalbano filed a notice of appeal "from the order entered March 29, 2024 [#384]; as pertaining to the Judgment [#346], Motion to Amend Dismissal Orders and Judgment [#355], Motion to Amend Complaint [#355, #361], Motion to Stay [#383], and all other matters deemed merged with the appealable order." Doc. 404. The pending appeal does not prevent me from overruling Ms. Montalbano's objections and denying her requests. Fed. R. Civ. P. 62.1(a)(2).

## DISCUSSION

### I.   Objection to March 2024 Order (Doc. 400)

#### A. Legal Standards

The Federal Rules of Civil Procedure do not specifically provide for motions for reconsideration. *Hatfield v. Bd. of Cty. Comm'rs for Converse County*, 52 F.3d 858, 861 (10th Cir. 1995). Instead, "motions for reconsideration fall within a court's plenary power to revisit and amend interlocutory orders as justice requires." *Green v. Fishbone Safety Solutions, Ltd.*, 303 F. Supp. 3d 1086, 1091 (D. Colo. 2018). Grounds for reconsideration are limited: reconsideration may be granted based on an intervening change in the law, newly discovered evidence, or the need to correct a clear error. *Id.* at 1091-92 (citing *Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000)). But motions for reconsideration "are inappropriate vehicles to reargue an issue previously addressed by the court when the motion merely advances new arguments, or supporting facts which were available at the time of the original motion." *Servants of the Paraclete*, 204 F.3d at 1012.

Because Ms. Montalbano is not represented by an attorney, I must liberally construe her pleadings, without assuming the role of advocate on her behalf. *See Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

### B. Analysis

Ms. Montalbano objects to my denial of her motion for reconsideration and her renewed motion to file third-amended claims and to my dismissal of her claims against the Wilcock Defendants, arguing that I did not apply the proper legal standards. She requests reinstatement of her fraud claim against the plaintiffs and the Wilcock Defendants.

### 1. Fraud Pleading Standards

Ms. Montalbano first contends that Magistrate Judge Mix misunderstood her fraud claim and that I did not properly address the facts she alleged in connection with that claim when I adopted Judge Mix's recommendation and later applied the same reasoning in dismissing her fraud claim against the Wilcock Defendants.

Judge Mix's recommendation set forth the elements of a fraudulent-misrepresentation claim, *compare* Doc. 283 at 25, *with* Doc. 400 at 6; quoted several facts Ms. Montalbano alleged in connection with her fraud claim, Doc. 283 at 25-26 (quoting Doc. 217 ¶¶ 108, 113-14, 117); analyzed whether those facts plausibly stated the required elements of a fraud claim and found they did not, *id.* at 26-27; and further found that even if a plausible fraud claim could be found somewhere within Ms. Montalbano's voluminous pleading, Ms. Montalbano had failed to meet the heightened pleading standard for fraud claims under Federal Rule of Civil Procedure 9(b), *id.* at 27-28. In adopting Judge Mix's recommendation, I reiterated the elements of a fraudulent-misrepresentation claim and the Rule 9(b) requirements for pleading fraud claims. Doc. 345 at 13-14. I found that Ms. Montalbano's 200-page, 756-

paragraph complaint and accompanying 200 pages of exhibits were "the antithesis of pleading with particularity that Rule 9(b) requires." *Id.* at 15 (quoting *Pnmr Servs. Co. v. Marketsphere Consulting, LLC*, No. 12-852 LFG/KBM, 2012 WL 12892781, at *3 (D.N.M. Dec. 20, 2012) ("Plaintiff asks Defendant and the Court to attempt to piece together allegations from the Complaint with excerpts and quotations from later-attached voluminous documents. To do so requires jumping back and forth between the Complaint and allegations incorporated by reference, and to the 70 and then 138 pages of attached documents contained in separately filed appendices. . . . The result is confusion, not clarity.")).

Ms. Montalbano argues that though her claims were "unartfully" pleaded, she nonetheless pleaded with particularity facts sufficient to state a claim for fraudulent misrepresentation, and that I erred by dismissing her claim on the basis that "there were too many facts and exhibits . . . to review."[2] Doc. 400 at 7. In her objection, she sets forth a set of "simplified facts" that she contends state a plausible claim for fraud, and she requests that the Court analyze this set of simplified facts, or the facts as she has organized them in her (third) proposed third-amended pleading, in evaluating whether she has stated a claim for fraud under the applicable pleading standards. *Id.* at 7-10. But as she acknowledges, neither her objection nor her proposed third-amended pleading are the operative pleading. *Id.* at 2 ("The Second Amended Counterclaims Complaint ('SACC') is the operative pleading [#217].").

