UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

May 08, 2024

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**   **24-1171, Goode, et al v. Montalbano**
Dist/Ag docket: 1:20-CV-00742-DDD-KAS

Dear Clerk:

After review of the preliminary record sent to us on May 8, 2024, we have determined that it should be treated as an amended notice of appeal, and have docketed as such. We will not open a new appeal. Please note accordingly on your docket.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Daniel Andrew Dingerson
       Alyssa Chrystie Montalbano
       Timothy Michael Murphy
       Alicia Margaret Reinken
       Dmitry B. Vilner
       Valerie Ann Yanaros

CMW/sds