FILED  
United States Court of Appeals  
Tenth Circuit  

**May 8, 2024**

Christopher M. Wolpert  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

JAMES COREY GOODE, et al.,

    Plaintiff Counterclaim Defendants – Appellees,

v.

ALYSSA CHRYSTIE MONTALBANO,

    Defendant Counter Claimant Cross Claimant Third-Party Plaintiff – Appellant,

v.

KIERSTEN MEDVEDICH, et al.,

    Defendant Crossclaim Cross Defendants - Appellee,

and

LIGHT WARRIOR LEGAL FUND, LLC, et al.,

    Third-Party Defendants - Appellees.

No. 24-1171  
(D.C. No. 1:20-CV-00742-DDD-KAS)  
(D. Colo.)

_____

**ORDER**

_____

This matter is before the court following review of the appellant's Second Notice of Appeal (ECF No. 416), which we have construed as an amended notice of appeal to the notice of appeal that caused the opening of this appellate case (ECF No. 404). The order and separate judgment that are the subject of the amended notice of appeal (ECF

Nos. 409 & 411) appear to have resolved the jurisdictional issues presented in this court's April 24, 2024 order to show cause. Upon consideration, we VACATE the April 24 order to show cause. The appellant need not file a memorandum brief addressing the appellate jurisdictional issues identified in that order.

This court will provide the parties with information about future proceedings in this appeal in due course.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk