# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, and
GOODE ENTERPRISE SOLUTIONS INC.,

    Plaintiffs, Counter Defendants,

v.

GAIA, INC.,

    Defendant and Counter Claimant, and

Alyssa Chrystie Montalbano,

    Counter Claimant.

---

## NOTICE OF INTENT TO SETTLE

---

    Pro Se Litigant and Counter Claimant, Ms. Alyssa Chrystie Montalbano, and Counter Defendant, Mr. James Corey Goode, by and through his counsel, Ms. Valerie Ann Yanaros, jointly file this Notice of Intent to Settle. The parties are in discussions to settle this matter outside of litigation. Matters such as amending the complaint [#217] and Answers being filed are put on hold while these discussions commence.

1

| | |
|---|---|
| Dated this 13th day of May 2024,<br>Grand Junction, Colorado | **Alyssa Chrystie Montalbano**<br><br>*/s/ Alyssa Chrystie Montalbano*<br>2536 Rimrock Ave<br>Suite 400-117<br>Grand Junction, CO 81505<br>Telephone: (970) 250-8365<br>E-mail: LegalZenACM@gmail.com<br>*Pro Se Litigant, Counter Claimant* |
| Dated this 13th day of May 2024,<br>Dallas, Texas | **YANAROS LAW, P.C.**<br><br>*/s/ Valerie Yanaros*<br>Valerie Yanaros, Esq.<br>8300 Douglas Avenue Suite 800<br>Dallas, Texas 75225<br>Telephone: (512) 826-7553<br>Email: Valerie@yanaroslaw.com<br>*Attorneys for Plaintiffs James Corey Goode*<br>*and Goode Enterprise Solutions, Inc.* |

### CERTIFICATE OF SERVICE

I certify that on this 13th day of May 2024 a copy of the foregoing Notice was filed with the clerk of the court using the CM/ECF system and are lawfully served upon Plaintiff's Counsel and appeared Defendants through the Case Management/Electronic Case Filed (CM/ECF) court filing system (FRCP Rule 5), and a courtesy copy delivered via USPS mail upon Mr. David Wilcock and THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION via appointed agent, Mr. Tim Harris, located at 7848 W Sahara Ave, Las Vegas, NV 89117.

/s/ Alyssa Montalbano

Alyssa Montalbano, Pro Se Litigant, Paralegal Student