## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KAS

JAMES COREY GOODE; and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiffs and Counter Defendants,

v.

BENJAMIN ZAVODNICK;
JIRKA RYSAVY;
BRAD WARKINS; and
KIERSTEN MEDVEDICH,

    Defendants,

GAIA, INC.; and
JAY WEIDNER,

    Defendants and Counter Claimants, and

ALYSSA MONTALBANO,

    Defendant, Counter Claimant, and Third-Party Plaintiff,

v.

DAVID WILCOCK; and
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION,

    Third-Party Defendants.

### DECLARATION OF MICHAEL J. LASZLO

I, Michael J. Laszlo, pursuant to 28 U.S. Code § 1746 declare as follows:

    1.    I am over 18 years of age, and I have personal knowledge of the matters stated in this Declaration.

    2.    I am an attorney of record for Defendant, Benjamin Zavodnick, and am authorized to make the statements and representations herein.

3. I have been practicing law since 2006.

4. I am licensed to practice law in the states of Arizona, California, Colorado, Ohio and Washington. I am also admitted in several federal district courts and courts of appeals including the Tenth Circuit Court of Appeals.

5. I have participated in multiple court and jury trials in my career.

6. On April 30, 2024, my law firm, LaszloLaw, combined with the law firm Clark Hill, of which I am a member.

7. This Declaration is submitted to supplement my previous Declaration filed in support of Mr. Zavodnick's Motion. See Motion, Exhibit A.

8. The fees associated with my services in connection with reviewing Plaintiffs' Response and drafting a Reply total $2,883.00. This figure represents 6.2 hours of attorney time at $465 per hour.

9. The figure set forth above was determined by reviewing pertinent time keeping and billing records maintained by Clark Hill as a matter of course. The invoices have not yet been finalized, but a spreadsheet setting for the time entries is attached hereto.

10. No time spent was wasted, inappropriate or unnecessary. The fees charged by Clark Hill are reasonable and commensurate with my experience and attorneys with like skill and experience.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 14, 2024, in Boulder, Colorado

Michael J. Laszlo

**GOODE ET AL v ZAVODNICK, BENJAMIN**

| Date | Attorney | Task | Time | Rate | Amount |
|---|---|---|---|---|---|
| 5/4/2024 | MJL | Review response to motion for fees; email discussion with client re: same; legal research on jurisdiction and fees on fees | 1 | $465 | $465.00 |
| 5/13/2024 | MJL | Draft reply re: Motion for attorney fees; legal research and analysis of law on fees on fees, conversion of 12b2 motion to MSJ, dismissal based on jurisdiction without prejudice affecting fees, 13-17-201(2) | 5.2 | $465 | $2,418.00 |
| | | **Subtotal:** | **6.2** | | **$2,883.00** |