IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KAS

JAMES COREY GOODE, and
GOODE ENTERPRISE SOLUTIONS, INC,

    Plaintiffs and Counter Defendants,

v.

GAIA, INC,

    Defendant and Counter Claimant,

and

ALYSSA MONTALBANO,

    Counter Claimant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Counter Claimant Alyssa Montalbano's **Motion to Stay Fees and Costs** [#391] (the "Motion"). No Response was filed. Ms. Montalbano "respectfully requests that all fees, costs, restitution, statutory and other damages, associated with plaintiff Goode's dismissed claims, be determined together at the conclusion of this case with Montalbano's counterclaim/s." *Motion* [#391] at 3. This is, indeed, typically how such monetary issues between parties are resolved, i.e., at the end of the case, unless otherwise ordered by the Court. Given that Ms. Montalbano has one remaining counterclaim against Plaintiff James Corey Goode,

    IT IS HEREBY **ORDERED** that the Motion [#391] is **GRANTED** to the extent that Ms. Montalbano seeks confirmation that she need not actively seek such monetary costs, etc., until the conclusion of her case, unless otherwise later ordered by the Court.

    Dated: May 22, 2024