# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, and
GOODE ENTERPRISE SOLUTIONS INC.,

      Plaintiffs, Counter Defendants,

v.

GAIA, INC.,

      Defendant and Counter Claimant, and

Alyssa Chrystie Montalbano,

      Counter Claimant.

---

**COUNTER CLAIMANT ALYSSA MONTALBANO
AND PLAINITFFS GOODE AND GES
JOINT MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE**

---

Pro se litigant and counter claimant Alyssa Chrystie Montalbano on her own behalf, and plaintiff and counter defendant James Corey Goode and plaintiff GOODE ENTERPRISE SOLUTIONS INC, via their counsel Valerie Yanaros (collectively "filing parties"), jointly file this Motion to Dismiss with Prejudice pursuant to F.R.C.P. 41(a)(2) and move this court to dismiss with prejudice all of Montalbano's counterclaims and all the defendants (Goode) therein pursuant to the Settlement Agreement filed at Docket 424.

1

This motion is filed with a proposed order so that upon granting the dismissal with prejudice this Court retains full jurisdiction to enforce or terminate the Settlement Agreement in accordance with its terms at any time thereafter.

WHEREFORE, the filing parties respectfully request this motion be GRANTED and that Montalbano's counterclaims be dismissed with prejudice, and that this court enter the proposed order to retain jurisdiction over the enforcement or termination of the Settlement Agreement at any time after dismissal.

Dated this 23rd day of May 2024,
Grand Junction, Colorado

**Alyssa Chrystie Montalbano**

*/s/ Alyssa Chrystie Montalbano*
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
Telephone: (970) 250-8365
E-mail: LegalZenACM@gmail.com
*Pro Se Litigant, Counter Claimant*

Dated this 23rd day of May 2024,
Dallas, Texas

**YANAROS LAW, P.C.**

*/s/ Valerie Yanaros*
Valerie Yanaros, Esq.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553
Email: Valerie@yanaroslaw.com
*Attorneys for Plaintiffs James Corey Goode
and Goode Enterprise Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on this 23rd day of May 2024 a copy of the foregoing Motion was filed with the clerk of the court using the CM/ECF system and are lawfully served upon Plaintiff's Counsel and appeared Defendants through the Case Management/Electronic Case Filed (CM/ECF) court filing system (FRCP Rule 5), and a courtesy copy delivered via USPS mail upon Mr. David Wilcock and THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION via appointed agent, Mr. Tim Harris, located at 7848 W Sahara Ave, Las Vegas, NV 89117.

**/s/ Alyssa Montalbano**

Alyssa Montalbano, Pro Se Litigant, Paralegal Student