# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, and
GOODE ENTERPRISE SOLUTIONS INC.,

    Plaintiffs, Counter Defendants,

v.

GAIA, INC.,

    Defendant and Counter Claimant, and

Alyssa Chrystie Montalbano,

    Counter Claimant.

---

### PROPOSED ORDER RE:
### COUNTER CLAIMANT ALYSSA MONTALBANO
### AND PLAINITFFS GOODE AND GES
### JOINT MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

---

THE COURT, having reviewed "*Counter Claimant Alyssa Montalbano and Plaintiffs Goode and GES Joint Motion to Voluntarily Dismiss with Prejudice*," and being fully advised in the premise, hereby

ORDERS that the *Joint Motion to Voluntarily Dismiss with Prejudice* is GRANTED in all respects and this Court retains jurisdiction and, subject to the terms of the Settlement Agreement, this case may be reopened in accordance with those terms.

Dated this _____ day of _____, 2024

                                                       BY THE COURT

                                                       _____

                                                       District Court Judge