FILED  
**United States Court of Appeals**  
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**May 23, 2024**

Christopher M. Wolpert  
Clerk of Court

---

JAMES COREY GOODE; GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiffs Counterclaim Defendants - Appellees,

v.

ALYSSA CHRYSTIE MONTALBANO,

    Defendant Counter Claimant Cross Claimant Third-Party Plaintiff - Appellant,

KIERSTEN MEDVEDICH; JIRKA RYSAVY; GAIA, INC; WARKINS BRAD,

    Defendants Crossclaim Cross Defendants - Appellees,

and

LIGHT WARRIOR LEGAL FUND, LLC; DAVID WILCOCK; THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT FOUNDATION; VALERIE YANAROS WILDE; ELIZABETH LORIE; BRIAN JAMES FLYNN; WILLIAM CAMPBELL; MATTHEW GROVE; DIANA TERRY; CHRISTINA GOMEZ,

    Third-Party Defendants - Appellees.

No. 24-1171  
(D.C. No. 1:20-CV-00742-DDD-KAS)  
(D. Colo.)

---

**ORDER**

---

This matter is before the court on Appellant Alyssa Chrystie Montalbano's *Motion to Dismiss with Prejudice Pursuant to F.R.A.P. 42(b)(2)*.

The motion states "Pursuant to F.R.A.P. 42(b)(2), appellant Alyssa Chrystie Montalbano files this motion to dismiss with prejudice this entire appeal including all appellees pursuant to the Settlement Agreement . . . ."

Upon consideration, the motion for voluntary dismissal is granted and this appeal is dismissed with prejudice. *See* Fed. R. App. P. 42(b)(2); 10th Cir. R. 27.5(A)(9).

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk