UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

May 23, 2024

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Mr. Daniel Andrew Dingerson
Davis & Gilbert
1675 Broadway
New York, NY 10019

Ms. Alyssa Chrystie Montalbano
2536 Rimrock Avenue, Suite 400-117
Grand Junction, CO 81505

Mr. Timothy Michael Murphy
Hall & Evans
1001 17th Street, Suite 300
Denver, CO 80202

Ms. Alicia Margaret Reinken
Robinson & Henry
1805 Shea Center Drive, Suite 180
80129
Highlands Ranch, CO

Mr. Dmitry B. Vilner
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203

Ms. Valerie Ann Yanaros
Yanaros Law
8300 Douglas Avenue, Suite 800
Dallas, TX 75225

RE: **24-1171, Goode, et al v. Montalbano**
Dist/Ag docket: 1:20-CV-00742-DDD-KAS

Dear Counsel, Appellant and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/klp