IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KAS

JAMES COREY GOODE,

    Plaintiff,

and

GOODE ENTERPRISE SOLUTIONS, INC,

    Plaintiff and Counter Defendant,

v.

GAIA, INC,

    Defendant and Counter Claimant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the **Motion for Withdrawal as Attorney of Record for Defendant Jay Weidner** [#403] (the "Motion"), filed by Attorney Samuel J. Scheurich ("Scheurich"), who is counsel for former Defendant Jay Weidner ("Weidner"). Mr. Weidner was dismissed from this case on March 31, 2024. *Order* [#390]. While Mr. Weidner is no longer a party to this lawsuit, Attorney Scheurich likely still receives electronic notifications of court filings in this matter. The Court finds that the Motion [#403] complies with the requirements set forth in D.C.COLO.LAttyR 5(b). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#403] is **GRANTED**. Attorney Scheurich is relieved of any further representation of former Defendant Jay Weidner in this case. The Clerk of the Court is instructed to terminate Attorney Scheurich as counsel of record, **and to remove this name from the electronic certificate of mailing**.

    IT IS FURTHER **ORDERED** that **Mr. Scheurich SHALL provide Mr. Weidner with a copy of this Minute Order.**

    Dated: May 31, 2024