IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action: 23-cv-01491-DDD-KAS | Date: June 13, 2024 |
| Courtroom Deputy: Laura Galera | FTR – Courtroom C204 |

| *Parties:* | *Counsel:* |
|---|---|
| JAMES COREY GOOD, ET AL., | Valerie Yanaros |
| Plaintiffs, | |
| v. | |
| GAIA, INC. | Daniel Dingerson |
| | Angela Dunay |
| Defendant. | |

## COURTROOM MINUTES

**RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 11:03 a.m.**
Court calls case. Appearances of counsel. All parties appear by video conference.

Discussion regarding setting a Settlement Conference.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Joinder of Parties/Amendment of Pleadings: **July 29, 2024.**

Fact Discovery Cut-off: **February 10, 2025.**

Expert Discovery Cut-off: **May 12, 2025.**

Dispositive Motions Deadline: **July 11, 2025.**

Each side shall be limited to **one (1)** affirmative expert witness and no more than **one (1)** rebuttal expert per subject area, absent further leave of Court.

Parties shall designate affirmative experts on or before **March 12, 2025.**

Parties shall designate rebuttal experts on or before **April 11, 2025.**

Each side shall be limited to **five (5)** depositions, not including experts, absent further leave of Court.

Each side shall be limited to **twenty-five (25)** interrogatories, **thirty-five (35)** requests for production, and **twenty-five (25)** requests for admission, absent further leave of Court.

Counsel shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions.

**FINAL PRETRIAL CONFERENCE** will be set by Judge Domenico.

**NO STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by minute order.  The parties may request a status conference by jointly contacting chambers at (303) 335-2770.

**Counsel and the parties must notify chambers at (303-335-2770) at least 3 business days in advance of any hearing requiring presentation of documentary evidence so that the courtroom can be equipped with the appropriate technology.**

The Court advises counsel to review its Practice Standards, especially for the manner in which it addresses discovery disputes.

Scheduling Order is signed and entered with interlineations on June 13, 2024.

Hearing concluded.
**Court in recess:     11:19 a.m.**
Total time in court:     00:16

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.