IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KAS

JAMES COREY GOODE,

    Plaintiff,

and

GOODE ENTERPRISE SOLUTIONS, INC,

    Plaintiff and Counter Defendant,

v.

GAIA, INC,

    Defendant and Counter Claimant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the parties' **Stipulated [Proposed] Order for the Exchange and Production of Electronically Stored Information** [#440] and the **Stipulated Confidentiality Agreement and [Proposed] Protective Order** [#441] (collectively, the "Motions"). The parties are advised that the Court prefers the filing of a motion seeking entry of such orders and attaching the proposed orders to the motion. Nevertheless, in the interest of expediency,

    IT IS HEREBY **ORDERED** that the Motions [#440, #441] are **GRANTED**. The Stipulated Order for the Exchange and Production of Electronically Store Information [#440] and the Stipulated Confidentiality Agreement and Protective Order [#441] supplied by the parties are **accepted**, with the Court's modifications,[1] and entered as Orders of the Court as of the date of this Minute Order.

    Dated: July 26, 2024

---

[1] The Court has modified the Proposed Protective Order [#441] at paragraph 8(d)(ii) to note required compliance with the Magistrate Judge's discovery dispute procedures.