**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-00742-DDD-KAS

JAMES COREY GOODE

     Plaintiff,
And

GOODE ENTERPRISE SOLUTIONS, INC.

     Plaintiff and Counter Defendant

v.

GAIA, INC.

     Defendant and Counter-Claimant,

---

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to D.C.COLO.LAttyR 5(b), the undersigned attorney, Dmitry B. Vilner, provides this motion to withdraw as counsel for former Third-Party Defendants Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, and Christina Gomez in the above-captioned matter, stating as follows:

1. Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, and Christina Gomez were terminated as parties to this matter on February 17, 2023. *See* [Doc. 345] (adopting magistrate judge's recommendation to dismiss all claims against these parties); [Doc. 346] (entering final judgment). The claims against them have been dismissed and there are no pending appeals of their dismissal.

2. Having been dismissed, Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, and Christina Gomez have no outstanding obligations in this action.

3. Undersigned counsel certifies that he is serving this motion upon his clients, and that he is further providing them with notice as required under D.C.COLO.LAttyR 5(b).

WHEREFORE, for the good cause shown, Senior Assistant Attorney General Dmitry B. Vilner respectfully requests this Court permit him to withdraw as attorney of record for Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, and Christina Gomez in this matter.

Respectfully submitted this 3rd day of December, 2024.

        PHILIP J. WEISER
        Attorney General

        *s/ Dmitry B.Vilner*
        DMITRY B. VILNER *
        Senior Assistant Attorney General
        Civil Litigation and Employment Law Section
        Attorneys for Third-Party Defendants Brian
          James Flynn, William Campbell, Matthew
          Grove, Diana Terry, and Christina Gomez

        1300 Broadway, 10th Floor
        Denver, CO  80203
        Telephone:  720-508-6645
        E-Mail:  Dmitry.vilner@coag.gov
        *Counsel of Record

CERTIFICATE OF SERVICE

    I certify that on December 3, 2024, I served the foregoing MOTION TO WITHDRAW AS ATTORNEY upon all parties of record by e-filing with the CM/ECF system maintained by the court.

    *s/ Linda Ruth Carter*
    Linda Ruth Carter, Senior Paralegal