IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KAS

JAMES COREY GOODE; and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiffs and Counter Defendants,

v.

JIRKA RYSAVY;
BRAD WARKINS; and
KIERSTEN MEDVEDICH,

    Defendants,

and

GAIA, INC.,

    Defendant and Counter Claimant.

## PARTIAL FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Unopposed Motion for Entry of Partial Final Judgment, filed December 6, 2024, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

    ORDERED that judgment is hereby entered in favor of Defendants, Jirka Rysavy; Brad Warkins; and Kiersten Medvedich, and against Plaintiffs, James Corey Goode; and Goode Enterprise Solutions, Inc., on Unopposed Motion for Entry of Partial

1

Judgment as to Jirka Rysavy, Kiersten Medvedich, and Brad Warkins Pursuant to Federal Rules of Civil Procedure 54(b) and 58. It is further

DATED at Denver, Colorado this 6th day of December, 2024.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk