IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KAS

JAMES COREY GOODE,
GOODE ENTERPRISE SOLUTIONS, INC,

    Plaintiffs and Counter Defendants,

v.

GAIA, INC,

    Defendant and Counter Claimant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the **Motion for Withdrawal of Counsel** [#446] (the "Motion"), filed by Attorney Dmitry B. Vilner ("Vilner"), who is counsel for former Third-Party Defendants Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, and Christina Gomez. These five Third-Party Defendants were terminated from this case on February 17, 2023. *Order* [#345]; *Final Judgment* [#346]. The Court finds that the Motion [#446] complies with the requirements set forth in D.C.COLO.LAttyR 5(b). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#446] is **GRANTED**. Attorney Vilner is relieved of any further representation of former Third-Party Defendants Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, and Christina Gomez in this case. The Clerk of the Court is instructed to terminate Attorney Vilner as counsel of record, and to remove this name from the electronic certificate of mailing.

    IT IS FURTHER **ORDERED** that Mr. Vilner **SHALL** provide Brian James Flynn, William Campbell, Matthew Grove, Diana Terry, and Christina Gomez with a copy of this Minute Order.

    Dated: December 11, 2024