**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-742-DDD-KAS

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs and Counter-Defendants,

v.

GAIA, INC.,

Defendant and Counter-Plaintiff.

---

**GAIA, INC.'S UNOPPOSED MOTION FOR
EXTENSION OF THE DISCOVERY SCHEDULE**

---

Defendant Gaia, Inc. ("Gaia"), by and through counsel, moves for an order extending the discovery deadlines set forth in the Scheduling Order entered in this matter on June 13, 2024 (Dkt. 436).

1.  Pursuant to D.C.Colo.L.CivR 7.1, the undersigned certifies that he has conferred with counsel for Plaintiffs concerning this motion. It is unopposed.

2.  Pursuant to the Scheduling Order entered in this matter on June 13, 2024 (Dkt. 436), Magistrate Judge Starnella ordered the parties to serve Interrogatories, Requests for Production of Documents and/or Admissions by Friday, December 27, 2024.

3.  Magistrate Judge Starnella further ordered a fact discovery cut-off of February 10, 2025.

4.  While the parties have, for the most part, engaged and cooperated in discovery to date, a number of issues have arisen that require additional time:

    a. Plaintiffs' initial production of documents was produced in a format other than as required by the Order for the Exchange and Production of Electronically Stored Information agreed to by the parties and entered by the Court on July 26, 2024 (Dkt. 444). While the parties have since resolved this issue, it caused delays in processing and reviewing Plaintiffs' document production.

    b. As a result, the parties are still in the process of resolving disputes relating to Plaintiffs' document production. In particular, Gaia has asserted a number of deficiencies related to Plaintiffs' document production in response to Gaia's First Set of Requests for Production of Documents. The parties have exchanged correspondence on these issues but have not yet been able to meet and confer on those deficiencies as Plaintiffs' counsel was dealing with a medical emergency.

    c. Similarly, Gaia has raised issues with Plaintiffs' responses and objections to Gaia's First Set of Interrogatories, but the parties have not yet been able to meet and confer on those deficiencies due to Plaintiffs' counsel's medical issues.

    d. The above issues in party discovery have also set back third-party discovery, as Gaia was waiting to see Plaintiffs' document production and responses before burdening non-parties. Gaia has since encountered an issue in serving one third-party subpoena, as the target of the subpoena is traveling out of state for the next few months and is waiting for a response from one other third party.

5. In order to have time to address the above issues and proceed with the next phase of discovery (including depositions of Plaintiffs), Gaia requests that the discovery deadlines be extended as follows:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Deadline for service of Interrogatories, Requests for Production of Documents and/or Admissions | Friday, December 27, 2024 | Tuesday, February 25, 2025 |
| Fact discovery cut-off | Monday, February 10, 2025 | Friday, April 11, 2025 |

6. The extension of these discovery deadlines will impact other dates in the Scheduling Order as follows:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Close of Expert Discovery | Monday, May 12, 2025 | Friday, July 11, 2025 |
| Dispositive Motion Deadline | Friday, July 11, 2025 | Tuesday, September 9, 2025 |

7. No party will be prejudiced by this extension request.

8. There have been no previous extensions of the discovery deadlines set forth in the Scheduling Order.

WHEREFORE, Gaia requests that the discovery deadline be extended 60 days, up through and including Friday, April 11, 2025, and that the interim deadline for service of Interrogatories, Requests for Production of Documents and/or Admissions be extended 60 days, up through and including Tuesday, February 25, 2025, to allow for the parties to adequately complete the discovery process.

Dated: December 18, 2024	**DAVIS+GILBERT LLP**

By:   /s/ *Daniel A. Dingerson*

Daniel A. Dingerson
Angela M. Dunay
1675 Broadway
New York, New York 10019
Telephone: (212) 468-4800
Facsimile: (212) 468-4888
Email: ddingerson@dglaw.com

*Attorneys for Defendant Gaia, Inc.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

                                                     */s/ Daniel A. Dingerson*
                                                     Daniel A. Dingerson

**CERTIFICATE OF CONFERRAL**

I hereby certify that pursuant to Local Civil Rule 7.1(a), on December 13, 16, and 18, 2024, I conferred via email with Plaintiffs' counsel concerning this motion and the relief being sought herein. I further certify that Plaintiffs, through their counsel, represented that they do not oppose the relief requested.

                                                  */s/ Daniel A. Dingerson*
                                                   Daniel A. Dingerson

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2025, I caused a copy of the foregoing Unopposed Motion to Extend Discovery to be served on all other parties by filing it on the Court's ECF system.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Daniel A. Dingerson*
　　　　　　　　　　　　　　　　　　　　　　　Daniel A. Dingerson