# EXHIBIT A

Gaia Individuals Entries

| Entry Date | Name | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| Invoice Date | Invoice Number | | | | |
| 7/28/2020 | Daniel Dingerson | $585.00 | 0.9 | $ 526.50 | Review Judge Domenico's individual practices and orders regarding motions to dismiss; research issues regarding individual defendants. |
| 8/10/2020 | Invoice=384767 | | | | |
| 7/29/2020 | Daniel Dingerson | $585.00 | 0.5 | $ 292.50 | Call with Ms. K. Medvedich regarding fact investigation. |
| 8/10/2020 | Invoice=384767 | | | | |
| 12/15/2020 | Daniel Dingerson | $585.00 | 0.4 | $ 234.00 | Correspond with Mr. J. Goode's counsel regarding call to discuss service issues; review docket and prior email correspondence. |
| 1/13/2021 | Invoice=392866 | | | | |
| 12/16/2020 | Daniel Dingerson | $585.00 | 1.9 | $ 1,111.50 | Research rules and case law regarding service of summonses; call with Mr. J. Levine to discuss strategy; call with Mr. J. Goode's counsel regarding issuance and service of summonses; review docket notices. |
| 1/13/2021 | Invoice=392866 | | | | |
| 12/16/2020 | James Levine | $700.00 | 0.3 | $ 210.00 | Consult with D. Dingerson re: options and strategy re: service of complaint on new defendants. |
| 1/13/2021 | Invoice=392866 | | | | |
| 1/8/2021 | Natania Buchbinder | $270.00 | 1.3 | $ 351.00 | Assist D. Dingerson with preparation of waivers. Assist D. Dingerson with preparation of documents. |
| 2/9/2021 | Invoice=394404 | | | | |
| 1/30/2021 | Derick Dailey | $480.00 | 2 | $ 960.00 | Researching case law for claims against individual defendants to file MTD. |
| 2/9/2021 | Invoice=394404 | | | | |
| 2/2/2021 | Derick Dailey | $480.00 | 3 | $ 1,440.00 | Researching law for complaint against individual Gaia defendants. |
| 3/9/2021 | Invoice=395866 | | | | |
| 2/2/2021 | G. Tyler Rumph | $440.00 | 0.3 | $ 132.00 | Research DCO entry of appearance filing and email with D. Dingerson re: the same. |
| 3/9/2021 | Invoice=395866 | | | | |
| 2/2/2021 | Natania Buchbinder | $270.00 | 0.8 | $ 216.00 | File notice of appearance for D. Dingerson. |
| 3/9/2021 | Invoice=395866 | | | | |
| 2/4/2021 | Ina Beth Scher | $750.00 | 0.2 | $ 150.00 | Reviewed stipulation re: answer to amended complaint by individual Gaia defendants. Reviewed update from J. Heatherton re: notice of appearance to represent individual defendants. |
| 3/9/2021 | Invoice=395866 | | | | |
| 2/4/2021 | Derick Dailey | $480.00 | 2 | $ 960.00 | Call with Daniel Dingerson and research of Gaia claims. |
| 3/9/2021 | Invoice=395866 | | | | |
| 2/4/2021 | Daniel Dingerson | $600.00 | 3.7 | $ 2,220.00 | Review stipulation of dismissal and prepare for filing and service; correspond with Ms. K. Medvedich regarding dismissal and anti-SLAPP extension; call with Mr. D. Dailey regarding research and potential arguments for motion to dismiss on behalf of individual defendants; review docket notices; correspond with Mr. J. Goode's counsel regarding proposed conferral on |
| 3/9/2021 | Invoice=395866 | | | | |

