# EXHIBIT B

Mixed Entries

| Entry Date / Invoice Date | Name / Invoice Number | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 7/21/2020 / 8/10/2020 | Daniel Dingerson / Invoice=384767 | $585.00 | 3.9 | $2,281.50 | Review amended complaint; call with Ms. I. Scher to discuss amended complaint issues; call with Ms. I. Scher and counsel for Mr. C. High regarding litigation; call with Ms. K. Medvedich regarding amended complaint and issues regarding claims against individual defendants; call with Mr. N. Klausner regarding individual representation and conflict waiver issues. |
| 7/21/2020 / 8/10/2020 | Ina Beth Scher / Invoice=384767 | $730.00 | 1.1 | $803.00 | Preliminary review of amended complaint. Conferred with D. Dingerson re: same and inclusion of additional named parties. Conference call with co-defense counsel L. Gray and D. Dingerson. |
| 7/23/2020 / 8/10/2020 | Daniel Dingerson / Invoice=384767 | $585.00 | 0.5 | $292.50 | Call with Ms. K. Medvedich regarding potential arguments and strategy. |
| 7/25/2020 / 8/10/2020 | Daniel Dingerson / Invoice=384767 | $585.00 | 0.1 | $58.50 | Review docket entry regarding amended complaint. |
| 7/27/2020 / 8/10/2020 | Daniel Dingerson / Invoice=384767 | $585.00 | 3.1 | $1,813.50 | Review and respond to emails from Ms. K. Medvedich regarding potential abuse of process claim; research Colorado law regarding abuse of process claim; call with Ms. K. Medvedich to discuss strategy; review individual practices of Judge Domenico; draft notes regarding required conferral efforts; review filed motion to dismiss; review docket entry and email from Mr. L. Houtz. |
| 12/8/2020 / 1/13/2021 | Daniel Dingerson / Invoice=392866 | $585.00 | 1.2 | $702.00 | Review docket notice and order regarding motion to amend; call with Ms. K. Medvedich to discuss order regarding second amended complaint; draft email to Mr. J. Goode's counsel regarding proposed extension; review and respond to email from Ms. K. Medvedich regarding social media post. |
| 12/9/2020 / 1/13/2021 | Daniel Dingerson / Invoice=392866 | $585.00 | 0.4 | $234.00 | Review email from Ms. A. Montalbano regarding proposed filing; review docket notice regarding Mr. B. Zavodnick's motion to dismiss; correspond with Mr. J. Goode's counsel regarding proposed extension and service. |
| 12/14/2020 / 1/13/2021 | Daniel Dingerson / Invoice=392866 | $585.00 | 1.7 | $994.50 | Correspond with Mr. J. Goode's counsel regarding service issues; coordinate filing of stipulation to respond to the Second Amended Complaint; call with Ms. K. Medvedich to discuss extension of time to respond to the second amended complaint and service regarding individual defendants. |
| 12/23/2020 | Daniel Dingerson | $585.00 | 0.2 | $117.00 | Review and respond to emails from Mr. J. |

