IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KAS

JAMES COREY GOODE,
GOODE ENTERPRISE SOLUTIONS, INC,

    Plaintiffs and Counter Defendants,

v.

GAIA, INC,

    Defendant and Counter Claimant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on Defendant's **Unopposed Motion for Extension of the Discovery Schedule** [#451] (the "Motion"). For good cause shown,

IT IS HEREBY **ORDERED** that the Motion [#451] is **GRANTED**. The deadline for service of interrogatories and requests for production of documents and/or admissions is extended to **February 25, 2025**. The fact discovery cut-off is extended to **April 11, 2025**. The expert discovery cut-off is extended to **July 11, 2025**. The dispositive motion deadline is extended to **September 9, 2025**.

Dated: December 27, 2024