IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH

                Defendants.

---

**MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO MOTION FOR ATTORNEY'S FEES BY JIRKA RYSAVY, KIERSTEN MEDVEDICH AND BRAD WARKINS**

---

**COMES NOW,** Mr. James Corey Goode and Goode Enterprise Solutions, Inc. (collectively, "Goode"), and respectfully shows and requests as follows:

**D.C.COLO.LCivR 7.1(A) Certification**: Counsel for Goode and Defendants Rysavy, Medvedich and Warkins ("Defendants") conferred regarding this motion and both agree to the relief requested herein.

1. This Action was commenced by Goode on March 17, 2020 (Docket 1) and motion practice ensued.

Motion for Extension of Time to Respond

2. Defendants filed their Motion for Attorneys' Fees (the "Motion") on December 20, 2024 (Docket 453).

3. Goode's response is due January 10, 2025.

4. This motion is filed one business day before the deadline.

5. Goode is preparing its response in opposition to Defendants' Motion but counsel have agreed to a 21-day extension for Goode's response due to the holidays and various medical reasons.

6. This motion is not made for purpose of delay, in bad faith or as a dilatory tactic, but to ensure a full hearing on all the facts and legal issues of this action, secure a just and speedy determination of this case, and ensure that the ends of justice are met

    a) Per local rule 6.1, the parties have agreed to a 21-day extension of the deadline for Goode to respond to Defendants' Motion. This is a first extension.

7. This request will be served upon all of counsels' respective clients per Local Rule 6.

Motion for Extension of Time to Respond

Date: January 9, 2025                     Respectfully submitted,

/s Valerie Yanaros, Esq.
Valerie Yanaros, Esq.
Texas Bar No. 24075628
Admitted to Practice in the
District Court of Colorado
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Phone: (512) 826-7553
valerie@yanaroslaw.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The below signed certifies that a copy of this filing will be served on each Defendant by ECF on January 9, 2025.

/s Valerie Yanaros, Esq.
Valerie Yanaros, Esq.

CERTIFICATION OF WORD COUNT: I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).