IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                      Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH

                      Defendants.

_____

**PROPOSED ORDER: MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO MOTION FOR ATTORNEY'S FEES BY JIRKA RYSAVY, KIERSTEN MEDVEDICH AND BRAD WARKINS**
_____

        This matter, having come before the Court on Plaintiffs James Corey Goode's and Goode Enterprise Solutions' unopposed motion and for Extension of Deadline (the "Extension", Docket ___) to respond to Defendant Rysavy, Medvedich, and Warkins' Motion for Fees (the "Motion", Docket 453) does hereby **GRANT** the Extension. Plaintiffs' deadline to respond to the Motion is now January 31, 2025.

        Dated this _____ day of January, 2025.

                                                             _____

                                                              DISTRICT COURT JUDGE

Proposed Order – Motion for Extension of Deadlines