IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KAS

JAMES COREY GOODE,
GOODE ENTERPRISE SOLUTIONS, INC,

    Plaintiffs and Counter Defendants,

v.

GAIA, INC,

    Defendant and Counter Claimant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Plaintiffs' **Motion for Extension of Deadline to Respond to Motion for Attorney's Fees by Jirka Rysavy, Kiersten Medvedich and Brad Warkins** [#457] (the "Motion"). For good cause shown,

    IT IS HEREBY **ORDERED** that the Motion [#457] is **GRANTED**. The deadline for Plaintiffs to file a Response to the Motion for Attorneys' Fees Pursuant to Federal Rule of Civil Procedure 54(d) and C.R.S. § 13-17-201 by Jirka Rysavy, Kiersten Medvedich, and Brad Warkins [#453] is extended to **January 31, 2025**.

    Dated: January 14, 2025

- 1 -