# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-742-DDD-KAS

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs and Counter-Defendants,

v.

GAIA, INC.,

Defendant and Counter-Plaintiff.

## PLAINTIFFS' AND GAIA, INC.'S JOINT MOTION FOR
## EXTENSION OF THE DISCOVERY SCHEDULE

Plaintiffs James Corey Goode and Goode Enterprise Solutions Inc. (collectively, "Plaintiffs") and Defendant Gaia, Inc. ("Gaia"), by and through their counsel, move for an order extending the current fact discovery cut-off along with related adjustments to other case deadlines.

1.      Pursuant to D.C.Colo.L.CivR 7.1, the undersigned certifies that counsel have conferred concerning this motion and the parties are in agreement and jointly make this request.

2.      Pursuant to Magistrate Judge Starnella's December 27, 2024, Minute Order (Dkt. 456), the fact discovery cut-off is currently April 11, 2025.  That Minute Order was issued in response to an unopposed motion to extend the original fact discovery cut-off by 60 days due to various issues the parties had encountered in discovery.

3.      Since that time, the parties have continued to work towards resolution of the issues that were then present, and Plaintiffs have supplemented their document production and amended their interrogatory responses.

4.      However, the parties continue to work through discovery issues, both amongst themselves and with third parties.

5.      While progress has been made, Plaintiffs anticipate making further document productions while Gaia is in the process of preparing its first document production pursuant to Plaintiffs' requests.

6.      Since the issuance of the Minute Order, Plaintiffs issued their own written discovery, including document requests, interrogatories, and requests for admission on February 4, 2025; Gaia timely served its objections and responses and is now in the process of preparing its document production.

7.      Gaia has continued its discovery efforts with third parties, but there have been some delays resulting from difficulty locating third parties for service, and counsel for one third party's health issues and unavailability due to the Los Angeles wildfires.

8.      Accordingly, the parties mutually believe it is in their interests to extend the discovery schedule to allow for further development of the factual record through additional document production (from the parties and third parties), followed by depositions.

9.      Complicating the case schedule, including the timing of any extension of the discovery schedule, is that Plaintiffs' counsel is currently pregnant and due to give birth in May.

10.      Plaintiffs' counsel is a sole practitioner who has been involved with this matter since its inception; accordingly, Plaintiffs would be unfairly prejudiced if Plaintiffs' counsel was not available for substantive phases of discovery, including depositions.

11.      In consideration of Plaintiffs' counsel's health and well-being, and that of her family, as well as in consideration of the parties' interests, the parties and their counsel are in

agreement that it would be beneficial to extend the current case schedules to avoid any potential conflicts around Plaintiffs' counsel's anticipated birth and recovery/bonding time.

12.      Thus, to address the above considerations and have sufficient time to proceed with the next phase of discovery, the parties jointly request that the fact discovery cut-off be extended as follows:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact discovery cut-off | April 11, 2025 | October 8, 2025 |

13.      The length of the proposed extension takes into consideration Plaintiffs' counsel's planned parental leave.

14.      The extension of the fact discovery cut-off will necessarily impact two other dates in the current case calendar, which the parties also propose extending, as follows:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Expert Discovery | July 11, 2025 | October 8, 2025 |
| Dispositive Motion Deadline | September 9, 2025 | December 9, 2025 |

15.      In recognition of the length of the requested extension to the fact discovery cut-off, the parties propose that the expert discovery schedule will run concurrently with the end of the fact discovery schedule, so as to minimize the extension needed for the dispositive motion deadline.

16.      No party will be prejudiced by this extension request, and the parties and their counsel will be aided by the extension proposed herein.

17.      There has been one previous extension of the discovery deadlines set forth in the original Scheduling Order (Dkt. 436), as described above.

18.    The parties, through their counsel, are available to provide more details to the Court regarding discovery efforts, to date, and the basis for this motion, if it would aid the Court in ruling on the present request.

WHEREFORE, Plaintiffs and Gaia jointly request that the fact discovery cut-off be extended 180 days, up through and including October 8, 2025, to allow the parties to adequately complete the fact discovery process, and that the deadlines for the close of expert discovery and the dispositive motion deadline be extended by approximately 90 days to October 8, 2025, and December 9, 2025, respectively.

Dated: March 21, 2024

**DAVIS+GILBERT LLP**

By:  _/s/ Daniel A. Dingerson_

Daniel A. Dingerson
Angela M. Dunay
1675 Broadway
New York, New York 10019
Telephone: (212) 468-4800
Facsimile: (212) 468-4888
Email: ddingerson@dglaw.com

*Attorneys for Defendant Gaia, Inc.*

**YANAROS LAW, P.C.**

By:  _/s/ Valerie A. Yanaros_

Valerie A. Yanaros, Esq.
Texas Bar No. 24075628
Admitted to Practice in the District Court of Colorado
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553
Email: valerie@yanaroslaw.com

*Attorney for Plaintiffs*

## **<u>CERTIFICATE OF COMPLIANCE</u>**

I hereby certify that the foregoing complies with the type-volume limitation set forth in

Judge Domenico's Practice Standard III(A)(1).

<u>*/s/ Daniel A. Dingerson*</u>
Daniel A. Dingerson

**<u>CERTIFICATE OF CONFERRAL</u>**

I hereby certify that pursuant to Local Civil Rule 7.1(a), on March 11, 2025, I conferred via telephone (and on subsequent dates via email) with Plaintiffs' counsel concerning this motion and the relief being sought herein. I further certify that Plaintiffs, through their counsel, represented that they join in this application and that the parties, through their counsel, jointly prepared this motion.

<u>    /s/ Daniel A. Dingerson    </u>
Daniel A. Dingerson

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2025, I caused a copy of the foregoing Joint Motion to

Extend Discovery to be served on all other parties by filing it on the Court's ECF system.


*/s/ Daniel A. Dingerson*
Daniel A. Dingerson