IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KAS

JAMES COREY GOODE,
GOODE ENTERPRISE SOLUTIONS, INC,

    Plaintiffs and Counter Defendants,

v.

GAIA, INC,

    Defendant and Counter Claimant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the parties' **Joint Motion for Extension of the Discovery Schedule** [#467] (the "Motion"). For good cause shown,

    IT IS HEREBY **ORDERED** that the Motion [#467] is **GRANTED**. The cut-off for both fact and expert discovery is extended to **October 8, 2025**. The dispositive motion deadline is extended to **December 9, 2025**. **Given the length of these extensions, no further extensions will be permitted absent a showing of exceptional cause.**

    Dated: March 24, 2025