IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KAS

JAMES COREY GOODE,
GOODE ENTERPRISE SOLUTIONS, INC,

    Plaintiffs and Counter Defendants,

v.

GAIA, INC,

    Defendant and Counter Claimant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHYRN A. STARNELLA**

    This matter is before the Court on the March 21, 2025 joint email from counsel seeking a Settlement Conference pursuant to the District Judge's Order Referring Case [#39]. After conferral with counsel,

    IT IS HEREBY **ORDERED** that a Settlement Conference is scheduled for **April 7, 2025**, at **9:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294. **All counsel and parties must exit the Courthouse no later than 5:45 p.m.**

    IT IS FURTHER **ORDERED** that counsel <u>shall have parties present</u> who shall have <u>full authority</u> to negotiate **all** terms and demands presented by the case and to enter into a settlement agreement, including an adjustor if an insurance company is involved. "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet all terms or pay all amounts which are demanded or sought by any opposing party in the case without consulting with some other person, committee, or agency.

    **IT IS FURTHER ORDERED that the parties shall follow Magistrate Judge Starnella's Instructions for Settlement Conferences and Preparation of Confidential Settlement Statements, as attached to this Minute Order.**

      Parties shall prepare and submit two statements—one to be submitted to the other party or parties, and the other to be submitted only to this Court—**on or before March 31, 2025**. The first statement is directed to opposing counsel and opposing parties participating in the settlement conference. The second statement is confidential and should be submitted to the Court, but not submitted for filing or exchanged with the other parties. Parties participating in ECF shall e-mail the Confidential Settlement Statement to Starnella_Chambers@cod.uscourts.gov. Parties not participating in ECF shall submit all materials as hard copies. Up to 100 pages of additional settlement materials (*e.g.* deposition transcripts, exhibits, etc.) may also be submitted to the Court by e-mail along with the CSS. Any additional material shall be delivered to the office of the Clerk of the Court or mailed directly to Magistrate Judge Starnella in an envelope marked "Confidential and Private per Magistrate Judge Starnella's Order."

      Dated: March 24, 2025