# INSTRUCTIONS FOR SETTLEMENT CONFERENCES AND PREPARATION OF CONFIDENTIAL SETTLEMENT STATEMENTS ("CSS") for Submission to Magistrate Judge Starnella

**Effective August 7, 2023**

**I.     Introduction**

If you follow these instructions carefully, I will be able to use my best efforts towards resolution of your case. On the other hand, <u>if you do not follow these instructions, I may require that you revise your CSS, or postpone or cancel the settlement conference</u>.  Thank you for your cooperation.

**II.    Settlement Conference Instructions**

A.  If the parties' Confidential Settlement Statements and exhibits are not submitted by the deadline set by the Court, the settlement conference **will be vacated and sanctions may be imposed**.

B.  If any party does not follow Magistrate Judge Starnella's Instructions for Preparation of Confidential Settlement Statements, the settlement conference **will be vacated**.

C.  Extensions of the deadline to file Confidential Settlement Statements require a showing of good cause and should be sought by telephone (303-335-2770). Extensions must be sought **before the deadline expires**.

D.  Non-parties and non-party representatives, including relatives of parties, shall not attend the settlement conference without prior **written** permission of the Court. Non-parties who attend without permission will be required to leave.

E.  All named parties or party representatives shall attend the settlement conference in person unless excused in advance by Order of the Court. A valid photo identification is required for entry to the Courthouse.

F.  Counsel and the parties should plan to remain at the settlement conference for at least **four hours** after it begins. You will not be permitted to leave before that time for any reason, unless excused by Magistrate Judge Starnella. Travel arrangements should be made accordingly.

G.  Unfortunately, because the Court is a publicly funded non-profit entity and not a private for-profit enterprise, there is no budget for refreshments to be provided during the settlement conference, and therefore none will be provided. Please **DO NOT** ask Magistrate Judge Starnella or her law clerks for refreshments. You may bring non-alcoholic beverages to the settlement conference.

H.  If you have obtained permission to have a party or party representative appear by telephone, you must provide the telephone.

I.  Interpreters are welcome but must be provided at the party/parties' expense.

J. Compliance with instructions stated herein is mandatory, unless written permission to deviate from them is obtained in advance.  Thank you for your cooperation.

**III.   Confidentiality**

In our court, in order to protect the integrity of the process, settlement conferences are confidential.  I take this policy very seriously.  In conducting the settlement conference, I will not use information provided in your CSS unless you explicitly authorize me to do so. (When appropriate, I may suggest that you authorize me to disclose information.)  Therefore, please include in your CSS a designation of all information that you do <u>not</u> wish me to share with the other party (parties) and/or counsel (see Section IV.B. 10. below).  You may not disclose information exchanged during the settlement conference to anyone who is not a party to the litigation, counsel to a party, or counsel's support staff.

**IV.   Instructions Regarding Content of CSS**

Counsel shall prepare and submit two statements: one to be submitted to the other party or parties, and the other to be submitted only to this Court, no later than five business days prior to the date of the settlement conference.

A.   **Statement to opposing counsel.** The first statement is directed to opposing counsel and opposing parties participating in the settlement conference. It should contain an overview of the case from the presenter's point of view, summarize the evidence that supports that side's claims, and may present a demand or offer. These statements should be intended to persuade the opposing parties and counsel.

B.   **Confidential statement to the Court.** The second statement is confidential and must be emailed to Starnella_Chambers@cod.uscourts.gov and not submitted for filing or exchanged with the other parties. This statement must attach the statement to opposing counsel and include the following additional information:

1. Facts of the case;

2. A *numbered list* of the known significant disputed issues of fact;

3. Computation of damages;

4. Appropriate legal authority;

2

5. A *numbered list* of the known significant disputed legal issues;

6. Damages survey (settlements, bench trials, jury awards);

7. Actual and anticipated costs of litigation;

8. History of settlement negotiations;

9. Good faith evaluation of the value of the case, considering the facts, provable damages, damages limitations (if any), legal issues, witness strengths and weaknesses, procedural status, timing of trial, comparable case verdicts, and any other information you believe to be relevant, AND a good faith explanation of why you value the case as you do;

10. Preferences for how the settlement conference should be conducted (*i.e.*, approach to the settlement conference and information that should not be shared with opposing party or counsel);

11. Any additional confidential comments the party or counsel wishes to make, such as comments about perceived weaknesses in the case, any observations about the weaknesses in the opposing party's case, and any comments that would be helpful to Magistrate Judge Starnella in assisting the parties in negotiating a resolution; and

12. A settlement demand or offer.

**V.    Instructions for Filing of CSS**

If you participate in ECF, please e-mail the CSS in PDF format to my Chambers: Starnella_Chambers@cod.uscourts.gov. Up to 100 pages of additional settlement materials (*e.g.* deposition transcripts, exhibits, etc.) may also be submitted to the Court by e-mail along with the CSS. If you do not participate in ECF, you should mail or deliver your CSS and additional materials as hard copies, either to the Clerk of the Court or directly to my Chambers in an envelope marked "Confidential and Private per Magistrate Judge Starnella Order."