FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 25 2025

JEFFREY P. COLWELL
CLERK

# UNITED STATES DISTRICT COURT
for the
District of Colorado

in the matter of

| | |
|---|---|
| James Corey Goode and Goode Enterprise Solutions, Inc. *(plaintiff)* | Civil Action No. 20-cv-00742-DDD-KAS |
| v. | |
| Gaia, Inc. *(defendant)* | |

## DECLARATION OF NO RECORDS IN RESPONSE TO SUBPOENA DUCES TECUM

I, JOY N. JACKSON, declare and certify that:

1. My name is Joy N. Jackson. I am of sound mind, I am capable of making this declaration of fact, and I am personally acquainted with the facts herein stated.

2. Following my prior unpaid affiliation with both the Plaintiff and the Defendant, I have had no communication or contact with either party since approximately Fall 2018.

3. After diligent review of the order to produce records served upon me on 14 March 2025, I can attest that I am not in possession, custody, or control of any relevant records or other material information (in any form) germane to the purposes of either the Plaintiff or the Defendant in this case.

JOY N. JACKSON, DECLARATION OF NO RECORDS in re Goode v. Gaia — Page 1 of 2
*[signature]* 3/21/25   Civil Action No. 20-cv-00742-DDD-KAS

4. Pursuant to the subpoena duces tecum served upon me, my review included all my personal records and data, with specific regard to Requests for Production 1-14, as outlined in the subpoena I received.

5. As a result of this search, no records pertaining to any Request for Production were found; I do not believe any such records to be extant.

6. I understand that this declaration is made under penalty of perjury.

I declare under penalty of perjury under the law that the foregoing statements are true and correct to the best of my knowledge and belief.

Signed this __21st__ day of __March__, __2025__

_____
JOY N. JACKSON (Declarant), 9324 SE OVERAA RD, PORT ORCHARD WA 98367

JOY N. JACKSON, DECLARATION OF NO RECORDS in re Goode v. Gaia — Page 2 of 2
Civil Action No. 20-cv-00742-DDD-KAS

FROM: Joy N. Jackson
9324 SE Overaa Road
Port Orchard WA 98367

TO: United States District Court
For the District of Colorado
Clerk's Office
Alfred A. Arraj United States Courthouse
901 19th Street
Room A-105
Denver, CO 80294-3589
IN RE GOODE V. GAIA, INC.
Civil Action No. 20-cv-00742-DDD-KAS






CERTIFIED MAIL

9589 0710 5270 1852 0044 34

U.S. POSTAGE PAID
MAR 22, 2025
$14.95
Retail
RDC 03
80294
S2324N502708-06

PRIORITY MAIL®

UNITED STATES POSTAL SERVICE®

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

EP14F October 2023
OD: 12 1/2 x 9 1/2

PS00001000014

PRESS FIRMLY TO SEAL

This package is made from post-consumer waste. **Please recycle – again.**



