**Joy N. Jackson**
9324 SE Overaa Rd
Port Orchard WA 98367
(206) 251-4658

*JNJ 3/21/25*

21 March 2025

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 25 2025

JEFFREY P. COLWELL
CLERK

**United States District Court for the District of Colorado**
**Clerk's Office**
Alfred A. Arraj United States Courthouse
901 19th Street, Room A-105
Denver CO 80294-3589

**In re Goode v. Gaia, Inc., Civil Action No. 20-cv-00742-DDD-KAS**

To Whom It May Concern:

I was the recipient of a subpoena duces tecum, served upon me on 14 March 2025 from defense attorneys Daniel A. Dingerson and Angela M. Dunay of Davis+Gilbert LLP, 1675 Broadway in New York City, in the matter of Goode v. Gaia, Inc., Civil Action No. 20-cv-00742-DDD-KAS in US District Court for the District of Colorado. The subpoena has commanded me to appear with the requested documents at the offices of Fennemore Law (local to me) at 1425 Fourth Avenue, Suite 800, in Seattle on 2 April 2025 at 10:00 AM.

I understand the subpoena requires from me the production of any applicable documents or material information listed under the fourteen (14) specific Requests for Production outlined on pp. 6-7 of attached Schedule A. In compliance with the subpoena, after a diligent search and review with no applicable results, I have enclosed with this letter my formal Declaration of No Records in response.

I would be grateful if my efforts at compliance with this subpoena could be noted and my declaration could be filed appropriately with the Court as part of the documents obtained during discovery for this case. Copies of this declaration have been sent via certified mail to Davis+Gilbert in New York and Fennemore Law in Seattle.

Thank you very much for your assistance in this regard.

Sincerely,

*Joy N. Jackson*

**Joy N. Jackson**

**FROM:** Joy N. Jackson
9324 SE Overaa Road
Port Orchard WA 98367

**TO:** United States District Court
For The District of Colorado
Clerk's Office
Alfred A. Arraj United States Courthouse
901 19th Street
Room A-105
Denver CO 80294-3589
In Re Goode v. Gaia, Inc.
Civil Action No. 20-cv-00742-DDD-KAS

US POSTAGE PAID
MAR 22, 2025
$14.95
S2324N502708-06

CERTIFIED MAIL
9589 0710 5270 1852 0044 34

PRIORITY MAIL
UNITED STATES POSTAL SERVICE

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

EP14F October 2023
OD: 12 1/2 x 9 1/2





**PRIORITY MAIL®**

**UNITED STATES POSTAL SERVICE®**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

**TRACKED ■ INSURED**

EP14F October 2023
OD: 12 1/2 x 9 1/2

PS00001000014

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.