# MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge Kathryn A. Starnella

DATE: April 7, 2025

RE: *James Corey Goode*, *et al. v. GAIA, Inc.*, *et al*., No. 20-cv-00742-DDD-KAS

    **X**     A settlement conference was held on this date, and no settlement was reached as to any claim.

           A settlement conference was held on September 28, 2023, and a tentative settlement has been reached as to:

           Claims between _____ and _____.
These parties shall file a stipulated motion to dismiss on or before _____ , 2025.

Settlement discussion and preparation time involved: **10.3 hours**.

\_\_\_\_\_ A written record was made    **X**    A written record was not made