# EXHIBIT B

| ☐ County Court  ☐ District Court County, Colorado<br><br>United States<br>Colorado | |
|---|---|
| **Plaintiff**: James Corey Goode and Goode Enterprise Solutions, Inc.<br>v.<br>**Defendant**: Gaia, Inc. | ▲ **COURT USE ONLY** ▲ |
| Attorney or Party Without Attorney:<br><br>Phone Number:          E-mail:<br>FAX Number:          Atty. Reg. #: | Case Number: 1:20-CV-00742-DDD-KAS<br><br>Division_____ Courtroom_____ |
| **RETURN OF SERVICE** | |

Received by Professional Process Servers, LLC to be served on **David Wilcock, 1455 Ridge Road, Nederland, CO 80466.**

I, Steven Baca, do hereby affirm that on the **13th day of December, 2024** at **5:16 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in Civil Action and Exhibits** to: **David Wilcock** at the address of: **1455 Ridge Road, Nederland, CO 80466**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
12/13/2024  5:16 pm  Served David Wilcock 6'0" Medium build Brown gray hair

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_[signature]_
Signature of Process Server

**Steven Baca**
Process Server

Professional Process Servers, LLC
998 East Davies Avenue
Centennial, CO 80122
(303) 515-7250

Reference: James Corey Goode          RETURN OF SERVICE          Page 1 of 1
Job Number: LSK-2024004266