IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KAS

JAMES COREY GOODE,
GOODE ENTERPRISE SOLUTIONS, INC,

    Plaintiffs and Counter Defendants,

v.

GAIA, INC,

    Defendant and Counter Claimant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on a disputed discovery issue emailed by Defendant's counsel to Chambers of the undersigned on June 4, 2025. Counsel for both sides were copied on the email.

    On May 28, 2025, the Court set a Motion Hearing for July 1, 2025, at 1:30 p.m. Mountain Time on Defendant's Motion to Compel Third-Party David Wilcock's Compliance with Subpoena [#473] *Minute Order* [#476]. The Court will hear the emailed discovery issue at this same hearing.

    IT IS HEREBY **ORDERED** that Plaintiff's counsel **shall** participate in this hearing and shall be prepared to address Defendant's assertions of discovery deficiencies. The Court is aware that Plaintiff's current counsel Ms. Yanaros has been out on family/medical leave. However, according to Defendant's counsel, Ms. Yanaros has recently switched law firms and, therefore, even if Ms. Yanaros remains on leave at the time of the July hearing, knowledgeable counsel from Plaintiff's new law firm must participate in the hearing on Plaintiff's behalf. As previously ordered, all counsel shall appear by video teleconference ("VTC") at the July 1, 2025 hearing. *See Minute Order* [#476] (providing instructions for appearing by VTC).

    Dated: June 5, 2025