IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action: 20-cv-00742-DDD-KAS | Date: July 1, 2025 |
| Courtroom Deputy: Sabrina Grimm | FTR – Courtroom C204 |

*Parties:*  *Counsel:*

JAMES COREY GOOD, ET AL.,   Valerie Yanaros – by phone

  Plaintiffs,

v.

GAIA, INC.   Daniel Dingerson – by VTC
  Angela Dunay – by VTC

  Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**Court in session: 1:40 p.m.**

Appearances of counsel. Also present, third-party defendant, David Wilcock by VTC.

The matter is before the Court regarding Defendant Gaia, Inc.'s Motion to Compel Third-Party David Wilcock's Compliance with Subpoena [473].

Discussion and argument regarding production of documents responsive to the subpoena.

**ORDERED:** Defendant Gaia, Inc.'s Motion to Compel Third-Party David Wilcock's Compliance with Subpoena [473] is GRANTED. David Wilcock shall complete a search from January 2015 to present of the 8 search terms, 7 terms listed in the Motion to Compel [473] and the term Thomas w/5 Crown (the Court defers to the parties for the accurate spelling), as discussed. Mr. Wilcock shall respond to the subpoena on or before August 1, 2025, as stated on the record.

2:28 p.m.   David Wilcock exits the conference.

Further discussion regarding discovery dispute related to interrogatories, requests for admission, and requests for production.

**ORDERED:** Defendant's oral motion to compel supplemental responses to discovery requests, as identified in the discovery dispute chart, is GRANTED. Plaintiffs shall supplement their discovery responses, as identified in the discovery dispute chart, on or before July 31, 2025.

**ORDERED:** Plaintiffs' counsel shall review all requests for admission, confer with the client, and amend or supplement any requests for admission as necessary.

**ORDERED:** Plaintiffs shall supplement their discovery responses to the requests for production that are identified in the discovery dispute chart on or before July 31, 2025. Supplementation shall include, but not limited to, search terms, hit reports, and documents that are generated by query, as stated on the record.

The Court encourages the parties to renew the possibility of a settlement conference. The parties shall jointly email chambers for a virtual settlement conference, if needed.

Hearing concluded.

**Court in recess:**     3:17 p.m.
Total time in court:   1:37

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.