# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-00742-DDD-KAS

JAMES COREY GOODE; and
GOODE ENTERPRISE SOLUTIONS, INC.,

    Plaintiffs and Counter Defendants,

v.

BENJAMIN ZAVODNICK;
JIRKA RYSAVY;
BRAD WARKINS; and
KIERSTEN MEDVEDICH,

    Defendants,

GAIA, INC.; and
JAY WEIDNER,

    Defendants and Counter Claimants, and

ALYSSA MONTALBANO,

    Defendant, Counter Claimant, and Third-Party Plaintiff,

v.

DAVID WILCOCK; and
THE WILCOCK SPIRITUAL HEALING AND EMPOWERMENT
FOUNDATION,

    Third-Party Defendants.

---

## BENJAMIN ZAVODNICK'S MOTION FOR CLARIFICATION OR
## ENTRY OF FINAL JUDGMENT

---

    COMES NOW Defendant, Benjamin Zavodnick, by and through his counsel, CLARK HILL PLC, and pursuant to Fed.R.Civ.P. 54 and 58, moves this Court for a clarification of this

1

Court's March 18, 2025 Order, or, entry of final judgment.

**CERTIFICATE OF CONFERAL**

Undersigned counsel certifies, pursuant to Judge Domenico's Practice Standard III. D., that he conferred with counsel for Plaintiffs on multiple occasions, most recently on July 16, 2025 and August 5, 2025, to which Plaintiffs responded that they do oppose the relief sought herein.

1. On February 19, 2025, this Court entered issued a report and recommendation granting Mr. Zavodnick's motion for attorney's fees, awarding attorney fees in the amount of $23,623.50. [Dkt. 463.] On March 18, 2025, the Court entered an order adopting the Magistrate's Report and Recommendation. [Dkt. 466.] In its Order, the Court stated that "Mr. Zavodnick is awarded attorney fees in the amount of $23,623.50, and his request for costs is denied without prejudice to filing a bill of costs within fourteen days of entry of final judgment."

2. Federal Rule of Civil Procedure 58(a) requires that "[e]very judgment … must be set out in a separate document, but a separate document is not required for an order disposing of a motion … (3) for attorney's fees under Rule 54…"

3. Here, The Court's order disposed of Defendant's Motion for Attorney's Fees under Rule 54 [Dkt. 396] which resolved all remaining issues in this case between Plaintiffs and Defendant Zavodnick. However, the Court's language regarding the filing of a bill of costs "within fourteen days of entry of final judgment" creates uncertainty as to whether the Court's order constitutes the final judgment contemplated by Rule 58(a)(3). Mr. Zavodnick's position is that the Court's order does constitute a final judgment as it fits squarely within Rule54(a)(3).

4. In any event, entry of final judgment is warranted here. As the United States

Supreme Court has stated, Rule 54(b) relaxes "the former general practice that, in multiple claims actions, *all* the claims had to be finally decided before an appeal could be entertained from a final decision upon any of them." *Gelboim v. Bank of America Corp.*, 574 U.S. 405, 409 (2015) (quoting *Sears, Roebuck & Co. v. Mackey*, 351 U.S. 427, 434 (1956)). The *Gelboim* Court further stated that Rule 54(b) was adopted "specifically to avoid the possible injustice of delaying judgment on a distinctly separate claim pending adjudication of the entire case." *Gelboim*, 574 U.S. at 409 (2015) (internal quotation marks and brackets omitted).

5. To provide clarity and ensure proper commencement of all applicable time periods, Mr. Zavodnick respectfully requests that this Court clarify that its March 18, 2025 Order was a final judgment for purposes of Rule 58(a)(3) or, in the alternative, enter a final judgment as to Mr. Zavodnick's award of attorneys fees pursuant to Rules 54 and 58.

WHEREFORE, Mr. Zavodnick respectfully requests that this Court:

a. Order that the Court's Order on Defendant Zavodnick's Motion for Attorneys Fees is a final judgment under Rule 58(a)(3); or

b. Enter final judgment in this matter with respect to Mr. Zavodnick's award of attorneys' fees against Plaintiffs pursuant to Federal Rule of Civil Procedure 58;

c. Grant such other relief as the Court deems just and proper.

Respectfully submitted this 6th day of August 2025.

CLARK HILL PLC

*s/ Michael J. Laszlo*
Michael J. Laszlo (#38206)
2595 Canyon Blvd. Suite 400
Boulder, CO 80302
(303) 926-0410
Email: mlaszlo@clarkhill.com

**I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).**

## CERTIFICATE OF SERVICE

      I hereby certify that on August 6, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record in this case.

                              By:          *s/ Michael J. Laszlo*
                                              Michael J. Laszlo