IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                              Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH

                              Defendants.

---

**PLAINTIFFS' SUPPLEMENT TO MOTION TO RESTRICT PUBLIC ACCESS (DKT. 484)**

---

**COME NOW**, Plaintiffs Corey Goode and Goode Enterprise Solutions, Inc. (collectively, "Plaintiffs"), and respectfully submit this Supplement to their Motion to Restrict Public Access (Doc. 484), filed August 4, 2025.

In Doc. 484, Plaintiffs sought to maintain Level 1 restriction on Doc. 481-4, an exhibit to Defendant Gaia's Motion for Leave to Use Alternative Service. The Motion and supporting filings, however, as a whole contain the same inflammatory, irrelevant, and prejudicial allegations that Plaintiffs demonstrated in Doc. 484 pose a serious risk of harassment, reputational harm, and unwarranted intrusion into Plaintiffs', counsel's, and nonparties' private affairs.

Supplement to Motion to Restrict

Out of an abundance of caution, and to avoid any ambiguity, Plaintiffs clarify that their request for restriction was and remains directed at Gaia's Motion for Leave to Use Alternative Service (Doc. 481) and all filings submitted in connection with that motion, including but not limited to Docs. 481-1 through 481-4, 484, 486, and 490. The arguments and evidence set forth in Doc. 484 apply equally to those related filings, which contain the same type of improper personal content that has fueled ongoing harassment campaigns against Plaintiffs and counsel.

Accordingly, Plaintiffs respectfully request that the Court maintain Level 1 restriction over Dkt. 481 and all related filings, including but not limited to Docs. 481-1 through 481-4, 486, and 490.

## VI. CONCLUSION

For the reasons set forth above and in Plaintiffs' Motion to Restrict Public Access (Doc. 484), Plaintiffs respectfully request that the Court enter an Order maintaining Level 1 restriction over Gaia's Motion for Leave to Use Alternative Service (Doc. 481) and all related filings, including but not limited to Docs. 481-1 through 481-4, 484, 486, and 490. Such relief is necessary to protect against the clearly defined and serious harms identified in Plaintiffs' briefing, and it represents the least restrictive means of safeguarding those interests.

Date: August 20, 2025.                    Respectfully submitted,

/s Valerie Yanaros, Esq.
Valerie Yanaros, Esq.
Texas Bar No. 24075628
Admitted to Practice in the
District Court of Colorado
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Phone: (512) 826-7553
valerie@yanaroslaw.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

Undersigned counsel conferred with counsel for Gaia on August 20, 2025. Counsel for Gaia stated that "Gaia is unopposed to Plaintiffs' request to maintain restriction over Gaia's Motion for Leave to Use Alternative Service and all related filings."

## CERTIFICATE OF SERVICE

The below signed certifies that a copy of this filing will be served on each Defendant by ECF on August 20, 2025.

/s Valerie Yanaros, Esq.
Valerie Yanaros, Esq.

CERTIFICATION OF WORD COUNT: I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

Supplement to Motion to Restrict