IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action No.: 20-cv-00742-DDD-KAS | Date: September 17, 2025 |
| Courtroom Deputy: Jesse Torres | FTR: Courtroom A501 |

<u>Parties:</u>   <u>Counsel:</u>

JAMES COREY GOODE and   Valerie Yanaros
GOODE ENTERPRISE SOLUTIONS, INC,

   Plaintiffs,

v.

GAIA, INC,   Angela Dunay
       Daniel Dingerson

   Defendant.

## COURTROOM MINUTES

**VIDEO TELECONFERENCE MOTION HEARING**

**Court in session:   12:33 p.m.**

Appearances of counsel. All parties appear via videoconference.

This matter is before the Court regarding Defendant's Motion for Extension of the Discovery Schedule and Other Case Deadlines [ECF 497], which has been referred to this Court.

Preliminary remarks made by the Court.

Arguments by counsel on Defendant's Motion for Extension of the Discovery Schedule and Other Case Deadlines [ECF 497].

The Court addresses Defendant's e-mailed request to this Court's chambers seeking increase in the number of depositions permitted in this case. Defense counsel makes an oral Motion seeking the relief sought in his e-mailed request to chambers. Counsel for Plaintiff advises the Court that she joins in Defendant's oral Motion.

Discussion is held regarding Defendant's restricted Motion filed at ECF 481, which has been referred to this Court. The Court advises the Parties that it will issue a separate written order ruling on Defendant's Motion in due course.

For the reasons as stated on the record it is:

**ORDERED:**   For good cause shown, Defendant's Motion for Extension of the Discovery Schedule and Other Case Deadlines [ECF 497] is **GRANTED.** As stated on the record, **absolutely no further extensions of the discovery deadlines will be granted**. **Should any discovery issues arise, the parties must promptly seek court intervention to resolve the impasse and to enable completion of discovery by the new deadlines.** Accordingly, pretrial deadlines are hereby **extended** in this case as follows:

- Fact and Expert Discovery Cut-off: **December 12, 2025;** and
- Dispositive Motions Deadline: **February 6, 2026**

**ORDERED:**   For good cause shown, the Parties' joint oral Motion to increase the number of depositions permitted in this case is **GRANTED.** Accordingly, each side shall be permitted to conduct a total of ten fact witness depositions in this case, including any already conducted.

**Court in recess:**   **12:50 p.m.**

Hearing concluded.
Total time:            00:20

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.