IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KAS

JAMES COREY GOODE; and
GOODE ENTERPRISE SOLUTIONS, INC.,
Plaintiffs and Counter Defendants,

v.

JIRKA RYSAVY;
BRAD WARKINS; and
KIERSTEN MEDVEDICH,
    Defendants, and

GAIA, INC.,
    Defendant and Counter Claimant.

---

CERTIFICATE OF JUDGMENT FOR LIEN UPON LAND AND TENEMENTS
(TRANSCRIPT OF JUDGMENT)

---

I, Jeffrey P. Colwell, Clerk of the United States District Court for the District of Colorado do hereby certify that on August 14, 2025 an Order Adopting Recommendation of United States Magistrate Judge and Granting In Part Motion for Attorney Fees was entered in case number 20-cv-00742 in the District of Colorado in as follows:

It is ORDERED that: Plaintiffs' Objection to Magistrate Judge's Report & Recommendation on Attorney Fees, Doc. 480, is OVERRULED; The Recommendation of United States Magistrate Judge, Doc. 479, is ACCEPTED and ADOPTED; and The Gaia Individuals' Motion for Attorney Fees, Doc. 453, is GRANTED IN PART, and the Gaia Individuals are awarded attorney fees from the plaintiffs in the amount of $59,806.00.

Date:   October 6, 2025



JEFFREY P. COLWELL, CLERK

By: s/ E. Cha
*Deputy Clerk*