UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

(C.R.C.P. No. 32: Rev 10/12)

Case Number: 20-cv-742-DDD-KAS

## WRIT OF GARNISHMENT - JUDGMENT DEBTOR OTHER THAN NATURAL PERSON

**JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC.,**

Plaintiff(s)

vs.

**GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH**

Defendant(s)

Judgment Debtor's name, last known address, other identifying information:
Goode Enterprise Solutions, Inc., 8525 Gunpark Dr., Unit 370 PMB 227, Boulder, CO 80301, United States

| | | |
|---|---|---|
| 1. Original Amount of Judgment Entered | August 14, 2025 (Date) | $ $59,806.00 |
| 2. Plus any interest Due on Judgment | ( 3.9 % per annum) | + $ 345.07 |
| 3. Taxable Costs (including estimated cost of service of this Writ) | | + $ 150 |
| 4. Less any Amount Paid | | - $ |
| 5. Principal Balance/Total Amount Due and Owing | | = $ 60,301.07 |

I affirm that I am authorized to act for the Judgment Creditor and this is a correct statement as of 10/07/2025 (Date)

Subscribed under oath before me on October 8th, 2025 (Date)

_Selene Luna Castillo_
Notary Public or Deputy Clerk

My Commission Expires: may 6, 2026

[Notary Stamp: SELENE LUNA CASTILLO, NOTARY PUBLIC - STATE OF COLORADO, NOTARY ID 20224018389, MY COMMISSION EXPIRES MAY 6, 2026]

JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH
Print Judgment Creditor's Name

833 W. South Boulder Rd, Louisville, CO 80027
Address:

By: _signature_
Alexandra Henson, Associate Attorney, 737 29th St. Ste. 100A, Boulder CO 80303, 720-817-3799
Signature (Type Name, Title, Address and Phone)

## WRIT OF GARNISHMENT

THE PEOPLE OF THE STATE OF COLORADO to the Sheriff of any Colorado County, or to any person over the age of 18 years who is not a party to this action:

You are directed to serve a copy of this Writ of Continuing Garnishment upon **Venmo**, Garnishee, with proper return of service to be made to the Court.

**TO THE GARNISHEE:**
YOU ARE HEREBY SUMMONED AS GARNISHEE IN THIS ACTION AND ORDERED:

a. To answer the following questions under oath and file your answers with the Clerk of Court (AND to mail a completed copy with your answers to the Judgment Creditor or attorney when a stamped envelope is attached) within 10 days following service of this Writ upon you. **YOUR FAILURE TO ANSWER THIS WRIT WITH NOTICE MAY RESULT IN THE ENTRY OF DEFAULT AGAINST YOU.**

b. To hold pending court order any personal property owed to or owned by the Judgment Debtor and in your possession or control on the date and time this Writ was served upon you.

**YOU ARE NOTIFIED:**

a. This Writ with Notice applies to all personal property owed to or owned by the Judgment Debtor and in your possession or control as of the date and time this Writ was served upon you.

b. In no case may you withhold any personal property greater than the amount on Line 5 on the front of this Writ unless the personal property is incapable of being divided.

c. If you are ordered to pay funds to the Court, tender your check for the amount PAYABLE TO:

Clerk of the United States District Court at 901 19th Street, Room A-105, Denver Colorado 80294-3589

| CLERK OF THE COURT: | Jeffrey P. Colwell | By: _____ |
|---|---|---|
| | 901 19th Street, Room A-105 | Deputy Clerk |
| | Denver, Colorado 80294-3589 | Date: _____ |
| | (303) 844-3433 | |

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

(C.R.C.P. No. 32: Rev 10/12)

Case Number: 20-cv-742-DDD-KAS

**WRIT OF GARNISHMENT - JUDGMENT DEBTOR OTHER THAN NATURAL PERSON**

JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiff(s)

vs.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Defendant(s)

Judgment Debtor's name, last known address, other identifying information:
Goode Enterprise Solutions, Inc., 6525 Gunpark Dr., Unit 370 PMB 227, Boulder, CO 80301, United States

