IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KLM

JAMES COREY GOODE, individually, and GOODE
ENTERPRISE SOLUTIONS INC.

                                                 Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN
ZAVODNICK, ALYSSA MONTALBANO, JIRKA
RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH

                                                 Defendants.

## NOTICE OF BANKRUPTCY FILING AND AUTOMATIC STAY

**COME NOW**, Plaintiffs Corey Goode and Goode Enterprise Solutions, Inc. (collectively, "Plaintiffs"), hereby give notice that on October 9, 2025, Mr. Goode filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Colorado, Case No. 25-16569.

      Pursuant to 11 U.S.C. § 362(a), the filing of a bankruptcy petition operates as an automatic stay of all actions, proceedings, and enforcement efforts against the debtor, the debtor's property, and property of the estate. Accordingly, all further proceedings in this matter against Mr. Goode are stayed pending further order of the Bankruptcy Court or this Court.

Suggestion of Bankruptcy

A true and correct copy of the Notice of Bankruptcy Case Filing issued by the Bankruptcy Court is attached hereto as Exhibit A.

Date: October 9, 2025.                                      Respectfully submitted,

/s Valerie Yanaros, Esq.
Valerie Yanaros, Esq.
Texas Bar No. 24075628
Admitted to Practice in the
District Court of Colorado
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Phone: (512) 826-7553
valerie@yanaroslaw.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The below signed certifies that a copy of this filing will be served on each Defendant by ECF on October 9, 2025.

/s Valerie Yanaros, Esq.
Valerie Yanaros, Esq.

CERTIFICATION OF WORD COUNT: I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).