IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KAS

JAMES COREY GOODE; and
GOODE ENTERPRISE SOLUTIONS, INC.,

   Plaintiffs and Counter Defendants,

v.

BENJAMIN ZAVODNICK,

   Defendant, and

GAIA, INC.,

   Defendant and Counter Claimant.

---

## AMENDED FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting in Part Motion for Entry of Final Judgment, filed October 15, 2025, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that pursuant to Federal Rule of Civil Procedure 54(b), judgment is entered in favor of Defendant, Benjamin Zavodnick, and against Plaintiff, Goode Enterprise Solutions, Inc. in accordance with Docs. 389 and 466, and the Order.

DATED at Denver, Colorado this 15th day of October, 2025.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk