**Jenny Martin**

| | |
|---|---|
| **From:** | Dingerson, Daniel A. <ddingerson@dglaw.com> |
| **Sent:** | Friday, October 24, 2025 1:47 PM |
| **To:** | Starnella Chambers |
| **Cc:** | yanaroslaw; Dunay, Angela M.; Scher, Ina B. |
| **Subject:** | 20-cv-00742-DDD-KAS | James Corey Goode, et al. v. GAIA, Inc. |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**CAUTION - EXTERNAL:**

Dear Judge Starnella,

We write to alert you to a serious matter, namely what we believe is a violation of the Minute Order, dated March 24, 2025, and its attached Instructions (Dkt. 470 and 470-1), concerning the settlement conference over which Your Honor presided in the above-referenced matter. In particular, Section III of the Instructions concerns "Confidentiality" and provides: "In our court, in order to protect the integrity of the process, settlement conferences are confidential. I take this policy very seriously. . . . You may not disclose information exchanged during the settlement conference to anyone who is not a party to the litigation, counsel to a party, or counsel's support staff." (Dkt. 470-1, p. 2).

Despite Your Honor's clear instructions, Mr. Goode has disclosed "information exchanged during the settlement conference" to persons not authorized, including by disclosing it during a recorded internet radio program which was streamed live last night and is now available publicly on YouTube (https://www.youtube.com/watch?v=rzzJ5ihpCN4). At approximately 56:35 of the program, Mr. Goode states "Judge came back and said, 'well they're still going to fight your trademarks, even though they have no right to them, they just don't want you to have them and they want you to pay $700,000 and make a public statement and all these horrible things because they want to make an example out of you.'" While this statement only loosely paraphrases Gaia's position, it is a clear disclosure of the substance of a confidential settlement offer that was exchanged during the settlement conference.

Further, at approximately the 23:40 of the program, Goode discusses information related to the hiring of a PR firm that was obtained from documents that Gaia produced in discovery, which were designated "Confidential" pursuant to the Protective Order entered in this matter (Dkt. 445). Publicly disclosing such information is a clear violation of the Protective Order.

Moreover, at various points throughout the rest of the recorded radio program, Mr. Goode discusses other aspects of the litigation, including the deposition of a non-party, and continues his campaign of defaming Gaia, Inc., and certain of its executives, including by repeating some of the same defamatory statements (or close analogues thereof) at issue in the litigation.

Finally, we note that during the interview Mr. Goode suggests that the "lawsuit" is over, and that the pendency of the lawsuit had restricted him from speaking publicly but that he is no longer restricted. In filing his bankruptcy petition, Mr. Goode similarly misrepresented that the instant litigation has been "completed", rather than truthfully stating it is still pending.

It is unclear what can be done, if anything, in light of the stay imposed on the litigation as to Mr. Goode due to his bankruptcy filing but we felt it important to notify Your Honor without delay about the above transgressions and

violations of orders entered in this matter. We are available at Your Honor's convenience if we can provide any further information to the Court.

Respectfully,

Daniel A. Dingerson

**Daniel A. Dingerson**
(he/him/his)

ddingerson@dglaw.com
d   212 237 1488

vCard | Bio | LinkedIn | Twitter

**Davis+Gilbert LLP**
1675 Broadway, New York, NY 10019
dglaw.com

This message contains confidential information and is intended only for starnella_chambers@cod.uscourts.gov . If you are not starnella_chambers@cod.uscourts.gov you should not disseminate, distribute or copy this e-mail. Please notify ddingerson@dglaw.com immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.