IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action: 20-cv-00742-DDD-KAS | Date: December 17, 2025 |
| Courtroom Deputy: Laura Galera | FTR – Courtroom A501 |

*Parties:*   *Counsel:*

JAMES COREY GOOD, ET AL.,   Valerie Yanaros

    Plaintiffs,

v.

GAIA, INC.   Daniel Dingerson
                                                Angela Dunay

    Defendant.

**COURTROOM MINUTES**

**DISCOVERY HEARING**

**Court in session: 1:37 p.m.**

Appearances of counsel. All appear by VTC.

Discussion regarding discovery being issued to a nonparty.

**ORDERED:** Discovery is STAYED as to Goode Enterprise Solutions as well as the remaining claims and counterclaims pending further notice from the bankruptcy court.

**ORDERED:** Goode Enterprise Solutions is ordered to file a status report every three months beginning April 1, 2026, and within 14 days of closure or dismissal of the bankruptcy matter.

Hearing concluded.

**Court in recess:**     1:55 p.m.

Total time in court:   0:18

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.