IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action: 20-cv-00742-DDD-KAS | Date: December 30, 2025 |
| Courtroom Deputy: Meghan Smotts | Court Reporter: Jessica Anderson |

| *Parties:* | *Counsel:* |
|---|---|
| JAMES COREY GOODE, ET AL., | Valerie Yanaros (by VTC) |
| Plaintiffs, | |
| v. | |
| GAIA, INC. | Daniel Dingerson |
| Defendant. | |

## COURTROOM MINUTES

### SHOW CAUSE HEARING

**Court in session: 1:43 p.m.**

Appearances of counsel. Also present at defendant's counsel table is Gaia, Inc.'s client representative Kiersten Medvedich.

Initial remarks made by the Court. The Court will treat this as Defendant's Oral Motion for a Finding of Contempt and for Finding of a Violation of the Discovery Order.

Opening remarks by counsel.

Witness, Plaintiff James Goode, called and sworn.

1:52 p.m.     Direct examination by Mr. Dingerson.

**Court in recess: 1:55 p.m.**
**Court in session: 2:10 p.m.**

2:11 p.m.     Cont. Direct examination by Mr. Dingerson.

2:31 p.m.     Examination by the Court.

2:40 p.m.    Witness is excused.

Argument given by Defendant's counsel, Mr. Dingerson and questions posed by the Court.

Defendant's Exhibit's admitted: 1, 2, 3, 4, 5.

Argument given by Plaintiffs' counsel, Ms. Yanaros and questions posed by the Court.

For the reasons stated on the record, it is

**ORDERED:** The matter is **TAKEN UNDER ADVISEMENT** by the Court. A further order with enter in due course.

Hearing concluded.

**Court in recess:    3:36 p.m.**
Total time in court:   1:38

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.