## Produced in Native

Exclusive Interview_ Corey Goode & James Gilliland.mp4

The native file was included on a USB filed with clerk on December 30, 2025.