IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-742-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,

Defendant.

## Declaration of Scott Sheppard

Scott Sheppard declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I work as Head of Postproduction at Gaia, Inc. ("Gaia").

2. I am over 18 years of age, personally aware of the facts in this declaration, and could testify to them in court.

3. I understand that Gaia is a defendant in an action involving James Corey Goode and I am providing this declaration in relation to that action.

4. On October 24, 2025, Kiersten Medvedich, Chief Executive Officer and President of Gaia, asked that I prepare a video copy and transcript of a YouTube video published at https://www.youtube.com/watch?v=rzzJ5ihpCN4 on October 23, 2025 (the "Goode Interview").

5. On October 24, 2025, utilizing MacX YouTube Downloader, I prepared a video copy of the Goode Interview (the "Video").

1

6.  The Video was generated automatically using MacX YouTube Downloader and I did not make any revisions to the generated video.

7.  Attached hereto as Exhibit A is a true and correct copy of the Video of the Goode Interview.

8.  On October 24, 2025, utilizing Adobe Premier, I prepared a transcript of the Goode Interview (the "Transcript").

9.  The Transcript was generated automatically using Adobe Premier and I did not make any revisions to the generated transcript.

10. Attached hereto as Exhibit B is a true and correct copy of the Transcript of the Goode Interview.

11. On December 19, 2025, Angela M. Dunay, counsel for Gaia, asked that I prepare a video copy and transcript of a YouTube video published at https://www.youtube.com/watch?v=rzzJ5ihpCN4 to capture revisions made to the Goode Interview (the "Amended Goode Interview").

12. On December 19, 2025, utilizing MacX YouTube Downloader, I prepared a video copy of the Revised Goode Interview (the "Amended Video").

13. The Amended Video was generated automatically using MacX YouTube Downloader and I did not make any revisions to the generated video.

14. Attached hereto as Exhibit C is a true and correct copy of the Amended Video of the Goode Interview.

15. On December 19, 2025, utilizing Adobe Premier, I prepared a transcript of the Revised Goode Interview (the "Amended Transcript").

16. The Amended Transcript was generated automatically using Adobe Premier and I did not make any revisions to the generated transcript.

17. Attached hereto as Exhibit D is a true and correct copy of the Amended Transcript of the Goode Interview.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 22, 2025:

*Scott Sheppard*

Scott Sheppard