# EXHIBIT A

# Produced in Native

Exclusive Interview_ Corey Goode & James Gilliland.mp4