# EXHIBIT B

00:00:00:00 - 00:00:07:01
Unknown
If you.

00:00:07:04 - 00:00:34:15
Unknown
Unravel industry secrets in the nine. We travel through the cosmos ready for the
flight. Together with time, keys and shadows. A site in the heart of the rhythm.
Where our dreams collide. Join the club nation. Next quest. That truth is our guide.
In the vast expanse. It's where we reside. Hands up to the sky. Let the bass ignite
people around us.

00:00:34:17 - 00:00:58:24
Unknown
Everything's all right. I'm the stronger. Chris. The truth is some guy in the vast
expanse is where we reside. Hands up to the sky. Let the base ignite. Feel the glue
us. Everything's all right. It's the radio. Let the truth ignite. Together we'll
shine bright. Shining light in the skies. You dance with you in the dark. Tune in to
the frequency.

00:00:58:27 - 00:01:39:06
Unknown
Let's explore the spots. Heavy bass drops with tight beats. I'm gonna make the
shadows. The echo of I crawled on this roller rink. Before you feel the energy
rising. Can you sense the spark? As we dive deeper into the cosmic. All you. Rise
up. The universe is the reason for you. In the heart of next. Where the truth is put
you every know my every love you body crafted I'll make you see.

00:01:39:07 - 00:01:47:24
Unknown
Shine as a bright.

00:01:47:26 - 00:02:12:07
Unknown
This next radio control the night together with shine. Bringing shadows to life. Is
cosmic farms. Connecting the dots. Tuning to the frequency. Let's explore the sky.
Here in the spotlight. We're taking our turn. With the fire in our hearts. Let the
passion burn. As the next radio call. Ringing through the air. Together we rise.
Together we dare. So join us now.

00:02:12:08 - 00:02:40:29
Unknown
Let the rhythm flow with essence. Next. Ready? You ready to go? Unraveling the
mystery. Side by side. We stand hand in hand. In this dance of truth. Before you
stand.

00:02:41:02 - 00:03:23:10
Unknown
This is the space we and we roam. Finding a place in the vastness we call home. The
courage and wonder we reach for the light. Not in my creations I do anything.

Mystery cloaked in the past. Unknown. You can discover the secret. When a song is not. It's one thing to speak the truth. To unlock the secrets of our galaxy.

00:03:23:13 - 00:04:07:09
Unknown
And sometimes in the spirit ignites. Chasing the dreams I feel the night. Stars, stars I call in time. Is a friend gonna watch a movie? The stories transcend. History cloaked in the black sun. Don't shoot them to stop. When you see me strong and strong. This one does. Seek the key to unlock the secrets of our galaxy.

00:04:07:11 - 00:04:41:02
Unknown
I do, and my friends are still here tonight. Chasing the dreams I feel the night stars I'm counting on your friend yonder. We're journey with story transcending mystery. Cloaked in the vast unknown truth. And the stars. Wanna see this summer installment one. You'll see the key. To unlock the secrets of our galaxy. Who enlists the rising spirits tonight.

00:04:41:04 - 00:05:10:28
Unknown
Chasing the dreams I feel the night stars do not call this time. Resolve. When together we turn with stormy sunshine. And the sun rises I spirit tonight. Chasing the dream back to the night. Chasing the dreams I'm still for the night. Some nights we find no name I don't know I need I want you to see the key.

00:05:10:28 - 00:05:38:11
Unknown
To unlock the secrets I, I gotta see what's inside. Is because no secrets. No one I see from the edge of the sun I still your time in the passing moment I was down the road. In the face the universe. The truth was in the quiet of the night. We dream and fly. The question back I go through wind and the sky.

00:05:38:13 - 00:06:05:07
Unknown
Bound by the stars I slowly unfold in the universe. Our destinies atone for.

00:06:05:10 - 00:06:34:08
Unknown
Hello, everybody, and welcome to my dream. And try not to. But I hope the wind and my sky. I'm. I'm so, so, so meaningful to the universe. Oh, just give me the truth. Hello, everybody, and welcome to another. As I said, next episode. I am Callie. Can everybody. I guess I'm just in a little bit of a weird predicament in there.

00:06:34:08 - 00:06:54:05
Unknown
Can somebody in chat tell me whether or not you can see me on the stage? Because I can't see myself. So just wondering if that's ongoing or if I guess other people can see me. Do not. We will definitely deal with that. So we got a lot going on this evening. We got an excellent lineup of guest and,

00:06:54:08 - 00:07:16:05
Unknown
Yeah, we're going to do some fun stuff. Oh, you can see me. Okay, well, I guess I just can't see myself. That's okay, though. I'm glad to know. I'm glad to know. So anyway, I going through, I wanted to say hello. Start off with our chat chat of his amazing, amazing people. I see my girl Polly Rodman in there.

00:07:16:05 - 00:07:42:29
Unknown
Hey, Kitty. We got Kitty. Kitty, whacked. And. Welcome, welcome. Nice to see you. Let's see here if anybody I miss Kurt W 75. Always nice to see you, buddy. And this is me, you know, and, I'm going to leave it at. That is nice to have you. I don't have my glasses on.

00:07:42:29 - 00:08:12:09
Unknown
I should haha. Earth mahoney. Homestead. Great. Welcome. And then, Oh, gosh, who do we have coming up next to Galactic fire? Teasing? Oh, that's our girl, Sunny Galactic. Oh, oh, and Tim Mouth, aka mothman is in the chat. Oh, he's got to love Tim. He's great. Yeah. And then we're going on, mad Pax. Nice to have you, bow girl.

00:08:12:09 - 00:08:41:18
Unknown
And. Hey. Oh, and from the boundless or the Boundless Authenticity podcast. Welcome. That's a great show. If you haven't seen it, I definitely encourage you to go over and check it out. The math team going 315 storm. Welcome. I'm Marjorie Long at. Hey Val girl. Nice to have you day long. Marjorie long, hey. Glad to have you guys.

00:08:41:21 - 00:09:01:21
Unknown
And if I missed anybody along the way. Oh, I see a few of you. Oh, my gosh. And, until I we I will get back to you. Also to you. If I had missed you the first time and go back around. There's a lot of you in chat tonight, which is super cool. Oh, wow. Travis love for moon sub.

00:09:01:23 - 00:09:24:16
Unknown
Just try out. Sounds okay. Yeah. So, and like I said, I'm not ignoring any of you. The chat is hopping tonight. That is excellent news. So, Yeah. So we're all here tonight? We have two special guests. Our first, guests that we're going to bring forward will be Corey Goode followed, and then James and Jillian.

00:09:24:18 - 00:09:51:03
Unknown
But the reason that we're going to bring Corey out here in just a minute is to address Twitter. And Twitter is one of my big platforms that I have that I stream on. And going back a few years ago, if any of you do not remember this, I don't then you maybe weren't in the same community as we were, but there was a, pretty, well, just a full fledged, like, campaign that went against Corey.

00:09:51:05 - 00:10:12:04
Unknown
They claimed all sorts of things about him, and, you know, it it was a lot. It was a
lot. He really went under, you know, the scrutiny. He went under the attacks, he
sat, you know, and doing all this. And I have to say, like in sitting back and some
of the research that I was doing and I, you know, was a researcher.

00:10:12:09 - 00:10:30:28
Unknown
So I don't know what might you is, but I fell into some of those things too. And and
it wasn't until James came on my show and James started talking about Corey and and
then I was like, James, are you sure about Corey? And then he's like, yeah, no, he's
getting. Then it really kind of like made me take a step back here and I'm like, you
know what?

00:10:31:00 - 00:10:58:02
Unknown
Of all the things that have been going on these past couple of years, and in all the
stuff that we are at a place right now where we should know that a the people that
are, you know, platformed in this community aren't the actual people that they say
they are. We should also know that, you know, people when these types of rumors go
about and why they go about their done very calculated, calculated.

00:10:58:05 - 00:11:21:18
Unknown
Lee. They are done methodically. They're done with the intention. And, you know,
often carried out with some of our, CIA counterintelligence that is in the
community. And it just it sucks really, really bad. Just to put it plainly, it sucks
when this happens to you and not only can destroy you as a person, it can destroy
your family.

00:11:21:23 - 00:11:45:15
Unknown
It can destroy how you you know your stability, like your emotional, like regulation
alone. I mean, this isn't good. It's not healthy and it's not fair in so many ways.
So I guess with all that being said, we're going to Twitter. I know that you guys
are watching over there. So I encourage you, if you haven't done so to like,
comment, share and subscribe.

00:11:45:18 - 00:12:03:11
Unknown
Because we are going to be addressing you here shortly. I'm just going to go and
give you a little background on Mr. Corey Goode and the exciting things that he has
coming up, because they are very exciting. And then, yeah, we get and of course,
James Gilligan too. So this is like the rock star lineup today.

00:12:03:15 - 00:12:27:03
Unknown
I'm super, super excited about it. And yeah, like I said, keep an open heart, keep
an open mind. I did see Twitter. You guys are getting a little rambunctious over

there, but you just need to, like, you know, chill for a second. And I like I said,
every person, every person deserves their right to tell their own story.

00:12:27:06 - 00:12:46:21
Unknown
Like, you know, this is, you know, for what it's worth, it's still the United States
of America. And that's where we're at here. And you still have that right. And you
shouldn't automatically, you know, people shouldn't automatically be jumping on
these trains because of the destruction that they're doing to other people. We can't
just be like, oh, you know what?

00:12:46:21 - 00:13:10:25
Unknown
I might not like that person or oh, there's some competition to me. You know, that's
not a good enough reason anymore. That's really not. And I encourage each and every
one of you, if you've been through something like this or you have like, really
stick close to one another where we shouldn't be so far apart and divided, we
definitely should be closer together, and we definitely should be helping one
another out.

00:13:11:03 - 00:13:33:18
Unknown
And when one goes through something like that, then you know you have your friends
to back you up. That's that's why we're here together. And so I just want to
encourage you to, to really do that. I'm just going I get pulled out of something
for a second, but I'm. Yeah, getting right back into it so I can give Corey a
decent, bio.

00:13:33:24 - 00:13:56:10
Unknown
He's because he, he he definitely deserves it. Corey. He's a great guy down to
earth. And I'm really excited to see, where his future goes from here. I mean, he's
already had so many exciting things, but two without the backlash. I'm hoping today
that we're able to clear some of this air and that Corey can come. You know, because
my community he's welcome back.

00:13:56:14 - 00:14:21:12
Unknown
Like and this is what it's going to take. You know we just need to keep welcoming
him back into the community. And if people don't like it then they can go somewhere
else. I that's the way I look at it anyway. So and so I'm going to get right into
it. I did have I have his, let me see here his bio, to read so and not to mention
the documentary that he has coming up.

00:14:21:12 - 00:14:43:01
Unknown
So that's really pretty cool too. But yeah, let's, let's, let's get right into
Corey. Good. And if you guys like, again, if you don't know Corey, you got to meet
him tonight. And, if you have questions in chat, please put all those questions into
caps and we will get back or get to them. I usually go through all star them.

00:14:43:01 - 00:15:13:08
Unknown
I'll do whatever, for that. And then we are just getting there again. Yeah. You
know, when you just accidentally bump a button. Well, that's what happened. I
accidentally bumped a button, and now it's making me, you know, pay for it. So we're
going to go through and I'm going to give you a bio on Corey and about what he's all
going on and all of that stuff.

00:15:13:10 - 00:15:30:28
Unknown
But it is also, you know, it's all I'm going to bring Corey on and I'm going to
apologize because I'm usually the one reading the bios and doing all this. So once I
get you on here, I'm sure this will pop up and then I can go, you know, if you just
want to introduce yourself and then I will, I will give you a proper bios.

00:15:30:28 - 00:15:53:03
Unknown
So without further ado, let's get mister Corey Goode up on stage. Hey, he I don't I
can't see you either. So. Yeah. You can't see me now. Can you see yourself for me?
Yeah, I can see myself and I can see you. So weird. Yeah. No, it's, It's okay. Yeah,
it's definitely okay. But I was so confused before.

00:15:53:03 - 00:16:20:00
Unknown
I'm like, I just I don't see anybody, but it's probably, you know, it's kind of like
one of those days. One of those days. But. Yeah, I'm so excited to have you on and,
you know, to get going on some of the stuff. And I like I said, I, I'm really I had,
a nice little bio and, thing I had put together for you and I'm getting to it right
now, but of course, I kind of got locked out, so I didn't know if you just kind of
want to briefly give them, you know, while I get this, taken care of on my end.

00:16:20:01 - 00:17:00:25
Unknown
Give them, you know, a little bit about you, who you are, what you do. Short. I
originally came out in 2015 on Gaia TV, on a show with David Wilcock called Cosmic
Disclosure. The show went extremely viral. Millions and millions of people saw it.
It, kind of took on a life of its own. The information, and developed a cult
following, which people tried to turn and try to say since it was a cult following,
it was a cult, and it was just all this crazy hyperbole.

00:17:00:27 - 00:17:36:29
Unknown
But, the show did very well. And, eventually, David and I had a lot of problems with
the producer, Jay Weidner, and a couple of others in the company, and things went
really south. And then we were, I think we were famous for the battle with Gaia TV
and of course, all of the trolls and sociopaths that kind of come together, on in
the Twitter verse and other places came together and smelled blood and, were being
fed information.

00:17:37:01 - 00:18:06:21
Unknown
We have a lot of evidence that have come forward that we'll talk about later
tonight. But since then I've, helped write, direct and produce a couple of
documentaries, the, above majestic and the Cosmic Secret. And then, most recently,
we finally completed our documentary, the, Beyond Disclosure the Corey Goode Files.

00:18:06:23 - 00:18:31:13
Unknown
And that is supposed to come out in the next two weeks. It's been going through
Apple, QC, and we've never done, a film with this many special effects. And and so
we've had to, we've had to reedit it a few times and we think, at the end of this
week, since this week, we haven't heard of any errors.

00:18:31:15 - 00:18:59:21
Unknown
It's going to come out in the next week. And then in November, we have an event in
Loveland, Colorado that I hope everyone comes to, that we're going to, start
shooting our new television show called contacted. And, that's going to be, right.
It's turns out it's going to be a four episode series.

00:18:59:23 - 00:19:31:01
Unknown
And then today we just, had a meeting with a major production company in New York,
and we're going to, with some pretty big stars. We're going to start shooting a show
called Haunted Renovation, or we're going to we're going to finish developing it and
then shoot it. So, I've found myself in the paranormal entertainment world as a
producer and, writer, and that seems to be where I'm finding a lot of my success
right now.

00:19:31:01 - 00:19:47:21
Unknown
There are a lot of other things that I'm working on, but it's just things are just
blowing up in the unscripted world right now. That's that's pretty amazing. That's
that that really is amazing that you're going through and production work is is that
kind of your thing? Do you think you like to be behind the scenes more than in front
of us?

00:19:47:21 - 00:20:19:02
Unknown
I, I'm angling myself to be behind the camera more and more. I'm kind of an
introvert, so I've I've never really been comfortable in front of the camera. People
that watch me and Cosmic Disclosure pick that up immediately. I'm not. I don't
really like attention. So I, I, I've come up with several television shows that
people are getting behind, you know, including one where we're going to have, a
retired NATO general who's a friend of mine, and I've got several friends that are,
former Navy Seals.

00:20:19:05 - 00:20:43:18
Unknown

One of them is writing a script for us for, a film, but they're going to, use their skills and special equipment to hunt down Bigfoot. Operation Bigfoot is the project. So we have some fun projects, and, people are going to start seeing a lot of really high end military people, working with me on, several of them.

00:20:43:20 - 00:21:15:09
Unknown
That's exciting. That's exciting. And I guess to before we go any further and all of the, the brilliant work and the work that you have coming up here, I really want I it's it has, I guess, some really weight on me and Amy. I'm a bit. So I can't imagine how it's done with you, but Twitter, if you guys are the ones out there, and I was in groups, I know who the individuals were that were perpetuating this type of negative stuff towards Corey.

00:21:15:17 - 00:21:35:11
Unknown
And I remember when it happened about like he had said before, now, you know, and then two, I was just watching something on him. I'm like, he's got a family that is so Christian, a wife, his grandfather, you know, I mean, like, he's in and out, like there's so much to this. But people were calling him the cult leader.

00:21:35:15 - 00:22:03:00
Unknown
He was a cult leader. He was a head of the blue chicken cult. I mean, it was going it was out of hand and it kept going and going from there. But that one was huge. And they'd be like, look at it, you know, and just that stuff stop going through. But if you go through and you understand Corey and maybe a little bit about his background, you'll know that furthest thing from from him then anything, you know, it really is and some of that stuff.

00:22:03:05 - 00:22:35:21
Unknown
Corey, what did you think when you heard you were a cult leader? Yeah, it it's always been very weird to me. But at the same time, when I would go to the conferences and I would see the way some of the people would behave towards me, it was a little over the top. People would come up with the whole Namaste day thing with sparkling eyes looking all pious and, you know, just looking at you like you're the second coming.

00:22:35:23 - 00:23:00:03
Unknown
That made me very uncomfortable. I guess other people observed it and thought maybe I was encouraging it, but everything I said, everything that came out of my mouth was, you know, not to look at me as any type of of leader that I was going the transformation that everyone saw me go through, I was like 200 and like 80 pounds almost.

00:23:00:05 - 00:23:18:21
Unknown
You know, when I first started shooting Cosmic Disclosure and I could barely speak

and I went through this whole transformation I had I dealt with a lot of trauma and
had a lot of healing. And I was as I was doing it, I was doing courses having, you
know, trying to help bring people through the process with me.

00:23:18:24 - 00:23:54:05
Unknown
I wasn't behaving as a guru or or some sort of, spiritual, cult leader, you know,
it's pretty ridiculous. But this community's all about hyperbole. And then, of
course, when things went south with Gaia, you know, we found out recently and,
discovery that they allegedly, spent about $300,000 on a PR firm that everyone in
Hollywood knows is a hit firm.

00:23:54:05 - 00:24:31:27
Unknown
They destroy people's reputations. We were hearing because I guess the guy who
replaced me on Cosmic Disclosure at the time, he was having an extramarital affair,
allegedly with one of the major executives of Gaia. Some of their pillow talk was
what Gaia was allegedly doing to destroy me and David Wilcock, and, we were hearing
about attacks, articles, hit articles weeks or months before they occurred.

