# EXHIBIT C

# Produced in Native

Beyond Disclosure Awaits_ Corey Goode & James Gilliland Exclusive Interview.mp4