**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-742-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,

Defendant.

## DECLARATION OF ANGELA M. DUNAY

Angela M. Dunay declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an associate at the firm of Davis+Gilbert LLP ("Davis+Gilbert"), attorneys for Defendant, Gaia, Inc. ("Gaia").

2. I am over 18 years of age and personally aware of the facts in this declaration.

3. On July 26, 2024, this Court entered a protective order governing discovery in the above-captioned action (the "Protective Order", See Dkt. 445).

4. In accordance with paragraph 5(a) of the Protective Order, Gaia designated certain documents—invoices paid to a public relations firm—as "Confidential," including GES_00004308, GES_00004314, GES_00004320, and GES_00004324 (the "Confidential Discovery Materials").

1

5. The Confidential Discovery Materials reflect the name and location of a public relations firm that Gaia engaged, the total amount Gaia paid for the public relations firm's services, and descriptions of the services provided.

6. Gaia produced the Confidential Discovery Materials to Plaintiffs on August 7, 2025, in response to Plaintiffs' Requests for Production.[1]

7. On October 18, 2025, Mr. Goode published a post on X (formerly Twitter) related to the above-captioned action. I accessed X through a web browser on December 2, 2025 at 12:16 PM EST and took a screenshot of a post from the "Corey Goode (Official)" account, which is associated with the @CoreyGoode handle on X.

8. According to Plaintiffs' response to Gaia's Interrogatory No. 12 in Plaintiffs' July 31, 2025 Amended Interrogatory Responses, the "@CoreyGoode" handle on X belongs to Mr. Goode. Attached hereto as Exhibit E is a true and correct of Plaintiff's July 31, 2025 Amended Interrogatory Responses.

9. The X post from the "Corey Goode (Official)" account reads: "Thank you to Laura Eisenhower for her recent truthful testimony in her Deposition by Gaia TV attorneys." The post also includes a picture of a statement from "SBA – Ascension Works TV (Corey Goode)." Attached hereto as Exhibit F is a true and correct copy of the screenshot I took of Mr. Goode's October 18, 2025, post.

---

[1] Duplicate copies of certain of the Confidential Discovery Materials were also included in Gaia's production on May 15, 2025 at GAIA_00001859 and GAIA_00001865 and on August 7, 2025 at GAIA_00004587.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 22, 2025:

*Angela M. Dunay*

Angela M. Dunay

3