# EXHIBIT F

Case No. 1:20-cv-00742-DDD-KAS    Document 540-2    filed 12/31/25    USDC Colorado
pg 1 of 2

