DAVIS + GILBERT

Davis+Gilbert LLP
1675 Broadway
New York, NY 10019
212 468 4800
dglaw.com

**Daniel A. Dingerson**
d 212 237 1488
ddingerson@dglaw.com

August 24, 2026

**BY ECF**

Hon. Daniel D. Domenico, United States District Judge
U.S. District Court
District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street, A1038
Denver, CO 80294-3589

**Re:** *James Corey Goode, et al., v. Gaia, Inc.*, Case No. 1:20-cv-742 (DDD)(KAS) – Confidential Settlement Statement

Dear Chief Judge Domenico:

This firm represents Gaia, Inc. ("Gaia") in the above-referenced case. We write now with an update on the bankruptcy matter that led to the above-referenced case being stayed and administratively closed.

By way of background, on October 9, 2025, James Corey Goode filed a "Suggestion of Bankruptcy" in this matter (Dkt. 515). On October 14, 2025, the Court entered an Order staying Gaia's claims against Mr. Goode and requiring that Mr. Goode "file a status report every three months beginning 4/1/2026, and within fourteen days of closure or dismissal of, or grant or denial of discharge in *In re Goode*, No. 1:25-bk-16569-JGR (Bankr. D. Colo. filed Oct. 9, 2025)" (Dkt. 521). At a discovery hearing on December 17, 2025, before Magistrate Judge Starnella, the remaining claims pending in the case were also stayed (Dkt. 534). On March 29, 2026, this Court entered an Order directing the Clerk of the Court to administratively close the case pending the resolution of the bankruptcy action (Dkt. 542); the Clerk of the Court did so on March 30, 2026 (Dkt. 543). There have been no further filings in this case since then, whether by Mr. Goode regarding updates on the bankruptcy action or otherwise.

In the bankruptcy action, No. 1:25-bk-16569-JGR, Mr. Goode and his spouse filed a series of amended plans and amended schedules (*see* Bankr. Dkt. 25-29, 38-43, 51, 61, 63-66). The trustee and Gaia filed objections to each of the amended plans (*see* Bankr. Dkt. 36-37, 53-54, 67-68). On August 6, 2026, the Bankruptcy Court held a hearing in which it orally denied the most-recent amended plan filed by Mr. Goode and dismissed the bankruptcy (Bankr. Dkt. 70); later that day, a written Order issued (Bankr. Dkt. 71), as did a Judgment (Bankr. Dkt. 72). The Bankruptcy Court's Order found that cause existed for dismissal of the bankruptcy pursuant to 11 U.S.C. § 1307 and ordered that the case was thereby dismissed (Bankr. Dkt. 71).

DAVIS + GILBERT

Davis+Gilbert LLP
1675 Broadway
New York, NY 10019
212 468 4800
dglaw.com

Because more than fourteen days have passed since dismissal of *In re Goode*, No. 1:25-bk-16569-JGR (Bankr. D. Colo. filed Oct. 9, 2025), and Mr. Goode has not filed a status report advising the Court of such dismissal, Gaia is hereby filing this letter as notice to the Court.

Please let us know if there is any additional information we can provide to the Court at this time.

Sincerely,

*/s/ Daniel A. Dingerson*
Daniel A. Dingerson

cc: All counsel and parties of record (by ECF)