IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KAS

JAMES COREY GOODE, individually, and GOODE ENTERPRISE SOLUTIONS INC.

Plaintiffs,

v.

GAIA, INC., JAY WEIDNER, CLIF HIGH, BENJAMIN ZAVODNICK, ALYSSA MONTALBANO, JIRKA RYSAVY, BRAD WARKINS AND KIERSTEN MEDVEDICH

Defendants.

---

**NOTICE OF CHANGE OF CONTACT INFORMATION**

---

Pursuant to D.C.COLO.LAttyR 5(c), undersigned counsel Valerie Yanaros hereby notifies the Court and all parties of her change in firm affiliation and contact information.

Counsel's current contact information is:

Valerie Yanaros
Fulton Jeang PLLC
17766 Preston Road, Suite 104
Dallas, Texas 75252
Telephone: (512) 826-7553
Email: VYanaros@FultonJeang.com

Counsel respectfully requests that the Court's records be updated accordingly and that all future notices and electronic service be directed to the contact information above.

Date: September 2, 2026. Respectfully submitted,

/s/ Valerie Yanaros, Esq.
Valerie Yanaros, Esq.
Texas Bar No. 24075628
Fulton Jeang PLLC
17766 Preston Road, Suite 104
Dallas, Texas 75252
Phone: (512) 826-7553
vyanaros@fultonjeang.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The below signed certifies that a copy of this filing will be served on all counsel of record via CM/ECF on September 2, 2026.

/s Valerie Yanaros, Esq.
Valerie Yanaros, Esq.