**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:20-cv-00742-DDD-KAS

JAMES COREY GOODE;
GOODE ENTERPRISE SOLUTIONS, INC.

Plaintiffs,

v.

GAIA, INC.,
JAY WEIDNER,
CLIF HIGH,
BENJAMIN ZAVODNICK,
ALYSSA MONTALBANO,
JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

Defendants.

---

**[PROPOSED] JUDGMENT ON ATTORNEY FEE AWARD**

---

Pursuant to Fed. R. Civ. P. 58(d) and the Court's Order dated August 14, 2025 (ECF No. 491), JUDGMENT is hereby entered in favor of Defendants Jirka Rysavy, Brad Warkins, and Kiersten Medvedich, and against Plaintiffs James Corey Goode and Goode Enterprise Solutions, Inc., jointly and severally, in the amount of $59,806.00. Post-judgment interest shall accrue from August 14, 2025, at the rate of 3.9% per annum, computed daily and compounded annually pursuant to 28 U.S.C. § 1961, until paid.

IT IS SO ORDERED on this ____ day of ____________, 2026.

______________________________
Hon. Daniel D. Domenico
United States District Judge