**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-742-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,

Defendant.

---

**DECLARATION OF ANGELA M. DUNAY IN SUPPORT OF
GAIA'S MOTION FOR LEAVE TO SERVE SUBPOENA ON
THIRD PARTY JAMES GILLILAND VIA ALTERNATIVE SERVICE**

---

Angela M. Dunay declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an associate at the firm of Davis+Gilbert LLP ("Davis+Gilbert"), attorneys for Defendant, Gaia, Inc. ("Gaia").

2. I respectfully submit this declaration in support of Gaia's Motion for Leave to Serve Subpoena on Third Party James Gilliland via Alternative Service (the "Motion").

3. I am over 18 years of age and personally aware of the facts in this declaration or believe them to be true based on my review of Davis+Gilbert records.

4. The Proof of Attempted Service of the subpoena on James Gilliland, by Bob Songer, dated March 30, 2025, is attached hereto as Exhibit A.

5. The Proof of Attempted Service of the subpoena on James Gilliland, by Bob Songer, dated April 28, 2025, is attached hereto as Exhibit B.

6. The Proof of Attempted Service of the subpoena on James Gilliland, by Bob Songer, dated May 19, 2025, is attached hereto as Exhibit C.

7. The Affidavit of Due Diligence regarding service of the subpoena on James Gilliland, from Darrell Fowler, dated September 30, 2026, is attached hereto as Exhibit D.

8. The Proof of Attempted Service of the subpoena on James Gilliland, by Bob Songer, dated October 1, 2026, is attached hereto as Exhibit E.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 20, 2026:

*/s/ Angela M. Dunay*
Angela M. Dunay

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2026, I caused a copy of the foregoing Declaration to be served via ECF on all other parties by filing it on the Court's ECF system.

*/s/ Angela M. Dunay*
Angela M. Dunay