# EXHIBIT A

State of Washington
Klickitat County Sheriff
Civil Division
Goldendale, WA 98620

Process Number: 28114 Court Number: 1:20-cv-00742-DDD-KA

I, Bob Songer, Sheriff of Klickitat County Sheriff do hereby certify that I received the within and foregoing Subpoena, Exhibit(s), Claim & Notice of Claim on 21st day of November, 2024, and that I served the same on:

James Alan Gilliland (Defendant )
172 Little Mountain Rd
Trout Lake, WA 98650

I have made due search and inquiry and exercised due diligence, but I am returning the Subpoena, Exhibit(s), Claim & Notice of Claim UNSERVED after making the following service attempts:

Service attempted on 22nd day of March, 2025 at 12:13:00
James will return in 3 weeks, nobody home

Service attempted on 30th day of November, 2024 at 13:10:00
There's nobody here that will accept service for James, they are volunteers and not residents.

Service attempted on 24th day of November, 2024 at 12:15:00
Not home in Hawaii until Spring

Service attempted on 23rd day of November, 2024 at 10:30:00
Locked gate not home

Dated the 30th day of March, 2025

Fees:

| | |
|---|---|
| Service: | 20.00 |
| Mileage: | 280.00 |
| Other : | 10.00 |
| Total : | 310.00 |

Bob Songer, Sheriff
Klickitat County Sheriff, Washington

BY: ______________________
Authorized Representative
Civil Division