# EXHIBIT C

State of Washington
Klickitat County Sheriff
Civil Division
Goldendale, WA 98620

Process Number: 28436 Court Number: 1:20-cv-00742,DDD-KA

I, Bob Songer, Sheriff of Klickitat County Sheriff do hereby certify that I received the within and foregoing Subpoena, Exhibit(s), Claim & Notice of Claim on 21st day of November, 2024, and that I served the same on:

James Alan Gilliland (Defendant )
172 Little Mountain Rd
Trout Lake, WA 98650

I have made due search and inquiry and exercised due diligence, but I am returning the Subpoena, Exhibit(s), Claim & Notice of Claim UNSERVED after making the following service attempts:

Service attempted on 18th day of May, 2025 at 18:03:00
Locked gate, no answer by phone

Service attempted on 17th day of May, 2025 at 19:36:00
Locked gate, no answer by phone

Service attempted on 13th day of May, 2025 at 17:34:00
Locked gate, no answer by phone

Dated the 19th day of May, 2025

Fees:

| | |
|---|---|
| Service: | 20.00 |
| Mileage: | 210.00 |
| Other : | 10.00 |
| Total : | 240.00 |

Bob Songer, Sheriff
Klickitat County Sheriff, Washington

BY: Karen Eling
Authorized Representative
Civil Division

05/19/25 Klickitat County Sheriff's Office 104
16:58 Statement of Process Costs Page: 1

Responsible Party:
Angeli Law Group
121 SW Morrison St; Unit 400
Portland, OR 97204

[ Process Number: 28436
[ Court Case No.: 1:20-cv-00742,DDD-KA
[ Subpoena
[ Exhibit(s)
[ Claim & Notice of Claim

James Alan Gilliland (Defendant)
172 Little Mountain Rd Trout Lake, WA 98650

| Date | Seq | Docno | Typ | Description | Amount |
|---|---|---|---|---|---|
| 05/12/25 | 1 | 1 | CHG | Subpoena Add'l Attempts | 20.00 |
| 05/13/25 | 2 | 2 | CHG | Mileage Charge Attempt 1 | 70.00 |
| 05/17/25 | 3 | 3 | CHG | Mileage Charge Attempt 2 | 70.00 |
| 05/18/25 | 4 | 4 | CHG | Mileage Charge Attempt 3 | 70.00 |
| 05/19/25 | 5 | 5 | CHG | Return of Service | 10.00 |
| | | | | FINAL PAYMENT DUE: | 240.00 |

I hereby certify that the payment due is correct. Please make checks payable to Klickitat County Sheriff's Off, and include the process number on the check.

Bob Songer, Sheriff
Klickitat County Sheriff's Off
205 S Columbus Ave; Rm# 108
Goldendale, Washington 98620

By: Karen Eling
Deputy