# EXHIBIT D

Davis & Gilbert LLP
Non-Service

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**AFFIDAVIT OF DUE DILIGENCE**

Index No : **20-cv-742-DDD-KAS**

| | |
|---|---|
| Plaintiff(s): | **JAMES COREY GOODE, ET AL.** |
| Defendant(s): | **GAIA, INC.,** |

STATE OF WASHINGTON COUNTY OF KLICKITAT ss.:

**Darrell Fowler**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of Washington.

On **09/29/2026**, I discontinued attempting service of the within **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, SCHEDULE A TO SUBPOENA, EXHIBIT A, B, C, AND D** on **JAMES GILLILAND** at **173 LITTLE MOUNTAIN ROAD, TROUT LAKE, WA 98650** for the reason(s) indicated below:

| Date/Time | Remarks |
|---|---|
| 09/27/2026-12:15 PM | The gate to the property is locked with a code. There is no call box. Called the posted phone number, and no one answered. |
| 09/28/2026-4:15 PM | The gate was locked. Called the posted number with no answer. I have also been calling the posted number periodically throughout yesterday evening and today and have never received an answer. I waited 10 minutes at the gate. During that time, someone came down the driveway. She would not give me a name. Said she was a neighbor just checking in on the animals. She said James and the staff have not been at the property since their event season ended last month. Will be back out tomorrow morning to make a morning attempt. |
| 09/29/2026-8:00 AM | The gate was locked, and no one answered the phone again. Waited for 10 minutes. |

Sworn to and subscribed before me on
September 30th, 20 26

X Logan Allan

Notary Public, State of Washington
Exp: 11/24/2028

LOGAN ALLAN
COMMISSION EXPIRES
NOTARY
20121444
PUBLIC
11-24-28
STATE OF WASHINGTON

X [signature]
Darrell Fowler
License#: 3006 in Klickitat County
SERVE INDEX LLC
PO Box 90105
Brooklyn, NY 11209
1-888-994-6339
DCA License#: 2083663
Job #: **1909515**

*1909515*