# EXHIBIT E

State of Washington
Klickitat County Sheriff
Civil Division
Goldendale, WA 98620

Process Number: 29266 Court Number: 1:20-cv-00742-DDD-KA

I, Bob Songer, Sheriff of Klickitat County Sheriff do hereby certify that I received the within and foregoing Subpoena, Exhibit(s), Claim & Notice of Claim on 25th day of September, 2026, and that I served the same on:

James Alan Gilliland (Defendant )
172 Little Mountain Rd
Trout Lake, WA 98650

I have made due search and inquiry and exercised due diligence, but I am returning the Subpoena, Exhibit(s), Claim & Notice of Claim UNSERVED after making the following service attempts:

Service attempted on 30th day of September, 2026 at 09:23:00
Locked gate. Tried number to call but not able to leave a voicemail.

Service attempted on 29th day of September, 2026 at 19:34:00
Locked gate with gate code. Dispatch could not make contact by phone.

Service attempted on 28th day of September, 2026 at 16:45:00
Locked gate with a gate code. Tried calling the phone number and left a voicemail.

Dated the 1st day of October, 2026

Fees:

| | |
|---|---|
| Service: | 20.00 |
| Mileage: | 210.00 |
| Other : | 10.00 |
| Total : | 240.00 |

Bob Songer, Sheriff
Klickitat County Sheriff, Washington

BY: Julia Archer
Authorized Representative
Civil Division