IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00742-DDD-KAS

JAMES COREY GOODE,
GOODE ENTERPRISE SOLUTIONS, INC.,

Plaintiffs & Counter Defendants,

v.

GAIA, INC.,

Defendant & Counter Claimant,

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on a discovery dispute emailed to chambers on November 3, 2026.

IT IS HEREBY **ORDERED** that a Discovery Hearing is **SET** for **JANUARY 6, 2027, at 1:30 p.m.** by VTC. The parties shall utilize the following meeting instructions:

For laptop/PC - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, copy and paste the link below to join. **IMPORTANT: Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting**:

https://meet.uc.uscourts.gov/meeting/010700350?secret=b7Qm39lEfCHQ8h74NNZVng

**Note: Use the default of "Continue with browser" to join the meeting.**

IT IS FURTHER **ORDERED** that the parties shall familiarize themselves with the undersigned's Discovery Dispute Hearing Procedures, which are posted on the Court's website at www.cod.uscourts.gov.

Dated: November 5, 2026