**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-742-DDD-KLM

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS INC.,

Plaintiffs,

v.

GAIA, INC.,

Defendant.

---

**DECLARATION OF ANGELA M. DUNAY IN SUPPORT OF GAIA'S MOTION FOR LEAVE TO SERVE SUBPOENA ON THIRD PARTY JOY JACKSON VIA ALTERNATIVE SERVICE**

---

Angela M. Dunay declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an associate at the firm of Davis+Gilbert LLP ("Davis+Gilbert"), attorneys for Defendant, Gaia, Inc. ("Gaia").

2. I respectfully submit this declaration in support of Gaia's Motion for Leave to Serve Subpoena on Third Party Joy Jackson via Alternative Service (the "Motion").

3. I am over 18 years of age and personally aware of the facts in this declaration or believe them to be true based on my review of Davis+Gilbert records.

4. The Declaration of Service of the subpoena *duces tecum* on Joy Jackson, by Nicole Polley, dated March 17, 2025 is attached hereto as Exhibit A.

5. My email chain with Joy Jackson from September 2025 through October 2026 is attached hereto as Exhibit B.

6. The Affirmation of Attempted Service of the subpoena on Joy Jackson, by Theresa Leonor, dated November 2, 2026, is attached hereto as Exhibit C.

7. The Affirmation of Attempted Service of the subpoena on Joy Jackson, by Ken Roswold, dated November 3, 2026, is attached here to as Exhibit D.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 5, 2026:

*/s/ Angela M. Dunay*
Angela M. Dunay

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2026, I caused a copy of the foregoing Declaration to be served via ECF on all other parties by filing it on the Court's ECF system.

*/s/ Angela M. Dunay*
Angela M. Dunay