# EXHIBIT A

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **Plaintiff / Petitioner:**<br>James Corey Goode and Goode Enterprise Solutions, Inc | **Case No:**<br>20-cv-00742-DDD-KAS |
| **Defendant / Respondent:**<br>Gaia, Inc. | **DECLARATION OF SERVICE** |

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on Thu, Mar 13 2025 at 07:01 PM, at the address of 9324 SOUTHEAST OVERAA ROAD, within PORT ORCHARD, WA, the undersigned duly served the following document(s): SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION in the above entitled action upon Joy Jackson, by then and there, at the residence and usual place of abode of said person(s), personally delivering true and correct copy(ies) of the above documents into the hands of and leaving same with Christian Jackson .

**Additional Comments:**
1) Successful Attempt: Mar 13, 2025, 7:01 pm PDT at 9324 SOUTHEAST OVERAA ROAD, PORT ORCHARD, WA 98367 received by Christian Jackson . Age: 40ish ; Gender: Male; Height: 6'1"; Hair: Gray; Relationship: Husband; Other: Tall ; Arrived at Target's location at 7:01 p.m. on 3/13/25. Knocked on the door twice, a male tall, answered, asked for Target. He said that's his wife. I asked if she lived here, and he said yes and I handed documents to Christian Jackson. Drive off property as husband was not very pleased. It was a tiny dirt road for a driveway, and I was blocking people from getting home, so I found the first safe, non-blocking spot I could find to log my service details.

**I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:**

**Date:** 03/17/2025, Lakewood WA.

Brandy Nicole Polley

NICOLE POLLEY
GreyhoundLegal.com
9508 Front St S
Lakewood, WA 98499
(253) 230-9675