# EXHIBIT B

**From:** Dunay, Angela M.
**Sent:** Thursday, October 15, 2026 10:12 AM
**To:** Joy Jackson
**Cc:** Dingerson, Daniel A.
**Subject:** RE: Goode et al v. Gaia

Ms. Jackson:

We have not heard from you in response to our October 5 email. Please confirm by tomorrow, October 16, whether you will appear for a deposition pursuant to the previously accepted subpoena and, if so, let us know your availability so that we can find a mutually convenient date

If we do not hear from you by end of day on October 16, we will move forward next week with filing a motion to compel your deposition and may seek our costs.

Thank you,
Angela

**Angela M. Dunay**
(she/her/hers)

adunay@dglaw.com
d 212 468 4995
m 917 508 2794

vCard | Bio | Twitter | Facebook

**Davis+Gilbert LLP**
1675 Broadway, New York, NY 10019
dglaw.com

---

**From:** Dunay, Angela M.
**Sent:** Monday, October 5, 2026 11:22 AM
**To:** Joy Jackson <whitetigerofjoy@gmail.com>
**Cc:** Dingerson, Daniel A. <ddingerson@dglaw.com>
**Subject:** RE: Goode et al v. Gaia

Ms. Jackson,

Thank you for your response. Per your request, I am attaching the Court's Order reopening the case and lifting the stay (Dkt. 544).

You accepted service of Gaia's deposition subpoena in this matter on September 3, 2025. The Court's stay paused the case. It did not withdraw or cancel that subpoena, and now that the stay has been lifted, the subpoena remains in effect. If you are demanding that Gaia issue a new subpoena before you will appear for your deposition, we see no legal support for that position. If you decline to appear, Gaia will be forced to file a motion to compel, which would include a request for an award of the costs and fees needed to secure your compliance.

As we have explained before, Gaia is entitled to seek your testimony even if you have no documents. Your sworn affidavit does not relieve you of your obligation to respond to a subpoena, including your obligation to give testimony under oath.

That said, we would much prefer to work with you amicably to schedule your deposition, at a date and time that is convenient for you and that works for all involved counsel. As before, we plan to take the deposition remotely by videoconference, so you can sit for it from home or another convenient location with a reliable internet connection, which should lessen any burden on you. With that in mind, please confirm whether you will appear for a deposition pursuant to the previously accepted subpoena and, if so, let us know your availability in late October or early November so that we can find a mutually convenient date.

I am available for a call if you would like to discuss.

Thank you,
Angela

**Angela M. Dunay**
(she/her/hers)

adunay@dglaw.com
d 212 468 4995
m 917 508 2794

vCard | Bio | Twitter | Facebook

**Davis+Gilbert LLP**
1675 Broadway, New York, NY 10019
dglaw.com

---

**From:** Joy Jackson <whitetigerofjoy@gmail.com>
**Sent:** Thursday, October 1, 2026 4:44 PM
**To:** Dunay, Angela M. <adunay@dglaw.com>
**Cc:** Dingerson, Daniel A. <ddingerson@dglaw.com>
**Subject:** Re: Goode et al v. Gaia

Dear Ms. Dunay:

Thank you for reaching out regarding your request to schedule a deposition.

As previously certified in my sworn affidavit, I do not possess any of the documents requested, nor do I have additional relevant information to provide. These facts remain true.

I have had no contact with your office for over a year. Because the previously scheduled deposition was stayed by the Court and the original timeframe has long since passed, that prior arrangement is no longer operative. Given that I have already provided a sworn statement on this matter, any renewed attempts to compel testimony on these non-existent records would impose upon me an undue burden and expense.

If your office intends to move forward with this matter, please provide copies of the relevant Court orders lifting the stay, along with any formal, renewed subpoena. Upon proper service of those documents, I will review them to evaluate my legal options, including moving for a protective order or a motion to quash under Rule 45 of the Federal Rules of Civil Procedure.

I appreciate your understanding, and I thank you for your time.

Sincerely,
Joy N. Jackson

On Sep 28, 2026, at 6:21 AM, Dunay, Angela M. <adunay@dglaw.com> wrote:

Ms. Jackson:

I hope you've been well. As you may recall, we represent Gaia, Inc. in the *Goode et al v. Gaia, Inc.* lawsuit pending in the United States District Court for the District of Colorado. As you know, your deposition in connection with this matter was previously scheduled for September 25, 2025. There were certain developments in the case the resulted in a stay, meaning we were not able to move forward with your deposition. However, the stay was recently lifted, and we would like to reschedule your deposition. To that end, we are amendable to finding a mutually acceptable date and time for your deposition with the current case schedule.

As before, we intend to take your deposition remotely via a videoconference platform to minimize any inconvenience to you. This means that you will not need to come to a specific location for your deposition, but rather you can sit for your deposition at home or another convenient location with reliable internet (but it should not be a public place). We are happy to discuss logistics of the deposition once we have confirmed a date.

