# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

James Corey Goode and Goode Enterprise Solutions, Inc.

Plaintiff,

VS

Gaia, Inc.

Defendant.

AFFIRMATION OF ATTEMPTED SERVICE

Civil Action No.: 20-cv-00742-DDD-KAS

**SERVICE UPON: Joy Jackson**

STATE OF WASHINGTON, COUNTY OF SNOHOMISH:: ss

Received by me on October 29, 2026 to be served upon Joy Jackson.

Ken Roswold hereby affirms and says: I am not a party to the within action, am over the age of 18 years and reside in the State of Washington.

I was unable to effect service of process of the following documents: Subpoena to Testify at a Deposition in a Civil Action upon **Joy Jackson** at 9324 SE Overaa Road, Port Orchard, WA 98367 after due diligence, as set forth below:

On 10/29/2026 at 10:20 AM, I received no answer at the door. The place was dark and quiet. Same vehicles from previous attempts were present.

I declare under penalty of perjury this 3rd day of November 2026, under the laws of the State of New York and of the United States of America, that the foregoing is true and correct, and I understand that this document may be filed in an action or proceeding in a court of law.

Ken S Roswold

Ken Roswold #2022-21
Nationwide Legal, LLC
299 Broadway, #708 New York, NY 10007
(646) 626-4646

NATIONWIDE LEGAL

Order #:NY6092