IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00742-DDD-KAS

JAMES COREY GOODE, individually, and
GOODE ENTERPRISE SOLUTIONS, INC.,

Plaintiffs/Counter Defendants,

v.

JIRKA RYSAVY,
BRAD WARKINS, and
KIERSTEN MEDVEDICH,

Defendants, and

GAIA, INC.,

Defendant/Counter Claimant.

---

JUDGMENT ON ATTORNEY FEE AWARD

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(d), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(d) and the Order Granting Motion for Entry of Separate Judgment on Attorney Fee Award, filed at Doc. 560, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants Jirka Rysavy, Brad Warkins, and Kiersten Medvedich and against Plaintiffs James Corey Goode and Goode Enterprise Solutions, Inc. jointly and severally, in the amount of $59,806.00 with post-judgment interest to accrue pursuant to 28 U.S.C. § 1961 from August 14, 2025 to

the date of payment.

DATED at Denver, Colorado this 19th day of November, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

H. Guerra, Deputy Clerk