Ms. Montalbano has had three opportunities to state her fraud claim. *See* Docs. 120, 184, 217. In her first three motions for leave to file yet

---

[2]   Ms. Montalbano also argues that I failed to apply the correct burden of proof in analyzing her fraud claim. Doc. 400 at 6 & nn.7-8. But burdens of proof are not relevant at the motion-to-dismiss stage, where the Court presumes that the facts alleged in the complaint are true and could be proved at trial under whatever burden of proof applies.

another amended pleading, she either failed to attach her proposed amendments, or attached proposed amendments to claims other than her fraud claim. *See* Docs. 292, 308, 315 (proposing amendments to RICO and civil-rights claims); *see also* Doc. 345 at 34-35. Those motions to amend were filed after Ms. Montalbano was put on notice of the heightened pleading standard for fraud claims via Magistrate Judge Mix's recommendation. *See* Doc. 283. Yet Ms. Montalbano did not propose amendments to her fraud claim in those motions—she waited until after that claim had been dismissed with prejudice as to all but the Wilcock Defendants. *See* Doc. 355-2. As I stated previously, the Court does not have to address these kinds of repeated proposed improvements to a complaint. Doc. 345 at 36. Three tries are enough. And while Ms. Montalbano's operative pleading must be construed liberally in light of her unrepresented status and lack of pleading-writing skills, she still must follow the same rules of procedure that govern other litigants, including the Rule 9(b) particularity requirement. *See* Doc. 345 at 15. Her pleading does not meet that requirement, and this objection is therefore overruled.

## 2. Mr. Goode's Deposition

Ms. Montalbano next contends that I did not properly consider Mr. Goode's recent deposition testimony when I denied her motion for reconsideration and her renewed motion to amend her pleading. She argues that the "fraud claim facts [in her pleading] are allegations," while "Goode's deposition is an admission of guilt (confession) . . . [that] proved [her] fraud allegations." Doc. 400 at 11. That may be so, but at the motion-to-dismiss stage, the Court is not concerned with whether there is admissible evidence proving the allegations in the pleading. As noted above, at this stage the Court simply presumes the facts alleged are true and can be proved. The new evidence in the form of Mr. Goode's

deposition testimony is therefore not a basis to reconsider my prior or-
ders. This objection is overruled.

## II. Final Judgement

As noted above, partial final judgment has been entered pursuant to
Federal Rule of Civil Procedure 54(b) as to all of the third-party defend-
ants except the Wilcock Defendants. In directing entry of that judgment,
I found that there was "no just reason for delay," Doc. 345 at 39, but I
did not explain my reasons for that finding. Ms. Montalbano has filed a
notice of appeal of that judgment, so I wish to explain those reasons now.
*See Stockman's Water Co., LLC v. Vaca Partners*, 425 F.3d 1263, 1266
(10th Cir. 2005) (absent district court's compliance with requirement
"that it set forth its reasons, albeit briefly, supporting a determination
of finality and no just reason for delay," Rule 54(b) certification order
fails to provide appellate jurisdiction).[3] And because the same reasons
apply to Ms. Montalbano's recently dismissed claims against the Wil-
cock Defendants, I will direct entry of a Rule 54(b) judgment as to those
defendants as well.

In an action involving multiple claims and parties, a district court
may direct entry of final judgment as to fewer than all parties "only if
the court expressly determines that there is no just reason for delay."
Fed. R. Civ. P. 54(b).

> [A] certification under Rule 54(b) is only appropriate when
> a district court adheres strictly to the rule's requirement
> that a court make two express determinations. First, the
> district court must determine that the order it is certifying
> is a final order. Second, the district court must determine

---

[3]   *But see Gross v. Pirtle*, 116 F. App'x 189, 194-95 & n.9 (10th
Cir. 2004) (where district court "made an express determination that
there was no just reason for delay," omission of specific findings regard-
ing reasons for that determination did not render Rule 54(b) certifica-
tion invalid and was "not fatal" to appellate jurisdiction).

> that there is no just reason to delay review of the final or-
> der until it has conclusively ruled on all claims presented
> by the parties to the case.