Gaia Individuals Entries

| Entry Date / Invoice Date | Name / Invoice Number | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| | | | | | motion to dismiss; correspond with docketing clerk regarding filing of appearance for Ms. I. Scher; continue drafting motion to exceed word limit for motion to dismiss. |
| 2/5/2021 3/9/2021 | Derick Dailey Invoice=395866 | $480.00 | 3 | $1,440.00 | Researching law for claims against individual Gaia defendants. |
| 2/5/2021 3/9/2021 | Michael C. Lasky Invoice=395866 | $830.00 | 0.3 | $249.00 | Conference with Daniel Dingerson regarding status of cases and motion practice and advice regarding same. |
| 2/8/2021 3/9/2021 | Ina Beth Scher Invoice=395866 | $750.00 | 0.2 | $150.00 | Conferred with D. Dingerson re: pending motions and upcoming filing deadlines. |
| 2/8/2021 3/9/2021 | Daniel Dingerson Invoice=395866 | $600.00 | 5.8 | $3,480.00 | Correspond with Mr. J. Goode's counsel regarding proposed motion to dismiss; research case law regarding potential arguments for motion to dismiss and issues regarding Colorado statute of limitations; call with Mr. J. Goode's counsel regarding proposed motion to dismiss; call with Ms. K. Medvedich regarding status. |
| 2/9/2021 3/9/2021 | Daniel Dingerson Invoice=395866 | $600.00 | 2.8 | $1,680.00 | Draft email to Mr. J. Goode's counsel regarding stipulation; review research regarding arguments for motion to dismiss. |
| 2/10/2021 3/9/2021 | Daniel Dingerson Invoice=395866 | $600.00 | 2.7 | $1,620.00 | Correspond with Mr. J. Goode's counsel regarding proposed stipulation; review and edit stipulation and prepare for filing; review docket entries; correspond with docketing clerk regarding filing and error; draft letter to the court regarding striking error filing. |
| 2/23/2021 3/9/2021 | Ina Beth Scher Invoice=395866 | $750.00 | 0.1 | $75.00 | Reviewed court filings re: extension of time to respond to complaint on behalf of individual defendants and order from court granting same. |
| 2/24/2021 3/9/2021 | Ina Beth Scher Invoice=395866 | $750.00 | 0.3 | $225.00 | Reviewed motion for additional time to respond to the pending Second Amended complaint on behalf of the individual defendants and court ruling granting same. |
| 2/25/2021 3/9/2021 | Ina Beth Scher Invoice=395866 | $750.00 | 0.2 | $150.00 | Reviewed docket entry confirming notice of appearance on behalf of individual defendants. |
| 3/25/2021 4/12/2021 | Daniel Dingerson Invoice=397561 | $600.00 | 1.9 | $1,140.00 | Review and respond to email from Ms. K. Medvedich regarding case status; draft arguments notes for individual defendants' motion to dismiss. |
| 3/29/2021 4/12/2021 | Daniel Dingerson Invoice=397561 | $600.00 | 2.6 | $1,560.00 | Draft proposed order and email to Judge Domenico regarding status of motion to exceed word limit; continue drafting arguments for individual defendants' motion to dismiss. |