Mixed Entries

| Entry Date / Invoice Date | Name / Invoice Number | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 1/13/2021 | Invoice=392866 | | | | Goode's counsel regarding waivers of service; review email from Ms. K. Medvedich regarding cross-claims filed by Ms. A. Montalbano. |
| 1/4/2021 2/9/2021 | Daniel Dingerson Invoice=394404 | $600.00 | 4.7 | $2,820.00 | Call with Ms. K. Medvedich to discuss Ms. A. Montalbano's crossclaims; draft email to Mr. J. Goode's counsel regarding conferral for motion to dismiss; download documents regarding Ms. A. Montalbano's crossclaims and send to Ms. K. Medvedich; draft email to Ms. A. Montalbano regarding discussion of crossclaims; correspond with Mr. D. Dailey regarding research assignments; review crossclaims and draft outline for research assignments. |
| 1/5/2021 2/9/2021 | Daniel Dingerson Invoice=394404 | $600.00 | 3.6 | $2,160.00 | Call with Mr. D. Dailey to discuss case background and research questions; call with Ms. A. Montalbano to discuss crossclaims; call with Ms. K. Medvedich to discuss strategy; draft email to Mr. D. Dailey regarding research and case background; review and respond to emails from Ms. A. Montalbano. |
| 1/5/2021 2/9/2021 | Derick Dailey Invoice=394404 | $480.00 | 0.5 | $240.00 | Call with D. Dingerson about litigation in federal court in Colorado. |
| 1/8/2021 2/9/2021 | Daniel Dingerson Invoice=394404 | $600.00 | 6.6 | $3,960.00 | Correspond with Ms. K. Medvedich and M. N. Buchbinder regarding executed waivers of service; review email from Mr. C. High and docket entry regarding reply brief; correspond with Mr. D. Dailey regarding draft motion to dismiss; research case law for motion to dismiss; continue drafting motion; review and respond to email from Ms. A. Montalbano regarding service issues. |
| 1/25/2021 2/9/2021 | Derick Dailey Invoice=394404 | $480.00 | 1.5 | $720.00 | Researching case law for multiple briefs (MTD, Rule 8 motion, et al). |
| 1/27/2021 2/9/2021 | Daniel Dingerson Invoice=394404 | $600.00 | 2.9 | $1,740.00 | Research articles and case law regarding potential arguments and defenses to Ms. A. Montalbano's crossclaims; call with Ms. A. Montalbano to discuss potential resolution; call with Ms. K. Medvedich to discuss status; call with Mr. J. Weidner's counsel regarding proposed motion; draft email to Mr. D. Dailey regarding motion to dismiss and related filings. |
| 1/28/2021 2/9/2021 | Daniel Dingerson Invoice=394404 | $600.00 | 0.3 | $180.00 | Review and respond to email from Mr. D. Dailey regarding research; review and respond to emails from Mr. J. Goode's counsel regarding proposed stipulation; review and edit draft stipulation. |
| 2/1/2021 | Daniel Dingerson | $600.00 | 1.2 | $720.00 | Call with Ms. K. Medvedich regarding status of |

Mixed Entries

| Entry Date / Invoice Date | Name / Invoice Number | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 3/9/2021 | Invoice=395866 | | | | Mr. B. Warkins and issues regarding anti-SLAPP motion and extension; correspond with Mr. J. Weidner's and Mr. J. Goode's counsel regarding proposed motion; review and respond to emails from Mr. J. Goode's counsel regarding extension stipulation; review docket entries; review email from Ms. A. Montalbano regarding dismissal of crossclaims. |
| 2/2/2021 3/9/2021 | Daniel Dingerson Invoice=395866 | $600.00 | 4.7 | $ 2,820.00 | Review and respond to emails from Ms. K. Medvedich regarding extension; review emails from Mr. J. Goode's counsel regarding proposed orders; draft appearances on behalf of individual defendants and prepare for filing and service; review and edit draft motion for extension of time to file anti-SLAPP motion and correspond with Ms. I. Scher and Mr. J. Weidner's counsel regarding revised draft; review and respond to emails from Ms. A. Montalbano regarding dismissal of crossclaims; call with Ms. K. Medvedich regarding dismissal of crossclaims; call with Mr. J. Goode's counsel regarding proposed motion to extend word count; review docket entries; review email from Mr. D. Dailey regarding research. |
| 2/2/2021 3/9/2021 | Ina Beth Scher Invoice=395866 | $750.00 | 0.8 | $ 600.00 | Reviewed plaintiffs' proposed stipulation for extension of deadlines to respond to Gaia's motion to dismiss. Reviewed application for appearance on behalf of individual defendants and conferred with D. Dingerson re: same. Reviewed draft joint motion to file anti-SLAPP, conferred with D. Dingerson re: same and correspondence with co-defendant's counsel re: same. |
| 2/3/2021 3/9/2021 | Ina Beth Scher Invoice=395866 | $750.00 | 0.1 | $ 75.00 | Reviewed court order granting Joint Unopposed Motion for Extension of Time to File Anti-SLAPP Special Motion to Dismiss. |
| 2/3/2021 3/9/2021 | Daniel Dingerson Invoice=395866 | $600.00 | 3.5 | $ 2,100.00 | Call with Ms. A. Montalbano regarding crossclaims, dismissal, and potential motion to strike; draft stipulation of dismissal and correspond with Ms. A. Montalbano regarding draft stipulation; review court rules; correspond with Mr. D. Dailey regarding research; begin drafting motion to extend word count for motion to dismiss; prepare stipulation of dismissal for filing and correspond with docketing clerk; review docket notice. |
| 2/5/2021 3/9/2021 | Daniel Dingerson Invoice=395866 | $600.00 | 1.1 | $ 660.00 | Review and respond to emails from Ms. K. Medvedich regarding litigation; review and respond to emails from Ms. A. Montalbano regarding court orders; call with Mr. M. Lasky |