1. Original Amount of Judgment Entered  August 14, 2025  $ $59,806.00
2. Plus any interest Due on Judgment  ( 3.9 % per annum)  + $ 345.07
3. Taxable Costs (including estimated cost of service of this Writ)  + $ 150
4. Less any Amount Paid  - $
5. Principal Balance/Total Amount Due and Owing  = $ 60,301.07

I affirm that I am authorized to act for the Judgment Creditor and this is a correct statement as of  10/07/2025

Subscribed under oath before me on _____

Print Judgment Creditor's Name: JIRKA RYSAVY, BRAD WARKINS, and KIERSTEN MEDVEDICH

Address: 833 W. South Boulder Rd, Louisville, CO 80027

Notary Public or Deputy Clerk

My Commission Expires: _____

By: Alexandra Henson, Associate Attorney, 737 29th St. Ste. 100A, Boulder CO 80303, 720-817-3799
Signature (Type Name, Title, Address and Phone)

**WRIT OF GARNISHMENT**

THE PEOPLE OF THE STATE OF COLORADO to the Sheriff of any Colorado County, or to any person over the age of 18 years who is not a party to this action:

You are directed to serve a copy of this Writ of Continuing Garnishment upon  Venmo , Garnishee, with proper return of service to be made to the Court.

TO THE GARNISHEE:
YOU ARE HEREBY SUMMONED AS GARNISHEE IN THIS ACTION AND ORDERED:

a. To answer the following questions under oath and file your answers with the Clerk of Court (AND to mail a completed copy with your answers to the Judgment Creditor or attorney when a stamped envelope is attached) within 10 days following service of this Writ upon you. **YOUR FAILURE TO ANSWER THIS WRIT WITH NOTICE MAY RESULT IN THE ENTRY OF DEFAULT AGAINST YOU.**
b. To hold pending court order any personal property owed to or owned by the Judgment Debtor and in your possession or control on the date and time this Writ was served upon you.

YOU ARE NOTIFIED:
a. This Writ with Notice applies to all personal property owed to or owned by the Judgment Debtor and in your possession or control as of the date and time this Writ was served upon you.
b. In no case may you withhold any personal property greater than the amount on Line 5 on the front of this Writ unless the personal property is incapable of being divided.
c. If you are ordered to pay funds to the Court, tender your check for the amount PAYABLE TO:

**Clerk of the United States District Court at 901 19th Street, Room A-105, Denver Colorado 80294-3589**

CLERK OF THE COURT:  Jeffrey P. Colwell     By: _____
901 19th Street, Room A-105       Deputy Clerk
Denver, Colorado 80294-3589      Date: _____
(303) 844-3433

The following questions MUST be answered by you under oath:

a. On the date and time this Writ was served upon you, did you possess or control any personal property of the Judgment Debtor or did you owe any rents, payments, obligations, debts or money's to the Judgment Debtor?

☐ YES  ☐ NO

b. If "YES", list all items of personal property and their location(s) and/or describe the nature and amount of the debt or obligation: (Attach additional pages if necessary):

_____

c. Do you claim and setoff against and property, debt of obligation listed above?

☐ YES  ☐ NO

d. If you said "YES" to question (c) describe the nature and amount of the setoff claimed: (Attach additional pages if necessary)

_____

I affirm that I am authorized to act for the Garnishee and the above answers are true and correct:

Subscribed under oath before me on _____  
(Date)

**Venmo**  
Name of Garnishee

Notary Public or Deputy Clerk _____

Address: _____

_____

My Commission Expires: _____

Phone: _____

Name of Person Answering (print): _____

Signature of Person Answering: _____

---

**RETURN OF SERVICE**

STATE OF COLORADO                                             _____ County of _____

I, _____, affirm that I have served a copy of the Writ of Garnishment on _____

_____ (date) at _____ (time), by _____.

Subscribed under oath before me on _____.

_____  
Notary Public

My Commission Expires: _____

Service Fee $ _____

_____  
Signature