00:24:31:29 - 00:24:54:13
Unknown
And, because this person was, calling David and David, you know, was letting me
know, this person was warning him, hey, you've got an article coming out, and, you
know, the next six weeks, like clockwork, it pops out. It was like, oh, yeah. And
but we didn't know who was orchestrating it. Now we kind of know who the PR firm is.

00:24:54:13 - 00:25:31:11
Unknown
And, we're going to be exposing a lot of that $300,000. So good for you. We had, for
the Counterintelligence Foreign Adversaries Group with, the DoD Air Force people on
it, like Lou Elizondo, Richard Doty, you know, Richard Doty, of course, was a big
disinformation, agent who, was so effective, he ended up having one of his targets
commit suicide over it.

00:25:31:14 - 00:25:57:19
Unknown
And it seems like everyone's forgotten that now he's doing shows and he's out as
this big kind of whistleblower kind of guy that's turned over a new leaf. And the
people that have been responsible for defaming and destroying contacts and
experiencers are now, in a lot of cases, the same people who are standing in front
of cameras talking about whistleblowers and disclosure.

00:25:57:21 - 00:26:33:23
Unknown
It's freaking crazy. It's insane. It's insane at its finest. I just can't wrap my
mind around that. You know? It's like cyber investigators and other people have been
following this for over five years now. And, we're going to be doing a, reality TV
slash, true crime. Television show that's going to talk about the entire disclosure
movement, how it's controlled, who's infiltrated it.

00:26:33:26 - 00:27:00:18
Unknown
You know, a big, part of the control system of the, disclosure movement is, believe
it or not, coming from Luciferian and Satanic groups. And. Yeah, I mean, I mean, if
you look, if you go to the Joy of Satan website, look it up, you'll see all the
Galactic Federation information there. It's it's all been fed in as a and become
people's truths.

00:27:00:18 - 00:27:21:08
Unknown
You know, people listen to it and it becomes their truth. And the Satanists are
doing the same thing. You know, I, I worked in the banking industry for a lot of
years, and I worked at a pharmaceutical company. I worked alongside Luciferian and
different people. You know, I, they knew I was a Christian and I knew that they were
basically the opposite.

00:27:21:10 - 00:27:57:21
Unknown
But we always got along. They would tell me something about their beliefs. I would
tell them something about mine, and I, I never you know, I don't disparage people
for their beliefs, but my problem is when they're covertly coming in like an ancient
aliens and different programs, allegedly on Gaia and other places that are
disguising the Luciferian and Satanism and other things as something else.

00:27:57:24 - 00:28:25:11
Unknown
Something love and light and injecting it into the community. And they're helping
this non-human intelligence. There's a negative non-human intelligence that's trying
to create a new religion right now, a new esoteric religion. And, Diana at the
soccer and a bunch of other people are studying it in real time. And my family, they
wanted to study my family life.

00:28:25:12 - 00:28:53:29
Unknown
They're doing Chris Bledsoe, James Gilliland, they approached him to, you know, want
to do brain scans and install certain equipment in your home and, your view, your
children away from you. You know, that kind of crazy stuff. And we said, no, it's
good for you. Yeah. That's awesome. We've learned of, about a dozen other families
that are being studied, like Chris Bledsoe, but they signed non-disclosure
agreements.

00:28:53:29 - 00:29:25:08
Unknown
They can't go public and talk about it, but they're having all the same stuff, you
know, happen. Yeah. So it's a big study. And the government wants to control the
narrative. So they attack experiencers and try to destroy them. And then we have
corporations that have their own alleged agendas that are coming in. And,
controlling, radio shows, controlling, events, you know, large conferences, you
know, who gets to the operation mockingbird, right?

00:29:25:09 - 00:29:50:04
Unknown
Yes. It's, but we're going to we're going to really expose quite a bit, about what
the disclosure movement and esoteric movement really is and what it's controlled by
and who is controlled by. So with that being said, I, I was approached, by somebody
I could maybe put him in contact. He's outside of this community. He doesn't even
want to come into this community.

00:29:50:06 - 00:30:09:12
Unknown
He but he did like things like Unsolved Mysteries and things like that, because he
said that people within it have destroyed it. So. And he wants a book to be written,
and it's called Seeking Truth. And that's exactly where everybody's going to it. And
I give you so much promise, but you got to be you got to stay.

00:30:09:14 - 00:30:28:19
Unknown
You really do. You got to stay careful in this land or be safe because they're not
playing. These people don't play. I love what you said earlier behind the scenes
that you're like, yeah, no, I was talking to Dave Wilcox and he said, yeah, you
needed to go public. Like that was your saving grace by doing so? Definitely.

00:30:28:22 - 00:30:54:11
Unknown
Yeah. It's quite, being in this movement as a public figure. And then learning in
the background how all the majority of the people you've seen on ancient aliens, the
majority of people you see on stage, and have their own shows right now, I've had
drinks with these people at conferences when I was one of them.

00:30:54:11 - 00:31:22:25
Unknown
And, majority of them are straight up Luciferian AMS. Yep. And they it's just not
something that they openly will admit. And why so true. So true. I you know, I don't
know, like, it's like, why won't they admit it? You wonder, what the heck is so many
of them on Facebook that I've been even coming across one ladies like, oh my gosh,
we're not doing anything bad.

00:31:22:25 - 00:31:53:21
Unknown
Like, you know, whatever. And it's like, you know, we were law abiding citizens. She
even said. And I was like, oh, this might be part of the problem, lady. You know,
it's like, you can't even like it. I, you know, they they throw it right out in your
face. I mean, they're really not hiding it. It didn't say, but the think that
was even there is even available to children and you know like now they're like
going to these schools and like, you know, we're having Sunday school, like, what is
going on here.

00:31:53:24 - 00:32:21:03
Unknown

You know, it's it's been a giant operation. And no one's been immune from it. To be
honest, the people in the alliance that I speak to, they are quite shocked that that
we survived this takedown attempt they've never seen in the history of ufology.
They've never seen anything as coordinated and had as much money fed into it.

00:32:21:05 - 00:32:42:09
Unknown
And, fuel poured into it. Ever in the history of ufology and the fact that my wife
and I are so stubborn that we never give up, we never surrender. We're weird
personality types, too, to where I, I really don't give a flip what people think of
me. You know, people say, no, some people think you're full of crap.

00:32:42:09 - 00:33:08:03
Unknown
I'm just like, you know, opinions are like rear ends. Everybody has one and they all
stink, right? You know what, though? Isn't that such a freeing experience when you
can when you stop thinking or worrying about what the rest of the world thinks of
you? I mean, I still have my moments from time to time, but that right there was the
most freeing experience of my entire existence.

00:33:08:05 - 00:33:25:09
Unknown
I mean, when you can take a step back and you're good being you, doing you, it's
like, that's amazing all in itself because you it wasn't easy for you, like with all
of this. And I guess if we can kind of go just a little bit, I know James isn't
here, but like kind of into the history of it.

00:33:25:11 - 00:33:48:26
Unknown
Do you like your wife? Was she having, you know, did she have mediumship, like, you
know, qualities about her? Did she have that ability? And then your your children, I
guess if you're I have a child, he's able to manipulate time a little different.
Like that's his kind of thing. So I know, you know, they're all kind of you get the
gifts that are a part of it.

00:33:48:28 - 00:34:21:01
Unknown
It's to me, it's it's always been a trade off, but, you know. Yeah, it's like it's a
matter of fact, you know, that's one of the things they wanted to study. The two
universities are doing the main study. It's strange that people that have this
certain type of brain neurology end up together. And it's very few people that have
it, and it's people that have this strange, thick neurological quirks in a certain
part of their brain that have abilities.

00:34:21:09 - 00:34:43:14
Unknown
They've proven it now, more and more is going to come out, but, Gary Nolan and
others have spoken about it. They wanted to do MRIs on my family. They wanted to
have, interact with this non-human intelligence, even more, you know, we turned them
down, but it's they wanted to study my kids.

00:34:43:14 - 00:35:15:06
Unknown
The my son, interacts with, people who've passed on, and, orbs will pop into the
room, and and he sees symbols, and they try to communicate with him. Very intuitive.
My daughter. Same, very strong, abilities. We'll talk. We talk about it in the
upcoming documentary, but, yeah, they we because of the abilities, especially that
my kids have.

00:35:15:06 - 00:35:44:20
Unknown
And they were untrained and unable to really control them. So they were like,
attracting things into our home. You know, people who had passed on and, you know,
they had that kind of. Yeah, yeah, yeah. And we had, a lot of these Twitter people
that are so, frantically, upset because we're not destroyed and who have been a part
of it, they're all a part of this, satanic stuff.

00:35:44:20 - 00:36:13:20
Unknown
They were like, bragging about, going to read it and hiring witches. They were
against us. They were bragging about doing dark ceremonies against us. Our neighbor
at the other house we were in, we had to move because there was so much paranormal
activity and demonic activity in that house. We had to move out. It was horrible.
But, one of our neighbors saw someone come and, get dirt out of our front yard with
a little shovel and put it in a mason jar and leave, you know, for their ceremony,
so.

00:36:13:20 - 00:36:50:11
Unknown
Oh, God, they don't stop. Oh. But now these things can't get into our house. It's
good. You know, it's amazing. We've had experiences. We see orbs flying around
outside and other things. And but it doesn't come in our home anymore. It's like our
sanctuary now. So we're very happy that, this nasty whatever non-human intelligence
does out of our life and leaving us alone, I'm going to be doing television shows to
help people understand what I've learned about it.

00:36:50:13 - 00:37:19:09
Unknown
My family wants to do so. Also, it's, it's been a very terrifying experience, but,
we know what we're dealing with now, you know? And, it's so it's a very dark. I
said, whatever and whatever is underlying it, it's like, I feel like it hates
humanity. It absolutely hate it. It feeds off of us, our misery and the negative
emotions at the same time.

00:37:19:11 - 00:37:53:14
Unknown
It's entertained. It's like a lion playing with its food before it eats it. It's
entertained by all of these idiots on Twitter and that are that have no, no real
intellect or they just are feeding know the attacks. And we know that most of these
people are our extreme, have extreme personality disorders, narcissism and

sociopaths. And their outlet is the internet.

00:37:53:21 - 00:38:14:16
Unknown
You know, instead of terrorizing their children and their wife and their whoever
else in their family, their outlet is sitting in front of the keyboard, you know? So
the more you start to realize that about these people, they lose their steam. There
are some mentally ill people in this community, and I'm not saying this in a bad
way, but it makes it hard.

00:38:14:16 - 00:38:39:15
Unknown
I was a mental health therapist for seven years. It makes it damn hard to tell the
difference between the two. So it's it's just like, you know, you think, okay, we're
going here with something. And then it's like, whoa, like, that's not, you know,
like, you know, it really is. And I guess to think how everybody, it's like we
haven't learned enough to stay in groups of people for very long periods of time.

00:38:39:15 - 00:39:01:24
Unknown
But when the time is like the most, most inopportune opportune time, they will take
that time and then they will slam you down to the ground. I had Theresa Tindall was
another one. And anybody who knows knows I will to this day, and not even that the
some of the crazy stuff that she was coming off with.

00:39:02:02 - 00:39:25:16
Unknown
And then she was stealing my story and she's still doing my stuff and then they're
trying to like. And I was like, what are you doing? You know, that's one of the
things you mentioned. You know, honestly, they're about 40% of this community. They
are nuttier than squirrel shit. And I said something. Yeah, they really are the 60%
of people that are well-meaning.

00:39:25:18 - 00:39:44:24
Unknown
They're part of the problem too, because they're not policing the crazy people.
They're just, oh, they're harmless. Let them steal your stuff. Who's it hurting? You
know, come on, Cory, you know these are positive stories. You know, I want to hear
stories. And, so, you know, I had to go through the content theft and people
stealing.

00:39:44:24 - 00:40:10:21
Unknown
Your story got so bad, I had to go through extreme measures and sit through court
and depositions and and all of that. And, you know, people think that I'm going to
go in front of a jury and tell them that I, speak with eight foot tall blue bird
beings and, please let me win the lawsuit. I mean, come on, people, you know, use
your brains.

00:40:10:24 - 00:40:28:12

Unknown
I have to do what I have to do to protect what's mine. And it's obvious that the
community's not going to be behind me in protecting land, and at least the majority
of it. Right. So screw it. If the community's not going to be behind me and help me
protect what is mine, I've got to do what I have to do.

00:40:28:15 - 00:40:54:26
Unknown
Yeah. To protect, you know, the disclosures I've put out, it's turned into a big
joke with all of these people, super soldier people coming out that say I cut off
the head of a reptilian, and you look at them and they couldn't even swat a fly, you
know, they know. Oh, yeah, I know, or they're they're on these huge missions and
they live down in their parents basement, and they never heard of how it's like,
come on.

00:40:54:28 - 00:41:16:20
Unknown
And we've looked into a lot of these people, and a lot of these people have like,
mental health issues. It's mental health issues that have led to serious, criminal
issues in some cases. And people don't realize that they're going to these super
soldier conferences and women, bad things are happening to women because they're
like taking advantage of the LARPing situation.

00:41:16:21 - 00:41:31:21
Unknown
A woman some of these girls are say, well, I was a sex slave on series. And then the
guy will come in and say, oh, I served on series and you owe me sex. And then the
women are like, oh, crap, they called me on it. What? What do I do about it? And the
next thing I know, they're in a bad situation, right?

00:41:31:21 - 00:41:57:27
Unknown
I've heard a lot of stories, you know, and. And then these gurus out in the
community that are sexually taking advantage of women and men. Oh, yeah. And
mutually taking advantage of people. I'm, I'm talking like, you know, there's
certain women that we heard about here in Boulder that were like buying certain
people vehicles and giving them tens of thousands of dollars at a time.

00:41:57:29 - 00:42:18:13
Unknown
And, you know, and then they ended up, you know, getting taken advantage of. It is
the this community. There's a lot of beautiful things about this community, but
there's a lot of danger. And I've seen. There was like one of the most impressive
young ladies that I've seen. She came in and she got wrapped up with a guru for a
few years.

00:42:18:16 - 00:42:39:07
Unknown
He put her through all kinds of horribles stuff, and she's been a mess ever since
she had her life. She had such a beautiful future ahead of her, you know? And I tell

the guy, you know what you did to this girl? Well, her cell subconscious wanted her
to have this experience so she could go through the pain and have the growth, you
know?

00:42:39:07 - 00:42:57:17
Unknown
And I'm just like, you know, and this is just kind of crap that I run into you.
Yeah, I know, I just want to be, like, for real. I can really, you know, take some
of pictures of people. A lot of people think that discernment is like, oh, how does
it feel? Oh, that feels kind of good.

00:42:57:17 - 00:43:18:28
Unknown
I've decided that's not bad. It's not even remotely close to discernment. You have
to use your brain, and you're going to have to start using your brain, or you're
going to find yourself in this cycle of being taken advantage of or set up by guru
after guru. And, you know, and on top of that, that's just the people factor.

00:43:19:04 - 00:43:45:24
Unknown
On top of that, we have a non-human intelligence that's interacting with people,
trying to create a new religion and trying to, you know, influence people. I had a
problem with some of that contacting me, and I lost all confidence and trust in it,
you know, and I've put out of contact and purposefully and have just been in contact
with the, alliance.

00:43:45:27 - 00:44:12:07
Unknown
And, after I was out of contact with them for four years because things got really
bad. But they have, you know, they've told me that. Yeah, you kind of figured out
what we already know about this non-human intelligence. And, that's just one aspect.
There's a whole bunch of different positive things we're dealing with. But the
negative is a trickster, and it comes in and it mimics the positive in a loving
light, and it confuses the hell out of everyone.

00:44:12:09 - 00:44:40:18
Unknown
That's interesting. You know, I've always heard that, especially as a medium before
we get too far and I don't I forget to ask you, can you go back to when you were
talking about the MRI's and if do you think that has anything to do with I guess I
know I've heard from a few different people, it may be something to do with memories
and memory recall, or it might be I have a little bit of a different sinister look
on it, but I was curious.

00:44:40:20 - 00:45:08:24
Unknown
I had a long talk with these people when they were trying to talk me into it.
There's two different MRI eyes they want to do. One of them is that of active of our
eye, or so we're, they're, they're putting some sort of isotope through your veins
and actively doing an MRI while asking you questions. And they can see which part of

your brain is lighting up and they can tell if you're speaking from memory or if
you're making shut up, you know, if you're lying or telling the truth.

00:45:08:26 - 00:45:30:08
Unknown
And it's more effective than anything else, you know? So they were going to do that,
and then they were going to do some other type of MRI with another type of some. So
now it's going to be a lie detector test. Well, it's not really a lie detector test.
It they were going to see because some people are just freaking delusional.

00:45:30:09 - 00:45:55:05
Unknown
They really believe, you know, and and they can tell by when they ask you questions
and you're recalling the information, where it's coming from in the, in the brain.
And you're also able to use a similar type of scan to, do things like, have you
remote view or do things where you're going into the flow state and you're,
accessing that realm?

00:45:55:07 - 00:46:16:18
Unknown
Then there what they're doing is they're measuring what parts of your brains are
active, and they've been doing this for quite some time, and I'm trying to remember
the name of the part of the brain that they focused in on that people who have
abilities have a thicker, band of neurons, and it seems to be like an antenna that's
picking up this other realm.

00:46:16:20 - 00:46:45:11
Unknown
Whenever I have something strange by my brainstem, area, they never have been. Mayo
clinic doesn't know. Johns Hopkins doesn't know what it is. It's just always been
there. But Twitter, the other day, somebody on Twitter got Ahold of my brain scan
and they wrote on there, and then they put it the, you know, they they posted it
with, they said, I have a small reptilian inside my brain in the I was like, yeah.

00:46:45:18 - 00:47:14:25
Unknown
What are you I'm doing that stuff. Oh, man. Everything I was, people were saying I
was, replaced by a shapeshifting, reptilian, one guy put out that I was replaced by
a clone of myself. I've. I heard the clone one. I remember hearing there was so many
things, and. Yeah. And I thought it was so ridiculous when I was reading it and
hearing people say it, I was just, oh, this is ridiculous.