If you have any questions, please do not hesitate to reach out. We would appreciate a response by Friday, October 2. If we do not hear from you, we will proceed to have a new subpoena served on your personally.

Thank you,
Angela

**Angela M. Dunay**
(she/her/hers)

adunay@dglaw.com
d 212 468 4995
m 917 508 2794

vCard | Bio | Twitter | Facebook

**Davis+Gilbert LLP**
1675 Broadway, New York, NY 10019
dglaw.com

**From:** Joy Jackson <whitetigerofjoy@gmail.com>
**Sent:** Thursday, September 18, 2025 12:57 PM
**To:** Dunay, Angela M. <adunay@dglaw.com>
**Cc:** Dingerson, Daniel A. <ddingerson@dglaw.com>
**Subject:** Re: Goode et al v. Gaia

Dear Ms. Dunay,
I understand the change in status of the court case. I have personal and work commitments through mid-November, but if still required, I should be able to make myself available between November 12th

and November 24th for remote deposition, which I hope will be kept brief as possible during my workday.
Thank you,
Joy Jackson

On Sep 18, 2025, at 9:12 AM, Dunay, Angela M. <adunay@dglaw.com> wrote:

Ms. Jackson:

As you know, your deposition is currently scheduled for next Thursday, September 25 at 8:00 am PST. We are writing to discuss rescheduling your deposition to a later date.

Yesterday, the Court granted Gaia's Motion for an Extension of the Discovery Schedule. The additional time in the schedule, combined with your limited availability next Thursday, warrants moving your deposition to a later date that is mutually convenient. Furthermore, by rescheduling to a later date there is a possibility—but not a guarantee—that your deposition would no longer be necessary, if the case gets resolved.

We are happy to work with you to find a mutually agreeable date in late-October or November. Accordingly, please let us know your availability or if you would like to discuss.

Thank you,
Angela

**Angela M. Dunay**
(she/her/hers)

adunay@dglaw.com
d 212 468 4995
m 917 508 2794

vCard | Bio | Twitter | Facebook

**Davis+Gilbert LLP**
1675 Broadway, New York, NY 10019
dglaw.com

**From:** Dunay, Angela M.
**Sent:** Monday, September 15, 2025 1:03 PM
**To:** Joy Jackson <whitetigerofjoy@gmail.com>
**Cc:** Dingerson, Daniel A. <ddingerson@dglaw.com>
**Subject:** RE: Goode et al v. Gaia

Ms. Jackson:

Thank you for your reply and for sending the signed Non-Disclosure Agreement. To ensure we have enough time for your deposition, we'd like to start at 8am PST.

Please let us know if that works for you.

Thank you,
Angela

**Angela M. Dunay**
(she/her/hers)

adunay@dglaw.com
d 212 468 4995
m 917 508 2794

vCard | Bio | Twitter | Facebook

**Davis+Gilbert LLP**
1675 Broadway, New York, NY 10019
dglaw.com

---

**From:** Joy Jackson <whitetigerofjoy@gmail.com>
**Sent:** Monday, September 15, 2025 12:48 PM
**To:** Dunay, Angela M. <adunay@dglaw.com>
**Cc:** Dingerson, Daniel A. <ddingerson@dglaw.com>
**Subject:** Re: Goode et al v. Gaia

Ms. Dunay,

My apologies for not getting the time difference correct in my last email. I will need to be back at work by no later than noon PST (1PM MST).
Joy Jackson

> On Sep 15, 2025, at 9:44 AM, Joy Jackson <whitetigerofjoy@gmail.com> wrote:
>
> Ms. Dunay,
> To clarify, I will need to be back at work by noon PST (11AM MST) as mentioned in my previous email.
> Thanks again,
> Joy Jackson
>
>> On Sep 15, 2025, at 9:32 AM, Joy Jackson <whitetigerofjoy@gmail.com> wrote:
>>
>> Ms. Dunay,
>> Enclosed is the signed non disclosure agreement requested.
>> Regards,

Joy Jackson

On Sep 15, 2025, at 9:25 AM, Joy Jackson <whitetigerofjoy@gmail.com> wrote:

Ms. Dunay,
I will sign and return this document shortly as requested. Please be aware that I will need to return to work before noon PST on September 25th. Attending on that day has necessitated me to take time off from work.
Thank you.
Joy Jackson

On Sep 15, 2025, at 9:12 AM, Dunay, Angela M. <adunay@dglaw.com> wrote:

Ms. Jackson:

In advance of your deposition scheduled for next Thursday, September 25 at 10:00 a.m. MST, I am attaching the Court-ordered Confidentiality Agreement and Protective Order (Dkt. 445) entered in this matter. The parties to the litigation have already executed this agreement and, as a result, are bound to keep certain materials and information confidential. To the extent you provide testimony during your deposition that may appropriately be designated as confidential, this protective order will

apply to that testimony. Likewise, during your deposition, we may need to show you certain Discovery Materials that have previously been marked "Confidential" pursuant to this order.