*Okla. Turnpike Auth. v. Bruner*, 259 F.3d 1236, 1242 (10th Cir. 2001) (citations omitted). To be considered "final," a partial judgment under Rule 54(b) must dispose of claims that are "distinct and separable from the claims left unresolved." *Id.* at 1242-43. In evaluating whether there is "no just reason for delay[ing]" review of a final order, "a district court must take into account judicial administrative interests as well as the equities involved." *Deffenbaugh Indus., Inc. v. Unified Gov't of Wyan-dotte County*, No. 22-3147, 2023 WL 4363439, at *11 (10th Cir. July 6, 2023) (quoting *Curtiss-Wright Corp. v. Gen. Elec. Co.*, 446 U.S. 1, 8 (1980)).

Here, my orders dismissing all of Ms. Montalbano's claims against the various third-party defendants are final with respect to her claims against those defendants. *See* Docs. 345, 384. Ms. Montalbano's claims against the third-party defendants are distinct and separable from her counterclaims against the plaintiffs, and from the plaintiffs' claims against the various defendants (including Ms. Montalbano). The third-party defendants have no involvement in any of the claims remaining in the case, so making an immediate appeal available will encourage a speedy resolution as to Ms. Montalbano's claims against them and avoid possible prejudice to them that could result from a delay in final resolu-tion. Judicial economy is served because Ms. Montalbano's claims against the third-party defendants are not so factually related to the other claims in the case that all claims should be disposed of together, and the appellate court will not need to repeatedly familiarize itself with the facts of the case. For these reasons, I find that there is no just reason for delaying review of my orders dismissing Ms. Montalbano's claims against the third-party defendants.

Finally, I note that Ms. Montalbano's March 17, 2023 motion for reconsideration denied at Doc. 384 and her April 12, 2024 objections addressed in this Order present arguments pertaining to both her counterclaims against the plaintiffs and her third-party claims. To the extent that her prior motion for reconsideration or present objections should be construed as post-judgment motions under Federal Rule of Civil Procedure 59 or 60 with respect to Ms. Montalbano's claims against the third-party defendants as to which final judgment was previously entered (rather than as requests for reconsideration of interlocutory orders), my reasons for denying the motion and overruling the objections would be the same. *See Spring Creek Exploration & Prod. Co., LLC v. Hess Bakken Inv. II, LLC*, 887 F.3d 1003, 1023-24 (10th Cir. 2018) ("In considering . . . interlocutory motions [for reconsideration], 'the district court is not bound by the strict standards for altering or amending a judgment encompassed in Federal Rules of Civil Procedure 59(e) and 60(b),' which govern a district court's reconsideration of its final judgments."); *Price v. Philpot*, 420 F.3d 1158, 1167 & n.9 (10th Cir. 2005) (result would be the same "regardless of whether this claim is treated as a motion to reconsider under Rule 59, Rule 60(b), or as an interlocutory motion before any final judgment").

## CONCLUSION

It is **ORDERED** that Counter Claimant Alyssa Montalbano's Objection to Order [#384], **Doc. 400**, is **OVERRULED**; and

Pursuant to Federal Rule of Civil Procedure 54(b), the Clerk of Court is **DIRECTED** to enter partial final judgment in favor of Third-Party Defendants David Wilcock and The Wilcock Spiritual Healing and

Empowerment Foundation in accordance with Doc. 384, this Order, and the other orders filed during the pendency of this case.

DATED: May 2, 2024                    BY THE COURT:

Daniel D. Domenico
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KAS

JAMES COREY GOODE; and
GOODE ENTERPRISE SOLUTIONS, INC.,

      Plaintiffs and Counter Defendants,

v.

BENJAMIN ZAVODNICK;
JIRKA RYSAVY;
BRAD WARKINS; and
KIERSTEN MEDVEDICH,
Defendants,
GAIA, INC.; and
JAY WEIDNER,

      Defendants and Counter Claimants, and

ALYSSA MONTALBANO,

      Defendant, Counter Claimant, and Third-Party Plaintiff,

v.

DAVID WILCOCK; and
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT
FOUNDATION,

      Third-Party Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order under Fed. R. Civ. P. 54(b) entered by Judge Daniel D.

Domenico on May 2, 2024, it is

1

ORDERED that pursuant to Federal Rule of Civil Procedure 54(b), there is no just reason for delay, judgment is hereby entered pursuant to Fed. R. Civ. P. 54(b) in favor of in favor of Third-Party Defendants David Wilcock and The Wilcock Spiritual Healing and Empowerment Foundation.

DATED at Denver, Colorado this 3rd day of May, 2024.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk

2