Gaia Individuals Entries

| Entry Date / Invoice Date | Name / Invoice Number | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 3/29/2021 4/12/2021 | Ina Beth Scher Invoice=397561 | $750.00 | 0.1 | $75.00 | Reviewed proposed order submitted to Judge Domenico by D. Dingerson. |
| 3/31/2021 4/12/2021 | Daniel Dingerson Invoice=397561 | $600.00 | 5.7 | $3,420.00 | Call with Ms. I. Scher to discuss individual defendants' motion to dismiss; review and respond to emails from Mr. M. Lasky regarding case status; continue drafting individual defendants' motion to dismiss; research case law for motion. |
| 3/31/2021 4/12/2021 | Ina Beth Scher Invoice=397561 | $750.00 | 0.6 | $450.00 | Conferred with D. Dingerson re: draft motion to dismiss complaint against individual defendants and preliminary review of same. |
| 4/1/2021 5/11/2021 | Ina Beth Scher Invoice=399298 | $750.00 | 0.7 | $525.00 | Reviewed recent docket entries. Reviewed and revised motion to dismiss second amended complaint as to individual defendants and conferred with D. Dingerson re: same. |
| 4/1/2021 5/11/2021 | Daniel Dingerson Invoice=399298 | $600.00 | 1.6 | $960.00 | Review and respond to emails from Ms. K. Medvedich; review and edit draft motion to dismiss. |
| 4/2/2021 5/11/2021 | James Levine Invoice=399298 | $720.00 | 0.4 | $288.00 | Consult with D. Dingerson re: motion to dismiss brief. |
| 4/2/2021 5/11/2021 | Daniel Dingerson Invoice=399298 | $600.00 | 1.7 | $1,020.00 | Call with Mr. J. Levine to discuss arguments for motion to dismiss and drafting strategy; correspond with N. Buchbinder regarding citations and brief formatting; review and edit draft motion to dismiss. |
| 4/5/2021 5/11/2021 | Ina Beth Scher Invoice=399298 | $750.00 | 0.8 | $600.00 | Reviewed and revised motion to dismiss complaint against individual defendants and conferred with D. Dingerson re: same. |
| 4/5/2021 5/11/2021 | Michael C. Lasky Invoice=399298 | $830.00 | 0.7 | $581.00 | Review of motion to dismiss to be filed today on behalf of all individual Gaia executives and conference with Daniel Dingerson regarding same. |
| 5/7/2021 6/9/2021 | Daniel Dingerson Invoice=400807 | $600.00 | 0.1 | $60.00 | Correspond with N. Buchbinder regarding reply brief citations. |
| 5/7/2021 6/9/2021 | Natania Buchbinder Invoice=400807 | $270.00 | 2.9 | $783.00 | Assist D. Dingerson with review and revision of brief. |
| 5/10/2021 6/9/2021 | Ina Beth Scher Invoice=400807 | $750.00 | 1.9 | $1,425.00 | Reviewed and revised draft reply in further support of Motion to Dismiss claims against individual defendants. Conferred with D. Dingerson re: same. |
| 5/10/2021 6/9/2021 | Michael C. Lasky Invoice=400807 | $830.00 | 0.8 | $664.00 | Review of today's court filings on motion to dismiss. |

Gaia Individuals Entries

| Entry Date / Invoice Date | Name / Invoice Number | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 5/10/2021 / 6/9/2021 | Natania Buchbinder / Invoice=400807 | $270.00 | 1 | $270.00 | Assist D. Dingerson with review and revision of brief. |
| 5/11/2021 / 6/9/2021 | Michael C. Lasky / Invoice=400807 | $830.00 | 0.3 | $249.00 | Follow up with Daniel Dingerson on motion to dismiss and whether there will be oral argument. |
| 8/5/2021 / 9/10/2021 | Daniel Dingerson / Invoice=406178 | $600.00 | 0.3 | $180.00 | Review email from plaintiffs' counsel; correspond with Ms. K. Medvedich regarding Mr. B. Warkins; review docket notice. |
| 8/6/2021 / 9/10/2021 | Daniel Dingerson / Invoice=406178 | $600.00 | 0.2 | $120.00 | Correspond with Ms. K. Medvedich and plaintiffs' counsel regarding representation of Mr. B. Warkins. |
| 5/31/2024 / 6/10/2024 | Ina Beth Scher / Invoice=463938 | $905.00 | 0.1 | $90.50 | Confer with D. Dingerson regarding motion for attorneys' fees. |
| 5/31/2024 / 6/10/2024 | Daniel Dingerson / Invoice=463938 | $755.00 | 1.3 | $981.50 | Continue drafting declaration in support of motion for attorneys' fees on behalf of individual defendants; correspond with I. Scher regarding draft declaration; review relevant procedural rules and docket; review docket entry and order regarding other defendant. |
| 6/2/2024 / 7/29/2024 | Daniel Dingerson / Invoice=550351 | $755.00 | 0.3 | $226.50 | Review and respond to emails from I. Scher regarding declaration in support of motion for attorneys' fees. |
| 6/2/2024 / 7/29/2024 | Ina Beth Scher / Invoice=550351 | $905.00 | 0.4 | $362.00 | Reviewed draft motion for attorney' fees and conferred with D. Dingerson re: same. |
| 7/2/2024 / 8/9/2024 | Angela M. Dunay / Invoice=551776 | $630.00 | 0.9 | $567.00 | Review and revise motion for entry of judgment and prepare for filing; correspond with D. Dingerson and G. Alaimo regarding the same. |

**TOTAL BILLED**     60    **$ 34,470.00**