Mixed Entries

| Entry Date / Invoice Date | Name / Invoice Number | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| | | | | | to discuss status; review email from Mr. D. Dailey regarding potential arguments for motion to dismiss; call with Ms. I. Scher to discuss status and strategy. |
| 2/12/2021 3/9/2021 | Daniel Dingerson Invoice=395866 | $600.00 | 2.6 | $1,560.00 | Review and respond to emails from Ms. A. Montalbano regarding information requested; correspond with Ms. K. Medvedich regarding Ms. A. Montalbano's requests; review email from Mr. D. Dailey regarding research; review research regarding time to file counterclaims. |
| 2/16/2021 3/9/2021 | Daniel Dingerson Invoice=395866 | $600.00 | 1.8 | $1,080.00 | Correspond with Mr. J. Goode's counsel regarding proposed motion to dismiss; correspond with Mr. D. Dailey regarding case status; review email from Ms. A. Montalbano regarding other defendants; research law regarding Colorado statute of limitations on various claims. |
| 2/19/2021 3/9/2021 | Ina Beth Scher Invoice=395866 | $750.00 | 0.4 | $300.00 | Conferred with D. Dingerson re: timing and procedural issues related to motions to dismiss the pending Second Amended complaint on behalf of Gaia and the individual defendants. |
| 2/19/2021 3/9/2021 | Daniel Dingerson Invoice=395866 | $600.00 | 0.4 | $240.00 | Correspond with Ms. K. Medvedich regarding motion to dismiss and case status; review and respond to email from Ms. A. Montalbano regarding amended claims. |
| 2/22/2021 3/9/2021 | Daniel Dingerson Invoice=395866 | $600.00 | 2.5 | $1,500.00 | Correspond with plaintiffs' counsel regarding motion to dismiss and need for additional time to confer; draft motion to extend response date for individual defendants and prepare for filing; correspond with docketing clerk regarding filing; review email from Ms. A. Montalbano regarding proposed amended pleading. |
| 2/23/2021 3/9/2021 | Daniel Dingerson Invoice=395866 | $600.00 | 3.3 | $1,980.00 | Review and edit draft motion to extend response date and prepare for filing and service; review docket entries regarding motion; review Ms. A. Montalbano's proposed revised pleading and correspond with Ms. K. Medvedich regarding recommendations and strategy. |
| 3/4/2021 4/12/2021 | Daniel Dingerson Invoice=397561 | $600.00 | 5.8 | $3,480.00 | Call with Ms. K. Medvedich to discuss potential counterclaims and strategy; review docket notice regarding Ms. A. Montalbano's motion to amend counterclaims; continue drafting reply in support of Gaia's motion to dismiss; research case law regarding employees' motion to dismiss; correspond with Plaintiffs' counsel regarding proposed motion for leave to file counterclaims. |
| 3/15/2021 | Daniel Dingerson | $600.00 | 4.5 | $2,700.00 | Review docket notices; review local rules and |