00:47:14:28 - 00:47:45:00
Unknown
But what caught me off guard was how many people were like, oh yeah, they believe in
the holy crap, that's my dream. And then later on, if people oh no, he's not a
clone. No, that's my truth, you know, and, people, all of everyone's opinion of me
already has become their truth. And it's going to, you know, it's very difficult for
a lot of people to let go of all the books that, you know, for five years when I was
doing the lawsuit and there were criminal investigations going on, too, I had to not

speak publicly.

00:47:45:00 - 00:48:06:11
Unknown
So all of the attackers and everyone, they got to set the narrative and they got to see everything they wanted. And I had to sit there like, keep myself and keep quiet. But not anymore. So I'm, you know, I'm telling all of good for you. Yeah. And saying so can we go ahead and put some of that footage up there for the from the trial?

00:48:06:11 - 00:48:38:22
Unknown
And she's like, this is yeah, this is this is from the deposition. I sued Leon Isaac Kennedy. He was a famous, guy back in the day in Hollywood. Roger Richards, who worked with me for a while, and Adrian Youngblood, they were, embezzling money, doing mail fraud against fans, and, they pulled a big extortion scheme against me and David Wilcock.

00:48:38:24 - 00:49:01:18
Unknown
They said that they were going to destroy our marriages and our lives publicly and feed information to the trolls. If we didn't hand over our two documentaries that were worth about $1 million. So huge extortion issue. Thankfully, the end of the case, we settled and I received all my intellectual property. I got everything I wanted out of that case.

00:49:01:21 - 00:49:17:27
Unknown
But they were not happy about it. So they released the deposition, even though it was against court order. Okay. Yeah. Just for some reason, it just kicked off. Yeah. Just give me one second. I'm going to go ahead and pull that back up again. But yeah, that that is insane that they're the whole thing. But when I,

00:49:18:00 - 00:49:37:12
Unknown
And two, I wanted to give Sonya Galactic out their credit for going ahead and putting this, together. She was one that did it and came across it first. She's like, you got to listen to this. And when I did it, I was like, did they live? I'm no spoilers, no spoilers. I'm going to get this pulled up here in just a second here.

00:49:37:15 - 00:49:58:23
Unknown
And I don't know, it always seems like when you're going for one thing, but yeah, I just I definitely just had it. I don't know, I would attempt that and here we go. So yeah, I can't, I can't even imagine some of this stuff and yeah, this should be good right now I'm just going to go ahead.

00:49:58:25 - 00:50:20:10
Unknown
It's going to be one hell of a TV show when we talk about all this. Gosh, you

definitely, definitely I can't I mean, I know that it really and I'm sure, like, all
of the stuff on top of it, but once you get this, I mean, this was this was pretty
like, pretty profound here. So I'm going to add this okay.

00:50:20:10 - 00:51:02:21
Unknown
We're good there. And I'm going ahead and play it for you guys. And then when we get
the volume for Corey. This is like weird. And where it's fighting here. Okay. We're
don't have the right. This is where it's going. And I'm just going to put this in.
Hold on. Let's do it this way. That song we're just going to stop sharing for a
second, and I'm going to share my screen since I got through real quick while
you're.

00:51:02:23 - 00:51:25:11
Unknown
Oh, yeah. Yeah. Go ahead. Yeah. Go ahead. Hannah, I can't believe I had it all notes
and have it all right now. Here we go. So if you guys are listening, Corey kind of
gave you a little bit of, an intro of what this was and what you were going to hear.
So we're going to go ahead and just jump right into it.

00:51:31:19 - 00:52:06:14
Unknown
If it doesn't continue to hate me here, I don't know why it's doing this. I don't
get it. So I'll get it. All right. So let me see if StreamYard is. The problem is,
is I can't see with what is going on. What is not going on on the set. So I can't
tell if it's being shared. If it's not, I'm just going to stop sharing it for just
one second, and then I'm going to figure out and then we're going to get James on
here because James.

00:52:06:17 - 00:52:21:12
Unknown
Yeah, he's he's Oh good. Yeah. So we got this we got this, we got this. And here we
go. So we're going to do this again.

00:52:21:14 - 00:52:39:18
Unknown
All right. And I am sharing my screen again. And I promise this will be the last
time I'll have it this time. Okay. Yeah, we got it. We got it.

00:52:39:20 - 00:52:47:14
Unknown
All right.

00:52:47:16 - 00:53:24:28
Unknown
Courses. Table. Cabal. Okay. The table and the dark forces table. Cabal. Yeah. The
cabal. Who is that? In the in conspiracy theory land and in this community, it is a
secret government that is controlling, or hiding the existence of aliens and, trying
to take over the world. Do you believe in my client? You're trying to stop the
existence of aliens.

00:53:25:00 - 00:53:56:14
Unknown
Do I? I don't think your clients have the power to stop the existence of the cable
and the dark forces, the cable cabal. I have a message to the cabal. Who is that? In
the in conspiracy theory land and in this community, it is the secret government
that is controlling, or hiding the existence of aliens. Yeah, I just found I was
like, when I heard that the cable, the cabal, the guy, I'm like, maybe it.

00:53:56:16 - 00:54:25:00
Unknown
You know, how can you be serious? He was sanctioned by the judge for the way he
behaved in this deposition. He had to pay, some money, and, he was very embarrassed.
There was a news article put out about it. Yeah. He was getting upset because
throughout the deposition, he was realizing that his clients had been lying to him,
and, it made him look like an idiot.

00:54:25:02 - 00:54:47:12
Unknown
Well, you and, could it is that possible? That's what I want to say. Is it possible
that he looked any more like an idiot after that? When I heard cable the cable I
about I about, I thought, there's no way he just said that is. He just said that. He
just said that too. And I guess, two I guess before we bring James out and kind of
get into stuff.

00:54:47:20 - 00:55:15:18
Unknown
Is there any other you know, I know that you went through a whole lot on Twitter and
I really think, you know, like, is there any other area you think that you'd like to
hit the nail on the head and let people know and we can clear this air? Well, I
mean, there's a couple of things. I mean, one, I, Laura Eisenhower was, about three
weeks ago, she was deposed.

00:55:15:24 - 00:55:44:12
Unknown
There's a recording very similar to this. And, Gaia's attorneys questioned her about
the release of, David Wilcox resignation letter, and, she, thank God, told the truth
and had a good memory. And, you know, I and David, neither one had anything to do
with the release of that. That letter, it destroyed both of our lives.

00:55:44:12 - 00:56:16:06
Unknown
We were, not happy that it was released. We know who released it. It was, Roger
Richardson and Leon Isaac Kennedy. You know, we think we know, and they did it, at
the same time that they were planning their extortion of David and I. So, you know,
unfortunately, Gaia should have gone after them, but, it's been passed, statute of
limitations.

00:56:16:07 - 00:56:45:15
Unknown

So they're still, you know, in the courts. We were in a meeting with the judge, and, you know, we were like, we should settle. You guys obviously now know that I didn't do any of this stuff you accuse me of after, we had handed over our emails and everything in discovery, and the judge came back and she said, well, they're still going to fight your trademarks, even though they have no right to them.

00:56:45:18 - 00:57:15:06
Unknown
They just don't want you to have them, and they want you to pay $700,000, and make a public statement and all these horrible things, because they want to make an example out of you. And I'm like, you guys know now that I didn't do any of that stuff, right? It was other. But you still want to make an example of me and what they want to make an example of me for is for standing up against them.

00:57:15:09 - 00:57:47:28
Unknown
Oh for sure. Yeah. And the other part was, a lot of this went south with Gaia. Eureka Razavi, who was the CEO at the time. Now he is, I guess just the chairman of the board. But he had approached me and he was trying to convince me that the Blue Avians were Lucifer and that I had the cleanest connection talking to least for that anyone had seen.

00:57:48:00 - 00:58:13:02
Unknown
And he wanted to do another show called the Blue Avians and bring on people who were going to channel, the Blue Avians. But it was going to be, somewhat of a Luciferian spin, allegedly. And I said no. And that's when I told him, you know, you realize I like when my wife and I met, I was at a university, I was going to school in the ministry, you know, I was a Christian.

00:58:13:02 - 00:58:36:18
Unknown
I go there, I'm not going to support that. And, And your grandfather, wasn't he, Minister kind of. And my wife, her grandfather was a minister, you know, so we come from that kind of background, and I was being told that, I was in contact with Lucifer, and it was very shocking. And I guess I probably should have handled it right.

00:58:36:18 - 00:59:12:11
Unknown
I didn't realize that that was such a strong belief system for him. Allegedly. But, I come to find out, Dan Winter, there was a lawsuit in 1995. And, of course, through all of it, you're right. Savvy comes up. Channeling Satan, channeling Lucifer comes up a whole, I guess fight broke out amongst all the people who were doing this channeling, and the lawsuit occurred and part of depositions.

00:59:12:11 - 00:59:39:27
Unknown
This was all a finding of fact. And if I had known that, that he had a background all the way to 95 of channeling allegedly Lucifer and Satan and all of that, I

definitely would have handled the conversation differently. But that's where things
just kind of went south. And Jay Weidner was already being a problem. He the way he
treated David Wilcock was shocking, because David would put up with it.

00:59:39:27 - 01:00:03:15
Unknown
He tried it with me a couple times, and he saw that I probably would have put him on
his ass if he, you know, kept squaring off and acting like a the bully that he was.
So he was he was horrible, you know, and every time we would try to getting fired,
the president at the time would say that, he knows where all the bodies are buried.

01:00:03:18 - 01:00:27:17
Unknown
He has been best friends with Eureka for decades. There's no way he's getting fired.
So, you know, we just basically had to deal with it. We finally got him replaced by
Melissa Tuttle, who did a good job. David Wilcock and her didn't get along. He
didn't like her very well, but, she was very professional. She she seemed like a
nice lady, and she did a good job.

01:00:27:19 - 01:00:50:23
Unknown
It was just, too much. It happened at the company, and, you know. So then they
wanted me to start bringing on all these laughs, you know, like that. Jason. Right.
He basically mimicked my information. Exactly. No way to interview these people. And
I said no. And so all of that culminated, and then they fired me.

01:00:50:23 - 01:01:16:07
Unknown
Yeah. Let's try and point them into another direction. I mean, this is all they do
is listen to and then jot notes down. It's insanity. Yeah. Here at the conference
when I was doing the conferences, I would see all of these people that came out
later with their 20 and backstories or Secret Space programs, program stories, and
they would be sitting there with a notebook, writing down everything that I was
saying.

01:01:16:07 - 01:01:47:03
Unknown
Yeah, I write to them within a week on their YouTube channel. Oh, and using all my
keywords about different programs and all of that, it was just bizarre. You know, I
didn't like writing when you especially if it's a non like, yeah, obviously it's a
non experience or if they're doing something like that or if it is it's just like
maybe an I don't know, I always tell people your stories are good enough because
past that you're putting us all and throwing us all into waters that, that are
unchartered.

01:01:47:10 - 01:02:09:09
Unknown
And we need to know at this point in time, like, you know, you I'm sure you do too.
You have to strategically get in and out of places. It's not quite as easy as what
you think it is after stuff like that. And yeah, extractions never go how you think

they will, you know, definitely. You know, with, with the people I worked with that
we ended up suing that were on my team.

01:02:09:16 - 01:02:31:24
Unknown
I worked with them for like three years. It took me six years to get rid of them.
You know, read it. You know, they're like, no, no, you know, we deserve this. We
deserve that. You know? You know, it's because of us that you became famous. And it
was just like this whole narcissistic, broken child symphony, you know, and there's
just a lot of that in the community.

01:02:31:24 - 01:02:52:06
Unknown
And you have to be very careful who you engage with. It takes several months to
really pick up on that. Yeah. People that are open as opposed to the real, genuine,
loving people that are in this community. Yes, I know, and then I know Eric and I
won't give away as the last name, but, if anybody knows, they know.

01:02:52:08 - 01:03:12:04
Unknown
But it's just the thing is, you can't be jumping over from Twitter to Facebook and
in different groups, and I've handed this individual, like three different people,
three different names. But the, the worst terror was when it started coming out then
with the, Laura Eisenhower, that she wasn't who she says she was. Laura instantly,
you know, Laura, she's like, I'll be right back.

01:03:12:09 - 01:03:27:25
Unknown
And she's like, I got my birth certificate. You give them that and you call and
she's like, and if you need. I said, no, I'm just telling with somebody said she's
like, call my mom and my mom will verify for me. And she's like, she's so gone. And
I'm like, that's why I love you, Laura. That's why you keep up with that.

01:03:27:25 - 01:03:49:15
Unknown
You have evidence you shouldn't have that much of a problem coughing it up. Like if
somebody asked you for evidence or if I've seen a UFO evidence, I'd be like, where's
my phone? You just hold on right one minute there. You know, it's it's like there's
no problem there at all. Yes. Definitely not. But yeah, I know, I know.

01:03:49:15 - 01:04:10:19
Unknown
So I guess in Twitter is there is there any other topics before we bring James on
that you can think of. You'd like to clear the air. And if they have more I mean we
can always come back and address some of this. They're being awfully quiet. And
Twitter, you know, that. All you have to do is you jump into that screen, you hit
the enter, you're right there in the stream, and we get all the comments over here.

01:04:10:19 - 01:04:37:14
Unknown

Either that or hop over to YouTube at X radio. We're streaming live from here, so
we'd love to get this all taken care of and move on. And, you know, called a day
from here. So yeah, yeah. I point to the Twitter verse, The deposition of Laura
Eisenhower did not go the way Gaia wanted. You should have seen the look on the
attorney's faces when it was over.

01:04:37:14 - 01:05:10:09
Unknown
I think they realized they were lied to. The depositions that they planned in the
future were that where I was supposedly doxing people and attacking people when it
was me? That it was happening to those depositions were going to go this same.
You're going to walk away with Jack shit. Other than information that helps me. And,
I'm, you know, I was one of the first SEC whistleblowers, and Gaia had a big problem
with the SEC.

01:05:10:09 - 01:05:31:05
Unknown
I think they know that. And that's why they want to make an example of me. I plan on
contacting the SEC again and discussing certain things. If you're a shareholder and
you're a part of the class action lawsuit, giants have like five lawsuits since
mine. So they've had a lot of lawsuits. Most of them have settled.

01:05:31:05 - 01:06:00:13
Unknown
But if you're part of the one that's still open, you're a shareholder, please
contact your attorneys. Have them contact me. I will be a smiling person, giving
testimony about how they weaponized the allegedly weaponized the company against me.
All the things that were done. I will tie the SEC lawsuit and investigation to my
lawsuit, and I will tie your lawsuit.

01:06:00:13 - 01:06:25:02
Unknown
I will show how they are all connected, and I'll connect all the dots for you. So,
contact the class action attorneys and have them contact my attorney. That's
fantastic. That is fantastic. Yeah. The best. You know, the best way to handle all
of this is to have all of the truth come out. It's going to come out.

01:06:25:02 - 01:07:10:23
Unknown
We're going to be, appealing certain things. With information. We have, the
defamation case, against guy, for things that were allegedly done in against me and
other people. There's a few other things to that we're going to appeal. So I guess a
lot of people, know that I recently closed my, business good enterprise solutions,
and we declared bankruptcy to financially and corporately reorganize, to put me in a
stronger place to be able to deal with Gaia and to also, put out, a number of
projects that I'm doing under the clean slate.

01:07:10:27 - 01:07:41:14
Unknown
And, everything's taking off for us right now. We have multiple projects going on.

We have, but, everything is picking up for us. We're being rewarded by God, by the
universe. Whatever you want to see it. As for, being completely tenacious and not
giving up. So, we think that the best revenge is going to be living well and
watching, how all of these idiots respond.

01:07:41:16 - 01:08:01:22
Unknown
Because right now, the way we have it set up with the networks, they're looking
forward to us doing this true crime show. So all of these people, as they go out and
attack us now, are helping us sell it. It's, you don't realize they're probably one
of those. Even if they even if they do realize that they can't help themselves,
they're they're mental.

01:08:01:22 - 01:08:31:02
Unknown
So they're going to just be hard to. Yeah. Yeah, really? Yeah. Some of them went out
and they celebrated about our bankruptcy, not realizing that. What a pivot and a
shift this is in our favor moving forward. So it's going. So they're out celebrating
okay. Now you look at you have that right there. Ask yourself what kind of person
goes out and celebrates somebody else's like financial hardship, you know, are tying
trying times?

01:08:31:02 - 01:08:51:18
Unknown
I'm sure they were that right there. I mean, as a sick individual, people who do
that, that is such a sickness. And it's like, man, what are you doing? It's crazy.
It's crazy for anybody to even go along with it. It's so crazy. They know they're
sick. I know, I know, and the whole world's going to know because I'm going to make
a lot of these people very famous.

01:08:51:20 - 01:09:11:10
Unknown
Oh, good. Because the world is not. The hospitals in the world is not their mental
hospitals are the way I say it, like the world is not your hospital. You can't be
going around and doing all this stuff. People who are sick stay home. I don't care
if you're sick in the head or sick. You know, at this point you like the ones that
are sick in the head.

01:09:11:10 - 01:09:27:18
Unknown
You you are causing more problems than the other ones. So you can sit at home too.
It's just the way it is. Like, I don't have time for stuff like that, I don't. Yeah,
it's we've been doing this for too long and too many accommodations to go back now.
Yeah, well, as far as one concerned, guys keep helping me.

01:09:27:18 - 01:10:07:17
Unknown
So my show, because there's a lot of people very interested in it, in the more
nuttier than squirrel shit stuff that y'all do. Some of the old footage that we have
archived from the attacks and stuff, it's just over-the-top unbelievable. Producers,

they laugh, then they're like, oh my God, how did you get through that? And, you
know, there's like, it's it's they they say that this is going to be totally viral
because, it's going to attract not just people from the, paranormal communities, but
it's going to bring in all sorts of people that are going to want to come and see
the just the crazy circus that we live.

01:10:07:17 - 01:10:30:05
Unknown
I'm right. Oh, that's so I said, they should all show up in a clown car. That's the
way they roll. Like it is like a god. It is crazy. And when you go through something
like that and you need, I mean, for me, like, I can tell you about the time Jeremy
Corbell did it and he, like, brought every single person known to man that I even
knew.

01:10:30:05 - 01:10:46:19
Unknown
And I'm like, man, he's they're just going to keep coming. Just keep coming. Like I
had to I felt like I had to hide out for like three days. I die if I hid very far. I
felt like they could find me in some way, shape or form. So I'm just like, that is
crazy though. It's so crazy.