So that the protective order will apply to you and so you may view Confidential Discovery Materials, please sign and return the attached Non-Disclosure Agreement form. Pursuant to the Non-Disclosure Agreement, you acknowledge that you have read and understand the terms of the Confidentiality Agreement and Protective Order and agree to be bound by it, including that you will not disclose any Confidential Discovery Material.

If you have any questions, please do not hesitate to reach out and we can schedule a time to speak.

Thank you,
Angela

**Angela M. Dunay**
(she/her/hers)

adunay@dglaw.com
d 212 468 4995
m 917 508 2794

vCard | Bio | Twitter | Facebook

**Davis+Gilbert LLP**

1675 Broadway, New York, NY 10019
dglaw.com

---

**From:** Joy Jackson <whitetigerofjoy@gmail.com>
**Sent:** Wednesday, September 3, 2025 2:51 PM
**To:** Dunay, Angela M. <adunay@dglaw.com>
**Cc:** Dingerson, Daniel A. <ddingerson@dglaw.com>
**Subject:** Re: Goode et al v. Gaia

Ms. Dunay:

I received your e-mail message with its attached subpoena today, 3 September 2025; however, I did not receive the voicemail message you claimed you left yesterday, 2 September.

Regardless, let this written reply serve as my permission for electronic service and acknowledgment of my receipt and acceptance of the subpoena you sent, in the matter of Goode v. Gaia, Inc., Civil Action #20-cv-00742-DDD-KAS in United States District Court for the District of Colorado.

Despite my acceptance, I remain confused by your continued contact with me regarding your ongoing case. I responded promptly, completely, and in good faith to your previous

Subpoena Duces Tecum, for which I completed all the required discovery activities listed in the fourteen specific requests for production, and I recounted and affirmed all the pertinent facts germane to your case in my official Declaration of No Records filed with the court. My statement outlined clearly that I have no information that will benefit you; I am simply not connected with your case in any substantive way.

I do not know what you hope will be the outcome for your discovery in my remote deposition, beyond affirmation of those facts of the case that I have already declared in my previous response. Please understand that you are making unwelcome demands upon my time and resources, and after scheduling and completing the required deposition on 25 September, I desire and expect no further involvement in these proceedings.

Please provide me with a clear outline of our next steps. Thank you for your immediate attention in this matter.

Sincerely,
Joy N. Jackson

On Sep 3, 2025, at 8:01 AM, Dunay, Angela M. <aduna y@dglaw.com> wrote:

Good Morning Ms. Jackson:

As you know, we represent Gaia, Inc. in the *Goode et al. v. Gaia, Inc.* lawsuit pending in the United States District Court for the District of Colorado. I tried to call you yesterday related to this matter and

left a voicemail; if you'd prefer to connect via phone, I am available today.

As you'll recall, Gaia previously served you with a subpoena requesting the production of certain documents; we now intend to take your deposition to obtain your sworn testimony.

To that end, we will be serving you with a subpoena to require

your attendance at a deposition. While we could have the subpoena served personally by a process server, we are happy to avoid that inconvenience if you are willing to accept service of the attached deposition subpoena via email. Further, assuming we can work amicably with you, we are amenable to finding a mutuall

y acceptable date and time for your deposition within the case schedule.

Please note that we intend to take your deposition remotely via a videoconference platform to further minimize any inconvenience to you. This means that you will not need to come to a specific location for your deposition, but rather

you can sit for your deposition at home or another convenient location with reliable internet (but it should not be a public place). We are happy to discuss logistics of the deposition once we have the subpoena served and a date in place.

If you have any questions, please do not hesitate to reach out. We

would appreciate a response by tomorrow, September 3 at noon, if you are willing to accept service via email. If we do not hear from you, we will proceed to have the subpoena served on you personally.

Thank you,
Angela

**Angela M. Dunay**
(she/her/hers)

adunay@dglaw.com
d 212 468 4995
m 917 508 2794

vCard | Bio | Twitter | Facebook

**Davis+Gilbert LLP**
1675 Broadway, New York, NY 10019
dglaw.com

This message contains confidential information and is intended only for whitetigerofjoy@gmail.com . If you are not whitetigerofjoy@gmail.com you should not disseminate, distribute or copy this e-mail. Please notify adunay@dglaw.com immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guarant

eed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

---

Think before you click! This email

originated outside of Davis+Gilbert.

This message contains confidential information and is intended only for whitetigerofjoy@gmail.com . If you are not whitetigerofjoy@gmail.com you should not disseminate, distribute or copy this e-mail. Please notify adunay@dglaw.com immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

This message contains confidential information and is intended only for whitetigerofjoy@gmail.com . If you are not whitetigerofjoy@gmail.com you should not disseminate, distribute or copy this e-mail. Please notify adunay@dglaw.com immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

This message contains confidential information and is intended only for whitetigerofjoy@gmail.com . If you are not whitetigerofjoy@gmail.com you should not disseminate, distribute or copy this e-mail. Please

notify adunay@dglaw.com immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

---