Mixed Entries

| Entry Date<br>Invoice Date | Name<br>Invoice Number | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 4/12/2021 | Invoice=397561 | | | | procedures; draft change of address notices and prepare for filing; review and update electronic court records; draft motion for leave to exceed word limit and prepare for filing; serve motion to exceed word limit. |
| 3/15/2021<br>4/12/2021 | John Heatherton<br>Invoice=397561 | $275.00 | 0.7 | $192.50 | Reviewed for form and prepared documents for filing. Changes of Address and Unopposed Motion to Exceed Word Limit (Regarding: Dismiss Second Amended Complaint). |
| 3/23/2021<br>4/12/2021 | Daniel Dingerson<br>Invoice=397561 | $600.00 | 2.6 | $1,560.00 | Review docket notice regarding Plaintiffs' opposition to Ms. A. Montalbano's motion to amend; review research for arguments in individual defendants' motion to dismiss. |
| 3/24/2021<br>4/12/2021 | Daniel Dingerson<br>Invoice=397561 | $600.00 | 3.9 | $2,340.00 | Review Plaintiffs' memorandum in opposition to Ms. A. Montalbano's motion to amend; research case law for individual defendants' motion to dismiss; continue drafting arguments for motion to dismiss; review arguments in reply in support of Gaia's motion to dismiss. |
| 3/26/2021<br>4/12/2021 | Daniel Dingerson<br>Invoice=397561 | $600.00 | 2.7 | $1,620.00 | Review docket notice regarding reply memorandum from Ms. A. Montalbano; research case law for individual defendants' motion to dismiss; draft notes for motion to dismiss arguments. |
| 3/30/2021<br>4/12/2021 | Daniel Dingerson<br>Invoice=397561 | $600.00 | 5.3 | $3,180.00 | Review Plaintiffs' opposition to motion for leave to file counterclaims; review order regarding motion for leave to exceed word limit; call with Ms. K. Medvedich regarding status of motions; research case law for individual defendants' motion to dismiss; continue drafting motion. |
| 4/5/2021<br>5/11/2021 | Daniel Dingerson<br>Invoice=399298 | $600.00 | 7.7 | $4,620.00 | Call with Ms. I. Scher to discuss draft motion to dismiss; correspond with Ms. K. Medvedich regarding motion to dismiss arguments and other case management issues; correspond with N. Buchbinder regarding cite-checking and formatting of motion to dismiss; review and edit motion to dismiss and finalize for filing and service; draft reply brief in support of joint motion for leave to file counterclaims; call with Mr. J. Weidner's counsel to discuss reply brief; correspond with Mr. M. Lasky regarding motion to dismiss. |
| 4/27/2021<br>5/11/2021 | Daniel Dingerson<br>Invoice=399298 | $600.00 | 5.2 | $3,120.00 | Review plaintiffs' brief in opposition to individual Gaia executives' motion to dismiss; correspond with Ms. K. Medvedich regarding plaintiffs' opposition brief; review docket notices; continue drafting counterclaims. |
| 5/4/2021 | Daniel Dingerson | $600.00 | 5.8 | $3,480.00 | Call with Ms. K. Medvedich regarding revisions |

Mixed Entries

| Entry Date / Invoice Date | Name / Invoice Number | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 6/9/2021 | Invoice=400807 | | | | to draft counterclaims; review and edit counterclaims pursuant to comments from Ms. K. Medvedich; begin drafting reply memorandum in support of individuals' motion to dismiss; research case law for use in reply memorandum. |
| 5/5/2021 6/9/2021 | Daniel Dingerson Invoice=400807 | $600.00 | 4.5 | $2,700.00 | Review and respond to emails from Ms. K. Medvedich regarding counterclaims; continue drafting reply memorandum in support of individuals' motion to dismiss; research case law for reply memorandum. |
| 5/6/2021 6/9/2021 | Ina Beth Scher Invoice=400807 | $750.00 | 0.3 | $225.00 | Preliminary review of draft reply brief in support of the Gaia employees' motion to dismiss and Gaia's provisional answer and counterclaims and conferred with D. Dingerson re: same. |
| 5/6/2021 6/9/2021 | Daniel Dingerson Invoice=400807 | $600.00 | 3.1 | $1,860.00 | Review docket notice granting leave to file counterclaims; call with Ms. K. Medvedich regarding revisions to draft counterclaims; review and respond to emails from Ms. K. Medvedich regarding potential additional defamation claims; review and edit draft reply brief in support of individuals' motion to dismiss; correspond with Ms. I. Scher and N. Buchbinder regarding drafts. |
| 5/9/2021 6/9/2021 | Daniel Dingerson Invoice=400807 | $600.00 | 1.5 | $900.00 | Review and edit reply in support of individual defendants' motion to dismiss; review and edit counterclaims pursuant to comments from Ms. I. Scher; correspond with Ms. I. Scher and N. Buchbinder regarding filings; review case law and citations. |
| 5/10/2021 6/9/2021 | Daniel Dingerson Invoice=400807 | $600.00 | 5.4 | $3,240.00 | Review and edit reply brief in support of motion to dismiss and counterclaims; call with N. Buchbinder regarding citations in reply brief; review case law and citations; call with Ms. K. Medvedich regarding revisions to counterclaims; call with docketing clerk regarding filings and restricted notations; prepare documents for filing and service; review docket notices and restricted filings; draft email to plaintiffs' counsel regarding restricted documents; correspond with Mr. M. Lasky and Ms. I. Scher regarding filings. |
| 5/10/2021 6/9/2021 | John Heatherton Invoice=400807 | $275.00 | 1.8 | $495.00 | Reviewed for form and coordinated service filing of documents. Reply to Motion to Dismiss and Answer and Counterclaims. |
| 5/11/2021 6/9/2021 | Daniel Dingerson Invoice=400807 | $600.00 | 0.3 | $180.00 | Review and respond to emails from Mr. M. Lasky regarding case status and potential oral arguments; review email from Ms. K. Medvedich |