01:10:46:22 - 01:11:16:28
Unknown
I'll tell you, one of the only people that has stood up and had the fortitude to
last through all of this is James Gilliland. And yeah, he, Jay Weidner, I like,
avoided, Gilliland for probably three years because of all the stuff Weidner had
told me. He told he he was the reason that, Laura Eisenhower was never on Gaia was
all Jay Weidner and and same with Jay.

01:11:17:04 - 01:11:39:06
Unknown
And I'm sorry, Gilliland, but I. I wasn't even going to give Dylan the chance
because I heard so many things from, you know, while I worked at Gaia. And then I
met him and spent time with him and everyone else at the drop of a hat has been
willing to turn their back on me or stab me in the back.

01:11:39:09 - 01:12:07:09
Unknown
He has been. He has shown more integrity, more emotional intelligence and honor than
anyone else I've known in this community. And he's shown a lot of fortitude also. So
I have a lot of respect for him. And, you know, he's he's got a lot to say, too,
about all of this. He's been put through the same thing.

01:12:07:12 - 01:12:35:23
Unknown
You know, his good friend Peter Slattery has gone through hell. All of us have our
story. And I want to give all of them a chance to to tell what they've been through,
you know, and really kind of show a side of this movement that no one's ever seen
before. And what we really go through, everyone judges us so quickly, you know, they
don't need the the pain and horror, death threats and stalking and people, you know,

showing up at your house.

01:12:35:25 - 01:12:58:26
Unknown
Weird shit. They don't. They don't they don't understand that. They don't understand
that. I guess. Without further ado, let's bring James Gilligan on from East Buddy
Ranch. He said he dot o RG, and I still can't see you if you're on James. I hope you
don't. Are. Yeah. On stage I'm on. Yeah. Can you hear me? Yeah I yeah I can hear
you.

01:12:59:01 - 01:13:31:05
Unknown
Oh, great. Okay. It's just me. For some reason I just can't see anybody on there,
so. Yeah. Let me know if if anything happens out there. So James, welcome. We were
talking there. I'm sure you heard backstage we're kind of addressing those Twitter
concerns and some of the Twitter. Yeah that that Corey has been under you know I
mean I feel bad I said yeah their pitchforks and torches is you know, would be my
way to go because some of them were just so brutal.

01:13:31:06 - 01:13:52:29
Unknown
Yeah. Well the thing is I, I'd gone through all that and and, and so when I heard
what they're doing to Corey, I go, this is the same thing. This is the same
nonsense, you know, and and so, you know, I go, you know, and everybody was same
thing. They're all try and creating all this demonic images and everything.

01:13:52:29 - 01:14:11:19
Unknown
And I go, you know, well, you know, it sounds to me like, like he's doing the same
thing I'm doing. So I'm going to meet the guy and oh, man. And and then I invite him
to a conference to speak at a conference. And all hell broke loose after that. And I
had so many threats, you know, you know, we're going to destroy your career.

01:14:11:19 - 01:14:28:02
Unknown
We're going to do this. We're going to do that if you do this and everything. And I
just said, you know, that is the worst approach you can ever make with me, like
threatening and everything else because they go, you're not going to be famous. And
I said, I don't care, you know, and you, you know, I want my privacy.

01:14:28:02 - 01:14:52:27
Unknown
You know, I, I'm not nature most of the time. You know, I haven't I, I'm, I'm not
picking coffee most of the time and working on the ranch and, and you know, I go, I
want to hear a story and I, I listened to a story a few times and, and what's funny
is that I know people that are, let's say I can't mention their names, but they are,
you know, they're like the lead scientist or 51 and things like that.

01:14:53:00 - 01:15:22:11
Unknown

And, you know, and they they're telling me all these, all these things before I
heard about from Corey about, you know, what was happening. We have our own sacred
space fleet and we have all this and, and that. And, you know, who they're working
with, which weren't really the good guys. And, you know, I heard all these all these
things from from, you know, really, high level people that were in the know and and
then I heard Corey stir and I said, well, a lot of it I've already heard.

01:15:22:11 - 01:15:43:17
Unknown
And from very reputable people and, you know, and then when I met Corey, I just
realized right away he was very, very sincere, very high integrity. And and I saw
that, you know, they're using a lot of the same tactics with me. I mean, I've heard
everything. I've heard everything from I'm gay to I'm a womanizer, too.

01:15:43:17 - 01:16:07:09
Unknown
I'm, I run a Russian bestiality ring. No, no, no. And, Oh, man. I have kids with
some woman that was raised in a test tube. You know, and I've had all these affairs
with people I don't even know, and. And that we have kids in other dimensions, and I
mean heard. Oh, and and I go, I'm just sitting there.

01:16:07:09 - 01:16:34:03
Unknown
I don't know what. What is this all about? You know, and, you know, I've had a
couple relationships that didn't work out and it wasn't, you know, I'm not going to
do the blame game or anything. It's just that some of the stipulations were that I
had to end my career, basically. And, and, yeah, you know, my sole purpose there on
the trash and, and go living with somebody and some God forbid and place, you know,
and I said, no, I'm not going to do this.

01:16:34:03 - 01:16:53:05
Unknown
You know who I was when you met me. And and this is what I do, you know, and and I
have my own sole purpose. And I'm going to follow through that. Do you want to join
me? Great. You know, but, so you had that in front of you, dangled in front of your
head, too? I did too, with the next thing he's like, yeah, just stop the podcast and
you need to stop this.

01:16:53:05 - 01:17:14:24
Unknown
And then we can resume like, you resume normal living. And I was like, for real?
Like, and all the threats, you know, they can't assassinate you. They actually
physically try to assassinate you. And I've had those experiences as well. But, it
it's there's always been some divine intervention that's that's kind of stopped that
from happening, which is great.

01:17:14:27 - 01:17:33:00
Unknown
And and then for just inviting Corey, you know, I met all of the same people Corey's
talking about. And you know, they, you know, they tried a lot of stuff with me. They

go, we're going to turn. He said he enjoyed Disneyland, you know, and we're going to
make all millions of dollars, and you're going to be rich and everything else.

01:17:33:00 - 01:18:02:08
Unknown
And the first thing I asked for who controls the money? And, you know, they go, we
do. And I said, well, I'll go into Disneyland. Yeah. And I said, do you not
understand this? He said, he is an intensely spiritual place. You know, it's it's,
we have masters appearing there. We have beautiful photographs of Kwanzaa and and
marrying Baba ji and other masters and beings that look like Spock, that are six
dimensional beings.

01:18:02:11 - 01:18:27:07
Unknown
You know, all this stuff happening there along with the UFO contact. And I was on a
real spiritual journey. I, you know, UFOs came with the program, but I wasn't really
on the UFO circuit. And then the international UFO Congress got Ahold of me and they
read my books and they said, we really want you to come and and speak, you know, and
I go, well, yeah, I do know a lot about UFOs, but that's not my focus.

01:18:27:07 - 01:18:53:20
Unknown
My focus is more on self-mastery and learning how to heal unseen negative influences
and protect yourself and discernment and, and, you know, how to work with the higher
dimensions and things. That was my focus. And so they they go, no, we really want
you to come. And so the first talk I gave there was about the INS and my contacts
with them and the whole audience in the room.

01:18:53:20 - 01:19:20:06
Unknown
The women were crying, you know, that. It was very the energy was. So you can cut it
with a knife. It was so thick and it was just amazing. I had to stop because there
was so much energy, so much love flowing through me from them, that I was getting
choked up. And I just said, they love you so much, you have no idea how much you're
loved in the multiverse and and and how much these people care about you and
everything else.

01:19:20:06 - 01:19:42:09
Unknown
And then I found out that I did the ultimate no, no, I spoke about the spiritually
and technologically advanced ones, which is taboo. And, and so I didn't realize that
that that was going to create such a problem. So, you know, I was blackballed there.
And then they invited me to come again, and I came again and and same thing
happened.

01:19:42:09 - 01:20:11:10
Unknown
I was blackballed again. And, and, and when I spoke at the one in Arizona, they took
down my whole lecture and, and what I said bigger, bigger than what? James has told
these. He's being blackballed from these events. But I have been trying to get it

also on television show around City Ranch, going and speaking to different,
production companies and producers in the paranormal world.

01:20:11:12 - 01:20:39:12
Unknown
They he's. That well's been poisoned as well. There have been a lot of rumors and
B.S. put out about him there. So it's been it's not just a huge effort to discredit
James and his work and to prevent him the stuff going on on his ranch. He should be
featured on television shows for sure. But why isn't he?

01:20:39:15 - 01:21:03:03
Unknown
Why? You know, if there's like, this same thing, I didn't I thought it was silly to
kind of say, you know, he was being blackmailed, blackballed on that high of a
level, but I experienced. Yeah, actually, he definitely is being blackballed at that
level. And you would wonder why people would think you're crazy just to say that.
And I'm like, you know why?

01:21:03:03 - 01:21:25:18
Unknown
They don't want the real people. They don't want the real me. Yeah, I was one of
each of all of us, I think. And up there at some point, you know, it's like I was I
was real naive. I was real naive when I went in there. And I go, you know, we have
the video, we have the photographs, we have the eyewitnesses, we have triple PhD,
Boeing engineers.

01:21:25:20 - 01:21:48:13
Unknown
You know, we have Lockheed skunkworks engineers. You know, we have Air Force base
commanders, air traffic controllers all testifying. And they all testified on the
Art Bell Show. And and I was blown away. And I said, Art, you have to come see this
for yourself, and then nobody can take it away from you. And we you know, we had
Danny Dyer came out and did a special on it and he was blown away.

01:21:48:13 - 01:22:27:09
Unknown
He goes, I'm on UFO overload. I he traveled all over the world, didn't see anything.
And he came Saturday and he just said, nobody can take this away from me. I saw it
with my own eyes. I experienced it myself and it's not just seeing the ships, it's
the contact that comes with the ships. But, you know, the same thing, like like
ancient aliens came out and I told them who's on the ships, their cultures, you
know, they're, you know, even talked about their technologies and, and how they have
phenomenal healing technologies and, and, you know, they could regrow limbs with all
of our veterans and get the kids out of the cancer wards and

01:22:27:09 - 01:22:52:04
Unknown
things like that. And I gave them all the information about the different groups,
what they look like, what their culture was like, and they canned all of it. And all
you see is my hand reaching for a camera. And then they covered Jon Favreau and

Peter Slattery that were there, but they didn't even do them justice because we all
told them exactly when the ships would appear and where, and they just ignored all
they missed everything.

01:22:52:06 - 01:23:14:24
Unknown
And and it was it was the most ridiculous thing I've ever seen. And so now they're
trying to get me back, and all these guys are trying to get me back on their shows.
And I said, no, no, you you missed a golden opportunity. And you know, I know what
your agendas are and, and and I'm done. You know, it's like and they go, well, you
know, you're going to make you're going to be rich.

01:23:14:24 - 01:23:52:16
Unknown
You're going to be famous. And I said, I don't care that I you know, to me,
impeccable integrity is first and foremost. And and also, you know, just you got to
have some kind of moral compass and, and work from there. And, and after getting
involved in the UFO community, I was just shocked at people on the highest level
and, and what they did off stage and behind off the podium and, and they, they were
actually, you know, so sick of the CIA and, and, you know, a lot of pedophilia, a
lot of crazy stuff going on there.

01:23:52:16 - 01:24:16:24
Unknown
And I was just shocked and and I just said, you know, I can't go to these
conferences anymore because, you know, it's a reptilian fest. I hate to say it, but
I just it's glaring and so much healing and just to keep the energies clear there,
and there's so much backstabbing and competition, things that shouldn't be in the,
in the UFO community, you know, you know, I was kind of naive.

01:24:16:24 - 01:24:38:12
Unknown
I go, I have everything. If they really want disclosure, they want contact. We have
everything. We have the videos, the witnesses, the ships in every size, shape and
color. We have the black helicopter is harassing us. You know, the, everything. We
have it all on video and and I've shown it at these conferences. And then I was
asked not never to come back again, you know?

01:24:38:12 - 01:25:17:04
Unknown
So, you know, at the, at the international UFO Congress, I mean, you try to get the
video and you couldn't get it. You know, it's been totally blackballed. And on
stage, I actually turned into a light being while I was on stage. And then I had,
like, ten foot light bands behind me, and and the audience got photographs on their
phones of it, and I didn't, you know, it wasn't in the in the video, but it was kind
of weird that, you know, by the time I got the video and, and I don't know where my
original video came, but if anybody has my last talk in Arizona at the international
UFO Congress,

01:25:17:04 - 01:25:50:18

Unknown
if you have a, DVD of that, please, please send it to us, because, I'd like to get a
copy of that, but, it it's just amazing how I, I couldn't believe how much I was
erased and blackballed and slandered and character assassinated and everything. It
was all because I talked about the spiritual and technologically advanced off
worlders and and in 1945, you know, they made a contract with, with the dark ones,
you know, the darker ones, the Gray Alliance.

01:25:50:18 - 01:26:18:26
Unknown
And, because they were given weaponry and, and they're given all kinds of technology
and, and the deal was the Paladins and the Nordics came and they said, look, we'll
give you free energy, fields, energy, anti-gravity, counter gravity, medicines,
everything in 1945. And they chose to go with the negative ones because there's no
stipulations, because the stipulation was you have to get rid of your nips.

01:26:18:28 - 01:26:39:25
Unknown
You have to end this, this, this warfare that they said it affects all of us. And if
you nuke your planet, that's going to reverberate throughout the whole universe. And
we have to feel that because we're telepathic and really sensitive and and we don't
we don't want that's going to create a huge distortion in the, in the unified field.

01:26:39:27 - 01:27:03:28
Unknown
And they're saying, don't go there. And unfortunately, you know, May 12th and the
leadership at the time went with the Grays. You know, they went with the negative
ones. But imagine if we went with the positive ones. It's in 1945 where we would
have taken a quantum leap in consciousness and technology. We'd be operating on a
universal law, you know, which is basically universal peace.

01:27:03:28 - 01:27:27:20
Unknown
And brother says you love an individual freedom and prosperity for all. That's their
foundation throughout the universe. And and that's where we we would have been this
phenomenal society. You know, it would have been beyond The Jetsons if they would
have gone with that. But there are moments out there that are controlling the
narrative. And and it's a very dark, network.

01:27:27:20 - 01:27:54:17
Unknown
And a lot of it's Luciferian, Satanic, Luciferian. And there are reptilians, there's
serpent beings, there's negative grays, there's all this stuff involved in that.
And, and, you know, I had to deal with, with not just the, the slander and
everything else. I was having black magic and witchcraft and everything aimed at me.
It was just insane. But luckily I was trained how to deal with that.

01:27:54:17 - 01:28:21:02
Unknown
I, I have extensive training, like 40 years experience dealing, you know, working

with lamas and yogis and masters. And I went through the to see the teachings of the
enterprise. I went through their program and I learned how to heal these unseen. You
negative influences and shield myself. And and I was helping so many other people.
And you have alchemy to get on disconnected from that because it's either either,
you know, willingly or in ignorance.

01:28:21:02 - 01:28:48:14
Unknown
Somehow they got connected into this network and it created a real mess. But that's
all going to collapse that that's they're not frequency specific to the ascension
process and the planetary liberation that's going on. And what is coming and and on
its way here and it's already here. Nobody can stop what's coming. It's it's multi
dimensional. It's they have technology.

01:28:48:14 - 01:29:09:24
Unknown
And I mean they, they, they, they I tell people, you know, how do they communicate.
And I said you know thoughts and instantaneous the higher ones are all telepathic.
They they don't doesn't matter where they are. You can connect with them and have a
conversation with them, which I do on a regular basis. And yeah, and they've been,
they've been.

01:29:09:24 - 01:29:34:21
Unknown
So, late. They've been so gloves off, gloves off. We have to honor free will. And
they've been doing that for so long. But now the gloves are off and they, they
brought in, they played in warrior, the warrior classes and the other people and and
these people are like Superman. They're beyond imagination. And I had to tone down
their energy when I was dealing with them.

01:29:34:21 - 01:29:55:22
Unknown
I go, you, you're giving me a headache. You know, you're it's intense. My whole body was
on fire. And, and, you know, some of these beings, I mean, there are master beings
out there beyond our imagination that are coming in right now to help. Because
because it's, you know, we're, real distorted in, in the forest right now.

01:29:55:22 - 01:30:18:10
Unknown
Earth is. And they're everybody's feeling that, and they're saying, okay, and that's
enough, and they're coming in. So that's all the chaos we're seeing now and all the
divisions. And that's what they do. You know, they they control people through, you
know, and divide, stoop and and divide it and. Yeah, and that's the game. And that
whole game is collapsing right now.

01:30:18:10 - 01:30:41:11
Unknown
So we are going to take a quantum leap in evolution. And we are going to move into a
golden age of prosperity and everything. And these guys are not are not aligned with
that. And they're not frequency specific to what's coming in. And, and they're going

to take themselves out there. Their karma is going to be accelerated and amplified,
and everything's going to be revealed.

01:30:41:11 - 01:31:07:06
Unknown
And there's no way out, you know, other than forgiveness, basically. And start, you
know, working towards the awakening, the healing of humanity. That's the only way
out because, oh, their, their, their path that they're on, they're on the downward
spiral and it's going to collapse. And social, economic, you know, environmental
collapse and the upward spiral of all the Native American elders talk about it.

01:31:07:08 - 01:31:25:06
Unknown
The people who want to live a spiritual life in harmony with each other on earth are
the ones that are going to continue to go forward. So and that's what we're in.
We're in this big bifurcation process right now. And and I was telling people, you
know, it's time for the authentic, you know, to make your voice known.

01:31:25:06 - 01:31:50:21
Unknown
It's time to trust your heart and, and do your research. Don't believe you know,
what CNN or all the other social media is telling you and go, no, no, I don't
believe CNN. Here we go, Socrates. You know, Socrates says, do you have firsthand
experience? You know, do you know this for a fact? You know, if you don't, then then
you're just spreading gossip and rumor and and deception and lies.