Mixed Entries

| Entry Date<br>Invoice Date | Name<br>Invoice Number | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| | | | | | regarding social media postings. |
| 5/11/2021<br>6/9/2021 | Ina Beth Scher<br>Invoice=400807 | $750.00 | 0.2 | $ 150.00 | Reviewed final filings and D. Dingerson's email to plaintiffs' counsel re: same. |
| 9/7/2021<br>10/8/2021 | Daniel Dingerson<br>Invoice=407803 | $600.00 | 0.3 | $ 180.00 | Review and respond to email from plaintiffs' counsel regarding representation; review and respond to email from Ms. K. Medvedich regarding social media posts. |
| 4/1/2024<br>5/10/2024 | Daniel Dingerson<br>Invoice=462310 | $755.00 | 5.4 | $ 4,077.00 | Review order on motion to dismiss and draft outline for call with K. Medvedich; review court orders regarding other defendants; call with K. Medvedich to discuss order and case strategy; call with I. Scher to discuss order and procedural issues; correspond with K. Medvedich, I. Scher, M. Lasky, and N. Klausner regarding media request; draft email to J. Kirsch regarding order on motion to dismiss. |
| 4/4/2024<br>5/10/2024 | Daniel Dingerson<br>Invoice=462310 | $755.00 | 0.2 | $ 151.00 | Review email from K. Medvedich regarding B. Warkins; correspond with A. Dunay regarding answer schedule. |
| 5/23/2024<br>6/10/2024 | Daniel Dingerson<br>Invoice=463938 | $755.00 | 0.4 | $ 302.00 | Review docket notices and orders regarding A. Montalbano; review billing record in preparation for motion for attorneys' fees on behalf of individual defendants. |
| 5/28/2024<br>6/10/2024 | Daniel Dingerson<br>Invoice=463938 | $755.00 | 3.3 | $ 2,491.50 | Call with K. Medvedich to discuss case strategy; review and respond to emails from A. Dunay regarding discovery conferrals; review docket notice and court order; begin drafting motion for attorneys' fees on behalf of individual defendants. |
| 5/29/2024<br>6/10/2024 | Daniel Dingerson<br>Invoice=463938 | $755.00 | 2.6 | $ 1,963.00 | Review emails from A. Dunay regarding discovery issues and draft protocols; review email from K. Medvedich regarding TTAB proceeding; continue drafting motion for attorneys' fees on behalf of individual defendants and declaration in support. |
| 5/30/2024<br>6/10/2024 | Daniel Dingerson<br>Invoice=463938 | $755.00 | 3.2 | $ 2,416.00 | Review scheduling order and deadlines; review docket notices and filings; continue drafting declaration in support of motion for attorneys' fees on behalf of individual defendants. |
| 6/10/2024<br>7/29/2024 | Angela M. Dunay<br>Invoice=550351 | $630.00 | 1.2 | $ 756.00 | Communicate with D. Dingerson regarding settlement and scheduling conference; prepare request to appear remotely; communicate with opposing counsel regarding settlement; review correspondence from Court; conduct legal research regarding motion for attorneys' fees. |
| 6/10/2024 | Daniel Dingerson | $755.00 | 1.1 | $ 830.50 | Draft notes regarding research on motion for |

Mixed Entries

| Entry Date<br>Invoice Date | Name<br>Invoice Number | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 7/29/2024 | Invoice=550351 | | | | entry of judgment; call with A. Dunay to discuss preparation for scheduling conference, other discovery issues, and anticipated motions; review emails from A. Dunay regarding scheduling conference and settlement discussions. |
| 6/11/2024<br>7/29/2024 | Daniel Dingerson<br>Invoice=550351 | $755.00 | 1.6 | $ 1,208.00 | Call with K. Medvedich to discuss discovery issues and case status; review and respond to emails from A. Dunay and C. Goode's counsel regarding settlement discussions; review email from A. Dunay regarding research for motion for attorneys' fees; review email from A. Youngblood. |
| 6/11/2024<br>7/29/2024 | Angela M. Dunay<br>Invoice=550351 | $630.00 | 2.3 | $ 1,449.00 | Conduct research into motion for attorneys' fees and prepare summary regarding the same for review by D. Dingerson; review correspondence from A. Montalbano regarding settlement. |

| **TOTAL BILLED** | | | 137.6 | **$ 84,618.00** | |
| | | | 68.8 | $ 42,309.00 | |