01:31:50:21 - 01:32:09:11
Unknown
You're dividing everybody. And that's where, you know, meet the people, you know,
and that's with Corey. I heard all the stuff that Corey and I, I want to meet him
because they're saying the same things about me, you know? Yeah, I got him. Yeah,
right. I'm sure he's over the target and entourage and and Corey spent. Right. We
spent a lot of time together.

01:32:09:13 - 01:32:31:25
Unknown
Him and his family. They've been to the ranch. You know, we had a great time
together. You know he got he experienced all the stuff going on there. And, you
know, just anybody that comes to the ranch, if you come with an open mind, loving
heart and pure intent, you're going to have an amazing experience. And if you come
with a bad attitude you're going to have, that's going to be mirrored right back to
you.

01:32:31:25 - 01:32:50:23
Unknown
So. So it's the way of the universe. And and that's pretty awesome. Corey packs up
the whole family. I was like, son, like give testimony behind it. They said, did you
see anything? He's like, I'm hopefully I'm going to I'm going to the East Eddie
Ranch. I was like, lucky kid, you know, like, yeah, but it was cool.

01:32:50:23 - 01:33:21:00
Unknown
It was definitely cool to hear. Oh, they saw all kinds of things. And they they, they had a great, great time there. The begging to go back. Yeah. Begging to go. Yeah, I blame. Yeah. I almost had to, I had to kind of close down a little bit because, you know, when Jay Weidner and Cliff high and all those guys, there were, there were telling people to just crash the gates and jump the fence and, and it's public property and, and you can do whatever you want there.

01:33:21:00 - 01:33:42:05
Unknown
And, and they were just smashing me on the air. And so I just, I got a recording of everything they said and, and, and then in the interest of transparency, I played it, you know, because I don't, I don't care, you know, I played I go, this is what they're saying when you sue me and they're still, you know, I got subpoenas and all that shit.

01:33:42:10 - 01:34:04:04
Unknown
Oh, is it again? It's so crazy. It's either blackmail or I mean, it's litigation. One of the two or both, I guess. But the thing is, I didn't slam them. All I did was was replay posts and let people hear what they're saying, and, and that took care of it, you know, but you can't really see somebody for telling the truth or.

01:34:04:04 - 01:34:27:20
Unknown
No, you can't really sue them for using their own words. Yeah, yeah, yeah. Well, you can sue a ham sandwich, I found out. Yeah, yeah, yeah. The United States. But when that truth that long as you got some kind of a rationale. But the thing is in when in the state of Colorado, I've been in front of four different judges.

01:34:27:22 - 01:34:55:15
Unknown
Every single one of them, basically straight up to my face, insinuated that I gave up my right to life, liberty, and the pursuit of happiness because I talked about aliens and Bigfoot on a TV show. Yeah. Oh, wow. Yeah, I mean, I know isn't that crazy? I'm on my local Intel as a quote unquote conspiracy theorist. It drives me insane.

01:34:55:17 - 01:35:17:16
Unknown
I can't even believe it. Yeah, we have alleged dirty cops, DA's and all kinds of stuff that we're looking for that we've been digging into that, you know, that we would like to include in this show. I'm probably going to have to move out of Colorado if we can't. Yeah. Yeah, I yeah, I think we've all kind of experienced that.

01:35:17:16 - 01:35:38:21
Unknown
But, you know, luckily it's funny because the sheriff's department, we're in really

good with them. And there's people, you know, that the police in the area, they all
come to the ranch and they used to go pick my my mom up and bring her out to the
conferences, you know, in their car, you know, with the lights go on, they come
driving in and my mom gets out of the car, you know, kind of cool.

01:35:38:22 - 01:35:59:14
Unknown
And and they must be nicer than the ones here. Yeah. They've seen everything. They
know it's real. Most of the townspeople know it's real, but they can't talk about it
because it's a it's a strong Baptist community, but they know what's happening and,
you know, and I show them where it's in the Bible, everything. You know, the sweet
energies of the Pleiades, Sons of Arcturus is in there.

01:35:59:14 - 01:36:23:26
Unknown
You've got a, disc coming out of the firmament that it's got bronze like calves, and
it's got fire and brimstone coming out from under it, and it lands, and it sounds
like a thousand rushing rivers. And you got the pillar clouds that were a fire by
night that parted the Red seas. You know, it's all throughout the Bible, but the
Bible is just a little tiny piece of our history.

01:36:23:29 - 01:36:45:14
Unknown
You know that the earth has been colonized over and over again by by the star
nations and the peoples from the stars and, and, you know, even before the an
anarchy, there were people here which were the ancient Syrians, and they're the root
race. And and there was a human evolving here. Naturally. They got tinkered with,
you know, and still getting tinkered with and upgraded.

01:36:45:14 - 01:37:10:23
Unknown
So there is there's a lot of that going on. But, in the past. But we need to
understand, you know, that, that, you know, we're when they show up, they know more
about the history of Earth, the origin of religions, that the dark side, everything
is going to be exposed and people are going to have a big truth bomb dropped on
them.

01:37:10:23 - 01:37:31:29
Unknown
And, and they're not here to dominate. They're not here to control. They're here to
liberate, basically. And they don't want to be worshiped, and they just want to get
us back on track on the upward spiral of evolution. That's basically what they're
here for. And because, you know, we took a big wrong turn there and we're getting
back on track.

01:37:31:29 - 01:38:04:02
Unknown
And that's what you're seeing right now is you're seeing getting off of that satanic
Luciferian control dominate timeline and getting back on the, on the, universal log
timeline. And that's that's what they're coming for. And and they're not they're not

to be feared and they're not to be worshiped. And and the ones that you do need to
be aware of, the ones that have been here for a long time, we've had some very dark,
entities here, other dimensional entities, you know, the whole Satanic Luciferian.

01:38:04:02 - 01:38:30:13
Unknown
You've got reptilians, royal reptilians, grays, serpent beings, all that stuff.
They're all being cleaned out right now and as coming to an end and so so it's
really you don't really have to worry about that, about what's coming. It's what's
been here that's been removed. And luckily they're helping this to remove these
energies. I really I truly hope so.

01:38:30:13 - 01:38:51:22
Unknown
I do because we need some help. We definitely need some help down here. Oh they're
they're going to open up a can of Wolf Pass here. Again very very patient. They've
been very loving and and they've given us every opportunity to come forward and
disclose. And and now it's going to come from the sky. You know, they're going to do
it.

01:38:51:25 - 01:39:08:09
Unknown
Yeah. You know what? I I'm just one of those people I, I feel like it's already been
done. I don't know how much more they need. But if they got to go and like, throw
something out of front of their lawn or whatever they need to do to make this legit,
let's just do it, you know, let's. Yeah.

01:39:08:09 - 01:39:27:10
Unknown
I mean, they've got they've got, you know, the fake alien invasion up their sleeve
and they, they're trying to push a nuclear war and all this other stuff. But the
benevolent ones aren't going to have it, you know, they can they can stop a nuclear
war. And it's nothing to them. They can shut everything down. And and so that's not
going to happen.

01:39:27:12 - 01:39:48:26
Unknown
You know, you're going to hear a threat, you know, and even the Bible says you're
going to hear wars and rumors of wars and all that stuff. We're in those end times.
I like what Corey calls it end time madness. And it is it is time. And if you look
at how people are behaving, you know, they're totally integrity and morally
challenged out there and critical thinking.

01:39:48:26 - 01:40:17:18
Unknown
They there's no critical thinking. And, you know, I don't want to get political, but
I thought about this. No King Day. And I said, well, it's sponsored by communists,
billionaires and billionaire eugenicists who are going to be your new kings. So how
do you think that's going to work out? You know, yeah, you're right. It's right. And
you participate in your own enslavement and eventual, demise.

01:40:17:18 - 01:40:37:20
Unknown
These guys are eugenics, you know, and it's not going to work out well in the end.
So, you didn't think this one through. Where's the critical thinking in this? You
know that there whole there participating in the Take down America program? Well,
what happens when you take down America? Where is your food going to come from?
Where is your hand?

01:40:37:25 - 01:40:57:08
Unknown
Where are you going to get your gas, you know, where are you going to get, you know,
where are you going to get anything, you know, you're net's going to be down. You
know, it's all going to be either down or totally controlled. You know, freedom of
speech and all that stuff is gone. And then as gone, you know, really, I'm not I'm
not political.

01:40:57:08 - 01:41:24:06
Unknown
I don't side, I just side with the awakening of man on the earth. But, you know,
it's illogical. If Trump was a tyrant and he was and he was this evil king, you
know, how did they have how did they have this these huge demonstrations, you know,
that would have never been allowed. You know, if, you know, you honored the
Constitution, free speech, freedom to demonstrate.

01:41:24:09 - 01:41:48:29
Unknown
But when you get violent, then you cross a line. And so and that's when they step
in. But but where's where's the critical thinking. The base common sense. Like let's
say you're successful. I mean look at New York. Look at, you know, Michigan, look at
California. They've been very successful. And, you know, at the expense of sounding
non spiritual.

01:41:48:29 - 01:42:13:22
Unknown
I mean they're becoming shitholes. You know, they they really are. And and the crime
is off the scale there. The poverty you know the drugs problem everything in these
places. And, and you know, if that's where you want to go then maybe move to those
places and work your stuff out, you know, have to over here and no need to come back
home.

01:42:13:22 - 01:42:34:16
Unknown
All right? All the people that are paying taxes and and covering all the freebies
and everything are moving. They're leaving, you know, so for, you know, you're going
to be back to Road Warrior, you know, in those states, if you don't figure something
out and figure out what's happening. I feel like it just keeps mounting on. Yeah, I
don't know.

01:42:34:17 - 01:43:05:24

Unknown
In the scenarios I've had, I'm just trying to kind of pieces together and put it
together from what I heard tonight. Well, and how it has to play out. Yeah, he has
to, has to play itself out and, and it will play itself out and, and I think I'm
pretty I'm sure we'll get through this, especially with the help of the benevolent
ones, you know, the ascended masters and the higher dimensional beings and the the
spiritual and technological advance of all of this, because there is a limit to
allowing and we've gone beyond that limit.

01:43:05:24 - 01:43:50:03
Unknown
And and they're they're pregnant. Say, hey, rather than destroy humanity in the
Earth, you know, let's take a different path. And that's, that's really why they're
here to to get us back on track on the upward spiral of evolution. Oh, God. And they
could I have like 50. Yeah. Bazillion different tracks. So no counting on that. But
the nature of many tracks is there are people, you know, because they're creating
their own reality and aligned with with, you know, and, and all this, you know,
basically they're they're really preying on the victims, you know, and, and it's
misplaced and projected victimhood going on and a lot of sense of entitlement and,
and things like that.

01:43:50:03 - 01:44:13:20
Unknown
And oh, you know, it's like, you know, I, I work hard, I work hard for whatever I
have. And, and, you know, I help out as many people as I can, you know, on the way.
But but it's it's like if you just expect everything to be done for you and given to
you and everything else, and, you know, we are going to move into that eventually
because.

01:44:13:20 - 01:44:41:23
Unknown
Because if you have replicators and you have anti-gravity, counter gravity and feel
this energy and you have med beds, that's going to free up a lot of energy and a lot
of capital and things like that, where we are going to have time to to to go out and
have fun and experience our sole purpose and get on with all these other higher,
higher, realms and higher calling.

01:44:41:23 - 01:45:00:18
Unknown
You know, we're going to be able to do all that. And, and, there will come a time
when, when things won't be so tough, it will be very easy. And, and I think when we
take, you know, we start I, you know, I really do think we, we have plenty of funds
to help those who are less fortunate and, and things like that.

01:45:00:18 - 01:45:22:14
Unknown
When we stop all these wars and, get rid of the war in the war and pharmacy. I mean,
the war on disease profiteers, when that comes to an end, you know, all that money
going into that stuff can be redirected towards humanity and the earth and, and, and
that is where things are going. We are we are going into a whole different monetary

system and everything.

01:45:22:14 - 01:45:45:03
Unknown
It's it's all going to be moving in that direction. And I hope so. We need some
major improvements, that's for sure. Well, we have I'll tell you what, it all boils
down to it, but you either operate under universal law or you're not. You know,
you're either in service and part of the awakening healing of human in the earth or
you're not.

01:45:45:03 - 01:46:07:07
Unknown
It's not that complicated. And if you aren't operating under universal law, there's
going to be karma with that. And, and, and you know, that the greed and the, you
know, all that stuff going on right now, the ill gotten gains, all that you're going
to lose, all that because everything's going to be revealed. And, and, karma is
going to be amplified and accelerated during this process.

01:46:07:07 - 01:46:27:21
Unknown
So, and we're in the middle of that. And that's what all this chaos, this chaos
we're seeing are birthing pains. And people are having to choose which path they're
going to take. And and I mean, one path and economic and environmental collapse and
the other path is going to move into living a spiritual life in harmony with each
other in the earth.

01:46:27:23 - 01:46:39:19
Unknown
And all the Native Americans talk about a thousand years of peace and a
reunification with the Star Nations. And that's that's where we're going.

01:46:39:21 - 01:46:43:28
Unknown
Very important.

01:46:44:01 - 01:47:06:24
Unknown
And I got a little winded there, but no, you you got so winded it blew off my
microphone off, I think over here I yeah I like like, you know I don't have time for
all this nonsense, all this he said, she said he did this. He did that. You know, I
meet the person, I look him in the eyes and I feel their heart and I know where
they're coming from.

01:47:06:27 - 01:47:28:23
Unknown
It's that simple. And I know where these other people are coming from. It's sad.
There's a lot of wounded people that are seeking love and acceptance and approval
outside of themselves, and they'll do anything to get it. They'll sell their soul to
get it. And, you know, for the fame and the money and all the other. And it's very
sad, you know, selling your soul.

01:47:28:23 - 01:47:49:28
Unknown
That's a, that's a great, a great topic to have you think of like they have they
dropped a deal I guess they probably dropped a few deals. You talked about one
earlier. I always say like when they deal. Yep. Are they always, you know usually
involves somebody in their family usually. Yeah. You know, kind of involves like the
money.

01:47:50:01 - 01:48:10:15
Unknown
That's the reason I treat it. And we can say what they want. That's the reason I
treat. I have over like 50 k followers on Twitter. I think they thought that I was
going to take their book deal, and I did not I did not, yeah, yeah. I didn't
actually make money in this community until after I had left Gaia.

01:48:10:15 - 01:48:41:02
Unknown
And all the bullshit had happened. The two documentaries that we did, we made good
money off of those. We really did. They they both made a million bucks or first
quarter. That's that's great. Income. It's honest income. But, you know, conferences
didn't get paid much. Gaia paid me, like, a few hundred dollars per episode or
$1,000 per episode or something.

01:48:41:04 - 01:49:11:21
Unknown
It was chump change is we've made enough just to help pay bills and all of that. It
wasn't until I became industrious afterwards and started, enforcing and growing my
intellectual property, in different ways, doing unscripted projects that we started
making money, but then we ended up losing it all, our distributor, three years ago,
right around the time of that deposition.

01:49:11:23 - 01:49:41:27
Unknown
Chicken Soup for the soul ended up buying our, distribution company, and then they
went out of business. You can find an article about it. I can't remember which
magazine it sent, but, I I'm featured in it. And we talked to, They owe me $300,000
in unpaid distributions. $300,000. And I doubt we'll see, even a tiny percentage of
that.

01:49:42:00 - 01:50:12:00
Unknown
Man girl that happened. Right? The same thing happened. I had I had two publishers,
you know, I've written five books and and their bestsellers. And just by word of
mouth, it, and I had two publishers go bankrupt and take take all the funds with
them, you know. So, yeah, you know, that that was like a big loss and and so I took
all my rights back and I just self-published and the books have been selling like
hotcakes.

01:50:12:00 - 01:50:36:01

Unknown
And what's crazy is 19. In 1980, I was talking about all of this is happening right
now. You know, the Earth changes, the expanding sun, the shift in consciousness is
happening, the polarities that's going to happen. All of this stuff. I've been
talking about this since 1980 and the effects of the and the solar cycle, you know,
that we're in and how it affects the bioelectric fields around the body.

01:50:36:01 - 01:51:01:11
Unknown
And throws people in the process. And you get lethargy and you get tired and you get
emotional outbursts, and then you have severe weather and earthquake and volcanic
activity and and the sun's at the height of its cycle right now. And we are getting
hammered by we're in G2 solar storms right now. I think that we're just getting
hammered with one, you know, flare and chrome mass ejection after another.

01:51:01:14 - 01:51:21:18
Unknown
And people don't realize the sun is conscious. It's not just the light that's coming
to us. There's consciousness and energy coming to us. And the whole universe is
conscious and and we don't understand when when that sun goes off, you're going to
go through a shift, it's going to you have to raise your frequencies to match what's
happening on the earth.

01:51:21:18 - 01:51:53:18
Unknown
And if you don't, unfortunately, you're you're not going to fare well. And that's by
our choice. You know, we choose, you know, we choose which path we want to take. Yes
we do. That freewill kind of gets us every time. I don't know about how much of this
we had contracted to I. I tell people careful. I mean, I've been ripped off too, you
know man's a dollars that just helping other people out, that we're going to create
centers together and do things like that.

01:51:53:21 - 01:52:18:13
Unknown
And I got some donors together and I live very simply. I don't I have I don't need much.
I just live a very simple life, and I like to keep it that way and spend a lot
of time in nature. But but the, you know, I help people out and and, and people and
they all turned, you know, they all they couldn't block out the unseen negative
influences and the fake spirits and all the other crap that jumped in.

01:52:18:13 - 01:52:48:18
Unknown
And they went from the for the glory and they went for the, you know, and then I had
to sever connections with them because I said, you know, you went off track, you
know, you're you're not operating out of integrity and, you know, that. And, and so
now I'm just kind of just doing my own thing and living simply and, you know, off
grid and and I don't want to say too much more, but but, it's, you know, I'm just
kind of doing my own thing.

01:52:48:18 - 01:53:18:11

Unknown
And I've been turning down a lot of conferences, and, you know, Corey's one of the
only conferences that I'll do now, basically, because, you know, I, I just
experience such competition and such backstabbing and, and the attacks going to just
conferences that I just said, you know, it's not it's not worth it if people want to
come, you know, to the self-mastery classes and the ambassador training classes and,
and they, they're serious about, you know, their own spiritual evolution.

01:53:18:11 - 01:53:59:18
Unknown
And I'm there 100% for you. But this other drama, I, I, I don't have time for it.
Yeah. And thank you, for being at our conference, this year, taking part in it. The,
disclosure summit, please look it up. Disclosure summit 2025. We would love to have
you there, either virtually or either in person, what we're going to be showing our
new documentary, screener to show everyone the production company, public scope is
going to be there, and they want to interview you about your experiences in the
community and your contact, your story.

01:53:59:18 - 01:54:29:17
Unknown
So, yeah. Please, to the conference. It's going to be an amazing opportunity to tell
your story, to hear other people's stories of contact. And, we just really need to
have everyone come together and renew our vigor when it comes to actual disclosure,
because, yes. Like, James is saying the sun is a big plasma ball.

01:54:29:19 - 01:54:54:29
Unknown
It's really no different than the plasma balls we see flying around the sky at his
ranch. It's the it's a conscious entity, you know, and we're learning more and more
about that type of thing. And we're discussing it openly at these conferences.
That's all. The Suns are connected to the Great Central Sun. And if you want to know
what the seed of God in this universe, it's the great Central sun and it's connected
to all the other suns, and it orchestrates everything.

01:54:54:29 - 01:55:18:12
Unknown
And people don't understand that. And until you get whacked by a big solar flare and
then you, you know, you're laid up for a while and you got all these aches and
pains. You go, oh, I guess I better rise to the occasion. There's something talking
to me here. And, yeah, in the disclosure summit, I went ahead and I put that link
index or in the, excuse me, in, StreamYard.

01:55:18:12 - 01:55:44:21
Unknown
So it should go out there. Okay. Everybody sees that. Okay, good. Awesome. But, you
know, anyway, I just want to give kudos for Corey for hanging in there. I know the
challenges he and his family have gone through, not just from seeing entities, but
unseen entities and, you know, we're having the same challenges. And right now,
anybody that's authentic are getting hammered because everything's coming out of the
woodwork.

01:55:44:26 - 01:56:07:11
Unknown
And, you know, a lot of fake or spirits coming in out there and they're giving
people messages, you know, and, and, and they're creating a lot of this division.
There's a lot there's a dark side, you know, of, you know, the lower fourth
dimension has everything on there, and we've got people on Earth doing witchcraft
and black magic and all this stuff.

01:56:07:11 - 01:56:25:00
Unknown
And, you know, we're getting hit by all of it. I know he's been hit by it. And and
it's an ongoing thing. It's it's like I just the other day, something grabbed me and
threw me out of my bed, you know, and I was laughing at it, you know, it lost its
power, I was laughing, I just caught me sleeping, you know it.

01:56:25:03 - 01:56:43:19
Unknown
But as soon as I soon as I knew what it was, I just call in the higher dimensions
and veins and, you know, you can see. Right. You know, right behind me here, these
line beings, there are 17ft tall line beings out there. They're seventh dimensional
beings and and you know, when they come into the picture, it's game over, you know?

01:56:43:19 - 01:57:01:04
Unknown
So you got thrown out of your bed. Oh, Lord. Yeah, yeah. It's like, oh, man, it's I
could I could write a whole book about all of the attacks and everything else, but
but it comes with the territory. And that's why you have to learn self-mastery, and
that's why you have to stand up and and don't give it any power.

01:57:01:06 - 01:57:22:28
Unknown
Don't get into fear and just laugh at it and get some. Get your toolbelt, you know,
together. Learn how to heal unseen negative influences. How shield yourself, how to
make you know, alliances with higher dimensional bands and masters and things like
that. So, you know, all you gotta do is say their name. You know, like people think
I'm anti Jesus.

01:57:22:28 - 01:57:47:03
Unknown
And I say, you have no idea how close Jesus and I are. I mean, more blood. You know,
I don't see him as my Lord and Savior because I'm taking personal responsibility for
for my choices and actions, you know, and, you know, I don't think they're here to
babysit people, but I have the ultimate respect for for Jesus and Buddha and Mary
and companion and all the other masters.

01:57:47:03 - 01:58:16:28
Unknown
I I've seen them face to face. I showed you some of the photos we've taken of them,
and and you just have a meltdown when you connect with these beings and the

spiritually and technologically advanced off rollers, when you come into their
frequency, they are so loving and so powerful that you've got you've gotta release
some things, and a lot of people just start crying and and which is good, you know,
because you're releasing things and, and so we have to rise to the occasion.

01:58:16:28 - 01:58:38:03
Unknown
We can't expect them to come down and fix everything. You know, we have to rise to
the occasion. And and, you know, the masters are real of the spiritual and
technologically advanced off worlds. They're real. There's whole seven civilizations
of beings that are living in Christ consciousness or Buddha consciousness, and
they're coming in now and adding their consciousness to the collective of the earth.

01:58:38:05 - 01:59:05:15
Unknown
And and so it's you can't it's this so massive. There's no nobody can stop this, you
know, it's it's I'm just the narrator of what's happening, on the higher dimensions
of what's coming and I can. I'm little fish compared to the big picture and and
there's no way you can stop this. But we do give people tools and techniques to
adjust to the energies and to help people get through these times.

01:59:05:18 - 01:59:26:03
Unknown
It is a lot of hard work. How do you guys both stay? I should have put this calm,
you know, relax, like, not uptight about it. Like there's this, you know, it's just
like, I don't know. And then you think you're so far and you go in there and, like,
I don't know. Yeah. With me, it was a cycle.

01:59:26:05 - 02:00:05:01
Unknown
My family and I, it's in the very beginning, it was very disruptive and hurtful and
painful. You know, everything, you know, going on. But now it's pretty crazy what
can become normal and life and, Right. Yeah. Abnormal. It's just they've hit it.
They've hit us with so much that there's really nothing left. You know, they're just
picking up the same stuff that they threw at us before, you know, you know, these
these people literally destroyed David Wilcox, life, you know, his marriage, his
company.

02:00:05:03 - 02:00:43:00
Unknown
He's been swatted by, you know, police, the IRS, and, you know, these people have
rationalized this despicable behavior. And, you know, he's he's hasn't had to deal
with this type of attacks before, you know, James and I are kind of made cut from a
different cloth. I was raised by, you know, Korean War veterans and, you know, I
spent nights at a, VFW hall watching people get beat up and stabbed and all kinds of
stuff.

02:00:43:00 - 02:01:13:00
Unknown
I, I, I don't I think I was contacted and brought into this mission because of my

resilience and how much trauma I have been able to, handle without losing my mind.
But most recently, we have such inner peace. My son, our whole family, we have this
inner peace that we've never had. We have so much excitement for these new projects.

02:01:13:02 - 02:01:41:25
Unknown
You know, everything. So it's it's just none of that stuff even affects us anymore.
Yeah. I think, you know, having after having a couple near-death experiences and,
you know, seeing the sword face to face, the, you go, you just see, you know, it's
just pure, unconditional love and joy and bliss. And when you're in that realm and
you know you're okay with God, whatever name you want to give it, it it nothing else
matters.

02:01:41:25 - 02:02:00:02
Unknown
You going through all you want it? Me? I'm okay with creator because creator doesn't
even have an ego. It can't even judge. It's beyond that. It's beyond the names and
images and everything else. And then you have that experience, and then you come
back, and then you stay centered in that all the other stuff just falls away.

02:02:00:02 - 02:02:22:22
Unknown
They have no power over you anymore. And, and it's just, you know, don't react to
all the nonsense. I just observe, and I wait, you know, when the time is right and
drop, drop a couple truth bombs in there, tell them who they really are and how they
need to start showing their best side. And that's not who you are.

02:02:22:22 - 02:02:45:03
Unknown
That's that's your point. And trauma speaking. And I understand all that. So. So,
and I just learned to laugh at adversity. It's it's almost funny to me, you know,
when when people threaten all their stuff, it's almost kind of like, you know, like,
oh, I know where I'm going. You know, I have to this journey in and I'm good with
that.

02:02:45:03 - 02:03:05:24
Unknown
And, and I'm just going to do the best I can, you know, and, and, and that's all
this expected of us, you know, and we're not, you know, the thing about sin, you
know, sins and archery term, it means you miss the mark, you know, and hell is a
garbage dump. If you didn't have enough money for a proper burial, they threw you on
the garbage and burned you with the rest.

02:03:05:27 - 02:03:29:24
Unknown
And they they've they've created all this wrathful God and all this nonsense to
control the masses. And they have no idea who God is and what God is. You know, it's
not a little old man with a beard and a lightning bolt, you know, it's it's, you
know, and they are people are hung up on the little gods that were here and they
they have the beard of God images, you know, of the little gods.

02:03:29:24 - 02:04:02:06
Unknown
And those were very advanced beings that came here. And some were positive and some
weren't. And, and that's we know our real history. We're not going to understand
ourselves or the multiverse that we live in. And, and so and we'll just be running
around like chickens with our heads cut off, you know, just reacting to every movie
and reactionary mind reacting to everything, you know, and instead of creative mind
where you're creating your own reality and staying centered and things like that.

02:04:02:09 - 02:04:26:24
Unknown
Yeah, that's so true. True. That is so true. It's funny. It's funny to me now. You
know, it's annoying at times, you know, but it's it's almost laughable because the
character assassinations went so far that it became laughable. You know, when they
told me I was. They have a reason I'm not there yet, James. I'm not there yet.

02:04:26:24 - 02:04:48:24
Unknown
I hope I can be there for you. Yeah, yeah. I don't even know what that is, you know,
and, you know, it's just. And I have, like, test tube babies and I have marriages,
all these things. And, I mean, I've heard it all and, you know, like everybody, I've
had relationships that didn't work out, and I did everything I could to make them
work out.

02:04:48:24 - 02:05:07:15
Unknown
And I've always been extremely loyal and honest, you know, that's my nature. And, I
don't. Yeah. I don't have anything, you know, things, things go as far as they need
to go, you know? And that's that's just the way the universe. But, you know, you you
always have to be true to yourself. I'll tell you one thing.

02:05:07:15 - 02:05:35:10
Unknown
I wanted to say that a master told me this once. He said selfish is Scottish and and
didn't know what he was talking about. I go, no, that's not right. You know, selfish
isn't Danish and know that's that's nonsense. And then I realized what he was
saying. He said, you got to be true to your soul. And your own soul purpose and to
get on with your mission and why you're here.

02:05:35:12 - 02:05:59:10
Unknown
And sometimes that's you got to be a little selfish. You got to take time away. You
got to take time out in nature. You got to do what you need to do. And if somebody
really does love you, they'll understand that, and they won't be totally dependent
on you for their love and acceptance and approval. And, and so if you have a weak
mate, male or female, it doesn't matter.

02:05:59:12 - 02:06:27:09
Unknown

You know, things can jump into them and make your life hell. And I've seen that over
and over again. And they create doubt and they create all these, all these fears,
and they play on all that. And so, so, you know, I've been just, you know, kind of
being a little reclusive and being out in nature as much as possible and, and trying
to stay out of all the drama, you know, it's like, you know, it's hard to do what
you want.

02:06:27:11 - 02:06:47:01
Unknown
You want to hang out with people and all this stuff, but then it gets all twisted
and perverted and you just go, whoa, whoa, wait, wait. You know, I'm just. I have a
t shirt that says I'm not your father. I'm not your mother. I'm not your ex-lover.
I'm just sitting here and I act. And don't yell at me for anything else.

02:06:47:06 - 02:07:09:01
Unknown
Yeah, yeah. And I'm not responsible for your joy or your happiness. That's your core
that you have to connect with. You know, it's like, you know, it's not my job, I
really do. And then hearing what you said before, and especially with Corey's, thing
that's coming up, is event that's coming up. I really think people in Korea, I guess
you could probably answer this.

02:07:09:01 - 02:07:34:11
Unknown
I know you know what goes on at these conferences. Are there any like means that
like, kind of discourages some of this that doesn't express my biggest my biggest
pet peeve is going with all these to going these conferences. This is what goes down
at the conferences. Yeah. And yeah yeah he does these big mega conferences. I the
it's just unbelievable.

02:07:34:14 - 02:08:04:28
Unknown
I mean there's like crazy orgies and stuff. People drinking. You know at this
supposedly spiritual event, you have orgies going in different rooms. You have
people drinking to the point of blacking out and, getting into all kinds of bad
situations. That doesn't happen at our events. You know, people aren't hanging out
at the bar, and they're certainly not doing all that crazy stuff, you know, nutty
sexual stuff.

02:08:05:01 - 02:08:31:11
Unknown
It's it's just, we have families that come, it's a lot more wholesome than a lot of
these these other events. The disclosure summit. People rave for months for going to
it about, you know, what, rejuvenating experience it was and help them reproach
life. So I think it's all the energy that you put into creating the event.

02:08:31:11 - 02:08:56:00
Unknown
If you're just looking for me. Yeah. And it's a, healing energy. It's like. Yeah,
you know, you come in and you can heal these parts of yourself, like, that's

amazing. Yeah. You know, it's the integrity. You got to maintain the integrity
levels and that people are in service mode because there are a lot of people are in
self service mode and they're in there just out for self-gratification and things
like that.

02:08:56:00 - 02:09:15:16
Unknown
And a lot of their stories don't add up out there. And a lot of these conferences
are filled with these people and if you are authentic and you go there, they hate
you, and then they come after you and they accuse, accuse you of everything they
themselves are doing. So they become a mirror and you're amplify all this and and it
gets even worse.

02:09:15:16 - 02:09:36:15
Unknown
But, that's why I've chosen to kind of be a lot more reclusive lately and just, you
know, I, I always say I'll see everybody on the other side of Ascension and I'll,
you know, I'll meet you there, but, because it, you know, it is crazy times right
now, and, and everybody's in process to one degree or another.

02:09:36:18 - 02:09:56:14
Unknown
And a lot of people don't even have a foundation to go on, you know, they have no
foundation whatsoever. And they're run into one shiny object after another. Whoever
has the most incredible story, whether it's true or not, they're going to just run
to this shiny object and they're all, yeah, yeah. And, they're not they're being
disempowered.

02:09:56:14 - 02:10:15:24
Unknown
And, and I like a lot of people that that chorus thing or empowering the people to
they're, they're giving knowledge, you know, but there's always a wrap around where it
comes back to your own personal responsibility. And they give you tools and
techniques and things like that. And that's what conferences need to be about it is
to that.

02:10:15:28 - 02:10:40:20
Unknown
That's definitely what conferences need to be about. All this other stuff, the
escorts, I don't know, even the cosplay can go. I mean it when it crosses some lines
and it has. Yeah. I don't think it has. I don't know what to tell you because it has
it most definitely has. And it's like once it crosses those lines, I just it will
keep escalating.

02:10:40:20 - 02:10:57:29
Unknown
I don't think it's just going to stop there unless I'm told, you know, how many
people that we've had to clear that got involved in this nonsense. And they come
back and they've got all these entities on them and they're like, sign up for the
rubber room, basically. And we have it right for them and get them to.

02:10:57:29 - 02:11:25:02
Unknown
And I go, look, you gave your power away. You know, outside of yourself, you need to
pull your energies in and make your own personal connection with creator. And, and,
don't don't get into this see me, dig me worship thing going on. You know, just I
got it's they're going to just suck it dry and and so it's a learning experience for
them and, and, but we have to we have to clean up the mess all the time because
people don't play for the energies.

02:11:25:02 - 02:11:47:21
Unknown
They don't create sacred space. And and let anything come in. You know, there's one
guy out there, you know, I won't mention his name, but, he goes, there are no
negative ETS out there. You know, we just have to open wide and let anything in
through us and stop being spiritual snobs and everything. That's the most
unconscious thing I've ever heard in my life.

02:11:47:21 - 02:12:15:05
Unknown
Because there are negative entities out there. There are negative energies. Are the
initials mkay. Have. Yeah. Yeah, yeah, yeah. Okay. Yeah. Keep in mind I've seen a few of
the trolls and, question, yeah. They had one asked me about asked about the glove I
was wearing during the deposition. I've had surgery, I have nerve damage, and I it
was a compression glove.

02:12:15:08 - 02:12:36:24
Unknown
And another person, is holier than thou talking about me cheating on my wife when,
when all of that happened, Stacy and I were already separated and going through a
very rough time because of cyberstalking and all of that. A lady we worked with was
interested in me, took her shot. It didn't work out. It's as simple as that.

02:12:36:24 - 02:13:07:15
Unknown
So that holier than thou, whack jobs of the community that think that they have some
sort of moral, vector against me. For my wife, it was, it was we were going through
a rough time, a separation. And that's how it that's what went down. I don't care
what anybody else does. So, thank you, Corey, for coming in and saying that I again,
I'm sorry.

02:13:07:15 - 02:13:28:29
Unknown
I just didn't know. I was like, but, you know, this is great because you're clearing
the air and that's what it's all about. So did you guys hear that out there on
Twitter? Please go and run and tell the 50 other people who told you about it that
we have an answer. And then make it make. Yeah, make lots of clips.

02:13:29:02 - 02:13:51:04
Unknown

Yeah. I mean, do the trolls have to work? I'm coming back bigger, stronger than
ever. And you guys are about to crap your pants when you see what all is about to to
come out next. If the tides changed, you know the tide is turning, right? And and
these other guys are collapsing in on themselves. They've got nowhere else to go.

02:13:51:07 - 02:14:25:10
Unknown
And they're going to take a lot of their followers with them, unfortunately. But,
you know, that being authentic and the truth is coming forward and everything is
being revealed. And the people that are spreading all this gossip and everything
else, what I've seen, I go, God, I must be an incredible mayor, because everything
they're saying, they themselves are doing and, and, every case and every single
time, if you look them close enough, people will tell you their intentions because
they'll accuse you of that, which they do.

02:14:25:10 - 02:14:47:16
Unknown
Yes. Exactly. Yeah. Oh, my gosh, that's so true. Yeah. It's changing now though.
It's it's I'm telling people, you know, the authentic need to come forward. You need
to step back in. You know, it's like. And this other nonsense is collapsing in on
itself. You know, a lot of these conferences aren't happening now. They're not
getting the numbers.

02:14:47:19 - 02:15:19:24
Unknown
And, I didn't say I feel bad about those conferences not getting the numbers, but
man, well, I mean, people are all of them are even or have struggled lately. It's,
you know, we need to get everybody to Corey's. We just the rest of, I mean, yeah,
it's kind of like there's a combination of things when there's so much chaos going
on right now, and a lot of people financially aren't doing very well, and people
just aren't traveling and, and, and it's just a phase that we're going through.

02:15:19:24 - 02:15:42:21
Unknown
But that's going to shift. And when this other program collapses and it is then,
then where are they going to go? And, and I saying, this one master told me, he
said, you know, James, don't go chasing this stuff down. Don't don't worry about it.
He said, everything comes from one point and everything returns to that point. And
he said, be the point, you know, and and I thought about that.

02:15:42:21 - 02:16:01:19
Unknown
And that's why I, you know, I don't have to, you know, I only the ego needs
defending. I don't have to defend myself on any of this stuff. I will call people
out at times for their nonsense. But, but it's just like they it doesn't matter to
me. You. I don't care what you think about me, I really don't.

02:16:01:19 - 02:16:21:27
Unknown
I'm good with creator. We got another one. Yeah, I think Corey, your one about me.

If I mirror and amplify things, you know, if I push your buttons, they need to be pushed. And I do that occasionally, you know? And, and I, you know, I do have bad humor. Every once in a while, you know, it's like.

02:16:21:27 - 02:16:45:16
Unknown
No. Well, I think it's for me, spiritually incorrect humor is the funniest, you know, because I've mastered judgment. You know, I don't I don't, you know, if you go hang out with the lamas and the yogis, they have wicked senses of humor, the real ones, and they're always laughing and nothing serious. And they know your buttons and they're going to push them and they don't.

02:16:45:18 - 02:17:04:26
Unknown
It's not a one up game. They're doing it to let you look at things you need to clear and heal, because those are the chinks in your armor. You need to deal with that. Let all this other nonsense in. And so so if you if you're standing with a real master, they're going to tell you what you need to hear, not what you want to hear.

02:17:04:28 - 02:17:25:27
Unknown
And and they're probably going to piss you off at times, you know. But there's so in there love and joy and bliss. You can't touch them. You know you can't. And and and they don't care what you think about them. All they care about is that you heal and you evolve basically. So true. That's so true. I really believe that too.

02:17:25:29 - 02:17:52:17
Unknown
Definitely. Maybe. Absolutely. So in saying all this to Corey, kind of give people a rundown of what's going to go on in your conference is coming up here not too long from now. Yeah. So, yeah, it's coming up quickly, November 7th, eighth and ninth. We're going to have a number of speakers. I don't have the list ready here.

02:17:52:17 - 02:18:17:13
Unknown
I yeah, I don't know where I put it, but where you're going, you're going to have some major support on this conference because that's when that's when everything is going to really hit the fan when they eat to play their hand. Yeah. Yeah. So I mean we're going to show our documentary. We're going to be shooting part of the new television show there.

02:18:17:15 - 02:18:46:23
Unknown
You know, I'm really hoping that by then, you know, our we have a Kickstarter campaign where people can preorder our book 20 and back project Moonshadow, being written by Andrew McCaslin. Former Navy Seal, a good friend of mine, Colin Palmer is writing the script for the feature film. We have production companies and funding and stuff lined up.

02:18:46:25 - 02:19:17:24

Unknown
Please support our Kickstarter campaign. Go to Kickstarter, look for 20 and back
project Moonshadow. I'm sharing more information that I have learned about this
non-human intelligence and the secret programs than I've ever showed before, and I'm
doing it under the guise of, entertainment and fiction so I can really let it all
out and not deal with as many death threats and ramifications as I have in the past.

02:19:17:27 - 02:19:38:15
Unknown
So for this book, it's going to be a film. The video games tying into it, it's going
to make a huge difference in the mass consciousness and so much truth. It's going to
be presented through the the fiction that when all this stuff starts happening, the
orbs appear in the sky. People are not going to be as freaked out.

02:19:38:15 - 02:20:08:20
Unknown
They're going to be prepared. So please support the book. That's amazing. And to,
tell people where they can find you at Corey. Well, they can find me at Corey
Gedcom. I'm also, people say they don't see me delivering Intel and information
anymore. I don't on YouTube just because all the people, all the, LARPs out there
steal it and twist it and within three days, we're all like, yeah.

02:20:08:22 - 02:20:32:23
Unknown
So I release it all on ascension work. Steve, we asked people to come and join. You
can join for free or have a paid membership. I'm also, you know, I'm doing the books
and the, graphic novels. We're also so, you know, doing a handful of scripted shows
and I mean unscripted shows in the paranormal genre.

02:20:32:23 - 02:20:58:17
Unknown
So you guys get ready. You're about to see a whole lot more of me and my
information. It's going to go viral again, but bigger. Way bigger than anything we
did. That guy, Gaia censored our television show and all of my information, but now
we're working on we're going to repeat Cosmic Disclosure. All of the information
that I.

02:20:58:19 - 02:21:26:12
Unknown
Oh, good. Yeah. It's released by Cosmic Disclosure in a different format. That's
going to be even more viral. And so is this a network, Corey, is is the network
incoming or what? Yeah, it's a network thing coming. And, if Gaia hadn't removed all
of my Cosmic Disclosure episodes, this wouldn't be possible. So they're removing all
of my information is helping me.

02:21:26:16 - 02:21:52:00
Unknown
If those, all of those episodes were out right now, our deal would be dead. So,
it's, we're going to repeat and release a lot of that information in a much longer
form with special effects, reenactments and all kinds of other, fun things. That's

awesome. Okay, I think I think really, it has been dying for a very long time.

02:21:52:00 - 02:22:17:29
Unknown
They've needed new contact with content and, quite frankly, a new content provider,
a new channel. I think that would be absolutely fantastic. And if there's anything
we can do to get that information out around, please, by all means don't hesitate to
ask. Yeah, there's there's there's so many old stories out there. The 70 year old
stories, you know, like disclosure has been a failed thing for over 70 years.

02:22:17:29 - 02:22:41:01
Unknown
And that's the reason why because there's been a controlled narrative and and people
are just done with it. That's why a lot of people aren't gone to a lot of these
other events and things like that. So now we have to create a whole new venue for
this to happen. And we're working on that. We're having a big, with Peter Slider
myself here in why we're having that coming up in February, an event here in Hawaii.

02:22:41:01 - 02:23:02:03
Unknown
And then, back to the ranch. We're going to have some, some major events at the
ranch too, as well, so people can come and see for themselves. They can experience
the higher dimensional energies and the ships and and everything. And that's a real
that's a real be in their bonnet is that this isn't an old, old story.

02:23:02:03 - 02:23:23:07
Unknown
This is ongoing. It's still happening. And it's we filmed so many ships here in
Hawaii that are coming in, powering up, going into the ocean, coming out. You know,
we've got C-130s flying over us. We've got an aircraft carrier parked out here a
little while ago. And, you know, they're they're checking it out. You know, they're
trying to figure it out.

02:23:23:07 - 02:23:45:20
Unknown
But I was like, you guys, I'm totally transparent. Come have a cup of coffee. I'll
tell you all I know. You know, it's all positive. And what we need to do to turn
this planet around. I mean, it's not not hide anything, you know? So, but, but
anyway, I that's a cup of coffee there. Tastes just like Hawaii.

02:23:45:27 - 02:24:08:10
Unknown
Oh, yeah. We've got the best coffee on the planet right now, and we're getting ready
to to put it out there. And, the, it's so funny. It's like hand-picked, hand dried
hand-pulled, you know, everything's done. It's roasted. We take it to the local
roaster. You know, there's no there's no no chemicals, no roundup, no, pesticides.

02:24:08:10 - 02:24:29:29
Unknown
It's all, you know, it's. And it tastes like white when you drink it. It's there's

no color. No, it's not cut with anything. It's just the whole bean. And I'm. I'm
above there, blessing every little tree while I'm picking it. You know, it's like
high energy. But yes. And if you need an event coordinator, James, you know who to
call.

02:24:30:00 - 02:25:01:06
Unknown
You know who to call. You know, we're looking. I'm really I think we're going to I'm
sure I'll be working with Corey and some others in the future that are high
integrity. And we're going to start really bringing out the true information on
what's really going on. And, because the old world is collapsing, that old program,
the old control narrative, is just, you know, I, I sent that, and, Paulina Luna, I
sent her a copy of the, the ambassador training class.

02:25:01:06 - 02:25:33:06
Unknown
You know, it's all on DVD and everything. Or she probably looked at it. She she
probably was very interested in it when you sent it. From what I've seen of her.
Yeah. And and you know what I've seen from the questions she's asked, asking. She
definitely saw it, you know, and, and, and so, so there's other there, there's other
people in there that I've sent things to and they're really informed and, and I've
even had some very high level people that I can't talk about that are, have come and
they just say, hang in there.

02:25:33:06 - 02:25:59:15
Unknown
Just hang in there. We know what you're doing. We know it's true. And hang in there.
They we can't bring it out now. We can't talk now. But we're going to and and their
names that you definitely know. So, so we're just hanging in there and until it's
time and and, it's it's rough, you know, it's it's, got to tighten the belts a
little bit, you know, but, I think eventually this is all just going to explode like
truth.

02:25:59:15 - 02:26:19:12
Unknown
Truth. You know, the more you suppress truth, it's like a pressure cooker. It's just
going to blow. And that's what. And that's what's getting ready to happen. It's. And
when when it does blow, people are going to come to those who are authentic, you
know, and to find out what's really going on, the other guys are going to fall away,
and we're going to tell them to go watch the CNN news now.

02:26:19:17 - 02:26:53:13
Unknown
Yeah, exactly. Yeah, yeah, yeah, yeah. So where can they find you at James? Tell
them about you, your show on Saturday. Well, yeah. You can go to e3.org and
and@e3.org or you can go to SRT Stargate on Rumble on telegram on X and it's on
YouTube. We haven't been posting our shows on YouTube because I've gotten so
censored and demonetized so many times that, that we just put a lot of the footage
and UFO footage and things up there.

02:26:53:13 - 02:27:15:03
Unknown
But we'll probably start putting the show back on YouTube and we're us on PBS radio,
which is the big one. I mean, the show goes out to millions of people and us and
and, you know, you're going to hear some things you may not want to hear because I
don't I don't mess around, you know, I like I call things out and I go, this is
what's really going on.

02:27:15:03 - 02:27:38:18
Unknown
And so some people are going to get a little butthurt at times and, and get a little
upset. But, you know, I am a little conservative. And in some ways. But I'm very
open minded, you know, and, and you know, but you know, there is, you know, you got
to come from impeccable integrity and, and, you know, if you don't, you know, it's
going to come back and bite you.

02:27:38:18 - 02:28:12:17
Unknown
And so there's a lot of people. Compassion is everything. That's what James. Yeah.
There's so socially engineer right now that that, they've lost all critical thinking
and all foundation, you know, and, you know, they, they, they're very integrity and
critical thinking and morally challenged right now. And, and so, you know, you know,
I kind of provide a foundation, you know, and if you're out of integrity and you're,
operating out of universal law, you, you know, we might point that out to you.

02:28:12:17 - 02:28:42:03
Unknown
So, so we might, you know, we get bombarded by. Sure. Yeah. All walls. Yeah. I had
great moderators and they just bam, they're gone. You know, they don't we don't play
around anymore. Yeah. Can you really. Yeah. But, but yeah, I mean, you know, it's
kind of weird because I've been talking about these events that are coming up and
I've written about it in my books for like 40 years ago, and now it's all happening.

02:28:42:05 - 02:29:05:15
Unknown
You know, and and, yeah. So it's like, we're like. And James does not tell the
future to say no. Yeah. I'm not I'm not your fortune teller. No. So what do I do? I
have seen a lot. Right, right. And, you know, he's not reading fortunes. You can bet
that's instantly where people go to, like, oh, they're really that psychic.

02:29:05:15 - 02:29:28:09
Unknown
And I'm like, you don't understand on this one. Now we do. We do transpersonal
sessions where we go in and first we clear and negative entities, and then we find
out who your main teacher and guide is, and then we find out your past lives and
clear that stuff up. And then we find your beneficial guides and hook you back up
with your star families and things like that.

02:29:28:12 - 02:29:48:28
Unknown

At the end, they give you this big love feeling, you know, and, they're really powerful. It's like taking the quantum leap in spirituality when you go through these sessions. And I've had a lot of people that have gone through these sessions, they go, man, that was a spiritual Roto-Rooter. You know, it just went in the hole, everything out, and they take a huge jump, you know, in consciousness.

02:29:48:28 - 02:30:10:24
Unknown
But that we're all about empowering the individual. And, you know, that's that's our whole focus now, guru. You know, no followers, you know, that people come, are serious and they really want to get some tools and, and get clear and get on with their lives, basically. And that's what we're all about. And is there any, plant medicine?

02:30:10:26 - 02:30:36:18
Unknown
No, no, no, we don't do any drugs or any plant medicine. And there's reasons why, for a long time, there's a lot of rumors going around that I was, I was, I had drug, I was a drug operation, and I. God, why, yeah, why would I even ask? Yeah. Can pot and everything else. And we had sheriffs coming over and and I said, yeah, come on in and check the place out.

02:30:36:18 - 02:30:58:28
Unknown
There's nothing here. And they did, you know, so we we have to kind of draw a line there because we don't, we don't do any mushrooms or plant medicine or anything else. But you can do everything naturally. And that's what we teach people how to do that. You can you don't need you know, a lot of times if you take a lot of these psychotropic and things like that, they're in control.

02:30:58:28 - 02:31:17:27
Unknown
The plant is in control, the drug is in control, and you're not. And you can get thrown into levels that you're not prepared for, and you can have either a hellish experience or you can have a positive experience. And so you really have to learn self-mastery so you can maintain control if you're going to go into these higher dimensions.

02:31:18:00 - 02:31:39:03
Unknown
Because not everything is friendly out there, you know, some things that not even out of your imagination. Yeah. No. Yeah. They'd like they'd love to talk to you and eventually see you dead. I mean, and that's unfortunate right there. A lot of leadership are playing with those beings. And so they're getting called out now. But, I have to agree with you on that.

02:31:39:03 - 02:32:03:07
Unknown
Yeah. The whole war disease profiteer thing, that's all. Satanic Luciferian. Yeah. Oh, yeah. And so that's all collapse and it's been revealed, you know, it's is also

said that you can't believe how far wide it is spread, you know, and how this is
stretched. And, I mean, really, it's like in every aspect of every person's life at
this point, it just it spreads that quickly.

02:32:03:08 - 02:32:26:18
Unknown
It really does. Yeah. You know, the whole anti-america Take Down America program and
everything else. Like I said before, has anybody thought this through, you know. No,
no, not what's the end result like Armageddon or is it like no food, no gas, no
travel? No, no warrior, you know, is that is that where we really want to go?

02:32:26:18 - 02:32:59:01
Unknown
You know, like, they didn't tell you the end result. You know, they just played on
all your victim patterns and trying to get everybody divided. But people never think
it through, like, what's the end result? You know, and, little critical thinking,
you know, who are your overlords? You know, who's sponsoring this stuff. You really
gotta do some research on this before you grab some flag and start flying it, you
know, and, you're going to find out nothing is as you were told or as you thought it
was nothing as, you thought it to be.

02:32:59:01 - 02:33:21:19
Unknown
That's so true. And truth is far stranger than fiction. That's another. You know
what I mean? If people knew. I mean, I've written about it in my books and The
Ultimate Soul Journey, you talk a lot about it, but the truth is so much more
bizarre than fiction. Oh, yes. True. Yeah, there's so much more to it. And there's
so many dimensions to it and everything else.

02:33:21:21 - 02:34:04:24
Unknown
You know, I said, just why not go there, you know, why settle for all this other
drama and fantasy and, and and like Corey was saying to people were taking my
newsletters and reading them verbatim and saying they were channeling them from
their guide, their fictitious guide, and, you know, and all the time going on. And,
and I used to tell people, you know, the, the only good chips come with salsa, you
know, and, you know, it's, it's like, oh, know, we need to all go within and stop
being, you know, stop worshiping and looking outside of yourself because that that's
where you're going to get, you know, tripped up for sure.

02:34:04:26 - 02:34:25:19
Unknown
For sure. And then, Corey, do you want to tell them, I know, you kind of gave a
brief description, but do you want to tell them exactly where they can find you on
social media? Yes, ma'am. Corey, good official on Twitter is a good place. I also
have Corey good on TikTok and, YouTube. Corey.

02:34:25:19 - 02:34:52:22
Unknown
Good. It used to be sphere being alliance, but I it might still be I think I changed

it to Corey. Good official. But most of what I do now is on ascension work. Stevie
and the fictional, work I'm doing an unscripted paranormal work I'm doing is,
Disclosure comics.com, and we recently have spoken to some new, potential investors.

02:34:52:24 - 02:35:26:17
Unknown
If people are interested in investing in the new, company with the video games, the
books, and, and, and films and everything, feel free to send us and, our information
request at info at Disclosure comics.com. We're just kind of putting the feelers out
right now, but, if you want to be a part of this new gig disclosure IP that we're
building, it's kind of like a mini Marvel and DC, but it has a strong spiritual
undertone.

02:35:26:20 - 02:35:49:04
Unknown
And we're bringing knowledge to people subconsciously, even, you know, when we have
to meeting people where they are playing games, films and all of that. If you want
to be a part of that, we would love to have you on our team. We're going to be, you
know, bringing on more writers, and other people in the entertainment industry.

02:35:49:06 - 02:36:18:06
Unknown
And we're really starting to grow. So, at least sit back and watch the phoenix rise
from the ashes, because this phoenix is on fire and it's going to fly high. We've
gone through five years of not being able to get anything frickin done, just total
like, dead can't stop to everything we were doing. And now, like James said,
something has switched and the pendulum and everything's taking off at the same
time.

02:36:18:06 - 02:36:45:06
Unknown
I've never been so freaking busy, you know, with all these shows and the book and
everything, I'm just busy. Yeah, well, hey, if you need anybody to broadcast or live
your live broadcast from any event. James, you do you right here. I know one of the
best myself and. Yeah, no need to get people there. I was know I wanted to get you
out to.

02:36:45:07 - 02:37:11:02
Unknown
Why are you here? Yes. Oh, yeah. I was out swimming with the turtles this morning,
and. And dolphins weren't around, but swim with the turtles. I would love that. Oh,
yes. Brendan, that that. That'd be excellent. It's freezing here. It's like 46 three
and so. Yeah. Sounds. That sounds absolutely amazing. Absolutely amazing. Yeah. It's
like I think about 7:00 here right now and it's still like 75 or something now.

02:37:11:04 - 02:37:37:24
Unknown
Yeah. Chilling me over there. And you're killing me. It stays right around, you
know, mid mid 80s to, 70. It's always it's always running at range 70 at night. It's
been a while since I've been to Hawaii so I didn't know. And I guess on closing,

guys, is there anything that you wanted to leave our guests with in particular?

02:37:37:24 - 02:38:03:02
Unknown
I don't know, just a little saying. If it's something close to your heart, or
nothing at all. Well, I think what James is saying about these beings getting ready
to introduce themselves to us, leaving the whole military disclosure thing behind,
and just working through people like us and directly with people is coming. I think
he was right.

02:38:03:04 - 02:38:23:11
Unknown
I think that all of us should prepare for that. We should, you know, be prepared
that our truth a lot of the stuff that we've been taught in this community, it's not
going to happen. It's not going to be like that. This religion we've made out of
some of this stuff is ridiculous. We just need to live in the moment.

02:38:23:16 - 02:38:47:25
Unknown
The moment is now. Disclosure is happening. You can be a part of it, or you can be
one of the skeptics and naysayers, too. Misses out on all the magic. Yeah, ditto on
that too. I mean, they told me, see, Yvonne, one of the platoon commander, said
that. He said, you know, because keep an eye around November 7th, he said some big
events are going to bust late.

02:38:47:26 - 02:39:07:19
Unknown
So again, they're done trying to go through normal channels and they're disclosure
is going to come from the skies. And they need a lot of people like us to help
people assimilate, you know, public acclamation, help people understand what's going
on. And, and, and get out of fear, you know, and get out. There's nothing to fear
with what's coming.

02:39:07:20 - 02:39:32:07
Unknown
It's it's, we're being liberated from what's been here. And and so and so for them.
I fear the people. I'm. I get what you're saying. And the only other message I would
have is that the people out there that are having so much fun, making fun of the
bankruptcy and trying to twist everything I've said about my relationship with my
wife and this and that.

02:39:32:10 - 02:40:00:03
Unknown
Have fun. Thank you for helping us sell this television show. Alien mania. The
subculture war for disclosure. I've been trying to get it going for five years.
Production companies were too scared. Were, you know, everyone didn't. No one wanted
to do it. But now we have, true crime group that's used to the controversy. We're
going to, we're really going to shine a light on the disclosure, you know, and all
you trolls are going to get your day in the sun.

02:40:00:06 - 02:40:24:15
Unknown
Oh, yeah. Oh, yeah. I want to add one thing about that is that I wouldn't even worry
about this stuff because karma is quick. You know, when, when, when you're operating
on a different frequency. And if you're going to pull something like that, you're
going to have almost instant karma now. But the, you know, the G one of the
platforms I was working with, these guys were just hammer and me and their UFO
reporting center guy.

02:40:24:15 - 02:40:47:24
Unknown
All these guys were just lying and saying they sent engineers out. And the even the
engineers said, no, we saw everything there. And they they twisted their reports and
all this stuff and and so like you said, no, don't don't go after him. Just document
everything. And, and I go, okay. And so I just documented everything and then I just
released it all.

02:40:47:26 - 02:41:09:03
Unknown
And she said, you know, the the negative, you know, goes around the world twice
before the positive has it's time to try it. She is basically unfortunate. We thrive
on the negative stuff and the drama and everything else. Oh, so they just collect
all the evidence and then dump it out. And those guys are gone now. I mean, you
don't even hear from these people anymore though.

02:41:09:06 - 02:41:30:05
Unknown
It is easier it clinically, it is easier to stay sick than it is to just get on a
different path in life. It really. Yeah. Yeah. So it's, you know, the boomerangs,
you know, coming back right now and, and some people got some really big boomerangs
coming back at them. And so I just say, you know, careful, you're going to hurt
yourself.

02:41:30:08 - 02:41:53:17
Unknown
Know, James Adam egg and, Yeah, he's karma. Yeah. We've been through our karma. And,
I think that's why we've burned it all off. That's why things are taking off the way
they are. Yeah. Isn't James amazing at doing that stuff? I've had him do a clearing
before, and he just helped me with something the other night.

02:41:53:17 - 02:42:15:20
Unknown
And he is amazing. I went as I was calling him like at least once a month there for
a while to have him do clearings. We were being so bombarded with shadow beings,
demons and all, all sorts of nasty beings that were coming into our house. We were
good at kicking them out, but they would come right back within a week.

02:42:15:20 - 02:42:34:04
Unknown
It was a constant process. So yeah, he was very helpful during that time. They're

they're saying and I'm a spiritual hitman. Well, somebody somebody sounds right.
That sounds good. And you know, and I said I just have friends in high places, you
know, you got it. Yeah. You have that kind of level and people be chasing you down.

02:42:34:11 - 02:42:50:26
Unknown
We need that. We need the hitman guy. Yeah. But you know. Yeah, but I want people to
be their own spiritual hitman, you know? Yeah, I know, you know, dependencies. You
know, we're here to empower people. The. I loved what you said before, James. You're
like, it's on them. If they did, they did good. I'm not taking credit for it.

02:42:50:27 - 02:43:10:06
Unknown
If they did bad, I'm not at fault for it, am I? That's awesome. Yeah. I don't take
blame or credit for anything. You know, we've had we've had miracle healings happen.
They're on regular basis. People with broken backs and broken arms and things like
that. Spontaneous healings happen a lot. And I tell people that's between you and
creator.

02:43:10:06 - 02:43:34:25
Unknown
We just created a space for it. So, so I said, so it's not me, you know, like, oh,
thank you. You I know it wasn't me. I said, you know, your belief healed you, your
openness healed you. You know, we just created a container for it. And, and, you
know, because you have to get in that you can't swell with pride when something
happens and you can't shrink with fear when things happen to you.

02:43:34:25 - 02:44:04:16
Unknown
You have to hold that space. You know, that neutral space. I call it loving
detachment. Loving detachment. That doesn't sound as bad. No loving. Loving
everyone. You know, there's there's some people you just yet. I don't know, I'm just
not at the point yet. I think I just, I think it's funny because they are going to
hurt themselves and, and everything's everything's amplified right now.

02:44:04:16 - 02:44:25:10
Unknown
Everything for sure. And and if you side with the dark and you take that, Pam, they
own you. They do to you, you're gone. I mean, you're soul's gone. Yes. You can see
what happens. You can see the person. Their face even changes the parts of them.
Everything until they're. Everything's being amplified and accelerated. Right now.
So I don't have to.

02:44:25:13 - 02:44:46:10
Unknown
That's why I say. I'm just saying here, you know, whatever you do is going to come
back, you know, 10,000 fold. So have fun. You're just sitting with popcorn. Yeah.
That's not a bad way to be. That's not a bad way to be. I get my spiritual popcorn
together. That's right. I'm trying here. Okay. After with the fresh, coffee beans.

02:44:46:10 - 02:45:04:16
Unknown
Yeah. I from Hawaii that I hear tastes just like, Hawaii. So that's that's pretty
amazing. So I guess. Yeah, a lot of coffee growers here, and we gave gave them some
to test it out. And they go, what are you doing? You know, what are you doing here?
I think I got they got, but it was a really smooth high.

02:45:04:16 - 02:45:25:23
Unknown
It's not that jittery high. You know. Oh that can okay I gotcha. Yeah. That nice
coffee. High rice high end. But it's real smooth and real mellow. And you know it's
not the a lot of coffees cut. You know, they put all kinds of garbage in there. So
people are just now finding that out. There's a lot of lawsuits about it right now.

02:45:25:23 - 02:45:57:05
Unknown
So ours is just 100%. They just started to read the backs of things. Yeah. Contains
some coffee beans. Yeah. Right. Yeah. Reconstructed coffee beans. Not reconstructed.
Yeah. GMO. Well, I yeah, you guys, I have had absolutely a ton of fun Cary goods,
documentaries going to be coming out. He's got a. You haven't seen yet. We're going
to put the links all in the description if they are not there.

02:45:57:09 - 02:46:21:27
Unknown
So you can check out the conference. You can check out the documentary. You can
check out, you know what's going on, what's coming up. And with James, the same
thing too. He said he.org. Definitely check him out. He's doing he's doing stuff all
the time and he's picking very good coffee right now. So, and then I guess the just
event, next month, as we know.

02:46:21:27 - 02:46:47:23
Unknown
And James is talking about having one next more towards next May. So we'll keep you
posted. Like I said, go ahead, check out their websites. Check it. The descriptions
are in the box. So yeah. And till next time I guess again, we gave our our parting
words. Is there anything else, James, that I missed or Corey, that you wanted to
stop me before I stopped us?

02:46:47:25 - 02:47:07:09
Unknown
No, I think we covered quite a lot today. Yeah, I know we did. And it was fantastic.
So yeah, mainly I just wanted to say, you know, it's not rocket science. You know,
universally it's not rocket science. It's just about being kind and loving to each
other and being kind to the planet. It's it's really that it all boils down to that.

02:47:07:11 - 02:47:38:12
Unknown
You're either we should do a show on this, because I don't think people realize what
universal laws. Yeah, it's very simple. It's very basic. Yeah. Like that basic,
basic. I'm not sure. How about. Yeah. You know, it's like like universal peace.

Brothers just love individual freedom and prosperity for everybody. If it's not
aligned with that, you know, like the old Cherokees saying, yeah, if it isn't good
for everyone, it isn't good, well, then I'm going to get a little card printed up or
something.

02:47:38:12 - 02:47:55:06
Unknown
And with people, because I've heard that a few times about the universal law. And I
was like, well, I'll check. I think they're all the same. You know, I think I was
looking around for myself. So, yeah, it's real basic, you know, it's just follow
your heart and come from your soul. Basically, your soul is connected. God
connected.

02:47:55:06 - 02:48:17:06
Unknown
The creator, you know, and you go through the heart. There's a little cavity right
here that's electrical. Your soul actually sits right there. And if they do an
operation with the metal tool and touch it, you know, short the whole body out. Oh
yeah. And so there's they have to use plastics if they're going to do the work.

02:48:17:08 - 02:48:37:20
Unknown
There is there's an electrical, there's a little electrical cavity there, and that's
that's where your soul leaves. It goes out to crown and takes off when you're gone.
Oh, it's actually from it. That is fascinating. I just don't know if I'm going. It's
a white light or not. I go to the golden white light. So thank you.

02:48:37:20 - 02:49:03:06
Unknown
To follow the emotion. You follow the love and the joy in the bliss. That's where
you go and and, don't get and don't stop to talk. Oh, there's a lot of planes and
dimensions. And you can get caught on those. Don't stop. Just just follow. You know,
you'll feel this incredible love and joy and bliss, and that's that's where you go,
you know, unless you get hijacked.

02:49:03:09 - 02:49:24:06
Unknown
Yeah. So you're so much. You're so much. Go to the white light. Don't go to the
right light. You know, you can always come back. You can always come back down. Oh
that's what I'm trying to avoid. I mean I mean once you make it to the top, you can
always get higher levels, are fully aware of everything going on in the lower
levels, but the lower levels are not always aware of the higher levels.

02:49:24:06 - 02:49:43:04
Unknown
So you can always once you reach the top, you can always come back and hang out, you
know, and help your families if you want or whatever, but then you're not stuck
there. You're not going to get stuck. Well, that's good then. Then I can do that. I
can do that. No problem. Oh, yeah. Yes, I we'll have to do something again soon.

02:49:43:04 - 02:50:05:13
Unknown
This has been a lot of fun. We do appreciate both of you giving us your Thursday
afternoon and late afternoon. I guess it depends on if you're in Hawaii or not.
James races viral. I'll tell you, you know, send this out to everybody, you know,
get this mission out there because, it really needs to be, you know, getting out
there to the masses.

02:50:05:21 - 02:50:32:22
Unknown
And you're doing a great job, by the way, of getting out there. So I appreciate
that. Yeah. We're going to be hitting this hard. So everybody if you heard that in
chat please go ahead and get this out there to everyone. I think it's so important.
Twitter. They were already having a little bit of a breakdown earlier. So we hope
that you all are not in, you know, down on the ground in a fetal position, rocking
back and forth over this because there's no need that really isn't there.

02:50:32:22 - 02:50:51:27
Unknown
You're going to get all kinds of interference, ecological interference. What do you
do when you go electrical interference? You're really putting this energy out like
this. You're going to get all kinds of interference. So you just have to just flow
with it. You. Yeah. Oh, I thought you were talking about, the therapy, the they do
electroshock therapy, and.

02:50:52:00 - 02:51:08:15
Unknown
That's all right. Oh, but I mean, there they go. They go after your computer, or
they go after an ambulance. They go after everything. You know, a long as I know
you're trying to put on a show, and they'll come in and throw all kinds of monkey
wrenches in there and say, you just have to roll with it.

02:51:08:18 - 02:51:32:01
Unknown
Yeah. You do. You do not give them your power. So again, yeah, I'm going to let you
guys get going and get the rest of your Thursday evenings. Yeah. And again, that was
an amazing show. Even though I cannot see myself on stage, I can just see the stage.
That was awesome. That was awesome. Corey. Good. He came.

02:51:32:01 - 02:52:07:07
Unknown
He had, you know, was able to get some of that out there and to set his record
straight because he really deserves it, guys. He really does. If you get to know him
I mean he really is like a family man. He's got I mean his grandpa and their own, I
mean, in the church. And just to even hear all this now and then to think this cult
stuff going back before or the Corey no good or the things like that with I know the
people that did it, I know the people who did it and it was wrong when I heard it
back then.

02:52:07:07 - 02:52:54:25

Unknown
And it is more wrong now. It's more wrong because everybody has stayed silent to a
certain degree. Everybody has just put their heads in the sand and continued going
forward. When we know and a lot of us know, and especially looking back, if you can
say, okay, I gave him that opportunity to come forth and tell us everything about
what happened, you know, then, okay, well, but I haven't heard anybody yet,
seriously, before, especially in the now days when you hear stuff like this, you
need to go and you need to find out from that person, give them the opportunity,
give them the chance to explain themselves and what may or may not have happened.

02:52:54:27 - 02:53:19:17
Unknown
There's so much to this and so much to these games that are local, down to our local
police department are playing. I mean, you're talking about court cases, you're
talking about things that wrap your life up. It creates chaos and it's not needed. I
mean, it really is not needed. So I really appreciate Corey good. I welcome him to
our community.

02:53:19:17 - 02:53:44:15
Unknown
And if anyone on ECS, they don't like it, they can they can go sit in another room
or sit under another space. But I truly believe that Corey deserves his second
chance. I don't think he should have lost his first, but let me make it clear he
definitely deserves a second chance. So. And Mr. James Jillian, he is, the man, the
myth, the legend.

02:53:44:15 - 02:54:09:27
Unknown
And he deserves to be at conferences, too. Like he's gone and he's done and proven
and done all these things that are so, you know, just above, like what I say, I
don't want to just say normal people, but whatever you people call you selves that,
don't partake in anything like extraordinary because James definitely does. He does
so much for everybody.

02:54:10:04 - 02:54:30:26
Unknown
He does so much like to help things along. I mean, I can't tell you how many times
I've called it like, James, I think I have something in my house, you know, I need a
clearing done. And, you know, he's just a good person all around. They both are.
They both are. Corey good and James Jillian, great people, excellent people.

02:54:30:28 - 02:54:50:03
Unknown
And I hope that Corey's documentary goes and works out. It's amazing guys. And I
know like he I got to kind of brief it's okay whatever. You know but it was amazing.
And I'm telling you I can't give you any cliffhangers and I can't give you any
secrets, but definitely go see that video when it comes out. You will not regret it.

02:54:50:05 - 02:55:12:12
Unknown

It ties everything in together. And he did an absolutely fantastic job with it. And it's on the East City Ranch. How could you get any better from there? So you got James in his ranch and you got Corey Goode, and they're going there. And I mean, there's that sounds like the best, like fun in the world. So awesome.

02:55:12:15 - 02:55:33:07
Unknown
We will be back to you guys next or next Friday when we're talking about Friday night at 7 p.m. and Saturday. And I do not believe we have anything as of Sunday. But let me let you know, because I got to find out for my good buddy Bruce Fenton. But we will definitely be back here with you tomorrow night.

02:55:33:09 - 02:56:08:26
Unknown
And until then, thank you for taking the journey into the unknown with Coley and I will see you tomorrow. Take care.

02:56:08:28 - 02:56:15:10
Unknown
And.

02:56:15:12 - 02:56:43:01
Unknown
Unraveling the mysteries. In the night. We travel through the cosmos. Ready for the flight. Together with time. Peace and shadows A sight in the heart of the river. My dreams collide. Join the swamp nation. Exquisite truth is our guide. In the vast expanse. It's where we reside. Hands up to the sky. Let the bass ignite you surround itself.

02:56:43:01 - 02:57:07:04
Unknown
He sings. All right. Listen. Thanks, crystal. Truth is, our guy in the vast expanse is where we reside. Hands up to the sky. Let the base ignite. You're the crew. Surround us. Everything's all right. Ready up. Let the truth ignite. Together we'll shine free. Shadows to light in the skies. We dance. We're connecting the dots. Tune in to the frequency.

02:57:07:06 - 02:57:44:17
Unknown
Let's explore the spots. Heavy bass drops with slight peaks I'm gonna need the shadows. The echo of I come before the waking up. You. You feel the energy rising. Can you sense the spark? You can. As we dive deeper into the cosmic path. The reason the universe is the reason for. In the heart of X, where the truth is, is every note we play.

02:57:44:20 - 02:57:56:02
Unknown
Every night you light I make it seem shiny. There's a bright.

02:57:56:04 - 02:58:20:17

Unknown
This next radio night together. Which I bring in Spanish. Light blue skies.
Connecting the dots. Tuning to the frequency. Let's explore the sky. Here in the
spotlight. We're taking our turn. With the fire in our hearts. Let the passion burn.
As the next radio call. Ringing through the air. Together we rise. Yeah we dare. So
join us now.

02:58:20:17 - 02:58:44:09
Unknown
Let the rhythm flow with S.A.. Next. When you ready to go. Unraveling the mystery
side by side. We stand hand in hand. In this dance of truth. For each band.